PAUL J. COUCHOT State Bar No. 131934
PETER W. LIANIDES - State Bar No. 160517
CHARLES LIU – State Bar No. 190513
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtors and Debtors-in-Possession

FILED & ENTERED

NOV 19 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIASANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Palmdale Hills Property, LLC,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:08-17206 ES<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES**<br><br>[No Hearing Required per<br>Local Bankruptcy Rule 2081-1(g)] |

On November 6, 2008, the above-entitled debtor and debtor-in-possession herein (the "Debtor"), filed its Emergency Motion for Order Authorizing Joint Administration of Chapter 11 Cases (the "Motion").

The Court having read and considered the Motion, the Declarations of Bruce V. Cook and Paul J. Couchot in support thereof, and the Court having found that good cause exists for granting the Motion without notice or hearing, it is hereby

**ORDERED** that:

1. The Debtor's Motion is granted.

2. The Related Debtors are authorized to use a single docket for administrative matters, including a listing of claims filed, and the filing, lodging and docketing of pleadings and orders;

3. The Related Debtor are authorized to combine notices to creditors and parties in interest;

Order#4780#3f523144-34bd-4487-9ea1-9920a88a18e6

1      4. The Related Debtors are authorized to schedule joint hearings;

2      5. The joint and several liability of the estates of the Related Debtors for post-petition
3 professional fees and expenses and the consolidated billing of professional fees is hereby
4 authorized as to fees and expenses that relate to, involve, or benefit each Related Debtor.  Unless
5 otherwise ordered by the court, a Related Debtor shall not be liable for professional fees and
6 expenses that do not relate to, involve or benefit such Related Debtor;

7      6. The joint handling of other administrative matters for the Related Debtors is hereby
8 authorized.

9      7. The use of the caption attached as Exhibit "1" to the Declaration of Paul J. Couchot
10 filed in support of the Motion is hereby approved.

11                                     ###

DATED: November 19, 2008

*Erithe A. Smith*
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

I, Jeannie Martinez, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 660 Newport Center Drive, Fourth Floor, Newport Beach, CA 92660, in said County and State.  On **November 7, 2008**, I served the following document**:  [proposed] ORDER GRANTING DEBTOR'S <u>EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES</u>** on each of the interested parties listed below:

> Michael Hauser
> U.S. Trustee's Office
> 411 West Fourth Street, Suite 9041
> Santa Ana, CA 92701-8000
> Michael.Hauser@usdoj.gov

by the following means of service:

| | |
|---|---|
| ☒ | **BY ELECTRONIC MAIL:**  On the date set forth above, from Newport Beach, California, I caused each such document to be transmitted electronically to the parties at the e-mail address indicated.  To the best of my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.  A return receipt was requested at the time of the transmission of each such document and I did not receive a notice of failure of receipt of each such document. |
| ☒ | I am employed in the office of Winthrop Couchot Professional Corporation; Paul J. Couchot is a member of the bar of this court. |
| ☒ **(FEDERAL)** | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on November 7, 2008, in Newport Beach, California.

                                /s/ Jeannie Martinez
                                Jeannie Martinez

/s/ pjm
Initials

**SERVICE LIST FOR ENTERED ORDER**

Notice is given by the Court that a judgment or order entitled **ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING JOINT ADMINISTRATION OF CHAPTER 11 CASES** as entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document will be served on the following person(s) by the Court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

| | |
|---|---|
| Michael Hauser, Esq.<br>U.S. Trustee's Office<br>411 West Fourth Street, Suite 9041<br>Santa Ana, CA 92701-8000<br>Michael.Hauser@usdoj.gov | PJ Marksbury<br>Winthrop Couchot<br>660 Newport Center Dr. 4th Floor<br>Newport Beach, CA 92660<br>pj@winthropcouchot.com |

☐ Service information continued on next page

**SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on next page

**TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

☐ Service information continued on next page