PAUL J. COUCHOT -- State Bar No. 131934
PETER W. LIANIDES – State Bar No. 160517
CHARLES LIU – State Bar No. 190513
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Ste 400
Newport Beach, CA 92660
pcouchot@winthropcouchot.com
plianides@winthropcouchot.com
cliu@winthropcouchot.com

Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for
Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>Palmdale Hills Property, LLC, and its Related Debtors.<br><br>Jointly Administered Debtors and Debtors-in-Possession<br><br>Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC,<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale,<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC | Case No. 8:08-bk-17206-ES<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES<br>8:08-bk-17224-ES; 8:08-bk-17242-ES<br>8:08-bk-17225-ES; 8:08-bk-17245-ES<br>8:08-bk-17227-ES; 8:08-bk-17246-ES<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES<br>8:08-bk-17249-ES; 8:08-bk-17573 ES<br>8:08-bk-17574 ES; 8:08-bk-17575 ES<br><br>Chapter 11 cases<br><br><br>**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM (SECURED, 503(b)(9) ADMINISTRATIVE, PRIORITY, AND GENERAL UNSECURED CLAIMS) AND PROOFS OF INTEREST**<br>**[MARCH 31, 2009]** |

**TO: THE OFFICE OF THE UNITED STATES TRUSTEE; ALL CREDITORS, INTEREST HOLDERS, AND PARTIES IN INTEREST: NOTICE OF CLAIMS DEADLINE**

The Bankruptcy Court has set a deadline of March 31, 2009 for creditors of in the above-referenced debtor to file proofs of claim against the debtors' estates, including secured, unsecured and administrative claims arising under Section 503(b)(9) and interests. The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is (a) 30 days after the date of entry of the order authorizing the rejection, or (b) March 31, 2009, whichever is later.

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the Order for Relief in this case, or (b) by March 31, 2009, whichever is later. 11 U.S.C. § 502(b)(9).

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is 30 days after the entry of judgment avoiding the transfer, or (b) March 31, 2009, whichever is later.

If you are listed on the Schedules of Assets and Liabilities of any of the above-captioned entities and your claim is not scheduled as disputed, contingent, unliquidated or unknown, your claim is deemed filed in the amount set forth in the schedules, and the filing of a proof of claim is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim is scheduled (secured, unsecured, etc.) is correct. 11 U.S.C. § 1111(a).

If your claim is not listed on the schedules or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount or description scheduled for your claim, you must file a proof of claim.

**Failure of a creditor to file timely a proof of claim on or before the deadline may result in disallowance of the claim or subordination under the terms of a plan of reorganization without further notice or hearing. 11 U.S.C. § 502(b)(9). Creditors may wish to consult an attorney to protect their rights.**

**IF YOU AGREE THAT THE DEBTORS' SCHEDULES ACCURATELY REFLECT THE AMOUNT OWED TO YOU BY THE DEBTORS AND IF YOUR CLAIM IS NOT LISTED AS DISPUTED, UNLIQUIDATED, OR CONTINGENT, YOU NEED NOT FILE A PROOF OF CLAIM. INTEREST HOLDERS NEED NOT FILE A PROOF OF INTEREST.**

To assist you in ascertaining the status of your claim, the Debtor's Schedules are on file with the Clerk of the Bankruptcy Court and are available for inspection between the hours of 9:00 A.M. and 4:00 P.M., Monday through Friday. ***The Court is located at 411 West Fourth Street, Santa Ana, CA 92701.***

**PLEASE TAKE FURTHER NOTICE** that if your claim is based upon any writing, you must attach copies of any and all such writings to the proof of claim or provide an adequate explanation of your inability to do so. Failure to do so will render your claim incomplete and invalid and subject to objection and disallowance.

**A PROOF OF CLAIM FORM IS ATTACHED FOR YOUR USE.**

**BY ORDER OF THE COURT.**

DATED: January 30, 2009

**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**

By: /s/ Paul J. Couchot

Paul J. Couchot
Peter W. Lianides
General Insolvency Counsel for Debtors and
Debtors-in-Possession

-2-

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

The foregoing document described: **NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM (SECURED, 503(b)(9) ADMINISTRATIVE, PRIORITY, AND GENERAL UNSECURED CLAIMS) AND PROOFS OF INTEREST [MARCH 31, 2009]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 30, 3009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com
- Caroline Djang    crd@jmbm.com
- Joseph A Eisenberg    jae@jmbm.com
- Richard W Esterkin    resterkin@morganlewis.com
- Alan J Friedman    afriedman@irell.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Michelle Hribar    mhribar@rutan.com
- Peter W Lianides    pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jason Wallach    jwallach@bergerkahn.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On January 30, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

SERVICE ON ALL CREDITOR MADE BY OUTSIDE SERVICE.  SEPARATE DECLARATION OF SERVICE WILL BE FILED.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 30, 2009 | Susan Connor | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-3-

MAINDOCS-#126781-v1-PalmdaleHillsNotCredBarDateMarch31.DOC