PAUL J. COUCHOT - State Bar No. 131934
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
pcouchot@winthropcouchot.com
Telephone: (949) 720-4165
Facsimile: (949) 720-4111
General Insolvency Counsel for the
Debtors and Debtors in Possession

LOUIS R. MILLER, State Bar No. 54141
smiller@millerbarondess.com
MARTIN PRITIKIN, State Bar. No. 210845
mpritikin@millerbarondess.com
BRIAN PROCEL, State Bar No. 218657
bprocel@millerbarondess.com
**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400
[Proposed] Special Litigation Counsel for
Jointly Administered Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br>PALMDALE HILLS PROPERTY, LLC,<br>and its Related Debtors.<br><br>Jointly Administered Debtors<br>and Debtors-in-Possession | Case No. 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES<br>8:08-bk-17224-ES; 8:08-bk-17242-ES<br>8:08-bk-17225-ES; 8:08-bk-17245-ES<br>8:08-bk-17227-ES; 8:08-bk-17246-ES<br>8:08-bk-17230-ES; 8:08-bk-17231-ES<br>8:08-bk-17236-ES; 8:08-bk-17248-ES<br>8:08-bk-17249-ES; 8:08-bk-17573 ES<br>8:08-bk-17574 ES; 8:08-bk-17575 ES |
| Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC,<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale,<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC | Chapter 11 Case<br><br>**DECLARATION OF PETER LIANIDES RE EMERGENCY MOTION FOR ORDER CONFIRMING THAT AUTOMATIC STAY DOES NOT APPLY TO PENDING SALE PROCEDURES MOTION AND RULING THEREON**<br><br>**Hearing:**<br>DATE:    March 10, 2009<br>TIME:    10:30 a.m.<br>PLACE: Courtroom 5A |

# **DECLARATION OF PETER W. LIANIDES**

I, Peter Lianides, hereby declare and state as follows:

1. I am an attorney with the law firm of Winthrop Couchot Professional Corporation (the "Firm"), general insolvency counsel to each of the above-captioned the debtors and debtors-in-possession in the above-captioned jointly administered Chapter 11 cases (the "Debtors"). The matters stated herein are within my own personal knowledge, and if called upon as a witness, I could and would competently testify thereto.

2. On March 10, 2009, Paul Couchot forwarded to me an email directed to the Chambers of Judge Peck from Weil Gotshal & Manges, LLP ("Weil Firm") and copied to Paul J. Couchot, dated March 10, 2009 at 7:17 a.m. The email includes an attached letter directed to the Honorable James M. Peck. A true and correct copy of the email and attached letter is attached hereto as exhibit "1" and incorporated herein by this reference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of March 2009, at Newport Beach, California.

                /s/ *Peter W. Lianides*
                Peter W. Lianides

**EXHIBIT "1"**

**Attachments:**      Mar10Let.PDF


Mar10Let.PDF (2 MB)

----- Original Message -----
From: Waisman, Shai <Shai.Waisman@weil.com>
To: jmp.chambers@nysb.uscourts.gov <jmp.chambers@nysb.uscourts.gov>
Cc: Paul Couchot; dodonell@milbank.com <dodonell@milbank.com>; efleck@milbank.com <efleck@milbank.com>; afriedman@irell.com <afriedman@irell.com>; rpachulski@pszjlaw.com <rpachulski@pszjlaw.com>; dziehl@pszjlaw.com <dziehl@pszjlaw.com>; sspeier@squarmilner.com <sspeier@squarmilner.com>; Bond, Michael <michael.bond@weil.com>; Soto, Edward <edward.soto@weil.com>; Pace, Christopher <Christopher.Pace@weil.com>; Rothman, Richard <richard.rothman@weil.com>; Lemmer, Elisa R <elisa.lemmer@weil.com>
Sent: Tue Mar 10 07:17:11 2009
Subject: In re Lehman Brothers Holdings Inc. et al. (SunCal)

To The Honorable Judge Peck,

Further to our letter yesterday afternoon, attached please find an update regarding these matters.

I am, as always, available to answer any questions the Court may have.

Shai Waisman
Business, Finance & Restructuring
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
p.  212.310.8274
f.  212.310.8007
e.  shai.waisman@weil.com

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you

# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153

(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
WARSAW
WASHINGTON, D.C.

