PAUL J. COUCHOT -- State Bar No. 131934
PETER W. LIANIDES – State Bar No. 160517
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
pcouchot@winthropcouchot.com

General Insolvency Counsel for the
Voluntary Debtors and Debtors in Possession

[Proposed] General Insolvency Counsel for
Steven M. Speier, the Chapter 11 Trustee

FILED & ENTERED

APR 15 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re

Palmdale Hills Property, LLC, and its Related Debtors,

Jointly Administered Debtors and Debtors-in-Possession

Affects:

☐ All Debtors
☐ Palmdale Hills Property, LLC,
☐ SunCal Beaumont Heights, LLC
☐ SCC/Palmdale,
☐ SunCal Johannson Ranch, LLC
☐ SunCal Summit Valley, LLC
☐ SunCal Emerald Meadows LLC
☐ SunCal Bickford Ranch, LLC
☐ Acton Estates, LLC
☐ Seven Brothers LLC
☐ SJD Partners, Ltd.
☐ SJD Development Corp.
☐ Kirby Estates, LLC
☐ SunCal Communities I, LLC
☐ SunCal Communities III, LLC
☒ SCC Communities LLC
☒ North Orange Del Rio Land, LLC
☒ Tesoro SF, LLC

*Caption Continued on Next Page*

Case No. 8:08-bk-17206-ES

Jointly Administered With Case Nos.
8:08-bk-17209-ES; 8:08-bk-17240-ES;
8:08-bk-17224-ES; 8:08-bk-17242-ES;
8:08-bk-17225-ES; 8:08-bk-17245-ES;
8:08-bk-17227-ES; 8:08-bk-17246-ES;
8:08-bk-17230-ES; 8:08-bk-17231-ES;
8:08-bk-17236-ES; 8:08-bk-17248-ES;
8:08-bk-17249-ES; 8:08-bk-17573-ES;
8:08-bk-17574 ES; 8:08-bk-17575-ES;
8:08-bk-17404-ES; 8:08-bk-17407-ES;
8:08-bk-17408-ES; 8:08-bk-17409-ES;
8:08-bk-17458-ES; 8:08-bk-17465-ES;
8:08-bk-17470-ES; 8:08-bk-17472-ES;
and 8:08-bk-17588-ES

Chapter 11 cases

**ORDER GRANTING EMERGENCY MOTION FOR ORDER CONFIRMING THAT AUTOMATIC STAY DOES NOT APPLY TO PENDING SALE PROCEDURES MOTION AND RULING THEREON**

DATE: March 10, 2009
TIME: 10:30 a.m.
PLACE: Courtroom 5A

*Continued from Previous Page*

☒ LBL-SunCal Oak Valley, LLC
☒ SunCal Heartland, LLC
☒ LBL-SunCal Northlake, LLC
☒ SunCal Marblehead, LLC
☒ SunCal Century City, LLC
☒ SunCal PSV, LLC
☒ Delta Coves Venture, LLC
☒ SunCal Torrance, LLC
☒ SunCal Oak Knoll, LLC

The Emergency Motions for Order Confirming that Automatic Stay Does Not Apply to Pending Sale Procedures Motion and Ruling Thereon ("Motion") filed by SCC Communities LLC, North Orange Del Rio Land, LLC, and Tesoro SF, LLC, three of the jointly administered debtors and debtors in possession ("Voluntary Debtors") and Mr. Steven M. Speier, the duly-appointed Chapter 11 trustee ("Trustee") for LB-L-SunCal Oak Valley LLC, SunCal Heartland LLC, LB-L-SunCal Northlake LLC, SunCal Marblehead LLC, SunCal Century City LLC, SunCal PSV LLC, Delta Coves Venture LLC, SunCal Torrance LLC, and SunCal Oak Knoll LLC (the "Trustee Debtors") (the Voluntary Debtors and Trustee Debtors are collectively referred to as the "Debtors") came on for hearing before the undersigned United States Bankruptcy Judge on March 10, 2009, at 10:30 A.M., in Courtroom 5A of the above-entitled Court. The Voluntary Debtors appeared by and through their general insolvency counsel, Winthrop Couchot Professional Corporation, by Paul J. Couchot, and their proposed special litigation counsel, Miller Barondess LLP, by Louis Miller. The Chapter 11 Trustee appeared by and through his proposed general insolvency counsel, Winthrop Couchot Professional Corporation, by Paul J. Couchot, and his proposed special litigation counsel, Miller Barondess LLP, by Louis Miller. Lehman Brothers Holdings Inc. and its affiliated debtor, Lehman Commercial Paper Inc., as debtors and debtors in possession (together, the "Lehman Debtors"), and Lehman ALI, Inc., Northlake Holdings and OVC Holdings (collectively "Lehman") appeared by and through their counsels, Pachulski Stang Ziehl & Jones LLP, by Richard Pachulski, and Weil, Gotshal & Manges LLP, by Edward Soto. Other appearances, if any, are as reflected in the Court's record of the hearing.

