Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Maxim B. Litvak (CA Bar No. 215852)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
rpachulski@pszjlaw.com
mlitvak@pszjlaw.com

-and-

Edward Soto, Esq. (*admitted pro hac vice*)
Shai Waisman, Esq. (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: 212/310-8000
Facsimile: 212/310-8007

Attorneys for Lehman ALI, Inc.

FILED & ENTERED

APR 17 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>PALMDALE HILLS PROPERTY, LLC, and its Related Debtors,<br><br>   Jointly Administered Debtors and Debtors-in-Possession. | Case No. 8:08-bk-17206-ES<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES; |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| Affects:<br>☐ All Debtors<br>☒ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale,<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☒ SunCal Emerald Meadows, LLC<br>☒ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☒ LBL-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LBL-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☒ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☒ Suncal Oak Knoll, LLC | 8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>8:08-bk-17588-ES;<br><br>Chapter 11 cases<br><br>**ORDER APPROVING STIPULATION WITH LEHMAN ALI, INC. PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507: (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING; (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY**<br><br>DATE:    March 19, 2009<br>TIME:    10:30 a.m.<br>CTRM:    5A<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

52063-0010\DOCS_SF:64550.1
MI1:\206838\09\4FL$09!.DOC\58399.0003
DOCS_LA:200081.1

Upon consideration of the Stipulation with Lehman ALI, Inc. Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507:  (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary, which is filed concurrently herewith (the "Stipulation"), it is hereby

**ORDERED THAT:**

1. The Stipulation is approved.

### 

DATED: April 17, 2009

*Erithe A. Smith*
United States Bankruptcy Judge

| | |
|---|---|
| In re:<br>*PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,*<br>Jointly Administered Debtors in Possession. | CHAPTER 11<br><br>CASE NUMBER 08-17206 ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10100 Santa Monica Blvd., 11th Fl., Los Angeles, CA 90067.

The foregoing document described [PROPOSED] **ORDER APPROVING STIPULATION WITH LEHMAN ALI, INC. PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507: (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING; (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 6, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2009 | Sophia L. Lee | /s/Sophia L. Lee |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Vincent M Coscino on behalf of Petitioning Creditor CSI Environmental Inc
emurdoch@allenmatkins.com
Paul J Couchot on behalf of Interested Party SCC Acquisitions Inc.
pcouchot@winthropcouchot.com, pj@winthropcouchot.com
Caroline Djang on behalf of Creditor Lehman ALI, Inc.
crd@jmbm.com
Joseph A Eisenberg on behalf of Creditor Lehman ALI, Inc.
jae@jmbm.com
Robert P Goe on behalf of Petitioning Creditor SunCal Management LLC
kmurphy@goeforlaw.com
Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov
Lawrence A Jacobson on behalf of Creditor BKF Engineers
laj@cohenandjacobson.com
Stephen M Judson on behalf of Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com
Christopher W Keegan on behalf of Interested Party Courtesy NEF
ckeegan@kirkland.com
Kerri A Lyman on behalf of Attorney Irell & Manella LLP
klyman@irell.com
Mariam S Marshall on behalf of Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com
Steven M Speier
Sspeier@Squarmilner.com, ca85@ecfcbis.com
United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov
Dean A Ziehl on behalf of Creditor Lehman ALI, Inc.
dziehl@pszjlaw.com, dziehl@pszjlaw.com

| In re:<br>PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br><br>Jointed Administered Debtors in Possession. | CHAPTER: 11<br><br>CASE NUMBER: 08-17206 ES |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION WITH LEHMAN ALI, INC. PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507: (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING; (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

DOCS_LA:200081.1

2

Vincent M Coscino on behalf of Petitioning Creditor CST Environmental Inc
emurdoch@allenmatkins.com
Paul J Couchot on behalf of Interested Party SCC Acquisitions Inc.
pcouchot@winthropcouchot.com, pj@winthropcouchot.com
Caroline Djang on behalf of Creditor Lehman ALI, Inc.
crd@jmbm.com
Joseph A Eisenberg on behalf of Creditor Lehman ALI, Inc.
jae@jmbm.com
Robert P Goe on behalf of Petitioning Creditor SunCal Management LLC
kmurphy@goeforlaw.com
Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov
Lawrence A Jacobson on behalf of Creditor BKF Engineers
laj@cohenandjacobson.com
Stephen M Judson on behalf of Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com
Christopher W Keegan on behalf of Interested Party Courtesy NEF
ckeegan@kirkland.com
Kerri A Lyman on behalf of Attorney Irell & Manella LLP
klyman@irell.com
Mariam S Marshall on behalf of Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com
Steven M Speier
Sspeier@Squarmilner.com, ca85@ecfcbis.com
United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov
Dean A Ziehl on behalf of Creditor Lehman ALI, Inc.
dziehl@pszjlaw.com, dziehl@pszjlaw.com