**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:  (714) 966-1000
Facsimile:   (714) 966-1002

Proposed Counsel for the Joint Committee
of Creditors Holding Unsecured Claims

**FILED & ENTERED**

MAY 28 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY KENT    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, and its Related Debtors,<br><br>Jointly Administered Debtors and Debtors-in-Possession.<br><br>_____ Affects PALMDALE HILLS PROPERTY, LLC, Only<br>_____ Affects SUNCAL BEAUMONT HEIGHTS, LLC, Only<br>_____ Affects SCC/PALMDALE, Only<br>_____ Affects SUNCAL JOHANNSON RANCH, LLC, Only<br>_____ Affects SUNCAL SUMMIT VALLEY, LLC, Only<br>_____ Affects SUNCAL EMERALD MEADOWS, LLC, Only<br>_____ Affects SUNCAL BICKFORD RANCH, LLC, Only<br>_____ Affects ACTON ESTATES, LLC, Only<br>_____ Affects SEVEN BROTHERS, LLC, Only<br>_____ Affects SJD PARTNERS, LTD., Only<br>_____ Affects SJD DEVELOPMENT CORP., Only | Case No. 8:08-bk-17206-ES<br><br>(Jointly Administered with Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES)<br><br>Chapter 11 Cases<br><br>**ORDER ON APPLICATION OF THE JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR APPROVAL OF EMPLOYMENT OF COUNSEL (WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP)**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rules 2014-1(b)(1) and 9013-1(o)]** |

295167.1    1    ORDER



1     \_\_\_\_\_ Affects KIRBY ESTATES, LLC, Only

2     \_\_\_\_\_ Affects SUNCAL COMMUNITIES I, LLC, Only

3     \_\_\_\_\_ Affects SUNCAL COMMUNITIES III, LLC, Only

4     \_\_\_\_\_ Affects SCC COMMUNITIES, LLC, Only

5

6     \_\_\_\_\_ Affects NORTH ORANGE DEL RIO LAND, LLC, Only

7     \_\_\_\_\_ Affects TESORO SF, LLC, Only

8     \_X\_\_ Affects LBL-SUNCAL OAK VALLEY, LLC, Only

9     \_X\_\_ Affects SUNCAL HEARTLAND, LLC, Only

10     \_X\_\_ Affects LBL-SUNCAL NORTHLAKE, LLC, Only

11     \_X\_\_ Affects SUNCAL MARBLEHEAD, LLC, Only

12

13     \_X\_\_ Affects SUNCAL CENTURY CITY, LLC, Only

14     \_X\_\_ Affects SUNCAL PSV, LLC, Only

15     \_X\_\_ Affects DELTA COVERS VENTURE, LLC, Only

16     \_X\_\_ Affects SUNCAL TORRANCE, LLC, Only

17     \_X\_\_ Affects SUNCAL OAK KNOLL, LLC, Only

18     \_\_\_\_\_ Affects All Debtors

19

20

21       Based upon the Application of the Joint Committee of Creditors Holding Unsecured

22 Claims for Approval of Employment of Counsel (Weiland, Golden, Smiley, Wang Ekvall &

23 Strok, LLP) (the "Application") filed by the Joint Committee of Creditors Holding

24 Unsecured Claims (the "Committee") in the above-affected cases, no opposition to the

25 Application or request for hearing having been filed, and good cause appearing therefor,

26       **IT IS ORDERED** that the Application is approved and the Committee is authorized

27 to employ Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP, as its counsel effective

28

1  March 6, 2009, with compensation to be at the expense of the Estate in such amount as
2  the Court may hereafter allow.

3                                   ###

DATED: May 28, 2009



United States Bankruptcy Judge

| | |
|---|---|
| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 Case |
| Debtor(s). | CASE NUMBER 8:08 bk 17206 ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**650 Town Center Drive, Suite 950, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document described **ORDER ON APPLICATION OF THE JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR APPROVAL OF EMPLOYMENT OF COUNSEL (WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 7, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 7, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Hon. Erithe A. Smith, Ctrm. 5A – Suite 5041
United States Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 7, 2009 | KELLY RIVERA | /S/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                          **F 9013-3.1**

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 Case |
|---|---|
| Debtor(s). | CASE NUMBER 8:08 bk 17206 ES |

**Office of the U.S. Trustee**
411 W. 4th Street, Suite 9041
Santa Ana, CA  92701

Steven Speier
Rus, Miliband & Smith
4100 Newport Place Drive, 3rd Floor
Newport Beach, CA  92660
**Chapter 11 Trustee**

Paul Couchot, Esq.
Peter Liandes, Esq.
Winthrop Couchot
660 Newport Center Drive, #400
Newport Beach, CA  92660
**Attorneys for Debtors**

William Lobel
The Lobel Firm
840 Newport Center Drive, Suite 750
Newport Beach, CA  92660
**Attorneys for Chapter 11 Trustee**

Dean A. Ziehl
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd 11th Fl
Los Angeles, CA 90067-4102
**Attorneys for Lehman ALI, Inc.**

Bellingham Marine Industries, Inc.
Attn: Colby N. Keller, Esq.
Keller, Weber & Dobrott
18201 Von Karman Avenue, #1000
Irvine, CA  92612
**Committee Member**

Chino Grading, Inc.
Attn: Norman Gorgone
P.O. Box 5007
Hacienda Heights, CA  91745
**Committee Member**

TC Construction Co., Inc.
Attn: Jack Gieffels
10540 Prospect Avenue
Santee, CA  92701
**Committee Member**

Nissho of California, Inc.
Attn: Christopher R. Mordy, Esq.
Peterson & Price
655 W. Broadway
San Diego, CA  92101
**Committee Member**

