LOUIS R. MILLER, State Bar No. 54141
smiller@millerbarondess.com
MARTIN PRITIKIN, State Bar. No. 210845
mpritikin@millerbarondess.com
BRIAN PROCEL, State Bar No. 218657
bprocel@millerbarondess.com
**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400

[Proposed] Special Litigation Counsel for the Jointly Administered Debtors in Possession and Steven M. Speier, the Chapter 11 Trustee

FILED & ENTERED

JUN 24 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -- SANTA ANA DIVISION**

In re

PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,

    Jointly Administered Debtors and Debtors-in-Possession

Affects:
☒ All Debtors
☐ Palmdale Hills Property,
☐ SunCal Beaumont Heights, LLC
☐ SCC Palmdale,
☐ SunCal Johannson Ranch, LLC
☐ SunCal Summit Valley, LLC
☐ SunCal Emerald Meadows LLC
☐ SunCal Bickford Ranch, LLC
☐ Acton Estates, LLC
☐ Seven Brothers LLC
☐ SJD Partners, Ltd.
☐ SJD Development Corp.
☐ Kirby Estates, LLC
☐ SunCal Communities I, LLC
☐ SunCal Communities III, LLC
☐ SCC Communities LLC
☐ North Orange Del Rio Land, LLC
☐ Tesoro SF LLC
☐ LBL-SunCal Oak Valley, LLC
☐ SunCal Heartland, LLC
☐ LBL-SunCal Northlake, LLC
☐ SunCal Marblehead, LLC
    *Caption Continued on Next Page*

**CASE NO. 8:08-bk-17206-ES**
Jointly Administered With Case Nos.
  8:08-bk-17209-ES; 8:08-bk-17240-ES;
  8:08-bk-17224-ES; 8:08-bk-17242-ES;
  8:08-bk-17225-ES; 8:08-bk-17245-ES;
  8:08-bk-17227-ES; 8:08-bk-17246-ES;
  8:08-bk-17230-ES; 8:08-bk-17231-ES;
  8:08-bk-17236-ES; 8:08-bk-17248-ES;
  8:08-bk-17249-ES; 8:08-bk-17573 ES;
  8:08-bk-17574-ES; 8:08-bk-17575 ES;
  8:08-bk-17404-ES; 8:08-bk-17407-ES;
  8:08-bk-17408-ES; 8:08-bk-17409-ES;
  8:08-bk-17458-ES; 8:08-bk-17465-ES;
  8:08-bk-17470-ES; 8:08-bk-17472-ES;
  8:08-bk-17588-ES

**ORDER GRANTING APPLICATIONS TO EMPLOY MILLER BARONDESS, LLP AS SPECIAL-LITIGATION COUNSEL**

[No hearing required]

**ORDER GRANTING APPLICATIONS TO EMPLOY MILLER BARONDESS**

34576.2

*Continued from Previous Page*
☐ SunCal Century City, LLC
☐ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

34576.2

1  IT IS HEREBY ORDERED that the applications filed by Debtors-in-Possession Palmdale Hills Property, LLC; SunCal Beaumont Heights, LLC; SCC/Palmdale, LLC; SunCal Johannson Ranch, LLC; SunCal Summit Valley, LLC; SunCal Emerald Meadows, LLC; SunCal Bickford Ranch, LLC; Acton Estates, LLC; Seven Brothers, LLC; SJD Partners, Ltd.; SJD Development Corp.; Kirby Estates, LLC; SunCal Communities I, LLC; SunCal Communities III, LLC; SCC Communities LLC; North Orange Del Rio Land, LLC; and Tesoro SF, LLC; and by Steven M. Speier, Chapter 11 Trustee, on behalf of the estates of LB/L-SunCal Oak Valley, LLC; LB/L SunCal Northlake, LLC; SunCal Century City, LLC; SunCal PSV, LLC; Delta Coves Venture, LLC; SunCal Torrance, LLC; SunCal Oak Knoll, LLC; SunCal Marblehead, LLC; and SunCal Heartland, LLC (collectively, the "Employment Applications"), filed in case numbers 8:08-bk-17206-ES; 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573 ES; 8:08-bk-17574-ES; 8:08-bk-17575 ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; 8:08-bk-17588-ES (which cases are now jointly administered under case number 8:08-bk-17206-ES), for authority to employ Miller Barondess, LLP as special litigation counsel, effective January 6, 2009, for the purposes and according to the terms described in those Employment Applications, are GRANTED.

####



DATED: June 24, 2009

United States Bankruptcy Judge

34576.2

1

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS, Jointly Administered Debtors and Debtors-in-Possession | CHAPTER 11 CASE NUMBER 8:08-bk-17206-ES, and Jointly Administered Cases |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described **ORDER GRANTING APPLICATIONS TO EMPLOY MILLER BARONDESS, LLP AS SPECIAL-LITIGATION COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 22, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (SA)    Michael.hauser@usdoj.gov (via email)
Steven Speier    sspeier@squarmilner.com (via email)

JUDGE'S COPY (via personal delivery):
The Honorable Erithe A. Smith
United States Bankruptcy Court, Central District of California
411 W. Fourth Street, Courtroom 5A
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 22, 2009 | Carole Conklin | /s/ Carole Conklin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
34576.2

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS, Jointly Administered Debtors and Debtors-in-Possession | CHAPTER 11 CASE NUMBER 8:08-bk-17206-ES, and Jointly Administered Cases |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the Court that a judgment or order entitled **ORDER GRANTING APPLICATIONS TO EMPLOY MILLER BARONDESS, LLP AS SPECIAL-LITIGATION COUNSEL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the Court via NEF and hyperlink to the judgment or order. As of May 22, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

- Louis Miller                smiller@millerbarondess.com
- Brian Procel               bprocel@millerbarondess.com
- Martin Pritikin            mpritikin@millerbarondess.com
- Paul Couchot              pcouchot@winthropcouchot.com
- Peter Lianides             plianides@winthropcouchot.com
- William N. Lobel           wlobel@thelobelfirm.com
- Lei Lei Wang Ekvall        lekvall@wgllp.com
- United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov
  Steven Speier              sspeier@squarmilner.com

☐ Service information continued on next page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on next page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

☐ Service information continued on next page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
34576.2