| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | William N. Lobel (State Bar No. 93202)<br>wlobel@thelobelfirm.com<br>Mike D. Neue (State Bar No. 179303)<br>mneue@thelobelfirm.com<br>James E. Till (State Bar No. 200464)<br>jtill@thelobelfirm.com<br>THE LOBEL FIRM, LLP<br>840 Newport Center Drive, Suite 750<br>Newport Beach, CA  92660<br>Telephone:     (949) 999-2860<br>Facsimile:     (949) 999-2870 | **FILED & ENTERED**<br><br>**JUN 24 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY daniels    DEPUTY CLERK** |

[Proposed] General Counsel to the Chapter 11 Trustee, Steven M. Speier

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, and its Related Debtors,<br><br>    Jointly Administered Debtors and Debtors-in-Possession.<br><br>__ Affects PALMDALE HILLS PROPERTY, LLC, Only<br>__ Affects SUNCAL BEAUMONT HEIGHTS, LLC, Only<br>__ Affects SCC/PALMDALE, Only<br>__ Affects SUNCAL JOHANNSON RANCH, LLC, Only<br>__ Affects SUNCAL SUMMIT VALLEY, LLC, Only<br>__ Affects SUNCAL EMERALD MEADOWS, LLC, Only<br>__ Affects SUNCAL BICKFORD<br>__ Affects ACTON ESTATES, LLC, Only<br>__ Affects SEVEN BROTHERS, LLC, Only<br>__ Affects SJD PARTNERS, LTD., Only<br>__ Affects SJD DEVELOPMENT CORP., Only<br>__ Affects KIRBY ESTATES, LLC, Only | Case No. 8:08-bk-17206- ES<br><br>Jointly Administered With Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8-08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; 8:08-bk-17588-ES<br><br>Chapter 11 cases<br><br>**ORDER GRANTING APPLICATION OF CHAPTER 11 TRUSTEE FOR AUTHORITY TO EMPLOY THE LOBEL FIRM, LLP AS GENERAL COUNSEL**<br><br>**[NO HEARING REQUIRED]** |

1047.1

| | |
|---|---|
| 1 | __ Affects SUNCAL COMMUNITIES I, LLC, Only |
| 2 | __ Affects SUNCAL COMMUNITIES III, LLC, Only |
| 3 | __ Affects SCC COMMUNITIES, LLC, Only |
| 4 | __ Affects NORTH ORANGE DEL RIO LAND, LLC, Only |
| 5 | __ Affects TESORO SF, LLC, Only |
| 6 | X  Affects LBL-SUNCAL OAK VALLEY, LLC, Only |
| 7 | X Affects SUNCAL HEARTLAND, LLC, Only |
| 8 | X Affects LBL-SUNCAL NORTHLAKE, LLC, Only |
| 9 | |
| 10 | X Affects SUNCAL MARBLEHEAD, LLC, Only |
| 11 | X Affects SUNCAL CENTURY CITY, LLC, Only |
| 12 | X Affects SUNCAL PSV, LLC, Only |
| 13 | X Affects DELTA COVERS VENTURE, LLC, Only |
| 14 | X Affects SUNCAL TORRANCE, LLC, Only |
| 15 | X Affects SUNCAL OAK KNOLL, LLC, Only |
| 16 | __ Affects All Debtors |

The Court, having considered the "Application of Chapter 11 Trustee for Authority to Employ The Lobel Firm, LLP As General Chapter 11 Counsel; " (the "<u>Application</u>"), requesting an order authorizing the employment of The Lobel Firm, LLP ("<u>TLF</u>") as general counsel to Steven M. Speier, the chapter 11 trustee (the "<u>Trustee</u>") appointed in the chapter 11 cases of LBL-SUNCAL OAK VALLEY, LLC, SUNCAL HEARTLAND, LLC, LBL-SUNCAL NORTHLAKE, LLC, SUNCAL MARBLEHEAD, LLC, SUNCAL CENTURY CITY, LLC, SUNCAL PSV, LLC, DELTA COVERS VENTURE, LLC, SUNCAL TORRANCE, LLC, SUNCAL OAK KNOLL, LLC (collectively, the "<u>Trustee Debtors</u>"), as well as the Declaration of William N. Lobel in support of the Application, the Declaration of Mike D. Neue Regarding Non-Opposition to Application for Approval

of Employment of The Lobel Firm, LLP as General Chapter 11 Counsel filed by TLF, and no objections to the Application having been filed, and the Court having found that adequate notice has been provided and that the Application complies with Rule 2014 of the Local Bankruptcy Rules, and it appearing that TLF does not hold an interest adverse to the interests of the estate, and is a disinterested person under section 101(14) of the Bankruptcy Code, and the Court having found that the employment of TLF is necessary and in the best interest of the estate, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted;

2. The Trustee is hereby authorized to employ TLF as General Counsel, effective as of April 7, 2009, on the terms and conditions set forth in the Application; and

3. TLF is hereby authorized to obtain monthly compensation of its fees and costs in this chapter 11 case in accordance with the Application.

###

DATED: June 24, 2009

_____
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 750, Newport Beach, CA 92660

The foregoing document described as [Proposed] **ORDER GRANTING APPLICATION OF CHAPTER 11 TRUSTEE FOR AUTHORITY TO EMPLOY THE LOBEL FIRM, LLP AS GENERAL COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On June 4, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 4, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Chambers of the Honorable Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street
Santa, Ana, CA 92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/4/09 | Cecilia Solórzano | /s/ Cecilia Solórzano |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-4-

1047.1

**TO BE SERVED VIA E-MAIL**
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Hauser    michael.hauser@usdoj.gov

**SERVED VIA FIRST-CLASS MAIL:**

**Chapter 11 Trustee**
Steven M. Speier
Squar Milner Peterson Miranda & Williamson, LLP
4100 Newport Place Drive, 3rd Floor
Newport Beach, CA 92660

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING APPLICATION OF CHAPTER 11 TRUSTEE FOR AUTHORITY TO EMPLOY THE LOBEL FIRM, LLP AS GENERAL COUNSEL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 4, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered○ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Vincent M Coscino    emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@shlaw.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Alan J Friedman    afriedman@irell.com
- Robert P Goe    kmurphy@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michelle Hribar    mhribar@rutan.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Stephen M Judson    sjudson@fablaw.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Douglas M Neistat    twilliams@greenbass.com
- Mike D Neue    mneue@irell.com
- Robert Nida    Rnida@castlelawoffice.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Raymond A Policar    hausermouzes@sbcglobal.net
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- Martha E Romero    Romero@mromerolawfirm.com
- William D Schuster    bills@allieschuster.org
- Michael St James    ecf@stjames-law.com
- Todd L Turoci    tturoci@aol.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

- Jason Wallach    jwallach@bergerkahn.com
- Christopher T Williams    ctwilliams@venable.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Arnold H Wuhrman    Wuhrman@serenitylls.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

**TO BE SERVED BY THE LODGING PARTY:**

**Chapter 11 Trustee**
Steven M. Speier
Squar, Milner, Peterson, Miranda & Williamson, LLP
4100 Newport Place Drive, 3rd Floor
Newport Beach, CA 92660