LOUIS R. MILLER, State Bar No. 54141
smiller@millerbarondess.com
MARTIN PRITIKIN, State Bar. No. 210845
mpritikin@millerbarondess.com
BRIAN PROCEL, State Bar No. 218657
bprocel@millerbarondess.com
**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 552-4400
Facsimile:    (310) 552-8400

Special Litigation Counsel for
Jointly Administered Debtors in Possession and Chapter 11 Trustee

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br><br>Jointly Administered Debtors and Debtors-in-Possession<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC,<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale,<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>*Caption Continued on Next Page* | Case No. 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-17209-ES; 8:08-17240-ES; 8:08-17224-ES;<br>8:08-17242-ES; 8:08-17225-ES; 8:08-17245-ES;<br>8:08-17227-ES; 8:08-17246-ES; 8:08-17230-ES;<br>8:08-17231-ES; 8:08-17236-ES; 8:08-17248-ES;<br>8:08-17249-ES; 8:08-17573-ES; 8:08-17574 ES;<br>8:08-17575-ES; 8:08-17404-ES; 8:08-17407-ES;<br>8:08-17408-ES; 8:08-17409-ES; 8:08-17458-ES;<br>8:08-17465-ES; 8:08-17470-ES; 8:08-17472-ES; and<br>8:08-17588-ES<br><br>Chapter 11 Proceedings<br><br>**DECLARATION OF LOUIS R. MILLER IN SUPPORT OF REPLY RE SUPPLEMENT TO DEBTORS' MOTION FOR ORDER:<br>(1) APPROVING OVERBID PROCEDURES IN CONNECTION WITH PROPOSED SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTORS' ESTATES; (2) APPROVING BREAK-UP FEE; (3) DISALLOWING CREDIT BIDS RIGHTS OF DISPUTED SECURED CREDITORS, LEHMAN ALI, INC., NORTHLAKE HOLDINGS AND OVC HOLDINGS; AND (4) SETTING HEARING ON APPROVAL OF SALE OF ASSETS**<br><br>Date:    July 28, 2009<br>Time:    10:00 a.m.<br>Place:    Courtroom 5A |

35459.1

*Continued from Previous Page*

- ☒ LBL-SunCal Oak Valley, LLC
- ☒ SunCal Heartland, LLC
- ☒ LBL-SunCal Northlake, LLC
- ☒ SunCal Marblehead, LLC
- ☒ SunCal Century City, LLC
- ☒ SunCal PSV, LLC
- ☒ Delta Coves Venture, LLC
- ☒ SunCal Torrance, LLC
- ☒ SunCal Oak Knoll, LLC

I, Louis R. Miller, hereby declare and state as follows:

1. I submit this declaration in support of the REPLY RE SUPPLEMENT TO DEBTOR'S MOTION FOR ORDER: (1) APPROVING OVERBID PROCEDURES IN CONNECTION WITH PROPOSED SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTORS' ESTATES; (2) APPROVING BREAK-UP FEE; (3) DISALLOWING CREDIT BID RIGHTS OF DISPUTED SECURED CREDITORS, LEHMAN ALI, INC., NORTHLAKE HOLDINGS, AND OVC HOLDINGS; AND (4) SETTING HEARING HEREON APPROVAL OF SALE OF ASSETS (the "Reply"). I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2. I am an attorney, duly admitted to practice law before all courts for the State of California and the United States District Court for the Central District of California. I am a member of the law firm of Miller Barondess, LLP ("Miller Barondess"), special litigation counsel for each of the above-captioned debtors (the "Debtors") and Steven M. Speier, the Chapter 11 Trustee.

3. Attached hereto as Exhibit "1" is a true and correct copy of the Third Amended Adversary Proceeding Complaint, filed on July 10, 2009, in the matter of *Palmdale Hills Property LLC et al. v. Lehman ALI Inc. et al.*, Adversary Proceeding No. 8:09-ap-01005-ES ("TAC").

4. The TAC is much more extensive and detailed than the Second Amended Complaint filed on or about March 20, 2009 ("SAC"). (It is fully three times as long.) Not only does the TAC address all of the issues raised by the Court in the June 11, 2009 ruling on the defendants' motion to dismiss the SAC, but it was prepared with the benefit of several additional months of research, investigation and discovery that the Debtors did not have the benefit of at the time of filing the SAC.

35459.1

5. For example, the evidence regarding the Lehman entities' (and/or their successors') extensive post-petition inequitable conduct—including Lehman Commercial Paper, Inc.'s ("LCPI") repeated false invocation of its automatic stay in relation to loans that it had sold to Fenway Capital pre-petition—was not discovered until after the SAC was filed. Thus, the TAC includes nearly thirteen pages of new allegations regarding such post-petition inequitable conduct, including nearly six pages regarding LCPI's false invocation of the automatic stay, that were not in the SAC.

6. The TAC also includes a plethora of new detail regarding: facts that establish that the Lehman lenders were insiders of the Debtors; specific inequitable conduct that particular defendants engaged in with regard to particular Debtors; how the Debtors' creditors were harmed by those acts of inequitable conduct; and the identity of the creditors of each Debtor harmed by that inequitable conduct.

7. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21st day of July 2009, at Los Angeles, California.

/s/ 
Louis R. Miller

35459.1