Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Commercial Paper Inc., Lehman ALI, Inc.,
Northlake Holdings LLC and OVC Holdings LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>     Jointly Administered Debtors and<br>     Debtors-In-Possession.<br>_____<br>Affects:<br>☐ All Debtors<br>☒ Palmdale Hills Property, LLC<br>☒ SunCal Beaumont Heights, LLC<br>☒ SCC/Palmdale, LLC<br>☒ SunCal Johannson Ranch, LLC<br>☒ SunCal Summit Valley, LLC<br>☒ SunCal Emerald Meadows, LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☒ Seven Brothers, LLC<br>☒ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☒ Kirby Estates, LLC<br>☒ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☒ SCC Communities, LLC<br>☒ North Orange Del Rio Land, LLC<br>☒ Tesoro SF, LLC<br>☒ LB-L-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LB-L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☒ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance, LLC<br>☒ SunCal Oak Knoll, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN PROPOSED BY THE LEHMAN LENDERS**<br><br>**Hearing:**<br>Date: October 15, 2009<br>Time: 2:00 PM<br>Place: Courtroom 5A |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO: THE OFFICE OF THE UNITED STATES TRUSTEE; ALL CREDITORS; AND ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that, on September 9, 2009, Lehman Commercial Paper Inc., Lehman ALI, Inc., Northlake Holdings LLC and OVC Holdings LLC (collectively, the "Lehman Lenders") filed the Joint Chapter 11 Plan Proposed by Lehman Lenders (the "Plan") and the Disclosure Statement With Respect to Joint Chapter 11 Plan Proposed by Lehman Lenders (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that a hearing will take place on October 15, 2009 at 2:00 PM in Courtroom 5A of the United States Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, CA 92701, to consider the adequacy of information contained in the Disclosure Statement pursuant to 11 U.S.C. §1125 and any other matter in conjunction therewith that may properly come before the Court at that time.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement have been mailed to the Office of the United States Trustee, counsel for the voluntary debtors in the above-captioned cases, counsel for the chapter 11 trustee for the involuntary debtors in the above-captioned cases, counsel for the statutory committees appointed in the above-captioned cases, and certain parties in interest.  The Lehman Lenders will provide a copy of the Disclosure Statement and Plan to any party upon written request to: Pachulski Stang Ziehl & Jones LLP, Attn:  Michael Matteo, at 10100 Santa Monica Blvd., Suite 1100, Los Angeles, CA 90067, or by e-mail at mmatteo@pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(f), any objections or responses to the Disclosure Statement must be filed with the Court and served upon counsel for the Lehman Lenders: (i) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, CA 90067, Attn: Richard M. Pachulski, Esq.; and (ii) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119, Attn: Shai Waisman, Esq., and Weil, Gotshal & Manges LLP, 1395 Brickell Avenue, Suite 1200, Miami, FL 33131, Attn: Edward Soto, Esq. not later than eleven (11) days prior to the hearing date set forth above.  Any objections or responses not filed and served in the manner set forth herein may be deemed waived.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be adjourned from time to time by announcement made in open Court without further notice to creditors and parties in interest.

Dated:     September 9, 2009          PACHULSKI STANG ZIEHL & JONES LLP

                                      _/s/ Dean A. Ziehl_
                                      Richard M. Pachulski (CA Bar No. 90073)
                                      Dean A. Ziehl (CA Bar No. 84529)
                                      Robert B Orgel (CA Bar No. 101875)
                                      10100 Santa Monica Blvd., Suite 1100
                                      Los Angeles, CA 90067-4100
                                      Telephone:  (310) 277-6910
                                      Facsimile:  (310) 201-0760

                                      -and-

                                      WEIL, GOTSHAL & MANGES LLP
                                      Edward Soto (admitted _pro hac vice_)
                                      Shai Waisman (admitted _pro hac vice_)
                                      767 Fifth Avenue
                                      New York, NY  10153-0119
                                      Telephone:  (212) 310-8000
                                      Facsimile:  (212) 310-8007

                                      Attorneys for Lehman Commercial Paper Inc.,
                                      Lehman ALI, Inc., Northlake Holdings, LLC
                                      and OVC Holdings, LLC

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN PROPOSED BY THE LEHMAN LENDERS*** will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 9, 2009 I** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 9, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 9, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

JUDGE'S COPY [Hand Delivery]]

The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 9, 2009 | Myra Kulick | /s/ *Myra Kulilck* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re:<br><br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |
|---|---|

## I. SERVED BY NEF

## 8:08-bk-17206-ES Notice will be electronically mailed to:

Joseph M Adams for Defendant The City of San Juan Capistrano
jadams@sycr.com

Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com

James C Bastian for Creditor ARB, Inc.
jbastian@shbllp.com

John A Boyd for Interested Party Oliphant Golf Inc
fednotice@tclaw.net

Brendt C Butler for Creditor EMR Residential Properties LLC
BButler@rutan.com

Dan E Chambers for Creditor EMR Residential Properties LLC
dchambers@jmbm.com

Shirley Cho for Creditor Lehman ALI, Inc.
scho@pszjlaw.com

Vonn Christenson for Interested Party Courtesy NEF
vrc@paynefears.com

Vincent M Coscino for Petitioning Creditor CST Environmental Inc
emurdoch@allenmatkins.com

Paul J Couchot for Debtor ACTON ESTATES, LLC
pcouchot@winthropcouchot.com, pj@winthropcouchot.com

Jonathan S Dabbieri for Interested Party Courtesy NEF
dabbieri@shlaw.com

Ana Damonte for Creditor Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

Melissa Davis for Creditor City of Orange
mdavis@shbllp.com

Daniel Denny for Interested Party Courtesy NEF
ddenny@gibsondunn.com

Caroline Djang for Creditor Lehman ALI, Inc.
crd@jmbm.com

Donald T Dunning for Creditor Hertz Equipment Rental Corporation
ddunning@dunningLaw.com

Joseph A Eisenberg for Creditor Lehman ALI, Inc.
jae@jmbm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   **F 9013-3.1**

Lei Lei Wang Ekvall for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
lekvall@wgllp.com

Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

Lisa Hill Fenning for Defendant Fenway Capital, LLC
Lisa_Fenning@aporter.com, courtalert@dl.com

Marc C Forsythe for Attorney Robert Goe
kmurphy@goeforlaw.com

Alan J Friedman for Attorney Irell & Manella LLP
afriedman@irell.com

Robert P Goe for Attorney Robert Goe
kmurphy@goeforlaw.com

Eric D Goldberg for Interested Party Courtesy NEF
egoldberg@stutman.com

Kelly C Griffith for Interested Party Courtesy NEF
bkemail@harrisbeach.com

Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

D Edward Hays for Creditor Philip Dowse
ehays@marshackhays.com

Michael C Heinrichs for Interested Party Courtesy NEF
mheinrichs@omm.com

Michelle Hribar for Plaintiff EMR Residential Properties LLC
mhribar@rutan.com

Lawrence A Jacobson for Creditor BKF Engineers
laj@cohenandjacobson.com

Stephen M Judson for Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com

David I Katzen for Interested Party Bethel Island Municipal Improvement District
katzen@ksfirm.com

Christopher W Keegan for Creditor SC Master Holdings II LLC
ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com

