1 | Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
2 | PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
3 | Los Angeles, California  90067-4100
Telephone: (310) 277-6910
4 | Facsimile:  (310) 201-0760

5 | WEIL, GOTSHAL & MANGES LLP
Edward Soto (admitted *pro hac vice*)
6 | Shai Waisman (admitted *pro hac vice*)
767 Fifth Avenue
7 | New York, New York  10153-0119
Telephone:  (212) 310-8000
8 | Facsimile:  (212) 310-8007

9 | Attorneys for Lehman ALI, Inc., Lehman Commercial Paper
Inc., Northlake Holdings LLC and OVC Holdings LLC

10

**UNITED STATES BANKRUPTCY COURT**
11 | **CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**
12

| In re | Case No.: 8:08-bk-17206-ES |
|---|---|
| Palmdale Hills Property, LLC, and its Related Debtors. | Jointly Administered with Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574 ES; 8:08-bk-17575-ES |
| Jointly Administered Debtors and Debtors-in-Possession | |
| Affects: | |
| ☐ All Debtors | **DECLARATION OF NELLIE CAMERIK, ESQ. IN SUPPORT OF MOTION TO STRIKE THE DECLARATION OF BRUCE V. COOK IN SUPPORT OF THE DEBTORS' RESPONSE TO THE LEHMAN ENTITIES SURREPLY RE: SALES PROCEDURE MOTION** |
| ☐ Palmdale Hills Property, LLC | |
| ☐ SunCal Beaumont Heights, LLC | |
| ☐ SCC/Palmdale, LLC | |
| ☐ SunCal Johannson Ranch, LLC | |
| ☐ SunCal Summit Valley, LLC | |
| ☐ SunCal Emerald Meadows, LLC | |
| ☐ SunCal Bickford Ranch, LLC | |
| ☐ Acton Estates, LLC | Date:  September 22, 2009 |
| ☐ Seven Brothers, LLC | Time:  10:00 a.m. |
| ☐ SJD Partners, Ltd. | Place:  Courtroom 5A |
| ☐ SJD Development Corp. | |
| ☐ Kirby Estates, LLC | |
| ☐ SunCal Communities I, LLC | |
| ☐ SCC Communities LLC | |
| ☐ SunCal Communities III, LLC | |
| ☐ North Orange Del Rio Land, LLC | |
| ☐ Tesoro SF, LLC | |
| ☒ LBL-SunCal Oak Valley, LLC | |
| ☒ SunCal Heartland, LLC | |
| ☒ LBL-SunCal Northlake, LLC | |

| | |
|---|---|
| ☒ SunCal Marblehead, LLC<br>☒ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance, LLC<br>☒ SunCal Oak Knoll, LLC | |

## DECLARATION OF NELLIE CAMERIK

I, Nellie Camerik, Esq. hereby declare and state as follows:

1.    I am a member of the Bar of the State of Florida and a partner with the law firm of Weil, Gotshal & Manges LLP, attorneys for Lehman Commercial Paper Inc., Lehman ALI, Inc., Northlake Holdings LLC and OVC Holdings LLC. I submit this declaration in support of Lehman Commercial Paper Inc.'s, Lehman ALI, Inc.'s, Northlake Holdings LLC's and OVC Holdings LLC's Motion to Strike the Declaration of Bruce V. Cook in Support of the Debtors' Response to the Lehman Entities Surreply Re: Sales Procedure Motion.

2.    I make this declaration based upon my review of the documents described herein and my personal knowledge.

3.    Attached hereto as Exhibit 1 is a true and correct copy of an email I received from Andy Cook, of SunCal, on August 28, 2008 (the "Cook August 28th Email").

4.    The Cook August 28th Email attached thirty "updated" schedules that were being negotiated as part of the Settlement Agreement (referred to in paragraph 16) at that time.

5.    Attached hereto as Exhibit 2 is a true and correct copy of an email I received from Amy Freilich, of SunCal, on August 28, 2008 (the "Freilich August 28th Email").

6.    The Freilich August 28th Email states, in part: "Please note that we have not yet reached agreement on the contents of Schedule 13 due to the open issues surrounding PSV." At that time Schedule 13 was being negotiated as part of the Settlement Agreement and there were open issues regarding the Palm Springs Village (PSV) project.

US_ACTIVE:\43165071\01\43165071_1.DOC\58399.0003

7.    Attached hereto as Exhibit 3 is a true and correct copy of an email I received from Matt Wyman, counsel for SunCal, on September 3, 2008 (the "Wyman September 3rd Email").

8.    The subject of the Wyman September 3rd Email is "Palm Springs AP and Bond Issue." At that time, certain issues to the payables and bond obligations for the Palm Springs Village project were still open and being negotiated as part of the Settlement Agreement.

