William N. Lobel (State Bar No. 93202)
wlobel@thelobelfirm.com
Mike D. Neue (State Bar No. 179303)
mneue@thelobelfirm.com
James E. Till (State Bar No. 200464)
jtill@thelobelfirm.com
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, CA 92660
Telephone: (949) 999-2860
Facsimile: (949) 999-2870
www.thelobelfirm.com

General Counsel to the Chapter 11 Trustee, Steven M. Speier

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, and its Related Debtors,<br><br>    Jointly Administered Debtors<br>    and Debtors-in-Possession. | Case No. 8:08-bk-17206- ES<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8-08-bk-17575 ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>8:08-bk-17588-ES |
| __ Affects PALMDALE HILLS PROPERTY, LLC, Only<br>__ Affects SUNCAL BEAUMONT HEIGHTS, LLC, Only<br>__ Affects SCC/PALMDALE, Only<br>__ Affects SUNCAL JOHANNSON RANCH, LLC, Only<br>__ Affects SUNCAL SUMMIT VALLEY, LLC, Only<br>__ Affects SUNCAL EMERALD MEADOWS, LLC, Only<br>__ Affects SUNCAL BICKFORD<br>__ Affects ACTON ESTATES, LLC, Only<br>__ Affects SEVEN BROTHERS, LLC, Only<br>__ Affects SJD PARTNERS, LTD., Only<br>__ Affects SJD DEVELOPMENT CORP., Only<br>__ Affects KIRBY ESTATES, LLC, Only | Chapter 11 cases<br><br>**NOTICE OF SETTLEMENT BETWEEN TRUSTEE AND LEHMAN-RELATED ENTITIES AND STIPULATION TO SET HEARING DATES**<br><br>**Hearing**:<br>Date: September 22, 2009<br>Time: 10:00 a.m.<br>Place: Courtroom 5A |

**NOTICE OF SETTLEMENT; STIPULATION**
**TO SET HEARING DATES**

2062

| | |
|---|---|
| 1 | __ Affects SUNCAL COMMUNITIES I, LLC, Only |
| 2 | __ Affects SUNCAL COMMUNITIES III, LLC, Only |
| 3 | __ Affects SCC COMMUNITIES, LLC, Only |
| 4 | __ Affects NORTH ORANGE DEL RIO LAND, LLC, Only |
| 5 | __ Affects TESORO SF, LLC, Only |
| 6 | _X_ Affects LBL-SUNCAL OAK VALLEY, LLC, Only |
| 7 | X Affects SUNCAL HEARTLAND, LLC, Only |
| 8 | X Affects LBL-SUNCAL NORTHLAKE, LLC, Only |
| 9 | X Affects SUNCAL MARBLEHEAD, LLC, Only |
| 10 | X Affects SUNCAL CENTURY CITY, LLC, Only |
| 11 | X Affects SUNCAL PSV, LLC, Only |
| 12 | X Affects DELTA COVERS VENTURE, LLC, Only |
| 13 | X Affects SUNCAL TORRANCE, LLC, Only |
| 14 | X Affects SUNCAL OAK KNOLL, LLC, Only |
| 15 | __ Affects All Debtors |

**NOTICE OF SETTLEMENT; STIPULATION
TO SET HEARING DATES**

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE; OFFICE OF THE UNITED STATES TRUSTEE; AND PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that a settlement has been reached between Steven Speier, the chapter 11 trustee herein (the "Trustee"), and Lehman Commercial Paper, Inc., Lehman ALI, Inc., Northlake Holdings LLC, and OVC Holdings LLC (collectively, "Lehman") which the Trustee believes will obviate the need to proceed with the "Debtors' Motion for Order: (1) Approving Overbid Procedures in Connection with Proposed Sale of Substantially All Assets of the Debtors' Estates, etc." (the "Sale Procedures Motion").

Based on the existence of the settlement, the parties hereby enter into a stipulation to continue the hearing on the Sale Procedures Motion, and to establish a hearing on a motion to approve the proposed settlement, with reference to the following facts and circumstances.

## **RECITALS**

A. A hearing on the Sale Procedures Motion is currently scheduled for September 22, 2009 at 10:00 a.m.

B. Once Court approval of the proposed settlement between the Trustee and Lehman has been obtained, the Trustee intends to take the Sale Procedures Motion off calendar. However, to permit sufficient time for the settlement to be documented and submitted for Court approval, the parties believe that a short continuance of the hearing on the Sale Procedures Motion makes sense (approximately 45 days), so that the settlement can be formalized and a motion to approve the settlement motion can be filed and set for hearing.

