| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | PAUL J. COUCHOT - State Bar No. 131934<br>   pcouchot@winthropcouchot.com<br>PETER W. LIANIDES - State Bar No. 160517<br>   plianides@winthropcouchot.com<br>PAYAM KHODADADI - State Bar No. 239906<br>   pkhodadadi@winthropcouchot.com<br>**WINTHROP COUCHOT**<br>**PROFESSIONAL CORPORATION**<br>660 Newport Center Drive, Fourth Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4165<br>Facsimile: (949) 720-4111<br><br>General Insolvency Counsel for<br>Administratively Consolidated<br>Debtors-in-Possession and<br>Counsel for SCC Acquisitions, Inc. | **FILED**<br>SEP 2 2 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:     Deputy Clerk<br><br>**ENTERED**<br>SEP 22 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:     Deputy Clerk |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br><br>    Jointly Administered Debtors and<br>    Debtors-in-Possession<br><br>Affects:<br>☐ All Debtors<br>☒ Palmdale Hills Property, LLC,<br>☒ SunCal Beaumont Heights, LLC<br>☒ SCC/Palmdale, LLC<br>☒ SunCal Johannson Ranch, LLC<br>☒ SunCal Summit Valley, LLC<br>☒ SunCal Emerald Meadows LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☒ Seven Brothers LLC<br>☒ SJD Partners, Ltd.<br>☒ SJD Development Corp.<br>☒ Kirby Estates, LLC<br>☒ SunCal Communities I, LLC<br>☒ SunCal Communities III, LLC<br>☒ SCC Communities LLC<br>☒ North Orange Del Rio Land, LLC<br>☒ Tesoro SF LLC<br>*Caption Continued on Next Page* | Case No. 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574 ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br>Chapter 11 Proceeding<br><br>**ORDER SETTING AND/OR RESCHEDULING THE FOLLOWING HEARINGS:**<br>**(1) AUTHORIZED AGENCY MOTION;**<br>**(2) TRUSTEE'S OVERBID PROCEDURES MOTION;**<br>**(3) CASH COLLATERAL OF OTHER FINANCING MOTION;**<br>**(4) MOTION RE LEHMAN ALI'S SUPER PRIORITY PRIMING LIEN LOAN;**<br>**(5) VOLUNTARY DEBTORS' OVERBID PROCEDURES MOTION;**<br>**(6) MOTION FOR SUBSTANTIVE CONSOLIDATION; AND**<br>**(7) DISCLOSURE STATEMENT HEARING**<br><br>DATE: July 28, 2009<br>TIME: 10:00 A.M.<br>CTRM: 5A |

Order#12119#e2386c04-4c0d-4082-bf91-9b8873c42c9e

*Continued from Previous Page*
☐ LBL-SunCal Oak Valley, LLC
☐ SunCal Heartland, LLC
☐ LBL-SunCal Northlake, LLC
☐ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☐ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

The following motions came on for continued hearing on July 28, 2009 at 10:00 A.M.:

A. Debtor's Motion for Order: (1) Valuing Collateral of Certain Disputed Creditors; (2) Avoiding Certain Disputed Liens Pursuant to 11 U.S.C. §506(d); and (3) Preserving Avoided Liens for the Respective Estates Pursuant to 11 U.S.C. §551; and

B. Debtors' Objections to and Motion for Order Striking Claims filed by the Lehman Entities (the "Authorized Agency Issue").

The Voluntary Debtors appeared by and through their counsel of record, Winthrop Couchot Professional Corporation, by Paul J. Couchot; the Voluntary and the Trustee Debtors appeared by and through their special litigation counsel of record, Miller Barondess, LLP, by Skip Miller; the Lehman Entities appeared by and through their counsels of record, Pachulski, Stang Ziehl & Jones LLP, by Richard Pachulski, and by co-counsel Weil, Gotshal & Manges LLP, by Edward Soto. Other appearances, if any, are as reflected in the Court's record of the hearing.

The Court having conducted a status conference regarding the Authorized Agency Issue of the case, and having heard the representations of counsel, it is hereby

**ORDERED** as follows:

1. The hearing on the Authorized Agency Issue is scheduled for September 22, 2009;
   a. Opening briefs and evidentiary submissions will be filed on or before August 25, 2009;
   b. Reply briefs will be filed on or before September 8, 2009;

-2-

        c. All prior testimony in the form of prior declarations and/or depositions will be lodged and there will be no separate evidentiary hearing.

