Katten Muchin Rosenman LLP
Joshua D. Wayser (SBN 152711)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel: (310) 788-4400
Fax: (310) 788-4471

Katten Muchin Rosenman LLP
John P. Sieger (*pro hac vice* admission pending)
Paige E. Barr (*pro hac vice* admission pending)
525 W. Monroe St., Suite 1900
Chicago, IL 60661
Tel: (312) 902-5200
Fax: (312) 902-1061

Attorneys for D. E. Shaw & Co., L.P.

FILED & ENTERED

SEP 22 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS, JOINTLY ADMINISTERED DEBTORS AND DEBTORS-IN POSSESSION,<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Action Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC | Case No. 8:08-17206-ES<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**STIPULATED PROTECTIVE ORDER GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL MATERIAL BETWEEN D. E. SHAW & CO., L.P. AND THE LEHMAN ENTITIES** |

| | | |
|---|---|---|
| ☐ Tesoro SF, LLC | ) | |
| ☒ LB-L-SunCal Oak Valley, LLC | ) | |
| ☒ SunCal Heartland, LLC | ) | **Hearing:** |
| ☒ LB-L-SunCal Northlake, LLC | ) | Date: September 22, 2009 |
| ☒ SunCal Marblehead, LLC | ) | Time: 10:00 a.m. |
| ☐ SunCal Century City, LLC | ) | Place**:** Courtroom 5A |
| ☒ SunCal PSV, LLC | ) | |
| ☒ Delta Coves Venture, LLC | ) | |
| ☒ SunCal Torrance, LLC | ) | |
| ☒ SunCal Oak Knoll, LLC | ) | |
| | ) | |

Pursuant to that certain Stipulation for Entry of Stipulated Protective Order Governing the Production and Exchange of Confidential Material Between D. E. Shaw & Co., L.P. and the Lehman Entities [Docket No. 583], to expedite the flow of discovery material, facilitate the prompt resolution of disputes over confidentiality, adequately protect material entitled to be kept confidential, and ensure that protection is afforded only to material so entitled, D. E. Shaw & Co., L.P. ("DESCO") and Lehman Commercial Paper Inc., Lehman ALI, Inc., Northlake Holdings LLC, and OVC Holdings, LLC ("Lehman Entities"), collectively (the "Parties"), hereby stipulate to entry of this protective order (the "Protective Order"), as follows:

1. On August 19, 2009, the Lehman Entities served its Lehman Entities' Notice of Deposition and Subpoena Pursuant to Bankruptcy Rules 9014, 9016 and 7030 and Federal Rules 30(b)(6) and 45 ("Subpoena") on DESCO thereby make making requests for documents and information ("Discovery Requests") that DESCO contends would require the disclosure of proprietary information, including, but not limited to, D. E. Shaw group's bidding and pricing methods and models, plus financial and other private information, agreements and communications involving persons and entities unrelated to the above-captioned bankruptcy cases (together, "Confidential Information").

2. This Protective Order shall cover Confidential Information produced at any time by DESCO when answering the Discovery Requests and shall survive the conclusion of the above-captioned bankruptcy cases.

3. Confidential Information may be designated as such by placing a "CONFIDENTIAL" stamp on any document or by designating information as such prior to or in answering a question at a deposition.

4. The Confidential Information shall be used solely in connection with the above-captioned bankruptcy cases, and shall not be used in any other action or proceeding or for any other purpose whatsoever including, without limitation, the publication or disclosure to any person other than as expressly provided herein.

5. All Confidential Information shall, when not in use, be kept in a place and manner to assure the security afforded to the Parties under this Protective Order.

