Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Commercial Paper Inc., Lehman ALI, Inc.,
Northlake Holdings LLC and OVC Holdings LLC

**FILED & ENTERED**

**SEP 28 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** daniels **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>Jointly Administered Debtors and<br>Debtors-In-Possession. | Case No.: 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES |
| Affects:<br>☐ All Debtors<br>☒ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☒ SunCal Emerald Meadows, LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC<br>☒ North Orange Del Rio Land, LLC<br>☒ Tesoro SF, LLC<br>☒ LB-L-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LB-L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance, LLC<br>☒ SunCal Oak Knoll, LLC | Chapter 11<br><br>**ORDER APPROVING STIPULATION EXTENDING RESPONSE AND REPLY DEADLINES RE: VOLUNTARY DEBTORS' AND TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER (1) AUTHORIZING SURCHARGE UNDER 11 U.S.C. § 506(c), OR, IN THE ALTERNATIVE, USE OF CASH COLLATERAL, AND (2) COMPELLING RELEASE AND TURNOVER OF UNDRAWN PLEDGED ACCOUNTS**<br><br>**Hearing:**<br>Date: September 22, 2009<br>Time: 10:00 AM<br>Place: Courtroom 5A |

52063-001\DOCS_NY:18777.1

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |
|---|---|

    IT IS HEREBY ORDERED that the Stipulation Extending Response and Reply Deadlines Re: Voluntary Debtors' And Trustee's Notice Of Motion And Motion For Order (1) Authorizing Surcharge Under 11 U.S.C. § 506(c), Or, In The Alternative, Use Of Cash Collateral, And (2) Compelling Release And Turnover Of Undrawn Pledged Accounts entered into between Palmdale Hills Property, LLC, SunCal Emerald Meadows, LLC, SunCal Bickford Ranch, LLC, Acton Estates, LLC, North Orange Del Rio Land, LLC, Tesoro SF LLC, and the Chapter 11 Trustee for LBL-SunCal Oak Valley, LLC, SunCal Heartland, LLC, LBL-SunCal Northlake, LLC, SunCal Marblehead, LLC, SunCal PSV, LLC, Delta Coves Venture, LLC, SunCal Torrance, LLC, and SunCal Oak Knoll, LLC, (the "Debtor Movants"), on the one hand, and Lehman ALI, Inc. ("Lehman ALI"), on the other hand, is granted.

    IT IS FURTHER ORDERED that the deadline for Lehman ALI to file a response to the Voluntary Debtors' And Trustee's Notice Of Motion And Motion For Order (1) Authorizing Surcharge Under 11 U.S.C. § 506(c), Or, In The Alternative, Use Of Cash Collateral, And (2) Compelling Release And Turnover Of Undrawn Pledged Accounts (the "Motion") is extended from September 8, 2009 to September 10, 2009.

    IT IS FURTHER ORDERED that the deadline for the Debtor Movants to file a reply to any response to the Motion filed by Lehman ALI is hereby extended from September 15, 2009 to September 17, 2009.

**###**

DATED: September 28, 2009

_Erithe A. Smith_
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009      F 9013-3.1

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **[PROPOSED] ORDER APPROVING STIPULATION EXTENDING RESPONSE AND REPLY DEADLINES RE: VOLUNTARY DEBTORS' AND TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER (1) AUTHORIZING SURCHARGE UNDER 11 U.S.C. § 506(c), OR, IN THE ALTERNATIVE, USE OF CASH COLLATERAL, AND (2) COMPELLING RELEASE AND TURNOVER OF UNDRAWN PLEDGED ACCOUNTS** will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ___September 28, 2009___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

JUDGE'S COPY [Overnight Mail satisfies *all* service conditions]
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___September 28, 2009___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

Paul Couchot - pcouchot@winthropcouchot.com
William Lobel - wlobel@thelobelfirm.com
Louis Miller - smiller@millerbarondess.com
Martin Pritikin – mpritikin@millerbarondess.com
Steven N. Speier - sspeier@squarmilner.com
Edward Soto - Edward.soto@weil.com

