Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Counsel for Lehman Commercial Paper Inc., Lehman ALI, Inc.,
Northlake Holdings LLC and OVC Holdings LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>Jointly Administered Debtors and<br>Debtors-In-Possession.<br><br>Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☐ LB-L-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LB-L-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☐ SunCal Oak Knoll, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**PRELIMINARY RESPONSE TO VOLUNTARY DEBTORS' OPPOSITION TO EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON JOINT MOTION OF LEHMAN LENDERS AND CHAPTER 11 TRUSTEE FOR ORDER APPROVING STIPULATION AND AUTHORIZING USE OF CASH COLLATERAL, AND (2) EX PARTE MOTION FOR CONTINUANCE OF MOTION FOR SUBSTANTIVE CONSOLIDATION**<br><br>**Hearing:**<br>Date: [None Required]<br>Place: Courtroom 5A |

52063-001\DOCS_LA:208617.1

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

Lehman ALI, Inc. ("Lehman ALI"), Northlake Holdings LLC, and OVC Holdings LLC (collectively, the "Lehman Entities"), respond as follows to the Voluntary Debtors opposition to two ex parte applications: (1) to shorten time by **one day** on the *Joint Motion of the Lehman Lenders and Chapter 11 Trustee For Order Approving Stipulation and Authorizing Use of Cash Collateral* (the "Joint Motion"), and (2) to set a status conference on the Voluntary Debtors' motion for substantive consolidation, in order to set a discovery schedule for that contested matter.

1. At the September 22, 2009 hearing, the Court urged the parties to stipulate to a timetable with respect to the motion for substantive consolidation. The Lehman Entities attempted to do so, without success. Accordingly, they brought an ex parte motion seeking to have an initial status conference, so that a discovery schedule could be established by the Court.

2. The Lehman Entities reached an agreement with the Trustee regarding the use of cash collateral, and filed a motion to approve the agreement as quickly as possible. An ex parte application was filed to shorten by one day the amount of notice required for the motion, and offering to extend the Voluntary Debtor's reply deadline by three days (reducing the Lehman Entities' time, with no imposition on the Court's time to consider the papers).

3. Instead of cooperation, the Voluntary Debtors responded with an opposition to both motions that is rife with misrepresentations, to which the Lehman Entities are compelled to respond in order to set the record straight. While the Lehman Entities are compelled to respond more fully at a later date, the following are among the misstatements demanding correction:

  (a) The Voluntary Debtors argue that substantive consolidation should be summarily decided, without need of a status conference or discovery, because the Lehman Entities are playing "gotcha" in that they have themselves agreed to substantive consolidation when it suits their own purposes. That is untrue. The Lehman Entities have agreed to "substantive consolidation **for distribution purposes only in the event of adverse judgment(s) on the equitable subordination claims** obtained by one or more of the Debtors' estates against the Lehman Entities." Joint Motion of Lehman Lenders and Chapter

11 Trustee for Order Approving Stipulation and Authorizing Use of Cash Collateral, at p. 7 (emphasis added). [Docket No. 631]

    (b)    The Voluntary Debtors' opposition to the one day reduction of notice says nothing about any prejudice whatsoever to them, but presents fallacious arguments on the merits of the Joint Motion to approve the stipulation with the Trustee. In particular, it repeatedly misstates that the agreement to use of cash collateral is discriminatory, when the only restriction is that the cash cannot be used to litigate against Lehman.

    (c)    The Voluntary Debtors represent that the Lehman Entities have no cash collateral because the Court has already ruled that the Lehman Entities do not hold the loans. That is incorrect. The Court has not so ruled. Furthermore, it is undisputed that: (a) the Lehman Entities hold a secured revolver; and (b) there is no dispute that the Lehman Entities have been acting since at least June as the agent of Fenway Capital. Contrary to the Voluntary Debtors' dreams, the cash is not free and clear. The liens have not been discharged. After all, it is <u>somebody's</u> cash collateral, and it is undisputed that Lehman is currently the agent for itself and Fenway Capital.

    (d)    The Voluntary Debtors represent that the Trustee's proposed sale to D.E. Shaw would eliminate $170 million in bond claims. That proposed sale is being withdrawn by the Trustee, but in any event the assertions of the Voluntary Debtors are false and inconsistent with the Trustee's declaration.

