```
IRELL & MANELLA LLP
Alan J. Friedman (State Bar No. 132580)
afriedman@irell.com
Kerri A. Lyman (State Bar No. 241615)
klyman@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200
```

Counsel for the Official Joint Committee of Unsecured Creditors

**FILED & ENTERED**

JAN 12 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br>**PALMDALE HILLS PROPERTY, LLC, and Its Related Debtors,**<br><br>Jointly Administered Debtors and Debtors-in-Possession.<br><br>Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC,<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale,<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF LLC<br><br>*Caption Continued on Next Page* | Case No. 8:08-bk-17206-ES<br><br>Jointly Administered With Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573 ES; 8:08-bk-17574 ES; 8:08-bk-17575 ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES<br><br>Chapter 11 cases<br><br>**ORDER GRANTING STIPULATION RESCHEDULING HEARING ON:**<br>**(A) APPROVAL OF DEBTORS' FOURTH AMENDED JOINT DISCLOSURE STATEMENT;**<br>**(B) APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN PROPOSED BY THE LEHMAN LENDERS;**<br>**(C) DEBTORS' MOTION FOR ORDER: (1) APPROVING OVERBID PROCEDURES IN CONNECTION WITH PROPOSED SALE** |

#2174875.1

| | |
|---|---|
| *Caption Continued from Previous Page*<br>☐ LBL-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LBL-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☐ SunCal Oak Knoll, LLC | **OF SUBSTANTIALLY ALL ASSETS OF THE DEBTORS' ESTATES**<br><br>**Current Hearing Date**:<br>**DATE:** January 15, 2010<br>**TIME:** 10:00 a.m.<br>**PLACE:** Courtroom 5A<br><br>**Rescheduled Hearing Date:**<br>**DATE:** February 26, 2010<br>**TIME:** 10:00 a.m.<br>**PLACE:** Courtroom 5A |

The Court having reviewed the "*Stipulation Rescheduling Hearing on (A) Approval of Debtors' Fourth Amended Joint Disclosure Statement; (B) Approval of Disclosure Statement with Respect to Joint Chapter 11 Plan Proposed by the Lehman Lenders; (C) Debtors' Motion for Order: (1) Approving Overbid Procedures in Connection with Proposed Sale of Substantially All Assets of the Debtors' Estates*" (the "<u>Stipulation</u>") filed with this Court on January 8, 2010 [Docket No. 888], and finding good cause existing therefore,

**IT IS HEREBY ORDERED** that:

1. The hearing on Debtors' Disclosure Statement and Lehman's Disclosure Statement is hereby continued for a period of approximately thirty (30) days, from January 15, 2010, to **February 26, 2010 at 10:00 a.m**.;

2. The deadline for filing objections to the Debtors' Disclosure Statement and Lehman's Disclosure Statement is hereby extended such that the same shall be served and filed with the Court no later than fourteen (14) days prior to the rescheduled hearing date;

3. The deadline for filing replies to any objections to the Debtors' Disclosure Statement and Lehman's Disclosure Statement is hereby extended such that the same shall be served and filed with the Court no later than seven (7) days prior to the rescheduled hearing date; and

4. The hearing on the Overbid Motion shall be continued from January 15, 2010 to a holding date convenient to the Court's calendar, such that the same shall be set for hearing after

1 | the conclusion of the confirmation hearing(s) in connection with any plan of reorganization or
2 | liquidation in these cases.
3 | ###

25 | DATED: January 12, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as [PROPOSED] **ORDER GRANTING STIPULATION RESCHEDULING HEARING ON: (A) APPROVAL OF DEBTORS' FOURTH AMENDED JOINT DISCLOSURE STATEMENT;(B) APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN PROPOSED BY THE LEHMAN LENDERS; (C) DEBTORS' MOTION FOR ORDER: (1) APPROVING OVERBID PROCEDURES IN CONNECTION WITH PROPOSED SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTORS' ESTATES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January     2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 8, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Chambers of Honorable Erithe A. Smith
United States Bankruptcy Court
411 W. Fourth Street
Santa Ana, CA 92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/8/2010 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVED VIA E-MAIL**

