|   |   |
|---|---|
| IRELL & MANELLA LLP<br>Alan J. Friedman (State Bar No. 132580)<br>afriedman@irell.com<br>Kerri A. Lyman (State Bar No. 241615)<br>klyman@irell.com<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324<br>Telephone:   (949) 760-0991<br>Facsimile:   (949) 760-5200<br><br>Counsel for the Official Joint Committee of Unsecured Creditors in the Voluntary Debtors' Chapter 11 Cases | **FILED & ENTERED**<br><br>FEB 24 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY daniels    DEPUTY CLERK** |

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA -

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br>**PALMDALE HILLS PROPERTY, LLC,**<br>**and Its Related Debtors,**<br><br>   Jointly Administered Debtors<br>   and Debtors-in-Possession.<br><br>Affects:<br>☒  All Debtors<br>☐  Palmdale Hills Property, LLC,<br>☐  SunCal Beaumont Heights, LLC<br>☐  SCC/Palmdale,<br>☐  SunCal Johannson Ranch, LLC<br>☐  SunCal Summit Valley, LLC<br>☐  SunCal Emerald Meadows LLC<br>☐  SunCal Bickford Ranch, LLC<br>☐  Acton Estates, LLC<br>☐  Seven Brothers LLC<br>☐  SJD Partners, Ltd.<br>☐  SJD Development Corp.<br>☐  Kirby Estates, LLC<br>☐  SunCal Communities I, LLC<br>☐  SunCal Communities III, LLC<br>☐  SCC Communities LLC<br>☐  North Orange Del Rio Land, LLC<br>☐  Tesoro SF LLC<br><br>*Caption Continued on Next Page* | Case No. 8:08-bk-17206-ES<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573 ES;<br>8:08-bk-17574 ES; 8:08-bk-17575 ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11 cases<br><br>**ORDER GRANTING STIPULATION RESCHEDULING HEARING ON APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN PROPOSED BY THE LEHMAN LENDERS**<br><br>**<u>Current Hearing Date</u>**:<br>**DATE:**     February 26, 2010<br>**TIME:**      10:00 a.m.<br>**PLACE:**    Courtroom 5A |

#2190102..1

| *Caption Continued from Previous Page* | **Rescheduled Hearing Date:** |
|---|---|
| ☐ LBL-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LBL-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☐ SunCal Oak Knoll, LLC | **DATE:** April 26, 2010<br>**TIME:** 10:00 a.m.<br>**PLACE:** Courtroom 5A<br>[ |

The Court having reviewed the "*Stipulation Rescheduling Hearing on Approval of Disclosure Statement with Respect to Joint Chapter 11 Plan Proposed by the Lehman Lenders*" (the "Stipulation") filed with this Court on February 16, 2010 [Docket No. 945] and finding good cause existing therefore,

**IT IS HEREBY ORDERED** that:

1. The hearing on Lehman's Disclosure Statement is hereby continued for a period of approximately sixty (60) days, from February 26, 2010 to April 26, 2010, at 10:00 a.m., the same date and time as the hearing on the Debtors' Disclosure Statement;

2. The deadline for filing objections to the Lehman's Disclosure Statement is hereby extended such that the same shall be served and filed with the Court no later than fourteen (14) days prior to the rescheduled hearing date; and

3. The deadline for filing replies to any objections to the Lehman's Disclosure Statement is hereby extended such that the same shall be served and filed with the Court no later than seven (7) days prior to the rescheduled hearing date.

DATED: February 24, 2010

*/s/ Erithe A. Smith*
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as [PROPOSED] **ORDER GRANTING STIPULATION RESCHEDULING HEARING ON APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN PROPOSED BY THE LEHMAN LENDERS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On February 16, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 16, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Chambers of Honorable Erithe A. Smith
United States Bankruptcy Court
411 W. Fourth Street
Santa Ana, CA 92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/16/2010 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVED VIA E-MAIL**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Brendt C Butler    BButler@rutan.com
- Carollynn Callari    ccallari@venable.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Vincent M Coscino    emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@shlaw.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com

- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Mike D Neue    mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, bambi.clark@dlapiper.com
- Sam S Oh    sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Raymond A Policar    hausermouzes@sbcglobal.net
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- Martha E Romero    Romero@mromerolawfirm.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- James E Till    jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    joshua.wayser@kattenlaw.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop    pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Arnold H Wuhrman    Wuhrman@serenitylls.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

