William N. Lobel (State Bar No. 93202)
wlobel@thelobelfirm.com
Mike D. Neue (State Bar No. 179303)
mneue@thelobelfirm.com
James E. Till (State Bar No. 200464)
jtill@thelobelfirm.com
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, CA 92660
Telephone: (949) 999-2860
Facsimile: (949) 999-2870
www.thelobelfirm.com

General Counsel to the Chapter 11 Trustee, Steven M. Speier

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re | Case No. 8:08-bk-17206-ES |
|---|---|
| PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS, | Jointly Administered With Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; |
| Jointly Administered Debtors and Debtors-in-Possession | |
| Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC | 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**DECLARATION OF STEVEN M. SPEIER REGARDING AMENDED APPLICATION TO EMPLOY MILLER BARONDESS, LLP**<br><br>Date:    March 9, 2010<br>Time:    2:00 p.m.<br>Place:   Courtroom 5A |

*Caption Continued on Next Page*

1
2
3
4
5
6
7

***Caption Continued from Previous Page***

☐ Tesoro SF, LLC
☐ LBL-SunCal Oak Valley, LLC
☐ SunCal Heartland, LLC
☐ LBL-SunCal Northlake, LLC
☐ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☐ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEVEN M. SPEIER

# DECLARATION OF STEVEN M. SPEIER

I, Steven M. Speier, hereby declare and state as follows:

1. I am the Chapter 11 trustee in the jointly administered chapter 11 cases of LBL-Suncal Oak Valley, LLC, Suncal Heartland, LLC, LBL -Suncal Northlake, LLC, Suncal Marblehead, LLC, Suncal Century City, LLC, Suncal PSV, LLC, Delta Covers Venture, LLC, Suncal Torrance, LLC, Suncal Oak Knoll, LLC (collectively, the "Trustee Debtors").

2. I submit this declaration in response to the *Amended Joint Application of Related Debtors-in-Possession for Authority to Employ Miller Barondess, LLP as Special Counsel for Matters in the Bankruptcy Court for the Central District of California* (the "Amended Application"). I have reviewed the Amended Application, and I am familiar with its contents.

3. The matters stated herein are within my own knowledge and, if called as a witness, I could and would completely testify thereto.

4. I have expressed to the parties, including the Voluntary Debtors, Lehman, and Miller Barondess, that I will agree to join in and support the Amended Application on the following conditions:

   (a) The scope of services for which Miller Barondess is to be employed shall be limited to the equitable subordination adversary proceeding and discovery related to the motion for substantive consolidation (to the extent that the issues overlap with the equitable subordination adversary proceeding), and any related appeals.

   (b) The terms and conditions of any administrative priority loans to be made to the Trustee Debtors' estates (which must be approved by the Court following a proper request) must be reasonable, and must not give the creditor making such loans the ability to block confirmation of a plan which is otherwise acceptable to unsecured creditors.

   (c) Any administrative priority loan made to the Trustee Debtors' estates must contain a term which prevents the disgorgement of professional fees paid during the chapter 11 cases, in the event that the estates are administratively insolvent.

   (d) The allocation of fees among the Trustee Debtors' estates must be fair and reasonable and shall be apportioned according to the benefit that is likely to be rendered to

-2-

each estate. For example, the fees could be allocated based on the ratio determined by the potential equitable subordination claims in each estate to the aggregate amount of such claims in the Trustee Debtors' cases.

(e) The application should be made clear that SunCal Century City is excluded as there is no benefit to the SunCal Century City estate from the equitable subordination litigation.

(f) The effective date of the modified employment should be no earlier than February 1, 2010.

5.  Given that the Trustee Debtors' estates lack sufficient funds to pay the administrative expenses likely to be incurred by Miller Barondess, the proposed employment of Miller Barondess on an hourly fee basis will not be acceptable unless all of the foregoing conditions have been met (in particular, the arrangement of financing and an appropriate fee allocation mechanism). To my knowledge, as of the date of this Declaration, these conditions have not been met.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1 day of March, 2010, at Irvine, California.

_____
Steven M. Speier

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 |
|---|---|
| Jointly Administered Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 750, Newport Beach, CA 92660

The foregoing document described as **DECLARATION OF STEVEN M. SPEIER REGARDING AMENDED APPLICATION TO EMPLOY MILLER BARONDESS, LLP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 2, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On March 2, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 2, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Chambers of the Honorable Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street
Santa, Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/2/10 | Cecilia Solórzano | /s/ Cecilia Solórzano |
|---|---|---|
| Date | Type Name | Signature |

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 |
|---|---|
| Jointly Administered Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Brendt C Butler    BButler@rutan.com
- Carollynn Callari    ccallari@venable.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Vincent M Coscino    emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@shlaw.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Leib M Lerner    leib.lerner@alston.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 9013-3.1

| | |
|---|---|
| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors,<br><br>Jointly Administered Debtor(s). | CHAPTER 11<br><br>CASE NUMBER: 8:08-bk-17206-ES |

- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Mike D Neue    mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, bambi.clark@dlapiper.com
- Sam S Oh    sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Raymond A Policar    hausermouzes@sbcglobal.net
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- Martha E Romero    Romero@mromerolawfirm.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- James E Till    jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    joshua.wayser@kattenlaw.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop    pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Arnold H Wuhrman    Wuhrman@serenitylls.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

## II. SERVED BY U.S. MAIL

U.S. Trustee's Office
Michael Hauser, Esq.
411 West Fourth St., #9041
Santa Ana, CA 92701

Counsel for Debtors
Paul J. Couchot, Esq.
Winthrop Couchot PC
660 Newport Center Dr., Suite 400
Newport Beach, CA 92660

Committee Counsel
Irell & Manella
Alan J. Friedman, Esq.
Kerry Lyman, Esq.
840 Newport Center Dr., #400
Newport Beach, CA 92660-6324

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

3492

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 |
|---|---|
| Jointly Administered Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

Committee Counsel to Trustee
Debtors
Weiland, Golden, etc.
Attn: Lei Lei Wang Ekvall, Esq.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Richard Pachulski, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Bl Ste 1100
Los Angeles, CA 90067-4003

Louis R. Miller, Esq.
Martin Pritikin, Esq.
MILLER BARONDESS, LLP
1 999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              **F 9013-3.1**

3492