Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants Lehman ALI, Inc., Lehman Commercial Paper Inc., OVC Holdings LLC, Northlake Holdings LLC and LV Pacific Point, LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Palmdale Hills Property, LLC, and its Related Debtors.<br>    Jointly Administered Debtors and Debtors-in-Possession | **CASE NO. 8:08-bk-17206-ES**<br><br>Jointly Administered with Case Nos.<br><br>8:08-bk-17209-ES; 8:08-bk-17224-ES; 8:08-bk-17225-ES; 8:08-bk-17227-ES 8:08-bk-17230-ES; 8:08-bk-17231-ES 8:08-bk-17236-ES; 8:08-bk-17240-ES 8:08-bk-17242-ES; 8:08-bk-17245-ES 8:08-bk-17246-ES; 8:08-bk-17248-ES 8:08-bk-17249-ES; 8:08-bk-17404-ES 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17588-ES |
| Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☐ LB-L-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LB-L-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☐ SunCal Oak Knoll, LLC | **Also Affects:**<br>Adv. Proceeding No. 8:09-ap-01005-ES<br><br>**DECLARATION OF DEAN A. ZIEHL IN SUPPORT OF THE LEHMAN ENTITIES' PROPOSED ORDER REGARDING REVISED DISCOVERY SCHEDULE IN CONNECTION WITH: (1) SUBSTANTIVE CONSOLIDATION MOTION; AND (2) ADVERSARY PROCEEDING** |

I, Dean A. Ziehl, hereby declare and state as follows:

1. I submit this declaration in support of the Lehman Entities' Proposed Order Regarding Revised Discovery Schedule In Connection With (1) Substantive Consolidation Motion, and (2) Adversary Proceeding, (the "Proposed Order"). I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2. I am an attorney, duly admitted to practice law before all the courts of the State of California and the attorney of record herein. I am a partner in the law firm Pachulski Stang Ziehl & Jones LLP, counsel for Lehman ALI, Inc., Lehman Commercial Paper Inc. ("LPCI"), OVC Holdings LLC, Northlake Holdings, LLC and LV Pacific Point, LLC in the above-captioned matter (hereinafter referred to as the "Lehman Entities").

3. I submit this declaration in support of the Lehman Entities' Proposed Order and in response to the Declaration of Martin Pritikin in Support of Debtors' Proposed Order Regarding Revised Discovery Schedule In Connection With (1) Substantive Consolidation Motion, and (2) Adversary Proceeding (filed in this action as DE 1011).

4. On February 16, 2010, Brian Procel, counsel for the Debtors, demanded that the Lehman Entities provide a check for the Debtors' e-discovery vendor in advance of its providing any services, based upon an estimate of what the costs might turn out to be. Mr. Procel also demanded that the Lehman Entities provide a check for the reviewers, before any documents were actually reviewed, also based upon an estimate of what the costs might turn out to be. According to Mr. Procel, the Debtors would begin the process of producing the documents required by this Court's ruling after the Lehman Entities provided checks for services that had not been rendered.

5. Counsel for the Lehman Entities responded that the Lehman Entities intend to provide payment in response to actual invoices for actual services. Consistent with the Court's order, they reiterated that the Lehman Entities would pay one-half of the costs associated with the electronic discovery regarding the production of the documents of the eighteen individuals requested in their motion to compel.

6. To ensure that both parties are actually paying one-half of the costs as ordered by the Court, the Lehman Entities suggest that the Lehman Entities and the Debtors each submit, to

the other party, declarations and evidence of proof of payment regarding the invoices associated with the electronic discovery of the eighteen individuals within five (5) calendar days of such payment.

7. When discovery was in its initial stages, the Lehman Entities asked the Debtors to provide them with the names of the people they thought were their key custodians in connection with their claims. No response was received from the Debtors. The Lehman Entities then reviewed the sources and records initially available to them and identified the eighteen custodians at issue. The Lehman Entities subsequently attempted to ascertain whether they could reduce expenses charged to the various estates for document production by decreasing the number of custodians. The Lehman Entities advised the Debtors that they would make that determination by March 5. After determining they would need documents from all eighteen custodians, the Lehman Entities so advised the Debtors on March 5.

