| | |
|---|---|
| 1  LOUIS R. MILLER, State Bar No. 54141<br>smiller@millerbarondess.com<br>2  MARTIN PRITIKIN, State Bar. No. 210845<br>mpritikin@millerbarondess.com<br>3  BRIAN PROCEL, State Bar No. 218657<br>bprocel@millerbarondess.com<br>4  **MILLER BARONDESS, LLP**<br>1999 Avenue of the Stars, Suite 1000<br>5  Los Angeles, California 90067<br>Telephone:    (310) 552-4400<br>6  Facsimile:    (310) 552-8400 | **FILED & ENTERED**<br><br>**APR 14 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Duarte    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

7  Special Litigation Counsel for the Jointly Administered Debtors in Possession
   and Steven M. Speier, the Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -- SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC,<br>AND ITS RELATED DEBTORS,<br>    Jointly Administered Debtors<br>    and Debtors-in-Possession<br><br>Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property,<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC Palmdale,<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF LLC<br>☐ LBL-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LBL-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br><br>*Caption Continued on Next Page* | CASE NO. 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>  8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>  8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>  8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>  8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>  8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>  8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>  8:08-bk-17249-ES; 8:08-bk-17573 ES;<br>  8:08-bk-17574-ES; 8:08-bk-17575 ES;<br>  8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>  8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>  8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>  8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>  8:08-bk-17588-ES<br><br>**ORDER GRANTING AMENDED JOINT APPLICATION OF RELATED DEBTORS-IN-POSSESSION AND DEBTORS REPRESENTED BY CHAPTER 11 TRUSTEE FOR AUTHORITY TO EMPLOY MILLER BARONDESS, LLP AS SPECIAL LITIGATION COUNSEL**<br><br>Date: March 9, 2010<br>Time: 2:00 p.m.<br>Crtrm: 5A<br><br>[11 U.S.C. § 327(e)] |

**ORDER GRANTING AMENDED APPLICATION TO EMPLOY MILLER BARONDESS**

62181.2

*Continued from Previous Page*

- ☐ SunCal Century City, LLC
- ☐ SunCal PSV, LLC
- ☐ Delta Coves Venture, LLC
- ☐ SunCal Torrance, LLC
- ☐ SunCal Oak Knoll, LLC

**ORDER GRANTING AMENDED APPLICATION TO EMPLOY MILLER BARONDESS**

62181.2

# ORDER

**IT IS HEREBY ORDERED** that the Amended Joint Application of Related Debtors-In-Possession and Debtors Represented by Chapter 11 Trustee for Authority to Employ Miller Barondess, LLP ("Miller Barondess") as Special Litigation Counsel ("Amended Employment Application"), as further supplemented by the Supplement to Amended Joint Application dated February 5, 2010 ("Supplement"), filed by Palmdale Hills Property, LLC, SunCal Beaumont Heights, LLC, SCC/Palmdale, LLC, SunCal Johannson Ranch, LLC, SunCal Summit Valley, LLC, SunCal Emerald Meadows, LLC, SunCal Bickford Ranch, LLC, Acton Estates, LLC, Seven Brothers, LLC, SJD Partners, Ltd., SJD Development Corp., Kirby Estates, LLC, SunCal Communities I, LLC, SunCal Communities III, LLC, SCC Communities LLC, North Orange Del Rio Land, LLC, and Tesoro SF, LLC (the "Voluntary Debtors"), and ratified by Steven M. Speier, the duly appointed trustee ("Trustee") for the Chapter 11 estates of LB/L-SunCal Oak Valley, LLC, LB/L SunCal Northlake, LLC, SunCal PSV, LLC, Delta Coves Venture, LLC, SunCal Torrance LLC, SunCal Oak Knoll, LLC, SunCal Marblehead, LLC, SunCal Heartland, LLC (the "Trustee Debtors"), the jointly administered related debtors and debtors-in-possession herein in the jointly administered lead case 8:08-bk-17206-ES, for authority to employ Miller Barondess, LLP as special litigation counsel, effective February 1, 2010, for the purposes and according to the terms described in the Amended Employment Application and Supplement, is **GRANTED** subject to the following modifications:

1. The Voluntary Debtors will pay not more than one-half of the accruing fees and expenses incurred by Miller Barondess beginning February 1, 2010 onward, pursuant to the terms, conditions and procedures set forth in the Amended Employment Application and Supplement;

2. The Trustee Debtors shall not have an obligation to pay any of Miller Barondess's fees pertaining to the Trustee Debtors' estates, unless and until a loan by the Voluntary Debtors to the Trustee Debtors is agreed to by the Trustee and approved by the Court, or in accordance with the terms of the

1
**ORDER GRANTING AMENDED APPLICATION TO EMPLOY MILLER BARONDESS**

62181.2

1         original employment applications to the extent not superseded or modified by

2         the Amended Employment Application and Supplement and this Order; and

3    3.    This order does not include SunCal Century City, LLC.

