AT-120

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, bar number, and address):<br>Robert J. Odson (SBN: 162506); Bethany M. Palmer (SBN: 256370)<br>DLA PIPER LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, California 90071-2631<br>TELEPHONE NO.: 213.330.7700   FAX NO.: 213.330.7700<br>ATTORNEY FOR (Name): Plaintiff Gray1 CPB, LLC<br>NAME OF COURT: Superior Court of California, County of Orange<br>STREET ADDRESS: 700 Civic Center Drive West<br>MAILING ADDRESS: P.O. Box 838, Santa Ana, California 92701<br>CITY AND ZIP CODE: Santa Ana, California 92701<br>BRANCH NAME: Central Justice Center | FOR COURT USE ONLY<br><br>FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>MAY 07 2009<br><br>ALAN CARLSON, Clerk of the Court<br>BY M. LEYVA |

PLAINTIFF: GRAY1 CPB, LLC

DEFENDANT: BRUCE ELIEFF

| | |
|---|---|
| ☒ RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING<br>☐ ORDER FOR ISSUANCE OF ADDITIONAL WRIT OF ATTACHMENT AFTER HEARING | CASE NUMBER:<br>30-2008-00112660 |

1. a. The application of plaintiff (name): GRAY1 CPB, LLC
      for ☒ a right to attach order and order for issuance of writ of attachment
           ☐ an order for issuance of additional writ of attachment
      against the property of defendant (name): BRUCE ELIEFF
      came on for hearing as follows:
      (1) Judge (name): Hon. James J. Di Cesare
      (2) Hearing date: April 9, 2009     Time: 1:30 p.m.  ☐ Dept.: 18  ☐ Div.:  ☐ Rm.:
   b. The following persons were present at the hearing:
      (1) ☐ Plaintiff (name):                          (3) ☒ Plaintiff's attorney (name): Robert Odson
      (2) ☐ Defendant (name): Bruce Elieff             (4) ☒ Defendant's attorney (name): Matthew P. Lewis
                                                                                          Aalok Sharma

**FINDINGS**

2. THE COURT FINDS
   a. Defendant (specify name): Bruce Elieff     is a  ☒ natural person  ☐ partnership
      ☐ unincorporated association  ☐ corporation  ☐ other (specify):
   b. The claim upon which the application is based is one upon which an attachment may be issued.
   c. Plaintiff has established the probable validity of the claim upon which the attachment is based.
   d. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
   e. The amount to be secured by the attachment is greater than zero.
   f. ☒ Defendant failed to prove that all the property described in plaintiff's application is exempt from attachment.
   g. ☒ The following property of defendant, described in plaintiff's application
         (1) ☒ is exempt from attachment (specify):
              All personal property other than that described in Attachment A.
         (2) ☒ is not exempt from attachment (specify):
              Personal property that is described in Attachment A.
   h. ☐ The following property, not described in plaintiff's application, claimed by defendant to be exempt
         (1) ☐ is exempt from attachment (specify):
         (2) ☐ is not exempt from attachment (specify):
   i. ☒ An undertaking in the amount of: $ 100,000.00   is required before a writ shall issue, and plaintiff
         ☐ has  ☒ has not filed an undertaking in that amount.
   j. A Right to Attach Order was issued on (date):                                           pursuant to
      ☒ Code of Civil Procedure section 484.090 (on hearing)  ☐ Code of Civil Procedure section 485.220 (ex parte)
   k. ☐ Other (specify):

(Continued on reverse)

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>AT-120 [Rev. January 1, 2000] | **RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER<br>FOR ISSUANCE OF WRIT OF ATTACHMENT** (Attachment) | Code of Civil Procedure<br>§§ 482.030, 484.090<br><br>2001 © American LegalNet, Inc. |

| SHORT TITLE: Gray1 CPB, LLC v ?C Acquisitions, Inc., et al. | CASE NUMBER: 30-2008-00114819 |
|---|---|

## ORDER

3. THE COURT ORDERS

a. Plaintiff has a right to attach property of defendant *(name)*: Bruce Elieff
   in the amount of: $ 7,898,181.96

b. ☐ The property described in items 2g(1) and 2h(1) of the findings is exempt and shall not be attached.

c. The clerk shall issue ☒ a writ of attachment ☐ an additional writ of attachment in the amount stated in item 3a
   ☐ forthwith ☒ upon the filing of an undertaking in the amount of: $ 100,000.00
   
   (1) ☐ for any property of a defendant who is not a natural person for which a method of levy is provided.
   
   (2) ☒ for the property of a defendant who is a natural person that is subject to attachment under Code of Civil Procedure section 487.010, described as follows *(specify)*:
   See Attachment A.
   
