| In re: | CHAPTER: |
|---|---|
| Debtor(s). | CASE NUMBER: |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____    _____
*Date*                              *Type Name*                         *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                   **F 9013-3.1**

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS, Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 8:08-bk-17206-ES |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. TO BE SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING

Selia M Acevedo sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
Joseph M Adams jadams@sycr.com
Raymond H Aver ray@averlaw.com
James C Bastian jbastian@shbllp.com
John A Boyd fednotice@tclaw.net
Mark Bradshaw mbradshaw@shbllp.com
Brendt C Butler BButler@rutan.com
Carollynn Callari ccallari@venable.com
Dan E Chambers dchambers@jmbm.com
Shirley Cho scho@pszjlaw.com
Vonn Christenson vrc@paynefears.com
Vincent M Coscino vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
Paul J Couchot pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
Jonathan S Dabbieri dabbieri@shlaw.com
Ana Damonte ana.damonte@pillsburylaw.com
Melissa Davis mdavis@shbllp.com
Daniel Denny ddenny@gibsondunn.com
Caroline Djang crd@jmbm.com
Donald T Dunning ddunning@dunningLaw.com
Joseph A Eisenberg jae@jmbm.com
Lei Lei Wang Ekvall lekvall@wgllp.com
Richard W Esterkin resterkin@morganlewis.com
Marc C Forsythe kmurphy@goeforlaw.com
Alan J Friedman afriedman@irell.com
Steven M Garber steve@smgarberlaw.com
Christian J Gascou cgascou@gascouhopkins.com
Barry S Glaser bglaser@swjlaw.com
Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Eric D Goldberg egoldberg@stutman.com
Richard H Golubow rgolubow@winthropcouchot.com, pj@winthropcouchot.com
Kelly C Griffith bkemail@harrisbeach.com
Matthew Grimshaw mgrimshaw@rutan.com
Asa S Hami ahami@morganlewis.com
Michael J Hauser michael.hauser@usdoj.gov
D Edward Hays ehays@marshackhays.com
Michael C Heinrichs mheinrichs@omm.com
Harry D. Hochman hhochman@pszjlaw.com, hhochman@pszjlaw.com
Jonathan M Hoff jonathan.hoff@cwt.com
Nancy Hotchkiss nhotchkiss@trainorfairbrook.com
Michelle Hribar mhribar@rutan.com
John J Immordino john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
Lawrence A Jacobson laj@cohenandjacobson.com
Michael J Joyce mjoyce@crosslaw.com
Stephen M Judson sjudson@fablaw.com
Sean A Kading skading@marshackhays.com
David I Katzen katzen@ksfirm.com
Christopher W Keegan ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
Irene L Kiet ikiet@hkclaw.com
Mark J Krone mk@amclaw.com, crs@amclaw.com;amc@amclaw.com

| In re: | | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NUMBER: |

**ADDITIONAL SERVICE INFORMATION (if needed):**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 9013-3.1**

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS, Debtor(s). | CHAPTER: 11<br>CASE NUMBER: 8:08-bk-17206-ES |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

II. Served by U.S. Mail:

Counsel for Debtors
Paul J. Couchot
E-mail: pcouchot@winthropcouchot.com
Peter W. Lianides
E-mail: plianides@winthropcouchot.com
Winthrop Couchot
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

Counsel for the Official Committee of Creditors Holding Unsecured Claims in
Chapter 11 Cases of Palmdale Hills Property, LLC et al.
Alan J. Friedman, Esq.
E-mail: afriedman@irell.com
Irell & Manella
840 Newport Center Drive, #400
Newport Beach, CA 92660-6324

Counsel to the Official Committee of Creditors Holding Unsecured Claims in the Trustee Cases
Lei Lei Wang Ekvall, Esq.
E-mail: lekvall@wgllp.com
Weiland, golden, Smiley, Wang, Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Counsel for SCC Acquisitions, Inc. and Bruce Elieff
Louis R. Miller
E-Mail: smiller@millerbarondess.com
Martin Pritikin
E-mail: mpritikin@millerbarondess.com
Miller Barondess, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA 90067

(Prior) Litigation Counsel for SCC Acquisitions, Inc. and Bruce Elieff
Matthew P. Lewis
E-mail: mlewis@whitecase.com
Aalok Sharma
E-mail: asharma@whitecase.com
White and Case LLP
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-2007

Litigation Counsel for SCC Acquisitions, Inc. and Bruce Elieff
Jeffrey Benice
E-mail: JSB@JeffreyBenice.com
Law Offices of Jeffrey Benice
650 Towne Center Drive, Suite 1300
Costa Mesa, CA 92626