FRANK T. PEPLER (CA Bar No. 100070)
frank.pepler@dlapiper.com
ROBERT J. ODSON (CA Bar No. 162506)
robert.odson@dlapiper.com
BRENDAN P. COLLINS (CA Bar No. 260260)
brendan.collins@dlapiper.com
**DLA PIPER LLP (US)**
550 South Hope Street, Suite 2300
Los Angeles, CA  90071-2678
Tel:  213.330.7700
Fax:  213.330.7701

Attorneys for GRAY 1 CPB, LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re

PALMDALE HILLS PROPERTY, LLC, AND ITS
RELATED DEBTORS,

    Jointly Administered Debtors and
    Debtors-in-Possession.

☐ Affects All Debtors.

☒ Affects Palmdale Hills Property, LLC

☒ Affects SunCal Beaumont Heights, LLC

☐ Affects SCC/Palmdale, LLC

☒ Affects SunCal Johannson Ranch, LLC

☒ Affects SunCal Summit Valley, LLC

☒ Affects SunCal Emerald Meadows LLC

☒ Affects SunCal Bickford Ranch, LLC

☒ Affects Acton Estates, LLC

☐ Affects Seven Brothers LLC

☒ Affects SJD Partners, Ltd.

☐ Affects SJD Development Corp.

☐ Affects Kirby Estates, LLC

**CASE NO. 8:08-BK-17206-ES**

(Jointly Administered with Case Nos.
8:08-bk-17209-ES; 8:08-bk-17224-ES;
8:08-bk-17225-ES; 8:08-bk-17227-ES;
8:08-bk-17230-ES; 8:08-bk-17231-ES;
8:08-bk-17236-ES; 8:08-bk-17240-ES;
8:08-bk-17242-ES; 8:08-bk-17245-ES;
8:08-bk-17246-ES; 8:08-bk-17248-ES;
8:08-bk-17249-ES; 8:08-bk-17404-ES;
8:08-bk-17407-ES; 8:08-bk-17408-ES;
8:08-bk-17409-ES; 8:08-bk-17458-ES;
8:08-bk-17465-ES; 8:08-bk-17470-ES;
8:08-bk-17472-ES; 8:08-bk-17573-ES;
8:08-bk-17574-ES; 8:08-bk-17575-ES;
8:08-bk-17588-ES

**AMENDED** NOTICE OF TRANSFER
OF CLAIMS FROM SCC
ACQUISITIONS, INC. AND BRUCE
ELIEFF TO GRAY 1 CPB, LLC FOR
SECURITY AFTER PROOFS OF
CLAIM FILED, PURSUANT TO
FEDERAL RULE OF BANKRUPTCY
PROCEDURE 3001(e)(4)

1  ☐  Affects SunCal Communities I, LLC

2  ☐  Affects SunCal Communities III, LLC

3  ☒  Affects LB-L-SunCal Oak Valley, LLC

4  ☒  Affects SunCal Heartland, LLC

5
6  ☒  Affects LB-L-SunCal Northlake, LLC.

7  ☒  Affects SunCal Marblehead, LLC

8  ☒  Affects SunCal Century City, LLC

9  ☒  Affects SunCal PSV, LLC

10  ☒  Affects Delta Coves Venture, LLC

11  ☒  Affects SunCal Torrance, LLC

12  ☒  Affects SCC Communities LLC

13  ☒  Affects North Orange Del Rio Land, LLC

14  ☒  Affects Tesoro SF, LLC

15  ☒  Affects SunCal Oak Knoll, LLC

16

17

18  **TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY**

19  **JUDGE; THE DEBTOR; THE OFFICE OF THE UNITED STATES TRUSTEE; AND**

20  **ALL OTHER PARTIES ENTITLED TO NOTICE:**

21

22  **PLEASE TAKE NOTICE** that by this **Amended** Notice Of Transfer Of Claims From

23  SCC Acquisitions, Inc. And Bruce Elieff To Gray 1 CPB, LLC For Security After Proof Of

24  Claim Filed, Pursuant To Federal Rule Of Bankruptcy Procedure ("FRBP") 3001(e)(4) (the

25  "Notice"), all right, title and interest in and to the fifty-eight (58) claims described below (the

26  "Transferred Claims") have been transferred for security to Gray 1 CPB, LLC ("GRAY1") c/o

