Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Counsel for Lehman ALI, Inc., Northlake Holdings LLC and OVC Holdings LLC

William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, California 92660
Telephone: (949) 999-2860
Facsimile: (949) 999-2870

General Insolvency Counsel for Steven M. Speier, the Chapter 11 Trustee for the Trustee Debtors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors, Jointly Administered Debtors and Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered With Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**FINAL ORDER APPROVING:** |

FILED & ENTERED
APR 27 2010
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent    DEPUTY CLERK

DOCS_LA:218726.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | ☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☒ LB-L-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LB-L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance, LLC<br>☒ SunCal Oak Knoll, LLC | **STIPULATION TO ENABLE TIMELY PAYMENT OF POST-PETITION REAL PROPERTY TAXES BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364 AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY**<br><br>April 22, 2010<br>10:30 A.M.<br>Courtroom 5A |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

DOCS_LA:218726.1

1  On April 22, 2010 at 10:30 a.m. came on for final hearing before this Court the emergency motion (the "Motion")(Docket #1049) for approval of:

*Stipulation To Enable Timely Payment Of Post-Petition Real Property Taxes By And Between Lehman ALI, Inc. And Chapter 11 Trustee, Pursuant To 11 U.S.C. §§ 362, 363, 364 And 507, (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens And Providing Superpriority Administrative Expense Status, And (3) Modifying Automatic Stay To The Extent Necessary*

(the "Stipulation") (attached as Exhibit 1 to the Motion and separately filed as Docket #1048), which Motion and Stipulation were approved by this Court on an interim basis by its Order entered April 8, 2010 (the "Interim Order").

Appearances were made as set forth in the record.

Having considered the Motion, the supporting documents thereto, the Stipulation, the files and records in this case, and any arguments or evidence adduced at the hearing thereon;

No objections to the Motion or Stipulation having been interposed; and

Finding (a) the amount of financing sought by the Motion and the terms of the Stipulation reasonable and in the best interests of the applicable estates, (b) notice having been given in accordance with the Interim Order and being sufficient and reasonable, and (c) good cause appearing for approval of the Motion and Stipulation,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation and Motion are approved on a final basis;

2. The terms of the Stipulation are incorporated herein by this reference, including, without limitation, the provisions therein for:

   a. The granting, to the extent therein, of liens and security interests in favor of Lehman ALI;[1]

   b. The assignment to certain obligations of the Subject Borrowers, to the extent therein, of a specified status and priority;

---

[1] Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Stipulation and, if they are not afforded a meaning in the Stipulation, the meanings ascribed to them in the Motion.

DOCS_LA:218726.1

      c.   Modification of the automatic stay, to the extent therein (*e.g.*, as necessary to effectuate all of the terms and provisions of this Stipulation);

      d.   Perfection of the DIP Liens, to the extent therein;

      e.   The finding, to the extent therein, of good faith as to Lehman ALI and the Subject Borrowers and the affording to Lehman ALI of the protections provided in section 364(e) of the Bankruptcy Code;

      f.   The granting, to the extent therein, to Lehman ALI of the rights and benefits of section 552(b) of the Bankruptcy Code solely with respect to the DIP Loans; and

      g.   The prohibition, to the extent therein, on modification of the terms of this Stipulation and the prohibition, to the extent therein, on the granting of priority or liens to other claims.

###

DATED: April 27, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

DOCS_LA:218726.1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as ***FINAL ORDER APPROVING: STIPULATION TO ENABLE TIMELY PAYMENT OF POST-PETITION REAL PROPERTY TAXES BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364 AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARYTY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY*** will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 21, 2020** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 21, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 21, 2010 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                        **F 9013-3.1**

| In re: PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CHAPTER 11 CASE NUMBER 08-17206-ES |
|---|---|

**III. SERVED BY E-MAIL**

[VIA E-MAIL]
(1) counsel for the Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Charles Liu - cliu@winthropcouchot.com
(2) counsel for the Trustee Debtors:
    William Lobel - wlobel@thelobelfirm.com
(3) counsel for the Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(4) counsel for the Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(5) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

Louis Miller - smiller@millerbarondess.com
Martin Pritikin – mpritikin@millerbarondess.com
Steven N. Speier (Chapter 11 Trustee, c/o Squar Nilner) - sspeier@squarmilner.com; ca85@ecfcbis.com
Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Clay Roesch – clay.roesch@weil.com
Carrolynn H. G. Callari - ccallari@venable.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Joseph A Eisenberg - jae@jmbm.com
Mark McKane - mark.mckane@kirkland.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com
Palmdale Hills Property, LLC and its related entities - bcook@suncal.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 08-17206-ES |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***FINAL ORDER APPROVING: STIPULATION TO ENABLE TIMELY PAYMENT OF POST-PETITION REAL PROPERTY TAXES BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364 AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April 21, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9021-1.1**

| | |
|---|---|
| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-17206-ES |

