FILED & ENTERED

MAY 06 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid DEPUTY CLERK

Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Counsel for Lehman ALI, Inc., Northlake Holdings LLC and OVC Holdings LLC

William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, California 92660
Telephone: (949) 999-2860
Facsimile: (949) 999-2870

General Insolvency Counsel for Steven M. Speier, the Chapter 11 Trustee for the Trustee Debtors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:
Palmdale Hills Property, LLC, and Its Related Debtors, Jointly Administered Debtors and Debtors-In-Possession.

Affects:
- ☐ All Debtors
- ☐ Palmdale Hills Property, LLC
- ☐ SunCal Beaumont Heights, LLC
- ☐ SCC/Palmdale, LLC
- ☐ SunCal Johannson Ranch, LLC
- ☐ SunCal Summit Valley, LLC
- ☐ SunCal Emerald Meadows, LLC
- ☐ SunCal Bickford Ranch, LLC
- ☐ Acton Estates, LLC
- ☐ Seven Brothers, LLC
- ☐ SJD Partners, Ltd.
- ☐ SJD Development Corp.
- ☐ Kirby Estates, LLC
- ☐ SunCal Communities I, LLC
- ☐ SunCal Communities III, LLC
- ☐ SCC Communities, LLC

Case No.: 8:08-bk-17206-ES

Jointly Administered With Case Nos.

8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES

Chapter 11

**INTERIM ORDER APPROVING:**

**STIPULATION BY AND**

☐ North Orange Del Rio Land, LLC
☐ Tesoro SF, LLC
☒ LB-L-SunCal Oak Valley, LLC
☒ SunCal Heartland, LLC
☒ LB-L-SunCal Northlake, LLC
☒ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☒ SunCal PSV, LLC
☒ Delta Coves Venture, LLC
☒ SunCal Torrance, LLC
☒ SunCal Oak Knoll, LLC

**BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY**

**Hearing:**
Date: May 6, 2010
Time: 9:30 A.M.
Place: Courtroom 5A

On May 6, 2010 at 9:30 a.m. came on for hearing before this Court the emergency motion (the "Motion")(Docket #1089) for approval of:

*Stipulation by and Between Lehman ALI, Inc. and Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary*

(the "Stipulation") (attached as Exhibit 1 to the Motion and separately filed as Docket #1090).

Having considered the Motion, the supporting documents thereto, the Stipulation, the files and records in this case, any arguments or evidence adduced at the hearing thereon, finding the amount of financing sought by the motion is necessary to avoid immediate and irreparable harm to the Subject Borrowers (as defined in the Stipulation) pending a final hearing, and finding good cause therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion and Stipulation are approved on an interim basis pending a final hearing.

2. The final hearing is set for **June 3, 2010 10:30 a.m.**. before this Court and notice of the final hearing shall be served by **May 7, 2010**.. Service of this Order shall constitute sufficient notice.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3. Any objections to granting of the relief sought by the Motion and Stipulation on a final basis shall be filed and served on counsel to each of the moving parties no later than **May 27, 2010.**

4. Notice of the opportunity to object to the granting of final relief with respect to the Motion and Stipulation shall be sufficient if this Order is served upon counsel to the official committees in these cases, the U.S. trustee, parties who requested special notice, any party who filed an objection to the Motion and any party who sufficiently identified themselves on the record at the interim hearing so as to enable service by mail upon them and put on the record at the interim hearing an objection to the Motion.

# # #

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DATED: May 6, 2010

Erithe A. Smith

United States Bankruptcy Judge

Main Document Page 4 of 10

| In re: PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-17206-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category **I**. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as ***[PROPOSED] INTERIM ORDER APPROVING: STIPULATION BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY*** will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____________________ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 5, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 5, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 5, 2010 | Melisa DesJardien | */s/ Melisa DesJardien* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009 F 9013-3.1

| In re: PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CHAPTER 11 CASE NUMBER 08-17206-ES |
|---|---|

**II. SERVED BY U.S. MAIL**

**III. SERVED BY E-MAIL**

[VIA E-MAIL]
(1) counsel for the Voluntary Debtors:
Paul Couchot - pcouchot@winthropcouchot.com
Marc J Winthrop - pj@winthropcouchot.com
Charles Liu - cliu@winthropcouchot.com
Paul Lianides - plianides@winthropcouchot.com
(2) counsel for the Trustee Debtors / Speier:
William Lobel - wlobel@thelobelfirm.com
Mike Neue – mneue@thelobelfirm.com
(3) counsel for the Voluntary Debtors' Committee:
Alan Friedman - afriedman@irell.com
Kerri A Lyman - klyman@irell.com
(4) counsel for the Trustee Debtors' Committee:
Lei Lei Wang Ekvall - lekvall@wgllp.com
Hutchison B Meltzer - hmeltzer@wgllp.com
(5) Office of the United States Trustee:
Michael Hauser - michael.hauser@usdoj.gov

