```
 1  PAUL J. COUCHOT -- State Bar No. 131934
    pcouchot@winthropcouchot.com
 2  SEAN A. O'KEEFE -- State Bar No. 122417
    sokeefe@winthropcouchot.com
 3  PETER W. LIANIDES -- State Bar No. 160517
    plianides@winthropcouchot.com
 4  WINTHROP COUCHOT
    PROFESSIONAL CORPORATION
 5  660 Newport Center Drive, Fourth Floor
    Newport Beach, CA 92660
 6  Telephone: (949) 720-4100
    Facsimile: (949) 720-4111
 7

 8  General Insolvency Counsel for
    Administratively Consolidated
 9  Debtors-in-Possession and Counsel
    to SCC Acquisitions, Inc.
10
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re | Case No. 8:08-bk-17206-ES |
|---|---|
| Palmdale Hills Property, LLC, and its Related Debtors.<br><br>Jointly Administered Debtors and Debtors-in-Possession | Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-17588-ES.<br>Chapter 11 Cases |
| Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC,<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>***Caption Continued on Next Page*** | **NOTICE OF WITHDRAWAL OF MOTION FOR SUBSTANTIVE CONSOLIDATION**<br><br>DATE:    August 23, 2010<br>TIME:    9:00 a.m.<br>PLACE:   Courtroom 5A |

*Caption Continued from Previous Page*
☐ SCC Communities LLC
☐ North Orange Del Rio Land, LLC
☐ Tesoro SF, LLC
☐ LBL-SunCal Oak Valley, LLC
☐ SunCal Heartland, LLC
☐ LBL-SunCal Northlake, LLC
☐ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☐ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

1     **PLEASE TAKE NOTICE** that Palmdale Hills Property, LLC and related Chapter 11 debtors[1] (collectively the "Voluntary Debtors") hereby withdraw that certain *Motion for Substantive Consolidation* (Docket No. 627) (the "Motion") pursuant to Local Rule 9013-1(k). The motion is being withdrawn for, inter alia, the reasons stated in the letter attached hereto as Exhibit "1" that was transmitted to interested parties on May 14, 2010.

    **PLEASE TAKE NOTICE** that the Voluntary Debtors have submitted herewith a proposed order taking the Motion off calendar and taking the hearing set for August 23, 2010 at 9:00 a.m. off calendar.

DATED: May 17, 2010

**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**

/s/ Sean A. O'Keefe

By:_____
Paul J. Couchot
Sean A. O'Keefe
Peter W. Lianides
General Insolvency Counsel for Administratively Consolidated Debtors-in-Possession and Counsel to SCC Acquisitions, Inc.

---

[1] Palmdale Hills, LLC, SunCal Communities I, SunCal Communities III, LLC, SCC Palmdale, LLC, Acton Estates, LLC, SunCal Emerald Meadows, LLC, SunCal Bickford Ranch, LLC, SunCal Summit Valley, LLC, SJD Partners, Ltd., a California limited partnership, SJD Development Corp., a California corporation, SCC Communities, LLC, North Orange Del Rio Land, LLC, Tesoro SF LLC, SunCal Beaumont Heights LLC, SunCal Johannson Ranch LLC, Seven Brothers LLC, and Kirby Estates LLC (collectively, the "Voluntary Debtors").

-2-

# EXHIBIT "1"



Paul J. Couchot
Kavita Gupta
Richard H. Golubow
Garrick A. Hollander
Peter Lianides
Robert E. Opera
Marc J. Winthrop

Sean A. O'Keefe
Associated Counsel

660 NEWPORT CENTER DRIVE, FOURTH FLOOR • NEWPORT BEACH • CALIFORNIA • 92660 • TEL: (949) 720-4100 • FAX: (949) 720-4111

**DATED: May 13, 2010**

<u>**Via Email to all recipients**</u>

Mr. Dean Ziehl  
Pachulski Stang Ziehl & Jones LLP  
10100 Santa Monica Bl Ste 1100  
Los Angeles, CA 90067-4003

Mr. Jonathan Hoff  
Cadwalader, Wickersham & Taft, LLP  
One World Financial Center  
New York, NY 10281

**Re: <u>SunCal Cases Substantive Consolidation</u>**

Gentlemen:

The Voluntary Debtors are withdrawing their motion for substantive consolidation. This withdrawal will be effectuated next week.

