FILED & ENTERED

MAY 27 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

William N. Lobel (State Bar No. 93202)
wlobel@thelobelfirm.com
Mike D. Neue (State Bar No. 179303)
mneue@thelobelfirm.com
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, CA 92660
Telephone:  (949) 999-2860
Facsimile:  (949) 999-2870
www.thelobelfirm.com

General Counsel to the Chapter 11 Trustee, Steven M. Speier

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br><br>    Jointly Administered Debtors and Debtors-in-Possession | Case No. 8:08-bk-17206-ES<br>Jointly Administered With Case Nos. 8:08-bk-17209-ES;  8:08-bk-17240-ES; 8:08-bk-17224-ES;  8:08-bk-17242-ES; 8:08-bk-17225-ES;  8:08-bk-17245-ES; 8:08-bk-17227-ES;  8:08-bk-17246-ES; 8:08-bk-17230-ES;  8:08-bk-17231-ES; 8:08-bk-17236-ES;  8:08-bk-17248-ES; 8:08-bk-17249-ES;  8:08-bk-17573-ES; 8:08-bk-17574-ES;  8:08-bk-17575-ES; 8:08-bk-17404-ES;  8:08-bk-17407-ES; 8:08-bk-17408-ES;  8:08-bk-17409-ES; 8:08-bk-17458-ES;  8:08-bk-17465-ES; 8:08-bk-17470-ES;  8:08-bk-17472-ES; and 8:08-bk-17588-ES<br><br>Chapter 11 |
| Affects:<br>☐  All Debtors<br>☐  Palmdale Hills Property, LLC<br>☐  SunCal Beaumont Heights, LLC<br>☐  SCC/Palmdale<br>☐  SunCal Johannson Ranch, LLC<br>☐  SunCal Summit Valley, LLC<br>☐  SunCal Emerald Meadows, LLC<br>☐  SunCal Bickford Ranch, LLC<br>☐  Acton Estates, LLC<br>☐  Seven Brothers LLC<br>☐  SJD Partners, Ltd.<br>☐  SJD Development Corp.<br>☐  Kirby Estates, LLC<br>☐  SunCal Communities I, LLC<br>☐  SunCal Communities III, LLC<br>☐  SCC Communities LLC<br>☐  North Orange Del Rio Land, LLC<br><br>***Caption Continued on Next Page*** | **ORDER DENYING MOTION FOR ORDER DETERMINING THAT ESCROW FUNDS ARE NOT PROPERTY OF THE ESTATE AND/OR TO COMPEL THE TRUSTEE TO ASSUME OR REJECT EXECUTORY CONTRACT**<br><br>Date:     May 18, 2010<br>Time:    10:30 a.m.<br>Place:    Courtroom 5A |

1

*Caption Continued from Previous Page*

- ☐ Tesoro SF, LLC
- ☐ LBL-SunCal Oak Valley, LLC
- ☐ SunCal Heartland, LLC
- ☐ LBL-SunCal Northlake, LLC
- ☒ SunCal Marblehead, LLC
- ☐ SunCal Century City, LLC
- ☐ SunCal PSV, LLC
- ☐ Delta Coves Venture, LLC
- ☐ SunCal Torrance, LLC
- ☐ SunCal Oak Knoll, LLC

On May 18, 2010, this Court held a hearing on the *Motion for Order Determining that Escrow Funds are not Property of the Estate and/or to Compel the Trustee to Assume or Reject Executory Contract* (the "Motion") filed by Villa San Clemente, LLC ("VSC").  Mike Neue appeared on behalf of Steven M. Speier, the chapter 11 trustee (the "Trustee") appointed in the case of SunCal Marblehead, LLC (the "Debtor").  Sean A. Kading appeared on behalf of VSC.  Other appearances were as indicated in the recorded transcript of the hearing.

