PACHULSKI STANG ZIEHL & JONES LLP
Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

WEIL, GOTSHAL & MANGES LLP
Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman ALI, Inc., Lehman Commercial Paper Inc., Northlake Holdings LLC and OVC Holdings LLC

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>Palmdale Hills Property, LLC, and its Related Debtors.<br><br>　　Jointly Administered Debtors and Debtors-in-Possession<br><br>Affects:<br>☐ All Debtors<br>☒ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☒ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☒ SunCal Communities I, LLC<br>☐ SCC Communities LLC<br>☒ SunCal Communities III, LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☒ LBL-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LBL-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC | **CASE NO. 8:08-bk-17206-ES**<br>Jointly Administered with Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17224-ES;<br>8:08-bk-17225-ES; 8:08-bk-17227-ES<br>8:08-bk-17230-ES; 8:08-bk-17231-ES<br>8:08-bk-17236-ES; 8:08-bk-17240-ES<br>8:08-bk-17242-ES; 8:08-bk-17245-ES<br>8:08-bk-17246-ES; 8:08-bk-17548-ES<br>8:08-bk-17549-ES; 8:08-bk-17404-ES<br>8:08-bk-17407-ES; 8:08-bk-17408-ES;<br>8:08-bk-17409-ES; 8:08-bk-17458-ES;<br>8:08-bk-17465-ES; 8:08-bk-17470-ES;<br>8:08-bk-17472-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17588-ES;<br><br>**LEHMAN COMMERCIAL PAPER INC., LEHMAN ALI, INC., OVC HOLDINGS, LLC AND NORTHLAKE HOLDINGS, LLC'S NOTICE OF SUPPLEMENT TO THE RECORD IN SUPPORT OF THEIR MOTION FOR CLARIFICATION OF (1) OCTOBER 2, 2009 ORDER ON OBJECTIONS TO AND MOTION FOR ORDER STRIKING CLAIMS FILED BY THE LEHMAN ENTITIES; AND (2) FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER ON OBJECTIONS TO CLAIMS** |


| | |
|---|---|
| ☒ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance, LLC<br>☐ SunCal Oak Knoll, LLC | |

Lehman Commercial Paper Inc. ("LCPI"), Lehman ALI, Inc., OVC Holdings, LLC, and Northlake Holdings, LLC (collectively, "Lehman Lenders"), by and through their attorneys of record, respectfully supplement the record in connection with the Lehman Lenders' Motion for Clarification of (1) October 2, 2009 Order on Objections to and Motion for Order Striking Claims Filed by the Lehman Entities; and (2) Findings of Fact and Conclusions of Law in Support of Order on Objections to Claims [D.E. 694].

In connection with a motion pending before the Honorable James M. Peck of the United States Bankruptcy Court for the Southern District of New York, Fenway Capital, LLC and Fenway Funding, LLC stated that with respect to the August 22, 2008 Master Repurchase Agreement (the "MRA") between LCPI and Fenway Funding, LLC, "the only loans that were subject to the MRA were term loans, not revolvers." (Ex. A at 4).

| | | |
|---|---|---|
| 1 | Dated: June 11, 2010 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Dean A. Ziehl*

Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067-4100
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

-and-

WEIL, GOTSHAL & MANGES LLP

Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants Lehman ALI, Inc., Lehman Commercial Paper Inc., OVC Holdings LLC, Northlake Holdings LLC and LV Pacific Point, LLC

# EXHIBIT A

Hearing Date and Time: April 14, 2010 at 10:00 a.m. (prevailing Eastern Time)

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas,
New York, New York 10019
Telephone: 212-259-8000
Facsimile: 212-259-6333
Richard R. Reinthaler, Esq.
Irena Goldstein, Esq.

Attorneys for Fenway Capital, LLC and
Fenway Funding, LLC

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
: 
In re                                              :    **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    Case No. 08-13555 (JMP)
:
                            Debtors.              :    (Jointly Administered)
:
------------------------------------------------------------ x

**RESPONSE OF FENWAY CAPITAL, LLC AND FENWAY FUNDING, LLC TO THE
SUNCAL DEBTORS' JOINT OPPOSITION, AND THE LIMITED JOINDER OF
STEVEN M. SPIER, CHAPTER 11 TRUSTEE, THERETO, TO THE DEBTORS'
MOTION PURSUANT TO BANKRUPTCY RULE 9010 FOR AUTHORITY TO
COMPROMISE CONTROVERSY IN CONNECTION WITH A REPURCHASE
TRANSACTION WITH FENWAY CAPITAL AND A COMMERCIAL PAPER
PROGRAM WITH FENWAY FUNDING**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

