IRELL & MANELLA LLP
Alan J. Friedman (State Bar No. 132580)
afriedman@irell.com
Kerri A. Lyman (State Bar No. 241615)
klyman@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:    (949) 760-0991
Facsimile:     (949) 760-5200

Counsel for the Official Joint Committee of Unsecured Creditors in the Voluntary Debtors' Chapter 11 Cases

**FILED & ENTERED**

**JUN 25 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Duarte     **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br>**PALMDALE HILLS PROPERTY, LLC,**<br>**and Its Related Debtors,**<br><br>Jointly Administered Debtors and Debtors-in-Possession.<br><br>Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC,<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale,<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF LLC<br><br>*Caption Continued on Next Page* | Case No. 8:08-bk-17206-ES<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573 ES;<br>8:08-bk-17574 ES; 8:08-bk-17575 ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11 cases<br><br>**ORDER GRANTING STIPULATION RESCHEDULING HEARING ON:**<br>**(A) APPROVAL OF DEBTORS' FOURTH AMENDED JOINT DISCLOSURE STATEMENT; AND**<br>**(B) APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN PROPOSED BY THE LEHMAN LENDERS** |

#2257687.1

| | |
|---|---|
| *Caption Continued from Previous Page*<br>☐ LBL-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LBL-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☐ SunCal Oak Knoll, LLC | **Current Hearing Date**:<br>DATE:    June 28, 2010<br>TIME:    10:30 a.m.<br>PLACE:   Courtroom 5A<br><br>**Rescheduled Hearing Date:**<br>DATE:    **September 10, 2010**<br>TIME:    **10:00 a.m.**<br>PLACE:   Courtroom 5A |

The Court having reviewed the "*Stipulation Rescheduling Hearing on (A) Approval of Debtors' Fourth Amended Joint Disclosure Statement; and (B) Approval of Disclosure Statement with Respect to Joint Chapter 11 Plan Proposed by the Lehman Lenders*" (the "Stipulation") filed with this Court on June 24, 2010 [Docket No. 1192], and finding good cause existing therefore,

**IT IS HEREBY ORDERED** that:

1.  The hearing on Debtors' Disclosure Statement and Lehman's Disclosure Statement is hereby continued for a period of at least sixty (60) days, from June 28, 2010, to **September 10, 2010 at 10:00 a.m.**;

2.  The deadline for filing objections to the Debtors' Disclosure Statement and Lehman's Disclosure Statement is hereby extended such that the same shall be served and filed with the Court no later than fourteen (14) days prior to the rescheduled hearing date;

3.  The deadline for filing replies to any objections to the Debtors' Disclosure Statement and Lehman's Disclosure Statement is hereby extended such that the same shall be served and filed with the Court no later than seven (7) days prior to the rescheduled hearing date; and

4.  The foregoing is without prejudice to the Voluntary Debtors' right to file a motion requesting that the Lehman Plan and Disclosure Statement be stayed during the expedited appeal

/ / /

/ / /

/ / /

1  of the New York Bankruptcy Court's order granting LCPI the right to purchase the Fenway loans

2  and the order denying the Voluntary Debtors' request for relief from the automatic stay or for

3  Lehman to oppose any such requested relief.

4  ###

25  DATED: June 25, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as [PROPOSED] **ORDER GRANTING STIPULATION RESCHEDULING HEARING ON: (A) APPROVAL OF DEBTORS' FOURTH AMENDED JOINT DISCLOSURE STATEMENT; AND (B) APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN PROPOSED BY THE LEHMAN LENDERS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** –
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>June 24, 2010</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

Chambers of Honorable Erithe A. Smith
United States Bankruptcy Court
411 W. Fourth Street
Santa Ana, CA 92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/24/2010 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVED VIA E-MAIL**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Brendt C Butler    BButler@rutan.com
- Carollynn Callari    ccallari@venable.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    brendan.collins@dlapiper.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@shlaw.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com

|   |   |
|---|---|
| 1 | • Stephen M Judson    sjudson@fablaw.com |
| 2 | • Sean A Kading    seankading@sbcglobal.net |
|   | • David I Katzen    katzen@ksfirm.com |
| 3 | • Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com |
| 4 | • Irene L Kiet    ikiet@hkclaw.com |
|   | • Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com |
| 5 | • Leib M Lerner    leib.lerner@alston.com |
| 6 | • Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com |
|   | • Charles Liu    cliu@winthropcouchot.com, fbaig@mrllp.com |
| 7 | • Kerri A Lyman    klyman@irell.com |
| 8 | • Mariam S Marshall    mmarshall@marshallramoslaw.com |
|   | • Robert C Martinez    rmartinez@mclex.com |
| 9 | • Hutchison B Meltzer    hmeltzer@wgllp.com |
| 10 | • Krikor J Meshefejian    kjm@lnbrb.com |
|   | • Joel S. Miliband    jmiliband@rusmiliband.com |
| 11 | • James M Miller    jmiller@millerbarondess.com |
| 12 | • Louis R Miller    smiller@millerbarondess.com |
|   | • Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com |
| 13 | • Robert Nida    Rnida@castlelawoffice.com |
| 14 | • Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com |
|   | • Sam S Oh    sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com |
| 15 | • Sean A Okeefe    sokeefe@okeefelc.com |
| 16 | • Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com |
|   | • Penelope Parmes    pparmes@rutan.com |
| 17 | • Ronald B Pierce    ronald.pierce@sdma.com |
| 18 | • Cassandra J Richey    cmartin@pprlaw.net |
|   | • Debra Riley    driley@allenmatkins.com |
| 19 | • Martha E Romero    Romero@mromerolawfirm.com |
| 20 | • John E Schreiber    jschreiber@dl.com |
|   | • William D Schuster    bills@allieschuster.org |
| 21 | • Christopher P Simon    csimon@crosslaw.com |
| 22 | • Wendy W Smith    wendy@bindermalter.com |
|   | • Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com |
| 23 | • Michael St James    ecf@stjames-law.com |
| 24 | • James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com |
|   | • United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov |
| 25 | • Carol G Unruh    cgunruh@sbcglobal.net |
| 26 | • Jason Wallach    jwallach@gladstonemichel.com |
|   | • Joshua D Wayser    joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com |
| 27 | • Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com |
| 28 | • Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com |
|   | • David M Wiseblood    dwiseblood@seyfarth.com |
|   | • Brett K Wiseman    bwiseman@aalaws.com |
|   | • Arnold H Wuhrman    Wuhrman@serenitylls.com |
|   | • Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com |

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING STIPULATION RESCHEDULING HEARING ON: (A) APPROVAL OF DEBTORS' FOURTH AMENDED JOINT DISCLOSURE STATEMENT; AND (B) APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN PROPOSED BY THE LEHMAN LENDERS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June ___, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Brendt C Butler    BButler@rutan.com
- Carollynn Callari    ccallari@venable.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    brendan.collins@dlapiper.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@shlaw.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com

- Stephen M Judson    sjudson@fablaw.com
- Sean A Kading    seankading@sbcglobal.net
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com, fbaig@mrllp.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sam S Oh    sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- Martha E Romero    Romero@mromerolawfirm.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Arnold H Wuhrman    Wuhrman@serenitylls.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com