|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | LOUIS R. MILLER, State Bar No. 54141<br>smiller@millerbarondess.com<br>MARTIN PRITIKIN, State Bar. No. 210845<br>mpritikin@millerbarondess.com<br>BRIAN PROCEL, State Bar No. 218657<br>bprocel@millerbarondess.com<br>**MILLER BARONDESS, LLP**<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br>Telephone:    (310) 552-4400<br>Facsimile:    (310) 552-8400 | <span style="color:blue">**FILED & ENTERED**</span><br><br><span style="color:red">**SEP 23 2010**</span><br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY deramus DEPUTY CLERK** <br><br><span style="color:red">**CHANGES MADE BY COURT**</span> |

7  Special Litigation Counsel
   for the Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -- SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br>        Jointly Administered Debtors and Debtors-in-Possession<br><br>Affects:<br><br>☐  All Debtors<br>☒  Palmdale Hills Property, LLC,<br>☒  SunCal Beaumont Heights, LLC<br>☒  SCC/Palmdale, LLC<br>☒  SunCal Johannson Ranch, LLC<br>☒  SunCal Summit Valley, LLC<br>☒  SunCal Emerald Meadows LLC<br>☒  SunCal Bickford Ranch, LLC<br>☒  Acton Estates, LLC<br>☒  Seven Brothers LLC<br>☒  SJD Partners, Ltd.<br>☒  SJD Development Corp.<br>☒  Kirby Estates, LLC<br>☒  SunCal Communities I, LLC<br>☒  SunCal Communities III, LLC<br>☒  SCC Communities LLC<br>☒  North Orange Del Rio Land, LLC<br>☒  Tesoro SF, LLC<br>☐  LBL-SunCal Oak Valley, LLC<br>        *Caption Continued on Next Page* | Case No. 8:08-bk-17206-ES<br><br><u>Jointly Administered With Case Nos.</u><br>8:08-bk-17209-ES; 8:08-bk-17240-ES<br>8:08-bk-17224-ES; 8:08-bk-17242-ES<br>8:08-bk-17225-ES; 8:08-bk-17245-ES<br>8:08-bk-17227-ES; 8:08-bk-17246-ES<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES<br>8:08-bk-17249-ES; 8:08-bk-17573 ES<br>8:08-bk-17574 ES; 8:08-bk-17575 ES<br><br>Chapter 11 cases<br><br>**ORDER ON AMENDED JOINT APPLICATION OF RELATED DEBTORS AND DEBTORS-IN-POSSESSION FOR AUTHORITY TO EMPLOY MILLER BARONDESS, LLP AS SPECIAL LITIGATION COUNSEL**<br><br>**[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)]** |

AMENDED MILLER BARONDESS EMPLOYMENT APPLICATION

71971.1

*Continued from Previous Page*

- ☐ SunCal Heartland, LLC
- ☐ LBL-SunCal Northlake, LLC
- ☐ SunCal Marblehead, LLC
- ☐ SunCal Century City, LLC
- ☐ SunCal PSV, LLC
- ☐ Delta Coves Venture, LLC
- ☐ SunCal Torrance, LLC
- ☐ SunCal Oak Knoll, LLC

ORDER ON AMENDED MILLER BARONDESS EMPLOYMENT APPLICATION

71971.1

# **ORDER**

Based upon the *Amended Joint Application of Related Debtors and Debtors-In-Possession for Authority to Employ Miller Barondess, LLP as Special Litigation Counsel* (the "Amended Application") filed by the jointly administered related debtors and debtors-in-possession Palmdale Hills Property, LLC, SunCal Beaumont Heights, LLC, SCC/Palmdale, LLC, SunCal Johannson Ranch, LLC, SunCal Summit Valley, LLC, SunCal Emerald Meadows, LLC, SunCal Bickford Ranch, LLC, Acton Estates, LLC, Seven Brothers, LLC, SJD Partners, Ltd., SJD Development Corp., Kirby Estates, LLC, SunCal Communities I, LLC, SunCal Communities III, LLC, SCC Communities LLC, North Orange Del Rio Land, LLC, and Tesoro SF, LLC, (the "Voluntary Debtors") in the above-affected cases, no opposition to the Amended Application or request for hearing having been filed, and good cause appearing therefore,

