1  RONALD RUS, #67369
   rrus@rusmiliband.com
2  JOEL S. MILIBAND, #77438
   jmiliband@rusmiliband.com
3  CATHRINE M. CASTALDI, #156089
   ccastaldi@rusmiliband.com
4  RUS, MILIBAND & SMITH
   A Professional Corporation
5  Seventh Floor
   2211 Michelson Drive
6  Irvine, California  92612
   Telephone:   (949) 752-7100
7  Facsimile:    (949) 252-1514

8  Attorneys for SunCal Management, LLC

**FILED & ENTERED**

**OCT 22 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte     DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS,<br><br>    Jointly Administered Debtors<br>    and Debtors-in-Possession.<br><br>Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF LLC<br>☐ SunCal Heartland, LLC<br>☐ LBL-SunCal Oak Valley, LLC<br><br>*Caption Continued on Next Page* | CASE NO. 8:08-bk-17206-ES<br><br>Chapter 11<br><br>Jointly Administered With Case Nos.:<br><br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574 ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES; and<br>8:08-bk-17588-ES<br><br>**ORDER DENYING EX PARTE APPLICATION TO CONTINUE HEARINGS RE: (A) DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND LEHMAN CREDITORS AND (B) MOTION FOR IMPOSING DISCRETIONARY STAY SUSPENDING ALL MATTERS AND PROCEEDINGS FILED OR BEING PURSUED BY THE LEHMAN ENTITIES** |

| | |
|---|---|
| ☐ SunCal Heartland, LLC<br>☐ LBL-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☐ SunCal Oak Knoll, LLC | **UNTIL ALL MATTERS AND PROCEEDINGS FILED OR BEING PURSUED BY THE LEHMAN ENTITIES UNTIL ALL ALLEGEDLY APPLICABLE LEHMAN ENTITIES' AUTOMATIC STAYS IN THE SUNCAL DEBTORS' CHAPTER 11 CASES ARE LIFTED, (2) EXTENDING THE LIMITATIONS PERIOD UNDER 11 U.S.C. § 546(A) AND (3) CONFIRMING THAT 11 U.S.C. § 108(C) AUTOMATICALLY EXTENDS THE PERIOD OF TIME FOR CERTAIN ACTIONS**<br><br>**[NO HEARING REQUIRED]** |

The Ex Parte Application To Continue Hearings (the "Ex Parte Application") Re: (A) Disclosure Statement With Respect To Joint Chapter 11 Plan For Eight Trustee Debtors (the "Lehman Plan") Proposed By The Trustee And Lehman Creditors and the Disclosure Statement with Respect to Voluntary Debtors for 11 of the Voluntary Debtors (collectively the "Disclosure Statements") and (B) Motion For Imposing Discretionary Stay Suspending All Matters And Proceedings Filed Or Being Pursued By The Lehman Entities Until All Matters And Proceedings Filed Or Being Pursued By The Lehman Entities Until All Allegedly Applicable Lehman Entities' Automatic Stays In The SunCal Debtors' Chapter 11 Cases Are Lifted, (2) Extending The Limitations Period Under 11 U.S.C. § 546(A) And (3) Confirming That 11 U.S.C. § 108(C) Automatically Extends The Period Of Time For Certain Actions (the "Suspension Motion") having been submitted by SunCal Management, LLC having been read and considered by the Court, the court having read and considered the opposition filed thereto,

IT IS HEREBY ORDERED that the Ex Parte Application is denied due to insufficient exigent circumstances stated therefor.

DATED: October 22, 2010

_____
United States Bankruptcy Judge

412237v1 ts 10/19/10 2 (2882-0001)    2

| In re: | CHAPTER: 11 |
| --- | --- |
| PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS | |
| Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Von Karman Towers, Seventh Floor, 2211 Michelson Drive, Irvine, California  92612

A true and correct copy of the foregoing document described as  ORDER GRANTING EX PARTE APPLICATION TO CONTINUE HEARINGS RE: (A) DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND LEHMAN CREDITORS AND   (B) MOTION FOR IMPOSING DISCRETIONARY STAY SUSPENDING ALL MATTERS AND PROCEEDINGS FILED OR BEING PURSUED BY THE LEHMAN ENTITIES UNTIL ALL MATTERS AND PROCEEDINGS FILED OR BEING PURSUED BY THE LEHMAN ENTITIES UNTIL ALL ALLEGEDLY APPLICABLE LEHMAN ENTITIES' AUTOMATIC STAYS IN THE SUNCAL DEBTORS' CHAPTER 11 CASES ARE LIFTED, (2) EXTENDING THE LIMITATIONS PERIOD UNDER 11 U.S.C. § 546(A) AND (3) CONFIRMING THAT 11 U.S.C. § 108(C) AUTOMATICALLY EXTENDS THE PERIOD OF TIME FOR CERTAIN ACTIONS  will  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  October 19, 2010  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On  October 19, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on  October 19, 2010  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 19, 2010 | Jeannie Mendez | /s/ JEANNIE MENDEZ |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of  California.

