William N. Lobel (State Bar No. 93202)
wlobel@thelobelfirm.com
Mike D. Neue (State Bar No. 179303)
mneue@thelobelfirm.com
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, CA 92660
Telephone: (949) 999-2860
Facsimile: (949) 999-2870
www.thelobelfirm.com

General Insolvency Counsel for Steven M. Speier,
the Chapter 11 Trustee for the Trustee Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br><br>Jointly Administered Debtors and Debtors-in-Possession | Case No. 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES;  8:08-bk-17240-ES;<br>8:08-bk-17224-ES;  8:08-bk-17242-ES;<br>8:08-bk-17225-ES;  8:08-bk-17245-ES;<br>8:08-bk-17227-ES;  8:08-bk-17246-ES;<br>8:08-bk-17230-ES;  8:08-bk-17231-ES;<br>8:08-bk-17236-ES;  8:08-bk-17248-ES;<br>8:08-bk-17249-ES;  8:08-bk-17573-ES;<br>8:08-bk-17574-ES;  8:08-bk-17575-ES;<br>8:08-bk-17404-ES;  8:08-bk-17407-ES;<br>8:08-bk-17408-ES;  8:08-bk-17409-ES;<br>8:08-bk-17458-ES;  8:08-bk-17465-ES;<br>8:08-bk-17470-ES;  8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES |
| Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br><br>*Caption Continued on Next Page* | Chapter 11<br><br>**STIPULATION WITHDRAWING DUPLICATE PROOF OF CLAIM [CLAIM NO. 15 FILED BY BKF ENGINEERS]**<br><br><u>Hearing</u>:<br>Date:    November 2, 2010<br>Time:    10:30 a.m.<br>Place:   411 West Fourth Street, Courtroom 5A<br>              Santa Ana, CA 92701-4593 |

STIPULATION WITHDRAWING
DUPLICATE PROOF OF CLAIM

*Caption Continued from Previous Page*

☐ Tesoro SF, LLC
☐ LBL-SunCal Oak Valley, LLC
☐ SunCal Heartland, LLC
☐ LBL-SunCal Northlake, LLC
☐ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☐ SunCal PSV, LLC
☒ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

This Stipulation, between Steven M. Speier, the chapter 11 trustee (the "Trustee") in this chapter 11 case, on the one hand, and BKF Engineers ("BKF"), on the other hand, is based upon the following:

1. On November 14, 2008, involuntary petitions under title 11 of the United States Code (the "Bankruptcy Code") were filed against LBL-Suncal Oak Valley, LLC, Suncal Heartland, LLC, LBL-Suncal Northlake, LLC, Suncal Marblehead, LLC, Suncal Century City, LLC, Suncal PSV, LLC, Delta Coves Venture, LLC, Suncal Torrance, LLC, Suncal Oak Knoll, LLC (collectively, the "Trustee Debtors").

2. On January 8, 2009, the Court entered orders for relief in the Trustee Debtors' cases, and authorizing the appointment of a chapter 11 trustee in each of the Trustee Debtors' cases. Thereafter, the Office of the United States Trustee appointed Steven M. Speier as the chapter 11 trustee for the Trustee Debtors.

3. On or about February 16, 2009, BKF filed a proof of claim against the estate of Delta Coves Venture, LLC (case number 8:08-bk-17470-ES), asserting a secured claim in the amount of $121,266.64 ("Claim No. 1").

4. A proof of claim identical to Claim No. 1 appears on the Court's claim docket as claim numbered 15 ("Claim No. 15").

5. The parties hereto agree that Claim No. 15 is the result of erroneous duplicate docketing of a claim which is identical to Claim No. 1, and BKF has agreed to withdraw the duplicate proof of claim.

STIPULATION WITHDRAWING
DUPLICATE PROOF OF CLAIM

-1-

6130

1  Accordingly, the parties hereto

2  **STIPULATE AND AGREE** that:

3  A. Claim No. 15 is hereby withdrawn by BKF, without prejudice to the rights of the Trustee or any party-in-interest to object to or seek disallowance or reclassification of Claim No. 1.

5  B. This Stipulation is entered into by each of the parties, through their undersigned counsel, without reliance upon any statement, representation, agreement, arrangement or understanding, oral or written, between and among the parties hereto, relating to the subject matter contained herein. This Stipulation constitutes the final, complete, and exclusive agreement between the parties hereto, and supersedes any prior oral or written agreement between said parties concerning the subject matter hereof.

Dated: October 27, 2010

THE LOBEL FIRM, LLP

By: _____
William N. Lobel
Mike D. Neue
General Counsel to the Chapter 11 Trustee,
Steven M. Speier

Dated: October 25, 2010

COHEN AND JACOBSON, LLP

By: _____
Lawrence A. Jacobson
Attorney for BKF Engineers

STIPULATION WITHDRAWING
DUPLICATE PROOF OF CLAIM

-2-

6130

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 |
|---|---|
| Jointly Administered Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 750, Newport Beach, CA 92660

The foregoing document described as **STIPULATION WITHDRAWING DUPLICATE PROOF OF CLAIM [CLAIM NO. 15 FILED BY BKF ENGINEERS]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 28, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On October 28, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Lawrence A. Jacobson
Cohen and Jacobson, LLP
900 Veterans Boulevard, Suite 600
Redwood City, CA 94063

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 28, 2010, I caused to be served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

**VIA COURIER DELIVERY**
Honorable Erithe A. Smith
U.S. Bankruptcy Court
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/28/10 | Pamela Nelson | /s/ Pamela Nelson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                              **F 9013-3.1**

6310

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 |
|---|---|
| Jointly Administered Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Brendt C Butler    BButler@rutan.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@shlaw.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

6310

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 |
|---|---|
| Jointly Administered Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Martha E Romero    Romero@mromerolawfirm.com
- John P Schafer    jps@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

6310

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 |
|---|---|
| Jointly Administered Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

- Michael St James    ecf@stjames-law.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

6310