FILED & ENTERED

NOV 17 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid    DEPUTY CLERK

PAUL J. COUCHOT - State Bar No. 131934
pcouchot@winthropcouchot.com
**WINTHROP COUCHOT P.C.**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4165
Facsimile: (949) 720-4111
General Insolvency Counsel for Administratively Consolidated
Debtors-in-Possession and Counsel for SCC Acquisitions, Inc.

RONALD RUS - State Bar No. 67369
JOEL S. MILIBAND - State Bar No. 77438
**RUS MILIBAND & SMITH P.C.**
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514
Counsel for SunCal Management, LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re<br>PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS,<br>Joint Administered Debtors and Debtors-in-Possession<br><br>Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF LLC<br>☐ LBL-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LBL-SunCal Northlake, LLC<br>*Caption Continued on Next Page* | Case No. 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES;<br>8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES;<br>8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574 ES;<br>8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES;<br>8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br>Chapter 11 Proceedings<br><br>**ORDER GRANTING MOTION FOR AN ORDER (1) IMPOSING A DISCRETIONARY STAY SUSPENDING ALL MATTERS AND PROCEEDINGS FILED OR BEING PURSUED BY THE LEHMAN ENTITIES UNTIL ALL ALLEGEDLY APPLICABLE LEHMAN ENTITIES' AUTOMATIC STAYS IN THE SUNCAL DEBTORS' CHAPTER 11 CASES ARE LIFTED, (2) EXTENDING THE LIMITATIONS PERIOD UNDER 11 U.S.C. § 546(a) AND (3) CONFIRMING THAT 11 U.S.C. § 108(c) AUTOMATICALLY EXTENDS THE PERIOD OF TIME FOR THE COMMENCEMENT OF CERTAIN ACTIONS**<br><br>DATE:    October 29, 2010<br>TIME:    10:30 a.m.<br>CTRM:    5A<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

*Continued from Previous Page*
☐ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☐ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

The hearing on the *MOTION FOR AN ORDER (1) IMPOSING A DISCRETIONARY STAY SUSPENDING ALL MATTERS AND PROCEEDINGS FILED OR BEING PURSUED BY THE LEHMAN ENTITIES UNTIL ALL ALLEGEDLY APPLICABLE LEHMAN ENTITIES' AUTOMATIC STAYS IN THE SUNCAL DEBTORS' CHAPTER 11 CASES ARE LIFTED, (2) EXTENDING THE LIMITATIONS PERIOD UNDER 11 U.S.C. § 546(a) AND (3) CONFIRMING THAT 11 U.S.C. § 108(c) AUTOMATICALLY EXTENDS THE PERIOD OF TIME FOR THE COMMENCEMENT OF CERTAIN ACTIONS* (the "Motion") filed by the above entitled debtors-in-possession[1] ("Voluntary Debtors"), SCC Acquisitions, Inc. ("SCC Acquisitions"), and SunCal Management, LLC ("SunCal Management") (collectively, the "SunCal Parties") came on for hearing before the undersigned United States Bankruptcy Judge on October 29, 2010, at 10:30 A.M., in Courtroom 5A of the above-entitled Court.

The Voluntary Debtors and SCC appeared by and through their general insolvency counsel, Winthrop Couchot Professional Corporation, by Paul J. Couchot. SunCal Management, LLC, appeared by and through their counsel, Rus, Miliband & Smith, A Professional Corporation, by Ronald Rus. Other appearances are as reflected in the Court's record of the hearing.

Based upon the Motion, the Supplement to the Motion, and the declarations filed in support thereof, the joinder filed by Joint Committee of Creditors Holding Unsecured Claims in the Voluntary Debtors' cases ("Voluntary Committee"), the Response filed by Steven Speier, Chapter 11 Trustee for the Trustee Debtors' cases[2] ("Trustee"), the respective oppositions filed by, among others, Lehman

---

[1] Palmdale Hills Property LLC, SunCal Communities I LLC, SunCal Communities III LLC, SCC Palmdale LLC, Acton Estates LLC, SunCal Beaumont LLC, SunCal Emerald LLC, SunCal Johansson LLC, SunCal Bickford LLC, SunCal Summit LLC, Seven Brothers LLC, Kirby Estates LLC, SJD Partners LLC, SJD Development LLC, SCC Communities LLC, North Orange Del Rio LLC and Tesoro SF LLC (collectively, the "Voluntary Debtors").

