Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760

Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Counsel for Lehman ALI, Inc.

William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, California  92660
Telephone:  (949) 999-2860
Facsimile:  (949) 999-2870

General Insolvency Counsel for Steven M. Speier,
the Chapter 11 Trustee for the Trustee Debtors

FILED & ENTERED

JAN 05 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors, Jointly Administered Debtors and Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC | Case No.: 8:08-bk-17206-ES<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**FINAL ORDER APPROVING:**<br>**STIPULATION BY AND BETWEEN**<br>**LEHMAN ALI, INC. AND CHAPTER 11** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_NY:22894.1

|  | |
|---|---|
| ☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☒ LB-L-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LB-L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance, LLC<br>☒ SunCal Oak Knoll, LLC | **TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY**<br><br>**Final Hearing:**<br>Date: December 17, 2010<br>Time: 10:00 A.M.<br>Place: Courtroom 5A |

On December 17, 2010 at 10:00 a.m. came on for final hearing before this Court the motion (the "Motion") [Docket #1436] for approval of:

> *Stipulation By and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507, (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary*

(the "Stipulation") (attached as Exhibit 1 to the Motion and separately filed as Docket #1435), which Motion and Stipulation were approved on an interim basis by its Order entered on October 29, 2010 [Docket No. 1559] (the "Interim Order").

Having considered the Motion, the supporting documents thereto, the Stipulation, the files and records in this case, and any arguments or evidence adduced at the hearing thereon;

No objections to the final approval of the Motion or Stipulation having been interposed; and

Finding (a) the relief sought by the Motion and Stipulation reasonable and in the best interests of the applicable estates, (b) notice having been given in accordance with the Interim Order, and (c) good cause appearing for approval of the Motion and Stipulation on a final basis,

///

///

///

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation and Motion are approved on a final basis.

###

DATED: January 5, 2011

_____
United States Bankruptcy Judge

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-17206-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[PROPOSED] FINAL ORDER APPROVING: STIPULATION BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **December 17, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 17, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-17206-ES |
|---|---|

| December 17, 2010 | Melisa DesJardien | /s/ Melisa DesJardien |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-17206-ES |
|---|---|

**II. SERVED BY U.S. MAIL**


**III. SERVED BY E-MAIL**

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
    bcook@suncal.com
(3) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee (c/o Squar Milner):
    Steven N. Speier - sspeier@squarmilner.com; ca85@ecfcbis.com
(7) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(8) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(9) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Clay Roesch – clay.roesch@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Joseph A Eisenberg - jae@jmbm.com
Mark McKane - mark.mckane@kirkland.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States Tstee and case Tstee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***FINAL ORDER APPROVING:  STIPULATION BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 17, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Palmdale Hills Property, LLC (and its related entities)
2392 Morse Ave.
Irvine, CA 92614
Attn: Bruce Elieff, Manager

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                           **F 9021-1.1.NOTICE.ENTERED.ORDER**

**I. SERVED BY NEF**

<u>**8:08-bk-17206-ES Notice will be electronically mailed to:**</u>

(1) Selia M Acevedo for Attorney Miller Barondess LLP
sacevedo@millerbarondess.com,
mpritikin@millerbarondess.com;bprocel@millerbarondess.com

(2) Joseph M Adams for Defendant The City of San Juan Capistrano
jadams@sycr.com

(3) Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com

(4) James C Bastian for Creditor ARB, Inc.
jbastian@shbllp.com

(5) John A Boyd for Interested Party Oliphant Golf Inc
fednotice@tclaw.net

(6) Mark Bradshaw for Interested Party Courtesy NEF
mbradshaw@shbllp.com

(7) Gustavo E Bravo for Creditor Oliphant Golf, Inc.
gbravo@smaha.com

(8) Jeffrey W Broker for Creditor Bond Safeguard Insurance Co
jbroker@brokerlaw.biz

(9) Brendt C Butler for Creditor EMR Residential Properties LLC
BButler@rutan.com

(10) Andrew W Caine for Creditor Lehman ALI, Inc.
acaine@pszyjw.com

(11) Carollynn Callari for Creditor Danske Bank A/S London Branch
ccallari@venable.com

(12) Dan E Chambers for Creditor EMR Residential Properties LLC
dchambers@jmbm.com

(13) Shirley Cho for Creditor Lehman ALI, Inc.
scho@pszjlaw.com

(14) Vonn Christenson for Interested Party Courtesy NEF
vrc@paynefears.com

(15) Brendan P Collins for Creditor Gray1 CPB, LLC
bpcollins@bhfs.com

(16) Vincent M Coscino for Petitioning Creditor CST Environmental Inc
vcoscino@allenmatkins.com, emurdoch@allenmatkins.com

