1  Richard M. Pachulski (CA Bar No. 90073)
   Dean A. Ziehl (CA Bar No. 84529)
2  Robert B. Orgel (CA Bar No. 101875)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Boulevard, Suite 1100
   Los Angeles, California  90067
4  Telephone:  (310) 277-6910
   Facsimile:  (310) 201-0760
5
   Edward Soto (admitted *pro hac vice*)
6  Shai Waisman (admitted *pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
7  767 Fifth Avenue
   New York, NY  10153-0119
8  Telephone:  (212) 310-8000
   Facsimile:  (212) 310-8007
9
   Counsel for Lehman ALI, Inc.
10
   William N. Lobel (CA Bar No. 93202)
11 Mike D. Neue (CA Bar No. 179303)
   THE LOBEL FIRM, LLP
12 840 Newport Center Drive, Suite 750
   Newport Beach, California  92660
13 Telephone:  (949) 999-2860
   Facsimile:  (949) 999-2870
14
   General Insolvency Counsel for Steven M. Speier,
15 the Chapter 11 Trustee for the Trustee Debtors

**FILED & ENTERED**

**JAN 05 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>    Jointly Administered Debtors and<br>    Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC | Case No.: 8:08-bk-17206-ES<br><br>Jointly Administered With Case Nos.<br><br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**FINAL ORDER APPROVING:**<br>**AMENDED SECOND STIPULATION** |

|   |   |
|---|---|
| ☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☐ LB-L-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LB-L-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☒ SunCal Oak Knoll, LLC | **BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507: (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING; (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY (SUNCAL OAK KNOLL, LLC ONLY)**<br><br>**Final Hearing:**<br>Date:   December 17, 2010<br>Time:   10:00 A.M.<br>Place:  Courtroom 5A |

On December 17, 2010 at 10:00 a.m. came on for final hearing before this Court the motion (the "Motion") [Docket #1432] for final approval the *Second Stipulation By and Between Lehman ALI, Inc. and Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary (SunCal Oak Knoll, LLC Only)* (the "Stipulation") (attached as Exhibit 1 to the Motion and separately filed as Docket #1431), which Motion and Stipulation were approved by the Court on an interim basis by its Order entered on October 29, 2010 [Docket No. 1558] (the "Interim Order").

Having considered the Motion, the supporting documents thereto, the Stipulation, the *Notice of Errata With Respect to Second Stipulation By and Between Lehman ALI, Inc. and Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary (SunCal Oak Knoll, LLC Only)* [Docket No. 1709] and the *Amended Second Stipulation By and Between Lehman ALI, Inc. and Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary (SunCal Oak Knoll, LLC Only)* [Docket No. 1710] (the "Amended Stipulation") filed on

1  December 16, 2010, the files and records in this case, and any arguments or evidence adduced at the
2  hearing thereon;
3      No objections to the final approval of the Motion having been interposed; and
4      Finding (a) the relief sought by the Motion and the Amended Stipulation being reasonable
5  and in the best interests of the applicable estate, (b) notice having been given in accordance with the
6  Interim Order, and (c) good cause appearing for approval of the Motion and Amended Stipulation on
7  a final basis,
8      **IT IS HEREBY ORDERED THAT:**
9      1.    The Amended Stipulation and Motion are approved on a final basis.

