| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073)<br>Dean A. Ziehl (CA Bar No. 84529)<br>Robert B. Orgel (CA Bar No. 101875)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, Suite 1100<br>Los Angeles, California  90067<br>Telephone:  (310) 277-6910<br>Facsimile:  (310) 201-0760 | **FILED & ENTERED**<br><br>**FEB 24 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY reid         DEPUTY CLERK** |

Edward Soto (admitted *pro hac vice*)
Shai Waisman (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Counsel for Lehman ALI, Inc.

William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, California  92660
Telephone:  (949) 999-2860
Facsimile:  (949) 999-2870

General Insolvency Counsel for Steven M. Speier,
the Chapter 11 Trustee for the Trustee Debtors

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>    Jointly Administered Debtors and<br>    Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**ORDER APPROVING:**<br>**STIPULATION OF DECEMBER 2010**<br>**BY AND BETWEEN LEHMAN ALI,**<br>**INC. AND CHAPTER 11 TRUSTEE,** |

DOCS_NY:23185.1

|   |   |
|---|---|
| ☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☒ LB-L-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LB-L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance, LLC<br>☒ SunCal Oak Knoll, LLC | **PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY**<br><br>**Hearing:**<br>Date:  January 20, 2011<br>Time:  10:30 A.M.<br>Place:  Courtroom 5A |

On January 20, 2011 at 10:30 a.m. came on for hearing before this Court the motion (the "Financing Motion") [Docket #1746] for approval of:

>*Stipulation of December 2010 By and Between Lehman ALI, Inc. and Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary*

(the "Financing Stipulation") (attached as Exhibit 1 to the Motion and separately filed as Docket #1745).

Having considered the Financing Motion, the Financing Stipulation, the supporting documents thereto, the Objection by Creditor Castaic Union School District to Joint Motion of Lehman ALI, Inc. and Chapter 11 Trustee for Approval of Stipulation of December 2010 By and Between Lehman ALI, Inc. and Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary [Docket #1756] (the "Castaic Objection"), the Stipulation Resolving Objection of Castaic Union School District to Joint Financing Motion of Trustee and Lehman ALI, Inc. [Docket #1768] (the "Stipulation Resolving Objection"), the files and records in this case, and any arguments or evidence adduced at the hearing thereon;

The Castaic Objection having been deemed withdrawn pursuant to the Stipulation Resolving Objection and Lehman ALI, the Chapter 11 Trustee and Castaic Union School District having agreed upon the terms of an order approving the DIP Financing Stipulation as provided below and in the Stipulation Resolving Objection; and

Finding that (a) the relief sought by the Financing Motion and Financing Stipulation, as modified below, reasonable and in the best interests of the applicable estates, (b) more than fourteen (14) days' notice of the Financing Motion was provided pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure and (c) good cause appearing for approval of the Financing Motion and Financing Stipulation as set forth below,

**IT IS HEREBY ORDERED THAT:**

1. The Financing Stipulation and Financing Motion are approved and no final hearing thereon is required, provided that absent further Court order, the amount of financing advanced pursuant to the Financing Motion and this Order, and to be secured by the assets in, the estate of SunCal Northlake, LLC ("Northlake") shall be limited to the amount of $200,000, and such financing for the estate of Northlake only shall be used for (i) site maintenance, including erosion control, (ii) management fees, (iii) health or safety, or (iv) other reasonable expenditures for maintenance, preservation or property operations pertaining to the subject property; provided that, upon the further consent of the Castaic Union School District, the financing for Northlake may be in such other amount and for such other lawful purposes as sought or permitted by the Financing Motion.

###

DATED: February 24, 2011

_Erithe A. Smith_
United States Bankruptcy Judge

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER APPROVING: STIPULATION OF DECEMBER 2010 BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY ADMINISTRATIVE EXPENSE CLAIMS; AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 20, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 20, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 20, 2011 | Melisa DesJardien | /s/ Melisa DesJardien |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

| In re: PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CHAPTER 11 CASE NUMBER 08-17206-ES |
|---|---|

**II. SERVED BY U.S. MAIL**

**III. SERVED BY E-MAIL**

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
    bcook@suncal.com
(3) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee (c/o Squar Milner):
    Steven N. Speier - sspeier@squarmilner.com; ca85@ecfcbis.com
(7) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(8) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(9) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Clay Roesch – clay.roesch@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Joseph A Eisenberg - jae@jmbm.com
Mark McKane - mark.mckane@kirkland.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

## NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States Tstee and case Tstee (if any) will always be in this category.
**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***ORDER APPROVING: STIPULATION OF DECEMBER 2010 BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY ADMINISTRATIVE EXPENSE CLAIMS; AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 20, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Palmdale Hills Property, LLC (and its related entities)
2392 Morse Ave.
Irvine, CA 92614
Attn: Bruce Elieff, Manager

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                        **F 9021-1.1.NOTICE.ENTERED.ORDER**

**I.  SERVED BY NEF**

**8:08-bk-17206-ES Notice will be electronically mailed to:**

(1)  Selia M Acevedo for Atty Miller Barondess LLP
sacevedo@millerbarondess.com,
mpritikin@millerbarondess.com;bprocel@millerbarondess.com

