FILED & ENTERED

MAR 23 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

1  Richard M. Pachulski (CA Bar No. 90073)
   Dean A. Ziehl (CA Bar No. 84529)

2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Boulevard, Suite 1100

3  Los Angeles, California  90067
   Telephone:  (310) 277-6910

4  Facsimile:  (310) 201-0760

5  Edward Soto (admitted *pro hac vice*)
   Shai Waisman (admitted *pro hac vice*)

6  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue

7  New York, NY  10153-0119
   Telephone:  (212) 310-8000

8  Facsimile:  (212) 310-8007

9  Counsel for Lehman ALI, Inc.

10 William N. Lobel (CA Bar No. 93202)
   Mike D. Neue (CA Bar No. 179303)

11 THE LOBEL FIRM, LLP
   840 Newport Center Drive, Suite 750

12 Newport Beach, California  92660
   Telephone:  (949) 999-2860

13 Facsimile:  (949) 999-2870

14 General Insolvency Counsel for Steven M. Speier,
   the Chapter 11 Trustee for the Trustee Debtors

15            **UNITED STATES BANKRUPTCY COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**

16              **SANTA ANA DIVISION**

17

18 In re:
   Palmdale Hills Property, LLC, and Its Related Debtors,

19          Jointly Administered Debtors and
            Debtors-In-Possession.

20 Affects:

21  ☐ All Debtors
    ☐ Palmdale Hills Property, LLC

22  ☐ SunCal Beaumont Heights, LLC
    ☐ SCC/Palmdale, LLC

23  ☐ SunCal Johannson Ranch, LLC
    ☐ SunCal Summit Valley, LLC

24  ☐ SunCal Emerald Meadows, LLC
    ☐ SunCal Bickford Ranch, LLC

25  ☐ Acton Estates, LLC
    ☐ Seven Brothers, LLC

26  ☐ SJD Partners, Ltd.
    ☐ SJD Development Corp.

27  ☐ Kirby Estates, LLC
    ☐ SunCal Communities I, LLC

28  ☐ SunCal Communities III, LLC
    ☐ SCC Communities, LLC

Case No.: 8:08-bk-17206-ES

Jointly Administered With Case Nos.

8:08-bk-17209-ES; 8:08-bk-17240-ES;
8:08-bk-17224-ES; 8:08-bk-17242-ES;
8:08-bk-17225-ES; 8:08-bk-17245-ES;
8:08-bk-17227-ES; 8:08-bk-17246-ES;
8:08-bk-17230-ES; 8:08-bk-17231-ES;
8:08-bk-17236-ES; 8:08-bk-17248-ES;
8:08-bk-17249-ES; 8:08-bk-17573-ES;
8:08-bk-17574-ES; 8:08-bk-17575-ES;
8:08-bk-17404-ES; 8:08-bk-17407-ES;
8:08-bk-17408-ES; 8:08-bk-17409-ES;
8:08-bk-17458-ES; 8:08-bk-17465-ES;
8:08-bk-17470-ES; 8:08-bk-17472-ES;
and 8:08-bk-17588-ES

Chapter 11

**ORDER APPROVING: AMENDED
STIPULATION OF FEBRUARY 2011**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS  AT LAW
LOS ANGELES , CALIFORNIA

DOCS_NY:23936.1

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

☐ North Orange Del Rio Land, LLC
☐ Tesoro SF, LLC

2

☒ LB-L-SunCal Oak Valley, LLC
☒ SunCal Heartland, LLC

3

☒ LB-L-SunCal Northlake, LLC
☒ SunCal Marblehead, LLC

4

☐ SunCal Century City, LLC

5

☒ SunCal PSV, LLC
☒ Delta Coves Venture, LLC

6

☒ SunCal Torrance, LLC
☒ SunCal Oak Knoll, LLC

7

8

9

**BY AND BETWEEN LEHMAN ALI INC. AND THE CHAPTER 11 TRUSTEE AUTHORIZING (I) FINANCING FOR CHAPTER 11 TRUSTEE PROFESSIONAL FEES AND EXPENSES AND RELATED EXPENSES OF TRUSTEE DEBTORS AND CHAPTER 11 TRUSTEE AND (II) GRANTING ADMINISTRATIVE EXPENSE CLAIMS**

**Hearing:**
Date:  March 15, 2011
Time:  10:30 A.M.
Place:  Courtroom 5A

10

11

On March 15, 2011 at 10:30 a.m. came on for hearing before this Court the motion (the

12

"Motion") [Docket #1803] for approval of the *Stipulation of February 2011 by and Between Lehman*

13

*ALI Inc. and the Chapter 11 Trustee Authorizing (I) Financing for Chapter 11 Trustee Professional*

14

*Fees and Expenses and Related Expenses of Trustee Debtors and Chapter 11 Trustee and (II)*

15

*Granting Administrative Expense Claims* (the "Stipulation") (attached as Exhibit 1 to the Motion and

16

separately filed as Docket #1802).

