1   Richard M. Pachulski (CA Bar No. 90073)
    Dean A. Ziehl (CA Bar No. 84529)
2   Robert B. Orgel (CA Bar No. 101875)
    PACHULSKI STANG ZIEHL & JONES LLP
3   10100 Santa Monica Boulevard, Suite 1100
    Los Angeles, California  90067
4   Telephone:  (310) 277-6910
    Facsimile:  (310) 201-0760
5
        -- and --
6
7   Edward Soto (admitted *pro hac vice*)
    Shai Waisman (admitted *pro hac vice*)
8   WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
9   New York, NY  10153-0119
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007
10
    Attorneys for Lehman Commercial Paper Inc. and
    Lehman ALI, Inc.
11

12              UNITED STATES BANKRUPTCY COURT

13              CENTRAL DISTRICT OF CALIFORNIA

                    SANTA ANA DIVISION

14  In re:                                          Case No.: 8:08-bk-17206-ES
15  Palmdale Hills Property, LLC, and Its Related Debtors,    Jointly Administered Case Nos.
              Jointly Administered Debtors and      8:08-bk-17209-ES; 8:08-bk-17240-ES;
              Debtors-In-Possession.                8:08-bk-17224-ES; 8:08-bk-17242-ES;
16  _____       8:08-bk-17225-ES; 8:08-bk-17245-ES;
    Affects:                                        8:08-bk-17227-ES; 8:08-bk-17246-ES;
17  ☐ All Debtors                                   8:08-bk-17230-ES; 8:08-bk-17231-ES;
    ☒ Palmdale Hills Property, LLC                  8:08-bk-17236-ES; 8:08-bk-17248-ES;
18  ☒ SunCal Beaumont Heights, LLC                  8:08-bk-17249-ES; 8:08-bk-17573-ES;
    ☐ SCC/Palmdale, LLC                             8:08-bk-17574-ES; 8:08-bk-17575-ES
19  ☒ SunCal Johannson Ranch, LLC                   8:08-bk-17404-ES; 8:08-bk-17407-ES;
    ☒ SunCal Summit Valley, LLC                     8:08-bk-17408-ES; 8:08-bk-17409-ES;
20  ☐ SunCal Emerald Meadows, LLC                   8:08-bk-17458-ES; 8:08-bk-17465-ES;
    ☐ SunCal Bickford Ranch, LLC                    8:08-bk-17470-ES; 8:08-bk-17472-ES;
21  ☒ Acton Estates, LLC                            and 8:08-bk-17588-ES
    ☒ Seven Brothers, LLC
22  ☐ SJD Partners, Ltd.                            Chapter 11
    ☐ SJD Development Corp.
23  ☒ Kirby Estates, LLC                            **NOTICE OF HEARING ON**
    ☒ SunCal Communities I, LLC                     **APPROVAL OF DISCLOSURE**
24  ☐ SunCal Communities III, LLC                   **STATEMENT WITH RESPECT TO**
    ☒ SCC Communities, LLC                          **FIRST AMENDED JOINT CHAPTER**
25  ☐ North Orange Del Rio Land, LLC                **11 PLAN FOR ELEVEN VOLUNTARY**
    ☒ Tesoro SF, LLC                                **DEBTORS PROPOSED BY THE**
26  ☐ LB-L-SunCal Oak Valley, LLC                   **LEHMAN VD LENDERS**
    ☐ SunCal Heartland, LLC
27  ☐ LB-L-SunCal Northlake, LLC
    ☐ SunCal Marblehead, LLC
28  ☐ SunCal Century City, LLC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| ☐ SunCal PSV, LLC | **Hearing:** |
| ☐ Delta Coves Venture, LLC | Date:   May 13, 2011 |
| ☐ SunCal Torrance, LLC | Time:   9:30 AM |
| ☐ SunCal Oak Knoll, LLC | Place:  Courtroom 5A |

**TO:  THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY JUDGE;
THE OFFICE OF THE UNITED STATES TRUSTEE; ALL CREDITORS; ALL PARTIES
REQUESTING NOTICE; AND CERTAIN PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on March 28, 2011, Lehman Commercial Paper Inc. and
Lehman ALI, Inc. (collectively, the "Lehman VD Lenders") filed the *First Amended Joint Chapter
11 Plan for Eleven Voluntary Debtors Proposed by the Lehman VD Lenders* (the "Plan") and the
*Disclosure Statement With Respect to First Amended Joint Chapter 11 Plan for Eleven Voluntary
Debtors Proposed by the Lehman VD Lenders* (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the adequacy of
information contained in the Disclosure Statement pursuant to 11 U.S.C. §1125 and any other
matter(s) in conjunction therewith that may properly come before the Court at that time will be held
on May 13, 2011 at 9:30 AM (the "Hearing Date") in Courtroom 5A of the United States
Bankruptcy Court, located at 411 West Fourth Street, Santa Ana, CA 92701.

**PLEASE TAKE FURTHER NOTICE** that copies of the Disclosure Statement have been
mailed to the Office of the United States Trustee, counsel for the voluntary debtors in the above-
captioned cases, counsel for the chapter 11 trustee for the involuntary debtors in the above-captioned
cases, counsel for the statutory committees appointed in the above-captioned cases, and certain
parties in interest.  Copies of the Disclosure Statement and Plan will be provided to any party upon
written request to:  Pachulski Stang Ziehl & Jones LLP, Attn:  Michael Matteo, at 10100 Santa
Monica Blvd., Suite 1100, Los Angeles, CA 90067, or by e-mail at mmatteo@pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Disclosure
Statement, which objections or responses must be served and filed with the Court not later than
fourteen (14) days prior to the Hearing Date, shall be served upon counsel for the Lehman VD
Lenders: (i) Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., Suite 1100, Los
Angeles, CA 90067, Attn: Richard M. Pachulski, Esq. and Robert. B. Orgel, Esq.; and (ii) Weil,

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119, Attn: Shai Waisman, Esq.,

2   and Weil, Gotshal & Manges LLP, 1395 Brickell Avenue, Suite 1200, Miami, FL 33131, Attn:

3   Edward Soto, Esq.  Any objections or responses not filed and served in the manner set forth herein

4   may be deemed waived.

5        **PLEASE TAKE FURTHER NOTICE** that the hearing may be further adjourned from time

6   to time by announcement made in open Court without further notice to creditors and parties in

7   interest.

8

9   Dated:  March 28, 2011           PACHULSKI STANG ZIEHL & JONES LLP

10

11                By:   */s/ Dean A. Ziehl*

                       Richard M. Pachulski (CA Bar No. 90073)

12                      E-mail: rpachulski@pszjlaw.com

                       Dean A. Ziehl (CA Bar No. 84529)

13                      E-mail: dziehl@pszjlaw.com

                       Robert B. Orgel (CA Bar No. 101875)

14                      E-mail: rorgel@pszjlaw.com

15                      Attorneys for Lehman Commercial Paper

                       Inc. and Lehman ALI, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

*PACHULSKI STANG ZIEHL & JONES LLP*
*ATTORNEYS AT LAW*
*LOS ANGELES, CALIFORNIA*

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,

Debtor(s).

CHAPTER 11

CASE NUMBER 08-17206-ES

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO FIRST AMENDED JOINT CHAPTER 11 PLAN FOR ELEVEN VOLUNTARY DEBTORS PROPOSED BY THE LEHMAN VD LENDERS* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____March 28, 2011_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____March 28, 2011_____  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____March 28, 2011_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
    bcook@suncal.com
(3) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com
    Martin Pritikin - mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee (c/o Squar Milner):
    Steven N. Speier - sspeier@squarmilner.com; ca85@ecfcbis.com
(7) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

(8) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(9) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Clay Roesch – clay.roesch@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - bshumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Joseph A Eisenberg - jae@jmbm.com
Mark McKane - mark.mckane@kirkland.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 28, 2011 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                            **F 9013-3.1.PROOF.SERVICE**

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,

Debtor(s).

CHAPTER 11

CASE NUMBER 08-17206-ES

## I. SERVED BY NEF

**8:08-bk-17206-ES Notice will be electronically mailed to:**

(1) Selia M Acevedo for Atty Miller Barondess LLP
sacevedo@millerbarondess.com,
mpritikin@millerbarondess.com;bprocel@millerbarondess.com

(2) Joseph M Adams for Def The City of San Juan Capistrano
jadams@sycr.com

(3) Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com

(4) James C Bastian for Cred ARB, Inc.
jbastian@shbllp.com

(5) Thomas Scott Belden for Def Zim Ind, Inc. dba Bakersfield Well &
Pump
sbelden@kleinlaw.com, ecf@kleinlaw.com

(6) John A Boyd for Int Pty Oliphant Golf Inc
fednotice@tclaw.net

(7) Mark Bradshaw for Int Pty Courtesy NEF
mbradshaw@shbllp.com

(8) Gustavo E Bravo for Cred Oliphant Golf, Inc.
gbravo@smaha.com

(9) Jeffrey W Broker for Cred Bond Safe Ins Co
jbroker@brokerlaw.biz

(10) Brendt C Butler for Cred EMR Residential Properties LLC
BButler@rutan.com

(11) Andrew W Caine for Cred Lehman ALI, Inc.
acaine@pszyjw.com

(12) Carollynn Callari for Cred Danske Bank A/S London Branch
ccallari@wwwlaw.com

(13) Dan E Chambers for Cred EMR Residential Properties LLC
dchambers@jmbm.com

(14) Shirley Cho for Cred Lehman ALI, Inc.
scho@pszjlaw.com

(15) Vonn Christenson for Int Pty Courtesy NEF
vrc@paynefears.com

(16) Brendan P Collins for Cred Gray1 CPB, LLC
bpcollins@bhfs.com

(17) Vincent M Coscino for Petitioning Cred CST Environmental Inc
vcoscino@allenmatkins.com, emurdoch@allenmatkins.com

(18) Paul J Couchot for Cred SCC Acquisitions, Inc.
pcouchot@winthropcouchot.com,
pj@winthropcouchot;sconnor@winthropcouchot.com

(19) Jonathan S Dabbieri for Int Pty Courtesy NEF
dabbieri@sullivan.com,
hill@sullivanhill.com;mcallister@sullivanhill.com;
stein@sullivanhill.com;vidovich@sullivanhill.com

(20) Ana Damonte for Cred Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

(21) Vanessa S Davila for Cred Bond Safe Ins Co
vsd@amclaw.com

(22) Melissa Davis for Cred City of Orange
mdavis@shbllp.com

(23) Daniel Denny for Int Pty Courtesy NEF
ddenny@gibsondunn.com

(24) Caroline Djang for Cred Lehman ALI, Inc.
crd@jmbm.com

(25) Donald T Dunning for Cred Hertz Equipment Rental Corp
ddunning@dunningLaw.com

