PETER C. ANDERSON
United States Trustee
MICHAEL J. HAUSER
Attorney for the U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
411 West 4th Street, Suite 9041
Santa Ana, CA  92701
Telephone: (714) 338-3400
Fax: (714) 338-3421
Email: Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re: | CASE NO. **8:08-bk-17206-ES** |
| | Jointly Administered |
| | CHAPTER 11 |
| **PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS** | |
| | COMMENTS OF U.S. TRUSTEE TO DISCLOSURE STATEMENT REGARDING JOINT CHAPTER 11 PLAN FOR **EIGHT** TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND LEHMAN CREDITORS |
| | DATE: May 13, 2011 |
| | TIME: 9:30 a.m. |
| Debtors. | CORM: "5A" |

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

On March 28, 2011, the Chapter 11 Trustee and certain Lehman entities filed docket item #1876 which is the disclosure statement to their Joint Chapter 11 Plan for Eight Trustee Debtors. The U.S. Trustee has concerns about the language in the disclosure statement as it pertains to discharge and exculpation clauses.  Therefore, the language in the disclosure statement and plan requires revision and/or clarification before this process goes forward so that affected parties can better understand their treatment under the plan.

**(1)    Discharge**

Paragraph 5.8 of the disclosure statement at page 144, line 9 through page 145, line 16, contains a discussion regarding the effect of confirmation. As a matter of law, under § 1141(d)(3), none of the debtors in these cases are entitled to a discharge of their debts. Further, with respect to third party liability, the Ninth Circuit Court of Appeals  "....has repeatedly held, without exception, that section 524(e) precludes bankruptcy courts from discharging the liabilities of non-debtors." In re Lowenschuss, 67 F.3d 1394, 1401 (9th Cir.1995); see also In re American Hardwoods, Inc., 885 F.2d 621, 626 (9th Cir.1989). Nevertheless, paragraph 5.8 of the disclosure statement provides that "...[e]xcept as otherwise expressly provided in the Plan" all those who hold claims against the debtors shall be permanently enjoined from taking a host of actions against non-debtor entities such as the Liquidating Trustee, Lehman Released Parties, or the successors or property of either of them. The plan and disclosure statement already provide for specific release language for those creditors who *elect* enhanced treatment (see, for example,  disclosure statement discussion for enhanced treatment in exchange for releases at page 3, lines 15-23, page 17, lines 19-25 and page 18, lines 11-15). Therefore, the inclusion of paragraph 5.8 is unnecessarily confusing, vague and ambiguous. Accordingly, paragraph 5.8 and its corresponding sections in the Plan (see sections XII and XIII) should be stricken.

**(2)    Exculpation**

The disclosure statement contains exculpation of liability provisions that go beyond the safe harbor provisions of §1125(e). See for example paragraph 5.9 at pages 145-150 of the disclosure statement. Accordingly, these and any other exculpation provisions should be stricken from the plan and disclosure statement.

**Respectfully submitted,**
**OFFICE OF THE UNITED STATES TRUSTEE**

**DATED: 4/26/11**                    By: /s/ Michael Hauser
                                            **Michael J. Hauser**
                                            **Attorney for the U.S. Trustee**

| In re: **Palmdale Property and its related Debtors** | CHAPTER 11 |
|---|---|
| Debtors | CASE NUMBER: 8:08-bk-17206-ES |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701.

The foregoing document described: ***COMMENTS OF U.S. TRUSTEE TO DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND LEHMAN CREDITORS,*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s)( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 26, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

 SEE ATTACHED ELECTRONIC SERVICE LIST

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**

On **April 26, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 26, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via personal delivery:

    Judge Erithe A. Smith-Bin outside Rm 5097

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 26, 2011 | Michael Hauser | /s/Michael Hauser |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

