1  **WEILAND, GOLDEN,**
   **SMILEY, WANG EKVALL & STROK, LLP**
2  Lei Lei Wang Ekvall, State Bar No. 163047
   lekvall@wgllp.com
3  Hutchison B. Meltzer, State Bar No. 217166
   hmeltzer@wgllp.com
4  650 Town Center Drive, Suite 950
   Costa Mesa, California 92626
5  Telephone:  (714) 966-1000
   Facsimile:   (714) 966-1002
6
   Counsel for the Official Committee
7  of Creditors Holding Unsecured Claims in the Trustee
   Cases

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No.  8:08-bk-17206-ES |
| PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | (Jointly Administered with Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES) |
| Jointly Administered Debtors and Debtors-in-Possession. | |
| ____ Affects PALMDALE HILLS PROPERTY, LLC, Only | |
| ____ Affects SUNCAL BEAUMONT HEIGHTS, LLC, Only | |
| ____ Affects SCC/PALMDALE, Only | |
| ____ Affects SUNCAL JOHANNSON RANCH, LLC, Only | Chapter 11 Cases |
| ____ Affects SUNCAL SUMMIT VALLEY, LLC, Only | **LIMITED OBJECTIONS AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE TRUSTEE CASES REGARDING DISCLOSURE STATEMENT WITH RESPECT TO FIRST AMENDED JOINT CHAPTER 11 PLAN PROPOSED BY THE TRUSTEE AND LEHMAN LENDERS** |
| ____ Affects SUNCAL EMERALD MEADOWS, LLC, Only | |
| ____ Affects SUNCAL BICKFORD RANCH, LLC, Only | |
| ____ Affects ACTON ESTATES, LLC, Only | |
| ____ Affects SEVEN BROTHERS, LLC, Only | |
| ____ Affects SJD PARTNERS, LTD., Only | DATE:  May 13, 2011
TIME:   9:30 a.m. |
| ____ Affects SJD DEVELOPMENT CORP., Only | CTRM: 5A |

|    | |
|----|-|
| 1  | ____ Affects KIRBY ESTATES, LLC, Only |
| 2  | ____ Affects SUNCAL COMMUNITIES I, LLC, Only |
| 3  | ____ Affects SUNCAL COMMUNITIES III, LLC, Only |
| 4,5 | ____ Affects SCC COMMUNITIES, LLC, Only |
| 5,6 | ____ Affects NORTH ORANGE DEL RIO LAND, LLC, Only |
| 7  | ____ Affects TESORO SF, LLC, Only |
| 8  | _X_ Affects LBL-SUNCAL OAK VALLEY, LLC, Only |
| 9  | _X_ Affects SUNCAL HEARTLAND, LLC, Only |
| 10 | _X_ Affects LBL-SUNCAL NORTHLAKE, LLC, Only |
| 11,12 | _X_ Affects SUNCAL MARBLEHEAD, LLC, Only |
| 12,13 | _X_ Affects SUNCAL CENTURY CITY, LLC, Only |
| 14 | _X_ Affects SUNCAL PSV, LLC, Only |
| 15 | _X_ Affects DELTA COVERS VENTURE, LLC, Only |
| 16 | _X_ Affects SUNCAL TORRANCE, LLC, Only |
| 17 | _X_ Affects SUNCAL OAK KNOLL, LLC, Only |
| 18 | ____ Affects All Debtors |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE:**

The Joint Committee of Creditors Holding Unsecured Claims (the "Trustee Committee") of LBL-SunCal Oak Valley, LLC, Case No. 8:08-bk-17404-ES; LBL-SunCal Heartland, LLC, Case No. 8:08-bk-17407-ES; LBL-SunCal Northlake, LLC, Case No. 8:08-bk-17408-ES; SunCal Marblehead, LLC, Case No. 8:08-bk-17409-ES; SunCal Century City, LLC, Case No. 8:08-bk-17458-ES; SunCal PSV, LLC, Case No. 8:08-bk-17465-ES; Delta Coves Venture, LLC, Case No. 8:08-bk-17470-ES; SunCal Torrance, LLC, Case No. 8:08-bk-17472-ES; and SunCal Oak Knoll, LLC, Case No. 8:08-bk-17588-ES, the jointly-administered debtors submits this Limited Objections and Reservation of

