1  RICHARD R. KARLSSON [CA SBN 71421]]
   Interim County Counsel
2  By:  CLAUDE F. KOLM [CA SBN 83517]
   Deputy County Counsel
3  Office of County Counsel, County of Alameda
   1221 Oak Street, Suite 450
4  Oakland, California 94612
   Telephone: (510) 272-6700
5  E-mail: claude.kolm@acgov.org

6  Attorneys for County of Alameda Treasurer-Tax Collector

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS,<br><br>      Jointly Administered Debtors and Debtors-In-Possession.<br><br>☐ Affects all Debtors<br><br>☒ Affects the following Debtor(s):<br>   ☐ Palmdale Hills Property, LLC<br>   ☐ SunCal Beaumont Heights, LLC<br>   ☐ SCC/Palmdale, LLC<br>   ☐ SunCal Johannson Ranch, LLC<br>   ☐ SunCal Summit Valley, LLC<br>   ☐ SunCal Emerald Meadows, LLC<br>   ☐ SunCal Bickford Ranch, LLC<br>   ☐ Acton Estates, LLC<br>   ☐ Seven Brothers, LLC<br>   ☐ SJD Partners, Ltd.<br>   ☐ SJD Development Corp.<br>   ☐ Kirby Estates, LLC<br>   ☐ SunCal Communities I, LLC<br>   ☐ SCC Communities, LLC<br>   ☐ SunCal Communities III, LLC<br>   ☐ North Orange Del Rio Land, LLC<br>   ☐ Tesoro SF, LLC<br>   ☐ LB/L-SunCal Oak Valley, LLC<br>   ☐ SunCal Heartland, LLC | Case No. 8:08-bk-17206-ES<br><br>Chapter 11 (Jointly Administered)<br><br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>And 8:08-bk-17588-ES<br><br>**JOINDER OF THE ALAMEDA COUNTY TREASURER-TAX COLLECTOR IN THE OBJECTION OF THE COUNTY OF LOS ANGELES TAX COLLECTOR TO THE DISCLOSURE STATEMENT WITH RESPECT TO THE FIRST AMENDED JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND LEHMAN CREDITORS** |

JOINDER OF ALAMEDA COUNTY IN OBJECTION TO DISCLOSURE STATEMENT
Case No. 8:08-bk-17206-ES Chapter 11 (Jointly Administered)                                   1

| | |
|---|---|
| ☐ LB/L-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>☐ Delta Coves Ventures, LLC<br>☐ SunCal Torrence Properties, LLC<br>☒ SunCal Oak Knoll, LLC | Disclosure Hearing:  May 13, 2011<br>Time:                          9:30 a.m.<br>Confirmation Hearing: No Date Set<br>Time:                          No Date Set<br><br>Location:     Courtroom 5A<br>                   411 West Fourth St.<br>                   Santa Ana, CA  92701 |

On March 5, 2009, the Alameda County Treasurer-Tax Collector ("Alameda") filed secured claims in this proceeding for property taxes as follows:

- Assessor's Parcel No. 43A-4675-3-21 (Mountain Boulevard, Oakland, CA 94605) for $2,339,498.86;

- Assessor's Parcel No. 48-6865-2-3 (St. Andrews Road, Oakland, CA 94603) for $7,993.10;

- Assessor's Parcel No. 48-670-1 (Barcelona St., Oakland, CA 94621) for $8,543.87.

Alameda joins in the Objection of the Los Angeles County Tax Collector to the Disclosure Statement with Respect to the First Amended Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Lehman Creditors and adopts and incorporates the Los Angeles Tax Collector's arguments as they relate to Alameda's claims.

Respectfully submitted,

Dated:  April 29, 2011

RICHARD R. KARLSSON,
County Counsel in and for the County of Alameda, State of California

By  */s/ Claude F. Kolm*
        Claude F. Kolm
        Deputy County Counsel

Attorneys for County of Alameda Treasurer-Tax Collector