**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

Attorneys for the Joint Committee of Creditors
Holding Unsecured Claims

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:08-bk-17206-ES |
| PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | Chapter 11 Case |
| Jointly Administered Debtors and Debtors-in-Possession. | (Jointly Administered with Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES) |
| ☐ Affects PALMDALE HILLS PROPERTY, LLC, Only | |
| ☐ Affects SUNCAL BEAUMONT HEIGHTS, LLC, Only | |
| ☐ Affects SCC/PALMDALE, Only | |
| ☐ Affects SUNCAL JOHANNSON RANCH, LLC, Only | |
| ☐ Affects SUNCAL SUMMIT VALLEY, LLC, Only | **JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS' PRELIMINARY OBJECTIONS TO AND RESERVATION OF RIGHTS REGARDING SUNCAL PLAN PROPONENT'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN IN THE CHAPTER 11 CASES OF PALMDALE HILLS PROPERTY, LLC, SUNCAL BICKFORD RANCH, LLC, SUNCAL MARBLEHEAD, LLC, AND SUNCAL PSV, LLC [GROUP I DEBTORS]** |
| ☐ Affects SUNCAL EMERALD MEADOWS, LLC, Only | |
| ☐ Affects SUNCAL BICKFORD RANCH, LLC, Only | |
| ☐ Affects ACTON ESTATES, LLC, Only | |
| ☐ Affects SEVEN BROTHERS, LLC, Only | |
| ☐ Affects SJD PARTNERS, LTD., Only | |
| ☐ Affects SJD DEVELOPMENT CORP., Only | **DATE:**    May 13, 2011<br>**TIME:**    9:30 a.m.<br>**PLACE:**    Courtroom 5A |

589865.1                                             1                                             OBJECTION

**Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

| | |
|---|---|
| ☐ Affects KIRBY ESTATES, LLC, Only | **411 West Fourth Street**<br>**Santa Ana, CA 92701** |
| ☐ Affects SUNCAL COMMUNITIES I, LLC, Only | |
| ☐ Affects SUNCAL COMMUNITIES III, LLC, Only | |
| ☐ Affects SCC COMMUNITIES, LLC, Only | |
| ☐ Affects NORTH ORANGE DEL RIO LAND, LLC, Only | |
| ☐ Affects TESORO SF, LLC, Only | |
| ☐ Affects LBL-SUNCAL OAK VALLEY, LLC, Only | |
| ☐ Affects SUNCAL HEARTLAND, LLC, Only | |
| ☐ Affects LBL-SUNCAL NORTHLAKE, LLC, Only | |
| ☒ Affects SUNCAL MARBLEHEAD, LLC, Only | |
| ☐ Affects SUNCAL CENTURY CITY, LLC, Only | |
| ☒ Affects SUNCAL PSV, LLC, Only | |
| ☐ Affects DELTA COVES VENTURE, LLC, Only | |
| ☐ Affects SUNCAL TORRANCE, LLC, Only | |
| ☐ Affects SUNCAL OAK KNOLL, LLC, Only | |
| ☐ Affects All Debtors | |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE:**

The Joint Committee of Creditors Holding Unsecured Claims in the Trustee Debtor Cases (the "Committee") hereby submits the following preliminary objections to the Suncal Plan Proponent's disclosure statement (the "Disclosure Statement") describing chapter 11 plan (the "Plan") in the chapter 11 cases of Palmdale Hills Property, LLC, Suncal Bickford

Ranch, LLC, Suncal Marblehead, LLC, and Suncal PSV, LLC [Group I Debtors] and reserves all rights to further supplement its objections.[1]

Preliminarily, the following major issues exist with respect to the Plan and Disclosure Statement:

(1)  The Plan provides for the transfer of all assets of the respective estates to be transferred to and managed by a liquidating trust to be established prior to or on the Effective Date with Acquisitions, a SunCal insider, as the Plan Trustee.  The Plan and Disclosure Statement contemplate a Plan Trust Agreement, which was not provided.  Therefore, the Committee is unable to determine the appropriateness of the Plan Trust.

(2)  The Plan impermissibly violates the priority distribution scheme and the absolute priority rule.

First, the Plan provides for payment of 55% to certain non-priority unsecured claims defined as "Reliance Claims."  The payment would occur approximately 60 days after the Confirmation Date.  The Plan does not become effective, however, until the Effective Date, which is defined to occur on the 120th day after the later of: (1) the Confirmation Date or (2) the date any stay barring the implementation of the Plan arising from the Lehman Entities' cases is no longer applicable, has been deemed inapplicable, or has been lifted by a Court of competent jurisdiction.  Thus, the Plan's effective date, if it ever occurs,. will be months, if not years, later than the date that the distribution on account of Reliance Claims is to occur.  In other words, priority claims required to be paid on the Effective Date will be paid later, if at all, after general unsecured claims are paid.

Second, Acquisitions, a SunCal insider, is retaining all interest and control of assets of the estates through the Plan Trust, without any contribution of new value and without payment of 100% to creditors.

