**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:    (714) 966-1000
Facsimile:    (714) 966-1002

Attorneys for the Joint Committee of Creditors
Holding Unsecured Claims

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC,<br>and its Related Debtors,<br><br>Jointly Administered Debtors<br>and Debtors-in-Possession.<br><br>☐ Affects PALMDALE HILLS PROPERTY, LLC, Only<br>☐ Affects SUNCAL BEAUMONT HEIGHTS, LLC, Only<br>☐ Affects SCC/PALMDALE, Only<br>☐ Affects SUNCAL JOHANNSON RANCH, LLC, Only<br>☐ Affects SUNCAL SUMMIT VALLEY, LLC, Only<br>☐ Affects SUNCAL EMERALD MEADOWS, LLC, Only<br>☐ Affects SUNCAL BICKFORD RANCH, LLC, Only<br>☐ Affects ACTON ESTATES, LLC, Only<br>☐ Affects SEVEN BROTHERS, LLC, Only<br>☐ Affects SJD PARTNERS, LTD., Only<br>☐ Affects SJD DEVELOPMENT CORP., Only | Case No. 8:08-bk-17206-ES<br><br>Chapter 11 Case<br><br>(Jointly Administered with Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES)<br><br>**JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS' PRELIMINARY OBJECTIONS TO AND RESERVATION OF RIGHTS REGARDING SUNCAL PLAN PROPONENT'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN IN THE CHAPTER 11 CASES OF ACTON ESTATES, LLC, SUNCAL EMERALD MEADOWS LLC, DELTA COVES VENTURE, LLC, SUNCAL HEARTLAND, LLC, LBL-SUNCAL NORTHLAKE, LLC, AND LBL-SUNCAL OAK VALLEY, LLC [GROUP II DEBTORS]**<br><br>**DATE:    May 13, 2011<br>TIME:    9:30 a.m.** |

590052.1    1    OBJECTION

| | | |
|---|---|---|
| 1 | ☐ Affects KIRBY ESTATES, LLC, Only | **PLACE:** Courtroom 5A |
| 2 | ☐ Affects SUNCAL COMMUNITIES I, LLC, Only | 411 West Fourth Street<br>Santa Ana, CA 92701 |
| 3 | ☐ Affects SUNCAL COMMUNITIES III, LLC, Only | |
| 4 | | |
| 5 | ☐ Affects SCC COMMUNITIES, LLC, Only | |
| 6 | ☐ Affects NORTH ORANGE DEL RIO LAND, LLC, Only | |
| 7 | ☐ Affects TESORO SF, LLC, Only | |
| 8 | ☒ Affects LBL-SUNCAL OAK VALLEY, LLC, Only | |
| 9 | ☒ Affects SUNCAL HEARTLAND, LLC, Only | |
| 10 | ☒ Affects LBL-SUNCAL NORTHLAKE, LLC, Only | |
| 11 | | |
| 12 | ☐ Affects SUNCAL MARBLEHEAD, LLC, Only | |
| 13 | ☐ Affects SUNCAL CENTURY CITY, LLC, Only | |
| 14 | ☐ Affects SUNCAL PSV, LLC, Only | |
| 15 | ☒ Affects DELTA COVES VENTURE, LLC, Only | |
| 16 | ☐ Affects SUNCAL TORRANCE, LLC, Only | |
| 17 | | |
| 18 | ☐ Affects SUNCAL OAK KNOLL, LLC, Only | |
| 19 | ☐ Affects All Debtors | |

**Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

22  **TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE:**

23  The Joint Committee of Creditors Holding Unsecured Claims in the Trustee Debtor

24  Cases (the "Committee") hereby submits the following preliminary objections to the Suncal

25  Plan Proponent's disclosure statement (the "Disclosure Statement") describing chapter 11

26  plan (the "Plan") in the chapter 11 cases of Acton Estates, LLC, Suncal Emerald Meadows

