**WEILAND, GOLDEN,**
**SMILEY, WANG EKVALL & STROK, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

Attorneys for the Joint Committee
of Creditors Holding Unsecured Claims

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, and its Related Debtors,<br><br>Jointly Administered Debtors and Debtors-in-Possession.<br><br>☐ Affects PALMDALE HILLS PROPERTY, LLC, Only<br>☐ Affects SUNCAL BEAUMONT HEIGHTS, LLC, Only<br>☐ Affects SCC/PALMDALE, Only<br>☐ Affects SUNCAL JOHANNSON RANCH, LLC, Only<br>☐ Affects SUNCAL SUMMIT VALLEY, LLC, Only<br>☐ Affects SUNCAL EMERALD MEADOWS, LLC, Only<br>☐ Affects SUNCAL BICKFORD RANCH, LLC, Only<br>☐ Affects ACTON ESTATES, LLC, Only<br>☐ Affects SEVEN BROTHERS, LLC, Only<br>☐ Affects SJD PARTNERS, LTD., Only<br>☐ Affects SJD DEVELOPMENT CORP., Only | Case No.  8:08-bk-17206-ES<br><br>Chapter 11 Case<br><br>(Jointly Administered with Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES)<br><br>**LIMITED OPPOSITION TO MOTION FOR ORDER REGARDING ENTITLEMENT TO DISCOVERY IN CONNECTION WITH CLAIM OBJECTION, AND/OR IMPOSING DISCRETIONARY STAY**<br><br>**DATE:** May 13, 2011<br>**TIME:**   9:30 a.m.<br>**CTRM:** 5A |

591492.1                                            1                                  LIMITED OPPOSITION

**Weiland, Golden,**
**Smiley, Wang Ekvall & Strok, LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1  ☐ Affects KIRBY ESTATES, LLC, Only
2  ☐ Affects SUNCAL COMMUNITIES I, LLC, Only
3  ☐ Affects SUNCAL COMMUNITIES III, LLC, Only
4  ☐ Affects SCC COMMUNITIES, LLC, Only
5  ☐ Affects NORTH ORANGE DEL RIO LAND, LLC, Only
6  
7  ☐ Affects TESORO SF, LLC, Only
8  ☒ Affects LBL-SUNCAL OAK VALLEY, LLC, Only
9  ☒ Affects SUNCAL HEARTLAND, LLC, Only
10 ☒ Affects LBL-SUNCAL NORTHLAKE, LLC, Only
11 
12 ☒ Affects SUNCAL MARBLEHEAD, LLC, Only
13 ☐ Affects SUNCAL CENTURY CITY, LLC, Only
14 ☒ Affects SUNCAL PSV, LLC, Only
15 ☐ Affects DELTA COVES VENTURE, LLC, Only
16 ☐ Affects SUNCAL TORRANCE, LLC, Only
17 
18 ☐ Affects SUNCAL OAK KNOLL, LLC, Only
19 ☐ Affects All Debtors

**TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY JUDGE:**

The Joint Committee of Creditors Holding Unsecured Claims (the "Committee") appointed in the cases commonly referred to as the "Trustee Debtor Cases" or the "Involuntary Debtor Cases" submits this limited opposition to the *Motion for Order Regarding Entitlement to Discovery in Connection with Claim Objection, and/or Imposing Discretionary Stay* (the "Motion") [docket no. 2036] filed by certain voluntary debtors and SunCal Management (collectively, the "SunCal Parties").

1    The Motion focuses on discovery against various Lehman Entities[1] in connection
2 with the SunCal Entities' objections to claims of the Lehman Entities.  The objections to
3 claims were filed recently, on April 8, 2011, more than two years after the commencement
4 of the various cases at issue.

5    The Committee does not seek to involve itself in any discovery disputes that may
6 exist between the SunCal Entities and the Lehman Entities.  This opposition relates solely
7 to the SunCal Entities' alternative request – to stay all plan and disclosure statement
8 proceedings filed by the Lehman Entities in five of the Involuntary Debtor Cases.

9    The Committee strenuously opposes any further discretionary stays.  These cases
10 have been pending for over two years and some creditors are suffering severe financial
11 hardship from the delays.  The Committee perceives little to no benefit  from the
12 imposition of further stays.

