IRELL & MANELLA LLP
Alan J. Friedman (State Bar No. 132580)
afriedman@irell.com
Kerri A. Lyman (State Bar No. 241615)
klyman@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200

Counsel for the Official Joint Committee of Unsecured Creditors in the Voluntary Debtors' Chapter 11 Cases

**FILED & ENTERED**

**MAY 23 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY reid        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>Palmdale Hills Property, LLC, and its Related Debtors.<br><br>　　Jointly Administered Debtors and Debtors-in-Possession.<br><br>　Affects:<br>☒　All Debtors<br>☐　Palmdale Hills Property, LLC<br>☐　SunCal Beaumont Heights, LLC<br>☐　SCC/Palmdale, LLC<br>☐　SunCal Johannson Ranch, LLC<br>☐　SunCal Summit Valley, LLC<br>☐　SunCal Emerald Meadows LLC<br>☐　SunCal Bickford Ranch, LLC<br>☐　Acton Estates, LLC<br>☐　Seven Brothers LLC<br>☐　SJD Partners, Ltd.<br>☐　SJD Development Corp.<br>☐　Kirby Estates, LLC<br>☐　SunCal Communities I, LLC<br>☐　SunCal Communities III, LLC<br>☐　SCC Communities LLC<br>☐　North Orange Del Rio Land, LLC<br>☐　Tesoro SF LLC<br>☐　LBL-SunCal Oak Valley, LLC<br>☐　SunCal Heartland, LLC<br>☐　LBL-SunCal Northlake, LLC<br><br>*Caption Continued on Next Page* | Case No. 8:08-bk-17206- ES<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8-08-bk-17575 ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES<br>8:08-bk-17588-ES<br><br>Chapter 11 Cases<br><br>**ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES**<br><br>Hearing<br>Date:  May 13, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 5A |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES**
Order#40653#8e813109-bbdc-4026-8c55-39ed46a7da08

1  ☐ SunCal Marblehead, LLC
2  ☐ SunCal Century City, LLC
   ☐ SunCal PSV, LLC
3  ☐ Delta Coves Venture, LLC
   ☐ SunCal Torrance, LLC
4  ☐ SunCal Oak Knoll, LLC

6  **TO ALL PARTIES-IN-INTEREST:**

7  Attached hereto as Exhibit "A" and incorporated herein by this reference is that certain

8  proposed SunCal Plan Confirmation/Discovery Time Line (the "Confirmation Time Line").  The

9  Confirmation Time Line and all dates contained therein are hereby approved pursuant to this

10 Order.

11                                                # # #

25 DATED: May 23, 2011

   *[signature]*
   United States Bankruptcy Judge

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND
RELATED DEADLINES**
Order#40653#8e813109-bbdc-4026-8c55-39ed46a7da08

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES**
Order#40653#8e813109-bbdc-4026-8c55-39ed46a7da08

- 3 -

# Proposed SunCal Plan Confirmation/Discovery Time Line

| Date | Event |
|---|---|
| June 3, 2011 | Deadline to propound discovery |
| June 14, 2011 | Deadline to object to scope of discovery |
| June 21, 2011 | Deadline to file replies in support of discovery requests; Joint stipulation |
| June 20, 2011 | Proponents to file amended disclosure statements |
| July 8, 2011 | Deadline to object to amended disclosure statements |
| July 8 @ 2:30p | Hearing to resolve discovery disputes |
| July 15, 2011 | Deadline for replies in support of amended disclosure statements |
| July 22, 2011 @ 10am | Continued hearing to approve disclosure statements, plan solicitation procedures, etc. |
| August 29, 2011 | Last day to mail solicitation packages and confirmation hearing notices |
| September 26, 2011 | Last day to submit ballots / Last day to file and serve objections to confirmation and to cure amounts / Discovery cutoff |
| October 11, 2011 | Last day to file memoranda in support of confirmation of plans, ballot summaries, replies to conf. objections |
| October 18, 2011 | Deadline for proponents to file plan supplements |
| Oct. 24, 2011 @ 9:30am | Confirmation hearing |

