Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760

Edward Soto (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Counsel for Lehman Commercial Paper Inc., Lehman ALI, Inc.,
Northlake Holdings LLC and OVC Holdings LLC

**FILED & ENTERED**

**MAY 23 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY reid        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>    Jointly Administered Debtors and<br>    Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☒ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☒ SunCal Summit Valley, LLC<br>☒ SunCal Emerald Meadows, LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☒ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☒ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC<br>☒ Tesoro SF, LLC<br>☒ LB-L-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LB-L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☐ SunCal Oak Knoll, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**ORDER DENYING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF HEARING ON MOTION OF THE LEHMAN ENTITIES FOR STAY OF SUNCAL NON-CONFIRMATION LITIGATION PENDING CONFIRMATION** |

52063-001\DOCS_LA:238472.1

The Court having reviewed and considered the Ex Parte Application for an Order Shortening Time for Hearing on the Motion of the Lehman Entities for a Stay of SunCal Non-Confirmation Litigation Pending Confirmation (the "<u>Ex Parte Application</u>" and "<u>Motion for Stay Pending Confirmation</u>") filed by Lehman Commercial Paper Inc. ("<u>LCPI</u>"), Lehman ALI, Inc. ("<u>Lehman ALI</u>"), Northlake Holdings LLC ("<u>Northlake</u>"), and OVC Holdings LLC ("<u>OVC</u>" and together with LCPI, Lehman ALI, and Northlake, the "<u>Lehman Entities</u>") in the above-captioned cases; after due deliberation and good and sufficient cause appearing therefor, it is hereby

ORDERED that the Ex Parte Application is DENIED due to insufficient grounds stated therefor.

###

DATED: May 23, 2011

*Erithe A. Smith*
United States Bankruptcy Judge

52063-001\DOCS_LA:238472.1                                2

| | |
|---|---|
| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER SETTING JUNE 9, 2011 HEARING AND SHORTENING TIME FOR NOTICE OF HEARING ON MOTION OF THE LEHMAN ENTITIES FOR STAY OF SUNCAL NON-CONFIRMATION LITIGATION PENDING CONFIRMATION* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 20, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 20, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 20, 2011 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                          **F 9013-3.1 PROOF SERVICE**

| | |
|---|---|
| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 08-17206-ES |

**III. SERVED BY E-MAIL**

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
    bcook@suncal.com
(3) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee (c/o Squar Milner):
    Steven N. Speier - sspeier@squarmilner.com; ca85@ecfcbis.com
(7) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(8) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(9) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Joseph A Eisenberg - jae@jmbm.com
Mark McKane - mark.mckane@kirkland.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*     **F 9013-3.1 PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States Tstee and case Tstee (if any) will always be in this category.
**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled ***ORDER SETTING JUNE 9, 2011 HEARING AND SHORTENING TIME FOR NOTICE OF HEARING ON MOTION OF THE LEHMAN ENTITIES FOR STAY OF SUNCAL NON-CONFIRMATION LITIGATION PENDING CONFIRMATION*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 20, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Palmdale Hills Property, LLC (and its related entities)
2392 Morse Ave.
Irvine, CA 92614
Attn: Bruce Elieff, Manager

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                       F 9021-1.1.NOTICE.ENTERED.ORDER

