JONATHAN M. HOFF (Bar No. 099787)
GREGORY M. PETRICK (Admitted *pro hac vice*)
**CADWALADER, WICKERSHAM & TAFT LLP**
One World Financial Center
New York, NY  10281
Tel:  212.504.6000
Fax:  212.504.6666
E-mail:  jonathan.hoff@cwt.com
        gregory.petrick@cwt.com

BETTY M. SHUMENER (Bar No. 137220)
HENRY H. OH (Bar No. 187127)
**DLA PIPER LLP (US)**
550 South Hope Street, Suite 2300
Los Angeles, CA  90071-2678
Tel:  213.330.7700
Fax:  213.330.7701
E-mail:  henry.oh@dlapiper.com

Attorneys for the Provisional Liquidator of LEHMAN RE LTD.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re | **Case No.  8:08-bk-17206-ES** |
| PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS, | Jointly Administered With Case Nos. 8:08-bk-17209-ES; 8:08-bk-17224-ES; 8:08-bk-17225-ES; 8:08-bk-17227-ES 8:08-bk-17230-ES; 8:08-bk-17231-ES 8:08-bk-17236-ES; 8:08-bk-17240-ES 8:08-bk-17242-ES; 8:08-bk-17245-ES 8:08-bk-17246-ES; 8:08-bk-17248-ES 8:08-bk-17249-ES; 8:08-bk-17404-ES 8:08-bk-17407-ES; 8:08-bk-17408-ES 8:08-bk-17409-ES; 8:08-bk-17458-ES 8:08-bk-17465-ES; 8:08-bk-17470-ES 8:08-bk-17472-ES; 8:08-bk-17473-ES 8:08-bk-17474-ES; 8:08-bk-17475-ES 8:08-bk-17588-ES |
| Jointly Administered Debtor and Debtors-in-Possession | |

Affects:

☐ All Debtors
☒ Palmdale Hills Property, LLC,
☐ SunCal Beaumont Heights, LLC
☐ SCC/Palmdale, LLC
☐ SunCal Johannson Ranch, LLC
☒ SunCal Summit Valley, LLC
☒ SunCal Emerald Meadows LLC
☒ SunCal Bickford Ranch, LLC
☒ Acton Estates, LLC
☐ Seven Brothers LLC
☒ SJD Partners, Ltd.
☐ SJD Development Corp.
☐ Kirby Estates, LLC
☐ SunCal Communities I, LLC
☐ SunCal Communities II, LLC
☒ SCC Communities LLC
☐ North Orange Del Rio Land, LLC
☒ Tesoro SF, LLC

**JOINDER OF LEHMAN RE LTD. TO LEHMAN ENTITIES' OPPOSITION TO AMENDED MOTION FOR ORDER DISALLOWING CERTAIN CLAIMS HELD BY LEHMAN ALI INC. AND LEHMAN COMMERCIAL PAPER INC.**

Date: June 9, 2011
Time: 10:30 A.M.
Place: Courtroom 5A
       411 West Fourth Street
       Santa Ana, CA 92701

1    ☒ LB-L-SunCal Oak Valley, LLC
     ☒ SunCal Heartland, LLC
2    ☒ LB-L-SunCal Northlake, LLC
     ☒ SunCal Marblehead, LLC
3    ☐ SunCal Century City, LLC
     ☒ SunCal PSV, LLC
4    ☐ Delta Coves Venture, LLC
     ☐ SunCal Torrance, LLC
5    ☐ SunCal Oak Knoll, LLC

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, AND ALL CREDITORS AND OTHER PARTIES IN INTEREST HEREIN:**

Lehman Re Ltd., Provisional Liquidator Appointed ("Lehman Re"), hereby joins (the "Joinder") in the Opposition (the "Opposition") of Lehman Commercial Paper Inc. ("LCPI"), Lehman ALI, Inc. ("Lehman ALI"), Northlake Holdings LLC ("Northlake"), and OVC Holdings LLC ("OVC" and together with LCPI, Lehman ALI, and Northlake, the "Lehman Entities") to the *Amended Motion for Order Disallowing Certain Claims Held by Lehman ALI Inc. and Lehman Commercial Paper Inc.* (the "Asserted Claim Objection", Docket No. 2082), filed on behalf of Acton Estates LLC, SunCal Bickford Ranch LLC, SunCal Emerald Meadows LLC, Palmdale Hills Property, LLC, SJD Partners, Ltd., SunCal Summit Valley LLC, SCC Communities LLC, Tesoro SF LLC, and SunCal Management, LLC (collectively, the "SunCal Moving Parties"). In support of the Joinder, Lehman Re respectfully submits as follows:

**<u>JOINDER</u>**

1.    Lehman Re is a Bermuda registered reinsurance company organized under Bermuda law and a wholly-owned subsidiary of Lehman Brothers Holdings Inc.. Lehman Re is currently involved in a winding-up proceeding commenced in the Supreme Court of Bermuda (the "Bermuda Court") on September 23, 2008. On September 24, 2009, that proceeding was recognized as a foreign main proceeding pursuant to Chapter 15 of the Bankruptcy Code by the

