PAUL J. COUCHOT -- State Bar No. 131934
SEAN A. O'KEEFE -- State Bar No. 122417
PETER W. LIANIDES – State Bar No. 160517
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
General Insolvency Counsel for Administratively Consolidated
Debtors-in-Possession

RONALD RUS - State Bar No. 67369
JOEL S. MILIBAND - State Bar No. 77438
**RUS MILIBAND & SMITH**
**A PROFESSIONAL CORPORATION**
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Counsel for SunCal Management LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>Palmdale Hills Property, LLC, and its Related Debtors.<br><br>Jointly Administered Debtors and Debtors-in-Possession<br><br>Affects:<br>☐ All Debtors<br>☒ Palmdale Hills Property, LLC,<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☒ SunCal Summit Valley, LLC<br>☒ SunCal Emerald Meadows LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☒ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>***Continued on Next Page*** | Case No. 8:08-bk-17206-ES<br><br>Jointly Administered With Case Nos.<br><br>8:08-bk-17209ES; 8:08-bk-17240ES; 8:08-bk-17224ES; 8:08-bk-17242ES; 8:08-bk-17225ES; 8:08-bk-17245ES; 8:08-bk-17227ES; 8:08-bk-17246ES; 8:08-bk-17230ES; 8:08-bk-17231ES; 8:08-bk-17236ES; 8:08-bk-17248ES; 8:08-bk-17249ES; 8:08-bk-17573ES; 8:08-bk-17574ES; 8:08-bk-17575ES; 8:08-bk-17404ES; 8:08-bk-17407ES; 8:08-bk-17408ES; 8:08-bk-17409ES; 8:08-bk-17458ES; 8:08-bk-17465ES; 8:08-bk-17470ES; 8:08-bk-17472ES; and 8:08-17588ES.<br><br>Chapter 11 Cases<br><br>**SUNCAL PARTIES' EVIDENTIARY OBJECTIONS TO THE DECLARATIONS FILED IN SUPPORT OF THE LEHMAN ENTITIES' OPPOSITION TO AMENDED MOTION AND AMENDED MOTION FOR ORDER DISALLOWING CERTAIN CLAIMS HELD BY LEHMAN ALI INC. AND LEHMAN COMMERCIAL PAPER INC.**<br><br>DATE: June 9, 2011<br>TIME: 10:30 a.m.<br>PLACE: Courtroom 5A |

*Continued from Previous Page*

- ☐ SunCal Communities III, LLC
- ☒ SCC Communities LLC
- ☐ North Orange Del Rio Land, LLC
- ☒ Tesoro SF, LLC
- ☒ LBL-SunCal Oak Valley, LLC
- ☒ SunCal Heartland, LLC
- ☒ LBL-SunCal Northlake, LLC
- ☒ SunCal Marblehead, LLC
- ☐ SunCal Century City, LLC
- ☒ SunCal PSV, LLC
- ☐ Delta Coves Venture, LLC
- ☐ SunCal Torrance, LLC
- ☐ SunCal Oak Knoll, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Acton Estates LLC ("Acton"), SunCal Bickford Ranch LLC ("Bickford"), SunCal Emerald Meadows LLC ("Emerald Meadows"), Palmdale Hills Property, LLC ("Palmdale Hills"), SJD Partners, Ltd. ("SJD Partners"), SunCal Summit Valley LLC ("Summit Valley"), SCC Communities LLC ("SCC Communities"), Tesoro SF LLC ("Tesoro") (the "SunCal Debtors"), and SunCal Management, LLC ("SunCal Management") (collectively, the "SunCal Parties"), hereby submit the within Evidentiary Objections to the Declaration of Nellie P. Camerik ("Camerik Declaration") and the Declaration of Robert Brusco ("Brusco Declaration") filed in support of the *Opposition* (the "Opposition") filed by Lehman ALI, Inc. ("Lehman ALI") and Lehman Commercial Paper, Inc. ("LCPI") (the "Lehman Entities") to the *Amended Motion For Order Disallowing Certain Claims Held By Lehman ALI Inc. And Lehman Commercial Paper Inc.* (the "Claim Objection").

## OBJECTIONS

I    *First,* the Court should exclude the Lehman Entities' witnesses' declarations and the evidence attached thereto, because the Lehman Entities have repeatedly resisted the SunCal Parties' efforts to depose these witnesses, and thus their admission would be unduly prejudicial under Fed. R. Evid. 403.

On April 15, 2011, a week after the Claim Objection was originally filed, counsel for the Voluntary Debtors sent subpoenas and notices of deposition for nine deponents, including Brusco and Camerik, on counsel for the Lehman Entities, and requested that they accept service. On April 22, 2011, counsel for the Lehman Entities not only refused to accept service, they asserted that the SunCal Parties were not entitled to take any discovery in connection with the Claim Objection because it purportedly violated LCPI's stay. Accordingly, the SunCal Parties filed their Motion for an Order Regarding Entitlement to Discovery In Connection with Claim Objection. On May 13, 2011, the Court ruled that the Claim Objection was, on its face, a valid claim objection for recoupment, and that to that extent, the SunCal Parties were entitled to discovery.

