1  PAUL J. COUCHOT -- State Bar No. 131934
   SEAN A. O'KEEFE -- State Bar No. 122417
2  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
3  660 Newport Center Drive, Fourth Floor
   Newport Beach, CA 92660
4  Telephone: (949) 720-4100
   Facsimile: (949) 720-4111
5  General Insolvency Counsel for Administratively Consolidated
   Debtors-in-Possession
6
7  RONALD RUS - State Bar No. 67369
   JOEL S. MILIBAND - State Bar No. 77438
8  **RUS MILIBAND & SMITH**
   **A PROFESSIONAL CORPORATION**
9  2211 Michelson Drive, Seventh Floor
   Irvine, California 92612
10 Telephone: (949) 752-7100
   Facsimile:  (949) 252-1514
11 Counsel for SunCal Management LLC

FILED & ENTERED

JUN 07 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte    DEPUTY CLERK

12          **UNITED STATES BANKRUPTCY COURT**
            **CENTRAL DISTRICT OF CALIFORNIA**
13               **SANTA ANA DIVISION**

14 | In re | Case No. 8:08-bk-17206-ES |

15 Palmdale Hills Property, LLC, and its
   Related Debtors.

Jointly Administered With Case Nos.

8:08-bk-17209ES; 8:08-bk-17240ES; 8:08-bk-17224ES;
8:08-bk-17242ES; 8:08-bk-17225ES; 8:08-bk-17245ES;
8:08-bk-17227ES; 8:08-bk-17246ES; 8:08-bk-17230ES;
8:08-bk-17231ES; 8:08-bk-17236ES; 8:08-bk-17248ES;
8:08-bk-17249ES; 8:08-bk-17573ES; 8:08-bk-17574ES;
8:08-bk-17575ES; 8:08-bk-17404ES; 8:08-bk-17407ES;
8:08-bk-17408ES; 8:08-bk-17409ES; 8:08-bk-17458ES;
8:08-bk-17465ES; 8:08-bk-17470ES; 8:08-bk-17472ES;
and 8:08-17588ES.

16 Palmdale Hills Property, LLC, and its
   Related Debtors.

17          Jointly Administered
            Debtors and Debtors-in-
            Possession
18

19 Affects:
   ☐  All Debtors
20 ☒  Palmdale Hills Property, LLC,
   ☐  SunCal Beaumont Heights, LLC
21 ☐  SCC/Palmdale, LLC
   ☐  SunCal Johannson Ranch, LLC
22 ☒  SunCal Summit Valley, LLC
   ☒  SunCal Emerald Meadows LLC
23 ☒  SunCal Bickford Ranch, LLC
   ☒  Acton Estates, LLC
24 ☐  Seven Brothers LLC
   ☒  SJD Partners, Ltd.
25 ☒  SJD Development Corp.
   ☐  Kirby Estates, LLC
26 ☐  SunCal Communities I, LLC
   ☐  SunCal Communities III, LLC
27          ***Continued on Next Page***
28

Chapter 11 Cases

**ORDER GRANTING SUNCAL PARTIES' <u>EX
PARTE</u> MOTION FOR ORDER
SHORTENING TIME SETTING HEARING
ON CONCURRENTLY FILED MOTION FOR
ORDER:**

1.  **Clarifying The Prior Record In This Case
    That Is Being Mischaracterized In Another
    Bankruptcy Court;**

2.  **Confirming And Protecting This Court's
    Exclusive Jurisdiction Over Claims
    Objections Filed In This Court; And**

*Continued from Previous Page*

☒ SCC Communities LLC
☐ North Orange Del Rio Land, LLC
☒ Tesoro SF, LLC
☒ LBL-SunCal Oak Valley, LLC
☒ SunCal Heartland, LLC
☒ LBL-SunCal Northlake, LLC
☒ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☒ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

