**WEILAND, GOLDEN,**
**SMILEY, WANG EKVALL & STROK, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:  714-966-1000
Facsimile:   714-966-1002

Attorneys for the Joint Committee of
Creditors Holding Unsecured Claims

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, and its Related Debtors,<br><br><br><br><br><br>Jointly Administered Debtors and Debtors-in-Possession. | Case No.  8:08-bk-17206-ES<br><br>(Jointly Administered with Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES) |
| ☐ Affects PALMDALE HILLS PROPERTY, LLC, Only<br>☐ Affects SUNCAL BEAUMONT HEIGHTS, LLC, Only<br>☐ Affects SCC/PALMDALE, Only<br>☐ Affects SUNCAL JOHANNSON RANCH, LLC, Only<br>☐ Affects SUNCAL SUMMIT VALLEY, LLC, Only<br>☐ Affects SUNCAL EMERALD MEADOWS, LLC, Only<br>☐ Affects SUNCAL BICKFORD RANCH, LLC, Only<br>☐ Affects ACTON ESTATES, LLC, Only<br>☐ Affects SEVEN BROTHERS, LLC, Only | Chapter 11 Cases<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION OF THE JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR ORDER DISALLOWING CLAIM NO. 21-1 AND CLAIM NO. 21-2 FILED BY BOND SAFEGUARD INSURANCE COMPANY AND LEXON INSURANCE COMPANY AGAINST SUNCAL CENTURY CITY, LLC, PURSUANT TO 11 U.S.C. § 502**<br><br>**DATE:**    July 14, 2011<br>**TIME;**    10:30 a.m.<br>**CTRM:**    5A |

|   |   |
|---|---|
| 1 | ☐ Affects SJD PARTNERS, LTD., Only |
| 2 | ☐ Affects SJD DEVELOPMENT CORP., Only |
| 3 | ☐ Affects KIRBY ESTATES, LLC, Only |
| 4 | ☐ Affects SUNCAL COMMUNITIES I, LLC, Only |
| 5 | ☐ Affects SUNCAL COMMUNITIES III, LLC, Only |
| 6 | ☐ Affects SCC COMMUNITIES, LLC, Only |
| 7 |   |
| 8 | ☐ Affects NORTH ORANGE DEL RIO LAND, LLC, Only |
| 9 | ☐ Affects TESORO SF, LLC, Only |
| 10 | ☐ Affects LBL-SUNCAL OAK VALLEY, LLC, Only |
| 11 | ☐ Affects SUNCAL HEARTLAND, LLC, Only |
| 12 | ☐ Affects LBL-SUNCAL NORTHLAKE, LLC, Only |
| 13 | ☐ Affects SUNCAL MARBLEHEAD, LLC, Only |
| 14 | ☒ Affects SUNCAL CENTURY CITY, LLC, Only |
| 15 |   |
| 16 | ☐ Affects SUNCAL PSV, LLC, Only |
| 17 | ☐ Affects DELTA COVERS VENTURE, LLC, Only |
| 18 | ☐ Affects SUNCAL TORRANCE, LLC, Only |
| 19 | ☐ Affects SUNCAL OAK KNOLL, LLC, Only |
| 20 | ☐ Affects All Debtors |

**Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

22 **TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE,**

23 **AND ALL INTERESTED PARTIES:**

24      This stipulation (the "Stipulation") to continue the hearing on the *Motion of the Joint*

25 *Committee of Creditors Holding Unsecured Claims for Order Disallowing Claim No. 21-1*

26 *and Claim No. 21-2 Filed by Bond Safeguard Insurance Company and Lexon Insurance*

27 *Company Against SunCal Century City, LLC, Pursuant to 11 U.S.C. § 502* [Docket No.

28 2215] (the "Motion") currently set for July 14, 2011, at 10:30 a.m., is entered into by the

Joint Committee of Creditors Holding Unsecured Claim (the "Committee") and Bond Safeguard Insurance Company and Lexon Insurance Company (the "Claimants," and together with the Committee, the "Parties"), through their counsel of record.

## FACTUAL RECITALS

A.  The Motion is set for hearing on July 14, 2011, at 10:30 a.m.

B.  The Parties are attempting another effort at engaging the various factions in this case in an attempt to discuss a global settlement. If a global settlement can be reached, it would eliminate the need for this Motion.

C.  Based on the foregoing, the Parties believe it is appropriate that the hearing on the Motion be continued for approximately 30 days.

## STIPULATION

**IT IS HEREBY STIPULATED** by and between the Parties that the hearing on the Motion shall be continued for approximately 30 days.

Dated: June 17, 2011

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: */s/ Lei Lei Wang Ekvall*
LEI LEI WANG EKVALL
Attorneys for the Joint Committee of
Creditors Holding Unsecured Claims

Dated: June __, 2011

BROKER & ASSOCIATES PROFESSIONAL CORPORATION

By: _____
JEFFREY W. BROKER
Attorneys for Bond Safeguard
Insurance Company and Lexon Insurance Company

1  Joint Committee of Creditors Holding Unsecured Claim (the "Committee") and Bond
2  Safeguard Insurance Company and Lexon Insurance Company (the "Claimants," and
3  together with the Committee, the "Parties"), through their counsel of record.

