Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California  90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760

Edward Soto (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Counsel for Lehman Commercial Paper Inc.,
Lehman ALI, Inc., Northlake Holdings LLC
and OVC Holdings LLC

**FILED & ENTERED**

**JUN 24 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY reid       DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors, Jointly Administered Debtors and Debtors-In-Possession.<br><br>Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☐ LB-L-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LB-L-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☐ SunCal Oak Knoll, LLC | Case No.: 8:08-bk-17206-ES<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**[PROPOSED] ORDER RE MOTION FOR ORDER REGARDING ENTITLEMENT TO DISCOVERY IN CONNECTION WITH CLAIM OBJECTION AND/OR IMPOSING DISCRETIONARY STAY**<br><br>DATE:     May 13, 2011<br>TIME:     9:30 a.m.<br>PLACE:   Courtroom 5A |

52063-001\DOCS_LA:238320.1

On May 13, 2011, at 9:30 a.m., a hearing was held on shortened time on that certain *Motion For Order Regarding Entitlement To Discovery In Connection With Claim Objection, And/Or Imposing Discretionary Stay* (the "Stay / Discovery Motion") filed by Palmdale Hills Property, LLC, SunCal Communities I, LLC, SunCal Communities III, LLC, SCC Palmdale, LLC, Acton Estates, LLC, SunCal Beaumont, LLC, SunCal Emerald, LLC, SunCal Johansson, LLC, SunCal Bickford, LLC, SunCal Summit, LLC, Seven Brothers, LLC, Kirby Estates, LLC, SJD Partners, LLC, SJD Development, LLC, SCC Communities, LLC, North Orange Del Rio, LLC and Tesoro SF, LLC (the "Voluntary Debtors") and SunCal Management LLC, and SCC Acquisitions, LLC ("SCC') (collectively the "SunCal Parties").

Based upon the pleadings before the Court and argument of counsel, the Court concludes as follows:

1. To the extent that the Motion seeks to stay the pending plan proceedings, it is denied.

2. a) Discovery is authorized for contested matters pursuant to Federal Rule of Bankruptcy 9014. A claim objection is a contested matter. That certain *Motion for Order Disallowing Claims Held by Lehman Ali, Inc. and Lehman Commercial Paper, Inc.* (the "Asserted Claim Objection"), on its face, states that it is a claim objection as against Lehman ALI, Inc. and Lehman Commercial Paper, Inc. ("LCPI"), a Chapter 11 debtor, and asserts a legal theory asserted to constitute recoupment. Ordinarily, claim objections are not subject to the automatic stay and recoupment is also not subject to the automatic stay;

b) The Court makes no finding as to the merits of the Asserted Claim Objection and relief requested therein;

c) This Order is without prejudice to any defenses that may be raised by LCPI to the Asserted Claim Objection, including, without limitation, the applicability of LCPI's automatic stay; and

d) This order is without prejudice to LCPI's right to object to any discovery

///

1 | propounded by the SunCal Parties or its right to establish that the Motion is something other
2 | than a claim objection and that the legal basis for relief asserted therein is not recoupment.

###

DATED: June 24, 2011

*Erithe A. Smith*

United States Bankruptcy Judge

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | |
| Debtor(s). | CASE NUMBER 08-17206-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER RE MOTION FOR ORDER REGARDING ENTITLEMENT TO DISCOVERY IN CONNECTION WITH CLAIM OBJECTION AND/OR IMPOSING DISCRETIONARY STAY* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **May 19, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 19, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 19, 2011 | Melisa DesJardien | /s/ *Melisa DesJardien* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                         **F 9013-3.1 PROOF SERVICE**

| In re: </br> PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, </br> Debtor(s). | CHAPTER 11 </br> CASE NUMBER 08-17206-ES |
|---|---|

**II. SERVED BY U.S. MAIL**

U.S. MAIL

**III. SERVED BY E-MAIL**

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
    bcook@suncal.com
(3) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee (c/o Squar Milner):
    Steven N. Speier - sspeier@squarmilner.com; ca85@ecfcbis.com
(7) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(8) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(9) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Clay Roesch – clay.roesch@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Joseph A Eisenberg - jae@jmbm.com
Mark McKane - mark.mckane@kirkland.com
Atty for Bond Safeguard & Lexon - mea@amclaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                   F 9013-3.1 PROOF.SERVICE

