1  PAUL J. COUCHOT -- State Bar No. 131934
   SEAN A. O'KEEFE -- State Bar No. 122417
2  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
3  660 Newport Center Drive, Fourth Floor
   Newport Beach, CA 92660
4  Telephone: (949) 720-4100
   Facsimile: (949) 720-4111
5  General Insolvency Counsel for Administratively Consolidated
   Debtors-in-Possession
6
   RONALD RUS - State Bar No. 67369
7  JOEL S. MILIBAND - State Bar No. 77438
   **RUS MILIBAND & SMITH**
8  **A PROFESSIONAL CORPORATION**
   2211 Michelson Drive, Seventh Floor
9  Irvine, California 92612
   Telephone: (949) 752-7100
10 Facsimile: (949) 252-1514
   Counsel for SunCal Management LLC
11

12             **UNITED STATES BANKRUPTCY COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
13                     **SANTA ANA DIVISION**

14 In re                                    | Case No. 8:08-bk-17206-ES

15                                          | Jointly Administered With Case Nos.
   Palmdale Hills Property, LLC, and its
16 Related Debtors.                         | 8:08-bk-17209ES; 8:08-bk-17240ES; 8:08-bk-17224ES;
                                            | 8:08-bk-17242ES; 8:08-bk-17225ES; 8:08-bk-17245ES;
             Jointly Administered           | 8:08-bk-17227ES; 8:08-bk-17246ES; 8:08-bk-17230ES;
17           Debtors and Debtors-in-        | 8:08-bk-17231ES; 8:08-bk-17236ES; 8:08-bk-17248ES;
             Possession                     | 8:08-bk-17249ES; 8:08-bk-17573ES; 8:08-bk-17574ES;
18                                          | 8:08-bk-17575ES; 8:08-bk-17404ES; 8:08-bk-17407ES;
   Affects:                                 | 8:08-bk-17408ES; 8:08-bk-17409ES; 8:08-bk-17458ES;
19 ☐ All Debtors                            | 8:08-bk-17465ES; 8:08-bk-17470ES; 8:08-bk-17472ES;
                                            | and 8:08-17588ES.
20 ☒ Palmdale Hills Property, LLC,
   ☐ SunCal Beaumont Heights, LLC           | Chapter 11 Cases
21 ☐ SCC/Palmdale, LLC
   ☐ SunCal Johannson Ranch, LLC
22 ☒ SunCal Summit Valley, LLC              | **SUNCAL PARTIES' EX PARTE**
   ☒ SunCal Emerald Meadows LLC             | **APPLICATION FOR ORDER SCHEDULING**
23 ☒ SunCal Bickford Ranch, LLC             | **HEARING AND SHORTENING NOTICE RE**
   ☒ Acton Estates, LLC                     | **MOTION FOR ORDER: 1) ESTABLISHING**
24 ☐ Seven Brothers LLC                     | **RELEVANCY PARAMETERS IN PENDING**
   ☒ SJD Partners, Ltd.                     | **CONTESTED MATTERS; 2) SETTING**
25 ☐ SJD Development Corp.                  | **DEPOSITION DATES AND LOCATIONS;**
   ☐ Kirby Estates, LLC                     | **AND 3) EXTENDING DISCOVERY CUT-OFF**
26 ☐ SunCal Communities I, LLC              | **FOR SUNCAL PARTIES IN PLAN MATTERS;**
   ☐ SunCal Communities III, LLC            | **DECLARATION OF SEAN A. O'KEEFE IN**
27           *Continued on Next Page*       | **SUPPORT THEREOF**
28

MAINDOCS-#163658-v1-SCC_App_OST_re_Discovery.DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Continued from Previous Page*
☒ SCC Communities LLC
☐ North Orange Del Rio Land, LLC
☒ Tesoro SF, LLC
☒ LBL-SunCal Oak Valley, LLC
☒ SunCal Heartland, LLC
☒ LBL-SunCal Northlake, LLC
☒ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☒ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

1       Acton Estates LLC ("Acton"), SunCal Bickford Ranch LLC ("Bickford"), SunCal Emerald

2   Meadows LLC ("Emerald Meadows"), Palmdale Hills Property, LLC ("Palmdale Hills"), SJD

3   Partners, Ltd. ("SJD Partners"), SunCal Summit Valley LLC ("Summit Valley"), SCC

4   Communities LLC ("SCC Communities"), Tesoro SF LLC ("Tesoro") (collectively the

5   "Voluntary Debtors"), and SunCal Management, LLC ("SunCal Management"), as a claimant in

