1 | Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)

2 | PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, Suite 1100

3 | Los Angeles, California  90067
Telephone:  (310) 277-6910

4 | Facsimile:  (310) 201-0760

5 | Edward Soto (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP

6 | 767 Fifth Avenue
New York, NY  10153-0119

7 | Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

8 | Counsel for Lehman Commercial Paper Inc., Lehman ALI, Inc.,
Northlake Holdings LLC and OVC Holdings LLC

9 | **UNITED STATES BANKRUPTCY COURT**

10 | **CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

11 | In re:                                                  Case No.: 8:08-bk-17206-ES
Palmdale Hills Property, LLC, and Its Related Debtors,
12 |      Jointly Administered Debtors and            Jointly Administered With Case Nos.
     Debtors-In-Possession.
8:08-bk-17209-ES; 8:08-bk-17240-ES;
13 | _____            8:08-bk-17224-ES; 8:08-bk-17242-ES;
Affects:                                                 8:08-bk-17225-ES; 8:08-bk-17245-ES;
14 | ☐ All Debtors                                         8:08-bk-17227-ES; 8:08-bk-17246-ES;
☒ Palmdale Hills Property, LLC                           8:08-bk-17230-ES; 8:08-bk-17231-ES;
15 | ☐ SunCal Beaumont Heights, LLC                        8:08-bk-17236-ES; 8:08-bk-17248-ES;
☐ SCC/Palmdale, LLC                                      8:08-bk-17249-ES; 8:08-bk-17573-ES;
16 | ☐ SunCal Johannson Ranch, LLC                         8:08-bk-17574-ES; 8:08-bk-17575-ES;
☒ SunCal Summit Valley, LLC                              8:08-bk-17404-ES; 8:08-bk-17407-ES;
17 | ☒ SunCal Emerald Meadows, LLC                         8:08-bk-17408-ES; 8:08-bk-17409-ES;
☒ SunCal Bickford Ranch, LLC                             8:08-bk-17458-ES; 8:08-bk-17465-ES;
18 | ☒ Acton Estates, LLC                                  8:08-bk-17470-ES; 8:08-bk-17472-ES;
☐ Seven Brothers, LLC                                    and 8:08-bk-17588-ES
19 | ☒ SJD Partners, Ltd.
☐ SJD Development Corp.                                  Chapter 11
20 | ☐ Kirby Estates, LLC
☐ SunCal Communities I, LLC                              **NOTICE OF HEARING ON MOTION**
21 | ☐ SunCal Communities III, LLC                         **OF THE LEHMAN ENTITIES**
☒ SCC Communities, LLC                                   **PURSUANT TO BANKRUPTCY RULE**
22 | ☒ North Orange Del Rio Land, LLC                      **9023 TO AMEND AND CLARIFY**
☒ Tesoro SF, LLC                                         **ORDER GRANTING SUNCAL**
23 | ☒ LB-L-SunCal Oak Valley, LLC                         **PARTIES' MOTION FOR ORDER: (1)**
☒ SunCal Heartland, LLC                                  **CLARIFYING PRIOR RULINGS AND**
24 | ☒ LB-L-SunCal Northlake, LLC                          **RECORD; (2) CLARIFYING**
☒ SunCal Marblehead, LLC                                 **JURISDICTION OVER CLAIMS**
25 | ☐ SunCal Century City, LLC                            **OBJECTIONS; AND (3) ENFORCING**
☒ SunCal PSV, LLC                                        **THE SUNCAL DEBTORS'**
26 | ☒ Delta Coves Venture, LLC                            **AUTOMATIC STAY**
☒ SunCal Torrance, LLC
27 | ☒ SunCal Oak Knoll, LLC                               Date:    February 2, 2012
Time:    2:00 p.m.
28 | Place:   Courtroom 5A

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  **TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE,**

2  **THE DEBTORS, THE CHAPTER 11 TRUSTEE, THE OFFICIAL COMMITTEES OF**

   **UNSECURED CREDITORS, SUNCAL MANAGEMENT, LLC, THE OFFICE OF THE**

3  **UNITED STATES TRUSTEE AND ALL OTHER PERSONS ENTITLED TO NOTICE**

   **HEREOF:**

4

5      **PLEASE TAKE NOTICE** that on February 2, 2012 at 2 :00 p.m., in Courtroom 5A of the

