LOUIS R. MILLER – State Bar No. 54141
smiller@millerbarondess.com
MARTIN PRITIKIN – State Bar. No. 210845
mpritikin@millerbarondess.com
**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:    (310) 552-4400
Facsimile:    (310) 552-8400

Special Litigation Counsel for the Administratively
Consolidated Debtors-in-Possession and
Steven M. Speier, the Chapter 11 Trustee

**FILED & ENTERED**

**JUL 01 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY reid        DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re

Palmdale Hills Property, LLC, and its
Related Debtors.

Jointly Administered
Debtors and Debtors-in-
Possession

Affects:
☐ All Debtors
☐ Palmdale Hills Property, LLC,
☐ SunCal Beaumont Heights, LLC
☐ SCC/Palmdale, LLC
☐ SunCal Johannson Ranch, LLC
☐ SunCal Summit Valley, LLC
☐ SunCal Emerald Meadows LLC
☐ SunCal Bickford Ranch, LLC
☐ Acton Estates, LLC
☐ Seven Brothers LLC
☐ SJD Partners, Ltd.
☐ SJD Development Corp.
☐ Kirby Estates, LLC
☐ SunCal Communities I, LLC
☐ SunCal Communities III, LLC
☐ SCC Communities LLC
☐ North Orange Del Rio Land, LLC
☐ Tesoro SF, LLC
☒ LBL-SunCal Oak Valley, LLC
☒ SunCal Heartland, LLC
☒ LBL-SunCal Northlake, LLC
☒ SunCal Marblehead, LLC
*Continued on Next Page*

Case No. 8:08-bk-17206-ES

Jointly Administered With Case Nos.

8:08-bk-17209ES; 8:08-bk-17240ES; 8:08-bk-17224ES;
8:08-bk-17242ES; 8:08-bk-17225ES; 8:08-bk-17245ES;
8:08-bk-17227ES; 8:08-bk-17246ES; 8:08-bk-17230ES;
8:08-bk-17231ES; 8:08-bk-17236ES; 8:08-bk-17248ES;
8:08-bk-17249ES; 8:08-bk-17573ES; 8:08-bk-17574ES;
8:08-bk-17575ES; 8:08-bk-17404ES; 8:08-bk-17407ES;
8:08-bk-17408ES; 8:08-bk-17409ES; 8:08-bk-17458ES;
8:08-bk-17465ES; 8:08-bk-17470ES; 8:08-bk-17472ES;
and 8:08-17588ES.

Chapter 11 Cases

**ORDER ON *EX PARTE* APPLICATION FOR
ORDER SHORTENING TIME FOR NOTICE
AND HEARING ON MOTION FOR ORDER (1)
DETERMINING NO CONFLICT OF INTEREST
EXISTS OR, IN THE ALTERNATIVE, (2)
AUTHORIZING LIMITED WITHDRAWAL OF
MILLER BARONDESS LLP AS SPECIAL
LITIGATION COUNSEL TO THE TRUSTEE**

---

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION
87291.2

*Continued from Previous Page*
☒ SunCal Century City, LLC
☒ SunCal PSV, LLC
☒ Delta Coves Venture, LLC
☒ SunCal Torrance, LLC
☒ SunCal Oak Knoll, LLC

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2

1

2   The Court having read and considered the *EX PARTE* APPLICATION FOR ORDER

3 SHORTENING TIME FOR NOTICE AND HEARING ON MOTION FOR ORDER (1)

4 DETERMINING NO CONFLICT OF INTEREST EXISTS OR, IN THE ALTERNATIVE, (2)

5 AUTHORIZING LIMITED WITHDRAWAL OF MILLER BARONDESS LLP AS SPECIAL

6 LITIGATION COUNSEL TO THE TRUSTEE (the "Ex Parte to Shorten Time on the Motion")

7 filed by Miller Barondess LLP ("Miller Barondess"), special litigation counsel for the above-

