1  Kenneth N. Russak (State Bar No. 107283)
   Michael J. Gomez (State Bar No. 251571)
2  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard
3  Seventeenth Floor
   Los Angeles, California  90048-4920
4  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
5
   Attorneys for Central Pacific Bank
6

7
                    UNITED STATES BANKRUPTCY COURT
8
                    CENTRAL DISTRICT OF CALIFORNIA
9
                           SANTA ANA DIVISION
10

| In re | CASE No. 8:08-bk-17206-ES |
|---|---|
| PALMDALE HILLS PROPERTY, *et al.*, | Jointly Administered With Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES |
| Debtors. | |
| Affects: | |
| ☐ All Debtors | |
| ☒ Palmdale Hills Property, LLC | |
| ☐ SunCal Beaumont Heights, LLC | |
| ☐ SCC/Palmdale, LLC | |
| ☐ SunCal Johannson Ranch, LLC | |
| ☐ SunCal Summit Valley, LLC | |
| ☐ SunCal Emerald Meadows, LLC | |
| ☐ SunCal Bickford Ranch, LLC | |
| ☐ Acton Estates, LLC | |
| ☐ Seven Brothers, LLC | Chapter 11 |
| ☐ SJD Partners, Ltd. | |
| ☐ SJD Development Corp. | ERRATA TO CENTRAL PACIFIC BANK'S LIMITED OBJECTION TO: |
| ☐ Kirby Estates, LLC | |
| ☐ SunCal Communities I, LLC | |
| ☐ SunCal Communities III, LLC | (1) FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING FIRST AMENDED CHAPTER 11 PLANS FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF PALMDALE HILLS PROPERTY, LLC, SUNCAL BICKFORD RANCH, LLC, SUNCAL EMERALD MEADOWS, LLC, AND ACTON ESTATES, LLC [GROUP 1: VOLUNTARY DEBTORS] [Docket No. 2244]; AND |
| ☐ SCC Communities, LLC | |
| ☐ North Orange Del Rio Land, LLC | |
| ☐ Tesoro SF, LLC | |
| ☐ LBL-SunCal Oak Valley, LLC | |
| ☐ SunCal Heartland, LLC | |
| ☐ LBL-SunCal Northlake, LLC | |
| ☐ SunCal Marblehead, LLC | |
| ☐ SunCal Century City, LLC | |
| ☐ SunCal PSV, LLC | |
| ☐ Delta Coves Venture, LLC | |
| ☐ SunCal Torrance, LLC | |
| ☐ SunCal Oak Knoll, LLC | (2) DISCLOSURE STATEMENT WITH RESPECT TO *SECOND AMENDED* |

864722.1 | 028995-0342                                    1
ERRATA TO CENTRAL PACIFIC BANK'S LIMITED OBJECTION TO DISCLOSURE STATEMENTS

JOINT CHAPTER 11 PLAN FOR ELEVEN VOLUNTARY DEBTORS PROPOSED BY THE LEHMAN VD LENDERS [Docket No. 2247]

DATE: July 22, 2011
TIME: 10:00 a.m.
CRTRM.: 5A

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE AND OTHER PARTIES IN INTEREST:**

Central Pacific Bank respectfully submits this "Errata" to correct a typographical error appearing in its "Limited Objection to: (1) First Amended Disclosure Statement Describing First Amended Chapter 11 Plans Filed By Suncal Plan Proponents in the Chapter 11 Cases of Palmdale Hills Property, LLC, Suncal Bickford Ranch, LLC, Suncal Emerald Meadows, LLC and Acton Estates, LLC [Group I: Voluntary Debtors] [Docket no. 2244] ; and (2) Disclosure Statement With Respect to Second Amended Joint Chapter 11 Plan for Eleven Voluntary Debtors Proposed By the Lehman VD Lenders [Docket no. 2247]." Specifically, the hearing date and time on page 2 should refer to July 22, 2011 and 10:00 a.m.

DATED: July 11, 2011

FRANDZEL ROBINS BLOOM & CSATO, L.C.
KENNETH N. RUSSAK
MICHAEL J. GOMEZ

By: /s/ *Michael J. Gomez*
MICHAEL J. GOMEZ
Attorneys for Central Pacific Bank

864722.1 | 028995-0342

2

ERRATA TO CENTRAL PACIFIC BANK'S LIMITED OBJECTION TO DISCLOSURE STATEMENTS