PAUL J. COUCHOT -- State Bar No. 131934
SEAN A. O'KEEFE -- State Bar No. 122417
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
General Insolvency Counsel for Administratively Consolidated
Debtors-in-Possession

RONALD RUS - State Bar No. 67369
JOEL S. MILIBAND - State Bar No. 77438
**RUS MILIBAND & SMITH**
**A PROFESSIONAL CORPORATION**
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514
Counsel for SunCal Management LLC and SCC Acquisitions, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br>PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS,<br>      Joint Administered Debtors and Debtors-in-Possession | Case No. 8:08-bk-17206-ES<br>Jointly Administered With Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; |
| Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF LLC<br>*Caption Continued on Next Page* | 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574 ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES<br>Chapter 11 Proceedings<br><br>**JOINT STATUS REPORT RE DEPOSITION SCHEDULE AND RELATED ISSUES**<br><br>Date:    July 19, 2011<br>Time:    2:00 p.m.<br>Place:    Courtroom 5A |

1
2
3
4
5
6
7

*Continued from Previous Page*
☐ LBL-SunCal Oak Valley, LLC
☐ SunCal Heartland, LLC
☐ LBL-SunCal Northlake, LLC
☐ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☐ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

Palmdale Hills Property, LLC, SunCal Communities I, LLC, SunCal Communities III, LLC, SCC Palmdale, LLC, Acton Estates, LLC, SunCal Beaumont, LLC, SunCal Emerald, LLC, SunCal Johansson, LLC, SunCal Bickford, LLC, SunCal Summit, LLC, Seven Brothers, LLC, Kirby Estates, LLC, SJD Partners, LLC, SJD Development, LLC, SCC Communities, LLC, North Orange Del Rio, LLC and Tesoro SF, LLC (the "Voluntary Debtors") SunCal Management, LLC and SCC Acquisitions, LLC ("SCC') (collectively the "SunCal Parties"), and Lehman Ali, Inc., and Lehman Commercial Paper, Inc. (together the "Lehman Entities") submit the following joint status report re certain discovery issues that were the subject of a hearing on July 8, 2011.

## Issue I: Deposition Schedule

The parties were directed to meet and confer regarding the date and location of depositions relating to the claims objections (the "Claim Matters") and the competing plan disputes (the "Plan Matters"). Pursuant to this direction the parties have met and conferred and their respective positions on this issue are set forth below:

| **SunCal Parties** | **Lehman Entities** |
|---|---|
| The SunCal Parties believed that the meet and confer had resulted in a mutually acceptable deposition schedule. However, just prior to the submission of this Joint Report, counsel for the SunCal Parties received an e-mail from counsel for the Lehman Entities altering what had been agreed upon, leaving in doubt key depositions, and adding a condition to the schedule. While the schedule attached to this Joint Report as Exhibit "1," is mostly accurate, additional meet and confer between the parties prior to the hearing will be required to resolve the last minute issues raised by the Lehman Entities. | The accusation of last minute changes to the deposition schedule is false and only highlights the need for a discovery referee in this matter. The Lehman Entities met and conferred on Wednesday and Thursday, at which time the parties jointly prepared a proposed schedule subject to verification of availability. The deposition schedule below and in Exhibit 1 reflects what was discussed during the meet and confer, including the potential changes that were addressed.

Accordingly, subject to unanticipated changes in schedules and the Lehman Entities' efforts to confirm a date for a 30(b)(6) witnesses |

or witnesses, the Lehman Entities respectfully submit the list below.

July 26, 2011: Norm Radow

July 28, 2011: Matt Wyman

July 29, 2011: Erica Bose

August 1, 2011: Rob Brusco

August 3, 2011: Gerald Pietroforte

August 9, 2011: SunCal Management 30(b)(6) witness

August 10, 2011: SunCal Parties 30(6)(6) witness on the Plans

August 11, 2011: Adam Carne

August 12, 2011: Potential 30(b)(6) witness of the Lehman Entities. This is a placeholder that the Lehman Entities are working diligently to confirm.

