RONALD RUS, #67369
rrus@rusmiliband.com
JOEL S. MILIBAND, #77438
jmiliband@rusmiliband.com
CATHRINE M. CASTALDI, #156089
ccastaldi@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California  92612
Telephone:    (949) 752-7100
Facsimile:    (949) 252-1514

Attorneys for SunCal Management, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re | CASE NO. 8:08-bk-17206-ES |
| PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS, | Chapter 11 |
| Jointly Administered Debtors and Debtors-in-Possession. | Jointly Administered With Case Nos.: 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574 ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES |
| Affects:<br>☐    All Debtors<br>☐    Palmdale Hills Property, LLC<br>☐    SunCal Beaumont Heights, LLC<br>☐    SCC/Palmdale, LLC<br>☐    SunCal Johannson Ranch, LLC<br>☐    SunCal Summit Valley, LLC<br>☐    SunCal Emerald Meadows LLC<br>☐    SunCal Bickford Ranch, LLC<br>☐    Acton Estates, LLC<br>☐    Seven Brothers LLC<br>☐    SJD Partners, Ltd.<br>☐    SJD Development Corp.<br>☐    Kirby Estates, LLC<br>☐    SunCal Communities I, LLC<br>☐    SunCal Communities III, LLC<br>☐    SCC Communities LLC<br>☐    North Orange Del Rio Land, LLC<br>☐    Tesoro SF LLC<br>☒    LBL-SunCal Oak Valley, LLC<br><br>*Caption Continued on Next Page* | **LIMITED OPPOSITION TO JOINT MOTION OF LEHMAN CREDITORS AND CHAPTER 11 TRUSTEE FOR:  (A) APPROVAL OF STIPULATION OF JULY 11 BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS,** |

456203v1 ah 7/29/11 1 (2882-0001)

| | |
|---|---|
| ☒ SunCal Heartland, LLC<br>☒ LBL-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance Properties, LLC<br>☒ SunCal Oak Knoll, LLC | **AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY; AND (B) CLARIFICATION OF PRIOR ORDERS**<br><br>JUDGE: Hon. Erithe A. Smith<br>DATE: August 9, 2011<br>TIME: 10:30 a.m.<br>CRTRM.: 5A |

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUTPCY JUDGE, AND PARTIES IN INTEREST:

SunCal Management, LLC ("SunCal Management") submits its Limited Opposition to the Joint Motion of Lehman Creditors and Chapter 11 Trustee for: (A) Approval of Stipulation of July 11 by and between Lehman ALI, Inc. ("Lehman ALI") and Chapter 11 Trustee (the "Trustee") (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens And Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay To The Extent Necessary; and (B) Clarification Of Prior Orders (the "Motion").

SunCal Management does not object to Lehman ALI providing financing to the Involuntary Debtor Estates,[1] *as it has done in the past*, but does object to what amounts to an end run around the Moving Voluntary Debtors' and Suncal Management LLC's (the "SunCal Parties") Motion for Order Disallowing Claims of Lehman ALI, Inc. and Lehman Commercial Paper, Inc. Pursuant to 11 U.S.C. § 502(d) (the "502(d) Objection"). As the Court is aware, the 502(d) Objection requests, in part, a ruling on the disallowance of Lehman ALI's administrative claims pursuant to 11 U.S.C. §502(d).[2] The Court has set a continued status conference on the 502(d) Objection for August 24, 2011.

///

///

---

[1] When used in this Opposition, the term "Involuntary Debtor Estates" shall mean the chapter 11 bankruptcy estates of LB-L SunCal Oak Valley, LLC, SunCal Heartland, LLC, LB-L SunCal Northlake, LLC, SunCal Marblehead, LLC, SunCal PSV, LLC, SunCal PSV, LLC, Delta Coves Venture, LLC, SunCal Torrance, LLC and SunCal Oak Knoll.

[2] See the Motion at page 5, lines 7-28 and page 6, lines 1-3.

In this Motion, *for the first time*, Lehman ALI requests that not only this financing, **but all past advances**, be insulated from the application of 11 U.S.C. § 502(d). The Motion seeks entry of an order with the following language:

> To the extent that the applicable Lehman Creditor **has made** or hereafter makes any advances under the subject **Financing Orders,** the allowance of claims under the Financing Orders in the amount of the advance, plus interest and any other applicable fee or charge as provided under the Financing Orders for the applicable Lehman Creditor and applicable advance, including the allowance of the status of such claims as provided in the Financing Orders, e.g., as secured and administrative claims and as having super-priority status, ***is not subject to disallowance, setoff, recoupment, or any other defense or based on the 502(d) Objection or any other motion under Bankruptcy Code section 502(d) and the obligation to pay such claims may not be modified without the consent of the applicable Lehman Creditor under any chapter 11 plan except to the extent provided in the applicable Financing Order.***[3]

The Motion defines the term "Financing Orders" as applying to each of the financing and/or cash collateral stipulations and orders approving such stipulation and further references each such individual order previously entered by this Court on Exhibit "1" to the Motion. Now, Lehman ALI and the Trustee seek retrospective relief to *modify this Court's prior orders* in an effort to defeat the already pending 502(d) Objection. It is clear that such Financing Orders did not provide the protections that Lehman ALI seeks from this Court now, and they should not be so modified.

This Motion again sees the Trustee attempting to enhance the position of Lehman ALI, Inc. and its related entities, at the expense of the Involuntary Debtor Estates and their creditors. This time, the Trustee claims to be under the apprehension that Lehman ALI will withhold financing for the Involuntary Debtor Estates unless it obtains retroactive protection from the pending 502(d) Objection. But such threat rings hollow in light of the fact that Lehman ALI has previously advanced financing without such protection and is unlikely to deny such financing in the face of efforts by Lehman ALI and related entities to confirm plans of reorganization with respect to these same bankruptcy estates.

/ / /

---

[3] See the Motion at page 10, lines 19-28.

The bulk of the Motion is devoted to rearguing positions already articulated by Lehman ALI, and refuted by the SunCal Parties as part of the 502(d) Objection. The SunCal Parties object to the Trustee and Lehman ALI's attempted agreement to cut-off third parties' rights to object to Lehman ALI's administrative claims, even though the 502(d) Objection is already before the Court for determination.

Lehman ALI apparently concedes that in the Ninth Circuit, Section 502(d) applies equally to disallow both pre-petition claims and administrative claims. See *In re Triple Star Welding, Inc.*, 324 B.R. 778, 794 (9th Cir.BAP 2005)[4] ("the bankruptcy court has no discretion to disregard the Bankruptcy Code's requirements ... that Baker turn over any avoidable preference before he can be paid any administrative claim for fees. 11 U.S.C. § 502(d)"). See also *Matter of Hansen*, 1993 WL 176430, *2 (W.D.Tex. 1993) (bankruptcy court disallowed the IRS' post-petition administrative tax claim pursuant to Section 502(d)). Accordingly, Lehman ALI's administrative claims against the above referenced Debtors are subject to disallowance by this Court pursuant to Section 502(d) and the pending 502(d) Objection.

The Motion is a transparent attempt by Lehman ALI to ensure that the Trustee continues to advance Lehman ALI's interests in thwarting the Court's determination of the pending 502(d) Objection and in frustrating the SunCal Parties' legitimate efforts to confirm competing plans of reorganization with respect to the Involuntary Debtor Estates.

The Motion should be denied unless the improper retroactive protection of Lehman ALI is removed, so that the Court may determine the pending 502(d) Objection on its merits.

DATED: July 29, 2011                RUS, MILIBAND & SMITH
                                    A Professional Corporation


                                    By: _____
                                        JOEL S. MILIBAND
                                        Attorneys for SunCal Management, LLC

---

[4] *Abrogated on other grounds In re AFI Holding, Inc.*, 530 F.3d 832, 530 F.3d 832 (9th Cir. 2008).

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Von Karman Towers, Seventh Floor, 2211 Michelson Drive, Irvine, California 92612.

A true and correct copy of the foregoing document described as **LIMITED OPPOSITION TO JOINT MOTION OF LEHMAN CREDITORS AND CHAPTER 11 TRUSTEE FOR: (A) APPROVAL OF STIPULATION OF JULY 11 BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY; AND (B) CLARIFICATION OF PRIOR ORDERS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 29, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On N/A I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on July 29, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith    VIA PERSONAL DELIVERY
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Bin outside of Room 5097
411 W. Fourth Street
Santa Ana, CA 92701-4593

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 29, 2011 | Anna M. Hoyle | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                   F 9013-3.1

**ADDITIONAL SERVICE INFORMATION** (if needed):

TO BE SERVED BY THE COURT VIA NEF:

- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

6

F 9013-3.1

- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Scott H Olson    solson@seyfarth.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Daryl G Parker    dparker@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Robert J Pfister    rpfister@ktbslaw.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

7

F 9013-3.1

- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

8

**F 9013-3.1**