1  Richard M. Pachulski (CA Bar No. 90073)
   Dean A. Ziehl (CA Bar No. 84529)
2  Robert B. Orgel (CA Bar No. 101875)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California  90067-4100
4  Telephone: 310/277-6910 / Facsimile:  310/201-0760

5  Edward Soto (admitted *pro hac vice*)
   Alfredo R. Perez (admitted *pro hac vice*)
6  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
7  New York, NY  10153-0119
   Telephone:  (212) 310-8000 / Facsimile:  (212) 310-8007
8
   Attorneys for Lehman Commercial Paper Inc., Lehman ALI, Inc.,
9  Northlake Holdings LLC and OVC Holdings LLC

10 William N. Lobel (CA Bar No. 93202)
   Mike D. Neue (CA Bar No. 179303)
11 THE LOBEL FIRM, LLP
   840 Newport Center Drive, Suite 750
12 Newport Beach, California  92660
   Telephone:  (949) 999-2860 / Facsimile:  (949) 999-2870
13
   General Insolvency Counsel for Steven M. Speier,
14 the Chapter 11 Trustee for the Trustee Debtors
   .
15                UNITED STATES BANKRUPTCY COURT
16                CENTRAL DISTRICT OF CALIFORNIA
                      SANTA ANA DIVISION
17
   In re:                                    Case No.: 8:08-bk-17206-ES
18
   Palmdale Hills Property, LLC, and its Related Debtors,   Chapter 11
19         Jointly Administered Debtors      Jointly Administered Case Nos.
              and Debtors-In-Possession
                                             8:08-bk-17209-ES; 8:08-bk-17240-ES;
20 Affects:                                  8:08-bk-17224-ES; 8:08-bk-17242-ES;
   ☐  All Debtors                            8:08-bk-17225-ES; 8:08-bk-17245-ES;
21 ☑  Palmdale Hills Property, LLC           8:08-bk-17227-ES; 8:08-bk-17246-ES;
   ☑  SunCal Beaumont Heights, LLC           8:08-bk-17230-ES; 8:08-bk-17231-ES;
22 ☐  SCC/Palmdale, LLC                      8:08-bk-17236-ES; 8:08-bk-17248-ES;
   ☑  SunCal Johannson Ranch, LLC            8:08-bk-17249-ES; 8:08-bk-17573-ES;
23 ☑  SunCal Summit Valley, LLC              8:08-bk-17574-ES; 8:08-bk-17575-ES;
   ☐  SunCal Emerald Meadows LLC             8:08-bk-17404-ES; 8:08-bk-17407-ES;
24 ☑  SunCal Bickford Ranch, LLC             8:08-bk-17408-ES; 8:08-bk-17409-ES;
   ☑  Acton Estates, LLC                     8:08-bk-17458-ES; 8:08-bk-17465-ES;
25 ☑  Seven Brothers LLC                     8:08-bk-17470-ES; 8:08-bk-17472-ES;
   ☐  SJD Partners, Ltd.                     and 8:08-bk-17588-ES
26 ☐  SJD Development Corp.
   ☑  Kirby Estates, LLC                     **NOTICE OF LEHMAN CREDITORS**
27 ☑  SunCal Communities I, LLC              **AND TRUSTEE OF BLACKLINE**
   ☐  SunCal Communities III, LLC            **EXHIBITS REFLECTING MINOR**
28 ☑  SCC Communities LLC                    **CHANGES TO DISCLOSURE**
   ☐  North Orange Del Rio Land, LLC         **STATEMENTS SUPPORTING THIRD**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| ☑ Tesoro SF, LLC<br>☑ LB-L-SunCal Oak Valley, LLC<br>☑ SunCal Heartland, LLC<br>☑ LB-L-SunCal Northlake, LLC<br>☑ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☑ SunCal PSV, LLC<br>☑ Delta Coves Venture, LLC<br>☑ SunCal Torrance, LLC<br>☑ SunCal Oak Knoll, LLC | **AMENDED LEHMAN/TRUSTEE PLANS**<br><br>**Disclosure Statement Hearing Held:**<br>Date:   July 22, 2011<br>Time:   11:00 a.m.<br>Place:   Courtroom 5A,<br>       411 West Fourth Street<br>       Santa Ana, CA 92701 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**TO THE COURT, U.S. TRUSTEE, TRUSTEE, APPLICABLE VOLUNTARY DEBTORS, VOLUNTARY DEBTORS' COMMITTEE, TRUSTEE DEBTORS' COMMITTEE, SEC AND CREDITORS REQUESTING SPECIAL NOTICE:**

PLEASE TAKE NOTICE that:

1.      This *Notice of Lehman Creditors and Trustee of Blackline Exhibits Reflecting Minor Changes to Disclosure Statements Supporting Third Amended Lehman/Trustee Plans* (the "Lehman/ Trustee Blackline Exhibits") is filed by (1) Steven M. Speier, as the Chapter 11 Trustee (the "Trustee") for the following eight debtors in the above-captioned cases:  L-BL-SunCal Oak Valley, LLC; SunCal Heartland, LLC; L-BL-SunCal Northlake, LLC; SunCal Marblehead, LLC; SunCal PSV, LLC; Delta Coves Venture, LLC; SunCal Torrance, LLC; and SunCal Oak Knoll, LLC; and (2) Lehman Commercial Paper Inc. and Lehman ALI, Inc. (collectively, the "Lehman VD Lenders"), Northlake Holdings LLC ("Northlake Holdings") and OVC Holdings LLC (collectively, with the Lehman VD Lenders and Northlake Holdings, the "Lehman Creditors").

2.      On July 15, 2011:

(a) the Trustee and Lehman Creditors filed their:

(i) *Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Lehman Creditors* [Docket #2383] (the "Third Amended Lehman / Trustee Plan"); and

(ii) *Disclosure Statement With Respect to Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Lehman Creditors* [Docket #2384] (the "Disclosure Statement Re Third Amended Lehman / Trustee Plan"); and

(b) the Lehman VD Lenders filed their:

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    (i) *Third Amended Joint Chapter 11 Plan for Eleven Voluntary Debtors*

2    *Proposed by the Lehman VD Lenders* [Docket #2385] (the "Third Amended Lehman VD Plan"); and

3    (ii) *Disclosure Statement With Respect to Third Amended Joint Chapter 11*

4    *Plan for Eleven Voluntary Debtors Proposed by the Lehman VD Lenders* [Docket #2386] (the

5    "Disclosure Statement Re Third Amended Lehman VD Plan" and together with the Disclosure

6    Statement Re Third Amended Lehman / Trustee Plan, collectively, the "Disclosure Statements").

7    3.    On July 22, 2011, at the hearing to consider the adequacy of the Disclosure

8    Statements, the Trustee and Lehman Creditors indicated that they would make the following minor

9    changes to the Disclosure Statements and the Court set August 5, 2011 as the last date to file

10    amended versions of the Disclosure Statements:

11    (a) by agreement with the relevant creditor's committee, an estimate indicated

12    elsewhere in the Disclosure Statement Re Third Amended Lehman VD Plan would be set forth in the

13    summary; and

14    (b) conforming changes would be made in the Disclosure Statements to reflect that,

15    on July 21, 2011, a condition to both plans was satisfied.

16    4.    On July 29, 2011:

17    (a) the Trustee and Lehman Creditors filed their *First Amended Disclosure Statement*

18    *With Respect to Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the*

19    *Trustee and Lehman Creditors* [Docket #2446] (the "First Amended Disclosure Statement Re Third

20    Amended Lehman / Trustee Plan"); and

21    (b) the Lehman VD Lenders filed their *First Amended Disclosure Statement With*

22    *Respect to Third Amended Joint Chapter 11 Plan for Eleven Voluntary Debtors Proposed by the*

23    *Lehman VD Lenders* [Docket #2447] (the "First Amended Disclosure Statement Re Third Amended

24    Lehman VD Plan" and together with the First Amended Disclosure Statement Re Third Amended

25    Lehman / Trustee Plan, collectively, the "First Amended Disclosure Statements").

26    5.    Although not required, to facilitate the Court's review of the First Amended

27    Disclosure Statements, attached as **Exhibit A** and **Exhibit B** are blacklines of each First Amended

28    Disclosure Statement as against the appropriate Disclosure Statement filed July 15, 2011.   Such

1    blacklines were made using a software program, named "Workshare Professional," using what are

2    believed to be appropriate versions of the documents.

3    Dated:    July 29, 2011                     PACHULSKI STANG ZIEHL & JONES LLP

4                                               */s/ Robert B. Orgel*
                                               Richard M. Pachulski (CA Bar No. 90073)
5                                               Dean A. Ziehl (CA Bar No. 84529)
                                               Robert B. Orgel (CA Bar No. 101875)
6                                               10100 Santa Monica Blvd., Suite 1100
                                               Los Angeles, CA 90067-4100
7                                               Telephone:  (310) 277-6910
                                               Facsimile:  (310) 201-0760
8
                                               -and-
9
                                               WEIL, GOTSHAL & MANGES LLP
10                                              Edward Soto (admitted *pro hac vice*)
                                               1395 Brickell Avenue, Suite 1200
11                                              Miami, FL 33131
                                               Telephone:  (305) 577-3125
12                                              Facsimile:  (305) 374-7159

13                                              Attorneys for Lehman Commercial Paper Inc.,
                                               Lehman ALI, Inc., Northlake Holdings, LLC
14                                              and OVC Holdings, LLC

15

16                                              THE LOBEL FIRM, LLP

17

18                                              By

19                                                  William N. Lobel (CA Bar No. 93202)
                                                   Mike D. Neue (CA Bar No. 179303)
20
                                                   General Insolvency Counsel for Steven M.
21                                                  Speier, the Chapter 11 Trustee for the
                                                   Trustee Debtors
22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

000004

# EXHIBIT A

1

2   Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
3   Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
4   10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
5   Telephone: 310/277-6910 / Facsimile:  310/201-0760

6   Edward Soto (admitted *pro hac vice*)
Alfredo R. Perez (admitted *pro hac vice*)
7   WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
8   New York, NY  10153-0119
Telephone:  (212) 310-8000 / Facsimile:  (212) 310-8007

9   Attorneys for Lehman Commercial Paper Inc., Lehman ALI,
Inc., Northlake Holdings LLC and OVC Holdings LLC

10

11  William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)
12  THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
13  Newport Beach, California  92660
Telephone:  (949) 999-2860 / Facsimile:  (949) 999-2870

14  General Insolvency Counsel for Steven M. Speier,
the Chapter 11 Trustee for the Trustee Debtors

15

16               **UNITED STATES BANKRUPTCY COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
17                     **SANTA ANA DIVISION**

| | |
|---|---|
| 18  In re: | Case No.: 8:08-bk-17206-ES |
| Palmdale Hills Property, LLC, and its Related Debtors, | Chapter 11 |
| 19      Jointly Administered Debtors and | |
|       Debtors-In-Possession | Jointly Administered Case Nos. |
| 20 | 8:08-bk-17209-ES; 8:08-bk-17240-ES; |
|    Affects: | 8:08-bk-17224-ES; 8:08-bk-17242-ES; |
| 21  ☐ All Debtors | 8:08-bk-17225-ES; 8:08-bk-17245-ES; |
|   ☐ Palmdale Hills Property, LLC | 8:08-bk-17227-ES; 8:08-bk-17246-ES; |
| 22  ☐ SunCal Beaumont Heights, LLC | 8:08-bk-17230-ES; 8:08-bk-17231-ES; |
|   ☐ SCC/Palmdale, LLC | 8:08-bk-17236-ES; 8:08-bk-17248-ES; |
| 23  ☐ SunCal Johannson Ranch, LLC | 8:08-bk-17249-ES; 8:08-bk-17573-ES; |
|   ☐ SunCal Summit Valley, LLC | 8:08-bk-17574-ES; 8:08-bk-17575-ES; |
| 24  ☐ SunCal Emerald Meadows, LLC | 8:08-bk-17404-ES; 8:08-bk-17407-ES; |
|   ☐ SunCal Bickford Ranch, LLC | 8:08-bk-17408-ES; 8:08-bk-17409-ES; |
| 25  ☐ Acton Estates, LLC | 8:08-bk-17458-ES; 8:08-bk-17465-ES; |
|   ☐ Seven Brothers, LLC | 8:08-bk-17470-ES; 8:08-bk-17472-ES; |
| 26  ☐ SJD Partners, Ltd. | and 8:08-bk-17588-ES |
|   ☐ SJD Development Corp. | |
| 27  ☐ Kirby Estates, LLC | ***FIRST AMENDED* DISCLOSURE** |
|   ☐ SunCal Communities I, LLC | **STATEMENT WITH RESPECT TO** |
| 28  ☐ SCC Communities LLC | ***THIRD AMENDED* JOINT CHAPTER** |
|   ☐ SunCal Communities III, LLC | **11 PLAN FOR EIGHT TRUSTEE** |
|   ☐ North Orange Del Rio Land, LLC | **DEBTORS PROPOSED BY THE** |
|   ☐ Tesoro SF, LLC | **TRUSTEE AND LEHMAN** |
|   ☑ LB/L–SunCal Oak Valley, LLC | **CREDITORS** |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:~~232670.29~~232670.3]  52063-001

000006

1

2  ☑ SunCal Heartland, LLC
   ☑ LB/L-SunCal Northlake, LLC

3  ☑ SunCal Marblehead, LLC
   ☐ SunCal Century City, LLC

4  ☑ SunCal PSV, LLC
   ☑ Delta Coves Venture, LLC

5  ☑ SunCal Torrance Properties, LLC
   ☑ SunCal Oak Knoll, LLC

**Hearing:**

Disclosure Hearing Held:
Date:      July 22, 2011
Time:      10:00 a.m.

Confirmation Hearing:
Date:      October 24, 2011
Time:      9:30 a.m.

Place:     Courtroom 5A
           411 West Fourth Street
           Santa Ana, CA  92701

6

7

8

9

10    [THIS IS NOT A SOLICITATION OF ACCEPTANCE OR REJECTION OF THE

11    JOINT TD PLAN.  ACCEPTANCES OR REJECTIONS MAY NOT BE SOLICITED UNTIL A

12    DISCLOSURE STATEMENT HAS BEEN APPROVED BY THE BANKRUPTCY COURT.  THIS

13    DISCLOSURE STATEMENT IS BEING SUBMITTED FOR APPROVAL BUT HAS NOT BEEN

      APPROVED BY THE COURT]

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| **Confirmation Hearing:** | The hearing on Confirmation will be held on **October 24, 2011 at 9:30 a.m. Pacific Time in Courtroom 5A, 411 West Fourth Street, Santa Ana, CA 92701**.  The hearing on Confirmation may be continued from time to time without notice. |
| **Remaining Confirmation or Effective Date Contingencies:** | Key remaining, express Confirmation or Effective Date contingencies, unless waived, are:<br><br>(a) Bond Issuers Arch and Bond Safeguard settling with the Lehman Creditors;<br><br>(b) Estimated Claims' levels not exceeding certain specified caps;<br><br>(c) No material changes in circumstances occur after the filing of the Plan; and<br><br>(d) **Confirmation of the Plan as to all of the TD Plan Debtors**.<br><br>Additionally, Lehman Creditor Lehman Commercial and its parent company, Lehman Brothers Holdings Inc. ("LBHI") are chapter 11 debtors in a cases (the "New York Bankruptcy Cases") pending in the New York Bankruptcy Court. Another Confirmation contingency is that the New York Bankruptcy Court must approve or have approved ~~the roles and obligations under the Plan of~~ LBHI and/or Lehman Commercial~~, including the~~ entering into a settlement with the Bond Issuers.<br><br>As to these conditions:<br><br>(i) As of June 2011, the Lehman Creditors are in negotiations with both Bond Issuers as to settlement and whether the Lehman Creditors would waive the Bond Issuer settlement contingency as to either Bond Issuer may depend on the extent to which Claim amounts have otherwise been made certain (such as through progress in objecting to Claims) and may require further approval of the New York Bankruptcy Court as to the roles and obligations of LBHI and Lehman Commercial;<br><br>(ii) As set forth in Disclosure Statement Section 5.4.3, the Lehman Creditors currently estimate that Claims' levels will not exceed any of the caps;<br><br>(iii) Continued prosecution of the Litigation Claims against the Lehman Creditors, *inter alia*, could result in a material change in circumstances, but may not if the hearing on Confirmation occurs essentially as presently scheduled;<br><br>(iv) Confirmation of the Plan as to all TD Plan Debtors may depend in part on plan voting and waivers of this requirement may depend upon the combination of TD Plan Debtors for which the Joint TD Plan can be confirmed; and<br><br>(v) ~~The Lehman Creditors expect to have scheduled, before votes are due on the Plan, the hearing for approval of the New York Bankruptcy Court of the role and obligations under the Joint TD Plan of any Lehman Creditor or affiliate thereof and of any settlement between a Lehman Creditor or affiliate~~ |

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

| | |
|---|---|
| | ~~thereof and a Bond Issuer; and~~ |
| | (~~vi~~) Although multiple plans are pending in the New York Bankruptcy Cases and although any change in control of the Lehman Creditors before the Confirmation Date could affect satisfaction or waiver of conditions, the Lehman Creditors have no reason to believe the confirmation of one plan versus another in the New York Bankruptcy Cases would affect a decision as to the Joint TD Plan. |
| **Plan Effective Date:** | The Plan's Effective Date for a TD Plan Debtor as to which the Plan is confirmed by the Bankruptcy Court will be a date selected by agreement of the Trustee and Lehman Creditors, but in no event later than the sixtieth (60th) day after the Confirmation Date. |
| **Questions:** | All inquiries about the Plan and Disclosure Statement should be in writing and should be sent to:<br><br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, California 90067-4100<br>Attention: Richard M. Pachulski, Esq. &<br>Robert B. Orgel, Esq. |
| **NOTICE:** | THE PLAN, DISCLOSURE STATEMENT AND BALLOTS CONTAIN IMPORTANT INFORMATION THAT IS NOT INCLUDED IN THIS SUMMARY. THAT INFORMATION COULD MATERIALLY AFFECT YOUR RIGHTS. YOU SHOULD THEREFORE READ THE PLAN, DISCLOSURE STATEMENT, AND BALLOTS IN THEIR ENTIRETY. YOU ALSO SHOULD CONSULT WITH YOUR LEGAL AND FINANCIAL ADVISORS BEFORE VOTING ON THE PLAN. |

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

THE DOCUMENT YOU ARE READING IS THE DISCLOSURE STATEMENT FOR THE JOINT TD PLAN.

This *First Amended* Disclosure Statement With Respect to *Third Amended* Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Lehman Creditors is being sent to you as an accompaniment to the *Third Amended* Joint Chapter 11 Plan for Eight Trustee Debtors Proposed By the Trustee and Lehman Creditors, which is being provided to you either in the same envelope as this Disclosure Statement[1] or under separate cover.

# I

# PRELIMINARY MATTERS

## 1.1    Introduction.

The Trustee and Lehman Creditors are pleased to be able to jointly propose their Joint TD Plan.  The Joint TD Plan is a chapter 11 plan for eight Trustee Debtors (as marked on the cover page(s) of this Disclosure Statement).

While good faith efforts have been made to make the Plan and Disclosure Statement consistent in all respects, if there are any discrepancies between the Plan and the Disclosure Statement, the Plan controls, and if there are any discrepancies between (a) the summaries provided in the table above or in Disclosure Statement § 1.8 and (b) the other provisions of this Disclosure Statement, the other provisions shall control.

## 1.2    Definitions and Rules of Contstruction.

The rules of construction set forth in the Plan will be applicable to the Disclosure Statement.  The defined terms set forth in **Exhibit "E"** to the Plan are attached hereto as **Exhibit "3."**  Additional defined terms used herein are defined in **Exhibit "4"** hereto.  The defined terms set forth in **Exhibit "3"** and **Exhibit "4"** to the Disclosure Statement are incorporated into the Disclosure Statement by this reference and will apply to capitalized terms used in the Disclosure Statement, provided that any capitalized term that is not defined in the Disclosure Statement, but is defined in the Bankruptcy Code or the Bankruptcy Rules, will have the meaning ascribed to that term in the Bankruptcy Code or the Bankruptcy Rules.

---

[1] All capitalized terms have the meanings set forth in Article II of the Plan.

### 1.3 Summary of The Plan Process – Disclosure, Voting, and Confirmation.

Votes of Creditors are being solicited for the Plan.  The Joint TD Plan is essentially a blueprint of how the TD Plan Debtors will be structured or liquidated after or as a result of bankruptcy – whether they will survive, the forms of entities they will be, who will own them, and what distributions will be made or required.  Among other things, the Plan designates Classes of Claims and Classes of Interests, identifies Unimpaired and Impaired Classes, sets forth a proposal for the satisfaction of all Claims against, and Interests in, the TD Plan Debtors, and provides adequate means for the implementation of the Joint TD Plan.

#### (a)  Disclosure.

The Disclosure Statement is intended to provide Creditors with information sufficient to enable Creditors to vote on the Plan [and has been approved by the Bankruptcy Court as containing sufficient information for that purpose]².  The Disclosure Statement includes a summary of the TD Plan Debtors' assets and liabilities, a summary of what Holders of Allowed Claims and Interests will receive under the Joint TD Plan, references to certain alternatives to the Plan, and a summary of the procedures and voting requirements necessary for Confirmation of the Plan.  Each Creditor should thoroughly review both the Joint TD Plan and Joint TD Disclosure Statement before deciding whether the Creditor will accept or reject the Plan.  No solicitation materials, other than the Disclosure Statement and related materials transmitted therewith and approved for solicitation purposes by the Bankruptcy Court, have been authorized for use in soliciting acceptances or rejections of the Plan.

#### (b)  Voting.

The Trustee and Lehman Creditors recommend approval of the Joint TD Plan.  Holders of Claims and Interests entitled to vote on the Plan will receive with the Plan a Ballot, for voting on the Plan.

(i)  Special Voting / Election Procedures:

(1)  Voting –General Unsecured Claims or Reliance Claims.

Ballots for each Holder of a General Unsecured Claim or Reliance Claim also will afford the Holder the opportunity to elect that, if its Claim is Allowed, it would receive the Lehman

---

² THIS STATEMENT IS NOT YET TRUE. Brackets to be removed after Disclosure Statement approved.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

000011

business, results of operations, assets and liabilities of the Debtors, (2) the business plan (*e.g.*, to liquidate) that is to be implemented following Confirmation of the Joint TD Plan, (3) risk factors to be considered in voting on the Joint TD Plan, and (4) certain tax considerations of the Joint TD Plan.

The Lehman Creditors strongly urge you to review carefully the contents of this Joint TD Disclosure Statement and the Joint TD Plan (including the exhibits to each) before making a decision to accept or reject the Joint TD Plan.  Particular attention should be paid to the provisions affecting or impairing your rights as a Holder of a Claim or Interest.

This Disclosure Statement cannot tell you everything about your rights. You should consider consulting your own lawyer to obtain more specific advice on how the Joint TD Plan will affect you and your best course of action.

**READ THIS DISCLOSURE STATEMENT CAREFULLY IF YOU WANT TO KNOW ABOUT:**

➢    **WHO CAN VOTE OR OBJECT TO THE JOINT TD PLAN;**

➢    **HOW YOUR CLAIM OR INTEREST IS TREATED;**

➢    **HOW THIS TREATMENT COMPARES TO WHAT YOU WOULD RECEIVE ON ACCOUNT OF YOUR CLAIM OR INTEREST IN LIQUIDATION;**

➢    **A BRIEF HISTORY OF THE DEBTORS AND SIGNIFICANT EVENTS DURING THEIR CHAPTER 11 BANKRUPTCY PROCEEDINGS;**

➢    **WHAT FACTORS THE BANKRUPTCY COURT WILL CONSIDER TO DECIDE WHETHER OR NOT TO CONFIRM THE JOINT TD PLAN;**

➢    **WHAT IS THE EFFECT OF CONFIRMATION; AND**

➢    **WHETHER THE JOINT TD PLAN IS FEASIBLE.**

**1.6    Court Approval of this Document.**

The Bankruptcy Court approved the Joint TD Disclosure Statement as containing sufficient information to enable a hypothetical reasonable investor, typical of Holders of Claims or Interests receiving the Joint TD Disclosure Statement, to make an informed judgment about the Joint TD Plan.[3]  This approval enabled the Lehman Creditors to send you this Disclosure Statement and solicit your acceptance of the Joint TD Plan.  The Bankruptcy Court has not, however, ruled on the

[3] **THIS STATEMENT IS NOT YET TRUE.**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Plan if their good faith estimate prior to the Effective Date of the likely Classes 6/7 Claims Amount exceeds $30 million;

       (2)    As of June 1, 2011, the Lehman Creditors' good faith estimate of Lehman Plan Funding is approximately $47 million (plus the amount of any new Lehman Administrative Loans made after August 10, 2010), assuming an Effective Date of November 30, 2011, whereas the Lehman Creditors can withdraw the Plan if their good faith estimate prior to the Effective Date of the likely maximum amount for the Lehman Plan Funding exceeds $55 million (plus the amount of any new Lehman Administrative Loans made after August 10, 2010);

(iii) Confirmation of the plan as to all TD Plan Debtors may depend in part on plan voting and waivers of this requirement may depend upon the combination of TD Plan Debtors for which the Joint TD Plan can be confirmed;

(iv)  Continued prosecution of the Litigation Claims against the Lehman Creditors, *inter alia*, could result in a material change in circumstances, but may not if the hearing on Confirmation occurs essentially as presently scheduled;

(v) ~~The Lehman Creditors expect to have scheduled, before votes are due with respect to the Plan, the hearing for approval of~~On July 21, 2011, the New York Bankruptcy Court ~~of~~approved the role and obligations under the Plan of ~~certain of~~the Lehman Creditors and ~~of each Settling Bond Issuer Agreement (or the material terms thereof)~~their affiliates under its jurisdiction, satisfying this condition; and

(vi) Although multiple plans are pending in the New York Bankruptcy Cases and although any change in control of the Lehman Creditors before the Confirmation Date could affect satisfaction or waiver of conditions, the Lehman Creditors have no reason to believe the confirmation of one plan versus another in the New York Bankruptcy Cases would affect a decision as to the Joint TD Plan.

### 5.4.4   Lehman Plan Funding.

Under the Plan, the Lehman Creditors have agreed to pay the Lehman Post-Confirmation Expense Funding and the Lehman Creditor Distribution Funding. Although one of the Lehman Creditors, Lehman Commercial, is a debtor in a chapter 11 case (administratively

each Settling Bond Issuer Agreement (or the material terms thereof) by the New York Bankruptcy Court, due to its having jurisdiction over the New York Bankruptcy Cases of Lehman Commercial, a Lehman Successor, and LBHI, which may be a party to the Settling Bond Issuer Agreements and may be a source of funding of the Lehman Plan Funding.

~~Prior to amendment of the Joint TD Plan, the Lehman Creditors obtained approval of~~On July 21, 2011, the New York Bankruptcy Court ~~for their funding of the Joint TD Plan.²⁰~~approved the role and obligations under the Plan of the Lehman Creditors and their affiliates under its jurisdiction.[18]

Absent further changes to the Joint TD Plan adverse to the Lehman Creditors, such approval remains in effect and satisfies the condition to the Joint TD Plan requiring approval of the role and obligations of the Lehman Creditors under the Plan.  ~~Although the applicable committee in the Lehman Chapter 11 Case was consulted, the Lehman Creditors are seeking re-approval based on adjusted monetary caps.~~

**(b)    Conditions Precedent to Plan Effectiveness.**

The following shall be conditions precedent to the effectiveness of the Plan and the occurrence of the Effective Date.

i)    The Confirmation Order shall be a Final Order in form and substance reasonably satisfactory to the Lehman Creditors; and

---

~~20~~18    The *Order* Granting Debtor's Motion *Pursuant to Section 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019* ~~Authorizing the Debtors to Enter Into Settlement With Suncal Trustee on Behalf of Suncal Involuntary Debtors,~~ *dated October 20, 2010.For Authority To (I) Enter Into Third Amended Joint Chapter 11 Plan Proposed the Lehman Creditors and the SunCal Trustee On Behalf of the SunCal Involuntary Debtors in Eight of the SunCal Involuntary Debtors' Cases; (II) Enter Into Third Amended Joint Chapter 11 Plan Proposed the Lehman Lenders in Eleven of the SunCal Voluntary Debtors' Cases; and (III) Participate in Any Auction of the SunCal Debtors' Assets,* dated and entered July 22, 2011 by the New York Bankruptcy Court ~~on October 20, 2010~~ [Docket No. ~~12217] (the "Approval Order"), attached as an exhibit to the Request for Judicial Notice being filed by the Lehman Creditors with the Bankruptcy Court simultaneously with the initial Filing of this disclosure statement~~18722], represents the New York Bankruptcy Court's approval for Lehman Commercial and its affiliated debtors to undertake any actions required to be taken by them in connection with the ~~TD Plan.  Specifically, the Approval Order authorized Lehman Commercial and its affiliated debtors~~Joint TD Plan and Joint VD Plan, including "to make all payments contemplated under the ~~SunCal Involuntary Settlement and the Joint Plan, as described in the Motion, including the Lehman Plan Funding.~~Third Amended Lehman/Trustee TD Plan" and "to make all payments contemplated under the Lehman VD Plan," subject to the terms of the ~~Joint Plan; plans,~~ provided, ~~however,~~ that to the extent the amount of the Lehman Plan Funding exceeds $45 million, the Debtors will consult with the Creditors' Committee prior to determining whether to that, if the established monetary caps are exceeded entitling the Lehman Creditors not to go forward with either plan, Lehman Commercial and/or LBHI would be required to obtain the consent of their own official creditor's committee prior to electing to nonetheless consummate the ~~Joint Plan."~~applicable plan.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2    Dated:  July ~~15,~~29, 2011                          PACHULSKI STANG ZIEHL & JONES LLP

3

4                                                          By      /s/Robert B. Orgel
                                                                  Richard M. Pachulski (CA Bar No. 90073)
5                                                                 E-mail: rpachulski@pszjlaw.com
                                                                  Dean A. Ziehl (CA Bar No. 84529)
6                                                                 E-mail: dziehl@pszjlaw.com
                                                                  Robert B. Orgel (CA Bar No. 101875)
7                                                                 E-mail: rorgel@pszjlaw.com

8                                                                 Attorneys for Lehman Commercial Paper
                                                                  Inc., Lehman ALI, Inc., Northlake
9                                                                 Holdings LLC and OVC Holdings LLC

10                                                         THE LOBEL FIRM, LLP

11

12                                                         By
                                                                  William N. Lobel (CA Bar No. 93202)
13                                                                Mike D. Neue (CA Bar No. 179303)

14                                                                General Insolvency Counsel for Steven M.
                                                                  Speier, the Chapter 11 Trustee for the
15                                                                Trustee Debtors

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT B

000016

1

2  Richard M. Pachulski (CA Bar No. 90073)
   Dean A. Ziehl (CA Bar No. 84529)
3  Robert B. Orgel (CA Bar No. 101875)
   PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 11th Floor
4  Los Angeles, California  90067-4100
   Telephone: 310/277-6910 / Facsimile:  310/201-0760
5
   Edward Soto (admitted *pro hac vice*)
6  Alfredo R. Perez (admitted *pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
7  767 Fifth Avenue
   New York, NY  10153-0119
8  Telephone:  (212) 310-8000 / Facsimile:  (212) 310-8007

9  Attorneys for Lehman Commercial Paper Inc and Lehman
   ALI, Inc.

10

11                **UNITED STATES BANKRUPTCY COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
12                    **SANTA ANA DIVISION**

13 | In re:                                      | Case No.: 8:08-bk-17206-ES |
   | Palmdale Hills Property, LLC, and its Related Debtors, | Chapter 11 |
14 |    Jointly Administered Debtors and |
   |    Debtors-In-Possession | Jointly Administered Case Nos. |
15 | Affects:                                    | 8:08-bk-17209-ES; 8:08-bk-17240-ES; |
   |                                             | 8:08-bk-17224-ES; 8:08-bk-17242-ES; |
16 | ☐ All Debtors                               | 8:08-bk-17225-ES; 8:08-bk-17245-ES; |
   | ☑ Palmdale Hills Property, LLC              | 8:08-bk-17227-ES; 8:08-bk-17246-ES; |
17 | ☑ SunCal Beaumont Heights, LLC              | 8:08-bk-17230-ES; 8:08-bk-17231-ES; |
   | ☐ SCC/Palmdale, LLC                         | 8:08-bk-17236-ES; 8:08-bk-17248-ES; |
18 | ☑ SunCal Johannson Ranch, LLC               | 8:08-bk-17249-ES; 8:08-bk-17573-ES; |
   | ☑ SunCal Summit Valley, LLC                 | 8:08-bk-17574-ES; 8:08-bk-17575-ES; |
19 | ☐ SunCal Emerald Meadows, LLC               | 8:08-bk-17404-ES; 8:08-bk-17407-ES; |
   | ☑ SunCal Bickford Ranch, LLC                | 8:08-bk-17408-ES; 8:08-bk-17409-ES; |
20 | ☑ Acton Estates, LLC                        | 8:08-bk-17458-ES; 8:08-bk-17465-ES; |
   | ☑ Seven Brothers, LLC                       | 8:08-bk-17470-ES; 8:08-bk-17472-ES; |
21 | ☐ SJD Partners, Ltd.                        | and 8:08-bk-17588-ES |
   | ☐ SJD Development Corp. |
22 | ☑ Kirby Estates, LLC                        | ***FIRST AMENDED* DISCLOSURE** |
   | ☑ SunCal Communities I, LLC                 | **STATEMENT WITH RESPECT TO** |
23 | ☑ SCC Communities LLC                       | ***THIRD AMENDED* JOINT CHAPTER** |
   | ☐ SunCal Communities III, LLC               | **11 PLAN FOR ELEVEN** |
24 | ☐ North Orange Del Rio Land, LLC            | **VOLUNTARY DEBTORS** |
   | ☑ Tesoro SF, LLC                            | **PROPOSED BY THE LEHMAN VD** |
25 |          *Caption Continued on Next Page*   | **LENDERS** |
   | ☐ LB/L-SunCal Oak Valley, LLC |
   | ☐ SunCal Heartland, LLC                     | **Hearing:** |
26 | ☐ LB/L-SunCal Northlake, LLC |
   | ☐ SunCal Marblehead, LLC                    | Disclosure |
27 | ☐ SunCal Century City, LLC                  | Hearing Held:        July 22, 2011 |
   | ☐ SunCal PSV, LLC                           | Time:                10:00 a.m. |
28 | ☐ Delta Coves Venture, LLC |
   | ☐ SunCal Torrance Properties, LLC           | Confirmation |
   | ☐ SunCal Oak Knoll, LLC                     | Hearing:              October 24, 2011 |

*Left margin vertical text:* PACHULSKI STANG ZIEHL & JONES LLP   ATTORNEYS AT LAW   LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Time:              9:30 a.m.

Place:       Courtroom 5A
             411 West Fourth Street
             Santa Ana, CA  92701

[THIS IS NOT A SOLICITATION OF ACCEPTANCE OR REJECTION OF THE *THIRD AMENDED* JOINT VD PLAN.  ACCEPTANCES OR REJECTIONS MAY NOT BE SOLICITED UNTIL A DISCLOSURE STATEMENT HAS BEEN APPROVED BY THE BANKRUPTCY COURT.  THIS DISCLOSURE STATEMENT IS BEING SUBMITTED FOR APPROVAL BUT HAS NOT BEEN APPROVED BY THE COURT]

| | |
|---|---|
| *"Reliance Claim" Status Must Be Asserted on a Ballot* | For any Creditor to vote its Claim as a Reliance Claim (Class 6), and have offered to it the higher Distributions available therefor with respect to the Lehman Distribution Enhancement, the Creditor must mark its Ballot to indicate that it contends it holds a Reliance Claim.  The same Ballot will be provided to those Creditors believed by the Proponents to hold General Unsecured Claims or Reliance Claims in Classes 6 or 7. |
| **Confirmation Hearing:** | The hearing on Confirmation will be held on **October 24, 2011 at 9:30 a.m. Pacific Time in Courtroom 5A, 411 West Fourth Street, Santa Ana, CA 92701**.  The hearing on Confirmation may be continued from time to time without notice. |
| **Remaining Confirmation or Effective Date Contingencies:** | Key remaining, express Confirmation or Effective Date contingencies, unless waived, are: |
| | (a) Bond Issuers Arch and Bond Safeguard settling with the Lehman VD Lenders; |
| | (b) Estimated Claims' levels not exceeding certain specified caps; |
| | (c) No material changes in circumstances occur after the filing of the Plan; and |
| | (d) **Confirmation of the Plan as to all of the VD Plan Debtors**. |
| | Additionally, Lehman VD Lender Lehman Commercial and its parent company, Lehman Brothers Holdings Inc. ("LBHI") are chapter 11 debtors in a case (the "Lehman Chapter 11 Case") pending in the New York Bankruptcy Court. Another Confirmation contingency is that the New York Bankruptcy Court must approve or have approved ~~the roles and obligations under the Plan of~~ LBHI and/or Lehman Commercial~~, including the~~ entering into a settlement with the Bond Issuers. |
| | As to these conditions: |
| | (i) As of June 2011, the Lehman VD Lenders are in negotiations with both Bond Issuers as to settlement and whether the Lehman VD Lenders would waive the Bond Issuer settlement contingency as to either Bond Issuer may depend on the extent to which Claim amounts have otherwise been made certain (such as through progress in objecting to Claims) and may require further approval of the New York Bankruptcy Court as to the roles and obligations of LBHI and Lehman Commercial; |
| | (ii) As set forth in Disclosure Statement Section 5.4.3, the Lehman VD Lenders currently estimate that Claims' levels will not exceed any of the caps; |
| | (iii)  Continued prosecution of the Litigation Claims against the Lehman VD Lenders, *inter alia*, could result in a material change in circumstances, but may not if the hearing on Confirmation occurs essentially as presently scheduled; |
| | (iv) Confirmation of the plan as to all VD Plan Debtors (and the ability to have their Effective Dates occur) may depend in part on plan voting, the other conditions above and waivers of this requirement may depend upon the |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| | combination of VD Plan Debtors for which the Joint VD Plan can be confirmed; and |
| | (v) The Lehman Creditors expect to have scheduled, before votes are due on the Plan, the hearing for approval of the New York Bankruptcy Court of the role and obligations under the Joint TD Plan of any Lehman Creditor or affiliate thereof and of any settlement between a Lehman Creditor or affiliate thereof and a Bond Issuer; and |
| | (vi) Although multiple plans are pending in the Lehman Chapter 11 Case and although any change in control of the Lehman VD Lenders before the Confirmation Date could affect satisfaction or waiver of conditions, the Lehman VD Lenders have no reason to believe the confirmation of one plan versus another in the Lehman Chapter 11 Case would affect a decision as to the Joint VD Plan. |
| **Plan Effective Date:** | The Plan's Effective Date for a VD Plan Debtor as to which the Plan is confirmed by the Bankruptcy Court will be a date selected by the Lehman VD Lenders, but in no event later than the sixtieth (60th) day after the Confirmation Date. |

Pachulski Stang Ziehl & Jones LLP
Attorneys At Law
Los Angeles, California

| SUMMARY OF CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS | | |
|---|---|---|
| **CLASS AND/OR CLAIM TYPE** | **TREATMENT** | **IMPAIRED STATUS/ VOTING STATUS** |
| | determined by the Liquidating Trustee. | |
| Class 8<br><br>Allowed General Unsecured Claims against Group II Debtors | <u>Nature of Claim</u>:  General Unsecured Claims are certain non-priority, unsecured Claims against Group II Debtors (against which that the Lehman VD Lenders have no direct prepetition Claim or lien).<br><br><u>Recovery</u>:  Holders of these Claims are to receive a Cash Distribution equal to 100% of each Claim plus post-petition interest at the Federal Judgment Rate applicable on the applicable Petition Date unless the Allowed Class 8 Claims exceed the Project Value less the Allowed Senior Claims against the applicable Group II Debtor.  In such event, each Holder is to receive, instead, a Pro Rata distribution of: (1) any positive sum resulting from subtracting the Allowed Senior Claims against the applicable Group II Debtor from the Project Value for the applicable Group II Debtor's Plan Project; and (2) Residual Cash, if any, of the Estate of the applicable Group II Debtor (Residual Cash is expected to be nominal in amount); provided that such Pro Rata Distribution shall not be less than 1% of each Allowed Claim. ~~Distribution estimates as of June 1, 2011 are~~<br><br><u>As of June 1, 2011, the Lehman VD Lenders estimate that holders of Allowed Class 8 Claims will receive 100% of each Claim plus post-petition interest at the Federal Judgment Rate applicable on the applicable Petition Date, as</u> set forth in Disclosure Statement Article VI.  The Lehman VD Lenders expect to make payment on many Class 8 General Unsecured Claims within 45 days after the Effective Date. Payment is due after the Effective Date within 30 days after a Claim is determined to be Allowed (and, if such Claim is a Future Obligation, after it is no longer a Future Obligation).  Allowance (triggering the 30 day obligation to pay) occurs upon Court order, upon the Lehman VD Lenders determining they have no objection to the particular Claim or automatically, absent an objection, between 120 and 180 days after the Effective Date.  If the initial payment is less than full payment, any additional amounts will be paid within forty-five (45) days following each quarter following the Effective Date until the amount of essentially all Claims against the applicable Debtor are | Impaired<br><br>Entitled to Vote |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

THE DOCUMENT YOU ARE READING IS THE DISCLOSURE STATEMENT FOR THE JOINT VD PLAN.

This *First Amended* Disclosure Statement With Respect to *Third Amended* Joint Chapter 11 Plan for Eleven Voluntary Debtors Proposed by the Lehman VD Lenders is being sent to you as an accompaniment to the *Third Amended* Joint Chapter 11 Plan for Eleven Voluntary Debtors Proposed By the Lehman VD Lenders, which is being provided to you either in the same envelope as this Disclosure Statement or under separate cover.

## I

## PRELIMINARY MATTERS

### 1.1    Introduction.

The Lehman VD Lenders are pleased to be able to propose their Joint VD Plan. The Plan is a chapter 11 plan for eleven Voluntary Debtors (as marked on the cover page(s) of this Disclosure Statement).

While good faith efforts have been made to make the Plan and Disclosure Statement consistent in all respects, if there are any discrepancies between the Plan and the Disclosure Statement, the Plan controls, and if there are any discrepancies between (a) the summaries provided in the table above or in Disclosure Statement § 1.8 and (b) the other provisions of this Disclosure Statement, the other provisions will control.

### 1.2    Definitions and Rules of Contstruction.

The rules of construction set forth in the Plan will be applicable to the Disclosure Statement. The defined terms set forth in **Exhibit "E"** to the Plan are attached hereto as **Exhibit "3."** Additional defined terms used herein are defined in **Exhibit "4"** hereto. The defined terms set forth in **Exhibit "3"** and **Exhibit "4"** to the Disclosure Statement are incorporated into the Disclosure Statement by this reference and will apply to capitalized terms used in the Disclosure Statement, provided that any capitalized term that is not defined in the Disclosure Statement, but is defined in the Bankruptcy Code or the Bankruptcy Rules, will have the meaning ascribed to that term in the Bankruptcy Code or the Bankruptcy Rules.

### 1.3    Summary of The Plan Process – Disclosure, Voting, and Confirmation.

Votes of Creditors are being solicited for the Joint VD Plan.  The Joint VD Plan is essentially a blueprint of how the VD Plan Debtors will be structured or liquidated after or as a result of bankruptcy – whether they will survive, the forms of entities they will be, who will own them, and what distributions will be made or required.  Among other things, the Plan designates Classes of Claims and Classes of Interests, identifies Unimpaired and Impaired Classes, sets forth a proposal for the satisfaction of all Claims against, and Interests in, the VD Plan Debtors, and provides adequate means for the implementation of the Joint VD Plan.

### (a)    Disclosure.

The Disclosure Statement is intended to provide Creditors with information sufficient to enable Creditors to vote on the Plan [and has been approved by the Bankruptcy Court as containing sufficient information for that purpose][1].  The Disclosure Statement includes a summary of the VD Plan Debtors' assets and liabilities, a summary of what Holders of Allowed Claims and Interests will receive under the Joint VD Plan, references to certain alternatives to the Plan, and a summary of the procedures and voting requirements necessary for Confirmation of the Plan.  Each Creditor should thoroughly review both the Joint VD Plan and Joint VD Disclosure Statement before deciding whether the Creditor will accept or reject the Plan.  No solicitation materials, other than the Disclosure Statement and related materials transmitted therewith and approved for solicitation purposes by the Bankruptcy Court, have been authorized for use in soliciting acceptances or rejections of the Plan.

### (b)    Voting.

The Lehman VD Lenders recommend approval of the Joint VD Plan. Holders of Claims and Interests entitled to vote on the Plan will receive with the Plan a Ballot, for voting on the Plan.

(i)    Special Voting / Election Procedures

(1)    Voting - General Unsecured Claims or Reliance Claims Against Any Group I Debtor.

---

[1] THIS STATEMENT IS NOT YET TRUE.  Brackets to be removed after Disclosure Statement approved.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(1)    As of June 1, 2011, the Lehman VD Lenders' good faith estimate of Lehman Plan Funding for the Group I Debtors is approximately $19 million, assuming an Effective Date of November 30, 2011, whereas the Lehman Creditors can withdraw the Plan if their good faith estimate prior to the Effective Date of the likely maximum amount for the Lehman Plan Funding for Group I Debtors exceeds $22 million;

(2)    As of June 1, 2011, the Lehman Creditors' good faith estimate of all Group II Debtors' Allowed Senior Claims is approximately $2 million whereas the Lehman Creditors can withdraw the Plan if their good faith estimate prior to the Effective Date of all Group II Debtors' Allowed Senior Claims exceeds $3 million;

(D) Confirmation of the plan as to all VD Plan Debtors may depend in part on plan voting and waivers of this requirement may depend upon the combination of VD Plan Debtors for which the Joint VD Plan can be confirmed;

(E) The Lehman Creditors expect to have scheduled, before votes are due with respect to the Plan, the hearing for approval of (E) On July 21, 2011, the New York Bankruptcy Court of approved the role and obligations under the Plan of certain of the Lehman Creditors and of each Settling Bond Issuer Agreement (or the material terms thereof); and the Lehman VD Lenders and their affiliates under its jurisdiction, satisfying this condition; and

(F)  Although multiple plans are pending in the Lehman Chapter 11 Case and although any change in control of the Lehman VD Lenders before the Confirmation Date could affect satisfaction or waiver of conditions, the Lehman VD Lenders have no reason to believe the confirmation of one plan versus another in the Lehman Chapter 11 Case would affect a decision as to the Joint VD Plan.

**5.4.4    Lehman Plan Funding.**

Under the Plan, the Lehman VD Lenders have agreed to pay the Lehman Post-Confirmation Expense Funding and the Lehman Creditor Distribution Funding. Additionally, except as expressly provided otherwise in the Plan, Cash of an applicable VD Plan Debtor that is not Cash Collateral shall first be used to pay all Allowed Administrative Claims of such applicable VD Plan Debtor, and then Allowed Priority Claims of such applicable VD Plan Debtor, and then Allowed Secured Real Property Tax Claims of such applicable VD Plan Debtor, and any excess

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

in every respect, upon the advice of counsel with respect to their duties and responsibilities under or with respect to the Plan.

### 5.9.2   Conditions To Confirmation And Effectiveness Of The Joint VD Plan.

**(a)       Conditions Precedent to Entry of the Confirmation Order.**

Unless waived by the Lehman VD Lenders in their sole and absolute discretion, conditions precedent to entry of the Confirmation Order, which will reflect the approval of the Plan by the Bankruptcy Court having jurisdiction over the Cases after consideration of all applicable provisions of the Bankruptcy Code, are:  (i) first, execution of a Settling Bond Issuer Agreement by certain of the Lehman Related Parties and each Bond Issuer; and (ii) second, approval of the role and obligations under the Plan of certain of the Lehman VD Lenders and each Settling Bond Issuer Agreement (or the material terms thereof) by the New York Bankruptcy Court, due to its having jurisdiction over the Lehman Chapter 11 Case of Lehman Commercial, a Lehman VD Lender, and LBHI, which may be a party to the Settling Bond Issuer Agreements and may be a source of funding of the Lehman Plan Funding.

On July 21, 2011, the New York Bankruptcy Court approved the role and obligations under the Plan of the Lehman VD Lenders and their affiliates under its jurisdiction.[16]  Absent further changes to the Joint VD Plan adverse to the Lehman VD Lenders, such approval remains in effect and satisfies the condition to the Joint VD Plan requiring approval of the role and obligations of the Lehman VD Lenders under the Plan.

**(b)       Conditions Precedent to Plan Effectiveness.**

The following will be conditions precedent to the effectiveness of the Plan and the occurrence of the Effective Date.

---

[16]  The *Order Granting Debtor's Motion Pursuant to Section 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 For Authority To (I) Enter Into Third Amended Joint Chapter 11 Plan Proposed the Lehman Creditors and the SunCal Trustee On Behalf of the SunCal Involuntary Debtors in Eight of the SunCal Involuntary Debtors' Cases; (II) Enter Into Third Amended Joint Chapter 11 Plan Proposed the Lehman Lenders in Eleven of the SunCal Voluntary Debtors' Cases; and (III) Participate in Any Auction of the SunCal Debtors' Assets,* dated and entered July 22, 2011 by the New York Bankruptcy Court [Docket No. 18722], represents the New York Bankruptcy Court's approval for Lehman Commercial and its affiliated debtors to undertake any actions required to be taken by them in connection with the Joint TD Plan and Joint VD Plan, including "to make all payments contemplated under the Third Amended Lehman/Trustee TD Plan" and "to make all payments contemplated under the Lehman VD Plan," subject to the terms of the plans, provided that, if the established monetary caps are exceeded entitling the Lehman Creditors not to go forward with either plan, Lehman Commercial and/or LBHI would be required to obtain the consent of their own official creditor's committee prior to electing to nonetheless consummate the applicable plan.

concerning the United States federal, state and local and foreign tax consequences applicable under the Plan.

## X

## ALTERNATIVES, CONCLUSION AND RECOMMENDATION

The Joint VD Plan provides for prompt Distributions to Creditors in amounts believed by the Lehman VD Lenders to represent fair value for the Assets of the VD Plan Debtors, including all Litigation Claims.  Although no current alternative to the Plan is contemplated by Lehman Creditors, possible alternatives would be (a) another plan under which someone provided funding to enable continued operation of the VD Plan Debtors pending sale of the Plan Projects and resolution of all Litigation Claims, including those against the Lehman Creditors (the Lehman Proponents believe that the Voluntary Debtors and/or Acquisitions may be proposing an alternative Plan) or (b) conversion of the VD Plan Debtors' Cases to Cases under chapter 7 in which, again, someone would need to provide funding to enable continued operation of the VD Plan Debtors pending sale of the Plan Projects and resolution of all Litigation Claims.  Because the Lehman VD Lenders believe that the current Plan offers fair value for the VD Plan Debtors' Assets, and the foregoing alternatives would involve substantial delay before Distributions would be likely for Holders of unsecured, non-priority Claims, the Lehman VD Lenders recommend that eligible Creditors vote for the Plan.

Dated:  July 15, 29, 2011

PACHULSKI STANG ZIEHL & JONES LLP

By    /s/Robert B. Orgel
       Richard M. Pachulski (CA Bar No. 90073)
       E-mail: rpachulski@pszjlaw.com
       Dean A. Ziehl (CA Bar No. 84529)
       E-mail: dziehl@pszjlaw.com
       Robert B. Orgel (CA Bar No. 101875)
       E-mail: rorgel@pszjlaw.com

       Attorneys for Lehman Commercial Paper
       Inc. and Lehman ALI, Inc.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *NOTICE OF LEHMAN CREDITORS AND TRUSTEE OF BLACKLINE EXHIBITS REFLECTING MINOR CHANGES TO DISCLOSURE STATEMENTS SUPPORTING THIRD AMENDED LEHMAN/TRUSTEE PLANS* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____July 29, 2011_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____July 29, 2011_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____July 29, 2011_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

(1) Gen'l Counsel for Voluntary Debtors:
   Paul Couchot - pcouchot@winthropcouchot.com
   Marc J Winthrop - pj@winthropcouchot.com
   Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
   bcook@suncal.com
(3) Counsel for SunCal Management:
   Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
   Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
   Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
   William Lobel - wlobel@thelobelfirm.com
   Mike Neue - mneue@thelobelfirm.com
(6) Ch. 11 Trustee:
   Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(7) Office of the United States Trustee:
   Michael Hauser - michael.hauser@usdoj.gov

(8) Counsel for Voluntary Debtors' Committee:
   Alan Friedman - afriedman@irell.com
   Kerri A Lyman - klyman@irell.com
(9) Counsel for Trustee Debtors' Committee:
   Lei Lei Wang Ekvall - lekvall@wgllp.com
   Hutchison B Meltzer - hmeltzer@wgllp.com
(10) Counsel for Bond Safeguard & Lexon
   Mark E. Aronson - mea@amclaw.com
   Mark J Krone - mk@amclaw.com, crs@amclaw.com;
   amc@amclaw.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com;
lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez - alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner - erica.rutner@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Mark McKane - mark.mckane@kirkland.com

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 29, 2011 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

DOCS_LA:241298.1 52063-001

000027

**F 9013-3.1.PROOF.SERVICE**

## I. SERVED BY NEF

**8:08-bk-17206-ES Notice will be electronically mailed to:**

(1) Selia M Acevedo for Atty Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

(2) Joseph M Adams for Def The City of San Juan Capistrano
jadams@sycr.com

(3) Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com

(4) James C Bastian for Cred ARB, Inc.
jbastian@shbllp.com

(5) Thomas Scott Belden for Def Zim Industries, Inc. dba Bakersfield
Well & Pump
sbelden@kleinlaw.com, ecf@kleinlaw.com

(6) John A Boyd for Int Pty Oliphant Golf Inc
fednotice@tclaw.net

(7) Mark Bradshaw for Int Pty Courtesy NEF
mbradshaw@shbllp.com

(8) Gustavo E Bravo for Cred Oliphant Golf, Inc.
gbravo@smaha.com

(9) Jeffrey W Broker for Cred Bond Safeguard Ins Co
jbroker@brokerlaw.biz

(10) Brendt C Butler for Cred EMR Residential Properties LLC
BButler@mandersonllp.com

(11) Andrew W Caine for Cred Lehman ALI, Inc.
acaine@pszyjw.com

(12) Carollynn Callari for Cred Danske Bank A/S London Branch
ccallari@venable.com

(13) Cathrine M Castaldi for Cred SunCal Management, LLC
ccastaldi@rusmiliband.com

(14) Tara Castro Narayanan for Int Pty Courtesy NEF
tara.narayanan@msrlegal.com, lisa.king@msrlegal.com

(15) Dan E Chambers for Cred EMR Residential Properties LLC
dchambers@jmbm.com

(16) Shirley Cho for Cred Lehman ALI, Inc.
scho@pszjlaw.com

(17) Vonn Christenson for Int Pty Courtesy NEF
vrc@paynefears.com

(18) Brendan P Collins for Cred Gray1 CPB, LLC
bpcollins@bhfs.com

(19) Vincent M Coscino for Petitioning Cred CST Environmental Inc
vcoscino@allenmatkins.com, emurdoch@allenmatkins.com

(20) Paul J Couchot for Cred SCC Acquisitions, Inc.
pcouchot@winthropcouchot.com,
pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com

(21) Jonathan S Dabbieri for Int Pty Courtesy NEF
dabbieri@sullivan.com,
hill@sullivanhill.com;mcallister@sullivanhill.com;
stein@sullivanhill.com;vidovich@sullivanhill.com

(22) Ana Damonte for Cred Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

(23) Vanessa S Davila for Cred Bond Safeguard Ins Co
vsd@amclaw.com

(24) Melissa Davis for Cred City of Orange
mdavis@shbllp.com

(25) Daniel Denny for Int Pty Courtesy NEF
ddenny@gibsondunn.com

(26) Caroline Djang for Cred Lehman ALI, Inc.
crd@jmbm.com

(27) Donald T Dunning for Cred Hertz Equipment Rental Corp
ddunning@dunningLaw.com

(28) Meredith R Edelman on behalf of Interested Party Courtesy NEF
meredith.edelman@dlapiper.com

(29) Joseph A Eisenberg for Cred Lehman ALI, Inc.
jae@jmbm.com

(30) Lei Lei Wang Ekvall for Atty Weiland Golden Smiley Wang
Ekvall & Strok, LLP
lekvall@wgllp.com

(31) Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

(32) Marc C Forsythe for Atty Robert Goe
kmurphy@goeforlaw.com

(33) Alan J Friedman for Atty Irell & Manella LLP
afriedman@irell.com

(34) Steven M Garber for Cred Park West Landscape, Inc
steve@smgarberlaw.com

(35) Christian J Gascou for 3rd Party Pltf Arch Ins Co
cgascou@gascouhopkins.com

(36) Barry S Glaser for Cred County of Los Angeles
bglaser@swjlaw.com

(37) Robert P Goe for Atty Robert Goe
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;mforsythe@goeforlaw.com

(38) Eric D Goldberg for Int Pty Courtesy NEF
egoldberg@stutman.com

(39) Richard H Golubow for Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com

(40) Michael J Gomez for Int Pty Central Pacific Bank
mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

(41) Kelly C Griffith for Cred Bond Safeguard Ins Co
bkemail@harrisbeach.com

(42) Matthew Grimshaw for Int Pty City Of Torrance
mgrimshaw@rutan.com

(43) Kavita Gupta for Debtor Palmdale Hills Property, LLC
kgupta@winthropcouchot.com

(44) Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

(45) Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

(46) D Edward Hays for Cred Villa San Clemente, LLC
ehays@marshackhays.com

(47) Michael C Heinrichs for Int Pty Courtesy NEF
mheinrichs@omm.com

(48) Harry D. Hochman for Cred Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com

(49) Jonathan M Hoff for 3rd Party Pltf Jt Prov Liquidators
of Lehman RE Ltd
jonathan.hoff@cwt.com

(50) Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com

(51) Michelle Hribar for Pltf EMR Residential Properties LLC
mhribar@rutan.com

(52) John J Immordino for Cred Arch Ins Co.
john.immordino@wilsonelser.com,
raquel.burgess@wilsonelser.com

(53) Lawrence A Jacobson for Cred BKF Engineers
laj@cohenandjacobson.com

(54) Michael J Joyce for Int Pty Courtesy NEF
mjoyce@crosslaw.com

(55) Stephen M Judson for Petitioning Cred The Professional Tree
Care Co
sjudson@fablaw.com

(56) Kaleb L Judy for Def Zim Industries, Inc. dba Bakersfield Well
& Pump
ecf@kleinlaw.com, kjudy@kleinlaw.com

(57) Steven J Kahn for Cred Lehman ALI, Inc.
skahn@pszjw.com

(58) Sheri Kanesaka for Cred California Bank & Trust
sheri.kanesaka@bryancave.com

(59) David I Katzen for Int Pty Bethel Island Muni Imp District
katzen@ksfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9013-3.1.PROOF.SERVICE**

(60) Christopher W Keegan for Cred SC Master Holdings II LLC
ckeegan@kirkland.com,
gdupre@kirkland.com;alevin@kirkland.com

(61) Payam Khodadadi for Debtor Palmdale Hills Property, LLC
pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com

(62) Irene L Kiet for Cred BNB Engineering, Inc.
ikiet@hkclaw.com

(63) Claude F Kolm for Cred County of Alameda Tax Collector
claude.kolm@acgov.org

(64) Mark J Krone for Cred Bond Safeguard Ins Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com

(65) David B Lally for Def Contracting Engineers, Inc.
davidlallylaw@gmail.com

(66) Leib M Lerner for Cred Steiny and Co, Inc.
leib.lerner@alston.com

(67) Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com

(68) Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com

(69) Kerri A Lyman for Atty Irell & Manella LLP
klyman@irell.com

(70) Mariam S Marshall for Cred RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

(71) Robert C Martinez for Cred TC Construction Co, Inc
rmartinez@mclex.com

(72) Michael D May for Cred R.J. Noble Co.
mdmayesq@verizon.net

(73) Hutchison B Meltzer for Cred Com Holding Unsecured Claims
hmeltzer@wgllp.com

(74) Krikor J Meshefejian for Int Pty Courtesy NEF
kjm@lnbrb.com

(75) Joel S. Miliband for Cred RBF CONSULTING
jmiliband@rusmiliband.com

(76) James M Miller for Atty Miller Barondess LLP
jmiller@millerbarondess.com, vgunderson@millerbarondess.com;
smiller@millerbarondess.com; mpritikin@millerbarondess.com

(77) Louis R Miller for Pltf Palmdale Hills Property, LLC
smiller@millerbarondess.com

(78) Craig Millet for Int Pty Doug Champion
cmillet@gibsondunn.com,
pcrawford@gibsondunn.com;cmillet@gibsondunn.com

(79) Randall P Mroczynski for Def Bob McGrann Construction, Inc.
randym@cookseylaw.com

(80) Mike D Neue for Atty The Lobel Firm, LLP
mneue@thelobelfirm.com,
jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

(81) Robert Nida for Cred Kirk Negrete, Inc
Rnida@castlelawoffice.com

(82) Henry H Oh for 3rd Party Pltf Jt Prov Liquidators of
Lehman RE Ltd
henry.oh@dlapiper.com, janet.curley@dlapiper.com

(83) Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

(84) Scott H Olson for Cred Bethel Island Muni Improvement District
solson@seyfarth.com

(85) Robert B Orgel for Cred Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com

(86) Malhar S Pagay for Cred Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com

(87) Daryl G Parker for Cred Lehman ALI, Inc.
dparker@pszjlaw.com

(88) Penelope Parmes for Cred EMR Residential Properties LLC
pparmes@rutan.com

(89) Robert J Pfister on behalf of Int Pty Courtesy NEF
rpfister@ktbslaw.com

(90) Ronald B Pierce for Cred Griffith Co
ronald.pierce@sdma.com

(91) Katherine C Piper for Int Pty New Anaverde LLC
kpiper@steptoe.com, smcloughlin@steptoe.com

(92) Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net

(93) James S Riley for Cred Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com

(94) Debra Riley for Int Pty City of Palmdale
driley@allenmatkins.com

(95) Todd C. Ringstad for Int Pty Courtesy NEF
becky@ringstadlaw.com

(96) R Grace Rodriguez for Def O&B Equipment, Inc.
ecf@lorgr.com

(97) Martha E Romero for Cred California Taxing Authorities
Romero@mromerolawfirm.com

(98) Ronald Rus for Cred SunCal Management, LLC
rrus@rusmiliband.com

(99) John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
jschafer@mandersonllp.com

(100) John E Schreiber for Def Fenway Capital, LLC
jschreiber@dl.com

(101) William D Schuster for Cred HD Supply Construction Supply LTD
bills@allieschuster.org

(102) Christopher P Simon for Int Pty Courtesy NEF
csimon@crosslaw.com

(103) Gerald N Sims for Int Pty Courtesy NEF
jerrys@psdslaw.com, bonniec@psdslaw.com

(104) Wendy W Smith for Cred Castaic Union School District
wendy@bindermalter.com

(105) Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com

(106) Steven M Speier for Trustee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com

(107) Michael St James for Cred MBH Architects, Inc.
ecf@stjames-law.com

(108) Michael K Sugar for Off Committee of Unsecured Creds
msugar@irell.com

(109) Cathy Ta for Def Hi-Grade Material Co.
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com

(110) David A Tilem for Def Southland Pipe Corp
davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;
dianachau@tilemlaw.com;kmishigian@tilemlaw.com

(111) James E Till for Trustee Steven Speier (TR)
jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;
pnelson@thelobelfirm.com

(112) United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

(113) Carol G Unruh for Cred Scott E. McDaniel
cgunruh@sbcglobal.net

(114) Annie Verdries for Cred WEC Corp
verdries@lbbslaw.com

(115) Jason Wallach for Def Professional Pipeline Contractors, Inc.
jwallach@gladstonemichel.com

(116) Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
kim.johnson@kattenlaw.com

(117) Marc J Winthrop for Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

(118) David M Wiseblood for Cred Bethel Island Muni Imp District
dwiseblood@seyfarth.com

(119) Brett K Wiseman for Cred JF Shea Construction Inc
bwiseman@aalaws.com

(120) Dean A Ziehl for Counter-Def LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com

(121) Marc A. Zimmerman for Creditor Life Church of God in Christ
joshuasdaddy@att.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

000029

August 2010

F 9013-3.1.PROOF.SERVICE

DOCS_LA:241298.1 52063-001

## II. **SERVED BY U.S. MAIL**

*Please see attached Service Lists*

## III. **SERVED BY EMAIL**

Ken Goddard, Operations Officer
Roddan Paolucci Roddan
kgoddard@roddanpaolucci.com

*John Gentillon,* C.E.O.
john@thelandstewards.com

*Deborah L. Lemanski*
Assistant to Frederick A. Berg, Esq. and
Barry J. Jensen, Esq.
*Kotz, Sangster, Wysocki and Berg, P.C.*
dlemanski@kotzsangster.com
bjensen@kotzsangster.com

Virginia Zareba, Sec'y to Darren G. Burge
Darren G. Burge
Cohen & Burge, LLP
vzareba@cohenburgelaw.com
dburge@cohenburgelaw.com

Brian Cartmell
Independent Construction Co.
bcartmell@indycc.com

Richard Rudolph
Law Offices of Richard B. Rudolph
RRudolph@Rudolph-Law.com

Michele Stubbs
Assistant to Arnold L. Veldkamp
*Superior Ready Mix Concrete, L.P.*
mstubbs@superiorrm.com

David Sanner
General Counsel-Litigation
Craig Realty Group
dsanner@craigrealtygroup.com

Attorney for Villa San Clemente, LLC
(a creditor of SunCal Marblehead, LLC)
David Sanner, General Counsel-Litigation
Craig Realty Group
dsanner@craigrealtygroup.com

Counsel to Kevin L. Crook Architect, Inc.; Halladay & Mim
Mack, Inc.
Crystal N Le, Clerk Supervisor
Murtaugh Meyer Nelson & Treglia, LLP
Crystal N. Le – cle@mmnt.com
Michelle R. Generaux – mgeneraux@mmnt.com

Counsel to Southern California Soil and Testing, Inc.
Justin G. Reden, Esq.
Reden & Reden
jreden@redenandreden.com
greden@redenandreden.com

Sharon Dyer
sdyer@5thgearadv.com

Interested Party In Oak Knoll
Ken Berrick, President / CEO
Seneca Center
ken@senecacenter.org
ken_berrick@senecacenter.org

Michael D. May
Attorney for R.J. Noble Co.
mdmayesq@verizon.net

Attorney for Oak Valley Partners
John Ohanian
Oak Valley Partners
johanian@ovplp.com

Counsel to Palm Springs Village-309, LLC
Ira Glasky, Vice President/General Counsel
Far West Industries
iglasky@farwestindustries.com

Represents Union Pacific
Mary Ann Kilgore
Email:  MKILGORE@up.com

Paul C. Guerin, Principal Engineer
ENGEO Incorporated
Email:  pguerin@engeo.com

Attorneys for Schilling Corporation, Andersen Concrete,
Butsko Utility Design and Trimax Systems
Scott A. Schaelen
Walters, Townsend & Schaelen, A PLC
Email:  sas@wts-lawcom

Diane Norris, Controller

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

DOCS_LA:241298.1 52063-001

**F 9013-3.1.PROOF.SERVICE**

Southern California Soil & Testing, Inc.
Email: Dnorris@scst.com

Glen McIntire
Design Alliance
Email: artwork@designalliance3.net

Mark R. McGuire
Email: mrmcguirelaw@cox.net

Attorney for Creditor, Palm
Shannon C. Williams
Email: swilliams@rudolph-law.com

Marvin Benson, Esq.
Email: marv.benson@yahoo.com

Feffer Geological Consulting
Joshua R. Feffer
Email: josh@feffergeo.com

Counsel for Seneca Center
Sheldon Greene
sheldon7@pacbell.net

Attorneys for Bond Safeguard Insurance Co. and Lexon
Insurance Co.
Mark E. Aronson
Anderson, McPharlin & Conners, LLP
email: mea@amclaw.com

Attorneys for New Anaverde, LLC
Filiberto Agusti, Esq.
Joshua Taylor, Esq.
Steptoe & Johnson LLP
Email:    fagusti@steptoe.com
          jrtaylor@steptoe.com

Attorneys for City of Oakland and
Oakland Redevelopment Agency
Lawrence A. Jacobson
Sean M. Jacobson
Cohen and Jacobson, LLP
Email: laj@cohenandjacobson.com
        sean@cohenandjacobson.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

DOCS_LA:241298.1 52063-001

**F 9013-3.1.PROOF.SERVICE**

Mr. C.F. Raysbrook
California Department of Fish and Game
Streambed Alteration Team
4949 Viewridge Avenue
San Diego, CA  92123

Bob Hosea
California Department of Fish and Game,
Region 2
Attn.:  Streambed Alteration Agreement
Program
1701 Nimbus Road
Rancho Cordova, CA  95670
County Of Riverside Transportation And Land
Management Agency
4080 Lemon Street, 8th Floor
Riverside, CA  92501
Attn.:  Juan C. Perez, P.E., T.E.
         Director of Transportation

Mitchell Ogron
14 Old Lake Circle
Henderson, NV  89074

Rte 60, LLC
14 Old Lake Circle
Henderson, NV  89074
Attn:  Jim Stockhausen

Lee Ann Carranza, Preserve Manager
Center for Natural Lands Management
P.O. Box 2162
Capistrano Beach, CA  92624

U.S. Fish and Wildlife Service
Carlsbad Fish and Wildlife Office
6010 Hidden Valley Road
Carlsbad, CA  92009
Attn.:  Field Supervisor

Denise H. Hering, Esq.
Stradling, Yocca, Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660

[i]Stephen L. Millham
Anaverde LLC
c/o Empire Partners, Inc.
3536 Concours Street, Suite 300
Ontario, CA  91764

California Regional Water Quality
Control Board
Los Angeles Region
320 West 4th Street, Suite 200
Los Angeles, CA  90013

Ms. Leslie Gault
Placer County Water Agency
144 Ferguson Road
Auburn, CA  95604

County of Riverside
P.O. Box 1090
Riverside, CA  92502-1090
Attn.:  George Johnson

Church of God in Jesus Christ
3349 Rubidoux Blvd.
Riverside, CA  92509
Attn.:  Cecilia A. Bennett

Riverside County Economic Development
Agency
1153 Spruce Street, Suite B
Riverside, CA  92507
Attn.:  Tina English,  Deputy Executive Director

U.S. Army Corps of Engineers
Los Angeles District
P.O. Box 532711
Los Angeles, CA  90053-2325
Attn.:  District Counsel

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA  92672
Attn.:  George Scarborough, City Manager

Mr. Sam Wyngaarden
Southern California Gas Company
One Liberty
Aliso Viejo, CA  92656-3830

Mr. Brian Veit
Farallon Capital Management, LLC
One Maritime Plaza, Suite 2100
San Francisco, CA  94111

Dr. Aaron Allen
U.S. Army Corps of Engineers
2151 Alessandro Drive, Suite 110
Ventura, CA  93301

Riverside County Flood Control and Water
Conservation District
1995 Market St.
Riverside, CA  92501
Attn.:  Warren D. Williams
         General Manager & Chief Engineer

Jurupa Area Recreation & Park District
4810 Pedley Rd.
Riverside, CA  92502
Attn.:  Dan Rodriguez, General Manager

Marjorie Ina and Jerry Ray Engelauf
5037 Riverside Drive
Riverside, CA  92509-6427

David R. Brunner, Executive Director
Center for Natural Lands Management
425 E. Alvarado St., Ste. H
Fallbrook, CA  92028-2960

California Department of Fish and Game
4949 Viewridge Avenue
San Diego, CA  92123
Attn.:  Regional Manager

Ron Lebs, Deputy Superintendent
Capistrano Unified School District
Business and Support Services
33122 Valle Road
San Juan Capistrano, CA  92675

Ms. Pinky Oliver
San Diego Gas & Electric
8330 Century Park Court, Room 31-C
San Diego, CA  92123

Mr. Justin Bowman, OSP Planning Mgr.
AT&T
739 E. Santa Clara St., Room 312A
Ventura, CA  93001

Ms. Deborah Schwenk
AT&T
6930 Van Nuys Blvd., Room 110
Van Nuys, CA  91405

Elma Watson, Assistant Planner
City of Lancaster
44933 Fern Avenue
Lancaster, CA  93534

Ms. Laurie Lile
City of Palmdale
38250 N. Sierra Highway
Palmdale, CA  93550-4798

Stephen H. Williams, City Manager
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA  93550-4798

Mr. Michael Mischel
City of Palmdale Engineering Department
38250 N. Sierra Highway
Palmdale, CA  93550-4798

Matthew Ditzhazy, City Attorney
Noel James Dorean, Deputy City Attorney
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA  93550-4798

Tobi Tyler
California Regional Water Quality Control
Board
Lahontan Region
2501 Lake Tahoe Bouelvard
South Lake Tahoe, CA  96150

Ronnie Burtner
Los Angeles County Sanitation District
P.O. Box 4998
Whittier, CA  90607

Adam Ariki
Los Angeles County Waterworks District No.
40, Antelope Valley
P.O. Box 1460
Alhambra, CA  91802-1406

Mr. Jay R. Olson
Southern California Edison
10180 Telegraph Road
Ventura, CA  93004

Bertram E. Williams
Southern California Edison
26100 Menifee Road
Romoland, CA  92585

City of Torrance
City Hall
3031 Torrance Blvd.
Torrance, CA  90503-2970
Attn.:  Jeffery W. Gibson,
         Community Development Director

City of Torrance
City Attorney's Office
3031 Torrance Blvd.
Torrance, CA 90503
Attn.:  John Fellows, City Attorney

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.:  Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.:  Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA  92223-0158

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA  92672
Attn.:  George Scarborough, City Manager

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.:  Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.:  Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA  92223-0158

City of Palmdale
Attn.:  Steve Williams, City Manager
         Matthew Ditzhazy, City Attorney
38300 N. Sierra Hwy.
Palmdale, CA  93550

John Sanabria
Acting Director of Dept. of Regional Planning
County of Los Angeles Dept. of Regional Planning
1390 Hall of Records
320 West Temple Street
Los Angeles, CA  90012

Richard B Andrade on behalf of Creditor JF
Shea Construction Inc
Andrade & Associates
27101 Puerta Real Ste 120
Mission Viejo, CA 92691-8518

Tab L K Artis on behalf of Creditor Desert
Pipeline, Inc.
301 N Lake Ave 7th Fl
Pasadena, CA 91101

William R Baerg on behalf of Defendant
Samrod Corporation
Monteleone & McCrory LLP
725 S Figueroa St #3200
Los Angeles, CA 90017

Shaaron A Bangs on behalf of Defendant
Rockey Murata Landscaping, Inc.
Crawford & Bangs
1290 E Center Ct Dr
Covina, CA 91724

Miller Barondess LLP

,

Patricia D Barrett on behalf of Defendant
Ameripride Guard Services, Inc.
Law Office of Patricia D Barrett
846 W Foothill Blvd Ste M
Upland, CA 91786

William G Bissell on behalf of Creditor
Boudreau Pipeline Corporation
110 Newport Ctr Dr Ste 200
Newport Beach, CA 92660

William Bissell on behalf of Defendant
Boudreau Pipeline Corporation
110 Newport Center Dr Ste 200
Newport Beach, CA 92660

Christopher J Brantingham on behalf of
Defendant Pre-Con Products
Brice E Bryan & Assoc
23945 Calabasas Rd
Calabasas, CA 91302

Brian Construction Co Inc

,

John W Busby on behalf of Creditor
Marques Pipeline, Inc.
251 Lafayette Circle Ste 350
Lafayette, CA 94549

Wayne W Call on behalf of 3rd Pty
Defendant Bova Contracting Corporation
Call & Jensen
610 Newport Ctr Dr Ste 700
Newport Beach, CA 92660

Brent S Clemmer on behalf of Creditor MSA
Consulting, Inc.
Slovak Baron & Empey LLP
1800 E Tahquitz Cyn Wy
Palm Springs, CA 92262

Adrianna M Corrado on behalf of Defendant
Orange County Striping Service, Inc.
Lanak & Hanna
400 N Tustin Ave Ste 120
Santa Ana, CA 92705-3815

Delta Coves Venture LLC
2392 Morse
Irvine, CA 92614

Donald B Devirian on behalf of Defendant
ALL AMERICAN ASPHALT
Devirian & Shinmoto
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064

Francis T Donohue on behalf of 3rd Pty
Defendant Chino Grading, Inc.
Voss, Cook & Thel LLP
895 Dove Street Suite 450
Newport Beach, CA 92660

Norman A. Filer on behalf of Creditor Mesa
Pacific Construction Inc.
500 N. State College Bl., #1270
Orange, CA 92868

Moses Green

,

Stanley Haren on behalf of Defendant Sierra
Cascade Construction, Inc.
Gill & Baldwin
130 N Baldwin Blvd #405
Glendale, CA 91203

William R Hart on behalf of Defendant BNB
Engineering, Inc.
Hart King & Coldren
200 Sandpointe Fourth Fl
Santa Ana, CA 92707

Andrew C Kienle on behalf of Defendant
BNB Engineering, Inc.
200 Sandpointe, 4th Fl
Santa Ana, CA 92707

LB/L SunCal Northlake LLC

,

LB/L SunCal Oak Valley LLC

,

Vivian Le on behalf of Creditor WEC
Corporation
Gary R King & Associates
30950 Rancho Viejo Rd Ste 155
San Juan Capistrano, CA 92675

Wayne Lee
468 Jade Tree Drive
Monterey Park, CA 91754

Manhard Consulting Inc

,

Mark E McKane on behalf of Creditor SC
Master Holdings II LLC
Kirkland & Ellis LLP
555 California St
San Francisco, CA 94104

Louis R Miller
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

Louis R Miller on behalf of Counter-
Defendant SJD Development Corp.
2121 Avenue Of The Stars, 18th Fl
Los Angeles, CA 90067

Louis R Miller on behalf of Debtor Palmdale
Hills Property, LLC
Miller Barondess LLP
1999 Avenue of the Stars
Ste 1000
Los Angeles, CA 90067

Gerald W Mouzis on behalf of Creditor
Hillcrest Contracting, Inc.
The Mouzis Law Firm APC
13681 Newport Ave Ste 8-605
Tustin, CA 92680

Howard S Nevins on behalf of Creditor
Williams+Paddon Architects+Planners, Inc.
2150 River Plaza Dr Ste 450
Sacramento, CA 95833

Sean A O'Keefe on behalf of Plaintiff
Palmdale Hills Property, LLC
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

Sean A O'Keefe on behalf of Plaintiff SJD
Partners, Ltd.
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

Martin Pritikin on behalf of Debtor Palmdale
Hills Property, LLC
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

,

Thomas A Pistone on behalf of Defendant
Developer's Research, Inc.
Pistone & Wolder, LLP
2020 Main Street Suite 900
Irvine, CA 92614

SQUAR, MILNER, MIRANDA &
WILLIAMSON, LLP
4100 Newport Place, Third Floor
Newport Beach, CA 92660

J Patrick Ragan on behalf of 3rd Pty
Defendant Sierra Pacific Electrical
Contracting
1881 S Business Center Dr Suite 7b
San Bernardino, CA 92408

Regal Development LLC
c/o Benjamin M Weiss
12770 High Bluff Dr
Ste 160
San Diego, CA 92130

Laurie A Shade on behalf of Creditor
Orange County Tax Collector
333 W Santa Ana Blvd Ste 407
PO Box 1379
Santa Ana, CA 92702-1379

David Sandoval
,

Raymond D Scott on behalf of Defendant
Kip Incorporated
1835 W Orangewood Ave Ste 255
Orange, CA 92868

Kimberly A Soyer on behalf of Defendant
Marques Pipeline, Inc.
251 Lafayette Cir, Ste 350
Lafayette, CA 94549

Gene H Shioda on behalf of Defendant
Rockey Murata Landscaping, Inc.
Law Office of Gene H Shioda
5757 West Century Blvd Ste 700
Los Angeles, CA 90045

Edward Soto on behalf of Plaintiff Lehman
ALI, Inc.
1395 Brickell Ave Ste 1200
Miami, FL 33131

SunCal Heartland LLC
2392 Morse
Irvine, CA 92614

Joseph L Strohman on behalf of Creditor
SME Construction, Inc
Ferguson Case Orr Paterson LLP
1050 S Kimball Rd
Ventura, CA 93004

SunCal Century City LLC
2392 Morse
Irvine, CA 92614

SunCal PSV LLC
2392 Morse
Irvine, CA 92614

SunCal Marblehead LLC
2392 Morse
Irvine, CA 92614

SunCal Oak Knoll LLC
,

Theresa C Tate on behalf of Defendant
Chino Grading, Inc.
Crawford & Bangs LLP
1290 E Center Crt Dr
Covina, CA 91724

SunCal Torrance Properties LLC
2392 Morse
Irvine, CA 92614

Dina Tasini
Tasini and Associates
2126 Grant St
Berkeley, CA 94703

Douglas F Welebir on behalf of Creditor
Nancy and John Probst
Welebir Tierney & Weck
2068 Orange Tree Ln Ste 215
Redlands, CA 92374

Robert S Throckmorton on behalf of Creditor
Paula Cunningham
Throckmorton, Beckstrom & Tomassian, LLP
2 Corporate Park, Ste 210
Irvine, CA 92606-5115

Elizabeth A Walters on behalf of Creditor
Andersen Concrete Inc
3365 Seventh Ave
San Diego, CA 92103

Attorneys for Arch Insurance Company (objector)
T. Scott Leo / Michael J. Dudek
LEO & WEBER, P.C.
1 North LaSalle Street, Suite 3600
Chicago, Illinois 60602