1   Richard M. Pachulski (CA Bar No. 90073)
    Dean A. Ziehl (CA Bar No. 84529)
2   Robert B. Orgel (CA Bar No. 101875)
    PACHULSKI STANG ZIEHL & JONES LLP
3   10100 Santa Monica Blvd., 11th Floor
    Los Angeles, California  90067-4100
4   Telephone: 310/277-6910 / Facsimile:  310/201-0760

5   Edward Soto (admitted *pro hac vice*)
    Alfredo R. Perez (admitted *pro hac vice*)
6   WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
7   New York, NY  10153-0119
    Telephone:  (212) 310-8000 / Facsimile:  (212) 310-8007
8
    Attorneys for Lehman Commercial Paper Inc., Lehman
9   ALI, Inc., Northlake Holdings LLC and OVC Holdings
    LLC
10
    William N. Lobel (CA Bar No. 93202)
11  Mike D. Neue (CA Bar No. 179303)
    THE LOBEL FIRM, LLP
12  840 Newport Center Drive, Suite 750
    Newport Beach, California  92660
13  Telephone:  (949) 999-2860 / Facsimile:  (949) 999-2870

14  General Insolvency Counsel for Steven M. Speier,
    the Chapter 11 Trustee for the Trustee Debtors

15

16               **UNITED STATES BANKRUPTCY COURT**

                 **CENTRAL DISTRICT OF CALIFORNIA**

17                      **SANTA ANA DIVISION**

18  In re:                                    Case No.: 8:08-bk-17206-ES
    Palmdale Hills Property, LLC, and Its Related Debtors,   Jointly Administered Case Nos.
19      Jointly Administered Debtors and      8:08-bk-17209-ES; 8:08-bk-17240-ES;
        Debtors-In-Possession.                8:08-bk-17224-ES; 8:08-bk-17242-ES;
20  _____          8:08-bk-17225-ES; 8:08-bk-17245-ES;
                                              8:08-bk-17227-ES; 8:08-bk-17246-ES;
21  Affects:                                  8:08-bk-17230-ES; 8:08-bk-17231-ES;
    ☐ All Debtors                             8:08-bk-17236-ES; 8:08-bk-17248-ES;
    ☒ Palmdale Hills Property, LLC            8:08-bk-17249-ES; 8:08-bk-17573-ES;
22  ☒ SunCal Beaumont Heights, LLC            8:08-bk-17574-ES; 8:08-bk-17575-ES
    ☐ SCC/Palmdale, LLC                       8:08-bk-17404-ES; 8:08-bk-17407-ES;
23  ☒ SunCal Johannson Ranch, LLC             8:08-bk-17408-ES; 8:08-bk-17409-ES;
    ☒ SunCal Summit Valley, LLC               8:08-bk-17458-ES; 8:08-bk-17465-ES;
24  ☒ SunCal Emerald Meadows, LLC             8:08-bk-17470-ES; 8:08-bk-17472-ES;
    ☒ SunCal Bickford Ranch, LLC              and 8:08-bk-17588-ES
25  ☒ Acton Estates, LLC
    ☒ Seven Brothers, LLC
26  ☒ SJD Partners, Ltd.                      Chapter 11
    ☐ SJD Development Corp.
27  ☒ Kirby Estates, LLC                      **ORDER (A) APPROVING PLAN**
    ☒ SunCal Communities I, LLC               **SOLICITATION, NOTICE, AND**
28  ☐ SunCal Communities III, LLC             **VOTING PROCEDURES AND**
    ☒ SCC Communities, LLC                    **(B) ESTABLISHING DEADLINES IN**

FILED & ENTERED

AUG 01 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS  AT LAW
LOS ANGELES , CALIFORNIA

DOCS_LA:242104.4 52063-001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

☒ North Orange Del Rio Land, LLC
☒ Tesoro SF, LLC
☒ LB-L-SunCal Oak Valley, LLC
☒ SunCal Heartland, LLC
☒ LB-L-SunCal Northlake, LLC
☒ SunCal Marblehead, LLC
☒ SunCal Century City, LLC
☒ SunCal PSV, LLC
☒ Delta Coves Venture, LLC
☒ SunCal Torrance, LLC
☒ SunCal Oak Knoll, LLC

**CONNECTION WITH SOLICITATION AND CONFIRMATION WITH RESPECT TO ALL PENDING PLANS**

**Hearing:**
Date:   July 22, 2011
Time:   10:00 a.m.
Place:  Courtroom 5A

On July 22, 2011 at 10:00 a.m. came on for continued hearing (the "Hearing") before this Court consideration of the following matters:

I. Solicitation Motions:

(a) The *Amended Joint Motion of Trustee and Lehman Creditors for Order: (1) Approving Plan Solicitation, Notice, and Voting Procedures; (2) Approving Forms of Notice and Ballots; and (3) Establishing Plan Confirmation Deadlines and Procedures with Respect to First Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Lehman Creditors; and (4) Approving Form of Order Approving the Disclosure Statement* (the "TD Solicitation Motion") [Docket No. 1917] filed on April 12, 2011 by Steven M. Speier, as the chapter 11 Trustee (the "Trustee") of the Trustee Debtors[1] and by the Lehman Creditors[2] (collectively with the Trustee, the "Lehman/Trustee TD Plan Proponents"); and

(b) The *Amended Motion of Lehman VD Lenders for Order: (1) Approving Plan Solicitation, Notice, and Voting Procedures; (2) Approving Forms of Notice and Ballots; (3) Establishing Plan Confirmation Deadlines and Procedures with Respect to Joint Chapter 11 Plan for Eleven Voluntary Debtors Proposed by the Lehman VD Lenders; and (4) Approving Form of Order Approving the Disclosure Statement* [Docket No. 1915] (the "VD Solicitation Motion" and

---

[1] The "Trustee Debtors" in these cases are those for which a chapter 11 trustee was appointed and are as follows: SunCal Heartland, LLC (Case No. 8:08-17407-ES); LB-L-SunCal Northlake, LLC (Case No. 8:08-17408-ES); SunCal Marblehead, LLC (Case No. 8:08-17409-ES); SunCal Century City, LLC (Case No. 8:08-17458-ES); SunCal PSV, LLC (Case No. 8:08-17465-ES); Delta Coves Venture, LLC (Case No. 8:08-17470-ES); SunCal Torrance, LLC (Case No. 8:08-17472-ES); LB-L SunCal Oak Valley LLC (Case No. 8:08-17404-ES); and SunCal Oak Knoll, LLC (Case No. 8:08-17588-ES).

[2] The "Leman Creditors" are Lehman Commercial Paper, Inc., Lehman ALI, Inc., Northlake Holdings, LLC, and OVC Holdings, LLC.

together with the TD Solicitation Motion, the "Solicitation Motions") filed on April 12, 2011 by

Lehman Commercial Paper Inc. and Lehman ALI, Inc. (the "Lehman VD Lenders" and, collectively

with the Lehman/Trustee TD Plan Proponents, the "Lehman/Trustee Plan Proponents"); and

II.   Approval of Disclosure Statements:  The adequacy of the following disclosure statements

(collectively, the "Disclosure Statements"):

(a)   The disclosure statement filed with respect to the plan for eight Trustee Debtors[3]

proposed by the Lehman/Trustee TD Plan Proponents (the "Lehman/Trustee TD Plan");

(b)   The disclosure statement filed with respect to the plan for eleven Voluntary Debtors[4]

proposed by the Lehman VD Lenders  (the "Lehman VD Plan" and together with the

Lehman/Trustee TD Plan, collectively, the "Lehman/Trustee Sponsored Plans"); and

(c)   The seven disclosure statements filed with respect to seven plans (the "SunCal

Sponsored Plans") for eight Trustee Debtors[5] and eleven Voluntary Debtors by the Voluntary

Debtors[6] and SCC Acquisitions Inc. ("Acquistions" and together with the Voluntary Debtors,

collectively, the "SunCal Plan Proponents").

An objection to the Solicitation Motions was filed by the SunCal Plan Proponents on April

29, 2011 [Docket No. 2108] and a joinder to such objection was filed by the Official Committee of

Unsecured Creditors of the Voluntary Debtors (the "VD Committee") on May 4, 2011 [Docket No.

2041].  The Lehman/Trustee Plan Proponents filed a reply to the objection and joinder on May 6,

2011 [Docket No. 2048].

Separate orders have been or will be issued with respect to approval of the adequacy of the

Disclosure Statements.  Nonetheless, consideration thereof necessarily involves establishing dates

---

[3]  The subject plan affects all of the Trustee Debtors except SunCal Century City, LLC.
[4] The "Voluntary Debtors" in these cases are those debtors that remain debtors-in-possession and for
which no chapter 11 trustee has been appointed.  The subject plan affects Acton Estates, Kirby
Estates, Palmdale Hills, SCC Communities, Seven Brothers, SunCal I, SunCal Beaumont, SunCal
Bickford, SunCal Johansson, SunCal Summit Valley, and Tesoro.
[5] The subject plans affect all Trustee Debtors other than LB-L-SunCal Northlake, LLC.
[6] The subject plans affect Acton Estates, LLC, North Orange Del Rio Land, LLC, Palmdale Hills
Property, LLC, SCC Communities, LLC, SJD Development Corp., SJD Partners, Ltd., SunCal
Beaumont Heights, LLC, SunCal Bickford Ranch, LLC, SunCal Emerald Meadows, LLC, SunCal
Johansson Ranch, LLC, and Tesoro SF, LLC.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  and deadlines in connection with the solicitation of votes for, and confirmation of, the Lehman

2  Trustee Sponsored Plans and the SunCal Sponsored Plans (collectively, the "Plans"), which are

3  matters addressed herein.

4       Having considered the Solicitation Motions, the objection, joinder and reply filed with

5  respect thereto, the Disclosure Statements, any evidence or argument at the Hearing thereon, the

6  record in these cases, and adequate notice having been given and sufficient cause appearing therefor,

7       **IT IS HEREBY ORDERED** that:

8       1.   **Date of Entry of this Order.**  The date of entry of this Order shall be the "Voting

9  Record Date" for purposes of this Order.

10       2.   **August 5, 2011.**  This date shall be the last day for the Lehman/Trustee Plan Proponents

11  and SunCal Plan Proponents, as applicable, to file final versions of the Disclosure Statements.

12       3.   **August 12, 2011**. This date shall be the last day to file and serve proposed letters in

13  support of/against the Plans (the "Yes/No Letters"), which letters the Lehman/Trustee Plan

14  Proponents, SunCal Plan Proponents, VD Committee and the Official Committee of Unsecured

15  Creditors of the Trustee Debtors (the "TD Committee") shall be permitted to include in the

16  Solicitation Packages (as defined below).

17       4.   **August 17, 2011**. This date shall be the last day to file and serve any objections to the

18  Yes/No Letters.

19       5.   **August 22, 2011 at 2:00 p.m. (Pacific Time).**  This date and time shall be the date and

20  time of the hearing before the Court to consider approval of the Yes/No Letters.

21       6.   **August 25, 2011.** This date (the "Solicitation Date") shall be the last day for the

22  Lehman/Trustee Plan Proponents and SunCal Plan Proponents (the "Plan Proponents") to serve: (i)

23  all parties or entities, or their transferees or assignees if properly noted on the Court's claims register

24  as of the Voting Record Date, that have filed proofs of claim against the applicable debtor on or

25  before the Voting Record Date, excluding parties that filed Claims that have been disallowed prior to

26  the Solicitation Date; (ii) all parties identified in the Schedules of Assets and Liabilities of the

27  applicable debtor (the "Schedules") as of the Voting Record Date as holding liquidated,

28  noncontingent, and undisputed Claims in an amount greater than zero dollars, excluding scheduled

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Claims that have been superseded by filed proofs of claim or disallowed or expunged prior to the

Solicitation Date; (iii) all other known holders of claims against or interests in the debtor with

respect to the applicable Plan ("Plan Debtor") as of the Voting Record Date; (iv) all parties to

contracts and leases with the applicable Plan Debtor as reflected in that Plan Debtor's List of

Executory Contracts and Unexpired Leases, to the extent that such parties are not duplicative of

those parties otherwise being served with a Solicitation Package pursuant to this paragraph; (v)

counsel for the TD Committee; (vi) counsel for the Voluntary Debtors; (vii) counsel for the VD

Committee; (viii) the Office of the United States Trustee; (ix) the Internal Revenue Service; (x) the

Securities and Exchange Commission; (xi) all applicable governmental units; and (xii) all parties

having filed notices of appearance and requests for documents in these cases. (collectively, the

"Notice Parties"), copies of: (a) the applicable Plan and all exhibits and attachments thereto; (b) the

applicable Disclosure Statement and all exhibits and attachments thereto; (c) a notice (the "Plan

Notice") setting forth the deadlines described herein, the notice address for service of objections to

confirmation of the Plans, and the date, time, and location of the hearing on confirmation of the

Plans (the "Confirmation Hearing"); (d) the Yes/No Letters; and (e) this Order (collectively, the

"Solicitation Package").  With respect to Creditors believed to be potentially entitled to vote on the

Plans, a ballot (each, a "Ballot" and, collectively, the "Ballots"), including voting instructions and a

pre-addressed return envelope, shall also be included in the Solicitation Package.  The Plan

Proponents shall serve the Solicitation Packages in hard-copy format.  Copies may be double-sided

to the extent the Plan Proponents deem appropriate.

7.    **September 19, 2011.**  This date shall be the deadline for the receipt of Ballots accepting

or rejecting the Plans (the "Voting Deadline") and shall be the last day to file and serve written

objections to confirmation of the Plans.  Any such objections must be in writing and must (1) specify

a caption setting forth the name of the court, the case number and title of the objection, indicating the

matter to which objection is being made, (2) state the name and address of the objector and the

amount of its Claim or the nature of its interest in the Plan Debtor's chapter 11 case, (3) specify the

basis and nature of the objection, (4) be accompanied by a memorandum of law and any supporting

evidence, (5) be filed with the Clerk of the Court, together with proof of service, and (6) be served

1   upon the parties set forth in the Plan Notice.  In order to preserve an objection, anyone filing an

2   objection must also attend the Confirmation Hearing, either in person or through counsel.  Any

3   objections not filed and served as set forth above shall be deemed waived and shall not be

4   considered by the Court.

5          8.   **September 26, 2011.**  This date shall be the last day to file and serve:  (a) briefs in

6   support of confirmation of the Plans; (b) the ballot summary pursuant to Local Bankruptcy Rule

7   3018-1; (c) supplements to the Plans; and (d) Rule 3018 Motions (defined below) (collectively, the

8   "<u>September 26 Filings</u>").

9        (a) The Ballot Summary shall list all Ballots received by the Plan Proponents

10        (including, without limitation, Ballots that were not counted for any reason) and

11        attach copies of all Ballots received by the Plan Proponents.  Copies of Ballots

12        cast by holders of duplicative Claims shall have attached thereto a copy of the

13        front page of each duplicative Claim filed by the Creditor submitting such Ballot.

14       (b) If any Creditor seeks to utilize the Confirmation Hearing as the hearing to

15        establish the temporary allowance of its Claim for voting purposes pursuant to

16        Rule 3018(a) of the Federal Rules of Bankruptcy Procedure, such Creditor may (i)

17        file and serve a motion so requesting (a "<u>Rule 3018 Motion</u>") no later than

18        September 26, 2011 or (ii) enter into an agreement with the applicable Plan

19        Proponents therefor, provided that such agreement(s) shall be filed concurrently

20        with or prior to the filing of the Ballot Summary, and the Court approves such

21        agreement(s) prior to or at the Confirmation Hearing.

22        9.   **October 7, 2011.**  This date shall be the last day to file and serve any objections to the

23  September 26 Filings.

24       10.   **October 14, 2011**.  This date shall be the last day to file and serve any replies to the

25  September 26 Filings.

26       11.   **October 24-28, 2011, commencing 9:30 a.m.**  The hearing to consider confirmation

27  of the Plans and the Rule 3018 Motions (the "<u>Confirmation Hearing</u>") shall commence at 9:30 a.m.

28  (Pacific Time) on October 24, 2011 and, in the event the Confirmation Hearing has not concluded on

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS  AT LAW
LOS ANGELES , CALIFORNIA

October 24, 2011, it shall be continued to October 25, 2011 through October 28, 2011, as necessary. The tentative allocation of such time shall be as follows: (a) beginning the morning of October 24, 2011, Rule 3018 Motions and any other preliminary matters shall be considered; (b) following thereafter (*e.g.*, during the afternoon of October 24, 2011, continuing during the morning of October 25, 2011, and continuing during the day of October 26, 2011), confirmation of the Plans of either the Lehman/Trustee Proponents or SunCal Plan Proponents shall be considered; and (c) following thereafter (*e.g.*, during the day on October 27, 2011 and during the day on October 28, 2011) confirmation of the Plans of the other Plan Proponents shall be considered.

12. **Location of Confirmation Hearing.** <u>The Confirmation Hearing shall take place before the Honorable Erithe A. Smith, 411 West Fourth Street, Courtroom 5A, Central District of California (Santa Ana Division), Santa Ana, California 92701.</u>

13. **Solicitation Procedures Re. Lehman/Trustee Sponsored Plans**: The following solicitation procedures were requested to be approved by the Court by the Lehman/Trustee Plan Proponents and are approved with respect to the Lehman/Trustee Sponsored Plans:

A. The notices, substantially in the forms annexed to the Solicitation Motions as **Exhibit B** (for voting Creditors) and **Exhibit D** (for non-voting Creditors), are hereby approved. The Lehman/Trustee Plan Proponents shall serve as part of the Solicitation Package the (a) notice in the form of **Exhibit B** to Creditors believed by the Lehman/Trustee Plan Proponents to be entitled to vote and (b) notice in the form of **Exhibit D** to non-voting Creditors.

B. The Ballots in the forms annexed to the Solicitation Motions as **Exhibit C** with respect to the Lehman/Trustee Sponsored Plans are hereby approved with the following modifications:

(1) Ballots shall provide notice of the (a) treatment of votes by Creditors holding duplicative, late-filed, and partially liquidated Claims and (b) procedure for Creditors to seek the temporary allowance of their Claims for voting purposes pursuant to Bankruptcy Rule 3018 as follows:

**YOUR VOTE WILL NOT COUNT** <u>to the extent your claim is</u>: (1) <u>untimely</u> and <u>unscheduled</u> (that is, (a) it is was not timely filed by the applicable bar date and was not appropriately scheduled in the

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

applicable Debtor's schedules as undisputed, liquidated and non-contingent and (b) it was not deemed timely filed pursuant to an order of the Court prior to or on the Voting Deadline of September 19, 2011); (2) partially unliquidated (your vote will not count as to the unliquidated portion only); (3) a duplicate claim (you are permitted to vote your Claim only once); or (4) subject to a pending objection filed by August 25, 2011, **UNLESS**, in each instance, the Court issues an Order by confirmation of the Plan allowing your Claim or temporarily allowing it for voting purposes. To seek temporary allowance of your Claim, you first may file a motion with the Court requesting (or request that the Plan Proponents enter into an agreement with you requesting) pursuant to Bankruptcy Rule 3018(a) that your Claim be temporarily allowed for voting purposes, which motion (or agreement) must be filed with the Court by **September 26, 2011**. Then, you must appear at the Confirmation Hearing beginning October 24, 2011 at 9:30 a.m. before the Honorable Erithe A. Smith, 411 West Fourth Street, Courtroom 5A, Central District of California (Santa Ana Division), Santa Ana, California 92701 at which hearing the Court will consider your motion or the agreement for temporary allowance of your Claim. (Other parties may object to any such motion or agreement no later than **October 7, 2011** and you are permitted to file a reply to any objections no later than **October 14, 2011**.)

(2)     Ballots shall provide, next to the blank for dollar amount of the claim, a blank for insertion of the Plan Debtor against which such Claim was filed and an indication for Creditors to insert the name of such Plan Debtor;

(3)     The applicable Ballots for the Lehman/Trustee Sponsored Plans shall be modified (i) to reflect the definition of "Reliance Claim" set forth in the Lehman/Trustee Sponsored Plans and (ii) to delete references to the amount of a creditor's "Reliance Claim" and "General Unsecured Claim" (as such terms are defined in the Lehman/Trustee Sponsored Plans) and instead refer Creditors to **Exhibit D** (List of Reliance Claims) to the Lehman/Trustee Sponsored Plans, as applicable.

C.     If a Claim is duplicative of another Claim, the Creditor filing such Claims shall receive only one Solicitation Package, including one Ballot, for such Claim and shall be permitted to vote only a single Claim.

D.     The Lehman/Trustee Plan Proponents are not required to serve the Solicitation Package on any person or entity for which the notice of the hearing on the approval of the applicable Disclosure Statement has been returned by the United States Postal Service as undeliverable, unless the Lehman/Trustee Plan Proponents receive an accurate address for such addressee.

E.      For a Ballot to be counted, it must be actually received on or prior to the Voting Deadline of September 19, 2011 by mail or personal delivery at the applicable address indicated in the voting instructions that accompany the Ballots.

F.      <u>Solely for purposes of voting to accept or reject the Lehman/Trustee Sponsored Plans, and not for the purpose of the allowance of or distribution on account of a Claim, and without prejudice to the rights of the Lehman/Trustee Plan Proponents in any other context</u>, each Creditor entitled to vote on the Lehman/Trustee Sponsored Plans shall be entitled to vote the amount of such Creditor's Claim as set forth in the Schedules (as may be amended from time to time) unless such holder has timely filed a proof of claim, in which event such holder shall be entitled to vote the amount of such Claim as set forth in such proof of claim; provided, however, that:

(1)      If a Claim is deemed "Allowed" pursuant to an order of this Court prior to or at the Confirmation Hearing or under the applicable Lehman/Trustee Sponsored Plan, such Claim shall be Allowed for voting purposes in the "Allowed" amount set forth in the Court's order or the applicable Lehman/Trustee Sponsored Plan;

(2)      If anyone files an objection to a Claim prior to the Solicitation Date, such disputed Claim shall not be counted, for voting purposes only, except to the extent and in the manner as may be set forth in such objection or except to the extent such Claim is Allowed (i) prior to or at the Confirmation Hearing temporarily pursuant to Bankruptcy Rule 3018(a), pursuant to an order of the Court or (ii) under the Lehman/Trustee Sponsored Plans;

(3)      If a Claim has been "disallowed" by agreement of the Claim Holder or order of the Court at any time prior to or at the Confirmation Hearing, such Claim shall also be disallowed for voting purposes;

(4)      If a Claim has been estimated or otherwise Allowed for voting purposes by order of the Court prior to or on the Voting Deadline, such Claim shall be temporarily Allowed in the amount so estimated or Allowed by the Court for voting purposes only;

(5)      If a Claim is listed in the Schedules as contingent, unliquidated or disputed and a proof of claim was not (i) filed by the applicable bar date for the filing of proofs of claim established by the Court or (ii) deemed timely filed by an order of the Court prior to or on the

1    Voting Deadline, then, unless the Holder of such Claim obtains or the Court otherwise issues an

2    order pursuant to Bankruptcy Rule 3018(a) temporarily allowing such Claim for voting purposes,

3    such Claim shall be disallowed for voting purposes and for purposes of allowance and distribution

4    pursuant to Bankruptcy Rule 3003(c);

5                    (6)    If a Claim is partially liquidated and partially unliquidated and (i) no

6    objection to it has been filed by the Voting Deadline and (ii) no order pursuant to Bankruptcy Rule

7    3018(a) temporarily allowing such Claim for voting purposes in an amount greater than $1.00 has

8    been entered by the Court, in each case prior to or on the Voting Deadline, such Claim shall be

9    Allowed for voting purposes only in the liquidated amount; and

10                   (7)    Notwithstanding anything to the contrary contained herein, any

11   Creditor who has filed or is the transferee of one or more duplicate Claims (whether against the same

12   or multiple Debtors) shall be provided with only one Solicitation Package and one Ballot and be

13   permitted to vote only a single Claim, regardless of whether the Lehman/Trustee Plan Proponents or

14   any other party have objected to such duplicate Claims.

15           G.    As to any Creditor filing a Rule 3018 Motion, such Creditor's Ballot shall not

16   be counted unless temporarily Allowed by the Court for voting purposes.

17           H.    If a Creditor casts more than one Ballot voting the same Claim(s) prior to the

18   Voting Deadline, the last dated and properly completed Ballot received prior to the Voting Deadline

19   is deemed to reflect the voter's intent and, thus, to supersede any prior Ballots.

20           I.    Creditors with multiple Claims against any particular Plan Debtor must vote

21   all of their Claims either to accept or reject the Plan and may not split their votes, and thus (i) no

22   Ballot that partially rejects and partially accepts a Lehman/Trustee Sponsored Plan as to a particular

23   Plan and (ii) no Ballot filed by a Creditor with multiple Claims against the same Plan Debtor that

24   votes inconsistently with respect to the same Plan Debtor will be counted for purposes of voting,

25   except as otherwise set forth herein.

26           J.    Without further order of this Court, except as otherwise set forth herein, any

27   Ballot that is properly completed, executed and timely returned but does not indicate an acceptance

28

or rejection of a Lehman/Trustee Sponsored Plan or that indicates both an acceptance and a rejection of a Lehman/Trustee Sponsored Plan, shall not be counted for any purpose.

K.    Without further order of this Court, except as otherwise set forth herein, any Ballot actually received by the Lehman/Trustee Plan Proponents after the Voting Deadline shall not be counted for purposes of voting unless later approved by the Court.

L.    Without further order of this Court, except as otherwise set forth herein, any Ballot that is illegible or contains insufficient information to permit the identification of the claimant shall not be counted for purposes of voting, except as otherwise set forth herein.

M.    Without further order of this Court, except as otherwise set forth herein, any Ballot cast by a person or entity that does not hold a Claim entitled to vote shall not be counted for purposes of voting.

N.    Without further order of this Court, except as otherwise set forth herein, any Ballot cast for a Claim scheduled as unliquidated, contingent or disputed for which no proof of claim was timely filed shall not be counted for purposes of voting.

O.    Without further order of this Court, except as otherwise set forth herein, any unsigned Ballot or non-originally signed Ballot shall not be counted for purposes of voting, except as otherwise set forth herein.

P.    Without further order of this Court, except as otherwise set forth herein, any Ballot sent directly to any party other than the identified person for receipt of Ballots (unless specifically instructed to do so), and not delivered to the identified person for receipt of Ballots by the day following the Voting Deadline, shall not be counted for purposes of voting.

Q.    Without further order of this Court, except as otherwise set forth herein, any Ballot cast for a Claim that has been disallowed (for voting purposes or otherwise) shall not be counted for any purpose.

R.    Without further order of this Court, except as otherwise set forth herein, any Ballot transmitted by facsimile or other electronic means shall not be counted for purposes of voting.

S.    A Holder of a Claim entitled to vote that has delivered a valid Ballot may withdraw such Ballot solely in accordance with Bankruptcy Rule 3018(a).

T.    None of the Lehman/Trustee Plan Proponents or any other person or entity shall be under any duty to provide notification of defects or irregularities with respect to delivered Ballots, nor shall the Lehman/Trustee Plan Proponents or any other person or entity incur any liability for failure to provide such notification.

U.    The Lehman/Trustee Plan Proponents and other parties in interest may seek further clarification from the Court on vote tabulation and the solicitation process, and retain the right to object or raise any issue with respect to any Ballot.

# # #

DATED: August 1, 2011

_Erithe O. Smith_
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 11ᵗʰ Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *ORDER (A) APPROVING PLAN SOLICITATION, NOTICE, AND VOTING PROCEDURES AND (B) ESTABLISHING DEADLINES IN CONNECTION WITH SOLICITATION AND CONFIRMATION WITH RESPECT TO ALL PENDING PLANS* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____July 29, 2011_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| | |
|---|---|
| **JUDGE'S COPY [Overnight Delivery]** | **By U.S. Mail** |
| The Honorable Erithe A. Smith | Attorneys for Arch Insurance Company (objector) |
| United States Bankruptcy Court - Central District of California | T. Scott Leo / Michael J. Dudek |
| 411 West Fourth Street, Suite 5041 | LEO & WEBER, P.C. |
| Santa Ana, CA 92701-4593 | 1 North LaSalle Street, Suite 3600 |
| | Chicago, Illinois 60602 |

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____August 1, 2011_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| July 29, 2011 | Myra Kulick | /s/ Myra Kulick |
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

## III. **SERVED BY EMAIL**

(1) Gen'l Counsel for Voluntary Debtors:
Paul Couchot - pcouchot@winthropcouchot.com
Marc J Winthrop - pj@winthropcouchot.com
Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
bcook@suncal.com
(3) Counsel for SunCal Management:
Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
William Lobel – wlobel@thelobelfirm.com
Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee:
Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(7) Office of the United States Trustee:
Michael Hauser - michael.hauser@usdoj.gov

(8) Counsel for Voluntary Debtors' Committee:
Alan Friedman - afriedman@irell.com
Kerri A Lyman - klyman@irell.com
(9) Counsel for Trustee Debtors' Committee:
Lei Lei Wang Ekvall - lekvall@wgllp.com
Hutchison B Meltzer - hmeltzer@wgllp.com
(10) Counsel for Bond Safeguard & Lexon
Mark E. Aronson - mea@amclaw.com
Mark J Krone - mk@amclaw.com, crs@amclaw.com; amc@amclaw.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Mark McKane - mark.mckane@kirkland.com

11. *Jonathan M Hoff for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd*
*jonathan.hoff@cwt.com*
12. *Michael J Gomez for Int Pty Central Pacific Bank*
*mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com*
13. *Jeffrey W Broker for Cred Bond Safeguard Ins Co*
*jbroker@brokerlaw.biz*
14. *Kelly C Griffith for Cred Bond Safeguard Ins Co*
*bkemail@harrisbeach.com*
15. *Barry S Glaser for Cred County of Los Angeles*
*bglaser@swjlaw.com*
16. *Claude F Kolm for Cred County of Alameda Tax Collector*
*claude.kolm@acgov.org*
17. *Debra Riley for Int Pty City of Palmdale*
*driley@allenmatkins.com*
18. *Katherine C Piper for Int Pty New Anaverde LLC*
*kpiper@steptoe.com, smcloughlin@steptoe.com*
19. *Christian J Gascou for 3rd Party Pltf Arch Ins Co*
*cgascou@gascouhopkins.com*
20. *Joshua Taylor for New Anaverde LLC*
*jrtaylor@steptoe.com*
21. *Filiberto Agusti for New Anaverde LLC*
*fagusti@steptoe.com*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:242104.4 52063-001

## NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States Tstee and case Tstee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***[ENTERED] ORDER (A) APPROVING PLAN SOLICITATION, NOTICE, AND VOTING PROCEDURES AND (B) ESTABLISHING DEADLINES IN CONNECTION WITH SOLICITATION AND CONFIRMATION WITH RESPECT TO ALL PENDING PLANS*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 29, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

⊠ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Palmdale Hills Property, LLC (and its related entities)
2392 Morse Ave.
Irvine, CA 92614

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9021-1.1 NOTICE ENTERED ORDER

**I. SERVED BY NEF**

**8:08-bk-17206-ES Notice will be electronically mailed to:**

1. Selia M Acevedo for Atty Miller Barondess LLP
   sacevedo@millerbarondess.com,
   mpritikin@millerbarondess.com

2. Joseph M Adams for Def The City of San Juan Capistrano
   jadams@sycr.com

3. Raymond H Aver for Debtor Palmdale Hills Property, LLC
   ray@averlaw.com

4. James C Bastian for Cred ARB, Inc.
   jbastian@shbllp.com

5. Thomas Scott Belden for Def Zim Industries, Inc. dba Bakersfield Well & Pump
   sbelden@kleinlaw.com, ecf@kleinlaw.com

6. John A Boyd for Int Pty Oliphant Golf Inc
   fednotice@tclaw.net

7. Mark Bradshaw for Int Pty Courtesy NEF
   mbradshaw@shbllp.com

8. Gustavo E Bravo for Cred Oliphant Golf, Inc.
   gbravo@smaha.com

9. Jeffrey W Broker for Cred Bond Safeguard Ins Co
   jbroker@brokerlaw.biz

10. Brendt C Butler for Cred EMR Residential Properties LLC
    BButler@mandersonllp.com

11. Andrew W Caine for Cred Lehman ALI, Inc.
    acaine@pszyjw.com

12. Carollynn Callari for Cred Danske Bank A/S London Branch
    ccallari@venable.com

13. Cathrine M Castaldi for Cred SunCal Management, LLC
    ccastaldi@rusmiliband.com

14. Tara Castro Narayanan for Int Pty Courtesy NEF
    tara.narayanan@msrlegal.com,
    lisa.king@msrlegal.com

15. Dan E Chambers for Cred EMR Residential Properties LLC
    dchambers@jmbm.com

16. Shirley Cho for Cred Lehman ALI, Inc.
    scho@pszjlaw.com

17. Vonn Christenson for Int Pty Courtesy NEF
    vrc@paynefears.com

18. Brendan P Collins for Cred Gray1 CPB, LLC
    bpcollins@bhfs.com

19. Vincent M Coscino for Petitioning Cred CST Environmental Inc
    vcoscino@allenmatkins.com,
    emurdoch@allenmatkins.com

20. Paul J Couchot for Cred SCC Acquisitions, Inc.
    pcouchot@winthropcouchot.com,
    pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com

21. Jonathan S Dabbieri for Int Pty Courtesy NEF
    dabbieri@sullivan.com,

hill@sullivanhill.com;mcallister@sullivanhill.com;
stein@sullivanhill.com;vidovich@sullivanhill.com

22. Ana Damonte for Cred Top Grade Construction, Inc.
    ana.damonte@pillsburylaw.com

23. Vanessa S Davila for Cred Bond Safeguard Ins Co
    vsd@amclaw.com

24. Melissa Davis for Cred City of Orange
    mdavis@shbllp.com

25. Daniel Denny for Int Pty Courtesy NEF
    ddenny@gibsondunn.com

26. Caroline Djang for Cred Lehman ALI, Inc.
    crd@jmbm.com

27. Donald T Dunning for Cred Hertz Equipment Rental Corp
    ddunning@dunningLaw.com

28. Meredith R Edelman on behalf of Interested Party Courtesy NEF
    meredith.edelman@dlapiper.com

29. Joseph A Eisenberg for Cred Lehman ALI, Inc.
    jae@jmbm.com

30. Lei Lei Wang Ekvall for Atty Weiland Golden Smiley Wang Ekvall & Strok, LLP
    lekvall@wgllp.com

31. Richard W Esterkin for Debtor Palmdale Hills Property, LLC
    resterkin@morganlewis.com

32. Marc C Forsythe for Atty Robert Goe
    kmurphy@goeforlaw.com

33. Alan J Friedman for Atty Irell & Manella LLP
    afriedman@irell.com

34. Steven M Garber for Cred Park West Landscape, Inc
    steve@smgarberlaw.com

35. Christian J Gascou for 3rd Party Pltf Arch Ins Co
    cgascou@gascouhopkins.com

36. Barry S Glaser for Cred County of Los Angeles
    bglaser@swjlaw.com

37. Robert P Goe for Atty Robert Goe
    kmurphy@goeforlaw.com,
    rgoe@goeforlaw.com;mforsythe@goeforlaw.com

38. Eric D Goldberg for Int Pty Courtesy NEF
    egoldberg@stutman.com

39. Richard H Golubow for Debtor Palmdale Hills Property, LLC
    rgolubow@winthropcouchot.com,
    pj@winthropcouchot.com

40. Michael J Gomez for Int Pty Central Pacific Bank
    mgomez@frandzel.com,
    efiling@frandzel.com;sking@frandzel.com

41. Kelly C Griffith for Cred Bond Safeguard Ins Co
    bkemail@harrisbeach.com

42. Matthew Grimshaw for Int Pty City Of Torrance
    mgrimshaw@rutan.com

43. Kavita Gupta for Debtor Palmdale Hills Property, LLC
    kgupta@winthropcouchot.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9021-1.1.NOTICE.ENTERED.ORDER**

44. Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

45. Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

46. D Edward Hays for Cred Villa San Clemente, LLC
ehays@marshackhays.com

47. Michael C Heinrichs for Int Pty Courtesy NEF
mheinrichs@omm.com

48. Harry D. Hochman for Cred Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com

49. Jonathan M Hoff for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com

50. Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com

51. Michelle Hribar for Pltf EMR Residential Properties LLC
mhribar@rutan.com

52. John J Immordino for Cred Arch Ins Co.
john.immordino@wilsonelser.com,
raquel.burgess@wilsonelser.com

53. Lawrence A Jacobson for Cred BKF Engineers
laj@cohenandjacobson.com

54. Michael J Joyce for Int Pty Courtesy NEF
mjoyce@crosslaw.com

55. Stephen M Judson for Petitioning Cred The Professional Tree Care Co
sjudson@fablaw.com

56. Kaleb L Judy for Def Zim Industries, Inc. dba Bakersfield Well & Pump
ecf@kleinlaw.com, kjudy@kleinlaw.com

57. Steven J Kahn for Cred Lehman ALI, Inc.
skahn@pszyjw.com

58. Sheri Kanesaka for Cred California Bank & Trust
sheri.kanesaka@bryancave.com

59. David I Katzen for Int Pty Bethel Island Muni Imp District
katzen@ksfirm.com

60. Christopher W Keegan for Cred SC Master Holdings II LLC
ckeegan@kirkland.com,
gdupre@kirkland.com;alevin@kirkland.com

61. Payam Khodadadi for Debtor Palmdale Hills Property, LLC
pkhodadadi@winthropcouchot.com,
pj@winthropcouchot.com

62. Irene L Kiet for Cred BNB Engineering, Inc.
ikiet@hkclaw.com

63. Claude F Kolm for Cred County of Alameda Tax Collector
claude.kolm@acgov.org

64. Mark J Krone for Cred Bond Safeguard Ins Co
mk@amclaw.com,
crs@amclaw.com;amc@amclaw.com

65. David B Lally for Def Contracting Engineers, Inc.
davidlallylaw@gmail.com

66. Leib M Lerner for Cred Steiny and Co, Inc.
leib.lerner@alston.com

67. Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com,
pj@winthropcouchot.com

68. Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com

69. Kerri A Lyman for Atty Irell & Manella LLP
klyman@irell.com

70. Mariam S Marshall for Cred RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

71. Robert C Martinez for Cred TC Construction Co, Inc
rmartinez@mclex.com

72. Michael D May for Cred R.J. Noble Co.
mdmayesq@verizon.net

73. Hutchison B Meltzer for Cred Com Holding Unsecured Claims
hmeltzer@wgllp.com

74. Krikor J Meshefejian for Int Pty Courtesy NEF
kjm@lnbrb.com

75. Joel S. Miliband for Cred RBF CONSULTING
jmiliband@rusmiliband.com

76. James M Miller for Atty Miller Barondess LLP
jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;
smiller@millerbarondess.com;
mpritikin@millerbarondess.com

77. Louis R Miller for Pltf Palmdale Hills Property, LLC
smiller@millerbarondess.com

78. Craig Millet for Int Pty Doug Champion
cmillet@gibsondunn.com,
pcrawford@gibsondunn.com;cmillet@gibsondunn.com

79. Randall P Mroczynski for Def Bob McGrann Construction, Inc.
randym@cookseylaw.com

80. Mike D Neue for Atty The Lobel Firm, LLP
mneue@thelobelfirm.com,
jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

81. Robert Nida for Cred Kirk Negrete, Inc
Rnida@castlelawoffice.com

82. Henry H Oh for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd
henry.oh@dlapiper.com, janet.curley@dlapiper.com

83. Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

84. Scott H Olson for Cred Bethel Island Muni Improvement District
solson@seyfarth.com

85. Robert B Orgel for Cred Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com

86. Malhar S Pagay for Cred Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com

87. Daryl G Parker for Cred Lehman ALI, Inc.
dparker@pszjlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

**F 9021-1.1.NOTICE.ENTERED.ORDER**

88.  Penelope Parmes for Cred EMR Residential Properties
     LLC
     pparmes@rutan.com
89.  Robert J Pfister on behalf of Int Pty Courtesy NEF
     rpfister@ktbslaw.com
90.  Ronald B Pierce for Cred Griffith Co
     ronald.pierce@sdma.com
91.  Katherine C Piper for Int Pty New Anaverde LLC
     kpiper@steptoe.com, smcloughlin@steptoe.com
92.  Cassandra J Richey for Cred Patricia I Volkerts, as
     Trustee, et al
     cmartin@pprlaw.net
93.  James S Riley for Cred Sierra Liquidity Fund, LLC
     tgarza@sierrafunds.com
94.  Debra Riley for Int Pty City of Palmdale
     driley@allenmatkins.com
95.  Todd C. Ringstad for Int Pty Courtesy NEF
     becky@ringstadlaw.com
96.  R Grace Rodriguez for Def O&B Equipment, Inc.
     ecf@lorgr.com
97.  Martha E Romero for Cred California Taxing
     Authorities
     Romero@mromerolawfirm.com
98.  Ronald Rus for Cred SunCal Management, LLC
     rrus@rusmiliband.com
99.  John P Schafer for Cred LB/L-DUC III Bethel Island,
     LLC
     jschafer@mandersonllp.com
100. John E Schreiber for Def Fenway Capital, LLC
     jschreiber@dl.com
101. William D Schuster for Cred HD Supply Construction
     Supply LTD
     bills@allieschuster.org
102. Christopher P Simon for Int Pty Courtesy NEF
     csimon@crosslaw.com
103. Gerald N Sims for Int Pty Courtesy NEF
     jerrys@psdslaw.com, bonniec@psdslaw.com
104. Wendy W Smith for Cred Castaic Union School District
     wendy@bindermalter.com
105. Steven M Speier (TR)
     Sspeier@asrmanagement.com, ca85@ecfcbis.com
106. Steven M Speier for Trustee Steven Speier (TR)
     Sspeier@Squarmilner.com, ca85@ecfcbis.com
122.

107. Michael St James for Cred MBH Architects, Inc.
     ecf@stjames-law.com
108. Michael K Sugar for Off Committee of Unsecured Creds
     msugar@irell.com
109. Cathy Ta for Def Hi-Grade Material Co.
     cathy.ta@bbklaw.com,
     Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbkla
     w.com
110. David A Tilem for Def Southland Pipe Corp
     davidtilem@tilemlaw.com,
     malissamurguia@tilemlaw.com;
     dianachau@tilemlaw.com;kmishigian@tilemlaw.com
111. James E Till for Trustee Steven Speier (TR)
     jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;
     pnelson@thelobelfirm.com
112. United States Trustee (SA)
     ustpregion16.sa.ecf@usdoj.gov
113. Carol G Unruh for Cred Scott E. McDaniel
     cgunruh@sbcglobal.net
114. Annie Verdries for Cred WEC Corp
     verdries@lbbslaw.com
115. Jason Wallach for Def Professional Pipeline
     Contractors, Inc.
     jwallach@gladstonemichel.com
116. Joshua D Wayser for Other Professional D. E. Shaw &
     Co., L.P.
     kim.johnson@kattenlaw.com
117. Marc J Winthrop for Debtor Palmdale Hills Property,
     LLC
     mwinthrop@winthropcouchot.com,
     pj@winthropcouchot.com
118. David M Wiseblood for Cred Bethel Island Muni Imp
     District
     dwiseblood@seyfarth.com
119. Brett K Wiseman for Cred JF Shea Construction Inc
     bwiseman@aalaws.com
120. Dean A Ziehl for Counter-Def LV Pacific Point LLC
     dziehl@pszjlaw.com, dziehl@pszjlaw.com
121. Marc A. Zimmerman for Creditor Life Church of God in
     Christ
     joshuasdaddy@att.net

## III.  *TO BE* SERVED BY *LODGING PARTY* BY E-MAIL

*Please See Attached*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
    bcook@suncal.com
(3) Counsel for SunCal Management:
    Ronald Rus - rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
    Martin Pritikin - mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee:
    Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(7) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

(8) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(9) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(10) Counsel for Bond Safeguard & Lexon
    Mark E. Aronson – mea@amclaw.com
    Mark J Krone - mk@amclaw.com, crs@amclaw.com;
    amc@amclaw.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com;
lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Mark McKane - mark.mckane@kirkland.com

Ken Goddard, Operations Officer
Roddan Paolucci Roddan
kgoddard@roddanpaolucci.com

*John Gentillon*, C.E.O.
john@thelandstewards.com

*Deborah L. Lemanski*
Assistant to Frederick A. Berg, Esq. and
Barry J. Jensen, Esq.
*Kotz, Sangster, Wysocki and Berg, P.C.*
dlemanski@kotzsangster.com
bjensen@kotzsangster.com

Virginia Zareba, Sec'y to Darren G. Burge
Darren G. Burge
Cohen & Burge, LLP
vzareba@cohenburgelaw.com
dburge@cohenburgelaw.com

Brian Cartmell
Independent Construction Co.
bcartmell@indycc.com

Richard Rudolph
Law Offices of Richard B. Rudolph
RRudolph@Rudolph-Law.com

Michele Stubbs
Assistant to Arnold L. Veldkamp
*Superior Ready Mix Concrete, L.P.*
mstubbs@superiorrm.com

David Sanner
General Counsel-Litigation
Craig Realty Group
dsanner@craigrealtygroup.com

Attorney for Villa San Clemente, LLC
(a creditor of SunCal Marblehead, LLC)
David Sanner, General Counsel-Litigation
Craig Realty Group
dsanner@craigrealtygroup.com

Counsel to Kevin L. Crook Architect, Inc.; Halladay &
Mim Mack, Inc.
Crystal N Le, Clerk Supervisor
Murtaugh Meyer Nelson & Treglia, LLP
Crystal N. Le - cle@mmnt.com
Michelle R. Generaux – mgeneraux@mmnt.com

Counsel to Southern California Soil and Testing, Inc.
Justin G. Reden, Esq.
Reden & Reden
jreden@redenandreden.com
greden@redenandreden.com

Sharon Dyer
sdyer@5thgearadv.com

Interested Party In Oak Knoll
Ken Berrick, President / CEO
Seneca Center
ken@senecacenter.org
ken_berrick@senecacenter.org

Michael D. May
Attorney for R.J. Noble Co.
mdmayesq@verizon.net

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9021-1.1.NOTICE.ENTERED.ORDER**

Attorney for Oak Valley Partners
John Ohanian
Oak Valley Partners
johanian@ovplp.com

Counsel to Palm Springs Village-309, LLC
Ira Glasky, Vice President/General Counsel
Far West Industries
iglasky@farwestindustries.com

Represents Union Pacific
Mary Ann Kilgore
Email: MKILGORE@up.com

Paul C. Guerin, Principal Engineer
ENGEO Incorporated
Email: pguerin@engeo.com

Attorneys for Schilling Corporation, Andersen Concrete,
Butsko Utility Design and Trimax Systems
Scott A. Schaelen
Walters, Townsend & Schaelen, A PLC
Email: sas@wts-lawcom

Diane Norris, Controller
Southern California Soil & Testing, Inc.
Email: Dnorris@scst.com

Glen McIntire
Design Alliance
Email: artwork@designalliance3.net

Mark R. McGuire
Email: mrmcguirelaw@cox.net

Attorney for Creditor, Palm
Shannon C. Williams
Email: swilliams@rudolph-law.com

Marvin Benson, Esq.
Email: marv.benson@yahoo.com

Feffer Geological Consulting
Joshua R. Feffer
Email: josh@feffergeo.com

Counsel for Seneca Center
Sheldon Greene
sheldon7@pacbell.net

Attorneys for Bond Safeguard Insurance Co. and Lexon
Insurance Co.
Mark E. Aronson
Anderson, McPharlin & Conners, LLP
email: mea@amclaw.com

Attorneys for New Anaverde, LLC
Filiberto Agusti, Esq.
Joshua Taylor, Esq.
Steptoe & Johnson LLP
Email: fagusti@steptoe.com
        jrtaylor@steptoe.com

Attorneys for City of Oakland and
Oakland Redevelopment Agency
Lawrence A. Jacobson
Sean M. Jacobson
Cohen and Jacobson, LLP
Email: laj@cohenandjacobson.com
        sean@cohenandjacobson.com

**III.  *TO BE* SERVED BY *LODGING PARTY* BY U.S.
MAIL**

*Please See Attached*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                      **F 9021-1.1.NOTICE.ENTERED.ORDER**

Mr. C.F. Raysbrook
California Department of Fish and
Game
Streambed Alteration Team
4949 Viewridge Avenue
San Diego, CA  92123

Bob Hosea
California Department of Fish and Game,
Region 2
Attn.:  Streambed Alteration Agreement
Program
1701 Nimbus Road
Rancho Cordova, CA  95670
County Of Riverside Transportation And
Land Management Agency
4080 Lemon Street, 8th Floor
Riverside, CA  92501
Attn.:  Juan C. Perez, P.E., T.E.
         Director of Transportation

Mitchell Ogron
14 Old Lake Circle
Henderson, NV  89074

Rte 60, LLC
14 Old Lake Circle
Henderson, NV  89074
Attn:  Jim Stockhausen

Lee Ann Carranza, Preserve Manager
Center for Natural Lands Management
P.O. Box 2162
Capistrano Beach, CA  92624

U.S. Fish and Wildlife Service
Carlsbad Fish and Wildlife Office
6010 Hidden Valley Road
Carlsbad, CA  92009
Attn.:  Field Supervisor

Denise H. Hering, Esq.
Stradling, Yocca, Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660

[i]Stephen L. Millham
Anaverde LLC
c/o Empire Partners, Inc.
3536 Concours Street, Suite 300
Ontario, CA  91764

California Regional Water Quality
Control Board
Los Angeles Region
320 West 4th Street, Suite 200
Los Angeles, CA  90013

Ms. Leslie Gault
Placer County Water Agency
144 Ferguson Road
Auburn, CA  95604

County of Riverside
P.O. Box 1090
Riverside, CA  92502-1090
Attn.:  George Johnson

Church of God in Jesus Christ
3349 Rubidoux Blvd.
Riverside, CA  92509
Attn.:  Cecilia A. Bennett

Riverside County Economic Development
Agency
1153 Spruce Street, Suite B
Riverside, CA  92507
Attn.:  Tina English,  Deputy Executive
Director

U.S. Army Corps of Engineers
Los Angeles District
P.O. Box 532711
Los Angeles, CA  90053-2325
Attn.:  District Counsel

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA  92672
Attn.:  George Scarborough, City Manager

Mr. Sam Wyngaarden
Southern California Gas Company
One Liberty
Aliso Viejo, CA  92656-3830

Mr. Brian Veit
Farallon Capital Management, LLC
One Maritime Plaza, Suite 2100
San Francisco, CA  94111

Dr. Aaron Allen
U.S. Army Corps of Engineers
2151 Alessandro Drive, Suite 110
Ventura, CA  93301

Riverside County Flood Control and
Water   Conservation District
1995 Market St.
Riverside, CA  92501
Attn.:  Warren D. Williams
         General Manager & Chief
Engineer

Jurupa Area Recreation & Park District
4810 Pedley Rd.
Riverside, CA  92502
Attn.:  Dan Rodriguez, General Manager

Marjorie Ina and Jerry Ray Engelauf
5037 Riverside Drive
Riverside, CA  92509-6427

David R. Brunner, Executive Director
Center for Natural Lands Management
425 E. Alvarado St., Ste. H
Fallbrook, CA  92028-2960

California Department of Fish and Game
4949 Viewridge Avenue
San Diego, CA  92123
Attn.:  Regional Manager

Ron Lebs, Deputy Superintendent
Capistrano Unified School District
Business and Support Services
33122 Valle Road
San Juan Capistrano, CA  92675

Ms. Pinky Oliver
San Diego Gas & Electric
8330 Century Park Court, Room 31-C
San Diego, CA  92123

Mr. Justin Bowman, OSP Planning Mgr.
AT&T
739 E. Santa Clara St., Room 312A
Ventura, CA  93001

Ms. Deborah Schwenk
AT&T
6930 Van Nuys Blvd., Room 110
Van Nuys, CA  91405

Elma Watson, Assistant Planner
City of Lancaster
44933 Fern Avenue
Lancaster, CA  93534

Ms. Laurie Lile
City of Palmdale
38250 N. Sierra Highway
Palmdale, CA  93550-4798

Stephen H. Williams, City Manager
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA  93550-4798

Mr. Michael Mischel
City of Palmdale Engineering Department
38250 N. Sierra Highway
Palmdale, CA  93550-4798

Matthew Ditzhazy, City Attorney
Noel James Dorean, Deputy City
Attorney
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA  93550-4798

Tobi Tyler
California Regional Water Quality Control
Board
Lahontan Region
2501 Lake Tahoe Bouelvard
South Lake Tahoe, CA  96150

Ronnie Burtner
Los Angeles County Sanitation District
P.O. Box 4998
Whittier, CA  90607

Adam Ariki
Los Angeles County Waterworks District
No. 40, Antelope Valley
P.O. Box 1460
Alhambra, CA  91802-1406

Mr. Jay R. Olson
Southern California Edison
10180 Telegraph Road
Ventura, CA  93004

Bertram E. Williams
Southern California Edison
26100 Menifee Road
Romoland, CA  92585

City of Torrance
City Hall
3031 Torrance Blvd.
Torrance, CA  90503-2970
Attn.:  Jeffery W. Gibson,
          Community Development Director

City of Torrance
City Attorney's Office
3031 Torrance Blvd.
Torrance, CA 90503
Attn.:  John Fellows, City Attorney

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.:  Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.:  Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA  92223-0158

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA  92672
Attn.:  George Scarborough, City Manager

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.:  Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.:  Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA  92223-0158

City of Palmdale
Attn.:  Steve Williams, City Manager
          Matthew Ditzhazy, City Attorney
38300 N. Sierra Hwy.
Palmdale, CA  93550

John Sanabria
Acting Director of Dept. of Regional Planning
County of Los Angeles Dept. of Regional
Planning
1390 Hall of Records
320 West Temple Street
Los Angeles, CA  90012

Richard B Andrade on behalf of Creditor
JF Shea Construction Inc
Andrade & Associates
27101 Puerta Real Ste 120
Mission Viejo, CA 92691-8518

Tab L K Artis on behalf of Creditor
Desert Pipeline, Inc.
301 N Lake Ave 7th Fl
Pasadena, CA 91101

William R Baerg on behalf of Defendant
Samrod Corporation
Monteleone & McCrory LLP
725 S Figueroa St #3200
Los Angeles, CA 90017

Shaaron A Bangs on behalf of Defendant
Rockey Murata Landscaping, Inc.
Crawford & Bangs
1290 E Center Ct Dr
Covina, CA 91724

Miller Barondess LLP

,

Patricia D Barrett on behalf of Defendant
Ameripride Guard Services, Inc.
Law Office of Patricia D Barrett
846 W Foothill Blvd Ste M
Upland, CA 91786

William G Bissell on behalf of Creditor
Boudreau Pipeline Corporation
110 Newport Ctr Dr Ste 200
Newport Beach, CA 92660

William Bissell on behalf of Defendant
Boudreau Pipeline Corporation
110 Newport Center Dr Ste 200
Newport Beach, CA 92660

Christopher J Brantingham on behalf of
Defendant Pre-Con Products
Brice E Bryan & Assoc
23945 Calabasas Rd
Calabasas, CA 91302

Brian Construction Co Inc

,

John W Busby on behalf of Creditor
Marques Pipeline, Inc.
251 Lafayette Circle Ste 350
Lafayette, CA 94549

Wayne W Call on behalf of 3rd Pty
Defendant Bova Contracting Corporation
Call & Jensen
610 Newport Ctr Dr Ste 700
Newport Beach, CA 92660

Brent S Clemmer on behalf of Creditor
MSA Consulting, Inc.
Slovak Baron & Empey LLP
1800 E Tahquitz Cyn Wy
Palm Springs, CA 92262

Adrianna M Corrado on behalf of
Defendant Orange County Striping
Service, Inc.
Lanak & Hanna
400 N Tustin Ave Ste 120
Santa Ana, CA 92705-3815

Delta Coves Venture LLC
2392 Morse
Irvine, CA 92614

Donald B Devirian on behalf of
Defendant ALL AMERICAN ASPHALT
Devirian & Shinmoto
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064

Francis T Donohue on behalf of 3rd Pty
Defendant Chino Grading, Inc.
Voss, Cook & Thel LLP
895 Dove Street Suite 450
Newport Beach, CA 92660

Norman A. Filer on behalf of Creditor
Mesa Pacific Construction Inc.
500 N. State College Bl., #1270
Orange, CA 92868

Moses Green

,

Stanley Haren on behalf of Defendant
Sierra Cascade Construction, Inc.
Gill & Baldwin
130 N Baldwin Blvd #405
Glendale, CA 91203

William R Hart on behalf of Defendant
BNB Engineering, Inc.
Hart King & Coldren
200 Sandpointe Fourth Fl
Santa Ana, CA 92707

Andrew C Kienle on behalf of Defendant
BNB Engineering, Inc.
200 Sandpointe, 4th Fl
Santa Ana, CA 92707

LB/L SunCal Northlake LLC

,

LB/L SunCal Oak Valley LLC

,

Vivian Le on behalf of Creditor WEC
Corporation
Gary R King & Associates
30950 Rancho Viejo Rd Ste 155
San Juan Capistrano, CA 92675

Wayne Lee
468 Jade Tree Drive
Monterey Park, CA 91754

Manhard Consulting Inc

,

Mark E McKane on behalf of Creditor SC
Master Holdings II LLC
Kirkland & Ellis LLP
555 California St
San Francisco, CA 94104

Louis R Miller
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

Louis R Miller on behalf of Counter-
Defendant SJD Development Corp.
2121 Avenue Of The Stars, 18th Fl
Los Angeles, CA 90067

Louis R Miller on behalf of Debtor
Palmdale Hills Property, LLC
Miller Barondess LLP
1999 Avenue of the Stars
Ste 1000
Los Angeles, CA 90067

Gerald W Mouzis on behalf of Creditor
Hillcrest Contracting, Inc.
The Mouzis Law Firm APC
13681 Newport Ave Ste 8-605
Tustin, CA 92680

Howard S Nevins on behalf of Creditor
Williams+Paddon Architects+Planners,
Inc.
2150 River Plaza Dr Ste 450
Sacramento, CA 95833

Sean A O'Keefe on behalf of Plaintiff
Palmdale Hills Property, LLC
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

Sean A O'Keefe on behalf of Plaintiff
SJD Partners, Ltd.
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

Martin Pritikin on behalf of Debtor
Palmdale Hills Property, LLC
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

,

Thomas A Pistone on behalf of
Defendant Developer's Research, Inc.
Pistone & Wolder, LLP
2020 Main Street Suite 900
Irvine, CA 92614

SQUAR, MILNER, MIRANDA &
WILLIAMSON, LLP
4100 Newport Place, Third Floor
Newport Beach, CA 92660

J Patrick Ragan on behalf of 3rd Pty
Defendant Sierra Pacific Electrical
Contracting
1881 S Business Center Dr Suite 7b
San Bernardino, CA 92408

Regal Development LLC
c/o Benjamin M Weiss
12770 High Bluff Dr
Ste 160
San Diego, CA 92130

Laurie A Shade on behalf of Creditor
Orange County Tax Collector
333 W Santa Ana Blvd Ste 407
PO Box 1379
Santa Ana, CA 92702-1379

David Sandoval

,

Raymond D Scott on behalf of Defendant
Kip Incorporated
1835 W Orangewood Ave Ste 255
Orange, CA 92868

Kimberly A Soyer on behalf of Defendant
Marques Pipeline, Inc.
251 Lafayette Cir, Ste 350
Lafayette, CA 94549

Gene H Shioda on behalf of Defendant
Rockey Murata Landscaping, Inc.
Law Office of Gene H Shioda
5757 West Century Blvd Ste 700
Los Angeles, CA 90045

Edward Soto on behalf of Plaintiff
Lehman ALI, Inc.
1395 Brickell Ave Ste 1200
Miami, FL 33131

SunCal Heartland LLC
2392 Morse
Irvine, CA 92614

Joseph L Strohman on behalf of Creditor
SME Construction, Inc
Ferguson Case Orr Paterson LLP
1050 S Kimball Rd
Ventura, CA 93004

SunCal Century City LLC
2392 Morse
Irvine, CA 92614

SunCal PSV LLC
2392 Morse
Irvine, CA 92614

SunCal Marblehead LLC
2392 Morse
Irvine, CA 92614

SunCal Oak Knoll LLC

,

Theresa C Tate on behalf of Defendant
Chino Grading, Inc.
Crawford & Bangs LLP
1290 E Center Crt Dr
Covina, CA 91724

SunCal Torrance Properties LLC
2392 Morse
Irvine, CA 92614

Dina Tasini
Tasini and Associates
2126 Grant St
Berkeley, CA 94703

Douglas F Welebir on behalf of Creditor
Nancy and John Probst
Welebir Tierney & Weck
2068 Orange Tree Ln Ste 215
Redlands, CA 92374

DOCS_LA:242104.4 52063-001

Robert S Throckmorton on behalf of Creditor
Paula Cunningham
Throckmorton, Beckstrom & Tomassian, LLP
2 Corporate Park, Ste 210
Irvine, CA 92606-5115

Elizabeth A Walters on behalf of Creditor
Andersen Concrete Inc
3365 Seventh Ave
San Diego, CA 92103

Attorneys for Arch Insurance Company
(objector)
T. Scott Leo / Michael J. Dudek
LEO & WEBER, P.C.
1 North LaSalle Street, Suite 3600
Chicago, Illinois 60602