Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910 / Facsimile: 310/201-0760

Edward Soto (admitted *pro hac vice*)
Alfredo R. Perez (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000 / Facsimile: (212) 310-8007

Attorneys for Lehman Commercial Paper Inc., Lehman ALI, Inc., Northlake Holdings LLC and OVC Holdings LLC

William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, California 92660
Telephone: (949) 999-2860 / Facsimile: (949) 999-2870

General Insolvency Counsel for Steven M. Speier, the Chapter 11 Trustee for the Trustee Debtors

**FILED & ENTERED**

**AUG 01 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br><br>      Jointly Administered Debtors and Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered With Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES<br>Chapter 11<br><br>**ORDER APPROVING *FIRST AMENDED* DISCLOSURE STATEMENT WITH RESPECT TO *THIRD AMENDED* JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE** |

DOCS_LA:241882.4 52063-001

|   |   |
|---|---|
| ☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☒ LB-L-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LB-L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance, LLC<br>☒ SunCal Oak Knoll, LLC | **DEBTORS PROPOSED BY THE TRUSTEE AND LEHMAN CREDITORS**<br><br>**Hearing:**<br>Date:  July 22, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 5A |

On July 22, 2011 at 10:00 a.m. came on for continued hearing (the "Hearing") before this Court consideration of the adequacy of the disclosure statement filed with respect to the plan for eight Trustee Debtors[1] proposed by the Trustee[2] and the Lehman Creditors[3] (the "Proponents"). Objections thereto and responses to such objections were filed prior to the Hearing and the last prior revised version of such disclosure statement and its related plan both had been filed July 15, 2011.

At the Hearing, the Proponents indicated that conforming changes would be made to the disclosure statement to reflect that, on July 21, 2011, a plan condition was satisfied.

On July 29, 2011, the Proponents filed the:

(1) *First Amended* Disclosure Statement With Respect to *Third Amended* Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Lehman Creditors (the "Disclosure Statement") [Docket #2446], containing the above indicated changes and eliminating notations indicating that the disclosure statement had not yet been approved; and

(2) *Notice of Lehman Creditors and Trustee of Blackline Exhibits Reflecting Minor Changes to Disclosure Statements Supporting Third Amended Lehman/Trustee Plans* [Docket #2448], reflecting changes in the Disclosure Statement from the version filed July 15, 2011.

---

[1] The "Trustee Debtors" in these cases are those for which a chapter 11 trustee was appointed and are as follows: SunCal Heartland, LLC (Case No. 8:08-17407-ES); LB-L-SunCal Northlake, LLC (Case No. 8:08-17408-ES); SunCal Marblehead, LLC (Case No. 8:08-17409-ES); SunCal Century City, LLC (Case No. 8:08-17458-ES); SunCal PSV, LLC (Case No. 8:08-17465-ES); Delta Coves Venture, LLC (Case No. 8:08-17470-ES); SunCal Torrance, LLC (Case No. 8:08-17472-ES); LB-L SunCal Oak Valley LLC (Case No. 8:08-17404-ES); and SunCal Oak Knoll, LLC (Case No. 8:08-17588-ES). The subject plan affects all of the Trustee Debtors except SunCal Century City.

[2] The "Trustee" is Steven M. Speier, the chapter 11 trustee for the Trustee Debtors.

[3] The "Leman Creditors" are Lehman Commercial Paper, Inc., Lehman ALI, Inc., Northlake Holdings, LLC, and OVC Holdings, LLC.

Having considered the Disclosure Statement, the objections and responses filed with respect thereto, any evidence or argument at the Hearing, the record in these cases, and adequate notice having been given and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT** the Disclosure Statement is approved, contains "adequate information" as required by 11 U.S.C. § 1125(a) and all remaining objections to the Disclosure Statement are overruled.

# # #



DATED: August 1, 2011

United States Bankruptcy Judge

DOCS_LA:241882.4 52063-001

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT WITH RESPECT TO THIRD AMENDED JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND LEHMAN CREDITORS* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ____July 29, 2011____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

**By U.S. Mail**
Attorneys for Arch Insurance Company (objector)
T. Scott Leo / Michael J. Dudek
LEO & WEBER, P.C.
1 North LaSalle Street, Suite 3600
Chicago, Illinois 60602

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____August 1, 2011____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 29, 2011 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**III. SERVED BY EMAIL**

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
    bcook@suncal.com
(3) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee:
    Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(7) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

(8) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(9) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(10) Counsel for Bond Safeguard & Lexon
    Mark E. Aronson – mea@amclaw.com
    Mark J Krone - mk@amclaw.com, crs@amclaw.com; amc@amclaw.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Mark McKane - mark.mckane@kirkland.com

11. *Jonathan M Hoff for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd*
    *jonathan.hoff@cwt.com*
12. *Michael J Gomez for Int Pty Central Pacific Bank*
    *mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com*
13. *Jeffrey W Broker for Cred Bond Safeguard Ins Co*
    *jbroker@brokerlaw.biz*
14. *Kelly C Griffith for Cred Bond Safeguard Ins Co*
    *bkemail@harrisbeach.com*
15. *Barry S Glaser for Cred County of Los Angeles*
    *bglaser@swjlaw.com*
16. *Claude F Kolm for Cred County of Alameda Tax Collector*
    *claude.kolm@acgov.org*
17. *Debra Riley for Int Pty City of Palmdale*
    *driley@allenmatkins.com*
18. *Katherine C Piper for Int Pty New Anaverde LLC*
    *kpiper@steptoe.com, smcloughlin@steptoe.com*
19. *Christian J Gascou for 3rd Party Pltf Arch Ins Co*
    *cgascou@gascouhopkins.com*
20. *Joshua Taylor for New Anaverde LLC*
    *jrtaylor@steptoe.com*
21. *Filiberto Agusti for New Anaverde LLC*
    *fagusti@steptoe.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:242104.4 52063-001

**NOTE TO USERS OF THIS FORM**:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States Tstee and case Tstee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *[ENTERED] ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT WITH RESPECT TO THIRD AMENDED JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND LEHMAN CREDITORS* was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 29, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Palmdale Hills Property, LLC (and its related entities)
2392 Morse Ave.
Irvine, CA 92614

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                        F 9021-1.1.NOTICE.ENTERED.ORDER

**I.  SERVED BY NEF**

**8:08-bk-17206-ES Notice will be electronically mailed to:**

1.  Selia M Acevedo for Atty Miller Barondess LLP
    sacevedo@millerbarondess.com,
    mpritikin@millerbarondess.com
2.  Joseph M Adams for Def The City of San Juan Capistrano
    jadams@sycr.com
3.  Raymond H Aver for Debtor Palmdale Hills Property, LLC
    ray@averlaw.com
4.  James C Bastian for Cred ARB, Inc.
    jbastian@shbllp.com
5.  Thomas Scott Belden for Def Zim Industries, Inc. dba Bakersfield Well & Pump
    sbelden@kleinlaw.com, ecf@kleinlaw.com
6.  John A Boyd for Int Pty Oliphant Golf Inc
    fednotice@tclaw.net
7.  Mark Bradshaw for Int Pty Courtesy NEF
    mbradshaw@shbllp.com
8.  Gustavo E Bravo for Cred Oliphant Golf, Inc.
    gbravo@smaha.com
9.  Jeffrey W Broker for Cred Bond Safeguard Ins Co
    jbroker@brokerlaw.biz
10. Brendt C Butler for Cred EMR Residential Properties LLC
    BButler@mandersonllp.com
11. Andrew W Caine for Cred Lehman ALI, Inc.
    acaine@pszyjw.com
12. Carollynn Callari for Cred Danske Bank A/S London Branch
    ccallari@venable.com
13. Cathrine M Castaldi for Cred SunCal Management, LLC
    ccastaldi@rusmiliband.com
14. Tara Castro Narayanan for Int Pty Courtesy NEF
    tara.narayanan@msrlegal.com,
    lisa.king@msrlegal.com
15. Dan E Chambers for Cred EMR Residential Properties LLC
    dchambers@jmbm.com
16. Shirley Cho for Cred Lehman ALI, Inc.
    scho@pszjlaw.com
17. Vonn Christenson for Int Pty Courtesy NEF
    vrc@paynefears.com
18. Brendan P Collins for Cred Gray1 CPB, LLC
    bpcollins@bhfs.com
19. Vincent M Coscino for Petitioning Cred CST Environmental Inc
    vcoscino@allenmatkins.com,
    emurdoch@allenmatkins.com
20. Paul J Couchot for Cred SCC Acquisitions, Inc.
    pcouchot@winthropcouchot.com,
    pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
21. Jonathan S Dabbieri for Int Pty Courtesy NEF
    dabbieri@sullivan.com,
    hill@sullivanhill.com;mcallister@sullivanhill.com;
    stein@sullivanhill.com;vidovich@sullivanhill.com
22. Ana Damonte for Cred Top Grade Construction, Inc.
    ana.damonte@pillsburylaw.com
23. Vanessa S Davila for Cred Bond Safeguard Ins Co
    vsd@amclaw.com
24. Melissa Davis for Cred City of Orange
    mdavis@shbllp.com
25. Daniel Denny for Int Pty Courtesy NEF
    ddenny@gibsondunn.com
26. Caroline Djang for Cred Lehman ALI, Inc.
    crd@jmbm.com
27. Donald T Dunning for Cred Hertz Equipment Rental Corp
    ddunning@dunningLaw.com
28. Meredith R Edelman on behalf of Interested Party Courtesy NEF
    meredith.edelman@dlapiper.com
29. Joseph A Eisenberg for Cred Lehman ALI, Inc.
    jae@jmbm.com
30. Lei Lei Wang Ekvall for Atty Weiland Golden Smiley Wang
    Ekvall & Strok, LLP
    lekvall@wgllp.com
31. Richard W Esterkin for Debtor Palmdale Hills Property, LLC
    resterkin@morganlewis.com
32. Marc C Forsythe for Atty Robert Goe
    kmurphy@goeforlaw.com
33. Alan J Friedman for Atty Irell & Manella LLP
    afriedman@irell.com
34. Steven M Garber for Cred Park West Landscape, Inc
    steve@smgarberlaw.com
35. Christian J Gascou for 3rd Party Pltf Arch Ins Co
    cgascou@gascouhopkins.com
36. Barry S Glaser for Cred County of Los Angeles
    bglaser@swjlaw.com
37. Robert P Goe for Atty Robert Goe
    kmurphy@goeforlaw.com,
    rgoe@goeforlaw.com;mforsythe@goeforlaw.com
38. Eric D Goldberg for Int Pty Courtesy NEF
    egoldberg@stutman.com
39. Richard H Golubow for Debtor Palmdale Hills Property, LLC
    rgolubow@winthropcouchot.com,
    pj@winthropcouchot.com
40. Michael J Gomez for Int Pty Central Pacific Bank
    mgomez@frandzel.com,
    efiling@frandzel.com;sking@frandzel.com
41. Kelly C Griffith for Cred Bond Safeguard Ins Co
    bkemail@harrisbeach.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9021-1.1.NOTICE.ENTERED.ORDER**

42. Matthew Grimshaw for Int Pty City Of Torrance
    mgrimshaw@rutan.com
43. Kavita Gupta for Debtor Palmdale Hills Property, LLC
    kgupta@winthropcouchot.com
44. Asa S Hami for Debtor Palmdale Hills Property, LLC
    ahami@morganlewis.com
45. Michael J Hauser for U.S. Trustee United States Trustee (SA)
    michael.hauser@usdoj.gov
46. D Edward Hays for Cred Villa San Clemente, LLC
    ehays@marshackhays.com
47. Michael C Heinrichs for Int Pty Courtesy NEF
    mheinrichs@omm.com
48. Harry D. Hochman for Cred Lehman ALI, Inc.
    hhochman@pszjlaw.com, hhochman@pszjlaw.com
49. Jonathan M Hoff for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd
    jonathan.hoff@cwt.com
50. Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
    nhotchkiss@trainorfairbrook.com
51. Michelle Hribar for Pltf EMR Residential Properties LLC
    mhribar@rutan.com
52. John J Immordino for Cred Arch Ins Co.
    john.immordino@wilsonelser.com,
    raquel.burgess@wilsonelser.com
53. Lawrence A Jacobson for Cred BKF Engineers
    laj@cohenandjacobson.com
54. Michael J Joyce for Int Pty Courtesy NEF
    mjoyce@crosslaw.com
55. Stephen M Judson for Petitioning Cred The Professional Tree Care Co
    sjudson@fablaw.com
56. Kaleb L Judy for Def Zim Industries, Inc. dba Bakersfield Well & Pump
    ecf@kleinlaw.com, kjudy@kleinlaw.com
57. Steven J Kahn for Cred Lehman ALI, Inc.
    skahn@pszyjw.com
58. Sheri Kanesaka for Cred California Bank & Trust
    sheri.kanesaka@bryancave.com
59. David I Katzen for Int Pty Bethel Island Muni Imp District
    katzen@ksfirm.com
60. Christopher W Keegan for Cred SC Master Holdings II LLC
    ckeegan@kirkland.com,
    gdupre@kirkland.com;alevin@kirkland.com
61. Payam Khodadadi for Debtor Palmdale Hills Property, LLC
    pkhodadadi@winthropcouchot.com,
    pj@winthropcouchot.com
62. Irene L Kiet for Cred BNB Engineering, Inc.
    ikiet@hkclaw.com
63. Claude F Kolm for Cred County of Alameda Tax Collector
    claude.kolm@acgov.org
64. Mark J Krone for Cred Bond Safeguard Ins Co
    mk@amclaw.com,
    crs@amclaw.com;amc@amclaw.com
65. David B Lally for Def Contracting Engineers, Inc.
    davidlallylaw@gmail.com
66. Leib M Lerner for Cred Steiny and Co, Inc.
    leib.lerner@alston.com
67. Peter W Lianides for Debtor Palmdale Hills Property, LLC
    plianides@winthropcouchot.com,
    pj@winthropcouchot.com
68. Charles Liu for Debtor Palmdale Hills Property, LLC
    cliu@winthropcouchot.com
69. Kerri A Lyman for Atty Irell & Manella LLP
    klyman@irell.com
70. Mariam S Marshall for Cred RGA Environmental, Inc.
    mmarshall@marshallramoslaw.com
71. Robert C Martinez for Cred TC Construction Co, Inc
    rmartinez@mclex.com
72. Michael D May for Cred R.J. Noble Co.
    mdmayesq@verizon.net
73. Hutchison B Meltzer for Cred Com Holding Unsecured Claims
    hmeltzer@wgllp.com
74. Krikor J Meshefejian for Int Pty Courtesy NEF
    kjm@lnbrb.com
75. Joel S. Miliband for Cred RBF CONSULTING
    jmiliband@rusmiliband.com
76. James M Miller for Atty Miller Barondess LLP
    jmiller@millerbarondess.com,
    vgunderson@millerbarondess.com;
    smiller@millerbarondess.com;
    mpritikin@millerbarondess.com
77. Louis R Miller for Pltf Palmdale Hills Property, LLC
    smiller@millerbarondess.com
78. Craig Millet for Int Pty Doug Champion
    cmillet@gibsondunn.com,
    pcrawford@gibsondunn.com;cmillet@gibsondunn.com
79. Randall P Mroczynski for Def Bob McGrann Construction, Inc.
    randym@cookseylaw.com
80. Mike D Neue for Atty The Lobel Firm, LLP
    mneue@thelobelfirm.com,
    jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
81. Robert Nida for Cred Kirk Negrete, Inc
    Rnida@castlelawoffice.com
82. Henry H Oh for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd
    henry.oh@dlapiper.com, janet.curley@dlapiper.com
83. Sean A Okeefe for Debtor Palmdale Hills Property, LLC
    sokeefe@okeefelc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9021-1.1.NOTICE.ENTERED.ORDER

84. Scott H Olson for Cred Bethel Island Muni Improvement District
    solson@seyfarth.com
85. Robert B Orgel for Cred Lehman ALI, Inc.
    rorgel@pszjlaw.com, rorgel@pszjlaw.com
86. Malhar S Pagay for Cred Lehman ALI, Inc.
    mpagay@pszjlaw.com, mpagay@pszjlaw.com
87. Daryl G Parker for Cred Lehman ALI, Inc.
    dparker@pszjlaw.com
88. Penelope Parmes for Cred EMR Residential Properties LLC
    pparmes@rutan.com
89. Robert J Pfister on behalf of Int Pty Courtesy NEF
    rpfister@ktbslaw.com
90. Ronald B Pierce for Cred Griffith Co
    ronald.pierce@sdma.com
91. Katherine C Piper for Int Pty New Anaverde LLC
    kpiper@steptoe.com, smcloughlin@steptoe.com
92. Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al
    cmartin@pprlaw.net
93. James S Riley for Cred Sierra Liquidity Fund, LLC
    tgarza@sierrafunds.com
94. Debra Riley for Int Pty City of Palmdale
    driley@allenmatkins.com
95. Todd C. Ringstad for Int Pty Courtesy NEF
    becky@ringstadlaw.com
96. R Grace Rodriguez for Def O&B Equipment, Inc.
    ecf@lorgr.com
97. Martha E Romero for Cred California Taxing Authorities
    Romero@mromerolawfirm.com
98. Ronald Rus for Cred SunCal Management, LLC
    rrus@rusmiliband.com
99. John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
    jschafer@mandersonllp.com
100. John E Schreiber for Def Fenway Capital, LLC
    jschreiber@dl.com
101. William D Schuster for Cred HD Supply Construction Supply LTD
    bills@allieschuster.org
102. Christopher P Simon for Int Pty Courtesy NEF
    csimon@crosslaw.com
103. Gerald N Sims for Int Pty Courtesy NEF
    jerrys@psdslaw.com, bonniec@psdslaw.com
104. Wendy W Smith for Cred Castaic Union School District
    wendy@bindermalter.com
105. Steven M Speier (TR)
    Sspeier@asrmanagement.com, ca85@ecfcbis.com
106. Steven M Speier for Trustee Steven Speier (TR)
    Sspeier@Squarmilner.com, ca85@ecfcbis.com
107. Michael St James for Cred MBH Architects, Inc.
    ecf@stjames-law.com
108. Michael K Sugar for Off Committee of Unsecured Creds
    msugar@irell.com
109. Cathy Ta for Def Hi-Grade Material Co.
    cathy.ta@bbklaw.com,
    Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
110. David A Tilem for Def Southland Pipe Corp
    davidtilem@tilemlaw.com,
    malissamurguia@tilemlaw.com;
    dianachau@tilemlaw.com;kmishigian@tilemlaw.com
111. James E Till for Trustee Steven Speier (TR)
    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com; pnelson@thelobelfirm.com
112. United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov
113. Carol G Unruh for Cred Scott E. McDaniel
    cgunruh@sbcglobal.net
114. Annie Verdries for Cred WEC Corp
    verdries@lbbslaw.com
115. Jason Wallach for Def Professional Pipeline Contractors, Inc.
    jwallach@gladstonemichel.com
116. Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
    kim.johnson@kattenlaw.com
117. Marc J Winthrop for Debtor Palmdale Hills Property, LLC
    mwinthrop@winthropcouchot.com,
    pj@winthropcouchot.com
118. David M Wiseblood for Cred Bethel Island Muni Imp District
    dwiseblood@seyfarth.com
119. Brett K Wiseman for Cred JF Shea Construction Inc
    bwiseman@aalaws.com
120. Dean A Ziehl for Counter-Def LV Pacific Point LLC
    dziehl@pszjlaw.com, dziehl@pszjlaw.com
121. Marc A. Zimmerman for Creditor Life Church of God in Christ
    joshuasdaddy@att.net

122.

**III. TO BE SERVED BY LODGING PARTY BY E-MAIL**

*Please See Attached*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                    **F 9021-1.1.NOTICE.ENTERED.ORDER**

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
    bcook@suncal.com
(3) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
    Martin Pritikin - mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee:
    Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(7) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

(8) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(9) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(10) Counsel for Bond Safeguard & Lexon
    Mark E. Aronson – mea@amclaw.com
    Mark J Krone - mk@amclaw.com, crs@amclaw.com; amc@amclaw.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Mark McKane - mark.mckane@kirkland.com

---

Ken Goddard, Operations Officer
Roddan Paolucci Roddan
kgoddard@roddanpaolucci.com

*John Gentillon,* C.E.O.
john@thelandstewards.com

*Deborah L. Lemanski*
Assistant to Frederick A. Berg, Esq. and
Barry J. Jensen, Esq.
*Kotz, Sangster, Wysocki and Berg, P.C.*
dlemanski@kotzsangster.com
bjensen@kotzsangster.com

Virginia Zareba, Sec'y to Darren G. Burge
Darren G. Burge
Cohen & Burge, LLP
vzareba@cohenburgelaw.com
dburge@cohenburgelaw.com

Brian Cartmell
Independent Construction Co.
bcartmell@indycc.com

Richard Rudolph
Law Offices of Richard B. Rudolph
RRudolph@Rudolph-Law.com

Michele Stubbs
Assistant to Arnold L. Veldkamp
*Superior Ready Mix Concrete, L.P.*
mstubbs@superiorrm.com

David Sanner
General Counsel-Litigation
Craig Realty Group
dsanner@craigrealtygroup.com

Attorney for Villa San Clemente, LLC
(a creditor of SunCal Marblehead, LLC)
David Sanner, General Counsel-Litigation
Craig Realty Group
dsanner@craigrealtygroup.com

Counsel to Kevin L. Crook Architect, Inc.; Halladay & Mim Mack, Inc.
Crystal N Le, Clerk Supervisor
Murtaugh Meyer Nelson & Treglia, LLP
Crystal N. Le – cle@mmnt.com
Michelle R. Generaux – mgeneraux@mmnt.com

Counsel to Southern California Soil and Testing, Inc.
Justin G. Reden, Esq.
Reden & Reden
jreden@redenandreden.com
greden@redenandreden.com

Sharon Dyer
sdyer@5thgearadv.com

Interested Party In Oak Knoll
Ken Berrick, President / CEO
Seneca Center
ken@senecacenter.org
ken_berrick@senecacenter.org

Michael D. May
Attorney for R.J. Noble Co.
mdmayesq@verizon.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9021-1.1.NOTICE.ENTERED.ORDER**

Attorney for Oak Valley Partners
John Ohanian
Oak Valley Partners
johanian@ovplp.com

Counsel to Palm Springs Village-309, LLC
Ira Glasky, Vice President/General Counsel
Far West Industries
iglasky@farwestindustries.com

Represents Union Pacific
Mary Ann Kilgore
Email:  MKILGORE@up.com

Paul C. Guerin, Principal Engineer
ENGEO Incorporated
Email:  pguerin@engeo.com

Attorneys for Schilling Corporation, Andersen Concrete, Butsko Utility Design and Trimax Systems
Scott A. Schaelen
Walters, Townsend & Schaelen, A PLC
Email:  sas@wts-lawcom

Diane Norris, Controller
Southern California Soil & Testing, Inc.
Email:  Dnorris@scst.com

Glen McIntire
Design Alliance
Email:  artwork@designalliance3.net

Mark R. McGuire
Email:  mrmcguirelaw@cox.net

Attorney for Creditor, Palm
Shannon C. Williams
Email:  swilliams@rudolph-law.com

Marvin Benson, Esq.
Email:  marv.benson@yahoo.com

Feffer Geological Consulting
Joshua R. Feffer
Email:  josh@feffergeo.com

Counsel for Seneca Center
Sheldon Greene
sheldon7@pacbell.net

Attorneys for Bond Safeguard Insurance Co. and Lexon Insurance Co.
Mark E. Aronson
Anderson, McPharlin & Conners, LLP
email: mea@amclaw.com

Attorneys for New Anaverde, LLC
Filiberto Agusti, Esq.
Joshua Taylor, Esq.
Steptoe & Johnson LLP
Email:  fagusti@steptoe.com
            jrtaylor@steptoe.com

Attorneys for City of Oakland and Oakland Redevelopment Agency
Lawrence A. Jacobson
Sean M. Jacobson
Cohen and Jacobson, LLP
Email:  laj@cohenandjacobson.com
            sean@cohenandjacobson.com

**III.  *TO BE* SERVED BY *LODGING PARTY* BY U.S. MAIL**

*Please See Attached*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

Mr. C.F. Raysbrook
California Department of Fish and Game
Streambed Alteration Team
4949 Viewridge Avenue
San Diego, CA  92123

Bob Hosea
California Department of Fish and Game, Region 2
Attn.:  Streambed Alteration Agreement Program
1701 Nimbus Road
Rancho Cordova, CA  95670

County Of Riverside Transportation And Land Management Agency
4080 Lemon Street, 8th Floor
Riverside, CA  92501
Attn.:  Juan C. Perez, P.E., T.E.
         Director of Transportation


Mitchell Ogron
14 Old Lake Circle
Henderson, NV  89074


Rte 60, LLC
14 Old Lake Circle
Henderson, NV  89074
Attn: Jim Stockhausen

         Lee Ann Carranza, Preserve Manager
Center for Natural Lands Management
P.O. Box 2162
Capistrano Beach, CA  92624

U.S. Fish and Wildlife Service
Carlsbad Fish and Wildlife Office
6010 Hidden Valley Road
Carlsbad, CA  92009
Attn.:  Field Supervisor


Denise H. Hering, Esq.
Stradling, Yocca, Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660


[i]Stephen L. Millham
Anaverde LLC
c/o Empire Partners, Inc.
3536 Concours Street, Suite 300
Ontario, CA  91764

California Regional Water Quality Control Board
Los Angeles Region
320 West 4th Street, Suite 200
Los Angeles, CA  90013


Ms. Leslie Gault
Placer County Water Agency
144 Ferguson Road
Auburn, CA  95604



County of Riverside
P.O. Box 1090
Riverside, CA  92502-1090
Attn.:  George Johnson



Church of God in Jesus Christ
3349 Rubidoux Blvd.
Riverside, CA  92509
Attn.:  Cecilia A. Bennett



Riverside County Economic Development Agency
1153 Spruce Street, Suite B
Riverside, CA  92507
Attn.:  Tina English,  Deputy Executive Director

U.S. Army Corps of Engineers
Los Angeles District
P.O. Box 532711
Los Angeles, CA  90053-2325
Attn.:  District Counsel


City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA  92672
Attn.:  George Scarborough, City Manager


Mr. Sam Wyngaarden
Southern California Gas Company
One Liberty
Aliso Viejo, CA  92656-3830


Mr. Brian Veit
Farallon Capital Management, LLC
One Maritime Plaza, Suite 2100
San Francisco, CA  94111

Dr. Aaron Allen
U.S. Army Corps of Engineers
2151 Alessandro Drive, Suite 110
Ventura, CA  93301

Riverside County Flood Control and Water   Conservation District
1995 Market St.
Riverside, CA  92501
Attn.:  Warren D. Williams
         General Manager & Chief Engineer

Jurupa Area Recreation & Park District
4810 Pedley Rd.
Riverside, CA  92502
Attn.:  Dan Rodriguez, General Manager



Marjorie Ina and Jerry Ray Engelauf
5037 Riverside Drive
Riverside, CA  92509-6427



David R. Brunner, Executive Director
Center for Natural Lands Management
425 E. Alvarado St., Ste. H
Fallbrook, CA  92028-2960


California Department of Fish and Game
4949 Viewridge Avenue
San Diego, CA  92123
Attn.:  Regional Manager


Ron Lebs, Deputy Superintendent
Capistrano Unified School District
Business and Support Services
33122 Valle Road
San Juan Capistrano, CA  92675


Ms. Pinky Oliver
San Diego Gas & Electric
8330 Century Park Court, Room 31-C
San Diego, CA  92123


Mr. Justin Bowman, OSP Planning Mgr.
AT&T
739 E. Santa Clara St., Room 312A
Ventura, CA  93001

Ms. Deborah Schwenk
AT&T
6930 Van Nuys Blvd., Room 110
Van Nuys, CA 91405

Elma Watson, Assistant Planner
City of Lancaster
44933 Fern Avenue
Lancaster, CA 93534

Ms. Laurie Lile
City of Palmdale
38250 N. Sierra Highway
Palmdale, CA 93550-4798

Stephen H. Williams, City Manager
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA 93550-4798

Mr. Michael Mischel
City of Palmdale Engineering Department
38250 N. Sierra Highway
Palmdale, CA 93550-4798

Matthew Ditzhazy, City Attorney
Noel James Dorean, Deputy City Attorney
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA 93550-4798

Tobi Tyler
California Regional Water Quality Control Board
Lahontan Region
2501 Lake Tahoe Bouelvard
South Lake Tahoe, CA 96150

Ronnie Burtner
Los Angeles County Sanitation District
P.O. Box 4998
Whittier, CA 90607

Adam Ariki
Los Angeles County Waterworks District No. 40, Antelope Valley
P.O. Box 1460
Alhambra, CA 91802-1406

Mr. Jay R. Olson
Southern California Edison
10180 Telegraph Road
Ventura, CA 93004

Bertram E. Williams
Southern California Edison
26100 Menifee Road
Romoland, CA 92585

City of Torrance
City Hall
3031 Torrance Blvd.
Torrance, CA 90503-2970
Attn.: Jeffery W. Gibson,
    Community Development Director

City of Torrance
City Attorney's Office
3031 Torrance Blvd.
Torrance, CA 90503
Attn.: John Fellows, City Attorney

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.: Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.: Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA 92223-0158

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA 92672
Attn.: George Scarborough, City Manager

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.: Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.: Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA 92223-0158

City of Palmdale
Attn.: Steve Williams, City Manager
    Matthew Ditzhazy, City Attorney
38300 N. Sierra Hwy.
Palmdale, CA 93550

John Sanabria
Acting Director of Dept. of Regional Planning
County of Los Angeles Dept. of Regional Planning
1390 Hall of Records
320 West Temple Street
Los Angeles, CA 90012

Richard B Andrade on behalf of Creditor
JF Shea Construction Inc
Andrade & Associates
27101 Puerta Real Ste 120
Mission Viejo, CA 92691-8518

Tab L K Artis on behalf of Creditor
Desert Pipeline, Inc.
301 N Lake Ave 7th Fl
Pasadena, CA 91101

William R Baerg on behalf of Defendant
Samrod Corporation
Monteleone & McCrory LLP
725 S Figueroa St #3200
Los Angeles, CA 90017

DOCS_LA:242104.4 52063-001

| | | |
|---|---|---|
| Shaaron A Bangs on behalf of Defendant Rockey Murata Landscaping, Inc.<br>Crawford & Bangs<br>1290 E Center Ct Dr<br>Covina, CA 91724 | Miller Barondess LLP<br>, | Patricia D Barrett on behalf of Defendant Ameripride Guard Services, Inc.<br>Law Office of Patricia D Barrett<br>846 W Foothill Blvd Ste M<br>Upland, CA 91786 |
| William G Bissell on behalf of Creditor Boudreau Pipeline Corporation<br>110 Newport Ctr Dr Ste 200<br>Newport Beach, CA 92660 | William Bissell on behalf of Defendant Boudreau Pipeline Corporation<br>110 Newport Center Dr Ste 200<br>Newport Beach, CA 92660 | Christopher J Brantingham on behalf of Defendant Pre-Con Products<br>Brice E Bryan & Assoc<br>23945 Calabasas Rd<br>Calabasas, CA 91302 |
| Brian Construction Co Inc<br>, | John W Busby on behalf of Creditor Marques Pipeline, Inc.<br>251 Lafayette Circle Ste 350<br>Lafayette, CA 94549 | Wayne W Call on behalf of 3rd Pty Defendant Bova Contracting Corporation<br>Call & Jensen<br>610 Newport Ctr Dr Ste 700<br>Newport Beach, CA 92660 |
| Brent S Clemmer on behalf of Creditor MSA Consulting, Inc.<br>Slovak Baron & Empey LLP<br>1800 E Tahquitz Cyn Wy<br>Palm Springs, CA 92262 | Adrianna M Corrado on behalf of Defendant Orange County Striping Service, Inc.<br>Lanak & Hanna<br>400 N Tustin Ave Ste 120<br>Santa Ana, CA 92705-3815 | Delta Coves Venture LLC<br>2392 Morse<br>Irvine, CA 92614 |
| Donald B Devirian on behalf of Defendant ALL AMERICAN ASPHALT<br>Devirian & Shinmoto<br>11400 W Olympic Blvd Ste 200<br>Los Angeles, CA 90064 | Francis T Donohue on behalf of 3rd Pty Defendant Chino Grading, Inc.<br>Voss, Cook & Thel LLP<br>895 Dove Street Suite 450<br>Newport Beach, CA 92660 | Norman A. Filer on behalf of Creditor Mesa Pacific Construction Inc.<br>500 N. State College Bl., #1270<br>Orange, CA 92868 |
| Moses Green<br>, | Stanley Haren on behalf of Defendant Sierra Cascade Construction, Inc.<br>Gill & Baldwin<br>130 N Baldwin Blvd #405<br>Glendale, CA 91203 | William R Hart on behalf of Defendant BNB Engineering, Inc.<br>Hart King & Coldren<br>200 Sandpointe Fourth Fl<br>Santa Ana, CA 92707 |
| Andrew C Kienle on behalf of Defendant BNB Engineering, Inc.<br>200 Sandpointe, 4th Fl<br>Santa Ana, CA 92707 | LB/L SunCal Northlake LLC<br>, | LB/L SunCal Oak Valley LLC<br>, |
| Vivian Le on behalf of Creditor WEC Corporation<br>Gary R King & Associates<br>30950 Rancho Viejo Rd Ste 155<br>San Juan Capistrano, CA 92675 | Wayne Lee<br>468 Jade Tree Drive<br>Monterey Park, CA 91754 | Manhard Consulting Inc<br>, |
| Mark E McKane on behalf of Creditor SC Master Holdings II LLC<br>Kirkland & Ellis LLP<br>555 California St<br>San Francisco, CA 94104 | Louis R Miller<br>Miller Barondess, LLP<br>1999 Avenue of the Stars, Ste 1000<br>Los Angeles, CA 90067 | Louis R Miller on behalf of Counter-Defendant SJD Development Corp.<br>2121 Avenue Of The Stars, 18th Fl<br>Los Angeles, CA 90067 |

| | | |
|---|---|---|
| Louis R Miller on behalf of Debtor<br>Palmdale Hills Property, LLC<br>Miller Barondess LLP<br>1999 Avenue of the Stars<br>Ste 1000<br>Los Angeles, CA 90067 | Gerald W Mouzis on behalf of Creditor<br>Hillcrest Contracting, Inc.<br>The Mouzis Law Firm APC<br>13681 Newport Ave Ste 8-605<br>Tustin, CA 92680 | Howard S Nevins on behalf of Creditor<br>Williams+Paddon Architects+Planners, Inc.<br>2150 River Plaza Dr Ste 450<br>Sacramento, CA 95833 |
| Sean A O'Keefe on behalf of Plaintiff<br>Palmdale Hills Property, LLC<br>660 Newport Center Dr 4th Fl<br>Newport Beach, CA 92660 | Sean A O'Keefe on behalf of Plaintiff<br>SJD Partners, Ltd.<br>660 Newport Center Dr 4th Fl<br>Newport Beach, CA 92660 | Martin Pritikin on behalf of Debtor<br>Palmdale Hills Property, LLC<br>Miller Barondess, LLP<br>1999 Avenue of the Stars, Ste 1000<br>Los Angeles, CA 90067 |
| , | Thomas A Pistone on behalf of<br>Defendant Developer's Research, Inc.<br>Pistone & Wolder, LLP<br>2020 Main Street Suite 900<br>Irvine, CA 92614 | SQUAR, MILNER, MIRANDA &<br>WILLIAMSON, LLP<br>4100 Newport Place, Third Floor<br>Newport Beach, CA 92660 |
| J Patrick Ragan on behalf of 3rd Pty<br>Defendant Sierra Pacific Electrical<br>Contracting<br>1881 S Business Center Dr Suite 7b<br>San Bernardino, CA 92408 | Regal Development LLC<br>c/o Benjamin M Weiss<br>12770 High Bluff Dr<br>Ste 160<br>San Diego, CA 92130 | Laurie A Shade on behalf of Creditor<br>Orange County Tax Collector<br>333 W Santa Ana Blvd Ste 407<br>PO Box 1379<br>Santa Ana, CA 92702-1379 |
| David Sandoval<br>, | Raymond D Scott on behalf of Defendant<br>Kip Incorporated<br>1835 W Orangewood Ave Ste 255<br>Orange, CA 92868 | Kimberly A Soyer on behalf of Defendant<br>Marques Pipeline, Inc.<br>251 Lafayette Cir, Ste 350<br>Lafayette, CA 94549 |
| Gene H Shioda on behalf of Defendant<br>Rockey Murata Landscaping, Inc.<br>Law Office of Gene H Shioda<br>5757 West Century Blvd Ste 700<br>Los Angeles, CA 90045 | Edward Soto on behalf of Plaintiff<br>Lehman ALI, Inc.<br>1395 Brickell Ave Ste 1200<br>Miami, FL 33131 | SunCal Heartland LLC<br>2392 Morse<br>Irvine, CA 92614 |
| Joseph L Strohman on behalf of Creditor<br>SME Construction, Inc<br>Ferguson Case Orr Paterson LLP<br>1050 S Kimball Rd<br>Ventura, CA 93004 | SunCal Century City LLC<br>2392 Morse<br>Irvine, CA 92614 | SunCal PSV LLC<br>2392 Morse<br>Irvine, CA 92614 |
| SunCal Marblehead LLC<br>2392 Morse<br>Irvine, CA 92614 | SunCal Oak Knoll LLC<br>, | Theresa C Tate on behalf of Defendant<br>Chino Grading, Inc.<br>Crawford & Bangs LLP<br>1290 E Center Crt Dr<br>Covina, CA 91724 |
| SunCal Torrance Properties LLC<br>2392 Morse<br>Irvine, CA 92614 | Dina Tasini<br>Tasini and Associates<br>2126 Grant St<br>Berkeley, CA 94703 | Douglas F Welebir on behalf of Creditor<br>Nancy and John Probst<br>Welebir Tierney & Weck<br>2068 Orange Tree Ln Ste 215<br>Redlands, CA 92374 |

DOCS_LA:242104.4 52063-001

| | | |
|---|---|---|
| Robert S Throckmorton on behalf of Creditor Paula Cunningham<br>Throckmorton, Beckstrom & Tomassian, LLP<br>2 Corporate Park, Ste 210<br>Irvine, CA 92606-5115 | Elizabeth A Walters on behalf of Creditor Andersen Concrete Inc<br>3365 Seventh Ave<br>San Diego, CA 92103 | <u>Attorneys for Arch Insurance Company (objector)</u><br>T. Scott Leo / Michael J. Dudek<br>LEO & WEBER, P.C.<br>1 North LaSalle Street, Suite 3600<br>Chicago, Illinois 60602 |

DOCS_LA:242104.4 52063-001