Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Edward Soto (admitted *pro hac vice*)
Alfredo R. Perez (admitted *pro hac vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Counsel for Lehman Commercial Paper Inc., Lehman ALI, Inc.,
Northlake Holdings LLC and OVC Holdings LLC

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>Jointly Administered Debtors and<br>Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☒ Palmdale Hills Property, LLC<br>☒ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☒ SunCal Johannson Ranch, LLC<br>☒ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☒ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☒ Kirby Estates, LLC<br>☒ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☒ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC<br>☒ Tesoro SF, LLC<br>☐ LB-L-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LB-L-SunCal Northlake, LLC<br>☐ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☐ SunCal Oak Knoll, LLC | Case No.: 8:08-bk-17206-ES<br><br>Jointly Administered With Case Nos.<br><br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**PROOF OF SERVICE RE [ENTERED] ORDER APPROVING *FIRST AMENDED* DISCLOSURE STATEMENT WITH RESPECT TO *THIRD AMENDED* JOINT CHAPTER 11 PLAN FOR ELEVEN VOLUNTARY DEBTORS PROPOSED BY THE LEHMAN VD LENDERS**<br><br>Date:     July 22, 2011<br>Time:    10:00 a.m.<br>Place:    Courtroom 5A |

DOCS_LA:242304.1 52063-001

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[ENTERED] ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT WITH RESPECT TO THIRD AMENDED JOINT CHAPTER 11 PLAN FOR ELEVEN VOLUNTARY DEBTORS PROPOSED BY THE LEHMAN VD LENDERS* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____August 2, 2011_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____August 2, 2011_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 2, 2011 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                             **F 9013-3.1.PROOF.SERVICE**

**III. SERVED BY E-MAIL**

*Please See Attached*

(1) Gen'l Counsel for Voluntary Debtors:
   Paul Couchot - pcouchot@winthropcouchot.com
   Marc J Winthrop - pj@winthropcouchot.com
   Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
   bcook@suncal.com
(3) Counsel for SunCal Management:
   Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
   Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
   Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
   William Lobel - wlobel@thelobelfirm.com
   Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee:
   Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(7) Office of the United States Trustee:
   Michael Hauser - michael.hauser@usdoj.gov

(8) Counsel for Voluntary Debtors' Committee:
   Alan Friedman - afriedman@irell.com
   Kerri A Lyman - klyman@irell.com
(9) Counsel for Trustee Debtors' Committee:
   Lei Lei Wang Ekvall - lekvall@wgllp.com
   Hutchison B Meltzer - hmeltzer@wgllp.com
(10) Counsel for Bond Safeguard & Lexon
   Mark E. Aronson – mea@amclaw.com
   Mark J Krone - mk@amclaw.com, crs@amclaw.com; amc@amclaw.com
Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Mark McKane - mark.mckane@kirkland.com

Ken Goddard, Operations Officer
Roddan Paolucci Roddan
kgoddard@roddanpaolucci.com

*John Gentillon,* C.E.O.
john@thelandstewards.com

*Deborah L. Lemanski*
Assistant to Frederick A. Berg, Esq. and
Barry J. Jensen, Esq.
*Kotz, Sangster, Wysocki and Berg, P.C.*
dlemanski@kotzsangster.com
bjensen@kotzsangster.com

Virginia Zareba, Sec'y to Darren G. Burge
Darren G. Burge
Cohen & Burge, LLP
vzareba@cohenburgelaw.com
dburge@cohenburgelaw.com

Brian Cartmell
Independent Construction Co.
bcartmell@indycc.com

Richard Rudolph
Law Offices of Richard B. Rudolph
RRudolph@Rudolph-Law.com

Michele Stubbs
Assistant to Arnold L. Veldkamp
*Superior Ready Mix Concrete, L.P.*
mstubbs@superiorrm.com

David Sanner
General Counsel-Litigation
Craig Realty Group
dsanner@craigrealtygroup.com

Attorney for Villa San Clemente, LLC
(a creditor of SunCal Marblehead, LLC)
David Sanner**,** General Counsel-Litigation
Craig Realty Group
dsanner@craigrealtygroup.com

Counsel to Kevin L. Crook Architect, Inc.; Halladay & Mim Mack, Inc.
Crystal N Le, Clerk Supervisor
Murtaugh Meyer Nelson & Treglia, LLP
Crystal N. Le – cle@mmnt.com
Michelle R. Generaux – mgeneraux@mmnt.com

Counsel to Southern California Soil and Testing, Inc.
Justin G. Reden, Esq.
Reden & Reden
jreden@redenandreden.com
greden@redenandreden.com

Sharon Dyer
sdyer@5thgearadv.com

Interested Party In Oak Knoll
Ken Berrick, President / CEO
Seneca Center
ken@senecacenter.org
ken_berrick@senecacenter.org

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                        **F 9013-3.1.PROOF.SERVICE**

Michael D. May
Attorney for R.J. Noble Co.
mdmayesq@verizon.net

Attorney for Oak Valley Partners
John Ohanian
Oak Valley Partners
johanian@ovplp.com

Counsel to Palm Springs Village-309, LLC
Ira Glasky, Vice President/General Counsel
Far West Industries
iglasky@farwestindustries.com

Represents Union Pacific
Mary Ann Kilgore
Email:  MKILGORE@up.com

Paul C. Guerin, Principal Engineer
ENGEO Incorporated
Email:   pguerin@engeo.com


Attorneys for Schilling Corporation, Andersen Concrete, Butsko Utility Design and Trimax Systems
Scott A. Schaelen
Walters, Townsend & Schaelen, A PLC
Email:  sas@wts-lawcom

Diane Norris, Controller
Southern California Soil & Testing, Inc.
Email: Dnorris@scst.com

Glen McIntire
Design Alliance
Email:   artwork@designalliance3.net

Mark R. McGuire
Email:  mrmcguirelaw@cox.net

Attorney for Creditor, Palm
Shannon C. Williams
Email:  swilliams@rudolph-law.com

Marvin Benson, Esq.
Email:  marv.benson@yahoo.com

Feffer Geological Consulting
Joshua R. Feffer
Email:  josh@feffergeo.com

Counsel for Seneca Center
Sheldon Greene
sheldon7@pacbell.net

Attorneys for Bond Safeguard Insurance Co. and Lexon Insurance Co.
Mark E. Aronson
Anderson, McPharlin & Conners, LLP
email: mea@amclaw.com

Attorneys for New Anaverde, LLC
Filiberto Agusti, Esq.
Joshua Taylor, Esq.
Steptoe & Johnson LLP
Email:   fagusti@steptoe.com
           jrtaylor@steptoe.com

Attorneys for City of Oakland and
Oakland Redevelopment Agency
Lawrence A. Jacobson
Sean M. Jacobson
Cohen and Jacobson, LLP
Email:  laj@cohenandjacobson.com
            sean@cohenandjacobson.com


**III.  SERVED BY U.S. MAIL**

*Please See Attached*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                              **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Mr. C.F. Raysbrook<br>California Department of Fish and Game<br>Streambed Alteration Team<br>4949 Viewridge Avenue<br>San Diego, CA  92123 | California Regional Water Quality Control Board<br>Los Angeles Region<br>320 West 4th Street, Suite 200<br>Los Angeles, CA  90013 | Dr. Aaron Allen<br>U.S. Army Corps of Engineers<br>2151 Alessandro Drive, Suite 110<br>Ventura, CA  93301 |
| Bob Hosea<br>California Department of Fish and Game, Region 2<br>Attn.:  Streambed Alteration Agreement Program<br>1701 Nimbus Road<br>Rancho Cordova, CA  95670 | Ms. Leslie Gault<br>Placer County Water Agency<br>144 Ferguson Road<br>Auburn, CA  95604 | Riverside County Flood Control and Water   Conservation District<br>1995 Market St.<br>Riverside, CA  92501<br>Attn.:  Warren D. Williams<br>          General Manager & Chief Engineer |
| County Of Riverside Transportation And Land Management Agency<br>4080 Lemon Street, 8th Floor<br>Riverside, CA  92501<br>Attn.:  Juan C. Perez, P.E., T.E.<br>          Director of Transportation | County of Riverside<br>P.O. Box 1090<br>Riverside, CA  92502-1090<br>Attn.:  George Johnson | Jurupa Area Recreation & Park District<br>4810 Pedley Rd.<br>Riverside, CA  92502<br>Attn.:  Dan Rodriguez, General Manager |
| Mitchell Ogron<br>14 Old Lake Circle<br>Henderson, NV  89074 | Church of God in Jesus Christ<br>3349 Rubidoux Blvd.<br>Riverside, CA  92509<br>Attn.:  Cecilia A. Bennett | Marjorie Ina and Jerry Ray Engelauf<br>5037 Riverside Drive<br>Riverside, CA  92509-6427 |
| Rte 60, LLC<br>14 Old Lake Circle<br>Henderson, NV  89074<br>Attn: Jim Stockhausen | Riverside County Economic Development Agency<br>1153 Spruce Street, Suite B<br>Riverside, CA  92507<br>Attn.:  Tina English,  Deputy Executive Director | David R. Brunner, Executive Director<br>Center for Natural Lands Management<br>425 E. Alvarado St., Ste. H<br>Fallbrook, CA  92028-2960 |
| Lee Ann Carranza, Preserve Manager<br>Center for Natural Lands Management<br>P.O. Box 2162<br>Capistrano Beach, CA  92624 | U.S. Army Corps of Engineers<br>Los Angeles District<br>P.O. Box 532711<br>Los Angeles, CA  90053-2325<br>Attn.:  District Counsel | California Department of Fish and Game<br>4949 Viewridge Avenue<br>San Diego, CA  92123<br>Attn.:  Regional Manager |
| U.S. Fish and Wildlife Service<br>Carlsbad Fish and Wildlife Office<br>6010 Hidden Valley Road<br>Carlsbad, CA  92009<br>Attn.:  Field Supervisor | City of San Clemente<br>City Hall<br>100 Avenida Presidio<br>San Clemente, CA  92672<br>Attn.:  George Scarborough, City Manager | Ron Lebs, Deputy Superintendent<br>Capistrano Unified School District<br>Business and Support Services<br>33122 Valle Road<br>San Juan Capistrano, CA  92675 |
| Denise H. Hering, Esq.<br>Stradling, Yocca, Carlson & Rauth<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA  92660 | Mr. Sam Wyngaarden<br>Southern California Gas Company<br>One Liberty<br>Aliso Viejo, CA  92656-3830 | Ms. Pinky Oliver<br>San Diego Gas & Electric<br>8330 Century Park Court, Room 31-C<br>San Diego, CA  92123 |
| [i]Stephen L. Millham<br>Anaverde LLC<br>c/o Empire Partners, Inc.<br>3536 Concours Street, Suite 300<br>Ontario, CA  91764 | Mr. Brian Veit<br>Farallon Capital Management, LLC<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA  94111 | Mr. Justin Bowman, OSP Planning Mgr.<br>AT&T<br>739 E. Santa Clara St., Room 312A<br>Ventura, CA  93001 |

Ms. Deborah Schwenk
AT&T
6930 Van Nuys Blvd., Room 110
Van Nuys, CA 91405

Elma Watson, Assistant Planner
City of Lancaster
44933 Fern Avenue
Lancaster, CA 93534

Ms. Laurie Lile
City of Palmdale
38250 N. Sierra Highway
Palmdale, CA 93550-4798

Stephen H. Williams, City Manager
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA 93550-4798

Mr. Michael Mischel
City of Palmdale Engineering Department
38250 N. Sierra Highway
Palmdale, CA 93550-4798

Matthew Ditzhazy, City Attorney
Noel James Dorean, Deputy City Attorney
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA 93550-4798

Tobi Tyler
California Regional Water Quality Control Board
Lahontan Region
2501 Lake Tahoe Bouelvard
South Lake Tahoe, CA 96150

Ronnie Burtner
Los Angeles County Sanitation District
P.O. Box 4998
Whittier, CA 90607

Adam Ariki
Los Angeles County Waterworks District No. 40, Antelope Valley
P.O. Box 1460
Alhambra, CA 91802-1406

Mr. Jay R. Olson
Southern California Edison
10180 Telegraph Road
Ventura, CA 93004

Bertram E. Williams
Southern California Edison
26100 Menifee Road
Romoland, CA 92585

City of Torrance
City Hall
3031 Torrance Blvd.
Torrance, CA 90503-2970
Attn.: Jeffery W. Gibson,
        Community Development Director

City of Torrance
City Attorney's Office
3031 Torrance Blvd.
Torrance, CA 90503
Attn.: John Fellows, City Attorney

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.: Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.: Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA 92223-0158

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA 92672
Attn.: George Scarborough, City Manager

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.: Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.: Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA 92223-0158

City of Palmdale
Attn.: Steve Williams, City Manager
       Matthew Ditzhazy, City Attorney
38300 N. Sierra Hwy.
Palmdale, CA 93550

John Sanabria
Acting Director of Dept. of Regional Planning
County of Los Angeles Dept. of Regional Planning
1390 Hall of Records
320 West Temple Street
Los Angeles, CA 90012

Richard B Andrade on behalf of Creditor
JF Shea Construction Inc
Andrade & Associates
27101 Puerta Real Ste 120
Mission Viejo, CA 92691-8518

Tab L K Artis on behalf of Creditor
Desert Pipeline, Inc.
301 N Lake Ave 7th Fl
Pasadena, CA 91101

William R Baerg on behalf of Defendant
Samrod Corporation
Monteleone & McCrory LLP
725 S Figueroa St #3200
Los Angeles, CA 90017

DOCS_LA:242304.1 52063-001

| | | |
|---|---|---|
| Shaaron A Bangs on behalf of Defendant Rockey Murata Landscaping, Inc.<br>Crawford & Bangs<br>1290 E Center Ct Dr<br>Covina, CA 91724 | Miller Barondess LLP<br>, | Patricia D Barrett on behalf of Defendant Ameripride Guard Services, Inc.<br>Law Office of Patricia D Barrett<br>846 W Foothill Blvd Ste M<br>Upland, CA 91786 |
| William G Bissell on behalf of Creditor Boudreau Pipeline Corporation<br>110 Newport Ctr Dr Ste 200<br>Newport Beach, CA 92660 | William Bissell on behalf of Defendant Boudreau Pipeline Corporation<br>110 Newport Center Dr Ste 200<br>Newport Beach, CA 92660 | Christopher J Brantingham on behalf of Defendant Pre-Con Products<br>Brice E Bryan & Assoc<br>23945 Calabasas Rd<br>Calabasas, CA 91302 |
| Brian Construction Co Inc<br>, | John W Busby on behalf of Creditor Marques Pipeline, Inc.<br>251 Lafayette Circle Ste 350<br>Lafayette, CA 94549 | Wayne W Call on behalf of 3rd Pty Defendant Bova Contracting Corporation<br>Call & Jensen<br>610 Newport Ctr Dr Ste 700<br>Newport Beach, CA 92660 |
| Brent S Clemmer on behalf of Creditor MSA Consulting, Inc.<br>Slovak Baron & Empey LLP<br>1800 E Tahquitz Cyn Wy<br>Palm Springs, CA 92262 | Adrianna M Corrado on behalf of Defendant Orange County Striping Service, Inc.<br>Lanak & Hanna<br>400 N Tustin Ave Ste 120<br>Santa Ana, CA 92705-3815 | Delta Coves Venture LLC<br>2392 Morse<br>Irvine, CA 92614 |
| Donald B Devirian on behalf of Defendant ALL AMERICAN ASPHALT<br>Devirian & Shinmoto<br>11400 W Olympic Blvd Ste 200<br>Los Angeles, CA 90064 | Francis T Donohue on behalf of 3rd Pty Defendant Chino Grading, Inc.<br>Voss, Cook & Thel LLP<br>895 Dove Street Suite 450<br>Newport Beach, CA 92660 | Norman A. Filer on behalf of Creditor Mesa Pacific Construction Inc.<br>500 N. State College Bl., #1270<br>Orange, CA 92868 |
| Moses Green<br>, | Stanley Haren on behalf of Defendant Sierra Cascade Construction, Inc.<br>Gill & Baldwin<br>130 N Baldwin Blvd #405<br>Glendale, CA 91203 | William R Hart on behalf of Defendant BNB Engineering, Inc.<br>Hart King & Coldren<br>200 Sandpointe Fourth Fl<br>Santa Ana, CA 92707 |
| Andrew C Kienle on behalf of Defendant BNB Engineering, Inc.<br>200 Sandpointe, 4th Fl<br>Santa Ana, CA 92707 | LB/L SunCal Northlake LLC<br>, | LB/L SunCal Oak Valley LLC<br>, |
| Vivian Le on behalf of Creditor WEC Corporation<br>Gary R King & Associates<br>30950 Rancho Viejo Rd Ste 155<br>San Juan Capistrano, CA 92675 | Wayne Lee<br>468 Jade Tree Drive<br>Monterey Park, CA 91754 | Manhard Consulting Inc<br>, |
| Mark E McKane on behalf of Creditor SC Master Holdings II LLC<br>Kirkland & Ellis LLP<br>555 California St<br>San Francisco, CA 94104 | Louis R Miller<br>Miller Barondess, LLP<br>1999 Avenue of the Stars, Ste 1000<br>Los Angeles, CA 90067 | Louis R Miller on behalf of Counter-Defendant SJD Development Corp.<br>2121 Avenue Of The Stars, 18th Fl<br>Los Angeles, CA 90067 |

| | | |
|---|---|---|
| Louis R Miller on behalf of Debtor Palmdale Hills Property, LLC<br>Miller Barondess LLP<br>1999 Avenue of the Stars<br>Ste 1000<br>Los Angeles, CA 90067 | Gerald W Mouzis on behalf of Creditor Hillcrest Contracting, Inc.<br>The Mouzis Law Firm APC<br>13681 Newport Ave Ste 8-605<br>Tustin, CA 92680 | Howard S Nevins on behalf of Creditor Williams+Paddon Architects+Planners, Inc.<br>2150 River Plaza Dr Ste 450<br>Sacramento, CA 95833 |
| Sean A O'Keefe on behalf of Plaintiff Palmdale Hills Property, LLC<br>660 Newport Center Dr 4th Fl<br>Newport Beach, CA 92660 | Sean A O'Keefe on behalf of Plaintiff SJD Partners, Ltd.<br>660 Newport Center Dr 4th Fl<br>Newport Beach, CA 92660 | Martin Pritikin on behalf of Debtor Palmdale Hills Property, LLC<br>Miller Barondess, LLP<br>1999 Avenue of the Stars, Ste 1000<br>Los Angeles, CA 90067 |
| , | Thomas A Pistone on behalf of Defendant Developer's Research, Inc.<br>Pistone & Wolder, LLP<br>2020 Main Street Suite 900<br>Irvine, CA 92614 | SQUAR, MILNER, MIRANDA & WILLIAMSON, LLP<br>4100 Newport Place, Third Floor<br>Newport Beach, CA 92660 |
| J Patrick Ragan on behalf of 3rd Pty Defendant Sierra Pacific Electrical Contracting<br>1881 S Business Center Dr Suite 7b<br>San Bernardino, CA 92408 | Regal Development LLC<br>c/o Benjamin M Weiss<br>12770 High Bluff Dr<br>Ste 160<br>San Diego, CA 92130 | Laurie A Shade on behalf of Creditor Orange County Tax Collector<br>333 W Santa Ana Blvd Ste 407<br>PO Box 1379<br>Santa Ana, CA 92702-1379 |
| David Sandoval<br>, | Raymond D Scott on behalf of Defendant Kip Incorporated<br>1835 W Orangewood Ave Ste 255<br>Orange, CA 92868 | Kimberly A Soyer on behalf of Defendant Marques Pipeline, Inc.<br>251 Lafayette Cir, Ste 350<br>Lafayette, CA 94549 |
| Gene H Shioda on behalf of Defendant Rockey Murata Landscaping, Inc.<br>Law Office of Gene H Shioda<br>5757 West Century Blvd Ste 700<br>Los Angeles, CA 90045 | Edward Soto on behalf of Plaintiff Lehman ALI, Inc.<br>1395 Brickell Ave Ste 1200<br>Miami, FL 33131 | SunCal Heartland LLC<br>2392 Morse<br>Irvine, CA 92614 |
| Joseph L Strohman on behalf of Creditor SME Construction, Inc<br>Ferguson Case Orr Paterson LLP<br>1050 S Kimball Rd<br>Ventura, CA 93004 | SunCal Century City LLC<br>2392 Morse<br>Irvine, CA 92614 | SunCal PSV LLC<br>2392 Morse<br>Irvine, CA 92614 |
| SunCal Marblehead LLC<br>2392 Morse<br>Irvine, CA 92614 | SunCal Oak Knoll LLC<br>, | Theresa C Tate on behalf of Defendant Chino Grading, Inc.<br>Crawford & Bangs LLP<br>1290 E Center Crt Dr<br>Covina, CA 91724 |
| SunCal Torrance Properties LLC<br>2392 Morse<br>Irvine, CA 92614 | Dina Tasini<br>Tasini and Associates<br>2126 Grant St<br>Berkeley, CA 94703 | Douglas F Welebir on behalf of Creditor Nancy and John Probst<br>Welebir Tierney & Weck<br>2068 Orange Tree Ln Ste 215<br>Redlands, CA 92374 |

| | | |
|---|---|---|
| Robert S Throckmorton on behalf of Creditor Paula Cunningham<br>Throckmorton, Beckstrom & Tomassian, LLP<br>2 Corporate Park, Ste 210<br>Irvine, CA 92606-5115 | Elizabeth A Walters on behalf of Creditor Andersen Concrete Inc<br>3365 Seventh Ave<br>San Diego, CA 92103 | <u>Attorneys for Arch Insurance Company (objector)</u><br>T. Scott Leo / Michael J. Dudek<br>LEO & WEBER, P.C.<br>1 North LaSalle Street, Suite 3600<br>Chicago, Illinois 60602 |

DOCS_LA:242304.1 52063-001