Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910 / Facsimile: 310/201-0760

Edward Soto (admitted *pro hac vice*)
Alfredo R. Perez (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000 / Facsimile: (212) 310-8007

Attorneys for Lehman Commercial Paper Inc., Lehman ALI, Inc., Northlake Holdings LLC and OVC Holdings LLC

William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, California 92660
Telephone: (949) 999-2860 / Facsimile: (949) 999-2870

General Insolvency Counsel for Steven M. Speier,
the Chapter 11 Trustee for the Trustee Debtors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>Jointly Administered Debtors and<br>Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☒ Palmdale Hills Property, LLC<br>☒ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☒ SunCal Johannson Ranch, LLC<br>☒ SunCal Summit Valley, LLC<br>☒ SunCal Emerald Meadows, LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☒ Seven Brothers, LLC<br>☒ SJD Partners, Ltd.<br>☒ SJD Development Corp.<br>☒ Kirby Estates, LLC<br>☒ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☒ SCC Communities, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**PROOF OF SERVICE OF [ENTERED] ORDER (A) APPROVING PLAN SOLICITATION, NOTICE, AND VOTING PROCEDURES AND** |

| | |
|---|---|
| ☒ North Orange Del Rio Land, LLC<br>☒ Tesoro SF, LLC<br>☒ LB-L-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LB-L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☒ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance, LLC<br>☒ SunCal Oak Knoll, LLC | **(B) ESTABLISHING DEADLINES IN CONNECTION WITH SOLICITATION AND CONFIRMATION WITH RESPECT TO ALL PENDING PLANS**<br><br>**Hearing:**<br>Date:  July 22, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 5A |

# # #

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*     **F 9021-**

**1.1.NOTICE.ENTERED.ORDER**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[ENTERED] ORDER (A) APPROVING PLAN SOLICITATION, NOTICE, AND VOTING PROCEDURES AND (B) ESTABLISHING DEADLINES IN CONNECTION WITH SOLICITATION AND CONFIRMATION WITH RESPECT TO ALL PENDING PLANS* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____August 2, 2011_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____August 2, 2011_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 2, 2011 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**III. SERVED BY E-MAIL**

*Please See Attached*

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
    bcook@suncal.com
(3) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee:
    Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(7) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

(8) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A Lyman - klyman@irell.com
(9) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B Meltzer - hmeltzer@wgllp.com
(10) Counsel for Bond Safeguard & Lexon
    Mark E. Aronson – mea@amclaw.com
    Mark J Krone - mk@amclaw.com, crs@amclaw.com; amc@amclaw.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Mark McKane - mark.mckane@kirkland.com

---

Ken Goddard, Operations Officer
Roddan Paolucci Roddan
kgoddard@roddanpaolucci.com

*John Gentillon,* C.E.O.
john@thelandstewards.com

*Deborah L. Lemanski*
Assistant to Frederick A. Berg, Esq. and
Barry J. Jensen, Esq.
*Kotz, Sangster, Wysocki and Berg, P.C.*
dlemanski@kotzsangster.com
bjensen@kotzsangster.com

Virginia Zareba, Sec'y to Darren G. Burge
Darren G. Burge
Cohen & Burge, LLP
vzareba@cohenburgelaw.com
dburge@cohenburgelaw.com

Brian Cartmell
Independent Construction Co.
bcartmell@indycc.com

Richard Rudolph
Law Offices of Richard B. Rudolph
RRudolph@Rudolph-Law.com

Michele Stubbs
Assistant to Arnold L. Veldkamp
*Superior Ready Mix Concrete, L.P.*
mstubbs@superiorrm.com

David Sanner
General Counsel-Litigation
Craig Realty Group
dsanner@craigrealtygroup.com

Attorney for Villa San Clemente, LLC
(a creditor of SunCal Marblehead, LLC)
David Sanner, General Counsel-Litigation
Craig Realty Group
dsanner@craigrealtygroup.com

Counsel to Kevin L. Crook Architect, Inc.; Halladay & Mim Mack, Inc.
Crystal N Le, Clerk Supervisor
Murtaugh Meyer Nelson & Treglia, LLP
Crystal N. Le – cle@mmnt.com
Michelle R. Generaux – mgeneraux@mmnt.com

Counsel to Southern California Soil and Testing, Inc.
Justin G. Reden, Esq.
Reden & Reden
jreden@redenandreden.com
greden@redenandreden.com

Sharon Dyer
sdyer@5thgearadv.com

Interested Party In Oak Knoll
Ken Berrick, President / CEO
Seneca Center
ken@senecacenter.org
ken_berrick@senecacenter.org

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                 **F 9021-1.1.NOTICE.ENTERED.ORDER**

Michael D. May
Attorney for R.J. Noble Co.
mdmayesq@verizon.net

Attorney for Oak Valley Partners
John Ohanian
Oak Valley Partners
johanian@ovplp.com

Counsel to Palm Springs Village-309, LLC
Ira Glasky, Vice President/General Counsel
Far West Industries
iglasky@farwestindustries.com

Represents Union Pacific
Mary Ann Kilgore
Email: MKILGORE@up.com

Paul C. Guerin, Principal Engineer
ENGEO Incorporated
Email: pguerin@engeo.com

Attorneys for Schilling Corporation, Andersen Concrete, Butsko Utility Design and Trimax Systems
Scott A. Schaelen
Walters, Townsend & Schaelen, A PLC
Email: sas@wts-lawcom

Diane Norris, Controller
Southern California Soil & Testing, Inc.
Email: Dnorris@scst.com

Glen McIntire
Design Alliance
Email: artwork@designalliance3.net

Mark R. McGuire
Email: mrmcguirelaw@cox.net

Attorney for Creditor, Palm
Shannon C. Williams
Email: swilliams@rudolph-law.com

Marvin Benson, Esq.
Email: marv.benson@yahoo.com

Feffer Geological Consulting
Joshua R. Feffer
Email: josh@feffergeo.com

Counsel for Seneca Center
Sheldon Greene
sheldon7@pacbell.net

Attorneys for Bond Safeguard Insurance Co. and Lexon Insurance Co.
Mark E. Aronson
Anderson, McPharlin & Conners, LLP
email: mea@amclaw.com

Attorneys for New Anaverde, LLC
Filiberto Agusti, Esq.
Joshua Taylor, Esq.
Steptoe & Johnson LLP
Email: fagusti@steptoe.com
jrtaylor@steptoe.com

Attorneys for City of Oakland and Oakland Redevelopment Agency
Lawrence A. Jacobson
Sean M. Jacobson
Cohen and Jacobson, LLP
Email: laj@cohenandjacobson.com
sean@cohenandjacobson.com

**III.  SERVED BY U.S. MAIL**

*Please See Attached*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**

Mr. C.F. Raysbrook  
California Department of Fish and Game  
Streambed Alteration Team  
4949 Viewridge Avenue  
San Diego, CA  92123

Bob Hosea  
California Department of Fish and Game, Region 2  
Attn.:  Streambed Alteration Agreement Program  
1701 Nimbus Road  
Rancho Cordova, CA  95670

County Of Riverside Transportation And Land Management Agency  
4080 Lemon Street, 8th Floor  
Riverside, CA  92501  
Attn.:  Juan C. Perez, P.E., T.E.  
          Director of Transportation

Mitchell Ogron  
14 Old Lake Circle  
Henderson, NV  89074

Rte 60, LLC  
14 Old Lake Circle  
Henderson, NV  89074  
Attn:  Jim Stockhausen

Lee Ann Carranza, Preserve Manager  
Center for Natural Lands Management  
P.O. Box 2162  
Capistrano Beach, CA  92624

U.S. Fish and Wildlife Service  
Carlsbad Fish and Wildlife Office  
6010 Hidden Valley Road  
Carlsbad, CA  92009  
Attn.:  Field Supervisor

Denise H. Hering, Esq.  
Stradling, Yocca, Carlson & Rauth  
660 Newport Center Drive, Suite 1600  
Newport Beach, CA  92660

[i]Stephen L. Millham  
Anaverde LLC  
c/o Empire Partners, Inc.  
3536 Concours Street, Suite 300  
Ontario, CA  91764

California Regional Water Quality Control Board  
Los Angeles Region  
320 West 4th Street, Suite 200  
Los Angeles, CA  90013

Ms. Leslie Gault  
Placer County Water Agency  
144 Ferguson Road  
Auburn, CA  95604

County of Riverside  
P.O. Box 1090  
Riverside, CA  92502-1090  
Attn.:  George Johnson

Church of God in Jesus Christ  
3349 Rubidoux Blvd.  
Riverside, CA  92509  
Attn.:  Cecilia A. Bennett

Riverside County Economic Development Agency  
1153 Spruce Street, Suite B  
Riverside, CA  92507  
Attn.:  Tina English,  Deputy Executive Director

U.S. Army Corps of Engineers  
Los Angeles District  
P.O. Box 532711  
Los Angeles, CA  90053-2325  
Attn.:  District Counsel

City of San Clemente  
City Hall  
100 Avenida Presidio  
San Clemente, CA  92672  
Attn.:  George Scarborough, City Manager

Mr. Sam Wyngaarden  
Southern California Gas Company  
One Liberty  
Aliso Viejo, CA  92656-3830

Mr. Brian Veit  
Farallon Capital Management, LLC  
One Maritime Plaza, Suite 2100  
San Francisco, CA  94111

Dr. Aaron Allen  
U.S. Army Corps of Engineers  
2151 Alessandro Drive, Suite 110  
Ventura, CA  93301

Riverside County Flood Control and Water   Conservation District  
1995 Market St.  
Riverside, CA  92501  
Attn.:  Warren D. Williams  
          General Manager & Chief Engineer

Jurupa Area Recreation & Park District  
4810 Pedley Rd.  
Riverside, CA  92502  
Attn.:  Dan Rodriguez, General Manager

Marjorie Ina and Jerry Ray Engelauf  
5037 Riverside Drive  
Riverside, CA  92509-6427

David R. Brunner, Executive Director  
Center for Natural Lands Management  
425 E. Alvarado St., Ste. H  
Fallbrook, CA  92028-2960

California Department of Fish and Game  
4949 Viewridge Avenue  
San Diego, CA  92123  
Attn.:  Regional Manager

Ron Lebs, Deputy Superintendent  
Capistrano Unified School District  
Business and Support Services  
33122 Valle Road  
San Juan Capistrano, CA  92675

Ms. Pinky Oliver  
San Diego Gas & Electric  
8330 Century Park Court, Room 31-C  
San Diego, CA  92123

Mr. Justin Bowman, OSP Planning Mgr.  
AT&T  
739 E. Santa Clara St., Room 312A  
Ventura, CA  93001

Ms. Deborah Schwenk
AT&T
6930 Van Nuys Blvd., Room 110
Van Nuys, CA 91405

Elma Watson, Assistant Planner
City of Lancaster
44933 Fern Avenue
Lancaster, CA 93534

Ms. Laurie Lile
City of Palmdale
38250 N. Sierra Highway
Palmdale, CA 93550-4798

Stephen H. Williams, City Manager
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA 93550-4798

Mr. Michael Mischel
City of Palmdale Engineering Department
38250 N. Sierra Highway
Palmdale, CA 93550-4798

Matthew Ditzhazy, City Attorney
Noel James Dorean, Deputy City Attorney
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA 93550-4798

Tobi Tyler
California Regional Water Quality Control Board
Lahontan Region
2501 Lake Tahoe Bouelvard
South Lake Tahoe, CA 96150

Ronnie Burtner
Los Angeles County Sanitation District
P.O. Box 4998
Whittier, CA 90607

Adam Ariki
Los Angeles County Waterworks District No. 40, Antelope Valley
P.O. Box 1460
Alhambra, CA 91802-1406

Mr. Jay R. Olson
Southern California Edison
10180 Telegraph Road
Ventura, CA 93004

Bertram E. Williams
Southern California Edison
26100 Menifee Road
Romoland, CA 92585

City of Torrance
City Hall
3031 Torrance Blvd.
Torrance, CA 90503-2970
Attn.: Jeffery W. Gibson,
  Community Development Director

City of Torrance
City Attorney's Office
3031 Torrance Blvd.
Torrance, CA 90503
Attn.: John Fellows, City Attorney

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.: Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.: Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA 92223-0158

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA 92672
Attn.: George Scarborough, City Manager

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.: Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.: Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA 92223-0158

City of Palmdale
Attn.: Steve Williams, City Manager
  Matthew Ditzhazy, City Attorney
38300 N. Sierra Hwy.
Palmdale, CA 93550

John Sanabria
Acting Director of Dept. of Regional Planning
County of Los Angeles Dept. of Regional Planning
1390 Hall of Records
320 West Temple Street
Los Angeles, CA 90012

Richard B Andrade on behalf of Creditor JF Shea Construction Inc
Andrade & Associates
27101 Puerta Real Ste 120
Mission Viejo, CA 92691-8518

Tab L K Artis on behalf of Creditor Desert Pipeline, Inc.
301 N Lake Ave 7th Fl
Pasadena, CA 91101

William R Baerg on behalf of Defendant Samrod Corporation
Monteleone & McCrory LLP
725 S Figueroa St #3200
Los Angeles, CA 90017

DOCS_LA:242300.1 52063-001

Shaaron A Bangs on behalf of Defendant
Rockey Murata Landscaping, Inc.
Crawford & Bangs
1290 E Center Ct Dr
Covina, CA 91724

Miller Barondess LLP
,

Patricia D Barrett on behalf of Defendant
Ameripride Guard Services, Inc.
Law Office of Patricia D Barrett
846 W Foothill Blvd Ste M
Upland, CA 91786

William G Bissell on behalf of Creditor
Boudreau Pipeline Corporation
110 Newport Ctr Dr Ste 200
Newport Beach, CA 92660

William Bissell on behalf of Defendant
Boudreau Pipeline Corporation
110 Newport Center Dr Ste 200
Newport Beach, CA 92660

Christopher J Brantingham on behalf of
Defendant Pre-Con Products
Brice E Bryan & Assoc
23945 Calabasas Rd
Calabasas, CA 91302

Brian Construction Co Inc
,

John W Busby on behalf of Creditor
Marques Pipeline, Inc.
251 Lafayette Circle Ste 350
Lafayette, CA 94549

Wayne W Call on behalf of 3rd Pty
Defendant Bova Contracting Corporation
Call & Jensen
610 Newport Ctr Dr Ste 700
Newport Beach, CA 92660

Brent S Clemmer on behalf of Creditor
MSA Consulting, Inc.
Slovak Baron & Empey LLP
1800 E Tahquitz Cyn Wy
Palm Springs, CA 92262

Adrianna M Corrado on behalf of
Defendant Orange County Striping
Service, Inc.
Lanak & Hanna
400 N Tustin Ave Ste 120
Santa Ana, CA 92705-3815

Delta Coves Venture LLC
2392 Morse
Irvine, CA 92614

Donald B Devirian on behalf of
Defendant ALL AMERICAN ASPHALT
Devirian & Shinmoto
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064

Francis T Donohue on behalf of 3rd Pty
Defendant Chino Grading, Inc.
Voss, Cook & Thel LLP
895 Dove Street Suite 450
Newport Beach, CA 92660

Norman A. Filer on behalf of Creditor
Mesa Pacific Construction Inc.
500 N. State College Bl., #1270
Orange, CA 92868

Moses Green
,

Stanley Haren on behalf of Defendant
Sierra Cascade Construction, Inc.
Gill & Baldwin
130 N Baldwin Blvd #405
Glendale, CA 91203

William R Hart on behalf of Defendant
BNB Engineering, Inc.
Hart King & Coldren
200 Sandpointe Fourth Fl
Santa Ana, CA 92707

Andrew C Kienle on behalf of Defendant
BNB Engineering, Inc.
200 Sandpointe, 4th Fl
Santa Ana, CA 92707

LB/L SunCal Northlake LLC
,

LB/L SunCal Oak Valley LLC
,

Vivian Le on behalf of Creditor WEC
Corporation
Gary R King & Associates
30950 Rancho Viejo Rd Ste 155
San Juan Capistrano, CA 92675

Wayne Lee
468 Jade Tree Drive
Monterey Park, CA 91754

Manhard Consulting Inc
,

Mark E McKane on behalf of Creditor SC
Master Holdings II LLC
Kirkland & Ellis LLP
555 California St
San Francisco, CA 94104

Louis R Miller
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

Louis R Miller on behalf of Counter-
Defendant SJD Development Corp.
2121 Avenue Of The Stars, 18th Fl
Los Angeles, CA 90067

Louis R Miller on behalf of Debtor
Palmdale Hills Property, LLC
Miller Barondess LLP
1999 Avenue of the Stars
Ste 1000
Los Angeles, CA 90067

Gerald W Mouzis on behalf of Creditor
Hillcrest Contracting, Inc.
The Mouzis Law Firm APC
13681 Newport Ave Ste 8-605
Tustin, CA 92680

Howard S Nevins on behalf of Creditor
Williams+Paddon Architects+Planners, Inc.
2150 River Plaza Dr Ste 450
Sacramento, CA 95833

Sean A O'Keefe on behalf of Plaintiff
Palmdale Hills Property, LLC
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

Sean A O'Keefe on behalf of Plaintiff
SJD Partners, Ltd.
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

Martin Pritikin on behalf of Debtor
Palmdale Hills Property, LLC
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

,

Thomas A Pistone on behalf of
Defendant Developer's Research, Inc.
Pistone & Wolder, LLP
2020 Main Street Suite 900
Irvine, CA 92614

SQUAR, MILNER, MIRANDA &
WILLIAMSON, LLP
4100 Newport Place, Third Floor
Newport Beach, CA 92660

J Patrick Ragan on behalf of 3rd Pty
Defendant Sierra Pacific Electrical
Contracting
1881 S Business Center Dr Suite 7b
San Bernardino, CA 92408

Regal Development LLC
c/o Benjamin M Weiss
12770 High Bluff Dr
Ste 160
San Diego, CA 92130

Laurie A Shade on behalf of Creditor
Orange County Tax Collector
333 W Santa Ana Blvd Ste 407
PO Box 1379
Santa Ana, CA 92702-1379

David Sandoval
,

Raymond D Scott on behalf of Defendant
Kip Incorporated
1835 W Orangewood Ave Ste 255
Orange, CA 92868

Kimberly A Soyer on behalf of Defendant
Marques Pipeline, Inc.
251 Lafayette Cir, Ste 350
Lafayette, CA 94549

Gene H Shioda on behalf of Defendant
Rockey Murata Landscaping, Inc.
Law Office of Gene H Shioda
5757 West Century Blvd Ste 700
Los Angeles, CA 90045

Edward Soto on behalf of Plaintiff
Lehman ALI, Inc.
1395 Brickell Ave Ste 1200
Miami, FL 33131

SunCal Heartland LLC
2392 Morse
Irvine, CA 92614

Joseph L Strohman on behalf of Creditor
SME Construction, Inc
Ferguson Case Orr Paterson LLP
1050 S Kimball Rd
Ventura, CA 93004

SunCal Century City LLC
2392 Morse
Irvine, CA 92614

SunCal PSV LLC
2392 Morse
Irvine, CA 92614

SunCal Marblehead LLC
2392 Morse
Irvine, CA 92614

SunCal Oak Knoll LLC
,

Theresa C Tate on behalf of Defendant
Chino Grading, Inc.
Crawford & Bangs LLP
1290 E Center Crt Dr
Covina, CA 91724

SunCal Torrance Properties LLC
2392 Morse
Irvine, CA 92614

Dina Tasini
Tasini and Associates
2126 Grant St
Berkeley, CA 94703

Douglas F Welebir on behalf of Creditor
Nancy and John Probst
Welebir Tierney & Weck
2068 Orange Tree Ln Ste 215
Redlands, CA 92374

DOCS_LA:242300.1 52063-001

| | | |
|---|---|---|
| Robert S Throckmorton on behalf of Creditor Paula Cunningham<br>Throckmorton, Beckstrom & Tomassian, LLP<br>2 Corporate Park, Ste 210<br>Irvine, CA 92606-5115 | Elizabeth A Walters on behalf of Creditor Andersen Concrete Inc<br>3365 Seventh Ave<br>San Diego, CA 92103 | <u>Attorneys for Arch Insurance Company (objector)</u><br>T. Scott Leo / Michael J. Dudek<br>LEO & WEBER, P.C.<br>1 North LaSalle Street, Suite 3600<br>Chicago, Illinois 60602 |

DOCS_LA:242300.1 52063-001