1 | Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
2 | Steven J. Kahn (CA Bar No. 076933)
PACHULSKI STANG ZIEHL & JONES LLP
3 | 10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California 90067
4 | Telephone: (310) 277-6910
Facsimile: (310) 201-0760

5 | Robert Clayton Roesch (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
6 | 1395 Brickell Avenue, Suite 1200
Miami, FL 33131
7 | Telephone: (305) 577-3100
Facsimile: (305) 374-7159
8 |

Counsel for Movant Lehman ALI, Inc.

9 |

10 |                 **UNITED STATES BANKRUPTCY COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
11 |                        **SANTA ANA DIVISION**

12 | In re:                                                   | Case No.: 8:08-bk-17206-ES
Palmdale Hills Property, LLC, and Its Related Debtors,   | Jointly Administered With Case Nos.
13 |    Jointly Administered Debtors and                     | 8:08-bk-17209-ES; 8:08-bk-17240-ES;
       Debtors-In-Possession.                               | 8:08-bk-17224-ES; 8:08-bk-17242-ES;
14 |                                                         | 8:08-bk-17225-ES; 8:08-bk-17245-ES;
Affects:                                                  | 8:08-bk-17227-ES; 8:08-bk-17246-ES;
15 | ☐ All Debtors                                           | 8:08-bk-17230-ES; 8:08-bk-17231-ES;
☐ Palmdale Hills Property, LLC                            | 8:08-bk-17236-ES; 8:08-bk-17248-ES;
16 | ☐ SunCal Beaumont Heights, LLC                          | 8:08-bk-17249-ES; 8:08-bk-17573-ES;
☐ SCC/Palmdale, LLC                                       | 8:08-bk-17574-ES; 8:08-bk-17575-ES;
17 | ☐ SunCal Johannson Ranch, LLC                           | 8:08-bk-17404-ES; 8:08-bk-17407-ES;
☐ SunCal Summit Valley, LLC                               | 8:08-bk-17408-ES; 8:08-bk-17409-ES;
18 | ☐ SunCal Emerald Meadows LLC                            | 8:08-bk-17458-ES; 8:08-bk-17465-ES;
☐ SunCal Bickford Ranch, LLC                              | 8:08-bk-17470-ES; 8:08-bk-17472-ES;
19 | ☐ Acton Estates, LLC                                    | and 8:08-bk-17588-ES
☐ Seven Brothers LLC                                      |
20 | ☐ SJD Partners, Ltd.                                    | Chapter 11
☐ SJD Development Corp.                                   |
☐ Kirby Estates, LLC                                      | **STIPULATION RESOLVING MOTION
21 | ☐ SunCal Communities I, LLC                             | OF LEHMAN ALI, INC. TO COMPEL
☐ SunCal Communities III, LLC                             | COMPLIANCE WITH RULE 2004 ORDER
22 | ☐ SCC Communities LLC                                   | AND SUBPOENA**
☑ North Orange Del Rio Land, LLC                          |
23 | ☐ Tesoro SF, LLC                                        | **(PROPOSED ORDER SUBMITTED
☐ LB-L-SunCal Oak Valley, LLC                             | CONCURRENTLY HEREWITH)**
24 | ☐ SunCal Heartland, LLC                                 |
☐ LB-L-SunCal Northlake, LLC                              |
25 | ☐ SunCal Marblehead, LLC                                | **[No Hearing Required]**
☐ SunCal Century City, LLC                                |
☐ SunCal PSV, LLC                                         |
26 | ☐ Delta Coves Venture, LLC                              |
☐ SunCal Torrance, LLC                                    |
27 | ☐ SunCal Oak Knoll, LLC                                 |

28 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    Movant, Lehman ALI, Inc. ("Movant") and SunCal Management, LLC ("SunCal") and

2    Debtor North Orange Del Rio Land, LLC ("Del Rio" and together with SunCal Management,

3    the "Examinees") herein submit their Stipulation Resolving Motion of Lehman ALI, Inc. to

4    Compel Compliance with Rule 2004 Order and Subpoena, and represent as follows:

5

6                                               **I.**

7                                          **RECITALS**

8         1.      On April 14, 2011, Movant filed the *Lehman ALI, Inc.'s Motion for Order*

9    *Directing Federal Rule of Bankruptcy Procedure 2004 Examinations of North Orange Del Rio*

10   *Land, LLC and SunCal Management, LLC For Production of Documents* [Docket No. 1960]

11   (the "2004 Motion") for authority to investigate the facts surrounding the Acquisition

12   Agreement between Del Rio and the City of Orange and related Lien Release Escrow

13   Agreement and Construction Escrow Agreements approved by the Court on March 16, 2010 (the

14   "Acquisition Order"), and subsequent changes to those documents after the entry of the

15   Acquisition Order and disbursements of funds in relation thereto.

16        2.      On April 25, 2011, the Court issued its Order Granting the 2004 Motion as

17   submitted [Docket No. 1975] (the "2004 Order").

18        3.      The 2004 Order provided that the documents described in the 2004 Motion be

19   produced on May 4, 2011. This deadline was extended pursuant to agreement between Movant

20   and Examinees to May 16, 2011.

21        4.      Examinees produced a number, but not all, of the documents after the date of the

22   Acquisition Order responsive to the 2004 Order on May 16, May 20, and June 16, 2011 (Bate

23   Stamped 1-12812), but also objected to the scope of the documents set forth in the 2004 Motion,

24   and in particular, to documents pre-dating the March 16, 2010 Acquisition Order.

25        5.      By reason of same, a discovery dispute arose between the parties, and on June 20,

26   2011, Movant filed its *Motion of Lehman ALI, Inc. to Compel Compliance With Rule 2004*

27   *Order and Subpoena* (the "Motion to Compel") [Docket No. 2226], in relation to Production

28   Categories 3(a), 3(c), 5 and 6, which was set for hearing on July 14, 2011.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

6. On July 14, 2011, the Court continued the hearing on the Motion to Compel to September 6, 2011, and directed Movant and Examinees to meet and confer in person no later than July 25, 2011, and thereafter exchange drafts of a Joint Stipulation in compliance with Local Bankruptcy Rule 7026-1(c)(3) in the event that their meet and confer session was not successful.

7. On July 21, 2011, counsel for Movant and Examinees met in person and thereafter engaged in telephonic discussions through July 28, 2011, during which they resolved their discovery dispute as set forth hereinbelow.

## II.

## STIPULATION

Based upon the recitals set forth hereinabove, which are incorporated herein, Movant and Examinees agree as follows:

1. As to Production Categories 3(a), 3(c) and 5, Examinees will complete production of all responsive non-privileged documents for the time period after March 16, 2010, no later than September 20, 2011.

2. As to Production Categories 3(a), 3(c) and 5, Examinees will produce all responsive non-privileged documents for the time period between March 16, 2008 and March 16, 2010, no later than September 20, 2011.

3. As to documents which have already been produced, Examinees will produce meta data as to those specific documents identified by Movant that were transmitted between June 1, 2010 and August 10, 2010 and which contain versions of or amendments to the Acquisition Agreement and/or the Lien Release Escrow Agreement, including all addenda and attachments thereto, no later than September 20, 2011. As to documents which have not yet been produced, Examinees will produce meta data relating thereto, no later than September 20, 2011.

4. As to Production Category 6, to the extent Del Rio or any SunCal Related Entity and Individual (as defined in the 2004 Motion) was the initial recipient of CFD Bond proceeds, and then disbursed any portion of those proceeds to others (including other SunCal Related

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  Entities and Individuals), Examinees will produce documents, if any, reflecting the names of

2  those recipients, and the dates and amounts of such disbursements, no later than September 20,

3  2011.

4      5.      Examinees will produce a privilege log as to all documents withheld from

5  production no later than September 20, 2011.

6

7

8  Dated:    August ___/___, 2011

PACHULSKI STANG ZIEHL & JONES LLP

9

10

Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)

11
Steven J. Kahn (CA Bar No. 076933)
10100 Santa Monica Blvd., Suite 1100

12
Los Angeles, CA 90067-4100
Telephone:  (310) 277-6910

13
Facsimile:  (310) 201-0760

14
-and-

15
Robert Clayton Roesch (admitted *pro hac vice*)

16
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200

17
Miami, FL  33131
Telephone:  (305) 577-3100

18
Facsimile:  (305) 374-7159

19
Counsel for Movant Lehman ALI, Inc.

20

21

22

23

24

25

26

27

28

Dated:    July 29, 2011

RUS, MILIBAND & SMITH
A Professional Corporation

Ronald Rus (CA Bar No. 67369)
Joel S. Miliband (CA Bar No. 77438)
Stephen R. Cook (CA Bar No. 204446)
2211 Michelson Drive, Seventh Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for SunCal Management, LLC

-and-

Paul J. Couchot (CA Bar No. 131934)
Sean A. O'Keefe (CA Bar No. 122417)
WINTHROP COUCHOT
PROFESSIONAL CORPORATION
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for North Orange Del
Rio Land, LLC

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,
Debtor(s).

CHAPTER 11

CASE NUMBER 08-17206-ES

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as *STIPULATION RESOLVING MOTION FOR LEHMAN ALI, INC. TO COMPEL COMPLIANCE WITH RULE 2004 ORDER AND SUBPOENA* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____August 4. 2011____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ____August 4, 2011____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

JUDGE'S COPY [Overnight Delivery]
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____August 4, 2011____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J. Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Debtors (Palmdale Hills Property, LLC and related entities):
    bcook@suncal.com
(3) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(4) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(5) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(6) Ch. 11 Trustee:
    Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(7) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov

(8) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A. Lyman - klyman@irell.com
(9) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B. Meltzer - hmeltzer@wgllp.com
(10) Counsel for Bond Safeguard & Lexon
    Mark E. Aronson – mea@amclaw.com
    Mark J. Krone - mk@amclaw.com, crs@amclaw.com; amc@amclaw.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Chauncey Cole – chauncey.cole@cwt.com
Betty Shumener - betty.shumener@dlapiper.com
John E. Schreiber - jschreiber@dl.com; rreinthaler@dl.com
Mark McKane - mark.mckane@kirkland.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 4, 2011 | Sherry Ploussard | /s/ Sherry Ploussard |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
August 2010
**F 9013-3.1.PROOF.SERVICE**

## I. SERVED BY NEF

**8:08-bk-17206-ES Notice will be electronically mailed to:**

(1)   Selia M Acevedo for Atty Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

(2)   Joseph M Adams for Def The City of San Juan Capistrano
jadams@sycr.com

(3)   Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com

(4)   James C Bastian for Cred ARB, Inc.
jbastian@shbllp.com

(5)   Thomas Scott Belden for Def Zim Industries, Inc. dba Bakersfield
Well & Pump
sbelden@kleinlaw.com, ecf@kleinlaw.com

(6)   John A Boyd for Int Pty Oliphant Golf Inc
fednotice@tclaw.net

(7)   Mark Bradshaw for Int Pty Courtesy NEF
mbradshaw@shbllp.com

(8)   Gustavo E Bravo for Cred Oliphant Golf, Inc.
gbravo@smaha.com

(9)   Jeffrey W Broker for Cred Bond Safeguard Ins Co
jbroker@brokerlaw.biz

(10)  Brendt C Butler for Cred EMR Residential Properties LLC
BButler@mandersonllp.com

(11)  Andrew W Caine for Cred Lehman ALI, Inc.
acaine@pszyjw.com

(12)  Carollynn Callari for Cred Danske Bank A/S London Branch
ccallari@venable.com

(13)  Cathrine M Castaldi for Cred SunCal Management, LLC
ccastaldi@rusmiliband.com

(14)  Tara Castro Narayanan for Int Pty Courtesy NEF
tara.narayanan@msrlegal.com, lisa.king@msrlegal.com

(15)  Dan E Chambers for Cred EMR Residential Properties LLC
dchambers@jmbm.com

(16)  Shirley Cho for Cred Lehman ALI, Inc.
scho@pszjlaw.com

(17)  Vonn Christenson for Int Pty Courtesy NEF
vrc@paynefears.com

(18)  Brendan P Collins for Cred Grayl CPB, LLC
bpcollins@bhfs.com

(19)  Vincent M Coscino for Petitioning Cred CST Environmental Inc
vcoscino@allenmatkins.com, emurdoch@allenmatkins.com

(20)  Paul J Couchot for Cred SCC Acquisitions, Inc.
pcouchot@winthropcouchot.com,
pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com

(21)  Jonathan S Dabbieri for Int Pty Courtesy NEF
dabbieri@sullivan.com,
hill@sullivanhill.com;mcallister@sullivanhill.com;
stein@sullivanhill.com;vidovich@sullivanhill.com

(22)  Ana Damonte for Cred Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

(23)  Vanessa S Davila for Cred Bond Safeguard Ins Co
vsd@amclaw.com

(24)  Melissa Davis for Cred City of Orange
mdavis@shbllp.com

(25)  Daniel Denny for Int Pty Courtesy NEF
ddenny@gibsondunn.com

(26)  Caroline Djang for Cred Lehman ALI, Inc.
crd@jmbm.com

(27)  Donald T Dunning for Cred Hertz Equipment Rental Corp
ddunning@dunningLaw.com

(28)  Meredith R Edelman on behalf of Interested Party Courtesy NEF
meredith.edelman@dlapiper.com

(29)  Joseph A Eisenberg for Cred Lehman ALI, Inc.
jae@jmbm.com

(30)  Lei Lei Wang Ekvall for Atty Weiland Golden Smiley Wang
Ekvall & Strok, LLP
lekvall@wgllp.com

(31)  Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

(32)  Marc C Forsythe for Atty Robert Goe
kmurphy@goeforlaw.com

(33)  Alan J Friedman for Atty Irell & Manella LLP
afriedman@irell.com

(34)  Steven M Garber for Cred Park West Landscape, Inc
steve@smgarberlaw.com

(35)  Christian J Gascou for 3rd Party Pltf Arch Ins Co
cgascou@gascouhopkins.com

(36)  Barry S Glaser for Cred County of Los Angeles
bglaser@swjlaw.com

(37)  Robert P Goe for Atty Robert Goe
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;mforsythe@goeforlaw.com

(38)  Eric D Goldberg for Int Pty Courtesy NEF
egoldberg@stutman.com

(39)  Richard H Golubow for Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com

(40)  Michael J Gomez for Int Pty Central Pacific Bank
mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

(41)  Kelly C Griffith for Cred Bond Safeguard Ins Co
bkemail@harrisbeach.com

(42)  Matthew Grimshaw for Int Pty City Of Torrance
mgrimshaw@rutan.com

(43)  Kavita Gupta for Debtor Palmdale Hills Property, LLC
kgupta@winthropcouchot.com

(44)  Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

(45)  Michael J Hauser for U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

(46)  D Edward Hays for Cred Villa San Clemente, LLC
ehays@marshackhays.com

(47)  Michael C Heinrichs for Int Pty Courtesy NEF
mheinrichs@omm.com

(48)  Harry D. Hochman for Cred Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com

(49)  Jonathan M Hoff for 3rd Party Pltf Jt Prov Liquidators
of Lehman RE Ltd
jonathan.hoff@cwt.com

(50)  Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com

(51)  Michelle Hribar for Pltf EMR Residential Properties LLC
mhribar@rutan.com

(52)  John J Immordino for Cred Arch Ins Co.
john.immordino@wilsonelser.com,
raquel.burgess@wilsonelser.com

(53)  Lawrence A Jacobson for Cred BKF Engineers
laj@cohenandjacobson.com

(54)  Michael J Joyce for Int Pty Courtesy NEF
mjoyce@crosslaw.com

(55)  Stephen M Judson for Petitioning Cred The Professional Tree
Care Co
sjudson@fablaw.com

(56)  Kaleb L Judy for Def Zim Industries, Inc. dba Bakersfield Well
& Pump
ecf@kleinlaw.com, kjudy@kleinlaw.com

(57)  Steven J Kahn for Cred Lehman ALI, Inc.
skahn@pszyjw.com

(58)  Sheri Kanesaka for Cred California Bank & Trust
sheri.kanesaka@bryancave.com

(59)  David I Katzen for Int Pty Bethel Island Muni Imp District
katzen@ksfirm.com

(60)  Christopher W Keegan for Cred SC Master Holdings II LLC
ckeegan@kirkland.com,
gdupre@kirkland.com;alevin@kirkland.com

(61)  Payam Khodadadi for Debtor Palmdale Hills Property, LLC
pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                    F 9013-3.1.PROOF.SERVICE

(62) Irene L Kiet for Cred BNB Engineering, Inc.
ikiet@hkclaw.com

(63) Claude F Kolm for Cred County of Alameda Tax Collector
claude.kolm@acgov.org

(64) Mark J Krone for Cred Bond Safeguard Ins Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com

(65) David B Lally for Def Contracting Engineers, Inc.
davidlallylaw@gmail.com

(66) Leib M Lerner for Cred Steiny and Co, Inc.
leib.lerner@alston.com

(67) Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com

(68) Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com

(69) Kerri A Lyman for Atty Irell & Manella LLP
klyman@irell.com

(70) Mariam S Marshall for Cred RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

(71) Robert C Martinez for Cred TC Construction Co, Inc
rmartinez@mclex.com

(72) Michael D May for Cred R.J. Noble Co.
mdmayesq@verizon.net

(73) Hutchison B Meltzer for Cred Com Holding Unsecured Claims
hmeltzer@wgllp.com

(74) Krikor J Meshefejian for Int Pty Courtesy NEF
kjm@lnbrb.com

(75) Joel S. Miliband for Cred RBF CONSULTING
jmiliband@rusmiliband.com

(76) James M Miller for Atty Miller Barondess LLP
jmiller@millerbarondess.com, vgunderson@millerbarondess.com;
smiller@millerbarondess.com; mpritikin@millerbarondess.com

(77) Louis R Miller for Pltf Palmdale Hills Property, LLC
smiller@millerbarondess.com

(78) Craig Millet for Int Pty Doug Champion
cmillet@gibsondunn.com,
pcrawford@gibsondunn.com;cmillet@gibsondunn.com

(79) Randall P Mroczynski for Def Bob McGrann Construction, Inc.
randym@cookseylaw.com

(80) Mike D Neue for Atty The Lobel Firm, LLP
mneue@thelobelfirm.com,
jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

(81) Robert Nida for Cred Kirk Negrete, Inc
Rnida@castlelawoffice.com

(82) Henry H Oh for 3rd Party Pltf Jt Prov Liquidators of
Lehman RE Ltd
henry.oh@dlapiper.com, janet.curley@dlapiper.com

(83) Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

(84) Scott H Olson for Cred Bethel Island Muni Improvement District
solson@seyfarth.com

(85) Robert B Orgel for Cred Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com

(86) Malhar S Pagay for Cred Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com

(87) Ernie Zachary Park for Int Pty Newcomm
ernie.park@bewleylaw.com

(88) Daryl G Parker for Cred Lehman ALI, Inc.
dparker@pszjlaw.com

(89) Penelope Parmes for Cred EMR Residential Properties LLC
pparmes@rutan.com

(90) Robert J Pfister on behalf of Int Pty Courtesy NEF
rpfister@ktbslaw.com

(91) Ronald B Pierce for Cred Griffith Co
ronald.pierce@sdma.com

(92) Katherine C Piper for Int Pty New Anaverde LLC
kpiper@steptoe.com, smcloughlin@steptoe.com

(93) Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net

(94) James S Riley for Cred Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com

(95) Debra Riley for Int Pty City of Palmdale
driley@allenmatkins.com

(96) Todd C. Ringstad for Int Pty Courtesy NEF
becky@ringstadlaw.com

(97) R Grace Rodriguez for Def O&B Equipment, Inc.
ecf@lorgr.com

(98) Martha E Romero for Cred California Taxing Authorities
Romero@mromerolawfirm.com

(99) Ronald Rus for Cred SunCal Management, LLC
rrus@rusmiliband.com

(100) John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
jschafer@mandersonllp.com

(101) John E Schreiber for Def Fenway Capital, LLC
jschreiber@dl.com

(102) William D Schuster for Cred HD Supply Construction Supply LTD
bills@allieschuster.org

(103) Christopher P Simon for Int Pty Courtesy NEF
csimon@crosslaw.com

(104) Gerald N Sims for Int Pty Courtesy NEF
jerrys@psdslaw.com, bonniec@psdslaw.com

(105) Wendy W Smith for Cred Castaic Union School District
wendy@bindermalter.com

(106) Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com

(107) Steven M Speier for Trustee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com

(108) Michael St James for Cred MBH Architects, Inc.
ecf@stjames-law.com

(109) Michael K Sugar for Off Committee of Unsecured Creds
msugar@irell.com

(110) Cathy Ta for Def Hi-Grade Material Co.
cathy.ta@bbklaw.com,
Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com

(111) David A Tilem for Def Southland Pipe Corp
davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;
dianachau@tilemlaw.com;kmishigian@tilemlaw.com

(112) James E Till for Trustee Steven Speier (TR)
jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;
pnelson@thelobelfirm.com

(113) United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

(114) Carol G Unruh for Cred Scott E. McDaniel
cgunruh@sbcglobal.net

(115) Annie Verdries for Cred WEC Corp
verdries@lbbslaw.com

(116) Jason Wallach for Def Professional Pipeline Contractors, Inc.
jwallach@gladstonemichel.com

(117) Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
kim.johnson@kattenlaw.com

(118) Marc J Winthrop for Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

(119) David M Wiseblood for Cred Bethel Island Muni Imp District
dwiseblood@seyfarth.com

(120) Brett K Wiseman for Cred JF Shea Construction Inc
bwiseman@aalaws.com

(121) Dean A Ziehl for Counter-Def LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com

(122) Marc A. Zimmerman for Creditor Life Church of God in Christ
joshuasdaddy@att.net

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                **F 9013-3.1.PROOF.SERVICE**