| | |
|---|---|
| 1<br>2<br>3<br>4 | PAUL J. COUCHOT -- State Bar No. 131934<br>**WINTHROP COUCHOT, P.C.**<br>660 Newport Center Drive, Fourth Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100<br>Facsimile: (949) 720-4111<br>General Insolvency Counsel for Palmdale Hills<br>Property, LLC et. al. (the "Voluntary Debtors") |
| 5<br>6<br>7<br>8<br>9 | RONALD RUS - State Bar No. 67369<br>JOEL S. MILIBAND - State Bar No. 77438<br>**RUS MILIBAND & SMITH**<br>**A PROFESSIONAL CORPORATION**<br>2211 Michelson Drive, Seventh Floor<br>Irvine, California 92612<br>Telephone: (949) 752-7100<br>Facsimile: (949) 252-1514<br>Counsel for SCC Acquisitions, Inc. |

FILED & ENTERED

AUG 05 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid          DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re
PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS,

    Jointly Administered Debtors
    and Debtors-in-Possession

Affects:
☐ All Debtors
☒ Palmdale Hills Property,
☒ SunCal Beaumont Heights, LLC
☐ SCC/Palmdale,
☒ SunCal Johannson Ranch, LLC
☐ SunCal Summit Valley, LLC
☒ SunCal Emerald Meadows LLC
☒ SunCal Bickford Ranch, LLC
☒ Acton Estates, LLC
☐ Seven Brothers LLC
☒ SJD Partners, Ltd.
☒ SJD Development Corp.
☐ Kirby Estates, LLC
☐ SunCal Communities I, LLC
☐ SunCal Communities III, LLC
☒ SCC Communities LLC
☒ North Orange Del Rio Land, LLC
☒ Tesoro SF LLC
☒ LBL-SunCal Oak Valley, LLC
☒ SunCal Heartland, LLC
☐ LBL-SunCal Northlake, LLC

Case No. 8:08-bk-17206-ES
Jointly Administered With Case Nos.
8:08-bk-17209-ES; 8:08-bk-17240-ES;
8:08-bk-17224-ES; 8:08-bk-17242-ES;
8:08-bk-17225-ES; 8:08-bk-17245-ES;
8:08-bk-17227-ES; 8:08-bk-17246-ES;
8:08-bk-17230-ES; 8:08-bk-17231-ES;
8:08-bk-17236-ES; 8:08-bk-17248-ES;
8:08-bk-17249-ES; 8:08-bk-17573-ES;
8:08-bk-17574 ES; 8:08-bk-17575-ES;
8:08-bk-17404-ES; 8:08-bk-17407-ES;
8:08-bk-17408-ES; 8:08-bk-17409-ES;
8:08-bk-17458-ES; 8:08-bk-17465-ES;
8:08-bk-17470-ES; 8:08-bk-17472-ES;
and 8:08-bk-17588-ES
Chapter 11 Proceedings

**ORDER APRPOVING (1) SUNCAL PLAN PROPONENTS' STATEMENT RE PROPOSED PLAN FUNDING INSERTS FOR SUNCAL PLAN PROPONENTS' DISCLOSURE STATEMENTS, AND (2) STATEMENT OF SUNCAL PLAN PROPONENTS REGARDING THE PROPOSED DELETIONS TO THE SEVEN PROPOSED DISCLOSURE STATEMENTS FILED BY THE SUNCAL PLAN PROPONENTS**

Order#44201#455413b7-a2f4-4098-ab7a-39a8a6b77380

1
2
3
4

☒ SunCal Marblehead, LLC
☒ SunCal Century City, LLC
☒ SunCal PSV, LLC
☒ Delta Coves Venture, LLC
☒ SunCal Torrance, LLC
☒ SunCal Oak Knoll, LLC

Hearing Held: July 22, 2011
Time:           10:00 a.m.
Place:          Courtroom. 5A

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1        On July 22, 2011, the Court held a hearing on the proposed disclosure statements (collectively, the "Disclosure Statements") describing the proposed *Second Amended Chapter 11 Plans* (collectively, the "Plans") filed by the Voluntary Debtors and SCC Acquisitions, Inc. ("SunCal Plan Proponents"). The Court set July 26, 2011 at 12:00 p.m. (Pacific) as the deadline for the Lehman Creditors to submit their proposed insertions and deletions to the Disclosure Statements ("Lehman Statements"), and set July 28, 2011 at 12:00 p.m. (Pacific) as the deadline for the SunCal Plan Proponents to submit their proposed insertions and deletions to the Disclosure Statements.

       On July 28, 2011, the SunCal Plan Proponents filed their *Statement of SunCal Plan Proponents Regarding the Proposed Deletions to the Seven Proposed Disclosure Statements filed by the SunCal Plan Proponents*, docket entry 2437 ("SunCal Deletion Statement"). The SunCal Proponents' SunCal Deletion Statement agrees to substantially all of the *deletions* in the applicable Lehman Statement with the exception that the SunCal Plan Proponents wish to retain the phrase, "believing the request was made in good faith." The Lehman Creditors have agreed to the retention of this phrase, and thus the approval of the SunCal Deletion Statement is uncontested.

       On July 28, 2011, the SunCal Plan Proponents also filed their *SunCal Plan Proponents' Statement re Proposed Plan Funding Inserts for SunCal Plan Proponents' Disclosure Statements*, docket entry 2439 (the "SunCal Insert Statement").

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Having reviewed the Lehman Statements, the SunCal Deletion Statement, and the SunCal
2  Insert Statement, and good cause appearing therefore,
3  IT IS HEREBY ORDERED THAT:
4  1. The SunCal Deletion Statement is approved; and
5  2. The SunCal Insert Statement is approved.

####

DATED: August 5, 2011

_____
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER APPROVING (1) SUNCAL PLAN PROPONENTS' STATEMENT RE PROPOSED PLAN FUNDING INSERTS FOR SUNCAL PLAN PROPONENTS' DISCLOSURE STATEMENTS, AND (2) STATEMENT OF SUNCAL PLAN PROPONENTS REGARDING THE PROPOSED DELETIONS TO THE SEVEN PROPOSED DISCLOSURE STATEMENTS FILED BY THE SUNCAL PLAN PROPONENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. Via first class mail

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 4, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
U.S. Trustee: Michael Hauser – Michael.Hauser@usdoj.gov
Committee to Trustee Debtors: Lei Lei Wang Ekvall    lekvall@wgllp.com
Committee to Voluntary Debtors: Alan J Friedman    afriedman@irell.com

**Via Attorney Service**
Honorable Erithe Smith
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 4, 2011 | Viann Corbin | */s/ Viann Corbin* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER APPROVING (1) SUNCAL PLAN PROPONENTS' STATEMENT RE PROPOSED PLAN FUNDING INSERTS FOR SUNCAL PLAN PROPONENTS' DISCLOSURE STATEMENTS, AND (2) STATEMENT OF SUNCAL PLAN PROPONENTS REGARDING THE PROPOSED DELETIONS TO THE SEVEN PROPOSED DISCLOSURE STATEMENTS FILED BY THE SUNCAL PLAN PROPONENTS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 4, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒     Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐     Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐     Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

-6-

**NEF SERVICE LIST**

- Selia M Acevedo     sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams     jadams@sycr.com
- Raymond H Aver     ray@averlaw.com
- James C Bastian     jbastian@shbllp.com
- Thomas Scott Belden     sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd     fednotice@tclaw.net
- Mark Bradshaw     mbradshaw@shbllp.com
- Gustavo E Bravo     gbravo@smaha.com
- Jeffrey W Broker     jbroker@brokerlaw.biz
- Brendt C Butler     bbutler@mandersonllp.com
- Andrew W Caine     acaine@pszyjw.com
- Carollynn Callari     ccallari@venable.com
- Cathrine M Castaldi     ccastaldi@rusmiliband.com
- Tara Castro Narayanan     tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers     dchambers@jmbm.com
- Shirley Cho     scho@pszjlaw.com
- Vonn Christenson     vrc@paynefears.com
- Brendan P Collins     bpcollins@bhfs.com
- Vincent M Coscino     vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot     pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Jonathan S Dabbieri     dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte     ana.damonte@pillsburylaw.com
- Vanessa S Davila     vsd@amclaw.com
- Melissa Davis     mdavis@shbllp.com
- Daniel Denny     ddenny@gibsondunn.com
- Caroline Djang     crd@jmbm.com
- Donald T Dunning     ddunning@dunningLaw.com
- Meredith R Edelman     meredith.edelman@dlapiper.com
- Joseph A Eisenberg     jae@jmbm.com
- Lei Lei Wang Ekvall     lekvall@wgllp.com
- Richard W Esterkin     resterkin@morganlewis.com
- Marc C Forsythe     kmurphy@goeforlaw.com
- Alan J Friedman     afriedman@irell.com
- Steven M Garber     steve@smgarberlaw.com
- Christian J Gascou     cgascou@gascouhopkins.com
- Barry S Glaser     bglaser@swjlaw.com
- Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg     egoldberg@stutman.com
- Richard H Golubow     rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez     mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith     bkemail@harrisbeach.com
- Matthew Grimshaw     mgrimshaw@rutan.com
- Kavita Gupta     kgupta@winthropcouchot.com

-7-

Order#44201#455413b7-a2f4-4098-ab7a-39a8a6b77380

|    |    |
|----|----|
| 1  | • Asa S Hami    ahami@morganlewis.com |
|    | • Michael J Hauser    michael.hauser@usdoj.gov |
| 2  | • D Edward Hays    ehays@marshackhays.com |
|    | • Michael C Heinrichs    mheinrichs@omm.com |
| 3  | • Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com |
|    | • Jonathan M Hoff    jonathan.hoff@cwt.com |
| 4  | • Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com |
| 5  | • Michelle Hribar    mhribar@rutan.com |
|    | • John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com |
| 6  | • Lawrence A Jacobson    laj@cohenandjacobson.com |
|    | • Michael J Joyce    mjoyce@crosslaw.com |
| 7  | • Stephen M Judson    sjudson@fablaw.com |
| 8  | • Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com |
|    | • Steven J Kahn    skahn@pszyjw.com |
| 9  | • Sheri Kanesaka    sheri.kanesaka@bryancave.com |
|    | • David I Katzen    katzen@ksfirm.com |
| 10 | • Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com |
| 11 | • Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com |
| 12 | • Irene L Kiet    ikiet@hkclaw.com |
|    | • Claude F Kolm    claude.kolm@acgov.org |
| 13 | • Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com |
|    | • David B Lally    davidlallylaw@gmail.com |
| 14 | • Leib M Lerner    leib.lerner@alston.com |
| 15 | • Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com |
|    | • Charles Liu    cliu@winthropcouchot.com |
| 16 | • Kerri A Lyman    klyman@irell.com |
|    | • Mariam S Marshall    mmarshall@marshallramoslaw.com |
| 17 | • Robert C Martinez    rmartinez@mclex.com |
| 18 | • Michael D May    mdmayesq@verizon.net |
|    | • Hutchison B Meltzer    hmeltzer@wgllp.com |
| 19 | • Krikor J Meshefejian    kjm@lnbrb.com |
|    | • Joel S. Miliband    jmiliband@rusmiliband.com |
| 20 | • James M Miller    jmiller@millerbarondess.com, |
| 21 | vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com |
| 22 | • Louis R Miller    smiller@millerbarondess.com |
| 23 | • Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com |
|    | • Randall P Mroczynski    randym@cookseylaw.com |
| 24 | • Mike D Neue    mneue@thelobelfirm.com, |
| 25 | jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com |
|    | • Robert Nida    Rnida@castlelawoffice.com |
| 26 | • Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com |
| 27 | • Sean A Okeefe    sokeefe@okeefelc.com |
|    | • Scott H Olson    solson@seyfarth.com |
| 28 | • Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com |
|    | • Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com |

-8-

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- Ernie Zachary Park     ernie.park@bewleylaw.com
- Daryl G Parker     dparker@pszjlaw.com
- Penelope Parmes     pparmes@rutan.com
- Robert J Pfister     rpfister@ktbslaw.com
- Ronald B Pierce     ronald.pierce@sdma.com
- Katherine C Piper     kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey     cmartin@pprlaw.net
- Debra Riley     driley@allenmatkins.com
- James S Riley     tgarza@sierrafunds.com
- Todd C. Ringstad     becky@ringstadlaw.com
- R Grace Rodriguez     ecf@lorgr.com
- Martha E Romero     Romero@mromerolawfirm.com
- Ronald Rus     rrus@rusmiliband.com
- John P Schafer     jschafer@mandersonllp.com
- John E Schreiber     jschreiber@dl.com
- William D Schuster     bills@allieschuster.org
- Christopher P Simon     csimon@crosslaw.com
- Gerald N Sims     jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith     wendy@bindermalter.com
- Steven M Speier     Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)     Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James     ecf@stjames-law.com
- Michael K Sugar     msugar@irell.com
- Cathy Ta     cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem     davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till     jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh     cgunruh@sbcglobal.net
- Annie Verdries     verdries@lbbslaw.com
- Jason Wallach     jwallach@gladstonemichel.com
- Joshua D Wayser     , kim.johnson@kattenlaw.com
- Marc J Winthrop     mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood     dwiseblood@seyfarth.com
- Brett K Wiseman     bwiseman@aalaws.com
- Dean A Ziehl     dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman     joshuasdaddy@att.net

Order#44201#455413b7-a2f4-4098-ab7a-39a8a6b77380