PAUL J. COUCHOT - State Bar No. 131934
pcouchot@winthropcouchot.com
SEAN A. O'KEEFE -- State Bar No. 122417
sokeefe@winthropcouchot.com
Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Tel: (949) 720-4100/Fax: (949) 720-4111
General Insolvency Counsel for Palmdale Hills
Property, LLC et. al.

RONALD RUS - State Bar No. 67369
rrus@rusmiliband.com
JOEL S. MILIBAND - State Bar No. 77438
jmiliband@rusmiliband.com
RUS MILIBAND & SMITH
A PROFESSIONAL CORPORATION
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Tel.: (949) 752-7100/Fax: (949) 252-1514

Counsel for SunCal Management LLC and
SCC Acquisitions Inc.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br>PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS,<br>　　Jointly Administered Debtors<br>　　and Debtors-in-Possession | Case No. 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574 ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11 Proceedings |
| Affects:<br>☒ All Debtors<br>☐ Palmdale Hills Property,<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale,<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF LLC | **UNILATERAL STATUS REPORT FILED BY SUNCAL PARTIES**<br><br>**DATE: August 10, 2011**<br>**TIME: 2:00 p.m.**<br>**PLACE: Courtroom 5A** |

*Continued from Previous Page*
- ☐ LBL-SunCal Oak Valley, LLC
- ☐ SunCal Heartland, LLC
- ☐ LBL-SunCal Northlake, LLC
- ☐ SunCal Marblehead, LLC
- ☐ SunCal Century City, LLC
- ☐ SunCal PSV, LLC
- ☐ Delta Coves Venture, LLC
- ☐ SunCal Torrance, LLC
- ☐ SunCal Oak Knoll, LLC

1  Pursuant to the Court's instructions, Palmdale Hills Property, LLC, SunCal Communities I,
2 LLC, SunCal Communities III, LLC, SCC Palmdale, LLC, Acton Estates, LLC, SunCal Beaumont,
3 LLC, SunCal Emerald, LLC, SunCal Johansson, LLC, SunCal Bickford, LLC, SunCal Summit,
4 LLC, Seven Brothers, LLC, Kirby Estates, LLC, SJD Partners, LLC, SJD Development, LLC, SCC
5 Communities, LLC, North Orange Del Rio, LLC and Tesoro SF, LLC (the "Voluntary Debtors")
6 and SunCal Management LLC ("Management"), and SCC Acquisitions, LLC ("SCC') (collectively
7 with the Voluntary Debtors, the "SunCal Parties") hereby submit the following Unilateral Status
8 Report.

## UNILATERAL STATUS REPORT

10  A status conference is set in the above cases for August 10, 2011, at the hour of 2:00 p.m.
11 to A) assess the progress of the discovery that the parties are pursuing in connection with the Claim
12 Objections[1] and the Plan Disputes[2], and B) to consider whether the parties should be required to
13 present any discovery disputes arising in these contested matters to another bankruptcy judge for
14 resolution.

15  The SunCal Proponents are, frankly, puzzled by the Lehman Entities' claim of a need for a
16 discovery referee. As of the filing of this status report, the parties have conducted five depositions
17 since the last hearing in this matter. These depositions have occurred on both coasts, and have
18 included depositions of Lehman and SunCal representatives as well as third party witnesses. They
19 have all not only occurred without incident, they have been downright *civil*. Mr. O'Keefe has
20 appeared on behalf of the Voluntary Debtors in connection with the contested matters regarding
21 plan confirmation and the SunCal Proponents' claims objections, and Mr. Pritikin has appeared on
22 behalf of the Voluntary Debtor Plaintiffs in connection with the breach of contract lawsuit, as well
23 as (once the Court ruled that there was no stay affecting the equitable subordination action other
24 than LCPI's stay) in connection with the equitable subordination action vis-à-vis the non-stayed
25 Plaintiffs. At the beginning of each deposition, each counsel has stated who they represent and the
26 matters in which they were appearing. The parties have worked together to accommodate

---

[1] The contested matters arising from the objections filed by the SunCal Parties to certain claims of the Lehman Entities.

[2] The contested matters arising from the competing plans of reorganization filed by the SunCal Parties and the Lehman Entities in certain of cases of the debtors listed on the caption of this pleading.

1  deposition dates, locations, and start times; have accommodated telephonic participation for other
2  parties in interests; and have even endeavored to finish the depositions in a timely manner so that
3  out-of-town counsel could catch flights back home.

4  In short, there are no *actual disputes* that have occurred since the last hearing that would
5  warrant appointment of a referee—and the materialization of actual disputes was precisely why the
6  Court held the matter over until August 10. The Lehman Entities cite to various things going on in
7  the various contested matters as evidence of the need for a referee. But each of these are either
8  issues that already existed prior to the last hearing—which were insufficient to persuade the Court
9  to appoint a referee at that time—or are not really issues at all.

10  For example, the defendants in the breach of contract action argue that they should not have
11  to conduct discovery before their motion to dismiss is heard. But at the July 12, 2011 hearing on
12  the motion for remand and status conference regarding the breach of contract action, the Court
13  already considered—and rejected—this argument in deciding that discovery could go forward.
14  They argue that "Defendants should not have to litigate a lawsuit to the point of trial before a
15  motion to dismiss is heard." But the Court has already ruled that the December 22, 2011 date for
16  the hearing on their motion to dismiss would become the date to hear all parties' motions for
17  summary judgment. Moreover, since the discovery is largely duplicative of the discovery that
18  would be going forward anyway in connection with the Recoupment Claim Objection (indeed, the
19  overlap was the primary reason the Court denied remand)—the Lehman defendants fail to
20  articulate how taking discovery in connection with the contract lawsuit is in any way prejudicial.

21  The Lehman Entities also point to discovery occurring in connection with the Equitable
22  Subordination Action. True, the Lehman Entities have issued deposition subpoenas and document
23  requests in connection with the motion for summary judgment filed in that case; but they have
24  failed to point out any *dispute* regarding that discovery, as would warrant a referee.

25  Similarly, the Lehman Entities point to the fact that the Miller Barondess firm has been
26  noticing depositions to occur simultaneously in the breach of contract action and the equitable
27  subordination action along with the depositions already noticed in the claims objections and plan
28  matter—just as they advised the Court they would be. But again, no less than five depositions

have already occurred using this procedure, and they have all worked well.  Notably, Miller Barondess has *not* been noticing the depositions in connection with the claims objections, specifically to avoid any claim of purported conflict; they withdrew their deposition notices in connection with the equitable subordination action at Lehman's request, and only started noticing depositions in that matter once the Court ruled that LCPI's stay was the only applicable stay.  Lehman Re has also been cross-noticing each of the depositions in the equitable subordination action, but the Lehman Entities don't seem to have any objection to that.

SunCal Management has had two issues with the Chapter 11 Trustee arising out of the depositions of the Chapter 11 Trustee and his counsel, William Lobel.  Both are in the process of being resolved.

The issue of Mr. Lobel's refusal to answer questions at his deposition based on an alleged "common interest privilege" between the Chapter 11 Trustee and the Lehman Entities existed at the time of the last hearing and the Court was apprised of the same.  SunCal Management filed a motion to compel the testimony of Mr. Lobel after he and his lawyer refused SunCal Management's repeated attempts to meet and confer.  Despite Mr. Lobel's availability to participate by telephone, his lawyer refused to speak with SunCal Management about the dispute until an unspecified date in August, in violation of LBR 7026(c)(2) (requiring opposing party to meet within 7 days of receiving written request for meet and confer conference from moving party).  Mr. Lobel's attorney also insisted that the Lehman Entities participate in the meet and confer conference.  SunCal Management objected to unnecessary third-party participation, but told Mr. Lobel's lawyer that he was free to invite whomever he wished to participate on his end of the telephone conference.  Mr. Lobel (and his lawyer) still refused to participate.  That matter is set to be heard in this Court on September 8, 2011.

As to the Trustee's refusal to answer questions, Mr. Lobel's office has agreed to abandon the Trustee's untenable position and to withdraw the meritless objections to questions posed to the Trustee.  This agreement was worked out during meet and confer discussions between counsel for SunCal Management and Mr. Lobel's office, and the parties are currently in the process of scheduling another deposition of the Trustee.

1     Regarding production of documents, SunCal Management objected to discovery in connection with Lehman's claim objections s*ince they included a subordination claim.  At the hearing on July 19, 2011, Lehman confirmed in open Court its abandonment of any subordination claim as part of their claim objections, and shortly thereafter SunCal Management produced 19 megabytes of native excel files.

    Although there is a lot of discovery going on, the parties have been dealing with it without the need for extensive judicial intervention.  The Lehman Entities' agenda has not changed: they want to slow the process down, and think that inserting a referee into the process will do just that.

DATED: August 8, 2011    **WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**

By:   /s/ *Paul J. Couchot*
    Paul J. Couchot, Esq.
    Sean Okeefe, Esq.
    Peter Lianides, Esq.
General Insolvency Counsel for Administratively Consolidated Debtors-in-Possession

**RUS MILIBAND & SMITH**
**A PROFESSIONAL CORPORATION**

By:  /s/ *Ronald Rus*
    Ronald Rus, Esq.
    Joel S. Miliband, Esq.
    Catherine Castaldi, Esq.
Attorneys for SunCal Management, LLC, and SCC Acquisitions Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **UNILATERAL STATUS REPORT FILED BY SUNCAL PARTIES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 8, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 8, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

*VIA ATTORNEY SERVICE DELIVERY:*
Honorable Erithe A. Smith
U.S. Bankruptcy Court
411 West Fourth Street #5041
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 8, 2011 | Gretchen Crumpacker | /s/ *Gretchen Crumpacker* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

457710v1 JSM 8/8/11 1 (2882-0001)           -6-
91518.1

NEF SERVICE LIST

- Selia M Acevedo   sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams   jadams@sycr.com
- Raymond H Aver   ray@averlaw.com
- James C Bastian   jbastian@shbllp.com
- Thomas Scott Belden   sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd   fednotice@tclaw.net
- Mark Bradshaw   mbradshaw@shbllp.com
- Gustavo E Bravo   gbravo@smaha.com
- Jeffrey W Broker   jbroker@brokerlaw.biz
- Brendt C Butler   bbutler@mandersonllp.com
- Andrew W Caine   acaine@pszyjw.com
- Carollynn Callari   ccallari@venable.com
- Cathrine M Castaldi   ccastaldi@rusmiliband.com
- Tara Castro Narayanan   tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers   dchambers@jmbm.com
- Shirley Cho   scho@pszjlaw.com
- Vonn Christenson   vrc@paynefears.com
- Brendan P Collins   bpcollins@bhfs.com
- Vincent M Coscino   vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot   pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Jonathan S Dabbieri   dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte   ana.damonte@pillsburylaw.com
- Vanessa S Davila   vsd@amclaw.com
- Melissa Davis   mdavis@shbllp.com
- Daniel Denny   ddenny@gibsondunn.com
- Caroline Djang   crd@jmbm.com
- Donald T Dunning   ddunning@dunningLaw.com
- Meredith R Edelman   meredith.edelman@dlapiper.com
- Joseph A Eisenberg   jae@jmbm.com
- Lei Lei Wang Ekvall   lekvall@wgllp.com
- Richard W Esterkin   resterkin@morganlewis.com
- Marc C Forsythe   kmurphy@goeforlaw.com
- Alan J Friedman   afriedman@irell.com
- Steven M Garber   steve@smgarberlaw.com
- Christian J Gascou   cgascou@gascouhopkins.com
- Barry S Glaser   bglaser@swjlaw.com
- Robert P Goe   kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg   egoldberg@stutman.com
- Richard H Golubow   rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez   mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith   bkemail@harrisbeach.com
- Matthew Grimshaw   mgrimshaw@rutan.com
- Kavita Gupta   kgupta@winthropcouchot.com
- Asa S Hami   ahami@morganlewis.com
- Michael J Hauser   michael.hauser@usdoj.gov
- D Edward Hays   ehays@marshackhays.com
- Michael C Heinrichs   mheinrichs@omm.com
- Harry D. Hochman   hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff   jonathan.hoff@cwt.com
- Nancy Hotchkiss   nhotchkiss@trainorfairbrook.com
- Michelle Hribar   mhribar@rutan.com
- John J Immordino   john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com

457710v1 JSM 8/8/11 1 (2882-0001)                                    -7-
91518.1

- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Scott H Olson    solson@seyfarth.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Daryl G Parker    dparker@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Robert J Pfister    rpfister@ktbslaw.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com

457710v1 JSM 8/8/11 1 (2882-0001)    -8-
91518.1

- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Benjamin M Weiss    bweiss@lansingcompanies.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

457710v1 JSM 8/8/11 1 (2882-0001)     -9-
91518.1