| | |
|---|---|
| 1 | **WEILAND, GOLDEN,** |
|   | **SMILEY, WANG EKVALL & STROK, LLP** |
| 2 | Lei Lei Wang Ekvall, State Bar No. 163047 |
|   | lekvall@wgllp.com |
| 3 | Hutchison B. Meltzer, State Bar No. 217166 |
|   | hmeltzer@wgllp.com |
| 4 | 650 Town Center Drive, Suite 950 |
|   | Costa Mesa, California 92626 |
| 5 | Telephone:  714-966-1000 |
|   | Facsimile:   714-966-1002 |

**FILED & ENTERED**

AUG 16 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid         DEPUTY CLERK

Attorneys for the Joint Committee of
Creditors Holding Unsecured Claims

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.  8:08-bk-17206-ES |
| PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | (Jointly Administered with Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES) |
| Jointly Administered Debtors and Debtors-in-Possession. | |
| ☐ Affects PALMDALE HILLS PROPERTY, LLC, Only | |
| ☐ Affects SUNCAL BEAUMONT HEIGHTS, LLC, Only | Chapter 11 Cases |
| ☐ Affects SCC/PALMDALE, Only | **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION OF THE JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR ORDER DISALLOWING CLAIM NO. 21-1 AND CLAIM NO. 21-2 FILED BY BOND SAFEGUARD INSURANCE COMPANY AND LEXON INSURANCE COMPANY AGAINST SUNCAL CENTURY CITY, LLC, PURSUANT TO 11 U.S.C. § 502** |
| ☐ Affects SUNCAL JOHANNSON RANCH, LLC, Only | |
| ☐ Affects SUNCAL SUMMIT VALLEY, LLC, Only | |
| ☐ Affects SUNCAL EMERALD MEADOWS, LLC, Only | |
| ☐ Affects SUNCAL BICKFORD RANCH, LLC, Only | |
| ☐ Affects ACTON ESTATES, LLC, Only | **DATE:**      August 25, 2011 |
| ☐ Affects SEVEN BROTHERS, LLC, Only | **TIME:**      10:30 a.m. |
|  | **CTRM:**    5A |

Order#44258#cec7667f-5230-4a20-9b2d-96f2020db53b          1          ORDER

| | | |
|---|---|---|
| 1 | ☐ | Affects SJD PARTNERS, LTD., Only |
| 2 | ☐ | Affects SJD DEVELOPMENT CORP., Only |
| 3 | ☐ | Affects KIRBY ESTATES, LLC, Only |
| 4 | ☐ | Affects SUNCAL COMMUNITIES I, LLC, Only |
| 5 | ☐ | Affects SUNCAL COMMUNITIES III, LLC, Only |
| 6 | ☐ | Affects SCC COMMUNITIES, LLC, Only |
| 7 | ☐ | Affects NORTH ORANGE DEL RIO LAND, LLC, Only |
| 8 | | |
| 9 | ☐ | Affects TESORO SF, LLC, Only |
| 10 | ☐ | Affects LBL-SUNCAL OAK VALLEY, LLC, Only |
| 11 | ☐ | Affects SUNCAL HEARTLAND, LLC, Only |
| 12 | ☐ | Affects LBL-SUNCAL NORTHLAKE, LLC, Only |
| 13 | ☐ | Affects SUNCAL MARBLEHEAD, LLC, Only |
| 14 | | |
| 15 | ☒ | Affects SUNCAL CENTURY CITY, LLC, Only |
| 16 | ☐ | Affects SUNCAL PSV, LLC, Only |
| 17 | ☐ | Affects DELTA COVERS VENTURE, LLC, Only |
| 18 | ☐ | Affects SUNCAL TORRANCE, LLC, Only |
| 19 | ☐ | Affects SUNCAL OAK KNOLL, LLC, Only |
| 20 | ☐ | Affects All Debtors |

21

22    Having reviewed the stipulation (the "Stipulation") to continue the hearing on the

23 *Motion of the Joint Committee of Creditors Holding Unsecured Claims for Order*

24 *Disallowing Claim No. 21-1 and Claim No. 21-2 Filed by Bond Safeguard Insurance*

25 *Company and Lexon Insurance Company Against SunCal Century City, LLC, Pursuant to*

26 *11 U.S.C. § 502* [Docket No. 2215] (the "Motion") entered into by the Joint Committee of

27 Creditors Holding Unsecured Claims, Bond Safeguard Insurance Company and Lexon

28 Insurance Company, and good cause appearing therefor,

**Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714 - 966 - 1000   Fax 714 - 966 - 1002

1     **IT IS ORDERED** that the Stipulation [Docket No. 2457] is approved and the hearing
2 on the Motion currently scheduled for August 25, 2011, at 10:30 a.m., is continued to
3 September 22, 2011 at 10:30 a.m.

4                                          ###

DATED: August 16, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION OF THE JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR ORDER DISALLOWING CLAIM NO. 21-1 AND CLAIM NO. 21-2 FILED BY BOND SAFEGUARD INSURANCE COMPANY AND LEXON INSURANCE COMPANY AGAINST SUNCAL CENTURY CITY, LLC, PURSUANT TO 11 U.S.C. § 502** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 2, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Erithe Smith**
**United States Bankruptcy Court**              **(Via Personal Delivery)**
**\411 West Fourth Street**
**Santa Ana, CA 92701**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/2/11 | Terri Jones | /s/ Terri Jones |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                          **F 9013-3.1.PROOF.SERVICE**
610758.1

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION OF THE JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR ORDER DISALLOWING CLAIM NO. 21-1 AND CLAIM NO. 21-2 FILED BY BOND SAFEGUARD INSURANCE COMPANY AND LEXON INSURANCE COMPANY AGAINST SUNCAL CENTURY CITY, LLC, PURSUANT TO 11 U.S.C. § 502** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of **August 2, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

⊠  Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:**  A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Palmdale Hills Property, LLC**
**2392 Morse Avenue**
**Irvine, CA 92614**
**Debtor**

**Francis T Donohue**
**Voss, Cook & Thel LLP**
**895 Dove Street Suite 450**

**Martin Pritikin**
**Miller Barondess, LLP**
**1999 Avenue of the Stars, Ste 1000**
**Los Angeles, CA 90067**
**Attorney for Debtor (not on NEF)**

⊠  Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**:  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**
610758.1

## I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")**

Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
Joseph M Adams    jadams@sycr.com
Raymond H Aver    ray@averlaw.com
James C Bastian    jbastian@shbllp.com
Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
John A Boyd    fednotice@tclaw.net
Mark Bradshaw    mbradshaw@shbllp.com
Gustavo E Bravo    gbravo@smaha.com
Jeffrey W Broker    jbroker@brokerlaw.biz
Brendt C Butler    bbutler@mandersonllp.com
Andrew W Caine    acaine@pszyjw.com
Carollynn Callari    ccallari@venable.com
Cathrine M Castaldi    ccastaldi@rusmiliband.com
Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
Dan E Chambers    dchambers@jmbm.com
Shirley Cho    scho@pszjlaw.com
Vonn Christenson    vrc@paynefears.com
Brendan P Collins    bpcollins@bhfs.com
Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
Ana Damonte    ana.damonte@pillsburylaw.com
Vanessa S Davila    vsd@amclaw.com
Melissa Davis    mdavis@shbllp.com
Daniel Denny    ddenny@gibsondunn.com
Caroline Djang    crd@jmbm.com
Donald T Dunning    ddunning@dunningLaw.com
Meredith R Edelman    meredith.edelman@dlapiper.com
Joseph A Eisenberg    jae@jmbm.com
Lei Lei Wang Ekvall    lekvall@wgllp.com
Richard W Esterkin    resterkin@morganlewis.com
Marc C Forsythe    kmurphy@goeforlaw.com
Alan J Friedman    afriedman@irell.com
Steven M Garber    steve@smgarberlaw.com
Christian J Gascou    cgascou@gascouhopkins.com
Barry S Glaser    bglaser@swjlaw.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Eric D Goldberg    egoldberg@stutman.com
Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Kelly C Griffith    bkemail@harrisbeach.com
Matthew Grimshaw    mgrimshaw@rutan.com
Kavita Gupta    kgupta@winthropcouchot.com
Asa S Hami    ahami@morganlewis.com
Michael J Hauser    michael.hauser@usdoj.gov
D Edward Hays    ehays@marshackhays.com
Michael C Heinrichs    mheinrichs@omm.com
Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
Jonathan M Hoff    jonathan.hoff@cwt.com
Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
Michelle Hribar    mhribar@rutan.com

John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
Lawrence A Jacobson    laj@cohenandjacobson.com
Michael J Joyce    mjoyce@crosslaw.com
Stephen M Judson    sjudson@fablaw.com
Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
Steven J Kahn    skahn@pszyjw.com
Sheri Kanesaka    sheri.kanesaka@bryancave.com
David I Katzen    katzen@ksfirm.com
Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
Irene L Kiet    ikiet@hkclaw.com
Claude F Kolm    claude.kolm@acgov.org
Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
David B Lally    davidlallylaw@gmail.com
Leib M Lerner    leib.lerner@alston.com
Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
Charles Liu    cliu@winthropcouchot.com
Kerri A Lyman    klyman@irell.com
Mariam S Marshall    mmarshall@marshallramoslaw.com
Robert C Martinez    rmartinez@mclex.com
Michael D May    mdmayesq@verizon.net
Hutchison B Meltzer    hmeltzer@wgllp.com
Krikor J Meshefejian    kjm@lnbrb.com
Joel S. Miliband    jmiliband@rusmiliband.com
James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
Louis R Miller    smiller@millerbarondess.com
Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
Randall P Mroczynski    randym@cookseylaw.com
Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
Robert Nida    Rnida@castlelawoffice.com
Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
Sean A Okeefe    sokeefe@okeefelc.com
Scott H Olson    solson@seyfarth.com
Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
Ernie Zachary Park    ernie.park@bewleylaw.com
Daryl G Parker    dparker@pszjlaw.com
Penelope Parmes    pparmes@rutan.com
Robert J Pfister    rpfister@ktbslaw.com
Ronald B Pierce    ronald.pierce@sdma.com
Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
Cassandra J Richey    cmartin@pprlaw.net
Debra Riley    driley@allenmatkins.com
James S Riley    tgarza@sierrafunds.com
Todd C. Ringstad    becky@ringstadlaw.com
R Grace Rodriguez    ecf@lorgr.com
Martha E Romero    Romero@mromerolawfirm.com
Ronald Rus    rrus@rusmiliband.com
John P Schafer    jschafer@mandersonllp.com
John E Schreiber    jschreiber@dl.com
William D Schuster    bills@allieschuster.org
Christopher P Simon    csimon@crosslaw.com
Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
Wendy W Smith    wendy@bindermalter.com

Steven M Speier Sspeier@Squarmilner.com, ca85@ecfcbis.com
Steven M Speier (TR) Sspeier@asrmanagement.com, ca85@ecfcbis.com
Michael St James ecf@stjames-law.com
Michael K Sugar msugar@irell.com
Cathy Ta cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
David A Tilem davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
James E Till jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Carol G Unruh cgunruh@sbcglobal.net
Annie Verdries verdries@lbbslaw.com
Jason Wallach jwallach@gladstonemichel.com
Joshua D Wayser , kim.johnson@kattenlaw.com
Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
David M Wiseblood dwiseblood@seyfarth.com
Brett K Wiseman bwiseman@aalaws.com
Dean A Ziehl dziehl@pszjlaw.com, dziehl@pszjlaw.com
Marc A. Zimmerman joshuasdaddy@att.net

**III.  TO BE SERVED BY THE LODGING PARTY**

**United States Trustee (SA)**
**411 W Fourth St., Suite 9041**
**Santa Ana, CA 92701-4593**

**Steven M Speier (TR)**
**Post Office Box 7637**
**Newport Beach,  CA 92658**

**SunCal Century City LLC**
**2392 Morse**
**Irvine, CA 92614**
**Debtor**

**Robert P. Goe**
**Goe & Forsythe, LLP**
**18101 Von Karman Ave., Suite 510**
**Irvine, CA 92612**
**Attorneys for Debtor**

**SCC Acquisitions**
**c/o Bruce Cook, General Counsel**
**2392 Morse Avenue**
**Irvine, CA 92614**

**Bruce Elieff**
**2392 Morse Avenue**
**Irvine, CA 92614**

**Kelly C. Griffith, Esq.**
**Harris Beach PLLC**
**One Park Place, 4th Floor**
**Syracuse, NY 13202**
**Attorneys for Bond Safeguard Insurance Co./**
**Lexon Insurance**

**Jeffrey W. Broker, Esq.**
**Broker & Associates**
**18191 Von Karman Avenue, Suite 470**
**Irvine, CA 92612**
**Attorneys for Bond Safeguard Insurance Co.**
**Lexon Insurance**

**Mark E. Aronson, Esq.**
**Anderson, McPharlin & Conners LLP**
**444 South Flower Street, 31st Floor**
**Los Angeles, CA 90071**
**Attorneys for Bond Safeguard Insurance Co./**
**Lexon Insurance**

**Committee of Creditors**

**Bellingham Marine Industries, Inc.**
**Attn: Colby N. Keller, Esq.**
**Keller, Weber & Dobrott**
**18201 Von Karman Avenue, #1000**
**Irvine, CA  92612**
**Committee Member**

**Chino Grading, Inc.**
**Attn: Norman Gorgone**
**P.O. Box 5007**
**Hacienda Heights, CA 91745**

**TC Construction Co., Inc.**
**Attn: Jack Gieffels**
**10540 Prospect Avenue**
**Santee, CA  92701**
**Committee Member**

**Nissho of California, Inc.**
**Attn: Christopher R. Mordy, Esq.**
**Mordy Law Offices**
**225 Broadway, Suite 1900**
**San Diego, CA  92101**
**Committee Member**

**Rohm Insurance Agency**
**Attn: Todd M. Rohm**
**26 Plaza Square**
**Orange, CA  92866**
**Committee Member**

**Ateliers Jean Nouvel**
**Attn: Alain Trincal**
**10 Cite D' Angouleme**
**75011 Paris France**
**Committee Member**

**BKF Engineers**
**Attn: David Lavelle**
**255 Shoreline Drive, #200**
**Redwood City, CA  94065**
**Committee Member**

**Robert C. Martinez, Esq.**
**McDougal Love Eckis Boehmer**
**8100 La Mesa Blvd., Suite 200**
**La Mesa, CA 91942**
**Attorneys for TC Construction Company, Inc.**