Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Edward Soto (admitted *pro hac vice*)
Alfredo R. Perez (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Counsel for Lehman Commercial Paper Inc., Lehman ALI, Inc.
Northlake Holdings, LLC and OVC Holdings, LLC

William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, California 92660
Telephone: (949) 999-2860
Facsimile: (949) 999-2870

General Insolvency Counsel for Steven M. Speier,
the Chapter 11 Trustee for the Trustee Debtors

**FILED & ENTERED**

**AUG 24 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY daniels    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>   Jointly Administered Debtors and<br>   Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**ORDER GRANTING JOINT MOTION OF LEHMAN CREDITORS AND CHAPTER 11 TRUSTEE FOR: (A) APPROVAL OF STIPULATION OF** |

|   |   |
|---|---|
| ☐ Tesoro SF, LLC<br>☒ LB-L-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LB-L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance, LLC<br>☒ SunCal Oak Knoll, LLC | **JULY 2011 BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY; AND (B) CLARIFICATION OF PRIOR FINANCING ORDERS**<br><br>**Hearing:**<br>Date:  August 9, 2011<br>Time:  10:30 A.M.<br>Place:  Courtroom 5A |

On August 9, 2011 at 10:30 a.m. came on for hearing (the "Hearing") before this Court the motion [Docket No. 2410] (the "Motion") filed by Lehman ALI, Inc. ("Lehman ALI") and the chapter 11 trustee (the "Chapter 11 Trustee" and, together with Lehman ALI, the "Movants") on behalf of LB-L-SunCal Oak Valley, LLC, SunCal Heartland, LLC, LB-L-SunCal Northlake, LLC, SunCal Marblehead, LLC, SunCal PSV, LLC, Delta Coves Venture, LLC, SunCal Torrance, LLC, and SunCal Oak Knoll, LLC for: (a) approval of the *Stipulation of July 2011 By and Between Lehman ALI, Inc. and Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary* (the "July 2011 Financing Stipulation") [Docket No.2409]; and (b) clarification of certain prior orders approving prior financing stipulations by and between the Lehman Creditors and the Chapter 11 Trustee.

Having considered the Motion, the July 2011 Financing Stipulation, the *Declaration of Steven M. Speier*, dated July 19, 2011 [Docket No.2412], the *Request for Judicial Notice* and exhibits thereto [Docket No. 2411], the late-filed opposition [Docket No. 2445] (the "Opposition") to the Motion filed by SunCal Management, LLC, the reply [Docket No. 2463] (the "Reply")[1] to the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion, the July 2011 Financing Stipulation, or the Reply, as applicable.

DOCS_NY:25029.2 52063-001                                   2

1  Opposition filed by the Movants, the Declaration of F. Robert Brusco, dated August 2, 2011 [Docket
2  No. 2464], the files and records in this case, and the arguments of counsel made at the hearing on the
3  Motion; and having found that *In re MicroAge, Inc.*, 291 B.R. 503 (9th Cir. BAP 2002) is controlling
4  precedent applicable to the relief requested in the Motion; and for the reasons stated on the record in
5  the Court's ruling on the Motion on August 10, 2011,

6  **IT IS HEREBY ORDERED THAT:**

7  1. The Opposition is overruled.

8  2. The Motion is granted and the July 2011 Financing Stipulation is approved.

10  ###

DATED: August 24, 2011

_____
United States Bankruptcy Judge

| In re: | | CHAPTER 11 |
|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | | |
| | Debtor(s). | CASE NUMBER 08-17206-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER GRANTING JOINT MOTION OF LEHMAN CREDITORS AND CHAPTER 11 TRUSTEE FOR: (A) APPROVAL OF STIPULATION OF JULY 2011 BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY; AND (B) CLARIFICATION OF PRIOR FINANCING ORDERS* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  **August 12, 2011**   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **August 12, 2011**   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 12, 2011 | Melisa DesJardien | */s/ Melisa DesJardien* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                 **F 9013-3.1 PROOF SERVICE**

| | |
|---|---|
| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 08-17206-ES |

**II. SERVED BY U.S. MAIL**

**III. SERVED BY E-MAIL**

(1) Gen'l Counsel for Voluntary Debtors:
  Paul Couchot - pcouchot@winthropcouchot.com
  Marc J. Winthrop - pj@winthropcouchot.com
  Paul Lianides - plianides@winthropcouchot.com
(2) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
  Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
  Martin Pritikin – mpritikin@millerbarondess.com
(3) Gen'l Counsel for Ch. 11 Trustee (Speier):
  William Lobel - wlobel@thelobelfirm.com
  Mike Neue – mneue@thelobelfirm.com
(4) Ch. 11 Trustee:
  Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(5) Office of the United States Trustee:
  Michael Hauser - michael.hauser@usdoj.gov
(6) Counsel for Voluntary Debtors' Committee:
  Alan Friedman - afriedman@irell.com
  Kerri A. Lyman - klyman@irell.com
(7) Counsel for Trustee Debtors' Committee:
  Lei Lei Wang Ekvall - lekvall@wgllp.com
  Hutchison B. Meltzer - hmeltzer@wgllp.com
(8) Counsel for Joint Provisional Liquidators of Lehman RE Ltd
  Chauncey Cole – chauncey.cole@cwt.com
  Betty Shumener - betty.shumener@dlapiper.com
(9) Counsel for Bond Safeguard & Lexon
  Mark E. Aronson – mea@amclaw.com
  Mark J. Krone - mk@amclaw.com, crs@amclaw.com; amc@amclaw.com
(10) Counsel for Fenway Capital LLC
  John E Schreiber - jschreiber@dl.com
  Richard Reinthaler - rreinthaler@dl.com;
(11) Counsel for SunCal Management:
  Ronald Rus – rrus@rusmiliband.com
(12) Debtors (Palmdale Hills Property, LLC and related entities):
  Bruce Cook - bcook@suncal.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Mark McKane - mark.mckane@kirkland.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                 F 9013-3.1 PROOF.SERVICE

### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States Tstee and case Tstee (if any) will always be in this category.
**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***ORDER GRANTING JOINT MOTION OF LEHMAN CREDITORS AND CHAPTER 11 TRUSTEE FOR: (A) APPROVAL OF STIPULATION OF JULY 2011 BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY; AND (B) CLARIFICATION OF PRIOR FINANCING ORDERS*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 12, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Palmdale Hills Property, LLC (and its related entities)
2392 Morse Ave.
Irvine, CA 92614

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                        F 9021-1.1 NOTICE ENTERED ORDER

**I. SERVED BY NEF**
**8:08-bk-17206-ES Notice will be electronically mailed to:**

Selia M Acevedo for Atty Miller Barondess LLP
  sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
Joseph M Adams for Def The City of San Juan Capistrano
  jadams@sycr.com
Raymond H Aver for Debtor Palmdale Hills Property, LLC
  ray@averlaw.com
James C Bastian for Cred ARB, Inc.
  jbastian@shbllp.com
Thomas Scott Belden for Def Zim Ind, Inc. dba Bakersfield Well
  sbelden@kleinlaw.com, ecf@kleinlaw.com
John A Boyd for Int Pty Oliphant Golf Inc
  fednotice@tclaw.net
Mark Bradshaw for Int Pty Courtesy NEF
  mbradshaw@shbllp.com
Gustavo E Bravo for Cred Oliphant Golf, Inc.
  gbravo@smaha.com
Jeffrey W Broker for Cred Bond Safeguard Ins Co
  jbroker@brokerlaw.biz
Brendt C Butler for Cred EMR Residential Properties LLC
  BButler@mandersonllp.com
Andrew W Caine for Cred Lehman ALI, Inc.
  acaine@pszyjw.com
Carollynn Callari for Cred Danske Bank A/S London Branch
  ccallari@venable.com
Cathrine M Castaldi for Cred SunCal Management, LLC
  ccastaldi@rusmiliband.com
Tara Castro Narayanan for Int Pty Courtesy NEF
  tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
Dan E Chambers for Cred EMR Residential Properties LLC
  dchambers@jmbm.com
Shirley Cho for Cred Lehman ALI, Inc.
  scho@pszjlaw.com
Vonn Christenson for Int Pty Courtesy NEF
  vrc@paynefears.com
Brendan P Collins for Cred Gray1 CPB, LLC
  bpcollins@bhfs.com
Vincent M Coscino for Petitioning Cred CST Environmental Inc
  vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
Paul J Couchot for Cred SCC Acquisitions, Inc.
  pcouchot@winthropcouchot.com,
  pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
Jonathan S Dabbieri for Int Pty Courtesy NEF
  dabbieri@sullivan.com,
  hill@sullivanhill.com;mcallister@sullivanhill.com;
  stein@sullivanhill.com;vidovich@sullivanhill.com
Ana Damonte for Cred Top Grade Construction, Inc.
  ana.damonte@pillsburylaw.com
Vanessa S Davila for Cred Bond Safeguard Ins Co
  vsd@amclaw.com
Melissa Davis for Cred City of Orange
  mdavis@shbllp.com
Daniel Denny for Int Pty Courtesy NEF
  ddenny@gibsondunn.com
Caroline Djang for Cred Lehman ALI, Inc.
  crd@jmbm.com
Donald T Dunning for Cred Hertz Equipment Rental Corp
  ddunning@dunningLaw.com
Meredith R Edelman on behalf of Interested Party Courtesy NEF
  meredith.edelman@dlapiper.com
Joseph A Eisenberg for Cred Lehman ALI, Inc.
  jae@jmbm.com
Lei Lei Wang Ekvall for Atty Weiland Golden Smiley
  lekvall@wgllp.com

Richard W Esterkin for Debtor Palmdale Hills Property, LLC
  resterkin@morganlewis.com
Marc C Forsythe for Atty Robert Goe
  kmurphy@goeforlaw.com
Alan J Friedman for Atty Irell & Manella LLP
  afriedman@irell.com
Steven M Garber for Cred Park West Landscape, Inc
  steve@smgarberlaw.com
Christian J Gascou for 3rd Party Pltf Arch Ins Co
  cgascou@gascouhopkins.com
Barry S Glaser for Cred County of Los Angeles
  bglaser@swjlaw.com
Robert P Goe for Atty Robert Goe
  kmurphy@goeforlaw.com,
  rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Eric D Goldberg for Int Pty Courtesy NEF
  egoldberg@stutman.com
Richard H Golubow for Debtor Palmdale Hills Property, LLC
  rgolubow@winthropcouchot.com, pj@winthropcouchot.com
Michael J Gomez for Int Pty Central Pacific Bank
  mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Kelly C Griffith for Cred Bond Safeguard Ins Co
  bkemail@harrisbeach.com
Matthew Grimshaw for Int Pty City Of Torrance
  mgrimshaw@rutan.com
Kavita Gupta for Debtor Palmdale Hills Property, LLC
  kgupta@winthropcouchot.com
Asa S Hami for Debtor Palmdale Hills Property, LLC
  ahami@morganlewis.com
Michael J Hauser for U.S. Trustee United States Trustee (SA)
  michael.hauser@usdoj.gov
D Edward Hays for Cred Villa San Clemente, LLC
  ehays@marshackhays.com
Michael C Heinrichs for Int Pty Courtesy NEF
  mheinrichs@omm.com
Harry D. Hochman for Cred Lehman ALI, Inc.
  hhochman@pszjlaw.com, hhochman@pszjlaw.com
Jonathan M Hoff for 3rd Party Pltf Lehman RE Ltd
  jonathan.hoff@cwt.com
Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
  nhotchkiss@trainorfairbrook.com
Michelle Hribar for Pltf EMR Residential Properties LLC
  mhribar@rutan.com
John J Immordino for Cred Arch Ins Co.
  john.immordino@wilsonelser.com,
  raquel.burgess@wilsonelser.com
Lawrence A Jacobson for Cred BKF Engineers
  laj@cohenandjacobson.com
Michael J Joyce for Int Pty Courtesy NEF
  mjoyce@crosslaw.com
Stephen M Judson for Pet. Cred The Professional Tree
  sjudson@fablaw.com
Kaleb L Judy for Def Zim Ind, Inc. dba Bakersfield Well
  ecf@kleinlaw.com, kjudy@kleinlaw.com
Steven J Kahn for Cred Lehman ALI, Inc.
  skahn@pszyjw.com
Sheri Kanesaka for Cred California Bank & Trust
  sheri.kanesaka@bryancave.com
David I Katzen for Int Pty Bethel Island Muni Imp District
  katzen@ksfirm.com
Christopher W Keegan for Cred SC Master Holdings II LLC
  ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;
  alevin@kirkland.com
Payam Khodadadi for Debtor Palmdale Hills Property, LLC
  pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
Irene L Kiet for Cred BNB Engineering, Inc.
  ikiet@hkclaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                           F 9021-1.1 NOTICE ENTERED ORDER

*Claude F Kolm for Cred County of Alameda Tax Collector*
　claude.kolm@acgov.org
*Mark J Krone for Cred Bond Safeguard Ins Co*
　mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
*David B Lally for Def Contracting Engineers, Inc.*
　davidlallylaw@gmail.com
*Leib M Lerner for Cred Steiny and Co, Inc.*
　leib.lerner@alston.com
*Peter W Lianides for Debtor Palmdale Hills Property, LLC*
　plianides@winthropcouchot.com, pj@winthropcouchot.com
*Charles Liu for Debtor Palmdale Hills Property, LLC*
　cliu@winthropcouchot.com
*Kerri A Lyman for Atty Irell & Manella LLP*
　klyman@irell.com
*Mariam S Marshall for Cred RGA Environmental, Inc.*
　mmarshall@marshallramoslaw.com
*Robert C Martinez for Cred TC Construction Co, Inc*
　rmartinez@mclex.com
*Michael D May for Cred R.J. Noble Co.*
　mdmayesq@verizon.net
*Hutchison B Meltzer for Cred Com Holding Unsecured Claims*
　hmeltzer@wgllp.com
*Krikor J Meshefejian for Int Pty Courtesy NEF*
　kjm@lnbrb.com
*Joel S. Miliband for Cred RBF CONSULTING*
　jmiliband@rusmiliband.com
*James M Miller for Atty Miller Barondess LLP*
　jmiller@millerbarondess.com, vgunderson@millerbarondess.com;
　smiller@millerbarondess.com; mpritikin@millerbarondess.com
*Louis R Miller for Pltf Palmdale Hills Property, LLC*
　smiller@millerbarondess.com
*Craig Millet for Int Pty Doug Champion*
　cmillet@gibsondunn.com,
　pcrawford@gibsondunn.com;cmillet@gibsondunn.com
*Randall P Mroczynski for Def Bob McGrann Construction, Inc.*
　randym@cookseylaw.com
*Mike D Neue for Atty The Lobel Firm, LLP*
　mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;
　pnelson@thelobelfirm.com
*Robert Nida for Cred Kirk Negrete, Inc*
　Rnida@castlelawoffice.com
*Henry H Oh for 3rd Party Pltf Lehman RE Ltd*
　henry.oh@dlapiper.com, janet.curley@dlapiper.com
*Sean A Okeefe for Debtor Palmdale Hills Property, LLC*
　sokeefe@okeefelc.com
*Scott H Olson for Cred Bethel Island Muni Improvement District*
　solson@seyfarth.com
*Robert B Orgel for Cred Lehman ALI, Inc.*
　rorgel@pszjlaw.com, rorgel@pszjlaw.com
*Malhar S Pagay for Cred Lehman ALI, Inc.*
　mpagay@pszjlaw.com, mpagay@pszjlaw.com
*Ernie Zachary Park for Int Pty Newcomm*
　ernie.park@bewleylaw.com
*Daryl G Parker for Cred Lehman ALI, Inc.*
　dparker@pszjlaw.com
*Penelope Parmes for Cred EMR Residential Properties LLC*
　pparmes@rutan.com
*Robert J Pfister on behalf of Int Pty Courtesy NEF*
　rpfister@ktbslaw.com
*Ronald B Pierce for Cred Griffith Co*
　ronald.pierce@sdma.com
*Katherine C Piper for Int Pty New Anaverde LLC*
　kpiper@steptoe.com, smcloughlin@steptoe.com
*Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al*
　cmartin@pprlaw.net
*James S Riley for Cred Sierra Liquidity Fund, LLC*
　tgarza@sierrafunds.com

*Debra Riley for Int Pty City of Palmdale*
　driley@allenmatkins.com
*Todd C. Ringstad for Int Pty Courtesy NEF*
　becky@ringstadlaw.com
*R Grace Rodriguez for Def O&B Equipment, Inc.*
　ecf@lorgr.com
*Martha E Romero for Cred California Taxing Authorities*
　Romero@mromerolawfirm.com
*Ronald Rus for Cred SunCal Management, LLC*
　rrus@rusmiliband.com
*John P Schafer for Cred LB/L-DUC III Bethel Island, LLC*
　jschafer@mandersonllp.com
*John E Schreiber for Def Fenway Capital, LLC*
　jschreiber@dl.com
*William D Schuster for Cred HD Supply Construction Supply LTD*
　bills@allieschuster.org
*Christopher P Simon for Int Pty Courtesy NEF*
　csimon@crosslaw.com
*Gerald N Sims for Int Pty Courtesy NEF*
　jerrys@psdslaw.com, bonniec@psdslaw.com
*Wendy W Smith for Cred Castaic Union School District*
　wendy@bindermalter.com
*Steven M Speier (TR)*
　Sspeier@asrmanagement.com, ca85@ecfcbis.com
*Steven M Speier for Trustee Steven Speier (TR)*
　Sspeier@Squarmilner.com, ca85@ecfcbis.com
*Michael St James for Cred MBH Architects, Inc.*
　ecf@stjames-law.com
*Michael K Sugar for Off Committee of Unsecured Creds*
　msugar@irell.com
*Cathy Ta for Def Hi-Grade Material Co.*
　cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;
　Kenneth.Burgess@bbklaw.com
*David A Tilem for Def Southland Pipe Corp*
　davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;
　dianachau@tilemlaw.com;kmishigian@tilemlaw.com
*James E Till for Trustee Steven Speier (TR)*
　jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;
　pnelson@thelobelfirm.com
*United States Trustee (SA)*
　ustpregion16.sa.ecf@usdoj.gov
*Carol G Unruh for Cred Scott E. McDaniel*
　cgunruh@sbcglobal.net
*Annie Verdries for Cred WEC Corp*
　verdries@lbbslaw.com
*Jason Wallach for Def Professional Pipeline Contractors, Inc.*
　jwallach@gladstonemichel.com
*Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.*
　kim.johnson@kattenlaw.com
*Benjamin M Weiss for Cred Regal Development LLC*
　bweiss@lansingcompanies.com
*Marc J Winthrop for Debtor Palmdale Hills Property, LLC*
　mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
*David M Wiseblood for Cred Bethel Island Muni Imp District*
　dwiseblood@seyfarth.com
*Brett K Wiseman for Cred JF Shea Construction Inc*
　bwiseman@aalaws.com
*Dean A Ziehl for Counter-Def LV Pacific Point LLC*
　dziehl@pszjlaw.com, dziehl@pszjlaw.com
*Marc A. Zimmerman for Cred Life Church of God in Christ*
　joshuasdaddy@att.net

**III.  *TO BE* SERVED BY *LODGING PARTY* BY E-MAIL**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                       **F 9021-1.1 NOTICE ENTERED ORDER**