

1  PAUL J. COUCHOT - State Bar No. 131934
   pcouchot@winthropcouchot.com
2  **WINTHROP COUCHOT**
3  **PROFESSIONAL CORPORATION**
   660 Newport Center Drive, Suite 400
4  Newport Beach, CA 92660
   Telephone: (949) 720-4100
5  Facsimile: (949) 720-4111
6  General Insolvency Counsel for Palmdale Hills
   Property, LLC et al. (the "Voluntary Debtors")
7
8  **UNITED STATES BANKRUPTCY COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
   **SANTA ANA DIVISION**
9  In re                                          Case No. 8:08-bk-17206-ES
10 PALMDALE HILLS PROPERTY, AND ITS               Jointly Administered With Case Nos.
   MOVING VOLUNTARY DEBTORS,                      8:08-bk-17209-ES; 8:08-bk-17240-ES;
11          Joint Administered Debtors            8:08-bk-17224-ES; 8:08-bk-17242-ES;
            and Debtors-in-Possession             8:08-bk-17225-ES; 8:08-bk-17245-ES;
12                                                 8:08-bk-17227-ES; 8:08-bk-17246-ES;
   Affects:                                        8:08-bk-17230-ES; 8:08-bk-17231-ES;
13  ☐ All Debtors                                  8:08-bk-17236-ES; 8:08-bk-17248-ES;
14  ☒ Palmdale Hills Property, LLC                 8:08-bk-17249-ES; 8:08-bk-17573-ES;
    ☐ SunCal Beaumont Heights, LLC                 8:08-bk-17574-ES; 8:08-bk-17575-ES;
15  ☐ SCC/Palmdale, LLC                            8:08-bk-17404-ES; 8:08-bk-17407-ES;
    ☐ SunCal Johannson Ranch, LLC                  8:08-bk-17408-ES; 8:08-bk-17409-ES;
16  ☐ SunCal Summit Valley, LLC                    8:08-bk-17458-ES; 8:08-bk-17465-ES;
17  ☒ SunCal Emerald Meadows LLC                   8:08-bk-17470-ES; 8:08-bk-17472-ES;
    ☒ SunCal Bickford Ranch, LLC                   and 8:08-bk-17588-ES
18  ☒ Acton Estates, LLC
    ☐ Seven Brothers LLC                           Chapter 11 Proceedings
19  ☐ SJD Partners, Ltd.
    ☐ SJD Development Corp.                        **SUNCAL PLAN PROPONENTS' EMERGENCY**
20  ☐ Kirby Estates, LLC                           **MOTION FOR ORDER APPROVING**
    ☐ SunCal Communities I, LLC                    **NONMATERIAL MODIFICATIONS TO THE**
21  ☐ SunCal Communities III, LLC                  **SUNCAL PLAN PROPONENTS' THIRD**
22  ☐ SCC Communities LLC                          **AMENDED CHAPTER 11 PLANS FOR THE**
    ☐ North Orange Del Rio Land, LLC               **GROUP I: VOLUNTARY DEBTORS, GROUP**
23  ☐ Tesoro SF LLC                                **I: TRUSTEE DEBTORS, GROUP II: TRUSTEE**
    ☒ LBL-SunCal Oak Valley, LLC                   **DEBTORS, AND SUNCAL CENTURY CITY;**
24  ☒ SunCal Heartland, LLC                        **MEMORANDUM OF POINTS AND**
    ☐ LBL-SunCal Northlake, LLC                    **AUTHORITIES; DECLARATION OF PAUL J.**
25  ☒ SunCal Marblehead, LLC                       **COUCHOT IN SUPPORT THEREOF**
26  ☒ SunCal Century City, LLC
    ☒ SunCal PSV, LLC                              [11 U.S.C. § 1127(a)]
27  ☒ Delta Coves Venture, LLC
    ☒ SunCal Torrance, LLC                         **Hearing**
28  ☒ SunCal Oak Knoll, LLC
                                                   DATE:    [To Be Set]
                                                   TIME:
                                                   PLACE:  Courtroom 5A

MAINDOCS-#16615-v7-SCC_Motion_NonMaterialMod_Plans(TDI__TDII__VDI).DOC

1    **TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY**

2    **JUDGE, AND PARTIES IN INTEREST:**

3       The SunCal Plan Proponents move (the "Plan Modification Motion") the Court, on an

4 emergency basis, for an order authorizing certain nonmaterial modifications to their *Third*

5 *Amended Chapter 11 Plans filed by Palmdale Hills Property, LLC, SunCal Bickford Ranch, LLC,*

6 *SunCal Emerald Meadows, LLC and Acton Estates, LLC [Group I: Voluntary Debtors],* the *Third*

7 *Amended Chapter 11 Plans filed by the SunCal Plan Proponents in the Chapter 11 Cases of LBL-*

8 *SunCal Oak Valley, LLC, SunCal Heartland, LLC, Delta Coves Venture, LLC, SunCal*

9 *Marblehead, LLC and SunCal PSV, LLC [Group I: Trustee Debtors],* the *Third Amended*

10 *Chapter 11 Plans filed by the SunCal Plan Proponents in the Chapter 11 Cases of SunCal Oak*

11 *Knoll, LLC and SunCal Torrance, LLC [Group II: Trustee Debtors]*[1] and the *Third Amended*

12 *Chapter 11 Plan filed by the SunCal Plan Proponents in the Chapter 11 Case of SunCal Century*

13 *City* ("Century City") set forth in detail in Section II(B) of the Plan Modification Motion.

14       This Plan Modification Motion is made and based upon the foregoing representations, the

15 Memorandum of Points and Authorities, the Declaration of Paul J. Couchot (the "Couchot

16 Declaration") appended hereto, all pleadings, papers and records on file with the Court, and such

17 other evidence, both oral and documentary, as may be presented to the Court prior to or at the time

18 of the hearing on the Plan Modification Motion.

19       **WHEREFORE,** the SunCal Plan Proponents pray that the Court enter an order granting

20 the relief requested above, and such additional relief as the Court deems just and proper.

21 Dated:  August 30, 2011           **WINTHROP COUCHOT**

22                              **PROFESSIONAL CORPORATION**

23

24                       By:___*/s/ Paul J. Couchot*_____

25                         Paul J. Couchot, Esq.
                         General Insolvency Counsel for

26                         Administratively Consolidated Voluntary Debtors

27

28

---

[1] Unless otherwise defined herein, capitalized terms shall have the meaning set forth in the applicable Reliance Plans.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### FACTUAL BACKGROUND REGARDING

### THE EXISTING PLANS AND THE PROPOSED MODIFICATIONS

A.   **The Existing Treatment of Reliance Claims and the Proposed Plan Modifications.**

    1.   **The Voluntary Debtors' Negotiations with the Voluntary Debtors' Creditors' Committee Over the Existing Plans.**

Each of the Disclosure Statements filed by the SunCal Plan Proponents for Group I: Voluntary Debtors, Group I: Trustee Debtors and Group II: Trustee Debtors describes the treatment afforded the holders of Reliance Claims (collectively, the "Reliance Disclosure Statements"). Furthermore, the accompanying Chapter 11 Plan for these Debtors provides for the treatment described in the Reliance Disclosure Statement (the "Reliance Plans"). Specifically, if a Reliance Claimant that is listed on Exhibit "8" to the applicable Reliance Disclosure Statement, votes for the applicable Reliance Plan, and agrees to assign its claim and all litigation rights arising therefrom, including rights against third parties to LitCo, then the Reliance Claimant has the right to sell its claim and such other specified rights to LitCo for $.55 per dollar of its *allowed claim* (the "LitCo Purchase Offer"). Unfortunately, Exhibit "8" of the Group I: Voluntary Debtors' Disclosure Statement did not include the Reliance Claims for the estates of SunCal Emerald and Acton.

Section 5.8 of the Reliance Disclosure Statements further explains the methodology used in determining the identity of the Reliance Claimants and the amounts of the Reliance Claims. Reliance Claimants were deemed to be certain holders of Unsecured Claims, all Mechanic's Lien Claims and all Bond Indemnification Claims that the SunCal Plan Proponents believed to be beneficiaries of any equitable subordination judgment obtained against a Lehman entity. The amount of the Reliance Claims were determined based on a number of factors including, *inter alia*, a review of the applicable Debtor's books and records, the applicable Debtor's bankruptcy schedules, and proofs of claims filed against the applicable Debtor, as well as

1    the list of creditors and the amounts listed in the Restructuring Agreement and the Settlement

2    Agreement with respect to the amount that the Lehman Creditors had agreed to assume in

3    connection with such agreements.

4           After negotiations with the Official Committee of Unsecured Creditors for the

5    Voluntary Debtors (the "Voluntary Debtors Committee"), the SunCal Plan Proponents agreed to

6    modify the Voluntary Debtors' Reliance Plans to commit to not objecting to the Reliance Claims

7    of Reliance Claimants that accepted the terms of the LitCo Purchase Offer, including the term that

8    the Reliance Claimant accept the amount of the Reliance Claim listed on Exhibit "8" to the

9    applicable Reliance Disclosure Statement as the basis for the $.55 purchase price.  The SunCal

10   Plan Proponents have also unilaterally decided to make the same modification to the holders of

11   Reliance Claims in the applicable Trustee Debtors' Reliance Plans.

12          As stated, the SunCal Plan Proponents failed to include the list of the names of the

13   Reliance Claimants and the amount of the Reliance Claims for SunCal Emerald and Acton in

14   Exhibit "8" to the Group I: Voluntary Debtors' Disclosure Statement.  As part of the agreement

15   with the Voluntary Debtors' Committee, the Voluntary Debtors' Committee requested and the

16   SunCal Plan Proponents agreed to ***promptly*** seek to amend the applicable Reliance Plans to

17   include the list of Reliance Claimants and Reliance Claims for SunCal Emerald and Acton and to

18   expressly incorporate the above-referenced agreement regarding the modified treatment of the

19   Reliance Claimants into all of the Reliance Plans.

20                    **2.      The Proposed Plan Modifications to the Reliance Plans.**

21          The SunCal Plan Proponents seek to amend the applicable Reliance Plans for the

22   Voluntary and Trustee Debtors as follows:  The SunCal Plan Proponents agree not to object to the

23   Reliance Claims of the Reliance Claimants who accept the terms of the LitCo Purchase Offer,

24   including agreeing to the amount of the Reliance Claim listed in Exhibit "8" to the applicable

25   Reliance Disclosure Statement as the basis for the $.55 purchase offer.  Identical lists to Exhibit

26   "8" of each of the applicable Reliance Disclosure Statement are attached as Exhibit "A" to the

27   Couchot Declaration, except that Exhibit "A" including lists of the identity of the Reliance

28   Claimants and the amount of the Reliance Claims for Acton and SunCal Emerald.  Redlined

1  versions of the modified sections of the applicable Reliance Plans that incorporate the proposed

2  modifications (the "Proposed Modifications"), and the revised plan ballots that incorporate the

3  proposed modifications (the "Revised Ballots") are attached as Exhibits "B," and "C,"

4  respectively, to the Couchot Declaration. The SunCal Proponents are proposing that the applicable

5  list of Reliance Claims attached as Exhibit "A" to the Couchot Declaration be enclosed with the

6  Revised Ballots.

7      **B.**    **The Existing Treatment of the SunCal Century City Plan and the Proposed**

8              **Modifications to the Century City Plans.**

9      As described in the Century City Disclosure Statement, the Century City Project known as

10  10,000 Santa Monica was part of a repossession agreement whereby Lehman ALI had transferred

11  its loan of the $10,000 Santa Monica Project to Danske Bank prior to the Century City Petition

12  Date.  Furthermore, during the one year period prior to the Petition Date, Lehman ALI received

13  $10,628,948.64 in transfers from SunCal Century City.  In the fourth cause of action in the

14  Lehman Adversary Proceeding, SunCal Century City is seeking to avoid and recover allegedly

15  preferential transfers made by SunCal Century City to Lehman ALI in the amount of

16  $10,628,948.64 during the year prior to the Petition Date.

17      Because of the complications of the interaction between the timing of SunCal Century

18  City's transfers to Lehman ALI and Lehman ALI's repossession agreement with Danske Bank, the

19  SunCal Proponents are seeking to modify the Plan to reserve the specific right to potentially amend

20  SunCal Century City's preference action against Lehman ALI in the Lehman Adversary

21  Proceeding to include causes of action for turnover under Bankruptcy Code Section 542,

22  fraudulent conveyance under Bankruptcy Code Section 544, and common law causes of action

23  such as unjust enrichment.

24      The second paragraph of Section 7.3 on page 24 of the SunCal Century City Plan already

25  generally provides for this right.  However, the proposed modification will make the right to file

26  alternative causes of action based on the same facts. Pages 24-25 of the SunCal Plan, with the

27  proposed modification blackline are attached as part of Exhibit "B" to the Couchot Declaration.

28

**II.**

**THIS COURT SHOULD APPROVE THE PLAN MODIFICATION MOTION BECAUSE**

**THE PROPOSED MODIFICATIONS TO THE PLANS ARE NONMATERIAL**

Section 1127 of the Bankruptcy Code specifically authorizes modifications to plans.  In

particular, Section 1127(a) provides:

> (a) The proponent of a plan may modify such plan at time before confirmation,
> but may not modify such plan so that such plan as modified fails to meet the
> requirements of section 1122 and 1123 of this title.  After the proponent of a
> plan files a modification of such plan with the court, the plan as modified
> becomes the plan.

11 U.S.C. § 1127(a).

In addition, Section 14.1 of each of the applicable Reliance Plans provides additional

authority to modify the Reliance Plans.  That section provides, in relevant part:

> At any time prior to confirmation of the Plan, the Plan Proponents may
> supplement, amend or modify the Plan.

Therefore, this Court has the authority to approve the proposed modification pursuant to

Section 1127 and Section 14.1 of the applicable Reliance Plans.

**A.       The Proposed Modification to the Reliance Plans Are Nonmaterial.**

The proposed modifications of the applicable Reliance Plans are nonmaterial and beneficial

because they will allow Reliance Creditors to rely on SunCal Plan Proponents' commitment not to

object to the Reliance Claimants that accept the terms of the LitCo Purchase Offer and the amount

of the listed claims.  In the event that such Reliance Claimants choose not to accept the terms of

the LitCo Purchase Offer in the amount of the listed claims, the SunCal Plan Proponents reserve

all rights to object to asserted claims to the extent that they are higher than those set forth in the list

attached as Exhibit "A" to the Couchot Declaration, and to the priority of the claim in the event

that the Reliance Claimants assert a priority.

In contrast, under the Lehman Plan and the SunCal Proponents existing Reliance Plans,

Reliance Claimants have no guarantee that their Reliance Claims will be deemed allowed.

Although the SunCal Proponents did not intend to object to the Reliance Claims, such is not the

case with the Lehman Lenders.  In fact, as set forth its addendum to the Status Conference Report,

the Lehman Lenders have stated that they intend to depose every vendor who dealt with SunCal to

1    determine if they relied on Lehman's promises, essentially if they are Reliance Claimants.  A true

2    and correct copy of the Lehman Addendum is attached as Exhibit "D" to the Couchot Declaration.

3    Accordingly, it is critical that Reliance Creditors clearly understand this beneficial treatment under

4    the Reliance Plans filed by the SunCal Plan Proponents.

5         **B.**    **The Proposed Modification to the Century City Plan Is Nonmaterial.**

6         The proposed modification to the SunCal Century City Plan clearly can only enhance the

7    rights of creditors by seeking alternative theories of recovery of an approximate $11 million claim

8    against Lehman ALI based on the same transfers as the Lehman preference action.  Further, these

9    alternative causes of action will be subject to the same contingency fee arrangements and costs

10    caps as set forth in the Plan for the Lehman preference action.

11         **C.**    **None of the Proposed Modifications Affect the SunCal Proponents' Ability to**

12            **Meet the Requisite Confirmation Requirements.**

13         The proposed modifications for both the Reliance Plans and the SunCal Century City Plans

14    do not affect or change the SunCal Plan Proponents' ability to satisfy Sections 1122, 1123 and

15    1129.  Rather, the proposed modifications simply reflect the consensual agreement between the

16    Voluntary Debtors Committee and the SunCal Plan Proponents regarding the treatment of Reliance

17    Claims set forth in the applicable Reliance Disclosure Statements already approved by this Court

18    and an effort to enhance the distribution to Century City's creditors by providing more flexibility in

19    maximizing the recovery on its claim against Lehman ALI.  Accordingly, the proposed

20    modification can be approved pursuant to Section 1127(a).

21                             **III.**

22              **GOOD CAUSE EXISTS FOR HEARING**

23     **THIS PLAN MODIFICATION MOTION ON AN EMERGENCY BASIS**

24         Procedural authorization for this emergency Plan Modification Motion is found in Fed. R.

25    Bankr. R. 9006,[2] and in Local Bankruptcy Rule 9075-1.[3]  The continued hearing on the Plan

26

---

27    [2] Fed. R. Bankr. P. 9006(c) provides, in pertinent part: "when an act is required or allowed to be done at or within a
specified time by these rules or be a notice given thereunder or by order of the court, the court for cause shown may in

28    its discretion with or without motion or notice order the period reduced."
[3] Local Bankruptcy Rule 9075-1(a) and (b) provides for hearings on an emergency basis or, alternatively, on notice
shorter than would otherwise be required under these rules.

1   Letters is scheduled for August 31, 2011 at 10:00 a.m.  Granting the relief requested herein will

2   allow the Plan Letters to reflect the nonmaterial plan modification described above.  Furthermore,

3   the plan packages for both SunCal Plan Proponents and the Lehman Creditors respective plans

4   were both just mailed on Thursday, August 25, 2011.  The SunCal Plan Proponents believe that it

5   is important to hold the hearing on the Plan Modification Motion on or before Friday,

6   September 2, 2011 in order to avoid the potential premature casting and returning of plan ballots.

7   Accordingly, cause exists for hearing this Plan Modification Motion on an emergency basis.

8                                            **IV.**

9                                      **CONCLUSION**

10          For the foregoing reasons, the SunCal Plan Proponents request that the Court enter an order

11   allowing them to modify their Reliance Plans as set forth above.

12   Dated:  August 30, 2011                 **WINTHROP COUCHOT**
                                             **PROFESSIONAL CORPORATION**
13

14                                          By:____*/s/ Paul J. Couchot*_____
                                                   Paul J. Couchot, Esq.
15                                          General Insolvency Counsel for
                                            Administratively Consolidated Voluntary
16                                          Debtors

17

18

19

20

21

22

23

24

25

26

27

28

### DECLARATION OF PAUL COUCHOT

I, Paul J. Couchot, hereby declare and state as follows:

1.     I am an attorney, a shareholder of Winthrop Couchot Professional Corporation, and the lead general insolvency counsel to the Voluntary Debtors since before and after their Chapter 11 filing in November 2008. I have been intimately involved with the drafting of all of their Plans and those of the Trustee Debtors proposed by the SunCal Plan Proponents.

2.     The following facts are within my own knowledge and, if called as a witness, I could and would competently testify thereto.

3.     Each of the Disclosure Statements filed by the SunCal Plan Proponents for Group I: Voluntary Debtors, Group I: Trustee Debtors and Group II: Trustee Debtors describes the treatment afforded the holders of Reliance Claims (collectively, the "Reliance Disclosure Statements"). Furthermore, the accompanying Chapter 11 Plan for these Debtors provides for the treatment described in the Reliance Disclosure Statement (the "Reliance Plans"). Specifically, if a Reliance Claimant that is listed on Exhibit "8" to the applicable Reliance Disclosure Statement votes for the applicable Reliance Plan, and agrees to assign its claim and all litigation rights arising therefrom, including rights against third parties to LitCo, then the Reliance Claimant has the right to sell its claim and such other specified rights to LitCo for $.55 per dollar of its ***allowed claim*** (the "LitCo Purchase Offer"). Unfortunately, Exhibit "8" of the Group I: Voluntary Debtors' Disclosure Statement did not include the Reliance Claims for the estates of SunCal Emerald and Acton.

4.     Section 5.8 of the Reliance Disclosure Statements further explains the methodology used in determining the identity of the Reliance Claimants and the amounts of the Reliance Claims. Reliance Claimants were deemed to be certain holders of Unsecured Claims, all Mechanics' Lien Claims and all Bond Indemnification Claims that the SunCal Plan Proponents believed to be beneficiaries of any equitable subordination judgment obtained against a Lehman entity. The amount of the Reliance Claims were determined based on a number of factors including, *inter alia*, a review of the applicable Debtor's books and records, the applicable Debtor's bankruptcy schedules, and proofs of claims filed against the applicable Debtor, as well as the list of creditors and the amounts listed in the Restructuring Agreement and the Settlement

1    Agreement with respect to the amount that the Lehman Creditors had agreed to assume in

2    connection with such agreements.

3        5.        After negotiations with the Official Committee of Unsecured Creditors for the

4    Voluntary Debtors (the "Voluntary Debtors Committee"), the SunCal Plan Proponents agreed to

5    modify the Voluntary Debtors' Reliance Plans to commit to not objecting to the Reliance Claims

6    of Reliance Claimants that accepted the terms of the LitCo Purchase Offer, including the term

7    that the Reliance Claimant accept the amount of the Reliance Claim listed on Exhibit "8" to the

8    applicable Reliance Disclosure Statement as the basis for the $.55 purchase price.   The SunCal

9    Plan Proponents have also unilaterally decided to make the same modification to the holders of

10   Reliance Claims in the applicable Trustee Debtors' Reliance Plans.

11       6.        As stated, the SunCal Plan Proponents failed to include the list of the names of the

12   Reliance Claimants and the amount of the Reliance Claims for SunCal Emerald and Acton in

13   Exhibit "8" to the Group I: Voluntary Debtors' Disclosure Statement.  As part of the agreement

14   with the Voluntary Debtors' Committee, the Voluntary Debtors Committee requested and the

15   SunCal Plan Proponents agreed to *promptly* seek to amend the applicable Reliance Plans to

16   include the list of Reliance Claimants and Reliance Claims for SunCal Emerald and Acton and to

17   expressly incorporate the above-referenced agreement regarding the modified treatment of the

18   Reliance Claimants into all of the Reliance Plans.

19       7.        The SunCal Plan Proponents seek to amend the applicable Reliance Plans for the

20   Voluntary and Trustee Debtors as follows:  The SunCal Plan Proponents agree not to object to the

21   Reliance Claims of the Reliance Claimants who accept the terms of the LitCo Purchase Offer,

22   including agreeing to the amount of the Reliance Claim listed in Exhibit "8" to the applicable

23   Reliance Disclosure Statement as the basis for the $.55 purchase offer.  Identical lists to

24   Exhibit "8" of each of the applicable Reliance Disclosure Statement are attached hereto as

25   Exhibit "A," except that Exhibit "A" including lists of the identity of the Reliance Claimants and

26   the amount of the Reliance Claims for Acton and SunCal Emerald.  Redlined versions of the

27   modified sections of the applicable Reliance Plans that incorporate the proposed modifications

28   (the "Proposed Modifications"), and the revised plan ballots that incorporate the proposed

1    modifications (the "Revised Ballots") are attached hereto as Exhibits "B," and "C." The SunCal

2    Proponents are proposing that the applicable list of Reliance Claims attached hereto as

3    Exhibit "A" be enclosed with the Revised Ballots.

4           8.     The proposed modifications of the applicable Reliance Plans are nonmaterial and

5    beneficial because they will allow Reliance Creditors to rely on SunCal Plan Proponents'

6    commitment not to object to the Reliance Claimants that accept the terms of the LitCo Purchase

7    Offer and the amount of the listed claims.  In the event that such Reliance Claimants choose not to

8    accept the terms of the LitCo Purchase Offer in the amount of the listed claims, the SunCal Plan

9    Proponents reserve all rights to object to asserted claims to the extent that they are higher than

10    those set forth in the list attached hereto as Exhibit "A," and to the priority of the claim in the

11    event that the Reliance Claimants assert a priority.

12           9.     In contrast, under the Lehman Plan and the SunCal Proponents existing Reliance

13    Plans, Reliance Claimants have no guarantee that their Reliance Claims will be deemed allowed.

14    Although the SunCal Proponents did not intend to object to the Reliance Claims, such is not the

15    case with the Lehman Lenders.  In fact, as set forth its addendum to the Status Conference Report,

16    the Lehman Lenders have stated that they intend to depose every vendor who dealt with SunCal to

17    determine if they relied on Lehman's promises, essentially if they are Reliance Claimants.  A true

18    and correct copy of the Lehman Addendum is attached hereto as Exhibit "D." Accordingly, it is

19    critical that Reliance Creditors clearly understand this beneficial treatment under the Reliance

20    Plans filed by the SunCal Plan Proponents.

21          10.    As described in the Century City Disclosure Statement, the Century City Project

22    known as 10,000 Santa Monica was part of a repossession agreement whereby Lehman ALI had

23    transferred its loan of the $10,000 Santa Monica Project to Danske Bank prior to the Century City

24    Petition Date.  Furthermore, during the one year period prior to the Petition Date, Lehman ALI

25    received $10,628,948.64 in transfers from SunCal Century City.  In the fourth cause of action in

26    the Lehman Adversary Proceeding, SunCal Century City is seeking to avoid and recover allegedly

27    preferential transfers made by SunCal Century City to Lehman ALI in the amount of

28    $10,628,948.64 during the year prior to the Petition Date.

11.     Because of the complications of the interaction between the timing of SunCal
Century City's transfers to Lehman ALI and Lehman ALI's repossession agreement with Danske
Bank, the SunCal Proponents are seeking to modify the Plan to reserve the specific right to
potentially amend SunCal Century City's preference action against Lehman ALI in the Lehman
Adversary Proceeding to include causes of action for turnover under Bankruptcy Code
Section 542, fraudulent conveyance under Bankruptcy Code Section 544, and common law
causes of action such as unjust enrichment.

12.     The second paragraph of Section 7.3 on page 24 of the SunCal Century City Plan
already generally provides for this right. However, the proposed modification will make the right
to file alternative causes of action based on the same facts. Pages 24-25 of the SunCal Plan, with
the proposed modification blackline are attached as part of Exhibit "B" attached hereto.

13.     The proposed modification to the SunCal Century City Plan clearly can only
enhance the rights of creditors by seeking alternative theories of recovery of an approximate
$11 million claim against Lehman ALI based on the same transfers as the Lehman preference
action. Further, these alternative causes of action will be subject to the same contingency fee
arrangements and costs caps as set forth in the Plan for the Lehman preference action.

14.     Granting the relief requested herein will allow the Plan Letters to reflect the
nonmaterial plan modification described above. Furthermore, the plan packages for both SunCal
Plan Proponents and the Lehman Creditors respective plans were both just mailed on Thursday,
August 25, 2011. The SunCal Plan Proponents believe that it is important to hold the hearing on
the Plan Modification Motion on or before Friday, September 2, 2011 as soon as possible in order
to avoid the potential premature casting and returning of plan ballots.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of August 2011, at Newport Beach, California.


_____/s/ Paul J. Couchot_____
Paul J. Couchot

MAINDOCS-#166151-v7-SCC_Motion_NonMaterialMod_Plans(TDI__TD)I__VDI).DOC

**EXHIBIT A**

SunCal Emerald Meadows
Case No 8:08-17230 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| Advance Utility Design, Inc | $16,778.99 |
| Albert A. Webb Associates | $4,243.12 |
| Cash Grading Contractors Inc | $18,400.00 |
| Consolidated Reprographics\ | $80.77 |
| Dust Control, Inc. | $47,202.00 |
| GreenField Communications | $72,633.34 |
| Hall & Foreman, Inc. | $287,727.28 |
| HD Supply Construction | $14,893.18 |
| Hillwig - Goodrow, LLC. | $3,860.00 |
| Intravaia Rock & Sand, Inc. | $105,226.75 |
| Jackson, DeMarco, et al. | $20.15 |
| Linscott, Law & Greenspan Engin | $608.00 |
| National Construction Rental | $2,952.04 |
| OCB Reprographics, Inc. | $11,057.84 |
| O'Reilly Public Relations | $967.90 |
| Proactive Engineering Consul | $939,961.71 |
| Rubidoux Community Services | $5,900.00 |
| SCC Acquisitions, Inc. | $15,777.78 |
| Stormwater Compliance Spec | $7,317.75 |
| SWRCB Accounting Office | $3,168.00 |
| United Site Services of Cal | $121.49 |
| Willis Risk and Insurance | $12,810.00 |
| Zeiser Kling Consultants | $8,984.27 |
| **Total** | **$1,580,692.36** |

Acton Estates
Case No 8:08-17236 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| Deloitte & Touche, LLP | $3,400.00 |
| GeoLogic Associates, Inc. | $25,690.82 |
| Glenn Lukos Associates, Inc. | $7,920.99 |
| HMK Engineering, Inc. | $26,688.85 |
| Jackson, DeMarco, et al. | $2,145.00 |
| Los Angeles County Dept Public Works | $7,159.33 |
| Los Angeles County Treasurer-Water Bill | $157.56 |
| Reliable Graphics Inc. | $403.95 |
| Rohm Insurance Agency | $14,150.00 |
| SCC Acquisitions, Inc. | $3,000.00 |
| Storm Water Resources, LLC | $4,524.64 |
| SunCal Management, LLC | $44,173.26 |
| Voss, Cook & Thel, LLP | $5,899.66 |
| **Total** | **$145,314.06** |

SunCal Bickford Ranch
Case No 8:08-17231 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| Alhambra and Sierra Springs | $163.45 |
| American Landscape & Concrete | $41,681.26 |
| ARB, Inc. | $1,052,272.82 |
| Bennett Engineering | $8,916.67 |
| BIA Riverside Sign Program | $5,175.00 |
| Brownie's | $1,180.96 |
| CH2M Hill, Inc. | $3,920.76 |
| Cook's Portable Toilets & Sept | $2,232.83 |
| Deborah Dales | $3,600.00 |
| Department of Toxic Substances | $8,477.47 |
| Ecorp Consulting, Inc. | $23,211.60 |
| Far West Construction, Inc. | $68,064.82 |
| Fehr & Peers Associates, Inc | $1,123.22 |
| Hertz Equipment Rental Corp. | $25.51 |
| Independent Construction | $117,209.80 |
| Jackson, DeMarco, et al. | $28,531.86 |
| Kiewit Pacific Co. | $1,868,357.50 |
| Land Architecture | $100,245.39 |
| MacKay & Somps Civil Eng | $14,851.80 |
| Marques Pipeline, Inc. | $330,118.00 |
| MHM Engineers | $8,916.67 |
| Mobile Modular Mgmt Co | $1,751.16 |
| Modular Space Corporation | $1,296.50 |
| Murray Smith & Associates | $45,663.35 |
| Pacific Gas and Electric | $11,882.22 |
| Pacific Parks Landscaping, Inc. | $16,788.75 |
| Pierce Security | $53,919.09 |
| Placer County Community | $13,137.30 |
| Ramos Oil Co., Inc. | $745.70 |
| Restoration Resources | $22,012.99 |
| ROHM Insurance | $4,095.00 |
| Sacramento Food Bank & Family | $3,500.00 |
| SCC Acquisitions, Inc. | $3,000.00 |
| Southwest Mobile Storage | $117.98 |
| Sproul Trost, LLP | $5,480.00 |
| SunCal Management, LLC | $321,103.03 |
| Tait Group, The | $1,330.00 |
| Valley Utility Services | $22,495.94 |
| Wallace-Kuhl & Associates. | $10,329.50 |
| Waterworks Aquatic Mgmt | $1,750.00 |
| White Cap Construction Suppl | $798.51 |
| Wood Rodgers, Inc. | $26,055.90 |
| **Total** | **$4,255,530.31** |

Palmdale Hills Property
Case No 8:08-17206 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| Advance Utility Design, Inc- | $10,000.88 |
| Andy Gump | $318.00 |
| Antelope Valley Engineering | $387.50 |
| Arrow Construction | $17,692.00 |
| Arrow Transit | $15,512.00 |
| Asphalt Professionals | $35,528.13 |
| AT&T ~ 9585 | $275.29 |
| BIA / Southern California | $260.00 |
| BIA-Antelope Valley Chapter | $375.00 |
| Brockmeier Consulting | $280,851.93 |
| Bruin Geotechnical Services | $4,992.00 |
| C&R Sales | $14,435.48 |
| Cal-State Rent A Fence | $1,679.72 |
| Camarillo Engineering Inc | $78,338.05 |
| CBS Outdoor | $18,474.00 |
| Chamelon Design Inc. | $12,680.00 |
| Champion Lumber | $38,228.93 |
| Civil Engineering Solutions, LLC | $31,924.50 |
| Corporation for Interest Rate Mg | $75,000.00 |
| Danielian Associates | $354.94 |
| Deloitte & Touche, LLP | $26,755.00 |
| Discovery Works, Inc. | $23,787.50 |
| Engineering Solutions | $27,141.04 |
| Excel Bridge Manufacturing Co | $3,403.34 |
| Flowline Concrete | $61,743.00 |
| Gall Brothers General | $4,648.70 |
| GCI Associates | $641.42 |
| General Security Service, In | $27,383.02 |
| Geo Consultants, Inc. | $10,080.00 |
| Geoscience Support Services | $30,504.00 |
| Glenn Lukos Associates, Inc. | $6,239.60 |
| Glumac | $2,662.40 |
| Goodwin Procter LLP | $21,800.54 |
| GreenField Communications | $129,996.88 |
| Hewitt & O'Neil LLP | $12,584.00 |
| Hi-Grade Materials Co | $10,102.98 |
| Jackson, DeMarco, et al. | $45,042.19 |
| Jeanette C. Justus Associate | $28,428.59 |
| Klassen Corporation | $306,350.99 |
| KTGY Group, Inc. | $49,996.82 |

Palmdale Hills Property
Case No 8:08-17206 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| Lim & Nascimento Engineering | $1,830.00 |
| Linscott, Law & Greenspan Engr | $608.50 |
| Marshall La Plante Photography | $622.43 |
| OCB Reprographics, Inc. | $10,479.75 |
| Outdoor Sales, Inc. | $24,750.00 |
| Pace | $3,506.14 |
| Palmieri, Tyler, et al. | $85,779.83 |
| Park West Landscape Inc. | $24,524.24 |
| Pinnacle Land Surveying, Inc | $6,356.00 |
| Popov Engineers, Inc. | $71.49 |
| Precision Welding Inc | $1,689.70 |
| ProRepro | $1,882.75 |
| RBF Consulting | $19,550.66 |
| RBF Consulting | $163,127.05 |
| Reliable Graphics Inc. | $205.31 |
| Roddan Paolucci Roddan Adv.& | $7,301.15 |
| Rohm Insurance | $97,621.00 |
| Sierra Cascade Construction | $450,000.00 |
| SCC Acquisitions, Inc. | $3,000.00 |
| South Pac Industries, Inc. | $68,318.77 |
| Staats Construction. Inc. | $148,854.97 |
| Stantec Consulting | $134,297.23 |
| Storm Water Resources, LLC | $10,400.00 |
| Summers/Murphy & Partners, I | $48,475.00 |
| SunCal Management, LLC | $1,379,367.84 |
| The Lamar Companies | $5,500.00 |
| United Rentals Northwest-Uni | $2,700.94 |
| United Site Services of Cali | $16.24 |
| Urban CrossRoads, Inc. | $14,320.00 |
| Valley Crest Landscape | $58,619.42 |
| Voss Cook & Thel LLP | $42.00 |
| Western Oilfields Supply Co. | $2,160.11 |
| Western Pacific Roofing Corp | $4,000.00 |
| Williams Scotsman, Inc. | $495.01 |
| **Total** | **$4,247,073.89** |

SunCal Oak Valley
Case No 8:08-17404 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims | |
|---|---|---|
| All American Asphalt | $60,355.48 | |
| Arrowhead Mtn Sprng Wtr | $104.89 | |
| BCI Framing & Drywall | $23,187.50 | |
| Beaumont Cherry Vly Wtr | $6,182.27 | |
| BIA Riverside Sign Prog | $4,680.00 | |
| Cal West Underground | $4,374.60 | |
| Carl Warren & Co | $1,863.75 | |
| Cash Grading Contractors | $3,705.88 | |
| Chameleon Design, Inc. | $3,000.00 | |
| City of Beaumont | $1,750.00 | |
| Dust Control, Inc. | $252,983.66 | |
| East Valley Golf Club | $4,154.50 | |
| EBS Concrete, Inc | $16,809.25 | |
| Elite Bobcat Service, Inc. | $45,000.00 | |
| Event Masters Intl, Inc. | $2,010.00 | |
| Fidelity National Title Co | $23.00 | |
| Glenn Lukos Associates | $15,469.81 | |
| Golden State Fence Co | $3,100.50 | |
| Goodwin Procter LLP | $9,412.30 | |
| GreenField Comm | $64,452.98 | |
| Hall & Foreman, Inc. | $621.95 | |
| Hillcrest Contracting Inc | $136,567.43 | |
| HomeBuyers Guide Real Est | $23,260.00 | |
| IB Reprographics | $1,057.44 | |
| Inland Directional Sign | $6,750.00 | |
| J.F. Shea Construction, Inc. | $1,037,594.20 | (If allowed to file claim) |
| Jackson, DeMarco, et al. | $19,383.02 | |
| John Hanna & Associates | $14,790.03 | |
| JWilliams Staffing | $1,925.70 | |
| Kevin L. Crook Architect | $54,000.00 | |
| KIP Incorporated | $195,345.00 | |
| Los Angeles Times | $39,070.00 | |
| MacKenzie Landscape | $121,297.00 | |
| Modular Space Corp | $11,001.83 | |
| Nissho of California, Inc. | $42,570.00 | |
| OCB Reprographics, Inc | $10,008.81 | |
| Outdoor Dimensions | $170,819.50 | |
| Outdoor Sales, Inc. | $114,745.55 | |
| Pacific Erosion Control | $1,034.00 | |
| Pacific Soils Engineering | $88,551.15 | |
| Park West Landscape Inc. | $7,804.54 | |
| Pinnick Inc. | $28,518.15 | |
| Pinnick Inc. | $857,314.40 | |
| Power Fabrctig Atn Crp Ofc | $3,613.00 | |

SunCal Oak Valley
Case No 8:08-17404 ES

| Claimant | *Estimated Amount of Pre-petition Reliance Claims* |
|---|---|
| Proactive Engineering | $257,944.93 |
| R&S Madrigal Constr | $38,534.50 |
| Roddan Paolucci Roddan Adv | $606.09 |
| Rohm Insurance Agency | $182,774.00 |
| Sand Canyon Int Plant Des | $100.00 |
| SCC Acquisitions, Inc. | $5,300.00 |
| Skyview Imaging | $1,025.00 |
| So CA Hydrosd & Hydromlch | $413.25 |
| SoCal Pump & Well Drilling | $10,718.98 |
| Southern California Edison | $171.22 |
| Stantec | $134,232.17 |
| Stormwater Compli Spec | $7,975.00 |
| SunCal Management, LLC | $1,163,688.91 |
| SWRCB Acctg Ofc | $3,168.00 |
| TC Construction Company | $309,498.00 |
| The Keith Companies | $113,222.40 |
| Topline Concrete & Landscape | $116,824.43 |
| United Site Svcs of CA | $198.52 |
| United Site Svcs of CA | $5,025.13 |
| Urban Crossroads, Inc. | $5,356.26 |
| Utility Consultants of Orange | $5,550.00 |
| Waterforce Inc. | $20,893.30 |
| Weston/Mason Marketing | $87,224.94 |
| Wirechat Interactive | $402.19 |
| Wright Septic Tank Pumping | $19,660.00 |
| | |
| **Total** | **6,000,770.29** |

SunCal Heartland
Case No 8:08-17407 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| Carl Warren & Co | $169.50 |
| City of Beaumont | $78,800.00 |
| Dennis M McCoy & Sons | $638,166.62 |
| Dust Control, Inc. | $120,935.69 |
| Fidelity National Title Co | $37.00 |
| GreenField Comm, Inc | $14,207.24 |
| Hall & Foreman, Inc. | $1,175.60 |
| IB Reprographics | $1,055.16 |
| J.F. Shea Construction, Inc. | $10,000.00 |
| Jackson, DeMarco, et al. | $3,445.50 |
| KIP Incorporated | $393,738.00 |
| OCB Reprographics, Inc. | $23,180.19 |
| Pacific Soils Engnrg-Tustin | $153,910.00 |
| Pinnick Inc | $522,238.42 |
| Proactive Engineering Cons | $46.50 |
| Rohm Insurance Agency | $281,554.00 |
| SCC Acquisitions, Inc. | $24,065.05 |
| Skyview Imaging | $525.00 |
| Stantec Consulting, Inc. | $898,978.71 |
| Stormwater Compliance Spec | $7,975.00 |
| SunCal Management, LLC | $397,455.41 |
| The Corp Interest Rate Mgmt | $7,881.25 |
| United Site Services of CA | $477.90 |
| Urban Crossroads, Inc. | $919.55 |
| Utility Specialists Southwest | $3,787.50 |
| Waterforce Inc. | $113,750.00 |
| Weston/Mason Marketing | $12,967.94 |
| | |
| Total | $3,711,442.73 |

Delta Coves Venture
Case No 8-08-17470-ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| A & M Printing, Inc. | $764.69 |
| AT&T | $104.50 |
| Bellingham Marine Industrie | $2,822,167.18 |
| Ben C. Gerwick Inc. | $6,135.30 |
| BKF Engineers | $121,266.64 |
| Canon Business Solutions-V | $924.60 |
| Cari Warren & Co | $2,951.62 |
| Carpenter Photography/Dsg | $7,000.00 |
| Cornerstone Structural Eng | $16,227.40 |
| CSC Corporate Domains, In | $215.90 |
| Dahlin Group, Inc. | $33,325.75 |
| Development Plan & Fin Grp | $6,428.00 |
| Environmental Foresight | $34,903.70 |
| Exponent Failure Analysis A | $10,610.41 |
| Fanelli Development Co | $32,380.23 |
| Focus 360 | $27.94 |
| Giacalone Design Svcs | $36,645.00 |
| Gibson & Skordal LLC | $586.50 |
| Goodwin Procter LLP | $95,344.51 |
| GreenField Comm | $266,776.60 |
| Hertz Equipment Rental Cor | $25,444.15 |
| Hewitt & O'Neil, LLP | $935.05 |
| Howard Constr Fncng & Fab | $2,866.00 |
| Ironhouse Sanitary District | $10,005.80 |
| Jackson, DeMarco et al. | $1,890.00 |
| JWilliams Staffing | $1,678.85 |
| Latitude 38 Publishing | $1,260.00 |
| MBH Architects | $97,091.24 |
| Meril Association Services | $1,853.72 |
| Modular Space Corp | $928.78 |
| Northern CA Marine Assoc | $200.00 |
| OCB Reprographics, Inc. | $343.53 |
| Pacific Advanced Civil Eng | $12,605.34 |
| Pacific Legacy, Inc | $9,253.50 |
| PG&E - Box 997300 | $4,208.49 |
| Rohm Insurance | $270,225.00 |
| Roni Hicks & Associates | $82,734.09 |
| Rose Assoc Landscape Arch | $58,390.14 |
| Scout Hall Comm Educ Fun | $5,000.00 |
| Staples Buisiness Advantag | $849.35 |
| SunCal Management, LLC | $1,084,858.63 |
| The Strategic Res & Plnng C | $21,651.00 |
| Top Grade Construction | $250,000.00 |
| vanderToolen Associates | $6,234.93 |
| Western Outdoors Publ | $850.00 |
| Weston/Mason Marketing | $32,525.76 |
| Wiredhat Interactive | $50.94 |
| **Total** | **$5,478,721.76** |

SunCal PSV
Case No 8:08-17465 ES

| Claimant | *Estimated Amount of Pre-petition Reliance Claims* |
|---|---|
| 5th Gear, LLC | $117,323.02 |
| A.D. Williams Turf Sprayers | $857.42 |
| Andersen Concrete Inc | $83,031.00 |
| Apple Paradise | $1,169.10 |
| AquaTechnex, LLC | $3,300.00 |
| Barnes Distribution | $153.98 |
| Brudvik Inc. | $43,365.00 |
| Butsko Utility Design, Inc. | $52,333.14 |
| Carl Warren & Co | $587.70 |
| CGPM Managers, LLC | $252,943.00 |
| Chameleon Design, Inc. | $50,000.00 |
| Chemsearch | $234.10 |
| Cintas First Aid & Safety | $136.34 |
| Color Image Printing, Inc. | $21,310.57 |
| Corporation for Interest Rat | $30,375.00 |
| County of Riverside Dept of | $1,174.00 |
| Custom Lights and Iron | $25,118.42 |
| David Lynn Christion | $1,300.00 |
| Desert Pipeline, Inc | $364,855.93 |
| Desert Publications | $10,385.00 |
| Desert Sun Publishing Company | $17,838.41 |
| Design Build Structures, Inc | $6,270.00 |
| Eagle One | $77.03 |
| Environmental Products & App | $37,391.00 |
| ESSI Engineering, Inc | $971.88 |
| Fidelity National Title Co. | $55.00 |
| Golf Ventures West | $772.56 |
| GreenField Communications, I | $236,740.10 |
| Griffin Structures, Inc. | $80,001.60 |
| Harvey Mills Design | $415.92 |
| High Tech Irrigation, Inc | $50,526.39 |
| I Design Group | $8,767.92 |
| J. R. Simplot Company | $3,467.88 |
| Jackson, DeMarco | $52,234.50 |
| Kenny Strickland Inc. | $1,519.60 |
| Land Stewards, The | $23,024.04 |
| Larry Jacinto Construction, Inc. | $212,663.76 |
| Martin Excavation, Inc. | $1,762.50 |
| Media That Deelivers | $6,750.00 |
| Merit Association Services | $2,161.28 |
| Mesa Pacific Construction, I | $349,707.00 |
| Mobile Modular Management Co | $21,521.64 |
| MSA Consulting | $652,431.00 |
| National Construction Rental | $18,835.80 |
| New Homes Magazine & Map Gui | $10,383.93 |
| Nissho of California, Inc. | $1,603,916.62 |
| Nuevo Engineering Inc. | $14,481.70 |

SunCal PSV
Case No 8:08-17465 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| OCB Reprographics, Inc. | $15,528.36 |
| Oliphant Golf, Inc. | $405,950.08 |
| Outdoor Dimensions | $7,289.98 |
| Pacific Aquascape, Inc. | $17,850.00 |
| Pacific Mansory Walls, Inc. | $314,061.23 |
| Palm Springs Pump, Inc | $9,209.00 |
| Protection One | $2,194.19 |
| R&D Concrete, Inc. | $70,631.00 |
| Roddan Paolucci Roddan Adv.& | $78.89 |
| Rohm Insurance Agency | $183,883.00 |
| Safety Kleen Systems inc | $546.93 |
| Sandy Jensen's Environmental | $700.00 |
| SCC Acquisitions, Inc. | $22,977.13 |
| Schilling Corporation | $638,314.19 |
| Schmidt - Curley Design, Inc | $18,000.00 |
| Simon Concrete | $22,309.00 |
| Sladden Engineering | $4,352.00 |
| So-Cal Sweepers, LLC | $36,280.00 |
| South West Pump & Drilling I | $640.50 |
| Southern California Edison | $243.89 |
| Southern California Edison | $23,681.62 |
| Southern California Soil & T | $5,914.60 |
| Stormwater Compliance Specia | $21,840.00 |
| SunCal Management, LLC | $520,753.13 |
| SWRCB Accounting Office | $3,168.00 |
| Temp Power Systems | $10,410.00 |
| The Art Office | $2,714.32 |
| The Collaborative West | $79,547.50 |
| Turf Star, Inc. | $20.16 |
| UPS Freight | $35.00 |
| Urban Crossroads - Irvine | $1,065.63 |
| Urban Crossroads - Riverside | $1,728.23 |
| Vision Building Rentals, LLC | $3,160.75 |
| West Coast R & R Inc | $766,046.84 |
| West Coast Sand & Gravel, In | $7,230.39 |
| West Coast Turf | $256,663.15 |
| William Hezmalhalch Architec | $35,524.45 |
| Williams Mechanical Inc | $610.00 |
| Williams+Paddon Architects+Planners, I | $50,000.00 |
| Wiredhat Interactive | $1,179.75 |
| **Total** | **$8,037,074.67** |

SunCal Marblehead
Case No 8:08-17409 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| All American Asphalt | $1,508,322.00 |
| Aramark Refreshments Svcs | $652.04 |
| Arrowhead Mtn Spring Water | $80.75 |
| AT&T | $1,037.07 |
| Bee Busters Inc | $300.00 |
| BNB Engineering Inc. | $1,575,000.00 |
| Boudreau Pipeline Corp | $655,000.00 |
| BR South Coast Private Sec. | $38,446.80 |
| Brion Jeannette Architecture | $89,915.08 |
| Bucilla Group Architecture | $113,203.54 |
| Butsko Utility Design, Inc. | $6,250.00 |
| California Barricade | $5,992.00 |
| California Coastal Commission | $10,000.00 |
| Canon Business Solutions W | $647.89 |
| Center for Natural Lands Mgmt | $7,756.90 |
| Chambers Group, Inc. | $13,197.62 |
| Chino Grading, Inc. | $2,039,941.39 |
| City of San Clemente | $71,627.73 |
| Coast Magazine | $6,800.00 |
| Coastal Living | $11,268.00 |
| Consulting Testing | $3,150.00 |
| Cort Furniture Rental | $2,071.00 |
| CR & R, Inc. | $330.44 |
| Creative Environ Solutions | $17,500.00 |
| Creekside Development | $780,000.00 |
| Danielian Associates | $803.99 |
| Debby Cobb Consulting | $2,618.64 |
| Deloitte & Touche LLP | $10,064.17 |
| Design Alliance | $27,943.18 |
| Diamond Environmental Svcs | $1,185.99 |
| Dr. Soda Company | $289.68 |
| Fenceworks, Inc. | $72,073.30 |
| Fidelity National Title Co | $57.00 |
| Glenn Lukos Associates | $1,733.34 |
| Golden State Fence Co | $74,337.00 |
| GreenField Communications | $176,118.73 |
| Griffith Company | $3,847,737.00 |
| HCD | $1,493.00 |
| Hewitt & O'Neil, LLP | $8,820.00 |
| Horticultural Specialists, Inc. | $13,000.00 |
| IB Reprographics | $112.80 |
| Jackson, DeMarco, et al. | $168,688.77 |
| Jag Construction | $178,047.68 |
| John Burns Real Estate Cons | $20,223.17 |
| Kirk Negrete, Inc. dba United Steel Placers | $270,056.42 |
| La Jolla Pacific of CA Ltd. | $343.75 |
| Lawson & Assoc Geotech Cons | $18,578.25 |
| Lucast Consulting | $22,808.26 |
| Luxe Magazine | $7,990.00 |
| Mark R. McGuire | $189,175.00 |
| MediaMax Network | $48,382.00 |
| Mesa Pacific Construction | $666,817.73 |
| Mobile Modular Mgmt Corp. | $2,687.96 |
| Moore Stephens Wurth et al. | $385.00 |
| National Construction Rentals | $3,154.48 |
| OCB Reprographics, Inc. | $46,295.84 |
| Orange County Fire Authority | $426.00 |

SunCal Marblehead
Case No 8:08-17409 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| Orange County Printing | $2,028.19 |
| Orange County Stripping Svc | $14,486.00 |
| Outdoor Dimensions | $57,247.88 |
| Palmdale Hills Property | $3,200.00 |
| Park West Rescom, Inc. | $48,586.70 |
| Performance Magazine | $23,751.00 |
| Personal Touch Clrng & Maint | $5,929.27 |
| Power Plus Utility Services | $10,285.55 |
| PR Newswire | $270.00 |
| Quinn Rental Services | $4,832.81 |
| R&M Electrical Contracting | $243,014.10 |
| RBF Consulting | $125,092.58 |
| RH Masonry, Inc. | $189,592.00 |
| RJ Noble Co. | $175,030.81 |
| RMF Contracting, Inc. | $145,840.10 |
| Robert Hidey Architects | $746.26 |
| Rockey Murata Landscaping | $131,000.00 |
| Roddan Paolucci Roddan Adv | $305,307.04 |
| Rohm Insurance Agency | $368.00 |
| S & S Seeds, Inc. | $10,392.59 |
| San Diego Gas & Electric | $505.27 |
| Savala Equipment Co. Inc. | $37,437.00 |
| Security Signal Devices | $130.00 |
| SCC Acquisitions, Inc. | $4,000.00 |
| Southern CA Pipeline Constr | $72,438.50 |
| Southern California Gas Co | $50,735.60 |
| Staples Business Advantage | $282.66 |
| State Dept of Transportation | $164.00 |
| State of California | $492.00 |
| Steiny and Company, Inc. | $72,115.00 |
| SunCal Management, LLC | $1,799,805.75 |
| SWRCB Accounting Ofc | $3,168.00 |
| The Collaborative West | $161,990.00 |
| The Corp Interest Rate Mgmt | $16,368.75 |
| The Foliage Group | $150.00 |
| The Jasper Companies | $160,000.00 |
| The Strategic Res & Plnng Gr | $99.81 |
| Trench Shoring Company | $4,860.00 |
| Trimax Systems, Inc. | $75,268.70 |
| Who's Calling | $13,868.46 |
| Willis Risk and Ins Svc OC | $349.00 |
| Wiredhat Interactive | $134.06 |
| **Total** | **17,011,901.82** |

SJD Partners
Case No 8:08-17242 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| 5th Gear, LLC | $85,601.53 |
| All American Asphalt | $209,144.00 |
| AMEC Earth & Environ Inc. | $66,668.04 |
| Archive Technologies | $1,050.00 |
| AT & T | $1,040.06 |
| BNB Engineering Inc. | $7,599.43 |
| Boudreau Pipeline Corp | $840,000.00 |
| Bova Contracting Group | $632,169.00 |
| Carl Warren & Co | $2,023.07 |
| Chino Grading, Inc. | $282,044.14 |
| City of San Juan Capistrano | $3,057.48 |
| Color Image Printing, Inc. | $22,127.70 |
| Consolidated Reprographics | $161.57 |
| Cox Communications | $18,409.44 |
| CR & R, Inc. | $110.25 |
| Creekside Development, Inc. | $568,888.88 |
| Crummack Huseby, Inc. | $600.00 |
| Culbertson, Adams & Associates | $19,751.66 |
| Daren Saunders Photography | $1,131.21 |
| Dexter Wilson Engineering, Inc | $10,418.37 |
| DGW Budget Preparation | $27,340.00 |
| Diamond Environmental Svcs | $211.44 |
| Fidelity National Title Co. | $90.00 |
| Firesafe Planning Solutions | $8,750.00 |
| Gary L. Vogt & Associates | $2,250.00 |
| GCI Associates, Inc. | $641.42 |
| Glen Lukas Associates Inc | $7,294.19 |
| Golden State Fence Company | $11,479.43 |
| GreenField Communications, Inc | $39,762.28 |
| Hartzog & Crabill, Inc. | $1,153.75 |
| Hewitt & O'Neil, LLP | $9,609.60 |
| HomeBuyers Guide Real Estate Inc. | $24,000.00 |
| Hunsaker & Associates - Irvine | $366,720.83 |
| Jackson, DeMarco, Tidus & Peckenp | $310.75 |
| Jag Construction | $163,018.12 |
| Katz, Okitsu & Associates | $2,923.59 |
| KTGY Group, Inc. | $8,295.36 |
| Kuno's Grading | $2,509.39 |

SJD Partners
Case No 8:08-17242 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| Laguna Playhouse | $2,550.00 |
| LDB & Associates, Inc. | $1,500.00 |
| Mesa Pacific Construction, Inc. | $88,822.10 |
| Miller Barondess, LLP | $911,593.98 |
| Mobile Mini, Inc. | $2,312.39 |
| MSE Retaining Systems, Inc. | $45,754.22 |
| MWW Group Inc | $42,019.25 |
| National Construction Rentals | $2,233.06 |
| OCB Reprographics, Inc. | $952.60 |
| Outdoor Dimensions | $7,235.96 |
| Palmieri,Tyler,Wilhelm & Waldr | $5,254.67 |
| Playa Digital Media, Inc. | $1,050.02 |
| Professional Reprographics Svcs | $1,749.92 |
| R&M Electrical Contracting | $24,996.40 |
| Roddan Paolucci Roddan | $33,760.22 |
| Rohm Insurance Agency | $109,185.00 |
| Ron Martin & Associates, Inc. | $160.63 |
| Roundup Funding LLC | $487.04 |
| SCC Acquisitions | $27,166.61 |
| Scoop ReprintSource | $5,215.38 |
| South County Publications, Inc | $2,800.00 |
| Summers/Murphy & Partners, Inc | $8,350.00 |
| SunCal Management, LLC | $1,386,189.57 |
| Tensar Earth Technologies | $19,515.80 |
| The Gas Company | $8,128.57 |
| Ugalde Trucking Co, Inc. | $6,520.00 |
| Utility Consultants of Orange | $15,550.00 |
| Voss, Cook & Thel, LLP | $205,322.98 |
| Whittier Mailing Service, Inc. | $2,287.68 |
| Wiredhat Interactive | $2,895.75 |
| **Total** | **$6,419,915.78** |

SunCal Torrance
Case No 8:08-17472 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| Cox, Castle & Nicholson LLP | $3,700.00 |
| MWW Group Inc | $42,019.25 |
| Sikand Engineering Assoc | $1,415.01 |
| SunCal Management, LLC | $148,578.54 |
| The Corp Interest Rate Mgmt | $8,125.00 |
| **Total** | **$203,837.80** |

SunCal Oak Knoll
Case No 8:08-17588 ES

| Claimant | Estimated Amount of Pre-petition Reliance Claims |
|---|---|
| A-1 Enterprises | $1,250.00 |
| Alhambra & Sierra Springs | $100.96 |
| Anue Management Grp. Inc. | $16,410.00 |
| AT&T | $193.48 |
| BKF Engineers | $308,817.34 |
| Canon Business Solutions V | $298.00 |
| CST Environmental Inc. | $698,300.00 |
| Dahlia Maria Moodie | $23,962.50 |
| East Bay Blue Print | $8,088.13 |
| East Bay Muni Utility Dist | $21,948.36 |
| ENGEO, Incorporated | $55,825.91 |
| Environmental Science Assc | $24,234.39 |
| Fehr & Peers Associates, In | $3,560.00 |
| Hopkins & CarleyA Law Cor | $195,489.43 |
| HortScience, Inc. | $123.75 |
| Intervention Agency, Inc. | $10,000.00 |
| JSC Environmental, Inc. | $56,736.30 |
| Lamphier Gregory | $13,543.88 |
| Mobile Modular Mgmt Corp | $1,315.86 |
| Oakland Tuffgrass Educ Init | $440.00 |
| Pacific Gas & Electric Co. | $1,148.52 |
| PG&E | $235.96 |
| Philip Williams & Assoc, Ltd | $42,728.00 |
| Ralph Osterling Consultants, | $11,688.00 |
| RGA Environmental, Inc | $75,617.45 |
| Staples Buisiness Advantag | $1,498.94 |
| SunCal Management, LLC | $462,392.86 |
| SWA Group | $32,584.54 |
| Tasini & Associates | $20,000.00 |
| The Corp Interest Rate Mgm | $8,125.00 |
| The Professional Tree Core | $93,925.01 |
| WRA, Inc. | $27,450.19 |
| **Total** | **$2,218,032.76** |

**EXHIBIT B**

## PROPOSED MODIFICATION TO SUNCAL CENTURY CITY PLAN

### VII.

### MEANS OF EXECUTION AND IMPLEMENTATION OF THE PLAN

This Section is intended to explain how the Plan Trustee intends to effectuate the liquidation contemplated by the Plan, and how the Trustee intends to fund the obligations to Holders of Allowed Claims as provided in the Plan. This section provides information regarding the funding sources for Plan obligations, the establishment of the Plan Trust, and other material issues bearing upon performance of the Plan.

**7.1    Removal of Chapter 11 Trustee.**

As of the Effective Date, the appointment of the Chapter 11 Trustee in the Debtor's Case shall terminate, and possession and control over all property within this estate shall pass to the Plan Trust.

**7.2    Establishment and Operations of the Plan Trust.**

The Plan Trust shall be established and shall become effective on the Effective Date. The Plan Trust is created pursuant to the Plan and the Confirmation Order, and separate trust instrument shall be required. The primary purpose of the Plan Trust is the liquidation and distribution of the Assets transferred to it, with no objective to continue or engage in the conduct of a trade or business, except to the extent reasonably necessary to, and consistent with, the liquidating purpose of the Plan Trust. The Plan Trust shall hold and administer the Assets of the Debtor and the Distribution in accordance with the terms of the Plan.

**7.3    Preservation and Pursuit of Litigation Claims and Recovery for the Plan Trust.**

On the Effective Date, title to and possession of all property of the Debtor shall be deemed transferred and delivered to the Plan Trust, without further act or action under any applicable agreement, law, regulation, order or rule of law.

Pursuant to Section 1123(b)(3) of the Bankruptcy Code, all litigation Claims shall be a part of the Plan Trust, whether or not pending on the Effective Date. Unless a Litigation Claim is expressly waived, relinquished, released, sold, compromised or settled in the Plan or in a Final Order, all rights with respect to such Litigation Claims are reserved and the Plan Trustee may pursue such Litigation Claims.

The SunCal Plan Proponents shall have the right to move forward with the Lehman Preference Claim in the event the SunCal Plan Proponents retain counsel, on a contingency fee basis, to prosecute the Lehman Preference Claim. The costs associated with the prosecution of such litigation shall be paid from the Plan Reserve. Based on the contingency fee structure of any such litigation, Creditors may receive higher recoveries in the event that the SunCal Plan Proponents are successful in such litigation.

Because of the complications of the interaction between the timing of the transfers to Lehman ALI and Lehman ALI's prior repossession agreement with Danske Bank whereby Lehman ALI transferred the Century City Loan to Danske Bank, the SunCal Plan Proponents reserve the right to potentially amend the Adversary Proceeding to include causes of action for turnover under Bankruptcy Code Section 542, fraudulent conveyance under Bankruptcy Code Section 544, and common law recovery grounds including, but not limited to, unjust enrichment. Any amendments based on the transfers to Lehman ALI will be subject to the contingency fee requirement as set forth herein.

Notwithstanding the foregoing, the Plan Trustee shall not settle or abandon a Litigation Claim valued at greater than $100,000 except upon ten (10) days' prior written notice and opportunity to object to the proposed action. Any disputes concerning the settlement or abandonment of a Litigation Claim shall be submitted to the Bankruptcy Court for resolution on no less than ten (10) days' notice to the objecting party.

The duties of the Trustee Debtors' Committee after the Effective Date shall be limited to monitoring the Plan's implementation, standing to object to any settlement of any Litigation Claim in excess of $100,000, standing to file, prosecute and resolve objections to Claims filed by Insiders that are SunCal Affiliates and standing to investigate and prosecute Potential SunCal Preference

Claim, subject to the $100,000 cap on fees incurred in prosecuting the claim objections and costs incurred in the prosecution of the Potential SunCal Preference Claim. The Trustee Debtors' Committee shall receive notice of and the right to review all payments and Distributions.

All Litigation Recoveries realized or obtained by the Plan Trustee or the Trustee Debtors' Committee shall be promptly deposited into the applicable Distribution Account(s). Except as otherwise provided in the Plan and the Confirmation Order, the Litigation Recoveries shall be free and clear of all Claims and Liens and shall only be expended in accordance with the provisions of the Plan.

**PROPOSED MODIFICATIONS TO RELIANCE PLANS**

**I.**

**INTRODUCTION**

These Plans[1] are proposed respectively by, and the accompanying Disclosure Statement is filed jointly by, Palmdale Hills Property, LLC, SunCal Bickford, LLC, SunCal Emerald Meadows, LLC, and Acton Estates, LLC (the "Group I: Voluntary Debtors"), in their respective Chapter 11 Cases in their capacities as debtors in possession, and by Acquisitions, as the SunCal Proponents. In addition to being one of the SunCal Plan Proponents, Acquisitions is also the Plan Sponsor, the Plan Trustee of the Plan Trust, and the Distribution Agent for each Group I: Voluntary Debtor's Plan that is confirmed.

In summary, the Plan(s) individually provides for the sale of the Ritter Ranch Project, the Bickford Ranch, SunCal Emerald and the Acton Project (the "Group I Projects"), and for the liquidation of all other assets of the Group I: Voluntary Debtors. The Net Sale Proceeds from these sales will then be distributed to Creditors holding Allowed Claims in accordance with their rights and priorities under the bankruptcy code and under other applicable law.

**The Plan also offers the holders of a certain claims against the Group I: Voluntary Debtors, which are defined herein as Reliance Claims, the right to sell these claims, along with any Litigation Rights arising from and/or related to such Reliance Claim, to LitCo, for the sum of fifty-five cents ($0.55) per dollar of claim.  The SunCal Plan proponents are willing to commit <u>not to object </u>to the amounts listed in Exhibit "<del>1</del>A"<del>====</del>" to the <u>declaration</u> <u>supporting the </u>Plan Modification <u>Motion </u>as allowed Reliance Claims so long as the particular creditor votes <u>"yes"</u> on the Plan, agrees to assign its claim<u> to LitCo</u>, and elects to sell its claim to LitCo for 55% of the face value of the <u>amount of the </u>listed claim and does not dispute the amount thereof.  <u>If all of these three conditions are not satisfied, </u><del>However, if a</del> <del>creditor disputes the amount, </del>the SunCal Plan Proponents reserve <u>the right to object to the</u> <u>amount of the claim and the purchase offer would be withdrawn</u><del>all rights in connection with</del> <del>the amount of any such claim and whether or not it would be a Reliance Claim for purposes</del>**

---

[1] All defined terms used herein have the same meanings as set forth in Article II herein.

-2-

1 ~~hereof.~~ **The purchase offer is also conditioned upon confirmation of the applicable Plan, the**

2 **entry of a Final Confirmation Order confirming such Plan, and shall occur on or before the**

3 **applicable Plan's Effective Date as defined herein.**

4        The SunCal Plan Proponents do not intend to fund the third party offer by LitCo to

5 purchase Allowed Reliance Claims for the sum of fifty-five cents ($.055) per dollar of claim listed

6 on Exhibit "A" ~~"1"~~ to the declaration supporting the ~~this~~ Plan[2] Modification Motion and Exhibit

7 "8" to the Disclosure Statement and certain other Plan funding (e.g., to make required payments to

8 Creditors holding Allowed Administrative Claims, Priority Claims and Tax Claims)~~will not be~~

9 ~~funded by the SunCal Plan Proponents~~. Instead, the SunCal Plan Proponents are working with

10 proposed investors/lenders who would provide such funding. While the SunCal Plan Proponents

11 are in discussions with third parties with respect to obtaining funding for the SunCal Plan, no

12 commitment has yet been obtained for such funding and thus SunCal Plan Proponents are not in a

13 position to disclosure the terms of such funding at this time. There is no guarantee that such

14 funding will be obtained.

15        Although substantial identical and consolidated Plans are being filed in the Cases of all four

16 Group I: Voluntary Debtors, confirmation of each such Plan is independent of each other. In other

17 words, the Creditors in each Case will determine, subject to Court approval, whether the applicable

18 Plan will be approved in their Case. Accordingly, the applicable Plan may be confirmed in the

19 Cases of some of the Group I: Voluntary Debtors, but not in others.

20        The Plans are accompanied by the Disclosure Statement. The Disclosure Statement has

21 been approved by the Court. It is being provided along with the Plans in order to provide you with

22 critical information about the Group I: Voluntary Debtors and to help you understand the Plans.

23

24

25

26

27

28

---

[2] The Reliance Claims were listed as Exhibit "8" to the Group I: ~~VD~~ Voluntary Debtors' Disclosure Statements for Palmdale Hills and SunCal Bickford but not SunCal Emerald and Acton despite the intention to do so as set forth in Section 5.8 of the Group I: Voluntary Debtors' Disclosure Statements, which does not exclude SunCal Emerald or Acton~~, or Emerald~~. The same language inadvertently was not inserted into the plan but was intended to have been by the SunCal Proponents.

1    2.1.129    Qualifying Bidder. Qualifying Bidder means a bidder who a) has deposited the

2    sum of three hundred thousand dollars ($300,000) into an escrow designated by the SunCal Plan

3    Proponents in the case of a bid for the Ritter Ranch Project or a bid for the Bickford Ranch Project,

4    the sum of two hundred thousand dollars (S200,000) in the case of a bid for the Emerald Meadows

5    Project, and one hundred thousand dollars ($100,000) in the case of a bid for the Acton Project; b)

6    who has provided the SunCal Plan Proponents evidence confirming that such bidder has the

7    financial means to acquire the applicable Group I Assets: Voluntary Debtor(s) that such bidder is

8    seeking to acquire, and c) agreed that this sum will be forfeited as liquidated damages if such

9    bidder is the Winning Bidder and fails to perform.

10    2.1.130    Reliance Claim. An Allowed Unsecured Claim, Allowed Mechanic's Lien

11    Claim, or Allowed Bond Indemnification Claim against a Group I: Voluntary Debtor that would

12    entitle the holder thereof to be the beneficiary of any equitable subordination judgment obtained

13    against a Lehman Entity by such holder. This definition includes the holders of qualifying claims

14    that are secured by mechanics liens.  All Allowed Mechanic's Lien Claims and Bond

15    Indemnification Claims are Reliance Claims.  Moreover, all Allowed General Unsecured Claims

16    against Acton are Reliance Claims (excluding any deficiency claim arising from the Lehman

17    Disputed Claims).  Further, all Allowed General Unsecured Claim against SunCal Emerald are

18    also Reliance Claims (excluding claims address in the Emerald Compromise and excluding any

19    deficiency claim arising from the Lehman Disputed Claims).  A list of the Reliance Claims for

20    Palmdale Hills and SunCal Bickford is attached to the Disclosure Statement as Exhibit "8" and all

21    of the Group I Voluntary Debtors' Reliance Claims are attached as Exhibit "A"+" to the

22    declaration supporting the Plan Modification Motion.  The SunCal Proponents' basis for

23    determining what claims constitute Reliance Claims, and how the amounts were determined, is

24    discussed in Section 5.8 of the Disclosure Statement.

25    2.1.131    Reliance Claimant. The holder of a Reliance Claim. A list of the Reliance

26    Claimants for Palmdale Hills and SunCal Bickford are attached to the Disclosure Statement as

27    Exhibit "8," and all of the Group I Voluntary Debtors Reliance Claims are attached as Exhibit "1"

28    to the Plan Modification. The SunCal Proponents' basis for determining what claims constitute

-23-

1   ~~Reliance Claims, and how the amounts were determined is discussed in Section 5.8 of the~~

2   ~~Disclosure Statement.~~

3        2.1.132.   Ritter Ranch Loan Agreement. That certain Credit Agreement, dated as of

4   February 8, 2007, by and among Palmdale Hills, as borrower, LCPI, as administrative agent and

5   lender, pursuant to which LCPI made a loan in the maximum aggregate principal amount of

6   approximately $264,000,000. The Ritter Ranch Loan Agreement is allegedly secured by a first-

7   priority deed of trust on all real and personal property owned by Palmdale Hills. The Ritter Ranch

8   Loan Agreement has an asserted balance due of $287,252,096.31 as of March 30, 2009.

9        2.1.133.   Ritter Ranch Project. The Project owned by Palmdale Hills, located in the City

10  of Palmdale, California, as more particularly described herein.

11       2.1.134.   Ritter Ranch Project Break-up Fee. The amount equal to 2.5% of the Minimum

12  Sales Price for the Ritter Ranch Project, plus actual amounts paid by LitCo on Allowed

13  Administrative Claims for the Palmdale Hills Case if LitCo is the Stalking Horse Bidder and is not

14  the Winning Bidder.

15       2.1.135.   Sale Period. The Sale Period is the time period during which the SunCal Plan

16  Proponents must consummate a sale or liquidation of the Group I: Voluntary Projects. The Sale

17  Period shall commence on the Confirmation Date and shall expire on the thirtieth (30th) day after

18  the Effective Date, unless extended by the Bankruptcy Court after notice and hearing.

19       2.1.136.   SCC LLC. SCC Acquisitions LLC, a limited liability company, a subsidiary of

20  Acquisitions and an indirect and/or a direct parent company of all of the Debtors.

21       2.1.137.   Schedules. The schedules of assets and liabilities and list of equity security

22  holders Filed by the Group I: Voluntary Debtors, as required by Section 521(1) of the Bankruptcy

23  Code, Bankruptcy Rules 1007(a)(3) and (b)(1), and Official Bankruptcy Form No. 6, as amended

24  from time to time.

25       2.1.138.   Secured Claim. Any Claim, including interest, fees, costs, and charges to the

26  extent allowable pursuant to Bankruptcy Code Section 506, that is secured by a valid and

27  unavoidable Lien on the Group I: Voluntary Debtor(s)' Assets.

28       2.1.139.   Stalking Horse Bidder. The Qualified Bidder who submits the Opening

-24-

| CLASSIFICATION OF LEHMAN'S DISPUTED CLAIMS AGAINST THE GROUP I: VOLUNTARY DEBTORS | | |
|---|---|---|
| **Class 2** | **Claims** | **Claim Nos.** |
| **Class 2.1** | The Holders of Lehman's Disputed Claims filed by LCPI against SunCal Bickford arising from the SunCal Communities I Loan Agreement in the asserted amount of $343,221,391. | SunCal Bickford: 16 |
| **Class 2.2** | The Holder of Lehman's Disputed Claims filed by LCPI against Palmdale Hills arising from the Ritter Ranch Loan Agreement in the asserted amount of $287,252,096. | Palmdale Hills 65 |
| **Class 2.3** | The Holders of Lehman's Disputed Claims filed by LCPI against SunCal I, SunCal III, Acton Estates, SunCal Emerald, SunCal Bickford, SunCal Summit Valley arising from the SunCal Communities I Loan Agreement in the asserted amount of $343,221,391. | SunCal Emerald Meadows 7 |
| **Class 2.4** | The Holders of Lehman's Disputed Claims filed by LCPI against SunCal I, SunCal III, Acton Estates, SunCal Emerald, SunCal Bickford, SunCal Summit Valley arising from the SunCal Communities I Loan Agreement in the asserted amount of $343,221,391. | Acton Estates: 6 |

| CLASSIFICATION OF ASSERTED MECHANIC LIEN CLAIMS AGAINST THE GROUP I: VOLUNTARY PROJECTS[1] | | |
|---|---|---|
| **Class 3** | **Claimant** | **Claim Nos.** |

---

[1] The Holders of Allowed Mechanic Claims in Classes 3.2 — 3.14 are all defined as "Reliance Claimants," and hold specific Litigation Rights that are referred to herein as "Reliance Claims." The SunCal Plan Proponents believe that the Holders of Reliance Claims are the potential beneficiaries of the equitable subordination causes of action in the Lehman Adversary Proceeding. Under the Plan, the Reliance Claimants who sell their Reliance Claims to LitCo, and who vote in favor of the Plan, which is Option A on their Plan Ballot, will receive a distribution of 55 percent on the face amount of their claim listed on Exhibit "A"[12] to the declaration supporting the Plan Modification Motion and Exhibit "8" to the Disclosure Statement. A more detailed description of the determination of who are the holders of Reliance Claims and the amount thereof is set forth in Section 5.8 of in Exhibit "8" to the Disclosure Statement. *Accordingly, the 55 percent payment is being paid from non-estate funds, for a non-estate asset.* If a Reliance Claimant elects not to sell this claim, then this claimant will receive the treatment set forth in Class 3.1 through 3.14 under the Plan. In summary, the classification difference was made to provide for the purchase offer relating to the sale of the Reliance Claims. In all other respects the Holders of Unsecured Claims receive the same treatment under the Plan.

-32-

| CLASSIFICATION OF PRIORITY UNSECURED CLAIMS AGAINST THE GROUP I: VOLUNTARY DEBTORS | | |
|---|---|---|
| Class 5 | Claimant | Claim Nos. |
| Class 5.1 | The Holder of Priority Claims that fall within Code Sections 507(a)(2), (4), (5), (6), and (7) in the asserted amount of $10,950 against the Group I: Voluntary Debtors. | Various Filed and Scheduled |

| CLASSIFICATION OF GENERAL UNSECURED CLAIMS THAT QUALIFY AS RELIANCE CLAIMS AGAINST THE GROUP I: VOLUNTARY DEBTORS [1] | | |
|---|---|---|
| Class 6 | Claimant | Claim Nos. |
| Class 6.1 | The holders of Allowed Unsecured Reliance Claims against Palmdale. | Various Filed and Scheduled |
| Class 6.2 | The holders of Allowed Unsecured Reliance Claims against SunCal Bickford. | Various Filed and Scheduled |
| Class 6.3 | The holders of Allowed Unsecured Reliance Claims against SunCal Emerald Meadows. | Various Filed and Scheduled |
| Class 6.4 | The holders of Allowed Unsecured Reliance Claims against Acton Estates. | Various Filed and Scheduled |

---

[1] Unsecured Claims are generally placed within the same class and they receive the same treatment under a Plan. However, the SunCal Plan Proponents have divided Unsecured claims into two classes in the Plan – Classes 6, 1 and 6.2, and 7.1 and 7.2. This separate classification has been implemented for the following reason. The Holders of Unsecured Claims in Classes 6.1 and 6.2, who are referred to as "Reliance Claimants," hold specific Litigation Rights that are referred to herein as "Reliance Claims." Included in the definition of "Reliance Claims" in Section 2.1.130, are holders of Allowed Mechanic Lien Claims, and Allowed Bond Indemnification Claims, and all holders of allowed Class 6 Claims. The SunCal Plan Proponents believe that the Holders of Reliance Claims are the potential beneficiaries of the equitable subordination causes of action in the Lehman Adversary Proceeding. The Unsecured Creditors in Classes 7.1 and 7.2 do not hold Reliance Claims. Under the Plan, the Reliance Claims who sell their Reliance Claimants to LitCo, and who vote in favor of the Plan, which is Option A, will receive a distribution of 55 percent on the face amount of their claim listed on Exhibit "A" 13 to the declaration supporting Plan Modification Motion and Exhibit "8" to the Disclosure Statement. *Accordingly, the 55 percent payment is being paid from non-estate funds, for a non-estate asset.* If a Reliance Claimant elects not to sell this claim, then this claimant will receive the exact same distribution rights that the Class 7.1 and 7.2 claimants will receive under the Plan. In summary, the classification difference was made to provide for the purchase offer relating to the sale of the Reliance Claims. In all other respects the Holders of Unsecured Claims receive the same treatment under the Plan.

-35-

# EXHIBIT "C"

PAUL J. COUCHOT -- State Bar No. 131934
SEAN A. O'KEEFE   State Bar No. 122417
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
General Insolvency Counsel for Voluntary Debtors, Palmdale
Hills Property, LLC, et. al.

RONALD RUS - State Bar No. 67369
JOEL S. MILIBAND - State Bar No. 77438
**RUS MILIBAND & SMITH**
**A PROFESSIONAL CORPORATION**
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514
Counsel for SunCal Management LLC and
SCC Acquisitions Inc.

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re:

PALMDALE HILLS PROPERTY, LLC,
and Its Related Debtors,

    Jointly Administered Debtors and Debtors-in-
    Possession.

Affects:

- [ ] All Debtors
- [ ] Palmdale Hills Property, LLC
- [ ] SunCal Beaumont Heights, LLC
- [ ] SCC/Palmdale
- [ ] SunCal Johannson Ranch, LLC
- [ ] SunCal Summit Valley, LLC
- [ ] SunCal Emerald Meadows LLC
- [ ] SunCal Bickford Ranch, LLC
- [ ] Acton Estates, LLC
- [ ] Seven Brothers LLC
- [ ] SJD Partners, Ltd.
- [ ] SJD Development Corp.
- [ ] Kirby Estates, LLC
- [ ] SunCal Communities I, LLC
- [ ] SunCal Communities III, LLC
- [ ] SCC Communities LLC
- [ ] North Orange Del Rio Land, LLC
- [ ] Tesoro SF, LLC
- [x] LB-L–SunCal Oak Valley, LLC
- [x] SunCal Heartland, LLC
- [ ] LB-L–SunCal Northlake, LLC
- [x] SunCal Marblehead, LLC
- [ ] SunCal Century City, LLC
- [x] SunCal PSV, LLC
- [x] Delta Coves Venture, LLC
- [ ] SunCal Torrance, LLC
- [ ] SunCal Oak Knoll, LLC

Case No. 8:08-bk-17206-ES
Jointly Administered With Case Nos.
8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES;
8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES;
8:08-bk-17227-ES; 8:08-bk-17246-ES;8:08-bk-17230-ES;
8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES;
8:08-bk-17249-ES; 8:08-bk-17573 ES;8:08-bk-17574 ES;
8:08-bk-17575 ES;8:08-bk-17404-ES; 8:08-bk-17407-ES;
8:08-bk-17408-ES; 8:08-bk-17409-ES;8:08-bk-17458-ES;
8:08-bk-17465-ES;8:08-bk-17470-ES; 8:08-bk-17472-ES;
and 8:08-bk-17588-ES

Chapter 11 cases

**GROUP I: TRUSTEE DEBTORS**

**Ballot – Class 3 – (MECHANICS' LIEN
CLAIMANTS OF THE GROUP I: TRUSTEE
DEBTORS)**

Suncal Oak Valley, LLC, SunCal Heartland, LLC, Delta Coves Venture LLC, SunCal Marblehead, LLC and SunCal PSV, LLC [Group I: Trustee Debtors] have filed their *Third Amended Chapter 11 Plan* (the "SunCal Plan")[1] and the *Third Amended Disclosure Statement Describing Third Amended Chapter 11 SunCal Plan* (the "Disclosure Statement").

You have received this Ballot because the Group I: Trustee Debtors believe that you assert to be the Holder of one or more Claims in Classes 3.1 through 3.30 (Asserted Mechanics' Lien Claims Against Group I: Trustee Debtors). Please use this Ballot to cast your vote to accept or reject the SunCal Plan, and make the other certifications set forth below. The Disclosure Statement, which has been approved by the entry of an order by the Court pursuant to section 1125 of the Bankruptcy Code, provides information to assist you in deciding how to vote on the SunCal Plan. The Court's approval of the Disclosure Statement does not indicate approval of the SunCal Plan.

---

**You should review the Disclosure Statement, the SunCal Plan before you vote. You may wish to seek legal advice concerning the SunCal Plan and the classification and treatment of your Claim or Claims under the SunCal Plan.**

**VOTING DEADLINE: SEPTEMBER 19, 2011.**

---

**If your Ballot is not received at the address below on or before the Voting Deadline and such deadline is not extended, your vote will not count as either an acceptance or rejection of the SunCal Plan. If the SunCal Plan is confirmed by the Court, it will be binding on you whether or not you vote.**

---

This Ballot is not a letter of transmittal and may not be used for any purpose other than for a Holder of a Claim (i) to cast a vote to accept or reject the SunCal Plan, and (iii) whether such Holder elects the treatment under Option A or Option B set forth in the SunCal Plan.

---

**HOW TO VOTE**

1. COMPLETE ITEM 1.

2. COMPLETE ITEM 2 and 3.

3. **SIGN AND DATE THE BALLOT AND FILL OUT THE OTHER REQUIRED INFORMATION.**

4. YOU MUST VOTE THE FULL AMOUNT OF ALL OF YOUR CLASS 6 CLAIM EITHER TO ACCEPT OR TO REJECT THE SUNCAL PLAN. YOU MAY NOT SPLIT YOUR VOTE AS TO A PARTICULAR DEBTOR.

5. ANY EXECUTED BALLOT **RECEIVED** THAT DOES NOT INDICATE EITHER AN ACCEPTANCE OR REJECTION OF THE SUNCAL PLAN OR THAT INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE SUNCAL PLAN **WILL NOT BE COUNTED**.

6. FOR YOUR VOTE TO BE COUNTED, YOUR BALLOT MUST BE PROPERLY COMPLETED AND ACTUALLY **RECEIVED** AT THE ADDRESS BELOW NO LATER THAN **SEPTEMBER 19, 2011**. YOU MAY USE THE ENVELOPE PROVIDED, OR SEND YOUR BALLOT TO THE ADDRESS SET FORTH BELOW:

Winthrop Couchot, P.C.
Attn: PJ Marksbury
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
pj@winthropcouchot.com

---

[1] Unless otherwise defined herein, each capitalized term used herein shall have the meaning ascribed to it in the SunCal Plan.

Exhibit "C", Page 43

### Item 1:  Treatment Under the SunCal Plan.

Under this SunCal Plan, holders of allowed Mechanics' Lien claims are considered to be Reliance Claimants.  Reliance Claimants have the following treatment options under this SunCal Plan:

☐  Option A: A claimant in this class *who votes in favor of the SunCal Plan*, and who chooses Option A, has agreed to sell to LitCo all of the claimant's right, title and interest in all Allowed Reliance Claims and all of the claimant's Litigation Rights against the applicable Debtor, and third parties, including, but not limited to, SunCal Affiliates, and the Lehman Entities, for the sum of fifty-five cents ($0.55) per dollar of the amount of your claim listed on the Reliance list enclosed herewith, payable in cash on the Effective Date, provided there is no stay pending an appeal of the Confirmation Order, in full satisfaction of such claimant's Allowed Reliance Claims (the LitCo Offer").  Furthermore, if you accept the LitCo Offer by choosing Option A, then the then the SunCal SunCal Plan Proponents commit that they will not object to your claim in the amount set forth on the Reliance list; or

☐  Option B: Option B:  A claimant in this class who chooses not to accept the LitCo Offer set forth in Option A will receive the treatment set forth in Section 5.3 of the SunCalPlan.

### Item 2:  Voting of Class 3.1 through 3.30 (Asserted Mechanics' Lien Claims Against Group I: Trustee Debtors).  The
Holder of the Class 3.1 through Class 3.30 should identify themselves by checking the appropriate box on the chart below and voting on the SunCal SunCal Plan, choosing your preference, if any, between the SunCal SunCal Plan and the Lehman Lenders' SunCal Plan, and choosing either option A or B on the SunCal SunCal Plan options on the pages following the chart:

| Check One Box | Class 3 | Claimant | Claim Nos. |
|---|---|---|---|
| | Class 3.1 | The Holder of the disputed asserted Mechanic Lien Claim held by Hertz Equipment Rental Corporation against the Delta Coves Project in the amount of $25,444. | **Delta Coves 2** |
| | Class 3.2 | The Holder of the asserted Mechanic Lien Claim held by MBH Architects against the Delta Coves Project in the amount of $97,091. | **Delta Coves 8** |
| | Class 3.3 | The Holder of the asserted Mechanic Lien Claim held by Top Grade Construction, Inc. against the Delta Coves Project in the amount of $250,000. | **Delta Coves 3** |
| | Class 3.4 | The Holder of the asserted Mechanic Lien Claim held by HD Supply Construction against the Heartland Project in the amount of $47,675. | **SunCal Heartland 2** |
| | Class 3.5 | The Holder of the asserted Mechanic Lien Claim held by Pinnik, Inc. against the Heartland Project in the amount of $522,238. | **SunCal Heartland 8** |
| | Class 3.6 | The Holder of the asserted Mechanic Lien Claim held by Dennis M. McCoy & Sons against the Heartland Project in the amount of $638,167. | **SunCal Heartland 16** |
| | Class 3.7 | The Holder of the asserted Mechanic Lien Claim held by HD Supply Construction against the Oak Valley Project in the amount of $52,806. | **SunCal Oak Valley 3** |
| | Class 3.8 | The Holder of the asserted Mechanic Lien Claim held by Pinnik Inc. against the Oak Valley Project in the amount of $966,987. | **SunCal Oak Valley 12 and 14** |
| | Class 3.9 | The Holder of the asserted Mechanic Lien Claim held by Hillcrest Contracting Inc. against the Oak Valley Project in the amount of $136,567. | **SunCal Oak Valley 23** |
| | Class 3.10 | The Holder of the asserted Mechanic Lien Claim held by MacKenzie Landscape against the Oak Valley Project in the amount of $121,297. | **SunCal Oak Valley 25** |
| | Class 3.11 | The Holder of the asserted Mechanic Lien Claim held by All American Asphalt against the Oak Valley Project in the amount of $60,355. | **SunCal Oak Valley 26** |
| | Class 3.12 | The Holder of the asserted Mechanic Lien Claim held by Proactive Engineering against the Oak Valley Project in the amount of $280,685. | **SunCal Oak Valley 35 and 36** |

-3-

| Check One Box | Class 3 | Claimant | Claim Nos. |
|---|---|---|---|
| | Class 3.13 | The Holder of the asserted Mechanic Lien Claim held by The Jasper Companies against the Marblehead Project in the amount of $146,657. | SunCal Marblehead 29 |
| | Class 3.14 | The Holder of the asserted Mechanic Lien Claim held by Kirk Negrete, Inc. dba United Steel Placers against the Marblehead Project in the amount of $270,056. | SunCal Marblehead 38 |
| | Class 3.15 | The Holder of the asserted Mechanic Lien Claim held by RBF Consulting against the Marblehead Project in the amount of $125,093. | SunCal Marblehead 39 |
| | Class 3.16 | The Holder of the asserted Mechanic Lien Claim held by RJ Noble Co. against the Marblehead Project in the amount of $175,030. | SunCal Marblehead 42, 50 and 58 |
| | Class 3.17 | The Holder of the asserted Mechanic Lien Claim held by Orange County Stripping Services against the Marblehead Project in the amount of $11,752. | SunCal Marblehead 46 and 54 |
| | Class 3.18 | The Holder of the asserted Mechanic Lien Claim held by Savala Equipment Co. Inc. against the Marblehead Project in the amount of $34,440. | SunCal Marblehead 48 and 56 |
| | Class 3.19 | The Holder of the asserted Mechanic Lien Claim held by All American Asphalt against the Marblehead Project in the amount of $1,344,445. | SunCal Marblehead 63 |
| | Class 3.20 | The Holder of the asserted Mechanic Lien Claim held by Rockey Murata Landscaping against the Marblehead Project in the amount of $285,643. | SunCal Marblehead 60 |
| | Class 3.21 | The Holder of the asserted Mechanic Lien Claim held by BNB Engineering, Inc. against the Marblehead Project in the amount of $1,608,723. | SunCal Marblehead 37 |
| | Class 3.22 | The Holder of the asserted Mechanic Lien Claim held by Brudvik Inc. against the Palm Springs Village Project in the amount of $43,365. | SunCal PSV 4 |
| | Class 3.23 | The Holder of the asserted Mechanic Lien Claim held by Larry Jacinto Construction Inc. against the Palm Springs Village Project in the amount of $212,663. | SunCal PSV 5 and 24 |
| | Class 3.24 | The Holder of the asserted Mechanic Lien Claim held by William + Paddon Architects + SunCal Planners Inc. against the Palm Springs Village Project in the amount of $73,798. | SunCal PSV 9 and 10 |
| | Class 3.25 | The Holder of the asserted Mechanic Lien Claim held by Southern California Edison against the Palm Springs Village Project in the amount of $23,861. | SunCal PSV 26 |
| | Class 3.26 | The Holder of the asserted Mechanic Lien Claim held by Pacific Masonry Walls, Inc. against the Palm Springs Village Project in the amount of $314,061. | SunCal PSV 33 and 39 |
| | Class 3.27 | The Holder of the asserted Mechanic Lien Claim held by J.R. Simplot Company against the Palm Springs Village Project in the amount of $3,467. | SunCal PSV 34 and 40 |
| | Class 3.28 | The Holder of the asserted Mechanic Lien Claim held by Desert Pipeline Inc. against the Palm Springs Village Project in the amount of $469,784. | SunCal PSV 36, 42 and 47 |
| | Class 3.29 | The Holder of the asserted Mechanic Lien Claim held by MSA Consulting against the Palm Springs Village Project in the amount of $666,897. | SunCal PSV 43 |
| | Class 3.30 | The Holder of the asserted Mechanic Lien Claim held by Jackson DeMarco against the Palm Springs Village Project in the amount of $52,234. | SunCal PSV 45 |

-4-

(Check one box only—if you do not check a box or if you check both boxes, your vote **will not be counted**):

☐    **Accept** the SunCal Plan

☐    **Reject** the SunCal Plan

**Item 3:** **Plan Preference.** If you are electing to vote to ACCEPT <u>both</u> the SunCal Plan offered by the SunCal Plan Proponents and the Plan offered by the Lehman Parties, you should indicate your preference as between these two Plans by checking ONE option below:

☐ SunCal Plan
☐ Lehman Plan
☐ No Preference

YOUR RECEIPT OF THIS BALLOT DOES NOT SIGNIFY THAT YOUR CLAIM HAS BEEN OR WILL BE ALLOWED. THIS BALLOT SHALL NOT CONSTITUTE OR BE DEEMED A PROOF OF CLAIM OR EQUITY INTEREST, AN ASSERTION OF A CLAIM OR EQUITY INTEREST, OR THE ALLOWANCE OF A CLAIM OR EQUITY INTEREST.

Name of Creditor:    _____

(Print or Type)

Signature:    _____

Print Name:    _____

Title:    _____

(If applicable)

Street Address:    _____

City, State, Zip Code:    _____

Telephone Number:    _____

Date Completed:    _____

---

**YOUR VOTE MUST BE FORWARDED IN AMPLE TIME TO BE ACTUALLY
RECEIVED BY SEPTEMBER 19, 2011, OR YOUR VOTE WILL NOT BE COUNTED.**

---

Exhibit "C", Page 46

PAUL J. COUCHOT -- State Bar No. 131934
SEAN A. O'KEEFE – State Bar No. 122417
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111
General Insolvency Counsel for Voluntary Debtors, Palmdale
Hills Property, LLC, et. al.

RONALD RUS - State Bar No. 67369
JOEL S. MILIBAND - State Bar No. 77438
**RUS MILIBAND & SMITH**
**A PROFESSIONAL CORPORATION**
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514
Counsel for SunCal Management LLC and
SCC Acquisitions Inc.

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re:

PALMDALE HILLS PROPERTY, LLC,
and Its Related Debtors,

Jointly Administered Debtors and Debtors-in-Possession.

Affects:

| | |
|---|---|
| ☐ | All Debtors |
| ☒ | Palmdale Hills Property, LLC |
| ☐ | SunCal Beaumont Heights, LLC |
| ☐ | SCC/Palmdale |
| ☐ | SunCal Johannson Ranch, LLC |
| ☐ | SunCal Summit Valley, LLC |
| ☐ | SunCal Emerald Meadows LLC |
| ☐ | SunCal Bickford Ranch, LLC |
| ☐ | Acton Estates, LLC |
| ☐ | Seven Brothers LLC |
| ☐ | SJD Partners, Ltd. |
| ☐ | SJD Development Corp. |
| ☐ | Kirby Estates, LLC |
| ☐ | SunCal Communities I, LLC |
| ☐ | SunCal Communities III, LLC |
| ☐ | SCC Communities LLC |
| ☐ | North Orange Del Rio Land, LLC |
| ☐ | Tesoro SF, LLC |
| ☐ | LB-L-SunCal Oak Valley, LLC |
| ☐ | SunCal Heartland, LLC |
| ☐ | LB-L-SunCal Northlake, LLC |
| ☐ | SunCal Marblehead, LLC |
| ☐ | SunCal Century City, LLC |
| ☐ | SunCal PSV, LLC |
| ☐ | Delta Coves Venture, LLC |
| ☐ | SunCal Torrance, LLC |
| ☐ | SunCal Oak Knoll, LLC |

Case No. 8:08-bk-17206-ES
Jointly Administered With Case Nos.
8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES;
8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES;
8:08-bk-17227-ES; 8:08-bk-17246-ES;8:08-bk-17230-ES;
8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES;
8:08-bk-17249-ES; 8:08-bk-17573 ES;8:08-bk-17574 ES;
8:08-bk-17575 ES;8:08-bk-17404-ES; 8:08-bk-17407-ES;
8:08-bk-17408-ES; 8:08-bk-17409-ES;8:08-bk-17458-ES;
8:08-bk-17465-ES;8:08-bk-17470-ES; 8:08-bk-17472-ES;
and 8:08-bk-17588-ES

Chapter 11 cases

**GROUP I: VOLUNTARY DEBTORS**

**Ballot – Class 6.1 – (GENERAL UNSECURED CLAIMS
THAT QUALIFY AS RELIANCE CLAIMS AGAINST
PALMDALE HILLS PROPERTY, LLC - GROUP I:
VOLUNTARY DEBTORS)**

**PALMDALE HILLS PROPERTY, LLC**

You have received this Ballot because the Group I: Voluntary Debtors[1] believe that you assert to be the Holder of a Class 6.1 Claim (General Unsecured Claims that Qualify as Reliance Claims Against Group I: Voluntary Debtors). Please use this Ballot to cast your vote to accept or reject the SunCal Plan, and make the other certifications set forth below. The Disclosure Statement, which has been approved by the entry of an order by the Court pursuant to section 1125 of the Bankruptcy Code, provides information to assist you in deciding how to vote on the SunCal Plan. The Court's approval of the Disclosure Statement does not indicate approval of the SunCal Plan.

---

**You should review the SunCal Plan and Disclosure Statement before you vote. You may wish to seek legal advice concerning the SunCal Plan and the classification and treatment of your Claim or Claims under the SunCal Plan.**

**VOTING DEADLINE: SEPTEMBER 19, 2011.**

---

**If your Ballot is not _received_ at the address below on or before the Voting Deadline and such deadline is not extended, your vote will not count as either an acceptance or rejection of the SunCal Plan. If the SunCal Plan is confirmed by the Court, it will be binding on you whether or not you vote.**

**HOW TO VOTE**

1. COMPLETE ITEMS 1, 2 AND 3.

2. **SIGN AND DATE THE BALLOT AND FILL OUT THE OTHER REQUIRED INFORMATION.**

3. YOU MUST VOTE THE FULL AMOUNT OF ALL OF YOUR CLASS 6.1 CLAIM EITHER TO ACCEPT OR TO REJECT THE SUNCAL PLAN. YOU MAY NOT SPLIT YOUR VOTE AS TO A PARTICULAR DEBTOR.

4. ANY EXECUTED BALLOT **RECEIVED** THAT DOES NOT INDICATE EITHER AN ACCEPTANCE OR REJECTION OF THE SUNCAL PLAN OR THAT INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE SUNCAL PLAN **WILL NOT BE COUNTED.**

5. FOR YOUR VOTE TO BE COUNTED, YOUR BALLOT MUST BE PROPERLY COMPLETED AND ACTUALLY **RECEIVED** AT THE ADDRESS BELOW NO LATER THAN **SEPTEMBER 19, 2011**. YOU MAY USE THE ENVELOPE PROVIDED, OR SEND YOUR BALLOT TO THE ADDRESS SET FORTH BELOW:

Winthrop Couchot, P.C.
Attn: PJ Marksbury
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
pj@winthropcouchot.com

---

**Item 1: Treatment Options under the SunCal Plan for Class 6.** Under the SunCal Plan, a Holder of a Class 6 Claims may elect to receive the treatment under either Option A or Option B set forth below (check one box only):

☐ Option A: A claimant in this class _who votes in favor of the SunCal Plan_, and who chooses Option A, has agreed to sell to LitCo all of the claimant's right, title and interest in all Allowed Reliance Claims and all of the claimant's Litigation Rights against the applicable Debtor, and third parties, including, but not limited to, SunCal Affiliates, and the Lehman Entities, for the sum of fifty-five cents ($0.55) per dollar of the amount of your claim on the Reliance list enclosed herewith, payable in cash on the Effective Date, provided there is no stay pending an appeal of the Confirmation Order, in full satisfaction of such claimant's Allowed Reliance Claims (the LitCo Offer"). Furthermore, if you accept the LitCo Offer, by choosing Option A, then the SunCal Plan Proponents commit that they will not object to your claim in the amount set forth on the Reliance list; or

☐ Option B: A claimant in this class who votes in favor of the SunCal Plan, and chooses not to accept the LitCo Offer set forth in Option A will receive the treatment set forth in Section 5.6 of the SunCal Plan.

**Item 2: Voting of Class 6.1 (Reliance Claims Against Palmdale Hills Property, LLC - Group I: Voluntary Debtors).** The Holder of the Class 6 claim in this Ballot votes as follows (check one box only—if you do not check a box or if you check both boxes, your vote **will not be counted**):

| Check The Box | Class 6 | Claimant | Claim Nos. |
|---|---|---|---|
|  | **Class 6.1** | The holders of Allowed Unsecured Reliance Claims against Palmdale | Various Filed and Scheduled |

---

[1] Unless otherwise defined herein, each capitalized term used herein shall have the meaning ascribed to it in the Plan.

-2-

| Check The Box | Class 6 | Claimant | Claim Nos. |
|---|---|---|---|
| | **Class 6.2** | The holders of Allowed Unsecured Reliance Claims against SunCal Bickford. | Various Filed and Scheduled |
| | **Class 6.3** | The holders of Allowed Unsecured Reliance Claims against SunCal Emerald Meadows. | Various Filed and Scheduled |
| | **Class 6.4** | The holders of Allowed Unsecured Reliance Claims against Acton Estates. | Various Filed and Scheduled |

☐    **Accept** the SunCal Plan

☐    **Reject** the SunCal Plan

**Item 3:    Plan Preference.**  If you are electing to vote to ACCEPT both the Plan offered by the SunCal Plan Proponents and the Plan offered by the Lehman Parties, you should indicate your preference as between these two Plans by checking ONE option below:

☐    SunCal Plan

☐    Lehman Plan

☐    No Preference

YOUR RECEIPT OF THIS BALLOT DOES NOT SIGNIFY THAT YOUR CLAIM HAS BEEN OR WILL BE ALLOWED. THIS BALLOT SHALL NOT CONSTITUTE OR BE DEEMED A PROOF OF CLAIM OR EQUITY INTEREST, AN ASSERTION OF A CLAIM OR EQUITY INTEREST, OR THE ALLOWANCE OF A CLAIM OR EQUITY INTEREST.

Name of Creditor:    _____

(Print or Type)

Signature:    _____

Print Name:    _____

Title:    _____

(If applicable)

Street Address:    _____

City, State, Zip Code:    _____

Telephone Number:    _____

Date Completed:    _____

---

**YOUR VOTE MUST BE FORWARDED IN AMPLE TIME TO BE ACTUALLY RECEIVED BY SEPTEMBER 19, 2011, OR YOUR VOTE WILL NOT BE COUNTED.**

-3-

**EXHIBIT D**

| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Ronald Rus, #67369 / Joel S. Miliband, #77438<br>RUS, MILIBAND & SMITH, A Professional Corporation<br>2211 Michelson Drive, Seventh Floor<br>Irvine, California 92612<br>Telephone: (949) 752-7100    Facsimile: (949) 252-1514<br>rrus@rusmiliband.com / jmiliband@rusmiliband.com<br>*Attorney for* SunCal Management, LLC | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br>PALMDALE HILLS PROPERTY, LLC AND ITS RELATED<br>DEBTORS<br><br>                                                                    Debtor. | |

| Re Contested Matters on (1) Motion for Order Disallowing Claims of Lehman ALI, Inc. and Lehman Commercial Paper, Inc. Pursuant to 11 U.S.C. Sec. 502(d); and (2) Amended Motion for Order    Plaintiff(s).<br>Disallowing Claims of Lehman ALI, Inc. and Lehman Commercial Paper, Inc.                         vs. | CHAPTER 11<br>CASE NUMBER 8:08-bk-17206-ES |
|---|---|
| | ADVERSARY NUMBER<br>n/a |
| <br>                                                        Defendant(s). | DATE: August 24, 2011<br>TIME: 9:30 a.m.<br>PLACE: Courtroom 5A |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1 (a)(2):

A.    **PLEADINGS/SERVICE:**

1.    Have all parties been served?                                  ☒  Yes    ☐  No

2.    Have all parties filed and served answers to the complaint/    ☒  Yes    ☐  No
counter-complaints/etc.?

3.    Have all motions addressed to the pleadings been resolved?    ☐  Yes    ☒  No

4.    Have counsel met and conferred in compliance with Local Bankruptcy    ☐  Yes    ☒  No
Rule 7026-1?

5.    If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES" then please explain below *(or on attached page)*:

   Question 4:  These are contested Objections to Claims for which no such meeting was required.

*(Continued on next page)*

---

*Rev 1/01*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
**F 7016-1.1**

2002 © American LegalNet, Inc.

Joint Status Report - *Page 2*     **F 7016-1.1**

| In re PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 8:08-bk-17206-ES |

**B.**   **READINESS FOR TRIAL:**

1.   When will you be ready for trial in this case?

Plaintiff
November 2011

Defendant
May 1, 2012

2.   If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

Plaintiff
This matter involves substantive objections to separate claims

Defendant
Ruling on dispositive issues needed before scope known. Involves 16 projects, $100m damages & 8 avoidance claims, requiring 150+ days discovery.

3.   When do you expect to complete your discovery efforts?

Plaintiff
October 31, 2011, assuming cooperation from Lehman representatives

Defendant
Potentially 3/1/11 but depends on scope after outcome of dispositive issues affecting number of projects, claims and parties, & movants' discovery.

4.   What additional discovery do you require to prepare for trial?

Plaintiff
Depositions through October 15, 2011

Defendant
Documents, interrogatories and depos of project debtors, vendors & coobligors re "Urgent Payables", "Assumed Obligations" & solvency.

**C.**   **TRIAL TIME:**

1.   What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?

Plaintiff
3-5 days

Defendant
3-4 weeks. Depends on rulings including standing to assert Trustee claims, failure to state claim re recoupment/setoff, remedies and "Settlement Agreement." See Ex. A.

2.   How many witnesses do you intend to call at trial (including opposing parties)?

Plaintiff
5-10 witnesses

Defendant
30 or more, depending greatly on standing and other rulings affecting number of loans, projects

3.   How many exhibits do you anticipate using at trial?

Plaintiff
Over 100 exhibits per claim proceeding

Defendant
Estimate in excess of 300, but hard to estimate since much document discovery is yet to be initiated.

*(Continued on next page)*

Rev 1/01   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.     **F 7016-1.1**

2002 © American LegalNet, Inc.

Exhibit "D", Page 52

Joint Status Report - *Page 3*                                    **F 7016-1.1**

| In re PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 8:08-bk-17206-ES |

**D.    PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons :

<u>Plaintiff</u>                                    <u>Defendant</u>

Pre-trial conference (is)/(is not) requested.          Pre-trial conference (is)/(is not) requested.
Reasons:  To narrow issues for trial                Reasons:  to narrow issues aned address
                                                    logistics and procedural issues

        <u>Plaintiff</u>                                    <u>Defendant</u>

Pre-trial conference should be set <u>after:</u>          Pre-trial conference should be set <u>after:</u>

(date)  October 1, 2011                            (date) 2/15/12

**E.    SETTLEMENT:**

1.    What is the status of settlement efforts?
       There have been no discussions following mediation.

2.    Has this dispute been formally mediated?        ☒    Yes      ☐      No
       If so, when?
       5 days in January - March, 2011 .

3.    Do you want this matter sent to mediation at this time?

              Plaintiff                          Defendant

       ☐    Yes    ☒    No              ☐    Yes    ☒    No

*(Continued on next page)*

---

*Rev 1/01*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

2002 © American LegalNet, Inc.

Joint Status Report - *Page 4*                    **F 7016-1.1**

| In re PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 8:09-bk-17206-ES |

F.    **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**: *(Use additional page if necessary.)*

Position of SunCal Management, LLC ("SunCal"):

See Exhibit "A" hereto.

Position of Lehman Entities:

See Exhibit "B" hereto.

Respectfully submitted,

Dated: August 17 2011 _____        Dated: August 17 2011 _____

RUS, MILIBAND & SMITH, APC _____        PACHULSKI STANG ZIEHL & JONES LLP _____
*Firm Name*                                       *Firm Name*

By: _____                          By: /s/ _____

Name: JOEL S. MILIBAND _____                Name: DEAN A. ZIEHL _____

Attorney for: SunCal Management, LLC _____         Attorney for: Lehman ALI, Inc. and Lehman Commercial
                                                   Paper, Inc.
WINTHROP COUCHOT, P.C.

BY: _____
    PAUL J. COUCHOT
    Attorneys for Palmdale Hills Property, LLC,
    et al.

*Rev 1/01*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

2002 © American LegalNet, Inc.

## EXHIBIT "A" TO JOINT STATUS REPORT

F.    ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL

Position of SunCal Management, LLC ("SunCal"):

Discovery is continuing in this matter, and depositions are scheduled through late September 2011.

Given the progress of the parties' discovery efforts, and the current deposition schedule, SunCal recommends that all status conferences set for August 24, 2011, as to all claim objection motions regarding SunCal's and the Lehman Entities' respective claims, be continued to September 23, 2011, at 10:00 a.m., on which date the Court currently has hearings scheduled in the SunCal bankruptcy matters.

Since the Court denied the Motion to Remand the state court action ("Acton Action")on July 12, 2011, finding that the issues in that action, the claims objections, and plan confirmation overlap and should be decided in one place for judicial consistency, a deposition schedule was agreed to by the parties on July 19, 2011.

Since July 19, 2011, depositions have been conducted locally, in Atlanta, New York, and Boston, and are scheduled to continue through late September 2011. Each of these depositions have been taken in all pending matters, i.e. both sets of claims objections, plan confirmation and the Acton Action. The parties have also cooperated on expanding the schedule to accommodate Lehman's request for depositions in connection with the "Interim Loan" motion for summary judgment set for hearing September 23, 2011. All of this scheduling has been accomplished after considerable meet and confer activity amongst the various parties, but has been accomplished in a reasonable, professional and courteous manner.

When last before the Court on August 10, 2011, both Lehman and the Trustee insisted that numerous discovery disputes would necessarily be brought before the Court in the near future. The only "disputes" which have arisen since that time have been the insistence of Lehman that the discovery cut-off date set by the Court in the Acton Action must be continued for several months. The SunCal Parties have offered to accommodate waiver of the discovery cut-off for the

1   convenience of individual deponent's schedules, but do not believe that changes to the Court's

2   Scheduling Order constitutes "discovery disputes." In addition, in an effort to both delay

3   resolution of the SunCal objections to the Lehman claims and in an attempt to manufacture a

4   discovery "dispute," Lehman has threatened to depose "every vendor" who had dealings with

5   SunCal on the issues of reliance and damages, notwithstanding the fact that the cost of most of

6   those depositions would exceed the value of the reliance claim. If a motion to change the

7   scheduling order is filed by Lehman, SunCal will address the issues in more detail, but at this

8   point, there are no significant "discovery disputes" that have not been able to be resolved by the

9   parties. Nor is there any basis on which to interfere with the efficiencies being achieved by the

10  parties by conducting discovery in all matters at the same time to avoid a second or third round of

11  cross-country depositions, or to place related matters on separate tracks, with the attendant judicial

12  inefficiency and substantial costs.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

459259v1 tl 8/17/11 1 (2882-0001)

RUS, MILBAND & SMITH
A PROFESSIONAL CORPORATION
SEVENTH FLOOR, 2211 MICHELSON DRIVE
IRVINE, CALIFORNIA 92612
TEL (949) 752-7100 • FAX (949) 252-1514

**Exhibit B**

**Section F: Comments of Lehman Entities:**

1.     This status conference report relates only to SunCal's two motions to disallow the Lehman Entities' claims (the "SunCal Objections"), and not to the joint objections of the Trustee and the Lehman Entities to the SunCal Management claims (the "Lehman/Trustee Objections").  The Lehman Entities concur with SunCal that a continuance of the status conference to September 23 is warranted as to the SunCal Objections.  As SunCal states, the parties are proceeding with discovery and, additionally, a status conference is already scheduled for September 23 in the equitable subordination action, which presents overlapping issues and discovery.  On the other hand, the Lehman Entities strongly oppose any such continuance of the status conference on the Lehman/Trustee Objections, which have no common issues with the SunCal Objections and are at a much more advanced stage.  There is no linkage:  These contested matters have been separately managed on a different schedule with separate status conferences and reports.

2.     On July 8, 2011, the Court ruled that discovery on these SunCal Objections could proceed concurrently with confirmation discovery, and that depositions noticed in the contested matters on plan confirmation could also be utilized for depositions relating to these claim objections to the extent the issues overlap.   On July 15, the parties submitted a schedule of 27 depositions to be conducted by September 22.  The parties have cooperated in rescheduling those depositions, as needed, and in incorporating the additional depositions required to be taken in connection with SunCal's motion for summary judgment in the equitable subordination action.  Several depositions have taken place.

3.     While a September 26, 2011 discovery cutoff was established for confirmation-related discovery, no discovery cutoff is needed or appropriate at this time on the SunCal Objections to the Lehman Entities' claims.  It cannot be overemphasized that this is major litigation.  The motion to disallow the Lehman Entities' claims for alleged breaches of contract, together with the Section 502(d) Objection, encompass most of the allegations and legal theories underlying the equitable subordination action and the Acton proceeding, involving 16 development projects

1    throughout California, nearly $2 billion in loans advanced in to different debtors at different times

2    supported by different collateral, creditor claims of over $100 million that were allegedly incurred

3    by each creditor in alleged reliance on alleged promises by the Lehman Entities. If SunCal has its

4    way, it also involves legally irrelevant facts concerning repo financing transactions, obligations

5    under a contract that never existed as a signed document (except as fabricated by SunCal), and post-

6    petition conduct in which the Lehman Entities supposedly acted adversely to SunCal while

7    pretending to own claims that it knew it did not own. A full defense on the merits of these claims

8    would entail the type of full-blown discovery that was underway in the equitable subordination

9    action when it was stayed, which as the Court has been made aware was enormously costly,

10   burdensome and time-consuming. The Lehman Entities had not even completed their internal

11   review nor had discovery been completed, including document discovery for which SunCal has

12   renewed its demand in these contested matters, which will require dozens of attorneys to review the

13   hundreds of thousands of additional documents.

14         4.       Even if SunCal were to withdraw its discovery demands and declare itself ready for

15   expert discovery and pretrial motions, the Lehman Entities are also entitled to discovery, and it

16   cannot be limited to the depositions that are being crammed into the time period before confirmation,

17   and which involve claim discovery only as it overlaps with confirmation issues. The Lehman

18   Entities may gain the information they need to litigate the reasonableness of the proposed settlement,

19   but the detailed discovery that would be necessary for the Lehman Entities to defend these

20   objections to a final disposition is far from complete. Among other things, the Lehman Entities must

21   complete obtaining documents from nonparty SunCal entities that refused to respond without a

22   subpoena and must conduct depositions relating to vendor damages. SunCal calls this "scorched

23   earth" discovery but it most certainly is not: the damages asserted by SunCal are exactly the

24   supposed damages incurred by these vendors, which allegedly relied on promises of payment from

25   Lehman ALI before performing the work that gave rise to their claims. That is not discovery that

26   can fairly be denied. It is highly relevant, there was no requirement that such discovery or the

27   discovery from nonparty SunCal entities be completed by this time, and there is no possibility of

28   conducting it at any time before confirmation.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:243067.1 52063-001                    2

1      5.     Moreover, it is absolutely critical that, for the SunCal Objections to proceed

2  efficiently and fairly, there must first be considered and decided the numerous claim- and party-

3  dispositive issues that were raised in the Lehman Entities' responses thereto, as well as in their

4  motion to dismiss the Acton complaint, and motions for partial dismissal and to strike in the

5  equitable subordination action. These include: (a) lack of standing by SunCal to assert Trustee-

6  owned claims; (b) the absence of any breach of obligations under the Restructuring Agreement; (c)

7  the non-existence of the so-called "Settlement Agreement" or any obligation to close it; (d) no

8  predicates for recoupment or setoff; (e) no right to recoup or setoff vs. secured claim; (f) no

9  damages; (g) section 502(d) is inapplicable to claims to avoid only liens, since there is no ability to

10  prevent their turnover to a successful debtor or trustee; (h) the 502(d) Objection is unripe; (i)

11  inadequate allegations re solvency and reasonably equivalent value; and (j) the preservation of the

12  Lehman Entities' liens under section 548(c) in amounts exceeding any fraudulent transfers. The

13  outcome of these arguments would greatly affect scope of litigation and the amount of discovery to

14  be undertaken. There is no reason to require that the remainder of the full-blown discovery to which

15  the Lehman Entities are entitled must be concluded before dispositive motions are heard.

16      6.     The problem, as the Court has repeatedly advised the parties, is that the Court has no

17  availability on its docket to try the claim objections and related litigation. Yet it is critical to obtain a

18  prompt resolution of the threshold legal issues that could terminate or dramatically affect the course

19  of litigation. In fairness, if the non-plan litigation in these cases is to proceed actively, which the

20  Court has consistently ruled, then it must also be actively managed so that substantive motions can

21  be decided before massive sums are expended. Accordingly, the Lehman Entities continue to

22  endorse the Court's suggestion that the SunCal Objections, as well as the equitable subordination

23  action and the Acton action, be assigned to a bankruptcy judge in this district with a less congested

24  docket.

25      7.     SunCal's discussion of the Acton Action and the discovery cutoff therein is

26  completely irrelevant to this status conference, and is based on factual mischaracterizations not

27  worth responding to in a status conference report on claim objections. The Lehman Entities have

28  never suggested that the compressed discovery currently taking place was all the discovery needed

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    for anything other than the plan confirmation proceedings, and their 120 day estimate in the Acton

2    Action status report *ran from the resolution of dispositive motions.*

Exhibit "D", Page 60

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Von Karman Towers, Seventh Floor, 2211 Michelson Drive, Irvine, California 92612

A true and correct copy of the foregoing document described as <u>JOINT STATUS REPORT</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>August 18, 2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Selia M Acevedo   sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams   jadams@sycr.com
- Raymond H Aver   ray@averlaw.com
- James C Bastian   jbastian@shbllp.com
- Thomas Scott Belden   sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd   fednotice@tclaw.net
- Mark Bradshaw   mbradshaw@shbllp.com
- Gustavo E Bravo   gbravo@smaha.com
- Jeffrey W Broker   jbroker@brokerlaw.biz
- Brendt C Butler   bbutler@mandersonllp.com
- Andrew W Caine   acaine@pszyjw.com
- Carollynn Callari   ccallari@venable.com
- Cathrine M Castaldi   ccastaldi@rusmiliband.com
- Tara Castro Narayanan   tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers   dchambers@jmbm.com
- Shirley Cho   scho@pszjlaw.com
- Vonn Christenson   vrc@paynefears.com
- Brendan P Collins   bpcollins@bhfs.com
- Vincent M Coscino   vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot   pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Jonathan S Dabbieri   dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte   ana.damonte@pillsburylaw.com
- Vanessa S Davila   vsd@amclaw.com
- Melissa Davis   mdavis@shbllp.com
- Daniel Denny   ddenny@gibsondunn.com
- Caroline Djang   crd@jmbm.com
- Donald T Dunning   ddunning@dunningLaw.com
- Meredith R Edelman   meredith.edelman@dlapiper.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com,
  shalimar.caltagirone@kirkland.com;alevin@kirkland.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- Joel S. Miliband   jmiliband@rusmiliband.com
- James M Miller   jmiller@millerbarondess.com,
  vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller   smiller@millerbarondess.com
- Craig Millet   cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski   randym@cookseylaw.com
- Mike D Neue   mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida   Rnida@castlelawoffice.com
- Henry H Oh   henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe   sokeefe@okeefelc.com
- Scott H Olson   solson@seyfarth.com
- Robert B Orgel   rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay   mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park   ernie.park@bewleylaw.com
- Daryl G Parker   dparker@pszjlaw.com
- Penelope Parmes   pparmes@rutan.com
- Robert J Pfister   rpfister@ktbslaw.com
- Ronald B Pierce   ronald.pierce@sdma.com
- Katherine C Piper   kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey   cmartin@pprlaw.net
- Debra Riley   driley@allenmatkins.com
- James S Riley   tgarza@sierrafunds.com
- Todd C. Ringstad   becky@ringstadlaw.com
- R Grace Rodriguez   ecf@lorgr.com
- Martha E Romero   Romero@mromerolawfirm.com
- Ronald Rus   rrus@rusmiliband.com
- John P Schafer   jschafer@mandersonllp.com
- John E Schreiber   jschreiber@dl.com
- William D Schuster   bills@allieschuster.org
- Christopher P Simon   csimon@crosslaw.com
- Gerald N Sims   jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith   wendy@bindermalter.com
- Steven M Speier   Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)   Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James   ecf@stjames-law.com
- Michael K Sugar   msugar@irell.com
- Cathy Ta   cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem   davidtilem@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till   jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh   cgunruh@sbcglobal.net
- Annie Verdries   verdries@lbbslaw.com
- Jason Wallach   jwallach@gladstonemichel.com
- Joshua D Wayser   , kim.johnson@kattenlaw.com
- Benjamin M Weiss   bweiss@lansingcompanies.com
- Marc J Winthrop   mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Zichl    dzichl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _August 17, 2011_ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _August 18, 2011_ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Bin outside of Room 5097
411 W. Fourth Street
Santa Ana, CA 92701-4593

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 18, 2011 | Teresa Langford | *Teresa Langford* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## Miscellaneous:

8:08-bk-17206-ES Palmdale Hills Property, LLC

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 8 (Santa Ana) |
| Assets: y | Judge: ES | Case Flag: JNTADMN, LEAD, Incomplete, DEFER, APPEAL |

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Joel S. Miliband entered on 8/18/2011 at 11:43 AM PDT and filed on 8/18/2011
**Case Name:**        Palmdale Hills Property, LLC
**Case Number:**      8:08-bk-17206-ES
**Document Number:** 2584

**Docket Text:**
Status report *Joint Status Report* Filed by Creditor SunCal Management, LLC (RE: related document(s) [2082] Motion to Disallow Claims *Notice of Amended Motion and Amended Motion for Order Disallowing Certain Claims Held By Lehman ALI Inc. and Lehman Commercial Paper Inc.*). (Miliband, Joel)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\2011-08-18 Executed Joint Status Report.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=8/18/2011] [FileNumber=48434405-
0] [bf0a57a8f99b2c3f22383fe5c32853cdab08a2920450a4b4411e9c5000f506bacf
ec5a2a972ebc5b86437a3b423e24378358cccb061443015edfc7274efc6db9]]

**8:08-bk-17206-ES Notice will be electronically mailed to:**

Selia M Acevedo on behalf of Attorney Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

Joseph M Adams on behalf of Defendant The City of San Juan Capistrano
jadams@sycr.com

Raymond H Aver on behalf of Debtor Palmdale Hills Property, LLC
ray@averlaw.com

James C Bastian on behalf of Creditor ARB, Inc.
jbastian@shbllp.com

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **SUNCAL PLAN PROPONENTS' EMERGENCY MOTION FOR ORDER APPROVING NONMATERIAL MODIFICATIONS TO THE SUNCAL PLAN PROPONENTS' THIRD AMENDED CHAPTER 11 PLANS FOR THE GROUP I: VOLUNTARY DEBTORS, GROUP I: TRUSTEE DEBTORS, GROUP II: TRUSTEE DEBTORS, AND SUNCAL CENTURY CITY; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF PAUL J. COUCHOT IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 30, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On August 30, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 30, 2011 | Gretchen Crumpacker | |
|---|---|---|
| Date | Type Name | Signature |

NEF SERVICE LIST

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, cmurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com,
  pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@sullivan.com,
  hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com,
  shalimar.caltagirone@kirkland.com;alevin@kirkland.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@marshackhays.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com,
  vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com,
  jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Scott H Olson    solson@seyfarth.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Daryl G Parker    dparker@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Robert J Pfister    rpfister@ktbslaw.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com

- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Benjamin M Weiss    bweiss@lansingcompanies.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

### SERVICE VIA OVERNIGHT DELIVERY
### (Unless NEF Indicated)

| | | |
|---|---|---|
| Palmdale Hills Property, LLC<br>and its related entities<br>Attn: Bruce Elieff, Manager<br>2392 Morse Ave.<br>Irvine, CA 92614 | U.S. Trustee's Office    NEF<br>Michael Hauser, Esq.<br>411 West Fourth St., #9041<br>Santa Ana, CA 92701 | Special Notice List Jt Admin<br>Palmdale Hills, et al.<br>Document No.124882 |
| Committee Counsel    NEF RSN 12/10/08<br>Irell & Manella<br>Alan J. Friedman, Esq.<br>Kerry Lyman, Esq.<br>840 Newport Center Dr., #400<br>Newport Beach, CA 92660-6324 | Steven N. Speier, Ch 11 Trustee  NEF<br>c/o Squar Milner<br>4100 Newport Pl Dr 3rd Fl<br>Newport Beach, CA 92660 | Committee Counsel to Trustee Debtors<br>NEF<br>Weiland, Golden, etc.<br>Attn: Lei Lei Wang Ekvall, Esq.<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 |
| NEF 11/11/08<br>Jason Wallach, Esq.<br>Berger Kahn<br>4551 Glencoe Ave., Suite 300<br>Marina del Rey, CA 90292 | NEF Req 11/12/08<br>Kelly C. Griffith, Esq.<br>Harris Beach PLLC<br>300 South State Street<br>Syracuse, NY 13202 | Wells Fargo Equipment Finance, Inc.<br>c/o Solomon, Grindle, Silverman &<br>Spinella<br>Richard A. Solomon, Esq.<br>12651 High Bluff Dr., #300<br>San Diego, CA 92130 |

| | | |
|---|---|---|
| **NEF 11/25/08** | **RSN 11/26/08** | **Committee Member** |
| City of Palmdale | AMEC Earth & Environmental | Klassen Corp. |
| Debra A. Riley, Esq. | c/o Gibbs, Giden, etc. | Jerry D. Klassen, CEO |
| Allen Markins Leck | Christopher E Ng., Esq. | Nicole Jannett, Legal Services Manager |
| 501 West Broadway, 15th Floor | 1880 Century Park East, 12th Fl. | 2021 Westwind Dr. |
| San Diego, CA 92101-3541 | Los Angeles, CA 90067-1621 | Bakersfield, CA 93301 |
| | | |
| **Committee Member** | **Committee Member** | **Committee Member** |
| Hunsaker and Associates Irvine Inc. | Proactive Engineering Consultants, Inc. | Far West Construction, Inc. |
| Bradely Hay, Principal | Tom Braun, President | Jennifer Alger, Corporate Officer |
| 2900 Adams Street, Suite A15 | 1875 California Ave. | P.O. Box 68 |
| Riverside, CA 92504 | Corona, CA 92881 | Sheridan, CA 95681 |
| | | |
| **Committee Member** | | |
| HMK Engineering, Inc. | **Committee Member** | **Committee Member** |
| Gloria Olivas, ~~Officer Manager~~ | Creekside Development, Inc. | Urban Crossroads, Inc. |
| ~~24007 Ventura Blvd. #102~~ | Brad Gates, Secretary | John Kain, President |
| ~~Calabasas, CA 91302~~ | 28546 Paseo Diana | 41 Corporate Park, Suite 300 |
| Chg 8/12 from | San Juan Capistrano, CA 92675 | Irvine, CA 92606 |
| MillerBarondessPOmailing | | |
| **8/12/10** | **NEF 9/21/10** | |
| **Committee Member** | SunCal Management | |
| HMK Engineering, Inc. | c/o Rus Miliband | |
| Gloria Olivas, Officer Manager | Ronald Rus, Esq. | |
| 1552 18th Street, | 221 Michelson Dr., 7th Fl. | |
| Santa Monica, CA 90404-3404 | Irvine, CA 92612 | |
| | | |
| **Committee Member** | **Committee Member** | |
| BonTerra Consulting | Bova Contracting Corp. | Lehman Ali, Inc. |
| Tracy Zucker, Controller | ~~Steven Stein, President~~ | Attn: Corporate Officer |
| 151 Kalmus Drive, Suite E200 | ~~3334 E. Coast Hwy., Suite 427~~ | 399 Park Avenue, 8th Fl. |
| Costa Mesa, CA 92626 | ~~Corona Del Mar, CA 92625-2328~~ | New York, NY 10022 |
| | W/D fr Committee 9/14/10 ltr | |
| Creekside Development, Inc.  NEF | | ~~Lehman Commercial Paper Inc.~~ |
| Alan Friedman, Esq. | SCLV Northlake, LLC | c/o Michael Kessler, Esq |
| ~~Irell & Manella LLP~~ | Jeffrey Fitts | ~~Weil Gotshal & Manges LLP~~ |
| ~~840 Newport Center Dr. Suite 400~~ | ~~745 Seventh Avenue~~ | ~~767 Fifth Avenue~~ |
| ~~Newport Beach, CA 92660~~ | ~~New York, NY 10019~~ | ~~New York, New York 10153~~ |
| 9/14/10 per LeslieRW to MillerBarondess | 2/20/2009 -- No Reason Indicated | Per Nellie Camerik 5/29/09 |
| | | |
| Lehman Commercial Paper, Inc. By | Lehman Brothers Holdings Inc. | Secured Creditor    BY ATTY |
| ATTY | Attn: F. Robert Brusco | OVC Holdings LLC |
| Attn: Corporate Officer | ~~745 Seventh Ave.~~ | c/o Trimont Real Estate Advisors, Inc. |
| 399 Park Ave., 8th Fl. | ~~New York, NY 10019~~ | 2 Park Plaza, Suite 850 |
| New York, NY 10022 | 1/2/2009 -- Undeliverable as Addressed | Irvine, CA 92614-8515 |
| **NEF 4/21/09 RSN** | **12/16/08 RSN** | **12/22/09 RSN** |
| Robert C. Martinez | General Security Services, Inc. | Wood Rogers |
| Attys for TC Contruction Company, Inc. | c/o Treacy & Keidser LLP | c/o Murphy Austin etc. |
| ~~McDougal Love Et Al~~ | Kari A. Keidser, Esq. | J. Scott Alexander, Esq. |
| ~~460 N. Magnolia Ave, Drawer 1466~~ | 5777 West Century Park Blvd., #1100 | 304 "S" Street |
| ~~El Cajon, CA 92020-1466~~ | Los Angeles, CA 90045 | Sacramento, CA 95811-6906 |
| 6/18/2010 -- Unable to Forward | | |
| **12/31/08 RSN** | **NEF 12/31/08 Order** | **NEF RSN 1/15/09** |
| Asphalt Professionals, Inc. | Richard W. Esterkin | Hui-Li Dou et al |
| c/o Law Offices of Ray B. Bowen, Jr., | Asa S. Hami | c/o Raymond H. Aver, Esq. |
| Esq. | Morgan Lewis & Bockius LLP | 12424 Wilshire Blvd., #720 |
| 19318 Ventura Blvd., #100 | 300 South Grand Avenue, 22nd Floor | Los Angeles, CA 900256 |
| Tarzana, CA 91356-3097 | Los Angeles, CA 90071-3132 | |

| | | |
|---|---|---|
| **Lehman Bros. Holdings, Inc.** NEF RSN 1/9/09<br>Jeffer, Mangels, etc.<br>Joseph A. Eisenberg, Esq.<br>1900 Ave of the Stars, 7th Fl.<br>Los Angeles, CA 90067 | NEF RSN 1/22/09 OakKnoll<br>RGA Environmental, Inc.<br>c/o Marshall & Ramos, LLP<br>Mirian S. Marshall, Esq<br>350 Frank H. Ogawa Plaza, #600<br>Oakland, CA 94612 | NEF 2/4/09 NEF & RSN<br>County of San Bernardino<br>c/o Martha E. Romcrom Esq,<br>BMR Professional Building<br>6516 Bright Ave.<br>Whittier, CA 90601 |
| RSN 2/9/09<br>Williams+Paddon Architects+Planners, Inc.<br>c/o Hauser & Meuzes<br>David F. Anderson, Esq.<br>18826 N. Lower Sacramento Road, Ste. H<br>PO Box 1397<br>Woodbridge, CA 95258-1397 | NEF 2/13/09 RSN Heartland & OakValley<br>HD Supply Construction Supply, dba HD Supply<br>White Cap Construction Supply<br>c/o William D. Schuster, Esq.<br>Allie & Schuster PC<br>2122 N. Broadway<br>Santa Ana, CA 92706-2614 | RSN 3/2/09<br>Bova Contracting Corp.<br>c/o Call, Jensen & Ferrell<br>Wayne W. Call, Esq.<br>Lisa A. Wegner, Esq.<br>610 Newport Center Dr., #700<br>Newport Beach, CA 92660 |
| NEF RSN 3/4/09 Delta Coves<br>Top Grade Construction, Inc.<br>c/o Pillsbury Winthrop, etc.<br>Philip S. Warden, Esq /Ana N. Damonte, Esq.<br>50 Fremont St.<br>PO Box 7880<br>San Francisco, CA 94120-7880 | RSN Delta Coves 3/4/09<br>Top Grade Construction<br>Scott Blaine, CFO<br>50 Contractors St.<br>Livermore, CA 94551 | 3/6/09 RSN<br>Pinnick, Inc.<br>c/o Law Offices of Dennis D. Burns<br>7855 Ivanhoe Ave., #420<br>La Jolla, CA 92037 |
| 3/11/09 RSN Delta<br>Bethel Island Municipal Improvement<br>District<br>~~c/o Katzen & Schuricht~~<br>~~David J. Katzen~~<br>~~1981 N. Broadway, #340~~<br>~~Walnut Creek, CA 94596-8218~~ | RSN 3/12/09 & 4/14/09<br>Bickford<br>Marques Pipeline, Inc.<br>c/o John W. Busby, II, Esq.<br>251 Lafayette Circle, #350<br>Lafayette, CA 94549 | 3/12/09 NEF<br>Christopher W. Keegan, Esq.<br>Kirkland & Ellis, LLP<br>555 California Street<br>San Francisco, California 94104 |
| 3/13/09 NEF<br>Eric D. Goldberg, Esq.<br>Stutman, Treister & Glatt, PC<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067 | E-MAIL 3/18/09 RSN CenturyCity<br>Danske Bank A/S, London Branch<br>c/o Venable LLP<br>~~Carollynn H.G, Callari, Esq.~~<br>~~1270 Ave of the Americas, 25th Fl.~~<br>~~New York, New York 10020~~<br>Firm deleted per 5/14/10 e-mail fr Chris | E-MAIL 3/18/09 RSN CenturyCity<br>Danske Bank A/S, London Branch<br>c/o Venable LLP<br>~~Timothy J. Gorry, Esq.~~<br>~~2040 Century Park East, #2100~~<br>~~Los Angeles, CA 90067~~<br>Firm deleted per 5/14/10 e-mail fr Chris |
| NEF & RSN 3/18/09<br>City of Orange<br>Shulman Hodges & Bastian LLP<br>Melissa R. Davis, Esq.<br>26632 Towne Centre Dr # 300<br>Foothill Ranch, CA 92610-2814 | 3/31/09 RSN Bickford<br>Placer County Treasurer-Tax Collector<br>Ann M. Dondro, Deputy Tax Collector<br>2976 Richardson Drive<br>Auburn, CA 95603 | NEF 4/9/09 RSN<br>TC Construction Company, Inc.<br>c/o McDougal Love Eckis, etc.<br>Robert C. Martinez, Esq.<br>~~460 N. Magnolia, Drawer 1466~~<br>~~El Cajon, CA 92022-1466~~<br>3/16/10 ChngOfAdd – See below |
| | 5/5/09 NEF<br>Sullivan Hill Lewin Rez & Engel<br>Jonathan S. Dabbieri, Esq.<br>550 West C Street, Suite 1500<br>San Diego, CA 92101 | Griffith Company    RSN<br>5/7/09<br>~~Peckar & Abramson PC~~<br>~~Ronald B. Pierce, Esq~~<br>~~20 Pacifica, Suite 260~~<br>Irvine, CA 92618<br>Chng 9/3/10 – see below |
| 5/11/09 NEF<br>Payne & Fears LLP<br>Benjamin A. Nix, Esq | Dean Ziehl (dziehl@pszjlaw.com)<br>Per Nellie Camerik 5/59/09 | NEF E-MAIL Michael Bond<br>(michael.bond@weil.com).<br>Per Nellie Camerik 5/59/09 |
| 5/29/09 RSN<br>Park West Landscape, Inc.<br>c/o Steven M. Garber & Associates<br>1901 Ave. of the Stars, #1100<br>Los Angeles, CA 90067 | RSN 6/9/09 Marblehead<br>WEC Corporation<br>c/o Gary R. King & Associates<br>30950 Rancho Viejo Rd., #155<br>SJC, CA 92675 | Castaic Union School District 8/25/09<br>NEF<br>c/o Wendy W. Smith, Esq.<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| **11/11/09 NEF**<br>Jt. Provisional Liquidators of Lehman RE Ltd.<br>c/o Gregory M. Petrick, Esq.<br>Jonathan M. Hoff, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NE 10281 | **11/11/09 RSN**<br>Jt. Provisional Liquidators of Lehman RE Ltd.<br>c/o Betty M. Shumner, Esq.<br>DLA Piper LLP (US)<br>550 S. Hope St., #2300<br>Los Angeles, CA 90071-2678 | **11/16/09 RSN** Northlake&Torrance<br>Los Angeles County Treas. & Tax Collector<br>Attn: Man-Ling Kuo, Tax Services Clerk 1<br>PO Box 54110<br>Los Angeles, CA 90054-0110 |
| **11/23/09 NEF**<br>Shulman Hodges & Bastian LLP<br>Mark Bradshaw, Esq. | **1/6/10 NEF**<br>Matthew W. Grimshaw, Esq.<br>Rutan & Tucker, LLP | **1/12/2010 NEF**<br>Anaverde, LLC<br>c/o Christopher P. Simon, Esq.<br>Cross & Simon |
| **1/12/2010 NEF**<br>Anaverde, LLC<br>c/o Michael J. Joyce, Esq.<br>Cross & Simon | **NEF 4/9/09 RSN**3/16/10ChngAdd<br>TC Construction Company, Inc.<br>c/o McDougal Love Eckis, etc.<br>Robert C. Martinez, Esq.<br>8100 La Mesa Blvd., #200<br>La Mesa, CA 91942 | **Chng 9/3/10**<br>Griffith Company.<br>c/o Ronald B. Pierce, Esq.<br>3050 East Birch Street, 2nd Fl.<br>Brea, CA 92821-6248 |
| **Crt Manual List**<br>Richard B Andrade<br>Andrade & Associates<br>27101 Puerta Real Ste 120<br>Mission Viejo, CA 92691-8518 | **Crt ManList**<br>Tab L K Artis<br>301 N Lake Ave 7th Fl<br>Pasadena, CA 91101 | **Crt Manual List**<br>Shaaron A Bangs<br>Crawford & Bangs<br>1290 E Center Ct Dr<br>Covina, CA 91724 |
| **Crt Manual List**<br>William Bissell<br>110 Newport Center Dr Ste 200<br>Newport Beach, CA 92660 | **NEF/Crt Manual List**<br>John W Busby<br>~~251 Lafayette Circle Ste 350~~<br>~~Lafayette, CA 94549~~<br>Duplicate; see Marquis Pipeline above | **Crt Manual List**<br>CRG Partners Group, LLC |
| **Crt Manual List**<br>Wayne W Call<br>Call & Jensen<br>610 Newport Ctr Dr Ste 700<br>Newport Beach, CA 92660 | **Crt Manual List**<br>Central Pacific Bank<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Boulevard<br>17th Floor<br>Los Angeles, CA 90048-4920 | **Crt Manual List**<br>Brent S Clemmer<br>Slovak Baron & Empey LLP<br>1800 E Tahquitz Cyn Wy<br>Palm Springs, CA 92262 |
| **Crt Manual List**<br>Adrianna M Corrado<br>Lanak & Hanna<br>~~400 N Tustin Ave Ste 120~~<br>~~Santa Ana, CA 92705-3815~~<br>3/17 t/c Tara; see below | **Crt Manual List**<br>Donald B Devirian<br>Devirian & Shinmoto<br>11400 W Olympic Blvd Ste 200<br>Los Angeles, CA 90064 | **Crt Manual List**<br>Francis T Donohue<br>Voss, Cook & Thel LLP<br>895 Dove Street Suite 450<br>Newport Beach, CA 92660 |
| **Crt Manual List**<br>Stanley Haren<br>Gill & Baldwin<br>~~130 N Baldwin Blvd #405~~<br>~~Glendale, CA 91203~~<br>12/16/2010 – No Such Number – See<br>below | **Crt Manual List**<br>William R Hart<br>Hart King & Coldren<br>200 Sandpointe Fourth Fl<br>Santa Ana, CA 92707 | **Crt Manual List**<br>Andrew C Kienle<br>200 Sandpointe, 4th Fl<br>Santa Ana, CA 92707 |
| **Crt Manual List**<br>Vivian Le<br>Gary R King & Associates<br>30950 Rancho Viejo Rd Ste 155<br>San Juan Capistrano, CA 92675 | **Crt Manual List**<br>Mark E McKane<br>Kirkland & Ellis LLP<br>555 California St<br>San Francisco, CA 94104 | **Crt Manual List**<br>Gerald W Mouzis<br>The Mouzis Law Firm APC<br>13681 Newport Ave Ste 8-605<br>Tustin, CA 92680 |

| | | |
|---|---|---|
| 1 | Crt Manual List | Crt Manual List | Crt Manual List |

1

Howard S Nevins
2150 River Plaza Dr Ste 450
Sacramento, CA 95833

*Crt Manual List*
Richard Pachulski
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Bl Ste 1100
Los Angeles, CA 90067-4003

*Crt Manual List*
J Patrick Ragan
1881 S Business Center Dr Suite 7b
San Bernardino, CA 92408

*Crt Manual List*
Regal Development LLC
c/o Benjamin M Weiss
~~12770 High Bluff Dr, Ste 160~~
~~San Diego, CA 92130~~
7/21/2011 -- Undeliverable as Addressed

*Crt Manual List*
Raymond D Scott
~~1835 W Orangewood Ave Ste 255~~
~~Orange, CA 92868~~
7/22/2011 -- Insufficient Address

*Crt Manual List*
Kimberly A Soyer
251 Lafayette Cir, Ste 350
Lafayette, CA 94549

*Crt Manual List*
Joseph L Strohman
Ferguson Case Orr Paterson LLP
1050 S Kimball Rd
Ventura, CA 93004

*Crt Manual List*
Theresa C Tate
Crawford & Bangs LLP
1290 E Center Cn Dr
Covina, CA 91724

*Crt Manual List*
Robert S Throckmorton
Throckmorton, Beckstrom & Tomassian, LLP
2 Corporate Park, Ste 210
Irvine, CA 92606-5115

*Crt Manual List*
Douglas F Welebir
Welebir Tierney & Weck
2068 Orange Tree Ln Ste 215
Redlands, CA 92374

*8/17/10 Crt Manual List*
Laurie A. Shade
333 W. Santa Ana Blvd., #407
PO Box 1379
Santa Ana, CA 92702-1379

*9/14/10 Crt Manual List*
Dina Tasini
Tasini and Addociates
2126 Grant St.
Berkeley, CA 94703

*9/14/10 Crt Manual List*
Elizabeth A. Walters
3365 Seventh Ave.
San Diego, CA 92103

*10/12/10 CrtManual*
Norman A. Filer
500 N. State College Blvd., #1270
Orange. CA 92868

*11/11 CrtManual*
David Sandoval
(No address given)

*11/11 CrtManual*
Wayne Lee
468 Jade Tree Drive
Monterey Park, CA 91754

*11/11 CrtManual*
Manhard Consulting, Inc.
(No address given)

Malhar S. Pagay
(No address given)

*11/11 CrtManual*
*6/13/11CrtMan* William R Baerg
Monteleone & McCrory LLP
725 S Figueroa St #3200
Los Angeles, CA 90017

*2/4/11CrtManual*

*2/4/11CrtManual*
Patricia D Barrett
Law Office of Patricia D Barrett
846 W Foothill Blvd Ste M
Upland, CA 91786

*2/4/11CrtManual*
Christopher J Brantingham
Brice E Bryan & Assoc
23945 Calabasas Rd
Calabasas, CA 91302

*2/4/11CrtManual*
California Bank & Trust
c/o Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, CA 92612

*2/4/11CrtManual*
Gene H Shioda
Law Office of Gene H Shioda
5757 West Century Blvd Ste 700
Los Angeles, CA 90045

*2/4/11CrtManual*
Thomas A Pistone
Pistone & Wolder, LLP
2020 Main Street Suite 900
Irvine, CA 92614

*Crt Manual List*
*3/17 chng t/c*
~~Adrianna M Corrado~~
~~Lanak & Hanna~~
~~625 The City Dr., #190~~
~~Orange, CA 92868~~
See below change attn5/11/11

*3/4/11CrtManual*
Moses Green
(No address listed)
Brian Construction Co. Inc.
(No address given)

*RSN3/10/11*
Union Pacific Railroad Company
Mary Ann Kilgore
Shawn Lanka
1400 Douglas St., STOP 1580
Omaha, NE 68179

*4/5/11 web*
Stanley Haren
Gill & Baldwin
130 N Brand Blvd #405
Glendale, CA 91203

*(left margin numbers)* 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

| | | |
|---|---|---|
| 1 | 5/11 t/c to MillerBarondess<br>Christopher Cullen<br>Lanak & Hanna<br>625 The City Dr., #190<br>Orange, CA 92868 | NEF 5/26/11<br>DLA Piper LLP (US)<br>Meredith Edelman, Esq.<br>550 S. Hope St., #2300<br>Los Angeles, CA 90071 | 6/13/11 CrtMan<br>Edward Soto, Esq.<br>1395 Brickell Ave., #1200<br>Miami, FL 33131 |
| 2 | | | |
| 3 | | | |
| 4 | 7/13/11CrtMan<br>Ironhouse Sanitary District<br>Henn Etzel and Moore<br>1970 Broadway Ste 950<br>Oakland, CA 94612 | NEF 07/22/11<br>Gerald N. Sims<br>Pyle Sims Duncan & Stevenson, APC<br>401 B Street, Suite 1500<br>San Diego, CA 92101 | NEFSevenBros<br>Phillip C. Dowse, Successor Tee of<br>Philip C. Dowse Revocable Living Trust<br>Marshack Hays LLP<br>D. Edward Hays. Esq.<br>870 Roosevelt Ave.<br>Irvine. CA 92629 |
| 5 | | | |
| 6 | | | |
| 7 | Internal Revenue Service<br>Special Procedures/Insolvency<br>24000 Avila Road<br>Laguna Niguel, CA 92677 | Securities Exchange Commission<br>5670 Wilshire Blvd., 11th Fl.<br>Los Angeles, CA 90036 | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | ***SCC Combined Exhibit 8 MML***<br>***Document No. 166237*** |
| 13 | | | |
| 14 | 5th Gear, LLC<br>c/o Sharon Dyer<br>605 Bayview Drive<br>Manhattan Beach, CA 90266 | 5th Gear, LLC.<br>Attn: Corporate Officer<br>8695 W. Washington Blvd., #206<br>Culver City, CA 90232 | A & M Printing, Inc.<br>Attn: Corporate Officer<br>3589 Nevada St., #A<br>Pleasanton, CA 94566 |
| 15 | | | |
| 16 | | | |
| 17 | A.D. Williams Turf Sprayers<br>Attn: Corporate Officer<br>25532 W Southern Ave.<br>Buckeye, AZ 85326 | A-1 Enterprises<br>Attn: Corporate Officer<br>P.O. Box 399<br>Pleasanton. CA 94566 | Aboricultural Spec dba Prof Tree Care<br>Co.<br>c/o Stephen M. Judson<br>Fitzgerald Abbott & Beardsley, LLP<br>1221 Broadway, 21st Floor<br>Oakland, CA 94612 |
| 18 | | | |
| 19 | | | |
| 20 | Advance Utility Design, Inc.<br>Attn: Corporate Officer<br>27403 Ynez Road, Suite 216<br>Temecula, CA 92591 | Albert A. Webb Associates<br>Attn: Corporate Officer<br>3788 McCray St.<br>Riverside, CA 92506 | Alhambra & Sierra Springs<br>Attn: Corporate Officer<br>P.O. Box 660579<br>Dallas, TX 75266-0579 |
| 21 | | | |
| 22 | | | |
| 23 | All American Asphalt<br>Attn: Corporate Officer<br>P. O. Box 2229<br>Corona, CA 91718 | All American Asphalt<br>c/o Devirian & Shinmoto<br>11400 W Olympic Blvd., #200<br>Los Angeles, CA 90067 | AMEC Earth & Enviromental Inc.<br>Attn: Corporate Officer<br>P.O. Box 24445<br>Seattle, WA 98124-0445 |
| 24 | | | |
| 25 | | | |
| 26 | Amec Earth and Environmental<br>Attn: Corporate Officer<br>10720 Sikes Pl., #125<br>Charlotte, NC 28277 | American Landscape & Concrete, Inc.<br>Attn: Corporate Officer<br>1175 Tara Court<br>Rocklin, CA 95765 | Andersen Concrete Inc<br>Attn: Corporate Officer<br>PO Box 3440<br>Gilbert, AZ 85299 |
| 27 | | | |
| 28 | | | |

| | | |
|---|---|---|
| Andersen Concrete Inc<br>Attn: Scott A Schaelen Esq<br>Walters Townsend & Schaelen APLC<br>3565 7th Avenue<br>San Diego CA 92103 | Andy Gump Temporary Site Services<br>Attn: Corporate Officer<br>26954 Ruether Ave<br>Santa Clarita, CA 91351 | Antelope Valley Engineering, Inc.<br>Attn: Corporate Officer<br>129 W. Pondera St.<br>Lancaster, CA 93534 |
| Anue Management Grp, Inc.<br>Attn: Corporate Officer<br>1924 Franklin St, #315<br>Oakland, CA 94612 | Apple Paradise<br>Attn: Corporate Officer<br>5601 W. Slauson Ave., Ste #115<br>Culver City, CA 90230-6577<br>2/28/2009 -- See New Address Below | Apple Paradise<br>Attn: Corporate Officer<br>P.O. Box 641581<br>Los Angeles, CA 90064-6581<br>5/16/2009 -- Attempted/Not Known |
| AquaTechnex, LLC<br>Attn: Corporate Officer<br>P.O. Box 30824<br>Bellingham, WA 98223 | Aramark Refreshments Svcs<br>Attn: Corporate Officer<br>502 N. Sheridan Street<br>Corona, CA 92880 | ARB Inc.<br>Attn: Corporate Officer<br>26000 Commercentre Drive<br>Lake Forest, CA 92609 |
| Arch Insurance Co., Transferee [61,62,63]<br>c/o John J. Immordino<br>Wilson Elser Moskowitz Edelman et al.<br>555 S. Flower St., #2900<br>Los Angeles, CA 90071 | Arch Insurance Company<br>Attn: Grace W. Cranley<br>Leo & Weber, PC<br>One North LaSalle St., #3600<br>Chicago, IL 60602 | Archive Technologies<br>Attn: Corporate Officer<br>9531 Drumbeat Dr<br>Huntington Beach, CA 92646 |
| Arrow Construction | Arrow Transit | Arrowhead Mtn Spring Water<br>Attn: Corporate Officer<br>P. O. Box 856158<br>Louisville, KY 40285-6158 |
| Asphalt Professionals<br>Attn: Corporate Officer<br>2630 Lavery Ct. Suite F<br>Thousand Oaks, CA 91320 | Asphalt Professionals, Inc.<br>Attn: Ray B. Bowen, Jr., Esq.<br>19318 Ventura Blvd., #100<br>Tarzana, CA 91356 | AT & T<br>Attn: Corporate Officer<br>1265 Van Buren St., Rm. 180<br>Anaheim, CA 92807 |
| AT&T<br>Attn: Corporate Officer<br>Payment Center<br>Sacramento, CA 95887-0001 | B.R. South Coast Private Sec. Svcs. Inc.<br>Attn: Corporate Officer<br>41 Niguel Pointe Dr.<br>Laguna Niguel, CA 92677 | BAI-Antelope Valley Chapter |
| Barnes Distribution<br>Attn: Corporate Officer<br>Dept CH 14079<br>Palatine, IL 60055-4079 | BCI Framing & Drywall<br>Attn: Corporate Officer<br>337 Freedom Ave<br>Orange, CA 92865 | Beaumont Cherry Vly Wtr<br>Attn: Authorized Agent<br>560 Magnolia Ave<br>Beaumont, CA 92223 |
| Bee Busters Inc<br>Attn: Corporate Officer<br>P.O. Box 51<br>Laguna Beach, CA 92652 | Bellingham Marine Industries<br>Attn: Corporate Officer<br>1001 C Street<br>Bellingham, WA 98225 | Bellingham Marine Industries, Inc.<br>Attn: Coby N Keller, Esq.<br>Keller Weber & Dobrott<br>18201 Von Karman Ave., #1000<br>Irvine, CA 92612 |

| | | |
|---|---|---|
| 1 | Ben C. Gerwick Inc.<br>Attn: Corporate Officer<br>20 California Street #400<br>San Francisco, CA 94111 | Bennett Engineering | BIA / Southern California<br>Attn: Corporate Officer<br>1330 South Valley Vista Drive<br>Diamond Bar, CA 91765 |
| 2 | | | |
| 3 | | | |
| 4 | BIA Riverside Sign Program<br>Attn: Corporate Officer<br>3891 11 St.<br>Riverside, CA 92501-3523 | BKF Engineers<br>Attn: Corporate Officer<br>255 Shoreline Dr, #200<br>Redwood City, CA 94065 | BKF Engineers<br>Attn: Corporate Officer<br>c/o Cohen and Jacobson<br>900 Veterans Blvd., #600<br>Redwood City, CA 94063 |
| 5 | | | |
| 6 | | | |
| 7 | BNB Engineering Inc.<br>Attn: Corporate Officer<br>2602 S. Halladay Street<br>Santa Ana, CA 92705 | BnB Engineering Inc.<br>Attn: William R Hart/Irene L Keit<br>200 Sandpointe, Fourth Floor<br>Santa Ana, CA 92707 | Bond Safeguard Ins Co./Lexon Ins Co.<br>c/o Kelly C. Griffith, Esq.<br>Harris Beach PLLC<br>One Park Pl., 4th Fl., 300 S. State St.<br>Syracuse, NY 13202 |
| 8 | | | |
| 9 | | | |
| 10 | Boudreau Pipeline Corporation<br>Attn: Corporate Officer<br>130 Klug Circle<br>Corona, CA 92880 | Boudreau Pipeline Corporation<br>Attn: William Bissell<br>110 Newport Center Dr., #200<br>Newport Beach, CA 92660 | Bova Contracting Corp<br>Attn: Corporate Officer<br>3334 E. Coast Hwy, #427<br>Corona del Mar, CA 92625-2328 |
| 11 | | | |
| 12 | | | |
| 13 | Bova Contracting Corp.<br>Attn: Corporate Officedr<br>2883 E. Coronado St.<br>Anaheim, CA 92806 | BR South Coast Private Sec.<br>Attn: Corporate Officer<br>30 Doheny<br>Laguna Niguel, CA 92627 | Brion Jeannette Architecture<br>Attn: Corporate Officer<br>470 Old Newport Blvd<br>Newport Beach, CA 92663 |
| 14 | | | |
| 15 | | | |
| 16 | Brockmeier Consulting Engineers, Inc.<br>Attn: Corporate Officer<br>1304 Olympic Blvd.<br>Santa Monica, CA 90404-3726 | Brownie's<br>Attn: Corporate Officer<br>1322 V Street<br>Sacramento, CA 95818 | Brudvik, Inc<br>Attn: Marc S Homme<br>74-361 Highway 111, #1<br>Palm Desert, CA 92260 |
| 17 | | | |
| 18 | | | |
| 19 | Brudvik, Inc.<br>Attn: Corporate Officer<br>600 Eugene Rd<br>Palm Springs, CA 92264 | Bruin Geotechnical Services, Inc.<br>Attn: Corporate Officer<br>1817 East Ave. Q, Unit A-2<br>Palmdale, CA 93550 | Bucilla Group Architecture<br>Attn: Corporate Officer<br>19772 MacArthur Bl, #260<br>Irvine, CA 92612 |
| 20 | | | |
| 21 | | | |
| 22 | Butsko Utility Design Inc.<br>Attn: Scott A Schaelen Esq<br>Walters Townsend & Schaelen APLC<br>3565 7th Avenue<br>San Diego CA 92103 | Butsko Utility Design, Inc.<br>Attn: Corporate Officer<br>17065 Via Del Campo, #100<br>San Diego, CA 92127 | Cal West Underground<br>Attn: Corporate Officer<br>951 Sixth Street<br>Norco, CA 92860 |
| 23 | | | |
| 24 | | | |
| 25 | Cal West Underground, Inc.<br>Attn: Corporate Officer<br>P. O. Box 6286<br>Norco, CA 92860 | California Barricade Rentals, Inc.<br>Attn: Corporate Officer<br>1510 S. Lyon Street<br>Santa Ana, CA 92705-4613 | California Coastal Commission<br>Attn: Authorized Agent |
| 26 | | | |
| 27 | | | |
| 28 | | | |

MAINDOCS-#166151-v7-SCC_Motion_NonMaterialMod_Plans(TDI__TDH__VDI).DOC

| | | |
|---|---|---|
| 1 | Cal-State Rent A Fence<br>Attn: Corporate Officer<br>P.O. Box 6848<br>Thousand Oaks, CA 91359 | Camarillo Engineering Inc<br>Attn: Corporate Officer<br>PO Box 758<br>Somis, CA 93066 | Canon Business Solutions W<br>Attn: Corporate Officer<br>File 51075<br>Los Angeles, CA 90074-1075 |
| 2 | | | |
| 3 | | | |
| 4 | Carl Warren & Co<br>Attn: Corporate Officer<br>PO Box 25161<br>Santa Ana, CA 92799-5161 | Carpenter Photography/Dsgn<br>Attn: Corporate Officer<br>202 Granada Way<br>Los Gatos, CA 95032 | Cash Grading Contractors<br>Attn: Corporate Officer<br>555 W. State St<br>Ontario, CA 91762 |
| 5 | | | |
| 6 | | | |
| 7 | CBS Outdoor<br>Attn: Corporate Officer<br>P.O. Box 33074<br>Newark, NJ 7188 | Center for Natural Lands Mgmt<br>~~Attn: Corporate Officer~~<br>~~425 E. Alvarado St., #H~~<br>~~Fullbrook, CA 92028-2960~~<br>2/4/2009 -- Undeliverable as<br>Addressed | CGPM Managers, LLC<br>Attn: Corporate Officer<br>5080 Spectrum Dr., Suite 1000E<br>Addison, TX 75001 |
| 8 | | | |
| 9 | | | |
| 10 | CH2M Hill, Inc.<br>Attn: Corporate Officer<br>Dept. 925<br>Denver, CO 80271-0925 | Chambers Group, Inc.<br>Attn: Corporate Officer<br>17671 Cowan Ave, #100<br>Irvine, CA 92612 | Chameleon Design, Inc.<br>Attn: Corporate Officer<br>1711 Westcliff Dr., #B<br>Newport Beach, CA 92660 |
| 11 | | | |
| 12 | | | |
| 13 | Chameleon· Merchandising & Design,<br>Inc.<br>c/o Lanak & Hanna, PC<br>Robyn J. Willett, Esq.<br>625 The City Drive Southm,#190<br>Orange, CA 92868 | Champion Lumber | Chemsearch<br>Attn: Corporate Officer<br>23261 Network Place<br>Chicago, IL 60673-1232 |
| 14 | | | |
| 15 | | | |
| 16 | Chino Grading Inc.<br>Attn: Corporate Officer<br>c/o Crawford & Bangs<br>1290 E. Center Court Drive<br>Covina, CA 91724 | Chino Grading, Inc.<br>Attn: Corporate Officer<br>12188 Central Ave., #316<br>Chino, CA 91710 | Cicil Engineering Solutions, LLC |
| 17 | | | |
| 18 | | | |
| 19 | Cintas First Aid & Safety<br>Attn: Corporate Officer<br>PO Box 18209<br>Anaheim, CA 92817-8209 | City of Beaumont<br>Attn: Corporate Officer<br>550 E. 6th Street<br>Beaumont, CA 92223 | City of San Clemente<br>Attn: Corporate Officer |
| 20 | | | |
| 21 | | | |
| 22 | City of San Juan Capistrano<br>Attn: City Clerk / City Manager<br>32400 Pasco Adelanto<br>San Juan Capistrano, CA 92675 | Coast Magazine<br>Attn: Corporate Officer<br>240 Newport Ctr Dr. #290<br>Newport Beach, CA 92660 | Coastal Living<br>Attn: Corporate Officer<br>2314 Paysphere Circle<br>Chicago, IL 60674 |
| 23 | | | |
| 24 | | | |
| 25 | Coastal Living, c/o Time Inc.<br>Attn: Corporate Officer/5-51-Credit Svcs<br>1271 Ave of Americas<br>New York, NY 10020 | Color Image Printing, Inc.<br>Attn: Corporate Officer<br>2030 S. Westgate Ave.<br>Los Angeles, CA 90025-6119 | Consolidated Reprographics<br>Attn: Corporate Officer<br>345 Clinton Street<br>Costa Mesa, CA 92626 |
| 26 | | | |
| 27 | | | |
| 28 | | | |

| | | |
|---|---|---|
| Consulting Testing | Cooks Portable Toilets & Septic, LLC<br>Attn: Managing Member<br>1402 Riosa Road<br>Lincoln, CA 925648 | Cornerstone Structural Eng<br>Attn: Corporate Officer<br>986 W. Alluvial Ave, #201<br>Fresno, CA 93711 |
| Corporation for Interest Rate<br>Attn: Corporate Officer<br>175 N. Franklin Street Suite 205<br>Chicago, IL 60606 | Cort Furniture Rental<br>Attn: Corporate Officer<br>14350 Garfield Ave. #500<br>Paramount, CA 90723 | County of Riverside Dept of<br>Attn: Corporate Officer<br>PO Box 7600<br>Riverside, CA 92513 |
| Cox Communications<br>Attn: Corporate Officer<br>P.O. Box 53262<br>Phoenix, AZ 85072-3262 | CR & R, Inc.<br>Attn: Corporate Officer<br>P.O. Box 206<br>Stanton, CA 90680-0206 | Creative Environ Solutions<br>Attn: Managing Member<br>20929-47 Ventura Bl #105<br>Woodland Hills, CA 91364 |
| Creekside Development<br>Attn: Corporate Officer<br>28546 Paseo Diana<br>San Juan Capistrano, CA 92675 | Crummack Huseby, Inc.<br>Attn: Corporate Officer<br>1 Spectrum Pointe, Suite 320<br>Lake Forest, CA 92630 | CSC Corporate Domains, Inc.<br>Attn: Corporate Officer<br>2711 Centerville Road, #400<br>Wilmington, DE 19808 |
| CST Environmental, Inc.<br>Attn: Corporate Officer<br>404 North Barry Street<br>Brea, CA 92821-3104 | CST Environmental, Inc.<br>c/o Vincent M. Coscino/James A. Timko<br>Allen Matkins, et al.<br>1900 Main Street, Fifth Floor<br>Irvine, CA 92614 | Culbertson, Adams & Associates<br>Attn: Corporate Officer<br>85 Argonout, Suite 220<br>Aliso Viejo, CA 92656 |
| Custom Lights and Iron<br>Attn: Corporate Officer<br>3101 Hoover Ave<br>National City, CA 91950 | Dahlia Maria Moodie<br>5110 Crockett Place<br>Oakland, CA 94602 | Dahlin Group, Inc.<br>Attn: Corporate Officer<br>5865 Owens Dr.<br>Pleasanton, CA 94588 |
| Danielian Associates<br>Attn: Corporate Officer<br>60 Corporate Park<br>Irvine, CA 92606 | Daren Saunders Photography<br>Attn: Corporate Officer<br>9369 Feather St<br>Ventura, CA 93004 | David Lynn Christion<br>Attn: Corporate Officer<br>431 Villaggio Norht<br>Palm Springs, CA 92262 |
| Debby Cobb Consulting<br>Attn: Corporate Officer<br>8215 E. White Oak Ridge, #77<br>Orange, CA 92869 | Deborah Dales | Deloitte & Touche, LLP<br>Attn: Corporate Officer<br>P.O. Box 7247-6446<br>Philadelphia, PA 19170-6446 |
| Dennis M. McCoy & Sons<br>Attn: Corporate Officer<br>2820 Townsgate Rd. #206<br>Westlake Village, CA 91361 | Department of Toxic Substances Control<br>Attn: Corporate Officer<br>Accounting Unit, P.O. Box 806<br>Sacramento, CA 95812-0806 | Desert Pipeline Inc<br>Attn: Corporate Officer<br>83-477 Ave 62<br>Thermal, CA 92274 |

MAINDOCS-#166151-v7-SCC_Motion_NonMaterialMod_Plans(TDI_TDII_VDI).DOC

| | | |
|---|---|---|
| Desert Pipeline, Inc.<br>Attn: Tab L. K. Artis, Esq<br>Hunt Ortmann Palffy Nieves Lubka<br>Darling<br>301 North Lake Avenue, 7th Fl.<br>Pasadena, CA 91101 | Desert Publications<br>Attn: Joe Hinman, CFO<br>303 N. Indian Canyon Dr<br>Palm Springs, CA 92262 | Desert Sun Publishing Compan<br>Attn: Corporate Officer<br>PO Box 2737<br>Palm Springs, CA 92263 |
| Design Alliance<br>Attn: Corporate Officer<br>640 Lido Park Dr.<br>Newport Beach, CA 92663 | Design Alliance<br>Attn: Glenn McIntire<br>303 Broadway, S-204-6<br>Laguna Beach, CA 92651 | Design Build Structures, Inc<br>Attn: Corporate Officer<br>77-980 Wildcat Dr. Suite 2<br>Palm Desert, CA 92211 |
| Development Plan & Fin Grp<br>Attn: Corporate Officer<br>27127 Calle Arroyo, ##1910<br>San Juan Capistrano, CA 92675 | Dexter Wilson Engineering, Inc<br>Attn: Corporate Officer<br>2234 Faraday Ave.<br>Carlsbad, CA 92008 | DGW Budget Preparation<br>~~Attn: Corporate Officer~~<br>~~50230 Rancho Viejo Road Ste. 206~~<br>~~San Juan Capistrano, CA 92629~~<br>11/21/2008 -- Undeliverable as<br>Addressed |
| Diamond Environmental Services<br>Attn: Corporate Officer<br>807 E. Mission Rd.<br>San Marcos, CA 92069 | Discovery Works, Inc.<br>Attn: Corporate Officer<br>10591 Bloomfield St,<br>Los Alamitos, CA 90720 | Dr. Soda Company<br>Attn: Corporate Officer<br>13291 Paxton St.<br>Pacoima, CA 91331 |
| Dust Control, Inc.<br>Attn: Corporate Officer<br>452 Viele Ave<br>Beaumont, CA 92223 | Eagle One<br>Attn: Corporate Officer<br>1340 N. Jefferson St<br>Anaheim, CA 92807 | East Bay Blue Print<br>Attn: Corporate Officer<br>1745 14th Avenue<br>Oakland, CA 94606 |
| East Bay Muni Utility Dist<br>Attn: Authorized Agent<br>Payment Center<br>Oakland, CA 94649-0001 | East Bay Municpal Utility District<br>Attn: Anita Dickey<br>375 11th Street<br>Oakland, CA 94607-4246 | East Valley Golf Club<br>Attn: Managing Member<br>36211 Champions Dr.<br>Beaumont, CA 92223 |
| EBS Concrete, Inc<br>Attn: Corporate Officer | Ecorp Consulting, Inc.<br>Attn: Corporate Officer<br>2525 Warren Dr,<br>Rocklin, CA 95677 | Elite Bobcat Service, Inc.<br>Attn: Corporate Officer<br>1320 E. Sixth St., #100<br>Corona, CA 92879 |
| ENGEO, Incorporated<br>Attn: Corporate Officer<br>2010 Crow Canyon Pl, #250<br>San Ramon, CA 94583-4634 | Engineering Solutions<br>Attn: Corporate Officer<br>2155 Chicago Ave., Ste #201<br>Riverside, CA 92507 | Environmental Foresight<br>Attn: Corporate Officer<br>1855 Olympic Blvd, #105<br>Walnut Creek, CA 94596 |
| Environmental Products & App<br>Attn: Corporate Officer<br>73-710 Fred Waring Dr., Ste 220<br>Palm Desert, CA 92260 | Environmental Science Assoc<br>Attn: Corporate Officer<br>225 Bush Street, #1700<br>San Francisco, CA 94104-4207 | ESSI Engineering, Inc<br>~~Attn: Corporate Officer~~<br>~~45-175Panorama Drive Suite E~~<br>~~Palm Desert, CA 92260~~<br>2/3/2009 -- See New Address Below |

| | | |
|---|---|---|
| 1 | | |
| 2 | ESSI Engineering, Inc.<br>Attn: Corporate Officer<br>78080 Calle Amigo, #101<br>La Quinta, CA 92253-8965 | Event Masters Intl, Inc.<br>Attn: Corporate Officer<br>9670 Research Dr.<br>Irvine, CA 92618 | Excel Bridge Manufacturing Company<br>Attn: Corporate Officer<br>12001 Shoemaker Ave.<br>Santa Fe Springs, CA 90670-4718 |
| 3 | | |
| 4 | Exponent Failure Analysis Assoc | Fanelli Development Co | Far West Construction, Inc. |
| 5 | Attn: Corporate Officer<br>P.O. Box 200283, Dept. 002<br>Dallas, TX 75320-0283 | Attn: Corporate Officer<br>4800 SW Meadows Rd. #300<br>Lake Oswegoo, OR 97035 | Attn: Corporate Officer<br>P.O. Box 68<br>Sheridan, CA 95681 |
| 6 | | |
| 7 | Fehr & Peers Associates, Inc. | | Fidelity National Title Co |
| 8 | Attn: Corporate Officer<br>100 Pringle Ave., Ste #600<br>Walnut Creek, CA 94596 | Fenceworks, Inc.<br>Attn: Corporate Officer | Attn: Corporate Officer<br>1300 Dove Street, Ste 310<br>Newport Beach, CA 92660 |
| 9 | | |
| 10 | Firesafe Planning Solutions | | Focus 360 |
| 11 | Attn: Corporate Officer<br>302 N. El Camino Real, Suite 202<br>San Clemente, CA 92672 | Flowline Concrete | Attn: Corporate Officer<br>27721 La Paz Road<br>Laguna Niguel, CA 92677 |
| 12 | | |
| 13 | | Gary L. Vogt & Associates | GCI Associates, Inc. |
| 14 | Gall Brothers General | Attn: Corporate Officer<br>33191 Pased Blanio<br>San Juan Capistrano, CA 92675 | Attn: Corporate Officer<br>3831 Birch Street<br>Newport Beach, CA 92660 |
| 15 | | |
| 16 | General Security Service, Inc. | Geo Consultants, Inc. | GeoLogic Associates, Inc. |
| 17 | Attn: Corporate Officer<br>14009 Crenshaw Blvd, Suite D<br>Hawthorne, CA 90250 | Attn: Corporate Officer<br>1450 Koll Circle, Suite 114<br>San Jose, CA 95112 | Attn: Corporate Officer<br>250 W. First St., #228<br>Claremont, CA 91711 |
| 18 | | |
| 19 | Geoscience Support Services. Inc | Giacalone Design Svcs | Gibson & Skordal LLC |
| 20 | Attn: Corporate Officer<br>P. O. Box 220<br>Clarmont, CA 91711 | Attn: Corporate Officer<br>2625 Crow Court<br>Antioch, CA 94509 | Attn: Managing Member<br>2277 Fair Oaks Blvd, #105<br>Sacramento, CA 95825 |
| 21 | | |
| 22 | Glenn Lukos Associates | Glumac | Golden State Fence Co |
| 23 | Attn: Corporate Officer<br>29 Orchard<br>Lake Forest, CA 92630-8300 | Attn: Corporate Officer<br>16735 Von Karman Ave., #250<br>Irvine, CA 92606 | Attn: Corporate Officer<br>870 N. Main Street<br>Riverside, CA 92501 |
| 24 | | |
| 25 | Golf Ventures West | Goodwin Procter LLP | Grayl CPD, LLC |
| 26 | Attn: Corporate Officer<br>5101 Gateway Blvd Suite 18<br>Lakeland, FL 33811 | Attn: Managing Partner<br>Exchange Place, 53 State St,<br>Boston, MA 2109 | c/o Robert Odson, Esq.<br>DLA Piper LLP (US)<br>550 South Hope St., #2300<br>Los Angeles, CA 90071 |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| GreenField Comm<br>Attn: Corporate Officer<br>34112 Violet Lantern. #C<br>Dana Point, CA 92629 | Griffin Structures, Inc.<br>Attn: Corporate Officer<br>385 Second Street<br>Laguna Beach, CA 92866 | Griffith Company<br>Attn: Corporate Officer<br>12631 E Imperial Hwy #F-230<br>Santa Fe Springs, CA 90670 |
| Hall & Foreman, Inc.<br>Attn: Corporate Officer<br>420 Exchange, #100<br>Irvine, CA 92602-1301 | Hartzog & Crabill, Inc.<br>Attn: Corporate Officer<br>275 Centennial Way, Suite 208<br>Tustin, CA 92780 | Harvey Mills Design<br>Attn: Corporate Officer<br>23741 Moonglow Ct.<br>Ramona, CA 92065 |
| HCD<br>Attn: Corporate Officer<br>P.O. Box 1979<br>Sacramento, CA 95812-1979 | HD Supply Construction Supply, Ltd.<br>c/o William D. Schuster, Esq.<br>2122 N. Broadway<br>Santa Ana, CA 92706 | Hertz Equipment Rental Corp.<br>Attn: Corporate Officer<br>P.O. Box 650280<br>Dallas, TX 75265-0280 |
| Hertz Equipment Rental Corporation<br>The Dunning Law Firm<br>Attn: Donald T. Dunning<br>4545 Murphy Canyon Road, #200<br>San Diego, CA 92123 | Hewitt & O'Neil, LLP<br>Attn: Corporate Officer<br>19900 MacArthur Blvd-Ste. 1050<br>Irvine, CA 92612 | High Tech Irrigation, Inc<br>Attn: Corporate Officer<br>80-95 Indio Blvd Building A<br>Indio, CA 92201 |
| High Tech Irrigation, Inc.<br>Attn: Corporate Officer<br>80975 Indio Boulevard<br>Indio, CA 92201 | Hi-Grade Materials Co. | Hillcrest Contracting, Inc<br>Attn: Corporate Officer<br>1467 Circle City Drive<br>Corona, CA 91718-1898 |
| Hillcrest Contracting, Inc.<br>Monteleone & McCrory, LLP<br>200 W Santa Ana Blvd., #200<br>Santa Ana, CA 92701 | Hillwig - Goodrow, LLC<br>Attn: Corporate Officer<br>31407 Outer Highway 10<br>Redlands, CA 92373 | HMK Engineering, Inc.<br>Attn: Liliana Quezada<br>24007 Ventura Blvd., #102<br>Calabasa, CA 91392 |
| HomeBuyers Guide Real Est<br>Attn: Corporate Officer<br>17780 Fitch, Ste #195<br>Irvine, CA 92614 | Hopkins & CarleyA Law Corp<br>Attn: Corporate Officer<br>P.O. Box 1469<br>San Jose, CA 95109-1469 | Horticultural Specialists<br>Attn: Corporate Officer<br>30900 Rancho Viejo Rd., #100<br>San Juan Capistrano, CA 92675-1763 |
| Horticultural Specialists, Inc.<br>~~Attn: Corporate Officer~~<br>~~27312 Calle Arroyo~~<br>~~San Juan Capistrano, CA 92675~~<br>2/2/2009 -- See New Address Below | HortScience, Inc.<br>Attn: Corporate Officer<br>2150 Rheem Dr. Suite A<br>Pleasanton, CA 94588 | Howard Constr Fncng & Fab<br>Attn: Corporate Officer<br>3313 Swetzer Rd.<br>Loomis, CA 95650 |
| HSA Design Group<br>Attn: Corporate Officer<br>42635 Melanie Place, #101<br>Palm Desert, CA 92211 | Hunsaker & Associates - Irvine<br>Attn: Corporate Officer<br>3 Hughes<br>Irvine, CA 92618 | I Design Group<br>Attn: Corporate Officer<br>42-575 Melanie Place, Ste #S<br>Palm Desert, CA 92211 |

| | | |
|---|---|---|
| IB Reprographics<br>Attn: Corporate Officer<br>P.O. Box 53488<br>Riverside, CA 92507 | Independent Construction Co.<br>Attn: Corporate Officer<br>3911 Laura Alice Way<br>Concord, CA 94520-8544 | Inland Directional Sign<br>c/o Palace Mgt Atn Crp Ofc<br>P.O. Box 1388<br>Redlands, CA 92373-0441 |
| Intervention Agency, Inc.<br>Attn: Corporate Officer<br>P. O. Box 28521<br>Oakland, CA 94604 | Intravaia Rock & Sand, Inc.<br>Attn: Corporate Officer<br>5551 State St.<br>Montclain, CA 91763 | Ironhouse Sanitary District<br>Attn: Corporate Officer<br>450 Walnut Meadows Dr<br>Oakley, CA 94561 |
| Ironhouse Sanitary District<br>c/o Henn, Etzel & Moore, Inc.<br>Frederick M. Etzel, Esq.<br>1563 Solano Ave., #273<br>Berkeley, CA 94707-2116 | J F Shea Construction Inc.<br>Attn: Corporate Officer<br>Andrade & Associates<br>27101 Puerta Real, #120<br>Mission Viejo, CA 92691 | J. R. Simplot Company<br>Attn: P. Mark Thompson<br>P.O. Box 27<br>Boise, ID 83707 |
| Jackson, DeMarco et al.<br>Attn: Carel W. Van Heerden<br>2030 Main Street, #1200<br>Irvine, CA 92614 | Jag Construction<br>Attn: Corporate Officer<br>1238 Keystone Way<br>Vista, CA 92083 | Jeanette C. Justus Associates Inc<br>Jeanette C. Justus, President<br>10 Sherwood<br>Newport Beach, CA 92660 |
| John Burns Real Estate Cons<br>Attn: Corporate Officer<br>4000 Barranca Pkwy #250<br>Irvine, CA 92604 | John Hanna & Associates<br>Attn: Corporate Officer<br>663 Valley Ave., #100<br>Solana Beach, CA 92075 | JSC Environmental, Inc.<br>Attn: Corporate Officer<br>1440 N Harbor Bl #900<br>Fullerton, CA 92835<br>2/3/2009 -- No Reason Indicated |
| JWilliams Staffing<br>Attn: Corporate Officer<br>19762 MacArthur Bl, #201<br>Irvine, CA 92612 | Katz, Okitsu & Associates<br>Attn: Corporate Officer<br>17852 E. Seventeenth St. Suite 102<br>Tustin, CA 92780-2142<br>11/19/2008 -- Undeliverable as<br>Addressed | Kenny Strickland Inc,<br>Attn: Corporate Officer<br>50-021 HWY 86<br>Coachella, CA 92236 |
| Kevin L. Crook Architect<br>Attn: Corporate Officer<br>1360 Reynolds Ave #110<br>Irvine, CA 92614 | Kiewit Pacific Co.<br>Attn: Corporate Officer<br>1401 Halyard Dr, Suite 100<br>West Sacramento, CA 95691 | Kiewit Pacific Co. c/o Mary E. Olden<br>McDonough Holland & Allen PC<br>555 Capitol Mall, 9th Floor<br>Sacramento, CA 95814-4692 |
| KIP Incorporated<br>Attn: Corporate Officer<br>25740 Washington Ave.<br>Murrieta, CA 92562 | Kirk Negrete, Inc. dba United Steel<br>Placers<br>c/o Castle & Associates<br>Attn: David Romyn, Esq.<br>1925 Century Park East, #210<br>Los Angeles, CA 90067 | Klassen Corporation<br>Attn: Corporate Officer<br>2021 Westwind Dr,<br>Bakersfield, CA 93301 |
| Klassen Corporation<br>Daniel T Clifford<br>1430 Truxtun Ave., #900<br>Bakersfield, CA 93301 | KTGY Group, Inc.<br>Attn: Corporate Officer<br>17992 Mitchell South<br>Irvine, CA 92614 | Kuno's Grading<br>Attn: Corporate Officer<br>P. O. Box 812<br>San Juan Capistrano, CA 92693 |

| 1 | | | |
|---|---|---|---|

La Jolla Pacific Ltd.
Attn: Managing Partner
9571 Irvine Center Drive
Irvine, CA 92618-4654

La Jolla Pacific of CA Ltd.
~~Attn: Managing Partner~~
~~460 Goddard~~
~~Irvine, CA 92618~~
2/3/2009 -- See New Address Below

Laguna Playhouse
Attn: Corporate Officer
P.O. Box 1747
Laguna Beach, CA 92652

Lamphier Gregory
Attn: Corporate Officer
1944 Embarcadero
Oakland, CA 94606

Land Architecture, Inc.
Attn: Corporate Officer
231 Vernon St
Roseville, CA 95678-2632

Land Stewards, The
Attn: Corporate Officer
455 N. Twin Oaks Valley rd
San Marcos, CA 92069

Larry Jacinto Construction,
Attn: Corporate Officer
P.O. Box 615
Mentone, CA 92359

Larry Jacinto Construction, Inc.
Attn: Christopher G. Jensen
Reynolds, Jensen & Swan, LLP
3233 Arlington Ave., #203
Riverside, CA 92506

Latitude 38 Publishing
Attn: Corporate Officer
15 Locust Ave
Mill Valley, CA 94941

Lawson & Assoc Geotech Cons
Attn: Corporate Officer
1319 Calle Avanzado
San Clemente, CA 92673-6351

LDB & Associates, Inc.
~~Attn: Corporate Officer~~
~~3051 Edinger Avenue~~
~~Tustin, CA 92780~~
11/20/2008 -- See New Address Below

LDB & Associates, Inc.
Attn: Corporate Officer
15 Studebaker
Irvine, CA 92618-2013

Lim & Nascimento Engineering
Attn: Corporate Officer
20 Empire Drive,
Lake Forest, CA 92830

Linscott, Law & Greenspan Enginrs
Attn: Corporate Officer
1580 Corporate Dr., #122
Costa Mesa, CA 92626

Los Angeles Times
Attn: Corporate Officer
PO Box 60185 Genl Mail Fac
Los Angeles, CA 90060-0185

Los Angeles Times
Attn: Carol Liotta
435 N. Michigan, 3rd Fl.
Chicago, IL 600611

Los Angeles, County - Dept.
Attn: Authorized Agent
900 South Fremont, 3rd Fl.
Alhambra, CA 91803

Lucast Consulting
Attn: Corporate Officer
P.O. Box 8892
Rancho Santa Fe, CA 92067

Luxe Magazine
Attn: Corporate Officer
3731 NEW 8th Ave
Boca Raton, FL 33431

MacKay & Somps Civil Engineers
Attn: Corporate Officer
1552 Eureka Rd., Ste 100
Roseville, CA 95661-3040

MacKenzie Landscape
Attn: Corporate Officer
33380 Bailey Park Blvd.
Menifee, CA 92584-9585

Mark R. McGuire
Attn: Corporate Officer
2311 Calle Las Palmas
San Clemente, CA 92672

Marques Pipeline, Inc.
Attn: Corporate Officer
1300 National Drive Suite 120
Sacramento, CA 95834

Marques Pipeline, Inc.
Attn: John W. Busby II, Esq.
251 Lafayette Circle, #350
Lafayette, CA 94549

Marshall La Plante Photography
Attn: Corporate Officer
29047 N. Gumtree Place
Snta Clarita, CA 91390

Martin Excavation, Inc.
Attn: Corporate Officer
P. O. Box 5700
La Quinta, CA 92248

MBH Architects
Attn: Corporate Officer
2170 Mariner Square Loop
Alameda, CA 94501

MAINDOCS-#166151-v7-SCC_Motion_NonMaterialMod_Plans(TDI_TDII_VDI).DOC

| | | |
|---|---|---|
| 1 | MBH Architects, Inc.<br>c/o Michael St.James<br>St. James, P.C.<br>155 Montgomery St., #1004<br>San Francisco, CA 94104 | Media That Deelivers<br>Attn: Corporate Officer<br>8132 N 87th Place<br>Scottsdale, AZ 85258 | MediaMax Network<br>Attn: Laura Jacobson<br>400 Columbus Ave , #124S<br>Valhalla, NY 10595 |

1 MBH Architects, Inc. / c/o Michael St.James / St. James, P.C. / 155 Montgomery St., #1004 / San Francisco, CA 94104 — Media That Deelivers / Attn: Corporate Officer / 8132 N 87th Place / Scottsdale, AZ 85258 — MediaMax Network / Attn: Laura Jacobson / 400 Columbus Ave , #124S / Valhalla, NY 10595

4 Merit Association Services / Attn: Corporate Officer / 1 Polaris Way, #100 / Aliso Viejo, CA 92656 — Mesa Pacific Construction / Attn: Corporate Officer / 151 Kalmus Drive, #F-5 / Costa Mesa, CA 92626 — Mesa Pacific Constructions Inc. / Attn: Norman A Filer / 500 N. State College Blvd., #1270 / Orange CA 92868

7 MHM Engineers & Surveyors / Attn: Corporate Officer / 1082 Sunrise Ave, Suite 100 / Roseville, CA 95661 — Miller Barondess, LLP / Attn: Corporate Officer / 1999 Avenue of The Stars, Ste 1000 / Los Angeles, CA 90067 — Mobile Mini, Inc. / Attn: Corporate Officer / P. O. Box 79149 / Phoenix, AZ 85062-9149

10 Mobile Modular Mgmt Corp / Attn: Corporate Officer / P.O. Box 45043 / San Francisco, CA 94145-0043 — Modular Space Corp / Attn: Corporate Officer / 12603 Collection Ctr Dr / Chicago, IL 60693 — Moore Stephens Wurth et al. / Attn: Managing Partner / P.O. Box 3949 / City of Industry, CA 91744

13 MSA Consulting, Inc. / Attn: Corporate Officer / 34200 Bob Hope Dr. / Rancho Mirage, CA 92270 — MSE Retaining Systems, Inc. / Attn: Corporate Officer / P.O. Box 4007 / Wilsonville, OR 97070 — Murray Smith & Associates Engineering / Attn: Corporate Officer / 1340 Blue Oaks Blvd, Suite 200 / Roseville, CA 95678

16 Murray Smith & Associates Engineering / c/o Trainor Fairbrook / Attn: Nancy Hotchkiss, Esq. / 980 Fulton Avenue / Sacramento, CA 95825 — MWW Group Inc / Attn: Corporate Officer / P.O. Box 7247-6597 / Philadelphia, PA 19170-6597 — MWW Group Inc. / Attn: Steven Pareja / 1 Meadowlands Plaza, 6th Floor / E. Rutherford, NJ 07073-2150

19 National Construction Rental / Attn: Corporate Officer / P.O.Box 4503 / Pacoima, CA 91331-1609 — New Homes Magazine / Attn: Robert Schachter, Esq. / 21515 Hawthorne Blvd., #1030 / Torrance, CA 90503 — New Homes Magazine & Map Gui / Attn: Corporate Officer / 3151 Airway Ave, Suite C-3 / Costa Mesa, CA 92626

22 Nissho of California, Inc. / Attn: Corporate Officer / 1902 South Santa Fe Ave. / Vista, CA 92083 — Nissho of California, Inc. / Attn: Christopher R. Mordy, Esq. / Peterson & Price, A.P.C / 655 West Broadway, #1600 / San Diego, CA 92101 — Northern CA Marine Assoc / Attn: Corporate Officer / 1555 Doolittle Dr, #170 / San Leandro, CA 94577-0276 / 2/11/2009 -- Undeliverable as Addressed

25 Nuevo Engineering Inc. / Attn: Corporate Officer / 79811 Country Club Drive / Bermuda Dunes, CA 92203 — O'Reilly Public Relations / Attn: Corporate Officer / 3403 Tenth St., #110 / Riverside, CA 92501 — Oakland Tuffgrass Educ Init / Attn: Corporate Officer / 2180 S McDowell Bl, #C / Petaluma, CA 94954

| | | |
|---|---|---|
| OCB Reprographics, Inc.<br>Attn: Corporate Officer<br>17721 Mitchell North<br>Irvine, CA 92614 | Oliphant Golf Inc<br>Attn: Corporate Officer<br>251 Progress Way # 101<br>Waunailee, WI 53597 | Oliphant Golf, Inc.<br>c/o William E. McCardell<br>DeWitt Ross & Stevens S.C.<br>Two E. Mifflin St. #600<br>Madison, WI 53703 |
| Orange County Fire Authority<br>Attn: Authorized Agent | Orange County Printing<br>Attn: Corporate Officer<br>2485 Da Vinci<br>Irvine, CA 92614 | Orange County Striping Svc<br>Attn: Corporate Officer<br>183 N. Pixley St.<br>Orange, CA 92868 |
| Orange County Tax Collector<br>Attn: Authorized Agent/Bankr. Unit<br>P. O. Box 1438<br>Santa Ana, CA 92702 | Outdoor Dimensions<br>Attn: Corporate Officer<br>5325 E. Hunter Ave.<br>Anaheim, CA 92807 | Outdoor Sales, Inc.<br>Attn: Corporate Officer<br>2161 Adair St<br>San Marino, CA 91108 |
| PACE<br>Attn: Corporate Officer<br>17520 Newhope St., Ste. 200<br>Fountain Valley, CA 92708 | Pacific Advanced Civil Eng<br>Attn: Corporate Officer<br>17520 Newhope St., #200<br>Fountain Valley, CA 92708 | Pacific Aquascape, Inc.<br>Attn: Corporate Officer<br>17520 Newhope Street<br>Fountain Valley, CA 92708 |
| Pacific Erosion Control<br>Attn: Corporate Officer<br>5520 Wellesley St, #100<br>La Mesa, CA 91942 | Pacific Gas & Electric Co.<br>Attn: Corporate Officer<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | Pacific Gas and Electric Company<br>c/o Patrick Hazen/Bankruptcy Unit<br>P.O. Box 8329<br>Stockton, CA 95208 |
| Pacific Legacy, Inc<br>Attn: Corporate Officer<br>1525 Seabright Ave<br>Santa Cruz, CA 95062 | Pacific Masonry Walls Inc<br>Attn: Corporate Officer<br>1007 W. Grove Ave, #J<br>Orange, CA 92865 | Pacific Masonry Walls, Inc.<br>Attn: M. Stephen Coontz<br>30448 Rancho Viejo Road, #120<br>San Juan Capistrano, CA 92675 |
| Pacific Parks Landscaping, Inc. | Pacific Soils Engineering<br>Attn: Corporate Officer<br>10653 Progress Way<br>Cypress, CA 90630 | Pacific Soils Engineering, Inc.<br>c/o Darren G. Burge, Esq.<br>Barmasse Cohen & Burge<br>30423 Canwood St., #208<br>Agoura Hills, CA 91301 |
| Pacific Soils Engnrg.-Tustin<br>Attn: Corporate Officer<br>P.O. Box 2249<br>Cypress, CA 92630 | Palm Springs Life<br>Attn: Corporate Officer<br>303 N. Indian Canyon Dr.<br>Palm Springs, CA 92262 | Palm Springs Pump, Inc.<br>Attn: Richard B. Rudolph, Esq.<br>4622 Katella Avenue, #202<br>Los Alamitos, CA 90620 |
| Palmieri,Tyler,Wilhelm & Waldr<br>Attn: Corporate Officer<br>2603 Main Street, East Tower, Ste 1300<br>Irvine, CA 92614-6228 | Park West Landscape Inc.<br>Attn: Corporate Officer<br>13581 Desmond St<br>Pacoima, CA 91331 | Park West Landscape, Inc.<br>c/o Steven M. Garber & Assoc., APC<br>1901 Avenue of the Stars, #1100<br>Los Angeles, CA 90067 |

| | | | |
|---|---|---|---|
| 1 | Park West Rescom, Inc.<br>Attn: Corporate Officer<br>603 S. Milliken Ave Unit E<br>Ontario, CA 91761 | Performance Magazine<br>Attn: Corporate Officer<br>3679 Motor Ave., ##300<br>Los Angeles, CA 90034 | Personal Touch Clrng & Maint<br>Attn: Corporate Officer<br>340 Goddard<br>Irvine, CA 92618 |
| 2 | | | |
| 3 | | | |
| 4 | Peterson Brothers Constr<br>Attn: Corporate Officer | PG&E - Box 997300<br>Attn: Corporate Officer<br>P.O. Box 997300<br>Sacramento, CA 95899-7300 | Philip Williams & Assoc, Ltd<br>Attn: Christie Beerman<br>550 Kearny, Suite 900<br>San Francisco, CA 94108-2522 |
| 5 | | | |
| 6 | | | |
| 7 | Pierce's Security<br>Attn: Corporate Officer<br>P.O. Box 1874<br>Loomis, CA 95650-1874 | Pinnacle Land Surveying, Inc.<br>Attn: Corporate Officer<br>28348 Constellation Road, Suite 800<br>Santa Clarita, CA 91355 | Pinnick Inc.<br>Attn: Corporate Officer<br>P.O. Box 945<br>El Cajon, CA 92022 |
| 8 | | | |
| 9 | | | |
| 10 | Pinnick, Inc.<br>c/o Dennis D. Burns, Esq.<br>7855 Ivanhoe Avenue, Suite 420<br>La Jolla, CA 92037-4510 | Playa Digital Media, Inc.<br>Attn: Corporate Officer<br>3520 Wesley Street<br>Culver City, CA 90232 | Popov Engineers, Inc.<br>Attn: Corporate Officer<br>1 Peters Canyon Rd., #140<br>Irvine, CA 92606-1748 |
| 11 | | | |
| 12 | | | |
| 13 | Power Fabrctg Atn Crp Ofc<br>dba Tmp Pwr Sys<br>625 S Fee Ana St.<br>Placentia, CA 92870 | Power Plus Utility Services<br>Attn: Corporate Officer<br>1005 N. Edward Ct.<br>Anaheim, CA 92806 | PR Newswire<br>Attn: Corporate Officer<br>G.P.O. Box 5897<br>New York, NY 10087-5897 |
| 14 | | | |
| 15 | | | |
| 16 | Precision Welding | Proactive Engineering Cons<br>Attn: Corporate Officer<br>1875 California Avenue<br>Corona, CA 92881 | Professional Reprographics Services<br>Attn: Corporate Officer<br>3002 Dow Avenue, #318<br>Tustin, CA 92780 |
| 17 | | | |
| 18 | | | |
| 19 | Professional Tree Care Co.<br>c/o Fitzgerald Abbott & Beardsley LLP<br>Stephen M. Judson<br>1221 Broadway, 21st Floor<br>Oakland, CA 94612 | Protection One<br>Attn: Corporate Officer<br>PO Box 5714<br>Carol Stream, IL 60197-5714 | Protection One<br>Attn: Corporate Officer<br>c/o Creditors Bankruptcy Service<br>P.O. 740933<br>Dallas, TX 750933 |
| 20 | | | |
| 21 | | | |
| 22 | Quinn Rental Services<br>~~Attn: Corporate Officer~~<br>~~P.O. Box 5489~~<br>~~Santa Maria, CA 93456~~<br>2/10/2009 -- Attempted/Not Known | R H Masonry Inc.<br>Attn: Corporate Officer<br>675 S. Pathfinder Trail<br>Anaheim, CA 92807 | R&D Concrete, Inc.<br>Attn: Corporate Officer |
| 23 | | | |
| 24 | | | |
| 25 | R&M Electrical Contracting<br>Attn: Corporate Officer<br>26301 Dimension Dr<br>Lake Forest, CA 92630 | R&S Madrigal Constr<br>Attn: Corporate Officer<br>2181 Vandell Rd.<br>Riverside, CA 92509 | R.J. Noble<br>Attn: Corporate Officer<br>15505 E. Lincoln Ave<br>Orange, CA 92865 |
| 26 | | | |
| 27 | | | |
| 28 | | | |

MAINDOCS-#166151-v7-SCC_Motion_NonMaterialMod_Plans(TDI__TDII__VDI).DOC

| | | |
|---|---|---|
| R.J. Noble Co.<br>Attn: Michael D. May, Esq.<br>250 West First Street, #256<br>Claremont, CA 91711 | Ralph Osterling Consultants, Inc.<br>Attn: Corporate Officer<br>1650 Borel Place, Suite 204<br>San Mateo CA 94402 | Ramos Oil Co., Inc.<br>Attn: Corporate Officer<br>P.O. BOX 401<br>West Sacramento, CA 95691 |
| RBF Consulting<br>Attn: Corporate Officer<br>14725 Alton Parkway<br>Irvine, CA 92618 | Reliable Graphics Inc.<br>Attn: Corporate Officer<br>15013 Califa St.<br>Van Nuys, CA 91411-3170 | Restoration Resources<br>Attn: Corporate Officer<br>3868 Cincinnati Ave.<br>Rocklin, CA 95765 |
| RGA Environmental, Inc.<br>Attn: Corporate Officer<br>1466 66th Stree<br>Emerville, CA 94608 | RGA Environmental, Inc.<br>c/o Mariam S. Marshall<br>Marshall & Ramos, LLP<br>350 Frank H. Ogawa Plaza, #600<br>Oakland, CA 94612 | RMF Contracting, Inc.<br>Attn: William Bissell<br>110 Newport Ctr Dr., #200<br>Newport Beach, CA 92660 |
| Robert Hidey Architects<br>Attn: Corporate Officer<br>7585 Irvine Center Dr #200<br>Irvine, CA 92618 | Rockey Murata Landscaping<br>Attn: Corporate Officer<br>6130 Grenada Ave.<br>Cypress, CA 90630 | Roddan Paolucci Roddan Adv<br>Attn: Corporate Officer<br>2516 Via Tejon, #114<br>Palos Verdes Estates, CA 90274 |
| Rohm Insurance Agency<br>Attn: Corporate Officer<br>26 Plaza Square, Suite 200<br>Orange, CA 92866 | Ron Martin & Associates, Inc.<br>Attn: Corporate Officer<br>942 Calle Negocio, Ste 300<br>San Clemente, CA 92673 | Roni Hicks & Associates<br>Attn: Corporate Officer<br>11682 El Camino Real, #220<br>San Diego, CA 92130 |
| Rose Assoc Landscape Arch<br>~~Attn: Corporate Officer~~<br>~~1855 Olympic Blvd #225~~<br>~~Walnut Creek, CA 94596~~<br>2/6/2009 -- See New Address Below | Rose Associates Landscape Architects<br>Attn: Corporate Officer<br>5315 Paso Del Rio Way<br>Concord, CA 94521-5007 | Rose Associates Landscape Architects,<br>Inc.<br>c/o Donald J. Rose<br>854 Revere Road<br>LaFayette, CA 94549 |
| Roundup Funding LLC | Rubidoux Community Svcs Dist<br>Attn: Authorized Agent<br>3590 Rubidoux Blvd.<br>Rubidoux, CA 92519 | S & S Seeds, Inc.<br>Attn: Corporate Officer<br>P.O. Box 1275<br>Carpinteria, CA 93014-1275 |
| S.R. Bray Corp dba Power Plus<br>Attn: Corporate Officer<br>SEE POWER PLUS ABOVE | Sacramento Food Bank & Family<br>Services<br>Attn: Corporate Officer<br>3333 Third Avenue<br>Sacramento, CA 95817 | Safety Kleen Systems Inc<br>Attn: Corporate Officer<br>2720 Girard Blvd Ne<br>Albuquerque, NM 87107 |
| San Diego Gas & Electric<br>Attn: Corporate Officer<br>P.O. Box 25111<br>Santa Ana, CA 92799-5111 | Sand Canyon Int Plant Des<br>Attn: Corporate Officer<br>1471 E. Warner Ave<br>Santa Ana, CA 92705 | Sandy Jensen's Environmental<br>Attn: Corporate Officer<br>74-737 Gary Ave<br>Palm Desert,. CA 92260 |

-34-

| | | | |
|---|---|---|---|
| 1 | Savala Equipment Co Inc.<br>Attn: Corporate Officer | SCC Acquisitions, Inc.<br>Attn: Corporate Officer | Schilling Corporation<br>Attn: Corporate Officer |
| 2 | 16402 Construction Circle E<br>Irvine, CA 92606-4408 | 2392 Morse Avenue<br>Irvine, CA 92614 | 695 Greenfield Dr<br>El Cajon, CA 92021 |
| 3 | | | |
| 4 | Schilling Corporation<br>Attn: Scott A Schaelen Esq | Schmidt - Curley Design, Inc<br>Attn: Corporate Officer | Scoop ReprintSource<br>Attn: Corporate Officer |
| 5 | Walters Townsend & Schaelen APLC<br>3565 7th Avenue | 8180 N. Hayden Rd., #D-200<br>Scottsdale, AZ 85258 | 32-C Mauchly<br>Irvine, CA 92618 |
| 6 | San Diego CA 92103 | | |
| 7 | Scout Hall Comm Educ Fund<br>Attn: Corporate Officer | Security Signal Devices<br>Attn: Corporate Officer | Sierra Cascade Construction, Inc.<br>Attn: Corporate Officer |
| 8 | PO Box 641<br>Bethel Island, CA 94511 | 1740 N. Lemon St<br>Anaheim, CA 92801 | 1043 West Avenue M-4, Ste #E<br>Palmdale, CA 93551 |
| 9 | | | |
| 10 | Sierra Cascade Construction, inc.<br>Attn: Kirk S. MacDonald | Sikand Engineering Assoc<br>Attn: Corporate Officer | Simon Concrete<br>Attn: Corporate Officer |
| 11 | Gill and Baldwin, P.C.<br>130 N. Brand Boulevard, #405 | 15230 Burbank Blvd.<br>Van Nuys, CA 91411 | |
| 12 | Glendale, CA 91203 | | |
| 13 | Simplot Partners<br>Attn: Corporate Officer | Skyview Imaging<br>Attn: Corporate Officer | Sladden Engineering<br>Attn: Corporate Officer |
| 14 | 42-200 State St.<br>Palm Desert, CA 92211 | 23091 Coffee Berry Circle<br>Corona, CA 92883-8139 | 450 Egan Ave<br>Beaumont, CA 92223 |
| 15 | | | |
| 16 | So CA Hydrosd & Hydromlch<br>Attn: Corporate Officer | SoCal Pump & Well Drilling<br>Attn: Corporate Officer | So-Cal Sweepers, LLC<br>Attn: Corporate Officer |
| 17 | 42396 Rio Nedo<br>Temecula, CA 92590 | 1510 Palmyrita Ave<br>Riverside, CA 92507 | 2279 Eagle Glen PKWY, # 112-139<br>Corona, CA 92883-790 |
| 18 | | | |
| 19 | South County Publications, Inc.<br>Attn: Corporate Officer | South Pac Industries, Inc.<br>Attn: Corporate Officer | South West Pump & Drilling I<br>Attn: Corporate Officer |
| 20 | 32158 Camino Capistrano, #A<br>San Juan Capo. CA 92675-3711 | 44110 Yucca Ave.<br>Lancaster, CA 93535 | 53-381 Hwy 111<br>Coachella, CA 92236 |
| 21 | | | |
| 22 | Southern CA Edison Company<br>Attn: Corporate Officer/c/o Credit & Pymt | Southern CA Pipeline Constr<br>Attn: Corporate Officer | Southern California Edison<br>Attn: Corporate Officer |
| 23 | Svc<br>300 N. Lone Hill Ave. | 1100 Irvine Blvd. Ste.# 37<br>Tustin, CA 92780 | P.O.Box 600<br>Rosemead, CA 91771 |
| 24 | San Dimas, CA 91773 | | |
| 25 | | Southern California Soil & T<br>Attn: Corporate Officer | |
| 26 | Southern California Gas Co<br>Attn: Corporate Officer | 6280 Riverdale Street<br>San Diego, CA 92120 | Southwest Mobile Storage |
| 27 | | | |
| 28 | | | |

MAINDOCS-#166151-v7-SCC_Motion_NonMaterialMod_Plans(TD1_TDII__VD1).DOC

| | | |
|---|---|---|
| Sproul Trost, LLP<br>Attn: Corporate Officer<br>3721 Douglas Blvd, Suite 300<br>Roseville, CA 95661 | Staats Construction, Inc.<br>Attn: Corporate Officer<br>28343 Kelly Johnson Parkway<br>Valencia, CA 91355 | Staats Construction, Inc.<br>Attn: Kirk S. MacDonald<br>Gill and Baldwin, P.C.,<br>130 N. Brand Blvd., #405<br>Glendale, CA 91203 |
| Stantec<br>Attn: Corporate Officer<br>22690 Cactus Ave., #300<br>Moreno Valley, CA 92553-9024 | Stantec Consulting Inc.<br>Attn: Corporate Officer<br>19 Technology Dr.<br>Irvine, CA 92618 | Stantec Consulting, Inc.<br>Attn: Corporate Officer<br>13980 Collections Ctr Dr.<br>Chicago, IL 60693 |
| Staples Buisness Advantage<br>Attn: Corporate Officer<br>Dept LA 1368, PO Box 83689<br>Chicago, IL 60696-3689 | Staples Inc<br>Attn: Bryan Mannlein<br>555 W 112th Ave.<br>Northglenn, CO 80234 | State Dept of Transportation<br>Attn: Corporate Officer<br>Dept. of Transportation |
| State of California<br>Attn: Authorized Agent | Steiny and Company, Inc.<br>Attn: Corporate Officer<br>12907 East Garvey Ave<br>Baldwin Park, CA 91706-0993 | Storm Water Resources, LLC<br>Attn: Corporate Officer<br>25709 Rye Canyon Rd, #105<br>Valencia, CA 91355 |
| Stormwater Comp Spelsts, Inc.<br>Attn: Corporate Officer<br>455 N. Twin Oaks Valley Rd.<br>San Marcos, CA 92069 | Summers/Murphy & Partners, Inc<br>Attn: Corporate Officer<br>34197 Pacific Coast Highway, #200<br>Dana Point, CA 92629 | SunCal Management, LLC<br>Attn: Bruce Cook, Esq.<br>2392 Morse Avenue<br>Irvine, CA 92614 |
| SWP Group<br>Attn: Scott Capes<br>2200 Bridgeway Blvd.<br>Sausalito, CA 94965 | SWRCB Accounting Ofc<br>Attn: Corp Officer/AFRS<br>P.O. Box 1888<br>Sacramento, CA 95812-1888 | Tasini & Associates<br>Attn: Dina Tasini<br>3124 Estates Ave.<br>Pinole, CA 94564 |
| TC Construction Company<br>Attn: Corporate Officer<br>10540 Prospect Avenue<br>Santee, CA 92071 | Temp Power Systems<br>Attn: Corporate Officer<br>625 S Tee Ana St.<br>Placentia, CA 92870 | Tensar Earth Technologies<br>Attn: Corporate Officer<br>P.O. Box 934207<br>Atlanta, GA 31193-4207 |
| The Art Office<br>Attn: Corporate Officer<br>83-810 Vin Deo Circle Unit 101<br>Indio, CA 92201 | The Collaborative West<br>Attn: Corporate Officer<br>100 I Miramar<br>San Clemente, CA 92672 | The Collaborative West<br>Attn: Tom Masline<br>100 Avenida Miramar<br>San Clemente, CA 92672 |
| The Collaborative West<br>Attn: Corporate Officer<br>100 Agenda Miramar<br>San Clemente, CA 92672 | The Corp Interest Rate Mgmt<br>Attn: Corporate Officer<br>175 N. Franklin St #205<br>Chicago, IL 60606 | The Foliage Group<br>Attn: Corporate Officer<br>2730.Harbor Blvd, #A<br>Santa Ana, CA 92704 |

| 1 | | | |
|---|---|---|---|
| 2 | The Gas Company<br>Attn: Corporate Officer | The Jasper Companies<br>Attn: Corporate Officer<br>2970 Grace Lane<br>Costa Mesa, CA 92626 | The Jasper Companies, Inc.<br>Attn: William Bissell<br>110 Newport Center Dr., #200<br>Newport Beach, CA 92660 |
| 3 | | | |
| 4 | The Keith Companies<br>Attn: Corporate Officer<br>13980 Collections Ctr Dr<br>Chicago, IL 60693 | The Lamar Companies<br>Attn: Corporate Officer<br>P.O. Box 66338<br>Baton Rouge, LA 70896 | The Professional Tree Care Co.<br>Attn: Corporate Officer<br>P. O. Box 2377<br>Berkeley, CA 94702 |
| 5 | | | |
| 6 | | | |
| 7 | The Strategic Res & Plnng Gr<br>Attn: Corporate Officer<br>103 Ravenna Drive #23<br>Long Beach, CA 90803 | The Tait Group Inc<br>Attn: Corporate Officer<br>1220 S. Street, Suite 150<br>Sacramento, CA 95811 | Top Grade Construction<br>Attn: Scott Blaine, CFO<br>50 Contractors St.<br>Livermore, CA 94551 |
| 8 | | | |
| 9 | | | |
| 10 | Topline Concrete & Landscape<br>Attn: Corporate Officer<br>P.O. Box 1294<br>Wildomar, CA 92595 | Trench Shoring Company<br>Attn: Corporate Officer<br>636 East Rosecrans Ave.<br>Los Angeles, CA 90059 | Trimax Systems, Inc.<br>c/o Scott A Schaelen, Esq.<br>Walters Townsend & Schaelen, APLC<br>3565 7th Ave.<br>San Diego, CA 92103 |
| 11 | | | |
| 12 | | | |
| 13 | Turf Star, Inc.<br>Attn: Corporate Officer<br>P.O. Box 45621<br>San Francisco, CA 94145-0621 | Ugalde Trucking Co, Inc.<br>Attn: Corporate Officer<br>515 West Cully Dr.<br>Orange, CA 92865 | United Rentals Northwest, Inc.<br>Attn: Corporate Officer<br>File 51122<br>Los Angeles, CA 90074-1122 |
| 14 | | | |
| 15 | | | |
| 16 | United Site Services of CA<br>Attn: Corporate Officer<br>3408 Hillcap Ave.<br>San Jose, CA 95136 | UPS Freight<br>Attn: Corporate Officer<br>28013 Network Place<br>Chicago, IL 60673-1280 | Urban Crossroads<br>Attn: Corporate Officer<br>3685 Main St., #350<br>Riverside, CA 92501-2803 |
| 17 | | | |
| 18 | | | |
| 19 | Urban Crossroads - Irvine<br>Attn: Corporate Officer<br>41 Corporate Park, Suite 300<br>Irvine, CA 92606 | Utility Consultants of Orange<br>Attn: Corporate Officer<br>23101 Mountain Parkway, #202<br>Laguna Hills, CA 92653 | Utility Design, Inc.<br>Attn: Corporate Officer<br>27403 Ynez Road, #216<br>Temecula, CA 92591 |
| 20 | | | |
| 21 | | | |
| 22 | Utility Specialists Southwest<br>Attn: Corporate Officer<br>4429 Morena Blvd<br>San Diego, CA 92117 | Valley Utility Services<br>Attn: Corporate Officer<br>1779 Tribute Road, Suite B<br>Sacramento, CA 95815 | Valleycrest Landscape Maint<br>Attn: Corporate Officer<br>18015 S. Main St.<br>Gardena, CA 90248 |
| 23 | | | |
| 24 | | | |
| 25 | VanderToolen Associates<br>Attn: Corporate Officer<br>855 Bordeaux Way, #240<br>Napa, CA 94558 | Vision Building Rentals, LLC<br>Attn: Corporate Officer<br>3150 W. Wigwam Ave<br>Las Vegas, NV 89139 | Voss, Cook & Thel, LLP.<br>Attn: James G. Damon, Esq.<br>895 Dove Street, Ste. 450<br>Newport Beach, CA 92660 |
| 26 | | | |
| 27 | | | |
| 28 | | | |

MAINDOCS #166151-v7-SCC_Metion_NonMaterialMod_Plans(TDJ__TDII__VDI).DOC

| | | |
|---|---|---|
| 1 | Wallace Kuhl & Associates, Inc.<br>Attn: Corporate Officer<br>3251 Beach Blvd., #300<br>West Sacramento, CA 95691 | Wallace-Kuhl & Associates,<br>Attn: Corporate Officer<br>500 Menlo Drive, Suite 100<br>Rocklin, CA 95765 | Waterforce Inc.<br>Attn: Corporate Officer<br>P.O. Box 12093<br>Orange, CA 92859 |
| 2 | | | |
| 3 | | | |
| 4 | Waterworks Aquatic Management, Inc.<br>Attn: Corporate Officer<br>4120 Douglas Blvd, #306-353<br>Granite Bay, CA 95746-5936 | West Coast R & R Inc<br>Attn: Corporate Officer<br>16398 Boyle Avenue<br>Fontana, CA 92337 | West Coast Sand & Gravel, In<br>Attn: Corporate Officer<br>P.O. Box 5067<br>Buena Park, CA 90622 |
| 5 | | | |
| 6 | | | |
| 7 | West Coast Turf<br>Attn: Corporate Officer<br>P.O. Box 4563<br>Palm Desert, CA 92261 | Western Oilfields Supply Co. Inc.<br>dba Rain for Rent<br>Attn: Corporate Officer<br>P.O. Box 2248<br>Bakersfield, CA 93303-2248 | Western Outdoors Publ<br>Attn: Corporate Officer<br>P.O. Box 73370<br>San Clemente, CA 92673 |
| 8 | | | |
| 9 | | | |
| 10 | Western Pacific Roofing Corp<br>Attn: Corporate Officer<br>2229 East Ave Q<br>Palmdale, CA 93550 | Weston, Benshoof, Rochefort, et al.<br>Attn: Managing Partner<br>333 South Hope St., 161h Floor<br>Los Angeles, CA 90071 | Weston/Mason Marketing<br>Attn: Tom Weston, President<br>3130 Wilshire Blvd., 4th Fl<br>Santa Monica, CA 90403 |
| 11 | | | |
| 12 | | | |
| 13 | White Cap Construction Supply, Inc.<br>Attn: Corporate Officer<br>33061 Camino Capistrano<br>San Juan Capistrano, CA 92675 | Whittier Mailing Service, Inc.<br>Attn: Corporate Officer<br>12435 Mar Vista Street<br>Whittier, CA 90602 | Who's Calling<br>Attn: Corporate Officer<br>5210 Carloon Point<br>Kirkland, CA 98033 |
| 14 | | | |
| 15 | | | |
| 16 | William Hezmalhalch Architec<br>Attn: Corporate Officer<br>2850 Redhill Ave , Ste #200<br>Santa Ana, CA 92705 | Williams Mechanical Inc<br>~~Attn: Corporate Officer~~<br>~~75090 St, Charles Pl HB~~<br>~~Palm Desert, CA 92211~~<br>**2/4/2009 -- Unable to Forward** | Williams Scotsman, Inc.<br>Attn: Corporate Officer<br>P.O. Box 91975<br>Chicago, IL 60693 |
| 17 | | | |
| 18 | | | |
| 19 | Williams+Paddon Architects+Planners,<br>Inc.<br>Attn: Corporate Officer<br>c/o Hauser&Mouzes<br>P.O. Box 1397<br>Woodbridge, CA 95258 | Willis Risk & Insurance Svcs- OC<br>Attn: Corporate Officer<br>PO Box 100022<br>Pasadena, CA 91189 | Wiredhat Interactive<br>Attn: Corporate Officer<br>250 Lombard #7<br>Thousand Oaks, CA 91360 |
| 20 | | | |
| 21 | | | |
| 22 | Wood Rodgers, Inc.<br>Attn: Corporate Officer<br>3301 C Street, Bldg. 100-B<br>Sacramento, CA 95816 | Wood Rodgers, Inc.<br>Attn: J. Scott Alexander, Esq.<br>Murphy Austin Adams Schoenfeld LLP<br>304 "S" Street<br>Sacramento, CA 95811 | WRA, Inc.<br>Attn: Corporate Officer<br>2169-G East Francisco Bl.<br>San Rafael, CA 94901 |
| 23 | | | |
| 24 | | | |
| 25 | Wright Septic Tank Pumping<br>Attn: Corporate Officer<br>511 N. Dillon Ave<br>San Jacinto, CA 92582 | Zeiser Kling Consultants, Inc.<br>Attn: Corporate Officer<br>1221 E. Dyer Rd., #105<br>Santa Ana, CA 92705 | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

MAINDOCS-#166151-v7-SCC_Motion_NonMaterialMod_Plans(TD__TDII__VDI).DOC