Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910 / Facsimile: 310/201-0760

Edward Soto (admitted *pro hac vice*)
Alfredo R. Perez (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000 / Facsimile: (212) 310-8007

Attorneys for Lehman Commercial Paper Inc and Lehman ALI, Inc.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>Jointly Administered Debtors and Debtors-In-Possession.<br>_____<br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SCC Communities LLC<br>☐ SunCal Communities III, LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☒ LB/L-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LB/L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance Properties, LLC<br>☒ SunCal Oak Knoll, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE |

DOCS_LA:243857.3 52063-001

I, Paige Doyle, declare:

1.   I am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California.

2.   On September 2, 2011, I caused to be served the following document(s):

- *OFFICIAL COMMITTEE OF UNSECURED CREDITOR'S RECOMMENDATION TO VOTE TO ACCEPT THE PLAN JOINTLY PROPOSED BY THE CHAPTER 11 TRUSTEE AND THE LEHMAN PARTIES*
- *BALLOT FOR VOTING CLAIMS IN CLASS 6 (RELIANCE CLAIMS AGAINST GROUP I DEBTORS) AND CLASS 7 (GENERAL UNSECURED CLAIMS AGAINST GROUP I DEBTORS) (2 COPIES)*
- *ORDER (A) APPROVING PLAN SOLICITATION, NOTICE, AND VOTING PROCEDURES AND (B) ESTABLISHING DEADLINES IN CONNECTION WITH SOLICITATION AND CONFIRMATION WITH RESPECT TO ALL PENDING PLANS (2 COPIES)*
- *FIRST AMENDED DISCLOSURE STATEMENT WITH RESPECT TO THIRD AMENDED JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND THE LEHMAN CREDITORS (2 COPIES)*
- *THIRD AMENDED JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND THE LEHMAN CREDITORS (2 COPIES)*

in this action:

☑ via Federal Express or U.S. Mail by placing a true and correct copy of said document(s) in sealed envelopes;

☐ by facsimile machine and/or e-mail transmissions to those parties listed with fax numbers and/or email addresses *as indicated below*; and/or

☐  telephonically to those parties listed with phone numbers as indicated below in accordance with the Order.

| | |
|---|---|
| The Foliage Group<br>Attn: Corporate Officer<br>2730 Harbor Blvd., Ste. A<br>Santa Ana, CA 92704 | WEC Corporation c/o<br>Lewis Brisbois Bisgaard & Smith<br>650 Town Center, Ste. 1400<br>Costa Mesa, CA 92626 |
| The Collaborative West<br>Attn: Corporate Officer<br>100 Avenida Miramar<br>San Clemente, CA 92672 | SWRCB Acctg. Office<br>Attn: Corporate Officer<br>P. O. Box 1888<br>Sacramento, CA 95812-1888 |

DOCS_LA:243857.3 52063-001            2

1  J. Williams Staffing                                  Carl Warren & Co.
   Attn:  Corporate Officer                              Attn: Corporate Officer
2  19762 MacArthur Blvd,  #200                           P. O. Box 25161
3  Irvine, CA 92612                                      Santa Ana, CA 92799-5161

4  Northlake Homeowners Association c/o
   Rapkin Gitlin & Beaumont
5  21650 Oxnard, Ste. 1620
   Woodland Hills, CA 91367
6

7
        I declare that I am employed in the office of a member of the bar of this Court at whose
8
   direction was made.
9
        Executed on September 2, 2011, at Los Angeles, California.
10

11                                                      */s/ Paige Doyle*
                                                        Paige Doyle
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCS_LA:243857.3 52063-001                    3