**WEILAND, GOLDEN,**
**SMILEY, WANG EKVALL & STROK, LLP**
Lei Lei Wang Ekvall, State Bar No. 163047
lekvall@wgllp.com
Hutchison B. Meltzer, State Bar No. 217166
hmeltzer@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone: 714-966-1000
Facsimile:   714-966-1002

Attorneys for the Joint Committee of
Creditors Holding Unsecured Claims

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:08-bk-17206-ES |
| PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | (Jointly Administered with Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES) |
| Jointly Administered Debtors and Debtors-in-Possession. | |
| ☐ Affects PALMDALE HILLS PROPERTY, LLC, Only | |
| ☐ Affects SUNCAL BEAUMONT HEIGHTS, LLC, Only | Chapter 11 Cases |
| ☐ Affects SCC/PALMDALE, Only | **STIPULATION TO EXTEND RESPONSE DEADLINES IN CONNECTION WITH MOTION OF THE JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR ORDER DISALLOWING CLAIM NO. 21-1 AND CLAIM NO. 21-2 FILED BY BOND SAFEGUARD INSURANCE COMPANY AND LEXON INSURANCE COMPANY AGAINST SUNCAL CENTURY CITY, LLC, PURSUANT TO 11 U.S.C. § 502** |
| ☐ Affects SUNCAL JOHANNSON RANCH, LLC, Only | |
| ☐ Affects SUNCAL SUMMIT VALLEY, LLC, Only | |
| ☐ Affects SUNCAL EMERALD MEADOWS, LLC, Only | |
| ☐ Affects SUNCAL BICKFORD RANCH, LLC, Only | |
| ☐ Affects ACTON ESTATES, LLC, Only | DATE:         September 22, 2011 |
| ☐ Affects SEVEN BROTHERS, LLC, Only | TIME;         10:30 a.m.<br>CTRM:         5A |

617234_1.DOC                          1                    STIPULATION TO EXTEND DEADLINES

|    |                                              |
|----|----------------------------------------------|
| 1  | ☐ Affects SJD PARTNERS, LTD., Only           |
| 2  | ☐ Affects SJD DEVELOPMENT CORP., Only        |
| 3  | ☐ Affects KIRBY ESTATES, LLC, Only           |
| 4  | ☐ Affects SUNCAL COMMUNITIES I, LLC, Only    |
| 5  | ☐ Affects SUNCAL COMMUNITIES III, LLC, Only  |
| 6  | ☐ Affects SCC COMMUNITIES, LLC, Only         |
| 7  |                                              |
| 8  | ☐ Affects NORTH ORANGE DEL RIO LAND, LLC, Only |
| 9  | ☐ Affects TESORO SF, LLC, Only               |
| 10 | ☐ Affects LBL-SUNCAL OAK VALLEY, LLC, Only   |
| 11 | ☐ Affects SUNCAL HEARTLAND, LLC, Only        |
| 12 | ☐ Affects LBL-SUNCAL NORTHLAKE, LLC, Only    |
| 13 | ☐ Affects SUNCAL MARBLEHEAD, LLC, Only       |
| 14 |                                              |
| 15 | ☒ Affects SUNCAL CENTURY CITY, LLC, Only     |
| 16 | ☐ Affects SUNCAL PSV, LLC, Only              |
| 17 | ☐ Affects DELTA COVERS VENTURE, LLC, Only    |
| 18 | ☐ Affects SUNCAL TORRANCE, LLC, Only         |
| 19 | ☐ Affects SUNCAL OAK KNOLL, LLC, Only        |
| 20 | ☐ Affects All Debtors                        |
| 21 |                                              |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

This stipulation (the "Stipulation") to extend the response deadlines in connection with the *Motion of the Joint Committee of Creditors Holding Unsecured Claims for Order Disallowing Claim No. 21-1 and Claim No. 21-2 Filed by Bond Safeguard Insurance Company and Lexon Insurance Company Against SunCal Century City, LLC, Pursuant to 11 U.S.C. § 502* [Docket No. 2215] (the "Motion") currently set for September 22, 2011, at

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

10:30 a.m., is entered into by the Joint Committee of Creditors Holding Unsecured Claims (the "Committee") and Bond Safeguard Insurance Company and Lexon Insurance Company (the "Claimants," and together with the Committee, the "Parties"), through their counsel of record.

## **FACTUAL RECITALS**

A.  The Motion was originally set for hearing on July 14, 2011, at 10:30 a.m.

B.  At the Claimants' request, the Parties entered into a stipulation to continue the hearing for approximately 30 days so that the Claimants would have time to negotiate a settlement of their claims, which if reached, would eliminate the need for a hearing on the Motion.

C.  The Court continued the hearing to August 25, 2011, at 10:30 a.m.

D.  Subsequently, Claimants advised the Committee that Claimants were close to reaching a settlement that would eliminate the need for the Motion and requested another continuance.  The Committee agreed to a brief continuance.

E.  The Court continued the hearing to September 22, 2011, at 10:30 a.m.

F.  Claimants have indicated that they need additional time to prepare their opposition to the Motion, and have requested another continuance.  The Committee is disinclined to agree to a further continuance but in order to accommodate Claimants' need for additional time, the Committee is agreeable an extension of the deadline for Claimants to file their opposition from September 8, 2011, to September 12, 2011.  The Committee has agreed to the extension and, in turn, has requested an extension of the reply deadline from September 15, 2011, to September 19, 2011.

G.  Based on the foregoing, the Parties agree to extend the deadline for the Claimants to file an opposition to the Motion and for the Committee to file a reply to the opposition to September 12, 2011, and September 19, 2011, respectively.

## **STIPULATION**

**IT IS HEREBY STIPULATED** by and between the Parties that the deadline for Claimants to oppose the Motion is extended to September 12, 2011, and the deadline for the Committee to respond to the opposition is extended to September 19, 2011.

Dated: September 1, 2011

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: */s/ Lei Lei Wang Ekvall*
LEI LEI WANG EKVALL
Attorneys for the Joint Committee of
Creditors Holding Unsecured Claims

Dated: September 1, 2011

BROKER & ASSOCIATES PROFESSIONAL CORPORATION

By: _____
JEFFREY W. BROKER
Attorneys for Bond Safeguard
Insurance Company and Lexon Insurance
Company

## STIPULATION

**IT IS HEREBY STIPULATED** by and between the Parties that the deadline for Claimants to oppose the Motion is extended to September 12, 2011, and the deadline for the Committee to respond to the opposition is extended to September 19, 2011.

Dated: September 1, 2011          WEILAND, GOLDEN,
                                  SMILEY, WANG EKVALL & STROK, LLP


                                  By: */s/ Lei Lei Wang Ekvall*
                                  LEI LEI WANG EKVALL
                                  Attorneys for the Joint Committee of
                                  Creditors Holding Unsecured Claims

Dated: September 1, 2011          BROKER & ASSOCIATES PROFESSIONAL
                                  CORPORATION


                                  By: /s/ Jeffrey Broker
                                  JEFFREY W. BROKER
                                  Attorneys for Bond Safeguard
                                  Insurance Company and Lexon Insurance
                                  Company

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described as **STIPULATION TO EXTEND RESPONSE DEADLINES IN CONNECTION WITH MOTION OF THE JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR ORDER DISALLOWING CLAIM NO. 21-1 AND CLAIM NO. 21-2 FILED BY BOND SAFEGUARD INSURANCE COMPANY AND LEXON INSURANCE COMPANY AGAINST SUNCAL CENTURY CITY, LLC PURSUANT TO 11 U.S.C. SECTION 502** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **September 2, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[X] Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **September 2, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 2, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith, 411 W. 4th Street, Suite 2030, Santa Ana, CA  92701

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 2, 2011 | KELLY M. RIVERA | /s/ *KELLY M. RIVERA* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**
0.0

**Electronic Mail Notice List**
Selia M Acevedo     sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
Joseph M Adams     jadams@sycr.com
Raymond H Aver     ray@averlaw.com
James C Bastian     jbastian@shbllp.com
Thomas Scott Belden     sbelden@kleinlaw.com, ecf@kleinlaw.com
John A Boyd     fednotice@tclaw.net
Mark Bradshaw     mbradshaw@shbllp.com
Gustavo E Bravo     gbravo@smaha.com
Jeffrey W Broker     jbroker@brokerlaw.biz
Brendt C Butler     bbutler@mandersonllp.com
Andrew W Caine     acaine@pszyjw.com
Carollynn Callari     ccallari@venable.com
Cathrine M Castaldi     ccastaldi@rusmiliband.com
Tara Castro Narayanan     tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
Dan E Chambers     dchambers@jmbm.com
Shirley Cho     scho@pszjlaw.com
Vonn Christenson     vrc@paynefears.com
Brendan P Collins     bpcollins@bhfs.com
Vincent M Coscino     vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
Paul J Couchot     pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
Geoffrey Crisp     geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
Jonathan S Dabbieri     dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
Ana Damonte     ana.damonte@pillsburylaw.com
Vanessa S Davila     vsd@amclaw.com
Melissa Davis     mdavis@shbllp.com
Daniel Denny     ddenny@gibsondunn.com
Caroline Djang     crd@jmbm.com
Caroline Djang     cdjang@rutan.com
Donald T Dunning     ddunning@dunningLaw.com
Meredith R Edelman     meredith.edelman@dlapiper.com
Joseph A Eisenberg     jae@jmbm.com
Lei Lei Wang Ekvall     lekvall@wgllp.com
Richard W Esterkin     resterkin@morganlewis.com
Don Fisher     dfisher@ptwww.com
Marc C Forsythe     kmurphy@goeforlaw.com
Alan J Friedman     afriedman@irell.com
Steven M Garber     steve@smgarberlaw.com
Christian J Gascou     cgascou@gascouhopkins.com
Barry S Glaser     bglaser@swjlaw.com
Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Eric D Goldberg     egoldberg@stutman.com
Richard H Golubow     rgolubow@winthropcouchot.com, pj@winthropcouchot.com
Michael J Gomez     mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Kelly C Griffith     bkemail@harrisbeach.com
Matthew Grimshaw     mgrimshaw@rutan.com
Kavita Gupta     kgupta@winthropcouchot.com
Asa S Hami     ahami@morganlewis.com
Michael J Hauser     michael.hauser@usdoj.gov
D Edward Hays     ehays@marshackhays.com
Michael C Heinrichs     mheinrichs@omm.com
Harry D. Hochman     hhochman@pszjlaw.com, hhochman@pszjlaw.com
Jonathan M Hoff     jonathan.hoff@cwt.com
Nancy Hotchkiss     nhotchkiss@trainorfairbrook.com
Michelle Hribar     mhribar@rutan.com
John J Immordino     john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
Lawrence A Jacobson     laj@cohenandjacobson.com

Michael J Joyce    mjoyce@crosslaw.com
Stephen M Judson    sjudson@fablaw.com
Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
Steven J Kahn    skahn@pszyjw.com
Sheri Kanesaka    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
David I Katzen    katzen@ksfirm.com
Christopher W Keegan    ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;alevin@kirkland.com
Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
Irene L Kiet    ikiet@hkclaw.com
Claude F Kolm    claude.kolm@acgov.org
Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
David B Lally    davidlallylaw@gmail.com
Leib M Lerner    leib.lerner@alston.com
Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
Charles Liu    cliu@marshackhays.com
Charles Liu    cliu@winthropcouchot.com
Kerri A Lyman    klyman@irell.com
Mariam S Marshall    mmarshall@marshallramoslaw.com
Robert C Martinez    rmartinez@mclex.com
Michael D May    mdmayesq@verizon.net
Hutchison B Meltzer    hmeltzer@wgllp.com
Krikor J Meshefejian    kjm@lnbrb.com
Joel S. Miliband    jmiliband@rusmiliband.com
James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
Louis R Miller    smiller@millerbarondess.com
Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
Randall P Mroczynski    randym@cookseylaw.com
Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
Robert Nida    Rnida@castlelawoffice.com
Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
Sean A Okeefe    sokeefe@okeefelc.com
Scott H Olson    solson@seyfarth.com
Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
Ernie Zachary Park    ernie.park@bewleylaw.com
Daryl G Parker    dparker@pszjlaw.com
Penelope Parmes    pparmes@rutan.com
Robert J Pfister    rpfister@ktbslaw.com
Ronald B Pierce    ronald.pierce@sdma.com
Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
Cassandra J Richey    cmartin@pprlaw.net
Debra Riley    driley@allenmatkins.com
James S Riley    tgarza@sierrafunds.com
Todd C. Ringstad    becky@ringstadlaw.com
R Grace Rodriguez    ecf@lorgr.com
Martha E Romero    Romero@mromerolawfirm.com
Ronald Rus    rrus@rusmiliband.com
John P Schafer    jschafer@mandersonllp.com
John E Schreiber    jschreiber@dl.com
William D Schuster    bills@allieschuster.org
Christopher P Simon    csimon@crosslaw.com
Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
Wendy W Smith    wendy@bindermalter.com
Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
Michael St James    ecf@stjames-law.com
Michael K Sugar    msugar@irell.com

Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Carol G Unruh    cgunruh@sbcglobal.net
Annie Verdries    verdries@lbbslaw.com
Jason Wallach    jwallach@gladstonemichel.com
Joshua D Wayser    , kim.johnson@kattenlaw.com
Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
David M Wiseblood    dwiseblood@seyfarth.com
Brett K Wiseman    bwiseman@aalaws.com
Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
Marc A. Zimmerman    joshuasdaddy@att.net