RONALD RUS, #67369
rrus@rusmiliband.com
JOEL S. MILIBAND, #77438
jmiliband@rusmiliband.com
CATHRINE M. CASTALDI, #156089
ccastaldi@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California 92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514

Attorneys for SunCal Management, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re | CASE NO. 8:08-bk-17206-ES |
|---|---|
| PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS, | Chapter 11 |
| Jointly Administered Debtors and Debtors-in-Possession. | Jointly Administered With Case Nos.:<br><br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574 ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES; and<br>8:08-bk-17588-ES |
| Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF LLC<br>☒ LBL-SunCal Oak Valley, LLC<br><br>*Caption Continued on Next Page* | **NOTICE OF APPEAL RE: ORDER GRANTING JOINT MOTION OF LEHMAN CREDITORS AND CHAPTER 11 TRUSTEE FOR: (A) APPROVAL OF STIPULATION OF JULY 2011 BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING** |

461043v1 tl 8/31/11 1 (2882-0001)

| | |
|---|---|
| ☒ SunCal Heartland, LLC<br>☒ LBL-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance Properties, LLC<br>☒ SunCal Oak Knoll, LLC | **SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY; AND (B) CLARIFICATION OF PRIOR FINANCING ORDERS**<br><br>Hon. Erithe A. Smith<br><br>[No Hearing Required] |

SunCal Management, LLC ("Appellant") appeals the Order Granting Joint Motion Of Lehman Creditors And Chapter 11 Trustee For: (A) Approval Of Stipulation Of July 2011 by and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant To 11 U.S.C. §§ 362, 363, 364, And 507, (1) Approving Superpriority Postpetition Financing, (2) Granting Liens And Providing Superpriority Administrative Expense Status, And (3) Modifying Automatic Stay To The Extent Necessary; and (B) Clarification of Prior Financing Orders entered on August 24, 2011 (the "Order") to the United States Bankruptcy Appellate Panel of the Ninth Circuit. A true and correct copy of the entered Order is attached as Exhibit "1."

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| PARTIES | ATTORNEYS |
|---|---|
| Sun Cal Management, LLC | Ronald Rus, #67369<br>Joel S. Miliband, #77438<br>Cathrine M. Castaldi, #156089<br>Rus, Miliband & Smith<br>A Professional Corporation<br>Seventh Floor<br>2211 Michelson Drive<br>Irvine, California 92612<br>Telephone:   (949) 752-7100<br>Facsimile:     (949) 252-1514 |
| Lehman Commercial Paper Inc., Lehman ALI, Inc., Northlake Holdings, LLC and OVC Holdings, LLC | Richard M. Pachulski, #90073<br>Dean A. Ziehl, #84529<br>Robert B. Orgel, #101875<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard, Suite 1100<br>Los Angeles, California 90067<br>Telephone:     (310) 277-6910<br>Facsimile:       (310) 201-0760 |

///

| | |
|---|---|
| 1 | Edward Soto (admitted *pro hac vice*) |
| 2 | Alfred R. Perez (admitted *pro hac vice*) |
|   | Weil, Gotshal & Manges LLP |
| 3 | 767 Fifth Avenue |
|   | New York, New York 10153-0119 |
| 4 | Telephone:  (212) 310-8000 |
|   | Facsimile:  (212) 310-8007 |
| 5 | Steven M. Speier, Chapter 11 Trustee    William N. Lobel, #93202 |
|   | for the Trustee Debtors    Mike D. Neue, #179303 |
| 6 | The Lobel Firm, LLP |
|   | 840 Newport Center Drive, Suite 750 |
| 7 | Newport Beach, California 92660 |
|   | Telephone:  (949) 999-2860 |
| 8 | Facsimile:  (949) 999-2870 |

DATED: September 6, 2011

RUS, MILIBAND & SMITH
A Professional Corporation

By: _____
RONALD RUS
Attorneys for SunCal Management, LLC

**"EXHIBIT 1"**

1  Richard M. Pachulski (CA Bar No. 90073)
   Dean A. Ziehl (CA Bar No. 84529)
2  Robert B. Orgel (CA Bar No. 101875)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Boulevard, Suite 1100
   Los Angeles, California 90067
4  Telephone: (310) 277-6910
   Facsimile: (310) 201-0760

5  Edward Soto (admitted *pro hac vice*)
   Alfredo R. Perez (admitted *pro hac vice*)
6  WEIL, GOTSHAL & MANGES LLP
7  767 Fifth Avenue
   New York, NY 10153-0119
8  Telephone: (212) 310-8000
   Facsimile: (212) 310-8007

9  Counsel for Lehman Commercial Paper Inc., Lehman ALI, Inc.
   Northlake Holdings, LLC and OVC Holdings, LLC

10 William N. Lobel (CA Bar No. 93202)
11 Mike D. Neue (CA Bar No. 179303)
   THE LOBEL FIRM, LLP
12 840 Newport Center Drive, Suite 750
   Newport Beach, California 92660
13 Telephone: (949) 999-2860
   Facsimile: (949) 999-2870

14 General Insolvency Counsel for Steven M. Speier,
   the Chapter 11 Trustee for the Trustee Debtors

**FILED & ENTERED**

**AUG 24 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>Jointly Administered Debtors and<br>Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**ORDER GRANTING JOINT MOTION OF LEHMAN CREDITORS AND CHAPTER 11 TRUSTEE FOR: (A) APPROVAL OF STIPULATION OF** |

DOCS_NY:25029.2 52063-001

| | |
|---|---|
| ☐ Tesoro SF, LLC<br>☒ LB-L-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LB-L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance, LLC<br>☒ SunCal Oak Knoll, LLC | JULY 2011 BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY; AND (B) CLARIFICATION OF PRIOR FINANCING ORDERS<br><br>**Hearing:**<br>Date:  August 9, 2011<br>Time:  10:30 A.M.<br>Place:  Courtroom 5A |

On August 9, 2011 at 10:30 a.m. came on for hearing (the "Hearing") before this Court the motion [Docket No. 2410] (the "Motion") filed by Lehman ALI, Inc. ("Lehman ALI") and the chapter 11 trustee (the "Chapter 11 Trustee" and, together with Lehman ALI, the "Movants") on behalf of LB-L-SunCal Oak Valley, LLC, SunCal Heartland, LLC, LB-L-SunCal Northlake, LLC, SunCal Marblehead, LLC, SunCal PSV, LLC, Delta Coves Venture, LLC, SunCal Torrance, LLC, and SunCal Oak Knoll, LLC for: (a) approval of the *Stipulation of July 2011 By and Between Lehman ALI, Inc. and Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary* (the "July 2011 Financing Stipulation") [Docket No.2409]; and (b) clarification of certain prior orders approving prior financing stipulations by and between the Lehman Creditors and the Chapter 11 Trustee.

Having considered the Motion, the July 2011 Financing Stipulation, the *Declaration of Steven M. Speier*, dated July 19, 2011 [Docket No.2412], the *Request for Judicial Notice* and exhibits thereto [Docket No. 2411], the late-filed opposition [Docket No. 2445] (the "Opposition") to the Motion filed by SunCal Management, LLC, the reply [Docket No. 2463] (the "Reply")[1] to the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion, the July 2011 Financing Stipulation, or the Reply, as applicable.

1  Opposition filed by the Movants, the Declaration of F. Robert Brusco, dated August 2, 2011 [Docket
2  No. 2464], the files and records in this case, and the arguments of counsel made at the hearing on the
3  Motion; and having found that *In re MicroAge, Inc.*, 291 B.R. 503 (9th Cir. BAP 2002) is controlling
4  precedent applicable to the relief requested in the Motion; and for the reasons stated on the record in
5  the Court's ruling on the Motion on August 10, 2011,

6  **IT IS HEREBY ORDERED THAT:**

7  1.  The Opposition is overruled.

8  2.  The Motion is granted and the July 2011 Financing Stipulation is approved.

10  ###

DATED: August 24, 2011

*[signature: Erithe A. Smith]*
United States Bankruptcy Judge

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,
Debtor(s).

CHAPTER 11

CASE NUMBER 08-17206-ES

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER GRANTING JOINT MOTION OF LEHMAN CREDITORS AND CHAPTER 11 TRUSTEE FOR: (A) APPROVAL OF STIPULATION OF JULY 2011 BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY; AND (B) CLARIFICATION OF PRIOR FINANCING ORDERS* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **August 12, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 12, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 12, 2011 | Melisa DesJardien | /s/ Melisa DesJardien |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                   F 9013-3.1 PROOF SERVICE

| In re: | | CHAPTER 11 |
|---|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | | |
| | Debtor(s). | CASE NUMBER 08-17206-ES |

## II. SERVED BY U.S. MAIL

## III. SERVED BY E-MAIL

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J. Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(3) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(4) Ch. 11 Trustee:
    Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(5) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov
(6) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A. Lyman - klyman@irell.com
(7) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B. Meltzer - hmeltzer@wgllp.com
(8) Counsel for Joint Provisional Liquidators of Lehman RE Ltd
    Chauncey Cole – chauncey.cole@cwt.com
    Betty Shumener - betty.shumener@dlapiper.com
(9) Counsel for Bond Safeguard & Lexon
    Mark E. Aronson – mea@amclaw.com
    Mark J. Krone - mk@amclaw.com, crs@amclaw.com; amc@amclaw.com
(10) Counsel for Fenway Capital LLC
    John E Schreiber - jschreiber@dl.com
    Richard Reinthaler - rreinthaler@dl.com;
(11) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(12) Debtors (Palmdale Hills Property, LLC and related entities):
    Bruce Cook - bcook@suncal.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Mark McKane - mark.mckane@kirkland.com

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States Tstee and case Tstee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***ORDER GRANTING JOINT MOTION OF LEHMAN CREDITORS AND CHAPTER 11 TRUSTEE FOR: (A) APPROVAL OF STIPULATION OF JULY 2011 BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SENIOR SECURED SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY; AND (B) CLARIFICATION OF PRIOR FINANCING ORDERS*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 12, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Palmdale Hills Property, LLC (and its related entities)
2392 Morse Ave.
Irvine, CA 92614

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9021-1.1 NOTICE ENTERED ORDER

## I. SERVED BY NEF
### 8:08-bk-17206-ES Notice will be electronically mailed to:

Selia M Acevedo for Atty Miller Barondess LLP
   sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
Joseph M Adams for Def The City of San Juan Capistrano
   jadams@sycr.com
Raymond H Aver for Debtor Palmdale Hills Property, LLC
   ray@averlaw.com
James C Bastian for Cred ARB, Inc.
   jbastian@shbllp.com
Thomas Scott Belden for Def Zim Ind, Inc. dba Bakersfield Well
   sbelden@kleinlaw.com, ecf@kleinlaw.com
John A Boyd for Int Pty Oliphant Golf Inc
   fednotice@tclaw.net
Mark Bradshaw for Int Pty Courtesy NEF
   mbradshaw@shbllp.com
Gustavo E Bravo for Cred Oliphant Golf, Inc.
   gbravo@smaha.com
Jeffrey W Broker for Cred Bond Safeguard Ins Co
   jbroker@brokerlaw.biz
Brendt C Butler for Cred EMR Residential Properties LLC
   BButler@mandersonllp.com
Andrew W Caine for Cred Lehman ALI, Inc.
   acaine@pszyjw.com
Carollynn Callari for Cred Danske Bank A/S London Branch
   ccallari@venable.com
Cathrine M Castaldi for Cred SunCal Management, LLC
   ccastaldi@rusmiliband.com
Tara Castro Narayanan for Int Pty Courtesy NEF
   tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
Dan E Chambers for Cred EMR Residential Properties LLC
   dchambers@jmbm.com
Shirley Cho for Cred Lehman ALI, Inc.
   scho@pszjlaw.com
Vonn Christenson for Int Pty Courtesy NEF
   vrc@paynefears.com
Brendan P Collins for Cred Gray1 CPB, LLC
   bpcollins@bhfs.com
Vincent M Coscino for Petitioning Cred CST Environmental Inc
   vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
Paul J Couchot for Cred SCC Acquisitions, Inc.
   pcouchot@winthropcouchot.com,
   pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
Jonathan S Dabbieri for Int Pty Courtesy NEF
   dabbieri@sullivan.com,
   hill@sullivanhill.com;mcallister@sullivanhill.com;
   stein@sullivanhill.com;vidovich@sullivanhill.com
Ana Damonte for Cred Top Grade Construction, Inc.
   ana.damonte@pillsburylaw.com
Vanessa S Davila for Cred Bond Safeguard Ins Co
   vsd@amclaw.com
Melissa Davis for Cred City of Orange
   mdavis@shbllp.com
Daniel Denny for Int Pty Courtesy NEF
   ddenny@gibsondunn.com
Caroline Djang for Cred Lehman ALI, Inc.
   crd@jmbm.com
Donald T Dunning for Cred Hertz Equipment Rental Corp
   ddunning@dunningLaw.com
Meredith R Edelman on behalf of Interested Party Courtesy NEF
   meredith.edelman@dlapiper.com
Joseph A Eisenberg for Cred Lehman ALI, Inc.
   jae@jmbm.com
Lei Lei Wang Ekvall for Atty Weiland Golden Smiley
   lekvall@wgllp.com

Richard W Esterkin for Debtor Palmdale Hills Property, LLC
   resterkin@morganlewis.com
Marc C Forsythe for Atty Robert Goe
   kmurphy@goeforlaw.com
Alan J Friedman for Atty Irell & Manella LLP
   afriedman@irell.com
Steven M Garber for Cred Park West Landscape, Inc
   steve@smgarberlaw.com
Christian J Gascou for 3rd Party Pltf Arch Ins Co
   cgascou@gascouhopkins.com
Barry S Glaser for Cred County of Los Angeles
   bglaser@swjlaw.com
Robert P Goe for Atty Robert Goe
   kmurphy@goeforlaw.com,
   rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Eric D Goldberg for Int Pty Courtesy NEF
   egoldberg@stutman.com
Richard H Golubow for Debtor Palmdale Hills Property, LLC
   rgolubow@winthropcouchot.com, pj@winthropcouchot.com
Michael J Gomez for Int Pty Central Pacific Bank
   mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Kelly C Griffith for Cred Bond Safeguard Ins Co
   hkemail@harrisbeach.com
Matthew Grimshaw for Int Pty City Of Torrance
   mgrimshaw@rutan.com
Kavita Gupta for Debtor Palmdale Hills Property, LLC
   kgupta@winthropcouchot.com
Asa S Hami for Debtor Palmdale Hills Property, LLC
   ahami@morganlewis.com
Michael J Hauser for U.S. Trustee United States Trustee (SA)
   michael.hauser@usdoj.gov
D Edward Hays for Cred Villa San Clemente, LLC
   ehays@marshackhays.com
Michael C Heinrichs for Int Pty Courtesy NEF
   mheinrichs@omm.com
Harry D. Hochman for Cred Lehman ALI, Inc.
   hhochman@pszjlaw.com, hhochman@pszjlaw.com
Jonathan M Hoff for 3rd Party Pltf Lehman RE Ltd
   jonathan.hoff@cwt.com
Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
   nhotchkiss@trainorfairbrook.com
Michelle Hribar for Pltf EMR Residential Properties LLC
   mhribar@rutan.com
John J Immordino for Cred Arch Ins Co.
   john.immordino@wilsonelser.com,
   raquel.burgess@wilsonelser.com
Lawrence A Jacobson for Cred BKF Engineers
   laj@cohenandjacobson.com
Michael J Joyce for Int Pty Courtesy NEF
   mjoyce@crosslaw.com
Stephen M Judson for Pet. Cred The Professional Tree
   sjudson@fablaw.com
Kaleb L Judy for Def Zim Ind, Inc. dba Bakersfield Well
   ecf@kleinlaw.com, kjudy@kleinlaw.com
Steven J Kahn for Cred Lehman ALI, Inc.
   skahn@pszyjw.com
Sheri Kanesaka for Cred California Bank & Trust
   sheri.kanesaka@bryancave.com
David I Katzen for Int Pty Bethel Island Muni Imp District
   katzen@ksfirm.com
Christopher W Keegan for Cred SC Master Holdings II LLC
   ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;
   alevin@kirkland.com
Payam Khodadadi for Debtor Palmdale Hills Property, LLC
   pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
Irene L Kiet for Cred BNB Engineering, Inc.
   ikiet@hkclaw.com

Claude F Kolm for Cred County of Alameda Tax Collector
claude.kolm@acgov.org
Mark J Krone for Cred Bond Safeguard Ins Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
David B Lally for Def Contracting Engineers, Inc.
davidlallylaw@gmail.com
Leib M Lerner for Cred Steiny and Co, Inc.
leib.lerner@alston.com
Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com
Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com
Kerri A Lyman for Atty Irell & Manella LLP
klyman@irell.com
Mariam S Marshall for Cred RGA Environmental, Inc.
mmarshall@marshallramoslaw.com
Robert C Martinez for Cred TC Construction Co, Inc
rmartinez@mclex.com
Michael D May for Cred R.J. Noble Co.
mdmayesq@verizon.net
Hutchison B Meltzer for Cred Com Holding Unsecured Claims
hmeltzer@wgllp.com
Krikor J Meshefejian for Int Pty Courtesy NEF
kjm@lnbrb.com
Joel S. Miliband for Cred RBF CONSULTING
jmiliband@rusmiliband.com
James M Miller for Atty Miller Barondess LLP
jmiller@millerbarondess.com, vgunderson@millerbarondess.com;
smiller@millerbarondess.com; mpritikin@millerbarondess.com
Louis R Miller for Pltf Palmdale Hills Property, LLC
smiller@millerbarondess.com
Craig Millet for Int Pty Doug Champion
cmillet@gibsondunn.com,
pcrawford@gibsondunn.com;cmillet@gibsondunn.com
Randall P Mroczynski for Def Bob McGrann Construction, Inc.
randym@cookseylaw.com
Mike D Neue for Atty The Lobel Firm, LLP
mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;
pnelson@thelobelfirm.com
Robert Nida for Cred Kirk Negrete, Inc
Rnida@castlelawoffice.com
Henry H Oh for 3rd Party Pltf Lehman RE Ltd
henry.oh@dlapiper.com, janet.curley@dlapiper.com
Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com
Scott H Olson for Cred Bethel Island Muni Improvement District
solson@seyfarth.com
Robert B Orgel for Cred Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com
Malhar S Pagay for Cred Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com
Ernie Zachary Park for Int Pty Newcomm
ernie.park@bewleylaw.com
Daryl G Parker for Cred Lehman ALI, Inc.
dparker@pszjlaw.com
Penelope Parmes for Cred EMR Residential Properties LLC
pparmes@rutan.com
Robert J Pfister on behalf of Int Pty Courtesy NEF
rpfister@kthslaw.com
Ronald B Pierce for Cred Griffith Co
ronald.pierce@sdma.com
Katherine C Piper for Int Pty New Anaverde LLC
kpiper@steptoe.com, smcloughlin@steptoe.com
Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net
James S Riley for Cred Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com

Debra Riley for Int Pty City of Palmdale
driley@allenmatkins.com
Todd C. Ringstad for Int Pty Courtesy NEF
becky@ringstadlaw.com
R Grace Rodriguez for Def O&B Equipment, Inc.
ecf@lorgr.com
Martha E Romero for Cred California Taxing Authorities
Romero@mromerolawfirm.com
Ronald Rus for Cred SunCal Management, LLC
rrus@rusmiliband.com
John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
jschafer@mandersonllp.com
John E Schreiber for Def Fenway Capital, LLC
jschreiber@dl.com
William D Schuster for Cred HD Supply Construction Supply LTD
bills@allieschuster.org
Christopher P Simon for Int Pty Courtesy NEF
csimon@crosslaw.com
Gerald N Sims for Int Pty Courtesy NEF
jerrys@psdslaw.com, bonniec@psdslaw.com
Wendy W Smith for Cred Castaic Union School District
wendy@bindermalter.com
Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com
Steven M Speier for Trustee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com
Michael St James for Cred MBH Architects, Inc.
ecf@stjames-law.com
Michael K Sugar for Off Committee of Unsecured Creds
msugar@irell.com
Cathy Ta for Def Hi-Grade Material Co.
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;
Kenneth.Burgess@bbklaw.com
David A Tilem for Def Southland Pipe Corp
davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;
dianachau@tilemlaw.com;kmishigian@tilemlaw.com
James E Till for Trustee Steven Speier (TR)
jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;
pnelson@thelobelfirm.com
United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov
Carol G Unruh for Cred Scott E. McDaniel
cgunruh@sbcglobal.net
Annie Verdries for Cred WEC Corp
verdries@lbbslaw.com
Jason Wallach for Def Professional Pipeline Contractors, Inc.
jwallach@gladstonemichel.com
Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
kim.johnson@kattenlaw.com
Benjamin M Weiss for Cred Regal Development LLC
bweiss@lansingcompanies.com
Marc J Winthrop for Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
David M Wiseblood for Cred Bethel Island Muni Imp District
dwiseblood@seyfarth.com
Brett K Wiseman for Cred JF Shea Construction Inc
bwiseman@aalaws.com
Dean A Ziehl for Counter-Def LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com
Marc A. Zimmerman for Cred Life Church of God in Christ
joshuasdaddy@att.net

**III. TO BE SERVED BY *LODGING PARTY* BY E-MAIL**

---------------------------------------------
**From:** cmecfhelpdesk@cacb.uscourts.gov[SMTP:CMECFHELPDESK@CACB.USCOURTS.GOV]
**Sent:** Wednesday, August 24, 2011 6:05:15 PM
**To:** Courtmail@cacb.uscourts.gov
**Subject:** 8:08-bk-17206-ES Order on Generic Motion
**Auto forwarded by a Rule**


***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## Central District Of California

Notice of Electronic Filing

The following transaction was received from Daniels, Sally entered on 08/24/2011 at 5:48 PM PDT and filed on 08/24/2011

**Case Name:**    Palmdale Hills Property, LLC
**Case Number:**    8:08-bk-17206-ES
**Document Number:** 2604

**Docket Text:**
Order Granting Joint Motion of Lehman Creditors and Chapter 11 Trustee for: (A) Approval of Stipulation of July 2011 by and between Lehman Ali, Inc and Chapter 11 Trustee, Pursuant to 11 USC Sections 362, 363, 364, and 507, (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary; and (B) Clarification of Prior Financing Orders (Related Doc # [2410]) Signed on 8/24/2011 (Daniels, Sally)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** /data/docs1/ECF/ADI/cacb_live/realtime/documents/44ad6ee8-9a2b-4158-aa9e-7ea5f4a06a69.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=08/24/2011] [FileNumber=48612148-0]
[0473040c6c855487d76de181d3dc4bccee7b00a825542d4b35151151f231a989a0459d36196717551f845c6a74353689

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Von Karman Towers, Seventh Floor, 2211 Michelson Drive, Irvine, California 92612

A true and correct copy of the foregoing document described as <u>NOTICE OF APPEAL RE: ORDER GRANTING JOINT MOTION OF LEHMAN CREDITORS AND CHAPTER 11 TRUSTEE FOR: (A) APPROVAL OF STIPULATION OF JULY 2011 BY AND BETWEEN LEHMAN ALI, INC. AND CHAPTER 11 TRUSTEE, PURSUANT TO 11 U.S.C. §§ 362, 363, 364, AND 507, (1) APPROVING SUPERPRIORITY POSTPETITION FINANCING, (2) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, AND (3) MODIFYING AUTOMATIC STAY TO THE EXTENT NECESSARY; AND (B) CLARIFICATION OF PRIOR FINANCING ORDERS</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>September 6, 2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                                                                    **F 9013-3.1**

- Caroline Djang    crd@jmbm.com
- Caroline Djang    cdjang@rutan.com
- Donald T Dunning    ddunning@dunningLaw.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Don Fisher    dfisher@ptwww.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;alevin@kirkland.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@marshackhays.com
- Charles Liu    cliu@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

- Kerri A Lyman   klyman@irell.com
- Mariam S Marshall   mmarshall@marshallramoslaw.com
- Robert C Martinez   rmartinez@mclex.com
- Michael D May   mdmayesq@verizon.net
- Hutchison B Meltzer   hmeltzer@wgllp.com
- Krikor J Meshefejian   kjm@lnbrb.com
- Joel S. Miliband   jmiliband@rusmiliband.com
- James M Miller   jmiller@millerbarondess.com, vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller   smiller@millerbarondess.com
- Craig Millet   cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski   randym@cookseylaw.com
- Mike D Neue   mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida   Rnida@castlelawoffice.com
- Henry H Oh   henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe   sokeefe@okeefelc.com
- Scott H Olson   solson@seyfarth.com
- Robert B Orgel   rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay   mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park   ernie.park@bewleylaw.com
- Daryl G Parker   dparker@pszjlaw.com
- Penelope Parmes   pparmes@rutan.com
- Robert J Pfister   rpfister@ktbslaw.com
- Ronald B Pierce   ronald.pierce@sdma.com
- Katherine C Piper   kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey   cmartin@pprlaw.net
- Debra Riley   driley@allenmatkins.com
- James S Riley   tgarza@sierrafunds.com
- Todd C. Ringstad   becky@ringstadlaw.com
- R Grace Rodriguez   ecf@lorgr.com
- Martha E Romero   Romero@mromerolawfirm.com
- Ronald Rus   rrus@rusmiliband.com
- John P Schafer   jschafer@mandersonllp.com
- John E Schreiber   jschreiber@dl.com
- William D Schuster   bills@allieschuster.org
- Christopher P Simon   csimon@crosslaw.com
- Gerald N Sims   jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith   wendy@bindermalter.com
- Steven M Speier   Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)   Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James   ecf@stjames-law.com
- Michael K Sugar   msugar@irell.com
- Cathy Ta   cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem   davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till   jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                           **F 9013-3.1**

- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On September 6, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chauncey D. Cole IV
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Betty Shumener
DLA Piper
DLA Piper Rudnick Gray Cary US LLP
550 S Hope St #2300
Los Angeles, CA 90071

Edward Soto
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on September 6, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Bin outside of Room 5097
411 W. Fourth Street
Santa Ana, CA 92701-4593

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 6, 2011 | Teresa Langford | *signature* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**