Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Edward Soto (admitted *pro hac vice*)
Alfredo R. Perez (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Facsimile: (305) 374-7159

Counsel for Lehman Commercial Paper Inc., Lehman ALI, Inc., Northlake Holdings, LLC and OVC Holdings, LLC

William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, California 92660
Telephone: (949) 999-2860
Facsimile: (949) 999-2870

General Insolvency Counsel for Steven M. Speier, the Chapter 11 Trustee for the Trustee Debtors

**FILED & ENTERED**

**SEP 14 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Duarte **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br><br>Jointly Administered Debtors and Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**ORDER ON STIPULATION REGARDING SCHEDULING OF HEARING ON (I) THE OBJECTION** |

DOCS_SF:78122.1 52063-001

|   |   |
|---|---|
| ☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC<br>☐ LB-L-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LB-L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☐ SunCal PSV, LLC<br>☐ Delta Coves Venture, LLC<br>☐ SunCal Torrance, LLC<br>☐ SunCal Oak Knoll, LLC | **TO CLAIM OF VILLA SAN CLEMENTE (CLAIM NO. 27) AND (II) THE MOTION FOR RELIEF OF THE AUTOMATIC STAY FILED BY VILLA SAN CLEMENTE**<br><br>**Cont'd Hearing Date:**<br>Date: **November 15, 2011**<br>Time: 10:30 a.m.<br>Place: 411 West Fourth Street<br>        Santa Ana, CA 92701-4593<br>        Courtroom 5A |

Having considered the *Stipulation Regarding Scheduling of Hearing On (I) The Objection to Claim of Villa San Clemente (Claim No. 27) and (II) The Motion for Relief From The Automatic Stay Filed by Villa San Clemente* [Docket No. 2700], submitted by Steven M. Speier, the Chapter 11 Trustee for the Trustee Debtors and Lehman ALI, Inc., on the one hand, and and Villa San Clemente, LLC, on the other hand, for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The hearing on the Claim Objection and Stay Motion shall be adjourned to **November 15, 2011 at 10:30 a.m.**

2. Any response or objection to the Claim Objection shall be filed on or before **November 1, 2011**.

3. Any response or objection to the Stay Motion shall be filed on or before **November 1, 2011**.

4. Any reply to a response or objection to the Claim Objection shall be filed on or before **November 8, 2011**.

5. Any reply to a response or objection to the Stay Motion shall be filed on or before **November 8, 2011**.

DOCS_SF:78122.1 52063-001            2

6. Notwithstanding section 362(e)(1) of the Bankruptcy Code, the automatic stay extant under section 362(a) of the Bankruptcy Code shall remain in place through the entry of an order by the Court adjudicating the Stay Motion.

# # #

DATED: September 14, 2011



United States Bankruptcy Judge

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | |
| Debtor(s). | CASE NUMBER 08-17206-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER ON STIPULATION REGARDING SCHEDULING OF HEARING ON (I) THE OBJECTION TO CLAIM OF VILLA SAN CLEMENTE (CLAIM NO. 27) AND (II) THE MOTION FOR RELIEF OF THE AUTOMATIC STAY FILED BY VILLA SAN CLEMENTE* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  **September 8, 2011**   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY [Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and
United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **September 8, 2011**   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 8, 2011 | Melisa DesJardien | /s/ *Melisa DesJardien* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                                                     F 9013-3.1 PROOF SERVICE

| In re: | CHAPTER 11 |
|---|---|
| PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS, | |
| Debtor(s). | CASE NUMBER 08-17206-ES |

**II. SERVED BY U.S. MAIL**

**III. SERVED BY E-MAIL**

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J. Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(3) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(4) Ch. 11 Trustee:
    Steven N. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(5) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov
(6) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A. Lyman - klyman@irell.com
(7) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B. Meltzer - hmeltzer@wgllp.com
(8) Counsel for Joint Provisional Liquidators of Lehman RE Ltd
    Chauncey Cole – chauncey.cole@cwt.com
    Betty Shumener - betty.shumener@dlapiper.com
(9) Counsel for Bond Safeguard & Lexon
    Mark E. Aronson – mea@amclaw.com
    Mark J. Krone - mk@amclaw.com, crs@amclaw.com; amc@amclaw.com
(10) Counsel for Fenway Capital LLC
    John E Schreiber - jschreiber@dl.com
    Richard Reinthaler - rreinthaler@dl.com;
(11) Counsel for SunCal Management:
    Ronald Rus – rrus@rusmiliband.com
(12) Debtors (Palmdale Hills Property, LLC and related entities):
    Bruce Cook - bcook@suncal.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com; lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Mark McKane - mark.mckane@kirkland.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                                     F 9013-3.1 PROOF SERVICE

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States Tstee and case Tstee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***ORDER ON STIPULATION REGARDING SCHEDULING OF HEARING ON (I) THE OBJECTION TO CLAIM OF VILLA SAN CLEMENTE (CLAIM NO. 27) AND (II) THE MOTION FOR RELIEF OF THE AUTOMATIC STAY FILED BY VILLA SAN CLEMENTE*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 8, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Palmdale Hills Property, LLC (and its related entities)
2392 Morse Ave.
Irvine, CA 92614

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                    F 9021-1.1 NOTICE ENTERED ORDER

## I. SERVED BY NEF

**8:08-bk-17206-ES Notice will be electronically mailed to:**

1. Selia M Acevedo for Atty Miller Barondess LLP
   sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
2. Joseph M Adams for Def The City of San Juan Capistrano
   jadams@sycr.com
3. Raymond H Aver for Debtor Palmdale Hills Property, LLC
   ray@averlaw.com
4. James C Bastian for Cred ARB, Inc.
   jbastian@shbllp.com
5. Thomas Scott Belden for Def Zim Industries, Inc. dba Bakersfield Well & Pump
   sbelden@kleinlaw.com, ecf@kleinlaw.com
6. John A Boyd for Int Pty Oliphant Golf Inc
   fednotice@tclaw.net
7. Mark Bradshaw for Int Pty Courtesy NEF
   mbradshaw@shbllp.com
8. Gustavo E Bravo for Cred Oliphant Golf, Inc.
   gbravo@smaha.com
9. Jeffrey W Broker for Cred Bond Safeguard Ins Co
   jbroker@brokerlaw.biz
10. Brendt C Butler for Cred EMR Residential Properties LLC
    BButler@mandersonllp.com
11. Andrew W Caine for Cred Lehman ALI, Inc.
    acaine@pszyjw.com
12. Carollynn Callari for Cred Danske Bank A/S London Branch
    ccallari@venable.com
13. Cathrine M Castaldi for Cred SunCal Management, LLC
    ccastaldi@rusmiliband.com
14. Tara Castro Narayanan for Int Pty Courtesy NEF
    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
15. Dan E Chambers for Cred EMR Residential Properties LLC
    dchambers@jmbm.com
16. Shirley Cho for Cred Lehman ALI, Inc.
    scho@pszjlaw.com
17. Vonn Christenson for Int Pty Courtesy NEF
    vrc@paynefears.com
18. Brendan P Collins for Cred Gray1 CPB, LLC
    bpcollins@bhfs.com
19. Vincent M Coscino for Petitioning Cred CST Environmental Inc
    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
20. Paul J Couchot for Cred SCC Acquisitions, Inc.
    pcouchot@winthropcouchot.com, pj@winthropcouchot.com; gcrumpacker@winthropcouchot.com
21. Geoffrey Crisp for Int Pty Courtesy NEF
    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
22. Jonathan S Dabbieri for Int Pty Courtesy NEF
    dabbieri@sullivan.com, hill@sullivanhill.com; mcallister@sullivanhill.com; stein@sullivanhill.com; vidovich@sullivanhill.com
23. Ana Damonte for Cred Top Grade Construction, Inc.
    ana.damonte@pillsburylaw.com
24. Vanessa S Davila for Cred Bond Safeguard Ins Co
    vsd@amclaw.com
25. Melissa Davis for Cred City of Orange
    mdavis@shbllp.com
26. Daniel Denny for Int Pty Courtesy NEF
    ddenny@gibsondunn.com
27. Caroline Djang for Cred Lehman ALI, Inc.
    crd@jmbm.com
28. Caroline Djang for Cred City of San Clemente
    cdjang@rutan.com
29. Donald T Dunning for Cred Hertz Equipment Rental Corp
    ddunning@dunningLaw.com
30. Meredith R Edelman on behalf of Interested Party Courtesy NEF
    meredith.edelman@dlapiper.com
31. Joseph A Eisenberg for Cred Lehman ALI, Inc.
    jae@jmbm.com
32. Lei Lei Wang Ekvall for Atty Weiland Golden
    lekvall@wgllp.com
33. Richard W Esterkin for Debtor Palmdale Hills Property, LLC
    resterkin@morganlewis.com
34. Don Fisher for Cred Warmington Homes California
    dfisher@ptwww.com
35. Marc C Forsythe for Atty Robert Goe
    kmurphy@goeforlaw.com
36. Alan J Friedman for Atty Irell & Manella LLP
    afriedman@irell.com
37. Steven M Garber for Cred Park West Landscape, Inc
    steve@smgarberlaw.com
38. Christian J Gascou for 3rd Party Pltf Arch Ins Co
    cgascou@gascouhopkins.com
39. Barry S Glaser for Cred County of Los Angeles
    bglaser@swjlaw.com
40. Robert P Goe for Atty Robert Goe
    kmurphy@goeforlaw.com, rgoe@goeforlaw.com; mforsythe@goeforlaw.com
41. Eric D Goldberg for Int Pty Courtesy NEF
    egoldberg@stutman.com
42. Richard H Golubow for Debtor Palmdale Hills Property, LLC
    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
43. Michael J Gomez for Int Pty Central Pacific Bank
    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
44. Kelly C Griffith for Cred Bond Safeguard Ins Co
    bkemail@harrisbeach.com
45. Matthew Grimshaw for Int Pty City Of Torrance
    mgrimshaw@rutan.com
46. Kavita Gupta for Debtor Palmdale Hills Property, LLC
    kgupta@winthropcouchot.com
47. Asa S Hami for Debtor Palmdale Hills Property, LLC
    ahami@morganlewis.com
48. Michael J Hauser for U.S. Trustee United States Trustee (SA)
    michael.hauser@usdoj.gov
49. D Edward Hays for Cred Villa San Clemente, LLC
    ehays@marshackhays.com
50. Michael C Heinrichs for Int Pty Courtesy NEF
    mheinrichs@omm.com
51. Harry D. Hochman for Cred Lehman ALI, Inc.
    hhochman@pszjlaw.com, hhochman@pszjlaw.com
52. Jonathan M Hoff for 3rd Pty Pltf Jt Prov Liquidators of Lehman RE
    jonathan.hoff@cwt.com
53. Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
    nhotchkiss@trainorfairbrook.com
54. Michelle Hribar for Pltf EMR Residential Properties LLC
    mhribar@rutan.com
55. John J Immordino for Cred Arch Ins Co.
    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
56. Lawrence A Jacobson for Cred BKF Engineers
    laj@cohenandjacobson.com
57. Michael J Joyce for Int Pty Courtesy NEF
    mjoyce@crosslaw.com
58. Stephen M Judson for Pet Cred The Professional Tree Care Co
    sjudson@fablaw.com
59. Kaleb L Judy for Def Zim Industries, Inc. dba Bakersfield Well
    ecf@kleinlaw.com, kjudy@kleinlaw.com
60. Steven J Kahn for Cred Lehman ALI, Inc.
    skahn@pszyjw.com
61. Sheri Kanesaka for Cred California Bank & Trust
    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
62. David I Katzen for Int Pty Bethel Island Muni Imp District
    katzen@ksfirm.com
63. Christopher W Keegan for Cred SC Master Holdings II LLC
    ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com; alevin@kirkland.com
64. Payam Khodadadi for Debtor Palmdale Hills Property, LLC
    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                   F 9021-1.1 NOTICE ENTERED ORDER

65. Irene L Kiet for Cred BNB Engineering, Inc.
ikiet@hkclaw.com
66. Claude F Kolm for Cred County of Alameda Tax Collector
claude.kolm@acgov.org
67. Mark J Krone for Cred Bond Safeguard Ins Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
68. David B Lally for Def Contracting Engineers, Inc.
davidlallylaw@gmail.com
69. Leib M Lerner for Cred Steiny and Co, Inc.
leib.lerner@alston.com
70. Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com
71. Charles Liu for Cred Villa San Clemente, LLC
cliu@marshackhays.com
72. Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com
73. John W Lucas for Cred Lehman ALI, Inc., Lehman Commercial Paper Inc., OVC Holdings, LLC and Northlake Holdings, LLC
jlucas@pszjlaw.com
74. Kerri A Lyman for Atty Irell & Manella LLP
klyman@irell.com
75. Mariam S Marshall for Cred RGA Environmental, Inc.
mmarshall@marshallramoslaw.com
76. Robert C Martinez for Cred TC Construction Co, Inc
rmartinez@mclex.com
77. Michael D May for Cred R.J. Noble Co.
mdmayesq@verizon.net
78. Hutchison B Meltzer for Cred Com Holding Unsecured Claims
hmeltzer@wgllp.com
79. Krikor J Meshefejian for Int Pty Courtesy NEF
kjm@lnbrb.com
80. Joel S. Miliband for Cred RBF CONSULTING
jmiliband@rusmiliband.com
81. James M Miller for Atty Miller Barondess LLP
jmiller@millerbarondess.com, vgunderson@millerbarondess.com; smiller@millerbarondess.com; mpritikin@millerbarondess.com
82. Louis R Miller for Pltf Palmdale Hills Property, LLC
smiller@millerbarondess.com
83. Craig Millet for Int Pty Doug Champion
cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
84. Randall P Mroczynski for Def Bob McGrann Construction, Inc.
randym@cookseylaw.com
85. Mike D Neue for Atty The Lobel Firm, LLP
mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
86. Robert Nida for Cred Kirk Negrete, Inc
Rnida@castlelawoffice.com
87. Henry H Oh for 3rd Pty Pltf Jt Prov Liquidators of Lehman RE
henry.oh@dlapiper.com, janet.curley@dlapiper.com
88. Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com
89. Scott H Olson for Cred Bethel Island Muni Improvement District
solson@seyfarth.com
90. Robert B Orgel for Cred Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com
91. Malhar S Pagay for Cred Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com
92. Ernie Zachary Park for Int Pty Newcomm
ernie.park@bewleylaw.com
93. Daryl G Parker for Cred Lehman ALI, Inc.
dparker@pszjlaw.com
94. Penelope Parmes for Cred EMR Residential Properties LLC
pparmes@rutan.com
95. Robert J Pfister on behalf of Int Pty Courtesy NEF
rpfister@ktbslaw.com
96. Ronald B Pierce for Cred Griffith Co
ronald.pierce@sdma.com
97. Katherine C Piper for Int Pty New Anaverde LLC
kpiper@steptoe.com, smcloughlin@steptoe.com
98. Cassandra J Richey for Cred Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net
99. James S Riley for Cred Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com
100. Debra Riley for Int Pty City of Palmdale
driley@allenmatkins.com
101. Todd C. Ringstad for Int Pty Courtesy NEF
becky@ringstadlaw.com
102. R Grace Rodriguez for Def O&B Equipment, Inc.
ecf@lorgr.com
103. Martha E Romero for Cred California Taxing Authorities
Romero@mromerolawfirm.com
104. Ronald Rus for Cred SCC Acquisitions, Inc.
rrus@rusmiliband.com
105. John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
jschafer@mandersonllp.com
106. John E Schreiber for Def Fenway Capital, LLC
jschreiber@dl.com
107. William D Schuster for Cred HD Supply Construction Supply LTD
bills@allieschuster.org
108. Christopher P Simon for Int Pty Courtesy NEF
csimon@crosslaw.com
109. Gerald N Sims for Cred Chicago Title Insurance Company
jerrys@psdslaw.com, bonniec@psdslaw.com
110. Wendy W Smith for Cred Castaic Union School District
wendy@bindermalter.com
111. Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com
112. Steven M Speier for Trustee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com
113. Michael St James for Cred MBH Architects, Inc.
ecf@stjames-law.com
114. Michael K Sugar for Off Committee of Unsecured Creds
msugar@irell.com
115. Cathy Ta for Def Hi-Grade Material Co.
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com; Kenneth.Burgess@bbklaw.com
116. David A Tilem for Def Southland Pipe Corp
davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; dianachau@tilemlaw.com;kmishigian@tilemlaw.com
117. James E Till for Trustee Steven Speier (TR)
jtill@thelobelfirm.com, jmattiace@thelobelfirm.com; pnelson@thelobelfirm.com
118. United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov
119. Carol G Unruh for Cred Scott E. McDaniel
cgunruh@sbcglobal.net
120. Annie Verdries for Cred WEC Corp
verdries@lbbslaw.com
121. Jason Wallach for Def Professional Pipeline Contractors, Inc.
jwallach@gladstonemichel.com
122. Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
kim.johnson@kattenlaw.com
123. Marc J Winthrop for Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
124. David M Wiseblood for Cred Bethel Island Muni Imp District
dwiseblood@seyfarth.com
125. Brett K Wiseman for Cred JF Shea Construction Inc
bwiseman@aalaws.com
126. Dean A Ziehl for Counter-Def LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com
127. Marc A. Zimmerman for Cred Life Church of God in Christ
joshuasdaddy@att.net

**III.** ***TO BE*** **SERVED BY** ***LODGING PARTY*** **BY E-MAIL**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                      F 9021-1.1 NOTICE ENTERED ORDER