1  Richard M. Pachulski (CA Bar No. 90073)
   Dean A. Ziehl (CA Bar No. 84529)
2  Robert B. Orgel (CA Bar No. 101875)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California 90067-4100
4  Telephone: 310/277-6910 / Facsimile: 310/201-0760

5  Edward Soto (admitted *pro hac vice*)
   Alfredo R. Perez (admitted *pro hac vice*)
6  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
7  New York, NY 10153-0119
   Telephone: (212) 310-8000 / Facsimile: (212) 310-8007
8
   Attorneys for Lehman Commercial Paper Inc., Lehman
9  ALI, Inc., Northlake Holdings LLC and OVC Holdings
   LLC
10
   William N. Lobel (CA Bar No. 93202)
11 Mike D. Neue (CA Bar No. 179303)
   THE LOBEL FIRM, LLP
12 840 Newport Center Drive, Suite 750
   Newport Beach, California 92660
13 Telephone: (949) 999-2860 / Facsimile: (949) 999-2870

14 General Insolvency Counsel for Steven M. Speier,
   the Chapter 11 Trustee for the Trustee Debtors

15                    UNITED STATES BANKRUPTCY COURT
                      CENTRAL DISTRICT OF CALIFORNIA
16                              SANTA ANA DIVISION
17

| In re: | Case No.: 8:08-bk-17206-ES |
|---|---|
| Palmdale Hills Property, LLC, and Its Related Debtors, Jointly Administered Debtors and Debtors-In-Possession. | Jointly Administered Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES |
| Affects:<br>☐ All Debtors<br>☒ Palmdale Hills Property, LLC<br>☒ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☒ SunCal Johannson Ranch, LLC<br>☒ SunCal Summit Valley, LLC<br>☒ SunCal Emerald Meadows, LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☒ Seven Brothers, LLC<br>☒ SJD Partners, Ltd.<br>☒ SJD Development Corp.<br>☒ Kirby Estates, LLC<br>☒ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☒ SCC Communities, LLC | Chapter 11<br><br>CERTIFICATE OF SERVICE |

DOCS_LA:244626.1 52063-001

☒ North Orange Del Rio Land, LLC
☒ Tesoro SF, LLC
☒ LB-L-SunCal Oak Valley, LLC
☒ SunCal Heartland, LLC
☒ LB-L-SunCal Northlake, LLC
☒ SunCal Marblehead, LLC
☒ SunCal Century City, LLC
☒ SunCal PSV, LLC
☒ Delta Coves Venture, LLC
☒ SunCal Torrance, LLC
☒ SunCal Oak Knoll, LLC

I, Michael Matteo, declare:

1. I am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California.

2. On September 8, 2011, I caused to be served the following document(s):

- *FIRST AMENDED DISCLOSURE STATEMENT WITH RESPECT TO THIRD AMENDED JOINT CHAPTER 11 PLAN FOR ELEVEN VOLUNTARY DEBTORS PROPOSED BY THE LEHMAN VD LENDERS*

- *THIRD AMENDED JOINT CHAPTER 11 PLAN FOR ELEVEN VOLUNTARY DEBTORS PROPOSED BY THE LEHMAN VD LENDERS*

- *ORDER (A) APPROVING PLAN SOLICITATION, NOTICE, AND VOTING PROCEDURES AND (B) ESTABLISHING DEADLINES IN CONNECTION WITH SOLICITATION AND CONFIRMATION WITH RESPECT TO ALL PENDING PLANS*

- *OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LETTER TO UNSECURED CREDITORS OF VOLUNTARY DEBTORS RE PLAN VOTE*

- *NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, (III) SUMMARY OF PLAN TREATMENT, AND (IV) DEADLINES AND PROCEDURES IN CONNECTION WITH CONFIRMATION OF THE PLAN (WITH RESPECT TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN FOR ELEVEN VOLUNTARY DEBTORS PROPOSED BY THE LEHMAN VD LENDERS)*

in this action:

☐ via Federal Express by placing a true and correct copy of said document(s) in sealed envelopes;

☒ by facsimile machine and/or e-mail transmissions to those parties listed with fax numbers and/or email addresses *as indicated below*; and/or

☐ telephonically to those parties listed with phone numbers as indicated below in accordance with the Order.

(1) Joyce Stanford Dale – vernd@att.net (Co-Trustee of the Marie B Stanford Estate).

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on September 16, 2011, at Los Angeles, California.

> /s/ *Michael Matteo*
> Michael Matteo

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067

A true and correct copy of the foregoing documents described as **CERTIFICATE OF SERVICE RE (1) FIRST AMENDED DISCLOSURE STATEMENT WITH RESPECT TO THIRD AMENDED JOINT CHAPTER 11 PLAN FOR ELEVEN VOLUNTARY DEBTORS PROPOSED BY THE LEHMAN VD LENDERS; (2) THIRD AMENDED JOINT CHAPTER 11 PLAN FOR ELEVEN VOLUNTARY DEBTORS PROPOSED BY THE LEHMAN VD LENDERS; (3) ORDER (A) APPROVING PLAN SOLICITATION, NOTICE, AND VOTING PROCEDURES AND (B) ESTABLISHING DEADLINES IN CONNECTION WITH SOLICITATION AND CONFIRMATION WITH RESPECT TO ALL PENDING PLANS; (4) OFFICIAL COMMITTEE OF UNSECURED CREDITORS' LETTER TO UNSECURED CREDITORS OF VOLUNTARY DEBTORS RE PLAN VOTE; AND (5)  NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) HEARING TO CONSIDER CONFIRMATION OF THE PLAN, (III) SUMMARY OF PLAN TREATMENT, AND (IV) DEADLINES AND PROCEDURES IN CONNECTION WITH CONFIRMATION OF THE PLAN (WITH RESPECT TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN FOR ELEVEN VOLUNTARY DEBTORS PROPOSED BY THE LEHMAN VD LENDERS)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *September 16, 2011*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **September 16, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *September 8, 2011,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010         **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:244626.1 52063-001

**Served Via Email**
Joyce Stanford Dale – <u>vernd@att.net</u> (Co-Trustee of the Marie B Stanford Estate)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 16, 2011 | Michael Matteo | /s/ Michael Matteo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:244626.1 52063-001

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**8:08-bk-17206-ES Notice will be electronically mailed to:**

Selia M Acevedo on behalf of Attorney Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

Joseph M Adams on behalf of Defendant The City of San Juan Capistrano
jadams@sycr.com

Raymond H Aver on behalf of Debtor Palmdale Hills Property, LLC
ray@averlaw.com

James C Bastian on behalf of Creditor ARB, Inc.
jbastian@shbllp.com

Thomas Scott Belden on behalf of Defendant Zim Industries, Inc. dba Bakersfield Well & Pump
sbelden@kleinlaw.com, ecf@kleinlaw.com

John A Boyd on behalf of Interested Party Oliphant Golf Inc
fednotice@tclaw.net

Mark Bradshaw on behalf of Interested Party Courtesy NEF
mbradshaw@shbllp.com

Gustavo E Bravo on behalf of Creditor Oliphant Golf, Inc.
gbravo@smaha.com

Jeffrey W Broker on behalf of Creditor Bond Safeguard Insurance Co
jbroker@brokerlaw.biz

Brendt C Butler on behalf of Creditor EMR Residential Properties LLC
bbutler@mandersonllp.com

Andrew W Caine on behalf of Creditor Lehman ALI, Inc.
acaine@pszyjw.com

Carollynn Callari on behalf of Creditor Danske Bank A/S London Branch
ccallari@venable.com

Cathrine M Castaldi on behalf of Creditor SunCal Management, LLC
ccastaldi@rusmiliband.com

Tara Castro Narayanan on behalf of Interested Party Courtesy NEF
tara.narayanan@msrlegal.com, lisa.king@msrlegal.com

Dan E Chambers on behalf of Creditor EMR Residential Properties LLC
dchambers@jmbm.com

Shirley Cho on behalf of Creditor Lehman ALI, Inc.
scho@pszjlaw.com

Vonn Christenson on behalf of Interested Party Courtesy NEF
vrc@paynefears.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:244626.1 52063-001

Brendan P Collins on behalf of Creditor Gray1 CPB, LLC
bpcollins@bhfs.com

Vincent M Coscino on behalf of Petitioning Creditor CST Environmental Inc
vcoscino@allenmatkins.com, emurdoch@allenmatkins.com

Paul J Couchot on behalf of Creditor SCC Acquisitions, Inc.
pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com

Geoffrey Crisp on behalf of Interested Party Courtesy NEF
geoffrey@smgarberlaw.com, michelle@smgarberlaw.com

Jonathan S Dabbieri on behalf of Interested Party Courtesy NEF
dabbieri@sullivan.com,
hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com

Ana Damonte on behalf of Creditor Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

Vanessa S Davila on behalf of Creditor Bond Safeguard Insurance Co
vsd@amclaw.com

Melissa Davis on behalf of Creditor City of Orange
mdavis@shbllp.com

Daniel Denny on behalf of Interested Party Courtesy NEF
ddenny@gibsondunn.com

Caroline Djang on behalf of Creditor City of San Clemente
cdjang@rutan.com

Caroline Djang on behalf of Creditor Lehman ALI, Inc.
crd@jmbm.com

Donald T Dunning on behalf of Creditor Hertz Equipment Rental Corporation
ddunning@dunningLaw.com

Meredith R Edelman on behalf of Interested Party Courtesy NEF
meredith.edelman@dlapiper.com

Joseph A Eisenberg on behalf of Creditor Lehman ALI, Inc.
jae@jmbm.com

Lei Lei Wang Ekvall on behalf of Attorney Weiland Golden Smiley Wang Ekvall & Strok, LLP
lekvall@wgllp.com

Richard W Esterkin on behalf of Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

Don Fisher on behalf of Creditor Warmington Homes California
dfisher@ptwww.com

Marc C Forsythe on behalf of Attorney Robert Goe
kmurphy@goeforlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                    F 9013-3.1.PROOF.SERVICE
DOCS_LA:244626.1 52063-001

Alan J Friedman on behalf of Attorney Irell & Manella LLP
afriedman@irell.com

Steven M Garber on behalf of Creditor Park West Landscape, Inc
steve@smgarberlaw.com

Christian J Gascou on behalf of 3rd Party Plaintiff Arch Insurance Company
cgascou@gascouhopkins.com

Barry S Glaser on behalf of Creditor County of Los Angeles
bglaser@swjlaw.com

Robert P Goe on behalf of Attorney Robert Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com

Eric D Goldberg on behalf of Interested Party Courtesy NEF
egoldberg@stutman.com

Richard H Golubow on behalf of Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com

Michael J Gomez on behalf of Interested Party Central Pacific Bank
mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

Kelly C Griffith on behalf of Creditor Bond Safeguard Insurance Co
bkemail@harrisbeach.com

Matthew Grimshaw on behalf of Interested Party City Of Torrance
mgrimshaw@rutan.com

Kavita Gupta on behalf of Debtor Palmdale Hills Property, LLC
kgupta@winthropcouchot.com

Asa S Hami on behalf of Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

D Edward Hays on behalf of Creditor Lehman ALI, Inc.
ehays@marshackhays.com

Michael C Heinrichs on behalf of Interested Party Courtesy NEF
mheinrichs@omm.com

Harry D. Hochman on behalf of Creditor Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com

Jonathan M Hoff on behalf of 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com

Nancy Hotchkiss on behalf of Creditor Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:244626.1 52063-001

Michelle Hribar on behalf of Plaintiff EMR Residential Properties LLC
mhribar@rutan.com

John J Immordino on behalf of Creditor Arch Insurance Co.
john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com

Lawrence A Jacobson on behalf of Creditor BKF Engineers
laj@cohenandjacobson.com

Michael J Joyce on behalf of Interested Party Courtesy NEF
mjoyce@crosslaw.com

Stephen M Judson on behalf of Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com

Kaleb L Judy on behalf of Defendant Zim Industries, Inc. dba Bakersfield Well & Pump
ecf@kleinlaw.com, kjudy@kleinlaw.com

Steven J Kahn on behalf of Creditor Lehman ALI, Inc.
skahn@pszyjw.com

Sheri Kanesaka on behalf of Creditor California Bank & Trust
sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com

David I Katzen on behalf of Interested Party Bethel Island Municipal Improvement District
katzen@ksfirm.com

Christopher W Keegan on behalf of Creditor SC Master Holdings II LLC
ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;alevin@kirkland.com

Irene L Kiet on behalf of Creditor BNB Engineering, Inc.
ikiet@hkclaw.com

Claude F Kolm on behalf of Creditor County of Alameda Tax Collector
claude.kolm@acgov.org

Mark J Krone on behalf of Creditor Bond Safeguard Insurance Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com

David B Lally on behalf of Defendant Contracting Engineers, Inc.
davidlallylaw@gmail.com

Leib M Lerner on behalf of Creditor Steiny and Company, Inc.
leib.lerner@alston.com

Peter W Lianides on behalf of Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com

Charles Liu on behalf of Creditor Villa San Clemente, LLC
cliu@marshackhays.com

Charles Liu on behalf of Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE
DOCS_LA:244626.1 52063-001

John W Lucas on behalf of Creditor Lehman ALI, Inc., Lehman Commercial Paper Inc., OVC Holdings, LLC and Northlake Holdings, LLC
jlucas@pszjlaw.com

Kerri A Lyman on behalf of Attorney Irell & Manella LLP
klyman@irell.com

Mariam S Marshall on behalf of Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

Robert C Martinez on behalf of Creditor TC Construction Company, Inc
rmartinez@mclex.com

Michael D May on behalf of Creditor R.J. Noble Co.
mdmayesq@verizon.net

Hutchison B Meltzer on behalf of Creditor Committee Joint Committee of Creditors Holding Unsecured Claims
hmeltzer@wgllp.com

Krikor J Meshefejian on behalf of Interested Party Courtesy NEF
kjm@lnbrb.com

Joel S. Miliband on behalf of Creditor RBF CONSULTING
jmiliband@rusmiliband.com

James M Miller on behalf of Attorney Miller Barondess LLP
jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

Louis R Miller on behalf of Plaintiff Palmdale Hills Property, LLC
smiller@millerbarondess.com

Craig Millet on behalf of Interested Party Doug Champion
cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com

Randall P Mroczynski on behalf of Defendant Bob McGrann Construction, Inc.
randym@cookseylaw.com

Mike D Neue on behalf of Attorney The Lobel Firm, LLP
mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

Robert Nida on behalf of Creditor Kirk Negrete, Inc
Rnida@castlelawoffice.com

Henry H Oh on behalf of 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
henry.oh@dlapiper.com, janet.curley@dlapiper.com

Sean A Okeefe on behalf of Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

Scott H Olson on behalf of Creditor Bethel Island Municipal Improvement District
solson@seyfarth.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

DOCS_LA:244626.1 52063-001

Robert B Orgel on behalf of Creditor CA Verhagen Holdings
rorgel@pszjlaw.com, rorgel@pszjlaw.com

Malhar S Pagay on behalf of Creditor Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com

Ernie Zachary Park on behalf of Interested Party Newcomm
ernie.park@bewleylaw.com

Daryl G Parker on behalf of Creditor Lehman ALI, Inc.
dparker@pszjlaw.com

Penelope Parmes on behalf of Creditor EMR Residential Properties LLC
pparmes@rutan.com

Robert J Pfister on behalf of Interested Party Courtesy NEF
rpfister@ktbslaw.com

Ronald B Pierce on behalf of Creditor Griffith Company
ronald.pierce@sdma.com

Katherine C Piper on behalf of Interested Party New Anaverde LLC
kpiper@steptoe.com, smcloughlin@steptoe.com

Cassandra J Richey on behalf of Creditor Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net

James S Riley on behalf of Creditor Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com

Debra Riley on behalf of Interested Party City of Palmdale
driley@allenmatkins.com

Todd C. Ringstad on behalf of Interested Party Courtesy NEF
becky@ringstadlaw.com

R Grace Rodriguez on behalf of Defendant O&B Equipment, Inc.
ecf@lorgr.com

Martha E Romero on behalf of Creditor California Taxing Authorities
Romero@mromerolawfirm.com

Ronald Rus on behalf of Creditor SCC Acquisitions, Inc.
rrus@rusmiliband.com

John P Schafer on behalf of Creditor LB/L-DUC III Bethel Island, LLC
jschafer@mandersonllp.com

John E Schreiber on behalf of Defendant Fenway Capital, LLC
jschreiber@dl.com

William D Schuster on behalf of Creditor HD Supply Construction Supply LTD
bills@allieschuster.org

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                    F 9013-3.1.PROOF.SERVICE

DOCS_LA:244626.1 52063-001

Christopher P Simon on behalf of Interested Party Courtesy NEF
csimon@crosslaw.com

Gerald N Sims on behalf of Creditor Chicago Title Insurance Company
jerrys@psdslaw.com, bonniec@psdslaw.com

Wendy W Smith on behalf of Creditor Castaic Union School District
wendy@bindermalter.com

Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com

Steven M Speier on behalf of Trustee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com

Michael St James on behalf of Creditor MBH Architects, Inc.
ecf@stjames-law.com

Michael K Sugar on behalf of Creditor Committee Official Committee of Unsecured Creditors
msugar@irell.com

Cathy Ta on behalf of Defendant Hi-Grade Material Co.
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com

David A Tilem on behalf of Defendant Southland Pipe Corporation
davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com

James E Till on behalf of Trustee Steven Speier (TR)
jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Carol G Unruh on behalf of Creditor Scott E. McDaniel
cgunruh@sbcglobal.net

Annie Verdries on behalf of Creditor WEC Corporation
verdries@lbbslaw.com

Jason Wallach on behalf of Defendant Professional Pipeline Contractors, Inc.
jwallach@gladstonemichel.com

Joshua D Wayser on behalf of Other Professional D. E. Shaw & Co., L.P.
, kim.johnson@kattenlaw.com

Marc J Winthrop on behalf of Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

David M Wiseblood on behalf of Creditor Bethel Island Municipal Improvement District
dwiseblood@seyfarth.com

Brett K Wiseman on behalf of Creditor JF Shea Construction Inc
bwiseman@aalaws.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

DOCS_LA:244626.1 52063-001

Dean A Ziehl on behalf of Counter-Defendant LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com

Marc A. Zimmerman on behalf of Creditor Life Church of God in Christ
joshuasdaddy@att.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE
DOCS_LA:244626.1 52063-001