Christopher E. Ng, Esq., CSB # 216969
E-Mail: cng@gglts.com
**GIBBS, GIDEN, LOCHER, TURNER & SENET LLP**
1880 Century Park East, 12th Floor
Los Angeles, California 90067-1621
Telephone: (310) 552-3400
Facsimile: (310) 552-0805
(#1983.008)

Attorneys for Creditor AMEC EARTH & ENVIRONMENTAL, INC.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS,<br><br>Joint Administered Debtors and Debtors-in-Possession | Case No.: 8:08-bk-17206-ES<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES;  8:08-bk-17240-ES;<br>8:08-bk-17224-ES;  8:08-bk-17242-ES;<br>8:08-bk-17225-ES;  8:08-bk-17245-ES;<br>8:08-bk-17227-ES;  8:08-bk-17246-ES;<br>8:08-bk-17230-ES;  8:08-bk-17231-ES;<br>8:08-bk-17236-ES;  8:08-bk-17248-ES;<br>S:08-bk-17249-ES;  8:08-bk-17573-ES;<br>8:08-bk-17574-ES;  8:08-bk-17575-ES;<br>8:08-bk-17404-ES;  8:08-bk-17407-ES;<br>8:08-bk-17408-ES;  8:08-bk-17409-ES;<br>8:08-bk-17458-ES;  8:08-bk-17465-ES;<br>8:08-bk-17470-ES;  8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES |
| Affects:<br><br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☒ SJD Partners, Ltd.<br>☒ SJD Development Corp. | Chapter 11 Proceedings<br><br>**AMEC EARTH & ENVIRONMENTAL, INC.'S LIMITED OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN**<br><br><u>Confirmation Hearing:</u><br>Date:  October 24, 2011<br>Time:  9:30 a.m.<br>Place:  Courtroom 5A |

1

*AMEC'S LIMITED OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN*

1101945_1

1. ☐ Kirby Estates, LLC
2. ☐ SunCal Communities I, LLC
3. ☐ SunCal Communities III, LLC
4. ☐ SCC Communities LLC
5. ☐ North Orange Del Rio Land, LLC
6. ☐ Tesoro SF LLC
7. ☐ LBL-SunCal Oak Valley, LLC
8. ☐ SunCal Heartland, LLC
9. ☐ LBL-SunCal Northlake, LLC
10. ☐ SunCal Marblehead, LLC
11. ☐ SunCal Century City, LLC
12. ☐ SunCal PSV, LLC
13. ☐ Delta Coves Venture, LLC
14. ☐ SunCal Torrance, LLC
15. ☐ SunCal Oak Knoll, LLC

TO THE HONORABLE COURT, TO THE UNITED STATES TRUSTEE, TO THE DEBTORS' ATTORNEYS, AND TO ALL CREDITORS AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Creditor AMEC EARTH & ENVIRONMENTAL, INC ("AMEC"), hereby objects to and opposes confirmation of Debtor's Chapter 11 Plan, for the following reasons:

1. The Proposed Plan incorrectly classifies AMEC solely as a "Reliance Claimant" asserting a "Reliance Claim" in the sum of $66,668.04. Rather, as set forth in Claim #98-1 filed on March 30, 2009, AMEC's claim should be properly classified as a secured claim as of the date of the Chapter 11 filing in the principal sum of $171,392.13 ($195,576.53 with interest through November 7, 2008).

1      2.    Based on the foregoing, AMEC files this limited objection to confirmation of the Chapter 11 Plan filed with the Court.

DATED: September 16, 2011    Respectfully submitted,

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

By: _____
Christopher E. Ng, Esq.
Attorneys for Creditor,
AMEC Earth & Environmental, Inc.

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1880 Century Park East, 12th Floor, Los Angeles, California  90067

A true and correct copy of the foregoing document described as AMEC EARTH & ENVIRONMENTAL, INC. LIMITED OBHECVTION TO CONFIRMATION OF CHAPTER 12 PLAN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 19, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, ~~and/or with an overnight mail service~~ addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Counsel for Voluntary Debtors: Winthrop Couchot Professional Corporation, 660 Newport Center Drive, Fourth Floor, Newport Beach, CA  92660; Attn:  Paul J. Couchot ("Plan Proponents' Counsel");  SCC Acquisitions' Counsel: Rus Miliband & Smith P.C., 2211 Michelson Dr., Seventh Floor, Irvine, CA  92612, Attn: Ron Rus;

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 19, 2011    M. Esther Juarez            /s/ M. Esther Juarez
Date                  Type Name                   Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                F 9013-3.1.PROOF.SERVICE
                                                                           F901331

| In Re: | CASE NUMBER: |
|---|---|
| PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS, Joint Administered Debtors and Debtors-in-Possession | 8:08-bk-17206-ES |

ATTACHMENT TO PROOF OF SERVICE DOCUMENT Section II:

the Lehman VD Lenders: Pachulski Stang Ziehl & Jones LLP, 10100, Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067-4100, Attn: Richard M. Pachulski, Dean A. Ziehl and Robert B. Orgel and Weil, Gotshal & Manges, LLP, 1395 Brickell Avenue, Suite 1200, Miami, FL 33131, Attn: Edward Soto and counsel for Voluntary Debtors' Committee: Irel & Manella LLP, 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660, Attn: Alan J. Friedman and Kerri A. Lyman

| In Re: | CASE NUMBER: |
|---|---|
| PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS, Joint Administered Debtors and Debtors-in-Possession | 8:08-bk-17206-ES |

BK-9000