1

JEFFREY W. BROKER – State Bar No. 53226
BROKER & ASSOCIATES PROFESSIONAL CORPORATION

2

18191 Von Karman Avenue, Suite 470
Irvine, CA 92612-7114

3

Telephone: (949) 222-2000 * Facsimile: (949) 222-2022
email: *jbroker@brokerlaw.biz*

4

5

LEE E. WOODARD – pro hac vice
KELLY C. GRIFFITH – pro hac vice

6

HARRIS BEACH PLLC
One Park Place, 4th Floor
Syracuse, New York 13202

7

Telephone: (315) 423-7100 * Facsimile: (315) 422-9331
Email: *kgriffith@harrisbeach.com*

8

9

Attorneys for Creditors
BOND SAFEGUARD INSURANCE CO. and LEXON INSURANCE CO.

10

11

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

12

**SANTA ANA DIVISION**

13

In re

14

PALMDALE HILLS PROPERTY, LLC, and
ALL OF ITS RELATED DEBTORS,

15

Jointly Administered Debtors
and Debtors-in-Possession

16

17

Affects:

18

☐ All Debtors
☐ Palmdale Hills Property, LLC,

19

☐ SunCal Beaumont Heights, LLC
☐ SCC/Palmdale,

20

☐ SunCal Johannson Ranch, LLC
☐ SunCal Summit Valley, LLC

21

☐ SunCal Emerald Meadows LLC
☐ SunCal Bickford Ranch, LLC

22

☐ Acton Estates, LLC
☐ Seven Brothers LLC

23

☐ SJD Partners, Ltd.
☐ SJD Development Corp.

24

☐ Kirby Estates, LLC

25

☐ SunCal Communities I, LLC
☐ SunCal Communities III, LLC

26

☐ SCC Communities LLC
☐ North Orange Del Rio Land, LLC

27

☐ Tesoro SF, LLC

28

*Caption continued on next page*

Case No.  8:08-bk-17206-ES
Chapter 11 Proceedings

**OBJECTION OF BOND SAFEGUARD INSURANCE CO. AND LEXON INSURANCE CO. TO THIRD AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASE OF SUNCAL CENTURY CITY, LLC**

Date:           October 24, 2011
Time            9:30 a.m.
Ctrm:           5A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

☐ LBL-SunCal Oak Valley, LLC
☐ SunCal Heartland, LLC
☐ LBL-SunCal Northlake, LLC
☐ SunCal Marblehead, LLC
☑ SunCal Century City, LLC
☐ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

1    **TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY**

2    **JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; CREDITORS AND**

3    **PARTIES IN INTEREST:**

4    BOND SAFEGUARD INSURANCE CO. and LEXON INSURANCE CO. (respectively

5    "BSI" and "Lexon"; collectively, the "Claimants" or "Bond Safeguard"), hereby Object to the

6    Third Amended Chapter 11 Plan filed by SunCal Plan Proponents in the Chapter 11 Case of

7    SunCal Century City, LLC filed by the SunCal Plan Proponents in the Chapter 11 Case on

8    August 5, 2011, (the "Amended Plan"; ECF Docket No. 2490), and seek entry of an Order

9    denying confirmation of the Amended Plan.

10    WHEREFORE, Bond Safeguard respectfully requests that the Court enter an order granting

11    the foregoing relief and such other and further relief as the Court deems just and proper.

12    DATED: September 19, 2011

13    BROKER & ASSOCIATES

14    PROFESSIONAL CORPORATION
      -and-

15    HARRIS BEACH PLLC

16

17    By: _____
      Jeffrey W. Broker

18    Attorneys for Bond Safeguard Insurance Co.
      and Lexon Insurance Co.

19

20

21

22

23

24

25

26

27

28

**I.**

**SUMMARY OF ARGUMENTS**

Bond Safeguard, by and through its undersigned counsel, hereby submits this Objection to the Amended Plan on the basis that the Amended Plan fails to comply with 11 U.S.C. §1129 in that the Amended Plan does not treat Bond Safeguard's Claim and is not feasible, and respectfully states as follows:

**II.**

**FACTUAL BACKGROUND**

Bond Safeguard has set out the factual background on numerous occasions in this case, particularly in connection with the Objection (the "Bond Safeguard Initial Objection") of Bond Safeguard to the initial Disclosure Statements (the "Initial Disclosure Statements"). See Bond Safeguard Objection, Docket No. 2008 filed April 29, 2011. As such, Bond Safeguard will not reiterate the facts previously stated in the Bond Safeguard Initial Objection, which is incorporated herein by reference.

On or about June 20, 2011, the Voluntary Debtors and SCC Acquisitions, Inc., (collectively, the "Plan Proponents") filed eight Amended Disclosure Statements and eight accompanying Amended Chapter 11 Plans for each of the respective groups of debtors. A hearing to approve the Disclosure Statements was scheduled for July 22, 2011. An Order approving the Disclosure Statement was entered August 30, 2011 at Docket No. 2640. The Amended Plan has been set for confirmation from October 24, 2011 through October 28, 2011,

BSI and Lexon are sureties on certain surety bonds (the "Bonds") executed on behalf of certain of the Debtors. Additionally, BSI and Lexon are parties to a General Agreement of Indemnity (the "Indemnity Agreement") executed by, *inter alia*, SCC Acquisitions, Inc. and all subsidiaries and affiliates now owned and/or hereafter created, controlled, managed or acquired (the "Indemnitors") wherein the Indemnitors agreed to indemnify and hold BSI and Lexon harmless from every claim that Bond Safeguard may pay as a result of the Bonds.

235035 1484927.3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### III.

### OBJECTIONS TO THE AMENDED PLAN

The stated objective of the Amended Plan is the removal of the Chapter 11 Trustee and the transfer of the Debtor's assets to a Plan Trustee with the goal of liquidating all or most of the assets and a distribution of funds to the holders of Allowed Claims in accordance with the rights and priorities under the Bankruptcy Code. The Plan Proponents do not propose to provide any new equity or financing, and simply state that on "the Effective Date, the appointment of the Chapter 11 Trustee in the Debtor's Case shall terminate, and possession and control over all property within this estate shall pass to the Plan Trust." Amended Plan, ¶ 7.1, page 24, lines 11-13.

Notwithstanding the obvious lack of consideration that would be necessary to confirm the Amended Plan, it also does not treat Bond Safeguard's claim and is not feasible so that the Amended Plan cannot be confirmed.

A    **TREATMENT OF CLAIMS**

Indemnity Claims are not Treated Properly: The Amended Plan does not provide for payment of Bond Safeguard's Indemnity Claim. Bond Safeguard has filed a liquidated proof of claim in this case in excess of $11 million (the "Claim"). The Amended Plan must provide for *pro rata* payment of the Claim.

B    **FEASIBILITY**

The Amended Plan is not Feasible: The Plan Proponents do not provide any legal basis for taking possession and assuming control over all of the estate's assets. Indeed, it appears that a motivating factor in proposing the Amended Plan is to assume control over the funds currently held by the estate, while simultaneously determining whether to seek to disallow the Administrative Expense Claim filed by SCC Acquisitions and SunCal Management. To the extent the Administrative Expense Claim is successfully challenged, a significant payout could be made to the unsecured creditors. It is respectfully submitted however, given that the Plan Proponents are the holders of the Administrative Expense Claim, neither the Plan

1    Proponents nor a Trustee selected by the Plan Proponents, are the appropriate parties

2    to be determining whether to seek to disallow the Administrative Expense Claim.

3    **IV.**

4    **CONCLUSION**

5        The Amended Plan does not comply with the statutory requirements of 11 U.S.C. §1129 so

6    that the Amended Plan cannot be confirmed.  Accordingly, this Court should enter an Order: (i)

7    denying Confirmation of the Amended Plan; and (ii) granting such other and further relief as this

8    Court deems appropriate.

9

10   DATED:  September 19, 2011                BROKER & ASSOCIATES
                                              PROFESSIONAL CORPORATION
11
                                              -and-
12
                                              HARRIS BEACH PLLC
13
                                              By:
14
                                                  Jeffrey W. Broker
15                                                Attorneys for Bond Safeguard Insurance Co.
                                                  and Lexon Insurance Co.
16

17

18

19

20

21

22

23

24

25

26

27

28

| In re:<br>PALMDALE HILLS PROPERTY, LLC and ALL RELATED DEBTORS<br><div align="right">Debtors.</div> | CHAPTER  11<br><br>CASE NUMBER 8:08-bk-17206-ES |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 18191 Von Karman Avenue, Suite 470, Irvine, CA 92612.

A true and correct copy of the foregoing document described **OBJECTION OF BOND SAFEGUARD INSURANCE CO. AND LEXON INSURANCE CO. TO THIRD AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASE OF SUNCAL CENTURY CITY, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

<div align="right">☒  Service information continued on attached page</div>

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 19, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Hon. Erithe Smith, 411 West Fourth Street, Suite 5041, Santa Ana, CA 92701-4593 [VIA U.S. MAIL]
United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701-4593 [VIA U.S. MAIL]

<div align="right">☐  Service information continued on attached page</div>

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

<div align="right">☐  Service information continued on attached page</div>

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 19, 2011 | Barbara Jean Little-Raphael | |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

| In re:<br>PALMDALE HILLS PROPERTY, LLC and ALL RELATED DEBTORS<br><div align="right">Debtors.</div> | CHAPTER  11<br><br>CASE NUMBER 8:08-bk-17206-ES |
|---|---|

## I.  <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):</u>

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com,
  pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Jonathan S Dabbieri    dabbieri@sullivan.com,
  hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>PALMDALE HILLS PROPERTY, LLC and ALL RELATED DEBTORS | CHAPTER 11 |
|---|---|
| Debtors. | CASE NUMBER 8:08-bk-17206-ES |

- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@winthropcouchot.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br>PALMDALE HILLS PROPERTY, LLC and ALL RELATED DEBTORS<br><div align="right">Debtors.</div> | CHAPTER 11<br><br>CASE NUMBER 8:08-bk-17206-ES |
| --- | --- |

- Daryl G Parker   dparker@pszjlaw.com
- Penelope Parmes   pparmes@rutan.com
- Ronald B Pierce   ronald.pierce@sdma.com
- Katherine C Piper   kpiper@steptoe.com
- Cassandra J Richey   cmartin@pprlaw.net
- Debra Riley   driley@allenmatkins.com
- James S Riley   tgarza@sierrafunds.com
- Todd C. Ringstad   becky@ringstadlaw.com
- R Grace Rodriguez   ecf@lorgr.com
- Martha E Romero   Romero@mromerolawfirm.com
- Ronald Rus   rrus@rusmiliband.com
- John P Schafer   jschafer@mandersonllp.com
- John E Schreiber   jschreiber@dl.com
- William D Schuster   bills@allieschuster.org
- Christopher P Simon   csimon@crosslaw.com
- Wendy W Smith   wendy@bindermalter.com
- Steven M Speier   Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)   Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James   ecf@stjames-law.com
- Michael K Sugar   msugar@irell.com
- Cathy Ta   cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem   davidtilem@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till   jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh   cgunruh@sbcglobal.net
- Annie Verdries   verdries@lbbslaw.com
- Jason Wallach   jwallach@gladstonemichel.com
- Joshua D Wayser   , kim.johnson@kattenlaw.com
- Marc J Winthrop   mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood   dwiseblood@seyfarth.com
- Brett K Wiseman   bwiseman@aalaws.com
- Dean A Ziehl   dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman   joshuasdaddy@att.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 F 9013-3.1