1  **WEILAND, GOLDEN,**
   **SMILEY, WANG EKVALL & STROK, LLP**
2  Lei Lei Wang Ekvall, State Bar No. 163047
   lekvall@wgllp.com
3  Kyra E. Andrassy, State Bar No. 207959
   kandrassy@wgllp.com
4  Hutchison B. Meltzer, State Bar No. 217166
   hmeltzer@wgllp.com
5  650 Town Center Drive, Suite 950
   Costa Mesa, California 92626
6  Telephone:    (714) 966-1000
   Facsimile:    (714) 966-1002
7
   Counsel for the Joint Committee
8  of Creditors Holding Unsecured Claims

9          **UNITED STATES BANKRUPTCY COURT**

10         **CENTRAL DISTRICT OF CALIFORNIA**

11            **SANTA ANA DIVISION**

12  In re                                              Case No. 8:08-bk-17206-ES

13  PALMDALE HILLS PROPERTY, LLC, and                  (Jointly Administered with Case Nos.
    its Related Debtors,                               8:08-bk-17209-ES; 8:08-bk-17240-ES;
14                                                     8:08-bk-17224-ES; 8:08-bk-17242-ES;
         Jointly Administered Debtors                  8:08-bk-17225-ES; 8:08-bk-17245-ES;
15       and Debtors-in-Possession.                    8:08-bk-17227-ES; 8:08-bk-17246-ES;
                                                       8:08-bk-17230-ES; 8:08-bk-17231-ES;
16  _____               8:08-bk-17236-ES; 8:08-bk-17248-ES;
                                                       8:08-bk-17249-ES; 8:08-bk-17573-ES;
17  ☐ Affects PALMDALE HILLS                           8:08-bk-17574-ES; 8:08-bk-17575-ES;
      PROPERTY, LLC, Only                              8:08-bk-17404-ES; 8:08-bk-17407-ES;
18  ☐ Affects SUNCAL BEAUMONT                          8:08-bk-17408-ES; 8:08-bk-17409-ES;
      HEIGHTS, LLC, Only                               8:08-bk-17458-ES; 8:08-bk-17465-ES;
19  ☐ Affects SCC/PALMDALE, Only                       8:08-bk-17470-ES; 8:08-bk-17472-ES; and
                                                       8:08-bk-17588-ES)
20  ☐ Affects SUNCAL JOHANNSON
      RANCH, LLC, Only                                 Chapter 11 Cases
21  ☐ Affects SUNCAL SUMMIT VALLEY,
      LLC, Only                                        **RESPONSE OF THE OFFICIAL JOINT**
22  ☐ Affects SUNCAL EMERALD                           **COMMITTEE OF CREDITORS HOLDING**
      MEADOWS, LLC, Only                               **UNSECURED CLAIMS IN THE  TRUSTEE**
23                                                     **CASES REGARDING THIRD AMENDED**
    ☐ Affects SUNCAL BICKFORD RANCH,                   **JOINT CHAPTER 11 PLAN PROPOSED**
24    LLC, Only                                        **BY THE TRUSTEE AND LEHMAN**
                                                       **LENDERS**
25  ☐ Affects ACTON ESTATES, LLC, Only
    ☐ Affects SEVEN BROTHERS, LLC, Only
26  ☐ Affects SJD PARTNERS, LTD., Only                 **DATE:    October 24, 2011**
                                                       **TIME:    9:30 a.m.**
27  ☐ Affects SJD DEVELOPMENT CORP.,                   **CTRM:    5A**
      Only
28

605951.1                                  1                              RESPONSE

1  ☐ Affects KIRBY ESTATES, LLC, Only

2  ☐ Affects SUNCAL COMMUNITIES I, LLC, Only

3  ☐ Affects SUNCAL COMMUNITIES III, LLC, Only

4
5  ☐ Affects SCC COMMUNITIES, LLC, Only

6  ☐ Affects NORTH ORANGE DEL RIO LAND, LLC, Only

7  ☐ Affects TESORO SF, LLC, Only

8  ☒ Affects LBL-SUNCAL OAK VALLEY, LLC, Only

9  ☒ Affects SUNCAL HEARTLAND, LLC, Only

10  ☒ Affects LBL-SUNCAL NORTHLAKE, LLC, Only

11
12  ☒ Affects SUNCAL MARBLEHEAD, LLC, Only

13  ☐ Affects SUNCAL CENTURY CITY, LLC, Only

14  ☒ Affects SUNCAL PSV, LLC, Only

15  ☒ Affects DELTA COVES VENTURE, LLC, Only

16  ☒ Affects SUNCAL TORRANCE, LLC, Only

17  ☒ Affects SUNCAL OAK KNOLL, LLC, Only

18  ☐ Affects All Debtors

19
20

21  **TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE:**

22  The Official Joint Committee of Creditors Holding Unsecured Claims (the

23  "Committee") hereby submits this Response regarding the Third Amended Joint Chapter

24  11 Plan ("Joint Plan") proposed by the chapter 11 trustee ("Trustee") and the Lehman

25  Lenders, and respectfully represents as follows:

26  As stated in the Committee's Court-approved solicitation letter, the Committee

27  supports the confirmation of the Lehman Plan (based on the acknowledgement from the

28

Weiland, Golden,
Wang Ekvall & Strok, LLP
Smiley,
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1  Lehman Lenders that the Lehman Plan does not affect any unsecured creditor's rights

2  with respect to seeking payments from bonds).

3      However, there is a great deal of confusion regarding the ballots with respect to

4  both the Joint Plan and SunCal's plans.  The Committee's attorneys spoke to a number

5  of creditors, including attorneys, regarding such confusion.

6      As to the Joint Plan, many creditors did not receive ballots with the original mailing

7  of the disclosure statement and Joint Plan, although ballots were apparently sent to

8  creditors a few days later.  Given the volume of papers received from both sets of plan

9  proponents and the difficulties with understanding the ballots, the Committee believes

10  that creditors were unduly confused and may not have realized the importance of making

11  the enhancement election in the Joint Plan, separate and apart from voting on the plans.

12  The Committee is concerned that, due to the confusion, some creditors who otherwise

13  would have elected to receive the Lehman Distribution Enhancement did not return

14  ballots.

15      Accordingly, the Committee requests (as it also does with respect to SunCal's

16  Plans) that creditors be given a second opportunity to make the enhancement election.

17

18  Dated:  September 19, 2011            Respectfully submitted,

19                                        WEILAND, GOLDEN
                                          SMILEY, WANG EKVALL & STROK, LLP
20

21                                        By:  /s/ Hutchison B. Meltzer
                                               HUTCHISON B. MELTZER
22                                             Attorneys for the Joint Committee of
                                               Creditors Holding Unsecured Claims
23

24

25

26

27

28

Weiland, Golden,
Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described as **RESPONSE OF THE OFFICIAL JOINT COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS IN THE TRUSTEE CASES REGARDING THIRD AMENDED JOINT CHAPTER 11 PLAN PROPOSED BY THE TRUSTEE AND LEHMAN LENDERS**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.   On **September 19, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[X] Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **September 19, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 19, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith, 411 W. 4th Street, Suite 2030, Santa Ana, CA  92701

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 19, 2011 | Kelly M. Rivera | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
620151.1

**F 9013-3.1.PROOF.SERVICE**

**VIA U.S. MAIL**

**Bellingham Marine Industries, Inc.**
**Attn: Colby N. Keller, Esq.**
**Keller, Weber & Dobrott**
**18201 Von Karman Avenue, #1000**
**Irvine, CA  92612**
**Committee Member**

**Chino Grading, Inc.**
**Attn: Norman Gorgone**
**P.O. Box 5007**
**Hacienda Heights, CA 91745**

**TC Construction Co., Inc.**
**Attn: Jack Gieffels**
**10540 Prospect Avenue**
**Santee, CA  92701**
**Committee Member**

**Nissho of California, Inc.**
**Attn: Christopher R. Mordy, Esq.**
**Mordy Law Offices**
**225 Broadway, Suite 1900**
**San Diego, CA  92101**
**Committee Member**

**Rohm Insurance Agency**
**Attn: Todd M. Rohm**
**26 Plaza Square**
**Orange, CA  92866**
**Committee Member**

**Ateliers Jean Nouvel**
**Attn: Alain Trincal**
**10 Cite D' Angouleme**
**75011 Paris France**
**Committee Member**

**BKF Engineers**
**Attn: David Lavelle**
**255 Shoreline Drive, #200**
**Redwood City, CA  94065**
**Committee Member**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")**

Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
Joseph M Adams    jadams@sycr.com
Raymond H Aver    ray@averlaw.com
James C Bastian    jbastian@shbllp.com
Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
John A Boyd    fednotice@tclaw.net
Mark Bradshaw    mbradshaw@shbllp.com
Gustavo E Bravo    gbravo@smaha.com

Jeffrey W Broker    jbroker@brokerlaw.biz
Brendt C Butler    bbutler@mandersonllp.com
Andrew W Caine    acaine@pszyjw.com
Carollynn Callari    ccallari@venable.com
Cathrine M Castaldi    ccastaldi@rusmiliband.com
Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
Dan E Chambers    dchambers@jmbm.com
Shirley Cho    scho@pszjlaw.com
Vonn Christenson    vrc@paynefears.com
Brendan P Collins    bpcollins@bhfs.com
Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
Paul J Couchot    pcouchot@winthropcouchot.com,
pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
Jonathan S Dabbieri    dabbieri@sullivan.com,
hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
Ana Damonte    ana.damonte@pillsburylaw.com
Vanessa S Davila    vsd@amclaw.com
Melissa Davis    mdavis@shbllp.com
Daniel Denny    ddenny@gibsondunn.com
Caroline Djang    crd@jmbm.com
Caroline Djang    cdjang@rutan.com
Donald T Dunning    ddunning@dunningLaw.com
Meredith R Edelman    meredith.edelman@dlapiper.com
Joseph A Eisenberg    jae@jmbm.com
Lei Lei Wang Ekvall    lekvall@wgllp.com
Richard W Esterkin    resterkin@morganlewis.com
Don Fisher    dfisher@ptwww.com
Marc C Forsythe    kmurphy@goeforlaw.com
Alan J Friedman    afriedman@irell.com
Steven M Garber    steve@smgarberlaw.com
Christian J Gascou    cgascou@gascouhopkins.com
Barry S Glaser    bglaser@swjlaw.com
Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Eric D Goldberg    egoldberg@stutman.com
Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Kelly C Griffith    bkemail@harrisbeach.com
Matthew Grimshaw    mgrimshaw@rutan.com
Kavita Gupta    kgupta@winthropcouchot.com
Asa S Hami    ahami@morganlewis.com
Michael J Hauser    michael.hauser@usdoj.gov
D Edward Hays    ehays@marshackhays.com
Michael C Heinrichs    mheinrichs@omm.com
Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
Jonathan M Hoff    jonathan.hoff@cwt.com
Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
Michelle Hribar    mhribar@rutan.com
John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
Lawrence A Jacobson    laj@cohenandjacobson.com
Michael J Joyce    mjoyce@crosslaw.com
Stephen M Judson    sjudson@fablaw.com
Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
Steven J Kahn    skahn@pszyjw.com
Sheri Kanesaka    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
David I Katzen    katzen@ksfirm.com
Christopher W Keegan    ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;alevin@kirkland.com
Irene L Kiet    ikiet@hkclaw.com

Claude F Kolm    claude.kolm@acgov.org
Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
David B Lally    davidlallylaw@gmail.com
Leib M Lerner    leib.lerner@alston.com
Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
Charles Liu    cliu@marshackhays.com
Charles Liu    cliu@winthropcouchot.com
John W Lucas    jlucas@pszjlaw.com
Kerri A Lyman    klyman@irell.com
Mariam S Marshall    mmarshall@marshallramoslaw.com
Robert C Martinez    rmartinez@mclex.com
Michael D May    mdmayesq@verizon.net
Hutchison B Meltzer    hmeltzer@wgllp.com
Krikor J Meshefejian    kjm@lnbrb.com
Joel S. Miliband    jmiliband@rusmiliband.com
James M Miller    jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
Louis R Miller    smiller@millerbarondess.com
Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
Randall P Mroczynski    randym@cookseylaw.com
Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
Robert Nida    Rnida@castlelawoffice.com
Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
Sean A Okeefe    sokeefe@okeefelc.com
Scott H Olson    solson@seyfarth.com
Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
Ernie Zachary Park    ernie.park@bewleylaw.com
Daryl G Parker    dparker@pszjlaw.com
Penelope Parmes    pparmes@rutan.com
Robert J Pfister    rpfister@ktbslaw.com
Ronald B Pierce    ronald.pierce@sdma.com
Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
Cassandra J Richey    cmartin@pprlaw.net
Debra Riley    driley@allenmatkins.com
James S Riley    tgarza@sierrafunds.com
Todd C. Ringstad    becky@ringstadlaw.com
R Grace Rodriguez    ecf@lorgr.com
Martha E Romero    Romero@mromerolawfirm.com
Ronald Rus    rrus@rusmiliband.com
John P Schafer    jschafer@mandersonllp.com
John E Schreiber    jschreiber@dl.com
William D Schuster    bills@allieschuster.org
Christopher P Simon    csimon@crosslaw.com
Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
Wendy W Smith    wendy@bindermalter.com
Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
Michael St James    ecf@stjames-law.com
Michael K Sugar    msugar@irell.com
Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
David A Tilem    davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Carol G Unruh    cgunruh@sbcglobal.net
Annie Verdries    verdries@lbbslaw.com
Jason Wallach    jwallach@gladstonemichel.com

**Joshua D Wayser**    , kim.johnson@kattenlaw.com
**Marc J Winthrop**    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
**David M Wiseblood**    dwiseblood@seyfarth.com
**Brett K Wiseman**    bwiseman@aalaws.com
**Dean A Ziehl**    dziehl@pszjlaw.com, dziehl@pszjlaw.com
**Marc A. Zimmerman**    joshuasdaddy@att.net