1  BEN H. LOGAN (S.B. # 071711)
   MICHAEL C. HEINRICHS (S.B. # 245638)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, CA  90071
   Telephone:     (213) 430-6000
4  Facsimile:     (213) 430-6407

5  Counsel for Lennar Centex Del Rio Partners LLC

6  **UNITED STATES BANKRUPTCY COURT**

7  **CENTRAL DISTRICT OF CALIFORNIA**

8  **SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:08-17206-ES |
| PALMDALE HILLS PROPERTY LLC, et al. | Jointly Administered with Case Nos. |
| Debtors. | 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573-ES; 8:08-bk-17574-ES; 8:08-bk-17575-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES; and 8:08-bk-17588-ES |
| Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property LLC<br>☐ SunCal Beaumont Heights LLC<br>☐ SCC/Palmdale LLC<br>☐ SunCal Johannson Ranch LLC<br>☐ SunCal Summit Valley LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch LLC<br>☐ Acton Estates LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates LLC<br>☐ SunCal Communities I LLC<br>☐ SunCal Communities III LLC<br>☐ SCC Communities LLC<br>☒ North Orange Del Rio Land LLC<br>☐ Tesoro SF LLC<br>☐ LBL-SunCal Oak Valley LLC<br>☐ SunCal Heartland LLC<br>☐ LBL-SunCal Northlake LLC<br>☐ SunCal Marblehead LLC<br>☐ SunCal Century City LLC<br>☐ SunCal PSV LLC<br>☐ Delta Coves Venture LLC<br>☐ SunCal Torrance LLC<br>☐ SunCal Oak Knoll LLC | Chapter 11<br><br>**LIMITED OBJECTION OF LENNAR CENTEX DEL RIO PARTNERS LLC TO THIRD AMENDED CHAPTER 11 PLAN FILED BY NORTH ORANGE DEL RIO LAND LLC**<br><br>**Re:  Docket No. 2486**<br><br>Date:     October 24, 2011<br>Time:     9:30 a.m.<br>Judge:    Hon. Erithe A. Smith<br>Place:    Courtroom 5A<br>          Ronald Reagan Federal Building<br>          and U.S. Courthouse<br>          411 West Fourth Street<br>          Santa Ana, CA 92701-4593 |

- 1 -

Lennar Centex Del Rio Partners, LLC ("Lennar Centex") files this limited objection to the Third Amended Chapter 11 Plan filed by North Orange Del Rio Land LLC (one of the "Group III Voluntary Debtors"). This limited objection seeks to clarify how Del Rio will address executory contracts which have already been assumed pursuant to court order.

Section X of Del Rio's Plan details the proposed treatment of executory contracts. Section 10.1 explains that Del Rio will attach as Exhibit 9 to the Disclosure Statement a list of contracts to be assumed and then assigned to a winning bidder at a future auction. This section makes clear that any such contracts assumed will be assigned as part of the auction process, with the assignment to take effect automatically upon the Effective Date. Section 10.2 of the Plan then states that "the estate will be deemed to have rejected any and all executory contacts [*sic.*] and unexpired leases not identified in the Schedule of Assumed and Assigned Agreements . . .."

As the Court is aware, Lennar Centex and Del Rio are parties to a Purchase Agreement dated as of June 14, 2005 (the "Purchase Agreement"). Pursuant to the Purchase Agreement, Del Rio sold to Lennar Centex a housing development in Orange, California. Lennar Centex paid Del Rio $142.5 million for this project. The Purchase Agreement also set forth a variety of continuing obligations of each party, many of which are critical to Del Rio realizing certain CFD Bond Proceeds, which are Del Rio's only material asset. On April 28, 2011, Lennar Centex filed a motion to compel Del Rio to assume or reject the Purchase Agreement. The Court granted that motion and ordered Del Rio to elect to assume or reject the Purchase Agreement no later than July 25, 2011 (Docket No. 2186). The economics of assuming the Purchase Agreement were compelling, so on July 25, 2011, Del Rio filed a motion to assume it. Lehman ALI, Inc. ("Lehman ALI") asserts a lien on the CFD Bond proceeds, which lien Del Rio disputes and is the subject of a separate adversary proceeding. On August 11, 2011, Lehman ALI filed a limited opposition to Del Rio's motion to assume the Purchase Agreement. Lehman ALI explained that it was not opposed to Del Rio assuming the Purchase Agreement, but objected to the use of the CFD Bond Proceeds -- its asserted cash collateral -- to pay $847,994 in cure costs to Lennar Centex (Docket No. 2530). Both Lennar Centex and Del Rio responded by pointing out that the CFD Bond proceeds, which Del Rio estimated would be about $10 million, could be realized at

- 2 -

1   all unless the Purchase Agreement were assumed, paying $847,994 of cure costs was necessary to
2   assume this contract, and as a result, Lehman ALI's asserted collateral position would be
3   enhanced by assuming this contract and paying the cure amounts.  On August 23, 2011, Lehman
4   ALI filed a supplemental pleading in which it indicated that after further consideration it not only
5   supported assumption of the Purchase Agreement but also consented to the use of $847,994 of its
6   cash collateral to make these cure payments to Lennar Centex, although it reserved its rights with
7   respect to the Debtor using any other portion of the CFD Bond Proceeds (Docket No. 2530).  As a
8   result, the hearing on August 25, 2011 was essentially consensual and on September 16, 2011, the
9   Court entered its order approving the motion (Docket No. 2745).  That order provides (i) that the
10  Purchase Agreement was assumed when the order was entered on the docket, (ii) that  Del Rio is
11  to pay $847,994 to Lennar Centex as a cure amount on the earlier of the date that Del Rio
12  receives at least this sum from the sale of its assets and the date that Del Rio receives at least this
13  amount of CFD Bond proceeds, (iii) that Lehman ALI consented to the use of its alleged cash
14  collateral to make this cure payment to Lennar Centex, and (iv) that the balance of the CFD Bond
15  proceeds are to be held in a trust account maintained by counsel for Del Rio pending further order
16  of the Court.

17       Literally, the Plan provides that the Purchase Agreement is to be rejected, since it does not
18  appear on the list of assumed and assigned executory contracts included in Exhibit 9 to the Del
19  Rio Disclosure Statement.  While it might technically be possible to reject a contract that has
20  already been assumed, debtors can be equitably estopped from doing so and the consequences for
21  the estate of rejection of a contract that has previously been assumed are usually not attractive.
22  Bankruptcy Code §365(g)(2)(A); *In re Ionosphere Clubs Inc*., 85 F.3d 992 (2d Cir. 1996); *In re*
23  *Klein Sleep Prods., Inc*., 78 F.3d 18 (2d Cir. 1996).

24       Particularly given that rejection of the Purchase Agreement would mean that Del Rio and
25  its estate would not only lose the benefits of assuming the Purchase Agreement but would still be
26  saddled with the obligation to pay Lennar Centex the cure amount as an administrative priority
27  claim, Lennar Centex strongly suspects that this language in the Del Rio Plan is an oversight and
28  probably reflects that the Del Rio Plan and Exhibit 9 to the Del Rio Disclosure Statement were

- 3 -

prepared prior to the hearing on assumption of the Purchase Agreement.

Accordingly, Lennar Centex suggests that section 10.2 of the Plan be revised to provide that "the estate will be deemed to have rejected any and all executory contracts and unexpired leases **not previously assumed pursuant to Order of the Court or** not identified in the Schedule of Assumed and Assigned Agreements…" [additional language in bold].

If the Plan is not so revised, Lennar Centex objects to the Plan. Given the recent assumption of the Purchase Agreement, Del Rio is estopped from rejecting it. *In re Ionosphere Clubs Inc*., 85 F.3d 992 (2d Cir. 1996). And, of course, if Del Rio in fact does reject the Purchase Agreement after assumption, Lennar Centex will be entitled to payment of the $847,994 cure amount as an administrative priority claim and which may be paid out of Lehman ALI's asserted cash collateral. Bankruptcy Code §365(g)(2)(A); *In re Klein Sleep Prods., Inc*., 78 F.3d 18 (2d Cir. 1996).

If the Plan is revised as suggested above, which Lennar Centex believes was the intent when drafted, Lennar Centex has no objection to the Plan.

DATED: September 19, 2011

        Respectfully submitted,
        O'MELVENY & MYERS LLP

        By: */s/ Ben H. Logan*

        Attorney for Lennar Centex Del Rio Partners LLC

| In re:  Palmdale Hills Property LLC, et al. | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER   8:08-17206-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, CA 90071.

A true and correct copy of the foregoing document described as **LIMITED OBJECTION OF LENNAR CENTEX DEL RIO PARTNERS LLC TO THIRD AMENDED CHAPTER 11 PLAN FILED BY NORTH ORANGE DEL RIO LAND LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 19, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By Overnight Mail:
The Hon. Erithe A. Smith
Ronald Reagan Federal Building and U.S. Courthouse, Suite 5041
411 West Fourth Street
Santa Ana, CA 92701-4593

☒  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Linda Jimenez | | /s/ Linda Jimenez |
|---|---|---|
| *Date    September 19, 2011* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**

| | |
|---|---|
| In re: Palmdale Hills Property LLC, et al. | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 8:08-17206-ES |

# Service List

**By Notice of Electronic Filing ("NEF"):**

Selia M Acevedo on behalf of Attorney Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
Joseph M Adams on behalf of Defendant The City of San Juan Capistrano
jadams@sycr.com
Raymond H Aver on behalf of Debtor Palmdale Hills Property, LLC
ray@averlaw.com
James C Bastian on behalf of Creditor ARB, Inc.
jbastian@shbllp.com
Thomas Scott Belden on behalf of Defendant Zim Industries, Inc. dba Bakersfield Well & Pump
sbelden@kleinlaw.com, ecf@kleinlaw.com
John A Boyd on behalf of Interested Party Oliphant Golf Inc
fednotice@tclaw.net
Mark Bradshaw on behalf of Interested Party Courtesy NEF
mbradshaw@shbllp.com
Gustavo E Bravo on behalf of Creditor Oliphant Golf, Inc.
gbravo@smaha.com
Jeffrey W Broker on behalf of Creditor Bond Safeguard Insurance Co
jbroker@brokerlaw.biz
Brendt C Butler on behalf of Creditor EMR Residential Properties LLC
bbutler@mandersonllp.com
Andrew W Caine on behalf of Creditor Lehman ALI, Inc.
acaine@pszyjw.com
Carollynn Callari on behalf of Creditor Danske Bank A/S London Branch
ccallari@venable.com
Cathrine M Castaldi on behalf of Creditor SunCal Management, LLC
ccastaldi@rusmiliband.com
Tara Castro Narayanan on behalf of Interested Party Courtesy NEF
tara.narayanan@msrlegal.com
Dan E Chambers on behalf of Creditor EMR Residential Properties LLC
dchambers@jmbm.com
Shirley Cho on behalf of Creditor Lehman ALI, Inc.
scho@pszjlaw.com
Vonn Christenson on behalf of Interested Party Courtesy NEF
vrc@paynefears.com
Brendan P Collins on behalf of Creditor Gray1 CPB, LLC
bpcollins@bhfs.com
Vincent M Coscino on behalf of Petitioning Creditor CST Environmental Inc
vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
Paul J Couchot on behalf of Creditor SCC Acquisitions, Inc.
pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
Jonathan S Dabbieri on behalf of Interested Party Courtesy NEF
dabbieri@sullivan.com,
hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
Ana Damonte on behalf of Creditor Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com
Vanessa S Davila on behalf of Creditor Bond Safeguard Insurance Co
vsd@amclaw.com
Melissa Davis on behalf of Creditor City of Orange
mdavis@shbllp.com
Daniel Denny on behalf of Interested Party Courtesy NEF
ddenny@gibsondunn.com
Caroline Djang on behalf of Creditor Lehman ALI, Inc.
crd@jmbm.com
Donald T Dunning on behalf of Creditor Hertz Equipment Rental Corporation
ddunning@dunningLaw.com
Joseph A Eisenberg on behalf of Creditor Lehman ALI, Inc.
jae@jmbm.com
Lei Lei Wang Ekvall on behalf of Attorney Weiland Golden Smiley Wang Ekvall & Strok, LLP

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re: Palmdale Hills Property LLC, et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-17206-ES |

lekvall@wgllp.com
Richard W Esterkin on behalf of Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com
Marc C Forsythe on behalf of Attorney Robert Goe
kmurphy@goeforlaw.com
Alan J Friedman on behalf of Attorney Irell & Manella LLP
afriedman@irell.com
Steven M Garber on behalf of Creditor Park West Landscape, Inc
steve@smgarberlaw.com
Christian J Gascou on behalf of 3rd Party Plaintiff Arch Insurance Company
cgascou@gascouhopkins.com
Barry S Glaser on behalf of Creditor County of Los Angeles
bglaser@swjlaw.com
Robert P Goe on behalf of Attorney Robert Goe
kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Eric D Goldberg on behalf of Interested Party Courtesy NEF
egoldberg@stutman.com
Richard H Golubow on behalf of Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com
Michael J Gomez on behalf of Interested Party Central Pacific Bank
mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
Kelly C Griffith on behalf of Creditor Bond Safeguard Insurance Co
bkemail@harrisbeach.com
Matthew Grimshaw on behalf of Interested Party City Of Torrance
mgrimshaw@rutan.com
Kavita Gupta on behalf of Debtor Palmdale Hills Property, LLC
kgupta@winthropcouchot.com
Asa S Hami on behalf of Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com
Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov
D Edward Hays on behalf of Creditor Lehman ALI, Inc.
ehays@marshackhays.com
Michael C Heinrichs on behalf of Interested Party Courtesy NEF
mheinrichs@omm.com
Harry D. Hochman on behalf of Creditor Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com
Jonathan M Hoff on behalf of 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com
Nancy Hotchkiss on behalf of Creditor Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com
Michelle Hribar on behalf of Plaintiff EMR Residential Properties LLC
mhribar@rutan.com
John J Immordino on behalf of Creditor Arch Insurance Co.
john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
Lawrence A Jacobson on behalf of Creditor BKF Engineers
laj@cohenandjacobson.com
Michael J Joyce on behalf of Interested Party Courtesy NEF
mjoyce@crosslaw.com
Stephen M Judson on behalf of Petitioning Creditor The Professional Tree Care Co
sjudson@fablaw.com
Kaleb L Judy on behalf of Defendant Zim Industries, Inc. dba Bakersfield Well & Pump
ecf@kleinlaw.com, kjudy@kleinlaw.com
Steven J Kahn on behalf of Creditor Lehman ALI, Inc.
skahn@pszyjw.com
Sheri Kanesaka on behalf of Creditor California Bank & Trust
sheri.kanesaka@bryancave.com
David I Katzen on behalf of Interested Party Bethel Island Municipal Improvement District
katzen@ksfirm.com
Christopher W Keegan on behalf of Creditor SC Master Holdings II LLC
ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
Peter W Lianides on behalf of Debtor Palmdale Hills Property, LLC
plianidesi@winthropcouchot.com, pj@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

Case 8:08-bk-17206-ES    Doc 2785    Filed 09/19/11    Entered 09/19/11 14:58:34    Desc
                          Main Document    Page 8 of 10

| In re: Palmdale Hills Property LLC, et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER   8:08-17206-ES |

Irene L Kiet on behalf of Creditor BNB Engineering, Inc.
ikiet@hkclaw.com
Mark J Krone on behalf of Creditor Bond Safeguard Insurance Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
David B Lally on behalf of Defendant Contracting Engineers, Inc.
davidlallylaw@gmail.com
Leib M Lerner on behalf of Creditor Steiny and Company, Inc.
leib.lerner@alston.com
Peter W Lianides on behalf of Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com
Charles Liu on behalf of Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com
Kerri A Lyman on behalf of Attorney Irell & Manella LLP
klyman@irell.com
Mariam S Marshall on behalf of Creditor RGA Environmental, Inc.
mmarshall@marshallramoslaw.com
Robert C Martinez on behalf of Creditor TC Construction Company, Inc
rmartinez@mclex.com
Michael D May on behalf of Creditor R.J. Noble Co.
mdmayesq@verizon.net
Hutchison B Meltzer on behalf of Creditor Committee Joint Committee of Creditors Holding Unsecured
Claims
hmeltzer@wgllp.com
Krikor J Meshefejian on behalf of Interested Party Courtesy NEF
kjm@lnbrb.com
Joel S. Miliband on behalf of Creditor RBF CONSULTING
jmiliband@rusmiliband.com
James M Miller on behalf of Attorney Miller Barondess LLP
jmiller@millerbarondess.com, vgunderston@millerbarondess.com
Louis R Miller on behalf of Plaintiff Palmdale Hills Property, LLC
smiller@millerbarondess.com
Randall P Mroczynski on behalf of Defendant Bob McGrann Construction, Inc.
randym@cookseylaw.com
Mike D Neue on behalf of Attorney The Lobel Firm, LLP
mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
Robert Nida on behalf of Creditor Kirk Negrete, Inc
Rnida@castlelawoffice.com
Henry H Oh on behalf of 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
henry.oh@dlapiper.com, janet.curley@dlapiper.com
Sean A Okeefe on behalf of Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com
Robert B Orgel on behalf of Creditor Lehman ALI, Inc.
rorgel@pszjlaw.com, rorgel@pszjlaw.com
Malhar S Pagay on behalf of Creditor Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com
Penelope Parmes on behalf of Creditor EMR Residential Properties LLC
pparmes@rutan.com
Ronald B Pierce on behalf of Creditor Griffith Company
ronald.pierce@sdma.com
Katherine C Piper on behalf of Interested Party New Anaverde LLC
kpiper@steptoe.com
Cassandra J Richey on behalf of Creditor Patricia I Volkerts, as Trustee, et al
cmartin@pprlaw.net
James S Riley on behalf of Creditor Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com
Debra Riley on behalf of Interested Party City of Palmdale
driley@allenmatkins.com
Todd C. Ringstad on behalf of Interested Party Courtesy NEF
becky@ringstadlaw.com
R Grace Rodriguez on behalf of Defendant O&B Equipment, Inc.
Martha E Romero on behalf of Creditor San Bernardino County Tax Collector
Romero@mromerolawfirm.com
Ronald Rus on behalf of Creditor SunCal Management, LLC

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                            **F 9013-3.1**

| In re: Palmdale Hills Property LLC, et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-17206-ES |

rrus@rusmiliband.com
John P Schafer on behalf of Creditor LB/L-DUC III Bethel Island, LLC
jschafer@mandersonllp.com
John E Schreiber on behalf of Defendant Fenway Capital, LLC
jschreiber@dl.com
William D Schuster on behalf of Creditor HD Supply Construction Supply LTD
bills@allieschuster.org
Christopher P Simon on behalf of Interested Party Courtesy NEF
csimon@crosslaw.com
Wendy W Smith on behalf of Creditor Castaic Union School District
wendy@bindermalter.com
Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com
Steven M Speier on behalf of Trustee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com
Michael St James on behalf of Creditor MBH Architects, Inc.
ecf@stjames-law.com
Michael K Sugar on behalf of Creditor Committee Official Committee of Unsecured Creditors
msugar@irell.com
Cathy Ta on behalf of Defendant Hi-Grade Material Co.
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
David A Tilem on behalf of Defendant Southland Pipe Corporation
davidtilem@tilemlaw.com,
malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
James E Till on behalf of Trustee Steven Speier (TR)
jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov
Carol G Unruh on behalf of Creditor Scott E. McDaniel
cgunruh@sbcglobal.net
Annie Verdries on behalf of Creditor WEC Corporation
verdries@lbbslaw.com
Jason Wallach on behalf of Defendant Professional Pipeline Contractors, Inc.
jwallach@gladstonemichel.com
Joshua D Wayser on behalf of Other Professional D. E. Shaw & Co., L.P.
, kim.johnson@kattenlaw.com
Marc J Winthrop on behalf of Debtor Palmdale Hills Property, LLC
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
David M Wiseblood on behalf of Creditor Bethel Island Municipal Improvement District
dwiseblood@seyfarth.com
Brett K Wiseman on behalf of Creditor JF Shea Construction Inc
bwiseman@aalaws.com
Dean A Ziehl on behalf of Counter-Defendant LV Pacific Point LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com
Marc A. Zimmerman on behalf of Creditor Life Church of God in Christ
joshuasdaddy@att.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9013-3.1**

| In re: Palmdale Hills Property LLC, et al. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-17206-ES |

**By Regular Mail:**

| *Counsel for the Voluntary Debtors*<br><br>Winthrop Couchot Professional Corporation<br>660 Newport Center Drive<br>Fourth Floor<br>Newport Beach, CA 92660<br>Attn: Paul J. Couchot | *SCC Acquisitions' Counsel*<br><br>Rus Miliband & Smith P.C.<br>2211 Michelson Drive<br>Seventh Floor<br>Irvine, CA 92612<br>Attn: Ron Rus |
| *The Lehman VD Lenders*<br><br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>11th floor<br>Los Angeles, CA 90067-4100<br>Attn:    Richard M Pachuslki<br>         Dean A. Ziehl<br>         Robert B. Orgel<br><br>and<br><br>Weil, Gotshal & Manges, LLP<br>1395 Brickell Avenue<br>Suite 1200<br>Miami, FL 33131<br>Attn: Edward Soto | *Counsel for the Voluntary Debtors' Committee*<br><br>Irell & Manella, LLP<br>840 Newport Center Drive<br>Suite 400<br>Newport Beach, CA 92660<br>Attn:    Alan J. Friedman<br>         Kerry Lyman |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                         **F 9013-3.1**