1  PYLE SIMS DUNCAN & STEVENSON, APC
   Gerald N. Sims (Bar No. 99133)
2  Kathleen A. Cashman-Kramer (Bar No. 128861)
   401 "B" Street, Suite 1500
3  San Diego, CA  92101
   Telephone:  (619) 687-5200
4  Facsimile: (619) 687-5210

5  MILLER STARR REGALIA
   Richard G. Carlston (Bar No. 88050)
6  Amy Matthew (Bar No. 104683)
   Tara Castro Narayanan (Bar No. 191132)
7  Brian D. Shaffer (Bar No. 257971)
   1331 North California Boulevard, Fifth Floor
8  Walnut Creek, CA 94596
   Telephone: (925) 935-9400
9  Facsimile: (925) 933-4126

10 Attorneys for Fidelity National Title Insurance Company

11

12                **UNITED STATES BANKRUPTCY COURT**

13          **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

14

| | |
|---|---|
| In re | Case No.  8:08-bk-17206-ES |
| | Chapter 11 |
| Palmdale Hills Property, LLC, and Its Related Debtors, | Jointly Administered Case Nos. |
| | 8:08-bk-17209-ES; 8-08-bk-17240-ES; |
| Jointly Administered Debtors and Debtors in Possession. | 8:08-bk-17224-ES; 8-08-bk-17242-ES; |
| | 8:08-bk-17225-ES; 8-08-bk-17245-ES; |
| _____ | 8:08-bk-17227-ES; 8-08-bk-17246-ES; |
| | 8:08-bk-17230-ES; 8-08-bk-17231-ES; |
| Affects: | 8:08-bk-17236-ES; 8-08-bk-17248-ES; |
| ☐ All Debtors | 8:08-bk-17249-ES; 8-08-bk-17573-ES; |
| ▣ Palmdale Hills Property, LLC | 8:08-bk-17574-ES; 8-08-bk-17575-ES; |
| ▣ SunCal Beaumount Heights, LLC | 8:08-bk-17404-ES; 8-08-bk-17407-ES; |
| ☐ SCC/Palmdale, LLC | 8:08-bk-17408-ES; 8-08-bk-17409-ES; |
| ▣ SunCal Johannson Ranch, LLC | 8:08-bk-17458-ES; 8-08-bk-17465-ES; |
| ▣ SunCal Summit Valley, LLC | 8:08-bk-17470-ES; 8-08-bk-17472-ES; |
| ☐ SunCal Emerald Meadows, LLC | 8:08-bk-17588-ES |
| ▣ SunCal Bickford Ranch, LLC | |
| ▣ Acton Estates, LLC | **FIDELITY NATIONAL TITLE** |
| ▣ Seven Brothers, LLC | **INSURANCE COMPANY'S LIMITED** |
| ☐ SJD Partners, Ltd. | **RESPONSE TO THIRD AMENDED JOINT** |
| ▣ Kirby Estates, LLC | **CHAPTER 11 PLAN FOR EIGHT** |
| ▣ SunCal Communities, LLC | **TRUSTEE DEBTORS PROPOSED BY THE** |
| ▣ SCC Communities LLC | **TRUSTEE AND SUBJECT LEHMAN** |
| ☐ SunCal Communities III, LLC | **CREDITORS AND THIRD AMENDED** |
| ☐ North Orange Del Rio Land, LLC | **JOINT CHAPTER 11 PLAN FOR ELEVEN** |
| ▣ Tesoro SF, LLC | **VOLUNTARY DEBTORS PROPOSED BY** |
| | **LEHMAN VD LENDERS** |

| | |
|---|---|
| ▣ LB/LSun-Cal Oak Valley, LLC | ) |
| ▣ SunCal Heartland, LLC | ) Confirmation Hearing: |
| ▣ LB/L-SunCal Northlake, LLC | ) Date: October 24, 2011 |
| ▣ SunCal Marblehead, LLC | ) Time: 9:30 a.m. |
| ☐ SunCal Century City, LLC | ) Place: Courtroom 5A |
| ▣ SunCal. PSV, LLC | )         411 W. Fourth St. |
| ▣ Delta Coves Venture, LLC | )         Santa Ana, CA 92701 |
| ▣ SunCal Torrance Properties, LLC | ) |
| ▣ SunCal Oak Knoll, LLC | ) |
| _____ | ) |

Fidelity National Title Insurance Company ("Fidelity"), party in interest, submits this Limited Response to the Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors [Docket No. 2595] (the "Third Amended TD Plan") and Third Amended Joint Chapter 11 Plan for Eleven Voluntary Debtors Proposed by the Lehman VD Lenders [Docket No. 2598] (the "Third Amended VD Plan").

Fidelity has issued certain title insurance policies to certain of the Lehman Creditors with respect to their secured loans to Debtors. Certain mechanic's lien actions have been tendered to Fidelity under one or more of these policies. Fidelity agrees the liens of the Lehman Creditors are prior in right to any mechanic's lien claims and has no issue with the Third Amended TD Plan and the Third Amended VD Plan except as to how it could affect Fidelity's rights under title insurance policies should it be required to defend a mechanic's lien priority claim.

Although it is clearly stated in both the Third Amended VD Plan and the Third Amended TD Plan that mechanic's lien claimants in Class 3 who do not elect to be treated in Classes 6 and/or 7 will retain their state law rights, the Third Amended VD Plan and the Third Amended TD Plan do not state that priority would be determined in adversary proceedings. One could infer from the language in section 3.2.4(c) of the Third Amended VD Plan and the Third Amended TD Plan that priority would be resolved in the context of a claim objection. Fidelity submits that the only appropriate procedure for resolving lien priority in a bankruptcy case is by way of a complaint. This of course is precisely how such issues are raised in state court as well.

The requirement of an adversary proceeding is unequivocally stated in Bankruptcy Rule 7001:

> An adversary proceeding is governed by the rules of this Part VII. The following are adversary proceedings:

2

> * * *
>
> (2) a proceeding to determine the validity, priority, or extent of
> a lien or other interest in property, other than a proceeding
> under Rule 4003(d);
>
> * * *
>
> (9) a proceeding to obtain a declaratory judgment relating to
> any of the foregoing;

In <u>In re Commercial Western Finance Corp.</u>, 761 F.2d 1329 (9th Cir. 1985), the key issue before the Ninth Circuit was:

> Whether the Bankruptcy Rules required the Trustee to file individual adversary actions against all of the investors whose security interests he wished to avoid, rather than permitted him to eliminate those interests by a motion to confirm a chapter 11 plan.

<u>Id.</u> at 1332-33. In <u>Commercial Western</u>, the trustee sought to utilize the strong arm powers of § 544 to avoid security interests by way of a confirmed plan. The Ninth Circuit rejected that approach as former Bankruptcy Rule 701 required the filing of an adversary proceeding. The Court noted that "the Advisory Committee Note to new Fed. R. Bankr. P. 7001, essentially equivalent to old Rule 701, explicitly states that the bankruptcy adversary rules 'apply directly [to proceedings] brought to avoid transfers by the debtor under § 544. . . .'" <u>Id.</u> at 1336 (citations omitted).

The Ninth Circuit addressed the issue again in <u>In re Golden Plan of California, Inc.</u>, 829 F.2d 705 (9th Cir. 1986) and stated in no uncertain terms: "Bankruptcy Rule 7001 (formerly Rule 701) requires a bankruptcy trustee to initiate adversary proceedings to 'determine the validity, priority, or extent of a lien or other interest in property.'" <u>Id.</u> at 711.

For the reasons stated herein, Fidelity submits that the Third Amended VD Plan and the Third Amended TD Plan should be clarified to state that any dispute as to the validity, priority or extent of any mechanic's lien will be determined in a proceeding initiated by a complaint, whether such proceeding is an action State Court or an adversary proceeding in Bankruptcy Court.

Dated: September 19, 2011    PYLE SIMS DUNCAN & STEVENSON, APC

By: /s/ Gerald N. Sims
Gerald N. Sims, Attorneys for Fidelity
National Title Insurance Company

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 401 B Street, Suite 1500, San Diego, CA 92101.

A true and correct copy of the foregoing document described as ***Fidelity National Title Insurance Company's Limited Response to Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Subject Lehman Creditors and Third Amended Joint Chapter 11 Plan for Eleven Voluntary Debtors Proposed by Lehman VD Lenders*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***September 19, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***September 19, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith, U.S. Bankruptcy Court, Central District of California
411 W. Fourth Street, Suite 5041, (Bin Outside Rm 5097)
Santa Ana, CA  92701-4593
**(Via Federal Express)**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/19/2011 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                        F 9013-3.1.PROOF.SERVICE

- Selia M Acevedo     sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams     jadams@sycr.com
- Raymond H Aver     ray@averlaw.com
- James C Bastian     jbastian@shbllp.com
- Thomas Scott Belden     sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd     fednotice@tclaw.net
- Mark Bradshaw     mbradshaw@shbllp.com
- Gustavo E Bravo     gbravo@smaha.com
- Jeffrey W Broker     jbroker@brokerlaw.biz
- Brendt C Butler     bbutler@mandersonllp.com
- Andrew W Caine     acaine@pszyjw.com
- Carollynn Callari     ccallari@venable.com
- Cathrine M Castaldi     ccastaldi@rusmiliband.com
- Tara Castro Narayanan     tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers     dchambers@jmbm.com
- Shirley Cho     scho@pszjlaw.com
- Vonn Christenson     vrc@paynefears.com
- Brendan P Collins     bpcollins@bhfs.com
- Vincent M Coscino     vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot     pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Geoffrey Crisp     geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri     dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte     ana.damonte@pillsburylaw.com
- Vanessa S Davila     vsd@amclaw.com
- Melissa Davis     mdavis@shbllp.com
- Daniel Denny     ddenny@gibsondunn.com
- Caroline Djang     crd@jmbm.com
- Caroline Djang     cdjang@rutan.com
- Donald T Dunning     ddunning@dunningLaw.com
- Lynsey M Eaton     leaton@gglts.com
- Meredith R Edelman     meredith.edelman@dlapiper.com
- Joseph A Eisenberg     jae@jmbm.com
- Lei Lei Wang Ekvall     lekvall@wgllp.com
- Richard W Esterkin     resterkin@morganlewis.com
- Don Fisher     dfisher@ptwww.com
- Marc C Forsythe     kmurphy@goeforlaw.com
- Alan J Friedman     afriedman@irell.com
- Steven M Garber     steve@smgarberlaw.com
- Christian J Gascou     cgascou@gascouhopkins.com
- Barry S Glaser     bglaser@swjlaw.com
- Robert P Goe     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg     egoldberg@stutman.com
- Richard H Golubow     rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez     mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith     bkemail@harrisbeach.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;alevin@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@marshackhays.com
- Charles Liu    cliu@winthropcouchot.com
- John W Lucas    jlucas@pszjlaw.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Scott H Olson    solson@seyfarth.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Daryl G Parker    dparker@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Robert J Pfister    rpfister@ktbslaw.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**