1 | PYLE SIMS DUNCAN & STEVENSON, APC
  Gerald N. Sims (Bar No. 99133)
2 | Kathleen A. Cashman-Kramer (Bar No. 128861)
401 "B" Street, Suite 1500
3 | San Diego, CA  92101
Telephone:  (619) 687-5200
4 | Facsimile: (619) 687-5210

5 | MILLER STARR REGALIA
  Richard G. Carlston (Bar No. 88050)
6 | Amy Matthew (Bar No. 104683)
  Tara Castro Narayanan (Bar No. 191132)
7 | Brian D. Shaffer (Bar No. 257971)
1331 North California Boulevard, Fifth Floor
8 | Walnut Creek, CA 94596
Telephone: (925) 935-9400
9 | Facsimile: (925) 933-4126

10 | Attorneys for Fidelity National Title Insurance Company

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.  8:08-bk-17206-ES |
| | Chapter 11 |
| Palmdale Hills Property, LLC, and Its Related Debtors, | Jointly Administered Case Nos. |
| | 8:08-bk-17209-ES; 8-08-bk-17240-ES; |
| Jointly Administered Debtors and Debtors in Possession. | 8:08-bk-17224-ES; 8-08-bk-17242-ES; |
| | 8:08-bk-17225-ES; 8-08-bk-17245-ES; |
| _____ | 8:08-bk-17227-ES; 8-08-bk-17246-ES; |
| | 8:08-bk-17230-ES; 8-08-bk-17231-ES; |
| Affects: | 8:08-bk-17236-ES; 8-08-bk-17248-ES; |
| ☐ All Debtors | 8:08-bk-17249-ES; 8-08-bk-17573-ES; |
| ☒ Palmdale Hills Property, LLC | 8:08-bk-17574-ES; 8-08-bk-17575-ES; |
| ☒ SunCal Beaumount Heights, LLC | 8:08-bk-17404-ES; 8-08-bk-17407-ES; |
| ☐ SCC/Palmdale, LLC | 8:08-bk-17408-ES; 8-08-bk-17409-ES; |
| ☒ SunCal Johannson Ranch, LLC | 8:08-bk-17458-ES; 8-08-bk-17465-ES; |
| ☐ SunCal Summit Valley, LLC | 8:08-bk-17470-ES; 8-08-bk-17472-ES; |
| ☒ SunCal Emerald Meadows, LLC | 8:08-bk-17588-ES |
| ☒ SunCal Bickford Ranch, LLC | |
| ☒ Acton Estates, LLC | **FIDELITY NATIONAL TITLE** |
| ☐ Seven Brothers, LLC | **INSURANCE COMPANY'S LIMITED** |
| ☒ SJD Partners, Ltd. | **RESPONSE TO THE SUNCAL PLAN** |
| ☐ Kirby Estates, LLC | **PROPONENTS' CHAPTER 11 PLANS FOR** |
| ☐ SunCal Communities, LLC | **REORGANIZATION** |
| ☒ SCC Communities LLC | |
| ☐ SunCal Communities III, LLC | |
| ☒ North Orange Del Rio Land, LLC | |
| ☒ Tesoro SF, LLC | |

| | |
|---|---|
| ▣ LB/LSun-Cal Oak Valley, LLC ) | Confirmation Hearing: |
| ▣ SunCal Heartland, LLC ) | Date: October 24-28, 2011 |
| ▣ LB/L-SunCal Northlake, LLC ) | Time: 9:30 a.m. |
| ▣ SunCal Marblehead, LLC ) | Place: Courtroom 5A |
| ▣ SunCal Century City, LLC ) | 411 W. Fourth St. |
| ▣ SunCal. PSV, LLC ) | Santa Ana, CA 92701 |
| ▣ Delta Coves Venture, LLC ) | |
| ▣ SunCal Torrance Properties, LLC ) | |
| ▣ SunCal Oak Knoll, LLC ) | |
| _____ ) | |

Fidelity National Title Insurance Company ("Fidelity"), party in interest, submits this Limited Response to the SunCal Plan Proponents' Chapter 11 Plans of Reorganization[1] (the "SunCal Proponents' Plans"). Fidelity has issued certain title insurance policies to certain of the Lehman Creditors with respect to their secured loans to Debtors. Certain mechanic's lien actions have been tendered to Fidelity under one or more of these policies.

While subject to certain conditions, the SunCal Proponents' Plans provide that mechanic's lien claimants will be entitled to exercise their rights and remedies under state law. The SunCal Proponents' Plans are not specific as to the procedure for the exercise of those rights and remedies. Fidelity submits that the only appropriate procedure for resolving lien priority in a bankruptcy case is by way of a complaint. This, of course, is precisely how such issues are raised in state courts as well.

The requirement of an adversary proceeding is unequivocally stated in Bankruptcy Rule 7001:

> An adversary proceeding is governed by the rules of this Part VII. The following are adversary proceedings:
>
> * * *

---

[1] The Fourth Amended Joint Chapter 11 Plan Filed by SJD Partners, Ltd. and SJD Development Corp. [Docket No. 2555]; the Third Amended Chapter 11 Plans Filed by SunCal Plan Proponents in the Chapter 11 Cases of Suncal Oak Valley, LLC, SunCal Heartland, LLC, Delta Coves Venture LLC, SunCal Marblehead, LLC and SunCal. PSV, LLC [Docket No. 2488]; the Third Amended Chapter 11 Plans Filed by SunCal Plan Proponents in the Chapter 11 Cases of Suncal Oak Knoll, LLC and SunCal Torrance, LLC [Docket No. 2489]; the Third Amended Chapter 11 Plans Filed by SunCal Plan Proponents in the Chapter 11 Cases of Suncal Century City, LLC [Docket No. 2490]; the Third Amended Chapter 11 Plans Filed by Palmdale Hills Property, LLC, SunCal Bickford Ranch, LLC, SunCal Emerald Meadows, LLC and Acton Estates, LLC [Docket No. 2484]; the Third Amended Chapter 11 Plans Filed by SunCal Plan Proponents in the Chapter 11 Cases of SunCal Beaumont Heights, LLC and SunCal Johannson Ranch, LLC [Docket No. 2485]; the Third Amended Chapter 11 Plans Filed by SCC Communities, LLC, North Orange Del Rio Land LLC and Tesoro SF LLC [Docket No. 2486]; and the Third Amended Chapter 11 Plan filed by SJD Partners, Ltd. and SJD Development Corp. [Docket No. 2487];

> (2) a proceeding to determine the validity, priority, or extent of a lien or other interest in property, other than a proceeding under Rule 4003(d);
>
> * * *
>
> (9) a proceeding to obtain a declaratory judgment relating to any of the foregoing;

In <u>In re Commercial Western Finance Corp.</u>, 761 F.2d 1329 (9th Cir. 1985), the key issue before the Ninth Circuit was:

> Whether the Bankruptcy Rules required the Trustee to file individual adversary actions against all of the investors whose security interests he wished to avoid, rather than permitted him to eliminate those interests by a motion to confirm a chapter 11 plan.

<u>Id.</u> at 1332-33. In <u>Commercial Western</u>, the trustee sought to utilize the strong arm powers of § 544 to avoid security interests by way of a confirmed plan. The Ninth Circuit rejected that approach as former Bankruptcy Rule 701 required the filing of an adversary proceeding. The Court noted that "the Advisory Committee Note to new Fed. R. Bankr. P. 7001, essentially equivalent to old Rule 701, explicitly states that the bankruptcy adversary rules 'apply directly [to proceedings] brought to avoid transfers by the debtor under § 544. . . .'" <u>Id.</u> at 1336 (citations omitted).

The Ninth Circuit addressed the issue again in <u>In re Golden Plan of California, Inc.</u>, 829 F.2d 705 (9th Cir. 1986) and stated in no uncertain terms: "Bankruptcy Rule 7001 (formerly Rule 701) requires a bankruptcy trustee to initiate adversary proceedings to 'determine the validity, priority, or extent of a lien or other interest in property.'" <u>Id.</u> at 711.

For the reasons stated herein, Fidelity submits that the SunCal Proponents' Plans should be clarified to state that any dispute as to the validity, priority or extent of any mechanic's lien will be determined in a proceeding initiated by a complaint, whether such proceeding is an action in State Court or an adversary proceeding Bankruptcy Court.

Dated: September 19, 2011          PYLE SIMS DUNCAN & STEVENSON,
                                   A Professional Corporation


                                   By: /s/ Gerald N. Sims
                                   Gerald N. Sims, Attorneys for Fidelity
                                   National Title Insurance Company

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 401 B Street, Suite 1500, San Diego, CA 92101.

A true and correct copy of the foregoing document described as ***Fidelity National Title Insurance Company's Limited Response to the SunCal Plan Proponents' Chapter 11 Plans for Reorganization*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***September 19, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***September 19, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith, U.S. Bankruptcy Court, Central District of California
411 W. Fourth Street, Suite 5041, (Bin Outside Rm 5097)
Santa Ana, CA  92701-4593
**(Via Federal Express)**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/19/2011 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Caroline Djang    cdjang@rutan.com
- Donald T Dunning    ddunning@dunningLaw.com
- Lynsey M Eaton    leaton@gglts.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Don Fisher    dfisher@ptwww.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;alevin@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@marshackhays.com
- Charles Liu    cliu@winthropcouchot.com
- John W Lucas    jlucas@pszjlaw.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Scott H Olson    solson@seyfarth.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Daryl G Parker    dparker@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Robert J Pfister    rpfister@ktbslaw.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**