1  Mark J. Austin (State Bar No. 208880)
   maustin@rutan.com
2  Matthew W. Grimshaw (State Bar No. 210424)
   mgrimshaw@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
4  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
5  Facsimile:    714-546-9035

6  Attorneys for Plaintiffs
   RUBIDOUX 60, LLC and EMR RESIDENTIAL
7  PROPERTIES, LLC

8

9              UNITED STATES BANKRUPTCY COURT

10      CENTRAL DISTRICT OF CALIFORNIA—SANTA ANA DIVISION

11

12  In re                                  Case No. 8:08-bk-17206-ES

13  Palmdale Hills Property, LLC, and its   Jointly Administered With Case Nos.
    Related Debtors,                        8: 08-bk-17209-ES ; 8:08-bk-17240-ES;
14                                          8:08-bk-17224-ES; 8:08-bk-17242-ES;
           Jointly Administered Debtors     8:08-bk-17225-ES; 8:08-bk-17245-ES;
15         and Debtors-in-Possession.       8:08-bk-17227-ES; 8:08-bk-17246-ES;
                                            8:08-bk-17230-ES; 8:08-bk-17231-ES;
16  Affects:                                8:08-bk-17236-ES; 8:08-bk-17248-ES;
    ☒ All Debtors                           8:08-bk-17249-ES; 8:08-bk-17573-ES;
17  ☐ Palmdale Hills Property, LLC          8:08-bk-17574-ES; 8:08-bk-17575-ES;
    ☐ SunCal Beaumont Heights, LLC          8:08-bk-17404-ES; 8:08-bk-17407-ES;
18  ☐ SCC/Palmdale,                         8:08-bk-17408-ES; 8:08-bk-17409-ES;
    ☐ SunCal Johannson Ranch, LLC           8:08-bk-17458-ES; 8:08-bk-17465-ES;
19  ☐ SunCal Summit Valley, LLC             8:08-bk-17470-ES; 8:08-bk-17472-ES;
    ☐ SunCal Emerald Meadows, LLC           8 :08-bk-17588-ES;
20  ☐ SunCal Bickford Ranch, LLC
    ☐ Acton Estates, LLC                    Chapter 11 cases
21  ☐ Seven Brothers, LLC
    ☐ SJD Partners, Ltd.
22  ☐ SJD Development Corp.                  **LIMITED OBJECTION TO CHAPTER**
    ☐ Kirby Estates, LLC                    **11 PLANS FILED BY THE DEBTORS**
23  ☐ SunCal Communities I, LLC             **AND THE LEHMAN CREDITORS**
    ☐ SunCal Communities III, LLC
24  ☐ SCC Communities, LLC
    ☐ North Orange Del Rio Land, LLC        Hearing:
25  ☐ Tesoro SF, LLC                        Date:    October 24, 2011
    ☐ LBL-SunCal Oak Valley, LLC            Time:    9:30 a.m.
26  ☐ SunCal Heartland, LLC                 Place:   Courtroom 5A
    ☐ LBL-SunCal Northlake, LLC
27  ☐ SunCal Marblehead, LLC
    ☐ SunCal Century City, LLC
28  ☐ SunCal PSV, LLC
    ☐ Delta Coves Venture, LLC

1 | ☐ SunCal Torrance, LLC
2 | ☐ Suncal Oak Knoll, LLC

3

4 **TO THE HONORABLE ERITHE SMITH, UNITED STATE BANKRUPTCY**

5 **JUDGE, AND TO ALL PARTIES IN INTEREST:**

6   Rubidoux 60, LLC ("***Rubidoux***") and EMR Residential Properties, LLC ("***EMR***,"

7 and together with Rubidoux, the "***Rubidoux Parties***") hereby object to the chapter 11 plans

8 filed by the debtors  (the "***Debtors***") and the Lehman Creditors (the "***Lehman Creditors***,"

9 and together with the Debtors, the "***Plan Proponents***") to the extent they (1) attempt to

10 keep the Court from approving a settlement agreement between the Rubidoux Parties and

11 the Debtors, even if the settlement has to be approved post-confirmation and (2) attempt to

12 assume only portions of the Rubidoux Parties' executory contract with the Debtors.

13 I.   **THE RUBIDOUX PARTIES' CLAIMS AGAINST THE DEBTORS.**

14   The Debtors own a parcel of property in the City of Rubidoux, County of

15 Riverside, and hold title to a portion of this property ***in a constructive and/or***

16 ***resulting trust*** for the Rubidoux Parties (hereinafter, the "***Constructive Trust***

17 ***Property***").  The Rubidoux Parties filed an adversary proceeding (hereinafter, the

18 "***Adversary Case***") to resolve their claims against debtor SunCal Emerald, requesting,

19 among other forms of relief, that SunCal Emerald convey the Constructive Trust

20 Property to the Rubidoux Parties.

21   A.   **SunCal Emerald is Obligated to Complete Recordation of a Subdivision**

22     **Map, and then to Convey the Constructive Trust Property to the**

23     **Rubidoux Parties.**

24   In 2005, Rubidoux Parties purchased and/or acquired the rights to purchase portions

25 of an approximately 245-acre site (hereinafter, the "Project Site") in Riverside, California,

26 which Rubidoux Parties planned to entitle and develop as part of a mixed-use development

27 project that would include commercial and residential uses (among others) (hereinafter, the

28 "Project").  The Constructive Trust Property, as defined above, is part of the Project Site.

Rutan & Tucker, LLP
*attorneys at law*

2123/025756-0002
2332912.1 a09/19/11

1  As Rubidoux Parties were in the process of acquiring these properties, they were

2  approached by SCC Acquisitions, Inc., (the predecessor in interest to SunCal Emerald)

3  about developing the residential portions of the Project.

4  As part of the Project, Rubidoux Parties and SunCal Emerald intended to record a

5  new subdivision map for the Project Site, known as "Parcel Map No. 32971 (Schedule I),"

6  referred to by the parties as the **"I-Map."** The recordation of the I-Map would create a

7  new land-use and parcel structure for the Project Site that reflected the parties' intended

8  uses for the site. In addition, the recordation of the I-Map would allow for the transfer of

9  the newly created parcels in compliance with the Subdivision Map Act (Gov. Code §§

10  66410 *et seq.),* which precludes the transfer of parcels until they have been created through

11  the recordation of a proper subdivision map.

12  Rubidoux Parties and SunCal Emerald entered into a series of agreements relating

13  to the Project (hereinafter, the "Project Agreements"). Those agreements obligated all of

14  the parties, including SunCal Emerald, to "use their best efforts" to ensure that the I-Map

15  be recorded "as soon as possible." Specifically, Section 11 of the parties' "Second

16  Amendment to Amended and Restated Purchase and Sale Agreement and Joint Escrow

17  Instructions (EMR and Ogron Conveyance Parcels) (Remainder Assignment Parcels),"

18  dated December 21, 2006, states in pertinent part as follows:

19  [Rubidoux Parties and SunCal Emerald] shall all use their best
   efforts to cause Parcel Map No. 32971 (the "I-Map") . . . to be
20  recorded on or before the Closing Date or as soon thereafter as
   possible. To the extent that conditions to the recordation are
21  within the control of a party, such party shall use its best efforts
   to satisfy such conditions as quickly as reasonably possible.

22

23  (Section 11 of the parties' "Second Amendment to Amended and Restated Purchase and

24  Sale Agreement and Joint Escrow Instructions (EMR and Ogron Conveyance Parcels)

25  (Remainder Assignment Parcels)," dated December 21, 2006 [Exh.1 hereto].)[1]

26  In the Project Agreements, the parties agreed that, after the Project Site was fully

27

28  [1] The exhibits submitted herewith are only excerpts of the relevant documents due to the
   documents' lengthy nature. Full copies of the documents are available to the Court and to

1  entitled through the recordation of the I-Map, Rubidoux Parties would *own* and develop

2  the Constructive Trust Property (which it would develop for commercial uses), and SunCal

3  Emerald would own and develop the residential portions of the Project. However, to

4  facilitate a more efficient processing and recordation of the I-Map (and for other reasons),

5  the parties agreed that the majority of the Project Site properties, including the

6  Constructive Trust Property, would be *temporarily* transferred to SunCal Emerald, *without*

7  *SunCal needing to pay any additional consideration for the Constructive Trust Property.*

8  Once the I-Map was recorded, SunCal Emerald would then transfer the Constructive Trust

9  Property *back* to Rubidoux Parties, without the need for any further consideration to be

10  paid by Rubidoux Parties.

11       With respect to this "transfer-back arrangement" regarding the Constructive Trust

12  Property, one of the Project Agreements stated as follows:

13       [A]s a matter of *accommodation and convenience only,*
        [Rubidoux Parties and SunCal Emerald] have agreed that on
14      the Closing Date the Entire Engelauf/Ranch Property will be
        conveyed to [SunCal Emerald], including the [Constructive
15      Trust Property, amongst others]. *Immediately subsequent to
        the recordation of the deeds conveying the Entire
16      Engelauf/Ranch Property to [SunCal Emerald], on the
        Closing Date, Parcel Map No. 32971 (Schedule "I") [i.e., the
17      I-Map] will record* subdividing the portions of the [Project
        Site] that are not legal parcels into separate legal parcels and,
18      *on the Closing Date immediately following the recordation of
        said Parcel Map, [SunCal Emerald] shall convey the
19      [Constructive Trust Property] to [Rubidoux Parties].* . . . It is
        understood that SCC is taking title to the [Constructive Trust
20      Property, and other properties] *for an instant in time and only
        for the purpose of facilitating the transfer of the Property to
21      SCC and enabling the Subdivision Documents [including the
        I-Map] to record.*

22

23  (Section 2.2.1 of the parties' "Assignment and Purchase Agreement (Engelauf and Ranch

24  Parcels)," dated April 11, 2005 [Ex. 2 hereto].)

25       Ultimately, the parties transferred the majority of the Project Site properties to

26  SunCal Emerald as agreed in the Project Agreements in or about July of 2007. With

27  respect to the Constructive Trust Property, by virtue of the Project Agreements, the

28

any party upon request.

following pertinent facts apply:

- SunCal Emerald paid no consideration to acquire that property from Rubidoux Parties. In contrast, Rubidoux Parties *did* pay consideration for that property when it purchased it from various third parties.

- SunCal Emerald is obligated to transfer the Constructive Trust Property back to Rubidoux Parties once the I-Map is recorded.

- SunCal Emerald is obligated to use its "best efforts" to ensure that the I-Map is recorded "as soon as possible."

- Although SunCal Emerald currently holds legal title to the Constructive Trust Property, because it paid no consideration for that property, and because it is obligated to return that property to Rubidoux Parties (and to use its best efforts to satisfy the conditions to that transfer), it holds that property in constructive and/or resulting trust for Rubidoux Parties, who are the true equitable owners of the property. For these reasons, the Constructive Trust Property also should not be considered part of SunCal Emerald's bankruptcy estate in this case.

- SunCal Emerald's obligation to convey the Constructive Trust Property to Rubidoux Parties following the recordation of the I-Map, in addition to being expressly acknowledged in the Project Agreements, was also formally memorialized in a document entitled "Memorandum of Conveyance Obligation," dated July 18, 2007, which was recorded against the Project Site properties on July 19, 2007, at 8:00 A.M. A true and correct copy of that document is attached hereto as Exhibit 3. The Memorandum of Conveyance Obligation states, among other things, that "The Purchase Agreement [one of the Project Agreements] provides for SunCal to convey to Rubidoux 60 or its designee, upon the recordation of Final Parcel Map 32971, the portion of the Property that will become parcel 1 of Final Parcel Map 32971 [the Construction Trust Property]." (Memorandum of Conveyance Obligation, ¶ 2 [Ex. 3 hereto].)

B.    **SunCal Abandons the Project and Fails to Transfer the Constructive Trust Property Back to Rubidoux Parties; Litigation Ensues, Followed by SunCal's Bankruptcy.**

After the Project Site properties were transferred to SunCal Emerald in July of 2007, the real-estate market in Southern California crashed, and SunCal Emerald abandoned the Project without completing the remaining steps to ensure the recordation of the I-Map, *all of which remain in SunCal's sole and complete control.* As a result, SunCal has also failed and refused to convey the Constructive Trust Property to Rubidoux Parties.

As a result of these circumstances, on July 9, 2008, Rubidoux Parties initiated an action in California Superior Court for the County of Riverside, seeking to enforce their rights under the Project Agreements. Approximately four months later, on November 7, 2008, SunCal Emerald filed its voluntary bankruptcy petition in this Court. In response, Rubidoux Parties removed their state-court action to this Court as an adversary proceeding. On March 10, 2009, SunCal Emerald filed a motion to remand the Rubidoux Action to the Superior Court. On April 16, 2009, Rubidoux and EMR filed a first amended complaint and sought to add three additional claims against SunCal Emerald. On April 23, 2009, SunCal Emerald filed an opposition to the filing of the first amended complaint. Also on April 23, 2009, Rubidoux and EMR filed an opposition to SunCal's Emerald's motion to remand the Rubidoux Action to the Superior Court. On May 7, 2009, the Bankruptcy Court granted SunCal Emerald's motion to remand the Rubidoux Action to the Superior Court. On July 14, 2009, the Bankruptcy Court granted the motion for relief from stay and remanded the Rubidoux Action to the Superior Court.

Because SunCal Emerald initiated this bankruptcy case before it undertook the necessary steps to ensure recordation of the I-Map and return the Constructive Trust Property to Rubidoux Parties, the Constructive Trust Property has been improperly "swept up" in these bankruptcy proceedings, and Rubidoux Parties' rights to that property are threatened.

1  II.  **PLAN CONFIRMATION SHOULD NOT BAR THE COURT'S APPROVAL**

2  **OF A SETTLEMENT AGREEMENT BETWEEN THE RUBIDOUX**

3  **PARTIES AND THE PLAN PROPONENTS.**

4  SunCal Emerald and the Rubidoux Parties entered into a settlement agreement to

5  resolve their disputes (the "*Settlement Agreement*").  On March 14, 2011, Debtor's Notice

6  of Motion and Motion for an Order Approving Compromise of Controversies with

7  Rubidoux 60, LLC EMR Residential Properties, LLC, Mitchell Ogron, Life Church of God

8  in Christ, Moses Green, and David Sandoval was filed pursuant to the negative-notice

9  provisions of L.B.R. 9013-1(o) (the "*9019 Motion*").  (See Docket Nos. 1821 & 1822.)

10  Although the 14-day notice period expired without any party filing a formal objection, an

11  order granting the 9019 Motion has not been entered.  Any order entered confirming one or

12  more of the pending chapter 11 plans should expressly provide for a reservation of

13  jurisdiction sufficient for the Court to enter orders addressing pending motions, including

14  the 9019 Motion.

15  III.  **THE PLAN PROPONENTS CANNOT ASSUME THE RUBIDOUX**

16  **PARTIES' EXECUTIVE CONTRACTS PIECE-MEAL**.

17  The Plan Proponents cannot assume an executory agreement "piecemeal."  In re

18  Pacific Express, Inc., 780 F.2d 1482, 1488 (9th Cir. 1986).  Correspondingly, all of the

19  contracts that comprise an integrated agreement must either be assumed or rejected, since

20  they all make up one contract.   In re Abitibibowater Inc., 418 B.R. 815, 823 (Bankr. D.

21  Del. 2009).

22  The Rubidoux Parties and SunCal Emerald are parties to the following executory

23  contract (collectively, the "*Executory Contract*"):

24       1.  Agreement for the Exchange of Real Property, dated July 24, 2003, by and

25            between Life Church of God in Christ ("Life Church") and EMR.

26            a.  Amendment to the Agreement for the Exchange of Real Property,

27                 executed by EMR on January 9, 2004, and Life Church on January 13,

28                 2004, by and between Life Church and EMR.

b. <u>Amendment to the Agreement for the Exchange of Real Property</u>, executed by EMR on October 25, 2005, and Life Church on November 2, 2005, by and between Life Church and EMR.

c. <u>Second Amendment to the Agreement for the Exchange of Real Property</u>, executed by EMR and Life Church on February 8, 2006, by and between Life Church and EMR.

d. <u>Amendment to Agreement for the Exchange of Real Property</u>, dated May 16, 2006, by and between Life Church and EMR.

2. <u>Right of Entry Agreement</u>, dated April 1 2005, by and between Life Church and EMR.

a. <u>Amended Right of Entry Agreement</u>, dated March 6, 2006, by and between Life Church and EMR.

3. <u>Assignment of Contracts</u> between EMR Residential Properties, LLC and Rubidoux 60, LLC, dated December 30, 2006.

4. <u>Assignment and Assumption of Church Exchange Agreement and Church Entry Agreement</u> by and between Rubidoux 60, LLC and SunCal Emerald Meadows, LLC, dated July 19, 2007.

5. <u>Amendment to the Agreement for the Exchange of Real Property,</u> dated October 23, 2007 by and between Life Church and SunCal.

6. <u>PURCHASE AND SALE AGREEMENT AND JOINT ESCROW INSTRUCTIONS (EMR and Ogron Conveyance Parcels, Remainder Assignment Parcels)</u>, dated as of April 11, 2005 by and among EMR RESIDENTIAL PROPERTIES, LLC, a Nevada limited liability company, MITCHELL OGRON, an individual, and SCC ACQUISITIONS, INC., a California corporation.

7. <u>PURCHASE AND SALE AGREEMENT AND JOINT ESCROW INSTRUCTIONS (Engelauf and Ranch Parcels)</u>, dated as of April 11, 2005 by and among EMR RESIDENTIAL PROPERTIES, LLC, a Nevada limited

1    liability company, MITCHELL OGRON, an individual, and SCC

2    ACQUISITIONS, INC., a California corporation.

3    8. PURCHASE AND SALE AGREEMENT AND JOINT ESCROW

4    INSTRUCTIONS (OP/DDA), dated as of April 11, 2005 by and among

5    EMR RESIDENTIAL PROPERTIES, LLC, a Nevada limited liability

6    company, MITCHELL OGRON, an individual, and SCC ACQUISITIONS,

7    INC., a California corporation.

8    9. First Amendment to the PURCHASE AND SALE AGREEMENT AND

9    JOINT ESCROW INSTRUCTIONS (EMR and Ogron Conveyance Parcels,

10    Remainder Assignment Parcels), dated 28th day of October, 2005 by and

11    among EMR RESIDENTIAL PROPERTIES, LLC, a Nevada limited

12    liability company, MITCHELL OGRON, an individual, and SCC

13    ACQUISITIONS, INC., a California corporation.

14    10. First Amendment to the PURCHASE AND SALE AGREEMENT AND

15    JOINT ESCROW INSTRUCTIONS (Engelauf and Ranch Parcels), dated

16    28th day of October, 2005 by and between EMR RESIDENTIAL

17    PROPERTIES, LLC, a Nevada limited liability company and SCC

18    ACQUISITIONS, INC., a California corporation.

19    11. Second Amendment to the PURCHASE AND SALE AGREEMENT AND

20    JOINT ESCROW INSTRUCTIONS (Engelauf and Ranch Parcels), dated 1st

21    day of February, 2006 by and between EMR RESIDENTIAL PROPERTIES,

22    LLC, a Nevada limited liability company and SCC ACQUISITIONS, INC., a

23    California corporation.

24    12. First Amendment to the PURCHASE AND SALE AGREEMENT AND

25    JOINT ESCROW INSTRUCTIONS (OD/DDA), dated 28th day of October,

26    2005 by and between EMR RESIDENTIAL PROPERTIES, LLC, a Nevada

27    limited liability company and SCC ACQUISITIONS, INC., a California

28    corporation.

1        13. AGREEMENT FOR THE CONSTRUCTION OF IMPROVEMENTS dated

2          2006, by and between EMR RESIDENTIAL PROPERTIES, LLC, a Nevada

3          limited liability company, and SUNCAL EMERALD MEADOWS LLC, a

4          Delaware limited liability company.

5  The component parts of the Executory Contract are so interrelated that they are,

6  effectively, one agreement. See, e.g., In re Blackstone Potato Chip Co., 109 B.R. 557, 560

7  (Bankr. D.R.I. 1990) (considering various agreements to be a single, integrated

8  agreement).

9       As such, the Plan Proponents should assume the entirety of the Executory Contract.

10  IV.   **CONCLUSION**

11       For the foregoing reasons, the Rubidoux Parties respectfully request that any order

12  entered by the Court confirming a chapter 11 plan (1) permits the Court to enter an order

13  granting the 9019 Motion, even if it is done post-confirmation and (2) precludes the Plan

14  Proponent from assuming only a portion of the Rubidoux Parties' Executory Contract.

15

16  Dated: September 19, 2011          RUTAN & TUCKER, LLP

17                     By: /s/ Matthew W. Grimshaw

18                        Matthew W. Grimshaw
                      Attorneys for Plaintiffs

19                        RUBIDOUX 60, LLC and EMR
                      RESIDENTIAL PROPERTIES, LLC

20

21

22

23

24

25

26

27

28

1     <u>**DECLARATION OF JAMES STOCKHAUSEN**</u>

2     I, James Stockhausen, declare as follows:

3     1.     I am Member of Rubidoux 60, LLC ("***Rubidoux***") and EMR Residential

4 Properties, LLC ("***EMR***," and together with Rubidoux, the "***Rubidoux Parties***"). I have

5 personal knowledge of the facts set forth in this declaration, and, if called as a witness in

6 this matter, I could and would testify competently thereto under oath.

7     2.     I make this declaration in support of the Rubidoux Parties' Limited

8 Objection to the Plan Proponents' chapter 11 plans.

9     3.     Attached hereto as Exhibit 1 is a true and correct copy of the <u>Agreement for</u>

10 <u>the Exchange of Real Property</u>, dated July 24, 2003, by and between Life Church of God

11 in Christ ("***Life Church***") and EMR.

12     4.     Attached hereto as Exhibit 2 is a true and correct copy of <u>Amendment to the</u>

13 <u>Agreement for the Exchange of Real Property</u>, executed by EMR on January 9, 2004, and

14 Life Church on January 13, 2004, by and between Life Church and EMR.

15     5.     Attached hereto as Exhibit 3 is a true and correct copy of <u>Amendment to the</u>

16 <u>Agreement for the Exchange of Real Property</u>, executed by EMR on October 25, 2005, and

17 Life Church on November 2, 2005, by and between Life Church and EMR.

18     6.     Attached hereto as Exhibit 4 is a true and correct copy of <u>Second</u>

19 <u>Amendment to the Agreement for the Exchange of Real Property</u>, executed by EMR and

20 Life Church on February 8, 2006, by and between Life Church and EMR.

21     7.     Attached hereto as Exhibit 5 is a true and correct copy of <u>Amendment to</u>

22 <u>Agreement for the Exchange of Real Property</u>, dated May 16, 2006, by and between Life

23 Church and EMR.

24     8.     Attached hereto as Exhibit 6 is a true and correct copy of <u>Right of Entry</u>

25 <u>Agreement</u>, dated April 1 2005, by and between Life Church and EMR.

26     9.     Attached hereto as Exhibit 7 is a true and correct copy of <u>Amended Right of</u>

27 <u>Entry Agreement</u>, dated March 6, 2006, by and between Life Church and EMR.

28     10.     Attached hereto as Exhibit 8 is a true and correct copy of <u>Assignment of</u>

1  Contracts between EMR Residential Properties, LLC and Rubidoux 60, LLC, dated

2  December 30, 2006.

3      11.    Attached hereto as Exhibit 9 is a true and correct copy of Assignment and

4  Assumption of Church Exchange Agreement and Church Entry Agreement by and

5  between Rubidoux 60, LLC and SunCal Emerald Meadows, LLC, dated July 19, 2007.

6      12.    Attached hereto as Exhibit 10 is a true and correct copy of Amendment to the

7  Agreement for the Exchange of Real Property, dated October 23, 2007 by and between

8  Life Church and SunCal.

9      13.    Attached hereto as Exhibit 11 is a true and correct copy of PURCHASE

10  AND SALE AGREEMENT AND JOINT ESCROW INSTRUCTIONS (EMR and Ogron

11  Conveyance Parcels, Remainder Assignment Parcels), dated as of April 11, 2005 by and

12  among EMR RESIDENTIAL PROPERTIES, LLC, a Nevada limited liability company,

13  MITCHELL OGRON, an individual, and SCC ACQUISITIONS, INC., a California

14  corporation.

15      14.    Attached hereto as Exhibit 12 is a true and correct copy of PURCHASE

16  AND SALE AGREEMENT AND JOINT ESCROW INSTRUCTIONS (Engelauf and

17  Ranch Parcels), dated as of April 11, 2005 by and among EMR RESIDENTIAL

18  PROPERTIES, LLC, a Nevada limited liability company, MITCHELL OGRON, an

19  individual, and SCC ACQUISITIONS, INC., a California corporation.

20      15.    Attached hereto as Exhibit 13 is a true and correct copy of PURCHASE

21  AND SALE AGREEMENT AND JOINT ESCROW INSTRUCTIONS (OP/DDA), dated

22  as of April 11, 2005 by and among EMR RESIDENTIAL PROPERTIES, LLC, a Nevada

23  limited liability company, MITCHELL OGRON, an individual, and SCC

24  ACQUISITIONS, INC., a California corporation.

25      16.    Attached hereto as Exhibit 14 is a true and correct copy of First Amendment

26  to the PURCHASE AND SALE AGREEMENT AND JOINT ESCROW

27  INSTRUCTIONS (EMR and Ogron Conveyance Parcels, Remainder Assignment Parcels),

28  dated 28th day of October, 2005 by and among EMR RESIDENTIAL PROPERTIES,

1  INSTRUCTIONS (EMR and Ogron Conveyance Parcels, Remainder Assignment Parcels),

2  dated 28th day of October, 2005 by and among EMR RESIDENTIAL PROPERTIES,

3  LLC, a Nevada limited liability company, MITCHELL OGRON, an individual, and SCC

4  ACQUISITIONS, INC., a California corporation.

5          17.    Attached hereto as Exhibit 15 is a true and correct copy of First Amendment

6  to the PURCHASE AND SALE AGREEMENT AND JOINT ESCROW

7  INSTRUCTIONS (Engelauf and Ranch Parcels), dated 28th day of October, 2005 by and

8  between EMR RESIDENTIAL PROPERTIES, LLC, a Nevada limited liability company

9  and SCC ACQUISITIONS, INC., a California corporation.

10          18.    Attached hereto as Exhibit 16 is a true and correct copy of Second

11  Amendment to the PURCHASE AND SALE AGREEMENT AND JOINT ESCROW

12  INSTRUCTIONS (Engelauf and Ranch Parcels), dated 1st day of February, 2006 by and

13  between EMR RESIDENTIAL PROPERTIES, LLC, a Nevada limited liability company

14  and SCC ACQUISITIONS, INC., a California corporation.

15          19.    Attached hereto as Exhibit 17 is a true and correct copy of First Amendment

16  to the PURCHASE AND SALE AGREEMENT AND JOINT ESCROW

17  INSTRUCTIONS (OD/DDA), dated 28th day of October, 2005 by and between EMR

18  RESIDENTIAL PROPERTIES, LLC, a Nevada limited liability company and SCC

19  ACQUISITIONS, INC., a California corporation.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1    20.    Attached hereto as Exhibit 18 is a true and correct copy of <u>AGREEMENT</u>

2  <u>FOR THE CONSTRUCTION OF IMPROVEMENTS</u> dated  2006, by and between EMR

3  RESIDENTIAL PROPERTIES, LLC, a Nevada limited liability company, and SUNCAL

4  EMERALD MEADOWS LLC, a Delaware limited liability company.

5    I declare under penalty of perjury under the laws of the United States of America

6  that the foregoing is true and correct.

7    Executed this 19th day of September , 2011, at <u>Newport Beach</u>, California.

8

9

10

11    James Stockhausen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

611 Anton Blvd., 14th Floor, Costa Mesa, CA  92626

A true and correct copy of the foregoing document described as ***OBJECTION TO CHAPTER 11 PLAN*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 19, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 19, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith. U.S. Bankruptcy Court, 411 West Fourth Street, Santa Ana, CA  92701  (Hand Delivered to Bin outside Room 5097)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 19, 2011 | Amie Tancas | /s/ Amie Tancas |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                     **F 9013-3.1.PROOF.SERVICE**

# SERVICE LIST

| | |
|---|---|
| Sella M. Acevedo for Atty Miller Baroness LLP<br>sacevedo@millerbaroness.com,<br>mpritikin@millerbaroness.com | Joseph M. Adams for Def The City of San Juan Capistrano<br>jadatns@sycr.com |
| Raymond H. Aver for Debtor Palmdale Hills Property, LLC<br>ray@averlaw.com | James C. Bastian for Cred ARB, Inc.<br>jbastian@shbllp.com |
| Thomas Scott Belden for Def Zim Industries, Inc, dba Bakersfield Well & Pump<br>sbelden@kleinlaw.com<br>ecf@kleinlaw.com | John A. Boyd for Int Pty Oliphant Golf Inc.<br>fednotice@tclaw.net |
| Mark Bradshaw for Int Pty Courtesy NEF<br>mbradshaw@shbllp.com | Gustavo E. Bravo for Cred Oliphant Golf, Inc.<br>gbravo@smaha.com |
| Jeffrey W. Broker for Cred Bond Safeguard Ins. Co.<br>jbroker@brokerlaw.biz | Brendt C. Butler for Cred EMR Residential Properties LLC<br>BButler@mandersonllp.com |
| Andrew W. Caine for Cred Lehman ALI, Inc.<br>acaine@pszyjw.com | Carollynn Callari for Cred Danske Bank A/S London Branch<br>ccallari@venable.com |
| Cathrine M. Castaldi for Cred SunCal Management, LLC<br>ccastaldi@rusmiliband.com | Tara Castro Narayanan for Int Pty Courtesy NEF<br>tara.narayanan@msrlegal.com<br>lisa.king@msrlegaL.com |
| Dan E. Chambers for Cred EMR Residential Properties LLC<br>dchambers@jmbm.com | Shirley Cho for Cred Lehman ALI, Inc.<br>scho@pszjlaw.com |
| Vonn Christenson for Int Pty Courtesy NEF<br>vrc@paynefears.com | Brendan P. Collins for Cred Gray1 CPB, LLC<br>bpcollins@bhfs.com |
| Vincent M. Coscino for Petitioning Cred CST Environmental Inc.<br>vcoscino@allenmatkins.com<br>emurdoch@allenmatkins.com | Paul J. Couchot for Cred SCC Acquisitions, Inc.<br>pcouchot@winthropcouchot.com<br>pj@winthropcouchot.com<br>gcrumpacker@winthropcouchot.com |
| Jonathan S. Dabbieri for Int Pty Courtesy NEF<br>dabbieri@sullivan.com<br>hill@sullivanhill.com<br>mcallister@sullivanhill.com<br>stein@sullivanhill.com<br>vidovich@sullivanhill.com | Ana Damonte for Cred Top Grade Construction, Inc.<br>ana.damonte@pillsburylaw.com |
| Vanessa S. Davila for Cred Bond Safeguard Ins. Co.<br>vsd@amclaw.com | Melissa Davis for Cred City of Orange<br>mdavis@shbllp.com |
| Daniel Denny for Int Pty Courtesy NEF<br>ddenny@gibsondunn.com | Caroline Djang for Cred Lehman ALI, Inc.<br>crd@jmbm.com |
| Donald T. Dunning for Cred Hertz Equipment Rental Corp.<br>ddunning@dunningLaw.com | Meredith R. Edelman on behalf of Interested Party Courtesy NEF<br>meredith.edelman@dlapiper.com |
| Joseph A. Eisenberg for Cred Lehman ALI, Inc.<br>jae@jmbm.com | Lei Lei Wang Ekvall for Atty Weiland Golden Smiley Wang<br>Ekvall & Strok, LLP<br>lekvall@wgllp.com |
| Richard W. Esterkin for Debtor Palmdale Hills Property, LLC<br>resterkin@morganlewis.com | Marc C. Forsythe for Atty Robert Goe<br>kmurphy@goeforlaw.com |

| | | |
|---|---|---|
| 1 | Alan J. Friedman for Atty Irell & Manella LLP<br>afriedman@irell.com | Steven M. Garber for Cred Park West<br>Landscape, Inc. |
| 2 | | steve@smgarberlaw.com |
| 3 | Christian J. Gascou for 3rd Party Pltf Arch Ins.<br>Co. | Barry S. Glaser for Cred County of Los<br>Angeles |
| | cgascou@gascouhopkins.com | bglaser@swilaw.com |
| 4 | Robert P. Goe for Ally Robert Goe<br>kmurphy@goeforlaw.com | Eric D. Goldberg for Int Pty Courtesy NEF<br>egoldberg@stutman.com |
| 5 | rgoe@goeforlaw.com<br>mforsythe@goeforlaw.com | |
| 6 | Richard H. Golubow for Debtor Palmdale Hills<br>Property, LLC | Michael J. Gomez for Int Pty Central Pacific<br>Bank |
| 7 | rgolubow@winthropcouchot.com<br>pj@winthropcouchot.com | mgomez@frandzel.com<br>efiling@frandzel.com |
| 8 | | sking@frandzel.com |
| 9 | Kelly C. Griffith for Cred Bond Safeguard Ins.<br>Co. | Matthew Grimshaw for Int Pty City of Torrance<br>mgrimshaw@rutan.com |
| | bkemail@harrisbeach.com | |
| 10 | Kavita Gupta for Debtor Palmdale Hills<br>Property, LLC | Asa S. Hami for Debtor Palmdale Hills<br>Property, LLC |
| 11 | kgupta@winthropcouchot.com | ahami@morganlewis.com |
| 12 | Michael J. Hauser for U.S. Trustee United<br>States Trustee (SA) | D. Edward Hays for Cred Villa San Clemente,<br>LLC |
| 13 | michael.hauser@usdoj.gov | ehays@marshackhays.com |
| | Michael C. Heinrichs for Int Pty Courtesy NEF<br>mheinrichs@omm.com | Harry D. Hochman for Cred Lehman ALI, Inc.<br>hhochman@pszjlaw.com |
| 14 | | hhochman@pszjlaw.com |
| 15 | Jonathan M. Hoff for 3rd Party Pltf Prov<br>Liquidators of Lehman RE Ltd. | Nancy Hotchkiss for Cred Murray Smith &<br>Associates Engineering |
| | jonathan.hoff@cwt.com | nhotchkiss@trainorfairbrook.com |
| 16 | Michelle Hribar for Pltf EMR Residential<br>Properties LLC | John J. Immordino for Cred Arch Ins. Co.<br>john.immordino@wilsonelser.com |
| 17 | mhribar@rutan.com | raquel.burgess@wilsonelser.com |
| 18 | Lawrence A. Jacobson for Cred BKF Engineers<br>lai@cohenandjacobson.com | Michael J. Joyce for Int Pty Courtesy NEF<br>mjoyce@crosslaw.com |
| 19 | Stephen M. Judson for Petitioning Cred The<br>Professional Tree Care Co. | Kaleb L. Judy for Def Zim Industries, Inc. dba<br>Bakersfield Well & Pump |
| | sjudson@fablaw.com | ecf@kleinlaw.com |
| 20 | | kjudy@kleinlaw.com |
| 21 | Steven J. Kahn for Cred Lehman ALI, Inc.<br>skahn@pszjw.com | Sheri Kanesaka for Cred California Bank &<br>Trust |
| | | sheri.kanesaka@bryancave.com |
| 22 | David I. Katzen for Int Pty Bethel Island Muni<br>Imp District | Christopher W. Keegan for Cred SC Master<br>Holdings II LLC |
| 23 | katzen@ksfirm.com | ckeegan@kirkland.com<br>gdupre@kirkland.com |
| 24 | | alevin@kirkland.com |
| 25 | Payam Khodadadi for Debtor Palmdale Hills<br>Property, LLC | Irene L. Kiet for Cred BNB Engineering Inc.<br>ikiet@hkclaw.com |
| 26 | pkhodadadi@winthropcauchot.com<br>pj@winthropcouchot.com | |
| 27 | Claude F. Kolm for Cred County of Alameda<br>Tax Collector | Mark J. Krone for Cred Bond Safeguard Ins.<br>Co. |
| | claude.kolm@acgov.org | mk@amclaw.com |
| 28 | | crs@amclaw.com<br>amc@amclaw.com |

| | | |
|---|---|---|
| 1 | David B. Lally for Def Contracting Engineers, Inc. | Leib M. Lerner for Cred Steiny and Co, Inc. leib.lerner@alston.com |
| 2 | davidlallylaw@gmail.com | |
| 3 | Peter W. Lianides for Debtor Palmdale Hills Property, LLC plianides@winthropcouchot.com | Charles Liu for Debtor Palmdale Hills Property, LLC cliu@winthropcouchot.com |
| 4 | pj@winthropcouchot.com | |
| 5 | Kerri A. Lyman for Atty Irell & Manella LLP klyman@irell.com | Mariam S. Marshall for Cred RGA Environmental, Inc. mmarshall@marshallramoslaw.com |
| 6 | Robert C. Martinez for Cred TC Construction Co, Inc. | Michael D. May for Cred R.J. Noble Co. mdmayesq@verizon.net |
| 7 | rmartinez@mclex.com | |
| 8 | Hutchison B. Meltzer for Cred Com Holding Unsecured Claims hmeltzer@wgllp.com | Krikor J. Meshefejian for Int Pty Courtesy NEF kjm@lnbrb.com |
| 9 | Joel S. Miliband for Cred RBF CONSULTING jmiliband@rusmiliband.com | James M. Miller for Atty Miller Barondess LLP jmiller@millerbarondess.com |
| 10 | | vgunderson@millerbarondess.com smiller@millerbarondess.com |
| 11 | | mpritikin@millerbarondess.com |
| 12 | Louis R. Miller for Pltf Palmdale Hills Property, LLC smiller@millerbarondess.com | Craig Millet for Int Pty Doug Champion cmillet@gibsondunn.com pcrawford@gibsondunn.com |
| 13 | | cmillet@gibsondunn.com |
| 14 | Randall P. Mroczynski for Def Bob McGrann Construction, Inc. randym@cookseylaw.com | Mike D. Neue for Atty The Lobel Firm, LLP mneue@thelobelfirm.com jmattiace@thelobelfirm.com |
| 15 | | pnelson@thelobelfirm.com |
| 16 | Robert Nida for Cred Kirk Negrete, Inc Rnida@castlelawojfice.com | Henry H. Oh for 3rd Party Pltf Jt Prov Liquidators of Lehman RE Ltd henry.oh@dlapiper.com |
| 17 | | janet.curley@dlapiper.com |
| 18 | Sean A. Okeefe for Debtor Palmdale Hills Property, LLC sokeefe@okeefelc.com | Scott H. Olson for Cred Bethel Island Muni Improvement District solson@seyfarth.com |
| 19 | Robert B. Orgel for Cred Lehman ALI, Inc. rorgel@pszjlaw.com | Malhar S. Pagay for Cred Lehman ALI, Inc. mpagay@pszjlaw.com |
| 20 | rorgel@pszjlaw.com | mpagay@pszjlaw.com |
| 21 | Daryl G. Parker for Cred Lehman ALI, Inc. dparker@pszjlaw.com | Penelope Parmes for Cred EMR Residential Properties LLC pparmes@rutan.com |
| 22 | Robert J. Pfister on behalf of Int Pty Courtesy NEF | Ronald B. Pierce for Cred Griffith Co. ronald.pierce@sdma.com |
| 23 | rpfister@ktbslaw.com | |
| 24 | Katherine C. Piper for Int Pty New Anaverde LLC kpiper@steptoe.com | Cassandra J. Richey for Cred Patricia I Volkerts, as Trustee, et al cmartin@pprlaw.net |
| 25 | smcloughlin@steptoe.com | |
| 26 | James S. Riley for Cred Sierra Liquidity Fund, LLC tgarza@sierrafunds.com | Debra Riley for Int Pty City of Palmdale driley@allenmatkins.com |
| 27 | Todd C. Ringstad for Int Pty Courtesy NEF becky@ringstadlaw.com | R. Grace Rodriguez for Def O&B Equipment, Inc. ecf@lorgr.com |
| 28 | Martha E. Romero for Cred California Taxing | Ronald Rus for Cred SunCal Management, |

| | |
|---|---|
| Authorities | LLC |
| Romero@mromerolawfirm.com | rrus@rusmiliband.com |
| John P. Schafer for Cred LB/L-DUC III Bethel Island LLC | John E. Schreiber for Def Fenway Capital, LLC |
| ischafer@mandersonllp.com | jschreiber@dl.com |
| William D. Schuster for Cred HD Supply Construction Supply LTD | Christopher P. Simon for Int Pty Courtesy NEF |
| bills@allieschuster.org | csimon@crosslaw.com |
| Gerald N. Sims for Int Pty Courtesy NEF | Wendy W. Smith for Cred Castaic Union School District |
| jerrys@psdslaw.com | wendy@bindermalter.com |
| bonniec@psdslaw.com | |
| Steven M. Speier (TR) | Steven M. Speier for Trustee Steven Speier (TR) |
| Sspeier@asrmanagement.com | Sspeier@Squarmilner.com |
| ca85@ecfcbis.com | ca85@ecfcbis.com |
| Michael St. James for Cred MBH Architects, Inc. | Michael K. Sugar for Off Committee of Unsecured Creds |
| ecf@stjames-law.com | msugar@irell.com |
| Cathy Ta for Def Hi-Grade Material Co. | David A. Tilem for Def Southland Pipe Corp. |
| cathy.ta@bblaw.com | davidtilem@tilemlaw.com |
| Arthur.Johnston@bbklaw.com | malissamurguia@tilemlaw.com |
| Kenneth.Burgess@bbklaw.com | dianachau@tilemlaw.com |
| | kmishigian@tilemlaw.com |
| James E. Till for Trustee Steven Speier (TR) | United States Trustee (SA) |
| jtill@thelobelfirm.com | ustpregion16.sa.ecf@usdoj.gov |
| jmattiace@thelobelfirm.com | |
| pnelson@thelobelfirm.com | |
| Carol G. Unruh for Cred Scott E. McDaniel | Annie Verdries for Cred WEC Corp. |
| cgunruh@sbcglobal.net | verdries@lbbslaw.com |
| Jason Wallach for Def Professional Pipeline Contractors, Inc. | Joshua D. Wayser for Other Professional D.E. Shaw & Co., L.P. |
| jwallach@gladstonemichel.com | kim.johnson@kattenlaw.com |
| Marc J. Winthrop for Debtor Palmdale Hills Property, LLC | David M. Wiseblood for Cred Bethel Island Muni Imp District |
| mwinthrop@winthropcouchot.com | dwiseblood@seyfarth.com |
| pj@winthropcouchot.com | |
| Brett K. Wiseman for Cred JF Shea Construction Inc. | Dean A. Ziehl for Counter-Def LV Pacific Point LLC |
| bwiseman@aalaws.com | dziehl@pszjlaw.com |
| Marc A. Zimmerman for Creditor Life Church of God in Christ | Gen'l Counsel for Voluntary Debtors: Paul Couchot - |
| joshuasdaddy@att.net | pcouchot@winthropcouchot.com |
| | Marc J. Winthrop - pj@winthropcouchot.com |
| | Paul Lianides - |
| | plianides@winthropcouchot.com |
| Debtors (Palmdale Hills Property, LLC and related entities): | Counsel for SunCal Management: Ronald Rus - rrus@rusmiliband.com |
| bcook@suncal.com | |
| Special Counsel for Jt. Admin. Debtors & Trustee Speier: | Counsel for Ch. 11 Trustee (Speier): William Lobel - wlobel@thelobelfirm.com |
| Louis Miller – smiller@millerbarondess.com | Mike Neue - mneue@thelobelfirm.com |
| jmiller@millerbarondess.com | |
| Martin Pritikin - | |
| mpritikin@mfllerbarondess.com | |
| Ch. 11 Trustee: | Office of the United States Trustee: |
| Steven N. Speier - | Michael Hauser - michael.hauser@usdoj.gov |

| | | |
|---|---|---|
| 1 | sspeier@asrmanagement.com | |
| | ca85@ecfcbis.com | |
| 2 | Counsel for Voluntary Debtors' Committee: | Counsel for Trustee Debtors' Committee: |
| | Alan Friedman - afriedman@irell.com | Lei Lei Wang Ekvall - lekvall@wglip.com |
| 3 | Kerri A. Lyman - klyman@irell.com | Hutchison B. Meltzer - hmeltzer@wgllp.com |
| | Counsel for Bond Safeguard & Lexon | Edward Soto - Edward.soto@weil.com |
| 4 | Mark E. Aronson - mea@amclaw.com | odalys.smith@weil.com |
| | Mark J. Krone - mk@amclaw.com | lori.seavey@weil.com |
| 5 | crs@amclaw.com | |
| | amc@amclaw.com | |
| 6 | Allen Blaustein - Allen.Blaustein@weil.com | Alfredo R. Perez - alfredo.perez@weil.com |
| | Lauren Zerbinopoulos - | Erica Rutner - erica.rutner@weil.com |
| 7 | lauren.zerbinopoulos@weil.com | |
| | Chauncey Cole - chauncey.cole@cwt.com | Betty Shumener - |
| 8 | | betty.shumener@dlapiper.com |
| | John E. Schreiber - jschreiber@dl.com | Mark McKane - mark.mckane@kirkland.com |
| 9 | rreinthaler@dl.com | |
| | Ken Goddard, Operations Officer | John Gentillon, C.E.O. |
| 10 | Roddan Paolucci Roddan | john@thelandstewards.com |
| | kgoddard@roddanpaolucci.com | |
| 11 | Deborah L. Lemanski | Virginia Zareba, Sec'y to Darren G. Burge |
| | Assistant to Frederick A. Berg, Esq. and Barry | Darren G. Burge |
| 12 | J. Jensen, Esq. | Cohen & Burge, LLP |
| | Kotz, Sangster, Wysocki and Berg, P.C. | vzareba@cohenburgelaw.com |
| 13 | dlemanski@kotzsangster.com | dburge@cohenburgelaw.com |
| | bjensen@kotzsangster.com | |
| 14 | Brian Cartmell | Richard Rudolph |
| | Independent Construction Co. | Law Offices of Richard B. Rudolph |
| 15 | bcartmell@indycc.com | RRudolph@Rudolph-Law.com |
| | Michele Stubbs | David Sanner |
| 16 | Assistant to Arnold L. Veldkamp | General Counsel-Litigation |
| | Superior Ready Mix Concrete, L.P. | Craig Realty Group |
| 17 | mstubbs@superiorrm.com | dsanner@craigrealtygroup.com |
| | Attorney for Villa San Clemente, LLC | Counsel to Kevin L. Crook Architect, Inc. |
| 18 | (a creditor of SunCal Marblehead, LLC) | Halladay & Mim Mack, Inc. |
| | David Sanner, General Counsel-Litigation | Crystal N. Le, Clerk Supervisor |
| 19 | Craig Realty Group | Murtaugh Meyer Nelson & Treglia, LLP |
| | dsanner@craigrealtygroup.com | Crystal N. Le - cle@mmnt.com |
| 20 | | Michelle R. Generaux - |
| | | mgeneraux@mmnt.com |
| 21 | Counsel to Southern California Soil and | Sharon Dyer |
| | Testing, Inc. | sdyer@5thgearadv.com |
| 22 | Justin G. Reden, Esq. | |
| | Reden & Reden | |
| 23 | jreden@redenandreden.com | |
| | greden@redenandreden.com | |
| 24 | Interested Party In Oak Knoll | Michael D. May |
| | Ken Berrick, President / CEO | Attorney for R.J. Noble Co. |
| 25 | Seneca Center | mdmayesq@verizon.net |
| | ken@senecacenter.org | |
| 26 | ken_berrick@senecacenter.org | |
| | Attorney for Oak Valley Partners | Counsel to Palm Springs Village-309, LLC |
| 27 | John Ohanian | Ira Glasky, Vice President/General Counsel Far |
| | Oak Valley Partners | West Industries |
| 28 | johanian@ovplp.com | iglasky@farwestindustries.com |
| | Represents Union Pacific | Paul C. Guerin, Principal Engineer |

| | | |
|---|---|---|
| 1 | Mary Ann Kilgore | ENGEO Incorporated |
| | MKILGORE@up.com | pguerin@engeo.com |
| 2 | Attorneys for Schilling Corporation, Andersen | Diane Norris, Controller |
| | Concrete, Butsko Utility Design and Trimax | Southern California Soil & Testing, Inc. |
| 3 | Systems | Dnorris@scst.com |
| | Scott A. Schaelen | |
| 4 | Walters, Townsend & Schaelen, A PLC | |
| | sas@wts-law.com | |
| 5 | Glen McIntire | Mark R. McGuire |
| | Design Alliance | mrmcguirelaw@cox.net |
| 6 | artwork@designalliance3.net | |
| | Attorney for Creditor, Palm | Marvin Benson, Esq. |
| 7 | Shannon C. Williams | marv.benson@yahoo.com |
| | swilliams@rudolph-law.com | |
| 8 | Feffer Geological Consulting | Counsel for Seneca Center |
| | Joshua R. Feffer | Sheldon Greene |
| 9 | josh@feffergeo.com | sheldon7@pacbell.net |
| | Attorneys for Bond Safeguard Insurance Co. | Attorneys for New Anaverde, LLC |
| 10 | and Lexon Insurance Co. | Filiberto Agusti, Esq. |
| | Mark E. Aronson | Joshua Taylor, Esq. |
| 11 | Anderson, McPharlin & Conners, LLP | Steptoe & Johnson LLP |
| | mea@amclaw.com | fagusti@steptoe.com |
| 12 | | jrtaylor@steptoe.com |
| | Attorneys for City of Oakland and Oakland | |
| 13 | Redevelopment Agency | |
| | Lawrence A. Jacobson | |
| 14 | Sean M. Jacobson | |
| | Cohen and Jacobson, LLP | |
| 15 | laj@cohenandjacobson.com | |
| | sean@cohenandjacobson.com | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# SERVICE LIST

| | |
|---|---|
| Mr. C.F. Raysbrook<br>California Department of Fish and Game<br>Streambed Alteration Team<br>4949 Viewridge Avenue<br>San Diego, CA 92123 | California Regional Water Quality Control<br>Board<br>Los Angeles Region<br>320 West 4th Street, Suite 200<br>Los Angeles, CA 90013 |
| Bob Hosea<br>California Dept. of Fish and Game, Region 2<br>Attn.: Streambed Alteration Agreement Program<br>1701 Nimbus Road<br>Rancho Cordova, CA 95670 | Ms. Leslie Gault<br>Placer County Water Agency<br>144 Ferguson Road<br>Auburn, CA 95604 |
| County Of Riverside Transportation And Land<br>Management Agency<br>4080 Lemon Street, 8th Floor<br>Riverside, CA 92501<br>Attn.: Juan C. Perez, P.E., T.E.<br>Director of Transportation | County of Riverside<br>P.O. Box 1090<br>Riverside, CA 92502-1090<br>Attn.: George Johnson |
| Mitchell Ogron<br>14 Old Lake Circle<br>Henderson, NV 89074 | Church of God in Jesus Christ<br>3349 Rubidoux Blvd.<br>Riverside, CA 92509<br>Attn.: Cecilia A. Bennett |
| Rte 60, LLC<br>14 Old Lake Circle<br>Henderson, NV 89074<br>Attn: Jim Stockhausen | Riverside County Economic Development<br>Agency<br>1153 Spruce Street, Suite B<br>Riverside, CA 92507<br>Attn.: Tina English, Deputy Executive<br>Director |
| Lee Ann Carranza, Preserve Manager<br>Center for Natural Lands Management<br>P.O. Box 2162<br>Capistrano Beach, CA 92624 | U.S. Army Corps of Engineers<br>Los Angeles District<br>P.O. Box 532711<br>Los Angeles, CA 90053-2325<br>Attn.: District Counsel |
| U.S. Fish and Wildlife Service<br>Carlsbad Fish and Wildlife Office<br>6010 Hidden Valley Road<br>Carlsbad, CA 92009<br>Attn.: Field Supervisor | City of San Clemente City Hall<br>100 Avenida Presidio<br>San Clemente, CA 92672<br>Attn.: George Scarborough, City Manager |
| Denise H. Hering, Esq.<br>Stradling, Yocca, Carlson & Rauth<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660 | Mr. Sam Wyngaarden<br>Southern California Gas Company<br>One Liberty<br>Aliso Viejo, CA 92656-3830 |
| Stephen L. Millham<br>Anaverde LLC<br>c/o Empire Partners, Inc.<br>3536 Concours Street Suite 300<br>Ontario, CA 91764 | Mr. Brian Velt<br>Farallon Capital Management, LLC<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 |
| Dr. Aaron Allen<br>U.S. Army Corps of Engineers<br>2151 Alessandro Drive, Suite 110<br>Ventura, CA 93301 | Stephen H. Williams, City Manager<br>City of Palmdale<br>38300 N. Sierra Hwy.<br>Palmdale, CA 93550-4798 |
| Riverside County Flood Control and<br>Water Conservation District<br>1995 Market St.<br>Riverside, CA 92501<br>Attn.: Warren D. Williams, General Manager & | Tobi Tyler<br>Calif. Regional Water Quality Control Board<br>Lahontan Region<br>2501 Lake Tahoe Boulevard<br>South Lake Tahoe, CA 96150 |

| | | |
|---|---|---|
| 1 | Chief Engineer | |
| | Jurupa Area Recreation & Park District | Mr. Jay R. Olson |
| 2 | 4810 Pedley Rd. | Southern California Edison |
| | Riverside, CA 92502 | 10180 Telegraph Road |
| 3 | Attn.: Dan Rodriguez, General Manager | Ventura, CA 93004 |
| | Marjorie Ina and Jerry Ray Engelauf | City of Torrance |
| 4 | 5037 Riverside Drive | City Attorney's Office |
| | Riverside, CA 92509-6427 | 3031 Torrance Blvd. |
| 5 | | Torrance, CA 90503 |
| | | Attn.: John Fellows, City Attorney |
| 6 | David R. Brunner, Executive Director | City of San Clemente |
| | Center for Natural Lands Management | City Hall |
| 7 | 425 E. Alvarado St., Ste. H | 100 Avenida Presidio |
| | Fallbrook, CA 92028-2960 | San Clemente, CA 92672 |
| 8 | | Attn.: George Scarborough, City Manager |
| | California Department of Fish and Game | City of Palmdale |
| 9 | 4949 Viewridge Avenue | Attn.: Steve Williams, City Manager |
| | San Diego, CA 92123 | Matthew Ditzhazy, City Attorney |
| 10 | Attn.: Regional Manager | 38300 N. Sierra Hwy. |
| | | Palmdale, CA 93550 |
| 11 | Ron Lebs, Deputy Superintendent | Richard B. Andrade on behalf of Creditor |
| | Capistrano Unified School District | JF Shea Construction Inc. |
| 12 | Business and Support Services | Andrade & Associates |
| | 33122 Valle Road | 27101 Puerta Real Ste 120 |
| 13 | San Juan Capistrano, CA 92675 | Mission Viejo, CA 92691-8518 |
| | Ms. Pinky Oliver | Elma Watson, Assistant Planner |
| 14 | San Diego Gas & Electric | City of Lancaster |
| | 8330 Century Park Court, Room 31-C | 44933 Fern Avenue |
| 15 | San Diego, CA 92123 | Lancaster, CA 93534 |
| | Mr. Justin Bowman, OSP Planning Mgr. | Mr. Michael Mischel |
| 16 | AT&T | City of Palmdale Engineering Department |
| | 739 E. Santa Clara St., Room 312A | 38250 N. Sierra Highway |
| 17 | Ventura, CA 93001 | Palmdale, CA 93550-4798 |
| | Ms. Deborah Schwenk | Ronnie Burtner |
| 18 | AT&T | Los Angeles County Sanitation District |
| | 6930 Van Nuys Blvd., Room 110 | P.O. Box 4998 |
| 19 | Van Nuys, CA 91405 | Whittier, CA 90607 |
| | Bertram E. Williams | Shearon A. Bangs on behalf of Defendant |
| 20 | Southern California Edison | Rockey Murata Landscaping, Inc. |
| | 26100 Menifee Rd. | Crawford & Bangs |
| 21 | Romoland, CA 92585 | 1290 E Center Ct. Dr. |
| | | Covina, CA 91724 |
| 22 | John Sanabria | William G. Bissell on behalf of Creditor |
| | Acting Director of Dept. of Regional Planning | Boudreau Pipeline Corporation |
| 23 | County of Los Angeles Dept. of Regional | 110 Newport Ctr. Dr Ste 200 |
| | Planning | Newport Beach, CA 92660 |
| 24 | 1390 Hall of Records | |
| | 320 West Temple Street | |
| 25 | Los Angeles, CA 90012 | |
| | Tab L K Artis on behalf of Creditor | Brian Construction Co. Inc. |
| 26 | Desert Pipeline, Inc. | |
| | 301 N Lake Ave 7th Fl. | |
| 27 | Pasadena, CA 91101 | |
| | Ms. Laurie Lile | Brent S. Clemmer on behalf of Creditor |
| 28 | City of Palmdale | MSA Consulting, Inc. |
| | 38250 N. Sierra Highway | Slovak Baron & Empey LLP |

| | |
|---|---|
| 1 | Palmdale, CA 93550-4798 |
| | 1800 E Tahquitz Canyon Way |
| | Palm Springs, CA 92262 |
| 2 | Matthew Ditzhazy, City Attorney |
| | Donald B. Devirian on behalf of |
| | Noel James Dorean, Deputy City Attorney |
| | Defendant ALL AMERICAN ASPHALT |
| 3 | City of Palmdale |
| | Devirian & Shinmoto |
| | 38300 N. Sierra Hwy. |
| | 11400 W Olympic Blvd Ste 200 |
| 4 | Palmdale, CA 93550-4798 |
| | Los Angeles, CA 90064 |
| | Adam Ariki |
| | Moses Green |
| 5 | Los Angeles County Waterworks |
| | District No. 40, Antelope Valley |
| 6 | P.O. Box 1460 |
| | Alhambra, CA 91802-1406 |
| 7 | City of Torrance |
| | Andrew C. Kienle on behalf of Defendant |
| | City Hall |
| | BNB Engineering, Inc. |
| 8 | 3031 Torrance Blvd. |
| | 200 Sandpointe, 4th Fl. |
| | Torrance, CA 90503-2970 |
| | Santa Ana, CA 92707 |
| 9 | Attn.: Jeffery W. Gibson, |
| | Community Development Director |
| 10 | City of Beaumont |
| | Vivian Le on behalf of Creditor |
| | Attn.: Ernest Egger, Director of Planning |
| | WEC Corporation |
| 11 | 550 E. Sixth St. |
| | Gary R King & Associates |
| | Beaumont, CA 92223-0158 |
| | 30950 Rancho Viejo Rd Ste 155 |
| 12 | |
| | San Juan Capistrano, CA 92675 |
| | William R. Baerg on behalf of Defendant |
| | Mark E. McKane on behalf of Creditor |
| 13 | Samrod Corporation |
| | SC Master Holdings II LLC |
| | Monteleone & McCrory LLP |
| | Kirkland & Ellis LLP |
| 14 | 725 S Figueroa St #3200 |
| | 555 California St |
| | Los Angeles, CA 90017 |
| | San Francisco, CA 94104 |
| 15 | Miller Barondess LLP |
| 16 | William Bissell on behalf of Defendant |
| | Wayne W. Call on behalf of 3rd Pty |
| | Boudreau Pipeline Corporation |
| | Defendant Bova Contracting Corporation Call |
| 17 | 110 Newport Center Dr Ste 200 |
| | & Jensen |
| | Newport Beach, CA 92660 |
| | 610 Newport Ctr Dr Ste 700 |
| 18 | |
| | Newport Beach, CA 92660 |
| | John W. Busby on behalf of Creditor |
| | Delta Coves Venture LLC |
| 19 | Marques Pipeline, Inc. |
| | 2392 Morse |
| | 251 Lafayette Circle Ste 350 |
| | Irvine, CA 92614 |
| 20 | Lafayette, CA 94549 |
| | Adrienne M. Corrado on behalf of Defendant |
| | Norman A. Filer on behalf of Creditor |
| 21 | Orange County Striping Service, Inc. |
| | Mesa Pacific Construction Inc. |
| | Lanak & Hanna |
| | 500 N. State College Bl., #1270 |
| 22 | 400 N Tustin Ave Ste 120 |
| | Orange, CA 92868 |
| | Santa Ana, CA 92705-3815 |
| 23 | Francis T. Donohue on behalf of 3rd Pty |
| | William R. Hart on behalf of Defendant |
| | Defendant Chino Grading, Inc. |
| | BNB Engineering, Inc. |
| 24 | Voss, Cook & Thel LLP |
| | Hart King & Coldren |
| | 895 Dove Street Suite 450 |
| | 200 Sandpointe Fourth Fl. |
| 25 | Newport Beach, CA 92660 |
| | Santa Ana, CA 92707 |
| | Stanley Haren on behalf of Defendant |
| | LB/L SunCal Oak Valley LLC |
| 26 | Sierra Cascade Construction, Inc. |
| | Gill & Baldwin |
| 27 | 130 N Baldwin Blvd #405 |
| | Glendale, CA 91203 |
| 28 | LB/L SunCal Northlake LLC |
| | Manhard Consulting Inc. |

| | | |
|---|---|---|
| 1 | Wayne Lee | Louis R. Miller on behalf of Counter-Defendant |
| | 468 Jade Tree Drive | SJD Development Corp. |
| 2 | Monterey Park, CA 91754 | 2121 Avenue Of The Stars, 18th Fl. |
| | | Los Angeles, CA 90067 |
| 3 | Louis R. Miller | Robert S. Throckmorton on behalf of Creditor |
| | Miller Barondess, LLP | Paula Cunningham |
| 4 | 1999 Avenue of the Stars, Ste 1000 | Throckmorton, Beckstrom & Tomassian, LLP |
| | Los Angeles, CA 90067 | 2 Corporate Park, Ste 210 |
| 5 | | Irvine, CA 92606-5115 |
| | Patricia D. Barrett on behalf of Defendant | Elizabeth A. Walters on behalf of Creditor |
| 6 | Ameripride Guard Services, Inc. | Andersen Concrete Inc |
| | Law Office of Patricia D Barrett | 3365 Seventh Ave |
| 7 | 846 W Foothill Blvd Ste M | San Diego, CA 92103 |
| | Upland, CA 91786 | |
| 8 | Christopher J. Brantingham on behalf of | Attorneys for Arch Insurance Company |
| | Defendant | (objector) |
| 9 | Pre-Con Products | T. Scott Leo / Michael J. Dudek |
| | Brice E Bryan & Assoc | LEO & WEBER, P.C. |
| 10 | 23945 Calabasas Rd | 1 North LaSalle Street, Suite 3600 |
| | Calabasas, CA 91302 | Chicago, Illinois 60602 |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |