IRELL & MANELLA LLP
Alan J. Friedman (State Bar No. 132580)
afriedman@irell.com
Howard J. Steinberg (State Bar No. 89291)
hsteinberg@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:  (949) 760-0991
Facsimile:   (949) 760-5200

Counsel for the Official Committee of
Unsecured Creditors in
Chapter 11 Cases of Palmdale Hills
Property, LLC et al.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br>PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS,<br><br>Joint Administered Debtors and Debtors-in-Possession<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☒ SJD Partners, Ltd.<br>☒ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF LLC<br>☐ LBL-SunCal Oak Valley, LLC<br>☐ SunCal Heartland, LLC<br>☐ LBL-SunCal Northlake, LLC<br><br>*Caption Continued on Next Page* | Case No. 8:08-bk-17206- ES<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8-08-bk-17575 ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES<br>8:08-bk-17588-ES<br><br>Chapter 11 Cases<br><br>**OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2496770

OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]

☐ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☐ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

Hearing:
Date: October 24, 2011
Time: 9:30 a.m.
Place: Courtroom 5A

**TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY JUDGE, THE RELATED DEBTORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES-IN-INTEREST:**

The Official Joint Committee of Creditors Holding Unsecured Claims (the "Committee"), duly appointed in the related jointly administered chapter 11 cases of Palmdale Hills Property, LLC, SunCal Beaumont Heights, LLC, SCC/Palmdale, LLC, SunCal Johannson Ranch, LLC, SunCal Summit Valley, LLC, SunCal Emerald Meadows, LLC, SunCal Bickford Ranch, LLC, Acton Estates, LLC, Seven Brothers, LLC, SJD Partners, Ltd., SJD Development Corp., Kirby Estates, LLC, SunCal Communities I, LLC, SunCal Communities III, LLC, SCC Communities LLC, North Orange Del Rio Land, LLC, and Tesoro SF, LLC (the "Voluntary Debtors"),[1] hereby submits this Objection and Reservation of Rights with respect to the *Fourth Amended Chapter 11 Plan Filed by SunCal Plan Proponents in the Chapter 11 Cases Of SJD Partners, Ltd. and SJD Development Corp. [Group IV: Voluntary Debtors]* (the "SunCal IV [2] Plan[3]").

---

[1] The Voluntary Debtors' Chapter 11 cases are jointly administered with the following nine (9) related entities: LBL-SunCal Oak Valley, LLC, SunCal Heartland, LLC, LBL-SunCal Northlake, LLC, SunCal Marblehead, LLC, SunCal Century City, LLC, SunCal PSV, LLC, Delta Coves Venture, LLC, SunCal Torrance, LLC, SunCal Oak Knoll, LLC (the "Trustee Debtors"). A Chapter 11 Trustee has been appointed in the Trustee Debtors' Chapter 11 cases (the "Trustee") and a separate committee of unsecured creditors was established. The Voluntary Debtors and the Trustee Debtors are hereinafter collectively referred to as the "Related Debtors."

[2] Capitalized terms not otherwise defined herein have the meaning set forth in the SunCal IV Plan and Disclosure Statement.

[3] The SunCal Plan Proponents have filed four separate plans and four separate disclosure statements. The Committee notes that the prior versions of the SunCal plans accounted for all seventeen of the Voluntary Debtors. However, the current versions of the SunCal plans omit six of the Voluntary Debtors: (1) SCC/Palmdale, LLC; (2) SunCal Summit Valley, LLC; (3) Seven Brothers LLC; (4) Kirby Estates, LLC; (5) SunCal Communities I, LLC; and (6) SunCal Communities III, LLC. The SunCal Plan Proponents have provided no explanation for the omission of these Voluntary Debtors from the plans or how the cases of these debtors will ultimately be resolved.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2496770

- 2 -

OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS
WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF
SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]

I.

## PRELIMINARY STATEMENT

The opportunity for Unsecured Creditors to receive a meaningful dividend in these cases is dependent upon the outcome of hotly contested and protracted litigation against the Lehman Entities. However, the SunCal Plan Proponents state that they will not even be funding Effective Date Payments, let alone the post Effective Date monies needed to finance a lengthy and complex lawsuit. The SunCal Plan Proponents say that third party financing will be sought for Effective Date Payments from LitCo, but do not even discuss the financing sources for the litigation. Absent a funding commitment for both Effective Date Payments and the litigation, the SunCal IV Plan should not be confirmed.

Assuming that the SunCal Plan Proponents can demonstrate that they have sufficient resources committed to fund the SunCal IV Plan and litigation, Acquisitions, as Plan Trustee, is given sole authority to control the litigation, dispositions of assets, and the processing of all non-Insider Claims. Control over these matters is critical to Acquisitions because the disputes with the Lehman Entities involve 26 Debtors, multiple lawsuits, and hundreds of millions of dollars in Claims. This control constitutes value and is violative of the absolute priority rule.

Further, while the Plan provides a carrot to Holders of Reliance Claims, offering them an additional 50% distribution if LitCo and/or its designee are able to obtain title to certain real property, the Person (LitCo or some other unnamed entity) obligated to make this payment is not a party to the Plan and Holders of Reliance Claims appear to have no recourse if this payment obligation is breached.

II.

## THE SUNCAL IV PLAN CANNOT BE CONFIRMED

Regardless of whether the SunCal IV Plan is approved by all classes of creditors entitled to vote, it cannot be confirmed. "The debtor carries the burden of proving that a Chapter 11 plan complies with the statutory requirements for confirmation under §§ 1129(a) & (b)." *United States of America, v. Arnold and Baker Farms (In re Arnold and Baker Farms)*, 177 B.R. 648, 654 (B.A.P. 9th Cir. 1994), aff'd, 85 F.3d 1415 (9th Cir. 1996), cert. denied, 519 U.S. 1054, 117 S. Ct.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2496770

- 3 -

OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS
WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF
SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]

681 (1997). Further, even in the absence of objections by interested parties, the Court has an affirmative duty to ensure that a plan satisfies all requirements of the Bankruptcy Code before it can confirm a plan. See *In re Ambanc La Mesa Limited Partnership*, 115 F.3d 650, 653 (9th Cir. 1997), cert. denied, 522 U.S. 1110, 118 S. Ct. 1039 (1998).

Section 1129(a) sets forth sixteen requirements, all of which must be met before a court may confirm a plan. A court must confirm a plan if the plan proponent proves by a preponderance of the evidence either (1) that the plan satisfies all sixteen requirements of 11 U.S.C. § 1129(a), or (2) if the only condition not satisfied is the eighth requirement, 11 U.S.C. § 1129(a)(8), a plan satisfies the "cramdown" alternative to this condition found in 11 U.S.C. § 1129(b), which requires that the plan "does not discriminate unfairly" against and "is fair and equitable" towards each impaired class that has not accepted the plan. See *Arnold and Baker*, 177 B.R. at 654.

## A. THE SUNCAL IV PLAN MAY NOT BE FEASIBLE AS REQUIRED BY § 1129(a)(11)

Pursuant to § 1129(a)(11), a plan of reorganization may be confirmed only if "Confirmation of the plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the debtor or any successor to the debtor under the plan, unless such liquidation or reorganization is proposed in the plan." The plan proponent is obliged to provide the court and creditors with sufficient information to make a feasibility determination. See *In re Walker*, 165 B.R. 994, 1004-05 (E.D. Va. 1994). A court may not confirm a plan of reorganization when the plan is nothing more than a visionary scheme which promises creditors and equity security holders more than it can possibly deliver. *In re Pizza of Hawaii*, 761 F.2d 1374, 1382 (9th Cir. 1985). A plan constitutes a visionary scheme when a plan proponent cannot show that a plan has a reasonable chance of success. *In re Acequia, Inc.*, 787 F.2d 1352, 1364 (9th Cir. 1986); *In re Save Our Spring Alliance Inc.*, 388 B.R. 202, 241 (Bankr. W.D. Tex. 2009) (finding plan infeasible when debtor had only intention of contributing money necessary to effectuate the reorganization plan); *In re Repurchase Corp.*, 332 B.R. 336, 342-343 (Bankr. N.D. Ill. 2005) (finding plan infeasible when the plan relied on speculative funding), aff'd, 2008 WL 4379035 (N.D. Ill. 2008).

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2496770

- 4 -

OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]

The SunCal Plan Proponents state that Effective Date Payments are "relatively minimal" and that Acquisitions or an Affiliate of Acquisitions will provide the funding if need be. (Disclosure Statement, p. 3) They further state that they "are working with proposed investors/lenders to make Effective Date Payments (but) no commitment has yet been obtained for such funding and thus SunCal Plan Proponents are not in a position to disclose the terms of such funding at this time. There is no guarantee that such funding will be obtained." (Disclosure Statement, p. 3) This funding source is referred to as the LitCo Plan Loan. (Plan, § 2.1.75, p. 13) Left unsaid is that funding is needed to finance the Post Confirmation Expenses, including litigation to pursue claims relating to the Pacific Point Project. The Post Confirmation Expenses may be millions of dollars, yet there is no funding source. As such, the SunCal IV Plan is not feasible.

The SunCal IV Plan is likewise not feasible because there is no basis to compel LitCo to make the 50% Distribution to Holders of the Reliance Claims. (Plan, § 5.3(c), p. 26) A plan of reorganization is a contract. *Hillis Motors, Inc. v. Hawaii Auto Dealers' Ass'n*, 997 F.2d 581, 588 (9th Cir. 1993) ("A reorganization plan resembles a consent decree and therefore, should be construed basically as a contract.") LitCo is not a party to the SunCal IV Plan. The rights and remedies afforded to Holders of Reliance Claims in the event of a breach are at best uncertain. A plan that is funded by an unknown entity against whom recourse cannot be pursued is simply not feasible.

**B.    THE SUNCAL IV PLAN FAILS TO COMPLY WITH §1129(a)(1)**

Section 1129(a)(1) provides as follows:

(a) The court shall confirm a plan only if all of the following requirements are met:

(1) The plan complies with the applicable provisions of this title.

The SunCal IV Plan Violates this restriction because it fails to comply with §502(a).

Section 502(a) provides as follows:

A claim or interest, proof of which is filed under section 501 of this title, is deemed allowed, unless a party in interest, including a creditor of a general partner in a partnership that is a debtor in a case under chapter 7 of this title, objects.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2496770

- 5 -

OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]

Section 9.1 of the SunCal IV Plan violates the provisions of § 502(a). Section 9.1 provides the Plan Trustee with the exclusive right to object to Claims, save for claims of SunCal related entities. Since this plan provision violates § 502(a), the SunCal IV Plan fails to satisfy the requirements of § 1129(a)(1).

C.  **THE PLAN VIOLATES THE ABSOLUTE PRIORITY RULE IN §1129(b)(2)(B)(ii)**

The SunCal IV Plan provides that Acquisitions will be the Plan Trustee of the Plan Trust. (Plan § 7.6.1, p. 31) Acquisitions is an indirect parent company of all of the Group IV: Voluntary Debtors. (Plan, § 2.1.1, p. 3) The Plan Trustee is afforded a broad panoply of powers, including the right to prosecute and settle all litigation and sell Assets. (Plan, § 7.6.3, p. 32-33) In addition there are no grounds set forth in the Plan for removal of the Plan Trustee. Conversely, the Voluntary Debtors' Committee is afforded very limited authority outside of the ability to file objections to certain types of proceedings. (Plan, § 7.16.1, p. 38-39) Other parties in interest are afforded even less rights. For instance, only the Voluntary Debtors' Committee is afforded the right to review the Plan Trustee's Books and Records (Plan, § 7.10, p. 36)

The "absolute priority rule" states that existing equity may not receive anything on account of its interest in the debtor unless all other senior classes are paid in full. *Bank of America Nat'l Trust and Savings Assoc. v. 203 North LaSalle Partnership*, 526 U.S. 434, 119 S.Ct. 1411(1999). Section 1129(b)(2) defines in pertinent part the parameters of the absolute priority rule:

> (2) For the purposes of this subsection, the condition that a plan be fair and equitable with respect to a class includes the following requirements:
>
> . . .
>
> (B) With respect to a class of unsecured claims –
>
>> (i) the plan provides that each holder of a claim of such class receive or retain on account of such claim property of a value, as of the effective date of the plan, equal to the allowed amount of such claim; or
>>
>> (ii) the holder of any claim or interest that is junior to the claims of such class will not receive or retain under the plan on account of such junior claim or interest any property…

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2496770

- 6 -

OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]

Courts have recognized that the ability to control a company or assets is value for purposes of the absolute priority rule. *Norwest Bank Worthington v. Ahlers*, 485 U.S. 197, 208, 108 S.Ct. 963 (1988) ("[E]ven in a sole proprietorship, where 'going concern' value may be minimal, there may still be some value in the control of the enterprise."); *In re Introgen Therapeutics, Inc.*, 429 B.R. 570, 586 (Bankr. W.D. Tex. 2010) ("[C]ontrol over a company will be considered a property interest for purposes of determining whether there is a violation of the absolute priority rule.").

The relationships and issues between SunCal and the Lehman Entities are expansive and complex, involve at least 26 Debtors, and far transcends the Litigation Claims. As such, the ability to control the disposition of assets and litigation is quite valuable to the SunCal Plan Proponents and Acquisitions. Absent a significant grant of power and authority to the Voluntary Debtors' Committee with respect to the Plan Trust, the SunCal IV Plan's provisions granting Acquisitions control of the Plan Trust violate the absolute priority rule.

## III.

## RESERVATION OF RIGHTS

The Committee reserves the right to make additional confirmation objections at the confirmation hearing.

## IV.

## CONCLUSION

Based upon the inadequacies in the SunCal IV Plan, the Committee requests that the Court deny approval of the SunCal IV Plan unless there are modifications that address the concerns raised herein.

Dated: September 19, 2011

IRELL & MANELLA LLP

By: _____
Alan J. Friedman
Howard J. Steinberg
Counsel for the Official Unsecured Creditors Committee in Chapter 11 Cases of Palmdale Hills Property, LLC et al.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2496770

- 7 -

OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS
WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF
SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

A true and correct copy of the foregoing document described as **OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On September 19, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 19, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

CAUSED TO BE SERVED BY PERSONAL DELIVERY/MESSENGER
Chambers of the Honorable Erithe A. Smith
United States Bankruptcy Court
Ronald Reagan Federal Bldg., Bin Outside Room 5097
411 W. Fourth Street
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/19/11 | Leslie Wolchuck | /s/ Leslie Wolchuck |
|---|---|---|
| Date | Type Name | Signature |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2496770

- 8 -

OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]

**SERVICE VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Selia M Acevedo     sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams     jadams@sycr.com
- Raymond H Aver     ray@averlaw.com
- James C Bastian     jbastian@shbllp.com
- Thomas Scott Belden     sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd     fednotice@tclaw.net
- Mark Bradshaw     mbradshaw@shbllp.com
- Gustavo E Bravo     gbravo@smaha.com
- Jeffrey W Broker     jbroker@brokerlaw.biz
- Brendt C Butler     bbutler@mandersonllp.com
- Andrew W Caine     acaine@pszyjw.com
- Carollynn Callari     ccallari@venable.com
- Cathrine M Castaldi     ccastaldi@rusmiliband.com
- Tara Castro Narayanan     tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers     dchambers@jmbm.com
- Shirley Cho     scho@pszjlaw.com
- Vonn Christenson     vrc@paynefears.com
- Brendan P Collins     bpcollins@bhfs.com
- Vincent M Coscino     vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot     pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Geoffrey Crisp     geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri     dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte     ana.damonte@pillsburylaw.com
- Vanessa S Davila     vsd@amclaw.com
- Melissa Davis     mdavis@shbllp.com

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2496770

- 9 -

OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS
WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF
SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]

- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2496770

- 10 -

OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS
WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF
SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]

- Lawrence A Jacobson   laj@cohenandjacobson.com
- Michael J Joyce   mjoyce@crosslaw.com
- Stephen M Judson   sjudson@fablaw.com
- Kaleb L Judy   ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn   skahn@pszyjw.com
- Sheri Kanesaka   sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
- David I Katzen   katzen@ksfirm.com
- Christopher W Keegan   ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;alevin@kirkland.com
- Payam Khodadadi   pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet   ikiet@hkclaw.com
- Claude F Kolm   claude.kolm@acgov.org
- Mark J Krone   mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally   davidlallylaw@gmail.com
- Leib M Lerner   leib.lerner@alston.com
- Peter W Lianides   plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu   cliu@marshackhays.com
- Charles Liu   cliu@winthropcouchot.com
- Kerri A Lyman   klyman@irell.com
- Mariam S Marshall   mmarshall@marshallramoslaw.com
- Robert C Martinez   rmartinez@mclex.com
- Michael D May   mdmayesq@verizon.net
- Hutchison B Meltzer   hmeltzer@wgllp.com
- Krikor J Meshefejian   kjm@lnbrb.com
- Joel S. Miliband   jmiliband@rusmiliband.com
- James M Miller   jmiller@millerbarondess.com, vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller   smiller@millerbarondess.com

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2496770

OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS
WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF
SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]

- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Scott H Olson    solson@seyfarth.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Daryl G Parker    dparker@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Robert J Pfister    rpfister@ktbslaw.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2496770

- 12 -

OBJECTION AND RESERVATION OF RIGHTS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE VOLUNTARY DEBTORS
WITH RESPECT TO THE FOURTH AMENDED CHAPTER 11 PLAN FILED BY SUNCAL PLAN PROPONENTS IN THE CHAPTER 11 CASES OF
SJD PARTNERS, LTD. AND SJD DEVELOPMENT CORP. [GROUP IV: VOLUNTARY DEBTORS]