William N. Lobel (State Bar No. 93202)
wlobel@thelobelfirm.com
Mike D. Neue (State Bar No. 179303)
mneue@thelobelfirm.com
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, CA 92660
Telephone: (949) 999-2860
Facsimile: (949) 999-2870
www.thelobelfirm.com

General Counsel to the Chapter 11 Trustee, Steven M. Speier

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br><br>Jointly Administered Debtors and Debtors-in-Possession<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC | Case No. 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**JOINDER OF CHAPTER 11 TRUSTEE, STEVEN M. SPEIER, IN UNSECURED CREDITORS' COMMITTEE'S OBJECTIONS TO SUNCAL PLANS IN THE TRUSTEE DEBTOR CASES**<br><br>Hearing:<br>Date: October 24, 2011<br>Time: 11:00 a.m.<br>Ctrm: 5A |

*Caption Continued on Next Page*

*Caption Continued from Previous Page*

- ☐ Tesoro SF, LLC
- ☒ LBL-SunCal Oak Valley, LLC
- ☒ SunCal Heartland, LLC
- ☐ LBL-SunCal Northlake, LLC
- ☒ SunCal Marblehead, LLC
- ☐ SunCal Century City, LLC
- ☒ SunCal PSV, LLC
- ☒ Delta Coves Venture, LLC
- ☒ SunCal Torrance, LLC
- ☒ SunCal Oak Knoll, LLC

1  Steven M. Speier, the chapter 11 trustee in certain of the above-captioned cases[1] (the "Trustee"), hereby joins in the Objections filed by the Joint Committee of Creditors Holding Unsecured Claims (the "Committee") to the Third Amended Chapter 11 Plans filed by the SunCal Plan Proponents [Groups I and II] (the "Objections").

For the sake of efficiency, the Committee's Objections, which are supported by the Trustee, are not repeated here (among the important objections supported by the Committee are those pertaining to the impropriety of the proposed bidding procedures, and potential problems with the plans' feasibility). In particular, the Trustee wishes to emphasize one of the Objections, which was the subject of the Trustee's and the Committee's earlier disclosure statement objections: the lack of evidence indicating that LitCo has the financial means and willingness to fund payments to creditors and to make loans to the estates to pay administrative and priority claims, and the lack of a contractual obligation on the part of LitCo to do so. In the absence of admissible evidence that LitCo is <u>currently contractually bound</u> to purchase Reliance Claims for 55% of face value, *and* that LitCo is <u>currently contractually bound</u> to extend the financing needed to confirm the plans, *and* that LitCo <u>has the financial resources to fund such purchases and financing</u>, the Court should deny confirmation of the SunCal plans. Once the Court's September 26, 2011 deadline for submission of confirmation briefs has passed, it will be too late for SunCal to submit evidence of LitCo's ability and commitment to fund the plans because the parties will not thereafter have a sufficient opportunity to examine the bona fides of LitCo's finances.

Dated: September 19, 2011

THE LOBEL FIRM, LLP

By: ___/s/_____
William N. Lobel
Mike D. Neue
General Counsel to the Chapter 11 Trustee,
Steven M. Speier

---

[1] The "Trustee Debtors" are: (i) LB-L-SunCal Oak Valley, LLC, Case No. 8:08-17404-ES; (ii) SunCal Heartland, LLC, Case No. 8:08-17407-ES; (iii) LB-L-SunCal Northlake, LLC, Case No. 8:08-17408-ES; (iv) SunCal Marblehead, LLC, Case No. 8:08-17409-ES; (v) SunCal Century City, LLC, Case No. 8:08-17458-ES; (vi) SunCal PSV, LLC, Case No. 8:08-17465-ES; (vii) Delta Coves Venture, LLC, Case No. 8:08-17470-ES; (viii) SunCal Torrance, LLC, Case No. 8:08-17472-ES; and (ix) SunCal Oak Knoll, LLC, Case No. 8:08-17588-ES.

-1-

JOINDER OF CHAPTER 11 TRUSTEE, STEVEN M. SPEIER, IN UNSECURED CREDITORS'

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 |
|---|---|
| Jointly Administered Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 750, Newport Beach, CA 92660

The foregoing document described **JOINDER OF CHAPTER 11 TRUSTEE, STEVEN M. SPEIER, IN UNSECURED CREDITORS' COMMITTEE'S OBJECTIONS TO SUNCAL PLANS IN THE TRUSTEE DEBTOR CASES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 19, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, I caused to be served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 19, 2011**, I caused to be served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Judge's Copy (Via Messenger)
Honorable Erithe A. Smith
U.S. Bankruptcy Court
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/19/2011 | Nancy Lockwood | | /s/ Nancy Lockwood |
|---|---|---|---|
| *Date* | *Type Name* | | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

6485

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 |
|---|---|
| Jointly Administered Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Brendt C Butler    BButler@rutan.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Geoffrey Crisp    Geoffrey@smgarberlaw.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Donald T Dunning    ddunning@dunningLaw.com
- Meredith R. Edelman    meredith.edelman@dlapiper.cm
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Don Fisher    dfisher@ptwww.com
- Marc C. Forsythe    kmurphy@goeforlaw.com
- Alan J. Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 |
|---|---|
| Jointly Administered Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

- Matthew Grimshaw   mgrimshaw@rutan.com
- Kavita Gupta   kgupta@winthropcouchot.com
- Asa S Hami   ahami@morganlewis.com
- Michael J Hauser   michael.hauser@usdoj.gov
- D Edward Hays   ehays@marshackhays.com
- Michael C Heinrichs   mheinrichs@omm.com
- Harry D. Hochman   hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff   jonathan.hoff@cwt.com
- Nancy Hotchkiss   nhotchkiss@trainorfairbrook.com
- Michelle Hribar   mhribar@rutan.com
- John J Immordino   john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson   laj@cohenandjacobson.com
- Michael J Joyce   mjoyce@crosslaw.com
- Stephen M Judson   sjudson@fablaw.com
- Steven J. Kahn  skan@pszyjw.com
- Sheri Kanesaka sheri.kanesaka@bryancave.com
- David I Katzen   katzen@ksfirm.com
- Christopher W Keegan   ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
- Payam Khodadadi   pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Irene L Kiet   ikiet@hkclaw.com
- Claude F. Kolm  claude.kolm@acgov.org
- Mark J Krone   mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- Leib M Lerner   leib.lerner@alston.com
- Peter W Lianides   plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu   cliu@winthropcouchot.com
- Kerri A Lyman   klyman@irell.com
- Mariam S Marshall   mmarshall@marshallramoslaw.com
- Robert C Martinez   rmartinez@mclex.com
- Michael D May   mdmayesq@verizon.net
- Hutchison B Meltzer   hmeltzer@wgllp.com
- Krikor J Meshefejian   kjm@lnbrb.com
- Joel S. Miliband   jmiliband@rusmiliband.com
- James M Miller   jmiller@millerbarondess.com
- Louis R Miller   smiller@millerbarondess.com
- Craig Millet   cmillet@gibsondunn.com
- Tara Castro Narayanan   tara.narayanan@msrlegal.com
- Mike D Neue   mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida   Rnida@castlelawoffice.com
- Henry H Oh   henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe   sokeefe@okeefelc.com
- Scott H. Olson  solson@seyfarth.com
- Robert B Orgel   rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay   mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park   ernie.park@bewleylaw.com
- Daryl G. Parker   dparker@dparker@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1

6485

| In re: PALMDALE HILLS PROPERTY, LLC, and its Related Debtors, | CHAPTER 11 |
|---|---|
| Jointly Administered Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES |

- Penelope Parmes    pparmes@rutan.com
- Robert J. Pfister   rpfister@ktbslaw.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jps@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Gerald N. Sims    jerrys@psdslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Michael K. Sugar    msugar@irell.com
- David A. Tilem    davidtilem@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdures@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

6485