```
 1 │ RONALD RUS, #67369
   │ rrus@rusmiliband.com
 2 │ JOEL S. MILIBAND, #77438
   │ jmiliband@rusmiliband.com
 3 │ CATHRINE M. CASTALDI, #156089
   │ ccastaldi@rusmiliband.com
 4 │ RUS, MILIBAND & SMITH
   │ A Professional Corporation
 5 │ Seventh Floor
   │ 2211 Michelson Drive
 6 │ Irvine, California 92612
   │ Telephone:  (949) 752-7100
 7 │ Facsimile:  (949) 252-1514
 8 │ Attorneys for SunCal Management, LLC
 9 │
10 │                 UNITED STATES BANKRUPTCY COURT
11 │                 CENTRAL DISTRICT OF CALIFORNIA
12 │                       SANTA ANA DIVISION
```

| | |
|---|---|
| In re | CASE NO. 8:08-bk-17206-ES<br>BAP NO. |
| PALMDALE HILLS PROPERTY, AND ITS RELATED DEBTORS, | Chapter 11 |
| Jointly Administered Debtors and Debtors-in-Possession. | Jointly Administered With Case Nos.:<br>8:08-bk-17209-ES; 8:08-bk-17240-ES; |
| Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF LLC<br>☒ LBL-SunCal Oak Valley, LLC<br><br>*Caption Continued on Next Page* | 8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574 ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES; and<br>8:08-bk-17588-ES<br><br>**APPELLANT'S DESIGNATION OF RECORD ON APPEAL**<br><br>**[NOTICE OF APPEAL FILED 9/6/11]**<br><br>Hon. Erithe A. Smith<br><br>[No Hearing Required] |

461060v1 tl 8/31/11 1 (2882-0001)

| ☒ | SunCal Heartland, LLC |
|---|---|
| ☒ | LBL-SunCal Northlake, LLC |
| ☒ | SunCal Marblehead, LLC |
| ☐ | SunCal Century City, LLC |
| ☒ | SunCal PSV, LLC |
| ☒ | Delta Coves Venture, LLC |
| ☒ | SunCal Torrance Properties, LLC |
| ☒ | SunCal Oak Knoll, LLC |

Appellant SunCal Management, LLC ("Appellant") designates the following filings and transcripts for inclusion in the record on appeal to the United States Bankruptcy Appellate Panel of the Ninth Circuit Court of Appeals pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure:

| REPORTER'S TRANSCRIPT ON APPEAL | | |
|---|---|---|
| **Hearing Date** | **Docket #** | **Name of Document** |
| 3/19/09 | 256 | Hearing transcript re Stipulation With Lehman ALI, Inc. Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary |
| 12/10/09 | 859 | Hearing Transcript re Amended Stipulation Pursuant to 11 USC 362, 363, 364, and 507 (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary |
| 4/8/10 | | Stipulation By Lehman ALI, Inc., Northlake Holding LLC, OVC Holdings LLC and Chapter 11 Trustee Speier To Enable Timely Payment Of Post-Petition Real Property Taxes By And Between Lehman Ali, Inc. And Chapter 11 Trustee, Pursuant To 11 U.S.C. §§ 362, 363, 364 And 507, (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens And Providing Superpriority Administrative Expense Status, And (3) Modifying Automatic Stay To The Extent Necessary |
| 4/22/10 | | Hearing Transcript re Final Order Approving: Stipulation To Enable Timely Payment of Post-Petition Real Property Taxes by and Between Lehman Ali, Inc. and Chapter 11 Trustee, Pursuant to 11 U.S.C. Sections 362, 363, 364 and 507, (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens and Providing, Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary |
| 6/3/10 | | Hearing Transscript re Final Order Approving: Stipulation by and between Lehman Ali, Inc and Chapter 11 Trustee, Pursuant to 11 USC Sections 362, 363, 364, and 507, (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary |
| 11/30/10 | | Hearing re Order approving second stipulation to enable timely |

461060v1 tl 8/31/11 1 (2882-0001)    2

| REPORTER'S TRANSCRIPT ON APPEAL ||| 
|---|---|---|
| **Hearing Date** | **Docket #** | **Name of Document** |
| | | payment of post-petition real property taxes by and between Lehman Ali, Inc and Chapter 11 Trustee, pursuant to 11USC Sections 362, 363, 364 and 507 1) Approving senior secured superpriority postpetition financing, 2) Granting liens and providing superpriority administrative expenses status, and 3) Modifying automatic stay to the extent necessary |
| 12/17/10 | 1749 | Hearing re Final Order Approving: Stipulation By And Between Lehman ALI, Inc. And Chapter 11 Trustee, Pursuant To 11 U.S.C. Sections 362, 363, 364, and 507, (1) Approving Senior Secured Superpriority PostPetition Financing, (2) Granting Liens And Providing Superpriority Administrative Expense Status, And (3) Modifying Automatic Stay To The Extent Necessary |
| 1/20/11 | | Hearing re Order approving stipulation of December 2010 by and between Lehman Ali, Inc and Chapter 11 Trustee approving senior secured superpriority postpetition financing 2) Granting liens and providing superpriority administrative expense status, and 3) Modifying automatic stay to the extent necessary (1807, 1745, 1746) |
| 3/15/11 | | Hearing re Order Approving: Amended Stipulation of February 2011 By and Between Lehman Ali Inc. and the Chapter 11 Trustee Authorizing (I) Financing for Chapter 11 Trustee Professional Fees and Expenses and Related Expenses and of Trustee Debtors and Chapter 11Trustee and (II) Granting Administrative Expense Claims.(1867) |
| 8/9/11 | 2625 | Hearing transcript re: Joint Motion of Lehman Creditors and Chapte 11 Trustee for: (A) Approval of Stipulation of July 2011 By and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant to 11 U.S.C. §§ 362, 363, 364, and 407 (1) Approving Senior Secured Superpriority PostPetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary; and (B) Clarification of Prior Financing Orders |

| CLERK'S TRANSCRIPT ON APPEAL ||| 
|---|---|---|
| **Filing Date** | **Docket #** | **Name of Document** |
| 4/6/09 | 238 | Stipulation With Lehman ALI, Inc. Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary |
| 4/17/09 | 267 | Order Approving Stipulation With Lehman ALI, Inc. Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary |
| 12/8/09 | 815 | Amended Stipulation Pursuant to 11 USC §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary |

RUS, MILIBAND & SMITH
A PROFESSIONAL CORPORATION
SEVENTH FLOOR, 2211 MICHELSON DRIVE
IRVINE, CALIFORNIA 92612
TEL (949) 752-7100 • FAX (949) 252-1514

| | CLERK'S TRANSCRIPT ON APPEAL | |
|---|---|---|
| **Filing Date** | **Docket #** | **Name of Document** |
| 12/8/09 | 816 | Stipulation by and Between Lehman ALI, Inc. and Chapter 11 Trustee Pursuant to 11 USC §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary |
| 12/10/09 | 827 | Stipulation Authorizing Use of Cash Collateral and Approving Financing for Covered Professional Expenses and Granting Administrative Expense Claims |
| 12/17/09 | 834 | Order (A) Granting Joint Motion of Lehman Lenders and Chapter 11 Trustee for Order Approving Stipulation and Authorizing Use of Cash Collateral and (B) Approving Stipulation Authorizing Use of Cash Collateral and Approving Financing for Covered Professional Expenses and Granting Administrative Expense Claims |
| 12/17/09 | 835 | Final Order Approving Stipulation Pursuant to 11 USC §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary |
| 1/5/10 | 878 | Order (A) Granting Joint Motion of Lehman ALI, Inc. and Chapter 11 Trustee for Approval of Stipulation by and Between Lehman ALI, Inc. and Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary and (B) Approving Stipulation By and Between Lehman ALI, Inc. and Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 362, 363, 364 and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens and Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay to the Extent Necessary |
| 4/7/10 | 1048 | Stipulation To Enable Timely Payment Of Post-Petition Real Property Taxes By And Between Lehman ALI, Inc. And Chapter 11 Trustee, Pursuant To 11 U.S.C. §§ 362, 363, 364 And 507: (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens And Providing Superpriority Administrative Expense Status, And (3) Modifying Automatic Stay To The Extent Necessary |
| 4/23/10 | 1090 | Stipulation By and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant To 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying the Automatic Stay to the Extent Necessary |
| 4/27/10 | 1097 | Final Order Approving: Stipulation To Enable Timely Payment of Post-Petition Real Property Taxes by and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant to 11 U.S.C. §§ 362, 363, 364 and 507: (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary |
| 6/3/10 | 1167 | Final Order Approving: Stipulation by and between Lehman ALI, Inc and Chapter 11 Trustee, Pursuant to 11 USC §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens and Providing Superpriority |

RUS, MILIBAND & SMITH
A PROFESSIONAL CORPORATION
SEVENTH FLOOR, 2211 MICHELSON DRIVE
IRVINE, CALIFORNIA 92612
TEL (949) 752-7100 • FAX (949) 252-1514

461060v1 tl 8/31/11 1 (2882-0001)    4

| | CLERK'S TRANSCRIPT ON APPEAL | |
|---|---|---|
| **Filing Date** | **Docket #** | **Name of Document** |
| | | Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary |
| 10/6/10 | 1435 | Stipulation By and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant To 11 U.S.C. §§ 362, 363, 364, And 507: (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens And Providing Superpriority Administrative Expense Status, And (3) Modifying Automatic Stay To The Extent Necessary |
| 11/12/10 | 1601 | Second Stipulation To Enable Timely Payment of Post-Petition Real Property Taxes By and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant To 11 U.S.C. §§ 362, 363, 364 and 507, (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens And Providing Superpriority Administrative Expense Status, And (3) Modifying Automatic Stay To The Extent Necessary |
| 12/9/10 | 1691 | Order Approving Second Stipulation to Enable Timely Payment of Post-Petition Real Property Taxes by and Between Lehman ALI, Inc and Chapter 11 Trustee, Pursuant to 11 USC §§ 362, 363, 364 and 507 (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary |
| 12/16/10 | 1710 | Amended Second Stipulation By Lehman ALI, Inc. and And Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 362, 363, 364, And 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens And Providing Superpriority Administrative Expense Status; and (3) Modifying Automatic Stay To The Extent Necessary |
| 12/30/10 | 1745 | Stipulation of December 2010 By and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant To 11 U.S.C. §§ 362, 363, 364, and 507, (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens And Providing Superpriority Administrative Expense Status, And (3) Modifying Automatic Stay To The Extent Necessary |
| 1/5/11 | 1751 | Final Order Approving: Stipulation By And Between Lehman ALI, Inc. And Chapter 11 Trustee, Pursuant To 11 U.S.C. §§ 362, 363, 364, and 507, (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens And Providing Superpriority Administrative Expense Status, And (3) Modifying Automatic Stay To The Extent Necessary |
| 1/5/11 | 1752 | Final Order Approving: Amended Second Stipulation By And Between Lehman ALI, Inc. and Chapter 11 Trustee Pursuant To 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority Postpetition Financing; (2) Granting Liens And Providing Superpriority Administrative Expense Status; And (3) Modifying Automatic Stay To The Extent Necessary |
| 2/24/11 | 1807 | Order Approving Stipulation of December 2010 by and Between Lehman ALI, Inc and Chapter 11 Trustee (1) Approving Senior Secured Superpriority Postpetition Financing (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary |
| 3/14/11 | 1824 | Amended Stipulation of February 2011 by and Between Lehman ALI, Inc. and Chapter 11 Trustee Authorizing (I) Financing For Chapter 11 |

RUS, MILIBAND & SMITH
A PROFESSIONAL CORPORATION
SEVENTH FLOOR, 2211 MICHELSON DRIVE
IRVINE, CALIFORNIA 92612
TEL (949) 752-7100 • FAX (949) 252-1514

461060v1 tl 8/31/11 1 (2882-0001)                    5

| | **CLERK'S TRANSCRIPT ON APPEAL** | |
|---|---|---|
| **Filing Date** | **Docket #** | **Name of Document** |
| | | Trustee Professional Fees and Expenses and Related Expenses Of Trustee Debtors and Chapter 11 Trustee and (II) Granting Administrative Expense Claims |
| 3/23/11 | 1867 | Order Approving: Amended Stipulation of February 2011 by and Between Lehman ALI, Inc. and the Chapter 11 Trustee Authorizing (I) Financing for Chapter 11 Trustee Professional Fees and Expenses and Related Expenses and of Trustee Debtors and Chapter 11 Trustee and (II) Granting Administrative Expense Claims |
| 7/19/11 | 2409 | Stipulation of July 2011 By and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507: (1) Approving Senior Secured Superpriority PostPetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary |
| 7/19/11 | 2410 | Joint Motion of Lehman Creditors and Chapter 11 Trustee for: (A) Approval of Stipulation of July 2011 By and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant to 11 U.S.C. §§ 362, 363, 364, and 407 (1) Approving Senior Secured Superpriority PostPetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary; and (B) Clarification of Prior Financing Orders |
| 7/19/11 | 2411 | Request for Judicial Notice in Support of Joint Motion of Lehman Creditors and Chapter 11 Trustee for: (A) Approval of Stipulation of July 2011 By and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant to 11 U.S.C. §§ 362, 363, 364, and 407 (1) Approving Senior Secured Superpriority PostPetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary; and (B) Clarification of Prior Financing Orders |
| 7/19/11 | 2412 | Declaration of Steven M. Speier in Support of Joint Motion of Lehman Creditors and Chapter 11 Trustee for: (A) Approval of Stipulation of July 2011 By and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant to 11 U.S.C. §§ 362, 363, 364, and 407 (1) Approving Senior Secured Superpriority PostPetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary; and (B) Clarification of Prior Financing Orders |
| 7/19/11 | 2413 | Notice of Joint Motion of Lehman Creditors and Chapter 11 Trustee for: (A) Approval of Stipulation of July 2011 By and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant to 11 U.S.C. §§ 362, 363, 364, and 407 (1) Approving Senior Secured Superpriority PostPetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary; and (B) Clarification of Prior Financing Orders |
| 7/29/11 | 2445 | Limited Opposition to Joint Motion Of Lehman Creditors And Chapter 11 Trustee For: (A) Approval Of Stipulation Of July 2011 By And Between Lehman ALI, Inc. And Chapter 11 Trustee (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status and (3) Modifying Automatic Stay to the Extent Necessary; and (B) Clarification of Prior Orders |

RUS, MILIBAND & SMITH
A PROFESSIONAL CORPORATION
SEVENTH FLOOR, 2211 MICHELSON DRIVE
IRVINE, CALIFORNIA 92612
TEL (949) 752-7100 • FAX (949) 252-1514

| | | **CLERK'S TRANSCRIPT ON APPEAL** |
|---|---|---|
| **Filing Date** | **Docket #** | **Name of Document** |
| 8/2/11 | 2463 | Joint Reply of Lehman Creditors and Chapter 11 Trustee to Late-Filed Limited Opopsition of SunCal Management, LLC to Motion for: (A) Approval of Stipulation of July 2011 by and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant to 11 U.S.C. §§ 3562, 363, 364, and 507, (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary; and (B) Clarification of Prior Financing Orders |
| 8/2/11 | 2464 | Declaration of F. Robert Brusco in Support of Joint Reply of Lehman Creditors and Chapter 11 Trustee to Late-Filed Limited Opopsition of SunCal Management, LLC to Motion for: (A) Approval of Stipulation of July 2011 by and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant to 11 U.S.C. §§ 3562, 363, 364, and 507, (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary; and (B) Clarification of Prior Financing Orders |
| 8/24/11 | 2604 | Order Granting Joint Motion of Lehman Creditors and Chapter 11 Trustee for: (A) Approval of Stipulation of July 2011 By and Between Lehman ALI, Inc. and Chapter 11 Trustee, Pursuant to 11 U.S.C. §§ 362, 363, 364, and 507 (1) Approving Senior Secured Superpriority Postpetition Financing, (2) Granting Liens and Providing Superpriority Administrative Expense Status, and (3) Modifying Automatic Stay to the Extent Necessary; and (B) Clarification of Prior Financing Orders |

DATED: September 20, 2011

RUS, MILIBAND & SMITH
A Professional Corporation

By: _____
RONALD RUS
Attorneys for SunCal Management, LLC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Von Karman Towers, Seventh Floor, 2211 Michelson Drive, Irvine, California 92612

A true and correct copy of the foregoing document described as  **APPELLANT'S DESIGNATION OF RECORD ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  September 20, 2011  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Richard W Brunette    rbrunette@sheppardmullin.com
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Caroline Djang    cdjang@rutan.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1**

- Donald T Dunning    ddunning@dunningLaw.com
- Lynsey M Eaton    leaton@gglts.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Don Fisher    dfisher@ptwww.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;alevin@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@marshackhays.com
- Charles Liu    cliu@winthropcouchot.com
- Ben H Logan    blogan@omm.com
- John W Lucas    jlucas@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

- Kerri A Lyman   klyman@irell.com
- Mariam S Marshall   mmarshall@marshallramoslaw.com
- Robert C Martinez   rmartinez@mclex.com
- Michael D May   mdmayesq@verizon.net
- Hutchison B Meltzer   hmeltzer@wgllp.com
- Krikor J Meshefejian   kjm@lnbrb.com
- Joel S. Miliband   jmiliband@rusmiliband.com
- James M Miller   jmiller@millerbarondess.com, vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller   smiller@millerbarondess.com
- Craig Millet   cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski   randym@cookseylaw.com
- Mike D Neue   mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida   Rnida@castlelawoffice.com
- Henry H Oh   henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe   sokeefe@okeefelc.com
- Robert B Orgel   rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay   mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park   ernie.park@bewleylaw.com
- Daryl G Parker   dparker@pszjlaw.com
- Penelope Parmes   pparmes@rutan.com
- Robert J Pfister   rpfister@ktbslaw.com
- Ronald B Pierce   ronald.pierce@sdma.com
- Katherine C Piper   kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey   cmartin@pprlaw.net
- Debra Riley   driley@allenmatkins.com
- James S Riley   tgarza@sierrafunds.com
- Todd C. Ringstad   becky@ringstadlaw.com
- R Grace Rodriguez   ecf@lorgr.com
- Martha E Romero   Romero@mromerolawfirm.com
- Ronald Rus   rrus@rusmiliband.com
- John P Schafer   jschafer@mandersonllp.com
- John E Schreiber   jschreiber@dl.com
- William D Schuster   bills@allieschuster.org
- Christopher P Simon   csimon@crosslaw.com
- Gerald N Sims   jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith   wendy@bindermalter.com
- Steven M Speier   Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)   Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James   ecf@stjames-law.com
- Michael K Sugar   msugar@irell.com
- Cathy Ta   cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem   davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till   jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh   cgunruh@sbcglobal.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On September 20, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on September 20, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
Bin outside of Room 5097
411 W. Fourth Street
Santa Ana, CA 92701-4593

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 20, 2011 | Teresa Langford | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**