1  PAUL J. COUCHOT -- State Bar No. 131934
   pcouchot@winthropcouchot.com
2  PETER W. LIANIDES – State Bar No. 160517
   plianides@winthropcouchot.com
3  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
4  660 Newport Center Drive, Fourth Floor
   Newport Beach, CA 92660
5  Telephone: (949) 720-4100
   Facsimile: (949) 720-4111
6  General Insolvency Counsel for Administratively
   Consolidated Debtors-in-Possession
7
   RONALD RUS - State Bar No. 67369
8    rrus@rusmiliband.com
   JOEL S. MILIBAND - State Bar No. 77438
9    jmiliband@rusmiliband.com
   **RUS MILIBAND & SMITH**
10 **A PROFESSIONAL CORPORATION**
   2211 Michelson Drive, Seventh Floor
11 Irvine, California 92612
   Telephone: (949) 752-7100
12 Facsimile:  (949) 252-1514

   Counsel for SunCal Management LLC
13
                **UNITED STATES BANKRUPTCY COURT**
14               **CENTRAL DISTRICT OF CALIFORNIA**
                   **SANTA ANA DIVISION**
15 In re                          | Case No. 8:08-bk-17206-ES

16 PALMDALE HILLS PROPERTY, AND ITS     Jointly Administered With Case Nos.
   RELATED DEBTORS,                     8:08-17209-ES; 8:08-17240-ES; 8:08-17224-ES;
17          Jointly Administered Debtors and    8:08-17242-ES; 8:08-17225-ES; 8:08-17245-ES;
            Debtors-in-Possession               8:08-17227-ES; 8:08-17246-ES; 8:08-17230-ES;
18                                               8:08-17231-ES; 8:08-17236-ES; 8:08-17248-ES;
   Affects:                                      8:08-17249-ES; 8:08-17573-ES; 8:08-17574 ES;
19 ☒   All Debtors                               8:08-17575-ES; 8:08-17404-ES; 8:08-17407-ES;
   ☐    Palmdale Hills Property, LLC,            8:08-17408-ES; 8:08-17409-ES; 8:08-17458-ES;
20 ☐    SunCal Beaumont Heights, LLC             8:08-17465-ES; 8:08-17470-ES; 8:08-17472-ES; and
   ☐    SCC/Palmdale, LLC                        8:08-17588-ES
21 ☐   SunCal Johannson Ranch, LLC
   ☐    SunCal Summit Valley, LLC               Chapter 11 Proceedings
22 ☐    SunCal Emerald Meadows LLC              **REQUEST FOR JUDICIAL NOTICE IN**
   ☐    SunCal Bickford Ranch, LLC              **SUPPORT OF VOLUNTARY DEBTORS'**
23 ☐   Acton Estates, LLC                        **AND SUNCAL MANAGEMENT LLC'S**
   ☐    Seven Brothers LLC                       **NOTICE OF MOTION AND MOTION FOR**
24 ☐    SJD Partners, Ltd.                        **ORDER DISALLOWING CLAIMS OF**
   ☐    SJD Development Corp.                     **BOND SAFEGUARD INSURANCE CO. AND**
25 ☐   Kirby Estates, LLC                         **LEXON INSURANCE CO.**
   ☐    SunCal Communities I, LLC
26 ☐    SunCal Communities III, LLC             Date:        [To Be Set]
   ☐   SCC Communities LLC                       Time:
27 ☐   North Orange Del Rio Land, LLC            Place:       Courtroom 5A
28          *Caption Continued on Next Page*

1

*Continued from Previous Page*

☐ Tesoro SF, LLC
2   ☐ LBL-SunCal Oak Valley, LLC
☐ SunCal Heartland, LLC
3   ☐ LBL-SunCal Northlake, LLC
☐ SunCal Marblehead, LLC
4   ☐ SunCal Century City, LLC
☐ SunCal PSV, LLC
5   ☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
6   ☐ SunCal Oak Knoll, LLC

7        Palmdale Hills Property, LLC, SunCal Beaumont Heights, LLC, SunCal Communities I LLC,

8   SunCal Communities III, LLC, Acton Estates LLC, SCC/Palmdale LLC, SunCal Johannson Ranch,

9   LLC, SunCal Emerald Meadows LLC, SunCal Bickford Ranch LLC, SunCal Summit Valley LLC,

10  Seven Brothers LLC, Kirby Estates, LLC,  SJD Partners, Ltd., SJD Development Corp., SCC

11  Communities LLC, North Orange Del Rio Land, LLC, and Tesoro SF LLC (the "Voluntary

12  Debtors"), and SunCal Management, LLC ("SunCal Management" and collectively with the

13  Voluntary Debtors, the "SunCal Parties") hereby request that the Court take judicial notice of the

14  following proofs of claim filed or held by Bond Safeguard Insurance Company and Lexon Insurance

15  Company ("Bond Safeguard") which are in the Court's claim register in the above entitled jointly

16  administered Chapter 11 cases, and attached hereto as set forth below:

| Proof of Claim No. | Debtor | Case Number | Contingent Indemnification Claim Amount | RJN Exhibit No. |
|---|---|---|---|---|
| 72-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $1,784,700.00 | 1 |
| 73-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $6,353,850.00 | 2 |
| 74-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $150,700.00 | 3 |
| 75-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $3,414,300.00 | 4 |
| 76-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $240,750.00 | 5 |
| 77-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $649,500.00 | 6 |
| 78-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $3,160,650.00 | 7 |
| 79-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $4,122,000.00 | 8 |
| 80-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $784,050.00 | 9 |
| 81-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $37,950.00 | 10 |
| 82-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $19,500.00 | 11 |
| 83-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $5,900.00 | 12 |
| 84-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $13,000.00 | 13 |
| 85-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $3,549,700.00 | 14 |
| 86-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $573,400.00 | 15 |

27

28

MAINDOCS-#166804-v1-SCC_Rqst_Jud_Ntc_Obj_Bond_Safeguard.DOC

| Proof of Claim No. | Debtor | Case Number | Contingent Indemnification Claim Amount | RJN Exhibit No. |
|---|---|---|---|---|
| 87-1 | Palmdale Hills Property LLC | 8:08-17206 ES | $24,859,950.00 (Duplicative of claim nos. 72-87) | 16 |
| 107-1[1] | Palmdale Hills Property LLC | 8:08-17206 ES | $24,859,950.00 (Duplicative of claim nos. 72-87) | 17 |
| 7-1 | Acton Estates LLC | 8:08-17236 ES | $1,290,000.00 | 18 |
| 19-1 | SunCal Bickford Ranch LLC | 8:08-17231 ES | $2,500,000.00 | 19 |
| 20-1 | SunCal Bickford Ranch LLC | 8:08-17231 ES | $327,548.00 | 20 |
| 24-1 | SunCal Bickford Ranch LLC | 8:08-17231 ES | $2,827,548.00 (Duplicative of claim nos. 19 & 20) | 21 |
| 26-1 | SJD Partners Ltd | 8:08-17242 ES | $ 319,287.00 | 22 |
| 27-1 | SJD Partners Ltd | 8:08-17242 ES | $ 343,468.00 | 23 |
| 28-1 | SJD Partners Ltd | 8:08-17242 ES | $ 378,797.00 | 24 |
| 29-1 | SJD Partners Ltd | 8:08-17242 ES | $ 114,291.00 | 25 |
| 30-1 | SJD Partners Ltd | 8:08-17242 ES | $ 710,192.00 | 26 |
| 31-1 | SJD Partners Ltd | 8:08-17242 ES | $ 476,943.00 | 27 |
| 32-1 | SJD Partners Ltd | 8:08-17242 ES | $ 364,676.00 | 28 |
| 33-1 | SJD Partners Ltd | 8:08-17242 ES | $ 262,073.00 | 29 |
| 34-1 | SJD Partners Ltd | 8:08-17242 ES | 1,639,486.00 | 30 |
| 35-1 | SJD Partners Ltd | 8:08-17242 ES | 1,537,973.00 | 31 |
| 36-1 | SJD Partners Ltd | 8:08-17242 ES | 434,156.00 | 32 |
| 37-1 | SJD Partners Ltd | 8:08-17242 ES | 763,671.00 | 33 |
| 38-1 | SJD Partners Ltd | 8:08-17242 ES | 219,070.00 | 34 |
| 39-1 | SJD Partners Ltd | 8:08-17242 ES | 70,005.00 | 35 |
| 40-1 | SJD Partners Ltd | 8:08-17242 ES | 83,952.00 | 36 |
| 41-1 | SJD Partners Ltd | 8:08-17242 ES | 78,031.00 | 37 |
| 42-1 | SJD Partners Ltd | 8:08-17242 ES | 7,712,119.00 (duplicative of claim nos. 26-41) | 38 |
| 4-1 | SCC Communities LLC | 8:08-17573 ES | $25,000.00 | 39 |
| 5-1 | SCC Communities LLC | 8:08-17573 ES | $12,500.00 (duplicative of Claim 5-1) | 40 |
| 6-1 | SCC Communities LLC | 8:08-17573 ES | $12,500.00 (duplicative of Claim 5-1) | 41 |
| 8-1 | North Orange Del Rio Land LLC | 8:08-17574 ES | $3,060,045.00 (duplicative of Claims 9-1 & 10-1) | 42 |
| 9-1 | North Orange Del Rio Land LLC | 8:08-17574 ES | $250,100.00 | 43 |
| 10-1 | North Orange Del Rio Land LLC | 8:08-17574 ES | $2,809,945.00 | 44 |
| 41-2 | LBL-SunCal Oak Valley, LLC | 8:08-17404-ES | Approx. $24,489,848.98 | 45 |
| 28-2 | SunCal Heartland, LLC | 8:08-17407-ES | Approx. $55,918,440.00 | 46 |
| 69-2 | SunCal Marblehead, LLC | 8:08-17409-ES | $36,832.00 | 47 |
| 58-2 | SunCal PSV, LLC | 8:08-17465-ES | $29,765,800.60 | 48 |
| 32-2 | Delta Coves Venture, LLC | 8:08-17470-ES | $24,413,824,00 | 49 |
| 42-2 | LBL-SunCal Oak Valley, LLC | 8:08-17404-ES | Unknown | 50 |
| 29-2 | SunCal Heartland, LLC | 8:08-17407-ES | Unknown | 51 |
| 16-2 | LBL-SunCal Northlake, LLC | 8:08-17408-ES | Unknown | 52 |
| 70-2 | SunCal Marblehead, LLC | 8:08-17409-ES | Unknown | 53 |

---

[1] Untimely claim – filed on June 5, 2009, well after the March 31, 2009 bar date.

MAINDOCS-#166804-v1-SCC_Rqst_Jud_Ntc_Obj_Bond_Safeguard.DOC

| Proof of Claim No. | Debtor | Case Number | Contingent Indemnification Claim Amount | RJN Exhibit No. |
|---|---|---|---|---|
| 21-3 | SunCal Century City, LLC | 8:08-17458-ES | $11,137,789.76 | 54 |
| 59-2 | SunCal PSV, LLC | 8:08-17465-ES | Unknown | 55 |
| 33-2 | Delta Coves Venture, LLC | 8:08-17470-ES | Unknown | 56 |
| 12-2 | SunCal Torrance, LLC | 8:08-17472-ES | Unknown | 57 |
| 33-2 | SunCal Oak Knoll, LLC (mis-filed claim names "Delta Coves" as debtor) | 8:08-17588-ES | Unknown | 58 |
| 23-1 | LBL-SunCal Oak Valley, LLC | 8:08-17404-ES | $136,567.43 Transferred Claim | 59 |
| 36-1 | SunCal PSV, LLC | 8:08-17465-ES | $471,307.21 Transferred Claim | 60 |
| 42-1 | SunCal PSV, LLC | 8:08-17465-ES | $469,784.09 Transferred Claim | 61 |
| 43-1 | SunCal PSV, LLC | 8:08-17465-ES | $666,897.27 Transferred Claim | 62 |

DATED:  September 22, 2011

**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**


By:    /s/ *Paul J. Couchot*
            Paul J. Couchot, Esq.
            Peter W. Lianides, Esq.
General Insolvency Counsel for Administratively
Consolidated Debtors-in-Possession ("Voluntary
Debtors")



**RUS MILIBAND & SMITH**
**A PROFESSIONAL CORPORATION**



By:    /s/ *Ronald Rus*
            Ronald Rus, Esq.
            Joel S. Miliband, Esq.
            Catherine Castaldi, Esq.
Attorneys for SunCal Management, LLC

# EXHIBIT "1"

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT | Central District of California | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Palmdale Hills Property, LLC | Case Number:<br>8:08-bk-17206-ES |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**Bond Safeguard Insurance Company and Lexon Insurance Company** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Bond Safeguard Insurance Co., c/o Harris Beach PLLC, Attn: Kelly C. Griffith, Esq.<br>One Park Place, 300 South State Street, 4th Floor, Syracuse, New York 13202<br><br>Telephone number:<br>(315) 423-7100 | **Court Claim Number:**_____<br>*(If known)*<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>Bond Safeguard Insurance Company<br>256 Jackson Meadow Drive, Suite 201, Hermitage, TN 37076<br><br>Telephone number:<br>(615) 250-3040 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**   $  1,784,700.00 | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.** |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** Faithful Performance Bond No. 5026531/Subdivision Bond<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>    **3a. Debtor may have scheduled account as:** Bond Safeguard Ins. Co.<br>    (See instruction #3a on reverse side.) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>Describe:<br><br>**Value of Property:$**_____  **Annual Interest Rate**____%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>if any: $_____  **Basis for perfection:** _____<br><br>**Amount of Secured Claim: $**_____  **Amount Unsecured: $**_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | |
|---|---|
| Date: 3/30/09  **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*[signature]*  Kelly C. Griffith, Esq. of Harris Beach PLLC  as attorney for Creditor | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## RESERVATION OF RIGHTS

Due to the nature of the debt, the potential for continued claims made on the bonds, and the various stages of completion of projects covered by the bonds, Claimant is unable to determine the exact amount or classification of its claim. Accordingly, Claimant reserves its right to file an Amended Proof of Claim or Administrative Expense Claim setting forth the amount and classification of its claim. Additionally, Claimant has made every effort to determine the correct identity of the Debtor based on the project that is the subject of a bond. To the extent Claimant inadvertently identified the incorrect Debtor or was unable to determine the correct Debtor, this claim is intended to be filed against the Debtor that owned the particular bonded project.

HARRIS BEACH ⅏
ATTORNEYS AT LAW

C:\Documents and Settings\emailing\Local Settings\Temporary Internet Files\OLKC4\HBROC-#1130966-v1-BK_Bond_POC_Reservation_of_Rights.DOC

Exhibit 1, Page 6

04/11/2008  09:55   16304959272          BOND SAFEGUARD LEXON          PAGE  29/30

07/25/2007  12:55   16304959272          BOND SAFEGUARD LEXON          PAGE  09/30

**☒ Bond Safeguard Insurance Company**
**☐ Lexon Insurance Company**                      Bond No. _____ 8076531

AGENT EXECUTION REPORT

The following is a report of execution of a bond issued by this office:        Date _____ 6/28/07
JUL 0 2 2007

PRINCIPAL (Full Name and Address)            OBLIGEE (Full Name and Address)

PALMDALE HILLS PROPERTY LLC                  CITY OF PALMDALE

2392 MORSE AVENUE                            38300 SIERRA HIGHWAY
Street Address                               Street Address

IRVINE          CA          92614           PALMDALE       CA        93530-4798
City            State       Zip             City           State     Zip

                                            93552
Agent Code                 Power Number     List additional power of attorney forms used
05-1605                    29301

| EFFECTIVE DATE FROM: 6/21/07 TO 6/21/08 | BOND PENALTY $1,784,700.00 | CONTRACT PRICE | PREMIUM (LESS SURCHARGES/TAXES) $17,847.00 |
|---|---|---|---|
| RATE PER THOUSAND $10.00 | COMMISSION % 22.00 | COMMISSION AMOUNT $3,926.34 | KY OR WV SURCHARGE | OTHER TAXES/CHARGES |

Description of Bond (Attach Copy)  TRACT 31808-05 - GRADING

IF A CONTRACT BOND:
Other Bidders and Amounts

Estimated Starting Date _____
Estimated Completion Date _____
Estimated Contract Price _____
Liquidated Damages _____
Retainage _____
☐ Special Remarks and Recommendations

Papers Attached:
☐ Indemnity
☐ Collateral          **RENEW per Agent 08/09**
☐ Copy of Contract

AGENCY                                       Executed By  D.J. PICARD

ROBM INSURANCE AGENCY                        Authorized By  CHRIS DOBBS 614-250-3042
                                                            Phone or Fax
City 92 PLAZA SQUARE STE 200 ORANGE CA 92866  Prepared By  DEAL LANGR

COPY

Exhibit 1, Page 7

## CITY OF PALMDALE

### SUBDIVISION IMPROVEMENT AGREEMENT

**\* \* \* \* \* \* \* SUBDIVISION REFERENCE DATA\* \* \* \* \* \* \***

() FINAL TRACT MAP NO. ____51508 Phase 3____ ("Final Map" herein)

() PARCEL MAP NO. _____ ("Parcel Map" herein)

NAME OR TRACT NUMBER OF SUBDIVISION: _____Ritter Ranch_____
("Subdivision" herein)

SUBDIVIDER:    Palmdale Hills Property, LLC
(Name of Person or Business Entity)

21900 Burbank Blvd., Suite 114
(Street Address)

Woodland Hills,    CA    91367
(City)    (State)    (Zip)

PLANNING COMMISSION RESOLUTION NO._____
(Resolution of Approval" herein)
IMPROVEMENT PLANS NO. ____05-139____ ("Improvement Plans" herein)

ESTIMATED TOTAL COSTS:    IMPROVEMENTS    $    2,138,017
GRADING    $    1,662,412
MONUMENTATION    $    19,585

FORM OF SECURITY:    (X) Corporate surety bonds
( ) Deposit of money or negotiable bonds
( ) Letter of Credit

NAME AND ADDRESS OF CORPORATE SURETY   Bond Safeguard Insurance Co.
(Name of Corporate Entity)
1919 S. Highland Ave.
Building A, Suite 300
(Street Address)

Lombard, IL  60148
(City)    (State)    (Zip)

SURETY BOND NUMBERS (if applicable):    _____

EFFECTIVE DATE OF AGREEMENT:    _____
(to be inserted by City)
COMPLETION PERIOD:  24 months after Effective Date of Agreement

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

all counterparts of this Agreement and shall transmit a fully executed counterpart to the Developer.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their respective officers, thereto duly authorized, as of the dates set forth below their respective signatures.

*(Note: All signatures must be acknowledged before a notary public and the acknowledgment must be attached).*

"SUBDIVIDER"

PALMDALE HILLS PROPERTY, LLC
(Type or print exact name of person or business entity)

By: _____
       (Signature of authorized officer)

___Bruce V. Cook_____
(Type or print name of authorized officer)

___General Counsel_____
(Title of authorized officer)

Date: _____

"CITY OF PALMDALE"

By: _____
(Signature of authorized officer of employee)

_____
(Type or print name and title of authorized officer or employee)

Date: _____

- 13 -

( ) FINAL TRACT MAP NO. __51508 Phase 3___

( ) PARCEL MAP NO. _____

### SCHEDULE A

IMPROVEMENT SECURITY

| CATEGORIES OF IMPROVEMENTS | ESTIMATED TOTAL COST | AMOUNT OF PERFORMANCE SECURITY | AMOUNT OF PAYMENT SECURITY |
|---|---|---|---|
| ( ) STREET | $ 1,240,574 | $ 1,364,700 | $ 682,350 |
| ( ) SEWER | $ 363,947 | $ 400,400 | $ 200,200 |
| ( ) DRAINAGE Including Dry Wells | $ 332,537 | $ 365,800 | $ 182,900 |
| ( ) WATER | $ 132,008 | $ 145,300 | $ 72,650 |
| ( ) BLOCK WALLS | $_____ | $_____ | $_____ |
| ( ) PLANTED TREES | $_____ | $_____ | $_____ |
| ( ) LANDSCAPING | $_____ | $_____ | $_____ |
| ( ) GRADING | $ 1,622,412 | $ 1,784,700 | NOT REQUIRED |
| ( ) MONUMENTATION | $ 19,585 | $ 21,600 | NOT REQUIRED |

TOTAL PERFORMANCE SECURITY        $ ___2,276,200___

TOTAL PAYMENT SECURITY        $ ___1,138,100___

NOTE: IF CORPORATE SURETY BONDS ARE TO BE UTILIZED, A *SINGLE* FAITHFUL PERFORMANCE BOND AND A *SINGLE* PAYMENT BOND MUST BE SUBMITTED FOR ALL OF THE REQUIRED CATEGORIES OF IMPROVEMENTS. GRADING MAY BE A SEPARATE BOND OR MAY BE INCLUDED WITH THE IMPROVEMENTS. MONUMENTATION MUST BE A CASH BOND.

- 14 -

Bond Issued in Duplicate
Bond Number: 5026531
Premium: $17,847.00

## CITY OF PALMDALE
## LOS ANGELES COUNTY, CALIFORNIA

### FAITHFUL PERFORMANCE BOND

Tract 51508-03
(Name or Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, _Palmdale Hills Property, LLC_ (hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein"), whereby Principal agrees to construct, install, complete and guarantee for one year after acceptance thereof certain designated public improvements generally identified as follows: Ritter Ranch - Tract 51508-03 Grading Improvements and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement to furnish a corporate surety bond or other approved improvement security to guarantee the faithful performance of said Agreement;

NOW, THEREFORE, The Principal designated above, and Bond Safeguard Insurance Company as Surety, are held and firmly bound unto the City in the penal sum of One Million Seven Hundred Eighty-Four Thousand Seven Hundred & N0/100 dollars, ($1,784,700.00), lawful money of the United States, for the payment of which we bind ourselves, our heirs, successors, executors and administrators, jointly and severally, firmly by these presents.

The condition of this obligation is such that the obligation shall become null and void if the above-bounded Principal, his or its heirs, executors, administrators, successors, or assigns, shall in all things stand to, abide by, well and truly keep and perform the covenants, conditions and provisions in said Agreement and any modification thereof made as therein provided, on his or their part, to be kept and performed at the time and in the manner therein specified, and in all respects according to their true intent and meaning, and shall indemnify and save harmless the City, its officer, agents and employees, as therein stipulated; otherwise, this obligation shall be and remain in full force and effect.

As a part of the obligation secured hereby, and in addition to the face amount specified, costs and reasonable expenses and fees shall be included, including reasonable attorneys' fees, incurred by the City in successfully enforcing the obligation, all to be taxed as costs and included in any judgment rendered.

The surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the Agreement, the work to be performed thereunder, or the Improvement Plans and related specifications accompanying the Agreement shall in any manner affect its obligations on this bond. The surety hereby

- 15 -

waives notice of any such change, extension of time, alteration or addition to the terms of the Agreement, the work, or the Improvement Plans and related specifications.

IN WITNESS WHEREOF, this instrument has been duly executed by the above-named Principal and Surety as of the date of dates set forth below the signatures of their authorized officers.

Note:   *All signatures must be acknowledged before a notary Public. Attach appropriate acknowledgment.*

**"PRINCIPAL"**

 Palmdale Hills Property, LLC
(Type name of Principal)

 2392 Morse Avenue
(Street Address)

 Irvine, CA  92614
(City)        (State)        (Zip)


By: _____
        (Signature of authorized officer)

Date: _____

**"SURETY"**
Bond Safeguard Insurance Company
(Type name of Surety)
1919 S. Highland Avenue, Bldg A - Suite 300
(Street Address)

Lombard, IL 60148
(City)        (State)        (Zip)

By: _____
        (Signature of authorized officer)

D.J. Picard, Attorney-in-fact
(Title of Officer)

Date: June 21, 2007

APPROVED:

_____
City Engineer

- 16 -

Exhibit 1, Page 12

# EXHIBIT "2"

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Central District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Palmdale Hills Property, LLC | Case Number:<br>8:08-bk-17206-ES |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Bond Safeguard Insurance Company and Lexon Insurance Company | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>Bond Safeguard Insurance Co., c/o Harris Beach PLLC, Attn: Kelly C. Griffith, Esq.<br>One Park Place, 300 South State Street, 4th Floor, Syracuse, New York 13202<br><br>Telephone number:<br>(315) 423-7100 | **Court Claim Number:**_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>Bond Safeguard Insurance Company<br>256 Jackson Meadow Drive, Suite 201, Hermitage, TN 37076<br><br>Telephone number:<br>(615) 250-3040 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**    $    6,353,850.00<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:**   Subdivision Bond No. 5020972 (performance bond &<br>(See instruction #2 on reverse side.)              payment bond) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:**_____<br><br>   **3a. Debtor may have scheduled account as:** Bond Safeguard Ins. Co.<br>           (See instruction #3a on reverse side.) | |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>**Describe:**<br><br>**Value of Property:**$_____ **Annual Interest Rate___%**<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any:** $_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).<br><br>**Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | FOR COURT USE ONLY |
|---|---|
| Date:3/29/09   **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Kelly C. Griffith*   Kelly C. Griffith, Esq. of Harris Beach PLLC as attorney for Creditor | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## RESERVATION OF RIGHTS

Due to the nature of the debt, the potential for continued claims made on the bonds, and the various stages of completion of projects covered by the bonds, Claimant is unable to determine the exact amount or classification of its claim. Accordingly, Claimant reserves its right to file an Amended Proof of Claim or Administrative Expense Claim setting forth the amount and classification of its claim. Additionally, Claimant has made every effort to determine the correct identity of the Debtor based on the project that is the subject of a bond. To the extent Claimant inadvertently identified the incorrect Debtor or was unable to determine the correct Debtor, this claim is intended to be filed against the Debtor that owned the particular bonded project.

HARRIS BEACH
ATTORNEYS AT LAW

C:\Documents and Settings\emailing\Local Settings\Temporary Internet Files\OLKC4\HBROC-#1130966-v1-BK_Bond_POC_Reservation_of_Rights.DOC

Exhibit 2, Page 14

COPY

☑ **Bond Safeguard Insurance Company**
☐ **Lexon Insurance Company**                          Bond No. __5020972__

### AGENT EXECUTION REPORT

The following is a report of execution of a bond issued by this office:                 Date _____7/31/06_____

| PRINCIPAL (Full Name and Address) | OBLIGEE (Full Name and Address) |
|---|---|
| PALMDALE HILLS PROPERTY LLC (SunCal Companies) | CITY OF PALMDALE |
| 2392 MORSE AVENUE <br> Street Address | 38300 SIERRA HIGHWAY <br> Street Address |
| IRVINE        CA        92614 <br> City        State        Zip | PALMDALE        CA        93550 <br> City        State        Zip |
| | 23719-23720 <br> List additional power of attorney forms used |

| Agent Code      05-1505 | Power Number      23938-23939 | |

| EFFECTIVE DATE FROM 7/24/06 TO 7/24/08 | BOND PENALTY $4,235,900.00 | CONTRACT PRICE $4,235,900.00 | PREMIUM (LESS SURCHARGES/TAXES) $78,539.00 |
|---|---|---|---|
| RATE PER THOUSAND 125/M, $20/M, $15/M | COMMISSION % 22.00 | COMMISSION AMOUNT $17,278.58 | KY OR WV SURCHARGE | OTHER TAXES/CHARGES |

Description of Bond (Attach Copy)  SUBDIVISION BOND - ELIZABETH LAKE ROAD PHASE 2 - LESS 2 LANES STREET
STREET IMPROVMENTS

***BOND ISSUED IN DUPLICATE***

IF A CONTRACT BOND:
Other Bidders and Amounts

Estimated Starting Date _____
Estimated Completion Date _____
Estimated Contract Price _____
Liquidated Damages _____
Retainage _____

Papers Attached:
☐ Indemnity
☐ Collateral
☐ Copy of Contract

☐ Special Remarks and Recommendations
_____
_____
_____
_____

AGENCY                                           Executed By  CINDY WOZNEY

ROHM INSURANCE AGENCY                             Authorized By  GREG SEMROW
                                                               Phone or Letter
City 26 PLAZA SQUARE, SUITE 200 ORANGE, CA 92866   Prepared By  CINDY WOZNEY



BOND ISSUED IN DUPLICATE



BOND NUMBER: 5020972
PREMIUM: $78,539.00

### CITY OF PALMDALE
### LOS ANGELES COUNTY, CALIFORNIA

#### FAITHFUL PERFORMANCE BOND

ELR PHASE 2 (LESS 2 LANES STREET)
(Name and Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, __PALMDALE HILLS PROPERTY, LLC.__
(hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein"), whereby Principal agrees to construct, install, complete and guarantee for one year after acceptance thereof certain designated public improvements generally identified as follows:__ STREET IMPROVEMENTS _____and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement to furnish a corporate surety bond or other approved improvement security to guarantee the faithful performance of said Agreement;

NOW, THEREFORE, The Principal designated above, and BOND SAFE-
GUARD INSURANCE COMPANY _____ as Surety, are held and firmly bound unto the City in the penal sum of __*_____dollars
($ 4,235,900.00----_____ ), lawful money of the United States, for the payment of which we bind ourselves, our heirs, successors, executors and administrators, jointly and severally, firmly by these presents.
* FOUR MILLION TWO HUNDRED THIRTY-FIVE THOUSAND NINE HUNDRED & NO/100---

The condition of this obligation is such that the condition shall become null and void if the above-bounded Principal, his or its heirs, executors, administrators, successors, or assigns, shall in all things stand to, abide by, well and truly keep and perform the covenants, conditions and provisions in said Agreement and any modification thereof made as therein provided , on his or their part, to be kept and performed at the time and in the manner therein specified, and in all respects according to their true intent and meaning, and shall indemnify and save harmless the City, its officer, agents and employees, as therein stipulated; otherwise, this obligation shall be and remain in full force and effect.

As a part of the obligation secured hereby, and in addition to the face amount specified, costs and reasonable expenses and fees shall be included, including reasonable attorneys' fees, incurred by the City in successfully enforcing the obligation, all to be taxed as costs and included in any judgment rendered.

The surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the Agreement, the work to be performed thereunder, or the Improvement Plans and related specifications accompanying the Agreement shall in any manner affect its obligations on this bond. The surety hereby

16

BOND ISSUED IN DUPLICATE
BOND NUMBER: 5020972
PREMIUM CHARGED IS INCLUDED
IN PERFORMANCE BOND

## CITY OF PALMDALE
## LOS ANGELES COUNTY, CALIFORNIA

### PAYMENT BOND

<u>ELR PHASE 2 (LESS 2 LANES STREET)</u>
(Name and Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, <u>PALMDALE HILLS PROPERTY, LLC.</u>             (hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein), whereby Principal agrees to construct, install and complete certain designated public improvements generally identified as follows: <u>STREET IMPROVEMENTS</u>          , and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement, before entering upon the performance of the work, to file with the City a good and sufficient payment bond, or other approved security, to secure the claims to which reference is made in Title 15 (commencing with Section 3082) of Part 4 of Division 3 of the California Civil Code, and in Government Code Section 66497;

NOW, THEREFORE, the principal designated above, and <u>BOND SAFEGUARD INSURANCE COMPANY</u>           as Surety, are held firmly bound unto the City and all contractors, subcontractors, laborers, materialmen and other persons employed in the performance of said Agreement and referred to in the above-referenced Civil Code and Government Code in the sum of <u>*</u>
          dollars ($ 2,117,950.00---), for materials furnished or labor thereon of any kind, or for amounts due under the Unemployment Insurance Act with respect to such work or labor; that said Surety will pay the same in an amount not exceeding the amount hereinabove set forth; and in case suit is brought upon this bond, will pay, in addition to the face amount thereof, costs and reasonable expenses and fees, including reasonable attorneys' fees, incurred by the City in successfully enforcing such obligation, to be awarded and fixed by the court, and to be taxed as costs and to be included in the judgment therein rendered.
* TWO MILLION ONE HUNDRED SEVENTEEN THOUSAND NINE HUNDRED FIFTY & NO/100---
It is hereby stipulated and agreed that this bond shall inure to the benefit of any and all persons, companies and corporations entitled to file claims under Title 15, (commencing with Section 3082) of Part 4 of Division 3 of the Civil Code, and under Government Code Section 66497, so as to give a right of action to them or their assigns in any suit brought upon this bond.

Should the condition of this bond be fully performed, then this obligation shall become null and void, otherwise it shall be and remain in full force and effect. The Surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of said Agreement or the Improvement Plans or related specifications accompanying the same shall in any manner affect its obligations on this

17

# EXHIBIT "3"

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT   Central District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Palmdale Hills Property, LLC | Case Number:<br>8:08-bk-17206-ES |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Bond Safeguard Insurance Company and Lexon Insurance Company | ❑ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Bond Safeguard Insurance Co., c/o Harris Beach PLLC, Attn: Kelly C. Griffith, Esq.<br>One Park Place, 300 South State Street, 4th Floor, Syracuse, New York 13202<br><br>Telephone number:<br>(315) 423-7100 | Court Claim Number:_____<br>*(If known)*<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>Bond Safeguard Insurance Company<br>256 Jackson Meadow Drive, Suite 201, Hermitage, TN 37076<br><br>Telephone number:<br>(615) 250-3040 | ❑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>❑ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**  $     150,700.00<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>❑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim. |
| **2. Basis for Claim:** Subdivision Bond No. 5025395<br>(See instruction #2 on reverse side.) | ❑ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>    **3a. Debtor may have scheduled account as:** Bond Safeguard Ins. Co.<br>    (See instruction #3a on reverse side.) | ❑ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a)(4). |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ❑ Real Estate   ❑ Motor Vehicle   ❑ Other<br>**Describe:**<br><br>**Value of Property:**$_____ **Annual Interest Rate**____%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>if any: $_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____ | ❑ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).<br><br>❑ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>❑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ❑ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).<br><br>    **Amount entitled to priority:**<br><br>    $_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | |
|---|---|
| Date: 3/29/09   **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Kelly C. Griffith*   Kelly C. Griffith, Esq. of Harris Beach PLLC  as attorney for Creditor | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## RESERVATION OF RIGHTS

Due to the nature of the debt, the potential for continued claims made on the bonds, and the various stages of completion of projects covered by the bonds, Claimant is unable to determine the exact amount or classification of its claim.  Accordingly, Claimant reserves its right to file an Amended Proof of Claim or Administrative Expense Claim setting forth the amount and classification of its claim.  Additionally, Claimant has made every effort to determine the correct identity of the Debtor based on the project that is the subject of a bond.  To the extent Claimant inadvertently identified the incorrect Debtor or was unable to determine the correct Debtor, this claim is intended to be filed against the Debtor that owned the particular bonded project.

HARRIS BEACH ℠
ATTORNEYS AT LAW

C:\Documents and Settings\emailing\Local Settings\Temporary Internet Files\OLKC4\HBROC-#1130966-v1-BK_Bond_POC_Reservation_of_Rights.DOC

Exhibit 3, Page 19

☒ **Bond Safeguard Insurance Company**

☐ **Lexon Insurance Company**

Bond No. ___5025395___

## AGENT EXECUTION REPORT

The following is a report of execution of a bond issued by this office:

Date ___11/13/06___

SHIPPED

PRINCIPAL (Full Name and Address)

PALMDALE HILLS PROPERTY LLC (SunCal Companies)

2392 MORSE AVENUE
Street Address

| IRVINE | CA | 92614 |
|--------|-----|-------|
| City | State | Zip |

OBLIGEE (Full Name and Address)

CITY OF PALMDALE

38300 SIERRA HIGHWAY
Street Address

| PALMDALE | CA | 93550 |
|----------|-----|-------|
| City | State | Zip |

List additional power of attorney forms used

| Agent Code 05-1505 | Power Number 24344-24347 | |

| EFFECTIVE DATE  FROM 11/10/06 TO 11/10/08 | BOND PENALTY $150,700.00 | CONTRACT PRICE | PREMIUM (LESS SURCHARGE/TAXES) $3,768.00 |
|---|---|---|---|
| RATE PER THOUSAND $25/M | COMMISSION % 22.00 | COMMISSION AMOUNT $828.96 | KY OR WV SURCHARGE | OTHER TAXES/CHARGES |

Description of Bond (Attach Copy)   TRACT 51508-02 - SECONDARY ACCESS ROAD *Subdivision - Bond*

***BOND ISSUED IN DUPLICATE***

**IF A CONTRACT BOND:**
Other Bidders and Amounts

Estimated Starting Date _____

Estimated Completion Date _____

Estimated Contract Price _____

Liquidated Damages _____

Retainage _____

Papers Attached:

☐ Special Remarks and Recommendations

☐ Indemnity

☐ Collateral

☐ Copy of Contract

AGENCY

Executed By  CINDY WOZNEY

ROHM INSURANCE AGENCY

Authorized By  CHRIS DOBBS
Phone or Letter

City  26 PLAZA SQUARE, SUITE 200 ORANGE, CA 92866

Prepared By  CINDY WOZNEY

Exhibit 3, Page 20

BOND ISSUED IN DUPLICATE
BOND NUMBER: 5025395
PREMIUM: $3,768.00

CITY OF PALMDALE
LOS ANGELES COUNTY, CALIFORNIA

## FAITHFUL PERFORMANCE BOND

TRACT NO. 51508-02 (ST 05-139A)
(Name or Tract Number of Development)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, PALMDALE HILLS PROPERTY, LLC             (hereinafter designated as "Principal") has executed a Development Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein), whereby Principal agrees to construct, install, complete and guarantee for one year after acceptance thereof certain designated public improvements generally identified as follows: SECONDARY ACCESS ROAD                                        ,and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement to furnish a corporate surety bond or other approved improvement security to guarantee the faithful performance of said Agreement;

NOW, THEREFORE, The Principal designated above, and             BOND SAFEGUARD INSURANCE COMPANY     as Surety, are held and firmly bound unto the City in the penal sum of  *                     dollars ($150,700.00---), lawful money of the United States, for the payment of which we bind ourselves, our heirs, successors, executors and administrators, jointly and severally, firmly by these presents.
* ONE HUNDRED FIFTY THOUSAND SEVEN HUNDRED & NO/100---
The condition of this obligation is such that the obligation shall become null and void if the above-bounded Principal, his or its heirs, executors, administrators, successors, or assigns, shall in all things stand to, abide by, well and truly keep and perform the covenants, conditions and provisions in said Agreement and any modification thereof made as therein provided , on his or their part, to be kept and performed at the time and in the manner therein specified, and in all respects according to their true intent and meaning, and shall indemnify and save harmless the City, its officer, agents and employees, as therein stipulated; otherwise, this obligation shall be and remain in full force and effect.

As a part of the obligation secured hereby, and in addition to the face amount specified, costs and reasonable expenses and fees shall be included, including reasonable attorneys' fees, incurred by the City in successfully enforcing the obligation, all to be taxed as costs and included in any judgment rendered.

The surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the Agreement, the work to be performed thereunder, or the Improvement Plans and related specifications accompanying the Agreement shall in any manner affect its obligations on this bond. The surety hereby

14

waives notice of any such change, extension of time, alteration or addition to the terms of the Agreement, the work, or the Improvement Plans and related specifications.

IN WITNESS WHEREOF, this instrument has been duly executed by the above-named Principal and Surety as of the date or dates set forth below the signatures of their authorized officers.

**Note:** ***All signatures must be acknowledged before a notary public. Attach appropriate acknowledgment.***

"PRINCIPAL"

PALMDALE HILLS PROPERTY, LLC
(Type name of Principal)

2392 MORSE AVENUE
(Street Address)

IRVINE, CA 92614
(City)(State)  (Zip)

By:_____
(Signature of authorized officer)

_____
(Title of officer)

Date:_____

"SURETY"

BOND SAFEGUARD INSURANCE COMPANY
(Type name of surety)
1919 S. HIGHLAND AVENUE,
BUILDING A, SUITE 300
(Street Address)

LOMBARD, IL  60148
(City)(State)  (Zip)

By:_____
(Signature of authorized officer)

ATTORNEY-IN-FACT
(Title of officer)

Date: NOVEMBER 10, 2006

APPROVED:

_____
City Engineer

15

BOND ISSUED IN DUPLICATE
BOND NUMBER: 5025395
PREMIUM CHARGED IS INCLUDED
IN PERFORMANCE BOND

## CITY OF PALMDALE
## LOS ANGELES COUNTY, CALIFORNIA

### **PAYMENT BOND**

TRACT NO. 51508-02 (ST 05-139A)
(Name or Tract Number of Development)

### KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, PALMDALE HILLS PROPERTY, LLC               , (hereinafter designated as "Principal") has executed a Development Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein), whereby Principal agrees to construct, install and complete certain designated public improvements generally identified as follows: SECONDARY ACCESS ROAD        , and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement, before entering upon the performance of the work, to file with the City a good and sufficient payment bond, or other approved security, to secure the claims to which reference is made in Title 15 (commencing with Section 3082) of Part 4 of Division 3 of the California Civil Code, and in Government Code Section 66497;

NOW, THEREFORE, the principal designated above, and               BOND SAFEGUARD INSURANCE COMPANY    as Surety, are held firmly bound unto the City and all contractors, subcontractors, laborers, materialmen and other persons employed in the performance of said Agreement and referred to in the above-referenced Civil Code and Government Code in the sum of *               dollars ($150,700.00---               ), for materials furnished or labor thereon of any kind, or for amounts due under the Unemployment Insurance Act with respect to such work or labor; that said Surety will pay the same in an amount not exceeding the amount hereinabove set forth; and in case suit is brought upon this bond, will pay, in addition to the face amount thereof, costs and reasonable expenses and fees, including reasonable attorneys' fees, incurred by the City in successfully enforcing such obligation, to be awarded and fixed by the court, and to be taxed as costs and to be included in the judgment therein rendered.

*  ONE HUNDRED FIFTY THOUSAND SEVEN HUNDRED & NO/100---
It is hereby stipulated and agreed that this bond shall inure to the benefit of any and all persons, companies and corporations entitled to file claims under Title 15, (commencing with Section 3082) of Part 4 of Division 3 of the Civil Code, and under Government Code Section 66497, so as to give a right of action to them or their assigns in any suit brought upon this bond.

Should the condition of this bond be fully performed, then this obligation shall become null and void, otherwise it shall be and remain in full force and effect.

The Surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of said Agreement or the Improvement Plans or related specifications accompanying the same shall in any manner affect its obligations

16

on this bond, and it does hereby waive notice of any such change, extension, alteration or addition.

    IN WITNESS WHEREOF, this instrument has been duly executed by the above-named Principal and Surety as of the date or dates set forth below the signatures of their authorized officers.

**Note:**     ***All signatures must be acknowledged before a notary public. Attach appropriate acknowledgment.***

"PRINCIPAL"

PALMDALE HILLS PROPERTY, LLC
(Type name of Principal)

2392 MORSE AVENUE
(Street Address)

IRVINE, CA 92614
(City)(State)  (Zip)

By:_____
        (Signature of authorized officer)

_____
(Title of officer)

Date:_____

"SURETY"

BOND SAFEGUARD INSURANCE COMPANY
(Type name of surety)
1919 S. HIGHLAND AVENUE,
BUILDING A, SUITE 300
(Street Address)

LOMBARD, IL 60148
(City)(State)  (Zip)

By:_____
        (Signature of authorized officer)

ATTORNEY-IN-FACT
(Title of officer)

Date: NOVEMBER 10, 2006

APPROVED:

_____
City Engineer

17

# EXHIBIT "4"

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT  Central District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Palmdale Hills Property, LLC | Case Number:<br>8:08-bk-17206-ES |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Bond Safeguard Insurance Company and Lexon Insurance Company | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>Bond Safeguard Insurance Co., c/o Harris Beach PLLC, Attn: Kelly C. Griffith, Esq.<br>One Park Place, 300 South State Street, 4th Floor, Syracuse, New York 13202<br><br>Telephone number:<br>(315) 423-7100 | Court Claim Number:_____<br>*(If known)*<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Bond Safeguard Insurance Company<br>256 Jackson Meadow Drive, Suite 201, Hermitage, TN 37076<br><br>Telephone number:<br>(615) 250-3040 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**  $  3,414,300.00<br><br>If all or part of your claim is secured, complete item 4 below; however, if all or part of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** Faithful Performance & Payment Bond No. 5026530<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>  **3a. Debtor may have scheduled account as:** Bond Safeguard Ins. Co.<br>  (See instruction #3a on reverse side.) | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>**Describe:**<br><br>**Value of Property:**$_____  **Annual Interest Rate**____%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any:** $_____  **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____ | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).<br><br>☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | **Amount entitled to priority:**<br><br>$_____ |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | |
|---|---|
| Date: 3/09/09  Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Kelly C. Griffith*  Kelly C. Griffith, Esq. of Harris Beach PLLC as attorney for Creditor | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## RESERVATION OF RIGHTS

Due to the nature of the debt, the potential for continued claims made on the bonds, and the various stages of completion of projects covered by the bonds, Claimant is unable to determine the exact amount or classification of its claim. Accordingly, Claimant reserves its right to file an Amended Proof of Claim or Administrative Expense Claim setting forth the amount and classification of its claim. Additionally, Claimant has made every effort to determine the correct identity of the Debtor based on the project that is the subject of a bond. To the extent Claimant inadvertently identified the incorrect Debtor or was unable to determine the correct Debtor, this claim is intended to be filed against the Debtor that owned the particular bonded project.

HARRIS BEACH ℠
ATTORNEYS AT LAW

C:\Documents and Settings\emailing\Local Settings\Temporary Internet Files\OLKC4\HBROC-#1130966-v1-BK_Bond_POC_Reservation_of_Rights.DOC

Exhibit 4, Page 26

07/08/2007  12:55   16304959272           BOND SAFEGUARD LEXON          PAGE  09/30

**Bond Safeguard Insurance Company**
☐ Lexon Insurance Company                                Bond No. ___5026530___

AGENT EXECUTION REPORT

The following is a report of execution of a bond issued by this office          Date ___6/28/07___

JUL 0 3 2007

PRINCIPAL (Full Name and Address)                    OBLIGEE (Full Name and Address)

PALMDALE HILLS PROPERTY LLC                          CITY OF PALMDALE

2392 MORSE AVENUE                                    38300 SIERRA HIGHWAY
Street Address                                       Street Address

IRVINE            CA          92614                  PALMDALE          CA        93550-4798
City              State       Zip                    City              State     Zip

                                                     24428, 24427, 24429
Agent Code ___09-1505___    Power Number ___24425___  List additional power of attorney forms used

| EFFECTIVE DATE | From 6/21/07 TO 6/21/08 | BOND PENALTY $8,376,200.00 | CONTRACT PRICE | PREMIUM (FOR SURCHARGES) $22,762.00 |
| RATE PER THOUSAND $10.84 | COMMISSION % 22.00 | COMMISSION AMOUNT $5,007.64 | RY OR HV SURCHARGE | OTHER TAXES/CHARGES |

Description of Bond (Attach Copy)  TRACT 31198-03 - STREET, SEWER, DRAINAGE & WATER IMPROVEMENTS

IF A CONTRACT BOND:
Other Bidders and Amounts                            Estimated Starting Date _____
                                                     Estimated Completion Date _____
                                                     Estimated Contract Price _____
                                                     Liquidated Damages _____
                                                     Retainage _____
Papers Attached:                                     ☐ Special Remarks and Recommendations
☐ Indemnity
☐ Collateral
☐ Copy of Contract              **RENEW per Agent 08/09**

AGENCY                                               Executed By _D.J. PICARD_

BORAN INSURANCE AGENCY                               Authorized By _CHRIS DOBBS 615-250-3043_
                                                                        Phone or Fax
City 26 PLAZA SQUARE/300 ORANGE, CA 92866            Prepared By _SEJAL LANGE_



# P A L M D A L E

*a place to call home*

June 18, 2007

James C. Ledford, Jr.
*Mayor*

Mike Dispenza
*Mayor Pro Tem*

Steven D. Hofbauer
*Councilmember*

Stephen Knight
*Councilmember*

Tom Lackey
*Councilmember*

**VIA EMAIL**

Mr. Jora Sarkissian
SunCal Companies
410 Grand Cypress, Ste. 201
Palmdale, CA 93551

RE:   **Bond Amount Approval for Tract 51508-03 (05-139)**

Dear Jora,

The bond amounts for the above-referenced project have been approved per the attached summary.  Per the approved cost estimates, fees are as follows:

38300 Sierra Highway

Palmdale, CA 93550-4798

Tel: 661/267-5100

Fax: 661/267-5122

TDD: 661/267-5167

**Outstanding Grading Fees**

| | |
|---|---|
| Erosion Control Fees | $2,697.37 |
| Inspection Fees/Grading Permit | $11,288.44 |
| Total Grading Fees Due | $13,985.81 |

**Outstanding Improvement Fees**

| | |
|---|---|
| Improvement Plan Check | $15,839.88 |
| Improvement Inspection/Permit | $68,817.54 |
| Total Improvement Fees Due | $84,657.42 |

Please submit two (2) executed and notarized Subdivision Improvement Agreements, a Faithful Performance bond, a Payment bond, a bond-processing fee of $235, and the outstanding fees as outlined above. The agreement form is available on the City's website at www.cityofpalmdale.org/departments/publicworks/ under the Engineering section.

If you have any questions or need further assistance, please contact me at (661) 267-5251.

Sincerely,

Barbara L. McElroy
Senior Permit Technician

*Auxiliary aids provided for*

*communication accessibility*

*upon 72 hours' notice and request.*

Enclosures

w w w . c i t y o f p a l m d a l e . o r g



# CITY OF PALMDALE

### ENGINEERING DIVISION

### BOND SUMMARY: SCHEDULE A

PROJECT / FINAL MAP _____ TR 51508-03 _____

DEVELOPER ___ **SunCal Companies** ___ DATE ___ 06/06/2007 ___

| CATEGORY IMPROVEMENTS | ESTIMATED TOTAL COST | AMOUNT OF PERFORMANCE SECURITY | AMOUNT OF PAYMENT SECURITY |
|---|---|---|---|
| STREET IMPROVEMENTS | $ 1,240,574.00 | $ 1,364,700.00 | $ 682,350.00 |
| SEWER IMPROVEMENTS | $ 363,947.00 | $ 400,400.00 | $ 200,200.00 |
| DRAINGE IMPROVEMENTS INCLUDING DRYWELLS | $ 332,537.00 | $ 365,800.00 | $ 182,900.00 |
| WATER IMPROVEMENTS | $ 132,008.00 | $ 145,300.00 | $ 72,650.00 |
| BLOCK WALLS | $ 0.00 | $ 0.00 | $ 0.00 |
| OTHER: | $ | $ 0.00 | $ 0.00 |
| GRADING | $ 1,622,412.00 | $ 1,784,700.00 | NOT REQUIRED |
| MONUMENTATION | $ 19,585.00 | $ 21,600.00 | NOT REQUIRED |

* TOTAL PERFORMANCE SECURITY     $ 2,276,200.00

TOTAL PAYMENT SECURITY     $ 1,138,100.00

* TOTAL PERFORMANCE SECURITY _EXCLUDES_ GRADING & MONUMENTATION TOTALS.

- PERFORMANCE SECURITY AMOUNTS ARE ROUNDED UP TO THE NEAREST HUNDRED DOLLAR.

- PAYMENT SECURITY AMOUNTS ARE ROUNDED UP TO THE NEAREST DOLLAR.

NOTE: IF CORPORATE SURETY BONDS ARE TO BE UTILIZED, A **SINGLE** FAITHFUL PERFORMANCE BOND AND A **SINGLE** PAYMENT BOND MUST BE SUBMITTED FOR ALL OF THE REQUIRED CATEGORIES OF IMPROVEMENTS. *GRADING MAY BE A SEPARATE BOND OR MAY BE INCLUDED WITH THE IMPROVEMENTS. MONUMENTATION MUST BE A CASH BOND.*

BOND SUMMARY



# CITY OF PALMDALE

### ENGINEERING DIVISION

### SUMMARY OF IMPROVEMENTS

VALUATION ESTIMATE FOR: PROJECT / FINAL MAP _____ Ritter Ranch Tract 51508 Phase 3 _____

ENGINEER _____ David Currington _____   DATE _____ 06/06/2007 _____

| SECTION | PLAN # | TOTAL AMOUNT | (CITY USE ONLY) TOTAL AMOUNT |
|---|---|---|---|
| 1. STREETS | ST 05-139 | $ 1,233,966.00 | $ 1,240,574.00 |
| 2. SEWERS | PC 05-139 | $ 363,947.00 | $ 363,947.00 |
| 3. WATER * | | $ 13,201.00 | $ 13,201.00 |
| 4. DRAINAGE | SD 05-139 | $ 332,537.00 | $ 332,537.00 |
| 5. SUB-TOTAL | | $ 1,943,651.00 | $ 1,950,259.00 |
| 6. 10% Contingencies | | $ 194,366.00 | $ 195,026.00 |
| TOTAL VALUATION AMOUNT | | $ 2,138,017.00 | $ 2,145,285.00 |

\* Water system estimate is for bonds only.  Only include 10% in Valuation Amount for plan checking fees.
- NOTE: All **TOTAL AMOUNTS** are rounded up to the nearest dollar

ATTACHED PROJECT ESTIMATE PREPARED BY (or under the direction of)

David G. Currington, C58883 _____
NAME & NUMBER OF REGISTERED CIVIL ENGINEER

**SUMMARY OF IMPROVEMENTS** *Revised 7/1/06*

Exhibit 4, Page 30

# CITY OF PALMDALE

## ENGINEERING DIVISION

**(FOR CITY USE ONLY)**      TOTAL EVALUATION AMOUNT FOR FEES      $  2,138,017.00

Engineering Plan Check fees are calculated using estimated construction cost of the project based on unit costs/quantity listed on City's approved Cost Estimating forms.

## PLAN CHECK FEE SCHEDULE

**TOTAL EVALUATION AMOUNT**                      **FEE CALCULATION**

| | | |
|---|---|---|
| $ 1      to    $ 50,000 | $ 350, plus 3.5% of total amount | $         0.00 |
| $ 50,001   to   $ 150,000 | $ 2,100, plus 2.5% of difference between total amount and $ 50,000<br>Example = 2,100 + 2.5%( total amount – 50,000) | $         0.00 |
| over   $ 150,001 | $ 4,250, plus 2% of difference between total amount and $ 150,000<br>Example = 4,250 + 2%( total amount – 150,000) | $    44,010.34 |
| GIS Processing Fee | 5% of Fee Sub-Total | $     2,200.52 |

ADDITIONAL FEES DUE $ _____

**TOTAL FEES  $     46,210.86**

## FEES FOR INSPECTION

**TOTAL EVALUATION AMOUNT**                      **FEE CALCULATION**

| | | |
|---|---|---|
| $ 1      to    $ 50,000 | $ 400, plus 4% of total amount | $         0.00 |
| $ 50,001   to   $ 150,000 | $ 2,400, plus 3.5% of difference between total amount and $ 50,000<br>Example = 2,400 + 3.5%( total amount – 50,000) | $         0.00 |
| over   $ 150,001 | $ 5,900, plus 3% of difference between total amount and $ 150,000<br>Example = 5,900 + 3%( total amount – 150,000) | $    65,540.51 |
| GIS Processing Fee | 5% of Fee Sub-Total | $     3,277.03 |

INSPECTION FEES DUE      $     68,817.54

INSPECTION FEES   *Revised 7/1/06*

**STREET ESTIMATES**   *Revised 7/1/06*

| | UNIT COST | QUANTITY | AMOUNT TOTAL | ADJUSTED VALUES (CITY USE ONLY) | |
|---|---|---|---|---|---|
| | | | | QUANTITY | AMOUNT TOTAL |
| **1. STREETS** | | | | | |
| **Aggregate Base** | | | | | |
| Case A (4") | $ 0.84 sq ft | 90872 sq ft | $ 76,332.48 | 90872 sq ft | $ 76,332.48 |
| Case B (6") | 1.26 sq ft | 151083 sq ft | $ 190,364.58 | 151083 sq ft | $ 190,364.58 |
| Case C (8") | 1.47 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Case D (10") | 1.63 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| **Pavement** | | | | | |
| A.C. AR-4000 (2") | $ 0.68 sq ft | 90872 sq ft | $ 61,792.96 | 90872 sq ft | $ 61,792.96 |
| A.C. AR-4000 (3") | 0.95 sq ft | 151083 sq ft | $ 143,528.85 | 151083 sq ft | $ 143,528.85 |
| A.C. AR-4000 (4") | 1.21 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| A.C. AR-4000 (5") | 1.47 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| A.C. AR-4000 (6") | 1.84 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| A.C. Placement | $ 47.25 Ton | Ton | $ 0.00 | Ton | $ 0.00 |
| Rubberized Asphalt TMAC (2" thick) | OR 63.00 Ton | Ton | $ 0.00 | Ton | $ 0.00 |
| Remove A.C Pavement | $ 500 + 0.27 / 0.74 sq ft | 241955 sq ft | $ 179,046.70 | 241955 sq ft | $ 179,046.70 |
| A.C. Overlay (1.5") | 0.63 sq ft | 9047 sq ft | $ 2,761.75 | 9047 sq ft | $ 2,761.75 |
| Cold Planning | $ 2,000 + 0.27 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Pavement Sawcut | 1.84 lin ft | 72 lin ft | $ 132.48 | 72 lin ft | $ 132.48 |
| Adjust Manhole to Grade | 420.00 ea | ea | $ 0.00 | ea | $ 0.00 |
| **Concrete** | | | | | |
| Sidewalk | $ 3.57 sq ft | 53231 sq ft | $ 190,034.67 | 53231 sq ft | $ 190,034.67 |
| Base (under sidewalk, 5' width) | 4.73 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Alley Intersection (6") | 3.68 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Cross Gutter | 5.20 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Local Depression (8") | 6.83 sq ft | 668 sq ft | $ 4,562.44 | 668 sq ft | $ 4,562.44 |
| Driveway (4") | 3.68 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Driveway (6") | 4.73 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Pavement (8") | 4.20 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Grouted Rip Rap (6"-12") | 6.30 sq ft | 945 sq ft | $ 5,953.50 | 945 sq ft | $ 5,953.50 |
| Grouted Rip Rap (12"-19") | 7.35 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Gunite | 4.20 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Reinforced Concrete | 556.50 cu yd | cu yd | $ 0.00 | cu yd | $ 0.00 |
| **Curb & Gutter** | | | | | |
| Curb & Gutter (8") | $ 14.18 lin ft | 9472 lin ft | $ 134,312.96 | 9472 lin ft | $ 134,312.96 |
| Curb & Gutter (6") | 12.81 lin ft | 4526 lin ft | $ 57,978.06 | 4526 lin ft | $ 57,978.06 |
| Curb Only | 10.50 lin ft | 306 lin ft | $ 3,213.00 | 306 lin ft | $ 3,213.00 |
| Remove PCC Curb | $ 500 + 1.05 lin ft | 1125 lin ft | $ 1,625.00 | 1125 lin ft | $ 1,625.00 |

| | AMOUNT | | | STREETS TOTAL | | | ADJ. STREETS TOTAL |
|---|---|---|---|---|---|---|---|
| A.C. Berm | 8.40 lin ft | 121 | lin ft | $ 1,016.40 | 121 | lin ft | $ 1,016.40 |
| Remove A.C. Curb/Berm | $ 500 + 1.05 lin ft | | lin ft | $ 0.00 | | lin ft | $ 0.00 |
| Alley Gutter (6") | 8.40 lin ft | | lin ft | $ 0.00 | | lin ft | $ 0.00 |
| **Miscellaneous Items** | | | | | | | |
| Street Lights | $ 4,095.00 ea | 44 | ea | $ 180,180.00 | 44 | ea | $ 180,180.00 |
| Concrete Block Walls | 31.50 lin ft | | lin ft | $ 0.00 | | lin ft | $ 0.00 |
| Retaining Walls | 42.00 lin ft | | lin ft | $ 0.00 | | lin ft | $ 0.00 |
| Fences (Chain Link) | 15.75 lin ft | | lin ft | $ 0.00 | | lin ft | $ 0.00 |
| Fences (Wrought Iron) | 42.00 lin ft | | lin ft | $ 0.00 | | lin ft | $ 0.00 |
| Redwood Headers | 2.63 lin ft | 190 | lin ft | $ 499.70 | 190 | lin ft | $ 499.70 |
| Temporary Turnaround | 630.00 ea | 1 | ea | $ 630.00 | 1 | ea | $ 630.00 |
| Remove Temporary Turnaround | 525.00 ea | | ea | $ 0.00 | | ea | $ 0.00 |
| Wheelchair Ramps | 1,575.00 ea | | ea | $ 0.00 | | ea | $ 0.00 |
| **Undergrounding Utilities (Existing)** | | | | | | | |
| Electrical Only | $ 63.00 lin ft | | lin ft | $ 0.00 | | lin ft | $ 0.00 |
| Electrical & Others | 84.00 lin ft | | lin ft | $ 0.00 | | lin ft | $ 0.00 |
| **Traffic (CALCULATED FOR INSPECTION FEES ONLY)** | | | | | | | |
| Street Name Signs | $ 420.00 ea | 6 | ea | $ 2,520.00 | 6 | ea | $ 2,520.00 |
| Stop Signs (1/Major) | 210.00 ea | 6 | ea | $ 1,260.00 | 6 | ea | $ 1,260.00 |
| Traffic Signals | 183,750.00 ea | | ea | $ 0.00 | | ea | $ 0.00 |
| Left Turn Pocket | 157.50 ea | 5 | ea | $ 787.50 | 5 | ea | $ 787.50 |
| Striping | 0.16 lin ft | 11851 | lin ft | $ 1,896.16 | 11851 | lin ft | $ 1,896.16 |
| Reflector and Post | 105.00 ea | | ea | $ 0.00 | | ea | $ 0.00 |
| Barricades ($ 500 min) | 36.75 lin ft | | lin ft | $ 0.00 | | lin ft | $ 0.00 |
| Guide Markers | 13.13 ea | 11 | ea | $ 144.43 | 11 | ea | $ 144.43 |
| Guard Rail | 39.90 lin ft | | lin ft | $ 0.00 | | lin ft | $ 0.00 |
| **Additional Items** | $ | | | $ 0.00 | | | $ 0.00 |
| | $ | | | $ 0.00 | | | $ 0.00 |
| | $ | | | $ 0.00 | | | $ 0.00 |
| | $ | | | $ 0.00 | | | $ 0.00 |
| | $ | | | $ 0.00 | | | $ 0.00 |
| | $ | | | $ 0.00 | | | $ 0.00 |
| | $ | | | $ 0.00 | | | $ 0.00 |
| | $ | | | $ 0.00 | | | $ 0.00 |
| | $ | | | $ 0.00 | | | $ 0.00 |
| | | | | **STREETS TOTAL $ 1,233,965.53** | | | **ADJ. STREETS TOTAL $ 1,240,573.62** |

| FOR BONDS ONLY | AMOUNT |
|---|---|
| Grading Quantities (cu yd) | 983,280 |
| Number of Monuments | 59 |

**FEE CALCULATION**
$1:50/cu yd + 10%
$315.00 ea + $1,000.00

STREET ESTIMATES    *Revised 7/1/06*

## 2. SANITARY SEWER (VCP)

| | UNIT COST | QUANTITY | AMOUNT TOTAL | ADJUSTED VALUES (CITY USE ONLY) QUANTITY | AMOUNT TOTAL |
|---|---|---|---|---|---|
| **Sewer Mainline (VCP)** | $ | | $ | | $ |
| 8" | 34.13 lin ft | 933 lin ft | 31,843.29 | 933 lin ft | 31,843.29 |
| 10" | 36.75 lin ft | lin ft | 0.00 | lin ft | 0.00 |
| 12" | 51.45 lin ft | 1728 lin ft | 88,905.60 | 1728 lin ft | 88,905.60 |
| 15" | 66.68 lin ft | lin ft | 0.00 | lin ft | 0.00 |
| 18" | 77.18 lin ft | 1952 lin ft | 150,655.36 | 1952 lin ft | 150,655.36 |
| **(Extra Depth Mainline Construction) add** | $ | | $ | | $ |
| 10' – 12' | 3.83 lin ft | 2014 lin ft | 7,713.62 | 2014 lin ft | 7,713.62 |
| 12' – 14' | 6.56 lin ft | 1036 lin ft | 6,796.16 | 1036 lin ft | 6,796.16 |
| 14' – 16' | 9.19 lin ft | lin ft | 0.00 | lin ft | 0.00 |
| 16' – 18' | 11.55 lin ft | lin ft | 0.00 | lin ft | 0.00 |
| 18' – 20' | 14.18 lin ft | lin ft | 0.00 | lin ft | 0.00 |
| Standard Manhole (<10') | 3,018.75 ea | 7 ea | 21,131.25 | 7 ea | 21,131.25 |
| Extra Depth Manhole (>10') | 4,095.00 ea | 12 ea | 49,140.00 | 12 ea | 49,140.00 |
| Remove/Abandon Manhole | 1,050.00 ea | ea | 0.00 | ea | 0.00 |
| Break into Existing Main | 682.50 ea | ea | 0.00 | ea | 0.00 |
| Break into Existing Manhole | 593.25 ea | ea | 0.00 | ea | 0.00 |
| TV Video Mainline | 1.58 lin ft | 4613 lin ft | 7,288.54 | 4613 lin ft | 7,288.54 |
| Chimney | 840.00 ea | ea | 0.00 | ea | 0.00 |
| **VCP Sewer Lateral** | $ | | $ | | $ |
| 4" | 28.35 lin ft | lin ft | 0.00 | lin ft | 0.00 |
| 6" | 31.50 lin ft | lin ft | 0.00 | lin ft | 0.00 |
| **Miscellaneous Items** | $ | | $ | | $ |
| Sewer Cradle/Encasement | 18.90 lin ft | lin ft | 0.00 | lin ft | 0.00 |
| Jacking Steel Casing | 551.25 lin ft | lin ft | 0.00 | lin ft | 0.00 |
| Wyes or Tees | 52.50 ea | ea | 0.00 | ea | 0.00 |
| Saddle Connection | 1,050.00 ea | ea | 0.00 | ea | 0.00 |
| Stub & Plug | 94.50 ea | 5 ea | 472.50 | 5 ea | 472.50 |
| Backwater Valve | 341.25 ea | ea | 0.00 | ea | 0.00 |
| Oil/Grease Interceptor | 1,575.00 ea | ea | 0.00 | ea | 0.00 |
| Cleanout | 1,575.00 ea | ea | 0.00 | ea | 0.00 |
| **Additional Items** | $ | | $ | | $ |
| | $ | | 0.00 | | 0.00 |
| | $ | | 0.00 | | 0.00 |
| | $ | | 0.00 | | 0.00 |
| | $ | | 0.00 | | 0.00 |
| | $ | | 0.00 | | 0.00 |
| | | **SEWER TOTAL** $ | 363,946.32 | **ADJ. SEWER TOTAL** $ | 363,946.32 |

SEWER ESTIMATES   *Revised 7/1/06*

Exhibit 4, Page 34

## 3. WATER SYSTEM (Total for Bond Purposes, Only 10% included in fees)

|  | UNIT COST | QUANTITY | AMOUNT TOTAL | ADJUSTED VALUES (CITY USE ONLY) QUANTITY | AMOUNT TOTAL |
|---|---|---|---|---|---|
| **Water Mains** |  |  |  |  |  |
| 4" | $ 12.60 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 6" | 25.20 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 8" | 31.50 lin ft | 217 lin ft | $ 6,835.50 | 217 lin ft | $ 6,835.50 |
| 10" | 33.60 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 12" | 36.75 lin ft | 2421 lin ft | $ 88,971.75 | 2421 lin ft | $ 88,971.75 |
| 14" | 42.00 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| **Hot Taps** |  |  |  |  |  |
| 8" | $ 2,100.00 ea | ea | $ 0.00 | ea | $ 0.00 |
| 10" | 2,625.00 ea | ea | $ 0.00 | ea | $ 0.00 |
| 12" | 2,625.00 ea | ea | $ 0.00 | ea | $ 0.00 |
| 14" | 2,887.50 ea | ea | $ 0.00 | ea | $ 0.00 |
| **Blow Off Assembly** |  |  |  |  |  |
| 2" | $ 1,890.00 ea | ea | $ 0.00 | ea | $ 0.00 |
| 4" | 2,310.00 ea | ea | $ 0.00 | ea | $ 0.00 |
| Fire Hydrants | 3,885.00 ea | 6 ea | $ 23,310.00 | 6 ea | $ 23,310.00 |
| Adjust Valve to Grade | 157.50 ea | 12 ea | $ 1,890.00 | 12 ea | $ 1,890.00 |
| **Metered Service** |  |  |  |  |  |
| 3/4" | $ 472.50 ea | ea | $ 0.00 | ea | $ 0.00 |
| 1" | 577.50 ea | ea | $ 0.00 | ea | $ 0.00 |
| **Additional Items** |  |  |  |  |  |
| 8" Gate Valve | $ 750.00 ea | 4 ea | $ 3,000.00 | 4 ea | $ 3,000.00 |
| 12" Gate Valve | 1,000.00 ea | 8 ea | $ 8,000.00 | 8 ea | $ 8,000.00 |
|  |  |  | $ 0.00 |  | $ 0.00 |
|  |  |  | $ 0.00 |  | $ 0.00 |
|  |  |  | $ 0.00 |  | $ 0.00 |
|  |  |  | $ 0.00 |  | $ 0.00 |
|  |  |  | $ 0.00 |  | $ 0.00 |
|  |  |  | $ 0.00 |  | $ 0.00 |
|  |  |  | $ 0.00 |  | $ 0.00 |
|  |  | **WATER TOTAL** | **$ 132,007.25** | **ADJ. WATER TOTAL** | **$ 132,007.25** |

WATER ESTIMATES  *Revised 7/1/06*

## 4. DRAINAGE
### Pipe Sizes (RCP)/Miscellaneous Items

| | UNIT COST | QUANTITY | AMOUNT TOTAL | ADJUSTED VALUES (CITY USE ONLY) QUANTITY | AMOUNT TOTAL |
|---|---|---|---|---|---|
| 8" | $ 66.15 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 12" | 68.25 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 15" | 70.88 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 18" | 77.49 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 21" | 80.59 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 24" | 83.48 lin ft | 910 lin ft | $ 75,966.80 | 910 lin ft | $ 75,966.80 |
| 27" | 86.84 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 30" | 90.14 lin ft | 450 lin ft | $ 40,563.00 | 450 lin ft | $ 40,563.00 |
| 33" | 92.40 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 36" | 99.96 lin ft | 261 lin ft | $ 26,089.56 | 261 lin ft | $ 26,089.56 |
| 39" | 103.53 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 42" | 110.25 lin ft | 460 lin ft | $ 50,715.00 | 460 lin ft | $ 50,715.00 |
| 45" | 115.50 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 48" | 118.65 lin ft | 250 lin ft | $ 29,662.50 | 250 lin ft | $ 29,662.50 |
| 51" | 131.25 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 54" | 151.20 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 57" | 157.50 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| 60" | 164.85 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| Over 60'  SIZE = 0 | add $ 5.25/ea 3" lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| Parkway Drain | $ 1,758.75 ea | ea | $ 0.00 | ea | $ 0.00 |
| Drywells | 15,750.00 ea | ea | $ 0.00 | ea | $ 0.00 |
| Junction Structures | 2,100.00 ea | 3 ea | $ 6,300.00 | 3 ea | $ 6,300.00 |
| Headwalls / Manholes | 3,150.00 ea | 6 ea | $ 18,900.00 | 6 ea | $ 18,900.00 |
| Box Culvert No. 12 or No. 13 | 577.50 cu yd | cu yd | $ 0.00 | cu yd | $ 0.00 |
| Drainage Basin Pump | 5,250.00 L.S. | | $ 0.00 | | $ 0.00 |

### Catch Basins

| | UNIT COST | QUANTITY | AMOUNT TOTAL | QUANTITY | AMOUNT TOTAL |
|---|---|---|---|---|---|
| F.C District # 1 (W = 3.5') | $ 2,362.50 ea | ea | $ 0.00 | ea | $ 0.00 |
| F.C District # 2 (W = 7') | 4,200.00 ea | 4 ea | $ 16,800.00 | 4 ea | $ 16,800.00 |
| F.C District # 3 (W = 10') | 4,725.00 ea | 10 ea | $ 47,250.00 | 10 ea | $ 47,250.00 |
| F.C District # 3 (W = 14') | 5,145.00 ea | 2 ea | $ 10,290.00 | 2 ea | $ 10,290.00 |
| F.C District # 3 (W = 21') | 6,300.00 ea | ea | $ 0.00 | ea | $ 0.00 |

### Additional Items

| | UNIT COST | QUANTITY | AMOUNT TOTAL | QUANTITY | AMOUNT TOTAL |
|---|---|---|---|---|---|
| Flared End Section-Caltrans Std D94B | $ 1,500.00 ea | 4 ea | $ 6,000.00 | 4 ea | $ 6,000.00 |
| Transition Structure, APWA 340-1 | 3,000.00 ea | 1 ea | $ 3,000.00 | 1 ea | $ 3,000.00 |
| Concrete Collar APWA 380-2 | 1,000.00 ea | 1 ea | $ 1,000.00 | 1 ea | $ 1,000.00 |
| | | | $ 0.00 | | $ 0.00 |
| | | | $ 0.00 | | $ 0.00 |
| | | | $ 0.00 | | $ 0.00 |
| | | | $ 0.00 | | $ 0.00 |
| | DRAINAGE TOTAL | $ 332,536.86 | ADJ DRAINAGE TOTAL | $ 332,536.86 | |

DRAINAGE ESTIMATES  *Revised 7/1/06*

## CITY OF PALMDALE

## SUBDIVISION IMPROVEMENT AGREEMENT

### * * * * * * * SUBDIVISION REFERENCE DATA * * * * * * *

()   FINAL TRACT MAP NO. _____51508 Phase 3_____ ("Final Map" herein)

()   PARCEL MAP NO. _____ ("Parcel Map" herein)

NAME OR TRACT NUMBER OF SUBDIVISION: _____Ritter Ranch_____
("Subdivision" herein)

SUBDIVIDER:                  Palmdale Hills Property, LLC_____
(Name of Person or Business Entity)

                                     21900 Burbank Blvd., Suite 114_____
(Street Address)

                                       Woodland Hills,     CA        91367
(City)                   (State)      (Zip)

PLANNING COMMISSION RESOLUTION NO._____
(Resolution of Approval" herein)

IMPROVEMENT PLANS NO. _____05-139_____("Improvement Plans" herein)

ESTIMATED TOTAL COSTS:     IMPROVEMENTS     $_____2,138,017_____
                                 GRADING           $_____1,662,412_____
                                 MONUMENTATION    $_____19,585_____

FORM OF SECURITY:             (X) Corporate surety bonds
                              ( ) Deposit of money or negotiable bonds
                              ( ) Letter of Credit

NAME AND ADDRESS OF CORPORATE SURETY   Bond Safeguard Insurance Co.___
(Name of Corporate Entity)
1919 S. Highland Ave.
Building A, Suite 300_____
(Street Address)

                                       Lombard, IL   60148_____
(City)            (State)       (Zip)

SURETY BOND NUMBERS (if applicable):      _____

EFFECTIVE DATE OF AGREEMENT:         _____
(to be inserted by City)

COMPLETION PERIOD:   24 months after Effective Date of Agreement

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

all counterparts of this Agreement and shall transmit a fully executed counterpart to the Developer.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their respective officers, thereto duly authorized, as of the dates set forth below their respective signatures.

*(Note: All signatures must be acknowledged before a notary public and the acknowledgment must be attached).*

"SUBDIVIDER"

PALMDALE HILLS PROPERTY, LLC
(Type or print exact name of person or business entity)

By: _____
(Signature of authorized officer)

___Bruce V. Cook_____
(Type or print name of authorized officer)

___General Counsel_____
(Title of authorized officer)

Date: _____

"CITY OF PALMDALE"

By: _____
(Signature of authorized officer of employee)

_____
(Type or print name and title of authorized officer or employee)

Date: _____

- 13 -

( ) FINAL TRACT MAP NO.  51508 Phase 3

( ) PARCEL MAP NO. _____

### SCHEDULE A

IMPROVEMENT SECURITY

| CATEGORIES OF IMPROVEMENTS | ESTIMATED TOTAL COST | AMOUNT OF PERFORMANCE SECURITY | AMOUNT OF PAYMENT SECURITY |
|---|---|---|---|
| ( )  STREET | $ 1,240,574 | $ 1,364,700 | $ 682,350 |
| ( )  SEWER | $ 363,947 | $ 400,400 | $ 200,200 |
| ( )  DRAINAGE Including Dry Wells | $ 332,537 | $ 365,800 | $ 182,900 |
| ( )  WATER | $ 132,008 | $ 145,300 | $ 72,650 |
| ( )  BLOCK WALLS | $_____ | $_____ | $_____ |
| ( )  PLANTED TREES | $_____ | $_____ | $_____ |
| ( )  LANDSCAPING | $_____ | $_____ | $_____ |
| ( )  GRADING | $ 1,622,412 | $ 1,784,700 | NOT REQUIRED |
| ( )  MONUMENTATION | $ 19,585 | $ 21,600 | NOT REQUIRED |

TOTAL PERFORMANCE SECURITY          $   2,276,200

TOTAL PAYMENT SECURITY          $   1,138,100

NOTE: IF CORPORATE SURETY BONDS ARE TO BE UTILIZED, A *SINGLE* FAITHFUL PERFORMANCE BOND AND A *SINGLE* PAYMENT BOND MUST BE SUBMITTED FOR ALL OF THE REQUIRED CATEGORIES OF IMPROVEMENTS. GRADING MAY BE A SEPARATE BOND OR MAY BE INCLUDED WITH THE IMPROVEMENTS. MONUMENTATION MUST BE A CASH BOND.

- 14 -

Bond Issued in Duplicate
Bond Number: 5026530
Premium: $22,762.00

## CITY OF PALMDALE
## LOS ANGELES COUNTY, CALIFORNIA

### FAITHFUL PERFORMANCE BOND

TR 51508-03
(Name or Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS,   Palmdale Hills Property, LLC
(hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein), whereby Principal agrees to construct, install, complete and guarantee for one year after acceptance thereof certain designated public improvements generally identified as follows: Street, Sewer, Drainage & Water Improvements for TR 51508-03 and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement to furnish a corporate surety bond or other approved improvement security to guarantee the faithful performance of said Agreement;

NOW, THEREFORE, The Principal designated above, and Bond Safeguard Insurance Company as Surety, are held and firmly bound unto the City in the penal sum of Two Million Two Hundred Seventy-Six Thousand Two Hundred & No/100 dollars, ($2,276,200.00), lawful money of the United States, for the payment of which we bind ourselves, our heirs, successors, executors and administrators, jointly and severally, firmly by these presents.

The condition of this obligation is such that the obligation shall become null and void if the above-bounded Principal, his or its heirs, executors, administrators, successors, or assigns, shall in all things stand to, abide by, well and truly keep and perform the covenants, conditions and provisions in said Agreement and any modification thereof made as therein provided, on his or their part, to be kept and performed at the time and in the manner therein specified, and in all respects according to their true intent and meaning, and shall indemnify and save harmless the City, its officer, agents and employees, as therein stipulated; otherwise, this obligation shall be and remain in full force and effect.

As a part of the obligation secured hereby, and in addition to the face amount specified, costs and reasonable expenses and fees shall be included, including reasonable attorneys' fees, incurred by the City in successfully enforcing the obligation, all to be taxed as costs and included in any judgment rendered.

The surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the Agreement, the work to be performed thereunder, or the Improvement Plans and related specifications accompanying the Agreement shall in any manner affect its obligations on this bond. The surety hereby

- 15 -

waives notice of any such change, extension of time, alteration or addition to the terms of the Agreement, the work, or the Improvement Plans and related specifications.

IN WITNESS WHEREOF, this instrument has been duly executed by the above-named Principal and Surety as of the date of dates set forth below the signatures of their authorized officers.

Note:       *All signatures must be acknowledged before a notary*
            *Public. Attach appropriate acknowledgment.*

**"PRINCIPAL"**

 Palmdale Hills Property, LLC
(Type name of Principal)

 2392 Morse Avenue
(Street Address)

 Irvine, CA  92614
(City)        (State)        (Zip)


By: _____
        (Signature of authorized officer)

Date: _____

**"SURETY"**

 Bond Safeguard Insurance Company
(Type name of Surety)
1919 S. Highland Avenue, Bldg A -
Suite 300
(Street Address)

 Lombard, IL 60148
(City)        (State)        (Zip)

By: _____
        (Signature of authorized officer)

 D.J. Picard, Attorney-in-Fact
(Title of Officer)

Date: June 21, 2007

APPROVED:

_____
City Engineer

- 16 -

Bond Issued in Duplicate
Bond Number: 5026530
Prem. Included in Perf. Bond

### CITY OF PALMDALE
### LOS ANGELES COUNTY, CALIFORNIA

### PAYMENT BOND

TR 51508-03
(Name or Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS,   Palmdale Hills Property, LLC
(hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein"), whereby Principal agrees to construct, install, and complete certain designated public improvements generally identified as follows: Street, Sewer, Drainage & Water Improvements for TR 51508-03 and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement, before entering upon the performance of the work, to file with the City a good and sufficient payment bond, or other approved security, to secure the claims to which reference is made in Title 15 (commencing with Section 3082) of Part 4 of Division 3 of the California Civil Code, and in Government Code Section 66497;

NOW, THEREFORE, The Principal designated above, and Bond Safeguard Insurance Company as Surety, are held firmly bound unto the City and all contractors, subcontractors, laborers, materialmen and other persons employed in the performance of said Agreement and referred to in the above-referenced Civil Code and Government Code in the sum of One Million One Hundred Thirty-Eight Thousand One Hundred & No/100 dollars ($1,138,100.00), for materials furnished or labor thereon of any kind, or for amounts due under the Unemployment Insurance Act with respect to such work or labor; that said Surety will pay the same in an amount not exceeding the amount hereinabove set forth; and in case suit is brought upon this bond, will pay, in addition to the face amount thereof, costs and reasonable expenses and fees, including reasonable attorneys' fees, incurred by the City in successfully enforcing such obligation, to be awarded and fixed by the court, and to be taxed as costs and to be included in the judgment therein rendered.

It is hereby stipulated and agreed that this bond shall inure to the benefit of any and all persons, companies and corporations entitled to file claims under Title 15, (commencing with Section 3082) of Part 4 of Division 3 of the Civil Code, and under Government Code Section 66497, so as to give a right of action to them or their assigns in any suit brought upon this bond.

Should the condition of this bond be fully performed, then this obligation shall become null and void, otherwise it shall be and remain in full force and effect.  The Surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of said Agreement or the Improvement Plans or related specifications accompanying the same

Exhibit 4, Page 42

shall in any manner affect its obligations on this bond and it does hereby waive notice of any such change, extension, alteration or addition.

IN WITNESS WHEREOF, this instrument has been duly executed by the above-named Principal and Surety as of the date of dates set forth below the signatures of their authorized officers.

Note:       *All signatures must be acknowledged before a notary public.*
            *Attach appropriate acknowledgment.*

**"PRINCIPAL"**

 Palmdale Hills Property, LLC
(Type name of Principal)

 2392 Morse Avenue
(Street Address)

 Irvine, CA 92614
(City)         (State)         (Zip)


By: _____
            (Signature of authorized officer)


_____
(Title of officer)


**"SURETY"**

Bond Safeguard Insurance Company
(Type name of Surety)
1919 S. Highland Avenue, Bldg A -
Suite 300
(Street Address)

Lombard, IL 60148
(City)         (State)         (Zip)

By: _____
            (Signature of authorized officer)

D.J. Picard, Attorney-in-Fact
(Title of Officer)

Date: June 21, 2007


_____
City Engineer

- 18-

# EXHIBIT "5"

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Central District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Palmdale Hills Property, LLC | Case Number:<br>8:08-bk-17206-ES |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Bond Safeguard Insurance Company and Lexon Insurance Company | ❑ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Bond Safeguard Insurance Co., c/o Harris Beach PLLC, Attn: Kelly C. Griffith, Esq.<br>One Park Place, 300 South State Street, 4th Floor, Syracuse, New York 13202<br><br>Telephone number:<br>(315) 423-7100 | Court Claim Number:_____<br>*(If known)*<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>Bond Safeguard Insurance Company<br>256 Jackson Meadow Drive, Suite 201, Hermitage, TN 37076<br><br>Telephone number:<br>(615) 250-3040 | ❑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>❑ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed:    $   240,750.00 | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

❑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

Specify the priority of the claim.

❑ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

**2. Basis for Claim:** Faithful Performance & Payment Bond No. 5026526
(See instruction #2 on reverse side.) Subdivision Bond

**3.** Last four digits of any number by which creditor identifies debtor: _____

**3a.** Debtor may have scheduled account as: Bond Safeguard Ins. Co.
(See instruction #3a on reverse side.)

❑ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ❑ Real Estate  ❑ Motor Vehicle  ❑ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate___%**

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____  **Basis for perfection:** _____

**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

❑ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

❑ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

❑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

❑ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 3/19/09    **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*[signature]* Kelly C. Griffith, Esq. of Harris Beach PLLC  as attorney for Creditor | FOR COURT USE ONLY |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## RESERVATION OF RIGHTS

Due to the nature of the debt, the potential for continued claims made on the bonds, and the various stages of completion of projects covered by the bonds, Claimant is unable to determine the exact amount or classification of its claim. Accordingly, Claimant reserves its right to file an Amended Proof of Claim or Administrative Expense Claim setting forth the amount and classification of its claim. Additionally, Claimant has made every effort to determine the correct identity of the Debtor based on the project that is the subject of a bond. To the extent Claimant inadvertently identified the incorrect Debtor or was unable to determine the correct Debtor, this claim is intended to be filed against the Debtor that owned the particular bonded project.

HARRIS BEACH ⅢⅢ
ATTORNEYS AT LAW

C:\Documents and Settings\emailing\Local Settings\Temporary Internet Files\OLKC4\HBROC-#1130996-v1-BK_Bond_POC_Reservation_of_Rights.DOC

Exhibit 5, Page 45

☒ **Bond Safeguard Insurance Company**                          *5026526*

☐ **Lexon Insurance Company**                    Bond No. ___306526___

AGENT EXECUTION REPORT

The following is a report of execution of a bond issued by this office;          Date _____6/19/07_____

*7/2/07 - 1*

**JUN 2 9 2007**

| PRINCIPAL (Full Name and Address) | OBLIGEE (Full Name and Address) |
|---|---|
| PALMDALE HILLS PROPERTY LLC | CITY OF PALMDALE |
| 2392 MORSE AVENUE<br>Street Address | 38300 SIERRA HIGHWAY<br>Street Address |
| IRVINE      CA         92614<br>City      State      Zip | FLAMDALE    CA       93550-4798<br>City      State      Zip |
| | 24416, 24417, 24418<br>List additional power of attorney forms used |

| Agent Code | Power Number |
|---|---|
| 05-1505 | 24415 |

| EFFECTIVE DATE  FROM  6/12/07 TO  6/12/09 | BOND PENALTY<br>$160,500.00 | CONTRACT PRICE | PREMIUM (LESS SURCHARGE/TAXES)<br>$4,013.00 |
|---|---|---|---|
| RATE PER THOUSAND  COMMISSION %<br>$25/M         22.00 | COMMISSION AMOUNT<br>$882.86 | KY OR WV SURCHARGE | OTHER TAXES/CHARGES |

Description of Bond (Attach Copy)  TR 51508-01 BIO BASIN GD 07/20
STREET IMPROVEMENTS, DRAINAGE IMPROVEMENTS, BLOCK WALLS

**IF A CONTRACT BOND:**

Other Bidders and Amounts

Estimated Starting Date _____

Estimated Completion Date _____

Estimated Contract Price _____

Liquidated Damages _____

Retainage _____

Papers Attached:                    ☐ Special Remarks and Recommendations

☐ Indemnity

☐ Collateral

☐ Copy of Contract

AGENCY                              Executed By D.J. PICARD

ROHM INSURANCE AGENCY               Authorized By CHRIS DOBBS 615-250-3042
                                                  Phone or Letter

City 25 PLAZA SQUARE STE 200 ORANGE, CA 92866    Prepared By SEJAL LANGE

Exhibit 5, Page 46



# CITY OF PALMDALE

## ENGINEERING DIVISION

### BOND SUMMARY: SCHEDULE A

PROJECT / FINAL MAP     TR 51508-01 Bio Basin GD 07-20

DEVELOPER     **Palmdale Hills Property, LLC**          DATE     06/04/2007

| CATEGORY IMPROVEMENTS | ESTIMATED TOTAL COST | AMOUNT OF PERFORMANCE SECURITY | AMOUNT OF PAYMENT SECURITY |
|---|---|---|---|
| STREET IMPROVEMENTS | $ 16,087.00 | $ 17,700.00 | $ 8,850.00 |
| SEWER IMPROVEMENTS | $ 0.00 | $ 0.00 | $ 0.00 |
| DRAINGE IMPROVEMENTS INCLUDING DRYWELLS | $ 94,926.00 | $ 104,500.00 | $ 52,250.00 |
| WATER IMPROVEMENTS | $ 0.00 | $ 0.00 | $ 0.00 |
| BLOCK WALLS | $ 34,818.00 | $ 38,300.00 | $ 19,150.00 |
| OTHER: | $ | $ 0.00 | $ 0.00 |
| GRADING | $ 3,205.00 | $ 3,600.00 | NOT REQUIRED |
| MONUMENTATION | $ 0.00 | $ 0.00 | NOT REQUIRED |

* **TOTAL PERFORMANCE SECURITY** $ 160,500.00

**TOTAL PAYMENT SECURITY** $ 80,250.00

* TOTAL PERFORMANCE SECURITY *EXCLUDES* GRADING & MONUMENTATION TOTALS.
- PERFORMANCE SECURITY AMOUNTS ARE ROUNDED UP TO THE NEAREST HUNDRED DOLLAR.
- PAYMENT SECURITY AMOUNTS ARE ROUNDED UP TO THE NEAREST DOLLAR.

**NOTE:** IF CORPORATE SURETY BONDS ARE TO BE UTILIZED, A **SINGLE** FAITHFUL PERFORMANCE BOND AND A **SINGLE** PAYMENT BOND MUST BE SUBMITTED FOR ALL OF THE REQUIRED CATEGORIES OF IMPROVEMENTS. *GRADING MAY BE A SEPARATE BOND OR MAY BE INCLUDED WITH THE IMPROVEMENTS. MONUMENTATION MUST BE A CASH BOND.*

BOND SUMMARY



# CITY OF PALMDALE

### ENGINEERING DIVISION

### SUMMARY OF IMPROVEMENTS

VALUATION ESTIMATE FOR: PROJECT / FINAL MAP    <u>Ritter Ranch TR 51508-01 Bio Basin</u>

ENGINEER    <u>**Engineering Solutions**</u>    DATE    <u>06/04/2007</u>

|  | SECTION | PLAN # | TOTAL AMOUNT | *(CITY USE ONLY)* TOTAL AMOUNT |
|---|---|---|---|---|
| 1. | STREETS | ST _____ | $ 50,905.00 | $ 50,905.00 |
| 2. | SEWERS | PC _____ | $ 0.00 | $ 0.00 |
| 3. | WATER * | | $ 0.00 | $ 0.00 |
| 4. | DRAINAGE | SD _____ | $ 94,926.00 | $ 94,926.00 |
| 5. | SUB-TOTAL | | $ 145,831.00 | $ 145,831.00 |
| 6. | 10% Contingencies | | $ 14,584.00 | $ 14,584.00 |
| | TOTAL VALUATION AMOUNT | | $ 160,415.00 | $ 160,415.00 |

\* Water system estimate is for bonds only.  Only include 10% in Valuation Amount for plan checking fees.
- NOTE: All **TOTAL AMOUNTS** are rounded up to the nearest dollar

ATTACHED PROJECT ESTIMATE PREPARED BY (or under the direction of)

_____
NAME & NUMBER OF REGISTERED CIVIL ENGINEER

SUMMARY OF IMPROVEMENTS    *Revised 7/1/06*

# CITY OF PALMDALE

## ENGINEERING DIVISION

**(FOR CITY USE ONLY)**     TOTAL EVALUATION AMOUNT FOR FEES     $  160,415.00

Engineering Plan Check fees are calculated using estimated construction cost of the project based on unit costs/quantity listed on City's approved Cost Estimating forms.

## PLAN CHECK FEE SCHEDULE

**TOTAL EVALUATION AMOUNT**            **FEE CALCULATION**

| | | | | | |
|---|---|---|---|---|---|
| $ 1 | to | $ 50,000 | $ 350, plus 3.5% of total amount | $ | 0.00 |
| $ 50,001 | to | $ 150,000 | $ 2,100, plus 2.5% of difference between total amount and $ 50,000 | $ | 0.00 |
| | | | Example = 2,100 + 2.5%( total amount – 50,000) | | |
| | over | $ 150,001 | $ 4,250, plus 2% of difference between total amount and $ 150,000 | $ | 4,458.30 |
| | | | Example = 4,250 + 2%( total amount – 150,000) | | |
| | GIS Processing Fee | | 5% of Fee Sub-Total | $ | 222.92 |

TOTAL FEES  $    4,681.22          ADDITIONAL FEES DUE $  _____

## FEES FOR INSPECTION

**TOTAL EVALUATION AMOUNT**            **FEE CALCULATION**

| | | | | | |
|---|---|---|---|---|---|
| $ 1 | to | $ 50,000 | $ 400, plus 4% of total amount | $ | 0.00 |
| $ 50,001 | to | $ 150,000 | $ 2,400, plus 3.5% of difference between total amount and $ 50,000 | $ | 0.00 |
| | | | Example = 2,400 + 3.5%( total amount – 50,000) | | |
| | over | $ 150,001 | $ 5,900, plus 3% of difference between total amount and $ 150,000 | $ | 6,212.45 |
| | | | Example = 5,900 + 3%( total amount – 150,000) | | |
| | GIS Processing Fee | | 5% of Fee Sub-Total | $ | 310.62 |

INSPECTION FEES DUE     $    6,523.07

INSPECTION FEES    *Revised 7/1/06*

| | UNIT COST | | QUANTITY | AMOUNT TOTAL | ADJUSTED VALUES (CITY USE ONLY) | |
|---|---|---|---|---|---|---|
| | | | | | QUANTITY | AMOUNT TOTAL |
| **1. STREETS** | | | | | | |
| **Aggregate Base** | | | | | | |
| Case A (4") | $ | 0.84 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Case B (6") | | 1.26 sq ft | 8776 sq ft | $ 11,057.76 | 8776 sq ft | $ 11,057.76 |
| Case C (8") | | 1.47 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Case D (10") | | 1.63 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| **Pavement** | | | | | | |
| A.C. AR-4000 (2") | $ | 0.68 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| A.C. AR-4000 (3") | | 0.95 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| A.C. AR-4000 (4") | | 1.21 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| A.C. AR-4000 (5") | | 1.47 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| A.C. AR-4000 (6") | | 1.84 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| A.C. Placement | $ | 47.25 Ton | Ton | $ 0.00 | Ton | $ 0.00 |
| Rubberized Asphalt TMAC (2" thick) | OR | 63.00 Ton | Ton | $ 0.00 | Ton | $ 0.00 |
| | | 0.74 Ton | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Remove A.C Pavement | $ | 500 + 0.27 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| A.C. Overlay (1.5") | | 0.63 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Cold Planning | $ | 2,000 +0.27 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Pavement Sawcut | | 1.84 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| Adjust Manhole to Grade | | 420.00 ea | ea | $ 0.00 | ea | $ 0.00 |
| **Concrete** | | | | | | |
| Sidewalk | $ | 3.57 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Base (under sidewalk, 5' width) | | 4.73 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Alley Intersection (6") | | 3.68 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Cross Gutter | | 5.20 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Local Depression (8") | | 6.83 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Driveway (4") | | 3.68 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Driveway (6") | | 4.73 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Pavement (8") | | 4.20 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Grouted Rip Rap (6"-12") | | 6.30 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Grouted Rip Rap (12"-19") | | 7.35 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Gunite | | 4.20 sq ft | sq ft | $ 0.00 | sq ft | $ 0.00 |
| Reinforced Concrete | | 556.50 cu yd | 6 cu yd | $ 3,339.00 | 6 cu yd | $ 3,339.00 |
| **Curb & Gutter** | | | | | | |
| Curb & Gutter (8") | $ | 14.18 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| Curb & Gutter (6") | | 12.81 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| Curb Only | | 10.50 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |
| Remove PCC Curb | $ | 500 +-1.05 lin ft | lin ft | $ 0.00 | lin ft | $ 0.00 |

STREET ESTIMATES    Revised 7/1/06

| Item | Unit Cost | | Qty | Unit | Streets Total | Adj. Streets Total |
|---|---|---|---|---|---|---|
| A.C. Berm | $ | 8.40 lin ft | | lin ft | $ 0.00 | $ 0.00 |
| Remove A.C. Curb/Berm | | 500 + 1.05 lin ft | | lin ft | $ 0.00 | $ 0.00 |
| Alley Gutter (6") | | 8.40 lin ft | | lin ft | $ 0.00 | $ 0.00 |
| **Miscellaneous Items** | | | | | | |
| Street Lights | $ | 4,095.00 ea | | ea | $ 0.00 | $ 0.00 |
| Concrete Block Walls | | 31.50 lin ft | | lin ft | $ 0.00 | $ 0.00 |
| Retaining Walls | | 42.00 lin ft | | lin ft | $ 0.00 | $ 0.00 |
| Fences (Chain Link) | | 15.75 lin ft | | lin ft | $ 0.00 | $ 0.00 |
| Fences (Wrought Iron) | | 42.00 lin ft | 829 | lin ft | $ 34,818.00 | $ 34,818.00 |
| Redwood Headers | | 2.63 lin ft | | lin ft | $ 0.00 | $ 0.00 |
| Temporary Turnaround | | 630.00 ea | | ea | $ 0.00 | $ 0.00 |
| Remove Temporary Turnaround | | 525.00 ea | | ea | $ 0.00 | $ 0.00 |
| Wheelchair Ramps | | 1,575.00 ea | | ea | $ 0.00 | $ 0.00 |
| **Undergrounding Utilities (Existing)** | | | | | | |
| Electrical Only | $ | 63.00 lin ft | | lin ft | $ 0.00 | $ 0.00 |
| Electrical & Others | | 84.00 lin ft | | lin ft | $ 0.00 | $ 0.00 |
| **Traffic (CALCULATED FOR INSPECTION FEES ONLY)** | | | | | | |
| Street Name Signs | $ | 420.00 ea | | ea | $ 0.00 | $ 0.00 |
| Stop Signs (1/Major) | | 210.00 ea | | ea | $ 0.00 | $ 0.00 |
| Traffic Signals | | 183,750.00 ea | | ea | $ 0.00 | $ 0.00 |
| Left Turn Pocket | | 157.50 ea | | ea | $ 0.00 | $ 0.00 |
| Striping | | 0.16 lin ft | | lin ft | $ 0.00 | $ 0.00 |
| Reflector and Post | | 105.00 ea | | ea | $ 0.00 | $ 0.00 |
| Barricades ($ 500 min) | | 36.75 lin ft | | lin ft | $ 0.00 | $ 0.00 |
| Guide Markers | | 13.13 ea | | ea | $ 0.00 | $ 0.00 |
| Guard Rail | | 39.90 lin ft | | lin ft | $ 0.00 | $ 0.00 |
| **Additional Items** | | | | | | |
| Rip Rap Aprons | $ | 70.00 c.y. | 7 | c.y. | $ 490.00 | $ 490.00 |
| Access Gate (16' wide) | $ | 1,200.00 ea | 1 | ea | $ 1,200.00 | $ 1,200.00 |
| | $ | | | | $ 0.00 | 0.00 |
| | $ | | | | $ 0.00 | 0.00 |
| | $ | | | | $ 0.00 | 0.00 |
| | $ | | | | $ 0.00 | 0.00 |
| | $ | | | | $ 0.00 | 0.00 |
| | $ | | | | $ 0.00 | 0.00 |
| | $ | | | | $ 0.00 | 0.00 |
| | $ | | | | $ 0.00 | 0.00 |
| | | | | **STREETS TOTAL** $ | 50,904.76 | **ADJ. STREETS TOTAL** $ 50,904.76 |

| FOR BONDS ONLY | AMOUNT |
|---|---|
| Grading Quantities (cu yd) | 1,942 |
| • Number of Monuments | 0 |

**FEE CALCULATION**
$1.50/cu yd + 10%
$315.00 ea + $1,000.00

STREET ESTIMATES   *Revised 7/1/05*

Exhibit 5, Page 51

# 4. DRAINAGE

## Pipe Sizes (RCP)/Miscellaneous Items

| | UNIT COST | QUANTITY | | AMOUNT TOTAL | | ADJUSTED VALUES (CITY USE ONLY): QUANTITY | | AMOUNT TOTAL |
|---|---|---|---|---|---|---|---|---|
| 8" | $ 66.15 lin ft | 819 | lin ft | $ 0.00 | | 819 | lin ft | $ 0.00 |
| 12" | 68.25 lin ft | | lin ft | $ 55,896.75 | | | lin ft | $ 55,896.75 |
| 15" | 70.88 lin ft | 112 | lin ft | $ 7,938.56 | | 112 | lin ft | $ 7,938.56 |
| 18" | 77.49 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 21" | 80.59 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 24" | 83.48 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 27" | 86.84 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 30" | 90.14 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 33" | 92.40 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 36" | 99.96 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 39" | 103.53 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 42" | 110.25 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 45" | 115.50 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 48" | 118.65 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 51" | 131.25 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 54" | 151.20 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 57" | 157.50 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| 60" | 164.85 lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| Over 60"   SIZE = 0 | add $ 5.25/ea  3" lin ft | | lin ft | $ 0.00 | | | lin ft | $ 0.00 |
| Parkway Drain | $ 1,758.75 ea | | ea | $ 0.00 | | | ea | $ 0.00 |
| Drywells | 15,750.00 ea | 1 | ea | $ 15,750.00 | | 1 | ea | $ 15,750.00 |
| Junction Structures | 2,100.00 ea | 1 | ea | $ 2,100.00 | | 1 | ea | $ 2,100.00 |
| Headwalls / Manholes | 3,150.00 ea | | ea | $ 0.00 | | | ea | $ 0.00 |
| Box Culvert No. 12 or No. 13 | 577.50 cu yd | | cu yd | $ 0.00 | | | cu yd | $ 0.00 |
| Drainage Basin Pump | 5,250.00 L.S. | | | $ 0.00 | | | | $ 0.00 |
| **Catch Basins** | | | | | | | | |
| F.C District # 1 (W = 3.5') | $ 2,362.50 ea | | ea | $ 0.00 | | | ea | $ 0.00 |
| F.C District # 2 (W = 7') | 4,200.00 ea | | ea | $ 0.00 | | | ea | $ 0.00 |
| F.C District # 3 (W = 10') | 4,725.00 ea | | ea | $ 0.00 | | | ea | $ 0.00 |
| F.C District # 3 (W = 14') | 5,145.00 ea | | ea | $ 0.00 | | | ea | $ 0.00 |
| F.C District # 3 (W = 21') | 6,300.00 ea | | ea | $ 0.00 | | | ea | $ 0.00 |
| **Additional Items** | | | | | | | | |
| PVC Subdrain system | $ 4,000.00 ea | 1 | ea | $ 4,000.00 | | 1 | ea | $ 4,000.00 |
| Pipe Inlet J.S. | 2,500.00 ea | 1 | ea | $ 2,500.00 | | 1 | ea | $ 2,500.00 |
| Metal Plate Spillway Cover | 1,800.00 ea | 1 | ea | $ 1,800.00 | | 1 | ea | $ 1,800.00 |
| 6" Dia. PVC Perf. Pipe | 30.00 lin ft | 98 | lin ft | $ 2,940.00 | | 98 | lin ft | $ 2,940.00 |
| Storm Drain Clean Out | 400.00 ea | 5 | ea | $ 2,000.00 | | 5 | ea | $ 2,000.00 |
| | | | | $ 0.00 | | | | $ 0.00 |
| | | | | $ 0.00 | | | | $ 0.00 |
| | | | DRAINAGE TOTAL | $ 94,925.31 | | ADJ DRAINAGE TOTAL | $ | 94,925.31 |

DRAINAGE ESTIMATES  *Revised 7/1/05*

.CITY OF PALMDALE

## SUBDIVISION IMPROVEMENT AGREEMENT

### * * * * * * * SUBDIVISION REFERENCE DATA* * * * * * *

()   FINAL TRACT MAP NO. ___Bio Basin  GD 07-20_____(Final Map" herein)   -

()   PARCEL MAP NO. ___Tract 51508-01_____ ("Parcel Map" herein)

NAME OR TRACT NUMBER OF SUBDIVISION: _____Ritter Ranch_____
                                           ("Subdivision" herein)

SUBDIVIDER:                          Palmdale Hills Property, LLC_____
                                     (Name of Person or Business Entity)

                                     2392 Morse Ave._____
                                     (Street Address)

                                     Irvine ,          CA          92614
                                     (City)            (State)      (Zip)

PLANNING COMMISSION RESOLUTION NO._____
                                     (Resolution of Approval" herein)
IMPROVEMENT PLANS NO. ___Bio Basin  GD 07-20___("Improvement Plans" herein)

ESTIMATED TOTAL COSTS:    IMPROVEMENTS      $    160,500.00___
                          GRADING           $_____
                          MONUMENTATION     $_____

FORM OF SECURITY:              (X) Corporate surety bonds
                               ( ) Deposit of money or negotiable bonds
                               ( ) Letter of Credit

NAME AND ADDRESS OF CORPORATE SURETY   Bond Safeguard Insurance Co.___
                                       (Name of Corporate Entity)

                                       1919 S. Highland Ave,
                                       Bldg. A, #300
                                       (Street Address)

                                       Lombard,      IL      60148____
                                       (City)        (State)    (Zip)

SURETY BOND NUMBERS (if applicable):        _____

EFFECTIVE DATE OF AGREEMENT:                _____
                                            (to be inserted by City)

COMPLETION PERIOD:   24 months after Effective Date of Agreement

*******************************************************

all counterparts of this Agreement and shall transmit a fully executed counterpart to the Developer.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their respective officers, thereto duly authorized, as of the dates set forth below their respective signatures.

*(Note: All signatures must be acknowledged before a notary public and the acknowledgment must be attached).*

"SUBDIVIDER"

Palmdale Hills Property, LLC
    (Type or print exact name of
    person or business entity)

By: _____
    (Signature of authorized officer)

    Bruce V. Cook
    (Type or print name of authorized officer)

    General Counsel
    (Title of authorized officer)

Date: _____

"CITY OF PALMDALE"

By: _____
(Signature of authorized officer of employee)

_____
(Type or print name and title of authorized officer or employee)

Date: _____

- 13 -

Exhibit 5, Page 54

( ) FINAL TRACT MAP NO. __Bio Basin  GD 07-20__

( ) PARCEL MAP NO. _____Tract 51508-01_____

## SCHEDULE A

IMPROVEMENT SECURITY

| CATEGORIES OF IMPROVEMENTS | ESTIMATED TOTAL COST | AMOUNT OF PERFORMANCE SECURITY | AMOUNT OF PAYMENT SECURITY |
|---|---|---|---|
| ( ) STREET | $ 16,087.00 | $17,700.00 | $ 8,850.00 |
| ( ) SEWER | $ | $ | $ |
| ( ) DRAINAGE Including Dry Wells | $ 94,926.00 | $ 104,500.00 | $ 52,250.00 |
| ( ) WATER | $ | $ | $ |
| ( ) BLOCK WALLS | $ 34,818.00 | $38,300.00 | $19,150.00 |
| ( ) PLANTED TREES | $ | $ | $ |
| ( ) LANDSCAPING | $ | $ | $ |
| ( ) GRADING | $ 3,205.00 | $3,600.00 | NOT REQUIRED |
| ( ) MONUMENTATION | $ | $ | NOT REQUIRED |

TOTAL PERFORMANCE SECURITY         $ 160,500.00

TOTAL PAYMENT SECURITY         $  80,250.00

NOTE: IF CORPORATE SURETY BONDS ARE TO BE UTILIZED, A SINGLE FAITHFUL PERFORMANCE BOND AND A SINGLE PAYMENT BOND MUST BE SUBMITTED FOR ALL OF THE REQUAIRED CATEGORIES OF IMPROVEMENTS. GRADING MAY BE A SEPARATE BOND OR MAY BE INCLUDED WITH THE IMPROVEMENTS. MONUMENTATION MUST BE A CASH BOND.

- 14 -

Exhibit 5, Page 55

**Bond Issued in Duplicate**
**Bond Number: 5026526**
**Premium: $4,013.00**

## CITY OF PALMDALE
## LOS ANGELES COUNTY, CALIFORNIA

### FAITHFUL PERFORMANCE BOND

### TR 51508-01 Bio Basin GD 07-20
(Name or Tract/Parcel Number of Subdivision)

## KNOW ALL MEN BY THESE PRESENTS:

WHEREAS,   Palmdale Hills Property, LLC
(hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein), whereby Principal agrees to construct, install, complete and guarantee for one year after acceptance thereof certain designated public improvements generally identified as follows: Street Improvements, Drainage Improvements, Block Walls for TR 51508-01 Bio Basin GD 07-20 and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement to furnish a corporate surety bond or other approved improvement security to guarantee the faithful performance of said Agreement;

NOW, THEREFORE, The Principal designated above, and Bond Safeguard Insurance Company as Surety, are held and firmly bound unto the City in the penal sum of One Hundred Sixty Thousand Five Hundred & No/100 dollars, ($160,500.00), lawful money of the United States, for the payment of which we bind ourselves, our heirs, successors, executors and administrators, jointly and severally, firmly by these presents.

The condition of this obligation is such that the obligation shall become null and void if the above-bounded Principal, his or its heirs, executors, administrators, successors, or assigns, shall in all things stand to, abide by, well and truly keep and perform the covenants, conditions and provisions in said Agreement and any modification thereof made as therein provided, on his or their part, to be kept and performed at the time and in the manner therein specified, and in all respects according to their true intent and meaning, and shall indemnify and save harmless the City, its officer, agents and employees, as therein stipulated; otherwise, this obligation shall be and remain in full force and effect.

As a part of the obligation secured hereby, and in addition to the face amount specified, costs and reasonable expenses and fees shall be included, including reasonable attorneys' fees, incurred by the City in successfully enforcing the obligation, all to be taxed as costs and included in any judgment rendered.

The surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the Agreement, the work to be performed thereunder, or the Improvement Plans and related specifications accompanying the Agreement shall in any manner affect its obligations on this bond. The surety hereby

- 15 -

waives notice of any such change, extension of time, alteration or addition to the terms of the Agreement, the work, or the Improvement Plans and related specifications.

IN WITNESS WHEREOF, this instrument has been duly executed by the above-named Principal and Surety as of the date of dates set forth below the signatures of their authorized officers.

Note:     *All signatures must be acknowledged before a notary*
          *Public. Attach appropriate acknowledgment.*

**"PRINCIPAL"**

 Palmdale Hills Property, LLC
(Type name of Principal)

 2392 Morse Avenue
(Street Address)

 Irvine, CA  92614
(City)      (State)      (Zip)

By: _____
       (Signature of authorized officer)

Date: _____

**"SURETY"**

Bond Safeguard Insurance Company
(Type name of Surety)
1919 S. Highland Avenue, Bldg A - Suite 300
(Street Address)

Lombard, IL 60148
(City)      (State)      (Zip)

By: _____
       (Signature of authorized officer)

D.J. Picard, Attorney-in-Fact
(Title of Officer)

Date: June 12, 2007

APPROVED:

_____
City Engineer

- 16 -

**Bond Issued in Duplicate**
**Bond Number: 5026525**
**Prem. Included in Perf. Bond**

## CITY OF PALMDALE
## LOS ANGELES COUNTY, CALIFORNIA

### PAYMENT BOND

<u>TR 51508-01 Bio Basin DG 07-20</u>
(Name or Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS,   Palmdale Hills Property, LLC
(hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein), whereby Principal agrees to construct, install, and complete certain designated public improvements generally identified as follows: <u>Street Improvements, Drainage Improvements, Block Walls for TR 51508-01 Bio Basin DG 07-20</u> and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement, before entering upon the performance of the work, to file with the City a good and sufficient payment bond, or other approved security, to secure the claims to which reference is made in Title 15 (commencing with Section 3082) of Part 4 of Division 3 of the California Civil Code, and in Government Code Section 66497;

NOW, THEREFORE, The Principal designated above, and <u>Bond Safeguard Insurance Company</u> as Surety, are held firmly bound unto the City and all contractors, subcontractors, laborers, materialmen and other persons employed in the performance of said Agreement and referred to in the above-referenced Civil Code and Government Code in the sum of <u>Eighty Thousand Two Hundred Fifty & No/100</u> dollars (<u>$80,250.00</u>), for materials furnished or labor thereon of any kind, or for amounts due under the Unemployment Insurance Act with respect to such work or labor; that said Surety will pay the same in an amount not exceeding the amount hereinabove set forth; and in case suit is brought upon this bond, will pay, in addition to the face amount thereof, costs and reasonable expenses and fees, including reasonable attorneys' fees, incurred by the City in successfully enforcing such obligation, to be awarded and fixed by the court, and to be taxed as costs and to be included in the judgment therein rendered.

It is hereby stipulated and agreed that this bond shall inure to the benefit of any and all persons, companies and corporations entitled to file claims under Title 15, (commencing with Section 3082) of Part 4 of Division 3 of the Civil Code, and under Government Code Section 66497, so as to give a right of action to them or their assigns in any suit brought upon this bond.

Should the condition of this bond be fully performed, then this obligation shall become null and void, otherwise it shall be and remain in full force and effect.  The Surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of said Agreement or the Improvement Plans or related specifications accompanying the same shall in any manner affect its obligations on this bond and it does hereby waive notice of any such change, extension, alteration or addition.

- 17-

IN WITNESS WHEREOF, this instrument has been duly executed by the above-named Principal and Surety as of the date of dates set forth below the signatures of their authorized officers.

Note:     *All signatures must be acknowledged before a notary public.*
          *Attach appropriate acknowledgment.*

**"PRINCIPAL"**

Palmdale Hills Property, LLC
(Type name of Principal)

2392 Morse Avenue
(Street Address)

Irvine, CA 92614
(City)        (State)        (Zip)

By: _____
         (Signature of authorized officer)

_____
(Title of officer)

**"SURETY"**

Bond Safeguard Insurance Company
(Type name of Surety)
1919 S. Highland Avenue, Bldg A - Suite 300
(Street Address)

Lombard, IL 60148
(City)        (State)        (Zip)

By: _____
         (Signature of authorized officer)

D.J. Picard, Attorney-in-Fact
(Title of Officer)

Date: June 12, 2007

_____
City Engineer

- 18-

# EXHIBIT "6"

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Central District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Palmdale Hills Property, LLC | Case Number:<br>8:08-bk-17206-ES |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Bond Safeguard Insurance Company and Lexon Insurance Company | ⊐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>Bond Safeguard Insurance Co., c/o Harris Beach PLLC, Attn: Kelly C. Griffith, Esq.<br>One Park Place, 300 South State Street, 4th Floor, Syracuse, New York 13202<br><br>Telephone number:<br>(315) 423-7100 | **Court Claim Number:**_____<br>*(If known)*<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>Bond Safeguard Insurance Company<br>256 Jackson Meadow Drive, Suite 201, Hermitage, TN 37076<br><br>Telephone number:<br>(615) 250-3040 | ⊐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>⊐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**    $   649,500.00<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:**  Subdivision Bond No. 5024772 *Performance & Payment bonds*<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950* ) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>**3a. Debtor may have scheduled account as:** Bond Safeguard Ins. Co.<br>(See instruction #3a on reverse side.) | |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>**Value of Property:**$_____ **Annual Interest Rate**___%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>if any: $_____   **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__). |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | **Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | |
|---|---|
| Date:3/29/09   **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*[signature]* Kelly C. Griffith, Esq. of Harris Beach PLLC as attorney for Creditor | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# RESERVATION OF RIGHTS

Due to the nature of the debt, the potential for continued claims made on the bonds, and the various stages of completion of projects covered by the bonds, Claimant is unable to determine the exact amount or classification of its claim. Accordingly, Claimant reserves its right to file an Amended Proof of Claim or Administrative Expense Claim setting forth the amount and classification of its claim. Additionally, Claimant has made every effort to determine the correct identity of the Debtor based on the project that is the subject of a bond. To the extent Claimant inadvertently identified the incorrect Debtor or was unable to determine the correct Debtor, this claim is intended to be filed against the Debtor that owned the particular bonded project.

HARRIS BEACH PLLC
ATTORNEYS AT LAW

C:\Documents and Settings\emalling\Local Settings\Temporary Internet Files\OLKC4\HBROC-#1130966-v1-BK_Bond_POC_Reservation_of_Rights.DOC

Exhibit 6, Page 61

COPY

☒ **Bond Safeguard Insurance Company**
☐ **Lexon Insurance Company**

Bond No.   5024772

AGENT EXECUTION REPORT

The following is a report of execution of a bond issued by this office:

Date ____ 3/6/07

RECEIVED ... 9 8 2007

SHIPPED MAR 1 2 2007

| PRINCIPAL (Full Name and Address) | OBLIGEE (Full Name and Address) |
|---|---|
| PALMDALE HILLS PROPERTY LLC | CITY OF PALMDALE |
| 2392 MORSE AVE<br>Street Address | 38300 SIERRA HWY<br>Street Address |

| IRVINE | CA | 92614 | PALMDALE | CA | 93550 |
|---|---|---|---|---|---|
| City | State | Zip | City | State | Zip |

| Agent Code<br>05-1505 | Power Number | List additional power of attorney forms used |
|---|---|---|

| EFFECTIVE DATE FROM 3/1/07 TO 3/1/09 | BOND PENALTY<br>$433,000.00 | CONTRACT PRICE | PREMIUM (LESS SURCHARGE/TAXES)<br>$10,825.00 |
|---|---|---|---|
| RATE PER THOUSAND $7.5/M | COMMISSION % 22.00 | COMMISSION AMOUNT<br>$2,381.50 | KY OR WV SURCHARGE | OTHER TAXES/CHARGES |

Description of Bond (Attach Copy)  RITTER RANCH - SEWER LIFT STATION

*Subdivision Bond*

**IF A CONTRACT BOND:**

Other Bidders and Amounts

Estimated Starting Date _____
Estimated Completion Date _____
Estimated Contract Price _____
Liquidated Damages _____
Retainage _____

Papers Attached:
☐ Indemnity
☐ Collateral
☐ Copy of Contract

☐ Special Remarks and Recommendations
_____
_____
_____

AGENCY

ROHM INSURANCE AGENCY

City 26 PLAZA SQUARE STE 200 ORANGE, CA 92866

Executed By  D.J. PICARD

Authorized By  LYNNE HUPKA 615-250-3046
                          Phone or Letter

Prepared By  SEJAL LANGE

(

Bond Issued In Duplicate
Bond Number: 5024772
Premium: $10,825.00

## CITY OF PALMDALE
## LOS ANGELES COUNTY, CALIFORNIA

### FAITHFUL PERFORMANCE BOND

Ritter Ranch – Sewer Lift Station
(Name or Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS,   Palmdale Hills Property, LLC
(hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein"), whereby Principal agrees to construct, install, complete and guarantee for one year after acceptance thereof certain designated public improvements generally identified as follows: Ritter Ranch – Sewer Lift Station and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement to furnish a corporate surety bond or other approved improvement security to guarantee the faithful performance of said Agreement;

NOW, THEREFORE, The Principal designated above, and Bond Safeguard Insurance Company as Surety, are held and firmly bound unto the City in the penal sum of Four Hundred Thirty-Three Thousand & No/100 dollars, ($433,000.00), lawful money of the United States, for the payment of which we bind ourselves, our heirs, successors, executors and administrators, jointly and severally, firmly by these presents.

The condition of this obligation is such that the obligation shall become null and void if the above-bounded Principal, his or its heirs, executors, administrators, successors, or assigns, shall in all things stand to, abide by, well and truly keep and perform the covenants, conditions and provisions in said Agreement and any modification thereof made as therein provided, on his or their part, to be kept and performed at the time and in the manner therein specified; and in all respects according to their true intent and meaning, and shall indemnify and save harmless the City, its officer, agents and employees, as therein stipulated; otherwise, this obligation shall be and remain in full force and effect.

As a part of the obligation secured hereby, and in addition to the face amount specified, costs and reasonable expenses and fees shall be included, including reasonable attorneys' fees, incurred by the City in successfully enforcing the obligation, all to be taxed as costs and included in any judgment rendered.

The surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the Agreement, the work to be performed thereunder, or the improvement plans and related specifications accompanying the Agreement shall in any manner affect its obligations on this bond. The surety hereby

- 15 -

Exhibit 6, Page 63

Bond Issued in Duplicate
Bond Number: 5024772
Prem. Included in Perf. Bond

# CITY OF PALMDALE
## LOS ANGELES COUNTY, CALIFORNIA

## PAYMENT BOND

### Ritter Ranch – Sewer Lift Station
(Name or Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS,   Palmdale Hills Property, LLC
(hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein"), whereby Principal agrees to construct, install, and complete certain designated public improvements generally identified as follows: Ritter Ranch – Sewer Lift Station and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement, before entering upon the performance of the work, to file with the City a good and sufficient payment bond, or other approved security, to secure the claims to which reference is made in Title 15 (commencing with Section 3082) of Part 4 of Division 3 of the California Civil Code, and in Government Code Section 66497;

NOW, THEREFORE, The Principal designated above, and Bond Safeguard Insurance Company as Surety, are held firmly bound unto the City and all contractors, subcontractors, laborers, materialmen and other persons employed in the performance of said Agreement and referred to in the above-referenced Civil Code and Government Code in the sum of Two Hundred Sixteen Thousand Five Hundred & No/100 dollars ($216,500.00), for materials furnished or labor thereon of any kind, or for amounts due under the Unemployment Insurance Act with respect to such work or labor; that said Surety will pay the same in an amount not exceeding the amount hereinabove set forth; and in case suit is brought upon this bond, will pay, in addition to the face amount thereof, costs and reasonable expenses and fees, including reasonable attorneys' fees, incurred by the City in successfully enforcing such obligation, to be awarded and fixed by the court, and to be taxed as costs and to be included in the judgment therein rendered.

It is hereby stipulated and agreed that this bond shall inure to the benefit of any and all persons, companies and corporations entitled to file claims under Title 15, (commencing with Section 3082) of Part 4 of Division 3 of the Civil Code, and under Government Code Section 66497, so as to give a right of action to them or their assigns in any suit brought upon this bond.

Should the condition of this bond be fully performed, then this obligation shall become null and void, otherwise it shall be and remain in full force and effect.  The Surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of said Agreement or the Improvement Plans or related specifications accompanying the same shall in any manner affect its obligations on this bond and it does hereby waive notice of any such change, extension, alteration or addition.

IN WITNESS WHEREOF, this instrument has been duly executed by the above-named Principal and Surety as of the date of dates set forth below the signatures of their authorized officers.

Note:     *All signatures must be acknowledged before a notary public.*
          *Attach appropriate acknowledgment.*

**"PRINCIPAL"**

 Palmdale Hills Property, LLC
(Type name of Principal)

 2392 Morse Avenue
(Street Address)

 Irvine, CA 92614
(City)        (State)        (Zip)


By: _____
        (Signature of authorized officer)


_____
(Title of officer)

**"SURETY"**

Bond Safeguard Insurance Company
(Type name of Surety)
1919 S. Highland Avenue, Bldg A -
Suite 300
(Street Address)

Lombard, IL 60148
(City)        (State)        (Zip)

By: _____
        (Signature of authorized officer)

D.J. Picard, Attorney-in-Fact
(Title of Officer)

Date: March 1, 2007


_____
City Engineer

Exhibit 6, Page 65

# EXHIBIT "7"

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Central District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Palmdale Hills Property, LLC | Case Number:<br>8:08-bk-17206-ES |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Bond Safeguard Insurance Company and Lexon Insurance Company | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>Bond Safeguard Insurance Co., c/o Harris Beach PLLC, Attn: Kelly C. Griffith, Esq.<br>One Park Place, 300 South State Street, 4th Floor, Syracuse, New York 13202<br><br>Telephone number:<br>(315) 423-7100 | **Court Claim Number:**_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Bond Safeguard Insurance Company<br>256 Jackson Meadow Drive, Suite 201, Hermitage, TN 37076<br><br>Telephone number:<br>(615) 250-3040 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**    $ 3,160,650.00 | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount. |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** Subdivision Bond No. 5020973 Performance & Payment bond<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** _____<br><br>3a. Debtor may have scheduled account as: Bond Safeguard Ins. Co.<br>(See instruction #3a on reverse side.) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other<br>**Describe:**<br><br>**Value of Property:**$_____  **Annual Interest Rate**___%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>if any: $_____   **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____   **Amount Unsecured:** $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).<br><br>**Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | |
|---|---|
| Date:3/29/09  **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Kelly C. Griffith*  Kelly C. Griffith, Esq. of Harris Beach PLLC  as attorney for Creditor | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## RESERVATION OF RIGHTS

Due to the nature of the debt, the potential for continued claims made on the bonds, and the various stages of completion of projects covered by the bonds, Claimant is unable to determine the exact amount or classification of its claim.  Accordingly, Claimant reserves its right to file an Amended Proof of Claim or Administrative Expense Claim setting forth the amount and classification of its claim.  Additionally, Claimant has made every effort to determine the correct identity of the Debtor based on the project that is the subject of a bond.  To the extent Claimant inadvertently identified the incorrect Debtor or was unable to determine the correct Debtor, this claim is intended to be filed against the Debtor that owned the particular bonded project.

HARRIS BEACH ᴾᴸᴸᶜ
ATTORNEYS AT LAW

C:\Documents and Settings\emailing\Local Settings\Temporary Internet Files\OLKC4\HBROC-#1130966-v1-BK_Bond_POC_Reservation_of_Rights.DOC

Exhibit 7, Page 67

☑ **Bond Safeguard Insurance Company**

☐ **Lexon Insurance Company**                    Bond No. ___5020973___

### AGENT EXECUTION REPORT

The following is a report of execution of a bond issued by this office:          Date _____7/31/06_____

| PRINCIPAL (Full Name and Address) | OBLIGEE (Full Name and Address) |
|---|---|
| PALMDALE HILLS PROPERTY LLC (SunCal Companies) | CITY OF PALMDALE |
| 2392 MORSE AVENUE<br>Street Address | 38300 SIERRA HIGHWAY<br>Street Address |
| IRVINE    CA    92614<br>City    State    Zip | PALMDALE    CA    93550<br>City    State    Zip |

| Agent Code<br>06-1505 | Power Number<br>23721-23724 | List additional power of attorney forms used |
|---|---|---|

| EFFECTIVE<br>DATE  FROM  7/24/06 TO  7/24/08 | BOND PENALTY<br>$2,107,100.00 | CONTRACT PRICE<br>$2,107,100.00 | PREMIUM (LESS SURCHARGES/TAXES)<br>$44,642.00 |
|---|---|---|---|
| RATE PER THOUSAND COMMISSION %<br>$25/M, $20/M    22.00 | COMMISSION AMOUNT<br>$9,821.24 | KY OR WV SURCHARGE | OTHER TAXES/CHARGES |

Description of Bond (Attach Copy)  SUBDIVISION BOND - ELIZABETH LAKE ROAD PHASE 2 - LESS 2 LANES STREET

DRAINAGE IMPROVEMENTS

\*\*\*BOND ISSUED IN DUPLICATE\*\*\*

**IF A CONTRACT BOND:**

Other Bidders and Amounts

Estimated Starting Date _____

Estimated Completion Date _____

Estimated Contract Price _____

Liquidated Damages _____

Retainage _____

☐ Special Remarks and Recommendations

Papers Attached:

☐ Indemnity

☐ Collateral

☐ Copy of Contract

AGENCY

ROHM INSURANCE AGENCY

City 26 PLAZA SQUARE, SUITE 200 ORANGE, CA 92866

Executed By  CINDY WOZNEY

Authorized By  GREG SEMROW
                         Phone or Letter

Prepared By  CINDY WOZNEY





BOND ISSUED IN DUPLICATE
BOND NUMBER: 5020973
PREMIUM: $44,642

### CITY OF PALMDALE
### LOS ANGELES COUNTY, CALIFORNIA

### FAITHFUL PERFORMANCE BOND

ELR PHASE 2 (LESS 2 LANES STREET)
(Name and Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, PALMDALE HILLS PROPERTY, LLC.
(hereinafter designated as "Principal") has executed a Subdivision Improvement
Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation
("City" herein), whereby Principal agrees to construct, install, complete and guarantee
for one year after acceptance thereof certain designated public improvements generally
identified as follows: DRAINAGE IMPROVEMENTS and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement to
furnish a corporate surety bond or other approved improvement security to guarantee
the faithful performance of said Agreement;

NOW, THEREFORE, The Principal designated above, and BOND SAFE-
GUARD INSURANCE COMPANY as Surety, are held and firmly bound
unto the City in the penal sum of * dollars
($ 2,107,100.00--- ), lawful money of the United States, for the
payment of which we bind ourselves, our heirs, successors, executors and
administrators, jointly and severally, firmly by these presents.
* TWO MILLION ONE HUNDRED SEVEN THOUSAND ONE HUNDRED & NO/100---

The condition of this obligation is such that the obligation shall become null
and void if the above-bounded Principal, his or its heirs, executors, administrators,
successors, or assigns, shall in all things stand to, abide by, well and truly keep and
perform the covenants, conditions and provisions in said Agreement and any
modification thereof made as therein provided , on his or their part, to be kept and
performed at the time and in the manner therein specified, and in all respects according
to their true intent and meaning, and shall indemnify and save harmless the City, its
officer, agents and employees, as therein stipulated; otherwise, this obligation shall be
and remain in full force and effect.

As a part of the obligation secured hereby, and in addition to the face
amount specified, costs and reasonable expenses and fees shall be included, including
reasonable attorneys' fees, incurred by the City in successfully enforcing the obligation,
all to be taxed as costs and included in any judgment rendered.

The surety hereby stipulates and agrees that no change, extension of time,
alteration or addition to the terms of the Agreement, the work to be performed
thereunder, or the Improvement Plans and related specifications accompanying the
Agreement shall in any manner affect its obligations on this bond. The surety hereby

15

BOND ISSUED IN DUPLICATE
BOND NUMBER: 5020973
PREMIUM CHARGED IS INCLUDED
IN PERFORMANCE BOND

## CITY OF PALMDALE
## LOS ANGELES COUNTY, CALIFORNIA

### PAYMENT BOND

ELR PHASE 2 (LESS 2 LANES STREET)
(Name and Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, PALMDALE HILLS PROPERTY, LLC. (hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein), whereby Principal agrees to construct, install and complete certain designated public improvements generally identified as follows: DRAINAGE IMPROVEMENTS , and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement, before entering upon the performance of the work, to file with the City a good and sufficient payment bond, or other approved security, to secure the claims to which reference is made in Title 15 (commencing with Section 3082) of Part 4 of Division 3 of the California Civil Code, and in Government Code Section 66497;

NOW, THEREFORE, the principal designated above, and BOND SAFEGUARD INSURANCE COMPANY as Surety, are held firmly bound unto the City and all contractors, subcontractors, laborers, materialmen and other persons employed in the performance of said Agreement and referred to in the above-referenced Civil Code and Government Code in the sum of *
dollars ($1,053,550.00---), for materials furnished or labor thereon of any kind, or for amounts due under the Unemployment Insurance Act with respect to such work or labor; that said Surety will pay the same in an amount not exceeding the amount hereinabove set forth; and in case suit is brought upon this bond, will pay, in addition to the face amount thereof, costs and reasonable expenses and fees, including reasonable attorneys' fees, incurred by the City in successfully enforcing such obligation, to be awarded and fixed by the court, and to be taxed as costs and to be included in the judgment therein rendered.

* ONE MILLION FIFTY-THREE THOUSAND FIVE HUNDRED FIFTY & NO/100---
It is hereby stipulated and agreed that this bond shall inure to the benefit of any and all persons, companies and corporations entitled to file claims under Title 15, (commencing with Section 3082) of Part 4 of Division 3 of the Civil Code, and under Government Code Section 66497, so as to give a right of action to them or their assigns in any suit brought upon this bond.

Should the condition of this bond be fully performed, then this obligation shall become null and void, otherwise it shall be and remain in full force and effect. The Surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of said Agreement or the Improvement Plans or related specifications accompanying the same shall in any manner affect its obligations on this

17

# EXHIBIT "8"

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Central District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Palmdale Hills Property, LLC | Case Number:<br>8:08-bk-17206-ES |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**Bond Safeguard Insurance Company and Lexon Insurance Company**

Name and address where notices should be sent:

Bond Safeguard Insurance Co., c/o Harris Beach PLLC, Attn: Kelly C. Griffith, Esq.
One Park Place, 300 South State Street, 4th Floor, Syracuse, New York 13202

Telephone number:
(315) 423-7100

❑ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):
Bond Safeguard Insurance Company
256 Jackson Meadow Drive, Suite 201, Hermitage, TN 37076

Telephone number:
(615) 250-3040

❑ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

❑ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $    4,122,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

❑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Faithful Performance & Payment Bond No. 5026507
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** Bond Safeguard Ins. Co.
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ❑ Real Estate  ❑ Motor Vehicle  ❑ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $_____  **Basis for perfection:**_____

**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

❑ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

❑ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

❑ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

❑ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

❑ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

❑ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 3/29/09 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Kelly C Griffith* Kelly C. Griffith, Esq. of Harris Beach PLLC  as attorney for Creditor | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## RESERVATION OF RIGHTS

Due to the nature of the debt, the potential for continued claims made on the bonds, and the various stages of completion of projects covered by the bonds, Claimant is unable to determine the exact amount or classification of its claim. Accordingly, Claimant reserves its right to file an Amended Proof of Claim or Administrative Expense Claim setting forth the amount and classification of its claim. Additionally, Claimant has made every effort to determine the correct identity of the Debtor based on the project that is the subject of a bond. To the extent Claimant inadvertently identified the incorrect Debtor or was unable to determine the correct Debtor, this claim is intended to be filed against the Debtor that owned the particular bonded project.

HARRIS BEACH ™
ATTORNEYS AT LAW

C:\Documents and Settings\emailing\Local Settings\Temporary Internet Files\OLKC4\HBRDC-#1130966-v1-BK_Bond_POC_Reservation_of_Rights.DOC

Exhibit 8, Page 72

☒ **Bond Safeguard Insurance Company**
☐ **Lexon Insurance Company**

Bond No. _____ 5026507

**AGENT EXECUTION REPORT**

The following is a report of execution of a bond issued by this office.

Date _____ 6/3/07

PRINCIPAL (Full Name and Address)
PALMDALE HILLS PROPERTY LLC

2392 MORSE AVENUE
Street Address
IRVINE          CA          92614
City            State         Zip

OBLIGEE (Full Name and Address)
CITY OF PALMDALE

38300 SIERRA HIGHWAY
Street Address
PLAMDALE        CA          93550-4798
City            State         Zip

Agent Code   05-1505          Power Number _____

List additional power of attorney forms used

| EFFECTIVE DATE  FROM 3/16/07 TO 8/14/08 | BOND PENALTY $2,748,000.00 | CONTRACT PRICE | PREMIUM (LESS SURCHARGE/TAXES) $56,220.00 |
|---|---|---|---|
| RATE PER THOUSAND 25/20/15 | COMMISSION % 22.00 | COMMISSION AMOUNT $12,368.40 | KY OR WV SURCHARGE | OTHER TAXES/CHARGES |

Description of Bond (Attach Copy)  RITTER RANCH ELIZABETH LAKE RD PH 1
LANDSCAPE IMPROVEMENTS

IF A CONTRACT BOND:
Other Bidders and Amounts

Estimated Starting Date _____
Estimated Completion Date _____
Estimated Contract Price _____
Liquidated Damages _____
Retainage _____
☐ Special Remarks and Recommendations

Papers Attached:
☐ Indemnity
☐ Collateral
☐ Copy of Contract

*Incorrect Date Originally given*

AGENCY
ROHM INSURANCE AGENCY
City 26 PLAZA SQUARE STE 200 ORANGE, CA 92866

Executed By D.J. PICARD
Authorized By _____
Prepared By SEJAL LANGE

Exhibit 8, Page 73

Bond Issued In Duplicate
Bond No.  5026507
Premium: $56,220.00

## CITY OF PALMDALE
## LOS ANGELES COUNTY, CALIFORNIA

### FAITHFUL PERFORMANCE BOND

### Ritter Ranch-Elizabeth Lake Road Phase 1
(Name or Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, Palmdale Hills Property, LLC, a Delaware Limited Liability Company (hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein"), whereby Principal agrees to construct, install, complete and guarantee for one year after acceptance thereof certain designated public improvements generally identified as follows: Landscaping Improvements – Ritter Ranch Elizabeth Lake Road Phase 1 (LMD 901 LSP 95-9) and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement to furnish a corporate surety bond or other approved improvement security to guarantee the faithful performance of said Agreement;

NOW, THEREFORE, The Principal designated above, and Bond Safeguard Insurance Company as Surety, are held and firmly bound unto the City in the penal sum of Two Million Seven Hundred Forty-Eight Thousand & No/100 dollars, ($2,748,000.00), lawful money of the United States, for the payment of which we bind ourselves, our heirs, successors, executors and administrators, jointly and severally, firmly by these presents.

The condition of this obligation is such that the obligation shall become null and void if the above-bounded Principal, his or its heirs, executors, administrators, successors, or assigns, shall in all things stand to, abide by, well and truly keep and perform the covenants, conditions and provisions in said Agreement and any modification thereof made as therein provided, on his or their part, to be kept and performed at the time and in the manner therein specified, and in all respects according to their true intent and meaning, and shall indemnify and save harmless the City, its officer, agents and employees, as therein stipulated; otherwise, this obligation shall be and remain in full force and effect.

As a part of the obligation secured hereby, and in addition to the face amount specified, costs and reasonable expenses and fees shall be included, including reasonable attorneys' fees, incurred by the City in successfully enforcing the obligation, all to be taxed as costs and included in any judgment rendered.

The surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the Agreement, the work to be performed thereunder, or the Improvement Plans and related specifications accompanying the Agreement shall in any manner affect its obligations on this bond.  The surety hereby waives notice of any such change, extension of time, alteration or addition to the terms of the Agreement, the work, or the Improvement Plans and related specifications.

- 15 -

Bond Issued In Duplicate
Bond No. 5026507
Premium charged is Included
In Performance bond

## CITY OF PALMDALE
## LOS ANGELES COUNTY, CALIFORNIA

### PAYMENT BOND

### Ritter Ranch-Elizabeth Lake Road Phase 1
(Name or Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, **Palmdale Hills Property, LLC, a Delaware Limited Liability Company** (hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein"), whereby Principal agrees to construct, install, and complete certain designated public improvements generally identified as follows: **Landscaping Improvements – Ritter Ranch Elizabeth Lake Road Phase 1 (LMD 901 LSP 95-9)** and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement, before entering upon the performance of the work, to file with the City a good and sufficient payment bond, or other approved security, to secure the claims to which reference is made in Title 15 (commencing with Section 3082) of Part 4 of Division 3 of the California Civil Code, and in Government Code Section 66497;

NOW, THEREFORE, The Principal designated above, and **Bond Safeguard Insurance Company** as Surety, are held firmly bound unto the City and all contractors, subcontractors, laborers, materialmen and other persons employed in the performance of said Agreement and referred to in the above-referenced Civil Code and Government Code in the sum of **One Million Three Hundred Seventy Four Thousand & No/100** dollars, (**$1,374,000.00**), for materials furnished or labor thereon of any kind, or for amounts due under the Unemployment Insurance Act with respect to such work or labor; that said Surety will pay the same in an amount not exceeding the amount hereinabove set forth; and in case suit is brought upon this bond, will pay, in addition to the face amount thereof, costs and reasonable expenses and fees, including reasonable attorneys' fees, incurred by the City in successfully enforcing such obligation, to be awarded and fixed by the court, and to be taxed as costs and to be included in the judgment therein rendered.

It is hereby stipulated and agreed that this bond shall inure to the benefit of any and all persons, companies and corporations entitled to file claims under Title 15, (commencing with Section 3082) of Part 4 of Division 3 of the Civil Code, and under Government Code Section 66497, so as to give a right of action to them or their assigns in any suit brought upon this bond.

Should the condition of this bond be fully performed, then this obligation shall become null and void, otherwise it shall be and remain in full force and effect. The Surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of said Agreement or the Improvement Plans or related specifications accompanying the same shall in any manner affect its obligations on this bond and it does hereby waive notice of any such change, extension, alteration or addition.

~ 17~

## Nicole Madonia

| | |
|---|---|
| **From:** | Cynthia Wozney [cwozney@rohmins.com] |
| **Sent:** | Tuesday, February 05, 2008 3:32 PM |
| **To:** | nicole@bondsafeguard.com |
| **Subject:** | 5026507 - Palmdale Hills Property LLC |
| **Attachments:** | 5026507 - correction.pdf |

Nicole,
The above listed bond was reported to Bond Safeguard as a one year bond, when actually the rate charged
is a two year (subdivision) rate. Please correct effective date as follows:  5/16/2007 to 5/16/2009.

If you have any questions, please email or call.

Thanks,
Cindy Wozney
**ROHM Insurance Agency**
26 Plaza Square, Suite 200
Orange, CA 92866
714-516-2969 - Direct
714-516-2960 - Main
714-516-2965 - Fax
949-230-0868 - Cell
cwozney@rohmins.com

2/6/2008

# EXHIBIT "9"

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Central District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Palmdale Hills Property, LLC | Case Number:<br>8:08-bk-17206-ES |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Bond Safeguard Insurance Company and Lexon Insurance Company | ❏ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br><br>Bond Safeguard Insurance Co., c/o Harris Beach PLLC, Attn: Kelly C. Griffith, Esq.<br>One Park Place, 300 South State Street, 4th Floor, Syracuse, New York 13202<br><br>Telephone number:<br>(315) 423-7100 | Court Claim Number:_____<br>*(If known)*<br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Bond Safeguard Insurance Company<br>256 Jackson Meadow Drive, Suite 201, Hermitage, TN 37076<br><br>Telephone number:<br>(615) 250-3040 | ❏ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>❏ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:**   $_____784,050.00_____ <br><br>If all or part of your claim is secured, complete item 4 below; however, if all or part of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>❏ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**<br><br>Specify the priority of the claim. |
| **2. Basis for Claim:** ~~Faithful Performance~~ and Payment Bond No. 5020971<br>(See instruction #2 on reverse side.) | ❏ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **3.** Last four digits of any number by which creditor identifies debtor: _____<br><br>  **3a.** Debtor may have scheduled account as: ~~Bond Safeguard~~ Ins. Co.<br>  (See instruction #3a on reverse side.) | ❏ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **4. Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:**  ❏ Real Estate  ❏ Motor Vehicle  ❏ Other<br>**Describe:**<br><br>**Value of Property:$**_____  **Annual Interest Rate___%**<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____  **Basis for perfection:** _____<br><br>Amount of Secured Claim: $_____  Amount Unsecured: $_____ | ❏ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>❏ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>❏ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ❏ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).<br><br>**Amount entitled to priority:**<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date:3/20/09  **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Kelly C. Griffith* Kelly C. Griffith, Esq. of Harris Beach PLLC  as attorney for Creditor | FOR COURT USE ONLY |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## RESERVATION OF RIGHTS

Due to the nature of the debt, the potential for continued claims made on the bonds, and the various stages of completion of projects covered by the bonds, Claimant is unable to determine the exact amount or classification of its claim. Accordingly, Claimant reserves its right to file an Amended Proof of Claim or Administrative Expense Claim setting forth the amount and classification of its claim. Additionally, Claimant has made every effort to determine the correct identity of the Debtor based on the project that is the subject of a bond. To the extent Claimant inadvertently identified the incorrect Debtor or was unable to determine the correct Debtor, this claim is intended to be filed against the Debtor that owned the particular bonded project.

HARRIS BEACH
ATTORNEYS AT LAW

C:\Documents and Settings\emalling\Local Settings\Temporary Internet Files\OLKC4\HBROC-#1130966-v1-BK_Bond_POC_Reservation_of_Rights.DOC

Exhibit 9, Page 78

07/21/2008 16:55 16304959272 BOND SAFEGUARD LEXON PAGE 33/40

☑ **Bond Safeguard Insurance Company**
☐ **Lexon Insurance Company**

Bond No. **5020971**

### AGENT EXECUTION REPORT

The following is a report of execution of a bond issued by this office:

Date **7/31/06**

PRINCIPAL (Full Name and Address)

PALMDALE HILLS PROPERTY LLC (SunCal Companies)

2392 MORSE AVENUE
Street Address

IRVINE    CA    92614
City    State    Zip

OBLIGEE (Full Name and Address)

CITY OF PALMDALE

38300 SIERRA HIGHWAY
Street Address

PALMDALE    CA    93550
City    State    Zip

| Agent Code | Power Number | List additional power of attorney forms used |
|---|---|---|
| 05-1505 | 43627-43630 | |

| EFFECTIVE DATE FROM | | BOND PENALTY | CONTRACT PRICE | PREMIUM/LESS SURCHARGE/TAXES |
|---|---|---|---|---|
| 7/24/06 TO | 7/24/08 | $522,700.00 | $522,700.00 | $12,954.00 |

| RATE PER THOUSAND | COMMISSION % | COMMISSION AMOUNT | KY OR WV SURCHARGE | OTHER TAXES/CHARGES |
|---|---|---|---|---|
| $25/M, $20/M | 22.00 | $2,849.88 | | |

Description of Bond (Attach Copy) SUBDIVISION BOND - ELIZABETH LAKE ROAD PHASE 2 - STREETS 2 LANES ONLY
STREET IMPROVMENTS

***BOND ISSUED IN DUPLICATE***

IF A CONTRACT BOND:
Other Bidders and Amounts

Estimated Starting Date _____
Estimated Completion Date _____
Estimated Contract Price _____
Liquidated Damages _____
Retainage _____

Papers Attached:
☐ Indemnity
☐ Collateral
☐ Copy of Contract

☐ Special Remarks and Recommendations

AGENCY

ROHM INSURANCE AGENCY

City 26 PLAZA SQUARE, SUITE 200 ORANGE, CA 92866

Executed By CINDY WOZNEY

Authorized By GREG SEMROW
           Phone or Letter

Prepared By CINDY WOZNEY



Exhibit 9, Page 79

BOND ISSUED IN DUPLICATE
BOND NUMBER: 5020971
PREMIUM: $12,954

## CITY OF PALMDALE
## LOS ANGELES COUNTY, CALIFORNIA

### FAITHFUL PERFORMANCE BOND

ELR PH 2 - STREETS 2 LANES ONLY
(Name and Tract/Parcel Number of Subdivision)

KNOW ALL MEN BY THESE PRESENTS:

WHEREAS, PALMDALE HILLS PROPERTY, LLC.
(hereinafter designated as "Principal") has executed a Subdivision Improvement Agreement ("Agreement" herein) with the City of Palmdale, a municipal corporation ("City" herein), whereby Principal agrees to construct, install, complete and guarantee for one year after acceptance thereof certain designated public improvements generally identified as follows: STREET IMPROVEMENTS .and

WHEREAS, said Agreement is incorporated herein by this reference; and

WHEREAS, said Principal is required under the terms of said Agreement to furnish a corporate surety bond or other approved improvement security to guarantee the faithful performance of said Agreement;

NOW, THEREFORE, The Principal designated above, and BOND SAFE-GUARD INSURANCE COMPANY as Surety, are held and firmly bound unto the City in the penal sum of FIVE HUNDRED TWENTY-TWO THOUSAND SEVEN HUNDRED--- dollars ($ 522,700.00--- ), lawful money of the United States, for the payment of which we bind ourselves, our heirs, successors, executors and administrators, jointly and severally, firmly by these presents.

The condition of this obligation is such that the obligation shall become null and void if the above-bounded Principal, his or its heirs, executors, administrators, successors, or assigns, shall in all things stand to, abide by, well and truly keep and perform the covenants, conditions and provisions in said Agreement and any modification thereof made as therein provided , on his or their part, to be kept and performed at the time and in the manner therein specified, and in all respects according to their true intent and meaning, and shall indemnify and save harmless the City, its officer, agents and employees, as therein stipulated; otherwise, this obligation shall be and remain in full force and effect.

As a part of the obligation secured hereby, and in addition to the face amount specified, costs and reasonable expenses and fees shall be included, including reasonable attorneys' fees, incurred by the City in successfully enforcing the obligation, all to be taxed as costs and included in any judgment rendered.

The surety hereby stipulates and agrees that no change, extension of time, alteration or addition to the terms of the Agreement, the work to be performed thereunder, or the Improvement Plans and related specifications accompanying the Agreement shall in any manner affect its obligations on this bond. The surety hereby

15

Exhibit 9, Page 80