1  PAUL J. COUCHOT - State Bar No. 131934
   pcouchot@winthropcouchot.com
2  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
3  Center Drive, Fourth Floor
   Newport Beach, CA 92660
4  Telephone: (949) 720-4100
   Facsimile: (949) 720-4111
5  General Insolvency Counsel for Palmdale Hills
   Property, LLC et. al.

6
   RONALD RUS - State Bar No. 67369
7  rrus@rusmiliband.com
   JOEL S. MILIBAND - State Bar No. 77438
8  jmiliband@rusmiliband.com
   **RUS MILIBAND & SMITH**
9  **A PROFESSIONAL CORPORATION**
   2211 Michelson Drive, Seventh Floor
10 Irvine, California 92612
   Telephone: (949) 752-7100
11 Facsimile:  (949) 252-1514

12 Counsel for SunCal Management LLC and
   SCC Acquisitions Inc.

13                 **UNITED STATES BANKRUPTCY COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
14                        **SANTA ANA DIVISION**

| | |
|---|---|
| In re<br>PALMDALE HILLS PROPERTY, AND ITS<br>RELATED DEBTORS,<br>  Jointly Administered Debtors<br>  and Debtors-in-Possession | Case No. 8:08-bk-17206-ES<br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES; |
| Affects:<br>☐ All Debtors<br>☒ Palmdale Hills Property,<br>☒ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale,<br>☒ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☒ SunCal Emerald Meadows LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☒ SJD Partners, Ltd.<br>☒ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☒ SCC Communities LLC<br>☒ North Orange Del Rio Land, LLC<br>☒ Tesoro SF LLC<br>***Continued on Next Page*** | 8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574 ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11 Proceedings<br><br>**SUNCAL PLAN PROPONENTS'**<br>**SCHEDULE OF ASSUMED AND ASSIGNED**<br>**AGREEMENTS**<br><br>**<u>Confirmation Hearing</u>**<br><br>DATE:    October 24, 2011<br>TIME:    9:30 a.m.<br>PLACE:   Courtroom 5A |

MAINDOCS-#167141-v1-SCC_Statement_Executory_Contracts.DOC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Continued from Previous Page*

- ☒ LBL-SunCal Oak Valley, LLC
- ☒ SunCal Heartland, LLC
- ☐ LBL-SunCal Northlake, LLC
- ☒ SunCal Marblehead, LLC
- ☒ SunCal Century City, LLC
- ☒ SunCal PSV, LLC
- ☒ Delta Coves Venture, LLC
- ☒ SunCal Torrance, LLC
- ☒ SunCal Oak Knoll, LLC

1        Palmdale Hills Property, LLC, Acton Estates, LLC, SunCal Beaumont, LLC, SunCal

2    Emerald, LLC, SunCal Johansson, LLC, SunCal Bickford, LLC, SJD Partners, LLC, SJD

3    Development, LLC, SCC Communities, LLC, North Orange Del Rio, LLC and Tesoro SF, LLC, in

4    their capacities as debtors and debtors-in-possession and as SunCal Plan Proponents in their

5    respective cases (the "Voluntary Debtors") and SCC Acquisitions, LLC ("Acquisitions") in its

6    capacity as the SunCal Plan Proponent in eight of the Trustee Debtor Cases (collectively the

7    "SunCal Plan Proponents") hereby submit their Schedule of Assumed and Assigned Agreements in

8    connection with their pending Chapter 11 Plans (the "Plans").

9        The Debtors will assume only those executory contracts and unexpired leases to be

10   assigned to the Winning Bidder with respect to the applicable Project, and in addition to the

11   assumption of the Restructuring Agreement dated May 23, 2008, and the Settlement Agreement

12   signed on August 25, 2008[1] who are parties thereto.

13       On the Effective Date, the executory contracts and unexpired leases identified on this

14   Schedule of Assumed and Assigned Agreements shall be deemed assumed and assigned to the

15   applicable Winning Bidder, as specified in the Confirmation Order.[2]  The Schedule of Assumed

16   and Assigned Agreements also identifies any amounts that must be paid to cure defaults under the

17   executory contacts and unexpired leases to be assumed and assigned under the Plan (the "Cure

18   
_____

19   [1] The Voluntary Debtors that are subject to the Plans and parties to, and assuming  the
     Restructuring Agreement and Settlement Agreement are Bickford Ranch, Acton Estates, Palmdale
20   Hills, Beaumont, Johannson Ranch, Beaumont Heights, Tesoro Burnham, SCC Communities
     (Joshua Ridge), SJD Partners, Ltd., and Emerald Meadows Ranch.  The Trustee Debtors that are
21   subject to the Plans and parties to, and assuming the Restructuring Agreement and Settlement
     Agreement are Marblehead, Heartland, Oak Valley, and PSV.  The cure amounts with respect
22   thereto is $0.00.

23   [2] The contractual rights between the Rubidoux 60 LLC and EMR Residential Properties LLC (the
     "Rubidoux Parties") and SunCal Emerald are modified by the Settlement Agreement which is the
24   subject of the *Motion For An Order Approving Compromise Of Controversies With Rubidoux 60,
     LLC, EMR Residential Properties, LLC, Mitchell Ogron, Life Church Of God In Christ, Moses*
25   *Green And David Sandoval* [Docket No. 1821] as may be amended ("9019 Motion").
     Accordingly, SunCal Emerald's underlying contracts including *inter alia* Purchase Agreements,
26   Construction Agreement, Life Church Exchange Agreement, and other agreements with the seller
27   and/or Life Church, which are the subject of the Settlement Agreement shall be neither assumed,
     nor assigned, but rather will be subject to any order of the Court approving the 9019 Motion.  If the
28   9019 Motion is not approved by the Court, SunCal Emerald reserves the right to assume or reject
     the underlying contracts.

-1-

Amount"). If there is no cure listed or the cure is listed as $0.00, the SunCal Plan Proponents have determined there is no cure amount owing with respect to such executory contract or unexpired lease.

The SunCal Plan Proponents further reserve the right to amend the Schedule of Assumed Agreements to delete any executory contract or unexpired lease and provide for its rejection at any time prior to the Confirmation Hearing. The SunCal Plan Proponents will provide notice of any amendment to the Schedule of Assumed and Assigned Agreements to any party or parties to the executory contracts or unexpired leases affected by the amendment. Absent a timely objection as provided below, the Confirmation Order will constitute a Court Order approving the assumption and assignment, on the Effective Date, of the executory contracts and unexpired leases then identified on the Schedule of Assumed and Assigned Agreements, and shall constitute a final determination of the Cure Amount and that the estate has shown adequate assurance of future performance. Furthermore, any Cure Amount ordered by the Court, through entry of the Confirmation Order, and paid shall be deemed to satisfy any and all defaults arising from, out of or related to the executory contract of unexpired lease, including any tort claims that were or could be asserted by the non-debtor party to the contract or lease on or prior to the entry of the Confirmation Order, and all actual or pecuniary losses that have resulted from such defaults.

If you are a party to an executory contract or unexpired lease to be assumed and assigned and you object to the assumption and assignment of your lease or contract and/or you dispute the Cure Amount related to your lease or contract, then you must File and serve upon counsels for the SunCal Plan Proponents (at the address on the upper left hand corner of the caption page) a written objection by fourteen days before the Confirmation Hearing. An objection to the Cure Amount must also set forth the amount you contend to be the correct Cure Amount and contain evidence to support such amount. Failure to timely File an objection as provided herein shall be deemed consent to the proposed assumption and assignment and to the Cure Amount and a waiver of any and all rights to challenge such assumption and assignment and the Cure Amount.

With respect to each executory contract and unexpired lease identified on the Schedule of Assumed and Assigned Agreements, if no dispute arises regarding the Cure Amount, adequate

1    assurances, or some other matter related to the assumption of the executory contact or unexpired

2    lease, then the Cure Amount set forth in the schedule of Assumed and Assigned Agreements shall

3    be paid to the applicable non-debtor party in Cash on the Effective Date or as soon as reasonably

4    practicable thereafter. If a dispute arises regarding (a) whether the proposed assignee has provided

5    adequate assurance of future performance of an executory contract or unexpired lease to be

6    assumed, or (b) any other matter pertaining to a proposed assumption and assignment, the Cure

7    Amount will be paid on the later of (1) the Effective Date or as soon as practicable thereafter, or

8    (2) within thirty (30) days after entry of a Final order resolving the dispute and approving the

9    assumption and assignment; provided, however, if a dispute arises regarding any of the foregoing,

10   the SunCal Plan Proponents reserve, for themselves and the Plan Trustee, the right to completely

11   forego assumption and assignment of and, instead, reject the subject executory contract or

12   unexpired lease.

13        If a party to an executory contract or unexpired lease identified on the Schedule of

14   Assumed and Assigned Agreements files an objection disputing the Cure Amount, then the SunCal

15   Plan Proponents may amend the Schedule of Assumed and Assigned Agreements at any time prior

16   to the Confirmation Hearing to delete the subject executory contract or unexpired lease and

17   provide for its rejection. Executory contracts or unexpired leases not so deleted shall be

18   conditionally assumed, subject to the SunCal Plan Proponents' and/or the Plan Trustee's right to

19   file a Motion to determine the appropriate Cure Amount up to the first (1st) Business Day that is at

20   least sixty (60) days following the Effective Date. The SunCal Plan Proponents and/or the Plan

21   Trustee will serve any such Motion on the party to the executory contract or unexpired lease

22   affected by the Motion (or its attorneys, if any). If the SunCal Plan Proponents and Plan Trustee

23   does not file a Motion to determine the appropriate Cure Amount, then the executory contract or

24   unexpired lease shall be assumed and assigned, as of the Effective Date, and the Cure Amount

25   shall be the alternative Cure Amount asserted by the non-debtor party to the subject executory

26   contract or unexpired lease in its objection to the Plan. The Cure Amount shall be paid as soon as

27   reasonably practicable following the expiration of the 60-day deadline.

28

1    If the SunCal Plan Proponents or the Plan Trustee files a Motion to determine the

2    appropriate Cure Amount, then the SunCal Plan Proponents and/or Plan Trust shall have the right

3    to amend the Schedule of Assume and Assigned Agreements to completely forego assumption and

4    assignment of and, instead, reject the subject executory contract or unexpired lease up to the first

5    (1st) Business Day that is at least fifteen (15) days after the entry of an order fixing the Cure

6    Amount. The SunCal Plan Proponents and/or Plan Trustee will provide notice of any amendment

7    to the Schedule of Assumed and Assigned Agreements to the party to the executory contract or

8    unexpired lease affected by the amendment. If the SunCal Plan Proponents and/or Plan Trustee

9    has filed such a Motion and does not timely amend the Schedule of Assumed and Assigned

10   Agreements within fifteen (15) days after entry of an order fixing the Cure Amount, then the

11   executory contract or unexpired lease shall be assumed and assigned, as of the Effective Date, and

12   the Cure Amount shall be fixed as the Cure Amount ordered by the Court. The Cure Amount as

13   soon as reasonably practicable following the expiration of the 15-day deadline.

14   DATED: September 26, 2011        **WINTHROP COUCHOT**
                                      **PROFESSIONAL CORPORATION**
15

16                                   By:___ */s/ Paul J. Couchot*_____
                                          Paul J. Couchot, Esq.
17                                        General Insolvency Counsel for Voluntary Debtors,
                                          Palmdale Hills Property, LLC, et. al.
18

19

20

21

22

23

24

25

26

27

28

## ACTON ESTATES, LLC

## CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Joseph Scarlatella & Wendy Scarlatella | Agreement and Grant of License between Acton Estates LLC and Joseph Scarlatella, dated March 3, 2007 | $0 |
| Ronald E. Gue & Linda L. Gue | Entry Permit between Ronald E. Gue and Linda L. Gue and Acton Estates, LLC, dated April ___, 2007 [unexecuted] | $0 |
| John Kestler & Vick Kestler | Agreement and Grant of License between Acton Estates LLC and John Kestler and Vick Kestler, dated January 31, 2007 | $0 |
| Gil Drory | Agreement between Acton Estates, LLC and Gil Drory, dated February 28, 2007 | $0 |
| Robert L. Mearns & Linda L. Mearns | Entry Permit between Robert L. Mearns and Linda L. Mearns and Acton Estates, LLC, dated April ___, 2007 [unexecuted] | $0 |
| Nathaniel Rogue & Susan J. Rogue | Entry permit agreement; Grantee | $0 |
| Pete Galindo, Sr. & Margaret Galindo | Agreement regarding acceptance of drainage from Acton property and indemnifies Developer. Obligates Galindo to maintain improvements constructed by Developer unless the obligation is discharged by the County of LA; Developer | $0 |
| Gary Burlesan & Mary E. Burlesan | Entry permit agreement; Grantee | $0 |
| Southern California Edison Company | SCE Utility easement agreement; Grantor | $0 |
| California Department of Fish & Game | Streambed Agreement 0322, Streambed Agreement 0134 | $0 |
| Casden Properties | Streambed Agreement 0134 | $0 |
| Land Tech Engineering | Land Tech Contract | $0 |
| Wildscape Restoration, Inc. | Wildscape Contract | $0 |
| Glenn Lukos Associates, | Glenn Lukos Contract | $0 |

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Inc. | | |
| L.A. Group Inc. | L.A. Group Contract | $0 |
| HMK Engineering, Inc. | HMK Contract | $0 |
| A.G.I. Geotechnical | A.G,I. Contract | $0 |
| Storm Water Resources, LLC | Storm Water Contract | $0 |
| Casden Properties, LLC | Forest Agreement | $0 |
| USDA Forest Service | Forest Agreement | $0 |
| Southern California Edison Company | SCE Contracts | $0 |
| Nathaniel Roque & Susan J. Roque | Roque Agreement | $0 |
| Canyon Country Development | Water Agreement | $0 |
| Coastfed Properties | Water Agreement | $0 |
| FN Projects, Inc. | Water Agreement | $0 |
| Griffin Homes | Water Agreement | $0 |
| Larwin Company | Water Agreement | $0 |
| Paul Lawson | Water Agreement | $0 |
| Jack L. Randall, Inc. | Water Agreement | $0 |
| The Summit at Acton | Water Agreement | $0 |
| Los Angeles County Waterworks District No. 37 | Water Agreement | $0 |
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement, signed on August 25, 2008 (assumption only) | $0 |

## SUNCAL BICKFORD RANCH, LLC

## CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Placer County Water Agency | Master Facilities Agreement between Placer County Water Agency and SunCal Bickford Ranch, LLC, dated December 11, 2006 | $0 |
| Placer County Water Agency | Placer County Water Agency Facilities Agreement No. 1815 between Placer County Water Agency and SunCal Bickford Holdings LLC, dated May 8, 2007 [unexecuted] | $0 |
| Placer County Water Agency | Placer County Water Agency Facilities Agreement No. 2257 between Placer County Water Agency and SunCal Bickford Ranch, LLC, signed on January 5, 2006 and December 12, 2005 | $0 |
| County of Placer | Subdivision Monument Agreement by and between the County of Placer and SunCal Bickford Ranch LLC dated June 26, 2007 and recorded July 5, 2007, as Instrument No. 2007-0067407-00 | $0 |
| County of Placer | Agreement of Purchase and Sale of Surplus Real Property SunCal Bickford Ranch LLC between the County of Placer and SunCal Bickford Ranch LLC dated July 23, 2007 and approved by County Counsel on August 17, 2007 | $0 |
| Martin Felleto | Agreement to transfer 5 acres of land; Developer | $0 |
| State Department of Toxic Substances Control | Agreement Operation and Maintenance Bickford Ranch, DCN 31, Placer County, California between Bickford Holdings, LLC and the State Department of Toxic Substances Control, dated April 27, 2005 | $0 |
| County of Placer | Development Agreement by and between the County of Placer and Bickford Holdings, LLC, dated December 18, 2001, recorded March 6, 2003 as Instrument No. 2003-0034236 | $0 |
| Wildlands, Inc. | Agreement for Sale of Vernal Pool Mitigation Credits Creation Component Service File No. 1-1-99-F-0040 between Wildlands, Inc. and Bickford Holdings LLC, dated September 4, 2002, and Agreement for Sale of Vernal Pool Preservation Credits Preservation Component between Wildlands, Inc. and Bickford Holdings LLC, | $0 |

| Counter Party | Description of Contract | Cure |
|---|---|---|
| | dated September 4, 2002 | |
| Director of Technical Services, Placer County Water Agency | Master Water Agreement; Water Agreements 1815, 2257, 1611, 1627, 1814 and 1816 | $0 |
| State of California Department of Fish & Game | Streambed Agreement | $0 |
| Bickford Holdings, LLC | Streambed Agreement; Environmental Covenant; Maintenance Agreement; Mitigation Credits Agreements; Sierra Settlement | $0 |
| Bickford Holdings, LLC | Bickford PSA | $0 |
| Bickford Holdings, LLC | Conservation Easement; Phillips MOU | $0 |
| Bickford Holdings, LLC | Assignment and Assumption Agreement relative to Bickford Ranch Development Agreement; Assignee | $0 |
| Department of Toxic Substances Control, Northern California – Central Cleanup Operations Branch | Environmental Covenant; Maintenance Agreement | $0 |
| County of Placer | Development Agreement; Subdivision Agreements | $0 |
| County of Placer Department of Facilities Services | County PSA | $0 |
| Wildlife Heritage Foundation | Conservation Easement | $0 |
| Town of Loomis | Loomis Settlement | $0 |
| Calpo Hom & Dong Architects, Inc. | Calpo Contract | $0 |
| CH2M | CH2M Contract | $0 |
| Construction Protective Services | Construction Contract | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Development Planning and Financing Group, Inc. | DPFG Contract | $0 |
| Economic and Planning Systems | EPS Contract | $0 |
| ECORP Consulting, Inc. | ECORP Contract | $0 |
| Fehr & Peers Associates, Inc. | Fehr Contract | $0 |
| Frayji Design Group, Inc. | Frayji Contract; SunCal/Frayji Contract | $0 |
| Laer Pearce & Associates | Laer Contract | $0 |
| Land Architecture, Inc. | Land Contract | $0 |
| Landwatch Incorporated | Landwatch Contract | $0 |
| Lu Restoration Nursery | Lu Contract | $0 |
| MacCay & Somps Civil Engineers, Inc. | MacCay Contract | $0 |
| MHM Engineers & Surveyors | MHM Contract | $0 |
| Michael Madden Associates | Madden Contract | $0 |
| Murray, Smith & Associates Engineering, Inc. | Murray Contract | $0 |
| Patricia Login & Associates | Logan Contract | $0 |
| Jase Pierce dba Pierce's Security | Pierce Contract | $0 |
| PSOMAS | PSOMAS Contract | $0 |

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Rick Windmiller | Windmiller Contracts | $0 |
| Sanders & Associates Geostructural Engineering, Inc. | Sanders Contract | $0 |
| Sign Connection, Inc. | Sign Connection Contract | $0 |
| Susan C. Rohan | Rohan Contract | $0 |
| The Tait Group, Inc. | Tait Contract | $0 |
| Wallace-Kuhl & Associates, Inc. | Wallace Contracts | $0 |
| Waterworks Aquatic Management, Inc. | Waterworks Contract | $0 |
| Williams + Paddon Architects | Williams Contract | $0 |
| Wiredhat Interactive | SC/Wiredhat Contract; SunCal/Wiredhat Contract | $0 |
| A.D. Strand Excavating, Inc. | A.D. Contract | $0 |
| American Landscape & Concrete Contractors, Inc. | American Landscape Contract | $0 |
| Far West Construction, Inc. | Far West Contract | $0 |
| Subdivision Acceptance Company, Inc. | Subdivision Contract | $0 |
| Valley Utility Services | Valley Contract | $0 |
| George E. Phillips | Phillips MOU | $0 |
| Wildlands, Inc. | Agreement for Sale of Vernal Pool Mitigation Credits Creation Component; Project Proponent | $0 |
| Wickland Properties | Water Agreements 1611 and 1627 | $0 |

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Sierra Club | Sierra Settlement | $0 |
| Sierra Foothill Audobon Society | Sierra Settlement | $0 |
| California Oaks Foundation | Sierra Settlement | $0 |
| U.S. Home Corporation | Sierra Settlement | $0 |
| USH Bickford LLC | Sierra Settlement | $0 |
| Martin Feletto | Agreement: Transfer of 5 Acres | $0 |
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement, signed on August 25, 2008 (assumption only) | $0 |

## PALMDALE HILLS PROPERTY, LLC

## CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| City of Palmdale | Development Agreement between the City of Palmdale and Ritter Park Associates, dated June ___, 1992, effective as of July 10, 1992 and recorded October 9, 1992 as Instrument No. 92-1885519; First Amendment to Development Agreement between the City of Palmdale and Ritter Ranch Company (successor in interest to Ritter Park Associates) dated September 9, 1995 and recorded December 19, 1995 as Instrument No. 95-2019687 | $0 |
| City of Palmdale | Development Plan Agreement between the City of Palmdale, for itself and on behalf of the City of Palmdale Community Facilities District No. 93-1 (Ritter Ranch), and Palmdale Hills Property, LLC dated September ___, 2004 | $0 |
| City of Palmdale | Subdivision Improvement Agreement between the City of Palmdale and Palmdale Hills Property, LLC, executed by Palmdale Hills Property, LLC on December 11, 2006 and effective December 21, 2006 | $0 |
| City of Palmdale | Subdivision Improvement Agreement (on Ritter Ranch Sewer Lift Station) between the City of Palmdale and Palmdale Hills Property, LLC on March 5, 2007 and effective April 18, 2007 | $0 |
| City of Palmdale | Subdivision Improvement Agreement (on Final Tract Map No. 51508-1) between the City of Palmdale and Palmdale Hills Property, LLC, executed by Palmdale Hills Property, LLC on April 17, 2007 and effective April 23, 2007 | $0 |
| City of Palmdale | Subdivision Improvement Agreement (on BioBasin GD-07-20) between the City of Palmdale and Palmdale Hills Property, LLC, executed by Palmdale Hills Property, LLC on June 18, 2007 and effective June 25, 2007 | $0 |
| City of Palmdale | Subdivision Improvement Agreement (on 51508 Phase 3) between the City of Palmdale and Palmdale Hills Property, LLC, executed by Palmdale Hills Property, LLC on June 21, 2007 and effective June 25, 2007 | $0 |
| City of Palmdale | Subdivision Improvement Agreement (on Waterwheel Entry Monument GD 07-14, Tract 51508-01) between the City of Palmdale and Palmdale Hills Property, LLC, | $0 |

| Counter Party | Description of Contract | Cure |
|---|---|---|
| | executed by Palmdale Hills Property, LLC on July 19, 2007 and effective August 1, 2007 | |
| City of Palmdale | Subdivision Improvement Agreement (Tract 51508-01, Recreation Center) between the City of Palmdale and Palmdale Hills Property, LLC, executed by Palmdale Hills Property, LLC on September 24, 2007 and effective October 1, 2007 | $0 |
| City of Palmdale | Agreement for Property Transfer and Street Improvements between the City of Palmdale and Palmdale Hills Property, LLC, dated April 4, 2007 and effective July 23, 2007; Amendment No. 1 to Agreement No. A-17356 between the City of Palmdale and Palmdale Hills Property, LLC for Property Transfer and Street Improvements dated October 17, 2007 and effective November 7, 2007 | $0 |
| Joshua Ranch Development, Inc. | License Agreement between Joshua Ranch Development, Inc. and Palmdale Hills Property, LLC, dated June 20, 2007 | $0 |
| Los Angeles County Waterworks District No. 40, Antelope Valley | Amended and Restated Water System Agreement between Los Angeles County Waterworks District No. 40, Antelope Valley and Palmdale Hills Property, LLC dated August 15, 2006 | $0 |
| Pacific Bell Telephone Company | Residential Subdivision Trench and USS Agreement between SunCal Companies and Pacific Bell Telephone Company re Ritter Ranch, executed August 1, 2006 | $0 |
| Antelope Valley Union High School District | Agreement for Mitigation of School Facility Impacts by and between Antelope Valley Union High School District and Ritter Park Associates dated January 23, 1995 and recorded February 8, 1995 as Instrument No. 95-212502 | $0 |
| Westside Union School District | Agreement between the Westside Union School District and Ritter Park Associates, executed December 9, 1991 and December 23, 1991; First Amendment to Agreement dated October 14, 1993 | $0 |
| City of Palmdale | Subdivision Improvement Agreement (on Final Tract Map No. 51508, GD94-16) between the City of Palmdale and Palmdale Hills Property, LLC, executed by Palmdale Hills Property, LLC on January 7, 2005 and effective March 14, 2005 | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

| Counter Party | Description of Contract | Cure |
|---|---|---|
| City of Palmdale | Subdivision Improvement Agreement (on Final Tract Map No. 51508-01, 94-16) between the City of Palmdale and Palmdale Hills Property, LLC, executed by Palmdale Hills Property, LLC on January 26, 2005 and effective April 18, 2005 | $0 |
| City of Palmdale | Subdivision Improvement Agreement (on Ritter Ranch Elizabeth Lake Road, GD-95-9) between the City of Palmdale and Palmdale Hills Property, LLC, executed by Palmdale Hills Property, LLC on April 26, 2005 and effective May 9, 2005 | $0 |
| City of Palmdale | Subdivision Improvement Agreement (on Ritter Ranch 51508 Bio Basin, GD-05-103) between the City of Palmdale and Palmdale Hills Property, LLC, executed by Palmdale Hills Property, LLC on February 8, 2006 and effective March 20, 2006 | $0 |
| City of Palmdale | Subdivision Improvement Agreement (on Ritter Ranch Waterwell Entry Monument GD07-14) between the City of Palmdale and Palmdale Hills Property, LLC, executed by Palmdale Hills Property, LLC on July 19, 2007 and effective August 1, 2007 | $0 |
| Alfredo & Martha Stephani | Letter of Intent for Palmdale Hills Property, LLC to dedicate as Drainage Easement; Buyer | $0 |
| RR Property Holdings, LLC | Development Plan Agreement; Developer | $0 |
| City Engineer, City of Palmdale | Subdivision Improvement Agreement (Grading); Subdivider | $0 |
| City Engineer, City of Palmdale | Subdivision Improvement Agreement (Elizabeth Lake Road – Street & Drainage); Subdivider | $0 |
| City Engineer, City of Palmdale | Subdivision Improvement Agreement (Grading 2nd Access Road); Subdivider | $0 |
| City Engineer, City of Palmdale | Subdivision Improvement Agreement (Sewer Lift Station); Subdivider | $0 |
| City Engineer, City of Palmdale | Subdivision Improvement Agreement (Grading Info Center); Subdivider | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

| Counter Party | Description of Contract | Cure |
|---|---|---|
| City Engineer, City of Palmdale | Subdivision Improvement Agreement (Bio Basin); Subdivider | $0 |
| City Engineer, City of Palmdale | Subdivision Improvement Agreement (Elizabeth Lake Road – Landscape); Subdivider | $0 |
| City Engineer, City of Palmdale | Subdivision Improvement Agreement (Street, Water & Grading); Subdivider | $0 |
| City Engineer, City of Palmdale | Subdivision Improvement Agreement (Waterwheel Monument); Subdivider | $0 |
| City Engineer, City of Palmdale | Subdivision Improvement Agreement (Grading Rec Center); Subdivider | $0 |
| Director of Public Works, City of Palmdale | Agreement for Property Transfer and Street Improvements; Developer | $0 |
| Greenfield Communications, Inc. | Residential Broadband Service Agreement | $0 |
| Joshua Ranch Development, Inc. | License Agreement; Developer | $0 |
| Los Angeles County Waterworks District No. 40, Antelope Valley | Settlement Agreement; Developer | $0 |
| Ritter Park Associates | Westside School Agreement; Antelope School Agreement; Dedication; Settlement Agreement; Development Agreement; Messer Easement | $0 |
| Ritter Ranch Company | Cooperation Agreement; KB Easement | $0 |
| AT&T | AT&T Contract; Trench Agreement | $0 |
| Mountains Recreation & Conservation Authority | Letter Agreement; Dedication | $0 |
| California Department of Fish & Game | Streambed Agreement | $0 |
| Greenfield Communications, Inc. | Broadband Agreement | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Bruce R. Slawson | Slawson Easement | $0 |
| Edward Roush Jr. & Sharon L. Roush | Roush Easement | $0 |
| Francisco de la Cruz & Antonieta de la Cruz | De la Cruz Easement | $0 |
| Lawrence D. Larry | Larry Easement | $0 |
| Alfonso Mijares & Norma Mijares | Mijares Easement | $0 |
| Antelope Valley – East Kern Water Agency | Water Permit | $0 |
| Alfredo & Martha Stephani | Stephani Agreement | $0 |
| Southern California Edison Company | SCE PSA | $0 |
| Frank & Cyndee Donato | Donato Agreement | $0 |
| Eric & Patricia Gordon | Gordon Agreement | $0 |
| Mark & Eileen Nelson | Nelson Agreement | $0 |
| Paul & Rita Zink | Zink Agreement | $0 |
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement signed on August 25, 2008 (assumption only) | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

## SUNCAL EMERALD MEADOWS, LLC

## CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Redevelopment Agency for the County of Riverside | Owner Participation and Disposition and Development Agreement | $0 |
| County of Riverside, Rubidoux 60 LLC ("Rubidoux"), Life Church of God in Christ ("Church"), et.al. | Cooperative Agreement with the County | $0 |
| Redevelopment Agency for the County of Riverside | Memorandum of Understanding | $0 |
| County of Riverside | Agreement for the Construction of Road | $0 |
| Jurupa Ditch | Purchase Agreement | $0 |
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement signed on August 25, 2008 (assumption only) | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

## TESORO SF, LLC

## CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Saugus Union School District | School Facilities Funding & Mitigation Agreement dated October 5, 2005, between SCC Acquisitions Inc. and William S. Hart Union High School District | $0 |
| William S. Hart Union High School District | School Facilities Funding & Mitigation Agreement dated October 5, 2005, between SCC Acquisitions Inc. and William S. Hart Union High School District | $0 |
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement signed on August 25, 2008 (assumption only) | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

## SCC COMMUNITIES LLC

## CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| KB Home Center Greater Los Angeles Inc. | Letter agreement regarding temporary placement of Joshua Trees; Owner | $0 |
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement signed on August 25, 2008 (assumption only) | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

## SUNCAL JOHANNSON RANCH, LLC
## CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement signed on August 25, 2008 (assumption only) | $0 |

**SUNCAL BEAUMONT HEIGHTS, LLC**

**CONTRACT ASSUMPTION AND ASSIGNMENTS**

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement signed on August 25, 2008 (assumption only) | $0 |

**SJD Partners, Ltd.**

**CONTRACT ASSUMPTION AND ASSIGNMENTS**

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement signed on August 25, 2008 (assumption only) | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

**SUNCAL TORRANCE, LLC**

**CONTRACT ASSUMPTION AND ASSIGNMENTS**

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Del Amo Fashion Center Operating Company, L.L.C. | Side Letter Agreement dated December 22, 2005 by and between Del Amo Fashion Center Operating Company, L.L.C. and SunCal Torrance Properties LLC regarding Declaration of Covenants, Conditions and Restrictions of approximately 16 Acre Parcel located in Torrance, CA | $0 |
| City of Torrance | Development Agreement dated April 6, 2004 by and between the City of Torrance and Del Amo Mills Limited Partnership, recorded on February 8, 2005 as Instrument No. 05-0299387 | $0 |
| Del Amo Fashion Center Operating Company, LLC | Easement Agreement & First Amendment; Owner | $0 |
| Federated Department Stores, Inc.; Bullock's; Carson-Madrona Co. and Torrance Company; Landina, Inc. | First Agreement Amending & Restating Easement Restriction & Operating Agreement; First & Second Amendments; Owner | $0 |
| Carson-Madrona Co. and Torrance Company; Landina, Inc.; Federated Department Stores, Inc.; Del Amo Fashion Center Operating Company, LLC; Macy's Department Stores, Inc.; J.C. Penney Corporation, Inc.; Sears, Roebuck & Co. | Cross Easement Agreement, First and Second Amendments; Owner | $0 |
| Del Amo Fashion Center Operating Company, Inc. | Easement Agreement (Del Amo Circle East); Owner | $0 |
| Del Amo Residual Operating Company, LLC | A&R Easement; Cross-Easement | $0 |
| Del Amo Mills Limited | Development Agreement | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Partnership | | |
| Resources Agency of California, Department of Conservation, Division of Oil, Gas, and Geothermal Resources | Well Permit | $0 |

## DELTA COVES VENTURE, LLC

## CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Sacramento Valley – Central Sierra Region | Agreement regarding proposed lake/stream alteration; Operator | $0 |
| Contra Costa County Public Works Department | Grant Deed of Development Rights; Owner | $0 |
| L&L Farms | Option Agreement; Optionee | $0 |
| CA Regional Water Quality Control Board | Letter from the Regional Water Quality Control Board containing permit conditions; Applicant | $0 |
| Top Grade Construction Inc. | Vendor Contract – Grading and Street Improvement | $0 |
| Contra Costa County | Drainage Improvement Agreement dated March 30, 2007 between Contra Costa County and Delta Coves Venture LLC for work on  Delta Coves Subdivision totaling $4,177,800.00 | $0 |
| Contra Costa County | Road Improvement Agreement dated March 30, 2007 between Contra Costa County and Delta Coves Venture LLC for work on Navigator's Place, Halcyon Place and Isle Place totaling $922,680.00 | $0 |
| Contra Costa County | Road Improvement Agreement dated March 30, 2007 between Contra Costa County and Delta Coves Venture LLC for work on Waterside Place and Edgewater Court totaling $663,300.00 | $0 |
| Contra Costa County | Road Improvement Agreement dated March 30, 2007 between Contra Costa County and Delta Coves Venture LLC for work on Sea Gate Place, Seaward Court and Grey Whale Place totaling $791,010.00 | $0 |
| Contra Costa County | Road Improvement Agreement dated March 30, 2007 between Contra Costa County and Delta Coves Venture LLC for work on Channel Place and Point Place totaling $758,340.00 | $0 |
| Contra Costa County | Road Improvement Agreement dated March 30, 2007 between Contra Costa County and Delta Coves Venture | $0 |

| Counter Party | Description of Contract | Cure |
|---|---|---|
| | LLC for work on Sea Drift Drive, Sea Meadow Court and Slough Place totaling $1,077,120.00 | |
| Contra Costa County | Road Improvement Agreement dated March 30, 2007 between Contra Costa County and Delta Coves Venture LLC for work on Shoreline Place totaling $361,350.00 | $0 |
| Contra Costa County | Road Improvement Agreement dated July 9, 2007 between Contra Costa County and Delta Coves Venture LLC for work on Windsweep Road totaling $1,915,283.00 | $0 |
| Contra Costa County | Road Improvement Agreement dated July 9, 2007 between Contra Costa County and Delta Coves Venture LLC for work on Sea Drift Drive (STA 55+93 - 114+33) totaling $4,489,194.00 | $0 |
| Contra Costa County | Subdivision Agreement dated March 30, 2007 between Contra Costa County and Delta Coves Venture LLC for work on Delta Coves Subdivision totaling $5,012,000.00 | $0 |
| Contra Costa County | Subdivision Agreement dated July 9, 2007 between Contra Costa County and Delta Coves Venture LLC for work on Delta Coves Dr., Edgewater Dr., Sandy Lane (STA 1+48 - 55+93), SD 6013 Subdivision totaling $5,104,992.00 | $0 |
| Bethel Island Municipal Improvement District | Resolution accepting maintenance responsibility for certain levees and the lagoon in the Delta Coves project subject to certain requirements with the Board of Bethel Island Municipal Improvement District | $0 |
| Board of Supervisors of the County of Contra Costa | Resolution of the Board of Supervisors declaring its intention to establish a CFD and authorize the levy of special taxes; Petition | $0 |
| Sacramento Valley – Central Sierra Region | Agreement regarding proposed lake/stream alteration; Operator | $0 |
| Contra Costa Local Agency | Delta Coves Boundary Reorganization; Resolution; Applicant/ Developer | $0 |
| L&L Farms | Conservation Easement; Developer | $0 |
| Contra Costa County Public Works Department | Grant Deed of Development Rights; Owner | $0 |

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Center for Natural Lands Management | Medford Island Habitat Area Management and Funding Agreement; Developer | $0 |
| L&L Farms | Option Agreement; Optionee | $0 |
| Ironhouse Sanitary District | Improvement Agreement for Sewer Facilities; Developer | $0 |
| LB/L DUC II Bethel Island, LLC | Assignment of Service Contracts and Intangible Property; Assignee | $0 |
| LB/L DUC II Bethel Island, LLC | Grant Deed; Grantee | $0 |
| Contra Costa County | Offer of Dedication for roadway purposes; Developer | $0 |
| Department of the Army, Corps of Engineers; California State Historic Preservation Office; Advisory Council on Historic Preservation | Programmatic Agreement among the US Army Corps of Engineers, CA State Historic Preservation Officer, Advisory Council on Historic Preservation and Delta Coves member regarding issuance of a Section 404 Clean Water Act permit; permitee | $0 |
| CA Regional Water Quality Control Board | Letter from the Regional Water Quality Control Board containing permit conditions; Applicant | $0 |
| Delta Coves L.P. | DOA Permit; Streambed Agreement; 401 Certification; 404 Agreement | $0 |
| Center for Natural Lands Management, Inc. | Funding Agreement, Conservation Easement | $0 |
| Medford Island Reclamation District No. 2041 | Funding Agreement; Conservation Easement | $0 |
| L&L Farms, LLC | Funding Agreement; Conservation Easement; Option Agreement | $0 |
| State of California Department of Fish & Game | Streambed Agreement | $0 |
| LB/L DUC III Bethel | Mitigation Credits Agreement; Grant Deed; Assignment of | $0 |

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Island LLC | Contracts | |
| United States Department of the Interior, Fish & Wildlife Service | Mitigation Credits Agreement | $0 |
| California Regional Water Quality Control Board | 401 Certification | $0 |
| California State Historic Preservation Officer | 404 Agreement | $0 |
| Advisory Council on Historic Preservation | 404 Agreement | $0 |
| Bethel Island Municipal Improvement Agreement | Levee Agreement | $0 |

## SUNCAL HEARTLAND, LLC

### CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| City of Beaumont | Development Agreement by and between the City of Beaumont and Heartland Beaumont California L.T.D., dated and recorded on December 9, 1993 as Document No. 490898 | $0 |
| City of Beaumont | Agreement to Provide Security for Improvements for Tract Map or Parcel Map or Plot Plan (No. 27971-1) dated October 17, 2007 by and between the City of Beaumont and SunCal Heartland, LLC and Agreement to Provide Security for Improvements for Tract Map or Parcel Map or Plot Plan (No. 27971) dated November 1, 2007 by and between the City of Beaumont and SunCal Heartland, LLC | $0 |
| City of Beaumont | Security Agreement dated March __, 2006 [undated] by and between SunCal Heartland, LLC and the City of Beaumont | $0 |
| PCG-Heartland II, L.P. | Construction Access and Temporary Roadway Easement Agreement dated April 26, 2006 by and between SunCal Heartland, LLC and PCG Heartland II, L.P. | $0 |
| Union Pacific Railroad Company & City of Beaumont | New Public Road Crossing Developer's Agreement undated by and among Union Pacific Railroad Company, SunCal Heartland, LLC and the City of Beaumont | $0 |
| Questar Southern Trails Pipeline Company | Pipeline Relocation Agreement dated January 11, 2005 by and between Questar Southern Trails Pipeline Company and SunCal Heartland, LLC | $0 |
| Contech Bridge Solutions, Inc., division of Steadfast Bridges | Bridge Purchase Agreement; Purchaser | $0 |
| City Attorney, City of Beaumont | MOU | $0 |
| City Attorney, Riverside, CA | Streambed Security Agreement | $0 |
| California Regional Water Quality Control | 401 Certification | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Board | | |
| Department of the Army, Corps of Engineers | DOA Permit | $0 |
| State Water Resources Control Board | NOI | $0 |
| Department of Fish & Game | Streambed Agreement | $0 |
| PCG Heartland II LP | Construction Easement | $0 |
| Questar Southern Trails Pipeline Company | Pipeline Agreement | $0 |
| Contech Bridge Solutions Inc. | Bridge Agreement | $0 |
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement signed on August 25, 2008 (assumption only) | $0 |

## SUNCAL MARBLEHEAD, LLC

## CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| City of San Clemente | Development Agreement for Marblehead Coastal Property dated October 2, 1998 by and between the City of San Clemente and Mt. No. I, LLC, recorded on October 2, 1998 under File No. 19980667761 | $0 |
| City of San Clemente | Implementation Agreement for Development Agreement for Marblehead Coastal Property dated January 1, 2007 by and between the City of San Clemente and SunCal Marblehead, LLC | $0 |
| City of San Clemente | Subdivision Improvement Agreement between the City of San Clemente and SunCal Marblehead LLC dated June 21, 2005 | $0 |
| City of San Clemente | City of San Clemente Community Facilities District Acquisition Agreement dated January 1, 2007 by and between the City of San Clemente and SunCal Marblehead, LLC regarding the City of San Clemente Community Facilities District No. 2006-1 | $0 |
| City of San Clemente | Marblehead Coastal Maintenance Agreement dated May 3, 2006 by and between SunCal Marblehead LLC and the City of San Clemente, recorded on May 4, 2006 as Document No. 2006000302381 | $0 |
| City of San Clemente | Agreement to Implement the Affordable Housing Program of the City of San Clemente Marblehead Coastal Development (Tract Map #8817) dated June 21, 2006 by and between SunCal Marblehead, LLC and the City of San Clemente | $0 |
| Center for Natural Lands Management, Inc. | Marblehead Coastal Management Agreement and Conservation Easement dated April 25, 2006 by and between SunCal Marblehead, LLC and the Center for Natural Lands Management, Inc., recorded on May 9, 2006 as Document No. 2006000310800 | $0 |
| Capistrano Unified School District | Reciprocal License Agreement dated September 10, 2007 by and between the Capistrano Unified School District and SunCal Marblehead LLC; | $0 |
| Capistrano Unified | Mitigation Agreement dated May 1, 1999 by and between | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

| Counter Party | Description of Contract | Cure |
|---|---|---|
| School District | Capistrano Unified School District and MT NO. 1, LLC | |
| Southern California Gas Company | Southern California Gas Company Collectible Work Authorization 1664234 dated April 24, 2006, for SunCal Companies | $0 |
| The Gas Company/Sempra Energy | Line Extension Contract 73818 for Tract 8817 Residential Approach Main, Project Located At Avenida Vista Hermosa Avd. Pico, City of San Clemente, Orange County, CA dated May 4, 2006, by and between The Gas Company/Sempra Energy and SunCal Marblehead LLC | $0 |
| The Gas Company/Sempra Energy | Line Extension Contract 88529 for Tract 8817 Residential, Single Family, Project Located At Avd. Costa Azul and Avd. Vista Hermosa, City of San Clemente, Orange County, CA, Lots 78-120 dated August 28, 2006, by and between The Gas Company/Sempra Energy and SunCal Marblehead LLC | $0 |
| The Gas Company/Sempra Energy | Line Extension Contract 88532 for Tract 8817, Residential, Single Family, Project Located At Via Artemesia an d Avd. Costa Azul, City of San Clemente, Orange County, CA, Lots 121-182 dated September 5, 2006, by and between The Gas Company/Sempra Energy and SunCal Marblehead LLC | $0 |
| The Gas Company/Sempra Energy | Line Extension Contract 100385 for Tract 8817, Residential, Single Family, Project Located at Via Galica/Via Cantabria and Avenida Costa Azul, City of San Clemente, Orange County, CA, Lots 183-313 dated September 19, 2006, by and between The Gas Company/Sempra Energy and SunCal Marblehead LLC | $0 |
| The Gas Company/Sempra Energy | Line Extension Contract 109193 for Tract 8817 Residential,  Bridge, Project Located at Avenida Vista Hermosa and Adv. Pico, City of San Clemente, Orange County, CA dated April 9, 2007, by and between The Gas Company/Sempra Energy and SunCal Marblehead LLC | $0 |
| The Gas Company/Sempra Energy | Line Extension Contract 88532 for Tract 8817, Residential, Single Family, Project Located at Avd. Vista Hermosa and Avd. Pico, City  of San Clemente, Orange County, CA, Lots 1-77 dated July 16, 2007, by and between The Gas Company/Sempra Energy and SunCal Marblehead LLC | $0 |

| Counter Party | Description of Contract | Cure |
|---|---|---|
| The Gas Company/Sempra Energy | Pipeline Extension Contract 88552, Residential, Single Family, Project Located at Avd. Vista Hermosa and Avd. Pico, City of San Clemente, Orange County, CA, Lots 1-77 dated July 25, 2006, by and between Gas Company/Sempra Energy and SunCal Marblehead LLC | $0 |
| Cox Communications Orange County | Wiring Agreement for Tract 8817 Lots 183-313 dated August 17, 2006, by and between COXCOM, INC., d/b/a Cox Communications Orange County and SunCal Marblehead LLC | $0 |
| AT&T California (formerly SBC) | Application and Letter of Agency for Custom Work dated September 12, 2006, by and between SunCal Companies and AT&T California (formerly SBC) | $0 |
| City of San Clemente | Assignment, Assumption and Indemnification Agreement dated March 16, 2006 by and between SunCal Marblehead LLC and the City of San Clemente, recorded on March 21, 2006 under File No. 2006000184557 | $0 |
| Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints | Development Agreement dated May __, 2006 [undated] by and between SunCal Marblehead, LLC and Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints | $0 |
| Department of the Army, Corps of Engineers | DOA Permit; CNLM Agreements; Conservation Agreements; Arch/Corps Bond | $0 |
| Center for Natural Lands Management | CNLM Agreements; Conservation Easement | $0 |
| Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, Real Estate Division | CPB Agreement | $0 |
| California Department of Fish & Game | Streambed Agreement; CNLM Agreements; Conservation Agreement; HLMP Letter | $0 |
| Mt. No. I, LLC | Development Agreement; School Agreement; DOA Permit; Streambed Agreement; 401 Cetification; Entitlements Assessment; Coastal Permit | $0 |

| Counter Party | Description of Contract | Cure |
|---|---|---|
| California Regional Quality Water Control Board | 401 Certification | $0 |
| California Coastal Commission | Coastal Permit; Coastal Permit Agreement | $0 |
| San Diego Gas & Electric | Power Line Agreement | $0 |
| San Diego Gas & Electric | Agreement for Replacement of Overhead with Underground Facilities, Calle Los Molinos Conversion between San Diego Gas & Electric and SunCal Marblehead, LLC dated June 6, 2006 | $0 |
| San Diego Gas & Electric | Superseding Agreement for Replacement of Overhead with Underground Facilities, Calle Los Molinos Conversion between San Diego Gas & Electric and SunCal Marblehead, LLC dated March 8, 2007 superseding the Agreement dated June 6, 2006 | $0 |
| San Diego Gas & Electric | Agreement for Replacement of Overhead with Underground Facilities, Calle Los Molinos Conversion between San Diego Gas & Electric and SunCal Marblehead, LLC dated June 27, 2007 superseding the Agreement dated March 8, 2007 | $0 |
| San Diego Gas & Electric | Agreement for Extension and Construction of Overhead/ Underground Electric and Gas Facilities (Marblehead Coastal AVCH Backbone & bridge) between San Diego Gas & Electric and SunCal Marblehead, LLC dated October 2, 2006 | $0 |
| San Diego Gas & Electric | Agreement for Extension and Construction of Overhead/ Underground Electric and Gas Facilities (Marblehead Coastal Lots 1-77/Phase 2) between San Diego Gas & Electric and SunCal Marblehead, LLC dated July 25, 2007 | $0 |
| San Diego Gas & Electric | Supplemental Agreement for Extension and Construction of Overhead/Underground Electric and Gas Facilities (Marblehead Coastal Lots 78-120/Phase 3) between San Diego Gas & Electric and SunCal Marblehead, LLC dated September 11, 2007 | $0 |
| San Diego Gas & | Supplemental Agreement for Extension and Construction | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Electric | of Overhead/Underground Electric and Gas Facilities (Marblehead Coastal Lots 78-120/Phase 3) between San Diego Gas & Electric and SunCal Marblehead, LLC dated November 6, 2007 | |
| San Diego Gas & Electric | Agreement for Extension and Construction of Overhead/ Underground Electric and Gas Facilities (Marblehead Coastal Lots 121-182/Phase 4) between San Diego Gas & Electric and SunCal Marblehead, LLC dated July 25, 2007 | $0 |
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement signed on August 25, 2008 (assumption only) | $0 |

## LB/L SUNCAL OAK VALLEY, LLC
## CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| The Southern California Section of the Professional Golfer's Association of America, Inc. & SCPGA Golf Properties, Inc. | Settlement and Mutual Release dated December 3, 2007 by and among The Southern California Section of the Professional Golfer's Association of America, Inc., SCPGA Golf Properties, Inc., and LB/L-SunCal Oak Valley LLC | $0 |
| Beaumont-Cherry Valley Water District | Agreement dated May 3, 2005 by and between the Beaumont-Cherry Valley Water District and Fairway Canyon Community Association, recorded on May 20, 2005 as File No. 2005-0403763 | $0 |
| City of Beaumont | Development Agreement dated November 18, 2003 by and between the City of Beaumont and LB/L-SunCal Oak Valley LLC, recorded on February 26, 2004 as Document No. 2004-0131329 | $0 |
| Fairway Canyon Development, LLC | Profit Participation Agreement (Fairway Canyon/Planning Areas 1, 2A, 2B, 3A, 3B, 4, 6, 7B AND 11A) dated August 15, 2006 by and between LB/L-SunCal Oak Valley LLC and Fairway Canyon Development, LLC (together with the next two items, the "Fairway Participation Agreements") | $0 |
| SunCal Oak Valley, LLC | Improvement Agreement | $0 |
| City of Beaumont | Development Agreement; Annexation Agreement; Improvement Agreement; Beaumont/Safeguard Bonds; Beaumont/Arch Bonds; Annexation Settlement | $0 |
| Oak Valley Partners LP | Annexation Agreement; Annexation Settlement; Golf Development Agreement Assignment | $0 |
| Pardee Homes | Annexation Agreement; Annexation Settlement | $0 |
| Beaumont-Cherry Valley Water District | Water Agreement; Water Bonds; Joint Financing Agreement; Water Settlement Agreement; Water Guaranty | $0 |
| State of California Department of Transportation | State Bond | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

| Counter Party | Description of Contract | Cure |
|---|---|---|
| City of Calimesa | Calimesa Bonds; Annexation Settlement | $0 |
| SCC/Oak Valley LLC | Calimesa Bonds; Corps Bond; Beaumont/Arch Bonds | $0 |
| Department of the Army, Corps of Engineers | Corps Bond | $0 |
| Mike Turner SunCal Companies | Streambed Permit; 401 Certification | $0 |
| State of California Department of Fish & Game | Streambed Permit | $0 |
| California Regional Water Quality Control Board | 401 Certification | $0 |
| City of Beaumont | Joint Financing Agreement | $0 |
| Yucaipa Valley Water District | Water Settlement Agreement | $0 |
| SCPGA Golf Properties, Inc. | Golf Settlement | $0 |
| Southern California Section of Professional Golfers' Association of America, Inc. | Gift Deed, Golf Settlement | $0 |
| Lennar Homes of California | Lennar PSA; Lennar Participation Agreement; Fairway Assignment | $0 |
| DR Horton Los Angeles Holding Company, Inc. | Horton PSA; Horton Participation Agreement | $0 |
| Beaumont Oak Valley LP | Beaumont PSA; Beaumont Participation Agreement | $0 |
| MBK Homes, Ltd. | MBK PSA | $0 |
| Standard Pacific Corp | SPC PSA; SPC Participation Agreement | $0 |

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Fairway Canyon Development LLC | Fairway PSA; Fairway Participation Agreement | $0 |
| KB Home Coastal Inc. | KB PSA | $0 |
| BIA Riverside Sign Program | BIA Sign | $0 |
| Southern California Section of the Professional Golfers Association of America | Gift Deed, recorded on December 28, 2000, as instrucment no. 2000-516795; Grantor | $0 |
| City of Beaumont | Pre-Annexation Agreement | $0 |
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement signed on August 25, 2008 (assumption only) | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

## SUNCAL PSV, LLC

## CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| City of Palm Springs | Subdivision Improvement Agreement dated December 18, 2006 and recorded February 16, 2007 as Instrument No. 2007-0113033, by and between City of Palm Springs and SunCal PSV LLC | $0 |
| Desert Water Agency | Agreement re: Developer Installed Water and/or Sanitary Sewer Facilities dated October 13, 2006 by and between SunCal PSV, LLC and Desert Water Agency | $0 |
| PS Venture Indian Canyon/San Rafael, LLC | Temporary Well License, Indemnity Agreement and Consent for Granting of Well License dated April 11, 2006 by and between SunCal PSV, LLC and PS Venture Indian Canyon/San Rafael, LLC | $0 |
| Southern California Edison Company | Contract for Extension of Electrical Distribution Line Rule No. 15 dated April 18, 2007 by and between SunCal PSV, LLC & Southern California Edison Company | $0 |
| Southern California Edison Company | Contract for Extension of Electrical Distribution Line Rule No. 15 dated February 27, 2007 by and between SunCal Companies and Southern California Edison Company | $0 |
| Verizon Communications Inc. | Buried Communication Agreement dated December 11, 2006 by and between Verizon Communications Inc. and SunCal PSV LLC | $0 |
| State Water Resources Control Board | WRCB Permit | $0 |
| Center for Natural Lands Management | Habitat Agreement | $0 |
| Lehman ALI, et.al. | Restructuring Agreement, dated May 23, 2008, and Settlement Agreement signed on August 25, 2008 (assumption only) | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

## SUNCAL OAK KNOLL, LLC

## CONTRACT ASSUMPTION AND ASSIGNMENTS

| Counter Party | Description of Contract | Cure |
|---|---|---|
| Verizon Wireless | Land Lease Agreement | $0 |
| Verizon Wireless | Memorandum of Lease Agreement | $0 |
| Department of Toxic Substances Control | Permanent EPA IDF number; Business Owner | $0 |
| United States of America, Department of the Navy | Quitclaim Deed; Grantee | $0 |

MAINDOCS-#167106-v3-PalmdaleContractChart.DOC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **SUNCAL PLAN PROPONENTS' SCHEDULE OF ASSUMED AND ASSIGNED AGREEMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 26, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 26, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Via Attorney Service**
Honorable Erithe Smith
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 26, 2011 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NEF SERVICE LIST**

1

2
- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
3
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
4
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
5
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
6
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Richard W Brunette    rbrunette@sheppardmullin.com
7
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
8
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
9
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
10
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
11
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
12
- Paul J Couchot    pcouchot@winthropcouchot.com,
  pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
13
- Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri    dabbieri@sullivan.com,
14
  hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
15
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
16
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
17
- Caroline Djang    cdjang@rutan.com
- Donald T Dunning    ddunning@dunningLaw.com
18
- Lynsey M Eaton    leaton@gglts.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
19
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lckvall@wgllp.com
20
- Richard W Esterkin    resterkin@morganlewis.com
- Don Fisher    dfisher@ptwww.com
21
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
22
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
23
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
24
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
25
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
26
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
27
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
28
- D Edward Hays    ehays@marshackhays.com

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;alevin@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@marshackhays.com
- Charles Liu    cliu@winthropcouchot.com
- Ben H Logan    blogan@omm.com
- John W Lucas    jlucas@pszjlaw.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Daryl G Parker    dparker@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Robert J Pfister    rpfister@ktbslaw.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com

-7-

1
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
2
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
3
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith    wendy@bindermalter.com
4
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
5
- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
6
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com,
7
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
8
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
9
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
10
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Marc J Winthrop    mwinthrop@winthropcouchon.com, pj@winthropcouchot.com
11
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
12
- Laurel R Zaeske    lzaeske@rusmiliband.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
13
- Marc A. Zimmerman    joshuasdaddy@att.net

14
                    E-MAIL SERVICE OF RESPONSE TO OBJECTIONS TO PLANS

15    Attorneys for New Anaverde, LLC – Filiberto Agusti and Joshua Taylor – fagusti@steptoe.com; jrtaylor@step.com

16    Attorneys for County of Alameda Treasurer-Tax Collector – Claude F. Kolm – claude.kolm.acgov.org

17

18

19

20

21

22

23

24

25

26

27

28

MAINDOCS-#167141-v1-SCC_Statement_Executory_Contracts.DOC