1 | Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
2 | Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
3 | 10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
4 | Telephone: 310/277-6910 / Facsimile: 310/201-0760

5 | Edward Soto (admitted *pro hac vice*)
Alfredo R. Perez (admitted *pro hac vice*)
6 | WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
7 | New York, NY 10153-0119
Telephone: (212) 310-8000 / Facsimile: (212) 310-8007

Attorneys for Lehman Commercial Paper Inc. and Lehman ALI,
Inc., Northlake Holdings LLC and OVC Holdings LLC

William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, California 92660
Telephone: (949) 999-2860 / Facsimile: (949) 999-2870

General Insolvency Counsel for Steven M. Speier,
the Chapter 11 Trustee for the Trustee Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>    Jointly Administered Debtors and<br>    Debtors-In-Possession.<br>_____<br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**NOTICE OF: (1) FILING OF SUPPLEMENT TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND SUBJECT LEHMAN CREDITORS;** |

DOCS_LA:244983.5 52063-001

| | |
|---|---|
| ☒ LB-L-SunCal Oak Valley, LLC<br>☒ SunCal Heartland, LLC<br>☒ LB-L-SunCal Northlake, LLC<br>☒ SunCal Marblehead, LLC<br>☐ SunCal Century City, LLC<br>☒ SunCal PSV, LLC<br>☒ Delta Coves Venture, LLC<br>☒ SunCal Torrance, LLC<br>☒ SunCal Oak Knoll, LLC | **AND (2) DEADLINE TO FILE ANY RESULTING CLAIMS FROM REJECTIONS OF EXECUTORY CONTRACTS OR UNEXPIRED LEASES**<br><br>**Confirmation Hearing**:<br>Date:  October 24, 2011<br>Time:  9:30 a.m.<br>Place:  Courtroom 5A |

**PLEASE TAKE NOTICE** that pursuant to the *Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors*, dated July 15, 2011 [Docket No. 2595] (the "Joint TD Plan"), on September 26, 2011, the Trustee and the Lehman Creditors filed the supplement to the Joint TD Plan (the "Plan Supplement") with the following documents:

| **Plan Supplement Documents** | | | |
|---|---|---|---|
| 1. | Forms of Grant Deed | 4. | Forms of Assignment of Development Rights |
| 2. | Forms of Bill of Sale | 5. | Exhibits "A-1" & "A-2" – Lists of Contracts and Leases |
| 3. | Forms of Assignment Agreement | 6. | Exhibit "C" – Easements, Covenants, Conditions, Restrictions and Other Matters of Record Affecting Real Property, Leasehold Estates or Personalty or Any Interest Therein |

These documents are available by contacting Michael Matteo at **310-277-6910** or mmatteo@pszjlaw.com or from the website of the Bankruptcy Court, which requires a login/password and a charge:  https://ecf.cacb.uscourts.gov/cgi-bin/login.pl.

**PLEASE TAKE FURTHER NOTICE** for only *counter-parties to executory contracts or unexpired leases:*

1. Contract Notice Already Served.  On September 22, 2011, the Trustee and Lehman Creditors served Item 5 identified in the chart above and a notice thereof (the "Contract Notice") on certain counter-parties, advising them, *inter alia*, of the executory contracts or unexpired leases proposed to be assumed and assigned and the time for objections to proposed cures.  Timely filed and properly served objections to proposed assumptions and assignments, rejections or cures will be considered at the confirmation hearing (the time, date and place of which are identified above).

2. Bar Date for Claims for Rejection Damages.  *If you are a counter-party to an executory contract or unexpired lease* and have not been notified that your executory contract or unexpired

lease has been proposed to be assumed and assigned as described in the Contract Notice and Exhibit "A-1" (or you did not receive the Contract Notice), then, absent amendment of such list, your <u>executory</u> contract or <u>unexpired</u> lease is being rejected under the Joint TD Plan and, to the extent you will have a Claim against a Debtor under the Lehman TD Plan for any damages or other amounts you claim are owing *with respect to rejection of your <u>executory</u> contract or <u>unexpired</u> lease* (a "<u>Rejection Damages Claim</u>"), for you to receive a distribution under the Joint TD Plan with respect to your Rejection Damages Claim, you must file with the Court and serve upon the Trustee and Lehman Creditors (though their counsel identified on page 1 hereof) a proof of such Claim no later than **October 24, 2011** if you received the Contract Notice and, otherwise, **October 26, 2011**, or you will be forever barred from (1) asserting any such Rejection Damages Claim against the TD Plan Debtors' Estates, Trustee, Liquidating Trustee or Lehman Released Parties and (2) sharing in any distribution under the Joint TD Plan with respect to such Rejection Damages Claim.  You may contract Mr. Matteo (contact information above) for assistance in locating a proof of claim form.

**PLEASE TAKE FURTHER NOTICE** that **October 7, 2011** is the last day to file with the Court and to serve on the Trustee and Lehman Creditors (through their counsel identified on page 1 hereof) any objections to the Plan Supplement.

Dated: September 26, 2011        PACHULSKI STANG ZIEHL & JONES LLP

By:    */s/ Robert B. Orgel*
Dean A. Ziehl (CA Bar No. 84529)
E-mail: dziehl@pszjlaw.com
Robert B. Orgel (CA Bar No. 101875)
E-mail: rorgel@pszjlaw.com
Attorneys for Lehman Commercial Paper Inc.,
Lehman ALI, Inc., Northlake Holdings LLC and
OVC Holdings LLC