1 | RONALD RUS, #67369
rrus@rusmiliband.com
2 | JOEL S. MILIBAND, #77438
jmiliband@rusmiliband.com
3 | LAUREL R. ZAESKE, #138510
lzaeske@rusmiliband.com
4 | CATHRINE M. CASTALDI, #156089
ccastaldi@rusmiliband.com
5 | RUS, MILIBAND & SMITH
A Professional Corporation
6 | Seventh Floor
2211 Michelson Drive
7 | Irvine, California  92612
Telephone:    (949) 752-7100
8 | Facsimile:    (949) 252-1514

9 | Attorneys for SunCal Management, LLC

10 | UNITED STATES BANKRUPTCY COURT

11 | CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

12 | In re

13 | PALMDALE HILLS PROPERTY, AND ITS
RELATED DEBTORS,

14 |

15 | Jointly Administered Debtors
and Debtors-in-Possession.

16 | Affects:

| CASE NO. 8:08-bk-17206-ES |
| --- |

Chapter 11
Jointly Administered With Case Nos.:
8:08-bk-17209-ES; 8:08-bk-17240-ES;
8:08-bk-17224-ES; 8:08-bk-17242-ES;
8:08-bk-17225-ES; 8:08-bk-17245-ES;
8:08-bk-17227-ES; 8:08-bk-17246-ES;
8:08-bk-17230-ES; 8:08-bk-17231-ES;
8:08-bk-17236-ES; 8:08-bk-17248-ES;
8:08-bk-17249-ES; 8:08-bk-17573-ES;
8:08-bk-17574 ES; 8:08-bk-17575-ES;
8:08-bk-17404-ES; 8:08-bk-17407-ES;
8:08-bk-17408-ES; 8:08-bk-17409-ES;
8:08-bk-17458-ES; 8:08-bk-17465-ES;
8:08-bk-17470-ES; 8:08-bk-17472-ES; and
8:08-bk-17588-ES

**NOTICE OF MOTION TO ESTIMATE
CLAIM OF SUNCAL MANAGEMENT,
LLC, FOR VOTING PURPOSES AND
CLASSIFYING SUNCAL'S CLAIM AS A
CLASS 6 CLAIM IN LEHMAN'S THIRD
AMENDED JOINT CHAPTER 11 PLAN
FOR EIGHT TRUSTEE DEBTORS**

[RE: LB/L-SUNCAL NORTHLAKE, LLC]

JUDGE:    Hon. Erithe A. Smith
DATE:    October 24, 2011
TIME:    9:30 a.m.
CRTM.:    5A

Affects (column):
☐    All Debtors
☐    Palmdale Hills Property, LLC
☐    SunCal Beaumont Heights, LLC
☐    SCC/Palmdale, LLC
☐    SunCal Johannson Ranch, LLC
☐    SunCal Summit Valley, LLC
☐    SunCal Emerald Meadows LLC
☐    SunCal Bickford Ranch, LLC
☐    Acton Estates, LLC
☐    Seven Brothers LLC
☐    SJD Partners, Ltd.
☐    SJD Development Corp.
☐    Kirby Estates, LLC
☐    SunCal Communities I, LLC
☐    SunCal Communities III, LLC
☐    SCC Communities LLC
☐    North Orange Del Rio Land, LLC
☐    Tesoro SF LLC
☐    LBL-SunCal Oak Valley, LLC
☐    SunCal Heartland, LLC
☒    LBL-SunCal Northlake, LLC

*Caption Continued on Next Page*

464636v1 tl 9/26/11 3 (2882-0001)

1    ☐   SunCal Marblehead, LLC
    ☐   SunCal Century City, LLC
2    ☐   SunCal PSV, LLC
    ☐   Delta Coves Venture, LLC
3    ☐   SunCal Torrance Properties, LLC
    ☐   SunCal Oak Knoll, LLC

<div style="text-align:left; font-size:small;">
RUS, MILIBAND & SMITH<br>
A PROFESSIONAL CORPORATION<br>
SEVENTH FLOOR, 2211 MICHELSON DRIVE<br>
IRVINE, CALIFORNIA 92612<br>
TEL (949) 752-7100 • FAX (949) 252-1514
</div>

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE CHAPTER 11 TRUSTEE, THE DEBTOR, THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, OTHER INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

SunCal Management, LLC ("SunCal") hereby files this Notice of Motion to Estimate Claim of SunCal Management, LLC, for Voting Purposes and Classifying SunCal's Claim as a Class 6 Claim in Lehman's Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure (the "Motion"), in the above identified jointly administered bankruptcy case of LB/L-SunCal Northlake LLC.

SunCal requests that the Court allow Claim No. 1-2 filed on June 13, 2011 (the "Claim"), against LB/L-SunCal Northlake, LLC in the amount of $896,008.98 for purposes of voting on the Third Amended Joint Chapter 11 Plan For Eight Trustee Debtors[1] Proposed By The Trustee And Subject Lehman Creditors (dated August 23, 2011) [Docket No. 2595] (the "Lehman Plan"). SunCal further requests that the Court reclassify the Claim as a Class 6 Reliance Claim for purposes of considering the Lehman Plan instead of a Class 7 General Unsecured Creditor.

The Motion is based upon the foregoing notice, the concurrently filed Motion to Estimate Claim of SunCal Management, LLC for Voting Purposes and Classifying SunCal's Claim as a Class 6 Claim in Lehman's Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors;

---

[1]  The Trustee Debtors are defined as LB/L-SunCal Oak Valley, LLC; SunCal Heartland, LLC; LB/L-SunCal Northlake, LLC; SunCal Marblehead, LLC; SunCal PSV, LLC; Delta Coves Venture, LLC; SunCal Torrance Properties, LLC; and SunCal Oak Knoll, LLC.

1  Memorandum of Points and Authorities, Declarations of Frank Faye and Tom Rollins, and the

2  concurrently filed Compendium of Exhibits, together with such other evidence, oral or

3  documentary, that may be presented to the Court at the hearing.

4      **PLEASE TAKE NOTICE** that a hearing on the Motion has been scheduled to take place

5  on October 24, 2011, at the hour of 9:30 a.m., before the Honorable Erithe A. Smith, United States

6  Bankruptcy Judge, in Courtroom 5A, United States Bankruptcy Court, located at 411 West Fourth

7  Street, Santa Ana, CA 92701.

8      **PLEASE TAKE FURTHER NOTICE** THAT IF YOU DO NOT OPPOSE THE RELIEF

9  REQUESTED IN THE MOTION DESCRIBED ABOVE, YOU NEED TAKE NO FURTHER

10  ACTION. IF YOU OBJECT TO THE RELIEF REQUESTED IN THE MOTION, PURSUANT

11  TO THE ORDER OF THIS COURT DATED AUGUST 1, 2011, ENTITLED "ORDER (A)

12  APPROVING PLAN SOLICITATION;, NOTICE, AND VOTING PROCEDURES AND (B)

13  ESTABLISHING DEADLINES IN CONNECTION WITH SOLICITATION AND

14  CONFIRMATION WITH RESPECT TO ALL PENDING PLANS," EACH INTERESTED

15  PARTY RESPONDING TO THE MOTION SHALL, **NOT LATER THAN OCTOBER 7,**

16  **2011,** FILE WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT

17  LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701, EITHER (1) A

18  BRIEF, BUT COMPLETE WRITTEN STATEMENT OF ALL REASONS IN OPPOSITION

19  THERETO OR IN SUPPORT OR JOINDER THEREOF AND AN ANSWERING

20  MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS AND COPIES OF

21  ALL PHOTOGRAPHS AND DOCUMENTARY EVIDENCE UPON WHICH THE

22  RESPONDING PARTY INTENDS TO RELY; OR (2) A WRITTEN STATEMENT THAT THE

23  MOTION WILL NOT BE OPPOSED.

24      **PLEASE TAKE ADDITIONAL NOTICE** THAT ANY PARTY OPPOSING THE

25  MOTION MUST SERVE A COPY OF SUCH WRITTEN OPPOSITION TO THE MOTION

26  AND ALL SUPPORTING PAPERS UPON THE COUNSEL FOR THE MOVING PARTY AT

27  THE ADDRESS INDICATED IN THE UPPER LEFT HAND CORNER OF THE FIRST PAGE

28  OF THIS MOTION, **AND** ALSO UPON THE OFFICE OF THE UNITED STATES TRUSTEE,

RUS, MILBAND & SMITH
A PROFESSIONAL CORPORATION
SEVENTH FLOOR, 2211 MICHELSON DRIVE
IRVINE, CALIFORNIA 92612
TEL (949) 752-7100 • FAX (949) 252-1514

1  LOCATED AT 411 WEST FOURTH STREET, SUITE 9041, SANTA ANA, CA 92701.  THE

2  FAILURE TO TIMELY FILE AND SERVE ANY SUCH OPPOSITION AND ALL

3  SUPPORTING PAPERS MAY BE DEEMED BY THE COURT TO CONSTITUTE CONSENT

4  TO THE RELIEF REQUESTED IN THE MOTION PURSUANT TO LOCAL BANKRUPTCY

5  RULE 9013-1(h).

6

7  DATED: September 26, 2011                    RUS, MILIBAND & SMITH
                                               A Professional Corporation
8

9

10                                             By:  _____

11                                               JOEL S. MILIBAND
                                                 Attorneys for SunCal Management, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUS, MILIBAND & SMITH
A PROFESSIONAL CORPORATION
SEVENTH FLOOR, 2211 MICHELSON DRIVE
IRVINE, CALIFORNIA 92612
TEL. (949) 752-7100 • FAX (949) 252-1514

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Von Karman Towers, Seventh Floor, 2211 Michelson Drive, Irvine, California  92612

A true and correct copy of the foregoing document described as **NOTICE OF MOTION TO ESTIMATE CLAIM OF SUNCAL MANAGEMENT, LLC, FOR VOTING PURPOSES AND CLASSIFYING SUNCAL'S CLAIM AS A CLASS 6 CLAIM IN LEHMAN'S THIRD AMENDED JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS [RE LB/L SUNCAL NORTHLAKE, LLC]** will  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  September 26, 2011  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On  September 26, 2011  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on  September 26, 2011  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| September 26, 2011 | TERESA LANGFORD | _Teresa Langford_ |
| _Date_ | _Type Name_ | _Signature_ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

**ADDITIONAL SERVICE INFORMATION (if needed):**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Richard W Brunette    rbrunette@sheppardmullin.com
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com; pj@winthropcouchot.com; gcrumpacker@winthropcouchot.com
- Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com; mcallister@sullivanhill.com; stein@sullivanhill.com; vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Caroline Djang    cdjang@rutan.com
- Donald T Dunning    ddunning@dunningLaw.com
- Lynsey M Eaton    leaton@gglts.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Don Fisher    dfisher@ptwww.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
435753v1 jm 3/1/11 1 (2882-0001)

F 9013-3.1

**ADDITIONAL SERVICE INFORMATION (if needed):**

- Robert P Goe — kmurphy@goeforlaw.com, rgoe@goeforlaw.com; mforsythe@goeforlaw.com
- Eric D Goldberg — egoldberg@stutman.com
- Richard H Golubow — rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez — mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith — bkemail@harrisbeach.com
- Matthew Grimshaw — mgrimshaw@rutan.com
- Kavita Gupta — kgupta@winthropcouchot.com
- Asa S Hami — ahami@morganlewis.com
- Michael J Hauser — michael.hauser@usdoj.gov
- D Edward Hays — ehays@marshackhays.com
- Michael C Heinrichs — mheinrichs@omm.com
- Harry D. Hochman — hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff — jonathan.hoff@cwt.com
- Nancy Hotchkiss — nhotchkiss@trainorfairbrook.com
- Michelle Hribar — mhribar@rutan.com
- John J Immordino — john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson — laj@cohenandjacobson.com
- Michael J Joyce — mjoyce@crosslaw.com
- Stephen M Judson — sjudson@fablaw.com
- Kaleb L Judy — ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn — skahn@pszyjw.com
- Sheri Kanesaka — sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
- David I Katzen — katzen@ksfirm.com
- Christopher W Keegan — ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com; alevin@kirkland.com
- Irene L Kiet — ikiet@hkclaw.com
- Claude F Kolm — claude.kolm@acgov.org
- Mark J Krone — mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally — davidlallylaw@gmail.com
- Leib M Lerner — leib.lerner@alston.com
- Peter W Lianides — plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu — cliu@marshackhays.com
- Charles Liu — cliu@winthropcouchot.com
- Ben H Logan — blogan@omm.com
- John W Lucas — jlucas@pszjlaw.com
- Kerri A Lyman — klyman@irell.com
- Mariam S Marshall — mmarshall@marshallramoslaw.com
- Robert C Martinez — rmartinez@mclex.com
- Michael D May — mdmayesq@verizon.net
- Hutchison B Meltzer — hmeltzer@wgllp.com
- Krikor J Meshefejian — kjm@lnbrb.com
- Joel S. Miliband — jmiliband@rusmiliband.com
- James M Miller — jmiller@millerbarondess.com, vgunderson@millerbarondess.com; smiller@millerbarondess.com; mpritikin@millerbarondess.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION (if needed):**

- Louis R Miller — smiller@millerbarondess.com
- Craig Millet — cmillet@gibsondunn.com, pcrawford@gibsondunn.com; cmillet@gibsondunn.com
- Randall P Mroczynski — randym@cookseylaw.com
- Mike D Neue — mneue@thelobelfirm.com, jmattiace@thelobelfirm.com; pnelson@thelobelfirm.com
- Robert Nida — Rnida@castlelawoffice.com
- Henry H Oh — henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe — sokeefe@okeefelc.com
- Robert B Orgel — rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay — mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park — ernie.park@bewleylaw.com
- Daryl G Parker — dparker@pszjlaw.com
- Penelope Parmes — pparmes@rutan.com
- Robert J Pfister — rpfister@ktbslaw.com
- Ronald B Pierce — ronald.pierce@sdma.com
- Katherine C Piper — kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey — cmartin@pprlaw.net
- Debra Riley — driley@allenmatkins.com
- James S Riley — tgarza@sierrafunds.com
- Todd C. Ringstad — becky@ringstadlaw.com
- R Grace Rodriguez — ecf@lorgr.com
- Martha E Romero — Romero@mromerolawfirm.com
- Ronald Rus — rrus@rusmiliband.com
- John P Schafer — jschafer@mandersonllp.com
- John E Schreiber — jschreiber@dl.com
- William D Schuster — bills@allieschuster.org
- Christopher P Simon — csimon@crosslaw.com
- Gerald N Sims — jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith — wendy@bindermalter.com
- Steven M Speier — Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR) — Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James — ecf@stjames-law.com
- Michael K Sugar — msugar@irell.com
- Cathy Ta — cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com; Kenneth.Burgess@bbklaw.com
- David A Tilem — davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till — jtill@thelobelfirm.com, jmattiace@thelobelfirm.com; pnelson@thelobelfirm.com
- United States Trustee (SA) — ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh — cgunruh@sbcglobal.net
- Annie Verdries — verdries@lbbslaw.com
- Jason Wallach — jwallach@gladstonemichel.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ADDITIONAL SERVICE INFORMATION (if needed):

- Joshua D Wayser      kim.johnson@kattenlaw.com
- Marc J Winthrop      mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman      bwiseman@aalaws.com
- Laurel R Zaeske      lzaeske@rusmiliband.com
- Dean A Ziehl         dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.