1  RONALD RUS, #67369
   rrus@rusmiliband.com
2  JOEL S. MILIBAND, #77438
   jmiliband@rusmiliband.com
3  LAUREL R. ZAESKE, #138510
   lzaeske@rusmiliband.com
4  CATHRINE M. CASTALDI, #156089
   ccastaldi@rusmiliband.com
5  RUS, MILIBAND & SMITH
   A Professional Corporation
6  Seventh Floor
   2211 Michelson Drive
7  Irvine, California  92612
   Telephone:    (949) 752-7100
8  Facsimile:     (949) 252-1514

9  Attorneys for SunCal Management, LLC

10             UNITED STATES BANKRUPTCY COURT

11      CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

12  In re                                    CASE NO. 8:08-bk-17206-ES

13  PALMDALE HILLS PROPERTY, AND ITS         Chapter 11
    RELATED DEBTORS,                         Jointly Administered With Case Nos.:
14                                           8:08-bk-17209-ES; 8:08-bk-17240-ES;
            Jointly Administered Debtors     8:08-bk-17224-ES; 8:08-bk-17242-ES;
15          and Debtors-in-Possession.       8:08-bk-17225-ES; 8:08-bk-17245-ES;
                                             8:08-bk-17227-ES; 8:08-bk-17246-ES;
16  Affects:                                 8:08-bk-17230-ES; 8:08-bk-17231-ES;
    ☐       All Debtors                      8:08-bk-17236-ES; 8:08-bk-17248-ES;
17  ☐       Palmdale Hills Property, LLC     8:08-bk-17249-ES; 8:08-bk-17573-ES;
    ☐       SunCal Beaumont Heights, LLC     8:08-bk-17574 ES; 8:08-bk-17575-ES;
18  ☐       SCC/Palmdale, LLC                8:08-bk-17404-ES; 8:08-bk-17407-ES;
    ☐       SunCal Johannson Ranch, LLC      8:08-bk-17408-ES; 8:08-bk-17409-ES;
19  ☐       SunCal Summit Valley, LLC        8:08-bk-17458-ES; 8:08-bk-17465-ES;
    ☐       SunCal Emerald Meadows LLC       8:08-bk-17470-ES; 8:08-bk-17472-ES; and
20  ☐       SunCal Bickford Ranch, LLC       8:08-bk-17588-ES
    ☐       Acton Estates, LLC
21  ☐       Seven Brothers LLC
    ☐       SJD Partners, Ltd.               NOTICE OF MOTION TO ESTIMATE
22  ☐       SJD Development Corp.            CLAIM OF SUNCAL MANAGEMENT,
    ☐       Kirby Estates, LLC               LLC, FOR VOTING PURPOSES AND
23  ☐       SunCal Communities I, LLC        CLASSIFYING SUNCAL'S CLAIM AS A
    ☐       SunCal Communities III, LLC      CLASS 6 CLAIM IN LEHMAN'S THIRD
24  ☐       SCC Communities LLC             AMENDED JOINT CHAPTER 11 PLAN
    ☐       North Orange Del Rio Land, LLC   FOR EIGHT TRUSTEE DEBTORS
25  ☐       Tesoro SF LLC
    ☐       LBL-SunCal Oak Valley, LLC       [RE: SUNCAL MARBLEHEAD, LLC]
26  ☐       SunCal Heartland, LLC
    ☐       LBL-SunCal Northlake, LLC        JUDGE:    Hon. Erithe A. Smith
27                                           DATE:     October 24, 2011
    *Caption Continued on Next Page*         TIME:     9:30 a.m.
28                                           CRTM.:    5A

☒     SunCal Marblehead, LLC
☐     SunCal Century City, LLC
☐     SunCal PSV, LLC
☐     Delta Coves Venture, LLC
☐     SunCal Torrance Properties, LLC
☐     SunCal Oak Knoll, LLC

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE CHAPTER 11 TRUSTEE, THE DEBTOR, THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, OTHER INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

SunCal Management, LLC ("SunCal"), hereby filed this Notice of Motion to Estimate Claim of SunCal Management, LLC, for Voting Purposes and Classifying SunCal's Claim as a Class 6 Claim in Lehman's Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure (the "Motion"), in the above identified joint administered bankruptcy case of SunCal Marblehead, LLC.

SunCal requests that the Court allow Claim No. 11-2 filed on June 13, 2011 (the "Claim"), against SunCal Marblehead, LLC in the amount of $1,799,805.75 for purposes of voting on the Third Amended Joint Chapter 11 Plan For Eight Trustee Debtors Proposed By The Trustee And Subject Lehman Creditors (dated August 23, 2011) [Docket No. 2595] (the "Lehman Plan") and the Third Amended Chapter 11 Plans Filed By SunCal Plan Proponents In The Chapter 11 Cases of SunCal Oak Valley, LLC, SunCal Heartland, LLC, Delta Coves Venture LLC, SunCal Marblehead, LLC and SunCal PSV, LLC [Group I: Trustee Debtors] (dated August 5, 2011) [Docket No. 2488], (the "SunCal Plan"). SunCal further requests that the Court reclassify the Claim as a Class 6 Reliance Claim for purposes of considering the Lehman Plan instead of a Class 7 General Unsecured Creditor.

The Motion is based upon the foregoing notice, the concurrently filed Motion to Estimate Claim of SunCal Management, LLC for Voting Purposes and Classifying SunCal's Claim as a Class 6 Claim in Lehman's Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors;

RUS, MILIBAND & SMITH
A PROFESSIONAL CORPORATION
SEVENTH FLOOR, 2211 MICHELSON DRIVE
IRVINE, CALIFORNIA 92612
TEL (949) 752-7100 • FAX (949) 252-1514

RUS, MILIBAND & SMITH
A PROFESSIONAL CORPORATION
SEVENTH FLOOR, 221 I MICHELSON DRIVE
IRVINE, CALIFORNIA 92612
TEL (949) 752-7100 • FAX (949) 252-1514

1  Memorandum of Points and Authorities, Declarations of Stan Brown and Tom Rollins, and the

2  concurrently filed Compendium of Exhibits, together with such other evidence, oral or

3  documentary, that may be presented to the Court at the hearing.

4      **PLEASE TAKE NOTICE** that a hearing on the Motion has been scheduled to take place

5  on October 24, 2011, at the hour of 9:30 a.m., before the Honorable Erithe A. Smith, United States

6  Bankruptcy Judge, in Courtroom 5A, United States Bankruptcy Court, located at 411 West Fourth

7  Street, Santa Ana, CA 92701.

8      **PLEASE TAKE FURTHER NOTICE** THAT IF YOU DO NOT OPPOSE THE RELIEF

9  REQUESTED IN THE MOTION DESCRIBED ABOVE, YOU NEED TAKE NO FURTHER

10  ACTION.  IF YOU OBJECT TO THE RELIEF REQUESTED IN THE MOTION, PURSUANT

11  TO THE ORDER OF THIS COURT DATED AUGUST 1, 2011, ENTITLED "ORDER (A)

12  APPROVING PLAN SOLICITATION;, NOTICE, AND VOTING PROCEDURES AND (B)

13  ESTABLISHING DEADLINES IN CONNECTION WITH SOLICITATION AND

14  CONFIRMATION WITH RESPECT TO ALL PENDING PLANS," EACH INTERESTED

15  PARTY RESPONDING TO THE MOTION SHALL, **NOT LATER THAN OCTOBER 7,**

16  **2011,** FILE WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT

17  LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701, EITHER (1) A

18  BRIEF, BUT COMPLETE WRITTEN STATEMENT OF ALL REASONS IN OPPOSITION

19  THERETO OR IN SUPPORT OR JOINDER THEREOF AND AN ANSWERING

20  MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS AND COPIES OF

21  ALL PHOTOGRAPHS AND DOCUMENTARY EVIDENCE UPON WHICH THE

22  RESPONDING PARTY INTENDS TO RELY; OR (2) A WRITTEN STATEMENT THAT THE

23  MOTION WILL NOT BE OPPOSED.

24      **PLEASE TAKE ADDITIONAL NOTICE** THAT ANY PARTY OPPOSING THE

25  MOTION MUST SERVE A COPY OF SUCH WRITTEN OPPOSITION TO THE MOTION

26  AND ALL SUPPORTING PAPERS UPON THE COUNSEL FOR THE MOVING PARTY AT

27  THE ADDRESS INDICATED IN THE UPPER LEFT HAND CORNER OF THE FIRST PAGE

28  OF THIS MOTION, **AND** ALSO UPON THE OFFICE OF THE UNITED STATES TRUSTEE,

1   LOCATED AT 411 WEST FOURTH STREET, SUITE 9041, SANTA ANA, CA 92701.  THE

2   FAILURE TO TIMELY FILE AND SERVE ANY SUCH OPPOSITION AND ALL

3   SUPPORTING PAPERS MAY BE DEEMED BY THE COURT TO CONSTITUTE CONSENT

4   TO THE RELIEF REQUESTED IN THE MOTION PURSUANT TO LOCAL BANKRUPTCY

5   RULE 9013-1(h).

6

7   DATED: September 26, 2011              RUS, MILIBAND & SMITH
                                          A Professional Corporation
8

9

10                                        By:  _____
                                               JOEL S. MILIBAND
11                                             Attorneys for SunCal Management, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUS, MILIBAND & SMITH
A PROFESSIONAL CORPORATION
SEVENTH FLOOR, 2211 MICHELSON DRIVE
IRVINE, CALIFORNIA 92612
TEL (949) 752-7100 • FAX (949) 252-1514

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Von Karman Towers, Seventh Floor, 2211 Michelson Drive, Irvine, California 92612

A true and correct copy of the foregoing document described as <u>**NOTICE OF MOTION TO ESTIMATE CLAIM OF SUNCAL MANAGEMENT, LLC, FOR VOTING PURPOSES AND CLASSIFYING SUNCAL'S CLAIM AS A CLASS 6 CLAIM IN LEHMAN'S THIRD AMENDED JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS [RE SUNCAL MARBLEHEAD, LLC]**</u> will  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>September 26, 2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☒ Service Information continued on attached page.

**II. <u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL</u>** (indicate method for each person or entity served): On <u>September 26, 2011</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

**III. <u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on <u>September 26, 2011</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 W. Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| <u>September 26, 2011</u> | TERESA LANGFORD | *Teresa Langford* |
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ADDITIONAL SERVICE INFORMATION (if needed):

- Selia M Acevedo — sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams — jadams@sycr.com
- Raymond H Aver — ray@averlaw.com
- James C Bastian — jbastian@shbllp.com
- Thomas Scott Belden — sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd — fednotice@tclaw.net
- Mark Bradshaw — mbradshaw@shbllp.com
- Gustavo E Bravo — gbravo@smaha.com
- Jeffrey W Broker — jbroker@brokerlaw.biz
- Richard W Brunette — rbrunette@sheppardmullin.com
- Brendt C Butler — bbutler@mandersonllp.com
- Andrew W Caine — acaine@pszyjw.com
- Carollynn Callari — ccallari@venable.com
- Cathrine M Castaldi — ccastaldi@rusmiliband.com
- Tara Castro Narayanan — tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers — dchambers@jmbm.com
- Shirley Cho — scho@pszjlaw.com
- Vonn Christenson — vrc@paynefears.com
- Brendan P Collins — bpcollins@bhfs.com
- Vincent M Coscino — vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot — pcouchot@winthropcouchot.com, pj@winthropcouchot.com;
gcrumpacker@winthropcouchot.com
- Geoffrey Crisp — geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri — dabbieri@sullivan.com, hill@sullivanhill.com;
mcallister@sullivanhill.com; stein@sullivanhill.com;
vidovich@sullivanhill.com
- Ana Damonte — ana.damonte@pillsburylaw.com
- Vanessa S Davila — vsd@amclaw.com
- Melissa Davis — mdavis@shbllp.com
- Daniel Denny — ddenny@gibsondunn.com
- Caroline Djang — crd@jmbm.com
- Caroline Djang — cdjang@rutan.com
- Donald T Dunning — ddunning@dunningLaw.com
- Lynsey M Eaton — leaton@gglts.com
- Meredith R Edelman — meredith.edelman@dlapiper.com
- Joseph A Eisenberg — jae@jmbm.com
- Lei Lei Wang Ekvall — lekvall@wgllp.com
- Richard W Esterkin — resterkin@morganlewis.com
- Don Fisher — dfisher@ptwww.com
- Marc C Forsythe — kmurphy@goeforlaw.com
- Alan J Friedman — afriedman@irell.com
- Steven M Garber — steve@smgarberlaw.com
- Christian J Gascou — cgascou@gascouhopkins.com
- Barry S Glaser — bglaser@swjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
435753v1 jm 3/1/11 1 (2882-0001)

F 9013-3.1

**ADDITIONAL SERVICE INFORMATION (if needed):**

- Robert P Goe — kmurphy@goeforlaw.com, rgoe@goeforlaw.com; mforsythe@goeforlaw.com
- Eric D Goldberg — egoldberg@stutman.com
- Richard H Golubow — rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez — mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith — bkemail@harrisbeach.com
- Matthew Grimshaw — mgrimshaw@rutan.com
- Kavita Gupta — kgupta@winthropcouchot.com
- Asa S Hami — ahami@morganlewis.com
- Michael J Hauser — michael.hauser@usdoj.gov
- D Edward Hays — ehays@marshackhays.com
- Michael C Heinrichs — mheinrichs@omm.com
- Harry D. Hochman — hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff — jonathan.hoff@cwt.com
- Nancy Hotchkiss — nhotchkiss@trainorfairbrook.com
- Michelle Hribar — mhribar@rutan.com
- John J Immordino — john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson — laj@cohenandjacobson.com
- Michael J Joyce — mjoyce@crosslaw.com
- Stephen M Judson — sjudson@fablaw.com
- Kaleb L Judy — ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn — skahn@pszyjw.com
- Sheri Kanesaka — sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
- David I Katzen — katzen@ksfirm.com
- Christopher W Keegan — ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com; alevin@kirkland.com
- Irene L Kiet — ikiet@hkclaw.com
- Claude F Kolm — claude.kolm@acgov.org
- Mark J Krone — mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally — davidlallylaw@gmail.com
- Leib M Lerner — leib.lerner@alston.com
- Peter W Lianides — plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu — cliu@marshackhays.com
- Charles Liu — cliu@winthropcouchot.com
- Ben H Logan — blogan@omm.com
- John W Lucas — jlucas@pszjlaw.com
- Kerri A Lyman — klyman@irell.com
- Mariam S Marshall — mmarshall@marshallramoslaw.com
- Robert C Martinez — rmartinez@mclex.com
- Michael D May — mdmayesq@verizon.net
- Hutchison B Meltzer — hmeltzer@wgllp.com
- Krikor J Meshefejian — kjm@lnbrb.com
- Joel S. Miliband — jmiliband@rusmiliband.com
- James M Miller — jmiller@millerbarondess.com, vgunderson@millerbarondess.com; smiller@millerbarondess.com; mpritikin@millerbarondess.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ADDITIONAL SERVICE INFORMATION (if needed):**

- Louis R Miller — smiller@millerbarondess.com
- Craig Millet — cmillet@gibsondunn.com, pcrawford@gibsondunn.com; cmillet@gibsondunn.com
- Randall P Mroczynski — randym@cookseylaw.com
- Mike D Neue — mneue@thelobelfirm.com, jmattiace@thelobelfirm.com; pnelson@thelobelfirm.com
- Robert Nida — Rnida@castlelawoffice.com
- Henry H Oh — henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe — sokeefe@okeefelc.com
- Robert B Orgel — rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay — mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park — ernie.park@bewleylaw.com
- Daryl G Parker — dparker@pszjlaw.com
- Penelope Parmes — pparmes@rutan.com
- Robert J Pfister — rpfister@ktbslaw.com
- Ronald B Pierce — ronald.pierce@sdma.com
- Katherine C Piper — kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey — cmartin@pprlaw.net
- Debra Riley — driley@allenmatkins.com
- James S Riley — tgarza@sierrafunds.com
- Todd C. Ringstad — becky@ringstadlaw.com
- R Grace Rodriguez — ecf@lorgr.com
- Martha E Romero — Romero@mromerolawfirm.com
- Ronald Rus — rrus@rusmiliband.com
- John P Schafer — jschafer@mandersonllp.com
- John E Schreiber — jschreiber@dl.com
- William D Schuster — bills@allieschuster.org
- Christopher P Simon — csimon@crosslaw.com
- Gerald N Sims — jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith — wendy@bindermalter.com
- Steven M Speier — Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR) — Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James — ecf@stjames-law.com
- Michael K Sugar — msugar@irell.com
- Cathy Ta — cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com; Kenneth.Burgess@bbklaw.com
- David A Tilem — davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till — jtill@thelobelfirm.com, jmattiace@thelobelfirm.com; pnelson@thelobelfirm.com
- United States Trustee (SA) — ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh — cgunruh@sbcglobal.net
- Annie Verdries — verdries@lbbslaw.com
- Jason Wallach — jwallach@gladstonemichel.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

ADDITIONAL SERVICE INFORMATION (if needed):

- Joshua D Wayser          kim.johnson@kattenlaw.com
- Marc J Winthrop          mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood        dwiseblood@seyfarth.com
- Brett K Wiseman          bwiseman@aalaws.com
- Laurel R Zaeske          lzaeske@rusmiliband.com
- Dean A Ziehl             dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman        joshuasdaddy@att.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
435753v1 jm 3/1/11 1 (2882-0001)

F 9013-3.1