1  Richard M. Pachulski (CA Bar No. 90073)
   Dean A. Ziehl (CA Bar No. 84529)
2  Robert B. Orgel (CA Bar No. 101875)
   PACHULSKI STANG ZIEHL & JONES LLP
3  10100 Santa Monica Blvd., 11th Floor
   Los Angeles, California 90067-4100
4  Telephone: 310/277-6910 / Facsimile: 310/201-0760

5  Edward Soto (admitted *pro hac vice*)
   Alfredo R. Perez (admitted *pro hac vice*)
6  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
7  New York, NY 10153-0119
   Telephone: (212) 310-8000 / Facsimile: (212) 310-8007
8
   Attorneys for Lehman Commercial Paper Inc. and Lehman ALI,
9  Inc., Northlake Holdings LLC and OVC Holdings LLC

10  William N. Lobel (CA Bar No. 93202)
    Mike D. Neue (CA Bar No. 179303)
11  THE LOBEL FIRM, LLP
    840 Newport Center Drive, Suite 750
12  Newport Beach, California 92660
    Telephone: (949) 999-2860 / Facsimile: (949) 999-2870
13
    General Insolvency Counsel for Steven M. Speier,
14  the Chapter 11 Trustee for the Trustee Debtors

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>Jointly Administered Debtors and<br>Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**SUPPLEMENT TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND SUBJECT LEHMAN CREDITORS** |

DOCS_LA:245248.1 52063-001

1
2
3
4
5

☒ LB-L-SunCal Oak Valley, LLC
☒ SunCal Heartland, LLC
☒ LB-L-SunCal Northlake, LLC
☒ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☒ SunCal PSV, LLC
☒ Delta Coves Venture, LLC
☒ SunCal Torrance, LLC
☒ SunCal Oak Knoll, LLC

**Confirmation Hearing:**
Date: October 24, 2011
Time: 9:30 a.m.
Place: Courtroom 5A

Pursuant to the *Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors*, dated July 15, 2011 [Docket No. 2595] (the "Joint TD Plan"), the Trustee and the Lehman Creditors hereby file this supplement to the Joint TD Plan (the "Plan Supplement") with the following documents:

| **Plan Supplement Documents** | | | |
|---|---|---|---|
| 1. | Forms of Grant Deed | 4. | Forms of Assignment of Development Rights |
| 2. | Forms of Bill of Sale | 5. | Exhibits "A-1" & "A-2" – Lists of Contracts and Leases |
| 3. | Forms of Assignment Agreement | 6. | Exhibit "C" – Easements, Covenants, Conditions, Restrictions and Other Matters of Record Affecting Real Property, Leasehold Estates or Personalty or Any Interest Therein |

Dated: September 26, 2011

PACHULSKI STANG ZIEHL & JONES LLP

By: */s/ Robert B. Orgel*
Dean A. Ziehl (CA Bar No. 84529)
E-mail: dziehl@pszjlaw.com
Robert B. Orgel (CA Bar No. 101875)
E-mail: rorgel@pszjlaw.com
Attorneys for Lehman Commercial Paper Inc.,
Lehman ALI, Inc., Northlake Holdings LLC and
OVC Holdings LLC

THE LOBEL FIRM, LLP

By: _____
William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)

DOCS_LA:245248.1 52063-001