1 | Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
2 | Robert B. Orgel (CA Bar No. 101875)
PACHULSKI STANG ZIEHL & JONES LLP
3 | 10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
4 | Telephone: 310/277-6910 / Facsimile: 310/201-0760

5 | Edward Soto (admitted *pro hac vice*)
Alfredo R. Perez (admitted *pro hac vice*)
6 | WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
7 | New York, NY 10153-0119
Telephone: (212) 310-8000 / Facsimile: (212) 310-8007
8 |
Attorneys for Lehman Commercial Paper Inc. and Lehman ALI,
9 | Inc., Northlake Holdings LLC and OVC Holdings LLC

10 | William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)
11 | THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
12 | Newport Beach, California 92660
Telephone: (949) 999-2860 / Facsimile: (949) 999-2870
13 |
General Insolvency Counsel for Steven M. Speier,
14 | the Chapter 11 Trustee for the Trustee Debtors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>     Jointly Administered Debtors and<br>     Debtors-In-Possession.<br><br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows, LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers, LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities, LLC<br>☐ North Orange Del Rio Land, LLC<br>☐ Tesoro SF, LLC | Case No.: 8:08-bk-17206-ES<br>Jointly Administered Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>Chapter 11<br><br>**SUPPLEMENT TO THE THIRD AMENDED JOINT CHAPTER 11 PLAN FOR EIGHT TRUSTEE DEBTORS PROPOSED BY THE TRUSTEE AND SUBJECT LEHMAN CREDITORS** |

DOCS_LA:245248.1 52063-001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

☒ LB-L-SunCal Oak Valley, LLC
☒ SunCal Heartland, LLC

2

☒ LB-L-SunCal Northlake, LLC
☒ SunCal Marblehead, LLC

3

☐ SunCal Century City, LLC
☒ SunCal PSV, LLC

4

☒ Delta Coves Venture, LLC
☒ SunCal Torrance, LLC

5

☒ SunCal Oak Knoll, LLC

**Confirmation Hearing:**
Date:  October 24, 2011
Time:  9:30 a.m.
Place:  Courtroom 5A

6

Pursuant to the *Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by*

7

*the Trustee and Subject Lehman Creditors*, dated July 15, 2011 [Docket No. 2595] (the "Joint TD

8

Plan"), the Trustee and the Lehman Creditors hereby file this supplement to the Joint TD Plan (the

9

"Plan Supplement") with the following documents:

10

11

| **Plan Supplement Documents** | | | |
|---|---|---|---|
| 1. | Forms of Grant Deed | 4. | Forms of Assignment of Development Rights |
| 2. | Forms of Bill of Sale | 5. | Exhibits "A-1" & "A-2" – Lists of Contracts and Leases |
| 3. | Forms of Assignment Agreement | 6. | Exhibit "C" – Easements, Covenants, Conditions, Restrictions and Other Matters of Record Affecting Real Property, Leasehold Estates or Personalty or Any Interest Therein |

15

Dated: September 26, 2011

PACHULSKI STANG ZIEHL & JONES LLP

16

17

By:  */s/ Robert B. Orgel*

18

Dean A. Ziehl (CA Bar No. 84529)
E-mail: dziehl@pszjlaw.com
Robert B. Orgel (CA Bar No. 101875)

19

E-mail: rorgel@pszjlaw.com
Attorneys for Lehman Commercial Paper Inc.,

20

Lehman ALI, Inc., Northlake Holdings LLC and
OVC Holdings LLC

21

22

THE LOBEL FIRM, LLP

23

24

By: _____

William N. Lobel (CA Bar No. 93202)

25

Mike D. Neue (CA Bar No. 179303)

26

27

28

2

DOCS_LA:245248.1 52063-001