THENCE SOUTHEASTERLY ALONG SAID LAST MENTIONED CURVE THROUGH A CENTRAL ANGLE OF 9 DEGREES 23 MINUTES 33 SECONDS, AN ARC DISTANCE OF 114.42 FEET; THENCE TANGENT TO SAID LAST MENTIONED CURVE, SOUTH 40 DEGREES 52 MINUTES 07 SECONDS EAST 554.49 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHEASTERLY AND HAVING A RADIUS OF 698.00 FEET; THENCE SOUTHEASTERLY ALONG SAID LAST MENTIONED CURVE, THROUGH A CENTRAL ANGLE OF 8 DEGREES 50 MINUTES 04 SECONDS, AN ARC DISTANCE OF 107.63 FEET; THENCE TANGENT TO SAID LAST MENTIONED CURVE, SOUTH 49 DEGREES 42 MINUTES 11 SECONDS EAST 186.18 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHWESTERLY AND HAVING A RADIUS OF 602.00 FEET; THENCE SOUTHEASTERLY ALONG SAID LAST MENTIONED CURVE THROUGH A CENTRAL ANGLE OF 21 DEGREES 29 MINUTES 17 SECONDS, AN ARC DISTANCE OF 225.77 FEET; THENCE TANGENT TO SAID LAST MENTIONED CURVE, SOUTH 28 DEGREES 12 MINUTES 54 SECONDS EAST TO THE SOUTHERLY LINE OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 14; THENCE EASTERLY ALONG SAID SOUTHERLY LINE TO THE NORTHWEST CORNER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE SOUTHERLY ALONG THE WESTERLY LINE OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14 TO THE MOST NORTHERLY CORNER OF THE LAND DESCRIBED IN PARCEL 2 IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED OCTOBER 6, 1967 AS INSTRUMENT NO. 994 OF SAID COUNTY; THENCE ALONG THE BOUNDARIES OF PARCEL 2 OF SAID DEED TO THE STATE OF CALIFORNIA, AS FOLLOWS:

SOUTH 31 DEGREES 28 MINUTES 34 SECONDS EAST 66.82 FEET AND SOUTH 40 DEGREES 17 MINUTES 29 SECONDS WEST 55.80 FEET TO SAID HEREINABOVE MENTIONED WESTERLY LINE; THENCE SOUTHERLY ALONG SAID HEREINABOVE MENTIONED WESTERLY LINE TO THE NORTHWEST CORNER OF THE LAND DESCRIBED IN PARCEL 1 OF SAID HEREINABOVE MENTIONED DEED TO THE STATE OF CALIFORNIA; THENCE ALONG THE BOUNDARIES OF PARCEL 1 OF SAID HEREINABOVE MENTIONED DEED TO THE STATE OF CALIFORNIA, AS FOLLOWS:

SOUTH 43 DEGREES 49 MINUTES 40 SECONDS EAST 109.61 FEET; SOUTH 3 DEGREES 10 MINUTES 32 SECONDS EAST 147.65 FEET; SOUTH 85 DEGREES 56 MINUTES 18 SECONDS EAST 258.07 FEET AND SOUTH 0 DEGREES 31 MINUTES 45 SECONDS WEST 26.38 FEET TO THE SOUTHERLY LINE OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE EASTERLY AND NORTHERLY ALONG THE SOUTHERLY AND EASTERLY LINES OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; TO THE SOUTHEAST CORNER OF THE WEST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 14; THENCE NORTHERLY ALONG THE EASTERLY LINE OF THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 14 TO THE NORTHERLY LINE OF SAID SECTION 14; THENCE WESTERLY ALONG SAID NORTHERLY LINE TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION OF SAID LAND INCLUDED WITHIN THE LAND DESCRIBED IN THE DEED TO THE SOUTHERN CALIFORNIA EDISON COMPANY, RECORDED APRIL 5, 1924 IN BOOK 3011, PAGE 388, OFFICIAL RECORDS, AS INSTRUMENT NO. 33 OF SAID COUNTY.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND INCLUDED WITHIN THAT PORTION OF SAID SECTION 14, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION; THENCE ALONG THE SOUTH LINE OF SAID NORTHWEST QUARTER OF THE SOUTHEAST QUARTER NORTH 89 DEGREES 37 MINUTES 06 SECONDS WEST 981.92 FEET TO A POINT IN THE EASTERLY LINE OF THE LAND DESCRIBED AS PARCEL 1 IN DEED RECORDED OCTOBER 6, 1967 AS INSTRUMENT NO. 994 IN BOOK D-3790, PAGE 908, OFFICIAL RECORDS OF SAID COUNTY; THENCE ALONG SAID EASTERLY LINES NORTH 00 DEGREES 43 MINUTES 22 SECONDS EAST 26.42 FEET; NORTH 85 DEGREES 44 MINUTES 41 SECONDS WEST 258.07 FEET; NORTH 02 DEGREES 58 MINUTES 55 SECONDS WEST 147.65 FEET; NORTH 43 DEGREES 38 MINUTES 03 SECONDS WEST 109.61 FEET TO A POINT IN THE WEST LINE OF SAID NORTHWEST QUARTER OF THE SOUTHEAST QUARTER; THENCE ALONG SAID WEST LINE NORTH 00 DEGREES 52 MINUTES 59 SECONDS EAST 47.78 FEET TO THE SOUTHERLY MOST POINT OF THE LAND DESCRIBED AS PARCEL 2 IN DEED RECORDED OCTOBER 6, 1967 AS INSTRUMENT NO. 994 IN BOOK D-3790, PAGE 908 OF SAID OFFICIAL RECORDS; THENCE ALONG THE EASTERLY LINES OF LAST SAID PARCEL 2 NORTH 40 DEGREES 29 MINUTES 32 SECONDS EAST 55.80 FEET; NORTH 31 DEGREES 16 MINUTES 57 SECONDS WEST 66.82 FEET TO A POINT IN SAID WEST LINE; THENCE ALONG SAID WEST LINE NORTH 00 DEGREES 52 MINUTES 59 SECONDS EAST 408.53 FEET TO A POINT IN THE SOUTHERLY LINE OF RIDGE ROUTE, 100.00 FEET WIDE, AS DESCRIBED IN DEEDS RECORDED JUNE 4, 1929 AS INSTRUMENT NO. 1128 IN BOOK 7494, PAGE 334 OF SAID OFFICIAL RECORDS, AND DEED RECORDED MAY 3, 1929 IN BOOK 8140, PAGE 116 OF SAID OFFICIAL RECORDS; THENCE ALONG SAID SOUTHERLY LINES SOUTH 65 DEGREES 38 MINUTES 21 SECONDS EAST 345.73 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 950.00 FEET; SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 01 DEGREES 19 MINUTES 25 SECONDS AN ARC DISTANCE OF 21.95 FEET TO A POINT IN THE SOUTHERLY LINE OF RIDGE ROUTE, 80.00 FEET WIDE, AS DESCRIBED IN DEED RECORDED MAY 16, 1916 AS INSTRUMENT NO. 107 IN BOOK 6255, PAGE 297 OF DEEDS RECORDS OF SAID COUNTY AND DEED RECORDED OCTOBER 30, 1914 IN BOOK 5893, PAGE 250 OF DEEDS, SAID POINT BEING ON A CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 260.00 FEET, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 41 DEGREES 02 MINUTES 11 SECONDS WEST; THENCE SOUTHEASTERLY ALONG SAID SOUTHERLY LINES OF THAT 80.00 FOOT WIDE RIDGE ROUTE THROUGH A CENTRAL ANGLE OF 05 DEGREES 03 MINUTES 57 SECONDS AN ARC DISTANCE OF 22.99 FEET; TANGENT TO SAID CURVE SOUTH 43 DEGREES 53 MINUTES 52 SECONDS EAST 19.22 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHEASTERLY HAVING A RADIUS OF 340.00 FEET; SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 28 DEGREES 31 MINUTES 59 SECONDS AN ARC DISTANCE OF 169.32 FEET; TANGENT TO SAID CURVE SOUTH 72 DEGREES 25 MINUTES 51 SECONDS EAST 24.02 FEET TO A POINT ON SAID SOUTHERLY LINE OF THAT 100.00 FOOT WIDE RIDGE ROUTE, SAID POINT BEING ON A CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 950.00 FEET, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 39 DEGREES 42 MINUTES 43 SECONDS WEST; THENCE SOUTHEASTERLY ALONG SAID CURVE AND ALONG LAST SAID SOUTHERLY LINES THROUGH A CENTRAL ANGLE OF 13 DEGREES 55 MINUTES 55 SECONDS AN ARC DISTANCE OF 231.00 FEET; TANGENT TO SAID CURVE SOUTH 36 DEGREES 21 MINUTES 22 SECONDS EAST 167.09 FEET TO A

POINT IN SAID SOUTHERLY LINE OF THAT 80.00 FOOT WIDE RIDGE ROUTE; THENCE ALONG LAST SAID SOUTHERLY LINE SOUTH 09 DEGREES 43 MINUTES 51 SECONDS EAST 123.38 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 140.00 FEET; SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 101 DEGREES 53 MINUTES 30 SECONDS AN ARC DISTANCE OF 248.97 FEET; TANGENT TO SAID CURVE NORTH 68 DEGREES 22 MINUTES 39 SECONDS EAST 76.26 FEET TO A POINT IN SAID SOUTHERLY LINE OF THAT 100.00 FOOT WIDE RIDGE ROUTE, SAID POINT BEING ON A CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 350.00 FEET, A RADIAL LINE THROUGH SAID POINT BEARS NORTH 07 DEGREES 23 MINUTES 04 SECONDS EAST; THENCE EASTERLY ALONG SAID SOUTHERLY LINE THROUGH A CENTRAL ANGLE OF 04 DEGREES 31 MINUTES 25 SECONDS AN ARC DISTANCE OF 27.64 FEET; TANGENT TO SAID CURVE SOUTH 87 DEGREES 08 MINUTES 21 SECONDS EAST 77.29 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHERLY HAVING A RADIUS OF 350.00 FEET; EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 23 DEGREES 59 MINUTES 09 SECONDS AN ARC DISTANCE OF 146.52 FEET TO A POINT IN THE EAST LINE OF SAID NORTHWEST QUARTER OF THE SOUTHEAST QUARTER; THENCE ALONG SAID EAST LINE SOUTH 00 DEGREES 52 MINUTES 21 SECONDS WEST 11.65 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND INCLUDED WITHIN THE LAND DESCRIBED IN THE DEED TO ROBERT SPROWLS RECORDED MARCH 20, 1991 AS INSTRUMENT NO. 91-395442 AND CORRECTED BY DEED RECORDED MARCH 25, 1996 AS INSTRUMENT NO. 96-468541, BOTH OF OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND INCLUDED WITHIN THE LAND DESCRIBED IN THE DEED TO NEWHALL COUNTY WATER DISTRICT, A COUNTY WATER DISTRICT RECORDED OCTOBER 2, 1998 AS INSTRUMENT NO. 98-1799238, OFFICIAL RECORDS.

**PARCEL 44:**  **APN: 3244-014-044**

THAT PORTION OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHERLY LINE OF SAID SECTION 14, DISTANT THEREON SOUTH 89 DEGREES 47 MINUTES 25 SECONDS EAST 980.51 FEET FROM THE SOUTH QUARTER CORNER OF SAID SECTION; THENCE NORTH 29 DEGREES 55 MINUTES 41 SECONDS WEST 105.53 FEET; THENCE NORTH 47 DEGREES 04 MINUTES 28 SECONDS EAST 403.02 FEET; THENCE NORTH 0 DEGREES 46 MINUTES 36 SECONDS WEST 186.08 FEET; THENCE NORTH 31 DEGREES 28 MINUTES 34 SECONDS WEST 115.00 FEET; THENCE NORTH 56 DEGREES 15 MINUTES 05 SECONDS WEST 429.53 FEET; THENCE NORTH 78 DEGREES 57 MINUTES 56 SECONDS WEST 244.18 FEET; THENCE NORTH 14 DEGREES 32 MINUTES 54 SECONDS WEST 120.21 FEET; THENCE NORTH 45 DEGREES 47 MINUTES 56 SECONDS WEST 242.54 FEET; THENCE NORTH 0 DEGREES 31 MINUTES 45 SECONDS EAST 115.13 FEET TO THE NORTHERLY LINE OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE SOUTH 89 DEGREES 49 MINUTES 04 SECONDS EAST ALONG SAID NORTHERLY LINE TO THE NORTHWESTERLY CORNER OF THE LAND DESCRIBED AS PARCEL 7, IN THE FINAL

DECREE OF CONDEMNATION ENTERED IN LOS ANGELES COUNTY SUPERIOR COURT CASE NO. 893103, A CERTIFIED COPY OF WHICH WAS RECORDED DECEMBER 20, 1967 AS INSTRUMENT NO. 3096 IN BOOK D-3864, PAGE 411, OFFICIAL RECORDS OF SAID COUNTY; THENCE SOUTHERLY AND EASTERLY ALONG THE WESTERLY AND SOUTHERLY BOUNDARY LINES OF SAID PARCEL 7 TO THE SOUTHEAST CORNER THEREOF, SAID SOUTHEAST CORNER BEING IN THE WESTERLY LINE OF THE EAST HALF OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE SOUTHERLY ALONG SAID LAST MENTIONED WESTERLY LINE TO THE SOUTHEAST CORNER OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE WESTERLY ALONG THE SOUTHERLY LINE OF SAID SECTION 14 TO THE POINT OF BEGINNING.

EXCEPT THAT PORTION CONVEYED TO CASTAIC UNION SCHOOL DISTRICT, A PUBLIC BODY, BY DEED RECORDED MARCH 17, 2003 AS INSTRUMENT NO. 03-0752915, OFFICIAL RECORDS.

EXCEPT ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON AND LIKE SUBSTANCES, IN AND UNDER SAID LAND, LYING BELOW A DEPTH OF 100 FEET FROM THE SURFACE OF SAID LAND MEASURED VERTICALLY FROM THE SURFACE THEREOF, WITHOUT ANY RIGHTS TO THE USE OF THE SURFACE OF LAND, BUT WITH THE RIGHT TO DRILL WELL HOLES OR BORE THROUGH THE SUBSURFACE OF SAID LAND LYING BELOW A DEPTH OF 100 FEET FROM SURFACE SITES LOCATED ON OTHER LAND FOR THE PURPOSE OF PRODUCING AND EXTRACTING SAID SUBSTANCES, AS GRANTED TO FRANCIS A. NICHOLS, A MARRIED MAN, BY DEED WHICH RECITES AS HIS SEPARATE PROPERTY, BY DEEDS RECORDED MAY 23, 1967 IN BOOK D-3651, PAGE 8, OFFICIAL RECORDS, MAY 25, 1967 IN BOOK D-3653, PAGE 640, OFFICIAL RECORDS, MAY 25, 1967 IN BOOK D-3653, PAGE 641, OFFICIAL RECORDS, MAY 29, 1967 IN BOOK D-3656, PAGE 609, OFFICIAL RECORDS, MAY 29, 1967 IN BOOK D-3656, PAGE 610, OFFICIAL RECORDS, AND BY DEED RECORDED MAY 29, 1967 IN BOOK D-3656, PAGE 620, OFFICIAL RECORDS.

**PARCEL 45:**  APN: 3244-014-038

THAT PORTION OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID NORTHEAST QUARTER; THENCE ALONG THE EASTERLY LINE OF SAID NORTHEAST QUARTER SOUTH 00 DEGREES 41 MINUTES 22 SECONDS WEST 429.56 FEET; THENCE NORTH 66 DEGREES 03 MINUTES 27 SECONDS WEST 49.90 FEET TO A NON-TANGENT CURVE CONCAVE NORTHEASTERLY HAVING A RADIUS OF 698 FEET; THENCE NORTHWESTERLY ALONG SAID CURVE THROUGH AN ANGLE OF 37 DEGREES 50 MINUTES 33 SECONDS AN ARC DISTANCE OF 461.01 FEET; THENCE TANGENT NORTH 28 DEGREES 12 MINUTES 54 SECONDS WEST 115.81 FEET TO THE NORTH LINE OF SAID NORTHEAST QUARTER; THENCE EASTERLY ALONG SAID NORTH LINE TO THE POINT OF BEGINNING.

EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON AND LIKE SUBSTANCES, IN AND UNDER SAID LAND, LYING BELOW A DEPTH OF 100

FEET FROM THE SURFACE OF SAID LAND MEASURED VERTICALLY FROM THE SURFACE THEREOF, WITHOUT ANY RIGHTS TO THE USE OF THE SURFACE OF LAND, BUT WITH THE RIGHT TO DRILL WELL HOLES OR BORE THROUGH THE SUBSURFACE OF SAID LAND LYING BELOW A DEPTH OF 100 FEET FROM SURFACE SITES LOCATED ON LAND OTHER THAN THAT DESCRIBED ABOVE FOR THE PURPOSE OF PRODUCING AND EXTRACTING THE ABOVE MENTIONED SUBSTANCES, AS GRANTED TO FRANCIS A. NICHOLS, A MARRIED MAN, BY DEEDS RECORDED MAY 25, 1967 IN BOOK D3653, PAGE 640, OFFICIAL RECORDS, MAY 25, 1967 IN BOOK D3653, PAGE 641, OFFICIAL RECORDS AND RECORDED MAY 29, 1967 IN BOOK D3656, PAGES 609, 610 AND 620, OFFICIAL RECORDS.

SAID LEGAL DESCRIPTION IS DESCRIBED IN A CERTIFICATE OF COMPLIANCE RECORDED AUGUST 26, 1981 AS INSTRUMENT NO. 81-856284, OFFICIAL RECORDS.

**PARCEL 46:**  **APN: 3247-041-012**

THE SOUTH 1/2 OF THE SOUTHEAST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, TOGETHER WITH AN EASEMENT FOR ROAD PURPOSES, 30 FEET IN WIDTH, OVER THE SOUTHWEST 1/4 OF THE SOUTHEAST 1/4 OF SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN.

**PARCEL 47:**  **APN: 3244-013-004**

THAT PORTION OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE, SEPTEMBER 6, 1880 AS CONVEYED TO JAMES M. GAMMON, JEAN SKELTON AND KARLYN SUTHERLAND BY DEED RECORDED IN BOOK 16800, PAGE 244, OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 11; THENCE AT RIGHT ANGLES TO THE WEST LINE OF SAID SECTION SOUTH 88 DEGREES 44 MINUTES 30 SECONDS EAST 264.00 FEET; THENCE PARALLEL WITH THE WEST LINE OF SAID SECTION NORTH 1 DEGREES 15 MINUTES 30 SECONDS 707.42 FEET TO THE TRUE POINT OF BEGINNING; THENCE FROM SAID POINT, PARALLEL WITH THE WEST LINE OF SAID SECTION NORTH 1 DEGREES 15 MINUTES 30 SECONDS EAST 75.00 FEET; THENCE WESTERLY PARALLEL WITH THE NORTHERLY LINE OF THE SOUTHERLY 900 FEET OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION TO A POINT IN THE EASTERLY LINE OF THE 100 FEET RIGHT OF WAY OF CALIFORNIA STATE HIGHWAY; THENCE SOUTHEASTERLY ALONG SAID EASTERLY LINE TO ITS INTERSECTION WITH A LINE PASSING THROUGH THE TRUE POINT OF BEGINNING AND HAVING A BEARING OF NORTH 89 DEGREES 24 MINUTES 00 SECONDS WEST; THENCE ALONG SAID LINE SOUTH 89 DEGREES 24 MINUTES 00 SECONDS EAST TO THE TRUE POINT OF BEGINNING.

**PARCEL 48:**  **APN: 3244-013-002**

THAT PORTION OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN,

ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE, SEPTEMBER 6, 1880 AS CONVEYED TO JAMES M. GAMMON, JEAN SKELTON AND KARLYN SUTHERLAND BY DEED RECORDED IN BOOK 16800, PAGE 244, OFFICIAL RECORDS IN THE OFFICE OF THE RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 11; THENCE AT RIGHT ANGLES TO THE WEST LINE OF SAID SECTION SOUTH 88 DEGREES 44 MINUTES 30 SECONDS EAST 264.00 FEET; THENCE PARALLEL WITH THE WEST LINE OF SAID SECTION NORTH 1 DEGREES 15 MINUTES 30 SECONDS EAST 832.42 FEET TO THE TRUE POINT OF BEGINNING; THENCE FROM SAID POINT PARALLEL WITH THE WEST LINE OF SAID SECTION NORTH 1 DEGREES 15 MINUTES 30 SECONDS EAST TO THE POINT IN THE NORTH LINE OF THE SOUTHERLY 900 FEET OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION; THENCE WESTERLY ALONG SAID NORTH LINE TO A POINT IN THE EASTERLY LINE OF THE 100 FEET RIGHT OF WAY OF THE CALIFORNIA STATE HIGHWAY; THENCE TO THE INTERSECTION OF SAID EAST LINE WITH A LINE PASSING THROUGH THE TRUE POINT OF BEGINNING, HAVING A BEARING OF NORTH 89 DEGREES 24 MINUTES 00 SECONDS WEST; THENCE ALONG SAID LINE SOUTH 89 DEGREES 24 MINUTES 00 SECONDS EAST TO THE TRUE POINT OF BEGINNING.

**PARCEL 49:**  **APN: 3244-013-005**

THAT PORTION OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF THE SURVEY OF SAID LAND FILED IN THE DISTRICT LAND OFFICE, SEPTEMBER 6, 1880, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SAID NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION; THENCE AT RIGHT ANGLES TO THE WEST LINE OF SAID SECTION 11, SOUTH 88 DEGREES 44 MINUTES 30 SECONDS EAST 264 FEET; THENCE PARALLEL WITH THE WEST LINE OF SAID SECTION 11, NORTH 1 DEGREES 15 MINUTES 30 SECONDS EAST 107.42 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTH 1 DEGREES 15 MINUTES 30 SECONDS EAST 550.00 FEET; THENCE NORTH 89 DEGREES 24 MINUTES WEST TO A POINT IN THE EASTERLY LINE OF THE 100 FEET RIGHT OF WAY OF THE CALIFORNIA STATE HIGHWAY; THENCE SOUTHERLY ALONG SAID HIGHWAY TO THE INTERSECTION OF SAID EAST LINE WITH A LINE PASSING THROUGH THE TRUE POINT OF BEGINNING, HAVING A BEARING OF NORTH 89 DEGREES 24 MINUTES WEST; THENCE ALONG SAID LINE SOUTH 89 DEGREES 24 MINUTES EAST TO THE TRUE POINT OF BEGINNING.

**PARCEL 50:**  **APN: 3244-013-009**

THAT PORTION OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE, SEPTEMBER 6, 1880, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT IN THE SOUTH LINE OF SAID NORTHWEST QUARTER OF DISTANT THEREON 89 DEGREES 45 MINUTES 10 SECONDS WEST 1,163.76 FEET

FROM THE SOUTHEAST CORNER OF SAID NORTHWEST QUARTER; THENCE NORTH 10 DEGREES 08 MINUTES 06 SECONDS WEST 269.49 FEET, MORE OR LESS, TO THE POINT OF INTERSECTION WITH THE WESTERLY CURVED LINE OF OLD RIDGE ROUTE 100 FEET WIDE, SHOWN ON MAP OF STATE OF HIGHWAY RELINQUISHMENT NO. 22, RECORDED IN BOOK 12996, PAGE 210, OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SAID CURVED LINE BEING CONCAVE WESTERLY AND HAVING A RADIUS OF 450.00 FEET, SAID POINT OF INTERSECTION BEING THE TRUE POINT OF BEGINNING; THENCE CONTINUING NORTH 10 DEGREES 09 MINUTES 06 SECONDS WEST 31.40 FEET; THENCE NORTH 6 DEGREES 18 MINUTES 51 SECONDS WEST 226.67 FEET; THENCE NORTH 5 DEGREES 31 MINUTES 47 SECONDS EAST 96.52 FEET TO THE WESTERLY CURVED LINE OF SAID OLD RIDGE ROUTE, LAST SAID CURVED LINE BEING CONCAVE WESTERLY AND HAVING A RADIUS OF 1,950.00 FEET; THENCE ALONG THE WESTERLY LINE OF SAID OLD RIDGE ROUTE THE FOLLOWING THREE COURSES:

SOUTHERLY ALONG LAST SAID CURVED LINE, FROM A TANGENT THAT BEARS SOUTH 9 DEGREES 20 MINUTES 26 SECONDS EAST THROUGH AN ANGLE OF 5 DEGREES 42 MINUTES 21 SECONDS, AN ARC DISTANCE OF 194.19 FEET; SOUTH 3 DEGREES 38 MINUTES 05 SECONDS EAST 60.67 FEET TO THE NORTHERLY CONTINUATION OF THE HEREINBEFORE MENTIONED CURVE HAVING A RADIUS OF 450.00 FEET AND SOUTHERLY ALONG LAST SAID CURVE FROM A TANGENT THAT BEARS SOUTH 3 DEGREES 38 MINUTES 05 SECONDS EAST THROUGH AN ANGLE OF 12 DEGREES 37 MINUTES 34 SECONDS, AN ARC DISTANCE OF 99.16 FEET TO THE TRUE POINT OF BEGINNING.

**PARCEL 51:**  APN: 3244-013-010

THAT PORTION OF THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE, SEPTEMBER 6, 1880, DESCRIBED AS FOLLOWS:

BEGINNING AT THE EASTERLY TERMINUS OF THAT LAND DESCRIBED AS SOUTH 88 DEGREES 44 MINUTES 30 SECONDS EAST 264.00 FEET IN DEED TO THE STATE OF CALIFORNIA (STATE PARCEL 62426) RECORDED JANUARY 15, 1975 IN BOOK D6528, PAGE 945, OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, SAID LINE HAVING A BEARING OF SOUTH 89 DEGREES 45 MINUTES 10 SECONDS EAST FOR THE PURPOSE OF THIS DESCRIPTION; THENCE ALONG THE EASTERLY AND THE NORTHERLY LINES OF THE LAND DESCRIBED IN SAID DEED NORTH 01 DEGREES 07 MINUTES 21 SECONDS EAST 107.42 FEET AND NORTH 86 DEGREES 52 MINUTES 39 SECONDS WEST 81.82 FEET TO THAT LINE DESCRIBED AS THE EASTERLY LINE OF 100 FOOT RIGHT OF WAY OF THE CALIFORNIA STATE HIGHWAY; THENCE SOUTHWESTERLY ALONG LAST SAID LINE BEING A CURVE CONCAVE NORTHWESTERLY AND HAVING A RADIUS OF 550.00 FEET, FROM A TANGENT WHICH BEARS SOUTH 20 DEGREES 53 MINUTES 41 SECONDS WEST, THROUGH AN ANGLE OF 05 DEGREES 20 MINUTES 41 SECONDS, AN ARC DISTANCE OF 80.10 FEET; THENCE SOUTH 10 DEGREES 08 MINUTES 06 SECONDS EAST 36.62 FEET TO THE LINE HEREINBEFORE DESCRIBED AS HAVING A BEARING OF SOUTH 88 DEGREES 44 MINUTES 30 SECONDS EAST AND A LENGTH OF 264.00 FEET; THENCE ALONG LAST SAID LINE SOUTH 8 DEGREES 45 MINUTES 10 SECONDS EAST 107.17 FEET TO THE POINT OF BEGINNING.

**PARCEL 52:**  APN: 3244-014-050

THAT PORTION OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION; THENCE ALONG THE SOUTH LINE OF SAID NORTHWEST QUARTER OF THE SOUTHEAST QUARTER NORTH 89 DEGREES 37 MINUTES 06 SECONDS WEST 981.92 FEET TO A POINT IN THE EASTERLY LINE OF THE LAND DESCRIBED AS PARCEL 1 IN DEED RECORDED OCTOBER 6, 1967 AS INSTRUMENT NO. 994 IN BOOK D3790, PAGE 908, OFFICIAL RECORDS OF SAID COUNTY; THENCE ALONG SAID EASTERLY LINE NORTH 00 DEGREES 43 MINUTES 22 SECONDS EAST 26.42 FEET; NORTH 85 DEGREES 44 MINUTES 41 SECONDS WEST 258.07 FEET; NORTH 02 DEGREES 58 MINUTES 55 SECONDS WEST 147.65 FEET; NORTH 43 DEGREES 38 MINUTES 03 SECONDS WEST 109.61 FEET TO A POINT IN THE WEST LINE OF SAID NORTHWEST QUARTER OF THE SOUTHEAST QUARTER; THENCE ALONG SAID WEST LINE NORTH 00 DEGREES 52 MINUTES 59 SECONDS EAST 47.78 FEET TO THE SOUTHERLY MOST POINT OF THE LAND DESCRIBED AS PARCEL 2 IN DEED RECORDED OCTOBER 6, 1967 AS INSTRUMENT NO. 994 IN BOOK D3790, PAGE 908 OF SAID OFFICIAL RECORDS; THENCE ALONG THE EASTERLY LINES OF LAST SAID PARCEL 2 NORTH 40 DEGREES 29 MINUTES 32 SECONDS EAST 55.80 FEET; NORTH 31 DEGREES 16 MINUTES 57 SECONDS WEST 66.82 FEET TO A POINT IN SAID WEST LINE; THENCE ALONG SAID WEST LINE NORTH 00 DEGREES 52 MINUTES 59 SECONDS EAST 408.53 FEET TO A POINT IN THE SOUTHERLY LINE OF RIDGE ROUTE, 100.00 FEET WIDE, AS DESCRIBED IN DEEDS RECORDED JUNE 4, 1929 AS INSTRUMENT NO. 1128 IN BOOK 7494, PAGE 334 OF SAID OFFICIAL RECORDS AND DEED RECORDED MAY 3, 1929 IN BOOK 8140, PAGE 116 OF SAID OFFICIAL RECORDS; THENCE ALONG SAID SOUTHERLY LINES SOUTH 65 DEGREES 38 MINUTES 21 SECONDS EAST 345.73 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 950.00 FEET; SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 01 DEGREES 19 MINUTES 25 SECONDS AN ARC DISTANCE OF 21.95 FEET TO A POINT IN THE SOUTHERLY LINE OF RIDGE ROUTE 80.00 FEET WIDE, AS DESCRIBED IN DEED RECORDED MAY 16, 1916 AS INSTRUMENT NO. 107 IN BOOK 6255, PAGE 297 OF DEEDS, RECORDS OF SAID COUNTY AND DEED RECORDED OCTOBER 30, 1914 IN BOOK 5893, PAGE 250 OF DEEDS, SAID POINT BEING ON A CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 260.00 FEET, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 41 DEGREES 02 MINUTES 11 SECONDS WEST; THENCE SOUTHEASTERLY ALONG SAID SOUTHERLY LINES OF THAT 80.00 FOOT WIDE RIDGE ROUTE THROUGH A CENTRAL ANGLE OF 05 DEGREES 03 MINUTES 57 SECONDS AN ARC DISTANCE OF 22.99 FEET; TANGENT TO SAID CURVE SOUTH 43 DEGREES 53 MINUTES 52 SECONDS EAST 19.22 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHEASTERLY HAVING A RADIUS OF 340.00 FEET; SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 28 DEGREES 31 MINUTES 59 SECONDS AN ARC DISTANCE OF 169.32 FEET; TANGENT TO SAID CURVE SOUTH 72 DEGREES 25 MINUTES 51 SECONDS EAST 24.02 FEET TO A POINT ON SAID SOUTHERLY LINE OF THAT 100.00 FOOT WIDE RIDGE ROUTE SAID POINT BEING ON A CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 950.00 FEET. A RADIAL LINE THROUGH SAID POINT BEAR SOUTH 39 DEGREES 42 MINUTES 43 SECONDS WEST; THENCE SOUTHEASTERLY ALONG SAID CURVE

AND ALONG SAID SOUTHERLY LINES THROUGH A CENTRAL ANGLE OF 13 DEGREES 55 MINUTES 55 SECONDS AN ARC DISTANCE OF 231.00 FEET; TANGENT TO SAID CURVE SOUTH 36 DEGREES 21 MINUTES 22 SECONDS EAST 167.09 FEET TO A POINT IN SAID SOUTHERLY LINE OF 80.00 FOOT WIDE RIDGE ROUTE; THENCE ALONG LAST SAID SOUTHERLY LINE SOUTH 09 DEGREES 43 MINUTES 51 SECONDS EAST 121.38 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 140.00 FEET; SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 101 DEGREES 53 MINUTES 30 SECONDS AN ARC DISTANCE OF 248.97 FEET; TANGENT TO SAID CURVE NORTH 68 DEGREES 22 MINUTES 39 SECONDS EAST 76.26 FEET TO A POINT IN SAID SOUTHERLY LINE OF THAT 100.00 FOOT WIDE RIDGE ROUTE, SAID POINT BEING ON A CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 350.00 FEET, A RADIAL LINE THROUGH SAID POINT BEARS NORTH 07 DEGREES 23 MINUTES 04 SECONDS EAST; THENCE EASTERLY ALONG SAID SOUTHERLY LINE THROUGH A CENTRAL ANGLE OF 04 DEGREES 31 MINUTES 25 SECONDS AN ARC DISTANCE OF 27.64 FEET; TANGENT TO SAID CURVE SOUTH 87 DEGREES 08 MINUTES 21 SECONDS EAST 77.29 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHERLY HAVING A RADIUS OF 350.00 FEET; EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 23 DEGREES 59 MINUTES 09 SECONDS AN ARC DISTANCE OF 146.52 FEET TO A POINT IN THE EAST LINE OF SAID NORTHWEST QUARTER OF THE SOUTHEAST QUARTER; THENCE ALONG SAID EAST LINE SOUTH 00 DEGREES 52 MINUTES 21 SECONDS WEST 11.65 FEET TO THE POINT OF BEGINNING.

**PARCEL 53:  APN: 3244-015-018**

ALL THAT PORTION OF THE WEST HALF (W 1/2), SECTION THIRTEEN (13), TOWNSHIP FIVE (5) NORTH, RANGE SEVENTEEN (17) WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE, LYING WESTERLY OF THE FOLLOWING DESCRIBED LINES:

COMMENCING AT THE SOUTHEAST CORNER OF THE SOUTHWEST QUARTER OF SAID SECTION 13; THENCE IN A SOUTHERLY DIRECTION ALONG THE WEST LINE OF THE NORTHEAST QUARTER OF SECTION 24 SAID TOWNSHIP AND RANGE, A DISTANCE OF 1173.06 FEET TO THE TRUE POINT OF BEGINNING; THENCE FROM SAID TRUE POINT OF BEGINNING; THENCE NORTH 29 DEGREES 43 MINUTES 41 SECONDS WEST 2808.81 FEET; THENCE NORTH 16 DEGREES 27 MINUTES 17 SECONDS WEST 3154.41 FEET; THENCE NORTH 59 DEGREES 41 MINUTES 56 SECONDS EAST 530.00 FEET; THENCE NORTH 02 DEGREES 04 MINUTES 58 SECONDS WEST 1395.82 FEET; THENCE NORTH 25 DEGREES 13 MINUTES 02 SECONDS WEST 1975.08 FEET TO A POINT, BEING THE END OF THE HEREIN DESCRIBED LINE.

EXCEPT THEREFROM THAT PORTION LYING WITHIN THAT CERTAIN LAND DESCRIBED IN THE DEED TO CASTAIC BRICK COMPANY, RECORDED SEPTEMBER 2, 1949 AS INSTRUMENT NO. 1168 IN BOOK 30917, PAGE 349, OFFICIAL RECORDS OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA.

ALSO EXCEPT THEREFROM THE SOUTH HALF OF THE NORTH HALF OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER; AND THE SOUTH HALF OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 13.

ALSO EXCEPT THEREFROM TO THE STATE FROM THE ABOVE DESCRIBED PARCEL OF LAND ALL OIL, OIL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS, BY WHATSOEVER NAME KNOWN, AND ALL OTHER MINERALS AND MINERAL RIGHTS, WHETHER OR NOT SIMILAR TO THOSE HEREIN MENTIONED, AS RESERVED IN DEED RECORDED SEPTEMBER 22, 1976 AS INSTRUMENT NO. 2915, OFFICIAL RECORDS.

**PARCEL 54:**  APN: 3244-014-022

THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE, SEPTEMBER 6, 1880.

EXCEPT FROM THAT PORTION OF SAID LAND LYING IN THE NORTHEAST QUARTER OF SAID SECTION, AN UNDIVIDED ONE-HALF OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES ON, IN AND UNDER SAID LAND, AS RESERVED BY JOHN C. SENTOUS, A MARRIED MAN BY DEED RECORDED FEBRUARY 27, 1953 IN BOOK 41083, PAGE 234, OFFICIAL RECORDS.

**PARCEL 55:**  APN: 3244-014-021

THE NORTH HALF OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT FROM THAT PORTION OF SAID LAND LYING IN THE NORTHEAST QUARTER OF SAID SECTION, AN UNDIVIDED ONE-HALF OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES ON, IN AND UNDER SAID LAND, AS RESERVED BY JOHN C. SENTOUS, A MARRIED MAN BY DEED RECORDED FEBRUARY 27, 1953 IN BOOK 41083, PAGE 234, OFFICIAL RECORDS.

**PARCEL 56:**  APN: 3244-014-62  (FORMERLY 3244-014-901)

THAT PORTION OF THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND AS DESCRIBED IN DEED TO CASTAIC UNION SCHOOL DISTRICT, RECORDED SEPTEMBER 2, 1992 AS INSTRUMENT NO. 92-1655239, OFFICIAL RECORDS OF SAID COUNTY LYING NORTHEASTERLY OF THE FOLLOWING DESCRIBED LINE:

COMMENCING AT THE NORTHEAST CORNER OF SECTION 23, OF SAID TOWNSHIP AND RANGE AS SHOWN ON MAP OF TRACT NO. 44429 FILED IN BOOK 1233, PAGES 19 TO 43 INCLUSIVE OF MAPS, RECORDS OF SAID COUNTY; THENCE ALONG THE EASTERLY LINE OF SAID SECTION 23 SOUTH 00 DEGREES 49 MINUTES 08 SECONDS WEST 574.19 FEET TO THE TRUE POINT OF BEGINNING; THENCE

1.  LEAVING SAID EASTERLY LINE NORTH 12 DEGREES 45 MINUTES 21 SECONDS WEST 101.93 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 1600.00 FEET; THENCE

2.    NORTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 07 DEGREES 22 MINUTES 17 SECONDS AN ARC DISTANCE OF 205.85 FEET TO THE BEGINNING OF A TANGENT COMPOUND CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 1358.00, TANGENT AT ITS NORTHWESTERLY TERMINUS TO A LINE 144.00 FEET SOUTHWESTERLY OF AND PARALLEL WITH, MEASURED AT RIGHT ANGLE TO, THE SOUTHWESTERLY LINE OF THAT 150 FOOT WIDE STRIP OF LAND OF SOUTHERN CALIFORNIA EDISON COMPANY AS DESCRIBED IN DEED RECORDED JUNE 1, 1927 IN BOOK 6634, PAGE 357 OF SAID OFFICIAL RECORDS, THENCE

3.    NORTHWESTERLY ALONG LAST SAID CURVE THROUGH A CENTRAL ANGLE OF 19 DEGREES 57 MINUTES 26 SECONDS AN ARC DISTANCE OF 473.02 FEET TO SAID PARALLEL LINE; THENCE

4.    ALONG SAID PARALLEL LINE NORTH 40 DEGREES 05 MINUTES 04 SECONDS WEST 644.20 FEET TO THE POINT OF TERMINATION.

CONTAINING 1.32 ACRES, MORE OR LESS.

**PARCEL 57:**  **APN: 3244-014-063 (FORMERLY 3244-014-900)**

THAT PORTION OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, S.B. & M., IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE ALONG THE WEST LINE OF THE EAST HALF OF THE SOUTHEAST QUARTER OF SAID SECTION 14, SOUTH 00 DEGREES 35 MINUTES 15 SECONDS WEST 410.11 FEET; THENCE PERPENDICULAR TO SAID LINE NORTH 89 DEGREES 24 MINUTES 45 SECONDS WEST 193.21 FEET; THENCE NORTH 37 DEGREES 45 MINUTES 54 SECONDS WEST 517.54 FEET TO THE NORTH LINE OF THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE SOUTH 89 DEGREES 53 MINUTES 10 SECONDS EAST, ALONG SAID NORTH LINE 514.36 FEET TO THE POINT OF BEGINNING.

**PARCEL 58:**  **APN: 2865-089-022**

LOT 293 OF TRACT 44429, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1233, PAGES 19 TO 43 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, EXCLUSIVE OF CLAY MATERIAL(S) THAT MAY BE WITHIN OR UNDER THE PARCEL OF PROPERTY HEREINABOVE DESCRIBED, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR AND STORING IN AND REMOVING THE SAME FROM SAID PROPERTY OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTIES OTHER THAN THOSE

HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE PROPERTY HEREINABOVE DESCRIBED, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN, AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE OR OPERATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE PROPERTY HEREINABOVE DESCRIBED, AS RESERVED BY THE NEWHALL LAND AND FARMING COMPANY, A CALIFORNIA LIMITED PARTNERSHIP, ON DEED RECORDED SEPTEMBER 27, 1996 AS INSTRUMENT NO. 96-1590582, OFFICIAL RECORDS.

**PARCEL 59:**

NON-EXCLUSIVE EASEMENTS, FOR THE BENEFIT OF AND APPURTENANT TO PARCELS 1, 2, 27, 29, 32, 33 AND 38 DESCRIBED ABOVE, TO CROSS AND RECROSS OVER PARCELS 4, 7, 7R, 8A, 8B, 8BR, 9, 10 AND 11 AS PROVIDED FOR AND SUBJECT TO THE TERMS AND CONDITIONS SET FORTH IN THOSE CERTAIN FINAL ORDERS OF CONDEMNATION, LOS ANGELES SUPERIOR COURT CASE NO. 979 075, RECORDED JANUARY 11, 1972 AS INSTRUMENT NO. 2792 IN BOOK D-5316, PAGE 295, JANUARY 11, 1972 AS INSTRUMENT NO. 2793 IN BOOK D-5316, PAGE 301, JANUARY 11, 1972 AS INSTRUMENT NO. 2794 IN BOOK D-5316, PAGE 314, JANUARY 11, 1972 AS INSTRUMENT NO. 2795 IN BOOK D-5316, PAGE 308, FEBRUARY 9, 1972 AS INSTRUMENT NO. 2359 IN BOOK D-5348, PAGE 40 AND JUNE 1, 1972 AS INSTRUMENT NO. 4488 IN BOOK D-480, PAGE 183, ALL OF OFFICIAL RECORDS.
PARCEL 55: 3247-041-007

THE SOUTH HALF OF THE WEST HALF OF THE WEST HALF OF LOT 10, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE, SEPTEMBER 6, 1880.

**PARCEL 60**: 3247-041-009

THE EAST HALF OF THE NORTH HALF OF THE WEST HALF OF THE WEST HALF OF LOT 10 IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880;

TOGETHER WITH THE NORTH HALF OF THE EAST HALF OF THE WEST HALF OF LOT 10, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE, SEPTEMBER 6, 1880.

**PARCEL 61**:

AN EASEMENT FOR INGRESS AND EGRESS AND INCIDENTAL PURPOSES, TO BE USED IN COMMON WITH OTHERS, OVER THE WESTERLY 30 FEET OF THE EAST HALF OF THE NORTH HALF OF THE EAST HALF OF THE WEST HALF AND OVER THE EASTERLY 30 FEET OF THE WEST HALF OF THE NORTH HALF OF THE EAST HALF OF THE WEST HALF OF LOT 10, AND OVER THE SOUTHERLY 30 FEET OF THE WEST HALF OF LOT 7 AND THE EASTERLY 30 FEET OF LOT 8 AND THE SOUTHERLY 30 FEET OF THAT PORTION OF LOT 5; LYING EASTERLY OF THE CENTER LINE

OF RIDGE ROAD, AS SHOWN ON F.M. 18013-1 ON FILE IN THE OFFICE OF THE COUNTY ENGINEER, ALL IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST OF THE SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 8, 1880.

**PARCEL 62**:

AN EASEMENT FOR INGRESS AND EGRESS AND INCIDENTAL PURPOSES, TO BE USED IN COMMON WITH OTHERS, OVER THE EASTERLY 30 FEET OF THE WEST HALF OF THE NORTH HALF OF THE WEST HALF OF THE WEST HALF OF LOT 10, SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

**PARCEL 63**:

AN EASEMENT FOR INGRESS AND EGRESS AND INCIDENTAL PURPOSES TO BE USED IN COMMON WITH OTHERS, OVER THE EASTERLY 30 FEET OF THE WEST HALF OF THE SOUTH HALF OF THE EAST HALF OF THE WEST HALF OF LOT 10, OF SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

**PARCEL 64**:

AN EASEMENT FOR INGRESS AND EGRESS AND INCIDENTAL PURPOSES, TO BE USED IN COMMON WITH OTHERS, OVER THE WESTERLY 30 FEET OF THE EAST HALF OF THE SOUTH HALF OF THE EAST HALF OF THE WEST HALF OF LOT 10, SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

**PARCEL 65**: 3247-041-010

THE SOUTH HALF OF THE EAST HALF OF THE WEST HALF OF LOT 10, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE SEPTEMBER 6, 1880.

**PARCEL 66**:

AN EASEMENT FOR INGRESS AND EGRESS AND INCIDENTAL PURPOSES, TO BE USED IN COMMON WITH OTHERS, OVER THE WESTERLY 10 FEET OF THE EAST HALF OF THE NORTH HALF OF THE EAST HALF OF THE WEST HALF AND OVER THE EASTERLY 10 FEET OF THE WEST HALF OF THE NORTH HALF OF THE EAST HALF OF THE WEST HALF OF LOT 10, AND OVER THE SOUTHERLY 30 FEET OF THE WEST HALF OF LOT 7 AND THE EASTERLY 30 FEET OF LOT 8 AND THE SOUTHERLY 30 FEET OF THAT PORTION OF LOT 5, LYING EASTERLY OF THE CENTER LINE OF RIDGE ROAD, AS SHOWN ON F.M. 18013-1 ON FILE IN THE OFFICE OF THE COUNTY ENGINEER, ALL IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST OF THE SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

**PARCEL 67**: 3244-012-056

THE NORTH 1/2 OF THAT PORTION OF THE SOUTHWEST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHERLY LINE OF SAID SECTION, DISTANT THEREON SOUTH 89° 54' 02" EAST, 445.69 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION; THENCE NORTH 25° 52' 09" WEST 124.09 FEET TO A TANGENT CURVE, CONCAVE NORTHEASTERLY AND HAVING A RADIUS OF 2,799.00 FEET; THENCE NORTHWESTERLY, ALONG SAID CURVE, THROUGH AN ANGLE OF 3° 23' 39", AN ARC DISTANCE OF 263.51 FEET; THENCE NORTH 15° 54' 07" WEST, 441.44 FEET; THENCE NORTH 8° 51' 55" EAST, 106.01 FEET; THENCE NORTH 15° 34' 26" EAST, 152.16 FEET; THENCE NORTH 3° 25' 50" WEST, 122.99 FEET; THENCE NORTH 10° 08' 06" WEST, 191.35 FEET TO THE NORTH LINE OF SAID SOUTHWEST 1/4 OF THE SOUTHWEST 1/4 OF THE SOUTHWEST 1/4; THENCE ALONG SAID NORTH LINE AND ALONG THE EAST AND SOUTH LINES OF SAID SOUTHWEST 1/4 OF THE SOUTHWEST 1/4 THE FOLLOWING COURSES:

SOUTH 89° 45' 10" EAST, 1,163.76 FEET, SOUTH 0° 52' 27" WEST, 1,337.48 FEET, AND NORTH 89° 54' 02" WEST, 880.76 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN THAT MAY BE BELOW THE UPPER 100 FEET OF THE SUBSURFACE OF THE PARCEL OF LAND HEREINABOVE DESCRIBED, TOGETHER

WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL AND GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH AND ACROSS THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITED THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES, HOWEVER, THE RIGHT TO DRILL MINE, EXPLORE AND OPERATE THROUGH THE SURFACE OR SAID UPPER 100 FEET OF THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED OR OTHERWISE IN SUCH MANNER AS TO ENDANGER THE SAFETY OF ANY HIGHWAY THAT MAY BE CONSTRUCTED ON SAID LANDS, AS EXCEPTED IN FINAL ORDER OF CONDEMNATION, CASE NO. 911311 SUPERIOR COURT LOS ANGELES COUNTY, A CERTIFIED COPY THEREOF BEING RECORDED SEPTEMBER 11, 1970 IN BOOK D4829 PAGE 157, OFFICIAL RECORDS, AS INSTRUMENT NO. 3506.

**PARCEL 68**: 3244-014-021

THE NORTH HALF OF THE EAST HALF OF THE NORTHEAST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT FROM THAT PORTION OF SAID LAND LYING IN THE NORTHEAST QUARTER OF SAID SECTION, AN UNDIVIDED ONE-HALF OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES ON, IN AND UNDER SAID LAND, AS RESERVED BY JOHN C. SENTOUS, A MARRIED MAN, BY DEED RECORDED FEBRUARY 27, 1953 IN BOOK 41083 PAGE 234 OF OFFICIAL RECORDS.

**PARCEL 69**: 3244-014-045

THAT PORTION OF THE SOUTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, SAID COUNTY, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE, SEPTEMBER 26, 1880, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID SOUTHWEST QUARTER; THENCE ALONG THE EAST LINE OF SAID SOUTHWEST QUARTER, SOUTH 0° 44' 17" WEST 282.88 FEET TO THE POINT OF INTERSECTION THEREOF WITH THAT CERTAIN CURVE HAVING A RADIUS OF 698.00 FEET AND BEING CONCAVE NORTHEASTERLY DESCRIBED AS COURSE (4) IN PARCEL 3 OF DEED (STATE PARCEL 40421), RECORDED IN BOOK D-3790, PAGE 908 OFFICIAL RECORDS, IN SAID OFFICE; THENCE NORTHWESTERLY ALONG SAID CURVE AND ALONG THAT CERTAIN COURSE HAVING A RADIUS BEARING OF SOUTH 31° 28' 34" EAST

DESCRIBED AS COURSE (3) IN SAID PARCEL 3, TO THE NORTH LINE OF SAID SOUTHWEST QUARTER; THENCE EASTERLY, ALONG SAID NORTH LINE TO THE POINT OF BEGINNING.

**PARCEL 70**: 3244014-062

THAT PORTION OF THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND AS DESCRIBED IN DEED TO CASTAIC UNION SCHOOL DISTRICT RECORDED SEPTEMBER 2, 1992 AS INSTRUMENT NO. 92-1655239, OF OFFICIAL RECORDS, RECORDS OF SAID COUNTY LYING NORTHEASTERLY OF THE FOLLOWING DESCRIBED LINE:

COMMENCING AT THE NORTHEAST CORNER OF SECTION 23, OF SAID TOWNSHIP AND RANGE AS SHOWN ON MAP OF TRACT NO. 44429 FILED IN BOOK 1233 PAGES 19 TO 43, INCLUSIVE OF MAPS, RECORDS OF SAID COUNTY; THENCE ALONG THE EASTERLY LINE OF SAID SECTION 23 SOUTH 000 49' 08" WEST 574.19 FEET TO THE TRUE POINT OF BEGINNING; THENCE

LEAVING SAID EASTERLY NORTH 12° 45' 21" WEST 101.93 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 1600.000 FEET; THENCE

NORTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 07° 22' 17" AN ARC DISTANCE OF 205.85 FEET TO THE BEGINNING OF A TANGENT COMPOUND CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 1358.00, TANGENT AT ITS NORTHWESTERLY TERMINUS TO A LINE 144.00 FEET SOUTHWESTERLY LINE OF THAT 150 FOOT WIDE STRIP OF LAND OF SOUTHERN CALIFORNIA EDISON COMPANY AS DESCRIBED IN THE DEED RECORDED JUNE 1, 1927 AS INSTRUMENT NO. 25 IN BOOK 6634 PAGE 357, OF SAID OFFICIAL RECORDS; THENCE

NORTHWESTERLY ALONG LAST SAID CURVE THROUGH A CENTRAL ANGLE OF 19° 57' 26" AN ARC DISTANCE OF 473.02 FEET TO SAID PARALLEL LINE; THENCE

ALONG SAID PARALLEL LINE NORTH 40° 05' 04" WEST 644.20 FEET TO THE POINT OF TERMINATION.

**PARCEL 71**: 3244-014-063

THAT PORTION OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO BASE AND MERIDIAN IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE ALONG THE WEST LINE OF

THE EAST HALF OF THE SOUTHEAST QUARTER OF SAID SECTION 14, SOUTH 00°
35' 15" WEST, 410.11 FEET THENCE PERPENDICULAR TO SAID LINE NORTH 09° 24'
45" WEST, 193.21 FEET; THENCE NORTH 37° 45' 54" WEST, 517.54 FEET TO THE
NORTH LINE OF THE SOUTH HALF OF THE SOUTHEAST QUARTER OF SAID
SECTION 14; THENCE SOUTH 89° 53' 10" EAST, ALONG SAID NORTH LINE, 514.36
FEET TO THE POINT OF BEGINNING.

## EXHIBIT B

## PERMITTED ENCUMBRANCES

1.      A right of way for transmission line was granted to Pacific Light and Power Corporation effective December 12, 1912 under Serial Register No. LA 020100.

2.      The right of the United States of America, its permittee or licensee, to enter upon, occupy and use any part or all of that portion of Southeast Quarter of, Southwest Quarter of Section 3; North one half of Northeast Quarter of Section 10; Southeast Quarter of, Southwest Quarter of Section 11; Southwest Quarter of, Northeast Quarter of; North one half Northwest Quarter of, Southeast Quarter of, Northwest Quarter of, North one half Southeast Quarter of, Southeast Quarter of, Southeast Quarter of, Section 14, Township 5 North, Range 17 West, San Bernardino Meridian, lying within a strip of land 264 feet in width being the Pacific Light and Power Corporation transmission line. Said land was withdrawn for Power Site Reserve No. 489 for the purposes provided in the Federal Power Act of June 10, 1920 (41 Stat. 1063) as amended, subject to the conditions and limitation of Section 24, of said Act, as amended, as disclosed by the records of the Bureau of Land Management in Sacramento, California.

3.      The right of the United States of America, its permittee or licensee to enter upon, occupy and use, any part or all of that portion of the Northwest Quarter of the Northeast Quarter of said Section Ten and the Southeast Quarter of the Southwest of said Section Three lying within a strip of land 264 feet wide covered by the transmission line right of way of the Pacific Light and Power Company for the purposes provided in the Act of June 10, 1920 (41 Stat., 1063) and subject to the conditions and limitations of Section 24 of said Act, as set forth in Patent No. 910117 issued June 26, 1923 to Frank Powell as disclosed by the records of Los Angeles County Recorder and the Bureau of Land Management in Sacramento, California.

4.      Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
        Granted to:    The Edison electric Company
        Purpose:       Pole lines
        Recorded:      January 29, 1906, Book 2580, Page 13, of Deeds

5.      Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
        Granted to:    Edison Electric Company
        Purpose:       Road
        Recorded:      February 2, 1906, Book 2554, Page 237, of Deeds

6.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | C. W. Waller |
| Purpose: | Pipelines and pole lines |
| Recorded: | February 17, 1912, Book 4855, Page 311, of Deeds and re-recorded October 10, 1923, Book 2985, Page 371, of Official Records |

7.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | General Pipe Line Company of California |
| Purpose: | Pipelines and pole lines |
| Recorded: | June 1, 1912, Book 5010, Page 253, of Deeds and re-recorded June 20, 1912, Book 5087, Page 38, of Deeds |

8.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Pacific Light and Power Corporation |
| Purpose: | Steel towers |
| Recorded: | December 19, 1912, Book 5320, Page 84, of Deeds |

9.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Pacific Light & Power Corporation, a corporation |
| Purpose: | Pole lines |
| Recorded: | November 4, 1913, Book 5640, Page 81, of Deeds |

10.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | State of California |
| Purpose: | State highway purposes |
| Recorded: | October 30, 1914, Book 5893, Page 250, of Deeds |

11.    The privilege and right to extend and maintain slopes on said land as contained in instrument granted to the State of California, recorded October 30, 1914, in book 5893, Page 250, of Deeds.

12.    A waiver of any claims for damages by reason of the establishment of said highway contiguous thereto, as contained in instrument, in favor of State of California, recorded October 30, 1914, in Book 5893, Page 250, of Deeds.

13.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Pacific Telephone and Telegraph Company |
| Purpose: | Pole lines and anchors |
| Recorded: | December 9, 1914, Book 5951, Page 73, of Deeds |

14.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.
Granted to:    Pacific Light & Power Corporation
Purpose:    Construct, use, maintain and replace thereon 1 line of poles
Recorded:    June 16, 1915, Book 6035, Page 337, of Deeds

15.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.
Granted to:    State of California
Purpose:    State highway
Recorded:    May 16, 1916, Instrument No. 107, Book 6255, Page 297, of Deeds

16.    The privilege and right to extend and maintain drainage structures, excavation slopes and
embankment slopes on said land, as contained in an instrument,
Granted to:    State of California
Recorded:    May 16, 1916, book 6255, Page 297, of Deeds and June 4, 1929, Book
7494, Page 334, of Official Records

17.    A waiver of any claims for damages by reason of the location, construction, landscaping
or maintenance of a highway or freeway contiguous thereto, as contained in an
instrument,
In favor of:    State of California
Recorded:    May 16, 1916, Book 6255, Page 297, of Deeds and June 4, 1929, Book
7494, Page 334, of Official Records

18.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.
Granted to:    Southern California Edison Company, a corporation
Purpose:    Towers, pole lines and conduits
Recorded:    October 5, 1918, Instr. No. 842, Book 6736, Page 88, of Official Records

19.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.
Granted to:    State of California
Purpose:    State highway purposes
Recorded:    May 3, 1929, Book 8140, Page 116, of Official Records

20.    A waiver of any claims for damages by reason of the location, construction, landscaping
or maintenance of a highway or freeway contiguous thereto, as contained in an
instrument,
In favor of:    State of California
Recorded:    May 3, 1929, book 8140, Page 116, Official Records

21.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:     Pacific Telephone and Telegraph Company
Purpose:        Pole lines and underground conduits
Recorded:       October 2, 1929, Book 9300, Page 280, of Official Records

22.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:     Pacific Telephone and Telegraph Company
Purpose:        Poles and underground conduits
Recorded:       October 2, 1929, Book 9314, Page 322, of Official Records

23.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:     Pacific Telephone and Telegraph Company, a corporation
Purpose:        Pole lines and conduits
Recorded:       October 2, 1929, Book 9329, Page 364, of Official Records

24.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:     Pacific Telephone and Telegraph Company
Purpose:        Poles, pipes and conduits
Recorded:       October 2, 1929, Book 9360, Page 305, of Official Records

25.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:     Pacific Telephone and Telegraph company, a corporation
Purpose:        Public utilities
Recorded:       October 2, 1929, Book 9428, Page 117, of Official Records

26.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:     Southern California Edison Company, a corporation
Purpose:        Pole lines
Recorded:       February 1, 1930, Book 9697, Page 210, of Official Records

27.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:     Pacific Telephone and Telegraph Company, a corporation
Purpose:        Wires and poles
Recorded:       February 19, 1930, Instrument No. 1122, Book 9767, Page 105, of Official Records

28. Easement(s) for purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:   Pacific Telephone and Telegraph Company, a corporation
    Purpose:      Pole lines
    Recorded:     February 19, 1930, Book 9771, Page 117, of Official Records

29. Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:   State of California
    Purpose:      Highway purposes
    Recorded:     October 8, 1930, Instrument No. 1348, Book 10273, Page 360, of Official Records

30. The privilege and right to extend and maintain drainage structures, excavation slopes and embankment slopes on said land, as contained in an instrument,
    Granted:      State of California
    Recorded:     October 8, 1930, book 10273, page 360, Official Records

31. A waiver of any claims for damages by reason of the location, construction, landscaping or maintenance of a highway or freeway contiguous thereto
    In favor of:  State of California
    Recorded:     October 8, 1930, book 10273, page 360, Official Records

32. Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:   United States of America
    Purpose:      one line of poles and wires
    Recorded:     January 5, 1931, Instrument No. 939, Book 10612, Page 31, of Official Records

33. Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:   Southern Fuel Company, a corporation
    Purpose:      Pipelines
    Recorded:     July 8, 1931, Book 10883, Page 388, of Official Records

34. Agreement executed by Alexander A. Hanna and Mary E. Hanna and Industrial Fuel Supply Company, (Successor by Merger to Southern Fuel Company), recorded October 11, 1939, in Book 16940, Page 144, of Official Records.

35. Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:   General Pipe Line Company of California
    Purpose:      Pipelines for gas, oil and water, and a single line of poles
    Recorded:     June 17, 1935, Book 13447, Page 257, of Official Records

36.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

        Granted to:     Southern California Gas Company, a corporation
        Purpose:        Pipelines
        Recorded:       May 19, 1937, Book 14942, Page 296, of Official Records

37.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

        Granted to:     Southern California Gas Company, a corporation
        Purpose:        Pipelines
        Recorded:       November 26, 1937, Book 15491, Page 16, of Official Records

38.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

        Granted to:     Southern California Edison Company, Ltd., a corporation
        Purpose:        Pole lines
        Recorded:       August 26, 1942, Book 19516, Page 195, of Official Records

39.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

        Granted to:     Southern California Edison Company, Ltd.
        Purpose:        Poles, necessary guys and anchors, cross-arm and wires
        Recorded:       November 1, 1945, Book 22495, Page 27, of Official Records

40.     The effect of an instrument dated August 9, 1947, executed by Ruth Nichols, a married woman, and Harvey A. Nichols, a married man, her husband, Frank Marple, a married man, and Florence H. Marple, a married woman, his wife, Antoinette Tyler, a married woman, and William Tyler, a married man, her husband, and Grace Marple Russell, a married woman, who acquired title as Grace Marple, a single woman, and Paul Russell, a married man, her husband, and as grantors in favor of the State of California, recorded October 31, 1947 in Book 25630 Page 260 of Official Records.

41.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

        Granted to:     Richfield Oil Corporation, a corporation
        Purpose:        Pipelines
        Recorded:       May 16, 1950, Instrument No. 3204, Book 33139, Page 376, of Official Records

42.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

        Granted to:     Richfield Oil Corporation, a corporation
        Purpose:        Pipelines
        Recorded:       May 18, 1950, Instrument No. 3189, Book 33167, Page 362, of Official Records

43.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Richfield Oil Corporation, a corporation |
| Purpose: | Pipelines |
| Recorded: | June 2, 1950, Instrument No. 1963, Book 33288, Page 385, of Official Records |

44.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Richfield Oil Corporation, a corporation |
| Purpose: | Pipelines |
| Recorded: | June 12, 1950, Instrument No. 3031, Book 33364, Page 308, of Official Records |

45.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Southern California Edison Company, a corporation |
| Purpose: | Poles, cables and including ground wires |
| Recorded: | July 25, 1956, Instrument No. 4187, Book 51833, Page 316, of Official Records |

46.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Southern California Edison Company, a corporation |
| Purpose: | Electrical transmission lines, overhead and underground |
| Recorded: | October 11, 1957, Book 55831, Page 430, of Official Records |

47.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Pacific Lighting Gas Supply Company, a corporation |
| Purpose: | Pipelines |
| Recorded: | November 25, 1957, Instrument No. 841, Book 56127, Page 303, of Official Records |

48.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Pacific Lighting Gas Supply Company |
| Purpose: | Pipelines |
| Recorded: | November 25, 1957, Instrument No. 842, Book 56127, Page 309, of Official Records |

49.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Southern California Edison Company, a corporation |
| Purpose: | Public utilities |
| Recorded: | January 23, 1958, Instrument No. 280, of Official Records |

50.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Pacific Lighting Gas Supply Company, a corporation
    Purpose:    Pipelines
    Recorded:    February 6, 1958, Instrument No. 2564, Book D-5, Page 475, of Official Records and re-recorded February 6, 1958, Instrument No. 2565, Book D-5, Page 479, of Official Records

51.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Southern California Edison Company, a corporation
    Purpose:    Pipelines and pole lines
    Recorded:    February 18, 1958, Book D-15, Page 339, of Official Records

52.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Pacific Lighting Gas Supply Co., a corporation
    Purpose:    Pipelines
    Recorded:    October 8, 1958, Instrument No. 1114, Book D-238, Page 799, of Official Records

53.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Pacific Lighting Gas Supply Company, a corporation
    Purpose:    Pipelines
    Recorded:    February 20, 1959, Instrument No. 327, Book D-372, Page 114, of Official Records

54.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Pacific Lighting Gas Supply Company, a corporation
    Recorded:    February 20, 1959, Instrument No. 328, Book D-372, Page 120, of Official Records

55.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Southern California Edison Company, a corporation
    Purpose:    Public utilities
    Recorded:    March 31, 1959, Instrument No. 3995, Book D-416, Page 584, of Official Records

56.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Southern California Edison Company, a corporation
    Purpose:    Public utilities
    Recorded:    June 12, 1959, Instrument No. 3440, Book D-500, Page 761, of Official Records

57.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
        Granted to:     Pacific Telephone and Telegraph Company, a corporation
        Purpose:        Pole lines and conduits
        Recorded:       December 3, 1965, Instrument No. 4431, Book D-3135, Page 598, of Official Records

58.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
        Granted to:     Pacific Telephone and Telegraph Company, a corporation
        Purpose:        Cables, conduits, manholes, markers, necessary fixtures and appurtenances
        Recorded:       December 3, 1965, Instrument No. 4432, Book D-3135, Page 599, of Official Records

59.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
        Granted to:     Pacific Telephone and Telegraph Company, a corporation
        Purpose:        Public utilities
        Recorded:       December 27, 1965, Instrument No. 1854, Book D-3157, Page 454, of Official Records

60.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
        Granted to:     Pacific Telephone and Telegraph Company, a corporation
        Purpose:        Conduits
        Recorded:       December 27, 1965, Instrument No. 1857, Book D-3157, Page 457, of Official Records

61.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
        Granted to:     The Pacific Telephone and Telegraph Company, a corporation
        Purpose:        Underground conduits
        Recorded:       January 12, 1966, Instrument No. 3396, Book D-3174, Page 371, of Official Records and re-recorded February 2, 1966, Instrument No. 2536, Book D-3195, Page 736, of Official Records

62.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
        Granted to:     State of California
        Purpose:        Pipeline
        Recorded:       June 23, 1966, Instrument No. 561, Book D3344, Page 729, of Official Records

63.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.

| | |
|---|---|
| Granted to: | Newhall County Water District, a County Water District |
| Purpose: | Waterline |
| Recorded: | August 24, 1966, Instrument No. 1924, Book D-3407, Page 943, of Official Records |

64.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.

| | |
|---|---|
| Granted to: | State of California |
| Purpose: | Pipeline |
| Recorded: | August 31, 1966, Instrument No. 566, Book D3414, Page 381, of Official Records |

65.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.

| | |
|---|---|
| Granted to: | State of California |
| Purpose: | Pipelines, telephone or telegraph lines |
| Recorded: | December 20, 1966, Instrument No. 360, Book D3511, Page 140, of Official Records |

The interest of the State of California was conveyed to Cuyama Pipeline Company, a
corporation, by deed recorded March 5, 1974, as Instrument No. 2961, in Book D-6190,
page 702, of Official Records.

66.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.

| | |
|---|---|
| Granted to: | Newhall County Water District |
| Purpose: | Underground utility and pipelines |
| Recorded: | March 9, 1967, Instrument No. 2567, Book D3579, Page 144, of Official Records |

67.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.

| | |
|---|---|
| Granted to: | State of California |
| Purpose: | Slope |
| Recorded: | June 21, 1967, Instrument No. 422, Book D-3678, Page 472, of Official Records |

68.    That fact that ownership of said land does not include any rights of ingress or egress to or
from Golden State Freeway, said rights having been relinquished by Deed from Myrtle F.
Wiley, a widow, to the State of California, recorded June 21, 1967 in Book D 3678 Page
473, Official Records, as Instrument No. 422 and by Deed from Security Pacific National
Bank, as Executor of the Will of Myrtle Farris Wiley, also known as Myrtle F. Wiley,
also known as Myrtle Wiley, deceased, to the State of California, recorded May 29, 1974
in Book D 6287 Page 495, Official Records, as Instrument No. 384, of Official Records.

69.   Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
      document.
      Granted to:    State of California
      Purpose:       Slope purposes
      Recorded:      October 6, 1967, Instrument No. 994, Book D-3790, Page 908, of Official
                     Records

70.   The fact that the ownership of said land does not include rights of access to or from the
      street, highway, or freeway abutting said land, such rights having been relinquished by
      the document, recorded October 6, 1967, Instrument No. 994, Book D-3790, Page 908, of
      Official Records.

71.   Waiver of any claims for damages to said property by reason of the location,
      construction, landscaping or maintenance of the freeway adjoining said property, as
      contained in the deed to the State of California, recorded October 6, 1967, Instrument No.
      D-3790, Book 908, of Official Records.

72.   Easement(s) for the purpose(s) shown below and rights incidental thereto as condemned
      by Final Decree of Condemnation,
      Superior Court of:    Los Angeles
      County Case No.:      893103
      In favor of:    Newhall County Water District, a County Water District
      Purpose:        Road, pipeline and drainage
      Recorded:       November 6, 1967, Instrument No. 3575, Book D-3822, Page 117, of
      Official Records

73.   Easement(s) for the purpose(s) shown below and rights incidental thereto as condemned
      by Final Decree of Condemnation,
      Superior Court of:    Los Angeles
      County Case No.:      893103
      In favor of:    Newhall County Water District, a County Water District
      Purpose:        Road, water line and pipeline
      Recorded:       December 20, 1967, Instrument No. 3096, Book D-3864, Page 411, of
      Official Records

74.   Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
      document.
      Granted to:    Pacific Lighting Service and Supply Company
      Purpose:       Pipelines
      Recorded:      December 27, 1967, Instrument No. 483, Book D-3867, Page 971, of
                     Official Records

75.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document, recorded December 27, 1967, Instrument No. 484, Book D-3867, Page 977, of Official Records.

76.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document, recorded December 27, 1967, Instrument No. 484, Book D-3867, Page 977, of Official Records.

77.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:    State of California
Purpose:       Pipeline
Recorded:      March 28, 1968, Instrument No. 404, Book D-3952, Page 972, of Official Records

The interest of the State of California was conveyed to Cuyama Pipeline Company, a corporation by deed recorded march 5, 1974, as Instrument No. 2961, in Book D-6190, page 702, of Official Records.

78.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:    State of California
Purpose:       Pipeline
Recorded:      September 11, 1968, Instrument No. 610, Book D-4127, Page 640, of Official Records

The interest of the State of California was conveyed to Cuyama Pipeline Company, a corporation by deed recorded March 5, 1974, as instrument No. 2961, in Book D-6190, Page 702, of Official Records.

79.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:    Mobil Oil Corporation
Purpose:       Underground pipelines and one pole line
Recorded:      October 18, 1968, Instrument No. 907, of Official Records

80.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:    Southern California Gas Company
Purpose:       Pipelines
Recorded:      October 18, 1968, Instrument No. 908, Book D-4167, Page 816, of Official Records

81.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:    Southern California Edison Company, a corporation
Purpose:    Pole lines and towers
Recorded:    October 18, 1968, Instrument No. 909, Book D-1467, Page 847, of Official Records

82.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:    The State of California
Purpose:    Pipeline
Recorded:    January 23, 1969, Instrument No. 320, Book D-4258, Page 977, of Official Records

The interest of the State of California was conveyed to Cuyama Pipeline Company, a corporation by deed recorded March 5, 1974, as Instrument no. 2961, in Book D-6190, page 702, of Official Records.

83.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:    State of California
Purpose:    Aqueduct and pipeline
Recorded:    January 27, 1969, Instrument No. 358, Book D-4261, Page 520, of Official Records

The interest of the State of California was conveyed to Cuyama Pipeline Company, a corporation by deed recorded March 5, 1974, as Instrument No. 2961, in Book D-6190, Page 702, of Official Records.

84.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:    The Pacific Telephone and Telegraph Company
Purpose:    Public utilities
Recorded:    March 21, 1969, Instrument No. 3135, Book D-4315, Page 347, of Official Records

85.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:    The Pacific Telephone and Telegraph Company, a corporation
Purpose:    Public utilities
Recorded:    March 21, 1969, Instrument No. 3136, Book D-4315, Page 352, of Official Records

86.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Pacific Telephone and Telegraph Company, a corporation
    Purpose:    Underground Cables, wires and conduits
    Recorded:    March 25, 1969, Instrument No. 2523, Book D-4317, Page 902, of Official Records

87.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    State of California
    Purpose:    Pipelines
    Recorded:    March 27, 1969, Instrument No. 302, Book D-4319, Page 805, of Official Records

88.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    State of California
    Purpose:    Pipeline
    Recorded:    March 27, 1969, Instrument No. 303, Book D-4319, Page 812, of Official Records

    The interest of the State of California was conveyed to Cuyama Pipeline Company, a corporation by deed recorded March 5, 1974, as Instrument No. 2961, in Book D-6190, page 702, of Official Records.

89.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Pacific Telephone and Telegraph Company, a corporation
    Purpose:    Underground cables, wires and conduits
    Recorded:    June 3, 1969, Instrument No. 3060, Book D-4389, Page 996, of Official Records

90.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Pacific Telephone and Telegraph Company, a corporation
    Purpose:    Underground cables, wires and conduits
    Recorded:    June 9, 1969, Instrument No. 3041, Book D-4395, Page 823, of Official Records

91.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    The Pacific Telephone and Telegraph Company, a corporation
    Purpose:    Public utilities
    Recorded:    July 14, 1969, Book D-4434, Page 33, of Official Records

92.  Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.
Granted to:            Pacific Telephone and Telegraph Company
Purpose:               To construct, reconstruct, operate, maintain, repair, renew, replace,
enlarge and patrol such communications facilities
Recorded:              May 14, 1970, Instrument No. 1734, Book M-3465, Page 765, of
Official Records

93.  Easement(s) for the purpose(s) shown below and rights incidental thereto as condemned
by Final Decree of Condemnation.
Superior Court of:     Los Angeles
County Case No.:       979075
In favor of:           The City of Los Angeles, a municipal corporation, et al.
Purpose:               Roadway
Recorded:              January 11, 1972, Instrument No. 2792, Book D-5316, Page 295,
of Official Records

94.  Easement(s) for the purpose(s) shown below and rights incidental thereto as condemned
by Final Decree of Condemnation,
Superior Court of:     Los Angeles
County Case No.:       979075
In favor of:    The City of Los Angeles, a municipal corporation, et al
Purpose:    Roadway
Recorded:    July 11, 1972, Instrument No. 2793, Book D-5316, Page 301, of Official
Records

95.  Easement(s) for the purpose(s) shown below and rights incidental thereto as condemned
by Final Decree of Condemnation,
Superior Court of:     Los Angeles
County Case No.:       979075
In favor of:    The City of Los Angeles, a municipal corporation, et al
Purpose:    Roadway
Recorded:    July 11, 1972, Instrument No. 3794, Book D-5316, Page 314, of Official
Records

96.  Easement(s) for the purpose(s) shown below and rights incidental thereto as condemned
by Final Decree of Condemnation,
Superior Court of:     Los Angeles
County Case No.:       979075
In favor of:    The City of Los Angeles, a municipal corporation, et al
Purpose:    Roadway
Recorded:    January 11, 1972, Instrument No. 2795, Book D-5316, Page 308, of
Official Records

97.     Easement(s) for the purpose(s) shown below and rights incidental thereto as condemned by Final Decree of Condemnation,
Superior Court of:     Los Angeles
County Case No.:     979075
In favor of:     The City of Los Angeles, a municipal corporation, et al
Purpose:     Roadway
Recorded:     February 9, 1972, Instrument No. 2359, Book D-5348, Page 40, of Official Records

98.     Easement(s) for the purpose(s) shown below and rights incidental thereto as condemned by Final Decree of Condemnation,
Superior Court of:     Los Angeles
County Case No.:     979075
In favor of:     The City of Los Angeles, a municipal corporation, et al
Purpose:     A road for ingress, egress, maintenance and patrolling of electric transmission lines
Recorded:     June 1, 1972, Instrument No. 4488, Book D-5480, Page 183, of Official Records

99.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
Granted to:     State of California
Purpose:     Pole lines, drainage and pipelines
Recorded:     December 24, 1973, Instrument No. 273, Book D-6119, Page 946, of Official Records

100.    The fact that the ownership of said land does not include any rights of ingress and egress to or from the Golden State Freeway adjacent to said land. Said rights have been relinquished to State of California, by deed recorded December 24, 1973, as Instrument No. 273, in book D6119, page 946, of Official Records.

101.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
Granted to:     State of California
Purpose:     Drainage, slope, pipeline, poles and electric lines
Recorded:     February 15, 1974, Instrument No. 3091, Book D-6171, Page 742, of Official Records

102.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document, recorded February 15, 1974, Instrument No. 3091, Book D-6171, Page 742, of Official Records

103.   Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.
Granted to:      State of California
Purpose:         Slope
Recorded:        May 29, 1974, Instrument No. 384, Book D-6287, Page 495, of Official
Records

104.   Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.
Granted to:      The State of California
Purpose:         Highway slope
Recorded:        July 5, 1974, Instrument No. 434, Book D-6333, Page 930, of Official
Records

105.   Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.
Granted to:      Pacific Lighting Service Company, a California corporation
Purpose:         One or more pipelines and meters for the transportation of gas
Recorded:        July 5, 1974, Instrument No. 435, Book D-6333, Page 933, of Official
Records

106.   A conditional Certificate of Compliance
Dated: July 28, 1982
Executed by:  Department of Regional Planning, County of Los Angeles
Compliance No.:      22936
Recorded:        July 28, 1982, Instrument No. 82-757295, Official Records
Conditions      Offer a 50 foot wide slope easement adjacent to the Easterly side of the
right of Ridge Route

107.   Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.
Granted to:      Pacific Telephone and Telegraph Company
Purpose:         Underground communication facilities and other appurtenances
Recorded:        March 11, 1983, Instrument No. 83-272545, of Official Records and re-
recorded April 23, 1983, Instrument No. 83-442645, of Official Records

108.   Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.
Granted to:      Georgia George
Purpose:         Ingress and egress
Recorded:        April 11, 1983, Instrument No. 83-394248, of Official Records

109.   The effect of the recordation by the Board of Supervisors of the County of Los Angeles
of a Resolution Relating to the formation of the Castaic Bridge and Major Thoroughfare
Construction Fee District, recorded April 1, 1992, as Instrument No. 92-560916, of
Official Records.

110.    Matters contained in that certain document entitled "Memorandum of Agreement" dated July 23, 1992, executed by and between Cook Ranch Associates, a California general partnership and Castaic Union School District recorded September 14, 1992, Instrument No. 92-1701972, of Official Records.

111.    Matters contained in that certain document entitled "Development Agreement by and between the County of Los Angeles and Cook Ranch Associates Relative to the Development known as Northlake" dated April 27, 1993, executed by and between Cook Ranch Associates, a California general partnership and County of Los Angeles, a political subdivision recorded May 28, 1993, Instrument No. 93-1023682, of Official Records.

112.    Easement(s) for the purpose(s) shown below and rights incidental thereto as set forth in a document;
Purpose:        Pipelines
Recorded:       February 7, 1958, Book D6, Page 787, of Official Records

113.    Easement(s) for the purpose(s) shown below and rights incidental thereto as condemned by Final Decree of Condemnation,
Superior Court of:      Los Angeles
County Case No.:        710624
In favor of:
Purpose:        Utility
Recorded:       July 23, 1959, Instrument No. 4563, Book D-547, Page 50, of Official Records

114.    Easement(s) for the purpose(s) shown below and rights incidental thereto as set forth in a document;
Purpose:        Utilities
Recorded:       October 31, 1967, Instrument No. 594, of Official Records

115.    Easement(s) for the purpose(s) shown below and rights incidental thereto as set forth in a document;
Purpose:        Slope purposes together with all necessary or convenient means of ingress and egress
Recorded:       January 8, 1974, Instrument No. 1770, of Official Records

116.    Easement(s) for the purpose(s) shown below and rights incidental thereto as set forth in a document;
Purpose:        Pipelines
Recorded:       July 30, 1975, Instrument No. 508, of Official Records

117.    Easement(s) for the purpose(s) shown below and rights incidental thereto as set forth in a document;
Purpose:        Highway slope
Recorded:       July 30, 1975, Instrument No. 509, of Official Records

118.   The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document, recorded August 21, 1975, Instrument No. 2444, Official Records.

119.   Easement(s) for the purpose(s) shown below and rights incidental thereto as set forth in a document;
       Purpose:        slope
       Recorded:       August 21, 1975, Instrument No. 2444, of Official Records

120.   Easement(s) for the purpose(s) shown below and rights incidental thereto as set forth in a document;
       Purpose:        Pole lines
       Recorded:       Book 9344, Page 4, of Official Records

       And as amended by the terms and provisions set out in that certain document entitled Joint Use and Occupancy Agreement, recorded June 3, 1974, as Instrument No. 3880, of Official Records.

121.   A right of way to remove brush from a strip of land, 100 feet wide, across the land herein described, lying 50 feet on each side of the existing pole lines, as granted to Southern California Telephone Company by deed recorded in Book 18361, Page 2, of Official Records.
       And as amended by the terms and provisions set out in that certain document entitled Joint Use and Occupancy Agreement, recorded June 3, 1974, as Instrument No. 3880, of Official Records.

122.   Easement(s) for the purpose(s) shown below and rights incidental thereto as set forth in a document;
       Purpose:        Buried communication line easement
       Recorded:       June 8, 1972, Instrument No. 3758, of Official Records

       And as amended by the terms and provisions set out in that certain document entitled Joint Use and Occupancy Agreement, recorded June 3, 1974, as Instrument No. 3880, of Official Records.

123.   Easement(s) for the purpose(s) shown below and rights incidental thereto as set forth in a document;
       Purpose:        Pipeline
       Recorded:       June 7, 1950, Instrument No. 2764, Book 33323, Page 54, of Official Records

124.   Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
       Granted to:     Pacific Telephone and Telegraph company
       Purpose:        Pole lines, anchors and conduits, pipes
       Recorded:       October 1, 2192, Book 9314, Page 321, of Official Records

125.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

    Granted to:    Richfield Oil Corporation, a corporation
    Purpose:    Pipelines
    Recorded:    June 29, 1950, Book 33543, Page 228, of Official Records

126.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

    Granted to:    State of California
    Purpose:    One pipeline not to exceed 20-inches in internal diameter and appurtenances thereof, and a telephone or telegraph line
    Recorded:    November 9, 1966, Book D-3476, Page 326, of Official Records

The interest of the State of California was conveyed to Cuyama Pipeline Company, a corporation by deed recorded March 5, 1974, as Instrument No. 2961, in Book D-6190, Page 702, of Official Records.

127.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

    Granted to:    The Pacific Telephone and Telegraph Company
    Purpose:    Communication facilities
    Recorded:    January 17, 1969, Instrument No. 3276, of Official Records

128.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

    Granted to:    Castaic Unified School District
    Purpose:    Road, ingress and egress, storm drains, grading slopes, and private and public utility purposes
    Recorded:    March 18, 2003, Instrument No. 03-753979, of Official Records

129.    Matters contained in that certain document entitled "Memorandum of Agreement" dated April 8, 2003, executed by and between Northlake LILAC, a Delaware limited liability company, Castaic Clay Manufacturing Co., a Nevada corporation and Mike Malow and Annette Bea Malow, as trustees of the Mike Malow and Annette B. Malow Inner Vivos Trust Agreement dated 4/15/83 as amended 7/21/83, as Instrument No. 83-829867, Official Records recorded April 24, 2003, Instrument No. 03-1160727, of Official Records.

130.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

    Granted to:    Southern California Edison Company, Ltd., a corporation
    Purpose:    pole lines and electric lines
    Recorded:    May 17, 1945, Instrument No. 1274, Book 22002, Page 111, of Official Records

131. Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
     Granted to:    Southern California Edison Company, a corporation
     Purpose:       Ingress and egress
     Recorded:      May 13, 1929, Instrument No. 1229, Book 9118, Page 344, of Official Records

132. Recitals as shown on that certain Tract No. 44429, recorded in Book 1233, Pages 19 through 43, inclusive, which, among other things states:
     "We hereby dedicate to the County of Los Angeles the right to prohibit the construction of residential buildings within Lot 293, except for additional parking or recreational facilities and appurtenances".

133. Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
     Granted to:    Southern California Edison Company, a corporation
     Purpose:       Underground electrical supply systems & communication systems
     Recorded:      March 3, 1999, Instrument No. 99-0347091, of Official Records

134. Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
     Granted to:    Southern California Edison Company, a corporation
     Purpose:       Underground electrical supply systems & communication systems
     Recorded:      July 13, 1999, Instrument No. 99-1281965, of Official Records

135. An instrument entitled "Assignment of Development Agreement" recorded July 23, 2003 as Instrument/File No. 03-2098390 of Official Records.

136. A deed of trust described as follows:
     Dated:         September 9, 2005
     Trustor:       LB/L – SunCal Northlake LLC
     Trustee:       Fidelity National Title Company
     Beneficiary:   Lehman ALI Inc., a Delaware corporation
     Recorded:      September 13, 2005, Instrument No. 2005-2196081, of Official Records and amendment recorded July 22, 2008, Instrument No. 20081303626, of Official Records

     An assignment of the beneficial interest under said deed of trust which names:
     Assignee:      Northlake Holdings LLC, a Delaware limited liability company
     Recorded:      June 12, 2008, Instrument No. 20081042288, of Official Records

     A Notice of Default under the terms of said deed of trust.
     Executed by:   Jeffrey E. Steiner, Esq.
     Recorded:      November 12, 2008, Instr. No. 20081996671, of Official Records

Oak Valley

RECORDING REQUESTED BY,
WHEN RECORDED MAIL TO AND
MAIL TAX STATEMENTS TO:

**[NAME OF LEHMAN NOMINEE]**
**[ADDRESS OF LEHMAN NOMINEE]**

_____

(Space Above Line for Recorder's Use Only)

## <u>GRANT DEED</u>

FOR VALUE RECEIVED, **[NAME OF GRANTOR]** ("**<u>Grantor</u>**"), hereby grants to **[NAME OF GRANTEE]**, a Delaware limited liability company ("**<u>Grantee</u>**"), all that certain real property situated in the City of Beaumont, County of Riverside, State of California, and more particularly described on <u>Exhibit "A"</u> attached hereto and made a part hereof (the "**<u>Property</u>**").

This Grant Deed is being delivered pursuant to the _Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors_ (the "**<u>Plan</u>**") filed in the United States Bankruptcy Court for the Central District of California (Santa Ana Division) (the "**<u>Bankruptcy Court</u>**") in _In re Palmdale Hills Property, LLC, et al._, Case No. 08-17206 (ES) and the _Order Confirming the Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors_ (the "**<u>Confirmation Order</u>**") entered by the Bankruptcy Court on [_____], 2011.  Pursuant to section 17.13 of the Plan, the Confirmation Order, and 11 U.S.C. §1146(a), the transfer of the Property hereunder will not be subject to any documentary transfer tax or similar tax, or filing or recording fee.  Pursuant to the Confirmation Order, state and local governmental officials or agents shall forego the collection of any such tax or fee and accept for filing and recordation this Grant Deed or other related documents without the payment of any such tax or fee.

THE PROPERTY IS GRANTED TO GRANTEE SUBJECT TO (i) the lien for real estate taxes and special assessments, and (ii) the matters of public record described on <u>Exhibit "B"</u> attached hereto and made a part hereof which are taken subject to, but without any assumption by Grantee, and without intent to reimpose any of them; provided, however, that the provisions of this sentence shall not affect or limit Grantee's rights to challenge or question the validity or effectiveness of any such matters as to any third party.

This Grant Deed is an absolute conveyance of title in effect as well as in form and is intended to include and unconditionally convey all equitable and redemptive rights of Grantor and is not intended as a mortgage or security device of any kind.

NEITHER GRANTOR NOR GRANTEE INTEND THAT THERE BE, AND THERE SHALL NOT IN ANY EVENT BE, A MERGER OF THE CONSTRUCTION DEED OF TRUST AND FIXTURE FILING (WITH ASSIGNMENT OF LEASES AND RENTS AND SECURITY AGREEMENT) AMONG LB/L-SUNCAL OAK VALLEY LLC, AS TRUSTOR, FIDELITY NATIONAL TITLE COMPANY, AS TRUSTEE AND LEHMAN ALI INC., AS BENEFICIARY, RECORDED ON MAY 31, 2006, INSTRUMENT NO. 2006-393540, AS SAID BENEFICIAL INTEREST WAS ASSIGNED TO OVC HOLDINGS LLC BY ASSIGNMENT RECORDED JUNE 12, 2008, INSTRUMENT NO. 2008-0320112, WITH THE TITLE OR OTHER INTEREST OF GRANTEE IN AND TO THE PROPERTY HEREBY CONVEYED, AND THE GRANTOR EXPRESSLY INTENDS THAT THE INTERESTS OF THE BENEFICIARY IN THE DEED OF TRUST AND GRANTEE'S TITLE TO THE PROPERTY BE AND REMAIN AT ALL TIMES SEPARATE AND DISTINCT. THIS DEED IS NOT INTENDED TO NOR SHALL IT RELEASE THE LIENS AND SECURITY INTERESTS CONTAINED IN THE DEED OF TRUST.

(Signature on Following Page)