IN WITNESS WHEREOF, Grantor has duly executed and delivered this Grant Deed as of _____, 20__.

**[NAME OF GRANTOR]**

By: _____
Name: _____
Title: _____

## ACKNOWLEDGMENT

STATE OF _____  )
                           )   ss:
COUNTY OF _____  )

        On _____, 20__, before me, _____, Notary Public, personally appeared _____, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

        I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

        WITNESS my hand and official seal.


_____
Signature of Notary Public

[Seal]

## EXHIBIT A

## LEGAL DESCRIPTION

THE LAND IS SITUATED IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**PARCEL A:**  **(APN: 413-290-026; 413-450-056, 061 AND 062 AND 413-460-050 AND 051)**

**PARCEL A1:**

PARCELS 3, 8 AND 9 OF PARCEL MAP NO. 31865, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 210, PAGES 20 TO 27, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN AND ALL RIGHTS THEREIN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND, AS RESERVED BY OAK VALLEY PARTNERS, L.P., A TEXAS LIMITED PARTNERSHIP WHICH IS REGISTERED IN CALIFORNIA AS OVP, L.P., IN A GRANT DEED RECORDED NOVEMBER 14, 2003, AS INSTRUMENT NO. 2003-899365, OF OFFICIAL RECORDS.

ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REDRILL, REMOVE AND STORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANY OTHER PROPERTY OWNED BY OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND, AS RESERVED BY OAK VALLEY PARTNERS, L.P., A TEXAS LIMITED

PARTNERSHIP WHICH IS REGISTERED IN CALIFORNIA AS OVP, L.P., IN GRANT DEED RECORDED NOVEMBER 14, 2003, AS INSTRUMENT NO. 2003-899365, OF OFFICIAL RECORDS.

**PARCEL A2:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "EASEMENT AGREEMENT FOR STREET CONSTRUCTION, GRADING, FUEL MODIFICATION AND ACCESS, INGRESS AND EGRESS" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899368, OFFICIAL RECORDS.

**PARCEL A3:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "EASEMENT AGREEMENT" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899367, OFFICIAL RECORDS.

**PARCEL A4:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "ASSIGNMENT OF SCPGA EASEMENTS" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899370, OFFICIAL RECORDS.

**PARCEL A5:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "PARTIAL ASSIGNMENT OF RIVERSIDE LAND CONSERVANCY EASEMENTS" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899371, OFFICIAL RECORDS.

**PARCEL A6**:

EASEMENTS AS CONTAINED IN THAT CERTAIN "PARTIAL ASSIGNMENT OF RIVERSIDE LAND CONSERVANCY EASEMENTS", UPON THE TERMS, COVENANTS AND CONDITIONS CONTAINED THEREIN, RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 2003-899369, OFFICIAL RECORDS.

**PARCEL B:**   **(APN: 413-460-060 AND 413-450-084, 085 AND 086)**

**PARCEL B1:**

PARCELS 8 THROUGH 10, INCLUSIVE, OF PARCEL MAP NO. 32776, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 216, PAGES 47 THROUGH 52, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN AND ALL RIGHTS THEREIN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE

PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND.

ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REDRILL, REMOVE AND STORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANY OTHER PROPERTY OWNED BY OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND.

**PARCEL B2:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "EASEMENT AGREEMENT FOR STREET CONSTRUCTION, GRADING, FUEL MODIFICATION AND ACCESS, INGRESS AND EGRESS" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899368, OFFICIAL RECORDS.

**PARCEL B3:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "EASEMENT AGREEMENT" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899367, OFFICIAL RECORDS.

**PARCEL B4:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "ASSIGNMENT OF SCPGA EASEMENTS" RECORDED NOVEMBER 13, 2003 AS INSTRUMENT NO. 03-899370, OFFICIAL RECORDS.

**PARCEL B5:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "PARTIAL ASSIGNMENT OF RIVERSIDE LAND CONSERVANCY EASEMENTS" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899371, OFFICIAL RECORDS.

**PARCEL B6**:

EASEMENTS AS CONTAINED IN THAT CERTAIN "PARTIAL ASSIGNMENT OF RIVERSIDE LAND CONSERVANCY EASEMENTS", UPON THE TERMS, COVENANTS AND CONDITIONS CONTAINED THEREIN, RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 2003-899369, OFFICIAL RECORDS.

**PARCEL C:**  (APN: 414-090-017)

PARCEL R OF LOT LINE ADJUSTMENT NO. 4188, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER INSTRUMENT RECORDED NOVEMBER 2, 2000 AS INSTRUMENT NO. 2000-39255, OFFICIAL RECORDS.

**PARCEL D:**  (APN: 413-450-087, 088, 089 AND 090)

PARCELS 1 THROUGH 4, INCLUSIVE, OF PARCEL MAP NO. 34247, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 218, PAGES 24 THROUGH 26, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN AND ALL RIGHTS THEREIN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND, AS RESERVED BY OAK VALLEY PARTNERS, L.P., A TEXAS LIMITED PARTNERSHIP WHICH IS REGISTERED IN CALIFORNIA AS OVP, L.P., IN A GRANT DEED RECORDED NOVEMBER 14, 2003, AS INSTRUMENT NO. 2003-899365, OFFICIAL RECORDS.

ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REDRILL, REMOVE AND STORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR

INTERESTS ON ANY OTHER PROPERTY OWNED BY OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND, AS RESERVED BY OAK VALLEY PARTNERS, L.P., A TEXAS LIMITED PARTNERSHIP WHICH IS REGISTERED IN CALIFORNIA AS OVP, L.P., IN GRANT DEED RECORDED NOVEMBER 14, 2003, AS INSTRUMENT NO. 20003-899365, OFFICIAL RECORDS.

**EXHIBIT B**

**PERMITTED ENCUMBRANCES**

1.  The property lies within the boundaries of a Mello-Roos Community Facilities District ("CFD"), as follows:
    CFD No.:        93-1
    For:            Infrastructure
    Disclosed by:   Notice of Special Tax Lien
    Recorded:       December 15, 2004, Instrument No. 20050993795 and 20050993797, of Official Records

2.  The property lies within the boundaries of the Community Facilities District No. 1, as disclosed by notice recorded April 4, 1989 as Instrument No. 105318 of Official Records.

3.  The property lies within the boundaries of the Community Facilities District No. 1, Annexation No. 1, as disclosed by notice recorded July 28, 1989 as Instrument No. 252319 of Official Records.

4.  A resolution establishing watershed benefit assessment areas which provides for the issuing of bonds and the levying of a special tax to pay the interest and principal payments on such bonds upon the herein described property, recorded June 10, 1991 as Instrument Nos. 193749, 193750 and 193751 of Official Records of Riverside County, California.

5.  The right to develop and take water from the herein described land together with other appurtenant provisions as contained in deed to Redlands and Yucaipa Water Company, recorded March 12, 1913 in Book 373, Page 56, of Deeds.

6.  Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;
    Granted to:     Pacific Telephone and Telegraph Company, a corporation
    Purpose:        Public utilities
    Recorded:       December 30, 1910, Book 326, Page 4, 5 and 6, of Deeds

7.  Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;
    Granted to:     Pacific Telephone and Telegraph Company, a corporation
    Purpose:        Public utilities
    Recorded:       July 21, 1928, Book 772, Page 419, of Deeds

8.  Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;
    Granted to:     Southern California Edison Company, a corporation
    Purpose:        Poles
    Recorded:       March 2, 1951, Book 1249, Page 96, of Official Records

9.      Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;
        Granted to:     Southern California Edison Company, a corporation
        Purpose:        Poles
        Recorded:       May 3, 1951, Instrument No. 18723, of Official Records

10.     A covenant and agreement executed by Beaumont-Yucaipa Water Conservation Association, a corporation, and J.S. Haskell and Annie E. Haskell, et al, and recorded March 16, 1956 in Book 1881 Page 65 of Official Records, which, among other things provides for domestic and irrigation water.

11.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;
        Granted to:     Southern California Edison Company, a corporation
        Purpose:        public utilities
        Recorded:       June 12, 1959, Instrument No. 51379, of Official Records

12.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;
        Granted to:     Southern California Edison Company, a corporation
        Purpose:        Roadways, public utilities
        Recorded:       October 20, 1976, Instrument No. 159242, of Official Records

13.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;
        Granted to:     El Casco Water Co., a corporation
        Purpose:        Pipelines and conduits
        Recorded:       October 26, 1911, Book 340, Page 233, of Deeds

14.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;
        Granted to:     El Casco Water Co.
        Purpose:        Water ditches
        Recorded:       January 3, 1918, Book 473, Page 234, of Deeds

15.     The fact that the owners of said land have no right of vehicular access to San Timoteo Canyon Road except the public right to travel same, said rights having been relinquished by the dedication provisions on the map of said Parcel Map 19015, as shown by map on file in book 149, pages 27 to 35 inclusive, of parcel maps.

16.     The matters contained in an instrument entitled Pre-Annexation and Development Agreement No. 98 DA-1, dated April 28, 1998 by and between the City of Beaumont and Oak Valley Partners, L.P., upon the terms and conditions and covenants therein provided, recorded June 24, 1998 as Instrument No. 256858 of Official Records.

17.　Matters contained in that certain document entitled "Pre Annexation and Development Agreement No. 02 02 DA 01" dated November 19, 2002, executed by and between the City of Beaumont, Oak Valley Partners, L.P., and Pardee Homes recorded May 6, 2003, Instrument No. 2003 323467, of Official Records.

18.　Matters contained in that certain document entitled "Partial Assignment and Assumption of Pre Annexation and Development Agreement" dated November 19, 2003, executed by and between Oak Valley Partners, L.P., and LB/L SunCal Oak Valley LLC, a Delaware limited liability company recorded November 14, 2003, Instrument No. 03 899370, of Official Records.

19.　Matters contained in that certain document entitled "Partial Assignment and Assumption of Pre Annexation and Development Agreement" dated November 19, 2003, executed by and between Oak Valley Partners, L.P. and LB/L SunCal Oak Valley LLC, a Delaware limited liability company recorded November 14, 2003, Instrument No. 2003 899371, of Official Records.

20.　Matters contained in that certain document entitled "Declaration of Roadway Improvement Requirements", executed by Oak Valley Partners recorded June 15, 2000, Instrument No. 2000 228502, of Official Records.

21.　Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;

| | |
|---|---|
| Granted to: | Southern California Section of the Professional Golfer's Association, a California nonprofit mutual benefit corporation |
| Purpose: | Flight and impact of errant golf balls |
| Recorded: | December 28, 2000, Instrument No. 2000 516796, of Official Records |

22.　Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;

| | |
|---|---|
| Granted to: | Southern California Gas Company |
| Purpose: | pipelines |
| Recorded: | October 13, 1950, Book 1210, Page 557, of Official Records |

23.　Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;

| | |
|---|---|
| Granted to: | Southern California Edison Company |
| Purpose: | either or both pole lines, conduits or underground facilities |
| Recorded: | June 24, 1952, Book 1379, Page 267, of Official Records |

24.　Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;

| | |
|---|---|
| Granted to: | Shady Brook Ranch |
| Purpose: | water distribution |
| Recorded: | November 14, 1967, Instrument No. 100124, of Official Records |

25.    Matters contained in that certain document entitled "Development Agreement" dated November 18, 2003, executed by and between the City of Beaumont and LB/L SunCal Oak Valley LLC recorded December 15, 2003, Instrument No. 2003 977700, of Official Records.

26.    Matters contained in that certain document entitled "Development Agreement", executed by and between LB/L SunCal Oak Valley LLC, a Delaware limited liability company (the "Developer") and the City of Beaumont, a municipal corporation organized and existing under the laws of the State of California recorded February 26, 2004, Instrument No. 2004 0131329, of Official Records.

27.    Easements and other matters shown in Parcel Map Nos. 31865, 32776, and 34247.

28.    Instrument entitled "Agreement" executed by and between Beaumont-Cherry Valley Water District and Fairway Canyon Community Association, recorded May 20, 2005, Instrument No. 2005-0403763 of Official Records.

29.    Instrument entitled "Agreement" executed by and between Beaumont-Cherry Valley Water District and LB/L SunCal Oak Valley, LLC, recorded May 20, 2005, Instrument No. 2005-0403764 of Official Records.

30.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
Granted to:    Southern California Edison Company
Purpose:    Public utilities
Recorded:    August 9, 2007, Instrument No. 2006-0586760, of Official Records

31.    The effect of a Certificate of Completion by Resolution for the Beaumont Library District recorded April 28, 2004, as Instrument No. 2004 0310058 of Official Records.

32.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;
Granted to:    The City of Beaumont
Purpose:    Sanitary sewer facilities
Recorded:    July 15, 2005, Instrument No. 2005 0568776, of Official Records
Affects:    Parcel 9

33.    Easements, covenants and conditions contained in the deed from Oak Valley Partners, L.P., a Texas limited partnership, as grantor, to LB/L SunCal Oak Valley, LLC, a Delaware limited liability company, as grantee, recorded October 19, 2005 as Instrument No. 2005 0862966 of Official Records.

34.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;

    Granted to:    Southern California Section of the Professional Golfers' Association of America

    Purpose:    Access

    Recorded:    December 28, 2000, Instr. No. 2000 516795, of Official Records

35.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

    Granted to:    The City of Beaumont

    Purpose:    water quality monitoring and production well

    Recorded:    March 3, 2010, Instrument No. 2010-0096853, of Official Records

36.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document;

    Granted to:    Southern California Edison Company, a corporation

    Purpose:    Road, public utilities

    Recorded:    November 22, 1946, Book 803, Page 156, of Official Records

37.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document recorded November 19, 1964, Instrument No. 138960, of Official Records

38.    The effect of a Record of Survey on file in Book 80 Pages 78 through 89, Inclusive, of Records of Survey, April 8, 1988 as Instrument No. 93451 which purports to show the herein described property.

39.    The effect of a Record of Survey on file in Book 109, Page 7 through 13, inclusive, of Records of Survey, which purports to show the herein described property.

40.    Matters contained in that certain document entitled "Temporary Reciprocal Grading Easement Agreement" dated January 13, 2004, executed by and between Oak Valley Partners, L.P., a Texas limited partnership and Curtis Development Corp., a California corporation recorded April 16, 2004, Instrument No. 2004 0278899, of Official Records.

41.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document recorded February 3, 1966, Instrument No. 12822, of Official Records

42.    A deed of trust described as follows

    Dated:    May 31, 2006

    Trustor:    LB/L-SunCal Oak Valley LLC

    Trustee:    Fidelity National Title Company

    Beneficiary:  Lehman ALI Inc.

    Recorded:    May 31, 2006, Instrument No. 2006-393540, of Official Records

    An assignment of the beneficial interest under said deed of trust which names:

Assignee:        OVC Holdings LLC, a Delaware limited liability company
Recorded:        June 12, 2008, Instrument No. 2008-0320112, of Official Records
A Notice of Default under the terms of said deed of trust.
Executed by:  Jeffrey E. Steiner, Esq.
Recorded:        November 13, 2008, Instr. No. 2008-0600587, of Official Records

43.    A financing statement filed in the Office of the County Recorder, showing
Debtor:            LB/L-SunCal Oak Valley LLC
Secured Party: Lehman ALI Inc.
Recorded:        June 02, 2006, Instr. No. 2006-0402456, of Official Records.

44.    Matters contained in that certain document entitled "Assignment of Developer's Rights
Under Development Agreement" dated May 23, 2006, executed by LB/L-SunCal Oak
Valley, LLC, a Delaware limited liability company, recorded May 31, 2006, Instrument
No. 2006-0393541, of Official Records.

Heartland

RECORDING REQUESTED BY,
WHEN RECORDED MAIL TO AND
MAIL TAX STATEMENTS TO:


**[NAME OF LEHMAN NOMINEE]**
**[ADDRESS OF LEHMAN NOMINEE]**


_____

(Space Above Line for Recorder's Use Only)

## GRANT DEED

FOR VALUE RECEIVED, **[NAME OF GRANTOR]** ("**Grantor**"), hereby grants to **[NAME OF GRANTEE]**, a Delaware limited liability company ("**Grantee**"), all that certain real property situated in the City of Beaumont, County of Riverside, State of California, and more particularly described on Exhibit "A" attached hereto and made a part hereof (the "**Property**").

This Grant Deed is being delivered pursuant to the _Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors_ (the "**Plan**") filed in the United States Bankruptcy Court for the Central District of California (Santa Ana Division) (the "**Bankruptcy Court**") in _In re Palmdale Hills Property, LLC, et al._, Case No. 08-17206 (ES) and the _Order Confirming the Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors_ (the "**Confirmation Order**") entered by the Bankruptcy Court on [_____], 2011.  Pursuant to section 17.13 of the Plan, the Confirmation Order, and 11 U.S.C. §1146(a), the transfer of the Property hereunder will not be subject to any documentary transfer tax or similar tax, or filing or recording fee.  Pursuant to the Confirmation Order, state and local governmental officials or agents shall forego the collection of any such tax or fee and accept for filing and recordation this Grant Deed or other related documents without the payment of any such tax or fee.

THE PROPERTY IS GRANTED TO GRANTEE SUBJECT TO (i) the lien for real estate taxes and special assessments, and (ii) the matters of public record described on Exhibit "B" attached hereto and made a part hereof which are taken subject to, but without any assumption by Grantee, and without intent to reimpose any of them; provided, however, that the provisions of this sentence shall not affect or limit Grantee's rights to challenge or question the validity or effectiveness of any such matters as to any third party.

This Grant Deed is an absolute conveyance of title in effect as well as in form and is intended to include and unconditionally convey all equitable and redemptive rights of Grantor and is not intended as a mortgage or security device of any kind.

NEITHER GRANTOR NOR GRANTEE INTEND THAT THERE BE, AND THERE SHALL NOT IN ANY EVENT BE, A MERGER OF THE AMENDED AND RESTATED CONSTRUCTION DEED OF TRUST AND FIXTURE FILING (WITH ASSIGNMENT OF LEASES AND RENTS AND SECURITY AGREEMENT) AMONG SUNCAL MARBLEHEAD HEARTLAND MASTER, LLC, SUNCAL HEARTLAND LLC AND SUNCAL MARBLEHEAD LLC, INDIVIDUALLY AND COLLECTIVELY, AS TRUSTOR, FIDELITY NATIONAL TITLE COMPANY, AS TRUSTEE AND LEHMAN ALI INC., AS BENEFICIARY, RECORDED ON JULY 31, 2006, INSTRUMENT NO. 2006-557501 AS AMENDED AND RESTATED BY THE SECOND AMENDED AND RESTATED CONSTRUCTION DEED OF TRUST AND FIXTURE FILING (WITH ASSIGNMENT OF LEASES AND RENTS AND SECURITY AGREEMENT) AMONG SUNCAL MARBLEHEAD HEARTLAND MASTER, LLC, SUNCAL HEARTLAND LLC AND SUNCAL MARBLEHEAD LLC, INDIVIDUALLY AND COLLECTIVELY, AS TRUSTOR, FIDELITY NATIONAL TITLE COMPANY, AS TRUSTEE AND LEHMAN ALI INC., AS BENEFICIARY, RECORDED ON OCTOBER 4, 2007, INSTRUMENT NO. 2007-0619882, WITH THE TITLE OR OTHER INTEREST OF GRANTEE IN AND TO THE PROPERTY HEREBY CONVEYED, AND THE GRANTOR EXPRESSLY INTENDS THAT THE INTERESTS OF THE BENEFICIARY IN THE DEED OF TRUST AND GRANTEE'S TITLE TO THE PROPERTY BE AND REMAIN AT ALL TIMES SEPARATE AND DISTINCT. THIS DEED IS NOT INTENDED TO NOR SHALL IT RELEASE THE LIENS AND SECURITY INTERESTS CONTAINED IN THE DEED OF TRUST.

(Signature on Following Page)

IN WITNESS WHEREOF, Grantor has duly executed and delivered this Grant Deed as of _____, 20__.

**[NAME OF GRANTOR]**

By:      _____

Name: _____

Title:   _____

## ACKNOWLEDGMENT

STATE OF _____ )

                           )     ss:

COUNTY OF _____ )

On _____, 20__, before me, _____, Notary Public, personally appeared _____, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

Signature of Notary Public

[Seal]

SIGNATURE PAGE TO GRANT DEED (HEARTLAND)

## EXHIBIT A

## LEGAL DESCRIPTION

THE LAND IS SITUATED IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**PARCEL 1:**  (APN: 414-110-037)

BEING A PORTION OF THE WEST HALF OF GOVERNMENT LOT 5 AND A PORTION OF THE WEST HALF OF GOVERNMENT LOT 6 OF SECTION 6, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHWEST CORNER OF SAID SECTION 6 AS SHOWN ON A RECORD OF SURVEY AS FILED IN BOOK 71 PAGE 62 OF RECORDS OF SURVEY IN THE RECORDER'S OFFICE OF SAID COUNTY; THENCE ALONG THE WEST LINE OF SAID SECTION 6, NORTH 00 DEGREES 16'38" EAST, 1500.15 FEET (NORTH 00 DEGREES 08'55" WEST, 1500.04 PER SAID RECORD OF SURVEY), TO THE TRUE POINT OF BEGINNING IN INSTRUMENT RECORDED MAY 31, 1984 AS FILE NO. 84-116461 OF OFFICIAL RECORDS IN THE RECORDER'S OFFICE SAID COUNTY;

THENCE CONTINUING ALONG SAID WEST LINE OF SECTION 6, NORTH 0 DEGREES 16'38" EAST, 1137.71 FEET TO THE WEST QUARTER OF SAID SECTION 6; THENCE CONTINUING ALONG SAID WEST LINE NORTH 00 DEGREES 16'38" EAST, 496.43 FEET TO POINT "A", SAID POINT BEING ALSO THE BEGINNING OF AN 800.00 FOOT RADIUS NON TANGENT CURVE CONCAVE SOUTHERLY, A RADIAL LINE TO SAID POINT BEARS NORTH 04 DEGREES 03'41" WEST; THENCE EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 16 DEGREES 44'32" A DISTANCE OF 233.77 FEET; THENCE SOUTH 77 DEGREES 19'09" EAST, 441.89 FEET TO POINT "B", SAID POINT BEING ALSO THE INTERSECTION WITH THE NORTHERLY PROLONGATION OF THE EAST LINE OF THE WEST HALF OF SAID GOVERNMENT LOT 6; THENCE ALONG SAID NORTHERLY PROLONGATION AND SAID EAST LINE OF THE WEST HALF OF GOVERNMENT LOT 6; THENCE ALONG SAID NORTHERLY PROLONGATION AND SAID EAST LINE OF THE WEST HALF OF GOVERNMENT LOT 6 SOUTH 00 DEGREES 11'25" WEST, 1469.98 FEET TO THE NORTHEASTERLY LINE OF SAID FILE NO. 116461; THENCE ALONG SAID NORTHEASTERLY LINE NORTH 53 DEGREES 41'59" WEST, 24.27 FEET TO THE MOST NORTHERLY CORNER OF SAID FILE NO. 116461; THENCE ALONG THE NORTHERLY LINE OF SAID FILE NO. 116461, SOUTH 84 DEGREES 20'53" WEST 650.00 FEET TO THE TRUE POINT OF BEGINNING.

SAID LAND IS SHOWN AS PARCEL A 1 ON EXHIBIT "A" OF LOT LINE ADJUSTMENT NO. 94 66 1, RECORDED MARCH 17, 1999 AS FILE NO. 109790 OF OFFICIAL RECORDS.

**PARCEL 2:**  (APN: 414-110-038)

BEING A PORTION OF THE EAST HALF OF GOVERNMENT LOT 5 AND A PORTION OF THE EAST HALF OF GOVERNMENT LOT 6 OF SAID SECTION 6, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF

BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, MORE PARTICULARLY DESCRIBED AS FOLLOWS

BEGINNING AT POINT "B" AS DESCRIBED IN PARCEL 1 ABOVE.

THENCE SOUTH 77 DEGREES 19'09" EAST, 127.85 FEET; THENCE SOUTH 75 DEGREES 54'51" EAST 147.34 FEET; THENCE SOUTH 83 DEGREES 32'10" EAST, 398.81 FEET TO POINT "C", SAID POINT BEING ALSO THE INTERSECTION WITH THE NORTHERLY PROLONGATION OF THE EAST LINE OF SAID GOVERNMENT LOT 6; THENCE ALONG SAID NORTHERLY PROLONGATION AND ALONG SAID EAST LINE OF GOVERNMENT LOT 6, SOUTH 00 DEGREES 06'13" WEST, 1495.89 FEET TO THE SOUTHEAST CORNER OF SAID GOVERNMENT LOT 6; THENCE ALONG THE SOUTH LINE OF SAID GOVERNMENT LOT 6, SOUTH 83 DEGREES 15'00" WEST, 418.59 FEET TO THE EASTERLY LINE OF SAID INSTRUMENT RECORDED MAY 31, 1984 AS FILE NO. 116461 OF OFFICIAL RECORDS; THENCE ALONG SAID NORTHEASTERLY LINE NORTH 53 DEGREES 41'59" WEST, 310.71 FEET TO THE WEST LINE OF THE EAST HALF OF SAID GOVERNMENT LOT 6; THENCE ALONG SAID WEST LINE NORTH 00 DEGREES 11'25" EAST, 1469.98 FEET TO THE POINT OF BEGINNING.

SAID LAND IS SHOWN AS PARCEL A 2 ON EXHIBIT "A" OF LOT LINE ADJUSTMENT NO. 94 66 1 RECORDED MARCH 17, 1999 AS FILE NO. 109790 OF OFFICIAL RECORDS.

**PARCEL 3:**  (A PORTION OF APN 414-100-027 & 029; APN: 414-110-039. 040, 042 & 043)

BEING THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER AND THE NORTH HALF OF THE SOUTHEAST QUARTER TOGETHER WITH A PORTION OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER AND A PORTION OF THE SOUTH HALF OF THE NORTHEAST QUARTER AND A PORTION OF THE SOUTH HALF OF THE SOUTH HALF, ALL IN SAID SECTION 6, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SAN BERNARDINO MERIDIAN , IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT POINT "C" AS DESCRIBED IN PARCEL 2 ABOVE.

THENCE ALONG THE NORTHERLY PROLONGATION OF THE EAST LINE OF GOVERNMENT LOT 6 OF SAID SECTION 6 AND THE EAST LINE OF SAID GOVERNMENT LOT 6, SOUTH 00 DEGREES 06'13" WEST, 1495.89 FEET TO THE SOUTHEAST CORNER OF SAID GOVERNMENT LOT 6; THENCE ALONG THE SOUTH LINE OF SAID GOVERNMENT LOT 6, SOUTH 83 DEGREES 15'00" WEST 418.59 FEET TO THE NORTHEASTERLY LINE OF SAID INSTRUMENT RECORDED MAY 31, 1984 AS FILE NO. 116461 OF OFFICIAL RECORDS;

THENCE ALONG SAID NORTHEASTERLY LINE SOUTH 53 DEGREES 41'59" EAST, 290.02 FEET TO AN ANGLE POINT IN SAID FILE NO. 116461; THENCE  SOUTH 00 DEGREES 58'33" WEST, 320.12 FEET TO THE SOUTHERLY LINE OF THE PARCEL OF LAND AS DESCRIBED IN INSTRUMENT RECORDED SEPTEMBER 18, 1974 AS FILE NO. 120470, OF OFFICIAL RECORDS IN THE RECORDER'S OFFICE OF SAID COUNTY;

THENCE ALONG SAID SOUTHERLY LINE SOUTH 88 DEGREES 12'00" EAST, 4132.00 FEET TO THE EAST LINE OF SAID SECTION 6, SAID POINT BEING NORTH 00

DEGREES 15'45" EAST, 280.03 FEET FROM THE SOUTHEAST CORNER OF SAID SECTION 6; THENCE ALONG SAID EAST LINE OF SECTION 6, NORTH 00 DEGREES 15'45" EAST, 2422.26 FEET; THENCE LEAVING SAID EAST LINE AT RIGHT ANGLES NORTH 89 DEGREES 44'15" WEST, 831.98; THENCE SOUTH 13'03" WEST, 94.13 FEET; THENCE NORTH 89 DEGREES 44'15" WEST, 130.96 FEET TO THE BEGINNING OF A 2097.00 FOOT RADIUS CURVE CONCAVE SOUTHERLY; THENCE WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 13 DEGREES 14'09" A DISTANCE OF 484.43 FEET TO POINT "D" THENCE CONTINUING ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 01 DEGREES 25'32" DISTANCE OF 52.17 FEET; THENCE SOUTH 75 DEGREES 36'03" WEST, 221.07 FEET TO THE BEGINNING OF A 1503.00 FOOT RADIUS CURVE CONCAVE NORTHERLY; THENCE WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 13 DEGREES 59'50", A DISTANCE OF 367.18 FEET; THENCE SOUTH 89 DEGREES 35'53" WEST, 113.00 FEET TO THE BEGINNING OF A 1297.00 FOOT RADIUS CURVE CONCAVE SOUTHERLY; THENCE WESTERLY ALONG SAID CURVE TROUGH A CENTRAL ANGLE OF 16 DEGREES 52'16" A DISTANCE OF 381.91 FEET; THENCE SOUTH 72 DEGREES 43'37" WEST, 97.04 FEET TO THE BEGINNING OF 1503.00 FOOT RADIUS CURVE CONCAVE NORTHERLY; THENCE WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 24 DEGREES 29'24", A DISTANCE OF 642.43 FEET; THENCE NORTH 82 DEGREES 46'59", WEST, 373.21 FEET; THENCE NORTH 88 DEGREES 51'59" WEST, 137.82 FEET; THENCE NORTH 83 DEGREES 32'10" WEST, 61.35 FEET TO THE POINT OF BEGINNING.

SAID LAND IS SHOWN AS PARCEL A 3 ON EXHIBIT "A" OF LOT LINE ADJUSTMENT NO. 94 66 1 RECORDED MARCH 17, 1999 AS FILE  NO. 109790 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE CITY OF BEAUMONT BY DEED RECORDED OCTOBER 25, 2004 AS INSTRUMENT NO. 2004-0840320 OF OFFICIAL RECORDS.

**PARCEL 4:**  (APN: 414-100-026)

BEING A PORTION OF GOVERNMENT LOT 5 AND A PORTION OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SAID SECTION 6, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT POINT "A" AS DESCRIBED IN PARCEL 1 ABOVE, SAID POINT BEING ON THE WEST LINE OF SAID SECTION 6, THENCE ALONG SAID WEST LINE NORTH 00 DEGREES  16' 38" EAST, 600.06 FEET TO THE SOUTHERLY RIGHT OF WAY OF SOUTHERN PACIFIC RAILROAD AS SHOWN ON A RECORD OF SURVEY AS FILED IN BOOK 80 PAGES 78 THROUGH 89 INCLUSIVE OF RECORD OF SURVEY IN THE RECORDER'S OFFICE OF SAID COUNTY;

THENCE ALONG SAID SOUTHERLY RIGHT OF WAY NORTH 83 DEGREES  49' 57" EAST, 1130.46 FEET TO THE NORTHWESTERLY LINE OF THE PARCEL OF LAND AS DESCRIBED IN INSTRUMENT RECORDED MAY 5, 1905 IN BOOK 202 PAGE 54 OF DEEDS, IN THE RECORDER'S OFFICE OF SAID COUNTY;

THENCE ALONG SAID NORTHWESTERLY LINE SOUTH 63 DEGREES  49' 50" WEST, 1121.91 FEET TO THE MOST WESTERLY CORNER OF THE AFOREMENTIONED PARCEL OF LAND; THENCE ALONG THE SOUTHWESTERLY LINE OF SAID PARCEL

OF LAND SOUTH 26 DEGREES 10' 10" EAST, 100.00 FEET TO THE MOST SOUTHERLY CORNER OF SAID PARCEL OF LAND; THENCE ALONG THE SOUTHEASTERLY LINE OF SAID PARCEL OF LAND NORTH 63 DEGREES 49' 50" EAST, 1396.63 FEET TO SAID SOUTHERLY LINE OF SOUTHERN PACIFIC RAILROAD; THENCE ALONG SAID SOUTHERLY LINE NORTH 83 DEGREES 49' 57" EAST 913.26 FEET TO THE BEGINNING OF A 5639.65 FOOT RADIUS CURVE CONCAVE SOUTHERLY; THENCE EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 03 DEGREES 21' 33" A DISTANCE OF 330.64 FEET TO THE NORTH SOUTH CENTERLINE OF SAID SECTION 6; THENCE LEAVING SAID CURVE AND ALONG SAID NORTH SOUTH CENTERLINE SOUTH 00 DEGREES 04' 12" EAST, 1062.49 FEET TO A 1297.00 FOOT RADIUS NON TANGENT CURVE CONCAVE SOUTHERLY, A RADIAL LINE TO SAID POINT BEARS NORTH 15 DEGREES 47' 10" WEST; THENCE WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 01 DEGREES 29' 13", A DISTANCE OF 33.66 FEET; THENCE SOUTH 72 DEGREES 43' 27" WEST, 97.04 FEET TO THE BEGINNING OF A 1503.00 FOOT RADIUS CURVE CONCAVE NORTHERLY; THENCE WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 24 DEGREES 29' 24", A DISTANCE OF 642.43 FEET; THENCE NORTH 82 DEGREES 46' 59" WEST, 373.21 FEET; THENCE NORTH 88 DEGREES 51' 59" WEST, 137.82 FEET; THENCE NORTH 83 DEGREES 32' 10" WEST 460.16 FEET; THENCE NORTH 75 DEGREES 54' 51" WEST, 147.34 FEET; THENCE NORTH 77 DEGREES 19' 09" WEST, 569.74 FEET TO THE BEGINNING OF AN 800.00 FOOT RADIUS CURVE CONCAVE SOUTHERLY; THENCE WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 16 DEGREES 44' 32" A DISTANCE OF 233.77 FEET TO THE POINT OF BEGINNING.

SAID LAND IS SHOWN AS PARCEL B 1 ON EXHIBIT "A" OF LOT LINE ADJUSTMENT NO. 94 66 1, RECORDED MARCH 17, 1999 AS FILE NO. 109790 OF OFFICIAL RECORDS.

**PARCEL 5:**  (A PORTION OF APN: 414-100-027)

BEING A PORTION OF THE SOUTH HALF OF THE NORTHEAST QUARTER OF SAID SECTION 6, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT POINT "D" AS DESCRIBED IN PARCEL 3 ABOVE, SAID POINT BEING ALSO ON THE EAST LINE OF THE PARCEL OF LAND AS DESCRIBED IN INSTRUMENT RECORDED JANUARY 19, 1968 AS FILE NO. 5579 OF OFFICIAL RECORDS, IN THE RECORDER'S OFFICE OF SAID COUNTY, SAID POINT BEING ALSO ON A 2097.00 FOOT RADIUS NON TANGENT CURVE CONCAVE SOUTHERLY, A RADIAL LINE TO SAID POINT BEARS NORTH 12 DEGREES 58' 25" WEST; THENCE WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 01 DEGREES 25' 32" A DISTANCE OF 52.17 FEET; THENCE SOUTH 75 DEGREES 36' 03" WEST, 221.07 FEET TO THE BEGINNING OF A 1503.00 FOOT RADIUS CURVE CONCAVE NORTHERLY; THENCE WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 13 DEGREES 59' 50" A DISTANCE OF 367.18 FEET; THENCE SOUTH 89 DEGREES 35' 53" WEST, 113.00 FEET TO THE BEGINNING OF A 1297.00 FOOT RADIUS CURVE CONCAVE SOUTHERLY; THENCE WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 15 DEGREES 23' 03", A DISTANCE OF 348.25 FEET TO THE NORTH SOUTH CENTERLINE OF SAID SECTION 6; THENCE LEAVING SAID CURVE AND ALONG SAID NORTH SOUTH CENTERLINE NORTH 00 DEGREES 04' 12" WEST, 1062.49 FEET TO THE SOUTHERLY RIGHT OF WAY OF SAID SOUTHERN

PACIFIC RAILROAD, SAID POINT BEING ALSO 5639.65 FOOT RADIUS NON-TANGENT CURVE CONCAVE SOUTHERLY, A RADIAL LINE TO SAID POINT BEARS NORTH 02 DEGREES 48'30" WEST; THENCE EASTERLY ALONG SAID CURVE AND SAID SOUTHERLY RIGHT-OF-WAY LINE THROUGH A CENTRAL ANGLE OF 04 DEGREES 39' 32", A DISTANCE OF 458.58 FEET (RECORD 330.64 FEET) THENCE SOUTH 88 DEGREES 08' 58" WEST, 630.06 FEET TO THE EAST LINE OF SAID FILE NO. 5579; THENCE LEAVING SAID SOUTHERLY RIGHT OF WAY LINE AND ALONG SAID EAST LINE SOUTH 00 DEGREES 08' 14" WEST 881.80 FEET TO THE POINT OF BEGINNING.

SAID LAND IS SHOWN AS PARCEL B 2 ON EXHIBIT "A" OF LOT LINE ADJUSTMENT NO. 94 66 1, RECORDED MARCH 17, 1999 AS FILE NO. 109790 OF OFFICIAL RECORDS.

### PARCEL 6:  (A PORTION OF APN: 414-100-029)

BEING A PORTION OF THE SOUTH HALF OF THE NORTHEAST QUARTER OF SAID SECTION 6, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT POINT "D" AS DESCRIBED IN PARCEL 3 ABOVE, SAID POINT BEING ALSO THE EAST LINE OF THE PARCEL OF LAND DESCRIBED IN INSTRUMENT RECORDED JANUARY 19, 1968 AS FILE NO. 5579 OF OFFICIAL RECORDS IN THE RECORDER'S OFFICE OF SAID COUNTY, SAID POINT BEING ALSO ON A 2097.00 FOOT RADIUS NON TANGENT CURVE CONCAVE SOUTHERLY, A RADIAL LINE TO SAID POINT BEARS NORTH 12 DEGREES 58' 25" WEST; THENCE ALONG SAID EAST LINE OF FILE NO. 5579 NORTH 00 DEGREES 08' 14" EAST 881.80 FEET TO THE SOUTHERLY RIGHT OF WAY LINE OF SAID SOUTHERN PACIFIC RAILROAD; THENCE ALONG SAID SOUTHERLY RIGHT OF WAY LINE SOUTH 88 DEGREES 08' 58" EAST, 1539.60 FEET TO THE EAST LINE OF SAID SECTION 6; THENCE ALONG SAID EAST LINE SOUTH 00 DEGREES 45" WEST, 778.42 FEET; THENCE LEAVING SAID EAST LINE AT RIGHT ANGLES NORTH 89 DEGREES 44' 15" WEST, 831.98 FEET; THENCE SOUTH 87 DEGREES 13' 03" WEST, 94.13 FEET; THENCE NORTH 89 DEGREES 44' 15" WEST, 130.96 FEET TO THE BEGINNING OF A 097.00 FOOT RADIUS CURVE CONCAVE SOUTHERLY; THENCE WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 13 DEGREES 14' 09" A DISTANCE OF 484.43 FEET TO THE POINT OF BEGINNING.

SAID LAND IS SHOWN AS PARCEL B 3 ON EXHIBIT "A" OF LOT LINE ADJUSTMENT NO. 94 66 1, RECORDED MARCH 17, 1999, AS FILE NO. 109790 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM THAT PORTION CONVEYED TO THE CITY OF BEAUMONT BY DEED RECORDED OCTOBER 25, 2004 AS INSTRUMENT NO. 2004-0840320 OF OFFICIAL RECORDS.

### PARCEL 7:  (APN: 414-110-033)

THAT PORTION OF THE SOUTH HALF OF THE SOUTH HALF OF SECTION 6, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY

OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY TERMINUS OF THAT CERTAIN COURSE DESCRIBED AS "THENCE SOUTH 64 DEGREES  05' 00" EAST, 299.00 FEET; IN DEED TO MARY CORDEIRO RECORDED SEPTEMBER 18, 1974 AS FILE NO. 120470 OF OFFICIAL RECORDS OF SAID COUNTY; THENCE ALONG THE SOUTHERLY BOUNDARY OF SAID CORDEIRO PARCEL SOUTH 88 DEGREES 39' 33" EAST, 5012.15 FEET TO THE EAST LINE OF SAID SECTION 6; THENCE ALONG SAID EAST LINE, SOUTH 00 DEGREES  14' 42" EAST, 146.99 FEET TO A POINT WHICH IS NORTH 00 DEGREES 14'42" WEST, 133.04 FEET FROM A THREE QUARTER (3/4) INCH IRON PIPE AS SHOWN BY RECORD OF SURVEY IN BOOK 17 OF RECORD OF SURVEY, PAGE 21, IN THE RIVERSIDE COUNTY RECORDER'S OFFICE, MARKING THE SOUTHEAST CORNER OF SAID SECTION 6, THENCE NORTH 89 DEGREES  21' 30" WEST, 638.34 FEET TO A TANGENT CURVE CONCAVE SOUTH HAVING A RADIUS OF 2200.00 FEET; THENCE WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 15 DEGREES  17' 30", A DISTANCE OF 587.16 FEET; THENCE SOUTH 75 DEGREES 21' 00" WEST 754.82 FEET TO A TANGENT CURVE CONCAVE NORTH HAVING A RADIUS OF 2827.00 FEET; THENCE WESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 15 DEGREES  27' 30" A DISTANCE OF 762.72 FEET; THENCE NORTH 89 DEGREES  11' 30" WEST, 816.26 FEET TO A NON TANGENT CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 2000.00 FEET;  THENCE NORTHWESTERLY ALONG SAID CURVE FROM A TANGENT BEARING OF 87 DEGREES  47' 31" EAST, THROUGH A CENTRAL ANGLE OF 28 DEGREES  05' 07" A DISTANCE OF 980.36 FEET; THENCE NORTH 64 DEGREES  07' 22" WEST, 476.14 FEET; THENCE NORTH 30 DEGREES  12' 59" WEST, 222.95 FEET TO THE POINT OF BEGINNING.

**PARCEL 8:** (APN: 414-110-036)

THAT PORTION OF LOTS 6 AND 7 AND THE SOUTH HALF OF THE SOUTH HALF OF SECTION 6, TOWNSHIP 3 SOUTH, RANGE 1 WEST, SAN BERNARDINO MERIDIAN, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, LYING WITHIN THE FOLLOWING DESCRIBED PROPERTY.

COMMENCING AT THE NORTHEAST CORNER OF SAID SECTION 6; THENCE SOUTH 00 DEGREES  09' 15" EAST, A DISTANCE OF 4,498.96 FEET TO THE SOUTH LINE OF THE LAND CONVEYED TO MARY CORDEIRO BY DEED RECORDED SEPTEMBER 18, 1974 AS FILE NO. 120470 OF OFFICIAL RECORDS; THENCE ALONG SAID SOUTH LINE NORTH 88 DEGREES  36' 23" WEST A DISTANCE OF 4,131.73 FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING ALONG SAID SOUTH LINE NORTH 88 DEGREES  36' 23" WEST, A DISTANCE OF 880.00 FEET; THENCE ALONG SAID SOUTH LINE NORTH 64 DEGREES  00' 41" WEST, A DISTANCE OF 299.00 FEET TO THE WEST LINE OF SECTION 6; THENCE ALONG SAID WEST LINE NORTH 00 DEGREES  08' 55" WEST, A DISTANCE OF 465.00 FEET; THENCE NORTH 83 DEGREES 55' 20" EAST, A DISTANCE OF 650.00 FEET; THENCE SOUTH 54 DEGREES  07' 32" EAST, A DISTANCE OF 625.00 FEET; THENCE SOUTH 00 DEGREES  33' 00" WEST A DISTANCE OF 320.00 FEET TO THE TRUE POINT OF BEGINNING.

## EXHIBIT B

## PERMITTED ENCUMBRANCES

1.    The property lies within the boundaries of an improvement district, as follows:

Assessment (or Bond) No:  98-1
District:  City Beaumont
For:  Westside Infrastructure Project

2.    The property lies within the boundaries of a Mello-Roos Community Facilities District, as follows:

CFD No.:          93-1
For:              Community Facilities
Disclosed By:     Recordation of Assessment and Community Facilities Maps
Recorded:         July 7, 2006, Instrument No. 2006-498253, of Official Records

3.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:       Southern Pacific Pipelines, Inc.
Purpose:          Pipelines
Recorded:         June 16, 1955, Instrument No. 39399, of Official Records

4.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:       Four Corners Pipeline Company
Purpose:          Pipeline
Recorded:         October 14, 1957, Book 2162, Page 97, of Official Records

5.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:       Southern Pacific Pipeline Inc.
Purpose:          Pipelines
Recorded:         March 9, 1959, Instrument No. 19632, of Official Records

6.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:       Southern California Edison Company
Purpose:          Public utilities
Recorded:         September 22, 1970, Instrument No. 93335, of Official Records

7.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document recorded September 18, 1974, Instrument No. 120470, of Official Records.

8.    Matters contained in that certain document entitled "Easement Agreement" dated March 1979, executed by and between Edythe Ellis and Helen Houston, et al recorded November 19, 1980, Instrument No. 216991, of Official Records.

9.    Matters contained in that certain document entitled "Agreement to Dedicate Land to the City of Beaumont" dated none shown, executed by and between Cordeiro Ranch, a general partnership; The Houston Ranch, a limited partnership, and the City of Beaumont, a municipal corporation recorded January 9, 1984, Instrument No. 4506, of Official Records.

10.    Matters contained in that certain document entitled "Agreement to Provide Easement" dated none shown, executed by and between Zellner Communities, Inc., a California corporation; the Cordeiro Ranch, a California general partnership, Houston Ranch Ltd., a California partnership and Mary Cordeiro recorded November 9, 1987, Instrument No. 321022, of Official Records.

11.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document, recorded May 10, 1989, Instrument No. 150638, of Official Records and re-recorded July 3, 1989, Instrument No. 222161, of Official Records

12.    Matters contained in that certain document entitled "Development Agreement" dated none shown, executed by and between City of Beaumont and Heartland Beaumont California Ltd. recorded December 9, 1993, Instrument No. 490898, of Official Records.

An instrument entitled "Assignment of Development Agreement" recorded May 26, 2005 as Instrument/File No. 2005-0419668 of Official Records.

An instrument entitled "Assignment of Development Agreement" recorded May 26, 2005 as Instrument/File No. 2005-0419669 of Official Records.

An instrument entitled "Second Amended and Restated Assignment of Developer's Rights Under Development Agreement" recorded October 04, 2007 as Instrument No. 2007-0619883, of Official Records.

13.    An irrevocable offer to dedicate an easement over a portion of said land for Public road, drainage, public utility and public services.    Recorded January 21, 1997, Instrument No. 019439, of Official Records

14.    An irrevocable offer to dedicate an easement over a portion of said land for Public road, public utility and public services.  Recorded January 21, 1997, Instrument No. 019440, of Official Records

15.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Williams Communications Inc. |
| Purpose: | Various utility |
| Recorded: | February 28, 2000, Instrument No. 2000-072007, of Official Records |

16.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:  The City of Beaumont
Purpose:    Conservation purposes
Recorded:   August 26, 2009, Instrument No. 2009-0444453, of Official Records

17.    A deed of trust described as follows:

Trustor:      SunCal Marblehead Heartland Master LLC, SunCal Marblehead LLC and SunCal Heartland LLC
Trustee:      Fidelity National Title Company
Beneficiary:  Lehman ALI Inc., a Delaware corporation
Recorded:     July 31, 2006 as Instrument No. 2006-557501, of Official Records

An instrument entitled "Second Amended and Restated Construction Deed of Trust and Fixture Filing":

Trustor:      SunCal Marblehead Heartland Master LLC, SunCal Marblehead LLC and SunCal Heartland LLC
Trustee:      Fidelity National Title Company
Beneficiary:  Lehman ALI Inc., a Delaware corporation
Recorded:     October 04, 2007 as Instrument No. 2007-0619882, of Official Records.

A Notice of Default under the terms of said deed of trust.
Executed by:  Jeffrey E. Steiner, Esq.
Recorded:     November 13, 2008, Instrument No. 2008-00600586, of Official Records

18.    A financing statement filed in the Office of the County Recorder, showing

Debtor:        SunCal Marblehead Heartland Master LLC, SunCal Marblehead LLC and  SunCal Heartland LLC
Secured Party:  Lehman ALI Inc., a Delaware corporation
Recorded:      July 31, 2006, Instrument No. 2006-557502, of Official Records

19.    A financing statement filed in the Office of the County Recorder, showing

Debtor:           SunCal Marblehead Heartland Master LLC, SunCal Marblehead LLC
                  and  SunCal Heartland LLC
Secured Party:  Lehman ALI Inc., a Delaware corporation
Recorded:       October 4, 2007, Instrument No. 2007-0619884, of Official Records

Marblehead

RECORDING REQUESTED BY,
WHEN RECORDED MAIL TO AND
MAIL TAX STATEMENTS TO:

**[NAME OF LEHMAN NOMINEE]**
**[ADDRESS OF LEHMAN NOMINEE]**

_____

(Space Above Line for Recorder's Use Only)

## <u>GRANT DEED</u>

FOR VALUE RECEIVED, **[NAME OF GRANTOR]** ("<u>Grantor</u>"), hereby grants to **[NAME OF GRANTEE]**, a Delaware limited liability company ("<u>Grantee</u>"), all that certain real property situated in the City of San Clemente, County of Orange, State of California, and more particularly described on <u>Exhibit "A"</u> attached hereto and made a part hereof (the "<u>Property</u>").

This Grant Deed is being delivered pursuant to the *Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors* (the "<u>Plan</u>") filed in the United States Bankruptcy Court for the Central District of California (Santa Ana Division) (the "<u>Bankruptcy Court</u>") in *In re Palmdale Hills Property, LLC, et al.*, Case No. 08-17206 (ES) and the *Order Confirming the Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors* (the "<u>Confirmation Order</u>") entered by the Bankruptcy Court on [_____], 2011. Pursuant to section 17.13 of the Plan, the Confirmation Order, and 11 U.S.C. §1146(a), the transfer of the Property hereunder will not be subject to any documentary transfer tax or similar tax, or filing or recording fee. Pursuant to the Confirmation Order, state and local governmental officials or agents shall forego the collection of any such tax or fee and accept for filing and recordation this Grant Deed or other related documents without the payment of any such tax or fee.

THE PROPERTY IS GRANTED TO GRANTEE SUBJECT TO (i) the lien for real estate taxes and special assessments, and (ii) the matters of public record described on <u>Exhibit "B"</u> attached hereto and made a part hereof which are taken subject to, but without any assumption by Grantee, and without intent to reimpose any of them; provided, however, that the provisions of this sentence shall not affect or limit Grantee's rights to challenge or question the validity or effectiveness of any such matters as to any third party.

This Grant Deed is an absolute conveyance of title in effect as well as in form and is intended to include and unconditionally convey all equitable and redemptive rights of Grantor and is not intended as a mortgage or security device of any kind.

NEITHER GRANTOR NOR GRANTEE INTEND THAT THERE BE, AND THERE SHALL NOT IN ANY EVENT BE, A MERGER OF THE CONSTRUCTION DEED OF TRUST AND FIXTURE FILING (WITH ASSIGNMENT OF LEASES AND RENTS AND SECURITY AGREEMENT) AMONG SUNCAL MARBLEHEAD LLC, AS TRUSTOR, FIDELITY NATIONAL TITLE COMPANY, AS TRUSTEE AND LEHMAN ALI INC., AS BENEFICIARY, RECORDED ON JUNE 10, 2005, INSTRUMENT NO. 2005-449034, AS AMENDED AND RESTATED BY THE AMENDED AND RESTATED CONSTRUCTION DEED OF TRUST AND FIXTURE FILING (WITH ASSIGNMENT OF LEASES AND RENTS AND SECURITY AGREEMENT) AMONG SUNCAL MARBLEHEAD HEARTLAND MASTER, LLC, SUNCAL HEARTLAND LLC AND SUNCAL MARBLEHEAD LLC, INDIVIDUALLY AND COLLECTIVELY, AS TRUSTOR, FIDELITY NATIONAL TITLE COMPANY, AS TRUSTEE AND LEHMAN ALI INC., AS BENEFICIARY, RECORDED ON JULY 28, 2006, INSTRUMENT NO. 2006-507387, AS FURTHER AMENDED AND RESTATED BY THE SECOND AMENDED AND RESTATED CONSTRUCTION DEED OF TRUST AND FIXTURE FILING (WITH ASSIGNMENT OF LEASES AND RENTS AND SECURITY AGREEMENT) AMONG SUNCAL MARBLEHEAD HEARTLAND MASTER, LLC, SUNCAL HEARTLAND LLC AND SUNCAL MARBLEHEAD LLC, INDIVIDUALLY AND COLLECTIVELY, AS TRUSTOR, FIDELITY NATIONAL TITLE COMPANY, AS TRUSTEE AND LEHMAN ALI INC., AS BENEFICIARY, RECORDED ON OCTOBER 4, 2007, INSTRUMENT NO. 2007000599569, WITH THE TITLE OR OTHER INTEREST OF GRANTEE IN AND TO THE PROPERTY HEREBY CONVEYED, AND THE GRANTOR EXPRESSLY INTENDS THAT THE INTERESTS OF THE BENEFICIARY IN THE DEED OF TRUST AND GRANTEE'S TITLE TO THE PROPERTY BE AND REMAIN AT ALL TIMES SEPARATE AND DISTINCT. THIS DEED IS NOT INTENDED TO NOR SHALL IT RELEASE THE LIENS AND SECURITY INTERESTS CONTAINED IN THE DEED OF TRUST.

(Signature on Following Page)

IN WITNESS WHEREOF, Grantor has duly executed and delivered this Grant Deed as of _____, 20__.

**[NAME OF GRANTOR]**

By:      _____
Name:  _____
Title:   _____


## ACKNOWLEDGMENT

STATE OF _____ )
                                            )      ss:
COUNTY OF _____ )

      On _____, 20__, before me, _____, Notary Public, personally appeared _____, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

      I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

      WITNESS my hand and official seal.


_____
Signature of Notary Public

[Seal]


SIGNATURE PAGE TO GRANT DEED (MARBLEHEAD)

## EXHIBIT A

### LEGAL DESCRIPTION

THE LAND IS SITUATED IN THE CITY OF SAN CLEMENTE, COUNTY OF ORANGE, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOTS 1 THROUGH 313, INCLUSIVE AND LETTERED LOTS A THROUGH D, INCLUSIVE, F, I THROUGH N, INCLUSIVE, P THROUGH Z, INCLUSIVE, AA THROUGH LL, INCLUSIVE, QQ THROUGH ZZ, INCLUSIVE AND AAA THROUGH HHH, INCLUSIVE OF TRACT NO. 8817 IN THE CITY OF SAN CLEMENTE, COUNTY OF ORANGE, STATE OF CALIFORNIA, ON FILE IN BOOK 880, PAGES 1 THROUGH 31, INCLUSIVE OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE ORANGE COUNTY RECORDER.

EXCEPT THEREFROM ALL UNDERGROUND WATER AND WATER RIGHTS, IF ANY, BUT WITHOUT THE RIGHT OF SURFACE ENTRY, AS DEDICATED TO THE CITY OF SAN CLEMENTE PER RECITALS ON THE MAP OF TRACT 8817.

APN'S: 691-421-02 TO 04; 691-422-16; 691-423-01 TO 66; 691-424-01 TO 81; 691-431-01 TO 03, 05 TO 09 AND 12 TO 15; 691-434-01 TO 66; 691-435-01 TO 43, 45, 46 AND 48 TO 52; 691-436-01 TO 34 AND 691-437-01 TO 56.

## EXHIBIT B

### PERMITTED ENCUMBRANCES

1.  The property lies within the boundaries of Assessment District No. 85-1.  Recorded April 10, 1986, Instrument No. 86-143253, of Official Records
    A Notice of Reassessment recorded July 2, 1999, Instrument No. 19990494840 of Official Records

2.  The property lies within the boundaries of Assessment District No. 95-1.  Recorded July 26, 1995, Instrument No. 95-0318248, of Official Records

3.  The property lies within the boundaries of a Mello-Roos Community Facilities District ("CFD"), as follows:
    CFD No.:      2006-1
    For:          Construction of public facilities
    Disclosed By: Notice of Special Tax Lien
    Recorded:     January 22, 2007, Instrument No. 2007000041489, of Official Records

4.  Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:   San Diego Gas & Electric Company, a corporation
    Purpose:      Electric lines
    Recorded:     July 12, 1950, Book 2040, Page 282, of Official Records

5.  Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:   The City of San Clemente
    Purpose:      Public street, storm drain channel
    Recorded:     January 30, 1967, Book 8165, Page 331, of Official Records

6.  Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:   The Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-Day Saints, a Utah corporation
    Purpose:      Roadway and public utility
    Recorded:     April 15, 1971, Book 9607, Page 261, of Official Records

7.  Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:   San Diego Gas & Electric Company
    Purpose:      Underground facilities and appurtenances for the transmission and distribution of electricity.  Communication facilities and appurtenances.
    Recorded:     November 30, 1990, Instrument No. 90-631912, of Official Records

8.      Matters contained in that certain document entitled "Permit to Enter, Declaration of Covenants, Conditions and Restrictions and Release and Agreement Regarding Pacific Coast Highway/Colony Cove Slope Stabilization Project No. 13172" dated None shown, executed by and between Marblehead, a limited partnership, by The Lusk Company, a California corporation and City of San Clemente, a municipal corporation, recorded April 21, 1995, Instrument No. 95-0167202, of Official Records.

9.      Matters contained in that certain document entitled "Deed Restriction" dated None shown, executed by and between Marblehead, a California limited partnership and the California Coastal Commission, recorded August 14, 1995, Instrument No. 95-0348962, of Official Records.

10.     Matters contained in that certain document entitled "Memorandum of Agreement Respecting Real Property" dated None shown, executed by and between MT No. 1, LLC, a California limited liability company, recorded October 23, 1995, Instrument No. 19950469199, of Official Records.

11.     Matters contained in that certain document entitled "Deed Restriction" dated January 29, 1998, executed by and between MT No. I, LLC, a California limited liability company and the California Coastal Commission, recorded March 18, 1998, Instrument No. 19980153575, of Official Records.

12.     Matters contained in that certain document entitled "Development Agreement for Marblehead Coastal Property" dated None shown, executed by and between City of San Clemente and Mt. No. 1, LLC, recorded October 2, 1998, Instrument No. 19980667761, of Official Records.

        Matters contained in that certain document entitled "Assignment and Assumption of Development Agreement" dated May 31, 2005, executed by and between Mt No. 1, LLC, a California limited liability company and SunCal Marblehead, LLC, a Delaware limited liability company, recorded June 10, 2005, Instrument No. 2005000449035, of Official Records.

        Matters contained in that certain document entitled "Assignment of Developer's Rights Under Development Agreement" dated June 2, 2005, executed by and between SunCal Marblehead, LLC, a Delaware limited liability company and Lehman ALI Inc., a Delaware corporation, recorded June 10, 2005, Instrument No. 2005000449036, of Official Records.

        Matters contained in that certain document entitled "Amended and Restated Assignment of Developer's Rights Under Development Agreement" dated July 27, 2006, executed by and between SunCal Marblehead, LLC, a Delaware limited liability company and Lehman ALI Inc., a Delaware corporation, recorded July 28, 2006, Instrument No. 2006000507386, of Official Records.

Matters contained in that certain document entitled "Second Amended and Restated Assignment of Developer's Rights Under Development Agreement", recorded October 04, 2007, Instrument No. 2007000599570, of Official Records.

Matters contained in that certain document entitled "Implementation Agreement for Development Agreement for Marblehead Coastal Property" dated January 1, 2007, executed by and between City of San Clemente, California municipal corporation and SunCal Marblehead, LLC, a Delaware limited liability company, recorded March 9, 2007, Instrument No. 2007000154258, of Official Records.

13. Matters contained in that certain document entitled "Memorandum of Option Agreement (Dudleya Preserve Parcel)" dated November 23, 1999, executed by and between MT. No. I, LLC, a California limited liability company and the City of San Clemente, recorded February 18, 2000, Instrument No. 20000089585, of Official Records.

14. Matters contained in that certain document entitled "Irrevocable Offer to Dedicate Fee Title and Declaration of Restrictions", dated March 20, 2006, executed by SunCal Marblehead LLC, a Delaware limited liability company, recorded March 21, 2006, Instrument No. 2006000184550, of Official Records.

15. Matters contained in that certain document entitled "Irrevocable Offer to Dedicate Fee Title and Declaration of Restrictions", dated March 20, 2006, executed by SunCal Marblehead LLC, a Delaware limited liability company, recorded March 21, 2006, Instrument No. 2006000184551, of Official Records.

16. Matters contained in that certain document entitled "Irrevocable Offer to Dedicate Fee Title and Declaration of Restrictions", dated March 20, 2006, executed by SunCal Marblehead LLC, a Delaware limited liability company, recorded March 21, 2006, Instrument No. 2006000184552, of Official Records.

17. Matters contained in that certain document entitled "Irrevocable Offer to Dedicate Fee Title", dated March 20, 2006, executed by SunCal Marblehead LLC, a Delaware limited liability company, recorded March 21, 2006, Instrument No. 2006000184553, of Official Records.

18. Matters contained in that certain document entitled "Irrevocable Offer to Dedicate Trail Easement and Declaration of Restrictions", dated March 20, 2006, executed by SunCal Marblehead LLC, a Delaware limited liability company, recorded March 21, 2006, Instrument No. 2006000184554, of Official Records.

19. Matters contained in that certain document entitled "Irrevocable Offer to Dedicate Trail Easement and Declaration of Restrictions", dated March 20, 2006, executed by SunCal Marblehead LLC, a Delaware limited liability company, recorded March 21, 2006, Instrument No. 2006000184555, of Official Records.

20.    Matters contained in that certain document entitled "Deed Restriction" dated None shown, executed by and between SunCal Marblehead LLC, a Delaware limited liability company, recorded March 21, 2006, Instrument No. 2006000184556, of Official Records.

21.    Matters contained in that certain document entitled "Assignment, Assumption and Indemnification Agreement" dated March 6, 2006, executed by and between SunCal Marblehead, LLC, a Delaware limited liability company and The City of San Clemente, a municipal corporation, recorded March 21, 2006, Instrument No. 2006000184557, of Official Records.

22.    Matters contained in that certain document entitled "Deed Restriction" dated None shown, executed by the City of San Clemente, recorded March 21, 2006, Instrument No. 2006000184558, of Official Records.

23.    Easement(s) for the purpose(s) shown below and rights incidental thereto as delineated or as offered for dedication, on the map of said Tract No. 8817.
Purpose:    Bridge, public utilities, and for vehicular and pedestrian access purposes
Affects:    A portion of Lettered Lot L

24.    Easement(s) for the purposes(s) shown below and rights incidental thereto as delineated or as offered for dedication, on the map of said Tract No 8817.

Purpose:    Pedestrian, bicycle, & vehicular access purposes and for parking
Affects:    Via Escorial, Via San Sebastian, Via Almodovar, Via Conon Verde, Via Pamplona, Via Belbao, Via Salmanca and Via Canaris

25.    Easement(s) for the purposes(s) shown below and rights incidental thereto as delineated or as offered for dedication, on the map of said Tract No 8817

Purpose:    Pedestrian, bicycle and vehicular access
Affects:    Via Bellas Artes, Via Valazquez, Via Murillo, Via Cantabria, Via Galicia, Via Murcia and Via Asturias

26.    Easement(s) for the purposes(s) shown below and rights incidental thereto as delineated or as offered for dedication, on the map of said Tract No. 8817.
Purpose:    Emergency and public security ingress and egress
Affects:    A portion of Lot 48; a portion of Lettered Lots M and DD and all of Lettered Lots QQ to ZZ and AAA to HHH

27.    Easement(s) for the purposes(s) shown below and rights incidental thereto as delineated or as offered for dedication, on the map of said Tract No. 8817.
Purpose:    Public utility purposes
Affects:    A portion of Lots 48, 78 to 84, 183, 184, 310 to 313 and a portion of Lettered Lots A, B, C, I, X, Y, FF and LL and all of Lettered Lots QQ to ZZ and AAA to HHH

28.     Easement(s) for the purposes(s) shown below and rights incidental thereto as delineated or as offered for dedication, on the map of said Tract No. 8817.
        Purpose:        Fire protection access purposes
        Affects:        A portion of the land

29.     Easement(s) for the purposes(s) shown below and rights incidental thereto as delineated or as offered for dedication, on the map of said Tract No. 8817.
        Purpose:        Sidewalk purposes
        Affects:        A portion of Lettered Lots A, B, C, L, X, Y and Z

30.     Easement(s) for the purposes(s) shown below and rights incidental thereto as delineated or as offered for dedication, on the map of said Tract No. 8817.
        Purpose:        Traffic signal purposes
        Affects:        All of Lettered Lot B and a portion of Lettered Lots A, X and Y

31.     Easement(s) for the purposes(s) shown below and rights incidental thereto as delineated or as offered for dedication, on the map of said Tract No. 8817.
        Purpose:        Water pipeline purposes
        Affects:        A portion of Lots 48, 64 and 111 and a portion of Lettered Lots A, B, C, I, M, X, Y, AA and LL and all of Lettered Lots QQ to ZZ and AAA to HHH

32.     Easement(s) for the purposes(s) shown below and rights incidental thereto as delineated or as offered for dedication, on the map of said Tract No. 8817.
        Purpose:        Sewer pipeline purposes
        Affects:        A portion of Lot 48; a portion of Lettered Lots K, L, R and V and all of Lettered Lots QQ to ZZ and AAA to HHH

33.     Easement(s) for the purposes(s) shown below and rights incidental thereto as delineated or as offered for dedication, on the map of said Tract No. 8817.
        Purpose:        preservation of open space
        Affects:        Lots "A" through "D", "F", "I", "J", "K", "L", "M", "N", "P", "Q" through "Z" "AA" through "LL"

34.     All vehicular and pedestrian access rights to Avenida Vista Hermosa, Avenida Pico, Via Socorro, El Camino Real and to Lettered Lot DD have been released and relinquished to the City Of San Clemente on the map of said Tract No. 8817.
        Affects:        Lots 56, 174 through 177, A, B, C, J, L, M, X, Y and EE

35.     An easement for sidewalk purposes to be maintained by the property owners as shown on the map of said Tract No. 8817, over a portion of Lots 78 to 84.

36.     An easement for pedestrian access purposes to be maintained by the property owners as shown on the map of said Tract No. 8817, over a portion of Lettered Lots M and DD.

37.    An easement for storm drain purposes to be maintained by the property owners as shown on the map of said Tract No. 8817, over a portion of Lot 48 and a portion of Lettered Lots C, L, M, N, P, R, V, Y, AA, FF and GG.

38.    A private easement for fire protection access purposes to be maintained by the property owners as shown on the map of said Tract No. 8817, over a portion of Lots 68, 71 and 75.

39.    The recital on the map of Tract No. 8817 that Lettered Lots QQ through HHH are private streets and are to be maintained by the property owners.

40.    Recitals as shown on the map of said Tract 8817, which, among other things states:
"Lots A through D, F, I through N, P through Z, AA through LL, are for slope and landscape maintenance purposes and for the preservation of open space and are to be maintained by the property owners of this map."

41.    Recitals as shown on the map of said Tract 8817, which, among other things states:
"Lots A, C, D, F, I through N, P through Z, AA through LL, shall be retained by deed restriction as designated open space in perpetuity and maintained by the property owners of this map, and that no structures, development or encroachment shall be permitted within the designated open space, except as shown on this map, Coastal Development Permit No. 5 03 013 as amended, site plan, landscape, park or trail plans as approved by the City of San Clemente and the California Coastal Commission (for those areas within the coastal zone)."

42.    Recitals as shown on the map of said Tract 8817, which, among other things states:
"All structures shall be protected by an automatic fire sprinkler system in a manner meeting the approval of the fire chief".

43.    Recitals as shown on the map of said Tract 8817, which, among other things states:
"All streets, sidewalks, curbs and gutters, public trails, storm drain lines, catch basins, manholes and appurtenances designated public, slope drains and appurtenances, sewer laterals, sewer pump station and force main, landscaping, street lights, street signage and striping improvements within the interior of this subdivision, except those facilities accepted by public agencies, are private and shall be maintained by the master association and /or sub association, or such other provision for maintenance which may be subsequently approved by the City Counsel."

44.    Covenants, conditions and restrictions in the declaration of restrictions but omitting any covenants or restrictions, if any, including, but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.
Recorded:    April 12, 2006, Instr. No. 2006000243512, of Official Records

45.    Covenants, conditions and restrictions in the declaration of restrictions but omitting any covenants or restrictions, if any, including, but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.
Recorded:     April 12, 2006, Instr. No. 2006000243513, of Official Records

46.    Matters contained in that certain document entitled "Declaration of Covenants, Conditions, Restrictions and Reservation of Easements for Drainage Purposes for Tract No. 8817" dated April 4, 2006, executed by SunCal Marblehead LLC, a Delaware limited liability company, recorded April 17, 2006, Instrument No. 2006000252741, of Official Records.

47.    Matters contained in that certain document entitled "Water Quality Management Plan (WWMP) for Residential Marblehead Coastal Amended Tentative Tract Map No. 8817 City of San Clemente Resolution 03-75, 04-60" dated April 19, 2006, executed by SunCal Marblehead LLC, a Delaware limited liability company, recorded April 20, 2006, Instrument No. 2006000267893, of Official Records.

48.    Matters contained in that certain document entitled "Marblehead Coastal Maintenance Agreement" dated May 3, 2006, executed by and between SunCal Marblehead LLC, a Delaware limited liability company and City of San Clemente, a California municipal corporation, recorded May 4, 2006, Instrument No. 2006000302381, of Official Records. Matters contained in that certain document entitled "Assignment and Assumption Agreement" dated May 10, 2006, executed by and between SunCal Marblehead LLC, a Delaware limited liability company and Villa San Clemente, LLC, a California limited liability company, recorded May 11, 2006, Instrument No. 2006000318332, of Official Records.

49.    Matters contained in that certain document entitled "Memorandum of Management and Funding Agreement" dated April 25, 2006, executed by and between Center for Natural Lands Management, a California nonprofit corporation and SunCal Marblehead, LLC, a Delaware limited liability company, recorded May 9, 2006, Instrument No. 2006-000310799, of Official Records.

50.    Matters contained in that certain document entitled "Conservation Easement" dated April 25, 2006, executed by and between SunCal Marblehead, LLC, a Delaware limited liability company and Center for Natural Lands Management, Inc., California nonprofit corporation, recorded May 9, 2006, Instrument No. 2006000310800, of Official Records.

51.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
Granted to:    Villa San Clemente, LLC, a California limited liability company
Purpose:    Temporary access rights
Recorded:    May 11, 2006, Instr. No. 2006000318330, of Official Records

52.    Matters contained in that certain document entitled "Assignment and Assumption of Entitlement Rights" dated May 10, 2006, executed by and between SunCal Marblehead LLC, a Delaware limited liability company and Villa San Clemente, LLC, a California limited liability company, recorded May 11, 2006, Instrument No. 2006000318331, of Official Records.

53.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | The City of San Clemente |
| Purpose: | Storm drain vault and related improvements and for access |
| Recorded: | June 30, 2006, Instr. No. 2006000440689, of Official Records |

54.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | The City of San Clemente |
| Purpose: | Traffic signal and related improvements and for access |
| Recorded: | June 30, 2006, Instr. No. 2006000440690, of Official Records |

55.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Southern California Gas Company |
| Purpose: | Pipelines & conduits together with ingress & egress |
| Recorded: | October 20, 2006, Instr. No. 2006000710726, of Official Records |

56.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | The City of San Clemente, a municipal corporation |
| Purpose: | Sewer line and related improvements and for access |
| Recorded: | January 9, 2007, Instr. No. 2007000014214, of Official Records |

57.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | CoxCom, Inc., a Delaware corporation d/b/a Cox Communications Orange County |
| Purpose: | Public utilities |
| Recorded: | April 20, 2007, Instr. No. 2007000256338, of Official Records |

58.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | San Diego Gas & Electric Company |
| Purpose: | Underground electric facilities and appurtenances for the transmission and distribution of electricity.  Underground communication facilities and appurtenances, together with the right of ingress and egress. |
| Recorded: | June 13, 2007, Instr. No. 2007000376065, of Official Records |

59.  Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:  Pacific Bell Telephone Company, a California corporation dba AT&T California

Purpose:  Communication facilities

Recorded:  August 22, 2007, Instr. No. 2007000521627, of Official Records

60.  Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:  San Diego Gas & Electric Company, a corporation

Purpose:  Underground electric facilities and appurtenances for the transmission and distribution of electricity.   Underground communication facilities and appurtenances, together with the right of ingress and egress

Recorded:  August 28, 2007, Instr. No. 2007000531274, of Official Records

61.  Covenants, conditions and restrictions in the declaration of restrictions but omitting any covenants or restrictions, if any, including, but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.

Recorded:  October 31, 2007, Instrument No. 2007000662335, of Official Records

A Notice of Phase Designation and Supplemental Declaration of Covenants, Conditions and Restrictions for The Pointe Phase 1, recorded November 02, 2007, Instrument No. 2007000665157, of Official Records.

A Notice of Phase Designation and Supplemental Declaration of Covenants, Conditions and Restrictions for The Pointe Phase 2, recorded February 07, 2008, Instrument No. 2008000057673, of Official Records.

62.  Matters contained in that certain document entitled "Declaration of Covenants Regarding Joint Maintenance" dated October 24, 2007, executed by SunCal Marblehead LLC, a Delaware limited liability company, recorded November 2, 2007, Instrument No. 2007000665155, of Official Records.

63.  Matters contained in that certain document entitled "The Pointe at Marblehead Coastal Street Access and Maintenance Easement Deed" dated none shown, executed by and between SunCal Marblehead LLC, a Delaware limited liability company and The Pointe at Marblehead Community Association, a California nonprofit mutual benefit corporation, recorded November 2, 2007, Instrument No. 2007000665156, of Official Records.

64.   Matters contained in that certain document entitled "Construction Declaration of Covenants, Conditions and Restrictions for The Pointe" dated October 24, 2007, executed by SunCal Marblehead, LLC, a Delaware limited liability company, recorded November 2, 2007, Instrument No. 2007000665158, of Official Records.  The provisions of said covenants, conditions and restrictions were extended to include the herein described land by an instrument recorded February 7, 2008, Instrument No. 2008000057672, of Official Records.

65.   Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
   Granted to:   San Diego Gas & Electric Company, a corporation
   Purpose:      Underground electric facilities and appurtenances for the transmission and distribution of electricity.   Underground communication facilities and appurtenances, together with the right of ingress and egress
   Recorded:     November 7, 2007, Instr. No. 2007000673242, of Official Records

66.   Covenants, conditions and restrictions in the declaration of restrictions but omitting any covenants or restrictions, if any, including, but not limited to those based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.
   Recorded:     January 31, 2008, Instr. No. 2008000048028, of Official Records

67.   A deed of trust described as follows:
   Dated:        June 10, 2005
   Trustor:      SunCal Marblehead LLC
   Trustee:      Fidelity Title Insurance Company
   Beneficiary:  Lehman ALI Inc., a Delaware corporation
   Recorded:     June 10, 2005, Instr. No. 2005000449034, of Official Records

   An agreement which states that this instrument was subordinated to the document or interest described in the instruments recorded: March 21, 2006, Instrument No. 2006000184549, 2006000184550, 2006000184551, 2006000184552, 2006000184553, 2006000184554, and 2006000184555, all of Official Records

   By agreement recorded March 21, 2006, Instrument No. 2006000184549 and recorded March 28, 2006 as Instrument No. 2006000202382, both of Official Records.

   An agreement which states that this instrument was subordinated to the document or interest described in the instrument recorded May 9, 2006, Instrument No. 2006000310800, of Official Records.

   By agreement recorded May 9, 2006, Instrument No. 2006000310801, of Official Records.

An amended and restated deed of trust described as follows:

| | |
|---|---|
| Dated: | July 27, 2006 |
| Trustor: | Suncal Marblehead Heartland Master, LLC and Suncal Marblehead LLC |
| Trustee: | Fidelity National Title Company |
| Beneficiary: | Lehman ALI Inc., its successors and/or assigns |
| Recorded: | July 28, 2006, Instrument No. 2006000507387, of Official Records |

A second amended and restated deed of trust described as follows:

| | |
|---|---|
| Dated: | October 3, 2007 |
| Trustor: | SunCal Marblehead Heartland Master, LLC, SunCal Heartland LLC and SunCal Marblehead LLC |
| Trustee: | Fidelity National Title Company |
| Beneficiary: | Lehman ALI Inc. |
| Recorded: | October 4, 2007, Instr. No. 2007000599569, of Official Records |

An agreement which states that this instrument was subordinated to the document or interest described in the instrument recorded October 31, 2007, Instr. No. 2007000662335, of Official Records.

By agreement recorded November 8, 2007, Instr. No. 2007000675202, of Official Records

A Notice of Default under the terms of said deed of trust.

| | |
|---|---|
| Executed by: | Jeffrey E. Steiner, Esq. |
| Recorded: | November 12, 2008, Instrument No. 2008000529347, of Official Records |

68.    A financing statement filed in the Office of the County Recorder, showing

| | |
|---|---|
| Debtor: | SunCal Marblehead Heartland Master, LLC and SunCal Marblehead LLC |
| Secured Party: | Lehman ALI Inc. |
| Recorded: | October 4, 2007, Instr. No. 2007000599571, of Official Records |