SHAI Y. WAISMAN
DIRECT LINE (212) 310-8274
E-MAIL: shai.waisman@weil.com

March 10, 2009

**VIA ELECTRONIC MAIL**

Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, New York 10004

Dear Judge Peck:

    Yesterday afternoon, after sending our letter to you and Judge Smith, we were served with the attached Emergency Motion For Order Confirming That Automatic Stay Does Not Apply to Pending Sale Procedures Motion and Ruling Thereon and Declaration of Paul Couchot in Support Thereof.

    By this Motion, despite your Honor's direct admonition, SunCal, yet again, seeks to have the California Bankruptcy Court, rather than Your Honor, make determinations regarding the automatic stay in force in the Lehman Chapter 11 cases over which Your Honor has exclusive jurisdiction. As you will see, SunCal's Motion and the declaration of Mr. Couchot, which purport to provide Judge Smith with an account of the prior hearings regarding SunCal's disregard for the automatic stay extent in Lehman's Chapter 11 cases, are seriously incomplete and misleading.

    Mr. Couchot has obtained a hearing on the attached **Motion today at 10:30 a.m. (Pacific Time)**. In light of these events, we are hereby proceeding with the filing of the motion we provided to both Your Honor and Judge Smith yesterday afternoon, and would request that a hearing be scheduled.

We respectfully submit that the filing of SunCal's Motion underscores the need for the coordination between the Lehman and SunCal proceedings that we recommended in our letter to Your Honor and Judge Smith yesterday.

Respectfully submitted,

Shai Y. Waisman

cc: Judge Smith
Paul Couchot, Esq.
Mr. Steven M. Speier
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Alan Friedman, Esq.
Richard Pachulski, Esq.
Dean Ziehl, Esq.
Michael Bond, Esq.
Edward Soto, Esq.
Christopher Pace, Esq.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

The foregoing document described: **DECLARATION OF PETER LIANIDES RE EMERGENCY MOTION FOR ORDER CONFIRMING THAT AUTOMATIC STAY DOES NOT APPLY TO PENDING SALE PROCEDURES MOTION AND RULING THEREON THEREON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 10, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

&boxtimes; Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 10, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 10, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

| | |
|---|---|
| Mr. Steve Elieff<br>Palmdale Hills Property, LLC | selieff@suncal.com<br>bcook@suncal.com |
| Lehman Ali & Lehman Commercial<br>c/o Weil, Gotshal & Manges LLP<br>Mr. Edward Soto, Esq.<br>Mr. Shai Waisman, Esq.<br>Mr. Richard Rothman, Esq. | Edward.soto@weil.com<br>Shai.waisman@weil.com<br>richard.rothman@weil.com |
| Mr. Richard Pachulski<br>Pachulski Stang Ziehl & Jones LLP | rpachulski@pszjlaw.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 10, 2009 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NEF SERVICE LIST

- Joseph M Adams   jadams@sycr.com
- Raymond H Aver   ray@averlaw.com
- James C Bastian   jbastian@shbllp.com
- Dan E Chambers   dchambers@rutan.com
- Paul J Couchot   pcouchot@winthropcouchot.com, pj@winthropcouchot.com
- Caroline Djang   crd@jmbm.com
- Joseph A Eisenberg   jae@jmbm.com
- Richard W Esterkin   resterkin@morganlewis.com
- Alan J Friedman   afriedman@irell.com
- Kelly C Griffith   bkemail@harrisbeach.com
- Asa S Hami   ahami@morganlewis.com
- Michael J Hauser   michael.hauser@usdoj.gov
- Michelle Hribar   mhribar@rutan.com
- Peter W Lianides   pj@winthropcouchot.com
- Charles Liu   cliu@winthropcouchot.com
- Kerri A Lyman   klyman@irell.com
- Louis R Miller   smiller@millerbarondess.com
- Douglas M Neistat   twilliams@greenbass.com
- Penelope Parmes   pparmes@rutan.com
- Cassandra J Richey   cmartin@pprlaw.net
- Debra Riley   driley@allenmatkins.com
- Martha E Romero   Romero@mromerolawfirm.com
- William D Schuster   bills@allieschuster.org
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Jason Wallach   jwallach@bergerkahn.com
- Dean A Ziehl   dziehl@pszjlaw.com, dziehl@pszjlaw.com