The Court having read and considered the Debtors’ Motions, the Declaration and Supplemental Declaration of Paul J. Couchot in support thereof, the Response to the Motion filed by Lehman, and having heard and considered the arguments of counsel and good cause appearing,

It is hereby **ORDERED** that:

1. The Debtors’ Motions are granted.

2. This Court has concurrent jurisdiction to determine the scope or applicability of the automatic stay under 11 U.S.C §362(a) and/or (b), arising from the Chapter 11 bankruptcy proceedings of Lehman Debtors as it applies to matters before this Bankruptcy Court.

3. The Debtors’ *Motions for Order: (1) Approving Overbid Procedures in Connection with proposed Sale of Substantially all assets of the Debtors' Estates; (2) Approving Break-Up Fee; (3) Disallowing Credit Bid Rights of Disputed Secured Creditors, Lehman ALI, Inc., Northlake Holdings and OVC Holdings; and (4) Setting Hearing on Approval of Sale of Assets* (the “Sale Procedures Motions”), and the Court’s ruling on the Sale Procedures Motions, are not subject to the automatic stay arising from the Chapter 11 proceedings of the Lehman Debtors.

###

DATED: April 15, 2009

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

The foregoing document described: **ORDER GRANTING EMERGENCY MOTION FOR ORDER CONFIRMING THAT AUTOMATIC STAY DOES NOT APPLY TO PENDING SALE PROCEDURES MOTION AND RULING THEREON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ______________________ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On __________________________________ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 11, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 11, 2009 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Service by e-mail

- Joseph M Adams jadams@sycr.com
- Raymond H Aver ray@averlaw.com
- James C Bastian jbastian@shbllp.com
- Caroline Djang crd@jmbm.com
- Joseph A Eisenberg jae@jmbm.com
- Richard W Esterkin resterkin@morganlewis.com
- Alan J Friedman afriedman@irell.com
- Kelly C Griffith bkemail@harrisbeach.com
- Asa S Hami ahami@morganlewis.com
- Michael J Hauser michael.hauser@usdoj.gov
- Michelle Hribar mhribar@rutan.com
- Kerri A Lyman klyman@irell.com
- Louis R Miller smiller@millerbarondess.com
- Douglas M Neistat twilliams@greenbass.com
- Penelope Parmes pparmes@rutan.com
- Cassandra J Richey cmartin@pprlaw.net
- Debra Riley driley@allenmatkins.com
- Martha E Romero Romero@mromerolawfirm.com
- William D Schuster bills@allieschuster.org
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Jason Wallach jwallach@bergerkahn.com
- Dean A Ziehl dziehl@pszjlaw.com, dziehl@pszjlaw.com

## SERVICE LIST FOR ENTERED ORDER

Notice is given by the Court that a judgment or order entitled **ORDER GRANTING EMERGENCY MOTION FOR ORDER CONFIRMING THAT AUTOMATIC STAY DOES NOT APPLY TO PENDING SALE PROCEDURES MOTION AND RULING THEREON** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>:** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document will be served on the following person(s) by the Court via NEF and hyperlink to the judgment or order. As of March 11, 2009 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

☒ Service information continued on next page

**<u>SERVED BY THE COURT VIA U.S. MAIL</u>:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on next page

**<u>TO BE SERVED BY THE LODGING PARTY</u>:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

☐ Service information continued on next page

NEF SERVICE BY COURT

- Joseph M Adams jadams@sycr.com
- Raymond H Aver ray@averlaw.com
- James C Bastian jbastian@shbllp.com
- Paul J Couchot pcouchot@winthropcouchot.com, pj@winthropcouchot.com
- Caroline Djang crd@jmbm.com
- Joseph A Eisenberg jae@jmbm.com
- Richard W Esterkin resterkin@morganlewis.com
- Alan J Friedman afriedman@irell.com
- Kelly C Griffith bkemail@harrisbeach.com
- Asa S Hami ahami@morganlewis.com
- Michael J Hauser michael.hauser@usdoj.gov
- Michelle Hribar mhribar@rutan.com
- Peter W Lianides pj@winthropcouchot.com
- Charles Liu cliu@winthropcouchot.com
- Kerri A Lyman klyman@irell.com
- Louis R Miller smiller@millerbarondess.com
- Douglas M Neistat twilliams@greenbass.com
- Penelope Parmes pparmes@rutan.com
- Cassandra J Richey cmartin@pprlaw.net
- Debra Riley driley@allenmatkins.com
- Martha E Romero Romero@mromerolawfirm.com
- William D Schuster bills@allieschuster.org
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Jason Wallach jwallach@bergerkahn.com
- Dean A Ziehl dziehl@pszjlaw.com, dziehl@pszjlaw.com