Rohm Insurance Agency
Attn: Todd M. Rohm
26 Plaza Square
Orange, CA  92866
**Committee Member**

Ateliers Jean Nouvel
Attn: Alain Trincal
10 Cite D' Angouleme
75011 Paris France
**Committee Member**

BKF Engineers
Attn: David Lavelle
255 Shoreline Drive, #200
Redwood City, CA  94065
**Committee Member**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | | CHAPTER: 11 Case |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8:08 bk 17206 ES |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON APPLICATION OF THE JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR APPROVAL OF EMPLOYMENT OF COUNSEL (WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 7, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              **F 9021-1.1**

| | |
|---|---|
| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors,<br><br>Debtor(s). | CHAPTER: 11 Case<br><br>CASE NUMBER: 8:08 bk 17206 ES |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**Office of the U.S. Trustee**
411 W. 4th Street, Suite 9041
Santa Ana, CA  92701

Paul Couchot, Esq.
Peter Liandes, Esq.
Winthrop Couchot
660 Newport Center Drive, #400
Newport Beach, CA  92660
**Attorneys for Debtors**

Dean A. Ziehl
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd 11th Fl
Los Angeles, CA 90067-4102
**Attorneys for Lehman ALI, Inc.**

Chino Grading, Inc.
Attn: Norman Gorgone
P.O. Box 5007
Hacienda Heights, CA  91745
**Committee Member**

Nissho of California, Inc.
Attn: Christopher R. Mordy, Esq.
Peterson & Price
655 W. Broadway
San Diego, CA  92101
**Committee Member**

Ateliers Jean Nouvel
Attn: Alain Trincal
10 Cite D' Angouleme
75011 Paris France
**Committee Member**

Steven Speier
Rus, Miliband & Smith
4100 Newport Place Drive, 3rd Floor
Newport Beach, CA  92660
**Chapter 11 Trustee**

William Lobel
The Lobel Firm
840 Newport Center Drive, Suite 750
Newport Beach, CA  92660
**Attorneys for Chapter 11 Trustee**

Bellingham Marine Industries, Inc.
Attn: Colby N. Keller, Esq.
Keller, Weber & Dobrott
18201 Von Karman Avenue, #1000
Irvine, CA  92612
**Committee Member**

TC Construction Co., Inc.
Attn: Jack Gieffels
10540 Prospect Avenue
Santee, CA  92701
**Committee Member**

Rohm Insurance Agency
Attn: Todd M. Rohm
26 Plaza Square
Orange, CA  92866
**Committee Member**

BKF Engineers
Attn: David Lavelle
255 Shoreline Drive, #200
Redwood City, CA  94065
**Committee Member**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9021-1.1**

| | |
|---|---|
| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors,<br><br>Debtor(s). | CHAPTER: 11 Case<br><br>CASE NUMBER: 8:08 bk 17206 ES |

**Electronic Mail Notice List**

Joseph M Adams    jadams@sycr.com
Raymond H Aver    ray@averlaw.com
James C Bastian    jbastian@shbllp.com
John A Boyd    fednotice@tclaw.net
Dan E Chambers    dchambers@jmbm.com
Shirley Cho    scho@pszjlaw.com
Vincent M Coscino    emurdoch@allenmatkins.com
Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com
Jonathan S Dabbieri    dabbieri@shlaw.com
Ana Damonte    ana.damonte@pillsburylaw.com
Melissa Davis    mdavis@shbllp.com
Daniel Denny    ddenny@gibsondunn.com
Caroline Djang    crd@jmbm.com
Donald T Dunning    ddunning@dunningLaw.com
Joseph A Eisenberg    jae@jmbm.com
Lei Lei Wang Ekvall    lekvall@wgllp.com
Richard W Esterkin    resterkin@morganlewis.com
Alan J Friedman    afriedman@irell.com
Robert P Goe    kmurphy@goeforlaw.com
Eric D Goldberg    egoldberg@stutman.com
Kelly C Griffith    bkemail@harrisbeach.com
Asa S Hami    ahami@morganlewis.com
Michael J Hauser    michael.hauser@usdoj.gov
D Edward Hays    ehays@marshackhays.com
Michelle Hribar    mhribar@rutan.com
Lawrence A Jacobson    laj@cohenandjacobson.com
Stephen M Judson    sjudson@fablaw.com
David I Katzen    katzen@ksfirm.com
Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com

Irene L Kiet    ikiet@hkclaw.com
Mark J Krone    mk@amclaw.com
Leib M Lerner    leib.lerner@alston.com
Peter W Lianides    pj@winthropcouchot.com
Charles Liu    cliu@winthropcouchot.com
Kerri A Lyman    klyman@irell.com
Mariam S Marshall    mmarshall@marshallramoslaw.com
Hutchison B Meltzer    hmeltzer@wgllp.com
Joel S. Miliband    jmiliband@rusmiliband.com
James M Miller    jmiller@millerbarondess.com
Louis R Miller    smiller@millerbarondess.com
Douglas M Neistat    twilliams@greenbass.com
Robert Nida    Rnida@castlelawoffice.com
Penelope Parmes    pparmes@rutan.com
Ronald B Pierce    ronald.pierce@sdma.com
Raymond A Policar    hausermouzes@sbcglobal.net
Cassandra J Richey    cmartin@pprlaw.net
Debra Riley    driley@allenmatkins.com
Martha E Romero    Romero@mromerolawfirm.com
William D Schuster    bills@allieschuster.org
Michael St James    ecf@stjames-law.com
Todd L Turoci    tturoci@aol.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Jason Wallach    jwallach@bergerkahn.com
Christopher T Williams    ctwilliams@venable.com
David M Wiseblood    dwiseblood@seyfarth.com
Arnold H Wuhrman    Wuhrman@serenitylls.com
Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**