Irene L Kiet for Creditor BNB Engineering, Inc.
ikiet@hkclaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

Mark J Krone for Creditor Bond Safeguard Insurance Co
mk@amclaw.com

Leib M Lerner for Creditor Steiny and Company, Inc.
leib.lerner@alston.com

Peter W Lianides for Debtor Palmdale Hills Property, LLC
pj@winthropcouchot.com

Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com

Kerri A Lyman for Attorney Irell & Manella LLP
klyman@irell.com

Mariam S Marshall for Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

Robert C Martinez for Creditor TC Construction Company, Inc
rmartinez@mclex.com

Hutchison B Meltzer for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
hmeltzer@wgllp.com

Joel S. Miliband for Creditor RBF CONSULTING
jmiliband@rusmiliband.com

James M Miller for Debtor Palmdale Hills Property, LLC
jmiller@millerbarondess.com

Louis R Miller for Plaintiff Palmdale Hills Property, LLC
smiller@millerbarondess.com

Mike D Neue for Trustee Steven Speier
mneue@thelobelfirm.com, csolorzano@thelobelfirm.com

Robert Nida for Creditor Kirk Negrete, Inc
Rnida@castlelawoffice.com

Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

Penelope Parmes for Creditor EMR Residential Properties LLC
pparmes@rutan.com

Ronald B Pierce for Creditor Griffith Company
ronald.pierce@sdma.com

Raymond A Policar for Creditor Williams+Paddon Architects+Planners, Inc.
hausermouzes@sbcglobal.net

Cassandra J Richey for Creditor Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                       **F 9013-3.1**

Debra Riley for Interested Party City of Palmdale
driley@allenmatkins.com

Martha E Romero for Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

William D Schuster for Creditor HD Supply Construction Supply LTD
bills@allieschuster.org

Steven M Speier for Trustee Steven Speier
Sspeier@Squarmilner.com, ca85@ecfcbis.com

Michael St James for Creditor MBH Architects, Inc.
ecf@stjames-law.com

Todd L Turoci for Creditor Philip Dowse
tturoci@aol.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Jason Wallach for Interested Party Courtesy NEF
jwallach@gladstonemichel.com

Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
joshua.wayser@kattenlaw.com

Christopher T Williams for Creditor Danske Bank A/S London Branch
ctwilliams@venable.com, jcontreras@venable.com

Marc J Winthrop for Debtor Palmdale Hills Property, LLC
pj@winthropcouchot.com

David M Wiseblood for Creditor Bethel Island Municipal Improvement District
dwiseblood@seyfarth.com

Arnold H Wuhrman for Creditor Wayne Lee
Wuhrman@serenitylls.com

Dean A Ziehl for Creditor Lehman ALI, Inc.
dziehl@pszjlaw.com

**II. SERVED BY U.S. MAIL**

Michael J Hauser
411 W Fourth St #9041
Santa Ana, CA 92701

**8:08-bk-17206-ES Notice will not be electronically mailed to:**

Tab L K Artis
301 N Lake Ave 7th Fl
Pasadena, CA 91101

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 9013-3.1**

Sharon A Bangs / Theresa Crawford Tate
Crawford & Bangs
1290 E Center Ct Dr
Covina, CA 91724

William G Bissell
110 Newport Ctr Dr Ste 200
Newport Beach, CA 92660

John W Busby
251 Lafayette Circle Ste 350
Lafayette, CA 94549

Wayne W Call
Call, Jensen & Ferrell
610 Newport Ctr Dr Ste 700
Newport Beach, CA 92660

Brent S Clemmer
Slovak Baron & Empey LLP
1800 E Tahquitz Cyn Wy
Palm Springs, CA 92262

Adrianna Corrado
Lanak & Hanna
400 N Tustin Ave Ste 120
Santa Ana, CA 92705-3815

Donald B Devirian
Devirian & Shinmoto
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064

Steven M Garber
1901 Ave Of The Stars #1100
Los Angeles, CA 90067

Stanley Haren
Gill & Baldwin
130 N Baldwin Blvd #405
Glendale, CA 91203

William R Hart / Andrew C Kienle
Hart King & Coldren
200 Sandpointe Fourth Fl
Santa Ana, CA 92707

Jonathan M Hoff for Interested Party Joint Provisional Liquidators of Lehman RE Ltd
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br><br>Debtor(s). | CASE NUMBER 08-17206-ES |

Vivian Le
Gary R King & Associates
30950 Rancho Viejo Rd Ste 155
San Juan Capistrano, CA 92675

Michael D. May
250 W First St, Ste 256
Claremont, CA 91711

Mark E McKane
Kirkland & Ellis LLP
555 California St
San Francisco, CA 94104

Raymond D Scott
1835 W Orangewood Ave Ste 255
Orange, CA 92868

Kimberly A Soyer
251 Lafayette Cir, Ste 350
Lafayette, CA 94549

Joseph L Strohman
Ferguson Case Orr Paterson LLP
1050 S Kimball Rd
Ventura, CA 93004

Robert S Throckmorton
Throckmorton, Beckstrom & Tomassian, LLP
2 Corporate Park, Ste 210
Irvine, CA 92606-5115

Weiland Golden Smiley Wang Ekvall & Strok, LLP
650 Town Center Dr Ste 950
Costa Mesa, CA 92626

Douglas F Welebir
Welebir Tierney & Weck
2068 Orange Tree Ln Ste 215
Redlands, CA 92374

## III.  SERVED BY E-MAIL

Paul Couchot - pcouchot@winthropcouchot.com
William Lobel - wlobel@thelobelfirm.com
Louis Miller - smiller@millerbarondess.com
Martin Pritikin – mpritikin@millerbarondess.com
Steven N. Speier - sspeier@squarmilner.com (Chapter 11 Trustee, c/o Squar Nilner)
Edward Soto - Edward.soto@weil.com
Carrolynn H. G. Callari - ccallari@venable.com
Timothy J. Gorry - tgorry@venable.com
Wayne Abb, Esq. - wayneabb@gmail.com
John Sieger - john.sieger@kattenlaw.com
Atty for P. Volkerts - c.martin@pprlaw.net
Atty for Bond Safeguard & Lexon - mea@amclaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   **F 9013-3.1**

Palmdale Hills Property, LLC and its related entities - bcook@suncal.com
Raymond H. Aver - ray@averlaw.com
James C. Bastian - jbastian@shbllp.com
Caroline Djang - crd@mjbm.com
Joseph A. Eisenberg - jae@jmbm.com
Richard W. Esterkin - resterkin@morganlewis.com
Alan J. Friedman - afriedman@irell.com
Kelly C. Griffith - gkemail@harrisbeach.com
Asa S. Hami - ahami@morganlewis.com
Michael J. Hauser - Michael.hauser@usdoj.gov
Michelle Hribar - mhribar@rutan.com
Peter W. Lianides pj@winthropcouchot.com
Charles Liu - cliu@winthropcouchot.com
Kerri A. Lyman - klyman@irell.com
Cassandra J. Richey - cmartin@pprlaw.net
Debra Riley - driley@allenmatkins.com
Jason Wallach - Jwallach@bergerkahn.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

Service List for Disclosure Statement
Hearing

Committee Counsel
Irell & Manella
Alan J. Friedman, Esq.
Kerry Lyman, esq.
840 Newport Center Dr., #400
Newport Beach, CA 92660-6324

Bond Safeguard Insurance Co.

Debra A. Riley, Esq.
Allen Matkins Leck Gamble Mallory & Natsis
LLP
7th Floor, 515 South Figueroa Street
Los Angeles, CA  90071

Committee Member
Hunsaker and Associates Irvine Inc.
Bradley Hay, Principal
2900 Adams Street, Suite A15
Riverside, CA  92504

Committee Member
HMK Engineering, Inc.
Gloria Olivas, Officer Manager
24007 Ventura Blvd. #102
Calabasas, CA 91302

Committee Member
BonTerra Consulting
Tracy Zucker, Controller
151 Kalmus Drive, Suite E200
Costa Mesa, CA 92626

Creekside Development, Inc.
Alan Friedman, Esq.
Irell & Manella LLP
840 Newport Center Dr. Suite 400
Newport Beach, CA 92660

Lehman Commercial Paper, Inc.
Attn: Corporate Officer
399 Park Ave., 8th Fl.
New York, NY 10022

Wood Rogers
c/o Murphy Austin, etc.
J. Scott Alexander, Esq.
304 "S" Street
Sacramento, CA 95811-6906

Palmdale Hills Property, LLC
and its related entities
Attn: Bruce Elieff, Manager
2392 Morse Ave.
Irvine, CA 92614

Steven N. Speier, Ch 11 Trustee
c/o Squar Milner
4100 Newport Pl Dr 3rd Fl
Newport Beach, CA 92660

c/o Kelly C. Griffith, Esq.
Harris Beach PLLC
300 South State Street, 4th Floor
Syracuse, NY, 13202

AMEC Earth & Environmental
c/o Gibbs, Giden, etc.
Christopher E Ng., Esq.
1880 Century Park East, 12th Floor
Los Angeles, CA 90067-1621

Committee Member
Proactive Engineering Consultants, Inc.
Tom Braun, President
1875 California Ave.
Corona, CA  92881

Committee Member
Creekside Development, Inc.
Brad Gates, Secretary
28546 Paseo Diana
San Juan Capistrano, CA  92675

Committee Member
Bova Contracting Corp.
Steven Stein, President
3334 E. Coast Hwy., Suite 427
Corona Del Mar, CA 92625-2328

SCLV Northlake, LLC
Jeffrey Fitts
745 Seventh Avenue
New York, NY 10019

Secured Creditor
OVC Holdings LLC
c/o Trimont Real Estate Advisors
2 Park Plaza, Suite 850
Irvine, CA 92614-8515

Asphalt Professionals, Inc.
c/o Law Offices of Ray B. Bowen, Jr., Esq.
19318 Ventura Blvd., #100
Tarzana, CA  91356-3097

U.S. Trustee's Office
Michael Hauser, Esq.
411 West Fourth St., #9041
Santa Ana, CA 92701

Jason Wallach
Berger Kahn
2 Park Plaza, 6th Floor
Irvine, CA  92614

Wells Fargo Equipment Finance
c/o Solomon, Grindle, Silverman &
Richard A. Solomon, Esq.
12651 High Bluff Dr., #300
San Diego, CA  92130

Committee Member
Klassen Corp.
Jerry D. Klassen, CEO
Nicole Jannett, Legal Services Manager
2021 Westwind Drive
Bakersfield, CA  93301

Committee Member
Far West Construction, inc.
Jennifer Alger, Corporate Officer
PO Box 68
Sheridan, CA  95681

Committee Member
Urban Crossroads, Inc.
John Kain, President
41 Corporate Park, Suite 300
Irvine, CA 92606

Lehman Ali, Inc.
Attn: Corporate Officer
399 Park Avenue, 8th Floor
New York, NY  10022

Lehman Commercial Paper Inc.
c/o Michael Kessler, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

General Security Services, Inc.
c/o Treacy & Keidser LLP
Kari A. Keidser, Esq.
5777 West Century Park Blvd., #1100
Los Angeles, CA 90045

Richard W. Esterkin
Asa S. Hami
Morgan Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

Hui-Li Dou et al
c/o Raymond H. Aver, Esq.
12424 Wilshire Blvd., #720
Los Angeles, CA 90025

Lehman Bros. Holdings, Inc.
Jeffer, Mangels, et al.
Joseph A. Eisenberg, Esq.
1900 Ave. of the Stars, 7th Fl.
Los Angeles, CA 90067

RGA Environmental, Inc.
c/o Marshall & Ramos, LLP
Miriam S. Marshall, Esq.
350 Frank H. Ogawa Plaza, #600
Oakland, CA 94612

A.G.I. Geotechnical, Inc.
Attn: Corporate Officer
16555 Sherman Way, Unit A
Van Nuys, CA 91406

Advance Utility Design, Inc.
Attn: Corporate Officer
27403 Ynez Road, suite 216
Temecula, CA 92591

Andy Gump Temporary Site Services
Attn: Corporate Officer
26954 Ruether Ave
Santa Clarita, CA 91351

Antelope Valley Engineering, Inc.
Attn: Corporate Officer
1129 W Pondera St.
Lancaster, CA 93534

Asphalt Professionals
Attn: Corporate Officer
2630 Lavery Ct., Suite F
Thousand Oaks, CA 91320

AT&T
Attn: Corporate Officer
Payment Center
Sacramento, CA 95887-0001

BIA / Southern California
Attn: Corporate Officer
1330 South Valley Vista Drive
Diamond Bar, CA 91765

Brockmeier Consulting Engineers, Inc.
Attn: Corporate Officer
1304 Olympic Blvd.
Santa Monica, CA 90404-3726

Bruin Geotechnical Services, Inc.
Attn: Corporate Officer
1817 East Ave. Q, Unit A-2
Palmdale, CA 93550

Cadwalader, Wickersham & Taft, LLP
Attn: Corporate Officer
PO Box 5929
New York, NY 10087

Cal-State Rent A Fence
Attn: Corporate Officer
PO Box 6848
Thousand Oaks, CA 91359

Camarillo Engineering Inc.
Attn: Corporate Officer
PO Box 758
Somis, CA 93066

CBS Outdoor
Attn: Corporate Officer
PO Box 33074
Newark, NJ 07188

Chameleon Design, Inc.
Attn: Corporate Officer
33 Journey, Suite 175
Aliso Viejo, CA 92656

Danielian Associates
Attn: Corporate Officer
60 Corporate Park
Irvine, CA 92606

Deloitte & Touche, LLP
Attn: Corporate Officer
PO Box 7247-6446
Philadelphia, PA 19170-6446

Discovery Works, Inc.
Attn: Corporate Officer
10591 Bloomfield St.
Los Alamitos, CA 90720

Employment Development Dept.
Bankruptcy Group MIC 92e
PO Box 826876
Sacramento, CA 94280-0001

Engineering Solutions
Attn: Corporate Officer
2155 Chicago Ave., Ste #201
Riverside, CA 92507

Excel Bridge Manufacturing Company
Attn: Corporate Officer
12001 Shoemaker Ave
Santa Fe Springs, CA 90670-4718

Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

General Security Service, Inc.
Attn: Corporate Officer
14009 Crenshaw Blvd, Suite D
Hawthorne, CA 90250

Geo Consultants, inc.
Attn: Corporate Officer
1450 Kill Circle, Suite 114
San Jose, CA 95112

Geoscience Support Services, Inc.
Attn: Corporate Officer
PO Box 220
Clarmont, CA 91711

Glenn Lukos Associates, Inc.
Attn: Corporate Officer
29 Orchard
Lake Forest, CA 92630-8300

Glumac
Attn: Corporate Officer
16735 Von Karman Ave, Ste #250
Irvine, CA 92606

Goodwin Procter LLP
Attn: Corporate Officer
Exchange Place, 53 State St.
Boston, MA 02109

Greg Norman Golf Course Design, Inc.
Attn: Corporate Officer
501 North Highway A1A
Jupiter, FL 33477

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Ave
New York, NY 10153

IB Reprographics
Attn: Corporate Officer
PO Box 53488
Riverside, CA 92507

Internal Revenue Service
Insolvency Group I
290 North "D" Street
San Bernardino, CA 92401-1734

Jackson, DeMarco, Tidus & Peckenpaugh
Attn: Corporate Officer
2030 Main Street, Suite 1200
Irvine, CA 92614

Jeanette C. Justus Associates Inc.
Attn: Corporate Officer
1600 Dove St., #210
Newport Beach, CA 92660

KTGY Group, inc.
Attn: Corporate Officer
17992 Mitchell South
Irvine, CA 92614

Lim & Nascimento Engineering Corp
Attn: Corporate Officer
20 Empire Drive
Lake Forest, CA 92630

Mark J. Saladino
LA County Treas. & Tax Coll
PO Box 54018
Los Angeles, CA 90054

Marshall La Plante Photography
Attn: Corporate Officer
29047 N. Gumtree Place
Santa Clarita, CA 91390

Mayer Brown, LLP
Attn: Corporate Officer
230 S. LaSalle St.
Chicago, IL 60604-1404

OCB Reprographics, Inc.
Attn: Corporate Officer
17721 Mitchell North
Irvine, CA 92614

Outdoor Sales, Inc.
Attn: Corporate Officer
2161 Adair St.
San Marino, CA 91108

PACE
Attn: Corporate Officer
17520 Newhope Street, Ste 200
Fountain Valley, CA 92708

Park West Landscape, Inc.
Attn: Corporate Officer
13581 Desmond St.
Pacoima, CA 91331

Pinnacle Land Surveying, Inc.
Attn: Corporate Officer
28348 Constellation Road, Suite 800
Santa Clarita, CA 91355

Popov Engineers, Inc.
Attn: Corporate Officer
19800 MacArthur Blvd, Suite 450
Irvine, CA 92612

Power Fabricating, Inc. DBE Temp Power
Systems
Attn: Corporate Officer
625 S Fee Ana St.
Placentia, CA 92870

Professional Pipeline Contractors, Inc.
Attn: Corporate Officer
42851 N. Sierra Highway
Lancaster, CA 93534

Professional Reprographics Services
Attn: Corporate Officer
3002 Dow Avenue, #318
Tustin, CA 92780

Rain for Rent
Attn: Corporate Officer
PO Box 591
Santa Paula, CA 93061-0591

Reliable Graphics, Inc.
Attn: Corporate Officer
15013 Califa Street
Van Nuys, CA 91411-3170

Roddan Paolucci Roddan Advertising &
Public Relations
Attn: Corporate Officer
2516 Via Tejon, #114
Palos Verdes Estates, CA 90274

Rohm Insurance Agency
Attn: Corporate Officer
26 Plaza Square, Suite 200
Orange, CA 92866

Sierra Cascade Construction, Inc.
Attn: Corporate Officer
1043 West Avenue M-4, Ste #E
Palmdale, CA 93551

SME Construction, Inc.
Attn: Corporate Officer
195 Dawson Drive
Camarillo, CA 93012

South Pac Industries, Inc.
Attn: Corporate Officer
44110 Yucca Ave.
Lancaster, CA 93535

Staats Construction, Inc.
Attn: Corporate Officer
28343 Kelly Johnson Parkway
Valencia, CA 91355

Stantee Consulting, Inc.
Attn: Corporate Officer
13980 Collections Center Drive
Chicago, IL 60693

Storm Water Resources, LLC
Attn: Corporate Officer
25709 Rye Canyon Rd, #105
Valencia, CA 91355

Summers/Murphy & Partners, Inc.
Attn: Corporate Officer
34197 Pacific Coast Highway, Suite 200
Dana Point, CA 92629

The Corporation for Interest Rate MGMT
Attn: Corporate Officer
175 N. Franklin Street, Ste 205
Chicago, IL 60606

The Lamar Companies
Attn: Corporate Officer
PO Box 66338
Baton Rouge, LA 70896

United Rentals Northwest, Inc.
Attn: Corporate Officer
File 51122
Los Angeles, CA 90074-1122

United Site Services of California, Inc.
Attn: Corporate Officer
3408 Hillcap Ave.
San Jose, CA 95136

Voss, Cook & Thel, LLP
Attn: Corporate Officer
895 Dove Street, Ste 450
Newport Beach, CA 92660

Warmington Homes California
Attn: Jack Schwellenbach
3090 Pullman Street
Costa Mesa, CA 92626-7936

Warmington Homes California
c/o Don Fisher, Esq.
Palmieri, Tyler et al.
2603 Main St., #1300
Irvine, CA 92614

Waste Management of Antelope Valley
Attn: Corporate Officer
PO box 78251
Phoenix, AZ 85062-8251

Western Pacific Roofing Corp
Attn: Corporate Officer
2229 East Ave Q
Palmdale, CA 93550

Weston, Benshoof, Rochefort, et al.
Attn: Managing Partner
333 South Hope Street, 16th Fl
Los Angeles, CA 90071

Williams Scotsman, Inc.
Attn: Corporate Officer
PO Box 91975
Chicago, IL 60693

WL Homes
Attn: Matt Breiner
5805 Sepulveda Blvd, #800
Van Nuys, CA 91411

Internal Revenue Service
Insolvency Group I
P. O. Box 211260
Philadelphia, PA 19114

Tesoro SF, LLC
Attn: Bruce Elieff, Manager
2392 Morse Ave.
Irvine, CA 92614

A.G.I. Geotechnical, Inc.
Attn: Corporate Officer
16555 Sherman Way, #A
Van Nuys, CA 91406

BonTerra Consulting
Attn: Corporate Officer
151 Kalmus Drive, #E-200
Costa Mesa, CA 92626

Cox, Castle & Nicholson
Attn: Managing Partner
2049 Century Park East
Los Angeles, CA 90067

Glenn Lukos Associates
29 Orchard
Lake Forest, CA 92630-8300

Jackson DeMarco Tidus et al.
Attn: Managing Partner
2030 Main Street, #1200
Irvine, CA 92614

Los Angeles County Tax Coll
Attn: Authorized Agent
PO Box 54018
Los Angeles, CA 90054-0018

Manatt, Phelps & Phillips
Attn: Managing Partner
11355 W Olympic Blvd
Los Angeles, CA 90064-1614

National Registered Agents
Attn: Corporate Officer
PO Box 927
Westwindsor, NJ 08550-0927

Reliable Graphics, Inc.
Attn: Corporate Officer
15013 Califa Street
Van Nuys, CA 91411-3170

SCC Acquisitions, Inc.
Attn: Corporate Officer
2392 Morse Avenue
Irvine, CA 92614

Steefel, Levitt & Weiss
Attn: Managing Partner
One Embarcadero Ctr 30th Fl
San Francisco, CA 94111

All American Asphalt
Attn: Corporate Officer
P.O. Box 2229
Corona, CA 91718

Bova Contracting Corporation
Attn: Corporate Officer
2883 E. Coronado Street
Anaheim, CA 92806

Carmen A. Morinello
Attn: Corporate Officer
18101 Von Karman Ave, Ste 1260
Irvine, CA 92612

Chino Grading, Inc.
Attn: Corporate Officer
12188 Central Ave., #316
Chino, CA 91710

Coastal Traffic Systems
Attn: Corporate Officer
2602 S. Halladay Street
Santa Ana, CA 92705

Consolidated Reprographics
Attn: Corporate Officer
345 Clinton Street
Costa Mesa, CA 92626

Debby Cobb Consulting
Attn: Corporate Officer
8215 E. White Oak Ridge #77
Orange, CA 92869

Econolite Control Products
Attn: Corporate Officer
3360 E. La Palma Ave
Anaheim, CA 92806

Elfend and Associates, Inc.
Attn: Corporate Officer
18101 Von Karman Ave., Suite 1280
Irvine, CA 92612

Fuscoe Engineering, Inc.
Attn: Corporate Officer
16795 Von Karman, Suite #100
Irvine, CA 92606

Goodwin Proctor LLP
Attn: Corporate Officer
Exchange Place, 53 State St
Boston, MA 02109

Greenfield Communications, I
Attn: Corporate Officer
34112 Violet Lantern, Ste C
Dana Point, CA 92629

Hillcrest Contracting, Inc.
Attn: Corporate Officer
1467 Circle City Drive
Corona, CA 91718-1898

Jackson, DeMarco, Tidus & Pe
Attn: Corporate Officer
2030 Main Street, Suite 1200
Irvine, CA 92614

Michael Brandman & Associate
Attn: Corporate Officer
220 Commerce, Ste 200
Irvine, CA 92606

Mobile Mini, Inc.
Attn: Corporate Officer
PO Box 79149
Phoenix, AZ 85062-9149

National Registered Agents
Attn: Corporate Officer
PO Box 927
Westwindsor, NJ 08550-0927

OCB Reprographics, inc.
Attn: Corporate Officer
17721 Mitchell North
Irvine, CA 92614

Orange County Tax Collector
Attn: Corporate Officer
PO Box 1438
Santa Ana, CA 92702

Orange, City of
Attn: Corporate Officer
PO Box 11024
Orange, CA 92856-8124

Pacific Soils Engineering, Inc.
Attn: Corporate Officer
10653 Progress Way
Cypress, CA 90630

Park West Landscape Inc.
Attn: Corporate Officer
13581 Desmond St.
Pacoima, CA 91331

ProRepro
Attn: Corporate Officer
3002 Dow Avenue, #318
Tustin, CA 92780

R.J. Noble
Attn: Corporate Officer
15505 E. Lincoln Avenue
Orange, CA 92865

Reznick Group, Inc.
Attn: Corporate Officer
1888 Century Park East, Ste 1625
Los Angeles, CA 90067

Sierra Pacific Electrical Co.
Attn: Corporate Officer
2542 Avalon Street
Riverside, CA 92509-2057

Summers/Murphy & Partners, I
Attn: Corporate Officer
34197 Pacific Coast Highway, Ste 200
Dana Point, CA 92629

Trench Shoring Company
Attn: Corporate Officer
636 East Rosecrans Ave.
Los Angeles, CA 90059

Voss, Cook & Thel, LLP
Attn: Corporate Officer
895 Dove Street, Ste 450
Newport Beach, CA 92660

Windrow Earth Transport, Inc
Attn: Corporate Officer
14032 Santa Ana Ave.
Fontana, CA 92337

Brownie's
Attn: Corporate Officer
1322 V Street
Sacramento, CA 95818

Gordon B. Ford
Stanislaus Cnty Treas-Tax Coll
1010 10th Street, #2500
Modesto, CA 95354

Modesto Irrigation District
Attn: Authorized Agent
1231 11th Street
PO Box 4060
Modesto, CA 95352

Stanislaus County Treasurer
Tax Collector
1010 10th Street, Ste 2500
Modesto, CA 95354

Cash Grading Contractors, inc.
Attn: Corporate Officer
555 W. State Street
Ontario, CA 91762

Cheryl M. Mims
4608 Thomson Ave
Oklahoma City, OK 73105

Patricia I. Volkerts
9955 North Desert Sky Road
Oro Valley, AZ 85737

Paul McDonnell, Treas.
Riverside County
4080 Lemon St., 1st Floor
Riverside, CA 92502-2205

Proactive Engineering Consultants Inc.
Attn: Corporate Officer
1875 California Ave
Corona, CA 92881

Scott McDaniel
PO Box 9373
Rancho Santa Fe, CA 92067

T&B Planning Consultants
Attn: Corporate Officer
17542 E. 17thg Street, #100
Tustin, CA 92780

Van Dyke Landscape Architects
Attn: Corporate Officer
2970 Fifth Ave., #240
San Diego, CA 92103-5995

Wayne & Francis Lee
468 Jade Tree Dr.
Monterey Park, CA 91754

William Hezmalhalch Architects, Inc.
Attn: Corporate Officer
2850 Redhill Ave., #200
Santa Ana, CA 92705

William L & Kathleen Ward
Trust Accounting Center
PO Box 730
Anacortes, WA 98221

Yen Chui Chang Dou, Hiu-Li Dou; Y-Cheng
Hsum Tu Hui Ying Ying
14240 Sapphire Hill Ln
Chino Hills, CA 91709

Dick Larsen
San Bernardino Cnty Treas-Tx Col
172 W. Third Street
San Bernardino, CA 92415

Cheltimalie Enterprises
Attn: Corporate Officer
PO Box 335
Wilton, CA 95693

Desert Wind, LLC
Attn: Managing Member
13911 Park Ave., #106
Victorville, CA 92391

Edward Killgore
PO Box 1670
Rialto, CA 92377

Philip C. & Vera G. Dowse
PO Box 400847
Hesperia, CA 92345

Philip C. Dowse
PO Box 400847
Hesperia, CA 92345

San Bernardino County Tax Collector
Attn: Authorized Agent
172 W. Third Street, 1st Floor
San Bernardino, CA 92415-0360

Volger Silverbow
Albert & Rita Volger & Edward Killgore
17612 Danbury Street
Hesperia, CA 92345

Volger South
Albert & Rita Volger & Edward Killgore
17612 Danbury Street
Hesperia, CA 92345

Advance Utility Design, Inc.
Attn: Corporate Officer
27403 Ynez Road, #216
Temecula, CA 92591

Arlene Logan
HC4 Box 3W
Payson, AZ 85541

Arthur Riggs
4852 Saint Andres Ave.
La Verne, CA 91750

Charles E. Skaggs
3690 N. Live Oak Ave.
Rialto, CA 92377

Deloitte & Touche, LLP
Attn: Managing Partner
PO Box 7247-6446
Philadelphia, PA 19170-6446

Development Planning Solutions
Attn: Kelly K. Buffa
22735 E. La Palma Ave.
Yorba Linda, CA 92887

Emmanuel Unique Outreach Ptnrs Inc.
Attn: Corporate Officer
13525 Copper Street
Victorville, CA 92394

GeoTek, Inc.
Attn: Corporate Officer
4130 Flat Rock Dr., #140
Riverside, CA 92505-5864

Glenn Lukos Associates, Inc.
Attn: Corporate Officer
29 Orchard
Lake Forest, CA 92630-8300

Hunsaker & Associates – Irvine
Attn: Corporate Officer
3 Hughes
Irvine, CA 92618

Jerry & Rosalie Wong
7425 East Stone Creek Lane
Anaheim, CA 92808

L Square Properties, inc. Prof. Sharing Plan
Attn: Kip Richmond
9993 SVL Box
Victorville, CA 92395

Securities Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Attys for Debtor and Debtor in Possession
Paul J. Couchot
Payam Khodadadi
WINTHROP COUCHOT PC
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

Louis R. Miller
MILLER BARONDESS LLP
1999 Avenue of the Stars, Ste. 1000
Los Angeles, CA 90067

Leslie & Betty Quigg
8460 Outland View Dr.
Sun Valley, CA 91352

LSA Associates, Inc.
Attn: Corporate Officer
20 Executive Park, #200
Irvine, CA 92614

Natural Resource Consultants
Attn: Corporate Officer
1590 S. Pacific Coast Hwy, #17

O'Reilly Public Relations
Attn: Corporate Officer
3403 Tenth St., #110
Riverside, CA 92501

Pacific Soils Engnrg Inc. – Tustin
Attn: Corporate Officer
PO Box 2249

So & Associates Engineers Inc.
Attn: Corporate Officer
16209 Kamana Rd., #200
Apple Valley, CA 92307

Summers/Murphy & Partners, Inc.
Attn: Corporate Officer
34197 Pacific Coast Hwy, #200
Dana Point, CA 92629

T & B Planning Consultants
Attn: Corporate Officer
17542 E. 17th St., #100
Tustin, CA 92780

Wiredhat Interactive
Attn: Corporate Officer
250 Lombard, #7
Thousand Oaks, CA 91360

Advance Utility Design, Inc.
Attn: Corporate Officer
27403 Ynez Road, #216
Temecula, CA 92591

Albert A. Webb Associates
Attn: Corporate Officer
3788 McCray St.
Riverside, CA 92506

Cash Grading Contractors, Inc.
Attn: Corporate Officer
555 W. State Street
Ontario, CA 91762

County of Riverside
Attn: Authorized Agents
PO Box 1208
Riverside, CA 92502-1208

Dust Control, Inc.
Attn: Corporate Officer
452 Viele Ave.
Beaumont, CA 92223

Hall & Foreman, Inc.
Attn: Corporate Officer
420 Exchange, #100
Irvine, CA 92602-1301

Hillwig – Goodrow, LLC
Attn: Corporate Officer
31407 Outer Highway 10
Redlands, CA 92373

Intravaia Rock & Sand, Inc.
Attn: Corporate Officer
5551 State Street
Montelain, CA 91763

Linscott, Law & Greenspan Enginrs
Attn: Corporate Officer
1580 Corporate Drive, #122
Costa Mesa, CA 92626

National Construction Rentals
Attn: Corporate Officer
PO Box 4503
Pacoima, CA 91331-1609

R&S Madrigal Construction Inc.
Attn: Corporate Officer
2181 Vandell Rd.
Riverside, CA 92509

Riverside Cnty Fls Cntrl & Water Cons. Distr
Attn: Authorized Agent
1995 Market St.
Riverside, CA 92501

Romero Contracting
Attn: Corporate Officer
5130 E. La Palma Ave., #203
PO Box 18988
Anaheim, CA 92807

Rubidoux Community Svcs Dist.
Attn: Authorized Agent
3590 Rubidoux Blvd
Rubidoux, CA 92519

Stormwater Comp Spclsts, Inc.
Attn: Corporate Officer
455 N. Twin Oaks Valley Rd.
San Marcos, CA 92069

United Site Services of California, Inc.
Attn: Corporate Officer
3408 Hillcap Ave.
San Jose, CA 95136

Willis Risk & Insurance Svcs – OC
Attn: Corporate Officer
PO Box 100022
Pasadena, CA 91189

Keiser Kling Consultants, Inc.
Attn: Corporate Officer
1221 E. Dyer Rd., #105
Santa Ana, CA 92705

GeoLogic Associates, Inc.
Attn: Corporate Officer
250 W. First St., #228
Claremont, CA 91711

HMK Engineering, Inc.
Attn: Corporate Officer
24007 Ventura Blvd., #102
Calabasas, CA 91303

Los Angeles County Tax Collector
Attn: Authorized Agent
PO Box 512150
Los Angeles, CA 90051-0150

Los Angeles, County – Dept.
Attn: Authorized Agent
900 South Fremont, 3rd Fl
Alhambra, CA 91803

Mark J. Saladino
LA Cnty Treas & Tax Coll
PO Box 54018
Los Angeles, CA 90054

AMEC Earth & Environmental Inc.
Attn: Corporate Officer
PO Box 24445
Seattle, WA 98124-0445

Archive Technologies
Attn: Corporate Officer
9531 Drumbeat Drive
Huntington Beach, CA 92646

AT&T
Attn: Corporate Officer
1265 Van Buren St., Rm 180
Anaheim, CA 92807

Barkley Court Reporters, LA
Attn: Corporate Officer
1875 Century Park East, Ste 1300
Los Angeles, CA 90067

BNB Engineering, Inc.
Attn: Corporate Officer
2602 S. Halladay Street
Santa Ana, CA 92705

Boudreau Pipeline Corporation
Attn: Corporate Officer
130 Klug Circle
Corona, CA 92880

Carl Warren & Co
Attn: Corporate Officer
PO Box 25161
Santa Ana, CA 92799-5161

Centex Homes
Attn: Corporate Officer
250 Commerce, #100
Irvine, CA 92602

Centex Homes
2527 Camino Ramon, #250
San Ramon, Ca 94583

Chino Grading, Inc.
Attn: Corporate Officer
12188 Central Ave., #316
Chino, CA 91710

Chriss W. Street
Orange Cnty Treas-Tax Coll
625 N Ross St Bldg 11 Rm G58
Santa Ana, CA 92701

Color Image Printing, Inc.
Attn: Corporate Officer
2030 S Westgate Ave
Los Angeles, CA 90025

Contracting Engineers, Inc.
Attn: Corporate Officer
2421 Tustin Ave
Costa Mesa, CA 92627

CR&R Inc.
Attn: Corporate Officer
PO Box 206
Stanton, CA 90680-0206

Creekside Development, Inc.
Attn: Corporate Officer
28546 Paseo Diana
San Juan Capistrano, CA 92675

Crummack Huseby, Inc.
Attn: Corporate Officer
1 Spectrum Pointe, Suite 320
Lake Forest, CA 92630

Culbertson, Adams & Associates
Attn: Corporate Officer
85 Argonout, Ste 220
Aliso Viejo, CA 92656

Daren Saunders Photography
Attn: Corporate Officer
9369 Feather St
Ventura, CA 93004

Dexter Wilson Engineering, Inc.
Attn: Corporate Officer
2234 Farraday Ave
Carlsbad, CA 92008

Diamond Environmental Services
Attn: Corporate Officer
1300 Dove Street, Ste 310
Newport Beach, CA 92660

Firesafe Planning Solutions
Attn: Corporate Officer
302 N El Camino Real, Ste 202
San Clemente, CA 92672

Gary L. Vogt & Associates
Attn: Corporate Officer
33191 Pased Blanio
San Juan Capistrano, CA 92675

GCI Associates, Inc.
Attn: Corporate Officer
3831 Birch Street
Newport Beach, CA 92660

Golden State Fence Company
Attn: Corporate Officer
870 N. Main Street
Riverside, CA 92501

GreenField Communications, Inc.
Attn: Corporate Officer
34112 Violet Lantern, Suite C
Dana Point, CA 92629

Hartzog & Crabill, Inc.
Attn: Corporate Officer
275 Centennial Way, Ste 208
Tustin, CA 92780

Hewitt & O'Neil, LLP
Attn: Corporate Officer
19900 MacArthur Blvd, Ste 1050
Irvine, CA 92612

HomeBuyers Guide Real Estate, Inc.
Attn: Corporate Officer
17780 Fitch, Ste #195
Irvine, CA 92614

Hunsaker & Associates – Irvine
Attn: Corporate Officer
3 Hughes
Irvine, CA 92618

Jag Construction
Attn: Corporate Officer
1238 Keystone Way
Vista, CA 92083

K Hovnanian
Attn: Nicholas Pappas
2525 Campus Dr.
Irvine, CA 92612

KTGY Group, Inc.
Attn: Corporate Officer
17992 Mitchell South
Irvine, CA 92614

Kuno's Grading
Attn: Corporate Officer
PO Box 812
San Juan Capistrano, CA 92693

Laguna Playhouse
Attn: Corporate Officer
PO Box 1747
Laguna Beach, CA 92652

Mesa Pacific Construction, Inc.
Attn: Corporate Officer
151 Kalmus Drive, #F-5
Costa Mesa, CA 92626

Miller Barondess, LLP
Attn: Corporate Officer
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

Mobile Modular Management Corp
Attn: Corporate Officer
PO Box 45043
San Francisco, CA 94145-0043

MSE Retaining Systems, Inc.
Attn: Corporate Officer
PO Box 4007
Wilsonville, OR 97070

Orange Coast Masonry
Attn: Corporate Officer
601 N Batavia
Orange, CA 92868

Outdoor Dimensions
Attn: Corporate Officer
5325 E. Hunter Ave.
Anaheim, CA 92807

Pacific Soils Engineering, Inc. – Tustin
Attn: Corporate Officer
PO Box 2249
Cypress, CA 92630

Palmieri, Tyler, Wilhelm & Waldr
Attn: Corporate Officer
2603 Main Street, East Tower, Ste 1300
Irvine, CA 92614-6228

R&M Electrical Contracting
Attn: Corporate Officer
26301 Dimension Dr.
Lake Forest, CA 92630

Ron Martin & Associates, Inc.
Attn: Corporate Officer
942 Calle Negocio, Ste 300
San Clemente, CA 92673

WL Homes LLC
Attn: Steve Kabel
3121 Michelson Dr., #200
Irvine, CA 92612

LDB & Associates, Inc.
Attn: Corporate Officer
15 Studebaker
Irvine, CA 92618-2013

Playa Digital media, Inc.
Attn: Corporate Officer
3520 Wesley Street
Culver City, CA 90232

Scoop ReprintSource
Attn: Corporate Officer
32-C Mauchly
Irvine, CA 92618

Tensar Earth Technologies
Attn: Corporate Officer
P.O. Box 934207
Atlanta, GA 31193-4207

Ugalde Trucking Co, Inc.
Attn: Corporate Officer
515 West Cully Dr.
Orange, CA 92865

Whittier Mailing Service, Inc.
Attn: Corporate Officer
12435 Mar Vista Street
Whittier, Ca 90602

South county Publications, Inc.
Attn: Corporate Officer
32158 Camino Capistrano, #A
San Juan Capo, CA 92675-3711

Utility Consultants of Orange
Attn: Corporate Officer
23101 Mountain Parkway, Suite 202
Laguna Hills, CA  92653

Cox Communications
Attn: Corporate Officer
P.O. Box 53262
Phoenix, AZ  85072-3262

American Landscape & Concrete, Inc.
Attn: Corporate Officer
1175 Tara Court
Rocklin, CA  95765

CH2M Hill, Inc.
Attn: Corporate Officer
Dept. 925
Denver, CO  80271-0925

Davis & Rayburn, APC
Attn: Corporate Officer
580 Broadway, Suite 301
Laguna Beach, CA  92651-4329

Hertz Equipment Rental Corp.
Attn: Corporate Officer
P.O. Box 650280
Dallas, TX  75265-0280

ARB Inc.
Attn: Corporate Officer
26000 Commercentre Drive
Lake Forest, CA 92609

Cook's Portable Toilets & Septic
Attn: Corporate Officer
1402 Riosa Road
Lincoln, CA  95648

Department of Toxic Substances Control
Attn: Corporate Officer
Accounting Unit, P.O. Box 806
Sacramento, CA 95812-0806

Far West Construction, Inc.
Attn: Corporate Officer
P.O. Box 68
Sheridan, CA  95681

Independent Construction Co.
Attn: Corporate Officer
3911 Laura Alice Way
Concord, CA 94520-8544

Jenine Windeshausen
Placer Cnty Treas-Tax Coll
2976 Richardson Dr.
Auburn, CA 95603

Alhambra and Sierra Springs
Attn: Corporate Officer
P.O. Box 660579
Dallas, TX  75266-0579

Brownie's
Attn: Corporate Officer
1322 V Street
Sacramento, CA  95818

Ecorp Consulting, Inc.
Attn: Corporate Officer
2525 Warren Dr.,
Rocklin, CA  95677

Fehr & Peers Associates, Inc.
Attn: Corporate Officer
100 Pringle Ave., Ste # 600
Walnut Creek, Ca 94596

Heller Ehrman White & McAuliffee
Attn: Corporate Officer
File No. 73536, P.O. Box 60000
San Francisco, CA  94160-3536

Kiewit Pacific Co.
Attn: Corporate Officer
1401 Halyard Dr, Suite 100
West Sacramento, CA  95691

Land Architecture, Inc.
Attn: Corporate Officer
231 Vernon St.
Roseville, CA  95678-2632

MacKay & Somps Civil Engineers
Attn: Corporate Officer
1552 Eureka Rd., Ste 100
Roseville, CA  95661-3040

Mobile Modular Management Corp.
Attn: Corporate Officer
P.O. Box 45043
San Francisco, CA 94145-0043

Pacific Gas and Electric Co.
Attn: Corporate Officer
P.O. Box 997300
Sacramento, CA  95899-7300

Ramos Oil Co., Inc.
Attn: Corporate Officer
P.O. Box 401
West Sacramento, CA  95691

Sproul Trost, LLP
Attn: Corporate Officer
3721 Douglas Blvd, Suite 300
Roseville, CA  95661

White Cap Construction Supply, Inc.
Attn: Corporate Officer
33061 Camino Capistrano
San Juan Capistrano, CA  92675

Marques Pipeline, Inc.
Attn: Corporate Officer
1300 National Drive Suite 120
Sacramento, CA  95834

Modular Space Corporation
Attn: Corporate Officer
12603 Collection Center Dr.
Chicago, IL 60693

Pierce's Security
Attn: Corporate Officer
P.O. Box 1874
Loomis, CA  95650

Restoration Resources
Attn: Corporate Officer
3868 Cincinnati Ave.
Rocklin, CA 95765

That Tait Group Inc
Attn: Corporate Officer
1220 S. Street, Suite 150
Sacramento, Ca  95811

Wallace-Kuhl & Associates.
Attn: Corporate Officer
500 Menlo Drive, Suite 100
Rocklin, CA  95765

Wood Rodgers, Inc.
Attn: Corporate Officer
3301 C Street, Bldg. 100-B
Sacramento, CA  95816

MHM Engineers & Surveyors
Attn: Corporate Officer
1082 Sunrise Ave, Suite 100
Roseville, CA  95661

Murray Smith & Associates
Engineering In
Attn: Corporate Officer
1340 Blue Oake Blvd, Suite 200
Roseville, CA  95678

Sacramento Food Bank & Family Services
Attn: Corporate Officer
3333 Third Avenue
Sacramento, CA  95817

Valley Utility Services
Attn: Corporate Officer
1779 Tribute Road, Suite B
Sacramento, CA  95815

Waterworks Aquatic Management, Inc.
Attn: Corporate Officer
4120 Douglas Blvd, #306-353
Granite Bay, CA  95746-5936

Allard Engineering Inc.
Attn: Corporate Officer
8253 Sierra Ave
Fontana, CA  92335

Southern Cal. Geotechnical
Attn: Corporate Officer
22885 Savi Ranch Parkway, Suite E
Yorba Linda, CA  92887

REQUEST FOR SPECIAL NOTICE

Robert P. Goe
Marc C. Forsythe
Elizabeth A. LaRocque
Goe & Forsythe, LLP
18101 Von Karman Avenue, Suite 510
Irvine, CA 92612

(6/15/09 change of address)

Attorneys for the City of Orange
Mark Bradshaw
Melissa R. Davis
Shulman Hodges & Bastian LLP
26632 Towne Centre Dr., Ste 300
Foothill Ranch, CA 92610-2808

Attorneys for Creditor Bethel Island
Municipal Improvement District
David M. Wiseblood
Seyfarth Shaw LLP
560 Mission Street, Ste 3100
San Francisco, CA 94105

Attorneys for Cnty of San Bernardino, CA
Martha E. Romero
Romero Law Firm
BMR Professional Building
6516 Bright Ave.
Whittier, CA 90601

Attorneys for Creditor HD Supply
Construction Supply Ltd
William D. Schuster, Esq.
Allie & Schuster, P.C.
2122 N. Broadway
Santa Ana, CA 92706

Attys for Creditor Bova Contracting Corp.
Wayne W. Call, Esq.
Lisa A. Wegner, Esq.
Call, Jensen & Ferrell, APC
610 Newport Center Drive, Ste 700
Newport Beach, CA 92660

Attorneys for Secured Creditor Marques
Pipeline, Inc.
John W. Busby II, Attorney at Law, P.C.
251 Lafayette Circle, Sutie 350
Lafayette, CA 94549

Attorneys for Creditor TC Construction Co,
Robert C. Martinez
McDougal Love Eckis Boehmer Foley &
Lough
460 N. Magnolia Ave., Drawer 1466
El Cajon, CA 92022-1466

Attorneys for Creditor Park West
Landscape, Inc.
Steven M. Garber & Associates, APC
1901 Avenue of the Stars, Ste 1100
Los Angeles, CA 90067

Inland Blueprint Inc.
dba ib reprographics
PO Box 53488
Riverside, CA  92517

So & Associates Engineers Inc.
16209 Kamana Road, Ste. 200
Apple Valley, CA  92307

Western Oilfields Supply Co., Inc.
dba Rain for Rent
PO Box 2248
Bakersfield, CA  93303-2248

Linscott, Law & Greenspan Engineers
Attn:  Corporate Officer
1580 Corporate Drive, Ste. 122
Costa Mesa, CA  92626-1460

Sierra Cascade Construction, Inc.
Kirk S. MacDonald
Gill and Baldwin P.C.
130 N. Brand Blvd, Ste. 405
Glendale, CA  91203

Greg Norman Golf Course Design
c/o Jack Schneider
2041 Vista Parkway, Level 2
West Palm Beach, FL  33911

Ugalde Trucking Co, Inc.
515 W. Cully Drive
Orange, CA  92865

GCI Associates Inc.
3831 Birch Street
Newport Beach, CA  92660

Wood Rodgers, Inc.
J. Scott Alexander, Esq.
Murphy Austin Adams Schoenfeld LLP
304 "S" Street
Sacramento, CA  95811

Cooks Portable Toilets & Septic, LLC
1402 Riosa Road
Lincoln, CA  925648

Zeiser Kling Consultants, Inc.
1221 E. Dyer, Road Ste. 105
Santa Ana, CA  92705

Pierce's Security
PO Box 1874
Loomis, CA  95650-1874

Arch Insurance Company
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St., Ste. 3600
Chicago, IL  60602

Southland Framers, Inc.
James W. Michalski, Holand & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA  90071

Stantec Consulting, Inc.
19 Technology Drive
Irvine, CA  92618

Pinnick, Inc.
c/o Dennis D. Burns
7855 Ivanhoe Avenue, Ste. 420
La Jolla, CA  92037-4510

Lennar Centex Del Rio Partners, LLC
Attn: Emily Culler
O'Melveny & Myers LLP
400 S. Hope Street
Los Angeles, CA  90071

City of Palmdale
c/o Debra A. Riley, Esq.
Allen Matkins
501 West Broadway, 15th Floor
San Diego, CA  92101

Chameleon Design, Inc.
1711 Westcliff Dr., #B
Newport Beach, CA  92660

Placer County Tax Collectors Office
2976 Richardson Drive
Auburn, CA  95603

Jag Construction
Attn:  James Gugino
1238 Keyston Way
Vista, CA  92081

Wallace Kuhl & Associates, Inc.
3251 Beach Blvd, Ste. 300
West Sacramento, CA  95691

Rubidoux 60, LLC & EMR Residential
Properties LLC
c/o Penelope Parmes, esq.
Rutan & Tucker, LLP
611 Anton Blvd, 14th Floor
Costa Mesa, CA  92626

Southern Cal Edison Co
300 N. Lone Hill Avenue
San Dimas, CA  91773

Corporation Service Company
2711 Centerville Road
Wilmington, DE  19808

Mackay & Somps Civil Engineers, Inc.
5142 Franklin Dr., Ste. C
Pleasanton, CA  94588