9.    Attached hereto as Exhibit 4 is a true and correct copy of an email I received from Douglas Champion which was sent to Amy Freilich, of SunCal, on September 3, 3008 (the "Champion September 3rd Email").

10.    The Champion September 3rd Email states, in part: "Weil and GDC would like to resume our daily update calls as we approach closing.... Our plan is to run through the items from both of our emails on Friday, along with any new issues that have come up on your end, if any.... Also, we need to begin detailed thinking about our approach on Del Rio..." At that time, issues referenced in the Champion September 3rd Email, and specifically certain issues regarding Del Rio CFD bond proceeds, were still open and being negotiated as part of the Settlement Agreement.

11.    Attached hereto as Exhibit 5 is a true and correct copy of an email I received from Douglas Champion which was sent to Amy Freilich, of SunCal, on September 11, 2008 (the "Champion September 11th Email").

12.    The Champion September 11th Email states, in part: "Further to our teleconference this morning, attached hereto for your review and comment please find: 1. Draft Assignment and Assumption for the Del Rio Development Agreement; 2. Draft Construction Easement from the City of Orange; and 3. Redline of the Easement against the last version circulated." At that time, the above referenced drafts were still being negotiated as part of the Settlement Agreement.

US_ACTIVE:\43165071\01\43165071_1.DOC\58399.0003

3

13.    Attached hereto as Exhibit 6 is a true and correct copy of an email I received from Douglas Champion which was sent to Amy Freilich, of SunCal, on September 12, 2008 (the "Champion September 12th Email").

14.    The Champion September 12th Email states, in part: "Here is the latest open issues list as of this afternoon related to the entitlement transfer for the above-captioned matter..." The open issues referenced in the Champion September 12th Email were issues that were open and required to be resolved as part of the Settlement Agreement.

15.    As the documents attached as Exhibits 1-6 hereto demonstrate, there were several open issues that existed subsequent to the last distribution of the draft Settlement Agreement and it was anticipated that upon resolution of these issues, further revisions to the draft Settlement Agreement would be made, including revisions to the schedules attached to the Declaration of Bruce V. Cook in Support of Debtors' Response to the Lehman Entities Surreply Re: Sales Procedure Motion after August 26, 2008.

16.    For the reasons stated above, the draft Settlement Agreement attached as Exhibit 2 to the Declaration of Bruce V. Cook in Support of Reply Re Supplement to Debtors' Motion for Order: (1) Approving Overbid Procedures in Connection with Proposed Sale of Substantially All Assets of the Debtors' Estates; (2) Approving Break-up Fee; (3) Disallowing Credit Bids Rights of Disputed Secured Creditors, Lehman ALI, Inc., Northlake Holdings and OVC Holdings; and (4) Setting Hearing on Approval of Sale of Assets is merely the last draft of the proposed agreement circulated to the parties and does not reflect a final agreement among the parties.

US_ACTIVE:\43165071\01\43165071_1.DOC\58399.0003

5

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed this 18th day of September 2009, in Miami, Florida.

3

4    Nellie Camerik

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1



**"Andy Cook"**
<acook@suncal.com>

08/28/2008 03:28 AM

To  <fgilhool@lehman.com>, <bgross@lehman.com>,
<rbrusco@lehman.com>, <michael.bond@weil.com>,
<beatriz.azcuy@weil.com>, <nellie.camerik@weil.com>,
cc  "Bruce Cook" <bcook@suncal.com>, "Rosemarie
Flores-Dyvig" <rdyvig@suncal.com>, "Amy Freilich"
<afreilich@suncal.com>, "Lauren Dalessio"

bcc

Subject  Updated Schedules

History:          🗞 This message has been forwarded.

All,

Attached are the updated schedules as of 8/27/08. I will send the redlines in my next email.

Andy Cook  Schedule 17 - Lender Authorized Work 8-25-08.doc   Schedule 1.xls   Schedule 2 Deposits (8-27-08).doc

Schedule 3 Acton Estates (8-27-08).doc   Schedule 3 Beaumont Heights (8-27-08).doc   Schedule 3 Bickford Ranch (8-27-08).doc

Schedule 3 Del Rio (8-27-08).doc   Schedule 3 Emerald Meadows (8-27-08).doc   Schedule 3 Fairway Canyon (8-27-08).doc

Schedule 3 Heartland (8-27-08).doc   Schedule 3 Johanssen Ranch (8-27-08).doc   Schedule 3 Joshua Ridge II (8-27-08).doc

Schedule 3 Marblehead (8-27-08).doc   Schedule 3 Northlake (8-27-08).doc   Schedule 3 Palm Springs Village (8-27-08).DOC

Schedule 3 Ritter Ranch (8-27-08).doc   Schedule 3 Summit Valley (8-27-08).doc   Schedule 3 Terra Lago (8-27-08).doc

Schedule 3 Tesoro Burnham (8-27-08).doc   Schedule 3 West Creek (8-27-08).doc   Schedule 6 (8-27-08).doc

Schedule 7 - Litigation Matters (Pending) (8-27-08).doc   Schedule 7 - Threatened (8-27-08).doc

Schedule 8 - Lien Board - OMNIBUS 081508.xls   Schedule 11 (8-27-08).doc   Schedule 12- B 08-26-08.doc

Schedule 12C 13-Lehman Omnibus 08-26-08.xls   Schedule 14 CFD Schedule 08-18-08.doc

Schedule 14.1 - Lehman Valuation Comparison (8-22-08).xls   Schedule 16 Pacific Point (8-27-08).DOC

# EXHIBIT 2



"Amy Freilich"
<afreilich@suncal.com>

08/28/2008 11:09 AM

To   "Andy Cook" <acook@suncal.com>,
     <fgilhool@lehman.com>, <bgross@lehman.com>,
     <rbrusco@lehman.com>, <michael.bond@weil.com>,
cc   "Bruce Cook" <bcook@suncal.com>, "Rosemarie
     Flores-Dyvig" <rdyvig@suncal.com>, "Lauren Dalessio"
     <ldalessio@suncal.com>
bcc

Subject  Re: Updated Schedules Redlines

History:          This message has been forwarded.

Please note that we have not yet reached agreement on the contents of Schedule 13 due to the open issues surrounding PSV. Nellie, we understood Frank Gilhool was going to try treach Bruce Cook to discuss. I am not sure if that has been done or how feasible that is. Can you update us on the status of those discussions..

----- Original Message -----
From: Andy Cook
To: Andy Cook; fgilhool@lehman.com <fgilhool@lehman.com>; bgross@lehman.com <bgross@lehman.com>;
rbrusco@lehman.com <rbrusco@lehman.com>; michael.bond@weil.com <michael.bond@weil.com>;
beatriz.azcuy@weil.com <beatriz.azcuy@weil.com>; nellie.camerik@weil.com <nellie.camerik@weil.com>;
leslie.smith@weil.com <leslie.smith@weil.com>; regina.merson@weil.com <regina.merson@weil.com>;
richard.morrison@weil.com <richard.morrison@weil.com>; Robert.Shmalo@weil.com
<Robert.Shmalo@weil.com>; Alexandra.Lehson@weil.com <Alexandra.Lehson@weil.com>;
mwyman@coxcastle.com <mwyman@coxcastle.com>; ebose@coxcastle.com <ebose@coxcastle.com>
Cc: Bruce Cook; Rosemarie Flores-Dyvig; Amy Freilich; Lauren Dalessio
Sent: Thu Aug 28 00:34:44 2008
Subject: RE: Updated Schedules Redlines

All,


Danielle is still finalizing Schedules 4, 5 and 12A, so I will send those tomorrow prior to the conference call.


Andy Cook

10

# EXHIBIT 3



"Wyman, Matt A."
<MWyman@coxcastle.com>
09/03/2008 07:24 PM

To  <fgilhool@lehman.com>

cc  <selieff@suncal.com>, <bcook@suncal.com>,
    <michael.bond@weil.com>, <nellie.camerik@weil.com>,
    <bgross@lehman.com>, <enolan@suncal.com>, "Bose,

bcc

Subject  Re: Palm Springs AP and Bond Issue

Thanks Frank.

------------------------
Mathew A. Wyman
Cox, Castle & Nicholson LLP

This correspondence is not intended or written to be used, and it cannot be used, by anyone for the
purpose of: (i) avoiding penalties that may be imposed under United States federal tax laws; or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed herein. This
correspondence is limited to the one or more issues discussed herein. Additional issues may exist that
could affect the tax treatment of the transaction or matter that is the subject of this correspondence. This
correspondence does not consider or provide a conclusion with respect to any such additional issues.
(The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

This communication is intended only for the exclusive use of the addressee and may contain information
that is privileged or confidential. If you are not the addressee, or someone responsible for delivering this
document to the addressee, you may not read, copy or distribute it. Any unauthorized dissemination,
distribution or copying of this communication is strictly prohibited. If you have received this communication
in error, please call us promptly and securely dispose of it. Thank you.

------------------------
Sent from my BlackBerry Wireless Handheld
(without benefit of Spellcheck)

**From:** Gilhool Jr, Francis
**To:** Wyman, Matt A.
**Cc:** Stephan Z. Elieff ; Bruce Cook ; michael.bond@weil.com ; nellie.camerik@weil.com ; Gross, Brian M ;
Ed Nolan
**Sent:** Wed Sep 03 16:15:29 2008
**Subject:** RE: Palm Springs AP and Bond Issue

Matt,

Sorry I missed this and am just getting back to you -- your understanding of the deal is correct. I only
need to confirm the AP amount (Brian Gross, please follow up).

Thanks

**From:** Wyman, Matt A. [mailto:MWyman@coxcastle.com]
**Sent:** Thursday, August 28, 2008 9:37 PM
**To:** Gilhool Jr, Francis; Brusco, F. Robert; michael.bond@weil.com; Nellie P. Camerik Esq. (E-mail)
**Cc:** Stephan Z. Elieff (E-mail); bcook@suncal.com; Bose, Erica A.; Gross, Owen P.
**Subject:** Palm Springs AP and Bond Issue

Frank:

12

After speaking with Steve Elieff, I understand that your proposed resolution on the Palm Springs AP and Bond issues is to add back the $10MM of Palm Springs AP to the AP Schedule (so that you will cover that AP in the same manner as the AP for all of the other Omnibus Projects), but that you are not agreeable to making any further changes to the Bond Schedule (meaning the amount for which you have agreed to cover Suncal on the bonds is limited to the approximate $15MM as originally contemplated). Is that correct? I just want to make sure we are all on the same page before I discuss with Bruce Cook.

Matt

**Mathew Wyman | Cox, Castle & Nicholson LLP | 2049 Century Park East, 28th Floor, Los Angeles, CA 90067 | direct: 310 284 2266 | fax: 310 277 7889 | mwyman@coxcastle.com**

This correspondence is not intended or written to be used, and it cannot be used, by anyone for the purpose of avoiding penalties that may be imposed under United States federal tax laws. (The foregoing legend has been affixed pursuant to U.S. Treasury Regulations governing tax practice.)

This correspondence is limited to the one or more issues discussed herein. Additional issues may exist that could affect the tax treatment of the transaction or matter that is the subject of this correspondence. This correspondence does not consider or provide a conclusion with respect to any such additional issues.

This communication is intended only for the exclusive use of the addressee and may contain information that is privileged or confidential. If you are not the addressee, or someone responsible for delivering this document to the addressee, you may not read, copy or distribute it. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please call us promptly and securely dispose of it. Thank you.

-----Original Message-----
**From:** nellie.camerik@weil.com [mailto:nellie.camerik@weil.com]
**Sent:** Thursday, August 28, 2008 7:47 AM
**To:** acook@suncal.com
**Cc:** afrellich@suncal.com; bcook@suncal.com; bgross@lehman.com; Bose, Erica A.; fgilhool@lehman.com; ldalessio@suncal.com; Wyman, Matt A.; rbrusco@lehman.com; rdyvig@suncal.com; andrewil@lehman.com; michael.bond@weil.com
**Subject:** RE: Updated Schedules Redlines

Reminder -- we scheduled the call on schedules for 3:00 p.m. (ET)/Noon (PT) using my dial-in below:

1-800-782-1473
Passcode 0685797

"Andy Cook"
<acook@suncal.
com>

08/28/2008 03:34

To "Andy Cook" <acook@suncal.com>, <fgilhool@lehman.com>, <bgross@lehman.com>, <rbrusco@lehman.com>, <michael.bond@weil.com>, <beatriz.azcuy@weil.com>, <nellie.camerik@weil.com>, <leslie.smith@weil.com>, <regina.merson@weil.com>, <richard.morrison@weil.com>, <Robert.Shmalo@weil.com>, <Alexandra.Lehson@weil.com>,

AM

&lt;mwyman@coxcastle.com&gt;, &lt;ebose@coxcastle.com&gt;

cc "Bruce Cook" &lt;bcook@suncal.com&gt;, "Rosemarie Flores-Dyvig" &lt;rdyvig@suncal.com&gt;, "Amy Freilich"
&lt;afreilich@suncal.com&gt;, "Lauren Dalessio" &lt;ldalessio@suncal.com&gt;

Subje RE: Updated Schedules Redlines
ct

All,

Danielle is still finalizing Schedules 4, 5 and 12A, so I will send those tomorrow prior to the
conference call.

Andy Cook

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for
the personal and confidential use of the designated recipient(s) named above. If you are not the
intended recipient of this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited. This communication is for
information purposes only and should not be regarded as an offer to sell or as a solicitation of an
offer to buy any financial product, an official confirmation of any transaction, or as an official
statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or
error-free. Therefore, we do not represent that this information is complete or accurate and it
should not be relied upon as such. All information is subject to change without notice. --------
IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained
within this communication (including any attachments) is not intended or written to be used and
cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting,
marketing or recommending to another party any transaction or matter addressed herein.

14

# EXHIBIT 4



| | "Champion, Douglas M." <DChampion@gibsondunn.com> 09/03/2008 01:19 PM | To | "Amy Freilich" <afreilich@suncal.com> |
|---|---|---|---|
| | | cc | "Forbes, Amy R." <AForbes@gibsondunn.com>, "Sharf, Jesse" <JSharf@gibsondunn.com>, "Rahnema, Shireen B." <SRahnema@gibsondunn.com>, "Leung, Raymond" |
| | | bcc | |
| | | Subject | Lehman/SunCal - Scheduling |

| History: | ✍ This message has been replied to. |
|---|---|

Amy (Freilich),

Weil and GDC would like to resume our daily update calls as we approach closing. Are you and Lauren available tomorrow morning at our regularly-scheduled time slot (8:30a PT / 11:30a ET)? The call should be brief, and I don't think we need the full working group to join. Our plan is to run through the items from both of our e-mails on Friday, along with any new issues that have come up on your end, if any. The Weil team will circulate dial-in information.

Also, we need to begin detailed thinking about our approach on Del Rio and getting the easement from the City on a consent calendar. I'd like to schedule a separate brainstorming call on just that topic. I am out tomorrow (after our call) through Sunday, so I'd like to tee up that discussion for Monday morning. What is your availability? (Amy/Shireen: please let me know your availability, also.)

Best,
Doug

**Douglas M. Champion**
*Gibson, Dunn & Crutcher LLP*
333 S. Grand Ave., 49th Floor
Los Angeles, CA 90071-3197
T: (213) 229-7128
F: (213) 229-6128
E: dchampion@gibsondunn.com

"MMS <Gibsondunn.net>" made the following annotations.

-------------------------------------------------------------------------------

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

=========

# EXHIBIT 5



"Champion, Douglas M."
<DChampion@gibsondunn.c
om>

09/11/2008 07:23 PM

To "Amy Freilich" <afreilich@suncal.com>, "Stan Brown"
<sbrown@suncal.com>, "Lauren Dalessio"
<ldalessio@suncal.com>

cc "Sharf, Jesse" <JSharf@gibsondunn.com>, "Forbes, Amy
R." <AForbes@gibsondunn.com>, "Rahnema, Shireen B."
<SRahnema@gibsondunn.com>, "Zellen, Michael A."

bcc

Subject  Lehman/SunCal/Del Rio - Draft Assignment of DA and
Construction Easement Deed

History:         ✉ This message has been forwarded.

All,

Further to our teleconference this morning, attached hereto for your review and comment please find:

   1. Draft Assignment and Assumption Agreement for the Del Rio Development Agreement;

   2. Draft Construction Easement Deed from the City of Orange; and

   3. Redline of the Easement against the last version circulated.

The Side Agreement by and between North Orange Del Rio Land, LLC and SCLV Del Rio LLC governing
the escrow of documents will follow under separate cover once Weil and GDC have had an opportunity to
confer. Similarly, we will need to determine the mechanism by which we address assignment of the
Acquisition Agreement (still in draft form and in progress at Goodwin Procter).

I draw to your attention the following:

1. I ask that all parties review Section 2.5.1 of the Development Agreement to determine whether you
concur that this must be an Assignment and Assumption agreement, rather than just an Assignment.
Please note that Section 2.5.1 contains a 30-day notice requirement to the City; as such, we should
determine whether the notice letter should be held in escrow along with the assignment instrument.

2. The indemnity language inserted into the Construction Easement Deed mirrors the indemnity found in
the Development Agreement. I query whether we should offer this in our first draft, or whether we should
wait for the City to affirmatively request this.

**In the interest of time, I am circulating these drafts to my client concurrently, and thus they must
remain subject to Lehman's review and revision in all respects.**

Please do not hesitate to contact me should you have any questions.

Best Regards,
Doug

**Douglas M. Champion**
*Gibson, Dunn & Crutcher LLP*
333 S. Grand Ave., 49th Floor
Los Angeles, CA 90071-3197

*18*

T: (213) 229-7128
F: (213) 229-6128
E: dchampion@gibsondunn.com

<<100506683_1 (DMC - Lehman_SunCal_Del Rio - Assignment of DA).DOC>> <<100505374_2 (DMC - Lehman_SunCal_Del Rio - Form of Construction Easement).DOC>> <<Redline - Del Rio Easement - v1 to v2.doc>>

"MMS <Gibsondunn.net>" made the following annotations.

------------------------------------------------------------------------------

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
==================================================================================



========= 100506683_1 (DMC - Lehman_SunCal_Del Rio - Assignment of DA) (2).DOC

                                                    

100505374_2 (DMC - Lehman_SunCal_Del Rio - Form of Construction Easement).DOC   Redline - Del Rio Easement - v1 to v2.doc

# EXHIBIT 6



"Champion, Douglas M."
<DChampion@gibsondunn.c
om>

09/12/2008 07:49 PM

To "Forbes, Amy R." <AForbes@gibsondunn.com>, "Amy
Freilich" <afreilich@suncal.com>, "Brian Gross"
<bgross@lehman.com>, "Bruce Cook"

cc

bcc

Subject Lehman/SunCal - Open Issues List for Entitlements Transfer
as of COB 9/12

All,

Here is the latest open issues list as of this afternoon related to the entitlement transfer for the
above-captioned matter:

**MARBLEHEAD**
1. Need PDF of executed copy of the CNLM side letter on SunCal letterhead. GDC sent final draft to
SunCal on September 4. ·

2. Need original consents from SDG&E. [Per SunCal, this is expected by end of next week (9/19),
provided that Pinky can clear three internal approvals.]

3. Need original consents back from City, per e-mail traffic with Bob Barjam on September 4.
**RITTER RANCH**
4. City consents to Subdivision Improvement Agreement and Acquisition Agreement on consent calendar
for September 17. Will need original consents at that time.

5. Assignment and Assumption of Water Agreements transmitted to County on September 10. Possible
consent calendar item for September 16; otherwise, next meeting on September 23. Need update on
timing, and will need original consents upon receipt.

6. Need follow-up on clarifying questions related to Alston & Bird letter as set forth in GDC e-mail on
September 12.
**AVALON/PSV**
7. Need re-executed signature and notary pages to Assignment of Subdivision Improvement Agreement,
which is to be recorded in the Official Records of Riverside County, and was not properly notarized.
SunCal transmitted to its Irvine Office and to Lehman for handling on September 3.

8. Need fully-executed original C200 forms. (SunCal sent originals to Lehman on September 11 for
handling.)
**DEL RIO**
9. SunCal and GDC to come to resolution on documentation required from City, per GDC e-mail on
September 12. Per SunCal, City approval of DA Amendment cannot be obtained until October 14. Open
question as to timeline on any additional documentation.

10. Weil and GDC to draft Side Agreement for SunCal review.
11. Need update from Goodwin Procter (bond counsel) on current status/timing for drafts of Acquisition
Agreement and Fiscal Agent Agreement.

**HEARTLAND**
12. GDC (Claire Vigil) and SunCal (Stan Brown) to trade redlines of agreement discussed on September
11 call before submission to City.

**PAC POINT**

13. Need original consents from SDG&E. (Same issue as Marblehead, above.)

**Douglas M. Champion**
*Gibson, Dunn & Crutcher LLP*
333 S. Grand Ave., 49th Floor
Los Angeles, CA 90071-3197
T: (213) 229-7128
F: (213) 229-6128
E: dchampion@gibsondunn.com

===================================================================
=========

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
===================================================================
=========

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,

Debtor(s).

CHAPTER 11

CASE NUMBER 08-17206-ES

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *DECLARATION OF NELLIE CAMERIK, ESQ. IN SUPPORT OF MOTION TO STRIKE THE DECLARATION OF BRUCE V. COOK IN SUPPORT OF DEBTORS' RESPONSE TO THE LEHMAN ENTITIES SURREPLY RE: SALES PROCEDURE MOTION* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 18, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **September 18, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

JUDGE'S COPY [Federal Express]

The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 18, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 18, 2009 | Nancy H. Brown | /s/ Nancy H. Brown |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

**F 9013-3.1**

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,

Debtor(s). | CASE NUMBER 08-17206-ES

CHAPTER 11

## I. SERVED BY NEF

## 8:08-bk-17206-ES Notice will be electronically mailed to:

(1) Joseph M Adams for Defendant The City of San Juan Capistrano
jadams@sycr.com

(2) Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com

(3) James C Bastian for Creditor ARB, Inc.
jbastian@shbllp.com

(4) John A Boyd for Interested Party Oliphant Golf Inc
fednotice@tclaw.net

(5) Brendt C Butler for Creditor EMR Residential Properties LLC
BButler@rutan.com

(6) Dan E Chambers for Creditor EMR Residential Properties LLC
dchambers@jmbm.com

(7) Shirley Cho for Creditor Lehman ALI, Inc.
scho@pszjlaw.com

(8) Vonn Christenson for Interested Party Courtesy NEF
vrc@paynefears.com

(9) Vincent M Coscino for Petitioning Creditor CST Environmental Inc
emurdoch@allenmatkins.com

(10) Paul J Couchot for Debtor ACTON ESTATES, LLC
pcouchot@winthropcouchot.com, pj@winthropcouchot.com

(11) Jonathan S Dabbieri for Interested Party Courtesy NEF
dabbieri@shlaw.com

(12) Ana Damonte for Creditor Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

(13) Melissa Davis for Creditor City of Orange
mdavis@shbllp.com

(14) Daniel Denny for Interested Party Courtesy NEF
ddenny@gibsondunn.com

(15) Caroline Djang for Creditor Lehman ALI, Inc.
crd@jmbm.com

(16) Donald T Dunning for Creditor Hertz Equipment Rental Corporation
ddunning@dunningLaw.com

(17) Joseph A Eisenberg for Creditor Lehman ALI, Inc.
jae@jmbm.com

(18) Lei Lei Wang Ekvall for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
lekvall@wgllp.com

(19) Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

(20) Lisa Hill Fenning for Defendant Fenway Capital, LLC
Lisa_Fenning@aporter.com, courtalert@dl.com

(21) Marc C Forsythe for Attorney Robert Goe
kmurphy@goeforlaw.com

(22) Alan J Friedman for Attorney Irell & Manella LLP
afriedman@irell.com

(23) Robert P Goe for Attorney Robert Goe
kmurphy@goeforlaw.com

(24) Eric D Goldberg for Interested Party Courtesy NEF
egoldberg@stutman.com

(25) Kelly C Griffith for Interested Party Courtesy NEF
bkemail@harrisbeach.com

(26) Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

(27) Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

(28) D Edward Hays for Creditor Philip Dowse
ehays@marshackhays.com

(29) Michael C Heinrichs for Interested Party Courtesy NEF
mheinrichs@omm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

CHAPTER 11

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,

Debtor(s).    CASE NUMBER 08-17206-ES

(30)    Michelle Hribar for Plaintiff EMR Residential Properties LLC
        mhribar@rutan.com

(31)    Lawrence A Jacobson for Creditor BKF Engineers
        laj@cohenandjacobson.com

(32)    Stephen M Judson for Petitioning Creditor The Professional Tree Care Co
        sjudson@fablaw.com

(33)    David I Katzen for Interested Party Bethel Island Municipal Improvement District
        katzen@ksfirm.com

(34)    Christopher W Keegan for Creditor SC Master Holdings II LLC
        ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com

(35)    Irene L Kiet for Creditor BNB Engineering, Inc.
        ikiet@hkclaw.com

(36)    Mark J Krone for Creditor Bond Safeguard Insurance Co
        mk@amclaw.com

(37)    Leib M Lerner for Creditor Steiny and Company, Inc.
        leib.lerner@alston.com

(38)    Peter W Lianides for Debtor Palmdale Hills Property, LLC
        pj@winthropcouchot.com

(39)    Charles Liu for Debtor Palmdale Hills Property, LLC
        cliu@winthropcouchot.com

(40)    Kerri A Lyman for Attorney Irell & Manella LLP
        klyman@irell.com

(41)    Mariam S Marshall for Creditor RGA Environmental, Inc.
        mmarshall@marshallramoslaw.com

(42)    Robert C Martinez for Creditor TC Construction Company, Inc
        rmartinez@mclex.com

(43)    Hutchison B Meltzer for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
        hmeltzer@wgllp.com

(44)    Joel S. Miliband for Creditor RBF CONSULTING
        jmiliband@rusmiliband.com

(45)    James M Miller for Debtor Palmdale Hills Property, LLC
        jmiller@millerbarondess.com

(46)    Louis R Miller for Plaintiff Palmdale Hills Property, LLC
        smiller@millerbarondess.com

(47)    Mike D Neue for Trustee Steven Speier
        mneue@thelobelfirm.com, csolorzano@thelobelfirm.com

(48)    Robert Nida for Creditor Kirk Negrete, Inc
        Rnida@castlelawoffice.com

(49)    Sean A Okeefe for Debtor Palmdale Hills Property, LLC
        sokeefe@okeefelc.com

(50)    Robert B Orgel for Creditor Lehman ALI, Inc.
        rorgel@pszjlaw.com, rorgel@pszjlaw.com

(51)    Penelope Parmes for Creditor EMR Residential Properties LLC
        pparmes@rutan.com

(52)    Ronald B Pierce for Creditor Griffith Company
        ronald.pierce@sdma.com

(53)    Raymond A Policar for Creditor Williams+Paddon Architects+Planners, Inc.
        hausermouzes@sbcglobal.net

(54)    Cassandra J Richey for Creditor Patricia I Volkerts, as Trustee, et al
        cmartin@pprlaw.net

(55)    Debra Riley for Interested Party City of Palmdale
        driley@allenmatkins.com

(56)    Martha E Romero for Creditor San Bernardino County Tax Collector
        Romero@mromerolawfirm.com

(57)    William D Schuster for Creditor HD Supply Construction Supply LTD
        bills@allieschuster.org

(58)    Steven M Speier for Trustee Steven Speier
        Sspeier@Squarmilner.com, ca85@ecfcbis.com

(59)    Michael St James for Creditor MBH Architects, Inc.
        ecf@stjames-law.com

(60)    Todd L Turoci for Creditor Philip Dowse
        tturoci@aol.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,

CHAPTER 11

Debtor(s). | CASE NUMBER 08-17206-ES

(61) United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

(62) Jason Wallach for Interested Party Courtesy NEF
jwallach@gladstonemichel.com

(63) Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
joshua.wayser@kattenlaw.com

(64) Christopher T Williams for Creditor Danske Bank A/S London Branch
ctwilliams@venable.com, jcontreras@venable.com

(65) Marc J Winthrop for Debtor Palmdale Hills Property, LLC
pj@winthropcouchot.com

(66) David M Wiseblood for Creditor Bethel Island Municipal Improvement District
dwiseblood@seyfarth.com

(67) Arnold H Wuhrman for Creditor Wayne Lee
Wuhrman@serenitylls.com

(68) Dean A Ziehl for Creditor Lehman ALI, Inc.
dziehl@pszjlaw.com

## II. SERVED BY U.S. MAIL

## 8:08-bk-17206-ES Notice will not be electronically mailed to:

Tab L K Artis
301 N Lake Ave 7th Fl
Pasadena, CA 91101

Sharon A Bangs / Theresa Crawford Tate
Crawford & Bangs
1290 E Center Ct Dr
Covina, CA 91724

William G Bissell
110 Newport Ctr Dr Ste 200
Newport Beach, CA 92660

John W Busby
251 Lafayette Circle Ste 350
Lafayette, CA 94549

Wayne W Call
Call, Jensen & Ferrell
610 Newport Ctr Dr Ste 700
Newport Beach, CA 92660

Brent S Clemmer
Slovak Baron & Empey LLP
1800 E Tahquitz Cyn Wy
Palm Springs, CA 92262

Adrianna Corrado
Lanak & Hanna
400 N Tustin Ave Ste 120
Santa Ana, CA 92705-3815

Donald B Devirian
Devirian & Shinmoto
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064

Steven M Garber
1901 Ave Of The Stars #1100
Los Angeles, CA 90067

Stanley Haren
Gill & Baldwin
130 N Baldwin Blvd #405
Glendale, CA 91203

William R Hart / Andrew C Kienle
Hart King & Coldren
200 Sandpointe Fourth Fl
Santa Ana, CA 92707

Jonathan M Hoff
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Vivian Le
Gary R King & Associates
30950 Rancho Viejo Rd Ste 155
San Juan Capistrano, CA 92675

Michael D. May
250 W First St, Ste 256
Claremont, CA 91711

Mark E McKane
Kirkland & Ellis LLP
555 California St
San Francisco, CA 94104

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,

Debtor(s).  |  CASE NUMBER 08-17206-ES

CHAPTER 11

Raymond D Scott
1835 W Orangewood Ave Ste 255
Orange, CA 92868

Kimberly A Soyer
251 Lafayette Cir, Ste 350
Lafayette, CA 94549

Joseph L Strohman
Ferguson Case Orr Paterson LLP
1050 S Kimball Rd
Ventura, CA 93004

Robert S Throckmorton
Throckmorton, Beckstrom & Tomassian, LLP
2 Corporate Park, Ste 210
Irvine, CA 92606-5115

Weiland Golden Smiley Wang Ekvall & Strok, LLP
650 Town Center Dr Ste 950
Costa Mesa, CA 92626

Douglas F Welebir
Welebir Tierney & Weck
2068 Orange Tree Ln Ste 215
Redlands, CA 92374

## III. SERVED BY E-MAIL

Paul Couchot - pcouchot@winthropcouchot.com
William Lobel - wlobel@thelobelfirm.com
Louis Miller - smiller@millerbarondess.com
Martin Pritikin – mpritikin@millerbarondess.com
Steven N. Speier (Chapter 11 Trustee, c/o Squar Nilner) - sspeier@squarmilner.com
Edward Soto - Edward.soto@weil.com
Carrolynn H. G. Callari - ccallari@venable.com
Timothy J. Gorry - tgorry@venable.com
Wayne Abb, Esq. - wayneabb@gmail.com
John Sieger - john.sieger@kattenlaw.com
Atty for P. Volkerts - c.martin@pprlaw.net
Atty for Bond Safeguard & Lexon - mea@amclaw.com
Palmdale Hills Property, LLC and its related entities - bcook@suncal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                     F 9013-3.1

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,

CHAPTER 11

Debtor(s).    CASE NUMBER 08-17206-ES

For e-mail:
[pcouchot@winthropcouchot.com; wlobel@thelobelfirm.com; smiller@millerbarondess.com; mpritikin@millerbarondess.com; sspeier@squarmilner.com; Edward.soto@weil.com; ccallari@venable.com; tgorry@venable.com; wayneabb@gmail.com; john.sieger@kattenlaw.com; c.martin@pprlaw.net; mea@amclaw.com; bcook@suncal.com]

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1