C. The Trustee will seek input from the Official Committee of Unsecured Creditors (the "Committee") which will require that a meeting of all creditors be convened.

D. The parties expect that the settlement will be documented and signed the week of September 21, 2009. The parties also expect that a motion to approve the settlement will be ready for filing the following week (the week of September 28, 2009).

E. Based on the expected timing of the settlement, the parties request that the Court set a hearing on the motion to approve the settlement in approximately 30 days (or thereafter as

**NOTICE OF SETTLEMENT; STIPULATION TO SET HEARING DATES**

- 1 -

the Court's calendar permits), and continue the hearing on the Sale Procedures Motion to a date that is approximately two weeks after the hearing on the settlement motion.

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED that:

1. A hearing shall be scheduled on the motion to approve the settlement between the Trustee and Lehman in approximately 30 days (or thereafter as the Court's calendar permits).

2. The hearing on the Sale Procedures Motion shall be continued to a date that is approximately two weeks after the hearing on the settlement motion, or such later date as is available on the Court's calendar.

DATED: September 21, 2009        **THE LOBEL FIRM, LLP**

By:    /s/
    William N. Lobel
    Mike Neue
General Counsel to the Chapter 11 Trustee,
Steven M. Speier

DATED: September 21, 2009        **PACHULSKI STANG ZIEHL & JONES LLP**

By:    /s/
    Richard N. Pachulski
    Dean A. Ziehl
Attorneys for Lehman Commercial Paper, Inc.,
Lehman ALI, Inc., Northlake Holdings LLC, and
OVC Holdings LLC

| | |
|---|---|
| 1 | **PROOF OF SERVICE OF DOCUMENT** |

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 750, Newport Beach, CA 92660-6324

The foregoing document described as **NOTICE OF SETTLEMENT BETWEEN TRUSTEE AND LEHMAN-RELATED ENTITIES AND STIPULATION TO SET HEARING DATES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>September 21, 2009</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** <u>(indicate method for each person or entity served):</u> Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>September 21, 2009</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

Chambers of the Honorable Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street
Santa, Ana, CA 92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/21/09 | Cecilia Solórzano | /s/ Cecilia Solórzano |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTICE OF SETTLEMENT; STIPULATION TO SET HEARING DATES**  -3-  1755

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Brendt C Butler    BButler@rutan.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Vincent M Coscino    emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@shlaw.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Lisa Hill Fenning    Lisa_Fenning@aporter.com, courtalert@dl.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Robert P Goe    kmurphy@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Michelle Hribar    mhribar@rutan.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Stephen M Judson    sjudson@fablaw.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Joel S. Miliband    jmiliband@rusmiliband.com

- James M Miller    jmiller@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Mike D Neue    mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Raymond A Policar    hausermouzes@sbcglobal.net
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- Martha E Romero    Romero@mromerolawfirm.com
- William D Schuster    bills@allieschuster.org
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Todd L Turoci    tturoci@aol.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    joshua.wayser@kattenlaw.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop    pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Arnold H Wuhrman    Wuhrman@serenitylls.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

**SERVED VIA E-MAIL**

Wayne Abb, Esq. – wayneabb@gmail.com
Atty for P. Volkerts – cmartin@pprlaw.net
Atty for Bond Safeguard & Lexon – mea@amclaw.com

| | |
|---|---|
| Lehman Ali, Inc. and Lehman Commercial<br>c/o Weil, Gotshal & Manges LLP<br>elisa.lemmer@weil.com<br>edward.soto@weil.com<br>nellie.camerik@weil.com<br>shai.waisman@weil.com<br>michael.bond@weil.com | Danske Bank A/S, London Branch<br>c/o Venable LLP<br>ccallari@venable.com<br>Timothy J. Gorry – tgorry@venable.com |
| Richard Pachulski – rpachulski@pszjlaw.com | john.sieger@kattenlaw.com |
| sspeier@squarmilner.com<br>Steven N. Speier, Ch. 11 Trustee<br>c/o Squar Milner | Palmdale Hills Property, LLC and related entities<br>SCC Acquisitions<br>Bruce V. Cook, Esq. – [private email]<br>Steve Elieff – [private email] |

NOTICE OF SETTLEMENT; STIPULATION
TO SET HEARING DATES

-5-

1755