2. The hearing on the Trustee Debtors' Motion regarding overbid procedures is advanced from October 15, 2009 to September 22, 2009 at 10:00 A.M.;

        a. The Lehman Entities sur-reply shall be filed on or before September 8, 2009;

        b. Any response to the Lehman Entities' sur-reply shall be filed on ore before September 15, 2009;

3. The hearing on the Motion regarding a motion to approve cash collateral, DIP facility or other financing shall be heard on September 22, 2009 at 10:00 A.M.;

4. The hearing on the Motion objecting to and/or reconsidering Lehman Ali's super priority priming lien loan will be heard on September 22, 2009 at 10:00 A.M.;

5. The hearing on the Voluntary Debtors' Motion regarding overbid procedures on the sale of assets will be heard on September 22, 2009 at 10:00 A.M.;

6. The hearing on the Motion for Substantive Consolidation of the cases is continued from September 22, 2009 at 10:00 A.M. to October 15, 2009 at 2:00 P.M.; and

7. The hearing on the Debtors' Joint Disclosure Statement is continued from September 22, 2009 to October 15, 2009 at 2:00 P.M.

###

SEP 2 2 2009

*Erithe A. Smith*

-3-

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive., 4th Fl., Newport Beach, CA 92660.

**A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT DESCRIBED AS: ORDER SETTING AND/OR RESCHEDULING THE FOLLOWING HEARINGS: (1) AUTHORIZED AGENCY MOTION; (2) TRUSTEE'S OVERBID PROCEDURES MOTION; (3) CASH COLLATERAL OF OTHER FINANCING MOTION; (4) MOTION RE LEHMAN ALI'S SUPER PRIORITY PRIMING LIEN LOAN; (5) VOLUNTARY DEBTORS' OVERBID PROCEDURES MOTION; (6) MOTION FOR SUBSTANTIVE CONSOLIDATION; AND (7) DISCLOSURE STATEMENT HEARING WILL BE SERVED OR WAS SERVED (A) ON THE JUDGE IN CHAMBERS IN THE FORM AND MANNER REQUIRED BY LBR 5005-2(D); AND (B) IN THE MANNER INDICATED BELOW:**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 4, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 4, 2009 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| Date | Type Name | Signature |

## SERVICE BY E-MAIL

1. U.S. Trustee: Michael Hauser, Esq.:Michaell.Hauser@usdoj.gov
2. Committee Counsel to Trustee Debtors: Lei Lei Wang Ekvall: lekvall@wgllp.com
3. Committee Counsel – voluntary debtors: Alan Friedman: afriedman@irell.com
4. Counsel to Chapter 11 Trustee Steven Speier: William N. Lobel - wlobel@thelobelfirm.com
5. Special Counsel to Debtors: Skip Miller: smiller@millerbarondess.com
6. Counsel to Lehman Entities: Richard Pachulski: rpachulski@pszjlaw.com
7. Co-counsel to Lehman Entities: Edard Soto: Edward.soto@weil.com
8. Involuntary Debtors' Chapter 11 Trustee: Steven Speier: sspeier@squarmilner.com
9. Debtor: [private e-mail]

# NOTICE OF ENTERED ORDER AND SERVICE LIST

NOTICE IS GIVEN BY THE COURT THAT A JUDGMENT OR ORDER ENTITLED: **ORDER SETTING AND/OR RESCHEDULING THE FOLLOWING HEARINGS: (1) AUTHORIZED AGENCY MOTION; (2) TRUSTEE'S OVERBID PROCEDURES MOTION; (3) CASH COLLATERAL OF OTHER FINANCING MOTION; (4) MOTION RE LEHMAN ALI'S SUPER PRIORITY PRIMING LIEN LOAN; (5) VOLUNTARY DEBTORS' OVERBID PROCEDURES MOTION; (6) MOTION FOR SUBSTANTIVE CONSOLIDATION; AND (7) DISCLOSURE STATEMENT HEARING** WAS ENTERED ON THE DATE INDICATED AS "ENTERED" ON THE FIRST PAGE OF THIS JUDGMENT OR ORDER AND WILL BE SERVED IN THE MANNER INDICATED BELOW:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the Court via NEF and hyperlink to the judgment or order. As of August 4, 2009 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

☒ Service information continued on next page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on next page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

☐ Service information continued on next page

ADDITIONAL SERVICE INFORMATION (if needed):

**NEF SERVICE LIST**
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Brendt C Butler    BButler@rutan.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Vincent M Coscino    emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@shlaw.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Lisa Hill Fenning    lfenning@dl.com, courtalert@dl.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Robert P Goe    kmurphy@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michelle Hribar    mhribar@rutan.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Stephen M Judson    sjudson@fablaw.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com

- Hutchison B Meltzer    hmeltzer@wgllp.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Mike D Neue    mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Raymond A Policar    hausermouzes@sbcglobal.net
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- Martha E Romero    Romero@mromerolawfirm.com
- William D Schuster    bills@allieschuster.org
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Todd L Turoci    tturoci@aol.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Jason Wallach    jwallach@bergerkahn.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- David M Wiseblood    dwiseblood@scyfarth.com
- Arnold H Wuhrman    Wuhrman@serenitylls.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com