6. The Confidential Information may be shown only to:

    a) Lehman Entities' counsel, and the legal, paralegal and clerical employees of Lehman Entities' counsel on a strict need-to-know basis;

    b) Consulting or testifying experts retained to assist counsel, and the employees of such persons on a strict need-to-know basis;

    c) Employees of the Lehman Entities actively engaged in assisting counsel to the extent reasonably necessary to enable the attorneys for the party to render professional services herein;

    d) Steven M. Speier, Chapter 11 trustee for the following nine (9) Chapter 11 cases: (i) LBL-SunCal Oak Valley, LLC, Case No. 8:08-17404-ES; (ii) SunCal Heartland, LLC, Case No. 8:08-17407-ES; (iii) LBL-SunCal Northlake, LLC, Case No. 8:08-17408-ES; (iv) SunCal Marblehead, LLC, Case No. 8:08-17409-ES; (v) SunCal Century City, LLC, Case No. 8:08-17458-ES; (vi) SunCal PSV, LLC, Case No. 8:08-17465-ES; (vii) Delta Coves Venture, LLC, Case No. 8:08-17470-ES; (viii) SunCal Torrance, LLC, Case No. 8:08-17472-ES; and (ix) SunCal Oak Knoll, LLC, Case No. 8:08-17588-ES;

    e)     The Official Committees of Unsecured Creditors in the above-captioned bankruptcy cases, and their counsel;

    f)     The above-captioned Debtors, and their counsel;

    g)     Court reporters in the course of a deposition; and

    h)     The Court.

7. Before any Confidential Information is disclosed to any person identified in Paragraph 6(a)-(f) above, that person must first receive a copy of this Protective Order and agree to abide by its terms.

8. Confidential Information shall be disclosed to the persons identified in Paragraph 6(a)-(d) above only to the extent reasonably necessary to satisfy the Discovery Requests.

9. If Lehman Entities' counsel deems it necessary to disclose any Confidential Information to any person other than those identified in Paragraph 6 above, it must first obtain the express written consent of DESCO's counsel of record in the proceedings.

10. Upon conclusion of this case, Lehman Entities' counsel shall destroy all originals and copies of all documents containing any Confidential Information that was produced or disclosed by DESCO. Without limiting the generality of the foregoing, the obligation to destroy such documents shall include the obligation to erase all images, compilations, copies, summaries, or abstracts of them from computer storage except for materials constituting attorney work-product. Upon written request of DESCO, Lehman Entities' counsel shall sign a certification stating that they have fully complied with this Paragraph.

11. In the event that DESCO discovers that Confidential Information inadvertently has been produced without being marked with the appropriate designation, DESCO may thereafter notify Lehman Entities' counsel and require Lehman Entities' counsel to retrieve and return any

unmarked or incorrectly marked material and to substitute therefore appropriately marked material. Upon receipt of such notification from DESCO, Lehman Entities' counsel shall immediately treat the material as Confidential Information.

12. If DESCO discovers that it has produced information subject to the attorney-client privilege and/or the work-product doctrine to Lehman Entities' counsel inadvertently, then DESCO shall be entitled to request the immediate return of such information, provided: (i) DESCO initially has taken reasonable measures to identify and withhold materials subject to such a claim; and (ii) DESCO notifies Lehman Entities' counsel promptly after learning of such inadvertent production. Upon notification from DESCO that an inadvertent production has been made, together with identification of the material at issue and the nature of the claim being asserted, Lehman Entities' counsel shall immediately retrieve and return to DESCO all copies of such information, and Lehman Entities' counsel thereafter shall make no use of any kind of any information obtained therefrom. Nothing herein shall prevent Lehman Entities from challenging, by motion, the propriety of the assertion of attorney-client privilege or work product immunity. In the event Lehman Entities wish to make such a challenge on a ground other than waiver or because it contends that condition (i) or (ii) above has not been met, it may retain one copy only of such information for the sole purpose of making its challenge, and in the event the challenge is unsuccessful, shall return the information at issue to DESCO immediately.

13. Entry into or compliance with this Protective Order shall not operate as an admission that any particular information designated as Confidential Information contains or reflects trade secrets, proprietary or commercially sensitive information or any other type of confidential information. Any party objecting to the designation of Confidential Information may, after making a good faith effort to resolve any such objection, move for an order vacating the designation. While

such an application is pending, the parties shall continue to treat such information as Confidential Information pursuant to this Protective Order. The provisions of this Protective Order are not intended to shift the burden of establishing confidentiality.

14. All notices and communications hereunder shall be in writing and shall be deemed to be duly given upon personal delivery, same-day fax, or three (3) days after deposit in the United States mail by registered or certified mail, postage pre-paid, return receipt requested, addressed to the parties at the addresses herein set forth, or at such other address as any party shall have furnished to the other parties in writing:

If to DESCO:

John P. Sieger
Katten Muchin Rosenman LLP
525 West Monroe St.
Chicago, IL 60661
Fax: (312) 577-8681

If to Lehman Entities:

Dean A. Ziehl
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4100
Fax: (310) 201-0760

Edward Soto
Weil, Gotshall & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

15. Nothing in this Protective Order shall prevent any Party or other person from seeking modification of this Order or from objecting to discovery that it believes to be otherwise improper.

16. If any party, person or entity violates or threatens to violate any terms of this Protective Order, the Parties agree that DESCO may immediately apply to obtain injunctive relief against such party, person or entity violating or threatening to violate any of the terms of this Protective Order. If DESCO seeks such relief, the party, person or entity subject to the provisions of

this Protective Order, and against whom such relief is sought, shall not employ as a defense thereto the claim that DESCO possesses an adequate remedy at law. By the signatures of counsel below, as duly authorized agents of the respective Parties, the Parties are bound by this Order under the principles of contract, even in the absence of a signature by the Court to this Protective Order.

17. The Parties and any other person or entity subject to the terms of this Order agree that this Court shall retain jurisdiction over it for the purpose of enforcing this Protective Order

[*Signature Page to Follow*]

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this Protective Order is granted and shall survive the conclusion of the above-captioned bankruptcy cases.

AGREED TO:

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Harry Hochman
Richard M. Pachulski (SBN 90073)
Dean A. Ziehl (SBN 84529)
Harry D. Hochman (SBN 132515)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4100
Tel: (310) 277-6910
Fax: (310) 201-0760

WEIL, GOTSHAL & MANGES LLP
Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

Attorneys for Lehman Commercial Paper Inc., Lehman ALI, Inc., Northlake Holdings LLC, and OVC Holdings LLC

KATTEN MUCHIN ROSENMAN LLP

By: /s/ Joshua D. Wayser
Joshua D. Wayser (SBN 152711)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel: (310) 788-4400
Fax: (310) 788-4471

John P. Sieger (*pro hac vice* admission pending)
Paige E. Barr (*pro hac vice* admission pending)
525 W. Monroe St., Suite 1900
Chicago, IL 60661
Tel: (312) 902-5200
Fax: (312) 902-1061

Attorneys for D. E. Shaw & Co., L.P.

###

DATED: September 22, 2009

*Erithe A. Smith*
United States Bankruptcy Judge

| In re: | | CHAPTER: 11 |
|---|---|---|
| Palmdale Hills Property, LLC and its Related Debtors | | |
| | Debtor(s). | CASE NUMBER: 08-17206-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

525 W. Monroe St., Suite 1900
Chicago, IL 60661

A true and correct copy of the foregoing document described as **Stipulated Protective Order Governing the Production and Exchange of Confidential Material Between D. E. Shaw & Co., L.P. and the Lehman Entities** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 16, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY [Overnight Mail satisfies *all* service conditions]
The Honorable Erithe A. Smith
United States Bankruptcy Court – Central District of California
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 16, 2009 | Joshua A. Gad-Harf | /s/ Joshua A. Gad-Harf |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re:<br>Palmdale Hills Property, LLC and its Related Debtors | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 08-17206-ES |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **STIPULATED PROTECTIVE ORDER GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL MATERIAL BETWEEN D. E. SHAW & CO., L.P. AND THE LEHMAN ENTITIES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>September 16, 2009</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

<u>Debtor</u>
Palmdale Hills Property, LLC
2392 Morse Avenue
Irvine, CA 92614

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: Palmdale Hills Property, LLC and its Related Debtors | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 08-17206-ES |

**ADDITIONAL SERVICE INFORMATION** (if needed):

## I. SERVED BY NEF

**8:08-bk-17206-ES Notice will be electronically mailed to:**

| | |
|---|---|
| Joseph M Adams | jadams@sycr.com |
| Raymond H Aver | ray@averlaw.com |
| James C Bastian, Jr. | jbastian@shbllp.com |
| John A Boyd | fednotice@tclaw.net |
| Brendt C Butler | bbutler@rutan.com |
| Dan E Chambers | dchambers2jmbm.com |
| Shirley Cho | scho@pszjlaw.com |
| Vonn Christenson | vrc@paynefears.com |
| Vincent M Coscino | emurdoch@allenmatkins.com |
| Paul J Couchot | pcouchot@winthropcouchot.com |
| Jonathan S Dabbieri | dabbieri@shlaw.com |
| Ana Damonte | ana.damonte@pillsburylaw.com |
| Melissa Davis | mdavis@shbllp.com |
| Daniel Denny | ddenny@gibsondunn.com |
| Caroline Djang | crd@jmbm.com |
| Donald T Dunning | ddunning@dunninglaw.com |
| Joseph A Eisenberg | jae@jmbm.com |
| Lei Lei Wang Ekvall | lekvall@wgllp.com |
| Richard W Esterkin | resterkin@morganlewis.com |
| Lisa Hill Fenning | lisa_fenning@aporter.com, courtalert@dl.com |
| Marc C Forsythe | kmurphy@goeforlaw.com |
| Alan J Friedman | afriedman@irell.com |
| Robert P Goe | kmurphy@goeforlaw.com |
| Eric D Goldberg | egoldberg@stutman.com |
| Kelly C Griffith | bkemail@harrisbeach.com |
| Asa S Hami | ahami@morganlewis.com |
| Michael J Hauser | michael.hauser@usdoj.gov |
| D Edward Hays | ehays@marshackhays.com |
| Michael C Heinrichs | mheinrichs@omm.com |
| Harry D. Hochman | hhochman@pszjlaw.com |
| Michelle Hribar | mhribar@rutan.com |
| Lawrence A Jacobson | laj@cohenandjacobson.com |
| Stephen M Judson | sjudson@fablaw.com |
| David I Katzen | katzen@ksfirm.com |
| Christopher W Keegan | ckeegan@kirkland.com, emilee@kirkland.com, alevin@kirkland.com |
| Irene L Kiet | ikiet@hkclaw.com |
| Mark J Krone | mk@amclaw.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| | | | |
|---|---|---|---|
| In re: Palmdale Hills Property, LLC and its Related Debtors | | CHAPTER: 11 | |
| | Debtor(s). | CASE NUMBER: | 08-17206-ES |

| | |
|---|---|
| Leib M Lerner | leib.lerner@alston.com |
| Peter W Lianides | pj@winthropcouchot.com |
| Charles Liu | cliu@winthropcouchot.com |
| Kerri A Lyman | klyman@irell.com |
| Miriam S Marshall | mmarshall@marshallramoslaw.com |
| Robert C Martinez | rmartinez@mclex.com |
| Hutchison B Meltzer | hmeltzer@wgllp.com |
| Joel S Miliband | jmiliband@rusmiliband.com |
| James M Miller | jmiller@millerbarondess.com |
| Louis R Miller | smiller@millerbarondess.com |
| Mike D Neue | mneue@thelobelfirm.com |
| Robert Nida | Rnida@castlelawoffice.com |
| Sean A Okeefe | sokeefe@okeefelc.com |
| Robert B Orgel | rorgel@pszjlaw.com |
| Penelope Parmes | pparmes@rutan.com |
| Ronald B Pierce | ronald.pierce@sdma.com |
| Raymond A Policar | hausermouzes@sbcglobal.net |
| Cassandra J Richey | cmartin@pprlaw.net |
| Debra Riley | driley@allenmatkins.com |
| Martha E Romero | romero@mromerolawfirm.com |
| William D Schuster | bills@allieschuster.org |
| Steven M Speier | sspeier@squarmilner.com, ca85@ecfcbis.com |
| Michael St James | ecf@stjames-law.com |
| Todd L Turoci | tturoci@aol.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Jason Wallach | jwallach@gladstonemichel.com |
| Joshua D Wayser | joshua.wayser@kattenlaw.com |
| Christopher T Williams | ctwilliams@venable.com |
| Marc J Winthrop | pj@winthropcouchot.com |
| David M Wiseblood | dwiseblood@seyfarth.com |
| Arnold H Wuhrman | wuhrman@serenitylls.com |
| Dean A Ziehl | dziehl@pszjlaw.com |

## III. SERVED BY U.S. MAIL

**8:08-bk-17206-ES Notice will not be electronically mailed to:**

Tab L K Artis
301 N Lake Avenue, 7th Fl
Pasadena, CA 91101

Shaaron A Bangs
Crawford & Bangs
1290 E. Center Ct. Drive
Covina, CA 91724

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re:<br>Palmdale Hills Property, LLC and its Related Debtors | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 08-17206-ES |

William G Bissell  
110 Newport Ctr. Dr., Ste. 200  
Newport Beach, CA 92660

John W Busby  
251 Lafayette Circle, Ste. 350  
Lafayette, CA 94549

Wayne W Call  
Call, Jensen & Ferrell  
610 Newport Ctr. Dr., Ste. 700  
Newport Beach, CA 92660

Brent S Clemmer  
Slovak Baron & Empey LLP  
1800 E. Tahquitz Cyn Wy  
Palm Springs, CA 92262

Adrianna M Corrado  
Lanak & Hanna  
400 N. Tustin Avenue, Ste. 120  
Santa Ana, CA 92705-3815

Donald B. Devirian  
Devirian & Shinmoto  
11400 W. Olympic Blvd., Ste. 200  
Los Angeles, CA 90064

Steven M Garber  
1901 Avenue of the Starts, #1100  
Los Angeles, CA 90067

Stanley Haren  
Gill & Baldwin  
130 N. Baldwin Blvd., #405  
Glendale, CA 91203

William R. Hart  
Hart King & Coldren  
200 Sandpointe Fourth Floor  
Santa Ana, CA 92707

Jonathan M. Hoff  
Cadwalader, Wickersham & Taft LLP  
One World Financial Center  
New York, NY 10281

Andrew C. Kienle  
200 Sandpointe, 4th Floor  
Santa Ana, CA 92707

Vivian Le  
Gary R King & Associates  
30950 Rancho Viejo Rd., Ste. 155  
San Juan Capistrano, CA 92675

Michael D. May  
250 W. First Street, Ste. 256  
Claremont, CA 91711

Mark E. McKane  
Kirkland & Ellis LLP  
555 California Street  
San Francisco, CA 94104

Louis R. Miller  
1999 Avenue of the Star, Ste. 1000  
Los Angeles, CA 90067

Richard Pachulski  
Pachulski Stang Ziehl & Jones LLP  
10100 Santa Monica Bl, Ste. 1100  
Los Angeles, CA 90067-4003

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC and its Related Debtors<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 08-17206-ES |

Martin Pritikin
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

Raymond D. Scott
1835 W. Orangewood Avenue, Ste. 255
Orange, CA 92868

Kimberly A. Soyer
251 Lafayette Cir., Ste. 350
Lafayette, CA 94549

Steven M. Speier
4100 Newport Place, 3rd Floor
Newport Beach, CA 92660

Joseph L Strohman
Ferguson Case Orr Paterson LLP
1050 S. Kimball Rd.
Ventura, CA 93004

Theresa Crawford Tate
Crawford & Bangs LLP
1290 E. Center Center Drive
Covina, CA 91724

Robert S Throckmorton
Throckmorton, Beckstrom & Tomassian, LLP
2 Corporate Park, Ste. 210
Irvine, CA 92606-5115

Weiland Golden Smiley Wang Ekvall & Strok, LLP
650 Town Center Drive, Ste. 950
Costa Mesa, CA 92626

Douglas F Welebir
Welebir Tierney & Weck
2068 Orange Tree Ln Ste 215
Redlands, CA 92374

## III. SERVED BY E-MAIL

| | |
|---|---|
| William Lobel | wlobel@thelobelfirm.com |
| Louis Miller | smiller@millerbarondess.com |
| Steven M. Speier | sspeier@squarmilner.com (Chapter 11 Trustee, c/o Squar Milner) |
| Edward Soto | edward.soto@weil.com |
| Carrolynn H.G. Callari | ccallari@venable.com |
| Timothy J. Gorry | tgorry@venable.com |
| Wayne Abb, Esq. | wavneabb@gmail.com |
| Atty for P. Volkerts | c.martin@pprlaw.net |
| Atty for Bond Safeguard & Lexon | mea@amclaw.com |
| Palmdale Hills Property, LLC and its related entities | bcook@suncal.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9021-1.1**