Carrolynn H. G. Callari - ccallari@venable.com
Timothy J. Gorry - tgorry@venable.com
Wayne Abb, Esq. - wayneabb@gmail.com
John Sieger - john.sieger@kattenlaw.com
Atty for P. Volkerts - c.martin@pprlaw.net
Atty for Bond Safeguard & Lexon - mea@amclaw.com
Palmdale Hills Property, LLC - bcook@suncal.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 4, 2009 | Melisa DesJardien | /s/ Melisa DesJardien |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CASE NUMBER 08-17206-ES |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION EXTENDING RESPONSE AND REPLY DEADLINES RE: VOLUNTARY DEBTORS' AND TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER (1) AUTHORIZING SURCHARGE UNDER 11 U.S.C. § 506(c), OR, IN THE ALTERNATIVE, USE OF CASH COLLATERAL, AND (2) COMPELLING RELEASE AND TURNOVER OF UNDRAWN PLEDGED ACCOUNTS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 9, 2009, the following person(s) are currently on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

| In re: PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CHAPTER 11 CASE NUMBER 08-17206-ES |
|---|---|

**I. SERVED BY NEFI. SERVED BY NEF**

## 8:08-bk-17206-ES Notice will be electronically mailed to:

Joseph M Adams for Defendant The City of San Juan Capistrano
jadams@sycr.com

Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com

James C Bastian for Creditor ARB, Inc.
jbastian@shbllp.com

John A Boyd for Interested Party Oliphant Golf Inc
fednotice@tclaw.net

Brendt C Butler for Creditor EMR Residential Properties LLC
BButler@rutan.com

Dan E Chambers for Creditor EMR Residential Properties LLC
dchambers@jmbm.com

Shirley Cho for Creditor Lehman ALI, Inc.
scho@pszjlaw.com

Vonn Christenson for Interested Party Courtesy NEF
vrc@paynefears.com

Vincent M Coscino for Petitioning Creditor CST Environmental Inc
emurdoch@allenmatkins.com

Paul J Couchot for Debtor ACTON ESTATES, LLC
pcouchot@winthropcouchot.com, pj@winthropcouchot.com

Jonathan S Dabbieri for Interested Party Courtesy NEF
dabbieri@shlaw.com

Ana Damonte for Creditor Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

Melissa Davis for Creditor City of Orange
mdavis@shbllp.com

Daniel Denny for Interested Party Courtesy NEF
ddenny@gibsondunn.com

Caroline Djang for Creditor Lehman ALI, Inc.
crd@jmbm.com

Donald T Dunning for Creditor Hertz Equipment Rental Corporation
ddunning@dunningLaw.com

Joseph A Eisenberg for Creditor Lehman ALI, Inc.
jae@jmbm.com

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | |
| Debtor(s). | CASE NUMBER 08-17206-ES |

Lei Lei Wang Ekvall for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
lekvall@wgllp.com

Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

Lisa Hill Fenning for Defendant Fenway Capital, LLC
Lisa_Fenning@aporter.com, courtalert@dl.com

Marc C Forsythe for Attorney Robert Goe
kmurphy@goeforlaw.com

Alan J Friedman for Attorney Irell & Manella LLP
afriedman@irell.com

Robert P Goe for Attorney Robert Goe
kmurphy@goeforlaw.com

Eric D Goldberg for Interested Party Courtesy NEF
egoldberg@stutman.com

Kelly C Griffith for Interested Party Courtesy NEF
bkemail@harrisbeach.com

Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

D Edward Hays for Creditor Philip Dowse
ehays@marshackhays.com

Michael C Heinrichs for Interested Party Courtesy NEF
mheinrichs@omm.com

Michelle Hribar for Plaintiff EMR Residential Properties LLC
mhribar@rutan.com

Lawrence A Jacobson for Creditor BKF Engineers
laj@cohenandjacobson.com

Stephen M Judson for Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com

David I Katzen for Interested Party Bethel Island Municipal Improvement District
katzen@ksfirm.com

Christopher W Keegan for Creditor SC Master Holdings II LLC
ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com

Irene L Kiet for Creditor BNB Engineering, Inc.
ikiet@hkclaw.com

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | |
| Debtor(s). | CASE NUMBER 08-17206-ES |

Mark J Krone for Creditor Bond Safeguard Insurance Co
mk@amclaw.com

Leib M Lerner for Creditor Steiny and Company, Inc.
leib.lerner@alston.com

Peter W Lianides for Debtor Palmdale Hills Property, LLC
pj@winthropcouchot.com

Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com

Kerri A Lyman for Attorney Irell & Manella LLP
klyman@irell.com

Mariam S Marshall for Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

Robert C Martinez for Creditor TC Construction Company, Inc
rmartinez@mclex.com

Hutchison B Meltzer for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
hmeltzer@wgllp.com

Joel S. Miliband for Creditor RBF CONSULTING
jmiliband@rusmiliband.com

James M Miller for Debtor Palmdale Hills Property, LLC
jmiller@millerbarondess.com

Louis R Miller for Plaintiff Palmdale Hills Property, LLC
smiller@millerbarondess.com

Mike D Neue for Trustee Steven Speier
mneue@thelobelfirm.com, csolorzano@thelobelfirm.com

Robert Nida for Creditor Kirk Negrete, Inc
Rnida@castlelawoffice.com

Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

Penelope Parmes for Creditor EMR Residential Properties LLC
pparmes@rutan.com

Ronald B Pierce for Creditor Griffith Company
ronald.pierce@sdma.com

Raymond A Policar for Creditor Williams+Paddon Architects+Planners, Inc.
hausermouzes@sbcglobal.net

Cassandra J Richey for Creditor Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |
|---|---|

Debra Riley for Interested Party City of Palmdale
driley@allenmatkins.com

Martha E Romero for Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

William D Schuster for Creditor HD Supply Construction Supply LTD
bills@allieschuster.org

Steven M Speier for Trustee Steven Speier
Sspeier@Squarmilner.com, ca85@ecfcbis.com

Michael St James for Creditor MBH Architects, Inc.
ecf@stjames-law.com

Todd L Turoci for Creditor Philip Dowse
tturoci@aol.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Jason Wallach for Interested Party Courtesy NEF
jwallach@gladstonemichel.com

Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
joshua.wayser@kattenlaw.com

Christopher T Williams for Creditor Danske Bank A/S London Branch
ctwilliams@venable.com, jcontreras@venable.com

Marc J Winthrop for Debtor Palmdale Hills Property, LLC
pj@winthropcouchot.com

David M Wiseblood for Creditor Bethel Island Municipal Improvement District
dwiseblood@seyfarth.com

Arnold H Wuhrman for Creditor Wayne Lee
Wuhrman@serenitylls.com

Dean A Ziehl for Creditor Lehman ALI, Inc.
dziehl@pszjlaw.com

**III. SERVED BY U.S. MAIL**

**8:08-bk-17206-ES Notice will not be electronically mailed to:**

Tab L K Artis
301 N Lake Ave 7th Fl
Pasadena, CA 91101

Sharon A Bangs / Theresa Crawford Tate
Crawford & Bangs
1290 E Center Ct Dr
Covina, CA 91724

| | |
|---|---|
| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |

William G Bissell
110 Newport Ctr Dr Ste 200
Newport Beach, CA 92660

John W Busby
251 Lafayette Circle Ste 350
Lafayette, CA 94549

Wayne W Call
Call, Jensen & Ferrell
610 Newport Ctr Dr Ste 700
Newport Beach, CA 92660

Brent S Clemmer
Slovak Baron & Empey LLP
1800 E Tahquitz Cyn Wy
Palm Springs, CA 92262

Adrianna Corrado
Lanak & Hanna
400 N Tustin Ave Ste 120
Santa Ana, CA 92705-3815

Donald B Devirian
Devirian & Shinmoto
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064

Steven M Garber
1901 Ave Of The Stars #1100
Los Angeles, CA 90067

Stanley Haren
Gill & Baldwin
130 N Baldwin Blvd #405
Glendale, CA 91203

William R Hart / Andrew C Kienle
Hart King & Coldren
200 Sandpointe Fourth Fl
Santa Ana, CA 92707

Jonathan M Hoff
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Vivian Le
Gary R King & Associates
30950 Rancho Viejo Rd Ste 155
San Juan Capistrano, CA 92675

Michael D. May
250 W First St, Ste 256
Claremont, CA 91711

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | |
| Debtor(s). | CASE NUMBER 08-17206-ES |

Mark E McKane
Kirkland & Ellis LLP
555 California St
San Francisco, CA 94104

Raymond D Scott
1835 W Orangewood Ave Ste 255
Orange, CA 92868

Kimberly A Soyer
251 Lafayette Cir, Ste 350
Lafayette, CA 94549

Joseph L Strohman
Ferguson Case Orr Paterson LLP
1050 S Kimball Rd
Ventura, CA 93004

Robert S Throckmorton
Throckmorton, Beckstrom & Tomassian, LLP
2 Corporate Park, Ste 210
Irvine, CA 92606-5115

Weiland Golden Smiley Wang Ekvall & Strok, LLP
650 Town Center Dr Ste 950
Costa Mesa, CA 92626

Douglas F Welebir
Welebir Tierney & Weck
2068 Orange Tree Ln Ste 215
Redlands, CA 92374