The Lehman Entities respectfully request that the ex parte applications be granted.

| | | |
|---|---|---|
| 1 | Dated:   September 29, 2009 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Harry D. Hockman*
Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4100
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760

-and-

WEIL, GOTSHAL & MANGES LLP
Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY  10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Counsel for Lehman Commercial Paper Inc.,
Lehman ALI, Inc., Northlake Holdings, LLC and
OVC Holdings, LLC

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | |
| Debtor(s). | CASE NUMBER 08-17206-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as ***PRELIMINARY RESPONSE TO VOLUNTARY DEBTORS' OPPOSITION TO EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON JOINT MOTION OF LEHMAN LENDERS AND CHAPTER 11 TRUSTEE FOR ORDER APPROVING STIPULATION AND AUTHORIZING USE OF CASH COLLATERAL, AND (2) EX PARTE MOTION FOR CONTINUANCE OF MOTION FOR SUBSTANTIVE CONSOLIDATION*** will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 29, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 29, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

JUDGE'S COPY [Federal Express]

The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 29, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 29, 2009 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                          **F 9013-3.1**

| In re: | | |
|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | | CHAPTER 11 |
| | Debtor(s). | CASE NUMBER 08-17206-ES |

## I. SERVED BY NEF

## 8:08-bk-17206-ES Notice will be electronically mailed to:

(1)  Joseph M Adams for Defendant The City of San Juan Capistrano
     jadams@sycr.com

(2)  Raymond H Aver for Debtor Palmdale Hills Property, LLC
     ray@averlaw.com

(3)  James C Bastian for Creditor ARB, Inc.
     jbastian@shbllp.com

(4)  John A Boyd for Interested Party Oliphant Golf Inc
     fednotice@tclaw.net

(5)  Brendt C Butler for Creditor EMR Residential Properties LLC
     BButler@rutan.com

(6)  Dan E Chambers for Creditor EMR Residential Properties LLC
     dchambers@jmbm.com

(7)  Shirley Cho for Creditor Lehman ALI, Inc.
     scho@pszjlaw.com

(8)  Vonn Christenson for Interested Party Courtesy NEF
     vrc@paynefears.com

(9)  Vincent M Coscino for Petitioning Creditor CST Environmental Inc
     emurdoch@allenmatkins.com

(10) Paul J Couchot for Debtor ACTON ESTATES, LLC
     pcouchot@winthropcouchot.com, pj@winthropcouchot.com

(11) Jonathan S Dabbieri for Interested Party Courtesy NEF
     dabbieri@shlaw.com

(12) Ana Damonte for Creditor Top Grade Construction, Inc.
     ana.damonte@pillsburylaw.com

(13) Melissa Davis for Creditor City of Orange
     mdavis@shbllp.com

(14) Daniel Denny for Interested Party Courtesy NEF
     ddenny@gibsondunn.com

(15) Caroline Djang for Creditor Lehman ALI, Inc.
     crd@jmbm.com

(16) Donald T Dunning for Creditor Hertz Equipment Rental Corporation
     ddunning@dunningLaw.com

(17) Joseph A Eisenberg for Creditor Lehman ALI, Inc.
     jae@jmbm.com

(18) Lei Lei Wang Ekvall for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
     lekvall@wgllp.com

(19) Richard W Esterkin for Debtor Palmdale Hills Property, LLC
     resterkin@morganlewis.com

(20) Lisa Hill Fenning for Defendant Fenway Capital, LLC
     Lisa_Fenning@aporter.com, courtalert@dl.com

(21) Marc C Forsythe for Attorney Robert Goe
     kmurphy@goeforlaw.com

(22) Alan J Friedman for Attorney Irell & Manella LLP
     afriedman@irell.com

(23) Robert P Goe for Attorney Robert Goe
     kmurphy@goeforlaw.com

(24) Eric D Goldberg for Interested Party Courtesy NEF
     egoldberg@stutman.com

(25) Kelly C Griffith for Interested Party Courtesy NEF
     bkemail@harrisbeach.com

(26) Asa S Hami for Debtor Palmdale Hills Property, LLC
     ahami@morganlewis.com

(27) Michael J Hauser for U.S. Trustee United States Trustee (SA)
     michael.hauser@usdoj.gov

(28) D Edward Hays for Creditor Philip Dowse
     ehays@marshackhays.com

(29) Michael C Heinrichs for Interested Party Courtesy NEF
     mheinrichs@omm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                         **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | |
| Debtor(s). | CASE NUMBER 08-17206-ES |

(30) Harry D. Hochman for Creditor Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com

(31) Michelle Hribar for Plaintiff EMR Residential Properties LLC
mhribar@rutan.com

(32) Lawrence A Jacobson for Creditor BKF Engineers
laj@cohenandjacobson.com

(33) Stephen M Judson for Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com

(34) David I Katzen for Interested Party Bethel Island Municipal Improvement District
katzen@ksfirm.com

(35) Christopher W Keegan for Creditor SC Master Holdings II LLC
ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com

(36) Irene L Kiet for Creditor BNB Engineering, Inc.
ikiet@hkclaw.com

(37) Mark J Krone for Creditor Bond Safeguard Insurance Co
mk@amclaw.com

(38) Leib M Lerner for Creditor Steiny and Company, Inc.
leib.lerner@alston.com

(39) Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com

(40) Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com

(41) Kerri A Lyman for Attorney Irell & Manella LLP
klyman@irell.com

(42) Mariam S Marshall for Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

(43) Robert C Martinez for Creditor TC Construction Company, Inc
rmartinez@mclex.com

(44) Hutchison B Meltzer for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
hmeltzer@wgllp.com

(45) Joel S. Miliband for Creditor RBF CONSULTING
jmiliband@rusmiliband.com

(46) James M Miller for Debtor Palmdale Hills Property, LLC
jmiller@millerbarondess.com

(47) Louis R Miller for Plaintiff Palmdale Hills Property, LLC
smiller@millerbarondess.com

(48) Mike D Neue for Trustee Steven Speier
mneue@thelobelfirm.com, csolorzano@thelobelfirm.com

(49) Robert Nida for Creditor Kirk Negrete, Inc
Rnida@castlelawoffice.com

(50) Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

(51) Robert B Orgel for Creditor Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com

(52) Penelope Parmes for Creditor EMR Residential Properties LLC
pparmes@rutan.com

(53) Ronald B Pierce for Creditor Griffith Company
ronald.pierce@sdma.com

(54) Raymond A Policar for Creditor Williams+Paddon Architects+Planners, Inc.
hausermouzes@sbcglobal.net

(55) Cassandra J Richey for Creditor Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net

(56) Debra Riley for Interested Party City of Palmdale
driley@allenmatkins.com

(57) Martha E Romero for Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

(58) William D Schuster for Creditor HD Supply Construction Supply LTD
bills@allieschuster.org

(59) Steven M Speier for Trustee Steven Speier
Sspeier@Squarmilner.com, ca85@ecfcbis.com

(60) Michael St James for Creditor MBH Architects, Inc.
ecf@stjames-law.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

Case 8:08-bk-17206-ES    Doc 639    Filed 09/29/09    Entered 09/29/09 17:32:53    Desc
Main Document    Page 8 of 8

| In re: | | CHAPTER 11 |
|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | | |
| | Debtor(s). | CASE NUMBER 08-17206-ES |

(61) Todd L Turoci for Creditor Philip Dowse
　　　tturoci@aol.com

(62) United States Trustee (SA)
　　　ustpregion16.sa.ecf@usdoj.gov

(63) Jason Wallach for Interested Party Courtesy NEF
　　　jwallach@gladstonemichel.com

(64) Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
　　　joshua.wayser@kattenlaw.com

(65) Christopher T Williams for Creditor Danske Bank A/S London Branch
　　　ctwilliams@venable.com, jcontreras@venable.com

(66) Marc J Winthrop for Debtor Palmdale Hills Property, LLC
　　　pj@winthropcouchot.com

(67) David M Wiseblood for Creditor Bethel Island Municipal Improvement District
　　　dwiseblood@seyfarth.com

(68) Arnold H Wuhrman for Creditor Wayne Lee
　　　Wuhrman@serenitylls.com

(69) Dean A Ziehl for Creditor LV Pacific Point, LLC
　　　dziehl@pszjlaw.com

**II. SERVED BY U.S. MAIL**

**III. SERVED BY E-MAIL**

Paul Couchot - pcouchot@winthropcouchot.com
William Lobel - wlobel@thelobelfirm.com
Louis Miller - smiller@millerbarondess.com
Martin Pritikin – mpritikin@millerbarondess.com
Steven N. Speier (Chapter 11 Trustee, c/o Squar Nilner) - sspeier@squarmilner.com
Edward Soto - Edward.soto@weil.com
Carrolynn H. G. Callari - ccallari@venable.com
Timothy J. Gorry - tgorry@venable.com
Wayne Abb, Esq. - wayneabb@gmail.com
John Sieger - john.sieger@kattenlaw.com
Atty for P. Volkerts - c.martin@pprlaw.net
Atty for Bond Safeguard & Lexon - mea@amclaw.com
Palmdale Hills Property, LLC and its related entities - bcook@suncal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1**