- Selia M Acevedo     sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams     jadams@sycr.com
- Raymond H Aver     ray@averlaw.com
- James C Bastian     jbastian@shbllp.com
- John A Boyd     fednotice@tclaw.net
- Mark Bradshaw     mbradshaw@shbllp.com
- Brendt C Butler     BButler@rutan.com
- Carollynn Callari     ccallari@venable.com
- Dan E Chambers     dchambers@jmbm.com
- Shirley Cho     scho@pszjlaw.com
- Vonn Christenson     vrc@paynefears.com
- Vincent M Coscino     emurdoch@allenmatkins.com
- Paul J Couchot     pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri     dabbieri@shlaw.com
- Ana Damonte     ana.damonte@pillsburylaw.com
- Melissa Davis     mdavis@shbllp.com
- Daniel Denny     ddenny@gibsondunn.com
- Caroline Djang     crd@jmbm.com
- Donald T Dunning     ddunning@dunningLaw.com
- Joseph A Eisenberg     jae@jmbm.com
- Lei Lei Wang Ekvall     lekvall@wgllp.com
- Richard W Esterkin     resterkin@morganlewis.com
- Marc C Forsythe     kmurphy@goeforlaw.com
- Alan J Friedman     afriedman@irell.com
- Christian J Gascou     cgascou@gascouhopkins.com
- Barry S Glaser     bglaser@swjlaw.com
- Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg     egoldberg@stutman.com
- Kelly C Griffith     bkemail@harrisbeach.com
- Matthew Grimshaw     mgrimshaw@rutan.com
- Asa S Hami     ahami@morganlewis.com
- Michael J Hauser     michael.hauser@usdoj.gov
- D Edward Hays     ehays@marshackhays.com
- Michael C Heinrichs     mheinrichs@omm.com
- Harry D. Hochman     hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff     jonathan.hoff@cwt.com
- Michelle Hribar     mhribar@rutan.com
- John J Immordino     john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson     laj@cohenandjacobson.com
- Stephen M Judson     sjudson@fablaw.com
- David I Katzen     katzen@ksfirm.com
- Christopher W Keegan     ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
- Irene L Kiet     ikiet@hkclaw.com

- Mark J Krone     mk@amclaw.com
- Leib M Lerner     leib.lerner@alston.com
- Peter W Lianides     plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu     cliu@winthropcouchot.com
- Kerri A Lyman     klyman@irell.com
- Mariam S Marshall     mmarshall@marshallramoslaw.com
- Robert C Martinez     rmartinez@mclex.com
- Hutchison B Meltzer     hmeltzer@wgllp.com
- Krikor J Meshefejian     kjm@lnbrb.com
- Joel S. Miliband     jmiliband@rusmiliband.com
- James M Miller     jmiller@millerbarondess.com
- Louis R Miller     smiller@millerbarondess.com
- Mike D Neue     mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Robert Nida     Rnida@castlelawoffice.com
- Henry H Oh     henry.oh@dlapiper.com, bambi.clark@dlapiper.com
- Sam S Oh     sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
- Sean A Okeefe     sokeefe@okeefelc.com
- Robert B Orgel     rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Penelope Parmes     pparmes@rutan.com
- Ronald B Pierce     ronald.pierce@sdma.com
- Katherine C Piper     kpiper@steptoe.com
- Raymond A Policar     hausermouzes@sbcglobal.net
- Cassandra J Richey     cmartin@pprlaw.net
- Debra Riley     driley@allenmatkins.com
- Martha E Romero     Romero@mromerolawfirm.com
- John E Schreiber     jschreiber@dl.com
- William D Schuster     bills@allieschuster.org
- Wendy W Smith     wendy@bindermalter.com
- Steven M Speier     Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James     ecf@stjames-law.com
- James E Till     jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh     cgunruh@sbcglobal.net
- Jason Wallach     jwallach@gladstonemichel.com
- Joshua D Wayser     joshua.wayser@kattenlaw.com
- Christopher T Williams     ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop     pj@winthropcouchot.com
- David M Wiseblood     dwiseblood@seyfarth.com
- Arnold H Wuhrman     Wuhrman@serenitylls.com
- Dean A Ziehl     dziehl@pszjlaw.com, dziehl@pszjlaw.com

Case 8:08-bk-17206-ES    Doc 898    Filed 01/12/10    Entered 01/12/10 15:08:43    Desc
Main Document    Page 7 of 9

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING STIPULATION RESCHEDULING HEARING ON: (A) APPROVAL OF DEBTORS' FOURTH AMENDED JOINT DISCLOSURE STATEMENT;(B) APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN PROPOSED BY THE LEHMAN LENDERS; (C) DEBTORS' MOTION FOR ORDER: (1) APPROVING OVERBID PROCEDURES IN CONNECTION WITH PROPOSED SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTORS' ESTATES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January ____, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Selia M Acevedo     sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams     jadams@sycr.com
- Raymond H Aver     ray@averlaw.com
- James C Bastian     jbastian@shbllp.com
- John A Boyd     fednotice@tclaw.net
- Mark Bradshaw     mbradshaw@shbllp.com
- Brendt C Butler     BButler@rutan.com
- Carollynn Callari     ccallari@venable.com
- Dan E Chambers     dchambers@jmbm.com
- Shirley Cho     scho@pszjlaw.com
- Vonn Christenson     vrc@paynefears.com
- Vincent M Coscino     emurdoch@allenmatkins.com
- Paul J Couchot     pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri     dabbieri@shlaw.com
- Ana Damonte     ana.damonte@pillsburylaw.com
- Melissa Davis     mdavis@shbllp.com
- Daniel Denny     ddenny@gibsondunn.com
- Caroline Djang     crd@jmbm.com
- Donald T Dunning     ddunning@dunningLaw.com
- Joseph A Eisenberg     jae@jmbm.com
- Lei Lei Wang Ekvall     lekvall@wgllp.com
- Richard W Esterkin     resterkin@morganlewis.com
- Marc C Forsythe     kmurphy@goeforlaw.com
- Alan J Friedman     afriedman@irell.com
- Christian J Gascou     cgascou@gascouhopkins.com
- Barry S Glaser     bglaser@swjlaw.com
- Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg     egoldberg@stutman.com
- Kelly C Griffith     bkemail@harrisbeach.com
- Matthew Grimshaw     mgrimshaw@rutan.com
- Asa S Hami     ahami@morganlewis.com
- Michael J Hauser     michael.hauser@usdoj.gov
- D Edward Hays     ehays@marshackhays.com
- Michael C Heinrichs     mheinrichs@omm.com
- Harry D. Hochman     hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff     jonathan.hoff@cwt.com
- Michelle Hribar     mhribar@rutan.com
- John J Immordino     john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson     laj@cohenandjacobson.com
- Stephen M Judson     sjudson@fablaw.com
- David I Katzen     katzen@ksfirm.com
- Christopher W Keegan     ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
- Irene L Kiet     ikiet@hkclaw.com

- Mark J Krone     mk@amclaw.com
- Leib M Lerner     leib.lerner@alston.com
- Peter W Lianides     plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu     cliu@winthropcouchot.com
- Kerri A Lyman     klyman@irell.com
- Mariam S Marshall     mmarshall@marshallramoslaw.com
- Robert C Martinez     rmartinez@mclex.com
- Hutchison B Meltzer     hmeltzer@wgllp.com
- Krikor J Meshefejian     kjm@lnbrb.com
- Joel S. Miliband     jmiliband@rusmiliband.com
- James M Miller     jmiller@millerbarondess.com
- Louis R Miller     smiller@millerbarondess.com
- Mike D Neue     mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Robert Nida     Rnida@castlelawoffice.com
- Henry H Oh     henry.oh@dlapiper.com, bambi.clark@dlapiper.com
- Sam S Oh     sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
- Sean A Okeefe     sokeefe@okeefelc.com
- Robert B Orgel     rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Penelope Parmes     pparmes@rutan.com
- Ronald B Pierce     ronald.pierce@sdma.com
- Katherine C Piper     kpiper@steptoe.com
- Raymond A Policar     hausermouzes@sbcglobal.net
- Cassandra J Richey     cmartin@pprlaw.net
- Debra Riley     driley@allenmatkins.com
- Martha E Romero     Romero@mromerolawfirm.com
- John E Schreiber     jschreiber@dl.com
- William D Schuster     bills@allieschuster.org
- Wendy W Smith     wendy@bindermalter.com
- Steven M Speier     Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James     ecf@stjames-law.com
- James E Till     jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh     cgunruh@sbcglobal.net
- Jason Wallach     jwallach@gladstonemichel.com
- Joshua D Wayser     joshua.wayser@kattenlaw.com
- Christopher T Williams     ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop     pj@winthropcouchot.com
- David M Wiseblood     dwiseblood@seyfarth.com
- Arnold H Wuhrman     Wuhrman@serenitylls.com
- Dean A Ziehl     dziehl@pszjlaw.com, dziehl@pszjlaw.com