**SERVED VIA FIRST-CLASS MAIL**

| | | |
|---|---|---|
| Richard B Andrade<br>Andrade & Associates<br>27101 Puerta Real Ste 120<br>Mission Viejo, CA 92691-8518 | Tab L K Artis<br>301 N Lake Ave 7th Fl<br>Pasadena, CA 91101 | Shaaron A Bangs<br>Crawford & Bangs<br>1290 E Center Ct Dr<br>Covina, CA 91724 |
| William Bissell<br>110 Newport Center Dr Ste 200<br>Newport Beach, CA 92660 | John W Busby<br>251 Lafayette Circle Ste 350<br>Lafayette, CA 94549 | Wayne W Call<br>Call, Jensen & Ferrell<br>610 Newport Ctr Dr Ste 700<br>Newport Beach, CA 92660 |

| | | |
|---|---|---|
| Central Pacific Bank<br>Frandzel Robins Bloom &<br>Csato, L.C.<br>6500 Wilshire Boulevard<br>17th Floor<br>Los Angeles, CA 90048-4920 | Brent S Clemmer<br>Slovak Baron & Empey LLP<br>1800 E Tahquitz Cyn Wy<br>Palm Springs, CA 92262 | Adrianna M Corrado<br>Lanak & Hanna<br>400 N Tustin Ave Ste 120<br>Santa Ana, CA 92705-3815 |
| Donald B Devirian<br>Devirian & Shinmoto<br>11400 W Olympic Blvd Ste 200<br>Los Angeles, CA 90064 | Francis T Donohue<br>Voss, Cook & Thel LLP<br>895 Dove Street Suite 450<br>Newport Beach, CA 92660 | Steven M Garber<br>Steven M Garber & Associates<br>1901 Ave Of The Stars #1100<br>Los Angeles, CA 90067 |
| Stanley Haren<br>Gill & Baldwin<br>130 N Baldwin Blvd #405<br>Glendale, CA 91203 | William R Hart<br>Hart King & Coldren<br>200 Sandpointe Fourth Fl<br>Santa Ana, CA 92707 | Andrew C Kienle<br>200 Sandpointe, 4th Fl<br>Santa Ana, CA 92707 |
| Vivian Le<br>Gary R King & Associates<br>30950 Rancho Viejo Rd Ste 155<br>San Juan Capistrano, CA 92675 | Michael D. May<br>250 W First St, Ste 256<br>Claremont, CA 91711 | Mark E McKane<br>Kirkland & Ellis LLP<br>555 California St<br>San Francisco, CA 94104 |
| Louis R Miller<br>1999 Ave of The Star Ste 1000<br>Los Angeles, CA 90067 | Gerald W Mouzis<br>The Mouzis Law Firm APC<br>13681 Newport Ave Ste 8-605<br>Tustin, CA 92680 | Richard Pachulski<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Bl Ste 1100<br>Los Angeles, CA 90067-4003 |
| Martin Pritikin<br>Miller Barondess, LLP<br>1999 Avenue of the Stars<br>Ste 1000<br>Los Angeles, CA 90067 | J Patrick Ragan<br>1881 S Business Center Dr<br>Suite 7b<br>San Bernardino, CA 92408 | SQUAR, MILNER, MIRANDA<br>& WILLIAMSON, LLP<br>4100 Newport Place, Third Floor<br>Newport Beach, CA 92660 |
| Raymond D Scott<br>1835 W Orangewood Ave<br>Ste 255<br>Orange, CA 92868 | Kimberly A Soyer<br>251 Lafayette Cir, Ste 350<br>Lafayette, CA 94549 | Steven M Speier<br>4100 Newport Place 3rd Floor<br>Newport Beach, CA 92660 |
| Joseph L Strohman<br>Ferguson Case Orr Paterson<br>1050 S Kimball Rd<br>Ventura, CA 93004 | Theresa Crawford Tate<br>Crawford & Bangs LLP<br>1290 E Center Crt Dr<br>Covina, CA 91724 | Robert S Throckmorton<br>Throckmorton, Beckstrom &<br>Tomassian, LLP<br>2 Corporate Park, Ste 210<br>Irvine, CA 92606-5115 |
| Douglas F Welebir<br>Welebir Tierney & Weck<br>2068 Orange Tree Ln Ste 215<br>Redlands, CA 92374 | | |

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING STIPULATION RESCHEDULING HEARING ON APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN PROPOSED BY THE LEHMAN LENDERS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February ____, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Brendt C Butler    BButler@rutan.com
- Carollynn Callari    ccallari@venable.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Vincent M Coscino    emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@shlaw.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com

- Robert C Martinez    rmartinez@mclex.com
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Mike D Neue    mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, bambi.clark@dlapiper.com
- Sam S Oh    sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Raymond A Policar    hausermouzes@sbcglobal.net
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- Martha E Romero    Romero@mromerolawfirm.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- James E Till    jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    joshua.wayser@kattenlaw.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop    pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Arnold H Wuhrman    Wuhrman@serenitylls.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

**TO BE SERVED BY THE LODGING PARTY**

| | | |
|---|---|---|
| Richard B Andrade<br>Andrade & Associates<br>27101 Puerta Real Ste 120<br>Mission Viejo, CA 92691-8518 | Tab L K Artis<br>301 N Lake Ave 7th Fl<br>Pasadena, CA 91101 | Shaaron A Bangs<br>Crawford & Bangs<br>1290 E Center Ct Dr<br>Covina, CA 91724 |
| William Bissell<br>110 Newport Center Dr Ste 200<br>Newport Beach, CA 92660 | John W Busby<br>251 Lafayette Circle Ste 350<br>Lafayette, CA 94549 | Wayne W Call<br>Call, Jensen & Ferrell<br>610 Newport Ctr Dr Ste 700<br>Newport Beach, CA 92660 |

| | | |
|---|---|---|
| Central Pacific Bank<br>Frandzel Robins Bloom &<br>Csato, L.C.<br>6500 Wilshire Boulevard<br>17th Floor<br>Los Angeles, CA 90048-4920 | Brent S Clemmer<br>Slovak Baron & Empey LLP<br>1800 E Tahquitz Cyn Wy<br>Palm Springs, CA 92262 | Adrianna M Corrado<br>Lanak & Hanna<br>400 N Tustin Ave Ste 120<br>Santa Ana, CA 92705-3815 |
| Donald B Devirian<br>Devirian & Shinmoto<br>11400 W Olympic Blvd Ste 200<br>Los Angeles, CA 90064 | Francis T Donohue<br>Voss, Cook & Thel LLP<br>895 Dove Street Suite 450<br>Newport Beach, CA 92660 | Steven M Garber<br>Steven M Garber & Associates<br>1901 Ave Of The Stars #1100<br>Los Angeles, CA 90067 |
| Stanley Haren<br>Gill & Baldwin<br>130 N Baldwin Blvd #405<br>Glendale, CA 91203 | William R Hart<br>Hart King & Coldren<br>200 Sandpointe Fourth Fl<br>Santa Ana, CA 92707 | Andrew C Kienle<br>200 Sandpointe, 4th Fl<br>Santa Ana, CA 92707 |
| Vivian Le<br>Gary R King & Associates<br>30950 Rancho Viejo Rd Ste 155<br>San Juan Capistrano, CA 92675 | Michael D. May<br>250 W First St, Ste 256<br>Claremont, CA 91711 | Mark E McKane<br>Kirkland & Ellis LLP<br>555 California St<br>San Francisco, CA 94104 |
| Louis R Miller<br>1999 Ave of The Star Ste 1000<br>Los Angeles, CA 90067 | Gerald W Mouzis<br>The Mouzis Law Firm APC<br>13681 Newport Ave Ste 8-605<br>Tustin, CA 92680 | Richard Pachulski<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Bl Ste 1100<br>Los Angeles, CA 90067-4003 |
| Martin Pritikin<br>Miller Barondess, LLP<br>1999 Avenue of the Stars<br>Ste 1000<br>Los Angeles, CA 90067 | J Patrick Ragan<br>1881 S Business Center Dr<br>Suite 7b<br>San Bernardino, CA 92408 | SQUAR, MILNER, MIRANDA<br>& WILLIAMSON, LLP<br>4100 Newport Place, Third Floor<br>Newport Beach, CA 92660 |
| Raymond D Scott<br>1835 W Orangewood Ave<br>Ste 255<br>Orange, CA 92868 | Kimberly A Soyer<br>251 Lafayette Cir, Ste 350<br>Lafayette, CA 94549 | Steven M Speier<br>4100 Newport Place 3rd Floor<br>Newport Beach, CA 92660 |
| Joseph L Strohman<br>Ferguson Case Orr Paterson<br>1050 S Kimball Rd<br>Ventura, CA 93004 | Theresa Crawford Tate<br>Crawford & Bangs LLP<br>1290 E Center Crt Dr<br>Covina, CA 91724 | Robert S Throckmorton<br>Throckmorton, Beckstrom &<br>Tomassian, LLP<br>2 Corporate Park, Ste 210<br>Irvine, CA 92606-5115 |
| Douglas F Welebir<br>Welebir Tierney & Weck<br>2068 Orange Tree Ln Ste 215<br>Redlands, CA 92374 | | |