8. The Lehman Entities do not object to the Debtors' proposed document production deadline of April 19, and in fact, agree with most of the Debtors' proposed substantive consolidation deadlines. However, the Debtors propose an earlier document production deadline of April 9 for the Lehman Entities. The Lehman Entities believe that it is not necessary or appropriate for the parties to have different document production deadlines. Like the Debtors, the Lehman Entities can only produce documents after they have the opportunity to review them. April 19 is an appropriate document production deadline for the Lehman Entities under the circumstances, as well as an appropriate deadline for the Lehman Entities to submit declarations regarding the production of documents that are in the possession of either Alvarez & Marsal or Barclays.

9. Additionally, under the Debtors' proposed schedule, the parties exchange expert reports on June 18, before the non-expert depositions conclude on June 25. The Lehman Entities' proposed schedule takes into account the fact that expert reports will be, at least in part, based upon discovery. As a result, the Lehman Entities propose that non-expert depositions conclude on June 17, before the parties exchange expert reports on June 18.

10. Attached hereto as Exhibit A is a true and correct copy of the Proposed Order lodged via the Court's LOU system (Confirmation No. **109328**).

1. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of March 2010, at Los Angeles, California.

                                        /s/ *Dean A. Ziehl*
                                        Dean A. Ziehl

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760

Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Defendants Lehman ALI, Inc., Lehman Commercial Paper Inc., OVC Holdings LLC, Northlake Holdings LLC and LV Pacific Point, LLC

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>Palmdale Hills Property, LLC, and its Related Debtors.<br>    Jointly Administered Debtors and Debtors-in-Possession | **CASE NO. 8:08-bk-17206-ES**<br><br>Jointly Administered with Case Nos.<br><br>8:08-bk-17209-ES; 8:08-bk-17224-ES;<br>8:08-bk-17225-ES; 8:08-bk-17227-ES<br>8:08-bk-17230-ES; 8:08-bk-17231-ES<br>8:08-bk-17236-ES; 8:08-bk-17240-ES<br>8:08-bk-17242-ES; 8:08-bk-17245-ES<br>8:08-bk-17246-ES; 8:08-bk-17248-ES<br>8:08-bk-17249-ES; 8:08-bk-17404-ES<br>8:08-bk-17407-ES; 8:08-bk-17408-ES;<br>8:08-bk-17409-ES; 8:08-bk-17458-ES;<br>8:08-bk-17465-ES; 8:08-bk-17470-ES;<br>8:08-bk-17472-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17588-ES |
| Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☐ LB-L-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LB-L-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☐ SunCal Oak Knoll, LLC | **Also Affects:**<br>Adv. Proceeding No. 8:09-ap-01005-ES<br><br>**PROPOSED ORDER REGARDING REVISED DISCOVERY SCHEDULE IN CONNECTION WITH: (1) SUBSTANTIVE CONSOLIDATION MOTION; AND (2) ADVERSARY PROCEEDING** |

**EXHIBIT A**

52065-001\DOCS_LA:216969.1                                1

**ORDER**

The Court, having reviewed and considered the Declaration of Dean A. Ziehl in Support of the Lehman Entities' Proposed Order Regarding Revised Discovery Schedule In Connection With: (1) Substantive Consolidation Motion; and (2) Adversary Proceeding, the Declaration of Martin Pritikin In Support of Debtors' Proposed Order Regarding Revised Discovery Schedule In Connection With (1) Substantive Consolidation Motion, and (2) Adversary Proceeding, and all arguments from the parties at the February 11, 2010 hearing on the Lehman Entities' and Debtors' respective motions to compel, and good and sufficient cause appearing,

IT IS HEREBY ORDERED that the parties shall abide by the following with regard to: (1) document production in connection with the substantive consolidation proceeding and adversary proceeding; (2) depositions in the substantive consolidation proceeding; and (3) briefing in the substantive consolidation proceeding:

**I.    SCHEDULING**

April 19:    Document production deadline and deadline for the Lehman Entities to submit declarations regarding the production of documents that are in the possession of either Alvarez & Marsal or Barclays.

April 30:    Non-expert depositions commence

June 11:    Parties' disclosure of experts

June 17:    Non-expert depositions conclude

June 18:    Parties exchange expert reports

June 28:    Expert depositions commence

July 9:    Expert depositions conclude

July 13:    Debtors' amended or supplemental brief

July 30:    Opposition briefs

August 6:    Debtors' reply brief

August 6:    Pre-trial motions due

August 13:    Last day to request surreply; the proposed surreply shall be lodged therewith

    August 16:    Opposition to pre-trial motions due

    August 23:    Trial

**II.**    <u>**PAYMENT**</u>

The Lehman Entities shall pay, within thirty (30) days of being provided with detailed invoices reflecting the services that were actually performed, one-half of the costs associated with the electronic discovery regarding the production of the documents of the eighteen individuals requested in their motion to compel. The Lehman Entities and the Debtors shall each submit, to the other party, declarations and evidence of proof of payment regarding the invoices associated with the electronic discovery of the eighteen individuals within five (5) calendar days of such payment.

**III.**    <u>**OTHER MATTERS**</u>

The December 30, 2009 Amended Scheduling Order applies to the extent not superseded herein.

To the extent not addressed in this Order, the Federal Rules of Bankruptcy Procedure, Local Rules, and Federal Rules of Civil Procedure, where applicable, shall govern.

**IT IS SO ORDERED.**

###

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | | | |
| | Debtor(s). | CASE NUMBER 08-17206-ES | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER REGARDING REVISED DISCOVERY SCHEDULE IN CONNECTION WITH: (1) SUBSTANTIVE CONSOLIDATION MOTION; AND (2) ADVERSARY PROCEEDING* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 15, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 15, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 15, 2010 | Melisa DesJardien | /s/ Melisa DesJardien |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009

F 9013-3.1

| In re: | CHAPTER | 11 |
|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | | |
| Debtor(s). | CASE NUMBER 08-17206-ES | |

**II. SERVED BY U.S. MAIL**

**III. SERVED BY E-MAIL**

(1) counsel for the Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Charles Liu - cliu@winthropcouchot.com
(2) counsel for the Trustee Debtors:
    William Lobel - wlobel@thelobelfirm.com
(3) counsel for the Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(4) counsel for the Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(5) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

Louis Miller - smiller@millerbarondess.com
Martin Pritikin – mpritikin@millerbarondess.com
Steven N. Speier (Chapter 11 Trustee, c/o Squar Nilner) - sspeier@squarmilner.com; ca85@ecfcbis.com
Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Clay Roesch – clay.roesch@weil.com
Carrolynn H. G. Callari - ccallari@venable.com
John Sieger - john.sieger@kattenlaw.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com
Palmdale Hills Property, LLC and its related entities - bcook@suncal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |
|---|---|

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***ORDER REGARDING REVISED DISCOVERY SCHEDULE IN CONNECTION WITH: (1) SUBSTANTIVE CONSOLIDATION MOTION; AND (2) ADVERSARY PROCEEDING*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 15, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                   **F 9021-1.1**

| In re: | CHAPTER | 11 |
|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | | |
| Debtor(s). | CASE NUMBER 08-17206-ES | |

**I. SERVED BY NEF**

## 8:08-bk-17206-ES Notice will be electronically mailed to:

(1) Selia M Acevedo for Attorney Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
(2) Joseph M Adams for Defendant The City of San Juan Capistrano
jadams@sycr.com
(3) Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com
(4) James C Bastian for Creditor ARB, Inc.
jbastian@shbllp.com
(5) John A Boyd for Interested Party Oliphant Golf Inc
fednotice@tclaw.net
(6) Mark Bradshaw for Interested Party Courtesy NEF
mbradshaw@shbllp.com
(7) Brendt C Butler for Creditor EMR Residential Properties LLC
BButler@rutan.com
(8) Carollynn Callari for Creditor Danske Bank A/S London Branch
ccallari@venable.com
(9) Dan E Chambers for Creditor EMR Residential Properties LLC
dchambers@jmbm.com
(10) Shirley Cho for Creditor Lehman ALI, Inc.
scho@pszjlaw.com
(11) Vonn Christenson for Interested Party Courtesy NEF
vrc@paynefears.com
(12) Vincent M Coscino for Petitioning Creditor CST Environmental Inc
emurdoch@allenmatkins.com
(13) Paul J Couchot for Debtor ACTON ESTATES, LLC
pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
(14) Jonathan S Dabbieri for Interested Party Courtesy NEF
dabbieri@shlaw.com
(15) Ana Damonte for Creditor Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com
(16) Melissa Davis for Creditor City of Orange
mdavis@shbllp.com
(17) Daniel Denny for Interested Party Courtesy NEF
ddenny@gibsondunn.com
(18) Caroline Djang for Creditor Lehman ALI, Inc.
crd@jmbm.com
(19) Donald T Dunning for Creditor Hertz Equipment Rental Corporation
ddunning@dunningLaw.com
(20) Joseph A Eisenberg for Creditor Lehman ALI, Inc.
jae@jmbm.com
(21) Lei Lei Wang Ekvall for Attorney Weiland Golden Smiley Wang Ekvall & Strok, LLP
lekvall@wgllp.com
(22) Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com
(23) Marc C Forsythe for Attorney Robert Goe
kmurphy@goeforlaw.com
(24) Alan J Friedman for Attorney Irell & Manella LLP
afriedman@irell.com
(25) Steven M Garber for Creditor Park West Landscape, Inc
steve@smgarberlaw.com
(26) Christian J Gascou for Creditor Arch Insurance Company
cgascou@gascouhopkins.com
(27) Barry S Glaser for Creditor County of Los Angeles
bglaser@swjlaw.com
(28) Robert P Goe for Attorney Robert Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
(29) Eric D Goldberg for Interested Party Courtesy NEF
egoldberg@stutman.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

Case 8:08-bk-17206-ES    Doc 1017    Filed 03/15/10    Entered 03/15/10 14:52:17    Desc
Main Document    Page 12 of 19

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | | | |
| | Debtor(s). | CASE NUMBER 08-17206-ES | |

(30) Richard H Golubow for Debtor Palmdale Hills Property, LLC
pj@winthropcouchot.com
(31) Kelly C Griffith for Creditor Bond Safeguard Insurance Co
bkemail@harrisbeach.com
(32) Matthew Grimshaw for Interested Party City Of Torrance
mgrimshaw@rutan.com
(33) Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com
(34) Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov
(35) D Edward Hays for Creditor Philip Dowse
ehays@marshackhays.com
(36) Michael C Heinrichs for Interested Party Courtesy NEF
mheinrichs@omm.com
(37) Harry D. Hochman for Creditor Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com
(38) Jonathan M Hoff for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com
(39) Nancy Hotchkiss for Creditor Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com
(40) Michelle Hribar for Plaintiff EMR Residential Properties LLC
mhribar@rutan.com
(41) John J Immordino for Creditor Arch Insurance Co.
john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
(42) Lawrence A Jacobson for Creditor BKF Engineers
laj@cohenandjacobson.com
(43) Michael J Joyce for Interested Party Courtesy NEF
mjoyce@crosslaw.com
(44) Stephen M Judson for Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com
(45) David I Katzen for Interested Party Bethel Island Municipal Improvement District
katzen@ksfirm.com
(46) Christopher W Keegan for Creditor SC Master Holdings II LLC
ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
(47) Irene L Kiet for Creditor BNB Engineering, Inc.
ikiet@hkclaw.com
(48) Mark J Krone for Creditor Bond Safeguard Insurance Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
(49) Leib M Lerner for Creditor Steiny and Company, Inc.
leib.lerner@alston.com
(50) Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com
(51) Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com
(52) Kerri A Lyman for Attorney Irell & Manella LLP
klyman@irell.com
(53) Mariam S Marshall for Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com
(54) Robert C Martinez for Creditor TC Construction Company, Inc
rmartinez@mclex.com
(55) Hutchison B Meltzer for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
hmeltzer@wgllp.com
(56) Krikor J Meshefejian for Interested Party Courtesy NEF
kjm@lnbrb.com
(57) Joel S. Miliband for Creditor RBF CONSULTING
jmiliband@rusmiliband.com
(58) James M Miller for Counter-Defendant SJD Development Corp.
jmiller@millerbarondess.com
(59) Louis R Miller for Plaintiff Palmdale Hills Property, LLC
smiller@millerbarondess.com
(60) Mike D Neue for Attorney The Lobel Firm, LLP
mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
(61) Robert Nida for Creditor Kirk Negrete, Inc
Rnida@castlelawoffice.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 9021-1.1

Case 8:08-bk-17206-ES    Doc 1017    Filed 03/15/10    Entered 03/15/10 14:52:17    Desc
Main Document    Page 13 of 19

| In re: | | CHAPTER | 11 |
|---|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | | | |
| | Debtor(s). | CASE NUMBER 08-17206-ES | |

(62) Henry H Oh for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
 henry.oh@dlapiper.com, bambi.clark@dlapiper.com
(63) Sam S Oh for Interested Party Anaverde, LLC
 sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
(64) Sean A Okeefe for Debtor Palmdale Hills Property, LLC
 sokeefe@okeefelc.com
(65) Robert B Orgel for Creditor Lehman ALI, Inc.
 rorgel@pszjlaw.com, rorgel@pszjlaw.com
(66) Penelope Parmes for Creditor EMR Residential Properties LLC
 pparmes@rutan.com
(67) Ronald B Pierce for Creditor Griffith Company
 ronald.pierce@sdma.com
(68) Raymond A Policar for Creditor Williams+Paddon Architects+Planners, Inc.
 hausermouzes@sbcglobal.net
(69) Cassandra J Richey for Creditor Patricia I Volkerts, as Trustee, et al
 cmartin@pprlaw.net
(70) Debra Riley for Interested Party City of Palmdale
 driley@allenmatkins.com
(71) Martha E Romero for Creditor San Bernardino County Tax Collector
 Romero@mromerolawfirm.com
(72) John E Schreiber for Defendant Fenway Capital, LLC
 jschreiber@dl.com
(73) William D Schuster for Creditor HD Supply Construction Supply LTD
 bills@allieschuster.org
(74) Christopher P Simon for Interested Party Courtesy NEF
 csimon@crosslaw.com
(75) Wendy W Smith for Creditor Castaic Union School District
 wendy@bindermalter.com
(76) Steven M Speier for Trustee Steven Speier
 Sspeier@Squarmilner.com, ca85@ecfcbis.com
(77) Michael St James for Creditor MBH Architects, Inc.
 ecf@stjames-law.com
(78) James E Till for Trustee Steven Speier
 jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
(79) United States Trustee (SA)
 ustpregion16.sa.ecf@usdoj.gov
(80) Carol G Unruh for Creditor Scott E. McDaniel
 cgunruh@sbcglobal.net
(81) Jason Wallach for Interested Party Courtesy NEF
 jwallach@gladstonemichel.com
(82) Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
 joshua.wayser@kattenlaw.com
(83) Christopher T Williams for Creditor Danske Bank A/S London Branch
 ctwilliams@venable.com, jcontreras@venable.com
(84) Marc J Winthrop for Debtor Palmdale Hills Property, LLC
 pj@winthropcouchot.com
(85) David M Wiseblood for Creditor Bethel Island Municipal Improvement District
 dwiseblood@seyfarth.com
(86) Arnold H Wuhrman for Creditor Wayne Lee
 Wuhrman@serenitylls.com
(87) Dean A Ziehl for Counter-Defendant LV Pacific Point LLC
 dziehl@pszjlaw.com, dziehl@pszjlaw.com

**III.  TO BE SERVED BY LODGING PARTY BY E-MAIL**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              **F 9021-1.1**

 **Bankruptcy LODGED ORDER UPLOAD**

Monday, March 15, 2010

Upload Again

Confirmation :

CONFIRMATION:

You've successfully uploaded the order:

( **109328.doc** )

- **Office**: Santa Ana
- **Case Title**: Palmdale Hills Property, LLC
- **Case Number**: 08-17206
- **Judge Initial**: ES
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 772
- **On Date**: 03/15/2010 @ 02:39 PM

Please print this confirmation for future reference.

Thank You!

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **DECLARATION OF DEAN A. ZIEHL IN SUPPORT OF THE LEHMAN ENTITIES' PROPOSED ORDER REGARDING REVISED DISCOVERY SCHEDULE IN CONNECTION WITH: (1) SUBSTANTIVE CONSOLIDATION MOTION; AND (2) ADVERSARY PROCEEDING** will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___March 15, 2010___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ___March 15, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

JUDGE'S COPY [Overnight Delivery]

The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___March 15, 2010___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 15, 2010 | Melisa DesJardien | /s/ Melisa DesJardien |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*   **F 9013-3.1**

| | |
|---|---|
| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |

**I. SERVED BY NEF**

## 8:08-bk-17206-ES Notice will be electronically mailed to:

(1) Selia M Acevedo for Attorney Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
(2) Joseph M Adams for Defendant The City of San Juan Capistrano
jadams@sycr.com
(3) Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com
(4) James C Bastian for Creditor ARB, Inc.
jbastian@shbllp.com
(5) John A Boyd for Interested Party Oliphant Golf Inc
fednotice@tclaw.net
(6) Mark Bradshaw for Interested Party Courtesy NEF
mbradshaw@shbllp.com
(7) Brendt C Butler for Creditor EMR Residential Properties LLC
BButler@rutan.com
(8) Carollynn Callari for Creditor Danske Bank A/S London Branch
ccallari@venable.com
(9) Dan E Chambers for Creditor EMR Residential Properties LLC
dchambers@jmbm.com
(10) Shirley Cho for Creditor Lehman ALI, Inc.
scho@pszjlaw.com
(11) Vonn Christenson for Interested Party Courtesy NEF
vrc@paynefears.com
(12) Vincent M Coscino for Petitioning Creditor CST Environmental Inc
emurdoch@allenmatkins.com
(13) Paul J Couchot for Debtor ACTON ESTATES, LLC
pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
(14) Jonathan S Dabbieri for Interested Party Courtesy NEF
dabbieri@shlaw.com
(15) Ana Damonte for Creditor Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com
(16) Melissa Davis for Creditor City of Orange
mdavis@shbllp.com
(17) Daniel Denny for Interested Party Courtesy NEF
ddenny@gibsondunn.com
(18) Caroline Djang for Creditor Lehman ALI, Inc.
crd@jmbm.com
(19) Donald T Dunning for Creditor Hertz Equipment Rental Corporation
ddunning@dunningLaw.com
(20) Joseph A Eisenberg for Creditor Lehman ALI, Inc.
jae@jmbm.com
(21) Lei Lei Wang Ekvall for Attorney Weiland Golden Smiley Wang Ekvall & Strok, LLP
lekvall@wgllp.com
(22) Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com
(23) Marc C Forsythe for Attorney Robert Goe
kmurphy@goeforlaw.com
(24) Alan J Friedman for Attorney Irell & Manella LLP
afriedman@irell.com
(25) Steven M Garber for Creditor Park West Landscape, Inc
steve@smgarberlaw.com
(26) Christian J Gascou for Creditor Arch Insurance Company
cgascou@gascouhopkins.com
(27) Barry S Glaser for Creditor County of Los Angeles
bglaser@swjlaw.com
(28) Robert P Goe for Attorney Robert Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
(29) Eric D Goldberg for Interested Party Courtesy NEF
egoldberg@stutman.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CASE NUMBER 08-17206-ES |

(30) Richard H Golubow for Debtor Palmdale Hills Property, LLC
pj@winthropcouchot.com
(31) Kelly C Griffith for Creditor Bond Safeguard Insurance Co
bkemail@harrisbeach.com
(32) Matthew Grimshaw for Interested Party City Of Torrance
mgrimshaw@rutan.com
(33) Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com
(34) Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov
(35) D Edward Hays for Creditor Philip Dowse
ehays@marshackhays.com
(36) Michael C Heinrichs for Interested Party Courtesy NEF
mheinrichs@omm.com
(37) Harry D. Hochman for Creditor Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com
(38) Jonathan M Hoff for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com
(39) Nancy Hotchkiss for Creditor Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com
(40) Michelle Hribar for Plaintiff EMR Residential Properties LLC
mhribar@rutan.com
(41) John J Immordino for Creditor Arch Insurance Co.
john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
(42) Lawrence A Jacobson for Creditor BKF Engineers
laj@cohenandjacobson.com
(43) Michael J Joyce for Interested Party Courtesy NEF
mjoyce@crosslaw.com
(44) Stephen M Judson for Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com
(45) David I Katzen for Interested Party Bethel Island Municipal Improvement District
katzen@ksfirm.com
(46) Christopher W Keegan for Creditor SC Master Holdings II LLC
ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
(47) Irene L Kiet for Creditor BNB Engineering, Inc.
ikiet@hkclaw.com
(48) Mark J Krone for Creditor Bond Safeguard Insurance Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
(49) Leib M Lerner for Creditor Steiny and Company, Inc.
leib.lerner@alston.com
(50) Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com
(51) Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com
(52) Kerri A Lyman for Attorney Irell & Manella LLP
klyman@irell.com
(53) Mariam S Marshall for Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com
(54) Robert C Martinez for Creditor TC Construction Company, Inc
rmartinez@mclex.com
(55) Hutchison B Meltzer for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
hmeltzer@wgllp.com
(56) Krikor J Meshefejian for Interested Party Courtesy NEF
kjm@lnbrb.com
(57) Joel S. Miliband for Creditor RBF CONSULTING
jmiliband@rusmiliband.com
(58) James M Miller for Counter-Defendant SJD Development Corp.
jmiller@millerbarondess.com
(59) Louis R Miller for Plaintiff Palmdale Hills Property, LLC
smiller@millerbarondess.com
(60) Mike D Neue for Attorney The Lobel Firm, LLP
mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
(61) Robert Nida for Creditor Kirk Negrete, Inc
Rnida@castlelawoffice.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                      F 9013-3.1

Case 8:08-bk-17206-ES    Doc 1017    Filed 03/15/10    Entered 03/15/10 14:52:17    Desc
Main Document    Page 18 of 19

| In re: | CHAPTER 11 |
| --- | --- |
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CASE NUMBER 08-17206-ES |

(62)    Henry H Oh for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
        henry.oh@dlapiper.com, bambi.clark@dlapiper.com
(63)    Sam S Oh for Interested Party Anaverde, LLC
        sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
(64)    Sean A Okeefe for Debtor Palmdale Hills Property, LLC
        sokeefe@okeefelc.com
(65)    Robert B Orgel for Creditor Lehman ALI, Inc.
        rorgel@pszjlaw.com, rorgel@pszjlaw.com
(66)    Penelope Parmes for Creditor EMR Residential Properties LLC
        pparmes@rutan.com
(67)    Ronald B Pierce for Creditor Griffith Company
        ronald.pierce@sdma.com
(68)    Raymond A Policar for Creditor Williams+Paddon Architects+Planners, Inc.
        hausermouzes@sbcglobal.net
(69)    Cassandra J Richey for Creditor Patricia I Volkerts, as Trustee, et al
        cmartin@pprlaw.net
(70)    Debra Riley for Interested Party City of Palmdale
        driley@allenmatkins.com
(71)    Martha E Romero for Creditor San Bernardino County Tax Collector
        Romero@mromerolawfirm.com
(72)    John E Schreiber for Defendant Fenway Capital, LLC
        jschreiber@dl.com
(73)    William D Schuster for Creditor HD Supply Construction Supply LTD
        bills@allieschuster.org
(74)    Christopher P Simon for Interested Party Courtesy NEF
        csimon@crosslaw.com
(75)    Wendy W Smith for Creditor Castaic Union School District
        wendy@bindermalter.com
(76)    Steven M Speier for Trustee Steven Speier
        Sspeier@Squarmilner.com, ca85@ecfcbis.com
(77)    Michael St James for Creditor MBH Architects, Inc.
        ecf@stjames-law.com
(78)    James E Till for Trustee Steven Speier
        jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
(79)    United States Trustee (SA)
        ustpregion16.sa.ecf@usdoj.gov
(80)    Carol G Unruh for Creditor Scott E. McDaniel
        cgunruh@sbcglobal.net
(81)    Jason Wallach for Interested Party Courtesy NEF
        jwallach@gladstonemichel.com
(82)    Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
        joshua.wayser@kattenlaw.com
(83)    Christopher T Williams for Creditor Danske Bank A/S London Branch
        ctwilliams@venable.com, jcontreras@venable.com
(84)    Marc J Winthrop for Debtor Palmdale Hills Property, LLC
        pj@winthropcouchot.com
(85)    David M Wiseblood for Creditor Bethel Island Municipal Improvement District
        dwiseblood@seyfarth.com
(86)    Arnold H Wuhrman for Creditor Wayne Lee
        Wuhrman@serenitylls.com
(87)    Dean A Ziehl for Counter-Defendant LV Pacific Point LLC
        dziehl@pszjlaw.com, dziehl@pszjlaw.com

**II.  SERVED BY U.S. MAIL**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                    **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | |
| Debtor(s). | CASE NUMBER 08-17206-ES |

**III. SERVED BY E-MAIL**

(1) counsel for the Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Charles Liu - cliu@winthropcouchot.com
(2) counsel for the Trustee Debtors:
    William Lobel - wlobel@thelobelfirm.com
(3) counsel for the Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(4) counsel for the Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(5) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

Louis Miller - smiller@millerbarondess.com
Martin Pritikin – mpritikin@millerbarondess.com
Steven N. Speier (Chapter 11 Trustee, c/o Squar Nilner) - sspeier@squarmilner.com; ca85@ecfcbis.com
Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Clay Roesch – clay.roesch@weil.com
Carrolynn H. G. Callari - ccallari@venable.com
John Sieger - john.sieger@kattenlaw.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com
Palmdale Hills Property, LLC and its related entities - bcook@suncal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**