4    The Amended Employment Application and Supplement thereto are hereby granted in all other respects.

6    This order shall not affect Miller Barondess' right to seek payment from the bond companies without the need for an additional order of the Court.

8    Nothing in this order shall be deemed a determination regarding the financing or allocation of fees as between the Voluntary Debtors and the Trustee Debtors.

10    This Court's order of June 24, 2009 approving the original employment applications of the Voluntary Debtors and the Trustee to employ Miller Barondess remains in effect to the extent not modified or superseded herein.

**IT IS SO ORDERED.**

###

DATED: April 14, 2010

_____
United States Bankruptcy Judge

2
**ORDER GRANTING AMENDED APPLICATION TO EMPLOY MILLER BARONDESS**

62181.2

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS, Jointly Administered Debtors and Debtors-in-Possession | CHAPTER 11 CASE NUMBER 8:08-bk-17206-ES, and Jointly Administered Cases |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1999 Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described **ORDER GRANTING AMENDED JOINT APPLICATION OF RELATED DEBTORS-IN-POSSESSION FOR AUTHORITY TO EMPLOY MILLER BARONDESS, LLP AS SPECIAL LITIGATION COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 26, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY (via personal delivery):
The Honorable Erithe A. Smith
United States Bankruptcy Court, Central District of California
411 W. Fourth Street, Courtroom 5A
Santa Ana, CA 92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 26, 2010 | Selia Acevedo | /s/ Selia Acevedo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
62181.2

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS, Jointly Administered Debtors and Debtors-in-Possession | CHAPTER 11 CASE NUMBER 8:08-bk-17206-ES, and Jointly Administered Cases |
|---|---|

# SERVICE LIST

**III. SERVED BY EMAIL**

Lehman Ali, Inc., Lehman Commercial Paper, Inc., OVC Holdings, Northlake Holdings, LV Pacific Point
Weil Gostshal & Manges LLP
   edward.soto@weil.com
   elisa.lemmer@weil.com
   shai.waisman@weil.com
   allen.blaustein@weil.com
   lauren.zerbinopoulos@weil.com

Pachulski Stang Ziehl & Jones LLP
   rpachulski@pszjlaw.com
   dziehl@pszjlaw.com

Counsel for Chapter 11 Trustee Steven M. Speier
The Lobel Firm, LLP
   wlobel@thelobelfirm.com

General Insolvency Counsel for
Jointly Administered Debtors in Possession
Winthrop Couchot, P.C.
   pcouchot@winthropcouchot.com
   plianides@winthropcouchot.com
   sokeefe@winthropcouchot.com

Counsel for the Voluntary Debtors' Committee
Irell & Manella, LLP
   afriedman@irell.com
   klyman@irell.com

Counsel for the Trustee Debtors' Committee
Weiland, Golden, Smiley, Wang Ekvall & Strok , LLP
     lekvall@wgllp.com
     hmeltzer@wgllp.com

Office of the United States Trustee
Michael Hauser
     michael.hauser@usdoj.gov

John Sieger - john.sieger@kattenlaw.com

Atty for Bond Safeguard & Lexon - mea@amclaw.com

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS, | CHAPTER 11 |
|---|---|
| Jointly Administered Debtors and Debtors-in-Possession | CASE NUMBER 8:08-bk-17206-ES, and Jointly Administered Cases |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the Court that a judgment or order entitled **ORDER GRANTING AMENDED JOINT APPLICATION OF RELATED DEBTORS-IN-POSSESSION FOR AUTHORITY TO EMPLOY MILLER BARONDESS, LLP AS SPECIAL LITIGATION COUNSEL FOR MATTERS IN THE BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the Court via NEF and hyperlink to the judgment or order. As of **March 26, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

☒ Service information continued on next page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California 90067

☐ Service information continued on next page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

Edward Soto (admitted pro hac vice)
Shai Waisman (admitted pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119

☐ Service information continued on next page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
62181.2

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br>Jointly Administered Debtors and Debtors-in-Possession | CHAPTER  11<br>CASE NUMBER 8:08-bk-17206-ES,<br>and Jointly Administered Cases |
|---|---|

## **SERVICE LIST**

**I. SERVED BY NEF**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com

- Joseph M Adams    jadams@sycr.com

- Raymond H Aver    ray@averlaw.com

- James C Bastian    jbastian@shbllp.com

- John A Boyd    fednotice@tclaw.net

- Mark Bradshaw    mbradshaw@shbllp.com

- Brendt C Butler    BButler@rutan.com

- Carollynn Callari    ccallari@venable.com

- Dan E Chambers    dchambers@jmbm.com

- Shirley Cho    scho@pszjlaw.com

- Vonn Christenson    vrc@paynefears.com

- Vincent M Coscino    emurdoch@allenmatkins.com

- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com

- Jonathan S Dabbieri    dabbieri@shlaw.com

- Ana Damonte    ana.damonte@pillsburylaw.com

- Melissa Davis    mdavis@shbllp.com

- Daniel Denny    ddenny@gibsondunn.com

- Caroline Djang    crd@jmbm.com

- Donald T Dunning    ddunning@dunningLaw.com

- Joseph A Eisenberg    jae@jmbm.com

- Lei Lei Wang Ekvall    lekvall@wgllp.com

- Richard W Esterkin    resterkin@morganlewis.com

- Marc C Forsythe    kmurphy@goeforlaw.com

- Alan J Friedman    afriedman@irell.com

- Steven M Garber    steve@smgarberlaw.com

- Christian J Gascou    cgascou@gascouhopkins.com

- Barry S Glaser    bglaser@swjlaw.com

- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

- Eric D Goldberg    egoldberg@stutman.com

- Richard H Golubow    pj@winthropcouchot.com

- Kelly C Griffith    bkemail@harrisbeach.com

- Matthew Grimshaw    mgrimshaw@rutan.com

- Asa S Hami    ahami@morganlewis.com

- Michael J Hauser    michael.hauser@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

62181.2

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS, Jointly Administered Debtors and Debtors-in-Possession | CHAPTER 11 CASE NUMBER 8:08-bk-17206-ES, and Jointly Administered Cases |
|---|---|

- D Edward Hays ehays@marshackhays.com
- Michael C Heinrichs mheinrichs@omm.com
- Harry D. Hochman hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff jonathan.hoff@cwt.com
- Nancy Hotchkiss nhotchkiss@trainorfairbrook.com
- Michelle Hribar mhribar@rutan.com
- John J Immordino john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson laj@cohenandjacobson.com
- Michael J Joyce mjoyce@crosslaw.com
- Stephen M Judson sjudson@fablaw.com
- David I Katzen katzen@ksfirm.com
- Christopher W Keegan ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
- Irene L Kiet ikiet@hkclaw.com
- Mark J Krone mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Leib M Lerner leib.lerner@alston.com
- Peter W Lianides plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu cliu@winthropcouchot.com, fbaig@mrllp.com
- Kerri A Lyman klyman@irell.com
- Mariam S Marshall mmarshall@marshallramoslaw.com
- Robert C Martinez rmartinez@mclex.com
- Hutchison B Meltzer hmeltzer@wgllp.com
- Krikor J Meshefejian kjm@lnbrb.com
- Joel S. Miliband jmiliband@rusmiliband.com
- James M Miller jmiller@millerbarondess.com
- Louis R Miller smiller@millerbarondess.com
- Mike D Neue mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Robert Nida Rnida@castlelawoffice.com
- Henry H Oh henry.oh@dlapiper.com, bambi.clark@dlapiper.com
- Sam S Oh sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
- Sean A Okeefe sokeefe@okeefelc.com
- Robert B Orgel rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Penelope Parmes pparmes@rutan.com
- Ronald B Pierce ronald.pierce@sdma.com

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br>Jointly Administered Debtors and Debtors-in-Possession | CHAPTER 11<br>CASE NUMBER 8:08-bk-17206-ES,<br>and Jointly Administered Cases |
|---|---|

- Raymond A Policar
  hausermouzes@sbcglobal.net

- Cassandra J Richey
  cmartin@pprlaw.net

- Debra Riley    driley@allenmatkins.com

- Martha E Romero
  Romero@mromerolawfirm.com

- John E Schreiber    jschreiber@dl.com

- William D Schuster
  bills@allieschuster.org

- Christopher P Simon
  csimon@crosslaw.com

- Wendy W Smith
  wendy@bindermalter.com

- Steven M Speier
  Sspeier@Squarmilner.com,
  ca85@ecfcbis.com

- Michael St James    ecf@stjames-law.com

- James E Till    jtill@thelobelfirm.com,
  CSolorzano@thelobelfirm.com

- United States Trustee (SA)
  ustpregion16.sa.ecf@usdoj.gov

- Carol G Unruh    cgunruh@sbcglobal.net

- Jason Wallach
  jwallach@gladstonemichel.com

- Joshua D Wayser
  joshua.wayser@kattenlaw.com

- Christopher T Williams
  ctwilliams@venable.com,
  jcontreras@venable.com

- Marc J Winthrop
  pj@winthropcouchot.com

- David M Wiseblood
  dwiseblood@seyfarth.com

- Arnold H Wuhrman
  Wuhrman@serenitylls.com

- Dean A Ziehl    dziehl@pszjlaw.com,
  dziehl@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

62181.2