   (3) ☐ for the property covered by a bulk sales notice with respect to a bulk transfer by defendant or the proceeds of sale of such property, described as follows *(specify)*:
   
   (4) ☐ for plaintiff's pro rata share of proceeds from an escrow in which defendant's liquor license is sold. The license number is *(specify)*:

d. ☒ Defendant shall transfer to the levying officer possession of
   (1) ☒ any documentary evidence in defendant's possession of title to any property described in item 3c;
   (2) ☒ any documentary evidence in defendant's possession of debt owed to defendant described in item 3c;
   (3) ☒ the following property in defendant's possession *(specify)*:
   See Attachment A

---
**NOTICE TO DEFENDANT: FAILURE TO COMPLY WITH THIS ORDER MAY SUBJECT YOU TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.**

---

e. ☐ Other *(specify)*:

f. Total number of boxes checked in item 3: 7

Honorable James J Di Cesare      MAY 0 7 2009      ► JAMES J. DI CESARE
(TYPE OR PRINT NAME)                                  (SIGNATURE OF JUDGE OR COMMISSIONER)

AT-120 [Rev. January 1, 2000]   RIGHT TO ATTACH ORDER AFTER HEARING AND ORDER   Page two
FOR ISSUANCE OF WRIT OF ATTACHMENT (Attachment)
2001 © American LegalNet, Inc.

## ATTACHMENT A TO RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST BRUCE ELIEFF

### Assets of Bruce Elieff

1. All interests in real property located in the State of California owned by Bruce Elieff, either alone or together with other persons, including without limitation Mr. Elieff's interest in real property located at (a) 4507 Perham Road, Corona Del Mar, CA 92625 (APN 475-013-02); (b) 26 Pelican Point Drive, Newport Beach, CA 92657 (APN 475-091-24); (c) 20055 Via Monita, Yorba Linda, CA 92887 (APN 349-701-44).

2. Accounts receivable, chattel paper, and general intangibles arising out of the conduct by Bruce Elieff of a trade, business, or profession, including all accounts receivable, chattel paper, and general intangibles arising out of the conduct by Bruce Elieff of a trade, business, or profession located in deposit accounts at any financial institution or in any safe deposit boxes, standing in the name of Bruce Elieff, either alone or together with other persons, except any such individual claim with a principal balance of less than one hundred fifty dollars ($150).

3. All equipment held or owned by Bruce Elieff, either alone or together with other persons.

4. All farm products held or owned by Bruce Elieff, either alone or together with other persons.

5. All inventory held or owned by Bruce Elieff, either alone or together with other persons.

6. Final money judgments arising out of the conduct by Bruce Elieff of a trade, business, or profession.

7. Money on the premises where a trade, business, or profession is conducted by the defendant and, except for the first one thousand dollars ($1,000), money located elsewhere than on such premises and deposit accounts, except to the extent such property constitutes earnings.

8. Money located in deposit accounts at any financial institution or in any safe deposit boxes, standing in the name of Bruce Elieff, either alone or together with other persons, except any money in deposit accounts to the extent such money constitutes earnings.

WEST\21656279.4

9. Negotiable documents of title held or owned by Bruce Elieff, either alone or together with other persons, including all negotiable documents of title held or owned by Bruce Elieff located in deposit accounts at any financial institution or in any safe deposit boxes, standing in the name of Bruce Elieff, either alone or together with other persons.

10. All instruments held or owned by Bruce Elieff, either alone or together with other persons, including all instruments held or owned by Bruce Elieff located in deposit accounts at any financial institution or in any safe deposit boxes, standing in the name of Bruce Elieff, either alone or together with other persons.

11. All securities held or owned by Bruce Elieff, either alone or together with other person.

12. All minerals or the like (including oil and gas) to be extracted held or owned by Bruce Elieff, either alone or together with other persons.

WEST\21656279.4

155

Exhibit "AJ"

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, Suite 2300, Los Angeles, California 90071.

On April 28, 2009, I served the document(s) described as follows:

**RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AFTER HEARING [AGAINST BRUCE ELIEFF]**

on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

<u>Attorneys for Defendants and Cross-Complainants SCC Acquisitions, Inc. and Bruce Elieff</u>:
Matthew P. Lewis, Esq.
Aalok Sharman, Esq.
Sara J. Phillips, Esq.
White & Case LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: 213-620-7700
Facsimile: 213-452-2329

<u>Attorneys for Cross-Defendant Central Pacific Bank</u>:
Thomas M. Robins, III, Esq.
Bruce D. Poltrock, Esq.
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048-4920
Telephone: 323-852-1000
Facsimile: 323-651-2577

[ X ] BY U.S. MAIL As follows: I am "readily familiar" with the firm's business practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under said practice, correspondence is deposited with the U.S. Postal Service in the ordinary course of business on that same day with postage thereon fully prepaid. I placed said sealed envelope for collection and mailing on the date hereof following ordinary business practices.

[ ] BY FACSIMILE I caused such document to be sent via facsimile to the person(s) at the fax numbers listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 28, 2009, at Los Angeles, California.

_____
Gabriela Paracha

DLA PIPER US LLP
LOS ANGELES

WEST\21568380.1

**AT-135**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert J. Odson (SBN: 162506) Bethany M. Palmer (SBN 256370)<br>DLA PIPER LLP (US)<br>550 South Hope Street, Suite 2300<br>Los Angeles, California 90071-2631<br>TELEPHONE NO.: 213.330.7700  FAX NO. (Optional): 213.330.7701<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Gray1 CPB, LLC | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: P.O. Box 838, Santa Ana, California 92701
CITY AND ZIP CODE: Santa Ana, California 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: GRAY1 CPB, LLC

DEFENDANT: SCC ACQUISITIONS, INC.

| WRIT OF ATTACHMENT<br>☒ AFTER HEARING   ☐ EX PARTE | CASE NUMBER:<br>30-2008-00112660 |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: LOS ANGELES

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant (name and last known address):
SCC Acquisitions, Inc.
2392 Morse Avenue
Irvine, California 92614
and the attachment is to secure: $ 7,898,181.96

4. Name and address of plaintiff: Gray1 CPB, LLC, 550 West C Street, Suite 1470, San Diego, California 92101

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment (describe property and state its location; itemize by letter):
All corporate property of defendant SCC Acquisitions, Inc. which is subject to attachment pursuant to Code of Civil Proc. § 487.010(a).
☐ This information is on an attached sheet.

6. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
a. Name:
b. Mailing address, if known, as shown by the records of the office of the county tax assessor (specify):

7. ☐ The real property on which the
☐ crops described in item 5_____ are growing
☐ timber described in item 5_____ to be cut is standing stands upon the records of the county in the name of
a. Name:
b. Address:

[SEAL]

WHC

Date: 4/23/09     Clerk, by ALAN CARLSON / WILLIAM CREGAN _____, Deputy

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010
WEST\21656427.1
American LegalNet, Inc.
www.FormsWorkflow.com

157                                                                 Exhibit "AK"

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, Suite 2300, Los Angeles, California 90071.

On April 22, 2009, I served the document(s) described as follows:

**WRIT OF ATTACHMENT AFTER HEARING**
**[SCC ACQUISITIONS, INC.]**

on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

| Attorneys for Defendants and Cross-Complainants SCC Acquisitions, Inc. and Bruce Elieff: | Attorneys for Cross-Defendant Central Pacific Bank: |
|---|---|
| Matthew P. Lewis, Esq. | Thomas M. Robins, III, Esq. |
| Aalok Sharman, Esq. | Bruce D. Poltrock, Esq. |
| Sara J. Phillips, Esq. | Frandzel Robins Bloom & Csato, L.C. |
| White & Case LLP | 6500 Wilshire Boulevard, 17th Floor |
| 633 West Fifth Street, Suite 1900 | Los Angeles, CA 90048-4920 |
| Los Angeles, CA 90071-2007 | Telephone: 323-852-1000 |
| Telephone: 213-620-7700 | Facsimile: 323-651-2577 |
| Facsimile: 213-452-2329 | |

[ ] BY FACSIMILE   I caused such document to be sent via facsimile to the person(s) at the fax numbers listed above.

[ X ] VIA OVERNIGHT DELIVERY  I am readily familiar with DLA Piper US LLP's business practices of collecting and processing items for pickup and next business day delivery by Overnite Express and/or Federal Express. Under said practices, items to be delivered the next business day are either picked up by Overnite Express and/or Federal Express or deposited in a box or other facility regularly maintained by Overnite Express and/or Federal Express in the ordinary course of business on that same day with the cost thereof billed to DLA Piper US LLP's account. I placed such sealed envelope for delivery by Overnite Express and/or Federal Express to the offices of the addressee(s) as indicated above on the date hereof following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 22, 2009, at Los Angeles, California.

*Gabriela Paracha*

DLA PIPER US LLP
LOS ANGELES

WEST\21568380.1

AT-135

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*
Robert J. Odson (SBN: 162506) Bethany M. Palmer (SBN 256370)
DLA PIPER LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, California 90071-2631
TELEPHONE NO.: 213.330.7700
FAX NO. *(Optional):* 213.330.7701
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Plaintiff Gray1 CPB, LLC

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: P.O. Box 838, Santa Ana, California 92701
CITY AND ZIP CODE: Santa Ana, California 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: GRAY1 CPB, LLC

DEFENDANT: BRUCE ELIEFF

**WRIT OF ATTACHMENT**
☒ AFTER HEARING    ☐ EX PARTE

CASE NUMBER: 30-2008-00112660

ORIGINAL

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF: LOS ANGELES

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address):*
   Bruce Elieff
   26 Pelican Point Drive,
   Newport Beach, CA
   and the attachment is to secure: $ 7,898,181.96

4. Name and address of plaintiff: Gray1 CPB, LLC, 550 West C Street, Suite 1470, San Diego, California 92101

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter):*

   ☒ This information is on an attached sheet.

6. ☐ An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify):*

7. ☐ The real property on which the
   ☐ crops described in item 5_____ are growing
   ☐ timber described in item 5_____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

Date: May 18, 2009    Clerk, by _____, Deputy
WILLIAM CREGAN
ALAN CARLSON

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
AT-135 [Rev. January 1, 2003]

**WRIT OF ATTACHMENT**
(Attachment)

Code of Civ. Proc., § 488.010
WEST\21656427.1
American LegalNet, Inc.
www.FormsWorkflow.com

# ATTACHMENT A TO RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST BRUCE ELIEFF

### Assets of Bruce Elieff

1. All interests in real property located in the State of California owned by Bruce Elieff, either alone or together with other persons, including without limitation Mr. Elieff's interest in real property located at (a) 4507 Perham Road, Corona Del Mar, CA 92625 (APN 475-013-02); (b) 26 Pelican Point Drive, Newport Beach, CA 92657 (APN 475-091-24); (c) 20055 Via Monita, Yorba Linda, CA 92887 (APN 349-701-44).

2. Accounts receivable, chattel paper, and general intangibles arising out of the conduct by Bruce Elieff of a trade, business, or profession, including all accounts receivable, chattel paper, and general intangibles arising out of the conduct by Bruce Elieff of a trade, business, or profession located in deposit accounts at any financial institution or in any safe deposit boxes, standing in the name of Bruce Elieff, either alone or together with other persons, except any such individual claim with a principal balance of less than one hundred fifty dollars ($150).

3. All equipment held or owned by Bruce Elieff, either alone or together with other persons.

4. All farm products held or owned by Bruce Elieff, either alone or together with other persons.

5. All inventory held or owned by Bruce Elieff, either alone or together with other persons.

6. Final money judgments arising out of the conduct by Bruce Elieff of a trade, business, or profession.

7. Money on the premises where a trade, business, or profession is conducted by the defendant and, except for the first one thousand dollars ($1,000), money located elsewhere than on such premises and deposit accounts, except to the extent such property constitutes earnings.

8. Money located in deposit accounts at any financial institution or in any safe deposit boxes, standing in the name of Bruce Elieff, either alone or together with other persons, except any money in deposit accounts to the extent such money constitutes earnings.

WEST\21656279.4

9. Negotiable documents of title held or owned by Bruce Elieff, either alone or together with other persons, including all negotiable documents of title held or owned by Bruce Elieff located in deposit accounts at any financial institution or in any safe deposit boxes, standing in the name of Bruce Elieff, either alone or together with other persons.

10. All instruments held or owned by Bruce Elieff, either alone or together with other persons, including all instruments held or owned by Bruce Elieff located in deposit accounts at any financial institution or in any safe deposit boxes, standing in the name of Bruce Elieff, either alone or together with other persons.

11. All securities held or owned by Bruce Elieff, either alone or together with other person.

12. All minerals or the like (including oil and gas) to be extracted held or owned by Bruce Elieff, either alone or together with other persons.

WEST\21656279.4

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, Suite 2300, Los Angeles, California 90071.

On May 12, 2009, I served the document(s) described as follows:

**WRIT OF ATTACHMENT AFTER HEARING – BRUCE ELIEFF [LOS ANGELES COUNTY]**

on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

| Attorneys for Defendants and Cross-Complainants SCC Acquisitions, Inc. and Bruce Elieff: | Attorneys for Cross-Defendant Central Pacific Bank: |
|---|---|
| Matthew P. Lewis, Esq.<br>Aalok Sharman, Esq.<br>Sara J. Phillips, Esq.<br>White & Case LLP<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071-2007<br>Telephone: 213-620-7700<br>Facsimile:  213-452-2329 | Thomas M. Robins, III, Esq.<br>Bruce D. Poltrock, Esq.<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA  90048-4920<br>Telephone: 323-852-1000<br>Facsimile:   323-651-2577 |

[ X ]  BY U.S. MAIL  As follows:  I am "readily familiar" with the firm's business practice of collection and processing correspondence for mailing with the U.S. Postal Service.  Under said practice, correspondence is deposited with the U.S. Postal Service in the ordinary course of business on that same day with postage thereon fully prepaid.  I placed said sealed envelope for collection and mailing on the date hereof following ordinary business practices.

[ ]  BY FACSIMILE  I caused such document to be sent via facsimile to the person(s) at the fax numbers listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 12, 2009, at Los Angeles, California.

_____
Gabriela Paracha

DLA PIPER US LLP
LOS ANGELES

WEST\21568380.1