27  Robert Odson, Esq., DLA Piper LLP (US), 550 South Hope St., Suite 2300, Los Angeles,

28  California 90071, (213) 330-7700.

DLA PIPER US LLP
LOS ANGELES

WEST\21929101.2
369132-000002

-2-

1    **PLEASE TAKE FURTHER NOTICE** that the Transferred Claims have been

2    transferred from,

3    - **SCC ACQUISITIONS, INC.** ("SCC"), which is located at 2392 Morse Avenue,
   Irvine, CA 92164 and represented by Counsel Jeffrey Benice, Esq., 650 Town

4    Center Drive, Suite 1300, Costa Mesa, CA 92626, (714) 641-3604; and

5    - **BRUCE ELIEFF**, who is located at 26 Pelican Point Drive, Newport Beach CA
   92657 and represented by Counsel Jeffrey Benice, Esq., 650 Town Center Drive,

6    Suite 1300, Costa Mesa, CA 92626, (714) 641-3604.

7

8    ## CIRCUMSTANCES UNDERLYING TRANSFER OF CLAIMS

9    According to FRBP 3001(e)(4), "[i]f a claim … has been transferred for security after the

10   proof of claim has been filed, evidence of the terms of the transfer shall be filed by the

11   transferee." FRBP 3001(e)(4).

12   Subsequent to SCC and Mr. Elieff filing the below described claims in the above

13   captioned consolidated bankruptcy proceedings, Gray1 obtained the following:

14   - Right to Attach Order and Order for Issuance of Writ of Attachment After Hearing
   against SCC by the Orange County Superior Court of California, which was filed

15   on April 15, 2009 in the amount of $7,898,181.96 ("SCC Attachment Order")[1];
   and

16

17   - Right to Attach Order and Order for Issuance of Writ of Attachment After Hearing
   against Bruce Elieff by the Orange County Superior Court of California, which

18   was filed on May 7, 2009 in the amount of $7,898,181.96 ("Elieff Attachment
   Order")[2].

19   According the SCC Attachment Order, the "[t]he clerk shall issue a writ of attachment …

20   for any property … for which a method of levy is provided."  For corporations, the California

21   Code of Civil Procedure ("CCP") provides for levy against—among other forms of property—

22   chattel paper, accounts receivable, or general intangibles.  Additionally, according the Elieff

23   Attachment Order, the "[t]he clerk shall issue a writ of attachment …  for the property … that is

24   subject to attachment under Code of Civil Procedure section 487.010."  Under CCP § 487.010,

25   "[t]he following property … is subject to attachment ... : accounts receivable, chattel paper, and

26

27

28

[1] A true and correct copy of the SCC Attachment Order is attached hereto as Exhibit AI.
[2] A true and correct copy of the Elieff Attachment Order is attached hereto as Exhibit AJ.

1    general intangibles arising out of the conduct by the defendant of a trade, business, or

2    profession."

3        Pursuant to the SCC Attachment Order, a Writ of Attachment was executed against SCC

4    (the "SCC Writ of Attachment")[3] in favor of Gray1 on April 23, 2009.  The Writ of Attachment

5    directed attachment of "[a]ll corporate property of defendant SCC Acquisitions, Inc. which is

6    subject to attachment pursuant to Code of Civil Proc. § 487.010 (a)."  As explained above, this

7    includes "accounts receivable, chattel paper, and general intangibles arising out of the conduct by

8    the defendant of a trade, business, or profession."

9        Pursuant to the Elieff Attachment Order, a Writ of Attachment was executed against Mr.

10   Elieff (the "Elieff Writ of Attachment")[4] in favor of Gray1 on May 18, 2009.  The Writ of

11   Attachment directed attachment of  "[a]ccounts receivable, chattel paper, and general intangibles

12   arising out of the conduct by Bruce Elieff of a trade, business, or profession …."

13       Regardless of whether SCC's and Mr. Elieff's interests in the Transferred Claims are

14   categorized as accounts receivable, chattel paper, or general intangibles, the SCC Attachment

15   Order and Elieff Attachment Order give Gray1 an interest in that property.  The SCC Writ of

16   Attachment and Elieff Writ of Attachment further created a lien on that property in favor of

17   Gray1.  By this Notice, pursuant to  Federal Rule of Bankruptcy 3001(e)(4), Gray1 is hereby

18   perfecting its interest in the Transferred Claims.

19

20                              **TRANSFERRED CLAIMS**

21   **I.        CASE: PALMDALE HILLS PROPERTY, LLC (8:08-bk-17206-ES)**

22       **A. Transferred Claim #1**

23       •   Person or entity from whom the claim was transferred: SCC

24       •   Claim Register Number: **24** (A true and correct copy of the proof of claim—without
             attachments—is attached hereto as EXHIBIT A and incorporated herein by reference)
25
         •   Type of Claim:  **General Unsecured Claim** (for Reimbursement of Expenses)
26
         •   Amount of Claim: **$3000.00**
27

28   [3] A true and correct copy of the SCC Writ of Attachment is attached hereto as Exhibit AK.
     [4] A true and correct copy of the Elieff Writ of Attachment is attached hereto as Exhibit AL.

**B. Transferred Claim #2**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **60** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT B and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of Palmdale Hills Property, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting Palmdale Hills, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which Palmdale Hills Property, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from Palmdale Hills Property, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

**C. Transferred Claim #3**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **90** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT C and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $27,991,947.00—Contingent claim** with regard to payments that may be made by SCC under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of SCC to the bonding companies issuing the bonds described in this claim, with respect to which SCC would then have a claim for reimbursement from Palmdale Hills Property, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

**D. Transferred Claim #4**

- Person or entity from whom the claim was transferred: Bruce Elieff

- Claim Register Number: **91** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT D and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $27,991,947.00—Contingent claim** with regard to payments that may be made by Mr. Elieff under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of Mr. Elieff to the bonding companies issuing the bonds described in this claim, with respect to which Mr. Elieff would then have a claim for reimbursement from Palmdale Hills Property, LLC.  At such time, if any, that Mr. Elieff makes any payments or incurs any

expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

## II.    CASE: SUNCAL BEAUMONT HEIGHTS, LLC (8:08-bk-17209-ES)

### A.    Transferred Claim #5

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **2** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT E and incorporated herein by reference)

- Type of Claim: **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$13,306.54**

### B.    Transferred Claim #6

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **5** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT F and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of SunCal Beaumont Heights, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting SunCal Beaumont Heights, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which SunCal Beaumont Heights, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from SunCal Beaumont Heights, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

## III.    CASE: SUNCAL JOHANNSON RANCH, LLC (8:08-bk-17225-ES)

### A.    Transferred Claim #7

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **1** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT G and incorporated herein by reference)

- Type of Claim: **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$9,417.65**

///

///

DLA PIPER US LLP
LOS ANGELES

WEST\21929101.2
369132-000002

**B. Transferred Claim #8**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **4** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT H and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of SunCal Johannson Ranch, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting SunCal Johannson Ranch, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which SunCal Johannson Ranch, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from SunCal Johannson Ranch, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

**IV.    CASE: SUNCAL SUMMIT VALLEY LLC (8:08-bk-17227-ES)**

**A. Transferred Claim #9**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **8** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT I and incorporated herein by reference)

- Type of Claim: **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$2,500.00**

**B. Transferred Claim #10**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **11** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT J and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of SunCal Summit Valley, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting SunCal Summit Valley, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which SunCal Summit Valley, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from SunCal Summit Valley, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or

DLA Piper US LLP
Los Angeles

WEST\21929101.2
369132-000002

other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

## V.    CASE: SUNCAL EMERALD MEADOWS LLC (8:08-bk-17230-ES)

### A. Transferred Claim #11

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **4** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT K and incorporated herein by reference)

- Type of Claim: **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$15,777.78**

### B. Transferred Claim #12

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **6** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT L and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of SunCal Emerald Meadows, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting SunCal Emerald Meadows, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which SunCal Emerald Meadows, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from SunCal Emerald Meadows, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

## VI.    CASE: SUNCAL BICKFORD RANCH LLC (8:08-bk-17231-ES)

### A. Transferred Claim #13

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **12** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT M and incorporated herein by reference)

- Type of Claim: **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$3,000.00**

### B. Transferred Claim #14

- Person or entity from whom the claim was transferred: SCC

DLA Piper US LLP
Los Angeles

WEST\21929101.2
369132-000002

- Claim Register Number: **14** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT N and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of SunCal Bickford Ranch, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting SunCal Bickford Ranch, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which SunCal Bickford Ranch, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from SunCal Bickford Ranch, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

### C.  Transferred Claim #15

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **25** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT O and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $ 2,696,529—Contingent claim** with regard to payments that may be made by SCC under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of SCC to the bonding companies issuing the bonds described in this claim, with respect to which SCC would then have a claim for reimbursement from SunCal Bickford Ranch, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

### D.  Transferred Claim #16

- Person or entity from whom the claim was transferred:

- Person or entity from whom the claim was transferred: Bruce Elieff

- Claim Register Number: **26** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT P and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $ 2,696,529—Contingent claim** with regard to payments that may be made by Mr. Elieff under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of Mr. Elieff to the bonding companies issuing the bonds described in this claim, with respect to which Mr. Elieff would then have a claim for reimbursement from SunCal Bickford Ranch, LLC.  At such time, if any, that Mr. Elieff makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds

DLA Piper US LLP
Los Angeles

WEST\21929101.2
369132-000002

described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

**VII.    CASE: ACTON ESTATES, LLC (8:08-bk-17236-ES)**

### A.  Transferred Claim #17

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **3** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT Q and incorporated herein by reference)

- Type of Claim:  **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim:  **$3,000.00**

### B.  Transferred Claim #18

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **5** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT R and incorporated herein by reference)

- Type of Claim:  **Administrative Claim**

- Amount of Claim:  **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of Acton Estates, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting Acton Estates, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which Acton Estates, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from Acton Estates, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

### C.  Transferred Claim #19

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **8** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT S and incorporated herein by reference)

- Type of Claim:  **Bond Indemnification**

- Amount of Claim:  **Up to $ 1,290,000.00—Contingent claim** with regard to payments that may be made by SCC under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of SCC to the bonding companies issuing the bonds described in this claim, with respect to which SCC would then have a claim for reimbursement from Acton Estates, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

DLA PIPER US LLP
LOS ANGELES

WEST\21929101.2
369132-000002

### D. Transferred Claim #20

- Person or entity from whom the claim was transferred: Bruce Elieff

- Claim Register Number: **9** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT T and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $ 1,290,000.00—Contingent claim** with regard to payments that may be made by Mr. Elieff under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of Mr. Elieff to the bonding companies issuing the bonds described in this claim, with respect to which Mr. Elieff would then have a claim for reimbursement from Acton Estates, LLC.  At such time, if any, that Mr. Elieff makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

## VIII.    CASE: SJD PARTNERS, LLC (8:08-bk-17242-ES)

### A. Transferred Claim #21

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **19** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT U and incorporated herein by reference)

- Type of Claim: **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$27,166.61**

### B. Transferred Claim #22

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **21** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT V and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim:  **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of SJD Partners, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting SJD Partners, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which SJD Partners, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from SJD Partners, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

///

DLA Piper US LLP
Los Angeles

WEST\21929101.2
369132-000002

**C. Transferred Claim #23**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **43** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT W and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $ 37,472,869.00—Contingent claim** with regard to payments that may be made by SCC under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of SCC to the bonding companies issuing the bonds described in this claim, with respect to which SCC would then have a claim for reimbursement from SJD Partners, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

**D. Transferred Claim #24**

- Person or entity from whom the claim was transferred: Bruce Elieff

- Claim Register Number: **44** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT X and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $ 37,472,869.00—Contingent claim** with regard to payments that may be made by Mr. Elieff under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of Mr. Elieff to the bonding companies issuing the bonds described in this claim, with respect to which Mr. Elieff would then have a claim for reimbursement from SJD Partners, LLC.  At such time, if any, that Mr. Elieff makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

**IX.    CASE: LB/L-SUNCAL OAK VALLEY, LLC (8:08-bk-17404-ES)**

**A. Transferred Claim #25**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **7** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT Y and incorporated herein by reference)

- Type of Claim: **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$5,300.00**

**B. Transferred Claim #26**

- Person or entity from whom the claim was transferred: SCC

-12-

- Claim Register Number: **13** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT Z and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of LB/L SunCal Oak Valley, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting LB/L SunCal Oak Valley, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which LB/L SunCal Oak Valley, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from LB/L SunCal Oak Valley, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

## C.  Transferred Claim #27

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **15** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT AA and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **$4,476.99**

## D.  Transferred Claim #28

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **29** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT BB and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim:  **Up to $ 26,167,563.15—Contingent claim** with regard to payments that may be made by SCC under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of SCC to the bonding companies issuing the bonds described in this claim, with respect to which SCC would then have a claim for reimbursement from LB/L SunCal Oak Valley, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

## E.  Transferred Claim #29

- Person or entity from whom the claim was transferred: Bruce Elieff

DLA Piper US LLP
Los Angeles

WEST\21929101.2
369132-000002

- Claim Register Number: **30** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT CC and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $ 26,167,563.15—Contingent claim** with regard to payments that may be made by Mr. Elieff under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of Mr. Elieff to the bonding companies issuing the bonds described in this claim, with respect to which Mr. Elieff would then have a claim for reimbursement from LB/L SunCal Oak Valley, LLC.  At such time, if any, that Mr. Elieff makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

## X.  CASE: SUNCAL HEARTLAND, LLC (8:08-bk-17407-ES)

### A. Transferred Claim #30

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **4** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT DD and incorporated herein by reference)

- Type of Claim: **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$24,065.05**

### B. Transferred Claim #31

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **7** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT EE and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of SunCal Heartland, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting SunCal Heartland, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which SunCal Heartland, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from SunCal Heartland, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

### C. Transferred Claim #32

- Person or entity from whom the claim was transferred: SCC

DLA PIPER US LLP
LOS ANGELES

WEST\21929101.2
369132-000002

- Claim Register Number: **19** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT FF and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $ 28,947,440.00—Contingent claim** with regard to payments that may be made by SCC under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of SCC to the bonding companies issuing the bonds described in this claim, with respect to which SCC would then have a claim for reimbursement from SunCal Heartland, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

**D. Transferred Claim #33**

- Person or entity from whom the claim was transferred: Bruce Elieff

- Claim Register Number: **20** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT GG and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $ 28,947,440.00—Contingent claim** with regard to payments that may be made by Mr. Elieff under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of Mr. Elieff to the bonding companies issuing the bonds described in this claim, with respect to which Mr. Elieff would then have a claim for reimbursement from SunCal Heartland, LLC.  At such time, if any, that Mr. Elieff makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

**XI.    CASE: LB/L-SUNCAL NORTHLAKE LLC (8:08-bk-17408-ES)**

**A. Transferred Claim #34**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **2** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT HH and incorporated herein by reference)

- Type of Claim: **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$6,617.65**

**B. Transferred Claim #35**

- Person or entity from whom the claim was transferred: SCC

DLA Piper US LLP
Los Angeles

WEST\21929101.2
369132-000002

- Claim Register Number: **5** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT II and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of LB/L SunCal Northlake, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting LB/L SunCal Northlake, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which LB/L SunCal Northlake, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from LB/L SunCal Northlake, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

## XII.   **CASE:** SUNCAL MARBLEHEAD, LLC (8:08-bk-17409-ES)

### A.  **Transferred Claim #36**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **12** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT JJ and incorporated herein by reference)

- Type of Claim: **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$4,000.00**

### B.  **Transferred Claim #37**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **20** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT KK and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of SunCal Marblehead, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting SunCal Marblehead, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which SunCal Marblehead, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from SunCal Marblehead, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

///

///

DLA PIPER US LLP
LOS ANGELES

WEST\21929101.2
369132-000002

## C.  Transferred Claim #38

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **40** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT MM and incorporated herein by reference)

- Type of Claim:  **Bond Indemnification**

- Amount of Claim:  **Up to $ 56,510,018.00—Contingent claim** with regard to payments that may be made by SCC under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of SCC to the bonding companies issuing the bonds described in this claim, with respect to which SCC would then have a claim for reimbursement from SunCal Marblehead, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

## D.  Transferred Claim #39

- Person or entity from whom the claim was transferred: Bruce Elieff

- Claim Register Number: **41** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT NN and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim:  **Up to $ 56,510,018.00—Contingent claim** with regard to payments that may be made by Mr. Elieff under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of Mr. Elieff to the bonding companies issuing the bonds described in this claim, with respect to which Mr. Elieff would then have a claim for reimbursement from SunCal Marblehead, LLC.  At such time, if any, that Mr. Elieff makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

## XIII.  **CASE:** SUNCAL CENTURY CITY, LLC (8:08-bk-17458-ES)

### A.  Transferred Claim #40

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **3** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT OO and incorporated herein by reference)

- Type of Claim:  **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$2,500.00**

///

**B. Transferred Claim #41**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **7** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT PP and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of SunCal Century City, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting SunCal Century City, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which SunCal Century City, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from SunCal Century City, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

**XIV.   CASE:  SUNCAL PSV, LLC (8:08-bk-17465-ES)**

**A. Transferred Claim #42**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **3** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT QQ and incorporated herein by reference)

- Type of Claim: **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$22,977.13**

**B. Transferred Claim #43**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **8** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT RR and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **$18,612.37**

**C. Transferred Claim #44**

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **11** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT SS and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **$17,993.01**

## D. Transferred Claim #45

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **14** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT TT and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $ 18,405,548.00—Contingent claim** with regard to payments that may be made by SCC under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of SCC to the bonding companies issuing the bonds described in this claim, with respect to which SCC would then have a claim for reimbursement from SunCal PSV, LLC. At such time, if any, that SCC makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

## E. Transferred Claim #46

- Person or entity from whom the claim was transferred: Bruce Elieff

- Claim Register Number: **15** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT UU and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $ 18,405,548.00—Contingent claim** with regard to payments that may be made by Mr. Elieff under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of Mr. Elieff to the bonding companies issuing the bonds described in this claim, with respect to which Mr. Elieff would then have a claim for reimbursement from SunCal PSV, LLC. At such time, if any, that Mr. Elieff makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

## XV. **CASE:** DELTA COVES VENTURE, LLC (8:08-bk-17470-ES)

### A. Transferred Claim #47

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **20** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT VV and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

DLA PIPER US LLP
LOS ANGELES

WEST\21929101.2
369132-000002

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of Delta Coves Venture, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting Delta Coves Venture, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which Delta Coves Venture, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from Delta Coves Venture, LLC. At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

### B. Transferred Claim #48

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **22** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT WW and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $ 27,755,885.00—Contingent claim** with regard to payments that may be made by SCC under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of SCC to the bonding companies issuing the bonds described in this claim, with respect to which SCC would then have a claim for reimbursement Delta Coves Venture, LLC. At such time, if any, that SCC makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

### C. Transferred Claim #49

- Person or entity from whom the claim was transferred: Bruce Elieff

- Claim Register Number: **23** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT XX and incorporated herein by reference)

- Type of Claim: **Bond Indemnification**

- Amount of Claim: **Up to $ 27,755,885.00—Contingent claim** with regard to payments that may be made by Mr. Elieff under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of Mr. Elieff to the bonding companies issuing the bonds described in this claim, with Delta Coves Venture, LLC. At such time, if any, that Mr. Elieff makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

## XVI. **CASE: SUNCAL TORRANCE, LLC (8:08-bk-17472-ES)**

### A. Transferred Claim #50

- Person or entity from whom the claim was transferred: SCC

DLA PIPER US LLP
LOS ANGELES

-20-

WEST\21929101.2
369132-000002

- Claim Register Number: **3** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT YY and incorporated herein by reference)

- Type of Claim: **<u>Administrative Claim</u>**

- Amount of Claim: **<u>Contingent claim</u>** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of SunCal Torrance, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting SunCal Torrance, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which SunCal Torrance, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from SunCal Torrance, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

## XVII. <u>CASE:</u> SCC COMMUNITIES, LLC (8:08-bk-17573-ES)

### A. Transferred Claim #51

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **3** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT ZZ and incorporated herein by reference)

- Type of Claim: **<u>General Unsecured Claim</u>** (for Reimbursement of Expenses)

- Amount of Claim: **<u>$1,000.00</u>**

### B. Transferred Claim #52

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **8** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT AB and incorporated herein by reference)

- Type of Claim: **<u>Administrative Claim</u>**

- Amount of Claim: **<u>Contingent claim</u>** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of SCC Communities, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting SCC Communities, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which SCC Communities, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from SCC Communities, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

///

DLA Piper US LLP
Los Angeles

WEST\21929101.2
369132-000002

## XVIII. <u>CASE:</u> NORTH ORANGE DEL RIO LAND, LLC (8:08-bk-17574-ES)

### A. Transferred Claim #53

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **13** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT AC and incorporated herein by reference)

- Type of Claim: **<u>Administrative Claim</u>**

- Amount of Claim: **<u>Contingent claim</u>** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of North Orange Del Rio Land, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting North Orange Del Rio Land, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which North Orange Del Rio Land, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from North Orange Del Rio Land, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

### B. Transferred Claim #54

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **15** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT AD and incorporated herein by reference)

- Type of Claim: **<u>Bond Indemnification</u>**

- Amount of Claim: **<u>Up to $ 3,159,945.00—Contingent claim</u>** with regard to payments that may be made by SCC under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of SCC to the bonding companies issuing the bonds described in this claim, with respect to which SCC would then have a claim for reimbursement North Orange Del Rio Land, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

### C. Transferred Claim #55

- Person or entity from whom the claim was transferred: Bruce Elieff

- Claim Register Number: **16** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT AE and incorporated herein by reference)

- Type of Claim: **<u>Bond Indemnification</u>**

DLA Piper US LLP
Los Angeles

WEST\21929101.2
369132-000002

- Amount of Claim: **Up to $ 3,159,945.00—Contingent claim** with regard to payments that may be made by Mr. Elieff under or in connection with any of the bonds described in this claim by reason of purported indemnity obligations of Mr. Elieff to the bonding companies issuing the bonds described in this claim, with North Orange Del Rio Land, LLC.  At such time, if any, that Mr. Elieff makes any payments or incurs any expenses with respect to any indemnity or contribution obligations related to the bonds described in this claim, an amended claim from in the appropriate amount by reason thereof will be filed.

## XIX.  CASE: TESORO SF, LLC (8:08-bk-17575-ES)

### A. Transferred Claim #56

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **3** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT AF and incorporated herein by reference)

- Type of Claim: **General Unsecured Claim** (for Reimbursement of Expenses)

- Amount of Claim: **$4,888.89**

### B. Transferred Claim #57

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **6** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT AG and incorporated herein by reference)

- Type of Claim: **Administrative Claim**

- Amount of Claim: **Contingent claim** with regard to future payments that may be made my claimant with regard to any debts, liabilities, premiums, deductibles or self-insurance incurred by and paid on behalf of Tesoro SF, LLC in connection with (i) any insurance coverage or brokerage relationship benefitting Tesoro SF, LLC, including but not limited to commercial general liability, umbrella or excess liability, installation floater, property and inland, marine, or (ii) the defense against claims affecting SCC in which Tesoro SF, LLC is the principal obligor, in either case of which SCC would then have a claim for reimbursement from Tesoro SF, LLC.  At such time, if any, that SCC makes any payments or incurs any expenses with respect to any insurance claim or other claim as provided above, an amended claim in the appropriate amount by reason thereof will be filed.

## XX.  CASE: SUNCAL OAK KNOLL, LLC (8:08-bk-17588-ES)

### A. Transferred Claim #58

- Person or entity from whom the claim was transferred: SCC

- Claim Register Number: **11** (A true and correct copy of the proof of claim—without attachments—is attached hereto as EXHIBIT AH and incorporated herein by reference)

1

- Type of Claim: **Administrative Claim**

2

- Amount of Claim: **Contingent claim** with regard to future payments that may be
  made my claimant with regard to any debts, liabilities, premiums, deductibles or self-

3
insurance incurred by and paid on behalf of SunCal Oak Knoll, LLC in connection
with (i) any insurance coverage or brokerage relationship benefitting SunCal Oak

4
Knoll, LLC, including but not limited to commercial general liability, umbrella or
excess liability, installation floater, property and inland, marine, or (ii) the defense

5
against claims affecting SCC in which SunCal Oak Knoll, LLC is the principal
obligor, in either case of which SCC would then have a claim for reimbursement from

6
SunCal Oak Knoll, LLC.  At such time, if any, that SCC makes any payments or
incurs any expenses with respect to any insurance claim or other claim as provided

7
above, an amended claim in the appropriate amount by reason thereof will be filed.

8

9  Dated:  April 21, 2010                    Respectfully submitted,

10                                           **DLA PIPER LLP (US)**

11                                           By   /s/ Brendan P. Collins

12                                                FRANK T. PEPLER
                                                  ROBERT J. ODSON

13                                                BRENDAN P. COLLINS
                                             Attorneys for GRAY1 CPB, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28