## I. SERVED BY NEF

## 8:08-bk-17206-ES Notice will be electronically mailed to:

(1) Selia M Acevedo for Attorney Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
(2) Joseph M Adams for Defendant The City of San Juan Capistrano
jadams@sycr.com
(3) Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com
(4) James C Bastian for Creditor ARB, Inc.
jbastian@shbllp.com
(5) John A Boyd for Interested Party Oliphant Golf Inc
fednotice@tclaw.net
(6) Mark Bradshaw for Interested Party Courtesy NEF
mbradshaw@shbllp.com
(7) Brendt C Butler for Creditor EMR Residential Properties LLC
BButler@rutan.com
(8) Carollynn Callari for Creditor Danske Bank A/S London Branch
ccallari@venable.com
(9) Dan E Chambers for Creditor EMR Residential Properties LLC
dchambers@jmbm.com
(10) Shirley Cho for Creditor Lehman ALI, Inc.
scho@pszjlaw.com
(11) Vonn Christenson for Interested Party Courtesy NEF
vrc@paynefears.com
(12) Vincent M Coscino for Petitioning Creditor CST Environmental Inc
emurdoch@allenmatkins.com
(13) Paul J Couchot for Debtor ACTON ESTATES, LLC
pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
(14) Jonathan S Dabbieri for Interested Party Courtesy NEF
dabbieri@shlaw.com
(15) Ana Damonte for Creditor Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com
(16) Melissa Davis for Creditor City of Orange
mdavis@shbllp.com
(17) Daniel Denny for Interested Party Courtesy NEF
ddenny@gibsondunn.com
(18) Caroline Djang for Creditor Lehman ALI, Inc.
crd@jmbm.com
(19) Donald T Dunning for Creditor Hertz Equipment Rental Corporation
ddunning@dunningLaw.com
(20) Joseph A Eisenberg for Creditor Lehman ALI, Inc.
jae@jmbm.com
(21) Lei Lei Wang Ekvall for Attorney Weiland Golden Smiley Wang Ekvall & Strok, LLP
lekvall@wgllp.com
(22) Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com
(23) Marc C Forsythe for Attorney Robert Goe
kmurphy@goeforlaw.com
(24) Alan J Friedman for Attorney Irell & Manella LLP
afriedman@irell.com
(25) Steven M Garber for Creditor Park West Landscape, Inc
steve@smgarberlaw.com
(26) Christian J Gascou for Creditor Arch Insurance Company
cgascou@gascouhopkins.com
(27) Barry S Glaser for Creditor County of Los Angeles
bglaser@swjlaw.com
(28) Robert P Goe for Attorney Robert Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
(29) Eric D Goldberg for Interested Party Courtesy NEF
egoldberg@stutman.com
(30) Richard H Golubow for Debtor Palmdale Hills Property, LLC
pj@winthropcouchot.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9021-1.1**

| In re: | | CHAPTER 11 |
|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | | |
| | Debtor(s). | CASE NUMBER 08-17206-ES |

(31) Kelly C Griffith for Creditor Bond Safeguard Insurance Co
bkemail@harrisbeach.com
(32) Matthew Grimshaw for Interested Party City Of Torrance
mgrimshaw@rutan.com
(33) Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com
(34) Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov
(35) D Edward Hays for Creditor Philip Dowse
ehays@marshackhays.com
(36) Michael C Heinrichs for Interested Party Courtesy NEF
mheinrichs@omm.com
(37) Harry D. Hochman for Creditor Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com
(38) Jonathan M Hoff for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com
(39) Nancy Hotchkiss for Creditor Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com
(40) Michelle Hribar for Plaintiff EMR Residential Properties LLC
mhribar@rutan.com
(41) John J Immordino for Creditor Arch Insurance Co.
john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
(42) Lawrence A Jacobson for Creditor BKF Engineers
laj@cohenandjacobson.com
(43) Michael J Joyce for Interested Party Courtesy NEF
mjoyce@crosslaw.com
(44) Stephen M Judson for Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com
(45) David I Katzen for Interested Party Bethel Island Municipal Improvement District
katzen@ksfirm.com
(46) Christopher W Keegan for Creditor SC Master Holdings II LLC
ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
(47) Irene L Kiet for Creditor BNB Engineering, Inc.
ikiet@hkclaw.com
(48) Mark J Krone for Creditor Bond Safeguard Insurance Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
(49) Leib M Lerner for Creditor Steiny and Company, Inc.
leib.lerner@alston.com
(50) Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com
(51) Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com, fbaig@mrllp.com
(52) Kerri A Lyman for Attorney Irell & Manella LLP
klyman@irell.com
(53) Mariam S Marshall for Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com
(54) Robert C Martinez for Creditor TC Construction Company, Inc
rmartinez@mclex.com
(55) Hutchison B Meltzer for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
hmeltzer@wgllp.com
(56) Krikor J Meshefejian for Interested Party Courtesy NEF
kjm@lnbrb.com
(57) Joel S. Miliband for Creditor RBF CONSULTING
jmiliband@rusmiliband.com
(58) James M Miller for Attorney Miller Barondess LLP
jmiller@millerbarondess.com
(59) Louis R Miller for Plaintiff Palmdale Hills Property, LLC
smiller@millerbarondess.com
(60) Mike D Neue for Attorney The Lobel Firm, LLP
mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
(61) Robert Nida for Creditor Kirk Negrete, Inc
Rnida@castlelawoffice.com
(62) Henry H Oh for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
henry.oh@dlapiper.com, bambi.clark@dlapiper.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                         **F 9021-1.1**

Case 8:08-bk-17206-ES    Doc 1097    Filed 04/27/10    Entered 04/27/10 15:35:24    Desc
Main Document    Page 10 of 11

| In re: | | CHAPTER 11 |
|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | Debtor(s). | CASE NUMBER 08-17206-ES |

(63) Sam S Oh for Interested Party Anaverde, LLC
sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
(64) Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com
(65) Robert B Orgel for Creditor Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com
(66) Penelope Parmes for Creditor EMR Residential Properties LLC
pparmes@rutan.com
(67) Ronald B Pierce for Creditor Griffith Company
ronald.pierce@sdma.com
(68) Raymond A Policar for Creditor Williams+Paddon Architects+Planners, Inc.
hausermouzes@sbcglobal.net
(69) Cassandra J Richey for Creditor Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net
(70) Debra Riley for Interested Party City of Palmdale
driley@allenmatkins.com
(71) Martha E Romero for Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com
(72) John E Schreiber for Defendant Fenway Capital, LLC
jschreiber@dl.com
(73) William D Schuster for Creditor HD Supply Construction Supply LTD
bills@allieschuster.org
(74) Christopher P Simon for Interested Party Courtesy NEF
csimon@crosslaw.com
(75) Wendy W Smith for Creditor Castaic Union School District
wendy@bindermalter.com
(76) Steven M Speier for Trustee Steven Speier
Sspeier@Squarmilner.com, ca85@ecfcbis.com
(77) Michael St James for Creditor MBH Architects, Inc.
ecf@stjames-law.com
(78) James E Till for Trustee Steven Speier
jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
(79) United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov
(80) Carol G Unruh for Creditor Scott E. McDaniel
cgunruh@sbcglobal.net
(81) Jason Wallach for Interested Party Courtesy NEF
jwallach@gladstonemichel.com
(82) Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
joshua.wayser@kattenlaw.com
(83) Christopher T Williams for Creditor Danske Bank A/S London Branch
ctwilliams@venable.com, jcontreras@venable.com
(84) Marc J Winthrop for Debtor Palmdale Hills Property, LLC
pj@winthropcouchot.com
(85) David M Wiseblood for Creditor Bethel Island Municipal Improvement District
dwiseblood@seyfarth.com
(86) Arnold H Wuhrman for Creditor Wayne Lee
Wuhrman@serenitylls.com
(87) Dean A Ziehl for Counter-Defendant LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com


**III.  *TO BE* SERVED BY *LODGING PARTY* BY E-MAIL**

[VIA E-MAIL]
(1) counsel for the Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Charles Liu - cliu@winthropcouchot.com
(2) counsel for the Trustee Debtors:
    William Lobel - wlobel@thelobelfirm.com
(3) counsel for the Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9021-1.1

Case 8:08-bk-17206-ES    Doc 1097    Filed 04/27/10    Entered 04/27/10 15:35:24    Desc
Main Document    Page 11 of 11

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-17206-ES |
|---|---|

(4) counsel for the Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(5) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

Louis Miller - smiller@millerbarondess.com
Martin Pritikin – mpritikin@millerbarondess.com
Steven N. Speier (Chapter 11 Trustee, c/o Squar Nilner) - sspeier@squarmilner.com; ca85@ecfcbis.com
Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Clay Roesch – clay.roesch@weil.com
Carrolynn H. G. Callari - ccallari@venable.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Joseph A Eisenberg - jae@jmbm.com
Mark McKane - mark.mckane@kirkland.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com
Palmdale Hills Property, LLC and its related entities - bcook@suncal.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              **F 9021-1.1**