Louis Miller - smiller@millerbarondess.com
Martin Pritikin – mpritikin@millerbarondess.com
Steven N. Speier (Chapter 11 Trustee, c/o Squar Nilner) - sspeier@squarmilner.com; ca85@ecfcbis.com
Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Clay Roesch – clay.roesch@weil.com
Carrolynn H. G. Callari - ccallari@venable.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Joseph A Eisenberg - jae@jmbm.com
Mark McKane - mark.mckane@kirkland.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com
Palmdale Hills Property, LLC and its related entities - bcook@suncal.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009 F 9013-3.1

| In re: PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-17206-ES |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***ENTERED INTERIM ORDER APPROVING: STIPULATION BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 5, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009 F 9021-1.1

| In re: PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CHAPTER 11 CASE NUMBER 08-17206-ES |
|---|---|

**I. SERVED BY NEF**

**8:08-bk-17206-ES Notice will be electronically mailed to:**

(1) Selia M Acevedo for Attorney Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
(2) Joseph M Adams for Defendant The City of San Juan Capistrano
jadams@sycr.com
(3) Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com
(4) James C Bastian for Creditor ARB, Inc.
jbastian@shbllp.com
(5) John A Boyd for Interested Party Oliphant Golf Inc
fednotice@tclaw.net
(6) Mark Bradshaw for Interested Party Courtesy NEF
mbradshaw@shbllp.com
(7) Brendt C Butler for Creditor EMR Residential Properties LLC
BButler@rutan.com
(8) Carollynn Callari for Creditor Danske Bank A/S London Branch
ccallari@venable.com
(9) Dan E Chambers for Creditor EMR Residential Properties LLC
dchambers@jmbm.com
(10) Shirley Cho for Creditor Lehman ALI, Inc.
scho@pszjlaw.com
(11) Vonn Christenson for Interested Party Courtesy NEF
vrc@paynefears.com
(12) Brendan P Collins for Creditor Gray1 CPB, LLC
brendan.collins@dlapiper.com
(13) Vincent M Coscino for Petitioning Creditor CST Environmental Inc
vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
(14) Paul J Couchot for Debtor ACTON ESTATES, LLC
pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
(15) Jonathan S Dabbieri for Interested Party Courtesy NEF
dabbieri@shlaw.com
(16) Ana Damonte for Creditor Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com
(17) Melissa Davis for Creditor City of Orange
mdavis@shbllp.com
(18) Daniel Denny for Interested Party Courtesy NEF
ddenny@gibsondunn.com
(19) Caroline Djang for Creditor Lehman ALI, Inc.
crd@jmbm.com
(20) Donald T Dunning for Creditor Hertz Equipment Rental Corporation
ddunning@dunningLaw.com
(21) Joseph A Eisenberg for Creditor Lehman ALI, Inc.
jae@jmbm.com
(22) Lei Lei Wang Ekvall for Attorney Weiland Golden Smiley Wang Ekvall & Strok, LLP
lekvall@wgllp.com
(23) Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com
(24) Marc C Forsythe for Attorney Robert Goe
kmurphy@goeforlaw.com
(25) Alan J Friedman for Attorney Irell & Manella LLP
afriedman@irell.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009 F 9021-1.1

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,
Debtor(s).
CHAPTER 11
CASE NUMBER 08-17206-ES

(26) Steven M Garber for Creditor Park West Landscape, Inc
steve@smgarberlaw.com
(27) Christian J Gascou for 3rd Party Plaintiff Arch Insurance Company
cgascou@gascouhopkins.com
(28) Barry S Glaser for Creditor County of Los Angeles
bglaser@swjlaw.com
(29) Robert P Goe for Attorney Robert Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
(30) Eric D Goldberg for Interested Party Courtesy NEF
egoldberg@stutman.com
(31) Richard H Golubow for Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com
(32) Kelly C Griffith for Creditor Bond Safeguard Insurance Co
bkemail@harrisbeach.com
(33) Matthew Grimshaw for Interested Party City Of Torrance
mgrimshaw@rutan.com
(34) Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com
(35) Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov
(36) D Edward Hays for Creditor Philip Dowse
ehays@marshackhays.com
(37) Michael C Heinrichs for Interested Party Courtesy NEF
mheinrichs@omm.com
(38) Harry D. Hochman for Creditor Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com
(39) Jonathan M Hoff for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com
(40) Nancy Hotchkiss for Creditor Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com
(41) Michelle Hribar for Plaintiff EMR Residential Properties LLC
mhribar@rutan.com
(42) John J Immordino for Creditor Arch Insurance Co.
john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
(43) Lawrence A Jacobson for Creditor BKF Engineers
laj@cohenandjacobson.com
(44) Michael J Joyce for Interested Party Courtesy NEF
mjoyce@crosslaw.com
(45) Stephen M Judson for Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com
(46) Sean A Kading for Creditor Villa San Clemente, LLC
skading@marshackhays.com
(47) David I Katzen for Interested Party Bethel Island Municipal Improvement District
katzen@ksfirm.com
(48) Christopher W Keegan for Creditor SC Master Holdings II LLC
ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
(49) Irene L Kiet for Creditor BNB Engineering, Inc.
ikiet@hkclaw.com
(50) Mark J Krone for Creditor Bond Safeguard Insurance Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
(51) Leib M Lerner for Creditor Steiny and Company, Inc.
leib.lerner@alston.com
(52) Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009 F 9021-1.1

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,
Debtor(s).
CHAPTER 11
CASE NUMBER 08-17206-ES

(53) Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com, fbaig@mrllp.com

(54) Kerri A Lyman for Attorney Irell & Manella LLP
klyman@irell.com

(55) Mariam S Marshall for Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

(56) Robert C Martinez for Creditor TC Construction Company, Inc
rmartinez@mclex.com

(57) Hutchison B Meltzer for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
hmeltzer@wgllp.com

(58) Krikor J Meshefejian for Interested Party Courtesy NEF
kjm@lnbrb.com

(59) Joel S. Miliband for Creditor RBF CONSULTING
jmiliband@rusmiliband.com

(60) James M Miller for Attorney Miller Barondess LLP
jmiller@millerbarondess.com

(61) Louis R Miller for Plaintiff Palmdale Hills Property, LLC
smiller@millerbarondess.com

(62) Mike D Neue for Attorney The Lobel Firm, LLP
mneue@thelobelfirm.com, csolorzano@thelobelfirm.com

(63) Robert Nida for Creditor Kirk Negrete, Inc
Rnida@castlelawoffice.com

(64) Henry H Oh for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
henry.oh@dlapiper.com, bambi.clark@dlapiper.com

(65) Sam S Oh for Interested Party Anaverde, LLC
sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com

(66) Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

(67) Robert B Orgel for Creditor Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com

(68) Penelope Parmes for Creditor EMR Residential Properties LLC
pparmes@rutan.com

(69) Ronald B Pierce for Creditor Griffith Company
ronald.pierce@sdma.com

(70) Cassandra J Richey for Creditor Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net

(71) Debra Riley for Interested Party City of Palmdale
driley@allenmatkins.com

(72) Martha E Romero for Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com

(73) John E Schreiber for Defendant Fenway Capital, LLC
jschreiber@dl.com

(74) William D Schuster for Creditor HD Supply Construction Supply LTD
bills@allieschuster.org

(75) Christopher P Simon for Interested Party Courtesy NEF
csimon@crosslaw.com

(76) Wendy W Smith for Creditor Castaic Union School District
wendy@bindermalter.com

(77) Steven M Speier for Trustee Steven Speier
Sspeier@Squarmilner.com, ca85@ecfcbis.com

(78) Michael St James for Creditor MBH Architects, Inc.
ecf@stjames-law.com

(79) James E Till for Trustee Steven Speier
jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009
F 9021-1.1

| In re: PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CHAPTER 11 CASE NUMBER 08-17206-ES |
|---|---|

(80) United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

(81) Carol G Unruh for Creditor Scott E. McDaniel
cgunruh@sbcglobal.net

(82) Jason Wallach for Interested Party Courtesy NEF
jwallach@gladstonemichel.com

(83) Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
joshua.wayser@kattenlaw.com

(84) Christopher T Williams for Creditor Danske Bank A/S London Branch
ctwilliams@venable.com, jcontreras@venable.com

(85) Marc J Winthrop for Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

(86) David M Wiseblood for Creditor Bethel Island Municipal Improvement District
dwiseblood@seyfarth.com

(87) Brett K Wiseman for Creditor JF Shea Construction Inc
bwiseman@aalaws.com

(88) Arnold H Wuhrman for Creditor Wayne Lee
Wuhrman@serenitylls.com

(89) Dean A Ziehl for Counter-Defendant LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com

**III. *TO BE* SERVED BY *LODGING PARTY* BY E-MAIL**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009 F 9021-1.1