This decision was precipitated, primarily, by two recent developments. First, a material objective of the motion was to consolidate the estates of both the Trustee Debtors and the Voluntary Debtors. In furtherance of this objective, the Trustee Debtors recently agreed to support this relief on certain terms and conditions. However, on May 7, 2010, the Voluntary Debtors were advised that the Trustee Debtors have entered into a "settlement" with the Lehman Entities. This settlement will purportedly be implemented through a joint plan between the Trustee Debtors and the Lehman Entities. This development not only vitiates the previous agreement reached with the Trustee Debtors regarding substantive consolidation, it materially changes the cost/benefit analysis relating to the motion. The costs associated with seeking relief through a contested matter that relates only to the Voluntary Debtors' estate outweigh the benefits.

3

Second, the substantive consolidation structure recently agreed to by and among the Voluntary Debtors' and their Creditors' Committee (and the Trustee Debtors until the recent settlement) is more limited than what was originally contemplated. This more limited relief can be implemented through an amendment to the Voluntary Debtors' Chapter 11 plan.

If you have any questions regarding the foregoing, please contact me.

Sincerely,

Sean A. O'Keefe,
Counsel for Voluntary Debtors

Cc: afriedman@irell.com

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **NOTICE OF WITHDRAWAL OF MOTION FOR SUBSTANTIVE CONSOLIDATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 17, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On _____, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 17, 2010 | Viann Corbin | _/s/ Viann Corbin_ |
|---|---|---|
| Date | Type Name | Signature |

**NEF SERVICE LIST**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Brendt C Butler    BButler@rutan.com
- Carollynn Callari    ccallari@venable.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    brendan.collins@dlapiper.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@shlaw.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Sean A Kading    skading@marshackhays.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com

-4-

- Charles Liu   cliu@winthropcouchot.com, fbaig@mrllp.com
- Kerri A Lyman   klyman@irell.com
- Mariam S Marshall   mmarshall@marshallramoslaw.com
- Robert C Martinez   rmartinez@mclex.com
- Hutchison B Meltzer   hmeltzer@wgllp.com
- Krikor J Meshefejian   kjm@lnbrb.com
- Joel S. Miliband   jmiliband@rusmiliband.com
- James M Miller   jmiller@millerbarondess.com
- Louis R Miller   smiller@millerbarondess.com
- Mike D Neue   mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Robert Nida   Rnida@castleclawoffice.com
- Henry H Oh   henry.oh@dlapiper.com, bambi.clark@dlapiper.com
- Sam S Oh   sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
- Sean A Okeefe   sokeefe@okeefelc.com
- Robert B Orgel   rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Penelope Parmes   pparmes@rutan.com
- Ronald B Pierce   ronald.pierce@sdma.com
- Cassandra J Richey   cmartin@pprlaw.net
- Debra Riley   driley@allenmatkins.com
- Martha E Romero   Romero@mromerolawfirm.com
- John E Schreiber   jschreiber@dl.com
- William D Schuster   bills@allieschuster.org
- Christopher P Simon   csimon@crosslaw.com
- Wendy W Smith   wendy@bindermalter.com
- Steven M Speier   Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James   ecf@stjames-law.com
- James E Till   jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh   cgunruh@sbcglobal.net
- Jason Wallach   jwallach@gladstonemichel.com
- Joshua D Wayser   joshua.wayser@kattenlaw.com
- Christopher T Williams   ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop   mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood   dwiseblood@seyfarth.com
- Brett K Wiseman   bwiseman@aalaws.com
- Arnold H Wuhrman   Wuhrman@serenitylls.com
- Dean A Ziehl   dziehl@pszjlaw.com, dziehl@pszjlaw.com

MAINDOCS-#145940-v1-PalmdaleNotW_DMotSubCons.DOC