The Court has considered the Motion, the opposition to the Motion filed by the Trustee, the reply to the Trustee's opposition filed by VSC, and the other documents and evidence filed in connection therewith.  Based on the foregoing, the record in this matter, the oral arguments of counsel at the hearing, and having found that the escrowed funds described in the Motion (Escrow Account No. 6016409 at Chicago Title Insurance Company) are property of the Debtor's estate pursuant to 11 U.S.C. § 541, and having made additional findings on the record at the hearing (which are incorporated herein by reference),

**IT IS HEREBY ORDERED** that the Motion is denied in its entirety.

###

DATED: May 27, 2010

_____
United States Bankruptcy Judge

3

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 750, Newport Beach, CA 92660-6324

The foregoing document described as [PROPOSED] **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEBTORS' FOURTH AMENDED JOINT DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 19, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

D. Edward Hays
Sean A. Kading
Marshack Hays LLP
5410 Trabuco Road, Suite 130
Irvine, CA 92620-5749

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 10, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Chambers of the Honorable Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street
Santa, Ana, CA 92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/19/10 | Pamela Nelson | /s/ Pamela Nelson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Brendt C Butler    BButler@rutan.com
- Carollynn Callari    ccallari@venable.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Vincent M Coscino    emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@shlaw.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com

- Robert C Martinez   rmartinez@mclex.com
- Hutchison B Meltzer   hmeltzer@wgllp.com
- Krikor J Meshefejian   kjm@lnbrb.com
- Joel S. Miliband   jmiliband@rusmiliband.com
- James M Miller   jmiller@millerbarondess.com
- Louis R Miller   smiller@millerbarondess.com
- Mike D Neue   mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Robert Nida   Rnida@castlelawoffice.com
- Henry H Oh   henry.oh@dlapiper.com, bambi.clark@dlapiper.com
- Sam S Oh   sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
- Sean A Okeefe   sokeefe@okeefelc.com
- Robert B Orgel   rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Penelope Parmes   pparmes@rutan.com
- Ronald B Pierce   ronald.pierce@sdma.com
- Raymond A Policar   hausermouzes@sbcglobal.net
- Cassandra J Richey   cmartin@pprlaw.net
- Debra Riley   driley@allenmatkins.com
- Martha E Romero   Romero@mromerolawfirm.com
- John E Schreiber   jschreiber@dl.com
- William D Schuster   bills@allieschuster.org
- Christopher P Simon   csimon@crosslaw.com
- Wendy W Smith   wendy@bindermalter.com
- Steven M Speier   Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James   ecf@stjames-law.com
- James E Till   jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh   cgunruh@sbcglobal.net
- Jason Wallach   jwallach@gladstonemichel.com
- Joshua D Wayser   joshua.wayser@kattenlaw.com
- Christopher T Williams   ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop   pj@winthropcouchot.com
- David M Wiseblood   dwiseblood@seyfarth.com
- Arnold H Wuhrman   Wuhrman@serenitylls.com
- Dean A Ziehl   dziehl@pszjlaw.com, dziehl@pszjlaw.com

**SERVED VIA E-MAIL**

- D Edward Hays   ehays@marshackhays.com
  - Sean A. Kading   skading@marshackhays.com

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON DEBTORS' FOURTH AMENDED JOINT DISCLOSURE STATEMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 19, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

D. Edward Hays
Sean A. Kading
Marshack Hays LLP
5410 Trabuco Road, Suite 130
Irvine, CA 92620-5749

    Raymond A Policar    hausermouzes@sbcglobal.net

☐ Service information continued on attached page

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Brendt C Butler    BButler@rutan.com
- Carollynn Callari    ccallari@venable.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Vincent M Coscino    emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@shlaw.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Hutchison B Meltzer    hmeltzer@wgllp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Mike D Neue    mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, bambi.clark@dlapiper.com
- Sam S Oh    sam.oh@limruger.com, alisia.dunbar@limruger.com;julie.yu@limruger.com;amy.lee@limruger.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- Martha E Romero    Romero@mromerolawfirm.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- James E Till    jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    joshua.wayser@kattenlaw.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop    pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Arnold H Wuhrman    Wuhrman@serenitylls.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

16
17
18
19
20
21
22
23
24
25
26
27
28