Fenway Capital, LLC ("Fenway Capital") and Fenway Funding, LLC ("Fenway

Funding", and together with Fenway Capital, "Fenway"), hereby respond to the opposition of the

"SunCal Debtors" and the limited joinder thereto of Steven M. Speier, Chapter 11 Trustee

(collectively "SunCal") to the Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Authority

to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital,



LLC and a Commercial Paper Program with Fenway Funding, LLC (the "Motion") and respectfully represents as follows:

1. As set forth in the Motion, the Debtors, in the exercise of their business judgment, believe that it is in the best interests of the Debtors' estates to compromise (the "Compromise") certain controversies arising in connection with the Fenway Documents.[1] As part of the Compromise, Fenway Capital will transfer its interests in the Repo Assets to LCPI, which Repo Assets include certain loans made by LCPI and related parties to the SunCal debtors, and Fenway and certain other parties will be released from and indemnified for certain liabilities relating to the Repo Assets and the Fenway Documents.

2. As described in the Debtors' response to SunCal's opposition to the Motion, in repurchasing the Repo Assets pursuant to the terms of the MRA and surrendering the CP Notes for cancellation as payment of the repurchase price under the MRA and in satisfaction of LBHI's obligations under the guarantee, the parties are simply fulfilling their obligations under the original Fenway Documents and restoring the property rights of LCPI and LBHI as originally contemplated by the Fenway Documents. The purpose of the Compromise is to restore the parties to the positions the Fenway Documents always contemplated.

3. Fenway, which under the Fenway Documents, has never had any real economic interest in the Repo Assets (including the SunCal loans), has been caught in the middle of a dispute between SunCal and LCPI and other Lehman parties with regard to certain loans that LCPI and certain related parties made to various SunCal entities. As a result, LCPI and Fenway have been forced to incur substantial legal fees and expenses defending claims asserted against them by SunCal. Fenway Capital has been trying to extricate itself from the middle of this legal battle being waged between SunCal and several Lehman entities regarding the SunCal loans and

---

[1] Capitalized terms not defined herein have the meanings ascribed thereto in the Motion.

2

to seek the dismissal of certain claims against it in the SunCal adversary proceeding. The only reason Fenway Capital is a party to that action is because the bankruptcy court having jurisdiction over SunCal's chapter 11 cases (the "California Court") has held that, by virtue of the MRA, Fenway became the "owner" of certain SunCal Loans that had been made by Lehman entities - - a conclusion the Debtors dispute and is currently on appeal. The Compromise will remove any doubt regarding "ownership" of the loans by explicitly restoring all right, title and interest in the Repo Assets to LCPI, thereby enabling Fenway Capital to seek the dismissal of all claims against it predicated on the notion that Fenway Capital was the "owner" of the loans.

4. Contrary to SunCal's suggestion that the Compromise has some ulterior undisclosed motive, Fenway has from the moment it was first dragged into the SunCal bankruptcy case made clear to SunCal that it was seeking to extricate itself from the middle of the dispute.

- During a telephone conversation between Fenway's and SunCal's counsel on May 4, 2009;[2]

- In an email to SunCal's counsel after he misrepresented such telephone conversation in a filing with the California Court;[3]

- In a declaration filed with the California Court;[4] and

- During arguments before the California Court in connection with the hearing on the motions to dismiss SunCal's third amended complaint.[5]

5. Throughout its objection, and in the course of the SunCal adversary proceeding, SunCal has mischaracterized the transactions between Fenway and Lehman and misstated the assets that were the subject of the MRA. Perhaps the most egregious misstatement is the

---

[2] *See* Declaration of Robert Roesch in Support of Debtors' Response to the SunCal Debtors' Joint Opposition to Motion Pursuant to Bankruptcy Rule 9019 for Authority to Compromise Controversy in Connection with a Repurchase Transaction with Fenway Capital, LLC and a Commercial Paper Program with Fenway Funding, LLC, Exhibit 14, Declaration of Irena Goldstein ("Goldstein Declaration"), ¶3.
[3] *Id.,* Exhibit 14, Goldstein Declaration, Exhibit B.
[4] *Id.,* Exhibit 14, Goldstein Declaration, ¶ 6.
[5] *Id,* Exhibit 11, pp. 129-131.

3

repeated representation that the "Sold Loans" include both term and revolving credit loans made by Lehman entities to SunCal. This is completely untrue. As more fully described in Lehman's response to SunCal's objection (at ¶¶ 13-16), the only loans that were subject to the MRA were term loans, not revolvers. Fenway Capital has produced written confirmations and other documents to SunCal that prove this, yet SunCal continues to misrepresent the facts.

6.     SunCal further contends that the Debtors are entering into the Compromise for the improper purpose of using their Bankruptcy Code section 362 rights to impede SunCal's reorganization by staying litigation commenced by SunCal in the California Court. SunCal implies that the Debtors and Fenway are making a surprise end-run around the California Court's jurisdiction over the SunCal's reorganization.

7.     This is untrue. First of all, as described above, the instant motion hardly comes as a surprise to anyone, including, in particular, SunCal. Moreover, SunCal was explicitly warned by this Court that its actions violate the automatic stay in the Debtors' cases. Rather than request relief from this Court, SunCal waited until it was rebuked by the Ninth Circuit Bankruptcy Appellate Panel before dropping LCPI from the adversary proceeding pending before the California Court.[6] In invoking the automatic stay, Lehman has simply been acting to protect whatever property rights it has in the Repo Assets. The Compromise removes any and all doubt regarding this.

8.     The Debtors and Fenway's efforts to unwind the transactions and retransfer the Repo Assets to LCPI are completely consistent with the parties' original intent, the terms of the MRA and other of the Fenway Documents, and Fenway's fully disclosed objective to extricate

---

[6] Fenway respectfully refers to the Debtors' response to SunCal's objection for a complete and accurate summary of the facts relating to SunCal's repeated attempts to evade the automatic stay.

4

itself from the middle of Lehman's dispute with SunCal. SunCal's insinuations to the contrary are disingenuous and should be wholly disregarded.

| | |
|---|---|
| Dated: New York, New York<br>April 13, 2010 | DEWEY & LEBOEUF LLP<br><br>/s/Irena Goldstein<br>Richard R. Reinthaler, Esq.<br>Irena Goldstein, Esq.<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: 212-259-8000<br>Facsimile: 212-259-6333<br><br>Attorneys for Fenway Capital, LLC<br>and Fenway Funding, LLC |

NY3 3052586.2

| | |
|---|---|
| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **LEHMAN COMMERCIAL PAPER INC., LEHMAN ALI, INC., OVC HOLDINGS, LLC AND NORTHLAKE HOLDINGS, LLC'S NOTICE OF SUPPLEMENT TO THE RECORD IN SUPPORT OF THEIR MOTION FOR CLARIFICATION OF (1) OCTOBER 2, 2009 ORDER ON OBJECTIONS TO AND MOTION FOR ORDER STRIKING CLAIMS FILED BY THE LEHMAN ENTITIES; AND (2) FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER ON OBJECTIONS TO CLAIMS [DE 694]** will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___June 11, 2010___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ___June 11, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

JUDGE'S COPY [Overnight Delivery]

The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___June 11, 2010___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 11, 2010 | Nancy Brown | /s/ Nancy Brown |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                                                          **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | |
| Debtor(s). | CASE NUMBER 08-17206-ES |

**I. SERVED BY NEF**

## 8:08-bk-17206-ES Notice will be electronically mailed to:

(1)   Selia M Acevedo for Attorney Miller Barondess LLP
      sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
(2)   Joseph M Adams for Defendant The City of San Juan Capistrano
      jadams@sycr.com
(3)   Raymond H Aver for Debtor Palmdale Hills Property, LLC
      ray@averlaw.com
(4)   James C Bastian for Creditor ARB, Inc.
      jbastian@shbllp.com
(5)   John A Boyd for Interested Party Oliphant Golf Inc
      fednotice@tclaw.net
(6)   Mark Bradshaw for Interested Party Courtesy NEF
      mbradshaw@shbllp.com
(7)   Brendt C Butler for Creditor EMR Residential Properties LLC
      BButler@rutan.com
(8)   Carollynn Callari for Creditor Danske Bank A/S London Branch
      ccallari@venable.com
(9)   Dan E Chambers for Creditor EMR Residential Properties LLC
      dchambers@jmbm.com
(10)  Shirley Cho for Creditor Lehman ALI, Inc.
      scho@pszjlaw.com
(11)  Vonn Christenson for Interested Party Courtesy NEF
      vrc@paynefears.com
(12)  Brendan P Collins for Creditor Gray1 CPB, LLC
      brendan.collins@dlapiper.com
(13)  Vincent M Coscino for Petitioning Creditor CST Environmental Inc
      vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
(14)  Paul J Couchot for Debtor ACTON ESTATES, LLC
      pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
(15)  Jonathan S Dabbieri for Interested Party Courtesy NEF
      dabbieri@shlaw.com
(16)  Ana Damonte for Creditor Top Grade Construction, Inc.
      ana.damonte@pillsburylaw.com
(17)  Melissa Davis for Creditor City of Orange
      mdavis@shbllp.com
(18)  Daniel Denny for Interested Party Courtesy NEF
      ddenny@gibsondunn.com
(19)  Caroline Djang for Creditor Lehman ALI, Inc.
      crd@jmbm.com
(20)  Donald T Dunning for Creditor Hertz Equipment Rental Corporation
      ddunning@dunningLaw.com
(21)  Joseph A Eisenberg for Creditor Lehman ALI, Inc.
      jae@jmbm.com
(22)  Lei Lei Wang Ekvall for Attorney Weiland Golden Smiley Wang Ekvall & Strok, LLP
      lekvall@wgllp.com
(23)  Richard W Esterkin for Debtor Palmdale Hills Property, LLC
      resterkin@morganlewis.com
(24)  Marc C Forsythe for Attorney Robert Goe
      kmurphy@goeforlaw.com
(25)  Alan J Friedman for Attorney Irell & Manella LLP
      afriedman@irell.com
(26)  Steven M Garber for Creditor Park West Landscape, Inc
      steve@smgarberlaw.com
(27)  Christian J Gascou for 3rd Party Plaintiff Arch Insurance Company
      cgascou@gascouhopkins.com
(28)  Barry S Glaser for Creditor County of Los Angeles
      bglaser@swjlaw.com
(29)  Robert P Goe for Attorney Robert Goe
      kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                           F 9013-3.1

Case 8:08-bk-17206-ES    Doc 1168    Filed 06/11/10    Entered 06/11/10 15:46:43    Desc
Main Document    Page 12 of 14

| In re: | | CHAPTER 11 |
|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | | |
| | Debtor(s). | CASE NUMBER 08-17206-ES |

(30) Eric D Goldberg for Interested Party Courtesy NEF
egoldberg@stutman.com
(31) Richard H Golubow for Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com
(32) Kelly C Griffith for Creditor Bond Safeguard Insurance Co
bkemail@harrisbeach.com
(33) Matthew Grimshaw for Interested Party City Of Torrance
mgrimshaw@rutan.com
(34) Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com
(35) Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov
(36) D Edward Hays for Creditor Villa San Clemente, LLC
ehays@marshackhays.com
(37) Michael C Heinrichs for Interested Party Courtesy NEF
mheinrichs@omm.com
(38) Harry D. Hochman for Creditor Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com
(39) Jonathan M Hoff for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com
(40) Nancy Hotchkiss for Creditor Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com
(41) Michelle Hribar for Plaintiff EMR Residential Properties LLC
mhribar@rutan.com
(42) John J Immordino for Creditor Arch Insurance Co.
john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
(43) Lawrence A Jacobson for Creditor BKF Engineers
laj@cohenandjacobson.com
(44) Michael J Joyce for Interested Party Courtesy NEF
mjoyce@crosslaw.com
(45) Stephen M Judson for Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com
(46) Sean A Kading for Creditor Villa San Clemente, LLC
seankading@sbcglobal.net
(47) David I Katzen for Interested Party Bethel Island Municipal Improvement District
katzen@ksfirm.com
(48) Christopher W Keegan for Creditor SC Master Holdings II LLC
ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
(49) Irene L Kiet for Creditor BNB Engineering, Inc.
ikiet@hkclaw.com
(50) Mark J Krone for Creditor Bond Safeguard Insurance Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
(51) Leib M Lerner for Creditor Steiny and Company, Inc.
leib.lerner@alston.com
(52) Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com
(53) Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com, fbaig@mrllp.com
(54) Kerri A Lyman for Attorney Irell & Manella LLP
klyman@irell.com
(55) Mariam S Marshall for Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com
(56) Robert C Martinez for Creditor TC Construction Company, Inc
rmartinez@mclex.com
(57) Hutchison B Meltzer for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
hmeltzer@wgllp.com
(58) Krikor J Meshefejian for Interested Party Courtesy NEF
kjm@lnbrb.com
(59) Joel S. Miliband for Creditor RBF CONSULTING
jmiliband@rusmiliband.com
(60) James M Miller for Attorney Miller Barondess LLP
jmiller@millerbarondess.com
(61) Louis R Miller for Plaintiff Palmdale Hills Property, LLC
smiller@millerbarondess.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br><br>Debtor(s). | CASE NUMBER 08-17206-ES |

(62)  Mike D Neue for Attorney The Lobel Firm, LLP
      mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
(63)  Robert Nida for Creditor Kirk Negrete, Inc
      Rnida@castlelawoffice.com
(64)  Henry H Oh for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
      henry.oh@dlapiper.com, janet.curley@dlapiper.com
(65)  Sam S Oh for Interested Party Anaverde, LLC
      sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
(66)  Sean A Okeefe for Debtor Palmdale Hills Property, LLC
      sokeefe@okeefelc.com
(67)  Robert B Orgel for Creditor Lehman ALI, Inc.
      rorgel@pszjlaw.com, rorgel@pszjlaw.com
(68)  Penelope Parmes for Creditor EMR Residential Properties LLC
      pparmes@rutan.com
(69)  Ronald B Pierce for Creditor Griffith Company
      ronald.pierce@sdma.com
(70)  Cassandra J Richey for Creditor Patricia I Volkerts, as Trustee, et al
      cmartin@pprlaw.net
(71)  Debra Riley for Interested Party City of Palmdale
      driley@allenmatkins.com
(72)  Martha E Romero for Creditor San Bernardino County Tax Collector
      Romero@mromerolawfirm.com
(73)  John E Schreiber for Defendant Fenway Capital, LLC
      jschreiber@dl.com
(74)  William D Schuster for Creditor HD Supply Construction Supply LTD
      bills@allieschuster.org
(75)  Christopher P Simon for Interested Party Courtesy NEF
      csimon@crosslaw.com
(76)  Wendy W Smith for Creditor Castaic Union School District
      wendy@bindermalter.com
(77)  Steven M Speier for Trustee Steven Speier
      Sspeier@Squarmilner.com, ca85@ecfcbis.com
(78)  Michael St James for Creditor MBH Architects, Inc.
      ecf@stjames-law.com
(79)  James E Till for Trustee Steven Speier
      jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
(80)  United States Trustee (SA)
      ustpregion16.sa.ecf@usdoj.gov
(81)  Carol G Unruh for Creditor Scott E. McDaniel
      cgunruh@sbcglobal.net
(82)  Jason Wallach for Interested Party Courtesy NEF
      jwallach@gladstonemichel.com
(83)  Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
      joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
(84)  Christopher T Williams for Creditor Danske Bank A/S London Branch
      ctwilliams@venable.com, jcontreras@venable.com
(85)  Marc J Winthrop for Debtor Palmdale Hills Property, LLC
      mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
(86)  David M Wiseblood for Creditor Bethel Island Municipal Improvement District
      dwiseblood@seyfarth.com
(87)  Brett K Wiseman for Creditor JF Shea Construction Inc
      bwiseman@aalaws.com
(88)  Arnold H Wuhrman for Creditor Wayne Lee
      Wuhrman@serenitylls.com
(89)  Dean A Ziehl for Counter-Defendant LV Pacific Point LLC
      dziehl@pszjlaw.com, dziehl@pszjlaw.com

**II. SERVED BY U.S. MAIL**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9013-3.1**

| | |
|---|---|
| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |

**III. SERVED BY E-MAIL**

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors:
    Palmdale Hills Property, LLC and its related entities - bcook@suncal.com
(3) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(4) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(5) Ch. 11 Trustee (c/o Squar Milner):
    Steven N. Speier - sspeier@squarmilner.com; ca85@ecfcbis.com
(6) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(7) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(8) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Clay Roesch – clay.roesch@weil.com
Carrolynn H. G. Callari - ccallari@venable.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Joseph A Eisenberg - jae@jmbm.com
Mark McKane - mark.mckane@kirkland.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*          **F 9013-3.1**