**IT IS ORDERED** that the Amended Application is **GRANTED** and the Voluntary Debtors are authorized to amend the terms of employment of Miller Barondess, LLP, effective August 1, 2010, for the purposes and pursuant to the terms set forth in the Amended Application, **except that the employment is approved pursuant to 11 U.S.C. §§ 327 and 330, and not § 328.**

This Court's orders of June 24, 2009 approving the original employment applications of the Voluntary Debtors and the Chapter 11 Trustee Steven M. Speier to employ Miller Barondess, LLP, and April 14, 2010 approving an amended employment application to employ Miller Barondess, LLP remain in effect to the extent not modified or superseded herein.

###

DATED: September 23, 2010



United States Bankruptcy Judge

ORDER ON AMENDED MILLER BARONDESS EMPLOYMENT APPLICATION

71971.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described **ORDER ON AMENDED JOINT APPLICATION OF RELATED DEBTORS AND DEBTORS-IN-POSSESSION FOR AUTHORITY TO EMPLOY MILLER BARONDESS, LLP AS SPECIAL LITIGATION COUNSEL**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 15, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy by Messenger
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Bldg and United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 2010 | Selia Acevedo | /s/ Selia Acevedo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

ORDER ON AMENDED MILLER BARONDESS EMPLOYMENT APPLICATION

71971.1

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER RE FENWAY CAPITAL, LLC'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 15, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

2
ORDER ON AMENDED MILLER BARONDESS EMPLOYMENT APPLICATION
62001.1

# SERVICE LIST

**I.    Served by NEF**

- Selia M Acevedo
  sacevedo@millerbarondess.com,
  mpritikin@millerbarondess.com;bprocel@millerbarondess.com

- Joseph M Adams
  jadams@sycr.com

- Raymond H Aver
  ray@averlaw.com

- James C Bastian
  jbastian@shbllp.com

- John A Boyd
  fednotice@tclaw.net

- Mark Bradshaw
  mbradshaw@shbllp.com

- Jeffrey W Broker
  jbroker@brokerlaw.biz

- Brendt C Butler
  BButler@rutan.com

- Andrew W Caine
  acaine@pszyjw.com

- Carollynn Callari
  ccallari@venable.com

- Dan E Chambers
  dchambers@jmbm.com

- Shirley Cho
  scho@pszjlaw.com

- Vonn Christenson
  vrc@paynefears.com

- Brendan P Collins
  bpcollins@bhfs.com

- Vincent M Coscino
  vcoscino@allenmatkins.com,
  emurdoch@allenmatkins.com

- Paul J Couchot
  pcouchot@winthropcouchot.com,
  pj@winthropcouchot.com;sconnor@winthropcouchot.com

- Jonathan S Dabbieri
  dabbieri@shlaw.com

- Ana Damonte
  ana.damonte@pillsburylaw.com

- Vanessa S Davila
  vsd@amclaw.com

- Melissa Davis
  mdavis@shbllp.com

- Daniel Denny
  ddenny@gibsondunn.com

- Caroline Djang
  crd@jmbm.com

- Donald T Dunning
  ddunning@dunningLaw.com

- Joseph A Eisenberg
  jae@jmbm.com

- Lei Lei Wang Ekvall
  lekvall@wgllp.com

- Richard W Esterkin
  resterkin@morganlewis.com

- Marc C Forsythe
  kmurphy@goeforlaw.com

- Alan J Friedman
  afriedman@irell.com

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

62001.1

3

ORDER ON AMENDED MILLER BARONDESS EMPLOYMENT APPLICATION

- Steven M Garber
  steve@smgarberlaw.com

- Christian J Gascou
  cgascou@gascouhopkins.com

- Barry S Glaser
  bglaser@swjlaw.com

- Robert P Goe
  kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com;mforsythe@goeforlaw.com

- Eric D Goldberg
  egoldberg@stutman.com

- Richard H Golubow
  rgolubow@winthropcouchot.com, pj@winthropcouchot.com

- Kelly C Griffith
  bkemail@harrisbeach.com

- Matthew Grimshaw
  mgrimshaw@rutan.com

- Asa S Hami
  ahami@morganlewis.com

- Michael J Hauser
  michael.hauser@usdoj.gov

- D Edward Hays
  ehays@marshackhays.com

- Michael C Heinrichs
  mheinrichs@omm.com

- Harry D. Hochman
  hhochman@pszjlaw.com,
  hhochman@pszjlaw.com

- Jonathan M Hoff
  jonathan.hoff@cwt.com

- Nancy Hotchkiss
  nhotchkiss@trainorfairbrook.com

- Michelle Hribar
  mhribar@rutan.com

- John J Immordino
  john.immordino@wilsonelser.com,
  raquel.burgess@wilsonelser.com

- Lawrence A Jacobson
  laj@cohenandjacobson.com

- Michael J Joyce
  mjoyce@crosslaw.com

- Stephen M Judson
  sjudson@fablaw.com

- David I Katzen
  katzen@ksfirm.com

- Christopher W Keegan
  ckeegan@kirkland.com,
  emilee@kirkland.com;alevin@kirkland.com

- Irene L Kiet
  ikiet@hkclaw.com

- Mark J Krone
  mk@amclaw.com,
  crs@amclaw.com;amc@amclaw.com

- Leib M Lerner
  leib.lerner@alston.com

- Peter W Lianides
  plianides@winthropcouchot.com, pj@winthropcouchot.com

- Charles Liu
  cliu@winthropcouchot.com

- Kerri A Lyman
  klyman@irell.com

- Mariam S Marshall
  mmarshall@marshallramoslaw.com

2

ORDER ON AMENDED MILLER BARONDESS EMPLOYMENT APPLICATION

62001.1

- Robert C Martinez
  rmartinez@mclex.com

- Michael D May
  mdmayesq@verizon.net

- Hutchison B Meltzer
  hmeltzer@wgllp.com

- Krikor J Meshefejian
  kjm@lnbrb.com

- Joel S. Miliband
  jmiliband@rusmiliband.com

- James M Miller
  jmiller@millerbarondess.com

- Louis R Miller
  smiller@millerbarondess.com

- Mike D Neue
  mneue@thelobelfirm.com,
  jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

- Robert Nida
  Rnida@castlelawoffice.com

- Henry H Oh
  henry.oh@dlapiper.com,
  janet.curley@dlapiper.com

- Sean A Okeefe
  sokeefe@okeefelc.com

- Robert B Orgel
  rorgel@pszjlaw.com,
  rorgel@pszjlaw.com

- Malhar S Pagay
  mpagay@pszjlaw.com,
  mpagay@pszjlaw.com

- Penelope Parmes
  pparmes@rutan.com

- Ronald B Pierce
  ronald.pierce@sdma.com

- Cassandra J Richey
  cmartin@pprlaw.net

- Debra Riley
  driley@allenmatkins.com

- James S Riley
  tgarza@sierrafunds.com

- Todd C. Ringstad
  becky@ringstadlaw.com

- Martha E Romero
  Romero@mromerolawfirm.com

- John P Schafer
  jps@mandersonllp.com

- John E Schreiber
  jschreiber@dl.com

- William D Schuster
  bills@allieschuster.org

- Christopher P Simon
  csimon@crosslaw.com

- Wendy W Smith
  wendy@bindermalter.com

- Steven M Speier
  Sspeier@Squarmilner.com,
  ca85@ecfcbis.com

- Michael St James
  ecf@stjames-law.com

- James E Till
  jtill@thelobelfirm.com,
  jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

- United States Trustee (SA)
  ustpregion16.sa.ecf@usdoj.gov

- Carol G Unruh
  cgunruh@sbcglobal.net

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

62001.1

3

ORDER ON AMENDED MILLER BARONDESS EMPLOYMENT APPLICATION

| | |
|---|---|
| • Jason Wallach jwallach@gladstonemichel.com | • David M Wiseblood dwiseblood@seyfarth.com |
| • Joshua D Wayser , kim.johnson@kattenlaw.com | • Brett K Wiseman bwiseman@aalaws.com |
| • Christopher T Williams ctwilliams@venable.com, jcontreras@venable.com | • Arnold H Wuhrman Wuhrman@serenitylls.com |
| • Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com | • Dean A Ziehl dziehl@pszjlaw.com, dziehl@pszjlaw.co |