*January 2009*                                                                                                                                                                    **F 9013-3.1**

Case 8:08-bk-17206-ES    Doc 1537    Filed 10/22/10    Entered 10/22/10 17:07:27    Desc
Main Document    Page 4 of 6

| In re: | CHAPTER: 11 |
|---|---|
| PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS | |
| Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

**NOTE TO USERS OF THIS FORM:**
1. Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2. The title of the judgment or order and all service information must be filled in by the party lodging the order.
3. **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4. **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER GRANTING EX PARTE APPLICATION TO CONTINUE HEARINGS RE: (A) DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND LEHMAN CREDITORS AND (B) MOTION FOR IMPOSING DISCRETIONARY STAY SUSPENDING ALL MATTERS AND PROCEEDINGS FILED OR BEING PURSUED BY THE LEHMAN ENTITIES UNTIL ALL MATTERS AND PROCEEDINGS FILED OR BEING PURSUED BY THE LEHMAN ENTITIES UNTIL ALL ALLEGEDLY APPLICABLE LEHMAN ENTITIES' AUTOMATIC STAYS IN THE SUNCAL DEBTORS' CHAPTER 11 CASES ARE LIFTED, (2) EXTENDING THE LIMITATIONS PERIOD UNDER 11 U.S.C. § 546(A) AND (3) CONFIRMING THAT 11 U.S.C. § 108(C) AUTOMATICALLY EXTENDS THE PERIOD OF TIME FOR CERTAIN ACTIONS was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 19, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
Joseph M Adams    jadams@sycr.com
Raymond H Aver    ray@averlaw.com
James C Bastian    jbastian@shbllp.com
John A Boyd    fednotice@tclaw.net
Mark Bradshaw    mbradshaw@shbllp.com
Jeffrey W Broker    jbroker@brokerlaw.biz
Brendt C Butler    BButler@rutan.com
Andrew W Caine    acaine@pszyjw.com
Carollynn Callari    ccallari@venable.com

☒ Service Information continued on attached page.

**II. SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                        **F 9021-1.1**

**ADDITIONAL SERVICE INFORMATION (if needed):**

Dan E Chambers    dchambers@jmbm.com
Shirley Cho    scho@pszjlaw.com
Vonn Christenson    vrc@paynefears.com
Brendan P Collins    bpcollins@bhfs.com
Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
Jonathan S Dabbieri    dabbieri@shlaw.com
Ana Damonte    ana.damonte@pillsburylaw.com
Vanessa S Davila    vsd@amclaw.com
Melissa Davis    mdavis@shbllp.com
Daniel Denny    ddenny@gibsondunn.com
Caroline Djang    crd@jmbm.com
Donald T Dunning    ddunning@dunningLaw.com
Joseph A Eisenberg    jae@jmbm.com
Lei Lei Wang Ekvall    lekvall@wgllp.com
Richard W Esterkin    resterkin@morganlewis.com
Marc C Forsythe    kmurphy@goeforlaw.com
Alan J Friedman    afriedman@irell.com
Steven M Garber    steve@smgarberlaw.com
Christian J Gascou    cgascou@gascouhopkins.com
Barry S Glaser    bglaser@swjlaw.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Eric D Goldberg    egoldberg@stutman.com
Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
Kelly C Griffith    bkemail@harrisbeach.com
Matthew Grimshaw    mgrimshaw@rutan.com
Asa S Hami    ahami@morganlewis.com
Michael J Hauser    michael.hauser@usdoj.gov
D Edward Hays    ehays@marshackhays.com
Michael C Heinrichs    mheinrichs@omm.com
Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
Jonathan M Hoff    jonathan.hoff@cwt.com
Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
Michelle Hribar    mhribar@rutan.com
John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
Lawrence A Jacobson    laj@cohenandjacobson.com
Michael J Joyce    mjoyce@crosslaw.com
Stephen M Judson    sjudson@fablaw.com
David I Katzen    katzen@ksfirm.com
Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
Irene L Kiet    ikiet@hkclaw.com
Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
Leib M Lerner    leib.lerner@alston.com
Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
Charles Liu    cliu@winthropcouchot.com
Kerri A Lyman    klyman@irell.com
Mariam S Marshall    mmarshall@marshallramoslaw.com
Robert C Martinez    rmartinez@mclex.com
Michael D May    mdmayesq@verizon.net
Hutchison B Meltzer    hmeltzer@wgllp.com
Krikor J Meshefejian    kjm@lnbrb.com
Joel S. Miliband    jmiliband@rusmiliband.com
James M Miller    jmiller@millerbarondess.com
Louis R Miller    smiller@millerbarondess.com
Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
Robert Nida    Rnida@castlelawoffice.com
Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
Sean A Okeefe    sokeefe@okeefelc.com
Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
Penelope Parmes    pparmes@rutan.com
Ronald B Pierce    ronald.pierce@sdma.com
Katherine C Piper    kpiper@steptoe.com
Cassandra J Richey    cmartin@pprlaw.net
Debra Riley    driley@allenmatkins.com

James S Riley    tgarza@sierrafunds.com
Todd C. Ringstad    becky@ringstadlaw.com
Martha E Romero    Romero@mromerolawfirm.com
John P Schafer    jps@mandersonllp.com
John E Schreiber    jschreiber@dl.com
William D Schuster    bills@allieschuster.org
Christopher P Simon    csimon@crosslaw.com
Wendy W Smith    wendy@bindermalter.com
Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
Michael St James    ecf@stjames-law.com
James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Carol G Unruh    cgunruh@sbcglobal.net
Jason Wallach    jwallach@gladstonemichel.com
Joshua D Wayser    , kim.johnson@kattenlaw.com
Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
David M Wiseblood    dwiseblood@seyfarth.com
Brett K Wiseman    bwiseman@aalaws.com
Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com