[2] LB/L-SunCal Oak Valley LLC, LB/L-SunCal Northlake LLC, SunCal Heartland LLC, SunCal Marblehead LLC, SunCal Century City LLC, SunCal PSV LLC, Delta Coves Venture LLC, SunCal Torrance LLC, and SunCal Oak Knoll LLC (collectively "Trustee Debtors").

-2-

ALI, Inc., Lehman Commercial Paper Inc., Northlake Holding LLC, OVC Holdings LLC (collectively, the "Lehman Entities"), the Joint Provisional Liquidators of Lehman Re Ltd. ("Lehman Re"), and the Joint Committee of Creditors Holding Unsecured Claims in the Trustee Debtors' cases ("Trustee Committee"), and, the Reply filed by the SunCal Parties; and

For the reasons set forth in the tentative ruling, attached hereto as exhibit "1" and in the Court's record of the hearing, it is hereby Ordered that:

1. The Motion is granted;

2. The hearing on October 29, 2010, is deemed to be a preliminary hearing, and this order shall be treated as an interim order;

3. The final hearing on the Motion shall be held on February 18, 2011 at 10:00 a.m.;

4. The following parties are ordered to attend mediation prior to February 11, 2011:

    (a) the Voluntary Debtors;
    (b) the Voluntary Committee;
    (c) the Trustee;
    (d) the Trustee Debtors;
    (e) the Trustee Committee;
    (f) Arch;
    (g) Bond Safeguard;
    (h) the Lehman Entities;
    (i) LV Pacific Point, LLC;
    (j) Lehman Re;
    (k) SCC Acquisitions;
    (l) SunCal Management; and
    (m) Bruce Elieff.

(preceding parties are collectively referred to as the "Mediating Parties").

5. Back-up documentation re claims asserted by Mediating Parties shall be produced at least seven (7) days prior to mediation;

6. All pleadings relating to plan and disclosure statements, and claim objections, adversary proceedings, and other litigation filed in this Bankruptcy Court in the Voluntary Debtors' and Trustees Debtors' bankruptcy proceedings are stayed as to the Mediating Parties (the "Case Suspension"), except the following matters shall not be stayed: (a) claim objections as against parties that are not Mediating Parties, (b) commencement and prosecution of avoidance actions against parties that are not Mediating Parties, (c) motions or stipulation authorizing post-petition financing, and/or use of cash or cash collateral, (d) the Motion filed by Bond Safeguard Insurance Co and Lexon Insurance Co. ("Bond Safeguard"), docket no. 1394, the hearing on which shall be advanced to December 17, 2010, at 10:00 a.m., and (e) other matters of general administration of the Voluntary Debtors' and the Trustee Debtors' Chapter 11 cases;

7. The request to extend and toll the limitations period under 11 U.S.C. § 546(a) ("Limitations Period Tolling") is granted, as modified below, as to the following parties:

    (a) the Lehman Entities;
    (b) Lehman Re;
    (c) Bond Safeguard Insurance Co and Lexon Insurance Co. ("Bond Safeguard");
    (d) Arch Insurance Company ("Arch");
    (e) Voss, Cook & Thel, LLP ("VC&T");
    (f) Miller Barondess ("MB");
    (g) SunCal Management, LLC ("SunCal Management");
    (h) SCC Acquisitions;
    (i) SC Master Marketing, LLC ("SC Master"); and
    (j) Mayer Brown, LLP ("Mayer Brown").

8. The Case Suspension and Limitations Period Tolling shall extend through and including March 1, 2011, without prejudice to further requests for extensions;

9. A holding date for the selection of a mediator is November 5, 2010 at 10:00 am;

10. A joint status report concerning the status of the mediation and the Second Circuit appeal between the Voluntary Debtors, Lehman Commercial Paper Inc. and Lehman Brothers Holding Inc., is due on February 11, 20011;

11. The status conference set in the Adversary Action, Adversary No. 8:09-ap-01005-ES ("Lehman Adversary Action"), currently set for February 11, 2011, is hereby continued to February 18, 2001 at 10:00 a.m.

12. No Joint Status Report is required for the status conference on February 11, 2011, in the Lehman Adversary Action.

####



DATED: November 17, 2010

United States Bankruptcy Judge

Order#31630#50178610-be6d-40ee-8c21-e09f01787832

EXHIBIT "1"

# United States Bankruptcy Court
## Central District of California

Santa Ana

Judge Erithe Smith, Presiding

Courtroom 5A Calendar

| Friday, October 29, 2010 | Hearing Room 5A |
|---|---|

10:30 am

**8:08-17206**  **Palmdale Hills Property, LLC**  Chapter 11

#10.00  Hearing RE: Motion for an Order (1) Imposing a Discretionary Stay Suspending All Matters and Proceedings Filed or Being Pursued by the Lehman Entities Until All Allegedly Applicable Lehman Entities Automatic Stays in the SunCal Debtors Chapter 11 Cases are Lifted; (2) Extending the Limitations Period Under 11 U.S.C. Section 546(a); and (3) Confirming that 11 U.S.C. Section 108(c) Automatically Extends the Period of Time for the Commencement of Certain Actions  **(OST ENTERED   9/28/10)**

Docket #: 1372

**Courtroom Deputy:**

- NONE LISTED -

**Tentative Ruling:**

**October 29, 2010**

Grant motion in its entirety on an interim basis through February 18, 2011 and continue final hearing on the matter to February 18, 2011 at 10:00 a.m.
Continue the cross-motion for leave to file motion for judgment on the pleadings to February 18, 2011.

Basis for tentative ruling:

The automatic stay is one of the most fundamental protections afforded a debtor in bankruptcy. The stay is intended to provide a temporary but forceful shield against legal process and seizure of assets by creditors, thus permitting the debtor the opportunity to reorganize its financial affairs and to formulate a method of repayment of its debt. Courts have often opined that it should not be used as a sword against creditors. Yet, there may be a thin line between whether, in a case of significant magnitude, the stay effectively has the characteristics of a shield or a sword. Indeed, the stay-as-a-shield paradigm appears less benign when the holder of the stay is also a secured creditor in another's bankruptcy case.

In this case, the Lehman Debtors, LCPI and LBHI have actively participated in these

Exhibit _1_
Page _12_

# United States Bankruptcy Court
## Central District of California

Santa Ana

Judge Erithe Smith, Presiding

Courtroom 5A Calendar

| Friday, October 29, 2010 | Hearing Room 5A |

10:30 am

**Cont....    Palmdale Hills Property, LLC**                                                    Chapter 11

cases with the legitimate "Kevlar" protection of their respective bankruptcy stays. However, the impact of their bankruptcy status has had a real and substantial impact on the ability of the Voluntary Debtors (and perhaps to some extent, the Trustee Debtors) to administer the reorganization of their cases and to utilize certain reorganization tools ordinarily available to it. Stated otherwise, the Lehman shield is a shield with blades. Thus far, the Voluntary Debtors' attempts to penetrate that shield have been unsuccessful. Their only hope for "freedom" at this point appears to lie with the Second (and possible Ninth) Circuit.

Having reviewed all of the pleadings, declarations and other documents related thereto, the court is most persuaded by the arguments raised by the Voluntary Debtors and, accordingly, adopts by reference herein, the analysis set forth in the Motion and Reply. That said, the court nevertheless also believes that a prolonged stay is not appropriate and that once a decision by the Second Circuit has been rendered, all matters should proceed.

### Party Information

Debtor(s):

| In re:<br>PALMDALE HILLS PROPERTY, and its Related Debtors,<br>Debtor(s). | CHAPTER  11<br>CASE NUMBER  8:08-bk-17206 ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER GRANTING MOTION FOR AN ORDER (1) IMPOSING A DISCRETIONARY STAY SUSPENDING ALL MATTERS AND PROCEEDINGS FILED OR BEING PURSUED BY THE LEHMAN ENTITIES UNTIL ALL ALLEGEDLY APPLICABLE LEHMAN ENTITIES' AUTOMATIC STAYS IN THE SUNCAL DEBTORS' CHAPTER 11 CASES ARE LIFTED, (2) EXTENDING THE LIMITATIONS PERIOD UNDER 11 U.S.C. § 546(a) AND (3) CONFIRMING THAT 11 U.S.C. § 108(c) AUTOMATICALLY EXTENDS THE PERIOD OF TIME FOR THE COMMENCEMENT OF CERTAIN ACTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 4, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 4, 2010 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                **F 9013-3.1**

| In re:<br>PALMDALE HILLS PROPERTY, and its Related Debtors,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER  8:08-bk-17206 ES |
|---|---|

SERVICE VIA E-MAIL

- Selia M Acevedo     sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams     jadams@sycr.com
- Raymond H Aver     ray@averlaw.com
- James C Bastian     jbastian@shbllp.com
- John A Boyd     fednotice@tclaw.net
- Mark Bradshaw     mbradshaw@shbllp.com
- Jeffrey W Broker     jbroker@brokerlaw.biz
- Brendt C Butler     BButler@rutan.com
- Andrew W Caine     acaine@pszyjw.com
- Carollynn Callari     ccallari@venable.com
- Dan E Chambers     dchambers@jmbm.com
- Shirley Cho     scho@pszjlaw.com
- Vonn Christenson     vrc@paynefears.com
- Brendan P Collins     bpcollins@bhfs.com
- Vincent M Coscino     vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot     pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri     dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte     ana.damonte@pillsburylaw.com
- Vanessa S Davila     vsd@amclaw.com
- Melissa Davis     mdavis@shbllp.com
- Daniel Denny     ddenny@gibsondunn.com
- Caroline Djang     crd@jmbm.com
- Donald T Dunning     ddunning@dunningLaw.com
- Joseph A Eisenberg     jae@jmbm.com
- Lei Lei Wang Ekvall     lekvall@wgllp.com
- Richard W Esterkin     resterkin@morganlewis.com
- Marc C Forsythe     kmurphy@goeforlaw.com
- Alan J Friedman     afriedman@irell.com
- Steven M Garber     steve@smgarberlaw.com
- Christian J Gascou     cgascou@gascouhopkins.com
- Barry S Glaser     bglaser@swjlaw.com
- Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg     egoldberg@stutman.com
- Richard H Golubow     rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez     mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith     bkemail@harrisbeach.com
- Matthew Grimshaw     mgrimshaw@rutan.com
- Kavita Gupta     kgupta@winthropcouchot.com
- Asa S Hami     ahami@morganlewis.com
- Michael J Hauser     michael.hauser@usdoj.gov
- D Edward Hays     ehays@marshackhays.com
- Michael C Heinrichs     mheinrichs@omm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re:<br>PALMDALE HILLS PROPERTY, and its Related Debtors,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:08-bk-17206 ES |
|---|---|

- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet    ikiet@hkclaw.com
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jps@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re:<br>PALMDALE HILLS PROPERTY, and its Related Debtors, | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-17206 ES |

- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re:                                                    | CHAPTER 11                        |
|-----------------------------------------------------------|-----------------------------------|
| PALMDALE HILLS PROPERTY, and its Related Debtors,         |                                   |
|                                                Debtor(s). | CASE NUMBER  8:08-bk-17206 ES     |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING MOTION FOR AN ORDER (1) IMPOSING A DISCRETIONARY STAY SUSPENDING ALL MATTERS AND PROCEEDINGS FILED OR BEING PURSUED BY THE LEHMAN ENTITIES UNTIL ALL ALLEGEDLY APPLICABLE LEHMAN ENTITIES' AUTOMATIC STAYS IN THE SUNCAL DEBTORS' CHAPTER 11 CASES ARE LIFTED, (2) EXTENDING THE LIMITATIONS PERIOD UNDER 11 U.S.C. § 546(a) AND (3) CONFIRMING THAT 11 U.S.C. § 108(c) AUTOMATICALLY EXTENDS THE PERIOD OF TIME FOR THE COMMENCEMENT OF CERTAIN ACTIONS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 4, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Palmdale Hills Property, LLC
2392 Morse Avenue
Irvine, CA 92614

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

| In re:<br>PALMDALE HILLS PROPERTY, and its Related Debtors,<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:08-bk-17206 ES |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):
**NEF SERVICE LIST**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Brendt C Butler    BButler@rutan.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re:<br>PALMDALE HILLS PROPERTY, and its Related Debtors,<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER  8:08-bk-17206 ES |
|---|---|

- Asa S Hami     ahami@morganlewis.com
- Michael J Hauser     michael.hauser@usdoj.gov
- D Edward Hays     ehays@marshackhays.com
- Michael C Heinrichs     mheinrichs@omm.com
- Harry D. Hochman     hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff     jonathan.hoff@cwt.com
- Nancy Hotchkiss     nhotchkiss@trainorfairbrook.com
- Michelle Hribar     mhribar@rutan.com
- John J Immordino     john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson     laj@cohenandjacobson.com
- Michael J Joyce     mjoyce@crosslaw.com
- Stephen M Judson     sjudson@fablaw.com
- David I Katzen     katzen@ksfirm.com
- Christopher W Keegan     ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
- Payam Khodadadi     pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet     ikiet@hkclaw.com
- Mark J Krone     mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Leib M Lerner     leib.lerner@alston.com
- Peter W Lianides     plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu     cliu@winthropcouchot.com
- Kerri A Lyman     klyman@irell.com
- Mariam S Marshall     mmarshall@marshallramoslaw.com
- Robert C Martinez     rmartinez@mclex.com
- Michael D May     mdmayesq@verizon.net
- Hutchison B Meltzer     hmeltzer@wgllp.com
- Krikor J Meshefejian     kjm@lnbrb.com
- Joel S. Miliband     jmiliband@rusmiliband.com
- James M Miller     jmiller@millerbarondess.com
- Louis R Miller     smiller@millerbarondess.com
- Mike D Neue     mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida     Rnida@castlelawoffice.com
- Henry H Oh     henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe     sokeefe@okeefelc.com
- Robert B Orgel     rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay     mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Penelope Parmes     pparmes@rutan.com
- Ronald B Pierce     ronald.pierce@sdma.com
- Katherine C Piper     kpiper@steptoe.com
- Cassandra J Richey     cmartin@pprlaw.net
- Debra Riley     driley@allenmatkins.com
- James S Riley     tgarza@sierrafunds.com
- Todd C. Ringstad     becky@ringstadlaw.com
- Martha E Romero     Romero@mromerolawfirm.com
- Ronald Rus     rrus@rusmiliband.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9013-3.1**

| In re:                                              |            | CHAPTER  11                     |
|-----------------------------------------------------|------------|---------------------------------|
| PALMDALE HILLS PROPERTY, and its Related Debtors,   | Debtor(s). | CASE NUMBER  8:08-bk-17206 ES   |

- John P Schafer     jps@mandersonllp.com
- John E Schreiber     jschreiber@dl.com
- William D Schuster     bills@allieschuster.org
- Christopher P Simon     csimon@crosslaw.com
- Wendy W Smith     wendy@bindermalter.com
- Steven M Speier     Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Michael St James     ecf@stjames-law.com
- James E Till     jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh     cgunruh@sbcglobal.net
- Jason Wallach     jwallach@gladstonemichel.com
- Joshua D Wayser     , kim.johnson@kattenlaw.com
- Christopher T Williams     ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop     mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood     dwiseblood@seyfarth.com
- Brett K Wiseman     bwiseman@aalaws.com
- Dean A Ziehl     dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman     joshuasdaddy@att.net

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**