(17) Paul J Couchot for Creditor SCC Acquisitions, Inc.
pcouchot@winthropcouchot.com,
pj@winthropcouchot.com;sconnor@winthropcouchot.com

(18) Jonathan S Dabbieri for Interested Party Courtesy NEF
dabbieri@sullivan.com,
hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com

(19) Ana Damonte for Creditor Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

(20) Vanessa S Davila for Creditor Bond Safeguard Insurance Co
vsd@amclaw.com

(21) Melissa Davis for Creditor City of Orange
mdavis@shbllp.com

(22) Daniel Denny for Interested Party Courtesy NEF
ddenny@gibsondunn.com

(23) Caroline Djang for Creditor Lehman ALI, Inc.
crd@jmbm.com

(24) Donald T Dunning for Creditor Hertz Equipment Rental Corporation
ddunning@dunningLaw.com

(25) Joseph A Eisenberg for Creditor Lehman ALI, Inc.
jae@jmbm.com

(26) Lei Lei Wang Ekvall for Attorney Weiland Golden Smiley Wang Ekvall & Strok, LLP
lekvall@wgllp.com

(27) Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

(28) Marc C Forsythe for Attorney Robert Goe
kmurphy@goeforlaw.com

(29) Alan J Friedman for Attorney Irell & Manella LLP
afriedman@irell.com

(30) Steven M Garber for Creditor Park West Landscape, Inc
steve@smgarberlaw.com

(31) Christian J Gascou for 3rd Party Plaintiff Arch Insurance Company
cgascou@gascouhopkins.com

(32) Barry S Glaser for Creditor County of Los Angeles
bglaser@swjlaw.com

(33) Robert P Goe for Attorney Robert Goe
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;mforsythe@goeforlaw.com

(34) Eric D Goldberg for Interested Party Courtesy NEF
egoldberg@stutman.com

(35) Richard H Golubow for Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com

(36) Michael J Gomez for Interested Party Central Pacific Bank
mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

(37) Kelly C Griffith for Creditor Bond Safeguard Insurance Co
bkemail@harrisbeach.com

(38) Matthew Grimshaw for Interested Party City Of Torrance
mgrimshaw@rutan.com

(39) Kavita Gupta for Plaintiff Palmdale Hills Property, LLC
kgupta@winthropcouchot.com

(40) Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

(41) Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

(42) D Edward Hays for Creditor Villa San Clemente, LLC
ehays@marshackhays.com

(43) Michael C Heinrichs for Interested Party Courtesy NEF
mheinrichs@omm.com

(44) Harry D. Hochman for Creditor Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com

(45) Jonathan M Hoff for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com

(46) Nancy Hotchkiss for Creditor Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com

(47) Michelle Hribar for Plaintiff EMR Residential Properties LLC
mhribar@rutan.com

(48) John J Immordino for Creditor Arch Insurance Co.
john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com

(49) Lawrence A Jacobson for Creditor BKF Engineers
laj@cohenandjacobson.com

(50) Michael J Joyce for Interested Party Courtesy NEF
mjoyce@crosslaw.com

(51) Stephen M Judson for Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com

(52) Kaleb L Judy for Defendant Zim Industries, Inc. dba Bakersfield Well & Pump
ecf@kleinlaw.com

(53) David I Katzen for Interested Party Bethel Island Municipal Improvement District
katzen@ksfirm.com

(54) Christopher W Keegan for Creditor SC Master Holdings II LLC
ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com

(55) Payam Khodadadi for Debtor Palmdale Hills Property, LLC
pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com

(56) Irene L Kiet for Creditor BNB Engineering, Inc.
ikiet@hkclaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                       **F 9021-1.1.NOTICE.ENTERED.ORDER**

(57)   Mark J Krone for Creditor Bond Safeguard Insurance Co
*mk@amclaw.com, crs@amclaw.com;amc@amclaw.com*

(58)   David B Lally for Defendant Contracting Engineers, Inc.
*davidlallylaw@gmail.com*

(59)   Leib M Lerner for Creditor Steiny and Company, Inc.
*leib.lerner@alston.com*

(60)   Peter W Lianides for Debtor Palmdale Hills Property, LLC
*plianides@winthropcouchot.com, pj@winthropcouchot.com*

(61)   Charles Liu for Debtor Palmdale Hills Property, LLC
*cliu@winthropcouchot.com*

(62)   Kerri A Lyman for Attorney Irell & Manella LLP
*klyman@irell.com*

(63)   Mariam S Marshall for Creditor RGA Environmental, Inc.
*mmarshall@marshallramoslaw.com*

(64)   Robert C Martinez for Creditor TC Construction Company, Inc
*rmartinez@mclex.com*

(65)   Michael D May for Creditor R.J. Noble Co.
*mdmayesq@verizon.net*

(66)   Hutchison B Meltzer for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
*hmeltzer@wgllp.com*

(67)   Krikor J Meshefejian for Interested Party Courtesy NEF
*kjm@lnbrb.com*

(68)   Joel S. Miliband for Creditor RBF CONSULTING
*jmiliband@rusmiliband.com*

(69)   James M Miller for Attorney Miller Barondess LLP
*jmiller@millerbarondess.com*

(70)   Louis R Miller for Plaintiff Palmdale Hills Property, LLC
*smiller@millerbarondess.com*

(71)   Randall P Mroczynski for Defendant Bob McGrann Construction, Inc.
*randym@cookseylaw.com*

(72)   Mike D Neue for Attorney The Lobel Firm, LLP
*mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com*

(73)   Robert Nida for Creditor Kirk Negrete, Inc
*Rnida@castlelawoffice.com*

(74)   Henry H Oh for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
*henry.oh@dlapiper.com, janet.curley@dlapiper.com*

(75)   Sean A Okeefe for Debtor Palmdale Hills Property, LLC
*sokeefe@okeefelc.com*

(76)   Robert B Orgel for Creditor Lehman ALI, Inc.
*rorgel@pszjlaw.com, rorgel@pszjlaw.com*

(77)   Malhar S Pagay for Creditor Lehman ALI, Inc.
*mpagay@pszjlaw.com, mpagay@pszjlaw.com*

(78)   Penelope Parmes for Creditor EMR Residential Properties LLC
*pparmes@rutan.com*

(79)   Ronald B Pierce for Creditor Griffith Company
*ronald.pierce@sdma.com*

(80)   Katherine C Piper for Interested Party New Anaverde LLC
*kpiper@steptoe.com*

(81)   Cassandra J Richey for Creditor Patricia I Volkerts, as Trustee
*cmartin@pprlaw.net*

(82)   James S Riley for Creditor Sierra Liquidity Fund, LLC
*tgarza@sierrafunds.com*

(83)   Debra Riley for Interested Party City of Palmdale
*driley@allenmatkins.com*

(84)   Todd C. Ringstad for Interested Party Courtesy NEF
*becky@ringstadlaw.com*

(85)   R Grace Rodriguez for Defendant O&B Equipment, Inc.
*ecf@lorgr.com*

(86)   Martha E Romero for Creditor San Bernardino County Tax Collector
*Romero@mromerolawfirm.com*

(87)   Ronald Rus for Creditor SunCal Management, LLC
*rrus@rusmiliband.com*

(88)   John P Schafer for Creditor LB/L-DUC III Bethel Island, LLC
*jps@mandersonllp.com*

(89)   John E Schreiber for Defendant Fenway Capital, LLC
*jschreiber@dl.com*

(90)   William D Schuster for Creditor HD Supply Construction Supply LTD
*bills@allieschuster.org*

(91)   Christopher P Simon for Interested Party Courtesy NEF
*csimon@crosslaw.com*

(92)   Wendy W Smith for Creditor Castaic Union School District
*wendy@bindermalter.com*

(93)   Steven M Speier (TR)
*Sspeier@asrmanagement.com, ca85@ecfcbis.com*

(94)   Steven M Speier for Trustee Steven Speier (TR)
*Sspeier@Squarmilner.com, ca85@ecfcbis.com*

(95)   Michael St James for Creditor MBH Architects, Inc.
*ecf@stjames-law.com*

(96)   Michael K Sugar for Creditor Committee Official Committee of Unsecured Creditors
*msugar@irell.com*

(97)   James E Till for Trustee Steven Speier (TR)
*jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com*

(98)   United States Trustee (SA)
*ustpregion16.sa.ecf@usdoj.gov*

(99)   Carol G Unruh for Creditor Scott E. McDaniel
*cgunruh@sbcglobal.net*

(100)   Jason Wallach for Interested Party Courtesy NEF
*jwallach@gladstonemichel.com*

(101)   Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
*, kim.johnson@kattenlaw.com*

(102)   Christopher T Williams for Creditor Danske Bank A/S London Branch
*ctwilliams@venable.com, jcontreras@venable.com*

(103)   Marc J Winthrop for Debtor Palmdale Hills Property, LLC
*mwinthrop@winthropcouchot.com, pj@winthropcouchot.com*

(104)   David M Wiseblood for Creditor Bethel Island Municipal Improvement District
*dwiseblood@seyfarth.com*

(105)   Brett K Wiseman for Creditor JF Shea Construction Inc
*bwiseman@aalaws.com*

(106)   Dean A Ziehl for Counter-Defendant LV Pacific Point LLC
*dziehl@pszjlaw.com, dziehl@pszjlaw.com*

(107)   Marc A. Zimmerman for Creditor Life Church of God in Christ
*joshuasdaddy@att.net*

**III.   TO BE SERVED BY *LODGING PARTY* BY E-MAIL**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                      **F 9021-1.1.NOTICE.ENTERED.ORDER**