###

DATED: January 5, 2011

_Erithe A. Smith_
United States Bankruptcy Judge

DOCS_NY:22893.1      3

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[PROPOSED] FINAL ORDER APPROVING: AMENDED SECOND STIPULATION BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507: (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING; (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY (SUNCAL OAK KNOLL, LLC ONLY)* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **December 17, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 17, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Counsel for City of Oakland
Larry Jacobson, Esq. - laj@jacobsonattorneys.com

City of Oakland
Susan Mosk, Esq. - smosk@oaklandcityattorney.org

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 17, 2010 | Melisa DesJardien | */s/ Melisa DesJardien* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                      **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-17206-ES |

**II. SERVED BY U.S. MAIL**

**III. SERVED BY E-MAIL**

(1) Gen'l Counsel for Voluntary Debtors:
  Paul Couchot - pcouchot@winthropcouchot.com
  Marc J Winthrop - pj@winthropcouchot.com
  Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
  bcook@suncal.com
(3) Counsel for SunCal Management:
  Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
  Louis Miller - smiller@millerbarondess.com
  Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
  William Lobel - wlobel@thelobelfirm.com
  Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee (c/o Squar Milner):
  Steven N. Speier - sspeier@squarmilner.com; ca85@ecfcbis.com
(7) Counsel for Voluntary Debtors' Committee:
  Alan Friedman - afriedman@irell.com
  Kerri A Lyman - klyman@irell.com
(8) Counsel for Trustee Debtors' Committee:
  Lei Lei Wang Ekvall - lekvall@wgllp.com
  Hutchison B Meltzer - hmeltzer@wgllp.com
(9) Office of the United States Trustee:
  Michael Hauser - michael.hauser@usdoj.gov

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Clay Roesch – clay.roesch@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Joseph A Eisenberg - jae@jmbm.com
Mark McKane - mark.mckane@kirkland.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                      **F 9013-3.1.PROOF.SERVICE**

# NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States Tstee and case Tstee (if any) will always be in this category.
**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***FINAL ORDER APPROVING:  AMENDED SECOND STIPULATION BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507: (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING; (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY (SUNCAL OAK KNOLL, LLC ONLY)*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **December 17, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Palmdale Hills Property, LLC (and its related entities)
2392 Morse Ave.
Irvine, CA 92614
Attn: Bruce Elieff, Manager

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Counsel for City of Oakland
Larry Jacobson, Esq. - laj@jacobsonattorneys.com

City of Oakland
Susan Mosk, Esq. - smosk@oaklandcityattorney.org

☐ Service information continued on attached page

**I. SERVED BY NEF**

**8:08-bk-17206-ES Notice will be electronically mailed to:**

(1) Selia M Acevedo for Attorney Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com

(2) Joseph M Adams for Defendant The City of San Juan Capistrano
jadams@sycr.com

(3) Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com

(4) James C Bastian for Creditor ARB, Inc.
jbastian@shbllp.com

(5) John A Boyd for Interested Party Oliphant Golf Inc
fednotice@tclaw.net

(6) Mark Bradshaw for Interested Party Courtesy NEF
mbradshaw@shbllp.com

(7) Gustavo E Bravo for Creditor Oliphant Golf, Inc.
gbravo@smaha.com

(8) Jeffrey W Broker for Creditor Bond Safeguard Insurance Co
jbroker@brokerlaw.biz

(9) Brendt C Butler for Creditor EMR Residential Properties LLC
BButler@rutan.com

(10) Andrew W Caine for Creditor Lehman ALI, Inc.
acaine@pszyjw.com

(11) Carollynn Callari for Creditor Danske Bank A/S London Branch
ccallari@venable.com

(12) Dan E Chambers for Creditor EMR Residential Properties LLC
dchambers@jmbm.com

(13) Shirley Cho for Creditor Lehman ALI, Inc.
scho@pszjlaw.com

(14) Vonn Christenson for Interested Party Courtesy NEF
vrc@paynefears.com

(15) Brendan P Collins for Creditor Gray1 CPB, LLC
bpcollins@bhfs.com

(16) Vincent M Coscino for Petitioning Creditor CST Environmental Inc
vcoscino@allenmatkins.com, emurdoch@allenmatkins.com

(17) Paul J Couchot for Creditor SCC Acquisitions, Inc.
pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com

(18) Jonathan S Dabbieri for Interested Party Courtesy NEF
dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com

(19) Ana Damonte for Creditor Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

(20) Vanessa S Davila for Creditor Bond Safeguard Insurance Co
vsd@amclaw.com

(21) Melissa Davis for Creditor City of Orange
mdavis@shbllp.com

(22) Daniel Denny for Interested Party Courtesy NEF
ddenny@gibsondunn.com

(23) Caroline Djang for Creditor Lehman ALI, Inc.
crd@jmbm.com

(24) Donald T Dunning for Creditor Hertz Equipment Rental Corporation
ddunning@dunningLaw.com

(25) Joseph A Eisenberg for Creditor Lehman ALI, Inc.
jae@jmbm.com

(26) Lei Lei Wang Ekvall for Attorney Weiland Golden Smiley Wang Ekvall & Strok, LLP
lekvall@wgllp.com

(27) Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

(28) Marc C Forsythe for Attorney Robert Goe
kmurphy@goeforlaw.com

(29) Alan J Friedman for Attorney Irell & Manella LLP
afriedman@irell.com

(30) Steven M Garber for Creditor Park West Landscape, Inc
steve@smgarberlaw.com

(31) Christian J Gascou for 3rd Party Plaintiff Arch Insurance Company
cgascou@gascouhopkins.com

(32) Barry S Glaser for Creditor County of Los Angeles
bglaser@swjlaw.com

(33) Robert P Goe for Attorney Robert Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

(34) Eric D Goldberg for Interested Party Courtesy NEF
egoldberg@stutman.com

(35) Richard H Golubow for Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com

(36) Michael J Gomez for Interested Party Central Pacific Bank
mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

(37) Kelly C Griffith for Creditor Bond Safeguard Insurance Co
bkemail@harrisbeach.com

(38) Matthew Grimshaw for Interested Party City Of Torrance
mgrimshaw@rutan.com

(39) Kavita Gupta for Plaintiff Palmdale Hills Property, LLC
kgupta@winthropcouchot.com

(40) Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

(41) Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

(42) D Edward Hays for Creditor Villa San Clemente, LLC
ehays@marshackhays.com

(43) Michael C Heinrichs for Interested Party Courtesy NEF
mheinrichs@omm.com

(44) Harry D. Hochman for Creditor Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com

(45) Jonathan M Hoff for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com

(46) Nancy Hotchkiss for Creditor Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com

(47) Michelle Hribar for Plaintiff EMR Residential Properties LLC
mhribar@rutan.com

(48) John J Immordino for Creditor Arch Insurance Co.
john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com

(49) Lawrence A Jacobson for Creditor BKF Engineers
laj@cohenandjacobson.com

(50) Michael J Joyce for Interested Party Courtesy NEF
mjoyce@crosslaw.com

(51) Stephen M Judson for Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com

(52) Kaleb L Judy for Defendant Zim Industries, Inc. dba Bakersfield Well & Pump
ecf@kleinlaw.com

(53) David I Katzen for Interested Party Bethel Island Municipal Improvement District
katzen@ksfirm.com

(54) Christopher W Keegan for Creditor SC Master Holdings II LLC
ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com

(55) Payam Khodadadi for Debtor Palmdale Hills Property, LLC
pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com

(56) Irene L Kiet for Creditor BNB Engineering, Inc.
ikiet@hkclaw.com

(57) Mark J Krone for Creditor Bond Safeguard Insurance Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com

(58) David B Lally for Defendant Contracting Engineers, Inc.
davidlallylaw@gmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9021-1.1.NOTICE.ENTERED.ORDER**

(59)  Leib M Lerner for Creditor Steiny and Company, Inc.
leib.lerner@alston.com
(60)  Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com
(61)  Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com
(62)  Kerri A Lyman for Attorney Irell & Manella LLP
klyman@irell.com
(63)  Mariam S Marshall for Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com
(64)  Robert C Martinez for Creditor TC Construction Company, Inc
rmartinez@mclex.com
(65)  Michael D May for Creditor R.J. Noble Co.
mdmayesq@verizon.net
(66)  Hutchison B Meltzer for Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
hmeltzer@wgllp.com
(67)  Krikor J Meshefejian for Interested Party Courtesy NEF
kjm@lnbrb.com
(68)  Joel S. Miliband for Creditor RBF CONSULTING
jmiliband@rusmiliband.com
(69)  James M Miller for Attorney Miller Barondess LLP
jmiller@millerbarondess.com
(70)  Louis R Miller for Plaintiff Palmdale Hills Property, LLC
smiller@millerbarondess.com
(71)  Randall P Mroczynski for Defendant Bob McGrann Construction, Inc.
randym@cookseylaw.com
(72)  Mike D Neue for Attorney The Lobel Firm, LLP
mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
(73)  Robert Nida for Creditor Kirk Negrete, Inc
Rnida@castlelawoffice.com
(74)  Henry H Oh for 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
henry.oh@dlapiper.com, janet.curley@dlapiper.com
(75)  Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com
(76)  Robert B Orgel for Creditor Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com
(77)  Malhar S Pagay for Creditor Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com
(78)  Penelope Parmes for Creditor EMR Residential Properties LLC
pparmes@rutan.com
(79)  Ronald B Pierce for Creditor Griffith Company
ronald.pierce@sdma.com
(80)  Katherine C Piper for Interested Party New Anaverde LLC
kpiper@steptoe.com
(81)  Cassandra J Richey for Creditor Patricia I Volkerts, as Trustee
cmartin@pprlaw.net
(82)  James S Riley for Creditor Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com
(83)  Debra Riley for Interested Party City of Palmdale
driley@allenmatkins.com
(84)  Todd C. Ringstad for Interested Party Courtesy NEF
becky@ringstadlaw.com
(85)  R Grace Rodriguez for Defendant O&B Equipment, Inc.
ecf@lorgr.com
(86)  Martha E Romero for Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com
(87)  Ronald Rus for Creditor SunCal Management, LLC
rrus@rusmiliband.com
(88)  John P Schafer for Creditor LB/L-DUC III Bethel Island, LLC
jps@mandersonllp.com
(89)  John E Schreiber for Defendant Fenway Capital, LLC
jschreiber@dl.com
(90)  William D Schuster for Creditor HD Supply Construction Supply LTD
bills@allieschuster.org
(91)  Christopher P Simon for Interested Party Courtesy NEF
csimon@crosslaw.com
(92)  Wendy W Smith for Creditor Castaic Union School District
wendy@bindermalter.com
(93)  Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com
(94)  Steven M Speier for Trustee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com
(95)  Michael St James for Creditor MBH Architects, Inc.
ecf@stjames-law.com
(96)  Michael K Sugar for Creditor Committee Official Committee of Unsecured Creditors
msugar@irell.com
(97)  James E Till for Trustee Steven Speier (TR)
jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
(98)  United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov
(99)  Carol G Unruh for Creditor Scott E. McDaniel
cgunruh@sbcglobal.net
(100)  Jason Wallach for Interested Party Courtesy NEF
jwallach@gladstonemichel.com
(101)  Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
, kim.johnson@kattenlaw.com
(102)  Christopher T Williams for Creditor Danske Bank A/S London Branch
ctwilliams@venable.com, jcontreras@venable.com
(103)  Marc J Winthrop for Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
(104)  David M Wiseblood for Creditor Bethel Island Municipal Improvement District
dwiseblood@seyfarth.com
(105)  Brett K Wiseman for Creditor JF Shea Construction Inc
bwiseman@aalaws.com
(106)  Dean A Ziehl for Counter-Defendant LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com
(107)  Marc A. Zimmerman for Creditor Life Church of God in Christ
joshuasdaddy@att.net

**III.  *TO BE* SERVED BY *LODGING PARTY* BY E-MAIL**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**