(2)  Joseph M Adams for Def The City of San Juan Capistrano
jadams@sycr.com

(3)  Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com

(4)  James C Bastian for Cred ARB, Inc.
jbastian@shbllp.com

(5)  Thomas Scott Belden for Def Zim Industries, Inc. dba Bakersfield Well & Pump
sbelden@kleinlaw.com, ecf@kleinlaw.com

(6)  John A Boyd for Int Pty Oliphant Golf Inc
fednotice@tclaw.net

(7)  Mark Bradshaw for Int Pty Courtesy NEF
mbradshaw@shbllp.com

(8)  Gustavo E Bravo for Cred Oliphant Golf, Inc.
gbravo@smaha.com

(9)  Jeffrey W Broker for Cred Bond Safeguard Insurance Co
jbroker@brokerlaw.biz

(10)  Brendt C Butler for Cred EMR Residential Properties LLC
BButler@rutan.com

(11)  Andrew W Caine for Cred Lehman ALI, Inc.
acaine@pszyjw.com

(12)  Carollynn Callari for Cred Danske Bank A/S London Branch
ccallari@venable.com

(13)  Dan E Chambers for Cred EMR Residential Properties LLC
dchambers@jmbm.com

(14)  Shirley Cho for Cred Lehman ALI, Inc.
scho@pszjlaw.com

(15)  Vonn Christenson for Int Pty Courtesy NEF
vrc@paynefears.com

(16)  Brendan P Collins for Cred Gray1 CPB, LLC
bpcollins@bhfs.com

(17)  Vincent M Coscino for Petitioning Cred CST Environmental Inc
vcoscino@allenmatkins.com, emurdoch@allenmatkins.com

(18)  Paul J Couchot for Cred SCC Acquisitions, Inc.
pcouchot@winthropcouchot.com,
pj@winthropcouchot.com;sconnor@winthropcouchot.com

(19)  Jonathan S Dabbieri for Int Pty Courtesy NEF
dabbieri@sullivan.com,
hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com

(20)  Ana Damonte for Cred Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

(21)  Vanessa S Davila for Cred Bond Safeguard Insurance Co
vsd@amclaw.com

(22)  Melissa Davis for Cred City of Orange
mdavis@shbllp.com

(23)  Daniel Denny for Int Pty Courtesy NEF
ddenny@gibsondunn.com

(24)  Caroline Djang for Cred Lehman ALI, Inc.
crd@jmbm.com

(25)  Donald T Dunning for Cred Hertz Equipment Rental Corporation
ddunning@dunningLaw.com

(26)  Joseph A Eisenberg for Cred Lehman ALI, Inc.
jae@jmbm.com

(27)  Lei Lei Wang Ekvall for Atty Weiland Golden Smiley Wang Ekvall & Strok, LLP
lekvall@wgllp.com

(28)  Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

(29)  Marc C Forsythe for Atty Robert Goe
kmurphy@goeforlaw.com

(30)  Alan J Friedman for Atty Irell & Manella LLP
afriedman@irell.com

(31)  Steven M Garber for Cred Park West Landscape, Inc
steve@smgarberlaw.com

(32)  Christian J Gascou for 3rd Party Pltf Arch Insurance Company
cgascou@gascouhopkins.com

(33)  Barry S Glaser for Cred County of Los Angeles
bglaser@swjlaw.com

(34)  Robert P Goe for Atty Robert Goe
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;mforsythe@goeforlaw.com

(35)  Eric D Goldberg for Int Pty Courtesy NEF
egoldberg@stutman.com

(36)  Richard H Golubow for Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com

(37)  Michael J Gomez for Int Pty Central Pacific Bank
mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

(38)  Kelly C Griffith for Cred Bond Safeguard Insurance Co
bkemail@harrisbeach.com

(39)  Matthew Grimshaw for Int Pty City Of Torrance
mgrimshaw@rutan.com

(40)  Kavita Gupta for Pltf Palmdale Hills Property, LLC
kgupta@winthropcouchot.com

(41)  Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

(42)  Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

(43)  D Edward Hays for Cred Villa San Clemente, LLC
ehays@marshackhays.com

(44)  Michael C Heinrichs for Int Pty Courtesy NEF
mheinrichs@omm.com

(45)  Harry D. Hochman for Cred Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com

(46)  Jonathan M Hoff for 3rd Party Pltf Joint Provisional Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com

(47)  Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com

(48)  Michelle Hribar for Pltf EMR Residential Properties LLC
mhribar@rutan.com

(49)  John J Immordino for Cred Arch Insurance Co.
john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com

(50)  Lawrence A Jacobson for Cred BKF Engineers
laj@cohenandjacobson.com

(51)  Michael J Joyce for Int Pty Courtesy NEF
mjoyce@crosslaw.com

(52)  Stephen M Judson for Petitioning Cred Professional Tree Care Co
sjudson@fablaw.com

(53)  Kaleb L Judy for Def Zim Industries, Inc. dba Bakersfield Well & Pump
ecf@kleinlaw.com

(54)  David I Katzen for Int Pty Bethel Island Municipal Improvement District
katzen@ksfirm.com

(55)  Christopher W Keegan for Cred SC Master Holdings II LLC
ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com

(56)  Payam Khodadadi for Debtor Palmdale Hills Property, LLC
pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com

(57)  Irene L Kiet for Cred BNB Engineering, Inc.
ikiet@hkclaw.com

(58)  Mark J Krone for Cred Bond Safeguard Insurance Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com

(59)  David B Lally for Def Contracting Engineers, Inc.
davidlallylaw@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**

(60) Leib M Lerner for Cred Steiny and Company, Inc.
leib.lerner@alston.com
(61) Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com
(62) Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com
(63) Kerri A Lyman for Atty Irell & Manella LLP
klyman@irell.com
(64) Mariam S Marshall for Cred RGA Environmental, Inc.
mmarshall@marshallramoslaw.com
(65) Robert C Martinez for Cred TC Construction Company, Inc
rmartinez@mclex.com
(66) Michael D May for Cred R.J. Noble Co.
mdmayesq@verizon.net
(67) Hutchison B Meltzer for Cred Committee Joint Committee of Creds Holding Unsecured Claims
hmeltzer@wgllp.com
(68) Krikor J Meshefejian for Int Pty Courtesy NEF
kjm@lnbrb.com
(69) Joel S. Miliband for Cred RBF CONSULTING
jmiliband@rusmiliband.com
(70) James M Miller for Atty Miller Barondess LLP
jmiller@millerbarondess.com, mpritikin@millerbarondess.com
(71) Louis R Miller for Pltf Palmdale Hills Property, LLC
smiller@millerbarondess.com
(72) Randall P Mroczynski for Def Bob McGrann Construction, Inc.
randym@cookseylaw.com
(73) Mike D Neue for Atty The Lobel Firm, LLP
mneue@thelobelfirm.com,
jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
(74) Robert Nida for Cred Kirk Negrete, Inc
Rnida@castlelawoffice.com
(75) Henry H Oh for 3rd Party Pltf Joint Provisional Liquidators of Lehman RE Ltd
henry.oh@dlapiper.com, janet.curley@dlapiper.com
(76) Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com
(77) Robert B Orgel for Cred Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com
(78) Malhar S Pagay for Cred Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com
(79) Penelope Parmes for Cred EMR Residential Properties LLC
pparmes@rutan.com
(80) Ronald B Pierce for Cred Griffith Company
ronald.pierce@sdma.com
(81) Katherine C Piper for Int Pty New Anaverde LLC
kpiper@steptoe.com
(82) Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net
(83) James S Riley for Cred Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com
(84) Debra Riley for Int Pty City of Palmdale
driley@allenmatkins.com
(85) Todd C. Ringstad for Int Pty Courtesy NEF
becky@ringstadlaw.com
(86) R Grace Rodriguez for Def O&B Equipment, Inc.
ecf@lorgr.com
(87) Martha E Romero for Cred San Bernardino County Tax Collector
Romero@mromerolawfirm.com
(88) Ronald Rus for Cred SunCal Management, LLC
rrus@rusmiliband.com
(89) John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
jps@mandersonllp.com
(90) John E Schreiber for Def Fenway Capital, LLC
jschreiber@dl.com
(91) William D Schuster for Cred HD Supply Construction Supply LTD
bills@allieschuster.org
(92) Christopher P Simon for Int Pty Courtesy NEF
csimon@crosslaw.com
(93) Wendy W Smith for Cred Castaic Union School District
wendy@bindermalter.com
(94) Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com
(95) Steven M Speier for Trustee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com
(96) Michael St James for Cred MBH Architects, Inc.
ecf@stjames-law.com
(97) Michael K Sugar for Cred Committee Official Committee of Unsecured Creds
msugar@irell.com
(98) Cathy Ta for Def Hi-Grade Material Co.
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
(99) David A Tilem for Def Southland Pipe Corporation
davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
(100) James E Till for Trustee Steven Speier (TR)
jtill@thelobelfirm.com,
jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
(101) United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov
(102) Carol G Unruh for Cred Scott E. McDaniel
cgunruh@sbcglobal.net
(103) Jason Wallach for Def Professional Pipeline Contractors, Inc.
jwallach@gladstonemichel.com
(104) Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
, kim.johnson@kattenlaw.com
(105) Christopher T Williams for Cred Danske Bank A/S London Branch
ctwilliams@venable.com, jcontreras@venable.com
(106) Marc J Winthrop for Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
(107) David M Wiseblood for Cred Bethel Island Municipal Improvement District
dwiseblood@seyfarth.com
(108) Brett K Wiseman for Cred JF Shea Construction Inc
bwiseman@aalaws.com
(109) Dean A Ziehl for Counter-Def LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com
(110) Marc A. Zimmerman for Cred Life Church of God in Christ
joshuasdaddy@att.net

**III. *TO BE* SERVED BY *LODGING PARTY* BY E-MAIL**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                          **F 9021-1.1.NOTICE.ENTERED.ORDER**