17

Having considered the Motion, the supporting documents thereto, the Stipulation, the *Notice*

18

*of Errata With Respect to Stipulation of February 2011 by and Between Lehman ALI Inc. and the*

19

*Chapter 11 Trustee Authorizing (I) Financing for Chapter 11 Trustee Professional Fees and*

20

*Expenses and Related Expenses of Trustee Debtors and Chapter 11 Trustee and (II) Granting*

21

*Administrative Expense Claims* [Docket No. 1823] and the *Amended Stipulation of February 2011*

22

*by and Between Lehman ALI Inc. and the Chapter 11 Trustee Authorizing (I) Financing for Chapter*

23

*11 Trustee Professional Fees and Expenses and Related Expenses of Trustee Debtors and Chapter*

24

*11 Trustee and (II) Granting Administrative Expense Claims* [Docket No. 1824] (the "Amended

25

Stipulation") filed on March 14, 2011, the files and records in this case, and any arguments or

26

evidence adduced at the hearing thereon;

27

No objections to the approval of the Motion having been interposed; and

28

DOCS_NY:23936.1

2

1      Finding (a) the relief sought by the Motion and the Amended Stipulation being reasonable

2   and in the best interests of the applicable estates, and (b) good cause appearing for approval of the

3   Motion and Amended Stipulation on a final basis,

4          **IT IS HEREBY ORDERED THAT:**

5              1.      The Amended Stipulation and Motion are approved on a final basis.

6

7                                          ###

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DATED: March 23, 2011

25                                      United States Bankruptcy Judge

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS  AT LAW
LOS ANGELES , CALIFORNIA

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 11ᵗʰ Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER APPROVING: AMENDED STIPULATION OF FEBRUARY 2011 BY AND BETWEEN LEHMAN ALI INC. AND THE CHAPTER 11 TRUSTEE AUTHORIZING (I) FINANCING FOR CHAPTER 11 TRUSTEE PROFESSIONAL FEES AND EXPENSES AND RELATED EXPENSES OF TRUSTEE DEBTORS AND CHAPTER 11 TRUSTEE AND (II) GRANTING ADMINISTRATIVE EXPENSE CLAIMS* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  **March 16, 2011**  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery**]
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **March 16, 2011**  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 16, 2011 | Melisa DesJardien | /s/ Melisa DesJardien |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                 **F 9013-3.1.PROOF.SERVICE**

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |
| --- | --- |

## II.  SERVED BY U.S. MAIL

<u>U.S. MAIL</u>

## III.  SERVED BY E-MAIL

(1) Gen'l Counsel for Voluntary Debtors:
> Paul Couchot - pcouchot@winthropcouchot.com
> Marc J Winthrop - pj@winthropcouchot.com
> Paul Lianides - plianides@winthropcouchot.com

(2) Debtors (Palmdale Hills Property, LLC and related entities):
> bcook@suncal.com

(3) Counsel for SunCal Management:
> Ronald Rus – rrus@rusmiliband.com

(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
> Louis Miller - smiller@millerbarondess.com
> Martin Pritikin – mpritikin@millerbarondess.com

(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
> William Lobel - wlobel@thelobelfirm.com
> Mike Neue – mneue@thelobelfirm.com

(6) Ch. 11 Trustee (c/o Squar Milner):
> Steven N. Speier - sspeier@squarmilner.com; ca85@ecfcbis.com

(7) Counsel for Voluntary Debtors' Committee:
> Alan Friedman - afriedman@irell.com
> Kerri A Lyman - klyman@irell.com

(8) Counsel for Trustee Debtors' Committee:
> Lei Lei Wang Ekvall - lekvall@wgllp.com
> Hutchison B Meltzer - hmeltzer@wgllp.com

(9) Office of the United States Trustee:
> Michael Hauser - michael.hauser@usdoj.gov

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Clay Roesch – clay.roesch@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Joseph A Eisenberg - jae@jmbm.com
Mark McKane - mark.mckane@kirkland.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States Tstee and case Tstee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***ORDER APPROVING: AMENDED STIPULATION OF FEBRUARY 2011 BY AND BETWEEN LEHMAN ALI INC. AND THE CHAPTER 11 TRUSTEE AUTHORIZING (I) FINANCING FOR CHAPTER 11 TRUSTEE PROFESSIONAL FEES AND EXPENSES AND RELATED EXPENSES OF TRUSTEE DEBTORS AND CHAPTER 11 TRUSTEE AND (II) GRANTING ADMINISTRATIVE EXPENSE CLAIMS*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 16, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Palmdale Hills Property, LLC (and its related entities)
2392 Morse Ave.
Irvine, CA 92614
Attn: Bruce Elieff, Manager

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                **F 9021-1.1.NOTICE.ENTERED.ORDER**

## I. SERVED BY NEF

**8:08-bk-17206-ES Notice will be electronically mailed to:**

*(1)* Selia M Acevedo for Atty Miller Barondess LLP
*sacevedo@millerbarondess.com,*
*mpritikin@millerbarondess.com;bprocel@millerbarondess.com*

*(2)* Joseph M Adams for Def The City of San Juan Capistrano
*jadams@sycr.com*

*(3)* Raymond H Aver for Debtor Palmdale Hills Property, LLC
*ray@averlaw.com*

*(4)* James C Bastian for Cred ARB, Inc.
*jbastian@shbllp.com*

*(5)* Thomas Scott Belden for Def Zim Ind, Inc. dba Bakersfield Well
*sbelden@kleinlaw.com, ecf@kleinlaw.com*

*(6)* John A Boyd for Int Pty Oliphant Golf Inc
*fednotice@tclaw.net*

*(7)* Mark Bradshaw for Int Pty Courtesy NEF
*mbradshaw@shbllp.com*

*(8)* Gustavo E Bravo for Cred Oliphant Golf, Inc.
*gbravo@smaha.com*

*(9)* Jeffrey W Broker for Cred Bond Safe Ins Co
*jbroker@brokerlaw.biz*

*(10)* Brendt C Butler for Cred EMR Residential Properties LLC
*BButler@rutan.com*

*(11)* Andrew W Caine for Cred Lehman ALI, Inc.
*acaine@pszyjw.com*

*(12)* Carollynn Callari for Cred Danske Bank A/S London Branch
*ccallari@venable.com*

*(13)* Dan E Chambers for Cred EMR Residential Properties LLC
*dchambers@jmbm.com*

*(14)* Shirley Cho for Cred Lehman ALI, Inc.
*scho@pszjlaw.com*

*(15)* Vonn Christenson for Int Pty Courtesy NEF
*vrc@paynefears.com*

*(16)* Brendan P Collins for Cred Gray1 CPB, LLC
*bpcollins@bhfs.com*

*(17)* Vincent M Coscino for Petitioning Cred CST Environmental Inc
*vcoscino@allenmatkins.com, emurdoch@allenmatkins.com*

*(18)* Paul J Couchot for Cred SCC Acquisitions, Inc.
*pcouchot@winthropcouchot.com,*
*pj@winthropcouchot.com;sconnor@winthropcouchot.com*

*(19)* Jonathan S Dabbieri for Int Pty Courtesy NEF
*dabbieri@sullivan.com,*
*hill@sullivanhill.com;mcallister@sullivanhill.com;*
*stein@sullivanhill.com;vidovich@sullivanhill.com*

*(20)* Ana Damonte for Cred Top Grade Construction, Inc.
*ana.damonte@pillsburylaw.com*

*(21)* Vanessa S Davila for Cred Bond Safe Ins Co
*vsd@amclaw.com*

*(22)* Melissa Davis for Cred City of Orange
*mdavis@shbllp.com*

*(23)* Daniel Denny for Int Pty Courtesy NEF
*ddenny@gibsondunn.com*

*(24)* Caroline Djang for Cred Lehman ALI, Inc.
*crd@jmbm.com*

*(25)* Donald T Dunning for Cred Hertz Equipment Rental Corp
*ddunning@dunningLaw.com*

*(26)* Joseph A Eisenberg for Cred Lehman ALI, Inc.
*jae@jmbm.com*

*(27)* Lei Lei Wang Ekvall for Atty Weiland Golden
*lekvall@wgllp.com*

*(28)* Richard W Esterkin for Debtor Palmdale Hills Property, LLC
*resterkin@morganlewis.com*

*(29)* Marc C Forsythe for Atty Robert Goe
*kmurphy@goeforlaw.com*

*(30)* Alan J Friedman for Atty Irell & Manella LLP
*afriedman@irell.com*

*(31)* Steven M Garber for Cred Park West Landscape, Inc
*steve@smgarberlaw.com*

*(32)* Christian J Gascou for 3rd Party Pltf Arch Insurance Co
*cgascou@gascouhopkins.com*

*(33)* Barry S Glaser for Cred County of Los Angeles
*bglaser@swjlaw.com*

*(34)* Robert P Goe for Atty Robert Goe
*kmurphy@goeforlaw.com,*
*rgoe@goeforlaw.com;mforsythe@goeforlaw.com*

*(35)* Eric D Goldberg for Int Pty Courtesy NEF
*egoldberg@stutman.com*

*(36)* Richard H Golubow for Debtor Palmdale Hills Property, LLC
*rgolubow@winthropcouchot.com, pj@winthropcouchot.com*

*(37)* Michael J Gomez for Int Pty Central Pacific Bank
*mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com*

*(38)* Kelly C Griffith for Cred Bond Safe Ins Co
*bkemail@harrisbeach.com*

*(39)* Matthew Grimshaw for Int Pty City Of Torrance
*mgrimshaw@rutan.com*

*(40)* Kavita Gupta for Debtor Palmdale Hills Property, LLC
*kgupta@winthropcouchot.com*

*(41)* Asa S Hami for Debtor Palmdale Hills Property, LLC
*ahami@morganlewis.com*

*(42)* Michael J Hauser for UST(SA)
*michael.hauser@usdoj.gov*

*(43)* D Edward Hays for Cred Villa San Clemente, LLC
*ehays@marshackhays.com*

*(44)* Michael C Heinrichs for Int Pty Courtesy NEF
*mheinrichs@omm.com*

*(45)* Harry D. Hochman for Cred Lehman ALI, Inc.
*hhochman@pszjlaw.com, hhochman@pszjlaw.com*

*(46)* Jonathan M Hoff for 3rd Pty Pltf Jt Prov Liqs of Lehman RE Ltd
*jonathan.hoff@cwt.com*

*(47)* Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
*nhotchkiss@trainorfairbrook.com*

*(48)* Michelle Hribar for Pltf EMR Residential Properties LLC
*mhribar@rutan.com*

*(49)* John J Immordino for Cred Arch Insurance Co.
*john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com*

*(50)* Lawrence A Jacobson for Cred BKF Engineers
*laj@cohenandjacobson.com*

*(51)* Michael J Joyce for Int Pty Courtesy NEF
*mjoyce@crosslaw.com*

*(52)* Stephen M Judson for Petitioning Cred The Prof Tree Care Co
*sjudson@fablaw.com*

*(53)* Kaleb L Judy for Def Zim Ind, Inc. dba Bakersfield Well & Pump
*ecf@kleinlaw.com, kjudy@kleinlaw.com*

*(54)* Sheri Kanesaka for Cred California Bank & Trust
*sheri.kanesaka@bryancave.com*

*(55)* David I Katzen for Int Pty Bethel Island Muni Impr Dist
*katzen@ksfirm.com*

*(56)* Christopher W Keegan for Cred SC Master Holdings II LLC
*ckeegan@kirkland.com; gdupre@kirkland.com;*
*alevin@kirkland.com*

*(57)* Payam Khodadadi for Debtor Palmdale Hills Property, LLC
*pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com*

*(58)* Irene L Kiet for Cred BNB Engineering, Inc.
*ikiet@hkclaw.com*

*(59)* Mark J Krone for Cred Bond Safe Ins Co
*mk@amclaw.com, crs@amclaw.com;amc@amclaw.com*

*(60)* David B Lally for Def Contracting Engineers, Inc.
*davidlallylaw@gmail.com*

*(61)* Leib M Lerner for Cred Steiny and Co, Inc.
*leib.lerner@alston.com*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                  **F 9021-1.1.NOTICE.ENTERED.ORDER**

(62) Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com

(63) Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com

(64) Kerri A Lyman for Atty Irell & Manella LLP
klyman@irell.com

(65) Mariam S Marshall for Cred RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

(66) Robert C Martinez for Cred TC Construction Co, Inc
rmartinez@mclex.com

(67) Michael D May for Cred R.J. Noble Co.
mdmayesq@verizon.net

(68) Hutchison B Meltzer for Jt Cred Com
hmeltzer@wgllp.com

(69) Krikor J Meshefejian for Int Pty Courtesy NEF
kjm@lnbrb.com

(70) Joel S. Miliband for Cred RBF CONSULTING
jmiliband@rusmiliband.com

(71) James M Miller for Atty Miller Barondess LLP
jmiller@millerbarondess.com

(72) Louis R Miller for Pltf Palmdale Hills Property, LLC
smiller@millerbarondess.com

(73) Randall P Mroczynski for Def Bob McGrann Construction, Inc.
randym@cookseylaw.com

(74) Mike D Neue for Atty The Lobel Firm, LLP
mneue@thelobelfirm.com,
jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

(75) Robert Nida for Cred Kirk Negrete, Inc
Rnida@castlelawoffice.com

(76) Henry H Oh for 3rd Party Pltf Jt Prov Liqs of Lehman RE Ltd
henry.oh@dlapiper.com, janet.curley@dlapiper.com

(77) Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

(78) Robert B Orgel for Cred Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com

(79) Malhar S Pagay for Cred Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com

(80) Penelope Parmes for Cred EMR Residential Properties LLC
pparmes@rutan.com

(81) Ronald B Pierce for Cred Griffith Co
ronald.pierce@sdma.com

(82) Katherine C Piper for Int Pty New Anaverde LLC
kpiper@steptoe.com

(83) Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net

(84) James S Riley for Cred Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com

(85) Debra Riley for Int Pty City of Palmdale
driley@allenmatkins.com

(86) Todd C. Ringstad for Int Pty Courtesy NEF
becky@ringstadlaw.com

(87) R Grace Rodriguez for Def O&B Equipment, Inc.
ecf@lorgr.com

(88) Martha E Romero for Cred San Bern County Tax Collector
Romero@mromerolawfirm.com

(89) Ronald Rus for Cred SunCal Management, LLC
rrus@rusmiliband.com

(90) John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
jps@mandersonllp.com

(91) John E Schreiber for Def Fenway Capital, LLC
jschreiber@dl.com

(92) William D Schuster for Cred HD Supply Construction Supply LTD
bills@allieschuster.org

(93) Christopher P Simon for Int Pty Courtesy NEF
csimon@crosslaw.com

(94) Wendy W Smith for Cred Castaic Union School District
wendy@bindermalter.com

(95) Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com

(96) Steven M Speier for Trustee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com

(97) Michael St James for Cred MBH Architects, Inc.
ecf@stjames-law.com

(98) Michael K Sugar for Unsecured Cred Com
msugar@irell.com

(99) Cathy Ta for Def Hi-Grade Material Co.
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com

(100) David A Tilem for Def Southland Pipe Corp
davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;
kmishigian@tilemlaw.com

(101) James E Till for Trustee Steven Speier (TR)
jtill@thelobelfirm.com,
jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

(102) United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

(103) Carol G Unruh for Cred Scott E. McDaniel
cgunruh@sbcglobal.net

(104) Annie Verdries for Cred WEC Corp
verdries@lbbslaw.com

(105) Jason Wallach for Def Prof Pipeline Contractors, Inc.
jwallach@gladstonemichel.com

(106) Joshua D Wayser for Other Prof D. E. Shaw & Co., L.P.
kim.johnson@kattenlaw.com

(107) Christopher T Williams for Cred Danske Bank A/S London Branch
ctwilliams@venable.com, jcontreras@venable.com

(108) Marc J Winthrop for Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

(109) David M Wiseblood for Cred Bethel Island Muni Impr Dist
dwiseblood@seyfarth.com

(110) Brett K Wiseman for Cred JF Shea Construction Inc
bwiseman@aalaws.com

(111) Dean A Ziehl for Counter-Def LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com

(112) Marc A. Zimmerman for Cred Life Church of God in Christ
joshuasdaddy@att.net

## III.  *TO BE* SERVED BY *LODGING PARTY* BY E-MAIL

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                          **F 9021-1.1.NOTICE.ENTERED.ORDER**