(26) Joseph A Eisenberg for Cred Lehman ALI, Inc.
jae@jmbm.com

(27) Lei Lei Wang Ekvall for Atty Weiland Golden
lekvall@wgllp.com

(28) Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

(29) Marc C Forsythe for Atty Robert Goe
kmurphy@goeforlaw.com

(30) Alan J Friedman for Atty Irell & Manella LLP
afriedman@irell.com

(31) Steven M Garber for Cred Park West Landscape, Inc
steve@smgarberlaw.com

(32) Christian J Gascou for 3rd Party Pltf Arch Insurance Co
cgascou@gascouhopkins.com

(33) Barry S Glaser for Cred County of Los Angeles
bglaser@swjlaw.com

(34) Robert P Goe for Atty Robert Goe
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;mforsythe@goeforlaw.com

(35) Eric D Goldberg for Int Pty Courtesy NEF
egoldberg@stutman.com

(36) Richard H Golubow for Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com

(37) Michael J Gomez for Int Pty Central Pacific Bank
mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

(38) Kelly C Griffith for Cred Bond Safe Ins Co
bkemail@harrisbeach.com

(39) Matthew Grimshaw for Int Pty City Of Torrance
mgrimshaw@rutan.com

(40) Kavita Gupta for Debtor Palmdale Hills Property, LLC
kgupta@winthropcouchot.com

(41) Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

(42) Michael J Hauser for UST(SA)
michael.hauser@usdoj.gov

(43) D Edward Hays for Cred Villa San Clemente, LLC
ehays@marshackhays.com

(44) Michael C Heinrichs for Int Pty Courtesy NEF
mheinrichs@omm.com

(45) Harry D. Hochman for Cred Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com

(46) Jonathan M Hoff for 3rd Party Pltf Jt Prov Liqs of Lehman RE Ltd
jonathan.hoff@cwt.com

(47) Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com

(48) Michelle Hribar for Pltf EMR Residential Properties LLC
mhribar@rutan.com

(49) John J Immordino for Cred Arch Insurance Co.
john.immordino@wilsonelser.com,
raquel.burgess@wilsonelser.com

(50) Lawrence A Jacobson for Cred BKF Engineers
laj@cohenandjacobson.com

(51) Michael J Joyce for Int Pty Courtesy NEF
mjoyce@crosslaw.com

(52) Stephen M Judson for Petitioning Cred The Prof Tree Care Co
sjudson@fablaw.com

(53) Kaleb L Judy for Def Zim Ind, Inc. dba Bakersfield Well & Pump
ecf@kleinlaw.com, kjudy@kleinlaw.com

(54) Sheri Kanesaka for Cred California Bank & Trust
sheri.kanesaka@bryancave.com

(55) David I Katzen for Int Pty Bethel Island Muni Impr Dist
katzen@ksfirm.com

(56) Christopher W Keegan for Cred SC Master Holdings II LLC
ckeegan@kirkland.com,
gdupre@kirkland.com;alevin@kirkland.com

(57) Payam Khodadadi for Debtor Palmdale Hills Property, LLC
pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com

(58) Irene L Kiet for Cred BNB Engineering, Inc.
ikiet@hkclaw.com

(59) Mark J Krone for Cred Bond Safe Ins Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com

August 2010

**F 9013-3.1.PROOF.SERVICE**

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,

Debtor(s).

CHAPTER 11

CASE NUMBER 08-17206-ES

(60)  David B Lally for Def Contracting Engineers, Inc.
davidlallylaw@gmail.com

(61)  Leib M Lerner for Cred Steiny and Co, Inc.
leib.lerner@alston.com

(62)  Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com

(63)  Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com

(64)  Kerri A Lyman for Atty Irell & Manella LLP
klyman@irell.com

(65)  Mariam S Marshall for Cred RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

(66)  Robert C Martinez for Cred TC Construction Co, Inc
rmartinez@mclex.com

(67)  Michael D May for Cred R.J. Noble Co.
mdmayesq@verizon.net

(68)  Hutchison B Meltzer for Jt Cred Com
hmeltzer@wgllp.com

(69)  Krikor J Meshefejian for Int Pty Courtesy NEF
kjm@lnbrb.com

(70)  Joel S. Miliband for Cred RBF CONSULTING
jmiliband@rusmiliband.com

(71)  James M Miller for Atty Miller Barondess LLP
jmiller@millerbarondess.com

(72)  Louis R Miller for Pltf Palmdale Hills Property, LLC
smiller@millerbarondess.com

(73)  Randall P Mroczynski for Def Bob McGrann Construction, Inc.
randym@cookseylaw.com

(74)  Mike D Neue for Atty The Lobel Firm, LLP
mneue@thelobelfirm.com,
jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

(75)  Robert Nida for Cred Kirk Negrete, Inc
Rnida@castlelawoffice.com

(76)  Henry H Oh for 3rd Party Pltf Jt Prov Liqs of Lehman RE Ltd
henry.oh@dlapiper.com, janet.curley@dlapiper.com

(77)  Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

(78)  Robert B Orgel for Cred Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com

(79)  Malhar S Pagay for Cred Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com

(80)  Penelope Parmes for Cred EMR Residential Properties LLC
pparmes@rutan.com

(81)  Ronald B Pierce for Cred Griffith Co
ronald.pierce@sdma.com

(82)  Katherine C Piper for Int Pty New Anaverde LLC
kpiper@steptoe.com

(83)  Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net

(84)  James S Riley for Cred Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com

(85)  Debra Riley for Int Pty City of Palmdale
driley@allenmatkins.com

(86)  Todd C. Ringstad for Int Pty Courtesy NEF
becky@ringstadlaw.com

(87)  R Grace Rodriguez for Def O&B Equipment, Inc.
ecf@lorgr.com

(88)  Martha E Romero for Cred San Bernardino County Tax Collector
Romero@mromerolawfirm.com

(89)  Ronald Rus for Cred SunCal Management, LLC
rrus@rusmiliband.com

(90)  John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
jps@mandersonllp.com

(91)  John E Schreiber for Def Fenway Capital, LLC
jschreiber@dl.com

(92)  William D Schuster for Cred HD Supply Construction Supply LTD
bills@allieschuster.org

(93)  Christopher P Simon for Int Pty Courtesy NEF
csimon@crosslaw.com

(94)  Wendy W Smith for Cred Castaic Union School District
wendy@bindermalter.com

(95)  Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com

(96)  Steven M Speier for Trustee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com

(97)  Michael St James for Cred MBH Architects, Inc.
ecf@stjames-law.com

(98)  Michael K Sugar for Unsecured Cred Com
msugar@irell.com

(99)  Cathy Ta for Def Hi-Grade Material Co.
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com

(100)  David A Tilem for Def Southland Pipe Corp
davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;
kmishigian@tilemlaw.com

(101)  James E Till for Trustee Steven Speier (TR)
jtill@thelobelfirm.com,
jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

(102)  United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

(103)  Carol G Unruh for Cred Scott E. McDaniel
cgunruh@sbcglobal.net

(104)  Annie Verdries for Cred WEC Corp
verdries@lbbslaw.com

(105)  Jason Wallach for Def Prof Pipeline Contractors, Inc.
jwallach@gladstonemichel.com

(106)  Joshua D Wayser for Other Prof D. E. Shaw & Co., L.P.
, kim.johnson@kattenlaw.com

(107)  Christopher T Williams for Cred Danske Bank A/S London Branch
ctwilliams@venable.com, jcontreras@venable.com

(108)  Marc J Winthrop for Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

(109)  David M Wiseblood for Cred Bethel Island Muni Impr Dist
dwiseblood@seyfarth.com

(110)  Brett K Wiseman for Cred JF Shea Construction Inc
bwiseman@aalaws.com

(111)  Dean A Ziehl for Counter-Def LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com

(112)  Marc A. Zimmerman for Cred Life Church of God in Christ
joshuasdaddy@att.net

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br><br><div align="right">Debtor(s).</div> | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |
| --- | --- |

**II. SERVED BY U.S. MAIL**

*Please see attached Service Lists*

**III. SERVED BY EMAIL**

Ken Goddard, Operations Officer
Roddan Paolucci Roddan
kgoddard@roddanpaolucci.com

*John Gentillon,* C.E.O.
john@thelandstewards.com

*Deborah L. Lemanski*
Assistant to Frederick A. Berg, Esq. and
Barry J. Jensen, Esq.
*Kotz, Sangster, Wysocki and Berg, P.C.*
dlemanski@kotzsangster.com
bjensen@kotzsangster.com

Virginia Zareba, Sec'y to Darren G. Burge
Darren G. Burge
Cohen & Burge, LLP
vzareba@cohenburgelaw.com
dburge@cohenburgelaw.com

Brian Cartmell
Independent Construction Co.
bcartmell@indycc.com

Richard Rudolph
Law Offices of Richard B. Rudolph
RRudolph@Rudolph-Law.com

Michele Stubbs
Assistant to Arnold L. Veldkamp
*Superior Ready Mix Concrete, L.P.*
mstubbs@superiorrm.com

David Sanner
General Counsel-Litigation
Craig Realty Group
dsanner@craigrealtygroup.com

Attorney for Villa San Clemente, LLC
(a creditor of SunCal Marblehead, LLC)
David Sanner, General Counsel-Litigation
Craig Realty Group
dsanner@craigrealtygroup.com

Counsel to Kevin L. Crook Architect, Inc.; Halladay & Mim
Mack, Inc.
Crystal N Le, Clerk Supervisor
Murtaugh Meyer Nelson & Treglia, LLP
Crystal N. Le – cle@mmnt.com
Michelle R. Generaux – mgeneraux@mmnt.com

Counsel to Southern California Soil and Testing, Inc.
Justin G. Reden, Esq.
Reden & Reden
jreden@redenandreden.com
greden@redenandreden.com

Sharon Dyer
sdyer@5thgearadv.com

Interested Party In Oak Knoll
Ken Berrick, President / CEO
Seneca Center
ken@senecacenter.org
ken_berrick@senecacenter.org

Michael D. May
Attorney for R.J. Noble Co.
mdmayesq@verizon.net

Attorney for Oak Valley Partners
John Ohanian
Oak Valley Partners
johanian@ovplp.com

Counsel to Palm Springs Village-309, LLC
Ira Glasky, Vice President/General Counsel
Far West Industries
iglasky@farwestindustries.com

Represents Union Pacific
Mary Ann Kilgore
Email:  MKILGORE@up.com

Paul C. Guerin, Principal Engineer
ENGEO Incorporated
Email:  pguerin@engeo.com

Attorneys for Schilling Corporation, Andersen Concrete,
Butsko Utility Design and Trimax Systems
Scott A. Schaelen
Walters, Townsend & Schaelen, A PLC
Email:  sas@wts-lawcom

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                    **F 9013-3.1.PROOF.SERVICE**

Mr. C.F. Raysbrook
California Department of Fish and Game
Streambed Alteration Team
4949 Viewridge Avenue
San Diego, CA  92123

California Regional Water Quality
Control Board
Los Angeles Region
320 West 4th Street, Suite 200
Los Angeles, CA  90013

Dr. Aaron Allen
U.S. Army Corps of Engineers
2151 Alessandro Drive, Suite 110
Ventura, CA  93301

Bob Hosea
California Department of Fish and Game,
Region 2
Attn.:  Streambed Alteration Agreement
Program
1701 Nimbus Road
Rancho Cordova, CA  95670

Ms. Leslie Gault
Placer County Water Agency
144 Ferguson Road
Auburn, CA  95604

Riverside County Flood Control and Water
Conservation District
1995 Market St.
Riverside, CA  92501
Attn.:  Warren D. Williams
        General Manager & Chief Engineer

County of Riverside Transportation and Land
Management Agency
4080 Lemon Street, 8th Floor
Riverside, CA  92501
Attn.:  Juan C. Perez, P.E., T.E.
        Director of Transportation

County of Riverside
P.O. Box 1090
Riverside, CA  92502-1090
Attn.:  George Johnson

Jurupa Area Recreation & Park District
4810 Pedley Rd.
Riverside, CA  92502
Attn.: Dan Rodriguez, General Manager

Mitchell Ogron
14 Old Lake Circle
Henderson, NV  89074

Church of God in Jesus Christ
3349 Rubidoux Blvd.
Riverside, CA  92509
Attn.:  Cecilia A. Bennett

Marjorie Ina and Jerry Ray Engelauf
5037 Riverside Drive
Riverside, CA  92509-6427

Rte 60, LLC
14 Old Lake Circle
Henderson, NV  89074
Attn:  Jim Stockhausen

Riverside County Economic Development
Agency
1153 Spruce Street, Suite B
Riverside, CA  92507
Attn.:  Tina English,  Deputy Executive Director

David R. Brunner, Executive Director
Center for Natural Lands Management
425 E. Alvarado St., Ste. H
Fallbrook, CA  92028-2960

Lee Ann Carranza, Preserve Manager
Center for Natural Lands Management
P.O. Box 2162
Capistrano Beach, CA  92624

U.S. Army Corps of Engineers
Los Angeles District
P.O. Box 532711
Los Angeles, CA  90053-2325
Attn.:  District Counsel

California Department of Fish and Game
4949 Viewridge Avenue
San Diego, CA  92123
Attn.:  Regional Manager

U.S. Fish and Wildlife Service
Carlsbad Fish and Wildlife Office
6010 Hidden Valley Road
Carlsbad, CA  92009
Attn.:  Field Supervisor

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA  92672
Attn.:  George Scarborough, City Manager

Ron Lebs, Deputy Superintendent
Capistrano Unified School District
Business and Support Services
33122 Valle Road
San Juan Capistrano, CA  92675

Denise H. Hering, Esq.
Stradling, Yocca, Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660

Mr. Sam Wyngaarden
Southern California Gas Company
One Liberty
Aliso Viejo, CA  92656-3830

Ms. Pinky Oliver
San Diego Gas & Electric
8330 Century Park Court, Room 31-C
San Diego, CA  92123

Stephen L. Millham
Anaverde LLC
c/o Empire Partners, Inc.
3536 Concours Street, Suite 300
Ontario, CA  91764

Mr. Brian Veit
Farallon Capital Management, LLC
One Maritime Plaza, Suite 2100
San Francisco, CA  94111

Mr. Justin Bowman, OSP Planning Mgr.
AT&T
739 E. Santa Clara St., Room 312A
Ventura, CA  93001

Ms. Deborah Schwenk
AT&T
6930 Van Nuys Blvd., Room 110
Van Nuys, CA  91405

Elma Watson, Assistant Planner
City of Lancaster
44933 Fern Avenue
Lancaster, CA  93534

Ms. Laurie Lile
City of Palmdale
38250 N. Sierra Highway
Palmdale, CA  93550-4798

Stephen H. Williams, City Manager
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA  93550-4798

Mr. Michael Mischel
City of Palmdale Engineering Department
38250 N. Sierra Highway
Palmdale, CA  93550-4798

Matthew Ditzhazy, City Attorney
Noel James Dorean, Deputy City Attorney
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA  93550-4798

Tobi Tyler
California Regional Water Quality Control
Board
Lahontan Region
2501 Lake Tahoe Bouelvard
South Lake Tahoe, CA  96150

Ronnie Burtner
Los Angeles County Sanitation District
P.O. Box 4998
Whittier, CA  90607

Adam Ariki
Los Angeles County Waterworks District No.
40, Antelope Valley
P.O. Box 1460
Alhambra, CA  91802-1406

Mr. Jay R. Olson
Southern California Edison
10180 Telegraph Road
Ventura, CA  93004

Bertram E. Williams
Southern California Edison
26100 Menifee Road
Romoland, CA  92585

City of Torrance
City Hall
3031 Torrance Blvd.
Torrance, CA  90503-2970
Attn.:  Jeffery W. Gibson,
          Community Development Director

City of Torrance
City Attorney's Office
3031 Torrance Blvd.
Torrance, CA 90503
Attn.:  John Fellows, City Attorney

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.:  Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.:  Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA  92223-0158

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA  92672
Attn.:  George Scarborough, City Manager

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA  92626-1931
Attn.:  Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.:  Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA  92223-0158

City of Palmdale
Attn.:  Steve Williams, City Manager
          Matthew Ditzhazy, City Attorney
38300 N. Sierra Hwy.
Palmdale, CA  93550

John Sanabria
Acting Director of Dept. of Regional Planning
County of Los Angeles Dept. of Regional
Planning
1390 Hall of Records
320 West Temple Street
Los Angeles, CA  90012

**Palmdale Hills Property**
**8:08-bk-17206-ES**
**Service List for Parties not being served electronically**

Richard B Andrade
Andrade & Associates
27101 Puerta Real Ste 120
Mission Viejo, CA 92691-8518

Tab L K Artis
301 N Lake Ave 7th Fl
Pasadena, CA 91101

Sharon A Bangs
Crawford & Bangs
1290 E Center Ct Dr
Covina, CA 91724

Miller Barondess LLP
,

William Bissell
110 Newport Center Dr Ste 200
Newport Beach, CA 92660

William G Bissell
110 Newport Ctr Dr Ste 200
Newport Beach, CA 92660

Brian Construction Co Inc
,

John W Busby
251 Lafayette Circle Ste 350
Lafayette, CA 94549

CRG Partners Group, LLC
,

Wayne W Call
Call & Jensen
610 Newport Ctr Dr Ste 700
Newport Beach, CA 92660

Central Pacific Bank
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Boulevard
17th Floor
Los Angeles, CA 90048-4920

Brent S Clemmer
Slovak Baron & Empey LLP
1800 E Tahquitz Cyn Wy
Palm Springs, CA 92262

Adrianna M Corrado
Lanak & Hanna
400 N Tustin Ave Ste 120
Santa Ana, CA 92705-3815

Delta Coves Venture LLC
2392 Morse
Irvine, CA 92614

Donald B Devirian
Devirian & Shinmoto
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064

Francis T Donohue
Voss, Cook & Thel LLP
895 Dove Street Suite 450
Newport Beach, CA 92660

Norman A. Filer
500 N. State College Bl., #1270
Orange, CA 92868

Stanley Haren
Gill & Baldwin
130 N Baldwin Blvd #405
Glendale, CA 91203

William R Hart
Hart King & Coldren
200 Sandpointe Fourth Fl
Santa Ana, CA 92707

Andrew C Kienle
200 Sandpointe, 4th Fl
Santa Ana, CA 92707

LB/L SunCal Northlake LLC
,

LB/L SunCal Oak Valley LLC
,

Vivian Le
Gary R King & Associates
30950 Rancho Viejo Rd Ste 155
San Juan Capistrano, CA 92675

Mark E McKane
Kirkland & Ellis LLP
555 California St
San Francisco, CA 94104

Louis R Miller
1999 Ave of The Star Ste 1000
Los Angeles, CA 90067

Louis R Miller
Miller Barondess LLP
1999 Avenue of the Stars
Ste 1000
Los Angeles, CA 90067

Louis R Miller
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

Gerald W Mouzis
The Mouzis Law Firm APC
13681 Newport Ave Ste 8-605
Tustin, CA 92680

Howard S Nevins
2150 River Plaza Dr Ste 450
Sacramento, CA 95833

New Anaverde LLC
,

Richard Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Bl Ste 1100
Los Angeles, CA 90067-4003

Martin Pritikin
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

J Patrick Ragan
1881 S Business Center Dr Suite 7b
San Bernardino, CA 92408

Regal Development LLC
c/o Benjamin M Weiss
12770 High Bluff Dr
Ste 160
San Diego, CA 92130

SQUAR, MILNER, MIRANDA &
WILLIAMSON, LLP
4100 Newport Place, Third Floor
Newport Beach, CA 92660

Raymond D Scott
1835 W Orangewood Ave Ste 255
Orange, CA 92868

Laurie A Shade
333 W Santa Ana Blvd Ste 407
PO Box 1379
Santa Ana, CA 92702-1379

Kimberly A Soyer
251 Lafayette Cir, Ste 350
Lafayette, CA 94549

Joseph L Strohman
Ferguson Case Orr Paterson LLP
1050 S Kimball Rd
Ventura, CA 93004

SunCal Century City LLC
2392 Morse
Irvine, CA 92614

SunCal Heartland LLC
2392 Morse
Irvine, CA 92614

SunCal Marblehead LLC
2392 Morse
Irvine, CA 92614

SunCal Oak Knoll LLC
,

SunCal PSV LLC
2392 Morse
Irvine, CA 92614

SunCal Torrance Properties LLC
2392 Morse
Irvine, CA 92614

Dina Tasini
Tasini and Associates
2126 Grant St
Berkeley, CA 94703

Theresa C Tate
Crawford & Bangs LLP
1290 E Center Crt Dr
Covina, CA 91724

Robert S Throckmorton
Throckmorton, Beckstrom & Tomassian,
LLP
2 Corporate Park, Ste 210
Irvine, CA 92606-5115

Elizabeth A Walters
3365 Seventh Ave
San Diego, CA 92103

Douglas F Welebir
Welebir Tierney & Weck
2068 Orange Tree Ln Ste 215
Redlands, CA 92374

**Palmdale Hills Property–
08-17206**

A.G.I. Geotechnical, Inc.
Attn: Corporate Officer
16555 Sherman Way, Unit A
Van Nuys, CA  91406

Advance Utility Design, Inc.
Attn: Corporate Officer
29992 Hunter Road, Ste. 105
Murrietta, CA 92583-2789

AGI Geotechnical Inc.
Attn: Corporate Officer
16555 Sherman Way Unit A
Van Nuys, CA  91406-3781

Amec Earth and Environmental
10720 Sikes Pl, Ste. 125
Charlotte, NC  28277

AMEC Earth and Environmental, Inc.
Christopher E. Ng, Esq.
Gibbs, Giden, Locher, Turner, & Senet, LLP
1880 Century Park East, 12th Fl.
Los Angeles, CA  90067

Andy Gump, Inc.
26954  Ruether Ave.
Santa Clarita, CA 91351

Antelope Valley Engineering
Attn: Corporate Officer
129 W. Pondera St.
Lancaster, CA  93534

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, IL  60602

Arlene Logan
HC4 Box 3W
Payson, AZ  85541

Asphalt Professionals
Attn: Corporate Officer
2630 Lavery Ct., Ste. F
Thousand Oaks, CA 91320

Asphalt Professionals
Ray B. Bowen, Jr.
Law Offices of Ray B. Bowen, Jr.
19318 Ventura Blvd., Ste. 100
Tarzana, CA  91356

AT&T - 9585
Attn: Corporate Officer
Payment Center
Sacramento, CA  95887-0001

Bethel Island Municipal Improvement District
c/o David M. Wiseblood, Esq.
Seyfarth Shaw LLP
560 Mission Street, Ste. 3100
San Francisco, CA  94105

BIA / Southern California
Attn: Corporate Officer
1330 South Valley Vista Drive
Diamond Bar, CA  91765

BIA-Antelope Valley Chapter
Attn: Corporate Officer
104 E. Ave., K-4, #B
Lancaster, CA  93535

Bond Safeguard Insurance Company
c/o Harris Beach PLLC
Attn: Kelly C. Griffith, Esq.
300 S. State St., 4th Fl.
Syracuse, NY  13202

Bova Contracting Corporation
334 E. Coast Hwy, Ste. 427
Corona Del Mar, CA  92625-2328

Brockmeier Consulting
Attn: Corporate Officer
1304 Olympic Blvd.
Santa Monica, CA  90404-3726

Bruin Geotechnical Services
Attn: Corporate Officer
1817 East Ave. Q, Unit A-2
Palmdale, CA  93550

C&R Sales
dba Kretzchmar Steel & Monroy Steel
3750 S. Riverside Ave.
Colton, CA  92324

Cadwalader, Wickersham & Taft
Attn: Corporate Officer
P.O. Box 5929
New York, NY  10087

Cal-State Rent A Fence
Attn: Corporate Officer
P.O. Box 6848
Thousand Oaks, CA  91359

Camarillo Engineering Inc.
Attn: Corporate Officer
P.O. Box 758
Somis, CA  93066

CBS Outdoor
Attn: Corporate Officer
P.O. Box 33074
Newark, NJ  7188

Chameleon Design, Inc.
Attn: Corporate Officer
1711 Westcliff Dr. #B
Newport Beach, CA  92660

Charles E. Skaggs
3690 N. Live Oak Ave.
Rialto, CA  92377-3428

Cheryl R. Mims
4608 Thompson Ave.
Okla, OK  73105

City of Palmdale
c/o Debra A. Riley, Esq.
Allen Matkins, et al.
501 West Broadway, 15th Fl
San Diego, CA  92101

Cook's Portable Toilets & Septic
Attn Corporate Officer
1402 Riosa Rd
Lincoln, CA 95648-9592

Corporation for Interest Rate Mangement
Attn: Corporate Officer
175 N. Franklin Street #205
Chicago, IL  60606

Corporation Service Company
2711 Centerville Road
Wilmington DE  19808

County of San Bernardino
Office of the Tax Collector
172 West Third Street
San Bernardino, CA  92415

Danielian Associates
Attn: Corporate Officer
60 Corporate Park
Irvine, CA  92606

Deloitte & Touche, LLP
Attn: Managing Partner
P.O. Box 7247-6446
Philadelphia, PA  19170-6446

Discovery Works, Inc.
Attn: Corporate Officer
10591 Bloomfield St.
Los Alamitos, CA  90720

Engineering Solutions
Attn: Corporate Officer
2155 Chicago Ave., Ste. #201
Riverside, CA  92507

Excel Bridge Manufacturing Co.
Attn: Corporate Officer
12001 Shoemaker Ave.
Santa Fe Springs, CA  90670-4718

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

GCI Associates Inc
Attn: Corporate Officer
3831 Birch St
Newport Beach CA 92660-2616

General Security Service, Inc
Attn: Corporate Officer
14009 Crenshaw Blvd., #D
Hawthorne, CA  90250

Geo Consultants Inc.
Attn: Corporate Officer
1450 Koll Circle Ste. 114
San Jose, CA  95112-4612

Geo Tek, Inc.
6835 S. Escondido St., Ste A
Las Vegas, NV  89119

Geoscience Support Services
Attn: Corporate Officer
P.O. Box 220
Claremont, CA  91711

Glenn Lukos Associates, Inc.
Attn: Corporate Officer
29 Orchard
Lake Forest, CA  92630-8300

Glumac
Attn: Corporate Officer
16735  Von Karman Ave., #250
Irvine, CA  92606

Goodwin Procter LLP
Attn: Managing Partner
Exchange Place, 53 State St.
Boston, MA  02109

Gray1 CPB, LLC
c/o Robert Odson, Esq.
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071

GreenField Communications
Attn: Corporate Officer
34112 Violet Lantern, #C
Dana Point, CA  92629

~~Greg Norman Golf Course Design~~
~~Attn: Corporate Officer~~
~~501 North Highway A1A~~
~~Jupiter, FL 33477~~

Greg Norman Golf Course Design
c/o Jack Schneider / Greg John Norman
2041 Vista Parkway Level 2
West Palm Beach, FL  33911

HD Supply Construction Supply, Ltd.
c/o William D. Schuster, Esq.
2122 N. Broadway
Santa Ana, CA  92706

Hewitt & O'Neil LLP
Attn: Lawrence J. Hilton
19900 MacArthur Blvd., Ste. 1050
Irvine, CA  92612

HMK Engineering, Inc
Attn: Liliana Quezada
1552 18TH Street
Santa Monica, CA  90404-3404

Hui-Li Dou & Yen-Chu Chang Dou
c/o Raymond H. Aver
12424 Wilshire Blvd, Ste. #720
Los Angeles, CA  90025

IB Reprographics
Attn: Corporate Officer
P.O. Box 53488
Riverside, CA  92507

Inland Blueprint Inc.
dba IB Reprographics
P.O. Box 53488
Riverside, CA  92517

J F Shea Construction Inc.
Andrade & Associates
27101 Puerta Real Ste. 120
Mission Viejo, CA  92691

Jackson, DeMarco, et al.
Attn: Managing Partner
2030 Main Street, #1200
Irvine, CA  92614

Jag Construction
Attn: James Gugino
1238 Keystone Way
Vista, CA  92081

Jeanette C. Justus Associate
Attn: Corporate Officer
10 Sherwood
Newport Beach, CA 92660

Klassen Corporation
Daniel T. Clifford
1430 Truxtun Ave, Ste. 900
Bakersfield, CA  93301

KTGY Group, Inc.
Attn: Corporate Officer
17992 Mitchell South
Irvine, CA 92614

LA County Treasurer Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Lehman Commercial Paper Inc.
Attn: Gerald Pietroforte
1271 Sixth Ave., 46th Floor
New York, NY 10020

Lennar Centex Del Rio Partners, LLC
Attn: Emily Culler
O'Melveny & Myers LLP
400 S. Hope St.
Los Angeles, CA  90071

Lim & Nascimento Engnrng Corp
Attn: Corporate Officer
20 Empire Dr.
Lake Forest, CA  92630

Linscott, Law & Greenspan Engnrs
Attn: Corporate Officer
1580 Corporate Dr., Ste. #122
Costa Mesa, CA  92626

Los Angeles County Tax Collector
Attn: Authorized Agent
P.O. Box 54018
Los Angeles, CA  90054-0018

Marshall La Plate Photography
Attn: Corporate Officer
29047 N. Gumtree Place
Santa Clarita, CA  91390

OCB Reprographics, Inc.
Attn: Corporate Officer
17721 Mitchell North
Irvine, CA  92614

Outdoor Sales, Inc.
c/o Wendy Allen
2161 Adair St.
San Marino, CA  91108

Pace
Attn: Corporate Officer
17520 Newhope St., Ste. 200
Fountain Valley, CA  92708

Palmieri,Tyler,Wilhelm & Waldron LLP
Don Fisher
2603 Main Street, East Tower, Ste 1300
Irvine, CA 92614-6228

Park West Landscape Inc.
Steven M. Garber & Associates APC
1901 Avenue of the Stars, Ste. 1100
Los Angeles, CA  90067

Park West Landscape, Inc.
Attn: Corporate Officer
13581 Desdemona St.
Pacoima, CA  91331

Patricia I. Vokerts Trust dated August 7,
2000
c/o Financial Network
1300 Ethan Way, Ste. 150
Sacramento, CA  95825

Pierce's Security
Attn: Corporate Officer
P.O. Box 1874
Loomis, CA 95650

Pinnacle Land Surveying, Inc.
Attn: Corporate Officer
28348 Constellation Road, Suite 800
Santa Clarita, CA 91355

Pinnick Inc.
c/o Dennis D.Burns
Law Offices of Dennis D. Burns
7855 Ivanhoe Avenue, Suite 420
La Jolla, California 92037-4510

Placer County Tax Colelctors Office
2976 Richardson Dr.
Auburn, CA  95603

Popov Engineers, Inc.
Attn: Corporate Officer
19800 MacArthur Blvd., #450
Irvine, CA  92612

ProRepro
Attn: Corporate Officer
3002 Dow Avenue, #318
Tustin, CA  92780

Reliable Graphics, Inc.
Attn: Corporate Officer
15013 Califa Street
Van Nuys, CA  91411-3170

Roddan Paolucci Roddan adv. &
Attn: Corporate Officer
2516 Via Tejon, #114
Palos Verdes Estates, CA  91274

Rohm Insurance Agency
Attn: Corporate Officer
26 Plaza Square, Suite 200
Orange, CA  92866

Rubidoux 60, LLC & EMR Residential
Properties, LLC
c/o Penelope Parmes, Esq.
Rutan & Tucker, LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA  92626

SCC Acquisitions, Inc.
Attn: Corporate Officer
2392 Morse Avenue
Irvine, CA  92614

Scott E. McDaniel
P.O. Box 9373
Rancho Santa Fe, CA  92067

Sierra Cascade Construction, Inc.
Kirk S. MacDonald
Gill and Baldwin, P.C.
130 N. Brand Boulevard, Ste. 405
Glendale, CA  91203

Sierra Liquidity Fund
2699 White Road - Suite 255
Irvine, CA  92614

So & Associates Engineers Inc.
16209 Kamana Road, Ste. 200
Apple Valley, CA  92307

South Pac Industries, Inc.
Attn: Corporate Officer
44110 Yucca Ave.
Lancaster, CA  93535

Southern CA Edison Company
c/o Credit and Payment Svcs.
300 N. Lone Hill Ave.
San Dimas, CA  91773

Southland Framers Inc.
James W. Michalski, Holand & Knight LLP
633 West Fifth Street, 21st Fl.
Los Angeles, CA  90071

Staats Construction, Inc.
Kirk S. MacDonald
Gill and Baldwin, P.C.
130 N. Brand Boulevard, Ste. 405
Glendale, CA  91203

Stantec Consulting Inc.
19 Technology Dr.
Irvine, CA  92618

Storm Water Resources, LLC
Attn: Managing Member
25709 Rye Canyon Rd., #105
Valencia, CA  91355

Summers Murphy & Partners, Inc.
Attn: Pat Murphy
34197 Pacific Coast Hwy. Ste. 200
Dana Point, CA  92629

SunCal management, LLC
Attn: Corporate Officer
2392 Morse Avenue
Irvine, CA  92614

The Lamar Companies
Attn: Corporate Officer
P.O. Box 66338
Baton Rouge, LA 70896

Ugalde Trucking Co., Inc.
22845 Savi Ranch Pkwy, Ste E
Yorba Linda, CA 92887-4625

United Rentals Northwest, Uni
Attn: Corporate Officer
43631 Sierra Highway
Lancaster, CA  93534

United Site Services of Cali
Attn: Corporate Officer
3408 Hillcap Ave.
San Jose, CA  95136

Urban Crossroads, Inc.
41 Corporate Park Ste. 300
Irvine, CA  92606

Wallace Kuhl & Associates, Inc.
3251 Beach Blvd, Ste. 300
West Sacramento, CA  95691

Warmington Homes California
c/o Don Fisher, Esq.
Palmieri, Tyler, et al.
2603 Main St., #1300
Irvine, CA  92614

Western Oilfields Supply Co Inc
dba Rain for Rent
P.O. Box 2248
Bakersfield, CA  93303-2248

Western Pacific Roofing Corp.
Attn: Corporate Officer
2229 East Ave. Q
Palmdale, CA  93550

Williams Scotsman, nc.
Attn: Corporate Officer
P.O. Box 91975
Chicago, IL  60693

Wood Rodgers, Inc.
J. Scott Alexander, Esq.
Murphy Austin Adams Schoenfeld LLP
304 "S" Street
Sacramento, CA  95811

Zeiser Kling Consultants
Attn: Corporate Officer
151 Kalmus Drive, Ste. H5
Costa Mesa, CA 92626-5981

SJD Partners
08-17242

5th Gear, LLC
C/O Sharon Dyer
605 Bayview Drive
Manhattan Beach, CA 90266

All American Asphalt
c/o Devirian & Shinmoto
11400 W. Olympic Blvd., Ste. 200
Los Angeles, CA  90064

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, IL 60602

Archive Technologies
Attn: Corporate Officer
9531 Drumbeat Dr.
Huntington Beach, CA  92646

AT&T
Attn: Corporate Officer
1265 Van Burn St. RM 180
Anaheim, CA  92807

BnB Engineering Inc
Attn William R Hart/Irene L Keit
200 Sandpointe Fourth Floor
Santa Ana CA 92707

Bond Safeguard Insurance Company
c/o Harris Beach PLLC
Attn: Kelly C. Griffith, Esq.
300 S. State St., 4th Fl.
Syracuse, NY  13202

Boudreau Pipeline Corporation
William Bissell
110 Newport Center Drive, Suite 200
Newport Beach, CA 92660

Bova Contracting Corp.
Attn: Corporate Officer
2883 E. Coronado St.
Anaheim, CA  92806

C I Printing Inc dba Color Image Printing
Attn Lindner
2030 S Westgage Ave
Los Angeles CA 90025-6119

Carl Warren & Co.
Attn: Corporate Officer
P.O. Box 25161
Santa Ana, CA  92799-5161

Centex Homes
Donald J Sajor
1265 Corona Pointe Crt
Corona, CA 92879

Centex Homes
250 Commerce, #100
Irvine, CA  92602

Chino Grading Inc.
c/o Craford & Bangs
1290 E. Center Court Drive
Covina, CA  91724

Color Image Printing, Inc.
Attn: Corporate Officer
2030 S. Westgate Ave.
Los Angeles, CA  90025

Consolidated Reprographics
Attn: Corporate Officer
345 Clinton Street
Costa Mesa, CA  92626

Contracting Engineers, Inc
Attn: Corporate Officer
2421 Tustin Ave
Costa Mesa, CA 92627

Cox Communications
Attn: Corporate Officer
P.O. Box 53280
Phoenix, AZ  85072-3280

CR&R
Attn: Corporate Officer
P.O. Box 206
Stanton, CA  90680-0206

Creekside Development, Inc.
Attn: Corporate Officer
28546 Paseo Diana
San Juan Capistrano, CA 92675

Crummack Huseby, Inc.
Attn: Corporate Officer
1 Spectrum Pointe, Ste. 320
Lake Forest, CA  92630

Culbertson, Adams, & Associates
Attn: Corporate Officer
85 Argonaut, Ste. 220
Aliso Viejo, CA  92656

Daren Saunders Photography
Attn: Corporate Officer
9369 Feather St.
Ventura, CA  93004

Dexter Wilson Engineering, Inc.
Attn: Corporate Officer
2234 Faraday Ave.
Carlsbad, CA  92008

DGW Budget Preparation
Attn: Corporate Officer
50230 Rancho Viejo Road, Ste. 206
San Juan Capistrano, CA  92626

Diamond Environmental Svcs
Attn: Corporate Officer
807 E. Mission Rd.
San Marcos, CA  92069

Dr. Maurice M. Lam M.D.
2865 Atlantic Blvd, Ste. 106
Long Beach, CA  90808

Fidelity National Title, Co.
Attn: Corporate Officer
1300 Dove Street, Ste. 310
Newport Beach, CA  92660

Firesafe Planning Solutions
Attn: Corporate Officer
302 N. El Camino Real, Ste. 202
San Clemente, CA  92672

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

Gary L Vogt & Associates
Attn: Corporate Officer
33191 Paseo Blanco
San Juan Capistrano CA 92675-4617

GCI Associates Inc
Attn: Corporate Officer
3831 Birch St
Newport Beach CA 92660-2616

Golden State Fence Company
Attn: Corporate Officer
870 N. Main Street
Riverside, CA  92501

Gray1 CPB, LLC
c/o Robert Odson, Esq.
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071

GreenField Communications, Inc.
Attn: Corporate Officer
34112 Violet Lantern, Suite C
Dana Point, CA  92629

Halladay & Mim Mack, Inc.
Attn: Robert Mim Mack
391 N. Main St., Ste. 205
Corona, CA  92880

Hartzog & Crabill, Inc.
Attn: Corporate Officer
275 Centennial Way, Suite 208
Tustin, CA  92780

Hewitt & O'Neill, LLP
Attn: Managing Partner
19900 MacArthur Blvd. #1050
Irvine, CA  92612

HomeBuyers Guide Real Estate, Inc.
Attn: Corporate Officer
17780 Fitch, Ste #195
Irvine, CA 92614

Hunsaker & Associates - Irvine
Attn: Corporate Officer
3 Hughes
Irvine, CA  92618

Jackson, DeMarco, Tidus & Peckenpaugh
Attn: Corporate Officer
2030 Main Street, Ste. 1200
Irvine, CA  92614

K. Hovanian Co. of So. Cal
Attn: Nicholas Pappas
2525 Campus Dr.
Irvine, CA  92612

Katz, Okitsu & Associates
Attn: Corporate Officer
17852 E. Seventeenth St., Ste. 102
Tustin, CA  92780-2142

KTGY Group, Inc.
Attn: Corporate Officer
17992 Mitchell South
Irvine, CA 92614

Kuno's Grading
Attn: Corporate Officer
P.O. Box 812
San Juan Capistrano, CA  92693

Laguna Playhouse
Attn: Corporate Officer
P.O. Box 1747
Laguna Beach, CA  92652

LDB & Associates, Inc.
Attn: Corporate Officer
3051 Edinger Avenue
Tustin, CA  92780

Lehman Ali, Inc.
Attn: Corporate Officer
399 Park Ave., 8th Fl.
New York, NY  10022

Lehman Commercial Paper Inc.
Attn: Gerald Pietroforte
1271 Sixth Ave., 46th Floor
New York, NY 10020

Miller Barondess, LLP
Attn: Corporate Officer
1999 Avenue of the Stars, Ste. 1000
Los Angeles, CA  90067

Mobile Mini, Inc.
Attn: Corporate Officer
P.O. Box 79149
Phoenix, AZ  85062-9149

Mobile Modular Mgmt Corp.
Attn: Corporate Officer
P.O. Box 45043
San Francisco, CA  94145-0043

MSE Retaining Sysytems, Inc.
Attn: Corporate Officer
P.O. Box 4007
Wilsonville, OR 97070

National Construction Rentals
Attn: Corporate Officer
P.O. Box 4503
Pacoima, CA  91331-1609

OCB Reprographics, Inc.
Attn: Corporate Officer
17721 Mitchell North
Irvine, CA  92614

Outdoor Dimensions
Attn: Corporate Officer
5325 E. Hunter Ave.
Anaheim, CA  92807

Palmieri,Tyler,Wilhelm & Waldron LLP
Don Fisher
2603 Main Street, East Tower, Ste 1300
Irvine, CA 92614-6228

Playa Digital Media, Inc.
Attn: Corporate Officer
1223 Wilshire Blvd., #463
Santa Monica, CA 90403-5400

Professional Reprographics Svcs
Attn: Corporate Officer
3002 Dow Avenue, #318
Tustin, CA  92780

Rohm Insurance Agency
Attn: Corporate Officer
26 Plaza Square, Ste. 200
Orange, CA  92866

Ron Martin & Associates, Inc.
Attn: Corporate Officer
942 Calle Negocio, Ste. 300
San Clemente, CA  92673

San Juan Capistrano, City of
Attn: Corporate Officer
32400 Paseo Adelanto
San Juan Capistrano, CA  92675

SCC Acquisitions, Inc.
Attn: Corporate Officer
2392 Morse Avenue
Irvine, CA  92614

Scoop ReprintSource
Attn: Corporate Officer
32-C Mauchly
Irvine, CA  92618

Serrano Heights East LLC
Attn: Managing Member
2392 Morse Avenue
Irvine, CA  92614

South County Publications, inc.
Attn: Corporate Officer
31781 Camino Capistrano #306
San Juan Capistrano, CA  92675

Summers/Murphy & Partners, Inc.
Attn: Corporate Officer
34197 Pacific Coast Highway, Ste. 200
Dana Point, CA  92629

SunCal Management, LLC
Attn: Managing Member
2392 Morse Avenue
Irvine, CA 92614

SunCal Master Venture Member, LLC
(ADMINISTRATIVE)
2392 Morse Avenue
Irvine, CA 92614

Tensar Earth Technologies
Attn: Corporate Officer
P.O. Box 934207
Atlanta, GA  31193-4207

The Gas Company
Attn: Corporate Officer
P.O. Box 2511
Santa Ana, CA  92799

UCP, Inc.
Attn: Corporate Officer
2392 Morse Avenue
Irvine, CA  92614

Ugalde Trucking Co., Inc.
Attn: Corporate Officer
22845 Savi Ranch Pkwy, Ste E
Yorba Linda, CA 92887-4625

Utility Consultants of Orange
Attn: Corporate Officer
23101 Mountain Pkwy, #202
Laguna Hills, CA  92653

Voss, Cook & Thel, LLP
Attn: Managing Partner
895 Dove Street, Ste. 450
Newport Beach, CA  92660

Whittier Mailing Service, Inc.
Attn: Corporate Officer
12435 Mar Vista Street
Whittier, CA  90602

Wiredhat Interactive
Attn: Corporate Officer
250 Lombard #7
Thousand Oaks, CA  91360

SJD Development
08-17245

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, Illinois 60602

CWC, Inc.
Attn: Corporate Officer
2392 Morse Ave.
Irvine, CA  92614

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

Lehman ALI Inc.
Attn: Gerald Pietroforte
1271 Sixth Ave., 46th Floor
New York, NY 10020

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Todd Kurtin
604 Las Lomas Ave.
Pacific Palisades, Ca  90272

Voss, Cook & Thel LLP
James G. Damon, Esq
985 Dove St., Ste 450
Newport Beach, CA  92660

SunCal Communities III
08-17249

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, IL  60602

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA  95812-2952

Lehman Commercial Paper Inc.
Attn: Gerald Pietroforte
1271 Sixth Ave., 46th Floor
New York, NY  10020

Verizon California Inc.
AFNI/Verizon
404 Brock Dr.
Bloomington, IL  61701

SCC Palmdale
08-17224

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, Illinois 60602

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

Lehman Commercial Paper Inc.
Attn: Gerald Pietroforte
1271 Sixth Ave., 46th Floor
New York, NY 10020

North Orange Del Rio
08-17574

All American Asphalt
c/o Devirian & Shinmoto
11400 W. Olympic Blvd., Ste. 200
Los Angeles, CA  90064

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, IL 60602

Bond Safeguard Insurance Company
c/o Harris Beach PLLC
Attn: Kelly C. Griffith, Esq.
300 S. State St., 4th Fl.
Syracuse, NY  13202

Bova Contracting Corporation
334 E. Coast Hwy, Ste. 427
Corona Del Mar, CA  92625-2328

Carmen A. Morinello
Attn: Corporate Officer
18101 Von Karman Ave., Ste. 1280
Irvine, CA  92612-0159

City of Orange
Mark Bradshaw
Shulman Hodges & Bastian
26632 Towne Center Dr., Ste. 300
Foothill Ranch, CA  92610

CWC, Inc.
Attn: Corporate Officer
2392 Morse Ave.
Irvine, CA  92614

Debby Cobb Consulting
Attn: Corporate Officer
8215 E. White Oak Ridge #77
Orange, CA  92869

Econolite Control Products
Attn: Corporate Officer
3360 E. La Palma Ave.
Anaheim, CA  92806

Elfend and Associates, Inc.
Attn: Corporate Officer
18101 Von Karman Ave., Ste. 1280
Irvine, CA  92612

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA  95812-2952

Fuscoe Engineering, Inc.
Attn: Corporate Officer
16795 Von Karman, Ste. #100
Irvine, CA  92606-4974

Gray1 CPB, LLC
c/o Robert Odson, Esq.
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA  90071

Greenfield Communications Inc.
(ADMINISTRATIVE)
Attn: Mike Powers
34112 Violet Lantern, Ste. C
Dana Point, CA  92629

Hillcrest Contracting, Inc.
Gerald W. Mouzis, Esq.
Montleone & McCrory, LLP
200 W. Santa Ana Blvd., Ste. 200
Santa Ana, CA  92701

Lehman Ali, Inc.
Attn: Corporate Officer
399 Park Ave., 8th Fl.
New York, NY 10022

Matthew Cunningham
dba Pacific Strategies
435 E. Riverview Ave.
Orange, CA  92865

Park West Landscape Inc.
Steven M. Garber & Associates APC
1901 Avenue of the Stars, Ste. 1100
Los Angeles, CA  90067

Rohm Insurance Agency
Attn: Corporate Officer
26 PLAZA SQUARE, SUITE 200
ORANGE, CA 92866

Summers Murphy & Partners, Inc.
Attn: Pat Murphy
34197 Pacific Coast Hwy. Ste. 200
Dana Point, CA  92629

SunCal Management, LLC
Attn: Corporate Officer
2392 Morse Avenue
Irvine, CA  92614

Todd Kurtin
604 Las Lomas Ave.
Pacific Palisades, CA  90272

Trench Shoring Company
Attn: Corporate Officer
636 East Rosecrans Ave.
Los Angeles, CA  90059

SunCal Bickford Ranch
08-17231

Allambra and Sierra Springs
Attn: Corporate Officer
P.O. Box 660579
Dallas, TX  75266-0579

American Landscape & Concrete
Attn: Corporate Officer
1175 Tara Court
Rocklin, CA  95765

ARB Inc.
Attn: Corporate Officer
26000 Commercentre Drive
Lake Forest, CA 92609

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, Illinois 60602

Bennett Engineering Services/MHM
1082 Sunrise Avenue, Suite 100
Roseville, Ca  95661

BIA Riverside Sign Program
3891 11 St
Riverside, CA 92501-3523

Bond Safeguard Insurance Company
c/o Harris Beach PLLC
Attn: Kelly C. Griffith, Esq.
300 S. State St., 4th Fl.
Syracuse, NY 13202

Brownie's
Attn: Corporate Officer
1322 V Street
Sacramento, CA 95818

CH2M Hill, Inc.
Attn: Corporate Officer
Dept. 925
Denver, CO 80271-0925

Cook's Portable Toilets & Sept
Attn: Corporate Officer
1402 Riosa Road
Lincoln, CA 95648

County Tax Assessor
Jenine Windeschausen
Treasurer-Tax Collector- Placer County
P.O. Box 7790
Auburn, CA 95604-7790

Deborah Dales
6656 Butler Circle
Penryn, CA 95663

Department of Toxic Substances
Attn: Corporate Officer
Accounting Unit, P.O. Box 806
Sacramento, CA 95812-0806

Ecorp Consulting, Inc.
Attn: Corporate Officer
2525 Warren Dr.
Rocklin, CA 95677

Far West Construction, Inc.
Attn: Corporate Officer
P.O. Box 68
Sheridan, CA 95681

Fehr & Peers Associates, Inc.
Attn: Corporate Officer
100 Pringle Ave., Ste #600
Walnut Creek, CA 94596

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

Gray1 CPB, LLC
c/o Robert Odson, Esq.
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071

Hertz Equipment Rental Corp.
Attn: Corporate Officer
P.O. Box 650280
Dallas, TX 75265-0280

Independent Construction Co.
Attn: Corporate Officer
3911 Laura Alice Way
Concord, CA 94520-8544

Jackson, DeMarco, et al.
Attn: Managing Member
2030 Main Street, #1200
Irvine, CA 92614

Kiewit Pacific Co. c/o Mary E. Olden
McDonough Holland & Allen PC
500 Capitol Mall, 18th Floor
Sacramento, CA 95814-4692

Land Architecture Inc.
Attn: S. Wayne Kelly
231 Vernon St.
Roseville, CA 95678-2632

Lehman Commercial Paper Inc.
Attn: Gerald Pietroforte
1271 Sixth Ave., 46th Floor
New York, NY 10020

MacKay & Somps Civil Eng
Attn: Corporate Officer
1552 Eureka Rd., Ste. 100
Roseville, Ca 95661-3040

Marques Pipeline, Inc
John W. Busby II
Attoney at Law, P.C.
251 Lafayette Circle, Suite 350
Lafayette, CA 94549

MHM Engineers & Surveyors
Attn: Corporate Officer
1082 Sunrise Ave, Suite 100
Roseville, CA 95661

Mobile Modular Mgmt Co
Attn: Corporate Officer
P.O. Box 45043
San Francisco, Ca 94145-0043

Modular Space Corporation
Attn: Corporate Officer
12603 Collection Center Dr.
Chicago, IL 60693

Murray Smith & Associates Engineering
c/o Trainor Fairbrook
Attn: Nancy Hotchkiss, Esq.
980 Fulton Avenue
Sacramento, CA 95825

Pacific Gas & Electric
Attn: Corporate Officer
P.O. Box 997300
Sacramento, CA 95899-7300

Pacific Parks Landscaping, Inc.
5970 Jetton Lane
Suite E
Loomis, CA  95650

Pierce's Security
Attn: Corporate Officer
P.O. Box 1874
Loomis, CA 95650

Placer County Community
Attn: Corporate Officer
11444 B Avenue
Auburn, CA  95603

Placer, County of
Attn: Corporate Officer
3091 County Center Drive, #280
Auburn, Ca  95603

Ramos Oil Co, Inc.
Attn: Corporate Officer
1515 South River Road
West Sacramento, Ca  95691

Restoration Resources
Attn: Corporate Officer
3888 Cincinnati Ave.
Rocklin, CA  95765-1312

Rohm Insurance Agency
Attn: Corporate Officer
26 PLAZA SQUARE, SUITE 200
ORANGE, CA 92866

Sacramento Food Bank & Family
Attn: Corporate Officer
3333 Third Avenue
Sacramento, CA  95817

SCC Acquisitions, Inc.
Attn: Corporate Officer
2392 Morse Avenue
Irvine, CA  92614

Southwest Mobile Storage
Attn: Corporate Officer
902 S. 7th St.
Phoenix, AZ  85034

Sproul Trost, LLP
Attn: Managing Partner
3721 Douglas Blvd., #300
Roseville, CA  95661

SunCal Management, LLC
Attn: Managing Member
2392 Morse Avenue
Irvine, CA  92614

SunCal Master Venture Member, LLC
(ADMINISTRATIVE)
2392 Morse Avenue
Irvine, CA 92614

Tait Group, The
Attn: Corporate Officer
1220 S. Street, #150
Sacramento, CA  95811

Valley Utility Services
Attn: Corporate Officer
1779 Tribute Road, #B
Sacramento, Ca  95815

Wallace Kuhl & Associates
Attn: Corporate Officer
500 Melo Drive, #100
Rocklin, Ca  95765

Waterworks Aquatic Mgmt
Attn: Corporate Officer
4120 Douglas Blvd., #306-353
Grantite Bay, Ca  95746-5936

White Cap Construciton Supply
Attn: Corporate Officer
33061 Camino Capistrano
San Juan Capistrano, Ca  92675

Wood Rodgers, Inc.
Attn: Corporate Officer
3301 C Street, Bldg. 100-B
Sacramento, CA  95816

Tesoro
08-17575

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, IL  60602

A.G.I. Geotechnical, Inc.
Attn: Corporate Officer
16555 Sherman Way, Unit A
Van Nuys, CA  91406

BonTerra Consulting
Attn: Corporate Officer
151 Kalmus Drive, #E-200
Costa Mesa, CA  92626

Cox, Castle & Nicholson, LLP
Attn: Managing Partner
2049 Century Park East
Los Angeles, CA  90067

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento, CA 95812-2952

Glenn Lukos Associates, Inc.
Attn: Corporate Officer
29 Orchard
Lake Forest, CA 92630-8300

Gray1 CPB, LLC
c/o Robert Odson, Esq.
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071

Jackson, DeMarco, et al.
Attn: Managing Partner
2030 Main Street, #1200
Irvine, CA  92614

LA County Treasurer Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Lehman Ali, Inc.
Attn: Corporate Officer
399 Park Ave., 8th Fl.
New York, NY 10022

Los Angeles County Tax Collector
Attn: Authorized Agent
P.O. Box 54018
Los Angeles, CA  90054-0018

Manatt, Phelps & Phillips
Attn: Managing Partner
11355 W. Olympic Blvd.
Los Angeles, CA  90064-1614

National Registered Agents
Attn: Corporate Officer
2875 Michelle Dr., #100
Irvine, CA  92606

Reliable Graphics Inc.
Attn: Corporate Officer
15013 Califa Street
Van Nuys, CA  91411-3170

Rohm Insurance Agency
Attn: Corporate Officer
26 Plaza Square, Suite 200
Orange, CA 92866

SCC Acquisitions, inc.
Attn: Corporate Officer
2392 Morse Avenue
Irvine, CA  92614

Steefel, Levitt & Weiss
Attn: Corporate Officer
One Embarcadero Ctr, 30th Fl.
San Francisco, CA  94111

SunCal Management, LLC
Attn: Managing Member
2392 Morse Avenue
Irvine, CA  92614

Weston, Benshoof, Rochefort
Attn: Corporate Officer
333 S. Hope Street, 16th Fl.
Los Angeles, CA  90071

SunCal Communities I
08-17248

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, IL 60602

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

Lehman Commercial Paper Inc.
Attn: Gerald Pietroforte
1271 Sixth Ave., 46th Floor
New York, NY 10020

SunCal Summit Valley
08-17227

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, IL 60602

Advance Utility Design, Inc.
Attn: Corporate Officer
29992 Hunter Road, Ste. 105
Murrietta, CA 92583-2789

Arlene Logan
HC4 Box 3W
Payson, AZ  85541

Arthur D. Riggs
4852 Saint Andres Ave.
La Verne, CA  91750

Charles E. Skaggs
3690 N. Live Oak Ave.
Rialto, CA  92377-3428

Cheltimalie Enterprises, a California
Partnership
James C. Bastian, Jr.
Shulman Hodges & Bastian
26632 Towne Center Dr., Ste. 300
Foothill Ranch, CA  92610

Consolidated Reprographics
Attn: Corporate Officer
345 Clinton Street
Costa mesa, CA  92626

Deloitte & Touche, LLP
Attn: Managing Partner
P.O. Box 7247-6446
Philadelphia, PA  19170-6446

Development Planning Solutions
Attn: Kelly K. Buffa
22735 E. La Palma Ave.
Yorba Linda, CA  92887

Emmanuel Unique Outreach
Attn: Corporate Officer
13525 Copper Street
Victorville, CA  92394

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

Geo Tek, Inc.
Attn: Corporate Officer
4130 Flat Rock Dr., #140
Riverside, CA  92505-5864

Glenn Lukos Associates, inc.
Attn: Corporate Officer
29 Orchard
Lake Forest, Ca  92630-8300

Gray1 CPB, LLC
c/o Robert Odson, Esq.
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071

Hunsaker & Associates
Attn: Corporate Officer
20 Executive Park #200
Irvine, CA  92614

Hunsaker & Associates - Irvine
Attn: Corporate Officer
3 Hughes
Irvine, CA 92618

Jerry Wong & Rosalie Wong
7425 East Stone Creek Ln.
Anaheim, CA  92808

K Square Properties Inc. Profit Sharing Plan
P.O. Box 401430
Hesperia, CA  92340

Lehman Commercial Paper Inc.
Attn: Gerald Pietroforte
1271 Sixth Ave., 46th Floor
New York, NY 10020

Leslie Quigg & Betty Quigg
8460 Outland View Dr.
Sun Valley, CA  91352

LSA Associates, Inc.
Attn: Corporate Officer
20 Executive Park, #200
Irvine, CA  29614

Natural Resource Consultants
Attn: Corporate Officer
1590 S. Pacific Coast Hwy, #17
Laguna Beach, CA  92641

OCB Reprographics, Inc.
Attn: Corporate Officer
17721 Mitchell North
Irvine, CA  92614

O'Reilly Public Relations
Attn: Corporate Officer
3403 Tenth Street, #110
Riverside, CA  92501

Pacific Soils Engr. Inc.
c/o Darren G. Burge
699 Hampshire Road, Ste. 207
Westlake Village, CA  91361-2342

ProRepro
Attn: Corporate Officer
3002 Dow Ave., #318
Tustin, CA  92780

San Bernardino Tax Colelctor
Attn: Authorized Agent
172 W. Third Street, 1st Fl.
San Bernardino, CA  92415-0360

SCC Acquisitions, inc.
Attn: Corporate Officer
2392 Morse Ave
Irvine, CA  92614

So & Associates Engineers
Attn: Corporate Officer
16209 Kamana Road, #200
Apple Valley, CA  92307

Summers Murphy & Partners, Inc.
Attn: Pat Murphy
34197 Pacific Coast Hwy. Ste. 200
Dana Point, CA  92629

SunCal Management, LLC
Attn: Managing Member
2392 Morse Ave
Irvine, CA  92614

SunCal Master Venture Member, LLC
(ADMINISTRATIVE)
2392 Morse Avenue
Irvine, CA  92614

T&B Planning Consultants
Attn: Corporate Officer
17542 East 17th St., Ste. #100
Tustin, CA  92780

Weston, Benshoof, Rochefort
Attn: Corporate Officer
333 South Hope St., 16th Fl.
Los Angeles, CA  90071

Wiredhat Interactive
Attn: Corporate Officer
250 Lombard #7
Thousand Oaks, CA  91360

Seven Brothers
08-17240

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, Illinois 60602

Cheltimalie Enterprises
P.O. Box 335
Wilton, CA  95693

Desert Wind, LLC
3595 Inland Empire Blvd., #2200
Ontario, CA  91764

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

Philip C. Dowse and Vera G. Dowse
P.O. Box 847
Hesperia, CA  92345

San Bernardino Tax Coll
Attn: Authorized Agent
172 W. Third Street, 1st Fl.
San Bernardino, CA  92415-0360

SCC Communities
08-17573

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, Illinois 60602

Allard Engineering Inc.
Attn: Corporate Officer
8253 Sierra Avenue
Fontana, CA  92335

Bond Safeguard Insurance Company
c/o Harris Beach PLLC
Attn: Kelly C. Griffith, Esq.
300 S. State St., 4th Fl.
Syracuse, NY  13202

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

Gray1 CPB, LLC
c/o Robert Odson, Esq.
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071

Hewitt & O'Neil, LLP
Attn: Managing Partner
19900 MacArthur Blvd, #1050
Irvine, CA  92612

Lehman Ali, Inc.
Attn: Corporate Officer
399 Park Ave., 8th Fl.
New York, NY 10022

National Registered Agents
Attn: Corporate Officer
2875 Michelle Dr., #100
Irvine, CA  92606

OCB Reprographics, Inc.
Attn: Corporate Officer
17721 Mitchell North
Irvine, CA  92614

San Bernardino Tax Collector
Attn: Authorized Agent
172 W. Third Street, 1st Fl.
San Bernardino, CA  92415-0360

SCC Acquisitions, Inc.
Attn: Corporate Officer
2392 Morse Avenue
Irvine, CA  92614

Southern Cal. Geotechnical
Attn: Corporate Officer
22885 Savi Ranch Parkway, #E
Yorba Linda, CA  92887

SunCal Management, LLC
Attn: Managing Member
2392 Morse Avenue
Irvine, CA 92614

Kirby Estates
08-17246

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, Illinois 60602

County Tax Assessor
San Bernardino County Treasurer
Dick Larsen
172 West Third St., 1st Fl
San Bernardino, Ca  92415-0360

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

SunCal Johanson Ranch
08-17225

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, Illinois 60602

Brownie's
Attn: Corporate Officer
1322 V Street
Sacramento, CA  95818

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

Gray1 CPB, LLC
c/o Robert Odson, Esq.
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071

Modesto Irrigation District
Attn: Corporate Officer
1231 11th St., P.O. Box 4060
Modesto, CA  95352

SCC Acquisitions, inc.
Attn: Corporate Officer
2392 Morse Ave
Irvine, CA  92614

Stanislaus County Treasurer
Attn: Authorized Agent
1010 10th St., #2500
Modesto, CA  95354

SunCal Management, LLC
Attn: Managing Member
2392 Morse Ave
Irvine, CA  92614

Voss, Cook & Thel, LLP
Attn: Managing Member
895 Dove Street, Ste. 450
Newport Beach, CA  92660

SunCal Beaumont Heights
08-17209

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, Illinois 60602

BonTerra Consulting
Attn: Corporate Officer
151 Kalmus Drive, #E-200
Costa Mesa, CA  92626

Cash Grading Contractors Inc.
Attn: Corporate Officer
555 W. State St.
Ontario, CA  91762

Cheryl M. Mims
4608 Thomson Ave.
Oklahoma City, OK  73105

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

Gray1 CPB, LLC
c/o Robert Odson, Esq.
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071

Marie B. Stanford
1910 Commodore Rd.
Newport Beach, CA  92660

OCB Reprographics, Inc.
Attn: Corporate Officer
17721 Mitchell North
Irvine, Ca  92614

Patricia J. Volkerts
9955 North Desert Sky Road
Oro Valley, AZ  85737

Proactive Engineering Consul
Attn: Corporate Officer
1875 California Avenue
Corona, CA  92881

Riverside County Treasurer
Don Kent - Tax Collector
P.O. Box 12005
Riverside, CA  92502-2205

Roddan Paolucci Roddan Adv. &
Attn: Corporate Officer
2516 Via Tejon, #114
Palos Verdes Estates, CA  90274

SCC Acquisitions, Inc.
Attn: Corporate Officer
2392 Morse Avenue
Irvine, CA  92614

Scott McDaniel
P.O.Box 9373
Rancho Santa Fe, CA  92067

SunCal Management, LLC
Attn: Managing Member
2392 Morse Avenue
Irvine, Ca  92614

SunCal Master Venture Member, LLC
(ADMINISTRATIVE)
2392 Morse Avenue
Irvine, CA 92614

T&B Planning Consultants
Attn: Corporate Officer
17542 East 17th St., #100
Tustin, CA  92780

Urban Crossroads
Attn: Corporate Officer
41 Corporate Park, #300
Irvine, CA  92606

Van Dyke Landscape Architect
Attn: Corporate Officer
2970 Fifth Avenue #240
San Diego, CA  92103-5995

Voss, Cook & Thel LLP
James G. Damon, Esq
985 Dove St., Ste 450
Newport Beach, CA  92660

Wayne & Francis Lee
468 Jade Tree Drive
Monterey Park, CA  91754

Weston, Benshoof, Rochefort
Attn: Corporate Officer
333 South Hope St., 16th Fl.
Los Angeles, CA  90071

William Hezmalhalch aRchistecst
Attn: Corporate Officer
2850 Redhill Ave., Ste #200
Santa Ana, CA  92705

William L. & Kathleen Ward
P.O. Box 730
Anacortex, WA  98221

Yen Chui Chang Dou, Hiu-Li Dou;
Y-Cheng Hsum Tu Hui Ying Ying
14240 Sapphire Hill Ln.
Chino Hills, CA  91709

Acton Estates
08-17236

ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, Illinois 60602

Bond Safeguard Insurance Company
c/o Harris Beach PLLC
Attn: Kelly C. Griffith, Esq.
300 S. State St., 4th Fl.
Syracuse, NY  13202

Deloitte & Touche, LLP
Attn: Managing Partner
P.O. Box 7247-6446
Philadelphia, PA  19170-6446

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952

GeoLogic Associates, Inc.
Attn: Corporate Officer
250 West First Street, Ste. #228
Claremont, CA  91711

Glenn Lukos Associates, Inc.
Attn: Corporate Officer
29 Orchard
Lake Forest, CA  92630-8300

Gray1 CPB, LLC
c/o Robert Odson, Esq.
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071

HMK Engineerign, Inc.
Attn: Corporate Officer
1552 18TH Street
Santa Monica, CA  90404-3404

Jackson, DeMarco, et al.
Attn: Managing Partner
2030 Main Street, #1200
Irvine, CA  92614

LA County Treasurer Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Lehman Commercial Paper Inc.
Attn: Gerald Pietroforte
1271 Sixth Ave., 46th Floor
New York, NY 10020

Los Angeles County Dept Public Works
Attn: Authorized Agent
900 S. Fremont, 3rd Fl.
Alhambra, CA  91803

Los Angeles County Tax Collector
Attn: Authorized Agent
P.O. Box 54018
Los Angeles, CA  90054-0018

Los Angeles County Treasurer
Attn: Authorized Agent
P.O. Box 512150
Los Angeles, CA  90051-0150

Reliable Graphics Inc.
Attn: Corporate Officer
15013 Califa Street
Van Nuys, CA  91411-3170

Rohm Insurance Agency
Attn: Corporate Officer
26 Plaza Square, #200
Orange, CA  92866


SCC Acquisitions, Inc.
Attn: Corporate Officer
2392 Morse Avenue
Irvine, CA  92614

Storm Water Resources, LLC
Attn: Managing Member
25709 Tye Canyon Rd., #105
Valencia, CA  91355

SunCal Management, LLC
Attn: Managing Member
2392 Morse Avenue
Irvine, CA  92614


Treasurer Tax Collector County of Los
Angeles
255 N. Hill St., Rm. 109
Los Angeles, CA  90012

Voss, Cook & Thel, LLP
Attn: Managing Partner
895 Dove Street, Ste., 450
Newport Beach, CA  92660

SunCal Emerald Meadows
08-17230


Zieser Kling Consultants
Attn: Corporate Officer
1221 E. Dyer Rd., #105
Santa Ana, CA  92705

Hillwig - Goodrow, LLC
Attn: Corporate Officer
31407 Outer Highway 10
Redlands, CA  92373

O'Reilly Public Relations
Attn: Corporate Officer
3403 Tenth St., #110
Riverside, CA  92501


ARCH INSURANCE COMPANY
Grace W. Cranley
Leo & Weber, PC
One North LaSalle St. Ste 3600
Chicago, IL 60602

Advance Utility Design, Inc.
Attn: Corporate Officer
27403 Ynez Road, #216
Temecula, CA  92591

Albert A. Webb Associates
Attn: Corporate Officer
3788 McCray St.
Riverside, CA  92506


Cash Grading Contractors, Inc.
Attn: Corporate Officer
555 W. State St.
Ontario, CA  91762

Consolidated Reprographics
Attn: Corporate Officer
345 Clinton St.
Costa Mesa, CA  92626

County Tax Assessor
P.O. Box 12005
Riverside, CA  92502-2205


David Sandoval
c/o Jim Stockhausen
14 Old Lake Cir.
Riverside, CA  92509

Dust Control, Inc.
Attn: Corporate Officer
452 Viele Ave.
Beaumont, CA  92223

Franchise Tax Board (ADMINISTRATIVE)
C/O Special Procedures Sec
POB 2952
Sacramento CA 95812-2952


Gray1 CPB, LLC
c/o Robert Odson, Esq.
DLA Piper LLP (US)
550 S. Hope Street, Suite 2300
Los Angeles, CA 90071

GreenField Communications
Attn: Corporate Officer
34113 Violet Lantern, #C
Dana Point, CA  92629

Hall & Foreman, Inc.
Attn: Corporate Officer
17782 17th Street, Ste. 200
Tustin, CA  92780-1947


Hillwig - Goodrow, LLC
Attn: Managing Member
31407 Outer Highway 10
Redlands, CA  92373

Intravaia Rock & Sand, Inc.
Attn: Corporate Officer
5551 State St.
Montelain, CA  91763

Jackson, DeMarco, et al.
Attn: Managing Partner
2030 Main Street, #1200
Irvine, CA  92614

Lehman Commercial Paper Inc.
Attn: Gerald Pietroforte
1271 Sixth Ave., 46th Floor
New York, NY 10020

Life Church of God in Christ
Ronn S. Potter Esq.
Chandler, Potter & Associates
3800 Orange St., Ste. 270
Riverside, CA  92501

Linscott, law & Greenspan Engin
Attn: Corporate Officer
1580 Corporate Dr., #122
Costa Mesa, CA  92626

Moses Green
Co/o Jim Stockhausen
14 Old Lake Cir.
Henderson, NV 89074

National Construction Rental
Attn: Corporate Officer
P.O. Box 4503
Pacoima, CA  91331-1609

OCB Reprographics, Inc.
Attn: Corporate Officer
17721 Mitchell North
Irvine, CA  92614

O'Reilly Public Relations
Attn: Corporate Officer
3403 Tenth Street, Ste. 110
Riverside, CA  92501

Proactive Engineering Consultants Inc.
Attn: Corporate Officer
1875 California Ave.
Corona, CA  92881

Riverside County Flood Contr
Attn: Corporate Officer
1995 Market Street
Riverside, CA  92501

Riverside County Treasurer
Don Kent - Tax Collector
P.O. Box 12005
Riverside, CA  92502-2205

Riverside, County of - No Ad
Attn: Authorized Agent
P.O. Box 1208
Riverside, CA  92502

Rubidoux Community Service
Attn: Corporate Officer
3590 Rubidoux Blvd.
Rubidoux, CA  92519

SCC Acquisitions, inc.
Attn: Corporate Officer
2392 Morse Avenue
Irvine, CA  92614

Stormwater Compliance Spec
Attn: Corporate Officer
455 N. Twin Oaks Valley Road
San Marcos, CA  92069

SunCal Management, LLC
Attn: Managing Member
2392 Morse Avenue
Irvine, CA  92614

SunCal Master Venture Member, LLC
(ADMINISTRATIVE)
2392 Morse Avenue
Irvine, CA 92614

SWRCB Accounting Office
Attn: Corporate Officer
P.O. Box 1888
Sacramento, CA  95812-1888

United Site Services of Cal
Attn: Corporate Officer
3408 Hillcap Ave.
San Jose, CA  95136

Willis Risk and Insurance
Attn: Corporate Officer
P.O. Box 100022
Pasadena, CA  91189

Zeiser Kling Consultants
Attn: Corporate Officer
151 Kalmus Drive, Ste. H5
Costa Mesa, CA 92626-5981