- 3 -

**ELECTRONIC SERVICE LIST**

Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com

Joseph M Adams    jadams@sycr.com

Raymond H Aver    ray@averlaw.com

James C Bastian    jbastian@shbllp.com

Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com

John A Boyd    fednotice@tclaw.net

Mark Bradshaw    mbradshaw@shbllp.com

Gustavo E Bravo    gbravo@smaha.com

Jeffrey W Broker    jbroker@brokerlaw.biz

Brendt C Butler    bbutler@mandersonllp.com

Andrew W Caine    acaine@pszyjw.com

Carollynn Callari    ccallari@venable.com

Cathrine M Castaldi    ccastaldi@rusmiliband.com

Tara Castro Narayanan    tara.narayanan@msrlegal.com

Dan E Chambers    dchambers@jmbm.com

Shirley Cho    scho@pszjlaw.com

Vonn Christenson    vrc@paynefears.com

Brendan P Collins    bpcollins@bhfs.com

Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com

Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com

Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com

Ana Damonte    ana.damonte@pillsburylaw.com

Vanessa S Davila    vsd@amclaw.com

Melissa Davis    mdavis@shbllp.com

Daniel Denny    ddenny@gibsondunn.com

Caroline Djang    crd@jmbm.com

Donald T Dunning    ddunning@dunningLaw.com

Joseph A Eisenberg    jae@jmbm.com

Lei Lei Wang Ekvall    lekvall@wgllp.com

Richard W Esterkin    resterkin@morganlewis.com

Marc C Forsythe    kmurphy@goeforlaw.com

Alan J Friedman    afriedman@irell.com

Steven M Garber    steve@smgarberlaw.com

Christian J Gascou    cgascou@gascouhopkins.com

Barry S Glaser    bglaser@swjlaw.com

| | |
|---|---|
| 1 | Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com |
| 2 | Eric D Goldberg    egoldberg@stutman.com |
|   | Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com |
| 3 | Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com |
| 4 | Kelly C Griffith    bkemail@harrisbeach.com |
|   | Matthew Grimshaw    mgrimshaw@rutan.com |
| 5 | Kavita Gupta    kgupta@winthropcouchot.com |
| 6 | Asa S Hami    ahami@morganlewis.com |
| 7 | Michael J Hauser    michael.hauser@usdoj.gov |
|   | D Edward Hays    ehays@marshackhays.com |
| 8 | Michael C Heinrichs    mheinrichs@omm.com |
| 9 | Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com |
|   | Jonathan M Hoff    jonathan.hoff@cwt.com |
| 10 | Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com |
| 11 | Michelle Hribar    mhribar@rutan.com |
| 12 | John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com |
|   | Lawrence A Jacobson    laj@cohenandjacobson.com |
| 13 | Michael J Joyce    mjoyce@crosslaw.com |
| 14 | Stephen M Judson    sjudson@fablaw.com |
|   | Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com |
| 15 | Steven J Kahn    skahn@pszyjw.com |
| 16 | Sheri Kanesaka    sheri.kanesaka@bryancave.com |
| 17 | David I Katzen    katzen@ksfirm.com |
|   | Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com |
| 18 | Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com |
| 19 | Irene L Kiet    ikiet@hkclaw.com |
|   | Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com |
| 20 | David B Lally    davidlallylaw@gmail.com |
| 21 | Leib M Lerner    leib.lerner@alston.com |
|   | Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com |
| 22 | Charles Liu    cliu@winthropcouchot.com |
| 23 | Kerri A Lyman    klyman@irell.com |
| 24 | Mariam S Marshall    mmarshall@marshallramoslaw.com |
|   | Robert C Martinez    rmartinez@mclex.com |
| 25 | Michael D May    mdmayesq@verizon.net |
| 26 | Hutchison B Meltzer    hmeltzer@wgllp.com |
|   | Krikor J Meshefejian    kjm@lnbrb.com |
| 27 | Joel S. Miliband    jmiliband@rusmiliband.com |
| 28 | James M Miller    jmiller@millerbarondess.com |

| | |
|---|---|
| 1 | Louis R Miller    smiller@millerbarondess.com |
| 2 | Randall P Mroczynski    randym@cookseylaw.com |
| 3 | Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com |
| 4 | Robert Nida    Rnida@castlelawoffice.com |
|   | Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com |
| 5 | Sean A Okeefe    sokeefe@okeefelc.com |
| 6 | Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com |
|   | Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com |
| 7 | Penelope Parmes    pparmes@rutan.com |
| 8 | Ronald B Pierce    ronald.pierce@sdma.com |
|   | Katherine C Piper    kpiper@steptoe.com |
| 9 | Cassandra J Richey    cmartin@pprlaw.net |
| 10 | Debra Riley    driley@allenmatkins.com |
| 11 | James S Riley    tgarza@sierrafunds.com |
|    | Todd C. Ringstad    becky@ringstadlaw.com |
| 12 | R Grace Rodriguez    ecf@lorgr.com |
| 13 | Martha E Romero    Romero@mromerolawfirm.com |
|    | Ronald Rus    rrus@rusmiliband.com |
| 14 | John P Schafer    jschafer@mandersonllp.com |
| 15 | John E Schreiber    jschreiber@dl.com |
| 16 | William D Schuster    bills@allieschuster.org |
|    | Christopher P Simon    csimon@crosslaw.com |
| 17 | Wendy W Smith    wendy@bindermalter.com |
| 18 | Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com |
|    | Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com |
| 19 | Michael St James    ecf@stjames-law.com |
| 20 | Michael K Sugar    msugar@irell.com |
| 21 | Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com |
| 22 | David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com |
| 23 | James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com |
| 24 | United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov |
|    | Carol G Unruh    cgunruh@sbcglobal.net |
| 25 | Annie Verdries    verdries@lbbslaw.com |
| 26 | Jason Wallach    jwallach@gladstonemichel.com |
| 27 | Joshua D Wayser    , kim.johnson@kattenlaw.com |
|    | Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com |
| 28 | Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com |

1. David M Wiseblood  dwiseblood@seyfarth.com
2. Brett K Wiseman  bwiseman@aalaws.com
   Dean A Ziehl  dziehl@pszjlaw.com, dziehl@pszjlaw.com
3. Marc A. Zimmerman  joshuasdaddy@att.net