Smiley, Wang Ekvall & Strok, LLP
Weiland, Golden,
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

Rights regarding the Disclosure Statement ("Disclosure Statement") With Respect To First Amended Joint Chapter 11 Plan ("Plan") proposed by the chapter 11 trustee ("Trustee") and the Lehman Lenders, and respectfully represents as follows:

The Trustee, the Trustee Committee, and the Lehman Lenders are continuing to negotiate regarding the Disclosure Statement and Plan and the Trustee Committee expects that there will be further revisions. Accordingly, Trustee Committee reserves all rights to object to the confirmation Plan on any basis and to further object to the Disclosure Statement. The Trustee Committee's issues with the Disclosure Statement and Plan include: (1) the contingencies to the effectiveness of the Plan such as the claims amount threshold and the settlements with the bond companies; and (2) whether the Plan is severable with respect to each estate (*i.e.*, can the Plan be confirmed with respect to some estates but not others).

Respectfully submitted,

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

DATED: April 29, 2011    By: /s/ Hutchison B. Meltzer
HUTCHISON B. MELTZER
Counsel for the Joint Committee
of Creditors Holding Unsecured Claims

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, California 92626

A true and correct copy of the foregoing document described as **LIMITED OBJECTIONS AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE TRUSTEE CASES REGARDING DISCLOSURE STATEMENT WITH RESPECT TO FIRST AMENDED JOINT CHAPTER 11 PLAN PROPOSED BY THE TRUSTEE AND LEHMAN LENDERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **April 29, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **April 29, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 29, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith, 411 W. 4th Street, Suite 2030, Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 29, 2011 | Kelly M. Rivera | *(signed)* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010
589843.1

**F 9013-3.1.PROOF.SERVICE**

**SERVED VIA U.S. MAIL**

John W. Busby II, Attorney at law, P.C.
251 Lafayette Circle, Suite 350
Lafayette, CA 94549
**Attorneys for Marques Pipeline, Inc.
Secured Creditor**

## VIA EMAIL

bcook@suncal.com - Debtor
wlobel@thelobelfirm.com - William Lobel
Edward.soto@weil.com - Edward Soto
Odalys.smith@weil.com - Odalys Smith
Allen.blaustein@weil.com - Allen Blaustein
Clay.roesch@weil.com - Clay Roesch
Alfredo.perez@weil.com - Alfredo Perez
Chauncey.cole@cwt.com - Chauncey Cole
Betty.shumener@dlapiper.com - Betty Shumener
Mark.mccane@kirkland.com - Mark McKane
mea@amclaw.com - Attorney for Bond Safeguard & Lexon

**Electronic Mail Notice List**

Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
Joseph M Adams    jadams@sycr.com
Raymond H Aver    ray@averlaw.com
James C Bastian    jbastian@shbllp.com
Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
John A Boyd    fednotice@tclaw.net
Mark Bradshaw    mbradshaw@shbllp.com
Gustavo E Bravo    gbravo@smaha.com
Jeffrey W Broker    jbroker@brokerlaw.biz
Brendt C Butler    bbutler@mandersonllp.com
Andrew W Caine    acaine@pszyjw.com
Carollynn Callari    ccallari@venable.com
Cathrine M Castaldi    ccastaldi@rusmiliband.com
Tara Castro Narayanan    tara.narayanan@msrlegal.com
Dan E Chambers    dchambers@jmbm.com
Shirley Cho    scho@pszjlaw.com
Vonn Christenson    vrc@paynefears.com
Brendan P Collins    bpcollins@bhfs.com
Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
Ana Damonte    ana.damonte@pillsburylaw.com
Vanessa S Davila    vsd@amclaw.com
Melissa Davis    mdavis@shbllp.com
Daniel Denny    ddenny@gibsondunn.com
Caroline Djang    crd@jmbm.com
Donald T Dunning    ddunning@dunningLaw.com
Joseph A Eisenberg    jae@jmbm.com
Lei Lei Wang Ekvall    lekvall@wgllp.com
Richard W Esterkin    resterkin@morganlewis.com
Marc C Forsythe    kmurphy@goeforlaw.com
Alan J Friedman    afriedman@irell.com
Steven M Garber    steve@smgarberlaw.com
Christian J Gascou    cgascou@gascouhopkins.com
Barry S Glaser    bglaser@swjlaw.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Eric D Goldberg    egoldberg@stutman.com
Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
Michael J Gomez    mgomez@frandzel.com,

efiling@frandzel.com;sking@frandzel.com
Kelly C Griffith     bkemail@harrisbeach.com
Matthew Grimshaw     mgrimshaw@rutan.com
Kavita Gupta     kgupta@winthropcouchot.com
Asa S Hami     ahami@morganlewis.com
Michael J Hauser     michael.hauser@usdoj.gov
D Edward Hays     ehays@marshackhays.com
Michael C Heinrichs     mheinrichs@omm.com
Harry D. Hochman     hhochman@pszjlaw.com, hhochman@pszjlaw.com
Jonathan M Hoff     jonathan.hoff@cwt.com
Nancy Hotchkiss     nhotchkiss@trainorfairbrook.com
Michelle Hribar     mhribar@rutan.com
John J Immordino     john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
Lawrence A Jacobson     laj@cohenandjacobson.com
Michael J Joyce     mjoyce@crosslaw.com
Stephen M Judson     sjudson@fablaw.com
Kaleb L Judy     ecf@kleinlaw.com, kjudy@kleinlaw.com
Steven J Kahn     skahn@pszyjw.com
Sheri Kanesaka     sheri.kanesaka@bryancave.com
David I Katzen     katzen@ksfirm.com
Christopher W Keegan     ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
Payam Khodadadi     pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
Irene L Kiet     ikiet@hkclaw.com
Mark J Krone     mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
David B Lally     davidlallylaw@gmail.com
Leib M Lerner     leib.lerner@alston.com
Peter W Lianides     plianides@winthropcouchot.com, pj@winthropcouchot.com
Charles Liu     cliu@winthropcouchot.com
Kerri A Lyman     klyman@irell.com
Mariam S Marshall     mmarshall@marshallramoslaw.com
Robert C Martinez     rmartinez@mclex.com
Michael D May     mdmayesq@verizon.net
Hutchison B Meltzer     hmeltzer@wgllp.com
Krikor J Meshefejian     kjm@lnbrb.com
Joel S. Miliband     jmiliband@rusmiliband.com
James M Miller     jmiller@millerbarondess.com, vgunderston@millerbarondess.com
Louis R Miller     smiller@millerbarondess.com
Randall P Mroczynski     randym@cookseylaw.com
Mike D Neue     mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
Robert Nida     Rnida@castlelawoffice.com
Henry H Oh     henry.oh@dlapiper.com, janet.curley@dlapiper.com
Sean A Okeefe     sokeefe@okeefelc.com
Robert B Orgel     rorgel@pszjlaw.com, rorgel@pszjlaw.com

Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
Penelope Parmes    pparmes@rutan.com
Ronald B Pierce    ronald.pierce@sdma.com
Katherine C Piper    kpiper@steptoe.com
Cassandra J Richey    cmartin@pprlaw.net
Debra Riley    driley@allenmatkins.com
James S Riley    tgarza@sierrafunds.com
Todd C. Ringstad    becky@ringstadlaw.com
R Grace Rodriguez    ecf@lorgr.com
Martha E Romero    Romero@mromerolawfirm.com
Ronald Rus    rrus@rusmiliband.com
John P Schafer    jschafer@mandersonllp.com
John E Schreiber    jschreiber@dl.com
William D Schuster    bills@allieschuster.org
Christopher P Simon    csimon@crosslaw.com
Wendy W Smith    wendy@bindermalter.com
Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
Michael St James    ecf@stjames-law.com
Michael K Sugar    msugar@irell.com
Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Carol G Unruh    cgunruh@sbcglobal.net
Annie Verdries    verdries@lbbslaw.com
Jason Wallach    jwallach@gladstonemichel.com
Joshua D Wayser    , kim.johnson@kattenlaw.com
Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
David M Wiseblood    dwiseblood@seyfarth.com
Brett K Wiseman    bwiseman@aalaws.com
Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
Marc A. Zimmerman    joshuasdaddy@att.net