---

[1] The Committee, the chapter 11 trustee, and the Suncal Plan Proponents have been negotiating and continue to negotiate terms and conditions of the Plan and Disclosure Statement.  Therefore, the Committee expects that the Plan and the Disclosure Statement will be further revised.

1     (3)    The definition of Reliance Claims appears arbitrary.  It is unclear what
2 criteria is used by the SunCal Plan Proponents to determine which unsecured creditors
3 hold Reliance Claims (entitled to a 55% distribution) and which do not (entitled to a
4 distribution if and when funds are available, which may be 0%).

5     (4)    The Disclosure Statement fails to provide any information for creditors to
6 determine the feasibility of the Plan.

7     Acquisitions is identified as the funding source for administrative claims, priority
8 claims and continuing legal fees for pursuit of litigation claims.  There is no information
9 provided regarding Acquisition's ability to fund any of the foregoing.  This is particularly
10 troubling when in January, 2010, the SunCal Companies decided it would no longer fund
11 the fees and expenses of Miller Barondess, LLP, special counsel to the estates, which
12 resulted in Miller Barondess seeking to amend the terms of its employment application.
13 [Docket no. 925].

14     In addition, there is no information regarding the estimated funds on hand and the
15 amount of estimated administrative and other priority claims to be paid on the Effective
16 Date.

17     (5)    The Plan provides for the Committee and the committee in the voluntary
18 debtors' cases to have some input in distributions and litigation decisions.  However, the
19 Plan also provides for the committees to be dissolved upon entry of the final decree,
20 which can occur upon substantial consummation of Plan, an event that does not
21 necessarily coincide with the completion of all distributions, terms and conditions under
22 the Plan and the Plan Trust.

23     (6)    The Plan impermissibly provides for a release by the estates of all claims
24 against Suncal and insiders of Suncal for little or no consideration.

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

There are a number of other issues and concerns but the Committee is hopeful that with further negotiations and discussions, the Plan and Disclosure Statement will be amended to address all of the Committee's issues and concerns. Meanwhile, the Committee reserves all rights to further supplement its objections.

Respectfully submitted,

Dated:  April 29, 2011

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: /s/ *Lei Lei Wang Ekvall*
LEI LEI WANG EKVALL
Attorneys for the Joint Committee of Creditors Holding Unsecured Claims

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is :**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described as **JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS' PRELIMINARY OBJECTIONS TO AND RESERVATION OF RIGHTS REGARDING SUNCAL PLAN PROPONENT'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN IN THE CHAPTER 11 CASES OF PALMDALE HILLS PROPERTY, LLC, SUNCAL BICKFORD RANCH, LLC, SUNCAL MARBLEHEAD, LLC, AND SUNCAL PSV, LLC [GROUP I DEBTORS]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **April 29, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 29, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Erithe Smith**
**United States Bankruptcy Court**                    **(Via Personal Delivery)**
**411 West Fourth Street**
**Santa Ana, CA 92701**

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 29, 2011 | Terri Jones | /s/ *Terri Jones* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                    **F 9013-3.1.PROOF.SERVICE**
590075.1

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")**

**Selia M Acevedo**  sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
**Joseph M Adams**  jadams@sycr.com
**Raymond H Aver**  ray@averlaw.com
**James C Bastian**  jbastian@shbllp.com
**Thomas Scott Belden**  sbelden@kleinlaw.com, ecf@kleinlaw.com
**John A Boyd**  fednotice@tclaw.net
**Mark Bradshaw**  mbradshaw@shbllp.com
**Gustavo E Bravo**  gbravo@smaha.com
**Jeffrey W Broker**  jbroker@brokerlaw.biz
**Brendt C Butler**  bbutler@mandersonllp.com
**Andrew W Caine**  acaine@pszyjw.com
**Carollynn Callari**  ccallari@venable.com
**Cathrine M Castaldi**  ccastaldi@rusmiliband.com
**Tara Castro Narayanan**  tara.narayanan@msrlegal.com
**Dan E Chambers**  dchambers@jmbm.com
**Shirley Cho**  scho@pszjlaw.com
**Vonn Christenson**  vrc@paynefears.com
**Brendan P Collins**  bpcollins@bhfs.com
**Vincent M Coscino**  vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
**Paul J Couchot**  pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
**Jonathan S Dabbieri**  dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
**Ana Damonte**  ana.damonte@pillsburylaw.com
**Vanessa S Davila**  vsd@amclaw.com
**Melissa Davis**  mdavis@shbllp.com
**Daniel Denny**  ddenny@gibsondunn.com
**Caroline Djang**  crd@jmbm.com
**Donald T Dunning**  ddunning@dunningLaw.com
**Joseph A Eisenberg**  jae@jmbm.com
**Lei Lei Wang Ekvall**  lekvall@wgllp.com
**Richard W Esterkin**  resterkin@morganlewis.com
**Marc C Forsythe**  kmurphy@goeforlaw.com
**Alan J Friedman**  afriedman@irell.com
**Steven M Garber**  steve@smgarberlaw.com
**Christian J Gascou**  cgascou@gascouhopkins.com
**Barry S Glaser**  bglaser@swjlaw.com
**Robert P Goe**  kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
**Eric D Goldberg**  egoldberg@stutman.com
**Richard H Golubow**  rgolubow@winthropcouchot.com, pj@winthropcouchot.com
**Michael J Gomez**  mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
**Kelly C Griffith**  bkemail@harrisbeach.com
**Matthew Grimshaw**  mgrimshaw@rutan.com
**Kavita Gupta**  kgupta@winthropcouchot.com
**Asa S Hami**  ahami@morganlewis.com
**Michael J Hauser**  michael.hauser@usdoj.gov
**D Edward Hays**  ehays@marshackhays.com
**Michael C Heinrichs**  mheinrichs@omm.com
**Harry D. Hochman**  hhochman@pszjlaw.com, hhochman@pszjlaw.com
**Jonathan M Hoff**  jonathan.hoff@cwt.com
**Nancy Hotchkiss**  nhotchkiss@trainorfairbrook.com
**Michelle Hribar**  mhribar@rutan.com
**John J Immordino**  john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
**Lawrence A Jacobson**  laj@cohenandjacobson.com
**Michael J Joyce**  mjoyce@crosslaw.com
**Stephen M Judson**  sjudson@fablaw.com

**Kaleb L Judy** ecf@kleinlaw.com, kjudy@kleinlaw.com
**Steven J Kahn** skahn@pszyjw.com
**Sheri Kanesaka** sheri.kanesaka@bryancave.com
**David I Katzen** katzen@ksfirm.com
**Christopher W Keegan** ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
**Payam Khodadadi** pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
**Irene L Kiet** ikiet@hkclaw.com
**Mark J Krone** mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
**David B Lally** davidlallylaw@gmail.com
**Leib M Lerner** leib.lerner@alston.com
**Peter W Lianides** plianides@winthropcouchot.com, pj@winthropcouchot.com
**Charles Liu** cliu@winthropcouchot.com
**Kerri A Lyman** klyman@irell.com
**Mariam S Marshall** mmarshall@marshallramoslaw.com
**Robert C Martinez** rmartinez@mclex.com
**Michael D May** mdmayesq@verizon.net
**Hutchison B Meltzer** hmeltzer@wgllp.com
**Krikor J Meshefejian** kjm@lnbrb.com
**Joel S. Miliband** jmiliband@rusmiliband.com
**James M Miller** jmiller@millerbarondess.com, vgunderston@millerbarondess.com
**Louis R Miller** smiller@millerbarondess.com
**Randall P Mroczynski** randym@cookseylaw.com
**Mike D Neue** mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
**Robert Nida** Rnida@castlelawoffice.com
**Henry H Oh** henry.oh@dlapiper.com, janet.curley@dlapiper.com
**Sean A Okeefe** sokeefe@okeefelc.com
**Robert B Orgel** rorgel@pszjlaw.com, rorgel@pszjlaw.com
**Malhar S Pagay** mpagay@pszjlaw.com, mpagay@pszjlaw.com
**Penelope Parmes** pparmes@rutan.com
**Ronald B Pierce** ronald.pierce@sdma.com
**Katherine C Piper** kpiper@steptoe.com
**Cassandra J Richey** cmartin@pprlaw.net
**Debra Riley** driley@allenmatkins.com
**James S Riley** tgarza@sierrafunds.com
**Todd C. Ringstad** becky@ringstadlaw.com
**R Grace Rodriguez** ecf@lorgr.com
**Martha E Romero** Romero@mromerolawfirm.com
**Ronald Rus** rrus@rusmiliband.com
**John P Schafer** jschafer@mandersonllp.com
**John E Schreiber** jschreiber@dl.com
**William D Schuster** bills@allieschuster.org
**Christopher P Simon** csimon@crosslaw.com
**Wendy W Smith** wendy@bindermalter.com
**Steven M Speier** Sspeier@Squarmilner.com, ca85@ecfcbis.com
**Steven M Speier (TR)** Sspeier@asrmanagement.com, ca85@ecfcbis.com
**Michael St James** ecf@stjames-law.com
**Michael K Sugar** msugar@irell.com
**Cathy Ta** cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
**David A Tilem** davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
**James E Till** jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
**United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
**Carol G Unruh** cgunruh@sbcglobal.net
**Annie Verdries** verdries@lbbslaw.com
**Jason Wallach** jwallach@gladstonemichel.com
**Joshua D Wayser** , kim.johnson@kattenlaw.com
**Christopher T Williams** ctwilliams@venable.com, jcontreras@venable.com
**Marc J Winthrop** mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

**David M Wiseblood**   dwiseblood@seyfarth.com
**Brett K Wiseman**   bwiseman@aalaws.com
**Dean A Ziehl**   dziehl@pszjlaw.com, dziehl@pszjlaw.com
**Marc A. Zimmerman**   joshuasdaddy@att.net