27  LLC, Delta Coves Venture, LLC, Suncal Heartland, LLC, LBL-Suncal Northlake, LLC,

28

590052.1    2    OBJECTION

AND LBL-Suncal Oak Valley, LLC [Group II Debtors] and reserves all rights to further supplement its objections.[1]

Preliminarily, the following major issues exist with respect to the Plan and Disclosure Statement:

(1) The Plan provides for the transfer of all assets of the respective estates to be transferred and managed by a liquidating trust to be established prior to or on the Effective Date with Acquisitions, a SunCal insider as the Plan Trustee.  The Plan and Disclosure Statement contemplate a Plan Trust Agreement, which was not provided.  Therefore, the Committee is unable to determine the appropriateness of the Plan Trust.

(2) The Plan impermissibly violates the absolute priority rule.  Acquisitions, a SunCal insider, is retaining all interest and control of assets of the estate through the Plan Trust, without any contribution of new value and without payment of 100% to creditors.

(3) The definition of Reliance Claims appears arbitrary.  It is unclear what criteria is used by the SunCal Plan Proponents to determine which unsecured creditors hold Reliance Claims and which do not.

(4) The feasibility of the Plan is highly questionable and the Plan appears illusory from the creditors' perspective.

Acquisitions is identified as the funding source for administrative claims, priority claims and continuing legal fees for pursuit of litigation claims.  There is no information provided regarding Acquisition's ability to fund any of the foregoing.  This is particularly troubling when in January, 2010, the SunCal Companies decided it would no longer fund the fees and expenses of Miller Barondess, LLP, special counsel to the estates, which resulted in Miller Barondess seeking to amend the terms of its employment application. [Docket no. 925].

---

[1] The Committee, the chapter 11 trustee, and the Suncal Plan Proponents have been negotiating and continue to negotiate terms and conditions of the Plan and Disclosure Statement.  Therefore, the Committee expects that the Plan and the Disclosure Statement will be further revised.

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1  In addition, there is no information regarding the estimated funds on hand and the
2  amount of estimated administrative and other priority claims to be paid on the Effective
3  Date.

4  Distributions to creditors are entirely dependant on a successful outcome in favor of
5  the estates in the equitable subordination litigation, if and when such litigation is permitted
6  to proceed in light of the automatic stay in Lehman's bankruptcy case.  The Disclosure
7  Statement should provide for an estimated range of return to creditors if the equitable
8  subordination litigation is unsuccessful so that creditors would have adequate information
9  to make an informed decision.

10  Moreover, there is no guaranty or assurance that Acquisitions will fund the
11  equitable subordination litigation, when the time comes for the litigation to proceed.  There
12  are no remedies provided for Acquisition's failure to fund.

13  (5)    The Plan provides for the Committee and the committee in the voluntary
14  debtors' cases to have some input in distributions and litigation decisions.  However, the
15  Plan also provides for the committees to be dissolved upon entry of the final decree,
16  which can occur upon substantial consummation of Plan, an event that does not
17  necessarily coincide with the completion of all distributions, terms and conditions under
18  the Plan and the Plan Trust.

19  (6)    The Plan impermissibly provides for a release by the estates of all claims
20  against Suncal and insiders of Suncal in exchange for little to no consideration to the
21  estates.

22  There are a number of other issues and concerns but the Committee is hopeful that
23  with further negotiations and discussions, the Plan and Disclosure Statement will be
24  amended to address all of the Committee's issues and concerns.  Meanwhile, the
25  Committee reserves all rights to further supplement its objection.

26
27
28

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

Respectfully submitted,

Dated: April 29, 2011

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: /s/ *Lei Lei Wang Ekvall*
LEI LEI WANG EKVALL
Attorneys for the Joint Committee of
Creditors Holding Unsecured Claims

**Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is :**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described as **JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS' PRELIMINARY OBJECTIONS TO AND RESERVATION OF RIGHTS REGARDING SUNCAL PLAN PROPONENT'S DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN IN THE CHAPTER 11 CASES OF ACTON ESTATES, LLC, SUNCAL EMERALD MEADOWS LLC, DELTA COVES VENTURE, LLC, SUNCAL HEARTLAND, LLC, LBL-SUNCAL NORTHLAKE, LLC, AND LBL-SUNCAL OAK VALLEY, LLC [GROUP II DEBTORS]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **April 29, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 29, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Erithe Smith**
**United States Bankruptcy Court**            **(Via Personal Delivery)**
**411 West Fourth Street**
**Santa Ana, CA 92701**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 29, 2011 | Terri Jones | /s/ Terri Jones |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                           **F 9013-3.1.PROOF.SERVICE**
590078.1

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")**

**Selia M Acevedo**   sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
**Joseph M Adams**   jadams@sycr.com
**Raymond H Aver**   ray@averlaw.com
**James C Bastian**   jbastian@shbllp.com
**Thomas Scott Belden**   sbelden@kleinlaw.com, ecf@kleinlaw.com
**John A Boyd**   fednotice@tclaw.net
**Mark Bradshaw**   mbradshaw@shbllp.com
**Gustavo E Bravo**   gbravo@smaha.com
**Jeffrey W Broker**   jbroker@brokerlaw.biz
**Brendt C Butler**   bbutler@mandersonllp.com
**Andrew W Caine**   acaine@pszyjw.com
**Carollynn Callari**   ccallari@venable.com
**Cathrine M Castaldi**   ccastaldi@rusmiliband.com
**Tara Castro Narayanan**   tara.narayanan@msrlegal.com
**Dan E Chambers**   dchambers@jmbm.com
**Shirley Cho**   scho@pszjlaw.com
**Vonn Christenson**   vrc@paynefears.com
**Brendan P Collins**   bpcollins@bhfs.com
**Vincent M Coscino**   vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
**Paul J Couchot**   pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
**Jonathan S Dabbieri**   dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
**Ana Damonte**   ana.damonte@pillsburylaw.com
**Vanessa S Davila**   vsd@amclaw.com
**Melissa Davis**   mdavis@shbllp.com
**Daniel Denny**   ddenny@gibsondunn.com
**Caroline Djang**   crd@jmbm.com
**Donald T Dunning**   ddunning@dunningLaw.com
**Joseph A Eisenberg**   jae@jmbm.com
**Lei Lei Wang Ekvall**   lekvall@wgllp.com
**Richard W Esterkin**   resterkin@morganlewis.com
**Marc C Forsythe**   kmurphy@goeforlaw.com
**Alan J Friedman**   afriedman@irell.com
**Steven M Garber**   steve@smgarberlaw.com
**Christian J Gascou**   cgascou@gascouhopkins.com
**Barry S Glaser**   bglaser@swjlaw.com
**Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
**Eric D Goldberg**   egoldberg@stutman.com
**Richard H Golubow**   rgolubow@winthropcouchot.com, pj@winthropcouchot.com
**Michael J Gomez**   mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
**Kelly C Griffith**   bkemail@harrisbeach.com
**Matthew Grimshaw**   mgrimshaw@rutan.com
**Kavita Gupta**   kgupta@winthropcouchot.com
**Asa S Hami**   ahami@morganlewis.com
**Michael J Hauser**   michael.hauser@usdoj.gov
**D Edward Hays**   ehays@marshackhays.com
**Michael C Heinrichs**   mheinrichs@omm.com
**Harry D. Hochman**   hhochman@pszjlaw.com, hhochman@pszjlaw.com
**Jonathan M Hoff**   jonathan.hoff@cwt.com
**Nancy Hotchkiss**   nhotchkiss@trainorfairbrook.com
**Michelle Hribar**   mhribar@rutan.com
**John J Immordino**   john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
**Lawrence A Jacobson**   laj@cohenandjacobson.com
**Michael J Joyce**   mjoyce@crosslaw.com

**Stephen M Judson**     sjudson@fablaw.com
**Kaleb L Judy**     ecf@kleinlaw.com, kjudy@kleinlaw.com
**Steven J Kahn**     skahn@pszyjw.com
**Sheri Kanesaka**     sheri.kanesaka@bryancave.com
**David I Katzen**     katzen@ksfirm.com
**Christopher W Keegan**     ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
**Payam Khodadadi**     pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
**Irene L Kiet**     ikiet@hkclaw.com
**Mark J Krone**     mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
**David B Lally**     davidlallylaw@gmail.com
**Leib M Lerner**     leib.lerner@alston.com
**Peter W Lianides**     plianides@winthropcouchot.com, pj@winthropcouchot.com
**Charles Liu**     cliu@winthropcouchot.com
**Kerri A Lyman**     klyman@irell.com
**Mariam S Marshall**     mmarshall@marshallramoslaw.com
**Robert C Martinez**     rmartinez@mclex.com
**Michael D May**     mdmayesq@verizon.net
**Hutchison B Meltzer**     hmeltzer@wgllp.com
**Krikor J Meshefejian**     kjm@lnbrb.com
**Joel S. Miliband**     jmiliband@rusmiliband.com
**James M Miller**     jmiller@millerbarondess.com, vgunderston@millerbarondess.com
**Louis R Miller**     smiller@millerbarondess.com
**Randall P Mroczynski**     randym@cookseylaw.com
**Mike D Neue**     mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
**Robert Nida**     Rnida@castlelawoffice.com
**Henry H Oh**     henry.oh@dlapiper.com, janet.curley@dlapiper.com
**Sean A Okeefe**     sokeefe@okeefelc.com
**Robert B Orgel**     rorgel@pszjlaw.com, rorgel@pszjlaw.com
**Malhar S Pagay**     mpagay@pszjlaw.com, mpagay@pszjlaw.com
**Penelope Parmes**     pparmes@rutan.com
**Ronald B Pierce**     ronald.pierce@sdma.com
**Katherine C Piper**     kpiper@steptoe.com
**Cassandra J Richey**     cmartin@pprlaw.net
**Debra Riley**     driley@allenmatkins.com
**James S Riley**     tgarza@sierrafunds.com
**Todd C. Ringstad**     becky@ringstadlaw.com
**R Grace Rodriguez**     ecf@lorgr.com
**Martha E Romero**     Romero@mromerolawfirm.com
**Ronald Rus**     rrus@rusmiliband.com
**John P Schafer**     jschafer@mandersonllp.com
**John E Schreiber**     jschreiber@dl.com
**William D Schuster**     bills@allieschuster.org
**Christopher P Simon**     csimon@crosslaw.com
**Wendy W Smith**     wendy@bindermalter.com
**Steven M Speier**     Sspeier@Squarmilner.com, ca85@ecfcbis.com
**Steven M Speier (TR)**     Sspeier@asrmanagement.com, ca85@ecfcbis.com
**Michael St James**     ecf@stjames-law.com
**Michael K Sugar**     msugar@irell.com
**Cathy Ta**     cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
**David A Tilem**     davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
**James E Till**     jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
**United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
**Carol G Unruh**     cgunruh@sbcglobal.net
**Annie Verdries**     verdries@lbbslaw.com
**Jason Wallach**     jwallach@gladstonemichel.com
**Joshua D Wayser**     , kim.johnson@kattenlaw.com
**Christopher T Williams**     ctwilliams@venable.com, jcontreras@venable.com

**Marc J Winthrop**     mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
**David M Wiseblood**     dwiseblood@seyfarth.com
**Brett K Wiseman**     bwiseman@aalaws.com
**Dean A Ziehl**     dziehl@pszjlaw.com, dziehl@pszjlaw.com
**Marc A. Zimmerman**     joshuasdaddy@att.net