13    Disclosure statements and plans filed by the SunCal Entities and the Lehman
14 Entities are scheduled to be heard on May 13, 2011.  According to the SunCal Entities,
15 their plans do not implicate the automatic stay in LCPI's case.  *See, e.g.,* p. 3, ll. 28 - 25
16 of the Disclosure Statement filed in the cases of the Group II debtors [docket no. 1894].
17 Thus, the competitive plan process should proceed without further delay.  The claim
18 objections, which the SunCal Entities chose to file more than two years after the
19 commencement of these cases, should not further delay the plan process.

20 ///
21 ///
22 ///

---

[1]    Defined at p. 1, l. 14 of the Motion.

591492.1                                         3                                    LIMITED OPPOSITION

Based on the foregoing, the Committee respectfully requests that the Motion be denied with respect to the request to stay all plan and disclosure statement proceedings filed by the Lehman Entities in the Involuntary Debtor Cases.

Respectfully submitted,

Dated: May 10, 2011

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: /s/ *Lei Lei Wang Ekvall*
LEI LEI WANG EKVALL
Attorneys for the Joint Committee of
Creditors Holding Unsecured Claims

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is :**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described as **LIMITED OPPOSITION TO MOTION FOR ORDER REGARDING ENTITLEMENT TO DISCOVERY IN CONNECTION WITH CLAIM OBJECTION, AND/OR IMPOSING DISCRETIONARY STAY** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 10, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 10, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Erithe Smith**
**United States Bankruptcy Court**            **(Via Personal Delivery)**
**411 West Fourth Street**
**Santa Ana, CA 92701**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 10, 2011 | Terri Jones | /s/ *Terri Jones* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**
591656.1

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")**

**Selia M Acevedo**   sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
**Joseph M Adams**   jadams@sycr.com
**Raymond H Aver**   ray@averlaw.com
**James C Bastian**   jbastian@shbllp.com
**Thomas Scott Belden**   sbelden@kleinlaw.com, ecf@kleinlaw.com
**John A Boyd**   fednotice@tclaw.net
**Mark Bradshaw**   mbradshaw@shbllp.com
**Gustavo E Bravo**   gbravo@smaha.com
**Jeffrey W Broker**   jbroker@brokerlaw.biz
**Brendt C Butler**   bbutler@mandersonllp.com
**Andrew W Caine**   acaine@pszyjw.com
**Carollynn Callari**   ccallari@venable.com
**Cathrine M Castaldi**   ccastaldi@rusmiliband.com
**Tara Castro Narayanan**   tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
**Dan E Chambers**   dchambers@jmbm.com
**Shirley Cho**   scho@pszjlaw.com
**Vonn Christenson**   vrc@paynefears.com
**Brendan P Collins**   bpcollins@bhfs.com
**Vincent M Coscino**   vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
**Paul J Couchot**   pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
**Jonathan S Dabbieri**   dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
**Ana Damonte**   ana.damonte@pillsburylaw.com
**Vanessa S Davila**   vsd@amclaw.com
**Melissa Davis**   mdavis@shbllp.com
**Daniel Denny**   ddenny@gibsondunn.com
**Caroline Djang**   crd@jmbm.com
**Donald T Dunning**   ddunning@dunningLaw.com
**Joseph A Eisenberg**   jae@jmbm.com
**Lei Lei Wang Ekvall**   lekvall@wgllp.com
**Richard W Esterkin**   resterkin@morganlewis.com
**Marc C Forsythe**   kmurphy@goeforlaw.com
**Alan J Friedman**   afriedman@irell.com
**Steven M Garber**   steve@smgarberlaw.com
**Christian J Gascou**   cgascou@gascouhopkins.com
**Barry S Glaser**   bglaser@swjlaw.com
**Robert P Goe**   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
**Eric D Goldberg**   egoldberg@stutman.com
**Richard H Golubow**   rgolubow@winthropcouchot.com, pj@winthropcouchot.com
**Michael J Gomez**   mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
**Kelly C Griffith**   bkemail@harrisbeach.com
**Matthew Grimshaw**   mgrimshaw@rutan.com
**Kavita Gupta**   kgupta@winthropcouchot.com
**Asa S Hami**   ahami@morganlewis.com
**Michael J Hauser**   michael.hauser@usdoj.gov
**D Edward Hays**   ehays@marshackhays.com
**Michael C Heinrichs**   mheinrichs@omm.com
**Harry D. Hochman**   hhochman@pszjlaw.com, hhochman@pszjlaw.com
**Jonathan M Hoff**   jonathan.hoff@cwt.com
**Nancy Hotchkiss**   nhotchkiss@trainorfairbrook.com
**Michelle Hribar**   mhribar@rutan.com
**John J Immordino**   john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
**Lawrence A Jacobson**   laj@cohenandjacobson.com
**Michael J Joyce**   mjoyce@crosslaw.com
**Stephen M Judson**   sjudson@fablaw.com
**Kaleb L Judy**   ecf@kleinlaw.com, kjudy@kleinlaw.com

**Steven J Kahn**   skahn@pszyjw.com
**Sheri Kanesaka**   sheri.kanesaka@bryancave.com
**David I Katzen**   katzen@ksfirm.com
**Christopher W Keegan**   ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
**Payam Khodadadi**   pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
**Irene L Kiet**   ikiet@hkclaw.com
**Claude F Kolm**   claude.kolm@acgov.org
**Mark J Krone**   mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
**David B Lally**   davidlallylaw@gmail.com
**Leib M Lerner**   leib.lerner@alston.com
**Peter W Lianides**   plianides@winthropcouchot.com, pj@winthropcouchot.com
**Charles Liu**   cliu@winthropcouchot.com
**Kerri A Lyman**   klyman@irell.com
**Mariam S Marshall**   mmarshall@marshallramoslaw.com
**Robert C Martinez**   rmartinez@mclex.com
**Michael D May**   mdmayesq@verizon.net
**Hutchison B Meltzer**   hmeltzer@wgllp.com
**Krikor J Meshefejian**   kjm@lnbrb.com
**Joel S. Miliband**   jmiliband@rusmiliband.com
**James M Miller**   jmiller@millerbarondess.com, vgunderson@millerbarondess.com
**Louis R Miller**   smiller@millerbarondess.com
**Randall P Mroczynski**   randym@cookseylaw.com
**Mike D Neue**   mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
**Robert Nida**   Rnida@castlelawoffice.com
**Henry H Oh**   henry.oh@dlapiper.com, janet.curley@dlapiper.com
**Sean A Okeefe**   sokeefe@okeefelc.com
**Robert B Orgel**   rorgel@pszjlaw.com, rorgel@pszjlaw.com
**Malhar S Pagay**   mpagay@pszjlaw.com, mpagay@pszjlaw.com
**Penelope Parmes**   pparmes@rutan.com
**Ronald B Pierce**   ronald.pierce@sdma.com
**Katherine C Piper**   kpiper@steptoe.com
**Cassandra J Richey**   cmartin@pprlaw.net
**Debra Riley**   driley@allenmatkins.com
**James S Riley**   tgarza@sierrafunds.com
**Todd C. Ringstad**   becky@ringstadlaw.com
**R Grace Rodriguez**   ecf@lorgr.com
**Martha E Romero**   Romero@mromerolawfirm.com
**Ronald Rus**   rrus@rusmiliband.com
**John P Schafer**   jschafer@mandersonllp.com
**John E Schreiber**   jschreiber@dl.com
**William D Schuster**   bills@allieschuster.org
**Christopher P Simon**   csimon@crosslaw.com
**Wendy W Smith**   wendy@bindermalter.com
**Steven M Speier**   Sspeier@Squarmilner.com, ca85@ecfcbis.com
**Steven M Speier (TR)**   Sspeier@asrmanagement.com, ca85@ecfcbis.com
**Michael St James**   ecf@stjames-law.com
**Michael K Sugar**   msugar@irell.com
**Cathy Ta**   cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
**David A Tilem**   davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
**James E Till**   jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
**United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov
**Carol G Unruh**   cgunruh@sbcglobal.net
**Annie Verdries**   verdries@lbbslaw.com
**Jason Wallach**   jwallach@gladstonemichel.com
**Joshua D Wayser**   , kim.johnson@kattenlaw.com
**Christopher T Williams**   ctwilliams@venable.com, jcontreras@venable.com
**Marc J Winthrop**   mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

**David M Wiseblood** dwiseblood@seyfarth.com
**Brett K Wiseman** bwiseman@aalaws.com
**Dean A Ziehl** dziehl@pszjlaw.com, dziehl@pszjlaw.com
**Marc A. Zimmerman** joshuasdaddy@att.net