Intervals noted: 98 days; 38 days; 28 days; 94 days; 15 days

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as **ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 19, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Caused to be served via Personal Delivery:

| | |
|---|---|
| Honorable Erithe A. Smith | Michael Hauser, Esq. |
| United States Courthouse | U.S. Trustee's Office |
| 411 West Fourth Street, Suite 5041 | 411 West Fourth Street, 9041 |
| Santa Ana, CA 92701-4593 | Santa Ana, CA 92701 |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/18/11 | LESLIE WOLCHUCK | /s/ *Leslie Wolchuck* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES**
Order#40653#8e813109-bbdc-4026-8c55-39ed46a7da08

- 5 -

| In re: | CHAPTER 11 |
|---|---|
| **Palmdale Hills Property, LLC, and its Related Debtors.** | CASE NUMBER 8:08-17206-ES |
| Debtor(s). | |

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify)* **ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May ___, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES**
Order#40653#8e813109-bbdc-4026-8c55-39ed46a7da08

- 6 -

**SERVED VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES**
Order#40653#8e813109-bbdc-4026-8c55-39ed46a7da08

- 7 -

- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES**
Order#40653#8e813109-bbdc-4026-8c55-39ed46a7da08

- 8 -

1. - Stephen M Judson    sjudson@fablaw.com
2. - Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
3. - Steven J Kahn    skahn@pszyjw.com
4. - Sheri Kanesaka    sheri.kanesaka@bryancave.com
5. - David I Katzen    katzen@ksfirm.com
6. - Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
7. - Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
8. - Irene L Kiet    ikiet@hkclaw.com
9. - Claude F Kolm    claude.kolm@acgov.org
10. - Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
11. - David B Lally    davidlallylaw@gmail.com
12. - Leib M Lerner    leib.lerner@alston.com
13. - Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
14. - Charles Liu    cliu@winthropcouchot.com
15. - Kerri A Lyman    klyman@irell.com
16. - Mariam S Marshall    mmarshall@marshallramoslaw.com
17. - Robert C Martinez    rmartinez@mclex.com
18. - Michael D May    mdmayesq@verizon.net
19. - Hutchison B Meltzer    hmeltzer@wgllp.com
20. - Krikor J Meshefejian    kjm@lnbrb.com
21. - Joel S. Miliband    jmiliband@rusmiliband.com
22. - James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com
23. - Louis R Miller    smiller@millerbarondess.com
24. - Randall P Mroczynski    randym@cookseylaw.com
25. - Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
26. - Robert Nida    Rnida@castlelawoffice.com
27. - Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES**
Order#40653#8e813109-bbdc-4026-8c55-39ed46a7da08

- 9 -

1. - Sean A Okeefe    sokeefe@okeefelc.com
2. - Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
3. - Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
4. - Penelope Parmes    pparmes@rutan.com
5. - Ronald B Pierce    ronald.pierce@sdma.com
6. - Katherine C Piper    kpiper@steptoe.com
7. - Cassandra J Richey    cmartin@pprlaw.net
8. - Debra Riley    driley@allenmatkins.com
9. - James S Riley    tgarza@sierrafunds.com
10. - Todd C. Ringstad    becky@ringstadlaw.com
11. - R Grace Rodriguez    ecf@lorgr.com
12. - Martha E Romero    Romero@mromerolawfirm.com
13. - Ronald Rus    rrus@rusmiliband.com
14. - John P Schafer    jschafer@mandersonllp.com
15. - John E Schreiber    jschreiber@dl.com
16. - William D Schuster    bills@allieschuster.org
17. - Christopher P Simon    csimon@crosslaw.com
18. - Wendy W Smith    wendy@bindermalter.com
19. - Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
20. - Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
21. - Michael St James    ecf@stjames-law.com
22. - Michael K Sugar    msugar@irell.com
23. - Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
24. - David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
25. - James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
26. - United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES**
Order#40653#8e813109-bbdc-4026-8c55-39ed46a7da08

- 10 -

1  • Carol G Unruh    cgunruh@sbcglobal.net
2  • Annie Verdries    verdries@lbbslaw.com
3  • Jason Wallach    jwallach@gladstonemichel.com
4  • Joshua D Wayser    , kim.johnson@kattenlaw.com
5  • Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
6  • Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
7  • David M Wiseblood    dwiseblood@seyfarth.com
8  • Brett K Wiseman    bwiseman@aalaws.com
9  • Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
10 • Marc A. Zimmerman    joshuasdaddy@att.net

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES**
Order#40653#8e813109-bbdc-4026-8c55-39ed46a7da08

- 11 -