## I. SERVED BY NEF

**8:08-bk-17206-ES Notice will be electronically mailed to:**

1. Selia M Acevedo for Atty Miller Barondess LLP
   sacevedo@millerbarondess.com,
   mpritikin@millerbarondess.com
2. Joseph M Adams for Def The City of San Juan Capistrano
   jadams@sycr.com
3. Raymond H Aver for Debtor Palmdale Hills Property, LLC
   ray@averlaw.com
4. James C Bastian for Cred ARB, Inc.
   jbastian@shbllp.com
5. Thomas Scott Belden for Def Zim Industries, Inc. dba Bakersfield Well & Pump
   sbelden@kleinlaw.com, ecf@kleinlaw.com
6. John A Boyd for Int Pty Oliphant Golf Inc
   fednotice@tclaw.net
7. Mark Bradshaw for Int Pty Courtesy NEF
   mbradshaw@shbllp.com
8. Gustavo E Bravo for Cred Oliphant Golf, Inc.
   gbravo@smaha.com
9. Jeffrey W Broker for Cred Bond Safeguard Ins Co
   jbroker@brokerlaw.biz
10. Brendt C Butler for Cred EMR Residential Properties LLC
    BButler@mandersonllp.com
11. Andrew W Caine for Cred Lehman ALI, Inc.
    acaine@pszyjw.com
12. Carollynn Callari for Cred Danske Bank A/S London Branch
    ccallari@venable.com
13. Cathrine M Castaldi for Cred SunCal Management, LLC
    ccastaldi@rusmiliband.com
14. Tara Castro Narayanan for Int Pty Courtesy NEF
    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
15. Dan E Chambers for Cred EMR Residential Properties LLC
    dchambers@jmbm.com
16. Shirley Cho for Cred Lehman ALI, Inc.
    scho@pszjlaw.com
17. Vonn Christenson for Int Pty Courtesy NEF
    vrc@paynefears.com
18. Brendan P Collins for Cred Gray1 CPB, LLC
    bpcollins@bhfs.com
19. Vincent M Coscino for Petitioning Cred CST Environmental Inc
    vcoscino@allenmatkins.com,
    emurdoch@allenmatkins.com
20. Paul J Couchot for Cred SCC Acquisitions, Inc.
    pcouchot@winthropcouchot.com,
    pj@winthropcouchot.com;sconnor@winthropcouchot.com
21. Jonathan S Dabbieri for Int Pty Courtesy NEF
    dabbieri@sullivan.com,
    hill@sullivanhill.com;mcallister@sullivanhill.com;
    stein@sullivanhill.com;vidovich@sullivanhill.com
22. Ana Damonte for Cred Top Grade Construction, Inc.
    ana.damonte@pillsburylaw.com
23. Vanessa S Davila for Cred Bond Safeguard Ins Co
    vsd@amclaw.com
24. Melissa Davis for Cred City of Orange
    mdavis@shbllp.com
25. Daniel Denny for Int Pty Courtesy NEF
    ddenny@gibsondunn.com
26. Caroline Djang for Cred Lehman ALI, Inc.
    crd@jmbm.com
27. Donald T Dunning for Cred Hertz Equipment Rental Corp
    ddunning@dunningLaw.com
28. Joseph A Eisenberg for Cred Lehman ALI, Inc.
    jae@jmbm.com
29. Lei Lei Wang Ekvall for Atty Weiland Golden Smiley Wang Ekvall & Strok, LLP
    lekvall@wgllp.com
30. Richard W Esterkin for Debtor Palmdale Hills Property, LLC
    resterkin@morganlewis.com
31. Marc C Forsythe for Atty Robert Goe
    kmurphy@goeforlaw.com
32. Alan J Friedman for Atty Irell & Manella LLP
    afriedman@irell.com
33. Steven M Garber for Cred Park West Landscape, Inc
    steve@smgarberlaw.com
34. Christian J Gascou for 3rd Party Pltf Arch Ins Co
    cgascou@gascouhopkins.com
35. Barry S Glaser for Cred County of Los Angeles
    bglaser@swjlaw.com
36. Robert P Goe for Atty Robert Goe
    kmurphy@goeforlaw.com,
    rgoe@goeforlaw.com;mforsythe@goeforlaw.com
37. Eric D Goldberg for Int Pty Courtesy NEF
    egoldberg@stutman.com
38. Richard H Golubow for Debtor Palmdale Hills Property, LLC
    rgolubow@winthropcouchot.com,
    pj@winthropcouchot.com
39. Michael J Gomez for Int Pty Central Pacific Bank
    mgomez@frandzel.com,
    efiling@frandzel.com;sking@frandzel.com
40. Kelly C Griffith for Cred Bond Safeguard Ins Co
    bkemail@harrisbeach.com
41. Matthew Grimshaw for Int Pty City Of Torrance
    mgrimshaw@rutan.com
42. Kavita Gupta for Debtor Palmdale Hills Property, LLC
    kgupta@winthropcouchot.com
43. Asa S Hami for Debtor Palmdale Hills Property, LLC
    ahami@morganlewis.com
44. Michael J Hauser for U.S. Trustee United States Trustee (SA)
    michael.hauser@usdoj.gov
45. D Edward Hays for Cred Villa San Clemente, LLC
    ehays@marshackhays.com
46. Michael C Heinrichs for Int Pty Courtesy NEF
    mheinrichs@omm.com
47. Harry D. Hochman for Cred Lehman ALI, Inc.
    hhochman@pszjlaw.com, hhochman@pszjlaw.com
48. Jonathan M Hoff for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd
    jonathan.hoff@cwt.com
49. Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
    nhotchkiss@trainorfairbrook.com
50. Michelle Hribar for Pltf EMR Residential Properties LLC
    mhribar@rutan.com
51. John J Immordino for Cred Arch Ins Co.
    john.immordino@wilsonelser.com,
    raquel.burgess@wilsonelser.com
52. Lawrence A Jacobson for Cred BKF Engineers
    laj@cohenandjacobson.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                F 9021-1.1.NOTICE.ENTERED.ORDER

53. Michael J Joyce for Int Pty Courtesy NEF
    mjoyce@crosslaw.com
54. Stephen M Judson for Petitioning Cred The Professional Tree
    Care Co
    sjudson@fablaw.com
55. Kaleb L Judy for Def Zim Industries, Inc. dba Bakersfield Well
    & Pump
    ecf@kleinlaw.com, kjudy@kleinlaw.com
56. Sheri Kanesaka for Cred California Bank & Trust
    sheri.kanesaka@bryancave.com
57. David I Katzen for Int Pty Bethel Island Muni Imp District
    katzen@ksfirm.com
58. Christopher W Keegan for Cred SC Master Holdings II LLC
    ckeegan@kirkland.com,
    gdupre@kirkland.com;alevin@kirkland.com
59. Payam Khodadadi for Debtor Palmdale Hills Property, LLC
    pkhodadadi@winthropcouchot.com,
    pj@winthropcouchot.com
60. Irene L Kiet for Cred BNB Engineering, Inc.
    ikiet@hkclaw.com
61. Claude F Kolm for Cred County of Alameda Tax Collector
    claude.kolm@acgov.org
62. Mark J Krone for Cred Bond Safeguard Ins Co
    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
63. David B Lally for Def Contracting Engineers, Inc.
    davidlallylaw@gmail.com
64. Leib M Lerner for Cred Steiny and Co, Inc.
    leib.lerner@alston.com
65. Peter W Lianides for Debtor Palmdale Hills Property, LLC
    plianides@winthropcouchot.com,
    pj@winthropcouchot.com
66. Charles Liu for Debtor Palmdale Hills Property, LLC
    cliu@winthropcouchot.com
67. Kerri A Lyman for Atty Irell & Manella LLP
    klyman@irell.com
68. Mariam S Marshall for Cred RGA Environmental, Inc.
    mmarshall@marshallramoslaw.com
69. Robert C Martinez for Cred TC Construction Co, Inc
    rmartinez@mclex.com
70. Michael D May for Cred R.J. Noble Co.
    mdmayesq@verizon.net
71. Hutchison B Meltzer for Cred Com Holding Unsecured Claims
    hmeltzer@wgllp.com
72. Krikor J Meshefejian for Int Pty Courtesy NEF
    kjm@lnbrb.com
73. Joel S. Miliband for Cred RBF CONSULTING
    jmiliband@rusmiliband.com
74. James M Miller for Atty Miller Barondess LLP
    jmiller@millerbarondess.com,
    vgunderson@millerbarondess.com
75. Louis R Miller for Pltf Palmdale Hills Property, LLC
    smiller@millerbarondess.com
76. Randall P Mroczynski for Def Bob McGrann Construction, Inc.
    randym@cookseylaw.com
77. Mike D Neue for Atty The Lobel Firm, LLP
    mneue@thelobelfirm.com,
    jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
78. Robert Nida for Cred Kirk Negrete, Inc
    Rnida@castlelawoffice.com
79. Henry H Oh for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd
    henry.oh@dlapiper.com, janet.curley@dlapiper.com
80. Sean A Okeefe for Debtor Palmdale Hills Property, LLC
    sokeefe@okeefelc.com
81. Robert B Orgel for Cred Lehman ALI, Inc.
    rorgel@pszjlaw.com, rorgel@pszjlaw.com
82. Malhar S Pagay for Cred Lehman ALI, Inc.
    mpagay@pszjlaw.com, mpagay@pszjlaw.com
83. Penelope Parmes for Cred EMR Residential Properties LLC
    pparmes@rutan.com
84. Ronald B Pierce for Cred Griffith Co
    ronald.pierce@sdma.com
85. Katherine C Piper for Int Pty New Anaverde LLC
    kpiper@steptoe.com
86. Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al
    cmartin@pprlaw.net
87. James S Riley for Cred Sierra Liquidity Fund, LLC
    tgarza@sierrafunds.com
88. Debra Riley for Int Pty City of Palmdale
    driley@allenmatkins.com
89. Todd C. Ringstad for Int Pty Courtesy NEF
    becky@ringstadlaw.com
90. R Grace Rodriguez for Def O&B Equipment, Inc.
    ecf@lorgr.com
91. Martha E Romero for Cred California Taxing Authorities
    Romero@mromerolawfirm.com
92. Ronald Rus for Cred SunCal Management, LLC
    rrus@rusmiliband.com
93. John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
    jschafer@mandersonllp.com
94. John E Schreiber for Def Fenway Capital, LLC
    jschreiber@dl.com
95. William D Schuster for Cred HD Supply Construction Supply LTD
    bills@allieschuster.org
96. Christopher P Simon for Int Pty Courtesy NEF
    csimon@crosslaw.com
97. Wendy W Smith for Cred Castaic Union School District
    wendy@bindermalter.com
98. Steven M Speier (TR)
    Sspeier@asrmanagement.com, ca85@ecfcbis.com
99. Steven M Speier for Trustee Steven Speier (TR)
    Sspeier@Squarmilner.com, ca85@ecfcbis.com
100. Michael St James for Cred MBH Architects, Inc.
     ecf@stjames-law.com
101. Michael K Sugar for Off Committee of Unsecured Creds
     msugar@irell.com
102. Cathy Ta for Def Hi-Grade Material Co.
     cathy.ta@bbklaw.com,
     Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
103. David A Tilem for Def Southland Pipe Corp
     davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;
     dianachau@tilemlaw.com;kmishigian@tilemlaw.com
104. James E Till for Trustee Steven Speier (TR)
     jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;
     pnelson@thelobelfirm.com
105. United States Trustee (SA)
     ustpregion16.sa.ecf@usdoj.gov
106. Carol G Unruh for Cred Scott E. McDaniel
     cgunruh@sbcglobal.net
107. Annie Verdries for Cred WEC Corp
     verdries@lbbslaw.com
108. Jason Wallach for Def Professional Pipeline Contractors, Inc.
     jwallach@gladstonemichel.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 F 9021-1.1.NOTICE.ENTERED.ORDER

109. Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
 kim.johnson@kattenlaw.com
110. Christopher T Williams for Cred Danske Bank A/S London Branch
 ctwilliams@venable.com, jcontreras@venable.com
111. Marc J Winthrop for Debtor Palmdale Hills Property, LLC
 mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
112. David M Wiseblood for Cred Bethel Island Muni Imp District
 dwiseblood@seyfarth.com
113. Brett K Wiseman for Cred JF Shea Construction Inc
 bwiseman@aalaws.com
114. Dean A Ziehl for Counter-Def LV Pacific Point LLC
 dziehl@pszjlaw.com, dziehl@pszjlaw.com
115. Marc A. Zimmerman for Creditor Life Church of God in Christ
 joshuasdaddy@att.net

### III. TO BE SERVED BY LODGING PARTY BY E-MAIL

(1) Gen'l Counsel for Voluntary Debtors:
  Paul Couchot - pcouchot@winthropcouchot.com
  Marc J Winthrop - pj@winthropcouchot.com
  Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
  bcook@suncal.com
(3) Counsel for SunCal Management:
  Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
  Louis Miller - smiller@millerbarondess.com
  Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
  William Lobel - wlobel@thelobelfirm.com
  Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee (c/o Squar Milner):
  Steven N. Speier - sspeier@squarmilner.com; ca85@ecfcbis.com
(7) Office of the United States Trustee:
  Michael Hauser - michael.hauser@usdoj.gov

(8) Counsel for Voluntary Debtors' Committee:
  Alan Friedman - afriedman@irell.com
  Kerri A Lyman - klyman@irell.com
(9) Counsel for Trustee Debtors' Committee:
  Lei Lei Wang Ekvall - lekvall@wgllp.com
  Hutchison B Meltzer - hmeltzer@wgllp.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Joseph A Eisenberg - jae@jmbm.com
Mark McKane - mark.mckane@kirkland.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                    F 9021-1.1.NOTICE.ENTERED.ORDER