United States Bankruptcy Court for the Southern District of New York (the "<u>SDNY Bankruptcy Court</u>").[1]

2.       Lehman Re is the current owner of a $100 million term loan (the "<u>Term Loan</u>") entered into on or about February 16, 2006, by Lehman ALI, as lender, and by SJD Partners Ltd. ("<u>SJD Partners</u>"), as borrower, in connection with a construction project in San Juan Capistrano, California involving the property commonly known as "Pacific Point." The Term Loan has been in default since at least July 10, 2007. Lehman Re has succeeded to Lehman ALI's interest in the Term Loan, as well as to Lehman ALI's interest in the Construction Deed of Trust and Fixture Filing, dated February 16, 2006, which secures the Term Loan by a first-priority lien on Pacific Point. As a result of the Term Loan, Lehman Re thus enjoys a first priority security interest in the Pacific Point property.

3.       The SunCal Moving Parties' Asserted Claim Objection seeks to disallow certain claims filed by the Lehman Entities, which include amounts asserted against SJD Partners with respect to Pacific Point.

4.       As of the date hereof, Lehman Re has not itself filed a proof of claim in the above-captioned chapter 11 cases and has expressly reserved and preserved its right to file a proof of claim concerning its interests in Pacific Point should Pacific Point ever become an asset of any of the SunCal Debtors' estates, or should the estate of non-debtor LV Pacific Point LLC (the current owner and title holder of Pacific Point) ever be substantively consolidated with the estates of the

---

[1] By order of the Bermuda Court dated April 8, 2010, Dan Schwarzmann was appointed as a provisional liquidator (the "<u>PL</u>") for Lehman Re. By order dated July 15, 2010, the PL was also recognized as a foreign representative of Lehman Re by the SDNY Bankruptcy Court. The PL is associated with PricewaterhouseCoopers LLP and is not in any way affiliated with or controlled by any of the Lehman Entities. The PL is empowered to administer the Lehman Re estate, under the supervision of the Bermuda Court. The PL's role is to act as an independent fiduciary in overseeing the liquidation of the Lehman Re estate and to maximize the value of Lehman Re's assets for the benefit of the company's constituents. The Bermuda Court has appointed the PL to manage Lehman Re's affairs, business and property as an agent and without personal liability.

SunCal Debtors, both of which Lehman Re vehemently opposes.[2]  Further, Lehman Re has also previously expressly preserved its right to rely on any actual or contingent proofs of claim that Lehman Re's predecessors in interest or agents may have filed.[3]

5.    Although Lehman Re is not identified in the Asserted Claim Objection as a holder of a claim that is subject to any objection pursuant thereto,[4] Lehman Re is filing this Joinder out of an abundance of caution to the extent that any of the proofs of claim filed by the Lehman Entities that are subject to the Asserted Claim Objection are attributable in any way whatsoever to Lehman Re's interest in Pacific Point (which Lehman Re does not concede).

6.    Accordingly, for the applicable reasons set forth herein and in the Opposition, Lehman Re joins in the Opposition to the relief sought in the Asserted Claim Objection, to the extent the Asserted Claim Objection purports in any way to impact any rights, title, interests, or remedies of Lehman Re.

---

[2] See, e.g., Objection to Debtors' Fourth Amended Joint Disclosure Statement Describing Debtors' Fourth Amended Joint Chapter 11 Plan at 6, Palmdale Hills Property, LLC, et. al., Case No. 08-17206-ES (Bankr. C.D. Cal. Oct. 22, 2010), Docket. No. 1534; Defendant Lehman Re Ltd.'s Answer to Fourth Amended Adversary Proceeding Complaint and Counterclaim and Third Party Complaint for (1) Judicial Foreclosure; and (2) Declaratory Relief at ¶ 144, Palmdale Hills Property, LLC v. Lehman ALI, Inc. (In re Palmdale Hills Property, LLC), Adversary Case No. 09- 01005-ES (Bankr. C. D. Cal. Apr. 19, 2010), Docket No. 257.

[3] Id.

[4] Indeed, the Asserted Claim Objection makes no reference to Lehman Re or any alleged conduct by Lehman Re to which the SunCal Moving Parties object, but rather merely includes a footnote that attempts to use the defined term "Lehman Entities" as a catch-all for any Lehman affiliate other than Lehman ALI or LCPI that may have an interest in the claims that are the subject thereof.  See Asserted Claim Objection, at FN 4.  In the absence of any allegations specific to actions on the part of Lehman Re, however, it is unfounded that the Asserted Claim Objection can in any way be deemed to impact any rights, title, interests or remedies of Lehman Re.

1

## CONCLUSION

2

WHEREFORE, for the reasons set forth herein and in the Opposition, Lehman Re

3

respectfully requests that this Court deny the relief requested in the Asserted Claim Objection and

4

grant such other relief as the Court deems just and proper.

5

6

7

Dated:  May 26, 2011                              CADWALADER, WICKERSHAM & TAFT LLP

8

9

By:_____/s/ *Jonathan M. Hoff*_____

10

JONATHAN M. HOFF (Bar No. 099787)
Gregory M. Petrick (Admitted *pro hac vice*)

11

**CADWALADER, WICKERSHAM & TAFT
LLP**

12

One World Financial Center
New York, NY  10281

13

Tel:  212.504-6000
Fax:  212.504-6666

14

E-mail:  jonathan.hoff@cwt.com

15

                    gregory.petrick@cwt.com

16

17

BETTY M. SHUMENER (Bar No. 137220)
HENRY H. OH (Bar No. 187127)

18

**DLA PIPER LLP (US)**
550 South Hope Street, Suite 2300

19

Los Angeles, CA  90071-2678
Tel:  213.330.7700

20

Fax:  213.330.7701
E-mail:  henry.oh@dlapiper.com

21

22

Attorneys for the Provisional Liquidator of
LEHMAN RE LTD.

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
DLA Piper LLP (US), 550 South Hope Street, Suite 2300, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as **JOINDER OF LEHMAN RE LTD. TO LEHMAN ENTITIES' OPPOSITION TO AMENDED MOTION FOR ORDER DISALLOWING CERTAIN CLAIMS HELD BY LEHMAN ALI INC. AND LEHMAN COMMERCIAL PAPER INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **May 26, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- Richard H Golubow     rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez     mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith     bkemail@harrisbeach.com
- Matthew Grimshaw     mgrimshaw@rutan.com
- Kavita Gupta     kgupta@winthropcouchot.com
- Asa S Hami     ahami@morganlewis.com
- Michael J Hauser     michael.hauser@usdoj.gov
- D Edward Hays     ehays@marshackhays.com
- Michael C Heinrichs     mheinrichs@omm.com
- Harry D. Hochman     hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff     jonathan.hoff@cwt.com
- Nancy Hotchkiss     nhotchkiss@trainorfairbrook.com
- Michelle Hribar     mhribar@rutan.com
- John J Immordino     john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson     laj@cohenandjacobson.com
- Michael J Joyce     mjoyce@crosslaw.com
- Stephen M Judson     sjudson@fablaw.com
- Kaleb L Judy     ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn     skahn@pszyjw.com
- Sheri Kanesaka     sheri.kanesaka@bryancave.com
- David I Katzen     katzen@ksfirm.com
- Christopher W Keegan     ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
- Payam Khodadadi     pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet     ikiet@hkclaw.com
- Claude F Kolm     claude.kolm@acgov.org
- Mark J Krone     mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally     davidlallylaw@gmail.com
- Leib M Lerner     leib.lerner@alston.com
- Peter W Lianides     plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu     cliu@winthropcouchot.com
- Kerri A Lyman     klyman@irell.com
- Mariam S Marshall     mmarshall@marshallramoslaw.com
- Robert C Martinez     rmartinez@mclex.com
- Michael D May     mdmayesq@verizon.net
- Hutchison B Meltzer     hmeltzer@wgllp.com
- Krikor J Meshefejian     kjm@lnbrb.com
- Joel S. Miliband     jmiliband@rusmiliband.com
- James M Miller     jmiller@millerbarondess.com, vgunderson@millerbarondess.com
- Louis R Miller     smiller@millerbarondess.com
- Randall P Mroczynski     randym@cookseylaw.com
- Mike D Neue     mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida     Rnida@castlelawoffice.com
- Henry H Oh     henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe     sokeefe@okeefelc.com
- Robert B Orgel     rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay     mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Penelope Parmes     pparmes@rutan.com
- Ronald B Pierce     ronald.pierce@sdma.com
- Katherine C Piper     kpiper@steptoe.com
- Cassandra J Richey     cmartin@pprlaw.net
- Debra Riley     driley@allenmatkins.com
- James S Riley     tgarza@sierrafunds.com
- Todd C. Ringstad     becky@ringstadlaw.com
- R Grace Rodriguez     ecf@lorgr.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
WEST\223572573.1

**F 9013-3.1.PROOF.SERVICE**

- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

## II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

On **May 26, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via Overnight Mail
Honorable Erithe A. Smith
Ronald Reagan Federal Building and U.S. Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

Via U.S. Mail
Lehman ALI, Inc.,  OVC Holdings, LLC
Northlake Holdings LLC
Lehman Commercial Paper Inc.
Attn:  Jeff Fitts
1271 Sixth Ave., 46th Fl.
New York, NY 10020

Via U.S. Mail
United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

Via U.S. Mail
Lehman Commercial Paper Inc., Lehman ALI, Inc.
Attn: Gerald Pietroforte
1271 Sixth Ave., 46th Fl.
New York, NY 10020

Via U.S. Mail
Weil, Gotshal & Manges LLP
Attn: Shai Y. Waisman
767 Fifth Ave.
New York, NY 10153

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 26, 2011 | Jean Kim |  |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
WEST\223572573.1

**F 9013-3.1.PROOF.SERVICE**