On May 18, 2011, the SunCal Parties served several notices of deposition on the Lehman Entities' counsel, including for Mr. Brusco. The Lehman Entities again objected to the depositions, among other things, on the ground that the Claim Objection violated LCPI's stay.

1  Moreover, on May 24, 2011, LCPI filed a motion in its bankruptcy in New York to enforce its
2  automatic stay against the Claim Objection. Yet the very next day, the Lehman Entities submitted
3  declarations from the very witnesses whose depositions they had repeatedly to provide.

4  It would be fundamentally unfair and prejudicial to the SunCal Parties to permit the
5  Lehman Entities to submit witness declarations in an effort to defeat the Claim Objection, yet hide
6  behind LCPI's automatic stay to prevent the SunCal Parties from deposing those witnesses. It
7  would be difficult to conceive of circumstances where the "sword and shield" analogy was more
8  apt.

9  *Second*, the Camerik Declaration is rife with matters about which the declarant lacks a
10 foundation of personal knowledge, speculation, and impermissible opinion and conclusion, which
11 is inadmissible under Fed. R. Evid 402, 403, 602, 701, 702, and 704.

12 For example, Camerik states: "I make this Declaration based upon my review of the
13 documents described herein and my personal knowledge of the facts relating to the negotiation,
14 formation, and execution of such documents *insofar as such documents were executed and*
15 *delivered by the parties thereto and became effective*." Camerik Decl. at 2:8-11 (emphasis added).
16 Camerik's conclusion as to when documents became "effective" is impermissible legal
17 conclusion. *U.S. v. Cross*, 113 F.Supp.2d 1282 (S.D. Ind. 2000) (attorney may not opine as to
18 legal effect of conduct).

19 Camerik also states that "following the distribution of this draft, open issues continued to
20 exist and further changes were discussed and were contemplated to be made to this draft."
21 Camerik Decl. at 2:20-22. Camerik does not state what these "open issues" were; what "further
22 changes" were "discussed" or "contemplated," or by whom; or, more importantly, what her basis
23 was for knowing any of these undisclosed facts.

24 Camerik states that that the late August 2008 meeting was convened "not for the purpose
25 of closing the Settlement Transactions but for the purpose of negotiating and resolving open issues
26 and, in advance of the actual closing, obtaining signatures to the numerous documents that were
27 contemplated to become effective upon closing of the Settlement Transactions." Camerik Decl. at
28 2:26-3:2. Camerik does not state who determined the "purpose" of the meeting, or how she knew

what this undisclosed person or persons' "purpose" was.

Camerik further states that "to the best of [her] knowledge, "SunCal had not yet obtained all of the Required Consents…for the requisite number of Conveyance Properties…to close pursuant to the terms of the Restructuring Agreement" by the critical date or dates. Camerik Decl. at 3:8-12. But Camerik fails to explain how she would have *any* knowledge as to what Required Consents were or were not obtained. Indeed, as pointed out in the Declaration of Bruce Cook filed concurrently herewith, the requisite number of Required Consents had been timely obtained. For Camerik to "declare" as to her unsupported conclusions is prejudicial and should be rejected.

*Third*, the Brusco Declaration includes irrelevant and misleading material. Brusco attaches "sample copies" of Protective Disbursement Agreements (*see* Brusco Decl. ¶ 5), and states that the Lehman Entities funded the amounts under the Protective Disbursement Agreements (*Id.* ¶ 6). However, the SunCal Parties are obviously objecting to the claims on the basis of sums that weren't paid, not sums that were. Brusco does not even purport to address what payables were promised to be paid but were not, or distinguish between payables covered by Protective Disbursement Agreements and those that were not.

The Brusco Declaration is also includes impermissible legal opinion—and a misleading one at that—when it asserts that the pre-bankruptcy waivers contained in the Protective Disbursement Agreements (even if relevant) were valid. *Id.* ¶¶ 7-8; *see In re Hayhoe*, 226 B.R. 647 (9th Cir. BAP 1998); *In Re American Sweeteners*, Inc., 248 B.R. 271, 277, n.6 (Bankr. E.D. Penn. 2000); In *In re Pease*, 195 B.R. 431, 433-35 (Bankr. D. Neb. 1996) (any attempt by a creditor in a private pre-bankruptcy agreement to opt out of the collective consequences of a debtor's future bankruptcy filing is generally unenforceable. . . .To rule otherwise would encourage institutional lenders to adopt standardized waiver terms in form loan agreements. This would substantially undercut the relief Congress intended to provide debtors under the Bankruptcy Code.").

## **CONCLUSION**

For the foregoing reasons, the SunCal Parties respectfully request that the Court sustain the evidentiary objections and strike the Brusco and Camerik Declarations and evidence attached thereto.

DATED: June 2, 2011

**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**

By:  /s/ *Paul J. Couchot*
      Paul J. Couchot, Esq.
      Sean Okeefe, Esq.
      Peter Lianides, Esq.
General Insolvency Counsel for Administratively Consolidated Debtors-in-Possession

**RUS MILIBAND & SMITH
A PROFESSIONAL CORPORATION**

By:  /s/ *Ronald Rus*
      Ronald Rus, Esq.
      Joel S. Miliband, Esq.
      Catherine Castaldi, Esq.
Attorneys for SunCal Management, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **SUNCAL PARTIES' EVIDENTIARY OBJECTIONS TO THE DECLARATIONS FILED IN SUPPORT OF THE LEHMAN ENTITIES' OPPOSITION TO AMENDED MOTION AND AMENDED MOTION FOR ORDER DISALLOWING CERTAIN CLAIMS HELD BY LEHMAN ALI INC. AND LEHMAN COMMERCIAL PAPER INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 2, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 2, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service**
Honorable Erithe Smith
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 2, 2011 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NEF SERVICE LIST**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
| 1  | • Jonathan M Hoff    jonathan.hoff@cwt.com                                               |
|    | • Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com                                     |
| 2  | • Michelle Hribar    mhribar@rutan.com                                                   |
|    | • John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com     |
| 3  | • Lawrence A Jacobson    laj@cohenandjacobson.com                                        |
|    | • Michael J Joyce    mjoyce@crosslaw.com                                                 |
| 4  | • Stephen M Judson    sjudson@fablaw.com                                                 |
|    | • Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com                                   |
| 5  | • Steven J Kahn    skahn@pszyjw.com                                                      |
|    | • Sheri Kanesaka    sheri.kanesaka@bryancave.com                                         |
| 6  | • David I Katzen    katzen@ksfirm.com                                                    |
|    | • Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com  |
| 7  | • Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com              |
|    | • Irene L Kiet    ikiet@hkclaw.com                                                       |
| 8  | • Claude F Kolm    claude.kolm@acgov.org                                                 |
|    | • Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com                           |
| 9  | • David B Lally    davidlallylaw@gmail.com                                               |
|    | • Leib M Lerner    leib.lerner@alston.com                                                |
| 10 | • Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com              |
|    | • Charles Liu    cliu@winthropcouchot.com                                                |
| 11 | • Kerri A Lyman    klyman@irell.com                                                      |
|    | • Mariam S Marshall    mmarshall@marshallramoslaw.com                                    |
| 12 | • Robert C Martinez    rmartinez@mclex.com                                               |
|    | • Michael D May    mdmayesq@verizon.net                                                  |
| 13 | • Hutchison B Meltzer    hmeltzer@wgllp.com                                              |
|    | • Krikor J Meshefejian    kjm@lnbrb.com                                                  |
| 14 | • Joel S. Miliband    jmiliband@rusmiliband.com                                          |
|    | • James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com          |
| 15 | • Louis R Miller    smiller@millerbarondess.com                                          |
|    | • Randall P Mroczynski    randym@cookseylaw.com                                          |
| 16 | • Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com |
| 17 | • Robert Nida    Rnida@castlelawoffice.com                                               |
|    | • Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com                         |
| 18 | • Sean A Okeefe    sokeefe@okeefelc.com                                                  |
|    | • Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com                               |
| 19 | • Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com                               |
|    | • Penelope Parmes    pparmes@rutan.com                                                   |
| 20 | • Ronald B Pierce    ronald.pierce@sdma.com                                              |
|    | • Katherine C Piper    kpiper@steptoe.com                                                |
| 21 | • Cassandra J Richey    cmartin@pprlaw.net                                               |
|    | • Debra Riley    driley@allenmatkins.com                                                 |
| 22 | • James S Riley    tgarza@sierrafunds.com                                                |
|    | • Todd C. Ringstad    becky@ringstadlaw.com                                              |
| 23 | • R Grace Rodriguez    ecf@lorgr.com                                                     |
|    | • Martha E Romero    Romero@mromerolawfirm.com                                           |
| 24 | • Ronald Rus    rrus@rusmiliband.com                                                     |
|    | • John P Schafer    jschafer@mandersonllp.com                                            |
| 25 | • John E Schreiber    jschreiber@dl.com                                                  |
|    | • William D Schuster    bills@allieschuster.org                                          |
| 26 | • Christopher P Simon    csimon@crosslaw.com                                             |
|    | • Wendy W Smith    wendy@bindermalter.com                                                |
| 27 | • Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com                           |
|    | • Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com                    |
| 28 |                                                                                          |

- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

-8-