**3.  Enforcing The Suncal Debtors' Automatic Stay**

**AND SHORTENING NOTICE RE MOTION**

DATE: June 13, 2011
TIME:  9:30 a.m.
PLACE:    Courtroom 5A

1    Based upon that certain *SunCal Parties Ex Parte Motion For Order Shortening Time*

2    *Setting Hearing On Concurrently Filed Motion For Order:1) Clarifying The Prior Record In This*

3    *Case That Is Being Mischaracterized In Another Bankruptcy Court; 2) Confirming And Protecting*

4    *This Court's Exclusive Jurisdiction Over Claims Objections Filed In This Court; 3) Enforcing The*

5    *Suncal Debtors' Automatic Stay* (the "Motion"), the Declaration of Sean A. O'Keefe in support

6    thereof,  filed by the SunCal Parties[1], and for other good and adequate cause, it is hereby

7    ORDERED that

8    A)    A hearing is set on the concurrently filed *Motion For Order:1) Clarifying*

9    *The Prior Record In This Case That Is Being Mischaracterized In Another Bankruptcy Court; 2)*

10   *Confirming And Protecting This Court's Exclusive Jurisdiction Over Claims Objections Filed In*

11   *This Court; 3) Enforcing The Suncal Debtors' Automatic Stay* (the "Clarification Motion") for

12   the already scheduled hearing date of **June 13, 2011 at 9:30 a.m.**.;

13   B)    The notice period with respect to the Clarification Motion is shortened

14   such that service of the Clarification Motion through the CM/ECF System on **Thursday, June 8,**

15   **2011,** with separate email service on counsel for Lehman Ali, Inc. and Lehman Commercial

16   Paper, Inc. on said date is deemed sufficient; and

17   *///*

18   *///*

19

20

21

22

23

24

25

---

26   [1] Acton Estates LLC, SunCal Bickford Ranch LLC, SunCal Emerald Meadows LLC, Palmdale
Hills Property, LLC, SJD Partners, Ltd., SunCal Summit Valley LLC, SCC Communities LLC,

27   Tesoro SF LLC (collectively the "Voluntary Debtors"), and SunCal Management, LLC ("SunCal
Management") (the "Voluntary Debtors" and "SunCal Management" are referred to herein as the

28   "SunCal Parties").

1

2          C)     Any response to the Clarification Motion must be filed and served by email

3   no later than 5:00 p.m. on **June 9, 2011**.

4

5                                    ####

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   DATED: June 7, 2011

26

27

28

_Erithe A. Smith_

<span style="color:gray">United States Bankruptcy Judge</span>

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER GRANTING SUNCAL PARTIES' EX PARTE MOTION FOR ORDER SHORTENING TIME SETTING HEARING ON CONCURRENTLY FILED MOTION FOR ORDER:**

**1.  Clarifying The Prior Record In This Case That Is Being Mischaracterized In Another Bankruptcy Court;**

**2.  Confirming And Protecting This Court's Exclusive Jurisdiction Over Claims Objections Filed In This Court;**

**Enforcing The Suncal Debtors' Automatic Stay; And**

**AND SHORTENING NOTICE RE MOTION**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 6, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 6, 2011 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| Date | Type Name | Signature |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- **<u>SERVED BY DEBTOR AT TIME OF UPLOAD TO COURT</u>**
- 
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Shirley Cho    scho@pszjlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Joel S. Miliband    jmiliband@rusmiliband.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Ronald Rus    rrus@rusmiliband.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING SUNCAL PARTIES' EX PARTE MOTION FOR ORDER SHORTENING TIME SETTING HEARING ON CONCURRENTLY FILED MOTION FOR ORDER:**

**3.  Clarifying The Prior Record In This Case That Is Being Mischaracterized In Another Bankruptcy Court;**

**4.  Confirming And Protecting This Court's Exclusive Jurisdiction Over Claims Objections Filed In This Court;**

**Enforcing The Suncal Debtors' Automatic Stay; And**

**AND SHORTENING NOTICE RE MOTION**

was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 6, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒        Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐        Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐        Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

**NEF SERVICE LIST**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com

- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com,
  gdupre@kirkland.com;alevin@kirkland.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com,
  jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net

- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com,
  Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com,
  jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net