### FACTUAL RECITALS

A.   The Motion is set for hearing on July 14, 2011, at 10:30 a.m.

B.   The Parties are attempting another effort at engaging the various factions in this case in an attempt to discuss a global settlement. If a global settlement can be reached, it would eliminate the need for this Motion.

C.   Based on the foregoing, the Parties believe it is appropriate that the hearing on the Motion be continued for approximately 30 days.

### STIPULATION

**IT IS HEREBY STIPULATED** by and between the Parties that the hearing on the Motion shall be continued for approximately 30 days.

Dated: June __, 2011

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: _____
LEI LEI WANG EKVALL
Attorneys for the Joint Committee of
Creditors Holding Unsecured Claims

Dated: June 17, 2011

BROKER & ASSOCIATES PROFESSIONAL
CORPORATION

By: _____
JEFFREY W. BROKER
Attorneys for Bond Safeguard
Insurance Company and Lexon Insurance
Company

6022711                                3              STIPULATION TO CONTINUE HEARING

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described as **STIPULATION TO CONTINUE HEARING ON MOTION OF THE JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR ORDER DISALLOWING CLAIM NO. 21-1 AND CLAIM NO. 21-2 FILED BY BOND SAFEGUARD INSURANCE COMPANY AND LEXON INSURANCE COMPANY AGAINST SUNCAL CENTURY CITY, LLC, PURSUANT TO 11 U.S.C. SECTION 502** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **June 20, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[X] Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **June 20, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 20, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith, 411 W. 4th Street, Suite 2030, Santa Ana, CA  92701

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|
| June 20, 2011 | Kelly M. Rivera | /S/ KELLY M. RIVERA |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

0.0

**F 9013-3.1.PROOF.SERVICE**

# SERVICE LIST

United States Trustee (SA)
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

Steven M Speier (TR)
Post Office Box 7637
Newport Beach, CA 92658

SunCal Century City LLC
2392 Morse
Irvine, CA 92614
**Debtor**

Robert P. Goe
Goe & Forsythe, LLP
660 Newport Center Drive, Suite 320
Newport Beach, CA 92660
**Attorneys for Debtor**

SCC Acquisitions
c/o Bruce Cook, General Counsel
2392 Morse Avenue
Irvine, CA 92614

Bruce Elieff
2392 Morse Avenue
Irvine, CA 92614

Kelly C. Griffith, Esq.
Harris Beach PLLC
One Park Place, 4th Floor
Syracuse, NY 13202
**Attorneys for Bond Safeguard
Insurance Co./
Lexon Insurance**

Jeffrey W. Broker, Esq.
Broker & Associates
18191 Von Karman Avenue, Suite 470
Irvine, CA 92612
**Attorneys for Bond Safeguard
Insurance Co./
Lexon Insurance**

Mark E. Aronson, Esq.
Anderson, McPharlin & Conners LLP
444 South Flower Street, 31st Floor
Los Angeles, CA 90071
**Attorneys for Bond Safeguard
Insurance Co./
Lexon Insurance**

Bellingham Marine Industries, Inc.
Attn: Colby N. Keller, Esq.
Keller, Weber & Dobrott
18201 Von Karman Avenue, #1000
Irvine, CA 92612
**Committee Member**

Chino Grading, Inc.
Attn: Norman Gorgone
P.O. Box 5007
Hacienda Heights, CA 91745
**Committee Member**

TC Construction Co., Inc.
Attn: Jack Gieffels
10540 Prospect Avenue
Santee, CA 92701
**Committee Member**

Nissho of California, Inc.
Attn: Christopher R. Mordy, Esq.
Peterson & Price
655 W. Broadway
San Diego, CA 92101
**Committee Member**

Rohm Insurance Agency
Attn: Todd M. Rohm
26 Plaza Square
Orange, CA 92866
**Committee Member**

Ateliers Jean Nouvel
Attn: Alain Trincal
10 Cite D' Angouleme
75011 Paris France
**Committee Member**

BKF Engineers
Attn: David Lavelle
255 Shoreline Drive, #200
Redwood City, CA  94065
**Committee Member**

**Electronic Mail Notice List**
Selia M Acevedo     sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
Joseph M Adams     jadams@sycr.com
Raymond H Aver     ray@averlaw.com
James C Bastian     jbastian@shbllp.com
Thomas Scott Belden     sbelden@kleinlaw.com, ecf@kleinlaw.com
John A Boyd     fednotice@tclaw.net
Mark Bradshaw     mbradshaw@shbllp.com
Gustavo E Bravo     gbravo@smaha.com
Jeffrey W Broker     jbroker@brokerlaw.biz
Brendt C Butler     bbutler@mandersonllp.com
Andrew W Caine     acaine@pszyjw.com
Carollynn Callari     ccallari@venable.com
Cathrine M Castaldi     ccastaldi@rusmiliband.com
Tara Castro Narayanan     tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
Dan E Chambers     dchambers@jmbm.com
Shirley Cho     scho@pszjlaw.com
Vonn Christenson     vrc@paynefears.com
Brendan P Collins     bpcollins@bhfs.com
Vincent M Coscino     vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
Paul J Couchot     pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
Jonathan S Dabbieri     dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
Ana Damonte     ana.damonte@pillsburylaw.com
Vanessa S Davila     vsd@amclaw.com
Melissa Davis     mdavis@shbllp.com
Daniel Denny     ddenny@gibsondunn.com
Caroline Djang     crd@jmbm.com
Donald T Dunning     ddunning@dunningLaw.com
Meredith R Edelman     meredith.edelman@dlapiper.com
Joseph A Eisenberg     jae@jmbm.com

Lei Lei Wang Ekvall     lekvall@wgllp.com
Richard W Esterkin     resterkin@morganlewis.com
Marc C Forsythe     kmurphy@goeforlaw.com
Alan J Friedman     afriedman@irell.com
Steven M Garber     steve@smgarberlaw.com
Christian J Gascou     cgascou@gascouhopkins.com
Barry S Glaser     bglaser@swjlaw.com
Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Eric D Goldberg     egoldberg@stutman.com
Richard H Golubow     rgolubow@winthropcouchot.com, pj@winthropcouchot.com
Michael J Gomez     mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Kelly C Griffith     bkemail@harrisbeach.com
Matthew Grimshaw     mgrimshaw@rutan.com
Kavita Gupta     kgupta@winthropcouchot.com
Asa S Hami     ahami@morganlewis.com
Michael J Hauser     michael.hauser@usdoj.gov
D Edward Hays     ehays@marshackhays.com
Michael C Heinrichs     mheinrichs@omm.com
Harry D. Hochman     hhochman@pszjlaw.com, hhochman@pszjlaw.com
Jonathan M Hoff     jonathan.hoff@cwt.com
Nancy Hotchkiss     nhotchkiss@trainorfairbrook.com
Michelle Hribar     mhribar@rutan.com
John J Immordino     john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
Lawrence A Jacobson     laj@cohenandjacobson.com
Michael J Joyce     mjoyce@crosslaw.com
Stephen M Judson     sjudson@fablaw.com
Kaleb L Judy     ecf@kleinlaw.com, kjudy@kleinlaw.com
Steven J Kahn     skahn@pszyjw.com
Sheri Kanesaka     sheri.kanesaka@bryancave.com
David I Katzen     katzen@ksfirm.com
Christopher W Keegan     ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
Payam Khodadadi     pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
Irene L Kiet     ikiet@hkclaw.com
Claude F Kolm     claude.kolm@acgov.org
Mark J Krone     mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
David B Lally     davidlallylaw@gmail.com
Leib M Lerner     leib.lerner@alston.com
Peter W Lianides     plianides@winthropcouchot.com, pj@winthropcouchot.com
Charles Liu     cliu@winthropcouchot.com
Kerri A Lyman     klyman@irell.com
Mariam S Marshall     mmarshall@marshallramoslaw.com
Robert C Martinez     rmartinez@mclex.com
Michael D May     mdmayesq@verizon.net

Hutchison B Meltzer    hmeltzer@wgllp.com
Krikor J Meshefejian    kjm@lnbrb.com
Joel S. Miliband    jmiliband@rusmiliband.com
James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com
Louis R Miller    smiller@millerbarondess.com
Randall P Mroczynski    randym@cookseylaw.com
Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
Robert Nida    Rnida@castlelawoffice.com
Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
Sean A Okeefe    sokeefe@okeefelc.com
Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
Penelope Parmes    pparmes@rutan.com
Ronald B Pierce    ronald.pierce@sdma.com
Katherine C Piper    kpiper@steptoe.com
Cassandra J Richey    cmartin@pprlaw.net
Debra Riley    driley@allenmatkins.com
James S Riley    tgarza@sierrafunds.com
Todd C. Ringstad    becky@ringstadlaw.com
R Grace Rodriguez    ecf@lorgr.com
Martha E Romero    Romero@mromerolawfirm.com
Ronald Rus    rrus@rusmiliband.com
John P Schafer    jschafer@mandersonllp.com
John E Schreiber    jschreiber@dl.com
William D Schuster    bills@allieschuster.org
Christopher P Simon    csimon@crosslaw.com
Wendy W Smith    wendy@bindermalter.com
Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
Michael St James    ecf@stjames-law.com
Michael K Sugar    msugar@irell.com
Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Carol G Unruh    cgunruh@sbcglobal.net
Annie Verdries    verdries@lbbslaw.com
Jason Wallach    jwallach@gladstonemichel.com
Joshua D Wayser    , kim.johnson@kattenlaw.com
Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
David M Wiseblood    dwiseblood@seyfarth.com

Brett K Wiseman     bwiseman@aalaws.com
Dean A Ziehl     dziehl@pszjlaw.com, dziehl@pszjlaw.com
Marc A. Zimmerman     joshuasdaddy@att.net