# **NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below:  The United States Tstee and case Tstee (if any) will always be in this category.
**4)** **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# **NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled ***ORDER RE MOTION FOR ORDER REGARDING ENTITLEMENT TO DISCOVERY IN CONNECTION WITH CLAIM OBJECTION AND/OR IMPOSING DISCRETIONARY STAY*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 19, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Palmdale Hills Property, LLC (and its related entities)
2392 Morse Ave.
Irvine, CA 92614
Attn: Bruce Elieff, Manager

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* F 9021-1.1 NOTICE ENTERED ORDER

**I. SERVED BY NEF**

**8:08-bk-17206-ES Notice will be electronically mailed to:**

Selia M Acevedo for Atty Miller Barondess LLP
    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
Joseph M Adams for Def The City of San Juan Capistrano
    jadams@sycr.com
Raymond H Aver for Debtor Palmdale Hills Property, LLC
    ray@averlaw.com
James C Bastian for Cred ARB, Inc.
    jbastian@shbllp.com
Thomas Scott Belden for Def Zim Industries, Inc. dba Bakersfield Well & Pump
    sbelden@kleinlaw.com, ecf@kleinlaw.com
John A Boyd for Int Pty Oliphant Golf Inc
    fednotice@tclaw.net
Mark Bradshaw for Int Pty Courtesy NEF
    mbradshaw@shbllp.com
Gustavo E Bravo for Cred Oliphant Golf, Inc.
    gbravo@smaha.com
Jeffrey W Broker for Cred Bond Safeguard Ins Co
    jbroker@brokerlaw.biz
Brendt C Butler for Cred EMR Residential Properties LLC
    BButler@mandersonllp.com
Andrew W Caine for Cred Lehman ALI, Inc.
    acaine@pszyjw.com
Carollynn Callari for Cred Danske Bank A/S London Branch
    ccallari@venable.com
Cathrine M Castaldi for Cred SunCal Management, LLC
    ccastaldi@rusmiliband.com
Tara Castro Narayanan for Int Pty Courtesy NEF
    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
Dan E Chambers for Cred EMR Residential Properties LLC
    dchambers@jmbm.com
Shirley Cho for Cred Lehman ALI, Inc.
    scho@pszjlaw.com
Vonn Christenson for Int Pty Courtesy NEF
    vrc@paynefears.com
Brendan P Collins for Cred Gray1 CPB, LLC
    bpcollins@bhfs.com
Vincent M Coscino for Petitioning Cred CST Environmental Inc
    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
Paul J Couchot for Cred SCC Acquisitions, Inc.
    pcouchot@winthropcouchot.com,
    pj@winthropcouchot.com;sconnor@winthropcouchot.com
Jonathan S Dabbieri for Int Pty Courtesy NEF
    dabbieri@sullivan.com,
    hill@sullivanhill.com;mcallister@sullivanhill.com;
    stein@sullivanhill.com;vidovich@sullivanhill.com
Ana Damonte for Cred Top Grade Construction, Inc.
    ana.damonte@pillsburylaw.com
Vanessa S Davila for Cred Bond Safeguard Ins Co
    vsd@amclaw.com
Melissa Davis for Cred City of Orange
    mdavis@shbllp.com
Daniel Denny for Int Pty Courtesy NEF
    ddenny@gibsondunn.com
Caroline Djang for Cred Lehman ALI, Inc.
    crd@jmbm.com
Donald T Dunning for Cred Hertz Equipment Rental Corp
    ddunning@dunningLaw.com
Joseph A Eisenberg for Cred Lehman ALI, Inc.
    jae@jmbm.com
Lei Lei Wang Ekvall for Atty Weiland Golden Smiley Wang Ekvall & Strok, LLP
    lekvall@wgllp.com

Richard W Esterkin for Debtor Palmdale Hills Property, LLC
    resterkin@morganlewis.com
Marc C Forsythe for Atty Robert Goe
    kmurphy@goeforlaw.com
Alan J Friedman for Atty Irell & Manella LLP
    afriedman@irell.com
Steven M Garber for Cred Park West Landscape, Inc
    steve@smgarberlaw.com
Christian J Gascou for 3rd Party Pltf Arch Ins Co
    cgascou@gascouhopkins.com
Barry S Glaser for Cred County of Los Angeles
    bglaser@swjlaw.com
Robert P Goe for Atty Robert Goe
    kmurphy@goeforlaw.com,
    rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Eric D Goldberg for Int Pty Courtesy NEF
    egoldberg@stutman.com
Richard H Golubow for Debtor Palmdale Hills Property, LLC
    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
Michael J Gomez for Int Pty Central Pacific Bank
    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Kelly C Griffith for Cred Bond Safeguard Ins Co
    bkemail@harrisbeach.com
Matthew Grimshaw for Int Pty City Of Torrance
    mgrimshaw@rutan.com
Kavita Gupta for Debtor Palmdale Hills Property, LLC
    kgupta@winthropcouchot.com
Asa S Hami for Debtor Palmdale Hills Property, LLC
    ahami@morganlewis.com
Michael J Hauser for U.S. Trustee United States Trustee (SA)
    michael.hauser@usdoj.gov
D Edward Hays for Cred Villa San Clemente, LLC
    ehays@marshackhays.com
Michael C Heinrichs for Int Pty Courtesy NEF
    mheinrichs@omm.com
Harry D. Hochman for Cred Lehman ALI, Inc.
    hhochman@pszjlaw.com, hhochman@pszjlaw.com
Jonathan M Hoff for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd
    jonathan.hoff@cwt.com
Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
    nhotchkiss@trainorfairbrook.com
Michelle Hribar for Pltf EMR Residential Properties LLC
    mhribar@rutan.com
John J Immordino for Cred Arch Ins Co.
    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
Lawrence A Jacobson for Cred BKF Engineers
    laj@cohenandjacobson.com
Michael J Joyce for Int Pty Courtesy NEF
    mjoyce@crosslaw.com
Stephen M Judson for Petitioning Cred The Professional Tree Care Co
    sjudson@fablaw.com
Kaleb L Judy for Def Zim Industries, Inc. dba Bakersfield Well & Pump
    ecf@kleinlaw.com, kjudy@kleinlaw.com
Sheri Kanesaka for Cred California Bank & Trust
    sheri.kanesaka@bryancave.com
David I Katzen for Int Pty Bethel Island Muni Imp District
    katzen@ksfirm.com
Christopher W Keegan for Cred SC Master Holdings II LLC
    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
Payam Khodadadi for Debtor Palmdale Hills Property, LLC
    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
Irene L Kiet for Cred BNB Engineering, Inc.
    ikiet@hkclaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9021-1.1 NOTICE ENTERED ORDER

*Claude F Kolm for Cred County of Alameda Tax Collector*
 claude.kolm@acgov.org
*Mark J Krone for Cred Bond Safeguard Ins Co*
 mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
*David B Lally for Def Contracting Engineers, Inc.*
 davidlallylaw@gmail.com
*Leib M Lerner for Cred Steiny and Co, Inc.*
 leib.lerner@alston.com
*Peter W Lianides for Debtor Palmdale Hills Property, LLC*
 plianides@winthropcouchot.com, pj@winthropcouchot.com
*Charles Liu for Debtor Palmdale Hills Property, LLC*
 cliu@winthropcouchot.com
*Kerri A Lyman for Atty Irell & Manella LLP*
 klyman@irell.com
*Mariam S Marshall for Cred RGA Environmental, Inc.*
 mmarshall@marshallramoslaw.com
*Robert C Martinez for Cred TC Construction Co, Inc*
 rmartinez@mclex.com
*Michael D May for Cred R.J. Noble Co.*
 mdmayesq@verizon.net
*Hutchison B Meltzer for Cred Com Holding Unsecured Claims*
 hmeltzer@wgllp.com
*Krikor J Meshefejian for Int Pty Courtesy NEF*
 kjm@lnbrb.com
*Joel S. Miliband for Cred RBF CONSULTING*
 jmiliband@rusmiliband.com
*James M Miller for Atty Miller Barondess LLP*
 jmiller@millerbarondess.com, vgunderson@millerbarondess.com
*Louis R Miller for Pltf Palmdale Hills Property, LLC*
 smiller@millerbarondess.com
*Randall P Mroczynski for Def Bob McGrann Construction, Inc.*
 randym@cookseylaw.com
*Mike D Neue for Atty The Lobel Firm, LLP*
 mneue@thelobelfirm.com,
 jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
*Robert Nida for Cred Kirk Negrete, Inc*
 Rnida@castlelawoffice.com
*Henry H Oh for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd*
 henry.oh@dlapiper.com, janet.curley@dlapiper.com
*Sean A Okeefe for Debtor Palmdale Hills Property, LLC*
 sokeefe@okeefelc.com
*Robert B Orgel for Cred Lehman ALI, Inc.*
 rorgel@pszjlaw.com, rorgel@pszjlaw.com
*Malhar S Pagay for Cred Lehman ALI, Inc.*
 mpagay@pszjlaw.com, mpagay@pszjlaw.com
*Penelope Parmes for Cred EMR Residential Properties LLC*
 pparmes@rutan.com
*Ronald B Pierce for Cred Griffith Co*
 ronald.pierce@sdma.com
*Katherine C Piper for Int Pty New Anaverde LLC*
 kpiper@steptoe.com
*Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al*
 cmartin@pprlaw.net
*James S Riley for Cred Sierra Liquidity Fund, LLC*
 tgarza@sierrafunds.com
*Debra Riley for Int Pty City of Palmdale*
 driley@allenmatkins.com
*Todd C. Ringstad for Int Pty Courtesy NEF*
 becky@ringstadlaw.com
*R Grace Rodriguez for Def O&B Equipment, Inc.*
 ecf@lorgr.com
*Martha E Romero for Cred California Taxing Authorities*
 Romero@mromerolawfirm.com
*Ronald Rus for Cred SunCal Management, LLC*
 rrus@rusmiliband.com

*John P Schafer for Cred LB/L-DUC III Bethel Island, LLC*
 jschafer@mandersonllp.com
*John E Schreiber for Def Fenway Capital, LLC*
 jschreiber@dl.com
*William D Schuster for Cred HD Supply Construction Supply LTD*
 bills@allieschuster.org
*Christopher P Simon for Int Pty Courtesy NEF*
 csimon@crosslaw.com
*Wendy W Smith for Cred Castaic Union School District*
 wendy@bindermalter.com
*Steven M Speier (TR)*
 Sspeier@asrmanagement.com, ca85@ecfcbis.com
*Steven M Speier for Trustee Steven Speier (TR)*
 Sspeier@Squarmilner.com, ca85@ecfcbis.com
*Michael St James for Cred MBH Architects, Inc.*
 ecf@stjames-law.com
*Michael K Sugar for Off Committee of Unsecured Creds*
 msugar@irell.com
*Cathy Ta for Def Hi-Grade Material Co.*
 cathy.ta@bbklaw.com,
 Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
*David A Tilem for Def Southland Pipe Corp*
 davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;
 dianachau@tilemlaw.com;kmishigian@tilemlaw.com
*James E Till for Trustee Steven Speier (TR)*
 jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;
 pnelson@thelobelfirm.com
*United States Trustee (SA)*
 ustpregion16.sa.ecf@usdoj.gov
*Carol G Unruh for Cred Scott E. McDaniel*
 cgunruh@sbcglobal.net
*Annie Verdries for Cred WEC Corp*
 verdries@lbbslaw.com
*Jason Wallach for Def Professional Pipeline Contractors, Inc.*
 jwallach@gladstonemichel.com
*Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.*
 kim.johnson@kattenlaw.com
*Christopher T Williams for Cred Danske Bank A/S London Branch*
 ctwilliams@venable.com, jcontreras@venable.com
*Marc J Winthrop for Debtor Palmdale Hills Property, LLC*
 mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
*David M Wiseblood for Cred Bethel Island Muni Imp District*
 dwiseblood@seyfarth.com
*Brett K Wiseman for Cred JF Shea Construction Inc*
 bwiseman@aalaws.com
*Dean A Ziehl for Counter-Def LV Pacific Point LLC*
 dziehl@pszjlaw.com, dziehl@pszjlaw.com
*Marc A. Zimmerman for Creditor Life Church of God in Christ*
 joshuasdaddy@att.net

**III. *TO BE* SERVED BY *LODGING PARTY* BY E-MAIL**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9021-1.1 NOTICE ENTERED ORDER