6   the related Chapter 11 cases of the Trustee Debtors[1] (the "Voluntary Debtors" and the "Trustee

7   Debtors" are collectively referred to herein as "SunCal Debtors," and the "Voluntary Debtors" and

8   "SunCal Management" are referred to herein as the "SunCal Parties"), hereby apply for an order

9   granting the following relief, pursuant to Local Rule 9075-1:

10       A)    Scheduling a hearing on the concurrently filed *Motion For Order:*

11   *1) Establishing Relevancy Parameters In Pending Contested Matters; 2) Setting Deposition Dates*

12   *And Locations; And 3) Extending Discovery Cut-Off For Suncal Parties In Plan Matters* (the

13   "Motion") for July 8, 2011, at the hour of 2:30 p.m., *which is the date already set aside by the*

14   *Court to address matters of this nature in the scheduling order entered on May 23, 2011* (see,

15   Ex. "1", O'Keefe Decl.);

16       B)    Shortening notice with respect to the Motion such that service of the Motion

17   on the Lehman Entities and on the Official Committee of unsecured creditors, by email, and

18   service on all other parties via the CM/ECF system, on June 24, 2011 is deemed sufficient;

19       C)    Requiring any party opposing the Motion to file their opposition with the

20   Court no later than July 5, 2011, by 5:00 p.m., and to serve any such opposition on the SunCal

21   Parties, via email, on or before this date and time, and requiring any party seeking to reply to such

22   opposition to file such reply by noon on July 7, 2011, and to serve it by email on or before such

23   time and date; and

24       D)    Granting such further relief as the Court deems just and proper.

25

26

27

28   [1] Delta Coves, SunCal Heartland, SunCal Marblehead, SunCal Northlake, SunCal Oak Valley,
SunCal Century City, SunCal PSV, SunCal Torrance, and SunCal Oak Knoll.

1    This Application is made on the basis of the attached Declaration of Sean A. O'Keefe, the

2    concurrently filed Motion and the within points and authorities.

3    DATED: June 24, 2011                          **WINTHROP COUCHOT**
                                                    **PROFESSIONAL CORPORATION**
4

5
                                                   By:___/s/ *Paul J. Couchot*_____
6                                                         Paul J. Couchot, Esq.
                                                          Sean OKeefe, Esq.
7                                                  General Insolvency Counsel for Administratively
                                                   Consolidated Voluntary Debtors
8

9                                                  **RUS MILIBAND & SMITH**
                                                   **A PROFESSIONAL CORPORATION**
10

11                                                 By: _____/s/ *Ron Rus*_____
                                                          Ronald Rus, Esq.
12                                                        Joel S. Miliband, Esq.
                                                          Cathrine Castaldi, Esq.
13                                                 Attorneys for SunCal Management, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

## I.

## SUMMARY OF NEED FOR EXPEDITED RELIEF

Three contested matters are currently pending before the Court. The contested matter arising from the plans of reorganization filed by the SunCal Parties (the "SunCal Plans"), the contested arising from the plans of reorganization filed by the Lehman Entities (the "Lehman Plans") (these contested matters are collectively referred to herein as the "Plan Matters"), and the integrally related contested matters arising from the claim objections that the SunCal Parties (the "Claim Matters") filed in response to the claims filed by the Lehman Entities (the "Lehman Claims"). The SunCal Parties have scheduled depositions in the above matters (either in one or both) on three separate occasions, and in each instance the Lehman Parties have made it clear that they would not produce their witnesses. In response to the most recent round of deposition notices, the Lehman Entities have advised the SunCal Parties that even if their witnesses appear the parameters of relevancy, *as predetermined by the Lehman Entities*, preclude inquiry into the issues that are the very heart of both the ongoing Plan Matters and the Claim Matters – the validity and amount of the Lehman Claims and the SunCal Parties' defenses thereto.

Pursuant to the Scheduling Order entered by this Court on May 23, 2011 (see Exhibit "1"), July 8, 2011, at 2:30 p.m. was set aside as the date and time to resolve the very kind of dispute presented in the Motion. Although it was the SunCal Parties expectation that the July 8, 2011 hearing would address issues that arose after witnesses had appeared for deposition, the Lehman Entities refusal to produce their witnesses on two prior occasions and their latest "we will not testify to anything relevant" position, has forced the SunCal Parties to file the instant Motion, without having questioned a single witness.

As the email attached to the declaration filed with the Motion confirm, the SunCal Parties have tried to resolve these matters, but their efforts have been futile. *Notably, the SunCal Parties specifically advised the Court at the hearing held on Jun 9, 2011 that the Lehman Entities would do everything within their power to shield their witnesses from cross examination under oath. Although the Lehman Entities' counsel vociferously rejected this prediction at this hearing, it has come to fruition exactly as predicted.* Without the intervention of this Court, the entire scheduling

-3-

1 order sequence will have to set aside, since the Lehman Entities will not comply with the rules

2 absent the threat of an immediate contempt sanction.

3      Since this Court already set aside July 8, 2011, at the hour of 2:30 p.m. to hear exactly the

4 kind of dispute set forth in the Motion, it is not clear to the SunCal Parties that relief of the kind

5 sought in this application is necessary. However, in order to insure procedural compliance, they

6 have filed this application seeking an order setting a hearing on the Motion and shortening notice

7 with respect to the Motion.

8                                              **II.**

9                          **SETTING AND EXPEDITED HEARING IS**

10                     **APPROPRIATE UNDER THE CIRCUMSTANCES**

11      As explained in the Motion, the SunCal Parties have been denied the ability to proceed

12 with discovery. Until this matter is corrected, and until they are allowed to take a *meaningful*

13 deposition, this entire case should come to a complete stop. Since this delay would be unfair to the

14 rights of the creditors, resolving the issues raised in the Motion, at the hearing date and time

15 already set aside for this purpose, constitutes good cause for the relief prayed for herein. FRBP

16 9006; L.R. 9075-1(b).

17                                             **III.**

18                                      **CONCLUSION**

19      For the foregoing reasons and on the basis of the within authorities, the SunCal Parties

20 would respectfully pray that this Court grant the relief prayed for herein.

21 DATED: June 24, 2011                    **WINTHROP COUCHOT P.C.**

22                                          By:___/s/ *Paul J. Couchot*_____
                                               Paul J. Couchot, Esq.
23                                             Sean Okeefe, Esq.
                                               General Insolvency Counsel for Administratively
24                                             Consolidated Voluntary Debtors-in-Possession

25
                                               **RUS MILIBAND & SMITH**
26                                             **A PROFESSIONAL CORPORATION**

27                                          By: __/s/ *Ronald Rus*_____
                                               Ronald Rus, Esq.
28                                             Joel S. Miliband, Esq.
                                               Attorneys for SunCal Management, LLC

                                               -4-

1    **DECLARATION OF SEAN A. O'KEEFE**

2    I, Sean A. O'Keefe, hereby declare and state as follows:

3    1.    I am over the age of eighteen years and I am licensed to practice law in all courts of

4    the State of California.

5    2.    I am Of Counsel to the firm of Winthrop Couchot, P.C., general insolvency counsel

6    to Palmdale Hills Property, LLC and the related voluntary debtors (the "Voluntary Debtors").[2]

7    3.    The facts stated herein are within my personal knowledge, unless otherwise

8    indicated, and if called upon to testify to the same I could and would testify competently thereto.

9    4.    Attached hereto as Exhibit "1" is the scheduling order entered by this Court in

10   connection with the plan confirmation disputes (the "Plan Matters") pending between the

11   Voluntary Debtor and SunCal Management, LLC (the "SunCal Parties"), on the one hand, and

12   Lehman Ali, Inc. ("Lehman Ali") and Lehman Commercial Paper, Inc. ("LCPI") (together with

13   Lehman Brothers Holdings, Inc. ("LBHI") the "Lehman Entities"), on the other.

14   5.    As this order indicates, July 8, 2011, at the hour of 2:30 a.m. was set aside by the

15   Court as the date and time to resolve disputes of the kind set forth in the concurrently filed *Motion*

16   *For Order: 1) Establishing Relevancy Parameters In Pending Contested Matters; 2) Setting*

17   *Deposition Dates And Locations; And 3) Extending Discovery Cut-Off For Suncal Parties In Plan*

18   *Matters* (the "Motion").

19   6.    Although it was the SunCal Parties' expectation that discovery would be well along

20   as of this juncture, the Lehman Entities have refused to produce their witnesses in response to

21   deposition notices and recently, counsel for the Lehman Entities has indicated that inquiries

22   regarding the merits of their claims, and the SunCal Parties' defenses thereto, will not be allowed

23   within the context of the Plan Matters. These emails also made it clear that it is in the intention of

24   the Lehman Entities to delay discovery in the claim objection matters to a date late in July, in the

25

26

27   [2] SunCal Communities I, LLC, SunCal Communities III, LLC, SCC Palmdale, LLC, Acton Estates, LLC, SunCal Beaumont, LLC, SunCal Emerald Meadows, LLC, SunCal Johansson Ranch, LLC, SunCal Bickford Ranch, LLC, SunCal Summit Valley, LLC, Seven Brothers, LLC, Kirby Estates, LLC, SJD Partners, Ltd., a California limited partnership, SJD Development Corp., a California corporation, SCC Communities LLC, North Orange Del Rio Land LLC and Tesoro SF LLC.

28

1  hope that discovery will be stayed by the United States Bankruptcy Court for the Southern District

2  of New York.

3        7.    As the scheduling order makes clear, the parties agreed to an involved sequence of

4  events in May of 2011.  This sequence was premised upon the SunCal Parties ability to conduct

5  meaningful discovery.  However, as the declaration filed in support of the Motion makes clear, all

6  efforts to date have been thwarted by the Lehman Entities.  This is exactly the kind of problem

7  that the July 8, 2011 hearing was set aside to resolve.

8        8.    If this matter is not heard on July 8, 2011, the SunCal Parties' ability to develop

9  their confirmation case and their claims objections will be unfairly prejudiced and they will be

10  compelled to seek a delay in all pending matters.

11        I declare that the foregoing is true and correct under the penalty of perjury.

12        Executed this 24th day of June, 2011, in Orange County, California.

13

14                                                */s/ Sean Okeefe*
                                              Sean A. O'Keefe

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "1"



1 | IRELL & MANELLA LLP
Alan J. Friedman (State Bar No. 132580)
2 | afriedman@irell.com
Kerri A. Lyman (State Bar No. 241615)
3 | klyman@irell.com
840 Newport Center Drive, Suite 400
4 | Newport Beach, California 92660-6324
Telephone:   (949) 760-0991
5 | Facsimile:   (949) 760-5200

6 | Counsel for the Official Joint Committee of
Unsecured Creditors in the Voluntary
7 | Debtors' Chapter 11 Cases

```
                  FILED & ENTERED

                     MAY 23 2011

        CLERK U.S. BANKRUPTCY COURT
        Central District of California
        BY reid        DEPUTY CLERK
```

8 |
9 | **UNITED STATES BANKRUPTCY COURT**
10 | **CENTRAL DISTRICT OF CALIFORNIA**
11 | **SANTA ANA DIVISION**

12 | In re

13 | Palmdale Hills Property, LLC, and its Related
Debtors.
14 |
15 | Jointly Administered Debtors and
Debtors-in-Possession.

16 | Affects:
☒ All Debtors
17 | ☐ Palmdale Hills Property, LLC
☐ SunCal Beaumont Heights, LLC
18 | ☐ SCC/Palmdale, LLC
☐ SunCal Johannson Ranch, LLC
19 | ☐ SunCal Summit Valley, LLC
☐ SunCal Emerald Meadows LLC
20 | ☐ SunCal Bickford Ranch, LLC
21 | ☐ Acton Estates, LLC
☐ Seven Brothers LLC
22 | ☐ SJD Partners, Ltd.
☐ SJD Development Corp.
23 | ☐ Kirby Estates, LLC
☐ SunCal Communities I, LLC
24 | ☐ SunCal Communities III, LLC
☐ SCC Communities LLC
25 | ☐ North Orange Del Rio Land, LLC
☐ Tesoro SF LLC
26 | ☐ LBL-SunCal Oak Valley, LLC
27 | ☐ SunCal Heartland, LLC
☐ LBL-SunCal Northlake, LLC
28 |

*Caption Continued on Next Page*

Case No. 8:08-bk-17206- ES

Jointly Administered With Case Nos.
8:08-bk-17209-ES; 8:08-bk-17240-ES;
8:08-bk-17224-ES; 8:08-bk-17242-ES;
8:08-bk-17225-ES; 8:08-bk-17245-ES;
8:08-bk-17227-ES; 8:08-bk-17246-ES;
8:08-bk-17230-ES; 8:08-bk-17231-ES;
8:08-bk-17236-ES; 8:08-bk-17248-ES;
8:08-bk-17249-ES; 8:08-bk-17573-ES;
8:08-bk-17574-ES; 8-08-bk-17575 ES;
8:08-bk-17404-ES; 8:08-bk-17407-ES;
8:08-bk-17408-ES; 8:08-bk-17409-ES;
8:08-bk-17458-ES; 8:08-bk-17465-ES;
8:08-bk-17470-ES; 8:08-bk-17472-ES
8:08-bk-17588-ES

Chapter 11 Cases

**ORDER RE CONFIRMATION HEARING
AND RELATED DEADLINES**

Hearing
Date:  May 13, 2011
Time:  9:30 a.m.
Place: Courtroom 5A

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ORDER RE CONFIRMATION HEARING AND
RELATED DEADLINES
Order140655#8c813199-bbcc-4026-8c55-39ed46c7da08

1    ☐ SunCal Marblehead, LLC
     ☐ SunCal Century City, LLC
2    ☐ SunCal PSV, LLC
     ☐ Delta Coves Venture, LLC
3    ☐ SunCal Torrance, LLC
4    ☐ SunCal Oak Knoll, LLC

5

6    **TO ALL PARTIES-IN-INTEREST:**

7      Attached hereto as Exhibit "A" and incorporated herein by this reference is that certain

8 proposed SunCal Plan Confirmation/Discovery Time Line (the "Confirmation Time Line"). The

9 Confirmation Time Line and all dates contained therein are hereby approved pursuant to this

10 Order.

11                         # # #

12

13

14

15

16

17

18

19

20

21

22

23

24

25 DATED: May 23, 2011           *Erithe A. Smith*
                           United States Bankruptcy Judge

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND
RELATED DEADLINES**
Order#40653#8e813109-bb4c-4026-8c55-39ed46a7da08       - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND
RELATED DEADLINES**
Order#40653#8e813109-bbde-4026-8e5f-39ed46a7da08

- 3 -



## Proposed Surical Plan Confirmation/ Discovery Time Line

Exhibit A
Page 4

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as **ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 19, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Caused to be served via Personal Delivery:

Honorable Erithe A. Smith                              Michael Hauser, Esq.
United States Courthouse                               U.S. Trustee's Office
411 West Fourth Street, Suite 5041                     411 West Fourth Street, 9041
Santa Ana, CA 92701-4593                               Santa Ana, CA 92701

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/18/11 | LESLIE WOLCHUCK | /s/ Leslie Wolchuck |
|---------|-----------------|---------------------|
| Date | Type Name | Signature |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership including
Professional Corporations

ORDER RE CONFIRMATION HEARING AND
RELATED DEADLINES
Order#4065388&813109-bbdc-4026-8e55-39ed46a7ds08

- 5 -

| In re:<br>**Palmdale Hills Property, LLC, and its Related Debtors.**<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:08-17206-ES |
|---|---|

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  May ___, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND RELATED DEADLINES**
Order4406534#8e813109-bbdc-4026-8e55-39ed46a7da08

- 6 -

1  **SERVED VIA NOTICE OF ELECTRONIC FILING ("NEF")**

2  • Selia M Acevedo   sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

3  • Joseph M Adams   jadams@sycr.com

4  • Raymond H Aver   ray@averlaw.com

5  • James C Bastian   jbastian@shbllp.com

6  • Thomas Scott Belden   sbelden@kleinlaw.com, ecf@kleinlaw.com

7  • John A Boyd   fednotice@tclaw.net

8  • Mark Bradshaw   mbradshaw@shbllp.com

9  • Gustavo E Bravo   gbravo@smaha.com

10  • Jeffrey W Broker   jbroker@brokerlaw.biz

11  • Brendt C Butler   bbutler@mandersonllp.com

12  • Andrew W Caine   acaine@pszyjw.com

13  • Carollynn Callari   ccallari@venable.com

14  • Cathrine M Castaldi   ccastaldi@rusmiliband.com

15  • Tara Castro Narayanan   tara.narayanan@msrlegal.com, lisa.king@msrlegal.com

16  • Dan E Chambers   dchambers@jmbm.com

17  • Shirley Cho   scho@pszjlaw.com

18  • Vonn Christenson   vrc@paynefears.com

19  • Brendan P Collins   bpcollins@bhfs.com

20  • Vincent M Coscino   vcoscino@allenmatkins.com, emurdoch@allenmatkins.com

21  • Paul J Couchot   pcouchot@winthropcouchot.com,
22  pj@winthropcouchot.com;sconnor@winthropcouchot.com

23  • Jonathan S Dabbieri   dabbieri@sullivan.com,
   hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sulli
24  vanhill.com

25  • Ana Damonte   ana.damonte@pillsburylaw.com

26  • Vanessa S Davila   vsd@amclaw.com

27  • Melissa Davis   mdavis@shbllp.com

28  • Daniel Denny   ddenny@gibsondunn.com

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ORDER RE CONFIRMATION HEARING AND
RELATED DEADLINES                    - 7 -
Order#40653#8e813109-bbdc-4026-8c55-39ed46a7da08

Case 8:08-bk-17206-ES    Doc 2112    Filed 05/23/11    Entered 05/23/11 14:37:49    Desc
Main Document    Page 8 of 11

1    • Caroline Djang    crd@jmbm.com

2    • Donald T Dunning    ddunning@dunningLaw.com

3    • Joseph A Eisenberg    jae@jmbm.com

4    • Lei Lei Wang Ekvall    lekvall@wgllp.com

5    • Richard W Esterkin    resterkin@morganlewis.com

6    • Marc C Forsythe    kmurphy@goeforlaw.com

7    • Alan J Friedman    afriedman@irell.com

8    • Steven M Garber    steve@smgarberlaw.com

9    • Christian J Gascou    cgascou@gascouhopkins.com

10    • Barry S Glaser    bglaser@swjlaw.com

11    • Robert P Goe    kmurphy@goeforlaw.com,
      rgoe@goeforlaw.com;mforsythe@goeforlaw.com

12

13    • Eric D Goldberg    egoldberg@stutman.com

14    • Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com

15    • Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

16    • Kelly C Griffith    bkemail@harrisbeach.com

17    • Matthew Grimshaw    mgrimshaw@rutan.com

18    • Kavita Gupta    kgupta@winthropcouchot.com

19    • Asa S Hami    ahami@morganlewis.com

20    • Michael J Hauser    michael.hauser@usdoj.gov

21    • D Edward Hays    ehays@marshackhays.com

22    • Michael C Heinrichs    mheinrichs@omm.com

23    • Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com

24    • Jonathan M Hoff    jonathan.hoff@cwt.com

25    • Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com

26    • Michelle Hribar    mhribar@rutan.com

27    • John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com

28    • Lawrence A Jacobson    laj@cohenandjacobson.com

      • Michael J Joyce    mjoyce@crosslaw.com

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ORDER RE CONFIRMATION HEARING AND
RELATED DEADLINES                                          - 8 -
Order4065388e813109-bbdc-4026-8c55-39ed46a7da08

| | |
|---|---|
| 1 | • Stephen M Judson    sjudson@fablaw.com |
| 2 | • Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com |
| 3 | • Steven J Kahn    skahn@pszyjw.com |
| 4 | • Sheri Kanesaka    sheri.kanesaka@bryancave.com |
| 5 | • David I Katzen    katzen@ksfirm.com |
| 6 | • Christopher W Keegan    ckeegan@kirkland.com, |
| 7 | gdupre@kirkland.com;alevin@kirkland.com |
| 8 | • Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com |
| 9 | • Irene L Kiet    ikiet@hkclaw.com |
| 10 | • Claude F Kolm    claude.kolm@acgov.org |
| 11 | • Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com |
| 12 | • David B Lally    davidlallylaw@gmail.com |
| 13 | • Leib M Lerner    leib.lerner@alston.com |
| 14 | • Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com |
| 15 | • Charles Liu    cliu@winthropcouchot.com |
| 16 | • Kerri A Lyman    klyman@irell.com |
| 17 | • Mariam S Marshall    mmarshall@marshallramoslaw.com |
| 18 | • Robert C Martinez    rmartinez@mclex.com |
| 19 | • Michael D May    mdmayesq@verizon.net |
| 20 | • Hutchison B Meltzer    hmeltzer@wgllp.com |
| 21 | • Krikor J Meshefejian    kjm@lnbrb.com |
| 22 | • Joel S. Miliband    jmiliband@rusmiliband.com |
| 23 | • James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com |
| 24 | • Louis R Miller    smiller@millerbarondess.com |
| 25 | • Randall P Mroczynski    randym@cookseylaw.com |
| 26 | • Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com |
| 27 | • Robert Nida    Rnida@castlelawoffice.com |
| 28 | • Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ORDER RE CONFIRMATION HEARING AND
RELATED DEADLINES
Order#4065348e8;3109-bbdc-4026-8c55-39ed46e7da08

- 9 -

1  • Sean A Okeefe    sokeefe@okeefelc.com

2  • Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com

3  • Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com

4  • Penelope Parmes    pparmes@rutan.com

5  • Ronald B Pierce    ronald.pierce@sdma.com

6  • Katherine C Piper    kpiper@steptoe.com

7  • Cassandra J Richey    cmartin@pprlaw.net

8  • Debra Riley    driley@allenmatkins.com

9  • James S Riley    tgarza@sierrafunds.com

10 • Todd C. Ringstad    becky@ringstadlaw.com

11 • R Grace Rodriguez    ecf@lorgr.com

12 • Martha E Romero    Romero@mromerolawfirm.com

13 • Ronald Rus    rrus@rusmiliband.com

14 • John P Schafer    jschafer@mandersonllp.com

15 • John E Schreiber    jschreiber@dl.com

16 • William D Schuster    bills@allieschuster.org

17 • Christopher P Simon    csimon@crosslaw.com

18 • Wendy W Smith    wendy@bindermalter.com

19 • Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com

20 • Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com

21 • Michael St James    ecf@stjames-law.com

22 • Michael K Sugar    msugar@irell.com

23 • Cathy Ta    cathy.ta@bbklaw.com,
   Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com

24

25 • David A Tilem    davidtilem@tilemlaw.com,
   malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com

26 • James E Till    jtill@thelobelfirm.com,
   jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

27

28 • United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ORDER RE CONFIRMATION HEARING AND
RELATED DEADLINES
Orcerf40653:98e813109-bbce-4026-8c55-39ed46a7da08

- 10 -

1   • Carol G Unruh     cgunruh@sbcglobal.nct

2   • Annie Verdries     verdries@lbbslaw.com

3   • Jason Wallach     jwallach@gladstonemichel.com

4   • Joshua D Wayser     , kim.johnson@kattenlaw.com

5   • Christopher T Williams     ctwilliams@venable.com, jcontreras@venable.com

6   • Marc J Winthrop     mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

7   • David M Wiseblood     dwiseblood@seyfarth.com

8   • Brett K Wiseman     bwiseman@aalaws.com

9   • Dean A Ziehl     dziehl@pszjlaw.com, dziehl@pszjlaw.com

10  • Marc A. Zimmerman     joshuasdaddy@att.net

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

**ORDER RE CONFIRMATION HEARING AND
RELATED DEADLINES**
Order#40653f8e813109-bbdc-4026-8e55-39ed46a7da08

- 11 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **SUNCAL PARTIES' EX PARTE APPLICATION FOR ORDER SCHEDULING HEARING AND SHORTENING NOTICE RE MOTION FOR ORDER: 1) ESTABLISHING RELEVANCY PARAMETERS IN PENDING CONTESTED MATTERS; 2) SETTING DEPOSITION DATES AND LOCATIONS; AND 3) EXTENDING DISCOVERY CUT-OFF FOR SUNCAL PARTIES IN PLAN MATTERS; DECLARATION OF SEAN A. O'KEEFE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 24, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 24, 2011 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| Date | Type Name | Signature |

**NEF SERVICE LIST**

1
2
- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
3
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
4
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
5
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
6
- Jeffrey W Broker    jbroker@brokerlaw.biz
7
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
8
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
9
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
10
- Shirley Cho    scho@pszjlaw.com
11
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
12
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com,
13    pj@winthropcouchot.com;sconnor@winthropcouchot.com
14
- Jonathan S Dabbieri    dabbieri@sullivan.com,
   hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sulli
15    vanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
16
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
17
- Daniel Denny    ddenny@gibsondunn.com
18
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
19
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
20
- Lei Lei Wang Ekvall    lekvall@wgllp.com
21
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
22
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
23
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
24
- Robert P Goe    kmurphy@goeforlaw.com,
25    rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
26
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
27
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
28
- Kavita Gupta    kgupta@winthropcouchot.com

- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com

- Todd C. Ringstad    becky@ringstadlaw.com
- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com,
  Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com,
  jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net