6  United States Bankruptcy Court, located at 411 West Fourth Street, Suite 2030, Santa Ana,

7  California 92701, a hearing will be held upon the *Motion of the Lehman Entities Pursuant to*

8  *Bankruptcy Rule 9023 to Amend and Clarify Order Granting SunCal Parties' Motion for Order : (1)*

9  *Clarifying Prior Rulings and Record ; (2) Clarifying Jurisdiction Over Claims Objections ; and (3)*

10 *Enforcing the SunCal Debtors' Automatic Stay* (the "Motion"), filed concurrently by Lehman

11 Commercial Paper Inc., Lehman ALI, Inc., Northlake Holdings LLC and OVC Holdings LLC

12 (collectively, the "Lehman Entities").

13     The Motion is based upon this Notice, the concurrently filed Motion and Memorandum of

14 Points and Authorities, all pleadings, papers and records filed with the Court, all matters subject to

15 judicial notice pursuant to Rule 201 of the Federal Rules of Evidence, and such other and further

16 evidence, oral or documentary, as may be presented to the Court prior to or at the time of the hearing

17 on the Motion.

18     **PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO LOCAL BANKRUPTCY

19 RULE 9013-1(c)(2), ALL INTERESTED PARTIES OPPOSING, JOINING OR RESPONDING TO

20 THE MOTION MUST FILE AND SERVE ON THE MOVING PARTY AND THE UNITED

21 STATES TRUSTEE A WRITTEN RESPONSE AT LEAST FOURTEEN (14) DAYS BEFORE

22 THE HEARING ON THE MOTION.  ANY FAILURE TO TIMELY FILE AND SERVE AND

23 OPPOSITION MAY RESULT IN ANY SUCH OPPOSITION BEING WAIVED, AND ENTRY

24 OF AN ORDER GRANTING THE MOTION WITHOUT FURTHER NOTICE.

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

1    Dated:    June 27, 2011                    PACHULSKI STANG ZIEHL & JONES LLP

2

3                                              */s/ Dean A. Ziehl*
                                               Richard M. Pachulski (CA Bar No. 90073)
                                               Dean A. Ziehl (CA Bar No. 84529)
4                                              10100 Santa Monica Blvd., Suite 1100
                                               Los Angeles, CA 90067-4100
5                                              Telephone:  (310) 277-6910
                                               Facsimile:  (310) 201-0760
6
                                               -and-
7
                                               WEIL, GOTSHAL & MANGES LLP
8                                              Edward Soto (admitted *pro hac vice*)
                                               767 Fifth Avenue
9                                              New York, NY  10153-0119
                                               Telephone:  (212) 310-8000
10                                             Facsimile:  (212) 310-8007

11                                             Counsel for Lehman Commercial Paper Inc.,
                                               Lehman ALI, Inc., Northlake Holdings, LLC and
12                                             OVC Holdings, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

| In re:                                                                 | CHAPTER 11                        |
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,                 |                                   |
|                                              Debtor(s).                | CASE NUMBER 08-17206-ES           |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***NOTICE OF HEARING ON MOTION OF THE LEHMAN ENTITIES PURSUANT TO BANKRUPTCY RULE 9023 TO AMEND AND CLARIFY ORDER GRANTING SUNCAL PARTIES' MOTION FOR ORDER: (1) CLARIFYING PRIOR RULINGS AND RECORD; (2) CLARIFYING JURISDICTION OVER CLAIMS OBJECTIONS; AND (3) ENFORCING THE SUNCAL DEBTORS' AUTOMATIC STAY*** will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____June 27, 2011_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____June 27, 2011_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
JUDGE'S COPY [Overnight Delivery]
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____June 27, 2011_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
    bcook@suncal.com
(3) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee:
    Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(7) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

(8) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(9) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(10) Counsel for Bond Safeguard & Lexon
    Mark J Krone - mk@amclaw.com, crs@amclaw.com; amc@amclaw.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Mark McKane - mark.mckane@kirkland.com

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 27, 2011 | Melisa DesJardien | /s/ Melisa DesJardien |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                 **F 9013-3.1.PROOF.SERVICE**

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,

Debtor(s).

CHAPTER 11

CASE NUMBER 08-17206-ES

## I. SERVED BY NEF

**8:08-bk-17206-ES Notice will be electronically mailed to:**

*(1)*   Selia M Acevedo for Atty Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

*(2)*   Joseph M Adams for Def The City of San Juan Capistrano
jadams@sycr.com

*(3)*   Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com

*(4)*   James C Bastian for Cred ARB, Inc.
jbastian@shbllp.com

*(5)*   Thomas Scott Belden for Def Zim Industries, Inc. dba Bakersfield
Well & Pump
sbelden@kleinlaw.com, ecf@kleinlaw.com

*(6)*   John A Boyd for Int Pty Oliphant Golf Inc
fednotice@tclaw.net

*(7)*   Mark Bradshaw for Int Pty Courtesy NEF
mbradshaw@shbllp.com

*(8)*   Gustavo E Bravo for Cred Oliphant Golf, Inc.
gbravo@smaha.com

*(9)*   Jeffrey W Broker for Cred Bond Safeguard Ins Co
jbroker@brokerlaw.biz

*(10)*  Brendt C Butler for Cred EMR Residential Properties LLC
BButler@mandersonllp.com

*(11)*  Andrew W Caine for Cred Lehman ALI, Inc.
acaine@pszyjw.com

*(12)*  Carollynn Callari for Cred Danske Bank A/S London Branch
ccallari@venable.com

*(13)*  Cathrine M Castaldi for Cred SunCal Management, LLC
ccastaldi@rusmiliband.com

*(14)*  Tara Castro Narayanan for Int Pty Courtesy NEF
tara.narayanan@msrlegal.com, lisa.king@msrlegal.com

*(15)*  Dan E Chambers for Cred EMR Residential Properties LLC
dchambers@jmbm.com

*(16)*  Shirley Cho for Cred Lehman ALI, Inc.
scho@pszjlaw.com

*(17)*  Vonn Christenson for Int Pty Courtesy NEF
vrc@paynefears.com

*(18)*  Brendan P Collins for Cred Gray1 CPB, LLC
bpcollins@bhfs.com

*(19)*  Vincent M Coscino for Petitioning Cred CST Environmental Inc
vcoscino@allenmatkins.com, emurdoch@allenmatkins.com

*(20)*  Paul J Couchot for Cred SCC Acquisitions, Inc.
pcouchot@winthropcouchot.com,
pj@winthropcouchot.com;sconnor@winthropcouchot.com

*(21)*  Jonathan S Dabbieri for Int Pty Courtesy NEF
dabbieri@sullivan.com,
hill@sullivanhill.com;mcallister@sullivanhill.com;
stein@sullivanhill.com;vidovich@sullivanhill.com

*(22)*  Ana Damonte for Cred Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

*(23)*  Vanessa S Davila for Cred Bond Safeguard Ins Co
vsd@amclaw.com

*(24)*  Melissa Davis for Cred City of Orange
mdavis@shbllp.com

*(25)*  Daniel Denny for Int Pty Courtesy NEF
ddenny@gibsondunn.com

*(26)*  Caroline Djang for Cred Lehman ALI, Inc.
crd@jmbm.com

*(27)*  Donald T Dunning for Cred Hertz Equipment Rental Corp
ddunning@dunningLaw.com

*(28)*  Meredith R Edelman on behalf of Interested Party Courtesy NEF
meredith.edelman@dlapiper.com

*(29)*  Joseph A Eisenberg for Cred Lehman ALI, Inc.
jae@jmbm.com

*(30)*  Lei Lei Wang Ekvall for Atty Weiland Golden Smiley Wang
Ekvall & Strok, LLP
lekvall@wgllp.com

*(31)*  Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

*(32)*  Marc C Forsythe for Atty Robert Goe
kmurphy@goeforlaw.com

*(33)*  Alan J Friedman for Atty Irell & Manella LLP
afriedman@irell.com

*(34)*  Steven M Garber for Cred Park West Landscape, Inc
steve@smgarberlaw.com

*(35)*  Christian J Gascou for 3rd Party Pltf Arch Ins Co
cgascou@gascouhopkins.com

*(36)*  Barry S Glaser for Cred County of Los Angeles
bglaser@swjlaw.com

*(37)*  Robert P Goe for Atty Robert Goe
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;mforsythe@goeforlaw.com

*(38)*  Eric D Goldberg for Int Pty Courtesy NEF
egoldberg@stutman.com

*(39)*  Richard H Golubow for Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com

*(40)*  Michael J Gomez for Int Pty Central Pacific Bank
mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

*(41)*  Kelly C Griffith for Cred Bond Safeguard Ins Co
bkemail@harrisbeach.com

*(42)*  Matthew Grimshaw for Int Pty City Of Torrance
mgrimshaw@rutan.com

*(43)*  Kavita Gupta for Debtor Palmdale Hills Property, LLC
kgupta@winthropcouchot.com

*(44)*  Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

*(45)*  Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

*(46)*  D Edward Hays for Cred Villa San Clemente, LLC
ehays@marshackhays.com

*(47)*  Michael C Heinrichs for Int Pty Courtesy NEF
mheinrichs@omm.com

*(48)*  Harry D. Hochman for Cred Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com

*(49)*  Jonathan M Hoff for 3rd Party Pltf Jt Prov Liquidators
of Lehman RE Ltd
jonathan.hoff@cwt.com

*(50)*  Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com

*(51)*  Michelle Hribar for Pltf EMR Residential Properties LLC
mhribar@rutan.com

*(52)*  John J Immordino for Cred Arch Ins Co.
john.immordino@wilsonelser.com,
raquel.burgess@wilsonelser.com

*(53)*  Lawrence A Jacobson for Cred BKF Engineers
laj@cohenandjacobson.com

*(54)*  Michael J Joyce for Int Pty Courtesy NEF
mjoyce@crosslaw.com

*(55)*  Stephen M Judson for Petitioning Cred The Professional Tree
Care Co
sjudson@fablaw.com

*(56)*  Kaleb L Judy for Def Zim Industries, Inc. dba Bakersfield Well
& Pump
ecf@kleinlaw.com, kjudy@kleinlaw.com

*(57)*  Steven J Kahn for Cred Lehman ALI, Inc.
skahn@pszyjw.com

*(58)*  Sheri Kanesaka for Cred California Bank & Trust
sheri.kanesaka@bryancave.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,

CHAPTER 11

CASE NUMBER 08-17206-ES

Debtor(s).

*(59)  David I Katzen for Int Pty Bethel Island Muni Imp District
katzen@ksfirm.com*

*(60)  Christopher W Keegan for Cred SC Master Holdings II LLC
ckeegan@kirkland.com,
gdupre@kirkland.com;alevin@kirkland.com*

*(61)  Payam Khodadadi for Debtor Palmdale Hills Property, LLC
pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com*

*(62)  Irene L Kiet for Cred BNB Engineering, Inc.
ikiet@hkclaw.com*

*(63)  Claude F Kolm for Cred County of Alameda Tax Collector
claude.kolm@acgov.org*

*(64)  Mark J Krone for Cred Bond Safeguard Ins Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com*

*(65)  David B Lally for Def Contracting Engineers, Inc.
davidlallylaw@gmail.com*

*(66)  Leib M Lerner for Cred Steiny and Co, Inc.
leib.lerner@alston.com*

*(67)  Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com*

*(68)  Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com*

*(69)  Kerri A Lyman for Atty Irell & Manella LLP
klyman@irell.com*

*(70)  Mariam S Marshall for Cred RGA Environmental, Inc.
mmarshall@marshallramoslaw.com*

*(71)  Robert C Martinez for Cred TC Construction Co, Inc
rmartinez@mclex.com*

*(72)  Michael D May for Cred R.J. Noble Co.
mdmayesq@verizon.net*

*(73)  Hutchison B Meltzer for Cred Com Holding Unsecured Claims
hmeltzer@wgllp.com*

*(74)  Krikor J Meshefejian for Int Pty Courtesy NEF
kjm@lnbrb.com*

*(75)  Joel S. Miliband for Cred RBF CONSULTING
jmiliband@rusmiliband.com*

*(76)  James M Miller for Atty Miller Barondess LLP
jmiller@millerbarondess.com, vgunderson@millerbarondess.com*

*(77)  Louis R Miller for Pltf Palmdale Hills Property, LLC
smiller@millerbarondess.com*

*(78)  Randall P Mroczynski for Def Bob McGrann Construction, Inc.
randym@cookseylaw.com*

*(79)  Mike D Neue for Atty The Lobel Firm, LLP
mneue@thelobelfirm.com,
jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com*

*(80)  Robert Nida for Cred Kirk Negrete, Inc
Rnida@castlelawoffice.com*

*(81)  Henry H Oh for 3rd Party Pltf Jt Prov Liquidators of
Lehman RE Ltd
henry.oh@dlapiper.com, janet.curley@dlapiper.com*

*(82)  Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com*

*(83)  Robert B Orgel for Cred Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com*

*(84)  Malhar S Pagay for Cred Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com*

*(85)  Penelope Parmes for Cred EMR Residential Properties LLC
pparmes@rutan.com*

*(86)  Ronald B Pierce for Cred Griffith Co
ronald.pierce@sdma.com*

*(87)  Katherine C Piper for Int Pty New Anaverde LLC
kpiper@steptoe.com*

*(88)  Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net*

*(89)  James S Riley for Cred Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com*

*(90)  Debra Riley for Int Pty City of Palmdale
driley@allenmatkins.com*

*(91)  Todd C. Ringstad for Int Pty Courtesy NEF
becky@ringstadlaw.com*

*(92)  R Grace Rodriguez for Def O&B Equipment, Inc.
ecf@lorgr.com*

*(93)  Martha E Romero for Cred California Taxing Authorities
Romero@mromerolawfirm.com*

*(94)  Ronald Rus for Cred SunCal Management, LLC
rrus@rusmiliband.com*

*(95)  John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
jschafer@mandersonllp.com*

*(96)  John E Schreiber for Def Fenway Capital, LLC
jschreiber@dl.com*

*(97)  William D Schuster for Cred HD Supply Construction Supply LTD
bills@allieschuster.org*

*(98)  Christopher P Simon for Int Pty Courtesy NEF
csimon@crosslaw.com*

*(99)  Wendy W Smith for Cred Castaic Union School District
wendy@bindermalter.com*

*(100)  Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com*

*(101)  Steven M Speier for Trustee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com*

*(102)  Michael St James for Cred MBH Architects, Inc.
ecf@stjames-law.com*

*(103)  Michael K Sugar for Off Committee of Unsecured Creds
msugar@irell.com*

*(104)  Cathy Ta for Def Hi-Grade Material Co.
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com*

*(105)  David A Tilem for Def Southland Pipe Corp
davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;
dianachau@tilemlaw.com;kmishigian@tilemlaw.com*

*(106)  James E Till for Trustee Steven Speier (TR)
jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;
pnelson@thelobelfirm.com*

*(107)  United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov*

*(108)  Carol G Unruh for Cred Scott E. McDaniel
cgunruh@sbcglobal.net*

*(109)  Annie Verdries for Cred WEC Corp
verdries@lbbslaw.com*

*(110)  Jason Wallach for Def Professional Pipeline Contractors, Inc.
jwallach@gladstonemichel.com*

*(111)  Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
kim.johnson@kattenlaw.com*

*(112)  Marc J Winthrop for Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com*

*(113)  David M Wiseblood for Cred Bethel Island Muni Imp District
dwiseblood@seyfarth.com*

*(114)  Brett K Wiseman for Cred JF Shea Construction Inc
bwiseman@aalaws.com*

*(115)  Dean A Ziehl for Counter-Def LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com*

*(116)  Marc A. Zimmerman for Creditor Life Church of God in Christ
joshuasdaddy@att.net*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**