8 captioned administratively consolidated debtors and debtors-in-possession, Palmdale Hills

9 Property, LLC ("Palmdale Hills"), SunCal Beaumont, LLC ("SunCal Beaumont"), SCC

10 Palmdale, LLC ("SCC Palmdale"), SunCal Johannson Ranch, LLC ("SunCal Johansson"), SunCal

11 Summit Valley, LLC ("SunCal Summit"), SunCal Emerald Meadows, LLC ("SunCal Emerald"),

12 SunCal Bickford Ranch, LLC ("SunCal Bickford"), Acton Estates, LLC ("SunCal Acton"), Seven

13 Brothers, LLC ("Seven Brothers"), SJD Partners, Ltd. ("SJD Partners"), SJD Development Corp.

14 ("SJD Development"), Kirby Estates, LLC ("Kirby"), SunCal Communities I, LLC ("SunCal I"),

15 SunCal Communities III ("SunCal III"), LLC, SCC Communities LLC ("SCC Communities"),

16 North Orange Del Rio Land LLC ("Del Rio") and Tesoro SF LLC ("Tesoro") (collectively, the

17 "Voluntary Debtors" or "Related Debtors"); and the Chapter 11 Trustee, Mr. Steven M. Speier

18 (the "Trustee") on behalf of LB-L-SunCal Oak Valley, LLC ("SunCal Oak Valley"), SunCal

19 Heartland, LLC ("SunCal Heartland"), LB-L-SunCal Northlake, LLC (SunCal Northlake"),

20 SunCal Marblehead, LLC ("SunCal Marblehead"), SunCal Century City, LLC ("SunCal Century

21 City"), SunCal PSV, LLC ("SunCal PSV"), Delta Coves Ventures, LLC ("Delta Coves"), SunCal

22 Torrance, LLC ("SunCal Torrance"), and SunCal Oak Knoll, LLC ("SunCal Oak Knoll")

23 (collectively, the "Trustee Debtors," and together with the Voluntary Debtors, the "Debtors") and

24 good and sufficient cause appearing, it is hereby ORDERED:

25

26 / / /

27 / / /

28

1

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2

1 | That the Ex Parte to Shorten Time on the Motion is Denied.  The Motion may be brought on
2 | regular notice pursuant to the LBRs.

###

DATED: July 1, 2011

*Erithe A. Smith*
United States Bankruptcy Judge

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described **ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION FOR ORDER (1) DETERMINING NO CONFLICT OF INTEREST EXISTS OR, IN THE ALTERNATIVE, (2) AUTHORIZING LIMITED WITHDRAWAL OF MILLER BARONDESS LLP AS SPECIAL LITIGATION COUNSEL TO THE TRUSTEE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed*.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 24, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 24, 2011 | Carole Conklin | /s/ Carole Conklin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

1

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON MOTION FOR ORDER (1) DETERMINING NO CONFLICT OF INTEREST EXISTS OR, IN THE ALTERNATIVE, (2) AUTHORIZING LIMITED WITHDRAWAL OF MILLER BARONDESS LLP AS SPECIAL LITIGATION COUNSEL TO THE TRUSTEE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 24, 2011** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2

## SERVICE LIST

- **Served by NEF**
  - Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
  - Joseph M Adams    jadams@sycr.com
  - Raymond H Aver    ray@averlaw.com
  - James C Bastian    jbastian@shbllp.com
  - Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
  - John A Boyd    fednotice@tclaw.net
  - Mark Bradshaw    mbradshaw@shbllp.com
  - Gustavo E Bravo    gbravo@smaha.com
  - Jeffrey W Broker    jbroker@brokerlaw.biz
  - Brendt C Butler    bbutler@mandersonllp.com
  - Andrew W Caine    acaine@pszyjw.com
  - Carollynn Callari    ccallari@venable.com
  - Cathrine M Castaldi    ccastaldi@rusmiliband.com
  - Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
  - Dan E Chambers    dchambers@jmbm.com
  - Shirley Cho    scho@pszjlaw.com
  - Vonn Christenson    vrc@paynefears.com
  - Brendan P Collins    bpcollins@bhfs.com
  - Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
  - Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
  - Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
  - Ana Damonte    ana.damonte@pillsburylaw.com
  - Vanessa S Davila    vsd@amclaw.com
  - Melissa Davis    mdavis@shbllp.com
  - Daniel Denny    ddenny@gibsondunn.com
  - Caroline Djang    crd@jmbm.com
  - Donald T Dunning    ddunning@dunningLaw.com
  - Meredith R Edelman    meredith.edelman@dlapiper.com
  - Joseph A Eisenberg    jae@jmbm.com
  - Lei Lei Wang Ekvall    lekvall@wgllp.com
  - Richard W Esterkin    resterkin@morganlewis.com
  - Marc C Forsythe    kmurphy@goeforlaw.com
  - Alan J Friedman    afriedman@irell.com
  - Steven M Garber    steve@smgarberlaw.com
  - Christian J Gascou    cgascou@gascouhopkins.com
  - Barry S Glaser    bglaser@swjlaw.com
  - Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
  - Eric D Goldberg    egoldberg@stutman.com

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2

- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Randall P Mroczynski    randym@cookseylaw.com

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2

- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2

**III.    <u>Served By U.S. Mail or Overnight Mail</u>**

BY U.S. MAIL

---

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2

| | | |
|---|---|---|
| Palmdale Hills Property, LLC<br>and its related entities<br>Attn: Bruce Elieff, Manager<br>2392 Morse Ave.<br>Irvine, CA 92614 | U.S. Trustee's Office<br>Michael Hauser, Esq.<br>411 West Fourth St., #9041<br>Santa Ana, CA 92701 | Special Notice List Jt Admin<br>Palmdale Hills, et al.<br>Document No.124882 |
| Committee Counsel    NEF RSN<br>12/10/08<br>Irell & Manella<br>Alan J. Friedman, Esq.<br>Kerry Lyman, Esq.<br>840 Newport Center Dr., #400 | Steven N. Speier, Ch 11 Trustee   NEF<br>c/o Squar Milner<br>4100 Newport Pl Dr 3rd Fl<br>Newport Beach, CA 92660 | Committee Counsel to Trustee<br>Debtors  NEF<br>Weiland, Golden, etc.<br>Attn: Lei Lei Wang Ekvall, Esq.<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 |
| NEF Request 11/11/08<br>Jason Wallach, Esq.<br>Berger Kahn<br>4551 Glencoe Ave., Suite 300<br>Marina del Rey, CA  90292 | NEF Req 11/12/08<br>Kelly C. Griffith, Esq.<br>Harris Beach PLLC | Wells Fargo Equipment Finance, Inc.<br>c/o Solomon, Grindle, Silverman &<br>Spinella<br>Richard A. Solomon, Esq.<br>12651 High Bluff Dr., #300<br>San Diego, CA 92130 |
| NEF 11/25/08<br>City of Palmdale<br>Debra A. Riley, Esq.<br>Allen Markins Leck<br>501 West Broadway, 15th Floor<br>San Diego, CA 92101-3541 | RSN 11/26/08<br>AMEC Earth & Environmental<br>c/o Gibbs, Giden, etc.<br>Christopher E Ng., Esq.<br>1880 Century Park East, 12th Fl.<br>Los Angeles, CA 90067-1621 | Committee Member<br>Klassen Corp.<br>Jerry D. Klassen, CEO<br>Nicole Jannett, Legal Services<br>Manager<br>2021 Westwind Dr.<br>Bakersfield, CA 93301 |
| Committee Member<br>Hunsaker and Associates Irvine Inc.<br>Bradely Hay, Principal<br>2900 Adams Street, Suite A15<br>Riverside, CA 92504 | Committee Member<br>Proactive Engineering Consultants,<br>Inc.<br>Tom Braun, President<br>1875 California Ave.<br>Corona, CA 92881 | Committee Member<br>Far West Construction, Inc.<br>Jennifer Alger, Corporate Officer<br>P.O. Box 68<br>Sheridan, CA 95681 |
| Committee Member<br>HMK Engineering, Inc.<br>~~Gloria Olivas, Officer Manager~~<br>~~24007 Ventura Blvd. #102~~<br>~~Calabasas, CA 91302~~<br>Chg 8/12 from<br>8/12/10 | Committee Member<br>Creekside Development, Inc.<br>Brad Gates, Secretary<br>28546 Paseo Diana<br>San Juan Capistrano, CA 92675<br>9/21/10 | Committee Member<br>Urban Crossroads, Inc.<br>John Kain, President<br>41 Corporate Park, Suite 300<br>Irvine, CA 92606 |
| Committee Member<br>HMK Engineering, Inc.<br>Gloria Olivas, Officer Manager<br>1552 18th Street,<br>Santa Monica, CA 90404-3404 | SunCal Management<br>c/o Rus Miliband<br>Ronald Rus, Esq.<br>221 Michelson Dr., 7th Fl.<br>Irvine, CA 92612 | |
| Committee Member<br>BonTerra Consulting<br>Tracy Zucker, Controller<br>151 Kalmus Drive, Suite E200<br>Costa Mesa, CA 92626 | Committee Member<br>Bova Contracting Corp.<br>~~Steven Stein, President~~<br>~~3334 E. Coast Hwy., Suite 427~~<br>~~Corona Del Mar, CA 92625-2328~~<br>W/D fr Committee 9/14/10 ltr | Lehman Ali, Inc.<br>Attn: Corporate Officer<br>399 Park Avenue, 8th Fl.<br>New York, NY 10022 |
| Creekside Development, Inc.   NEF<br>~~Alan Friedman, Esq.~~<br>~~Irell & Manella LLP~~<br>~~840 Newport Center Dr. Suite 400~~<br>~~Newport Beach, CA  92660~~<br>9/14/10 per LeslieRW to MillerBarondess | SCLV Northlake, LLC<br>Jeffrey Fitts<br>**745 Seventh Avenue**<br>**New York, NY 10019**<br>**2/20/2009 -- No Reason Indicated** | ~~Lehman Commercial Paper Inc.~~<br>~~c/o Michael Kessler, Esq~~<br>~~Weil Gotshal & Manges LLP~~<br>~~767 Fifth Avenue~~<br>~~New York, New York 10153~~<br>Per Nellie Camerik 5/29/09 |

**ORDER RE STIPULATION RE PAYMENT OF LEGAL FEES**

87291.2

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

| | | |
|---|---|---|
| Lehman Commercial Paper, Inc. By ATTY<br>Attn: Corporate Officer<br>399 Park Ave., 8th Fl.<br>New York, NY 10022<br>NEF 4/21/09 RSN | Lehman Brothers Holdings Inc.<br>Attn: F. Robert Brusco<br>~~745 Seventh Ave.~~<br>~~New York, NY 10019~~<br>**1/2/2009 -- Undeliverable as Addressed**<br>12/16/08 RSN | Secured Creditor    BY ATTY<br>OVC Holdings LLC<br>c/o Trimont Real Estate Advisors, Inc.<br>2 Park Plaza, Suite 850<br>Irvine, CA 92614-8515<br>12/22/09 RSN |
| Robert C. Martinez<br>Attys for TC Contruction Company, Inc.<br>~~McDougal Love Et Al~~<br>~~460 N. Magnolia Ave, Drawer 1466~~<br>~~El Cajon, CA 92020-1466~~<br>12/31/08 RSN | General Security Services, Inc.<br>c/o Treacy & Keidser LLP<br>Kari A. Keidser, Esq.<br>5777 West Century Park Blvd., #1100<br>Los Angeles, CA 90045<br>NEF 12/31/08 Order | Wood Rogers<br>c/o Murphy Austin etc.<br>J. Scott Alexander, Esq.<br>304 "S" Street<br>Sacramento, CA 95811-6906<br>NEF RSN 1/15/09 |
| Asphalt Professionals, Inc.<br>c/o Law Offices of Ray B. Bowen, Jr., Esq.<br>19318 Ventura Blvd., #100<br>Tarzana, CA 91356-3097 | Richard W. Esterkin<br>Asa S. Hami<br>Morgan Lewis & Bockius LLP<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132<br>NEF RSN 1/22/09 OakKnoll | Hui-Li Dou et al<br>c/o Raymond H. Aver, Esq.<br>12424 Wilshire Blvd., #720<br>Los Angeles, CA 900256<br>NEF 2/4/09 NEF & RSN |
| Lehman Bros. Holdings, Inc.  NEF RSN 1/9/09<br>Jeffer, Mangels, etc.<br>Joseph A. Eisenberg, Esq.<br>1900 Ave of the Stars, 7th Fl.<br>Los Angeles, CA 90067<br>RSN 2/9/09 | RGA Environmental, Inc.<br>c/o Marshall & Ramos, LLP<br>Miriam S. Marshall, Esq.<br>350 Frank H. Ogawa Plaza, #600<br>Oakland, CA 94612<br>NEF 2/13/09 RSN Heartland & OakValley | County of San Bernardino<br>c/o Martha E. Romerom Esq,<br>BMR Professional Building<br>6516 Bright Ave.<br>Whittier, CA 90601<br>RSN 3/2/09 |
| Williams+Paddon Architects+Planners, Inc.<br>c/o Hauser & Mouzes<br>David F. Anderson, Esq.<br>18826 N. Lower Sacramento Road, Ste. H<br>NEF RSN 3/4/09 Delta Coves | HD Supply Construction Supply, dba<br>HD Supply White Cap Comstruction Supply<br>c/o William D. Schuster, Esq.<br>RSN Delta Coves 3/4/09 | Bova Contracting Corp.<br>c/o Call, Jensen & Ferrell<br>Wayne W. Call, Esq.<br>Lisa A. Wegner, Esq.<br>610 Newport Center Dr., #700<br>3/6/09 RSN |
| Top Grade Construction, Inc.<br>c/o Pillsbury Winthrop, etc.<br>Philip S. Warden, Esq./Ana N. Damonte, Esq.<br>50 Fremont St.<br>3/11/09 RSN Delta | Top Grade Construction<br>Scott Blaine, CFO<br>50 Contractors St.<br>Livermore, CA 94551<br>RSN 3/12/09 & 4/14/09 Bickford | Pinnick, Inc.<br>c/o Law Offices of Dennis D. Burns<br>7855 Ivanhoe Ave., #420<br>La Jolla, CA 92037<br>3/12/09 NEF |
| Bethel Island Municipal Improvement District<br>c/o Katzen & Schuricht<br>David I. Katzen<br>3/13/09 NEF | Marques Pipeline, Inc.<br>c/o John W. Busby, II, Esq.<br>251 Lafayette Circle, #350<br>Lafayette, CA 94549<br>E-MAIL 3/18/09 RSN CenturyCity | Christopher W. Keegan, Esq.<br>Kirkland & Ellis, LLP<br>555 California Street<br>San Francisco, California 94104<br>E-MAIL3/18/09 RSN CenturyCity |
| Eric D. Goldberg, Esq.<br>Stutman, Treister & Glatt, PC<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067<br>NEF & RSN3/18/09 | Danske Bank A/S, London Branch<br>c/o Venable LLP<br>~~Carollynn H.G, Callari, Esq.~~<br>~~1270 Ave of the Americas, 25th Fl.~~<br>~~New York, New York 10020~~<br>3/31/09 RSN Bickford | Danske Bank A/S, London Branch<br>c/o Venable LLP<br>~~Timothy J. Gorry, Esq,~~<br>~~2040 Century Park East, #2100~~<br>~~Los Angeles, CA 90067~~<br>NEF 4/9/09 RSN |
| City of Orange<br>Shulman Hodges & Bastian LLP<br>Melissa R. Davis, Esq.<br>26632 Towne Centre Dr # 300<br>Foothill Ranch, CA 92610-2814 | Placer County Treasurer-Tax Collector<br>Ann M. Dondro, Deputy Tax Collector<br>2976 Richardson Drive<br>Auburn, CA 95603 | TC Construction Company, Inc.<br>c/o McDougal Love Eckis, etc.<br>Robert C. Martinez, Esq.<br>~~460 N. Magnolia, Drawer 1466~~<br>~~El Cajon, CA 92022-1466~~ |

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2

| | 5/5/09 NEF | Griffith Company RSN |
| --- | --- | --- |
| | Sullivan Hill Lewin Rez & Engel | 5/7/09 |
| | Jonathan S. Dabbieri, Esq. | ~~Peckar & Abramson PC~~ |
| | 550 West C Street, Suite 1500 | ~~Ronald B. Pierce, Esq.~~ |
| | San Diego, CA 92101 | ~~20 Pacifica, Suite 260~~ |
| | | ~~Irvine, CA 92618~~ |
| 5/11/09 NEF | NEF | E-MAIL Michael Bond |
| Payne & Fears LLP | Dean Ziehl (dziehl@pszjlaw.com) | (michael.bond@weil.com). |
| Benjamin A. Nix, Esq. | Per Nellie Camerik 5/59/09 | Per Nellie Camerik 5/59/09 |
| 5/29/09 RSN | RSN 6/9/09 Marblehead | Castaic Union School District  8/25/09 RSN |
| Park West Landscape, Inc. | WEC Corporation | c/o Wendy W. Smith, Esq. |
| c/o Steven M. Garber & Associates | c/o Gary R. King & Associates | Binder & Malter LLP |
| 1901 Ave. of the Stars, #1100 | 30950 Rancho Viejo Rd., #155 | 2775 Park Avenue |
| Los Angeles, CA 90067 | SJC, CA 92675 | Santa Clara, CA 95050 |
| 11/11/09 RSN | 11/11/09 RSN | 11/16/09 RSN Northlake&Torrance |
| Jt. Provisional Liquidators of Lehman RE Ltd. | Jt. Provisional Liquidators of Lehman RE Ltd. | Los Angeles County Treas. & Tax Collector |
| c/o Gregory M. Petrick, Esq. | c/o Betty M. Shumner, Esq, | Attn:  Man-Ling Kuo, Tax Services Clerk 1 |
| Jonathan M. Hoff, Esq. | DLA Piper LLP (US) | PO Box 54110 |
| Cadwalader, Wickersham & Taft LLP | 550 S. Hope St., #2300 | |
| 11/23/09 NEF | 1/6/10 NEF | 1/12/2010 NEF |
| Shulman Hodges & Bastian LLP | Matthew W. Grimshaw, Esq, | Anaverde, LLC |
| Mark Bradshaw, Esq. | Rutan & Tucker, LLP | c/o Christopher P. Simon, Esq. |
| | | Cross & Simon |
| | NEF 4/9/09 RSN3/16/10ChngAdd | Chng 9/3/10 |
| 1/12/2010 NEF | TC Construction Company, Inc. | Griffith Company. |
| Anaverde, LLC | c/o McDougal Love Eckis, etc. | c/o Ronald B. Pierce, Esq. |
| c/o Michael J. Joyce, Esq. | Robert C. Martinez, Esq. | 3050 East Birch Street, 2nd Fl. |
| Cross & Simon | 8100 La Mesa Blvd., #200 | Brea, CA 92821-6248 |
| | La Mesa, CA 91942 | |
| Crt Manual List | Crt ManList | Crt Manual List |
| Richard B Andrade | Tab L K Artis | Shaaron A Bangs |
| Andrade & Associates | 301 N Lake Ave 7th Fl | Crawford & Bangs |
| 27101 Puerta Real Ste 120 | Pasadena, CA 91101 | 1290 E Center Ct Dr |
| Mission Viejo, CA 92691-8518 | | Covina, CA 91724 |
| Crt Manual List | NEF/Crt Manual List | Crt Manual List |
| William Bissell | John W Busby | CRG Partners Group, LLC |
| 110 Newport Center Dr Ste 200 | ~~251 Lafayette Circle Ste 350~~ | |
| Newport Beach, CA 92660 | ~~Lafayette, CA 94549~~ | |
| | Duplicate; see Marquis Pipeline above | |
| Crt Manual List | Crt Manual List | Crt Manual List |
| Wayne W Call | Central Pacific Bank | Brent S Clemmer |
| Call & Jensen | Frandzel Robins Bloom & Csato, L.C. | Slovak Baron & Empey LLP |
| 610 Newport Ctr Dr Ste 700 | 6500 Wilshire Boulevard | 1800 E Tahquitz Cyn Wy |
| Newport Beach, CA 92660 | 17th Floor | Palm Springs, CA 92262 |
| | Los Angeles, CA 90048-4920 | |

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

| Crt Manual List | Crt Manual List | Crt Manual List |
|---|---|---|
| Adrianna M Corrado<br>Lanak & Hanna<br>~~400 N Tustin Ave Ste 120~~<br>~~Santa Ana, CA 92705-3815~~<br>3/17 t/c Tara; see below | Donald B Devirian<br>Devirian & Shinmoto<br>11400 W Olympic Blvd Ste 200<br>Los Angeles, CA 90064 | Francis T Donohue<br>Voss, Cook & Thel LLP<br>895 Dove Street Suite 450<br>Newport Beach, CA 92660 |
| **Crt Manual List**<br>Stanley Haren<br>Gill & Baldwin<br>~~130 N Baldwin Blvd #405~~<br>~~Glendale, CA 91203~~<br>**12/16/2010 – No Such Number – See** | **Crt Manual List**<br>William R Hart<br>Hart King & Coldren<br>200 Sandpointe Fourth Fl<br>Santa Ana, CA 92707 | **Crt Manual List**<br>Andrew C Kienle<br>200 Sandpointe, 4th Fl<br>Santa Ana, CA 92707 |
| **Crt Manual List**<br>Vivian Le<br>Gary R King & Associates<br>30950 Rancho Viejo Rd Ste 155<br>San Juan Capistrano, CA 92675 | **Crt Manual List**<br>Mark E McKane<br>Kirkland & Ellis LLP<br>555 California St<br>San Francisco, CA 94104 | **Crt Manual List**<br>Gerald W Mouzis<br>The Mouzis Law Firm APC<br>13681 Newport Ave Ste 8-605<br>Tustin, CA 92680 |
| **Crt Manual List**<br>Howard S Nevins<br>2150 River Plaza Dr Ste 450<br>Sacramento, CA 95833 | **Crt Manual List**<br>Richard Pachulski<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Bl Ste 1100<br>Los Angeles, CA 90067-4003 | **Crt Manual List**<br>J Patrick Ragan<br>1881 S Business Center Dr Suite 7b<br>San Bernardino, CA 92408 |
| **Crt Manual List**<br>Regal Development LLC<br>c/o Benjamin M Weiss<br>12770 High Bluff Dr, Ste 160<br>San Diego, CA 92130 | **Crt Manual List**<br>Raymond D Scott<br>1835 W Orangewood Ave Ste 255<br>Orange, CA 92868 | **Crt Manual List**<br>Kimberly A Soyer<br>251 Lafayette Cir, Ste 350<br>Lafayette, CA 94549 |
| **Crt Manual List**<br>Joseph L Strohman<br>Ferguson Case Orr Paterson LLP<br>1050 S Kimball Rd<br>Ventura, CA 93004 | **Crt Manual List**<br>Theresa C Tate<br>Crawford & Bangs LLP<br>1290 E Center Crt Dr<br>Covina, CA 91724 | **Crt Manual List**<br>Robert S Throckmorton<br>Throckmorton, Beckstrom & Tomassian, LLP<br>2 Corporate Park, Ste 210<br>Irvine, CA 92606-5115 |
| **Crt Manual List**<br>Douglas F Welebir<br>Welebir Tierney & Weck<br>2068 Orange Tree Ln Ste 215<br>Redlands, CA 92374 | **8/17/10 Crt Manual List**<br>Laurie A. Shade<br>333 W. Santa Ana Blvd., #407<br>PO Box 1379<br>Santa Ana, CA 92702-1379 | **9/14/10 Crt Manual List**<br>Dina Tasini<br>Tasini and Addocaites<br>2126 Grant St.<br>Berkeley, CA 94703 |
| **9/14/10 Crt Manual List**<br>Elizabeth A. Walters<br>3365 Seventh Ave.<br>San Diego, CA 92103 | **10/12/10 CrtManual**<br>Norman A. Filer<br>500 N. State College Blvd., #1270<br>Orange, CA 92868 | **11/11 CrtManual**<br>David Sandoval<br>(No address given) |
| **11/11 CrtManual**<br>Wayne Lee<br>468 Jade Tree Drive<br>Monterey Park, CA 91754 | **11/11 CrtManual**<br>Manhard Consulting, Inc.<br>(No address given)<br><br>**6/13/11CrtMan**<br>Malhar S. Pagay<br>(No address given) | **2/4/11CrtManual**<br>William R Baerg<br>Monteleone & McCrory LLP<br>725 S Figueroa St #3200<br>Los Angeles, CA 90017 |

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2

| | | |
|---|---|---|
| 2/4/11CrtManual<br>Patricia D Barrett<br>Law Office of Patricia D Barrett<br>846 W Foothill Blvd Ste M<br>Upland, CA 91786 | 2/4/11CrtManual<br>Christopher J Brantingham<br>Brice E Bryan & Assoc<br>23945 Calabasas Rd<br>Calabasas, CA 91302 | 2/4/11CrtManual<br>California Bank & Trust<br>c/o Bryan Cave LLP<br>3161 Michelson Drive<br>Suite 1500<br>Irvine, CA 92612 |
| 2/4/11CrtManual<br>Gene H Shioda<br>Law Office of Gene H Shioda<br>5757 West Century Blvd Ste 700<br>Los Angeles, CA 90045 | 2/4/11CrtManual<br>Thomas A Pistone<br>Pistone & Wolder, LLP<br>2020 Main Street Suite 900<br>Irvine, CA 92614 | Crt Manual List<br>3/17 chng t/c<br>~~Adrianna M Corrado~~<br>Lanak & Hanna<br>625 The City Dr., #190<br>Orange, CA 92868 |
| 3/4/11CrtManual<br><br>Moses Green<br>(No address listed)<br>Brian Construction Co. Inc.<br>(No addreds given)<br>5/11 t/c to MillerBarondess<br>Christopher Cullen<br>Lanak & Hanna<br>625 The City Dr., #190<br>Orange, CA 92868 | RSN3/10/11<br>Union Pacific Railroad Company<br>Mary Ann Kilgore<br>Shawn Lanka<br>1400 Douglas St., STOP 1580<br>Omaha, NE 68179<br><br>NEF 5/26/11<br>DLA Piper LLP (US)<br>Meredith Edelman, Esq.<br>550 S. Hope St., #2300<br>Los Angeles, CA 90071 | 4/5/11 web<br>Stanley Haren<br>Gill & Baldwin<br>130 N Brand Blvd #405<br>Glendale, CA 91203<br><br>6/13/11 CrtMan<br>Edward Soto<br>1395 Brickell Ave., #1200<br>Miami, FL 33131 |

ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME REGARDING CONFLICT MOTION

87291.2