August 15, 2011: Doug Champion

August 16, 2011: Scott Campbell

August 17, 2011: Tom Rollins

August 19, 2011: Bruce Cook

August 24, 2011: Brian Marsal

August 26, 2011: Nellie Camerik

August 31, 2011: Amy Freilich

September 1, 2011: Bruce Elieff

September 7, 2011: Paul Hughson

September 8, 2011: Mike Bond

September 9, 2011: Potential 30(b)(6) witness of the Lehman Entities. This is a placeholder

|   |   |
|---|---|
| 1 | that the Lehman Entities are working diligently to confirm. |
| 2 | September 12, 2011: Frank Gilhool |
| 3 | September 14, 2011: Jeff Fitts |
| 4 | September 15, 2011: Potential 30(b)(6) witness of the Lehman Entities. This is a placeholder that the Lehman Entities are working diligently to confirm. |
| 5 | September 16, 2011: Mark Walsh |
| 6 | September 19, 2011: Lauren Dalessio |
| 7 | September 21, 2011: Frank Faye |
| 8 | September 22, 2011: Steve Elieff |
| 9 | The Lehman Entities have prepared the deposition schedule in anticipation of the SunCal Parties' good faith responses to the Lehman Entities' pending discovery requests. It goes without saying that adherence to this schedule is dependent upon the SunCal Parties' compliance with their discovery obligations. |

## Issue II: Designating A Discovery Referee

The Court directed the parties to provide their respective positions on merits of designating another bankruptcy judge to act as a "discovery referee" to resolve prospective discovery disputes. Pursuant to this direction the parties have met and conferred and their respective positions on this issue are set forth below:

| | **SunCal Parties** | **Lehman Entities** |
|---|---|---|
| 1 | | |
| 2 | The SunCal Parties believe that the selection of a new judge to resolve discovery disputes in this matter is not necessary, will likely result in further delay and, in any event, is not authorized.  See  FRBP 9031 ("Rule 53 F.R.Civ.P. [appointment of masters] does not apply in cases under the Code").  This Court has obtained an insight into the parties' arguments regarding scope of discovery and the Court has commented about the overlap of issues.  Such overlap would require a new judge to spend significant time to fully absorb.  Bifurcation of discovery disputes, depending on the process this Court might consider employing, could result in either final discovery rulings by a judge not fully familiar with the complex issues this Court has presided over for nearly 3 years, or substantial delay if discovery rulings were in the form of a report and recommendation that would have to be argued anew to this Court (even assuming a discovery master was authorized in cases under the Code). | The Lehman Entities strongly support and this Court has inherent authority to designate a judge to try the Claim Matters and to act as a discovery referee in connection both with the Claim Matters and with discovery on plan confirmation to the extent it overlaps with the Claim Matters.

The Court has repeatedly advised the parties that it has limited availability on its docket to try the Claim Matters.  The Lehman Entities have asserted arguments in their responses that may be dispositive of certain claims and issues within the Claim Matters, the prompt disposition of which could greatly narrow the scope of discovery that must be undertaken.  There is presently a tremendous amount of discovery outstanding, including document requests, interrogatories and deposition notices directed to each of the debtors asserting damages from the alleged breaches of contract.  Based on the SunCal Parties' refusal to participate in discovery on the objections to their claims (*see Joint Motion of Chapter 11 Trustee, Lehman ALI, Inc., Northlake Holdings LLC and OVC Holdings, LLC for Order Regarding Entitlement to Discovery in Connection with Movants'* |

| | |
|---|---|
| 1 2 3 4 5 6 7 8 | *Objections to the Filed Claims of SunCal Management, LLC*, also set for hearing on July 19, 2011), it appears likely that discovery disputes will continue to arise, which must be quickly resolved if the discovery schedule is to be preserved while at the same time affording the Lehman Entities the discovery that due process requires. |
| 9 10 11 12 13 14 15 | From an efficiency perspective, it makes sense for the ultimate trial court to decide the motions that will determine the issues to be tried in the Claim Matters and the scope of discovery relevant thereto, and to rule upon discovery disputes likely to arise thereunder and in overlapping plan discovery. |

453765v1 sg 7/15/11 1 (2882-0001)

-6-

US_ACTIVE_Joint Status Report Re Deposition Schedule and Related Issues doc_43764518_1.doc

-7-

## Issue III: Designating A Different Trial Judge

The Court directed the parties to meet and confer regarding the merits of selecting a Judge other than Judge Smith to try the Claim Matters, due to the Court's heavy calendar. Pursuant to this direction the parties have met and conferred and their respective positions on the issue are set forth below:

| **SunCal Parties** | **Lehman Entities** |
|---|---|
| The SunCal Parties are not in favor of this reassignment at this point in time for the following reasons:<br><br>1.     The SunCal Parties believe that this Court has obtained an understanding of the core issues being contested in the Claim Matters and the parties' relative agendas. Another jurist would not have this insight or background.<br><br>2.     The Court will be addressing many of the core issues being contested in the Claim Matters within the context of Plan Confirmation in any event. Accordingly, bifurcating these matters may not achieve much time savings, or otherwise promote judicial efficiencies.  Indeed, the Court recently denied remand of the removed state court breach of contract adversary action on the basis that, *inter alia*, there is an overlap of issues as to all matters and thus the Court should keep and rule on all matters to ensure uniformity and prevent inconsistent rulings (a concern also | *See* response to Issue II above. |

1 | specifically expressed by the Lehman Parties).

2 |       3.    The SunCal Parties

3 | believe that the discovery scheduled over the

4 | next thirty to forty-five days may provide

5 | sufficient clarity regarding the strength of their

6 | case for them to present a summary judgment

7 | motion. This would eliminate the need for a

8 | lengthy trial on the Claim Matters before

9 | another judge.

13 | DATED: July 15, 2011

**WINTHROP COUCHOT
PROFESSIONAL CORPORATION**

By:    */s/ Paul J. Couchot*
      Paul J. Couchot, Esq.
      Sean OKeefe, Esq.
General Insolvency Counsel for Administratively Consolidated Voluntary Debtors

**RUS MILIBAND & SMITH
A PROFESSIONAL CORPORATION**

By: _____
      Ronald Rus, Esq.
      Joel S. Miliband, Esq.
      Catherine Castaldi, Esq.
Attorneys for SunCal Management, LLC

DATED: July 15, 2011

**PACHULSKI, STANG, ZIEHL & JONES, LLP**

By:    */s/ Dean A. Ziehl*
      Dean Ziehl, Esq.,
Counsel to Lehman Ali, Inc., and Lehman Commercial Paper, Inc.

**EXHIBIT 1**

July 26, 2011: Norm Radow

July 28, 2011: Matt Wyman

July 29, 2011: Erica Bose

August 1, 2011: Rob Brusco

August 3, 2011: Gerald Pietroforte

August 9, 2011: SunCal Management 30(b)(6) witness

August 10, 2011: SunCal Parties 30(6)(6) witness on the Plans

August 11, 2011: Adam Carne

August 12, 2011: Potential 30(b)(6) witness of the Lehman Entities.  This is a placeholder that the Lehman Entities are working diligently to confirm.

August 15, 2011: Doug Champion

August 16, 2011: Scott Campbell

August 17, 2011: Tom Rollins

August 19, 2011: Bruce Cook

August 24, 2011: Brian Marsal

August 26, 2011: Nellie Camerik

August 31, 2011: Amy Freilich

September 1, 2011: Bruce Elieff

September 7, 2011: Paul Hughson

September 8, 2011: Mike Bond

September 9, 2011: Potential 30(b)(6) witness of the Lehman Entities.  This is a placeholder that the Lehman Entities are working diligently to confirm.

September 12, 2011:  Frank Gilhool

1  September 14, 2011: Jeff Fitts

2  September 15, 2011:  Potential 30(b)(6) witness of the Lehman Entities.  This is a placeholder that the Lehman Entities are working diligently to confirm.

3

   September 16, 2011: Mark Walsh
4

5  September 19, 2011: Lauren Dalessio

6  September 21, 2011:  Frank Faye

7
   September 22, 2011:  Steve Elieff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

453765v1 sg 7/15/11 1 (2882-0001)      -10-
US_ACTIVE_Joint Status Report Re Deposition Schedule and Related Issues doc_43764518_1.doc

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CASE NUMBER 08-17206-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **JOINT STATUS REPORT RE DEPOSITION SCHEDULE AND RELATED ISSUES** will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 15, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On July 15, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

JUDGE'S COPY [Overnight Delivery]
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 15, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
    bcook@suncal.com
(3) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue - mneue@thelobelfirm.com
(6) Ch. 11 Trustee:
    Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(7) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

(8) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(9) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(10) Counsel for Bond Safeguard & Lexon
    Mark J Krone - mk@amclaw.com, crs@amclaw.com; amc@amclaw.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Mark McKane - mark.mckane@kirkland.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 15, 2011 | Megan J Wilson | /s/ Megan J Wilson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:                                                          | CHAPTER 11              |
|-----------------------------------------------------------------|-------------------------|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s).| CASE NUMBER 08-17206-ES |

**I. SERVED BY NEF**

**8:08-bk-17206-ES Notice will be electronically mailed to:**

(1) Selia M Acevedo for Atty Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

(2) Joseph M Adams for Def The City of San Juan Capistrano
jadams@sycr.com

(3) Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com

(4) James C Bastian for Cred ARB, Inc.
jbastian@shbllp.com

(5) Thomas Scott Belden for Def Zim Industries, Inc. dba Bakersfield Well & Pump
sbelden@kleinlaw.com, ecf@kleinlaw.com

(6) John A Boyd for Int Pty Oliphant Golf Inc
fednotice@tclaw.net

(7) Mark Bradshaw for Int Pty Courtesy NEF
mbradshaw@shbllp.com

(8) Gustavo E Bravo for Cred Oliphant Golf, Inc.
gbravo@smaha.com

(9) Jeffrey W Broker for Cred Bond Safeguard Ins Co
jbroker@brokerlaw.biz

(10) Brendt C Butler for Cred EMR Residential Properties LLC
BButler@mandersonllp.com

(11) Andrew W Caine for Cred Lehman ALI, Inc.
acaine@pszyjw.com

(12) Carollynn Callari for Cred Danske Bank A/S London Branch
ccallari@venable.com

(13) Cathrine M Castaldi for Cred SunCal Management, LLC
ccastaldi@rusmiliband.com

(14) Tara Castro Narayanan for Int Pty Courtesy NEF
tara.narayanan@msrlegal.com, lisa.king@msrlegal.com

(15) Dan E Chambers for Cred EMR Residential Properties LLC
dchambers@jmbm.com

(16) Shirley Cho for Cred Lehman ALI, Inc.
scho@pszjlaw.com

(17) Vonn Christenson for Int Pty Courtesy NEF
vrc@paynefears.com

(18) Brendan P Collins for Cred Gray1 CPB, LLC
bpcollins@bhfs.com

(19) Vincent M Coscino for Petitioning Cred CST Environmental Inc
vcoscino@allenmatkins.com, emurdoch@allenmatkins.com

(20) Paul J Couchot for Cred SCC Acquisitions, Inc.
pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com

(21) Jonathan S Dabbieri for Int Pty Courtesy NEF
dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com; stein@sullivanhill.com;vidovich@sullivanhill.com

(22) Ana Damonte for Cred Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

(23) Vanessa S Davila for Cred Bond Safeguard Ins Co
vsd@amclaw.com

(24) Melissa Davis for Cred City of Orange
mdavis@shbllp.com

(25) Daniel Denny for Int Pty Courtesy NEF
ddenny@gibsondunn.com

(26) Caroline Djang for Cred Lehman ALI, Inc.
crd@jmbm.com

(27) Donald T Dunning for Cred Hertz Equipment Rental Corp
ddunning@dunningLaw.com

(28) Meredith R Edelman on behalf of Interested Party Courtesy NEF
meredith.edelman@dlapiper.com

(29) Joseph A Eisenberg for Cred Lehman ALI, Inc.
jae@jmbm.com

(30) Lei Lei Wang Ekvall for Atty Weiland Golden Smiley Wang Ekvall & Strok, LLP
lekvall@wgllp.com

(31) Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

(32) Marc C Forsythe for Atty Robert Goe
kmurphy@goeforlaw.com

(33) Alan J Friedman for Atty Irell & Manella LLP
afriedman@irell.com

(34) Steven M Garber for Cred Park West Landscape, Inc
steve@smgarberlaw.com

(35) Christian J Gascou for 3rd Party Pltf Arch Ins Co
cgascou@gascouhopkins.com

(36) Barry S Glaser for Cred County of Los Angeles
bglaser@swjlaw.com

(37) Robert P Goe for Atty Robert Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

(38) Eric D Goldberg for Int Pty Courtesy NEF
egoldberg@stutman.com

(39) Richard H Golubow for Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com

(40) Michael J Gomez for Int Pty Central Pacific Bank
mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

(41) Kelly C Griffith for Cred Bond Safeguard Ins Co
bkemail@harrisbeach.com

(42) Matthew Grimshaw for Int Pty City Of Torrance
mgrimshaw@rutan.com

(43) Kavita Gupta for Debtor Palmdale Hills Property, LLC
kgupta@winthropcouchot.com

(44) Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

(45) Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

(46) D Edward Hays for Cred Villa San Clemente, LLC
ehays@marshackhays.com

(47) Michael C Heinrichs for Int Pty Courtesy NEF
mheinrichs@omm.com

(48) Harry D. Hochman for Cred Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com

(49) Jonathan M Hoff for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com

(50) Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com

(51) Michelle Hribar for Pltf EMR Residential Properties LLC
mhribar@rutan.com

(52) John J Immordino for Cred Arch Ins Co.
john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com

(53) Lawrence A Jacobson for Cred BKF Engineers
laj@cohenandjacobson.com

(54) Michael J Joyce for Int Pty Courtesy NEF
mjoyce@crosslaw.com

(55) Stephen M Judson for Petitioning Cred The Professional Tree Care Co
sjudson@fablaw.com

(56) Kaleb L Judy for Def Zim Industries, Inc. dba Bakersfield Well & Pump
ecf@kleinlaw.com, kjudy@kleinlaw.com

(57) Steven J Kahn for Cred Lehman ALI, Inc.
skahn@pszyjw.com

(58) Sheri Kanesaka for Cred California Bank & Trust
sheri.kanesaka@bryancave.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                F 9013-3.1.PROOF.SERVICE

| In re: PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, Debtor(s). | CHAPTER 11 CASE NUMBER 08-17206-ES |
|---|---|

(59) David I Katzen for Int Pty Bethel Island Muni Imp District
katzen@ksfirm.com

(60) Christopher W Keegan for Cred SC Master Holdings II LLC
ckeegan@kirkland.com,
gdupre@kirkland.com;alevin@kirkland.com

(61) Payam Khodadadi for Debtor Palmdale Hills Property, LLC
pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com

(62) Irene L Kiet for Cred BNB Engineering, Inc.
ikiet@hkclaw.com

(63) Claude F Kolm for Cred County of Alameda Tax Collector
claude.kolm@acgov.org

(64) Mark J Krone for Cred Bond Safeguard Ins Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com

(65) David B Lally for Def Contracting Engineers, Inc.
davidlallylaw@gmail.com

(66) Leib M Lerner for Cred Steiny and Co, Inc.
leib.lerner@alston.com

(67) Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com

(68) Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com

(69) Kerri A Lyman for Atty Irell & Manella LLP
klyman@irell.com

(70) Mariam S Marshall for Cred RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

(71) Robert C Martinez for Cred TC Construction Co, Inc
rmartinez@mclex.com

(72) Michael D May for Cred R.J. Noble Co.
mdmayesq@verizon.net

(73) Hutchison B Meltzer for Cred Com Holding Unsecured Claims
hmeltzer@wgllp.com

(74) Krikor J Meshefejian for Int Pty Courtesy NEF
kjm@lnbrb.com

(75) Joel S. Miliband for Cred RBF CONSULTING
jmiliband@rusmiliband.com

(76) James M Miller for Atty Miller Barondess LLP
jmiller@millerbarondess.com, vgunderson@millerbarondess.com

(77) Louis R Miller for Pltf Palmdale Hills Property, LLC
smiller@millerbarondess.com

(78) Craig Millet for Int Pty Doug Champion
cmillet@gibsondunn.com,
pcrawford@gibsondunn.com;cmillet@gibsondunn.com

(79) Randall P Mroczynski for Def Bob McGrann Construction, Inc.
randym@cookseylaw.com

(80) Mike D Neue for Atty The Lobel Firm, LLP
mneue@thelobelfirm.com,
jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

(81) Robert Nida for Cred Kirk Negrete, Inc
Rnida@castlelawoffice.com

(82) Henry H Oh for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd
henry.oh@dlapiper.com, janet.curley@dlapiper.com

(83) Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

(84) Robert B Orgel for Cred Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com

(85) Malhar S Pagay for Cred Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com

(86) Daryl G Parker for Cred Lehman ALI, Inc.
dparker@pszjlaw.com

(87) Penelope Parmes for Cred EMR Residential Properties LLC
pparmes@rutan.com

(88) Robert J Pfister on behalf of Int Pty Courtesy NEF
rpfister@ktbslaw.com

(89) Ronald B Pierce for Cred Griffith Co
ronald.pierce@sdma.com

(90) Katherine C Piper for Int Pty New Anaverde LLC
kpiper@steptoe.com

(91) Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net

(92) James S Riley for Cred Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com

(93) Debra Riley for Int Pty City of Palmdale
driley@allenmatkins.com

(94) Todd C. Ringstad for Int Pty Courtesy NEF
becky@ringstadlaw.com

(95) R Grace Rodriguez for Def O&B Equipment, Inc.
ecf@lorgr.com

(96) Martha E Romero for Cred California Taxing Authorities
Romero@mromerolawfirm.com

(97) Ronald Rus for Cred SunCal Management, LLC
rrus@rusmiliband.com

(98) John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
jschafer@mandersonllp.com

(99) John E Schreiber for Def Fenway Capital, LLC
jschreiber@dl.com

(100) William D Schuster for Cred HD Supply Construction Supply LTD
bills@allieschuster.org

(101) Christopher P Simon for Int Pty Courtesy NEF
csimon@crosslaw.com

(102) Wendy W Smith for Cred Castaic Union School District
wendy@bindermalter.com

(103) Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com

(104) Steven M Speier for Trustee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com

(105) Michael St James for Cred MBH Architects, Inc.
ecf@stjames-law.com

(106) Michael K Sugar for Off Committee of Unsecured Creds
msugar@irell.com

(107) Cathy Ta for Def Hi-Grade Material Co.
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com

(108) David A Tilem for Def Southland Pipe Corp
davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;
dianachau@tilemlaw.com;kmishigian@tilemlaw.com

(109) James E Till for Trustee Steven Speier (TR)
jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;
pnelson@thelobelfirm.com

(110) United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

(111) Carol G Unruh for Cred Scott E. McDaniel
cgunruh@sbcglobal.net

(112) Annie Verdries for Cred WEC Corp
verdries@lbbslaw.com

(113) Jason Wallach for Def Professional Pipeline Contractors, Inc.
jwallach@gladstonemichel.com

(114) Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
kim.johnson@kattenlaw.com

(115) Marc J Winthrop for Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

(116) David M Wiseblood for Cred Bethel Island Muni Imp District
dwiseblood@seyfarth.com

(117) Brett K Wiseman for Cred JF Shea Construction Inc
bwiseman@aalaws.com

(118) Dean A Ziehl for Counter-Def LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com

(119) Marc A. Zimmerman for Creditor Life Church of God in Christ
joshuasdaddy@att.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE