# 4. Forms of Assignment of Development Rights

## ASSIGNMENT OF DEVELOPMENT RIGHTS

FOR VALUE RECEIVED, the undersigned, **[NAME OF GRANTOR]** ("Assignor"), hereby transfers, conveys and assigns to **[NAME OF GRANTEE]**, a Delaware limited liability company ("Assignee"), with respect to the real property located in Contra Costa County, California and more particularly described on Exhibit A attached hereto and made a part hereof (the "Real Property"), (i) all of Assignor's right, title and interest in, to, under or with respect to all development, use, air, zoning, water, infrastructure, building and other rights and entitlements in connection with or in any way associated with the development of or construction on the Real Property or any portion thereof including, without limitation, rights under or with respect to any environmental impact reports, specific plans, mitigation agreements, permits and any other documents relating to entitlements or approvals and LAFCO or any other annexation, (ii) all rights, interests, powers and benefits of the Assignor as a developer or declarant of the Real Property or any portion thereof under any declaration, development agreement or other similar agreement for the development, construction, management, or maintenance of the Real Property or any portion thereof, or under any covenant, restriction, or condition affecting the Real Property or any portion thereof including, without limitation, all of the rights and benefits of Assignor as developer or declarant under the documents more particularly described on Exhibit B attached hereto and made a part hereof (collectively, the "Development Agreements"), together with all voting rights, declarant's rights, developer's rights, and similar rights arising under any Development Agreements, (iii) all rights of or reservations onto Assignor under any deed or easement, or any similar instrument, affecting all or any portion of the Real Property, and (iv) all subdivision rights pursuant to any tentative or final parcel site or subdivision map or similar item (or any amendment of or modification to any such map or other similar item) pertaining to or in any manner affecting all or any portion of the Real Property, in each case described in clauses (i) through (iv) above, whether or not appurtenant to the Real Property and including, without limitation, all uses, benefits, proceeds of, or incident to, such rights, interests, powers and benefits (all of the foregoing rights and benefits being collectively referred to herein as the "Development Rights").

TOGETHER WITH all of Assignor's right, title and interest in and to and all powers and benefits of Assignor derived from any corporations, associations or equivalent entities that may now or may hereafter own or manage any common areas or facilities located on any portion of the Real Property and the uses, benefits and proceeds of, or incident to, such rights, interests, powers and benefits, and further together with all proceeds, profits, income and all other sums of money (principal, interest or otherwise) now or hereafter payable to Assignor arising under, out of or in connection with any of the Development Agreements or other Development Rights.

Assignor does hereby agree to perform, execute and/or deliver with reasonable promptness after its receipt from Assignee of written demand for same, any and all such further acts and assurances as Assignee may reasonably require to properly consummate the assignment of the Development Rights to Assignee including, without limitation, obtaining any consents required in connection therewith.

This Assignment shall be binding upon and inure to the benefit of the parties hereto, their respective heirs, devisees, legal and personal representatives, successor and assigns.

This Assignment is an absolute conveyance of title in effect as well as in form and is intended to include and unconditionally convey any equitable or redemptive rights of Assignor and is not intended as a mortgage or security device of any kind.

This Assignment is not intended to, and shall not, merge the equitable and legal titles in the Development Rights, nor shall this Assignment release any liens or security interests securing any indebtedness encumbering the Development Rights, it being the intention of the Assignor and Assignee to keep such liens separate and distinct and in full force and effect and to maintain the priority of such liens against any other liens or encumbrances affecting the Development Rights.

[signature on following page]

IN WITNESS WHEREOF, Assignor has duly executed and delivered this Assignment effective as of the _____ day of _____, 20__.

**ASSIGNOR:**

**[NAME OF ASSIGNOR]**

By: _____
Name: _____
Title: _____

**ACKNOWLEDGMENT**

STATE OF _____ )
                                          )    ss:
COUNTY OF _____ )

On _____, 20__, before me, _____, Notary Public, personally appeared _____, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

[Seal]

## EXHIBIT A

### Legal Description

THE LAND IS SITUATED IN AN UNINCORPORATED AREA, COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**TRACT ONE**:

Lots 1 through 494 and Parcels A through N, as shown on the Map of Subdivision 6013 Delta Coves at Bethel Island, which map was filed March 22, 2005 in Volume 476 of Maps, Page 37, Official Records of Contra Costa County.

APNs: 031-160-001 - 044
      031-170-001 - 045
      031-180-001 - 057
      031-190-001 - 032
      031-200-001 - 048
      031-210-001 - 059
      031-220-001 - 051
      031-230-001 - 068
      031-240-001 - 072
      031-250-001 - 007
      031-260-001 - 011

**TRACT TWO**:

Lot 12, Map of Pleasantimes Subdivision, filed May 9, 1944, Map Book 27, Page 26, Contra Costa County Records.

APN:  030-010-012

**TRACT THREE**:

Parcel One:

A portion of the southwest quarter of Section 15, Township 2 North, Range 3 East, Mount Diablo Base and Meridian, described as follows:

Beginning at a point on the west line of said section, distant thereon south 0° 37' east 1144 feet from the west quarter corner of said section, being a point in the center of county road, said point being distant north 0° 37' west 600 feet from the north line of Farrar Park, which map was filed April 1, 1944, in Book 27 of Maps, Pages 17 and 18, in the office of the County Recorder of Contra Costa County; thence parallel to said north line, east 230 feet; thence north 0° 37' west 100 feet; thence parallel to the north line of Farrar Park, west 230 feet to the west line of said Section 15, being in the center of the county road; thence along said west line south 0° 37' east 100 feet to the point of beginning.

Excepting therefrom:

1.      The parcel of land described in the deed from Richard L. Daly, et al, to Contra Costa

County, dated November 22, 1966, recorded February 9, 1966 in Book 5054 of Official Records, Pages 528 and 533.

2.      That portion described as Parcel Two of Tract Three below.

3.      "7/8 of all oil, gas and minerals in and to the premises" without the right of surface entry, as reserved in the deed from G.M. Harrington, et ux, to Leroy B. Thomas, et ux, recorded June 8, 1944, Book 790, Official Records, Page 100.

4.      Also excepting therefrom, the interest conveyed to Contra Costa County by the Offer of Dedication recorded March 22, 2005, Instrument No. 2005-99714, Contra Costa County Records.

APN:  031-021-019

Parcel Two:

Portion of the southwest 1/4 of Section 15, Township 2 North, Range 3 East, Mount Diablo Base and Meridian, described as follows:

Beginning at the southeast corner of the parcel of land described in the deed to Jess L. Wilson, et ux, recorded May 8, 1946, Book 867, Official Records, Page 257; thence from said point of beginning along the exterior boundary lines of said Wilson parcel, north 0° 37' west 100 feet and west 50 feet; thence south 0° 37' east 100 feet to the south line of said Wilson parcel; thence east along said south line 50 feet to the point of beginning.

Excepting therefrom:  "7/8 of all oil, gas and minerals in and to the premises" as reserved in the deed from G.M. Harrington, et ux, to Leroy B. Thomas, et ux, recorded June 8, 1944, Book 790, Official Records, Page 100.

Also excepting therefrom, the interest conveyed to Contra Costa County by the Offer of Dedication recorded March 22, 2005, Instrument No. 2005-99714, Contra Costa County Records.

APN:  031-021-018

**TRACT FOUR**:

Portion of the southwest quarter of Section 15, Township 2 North, Range 3 East, Mount Diablo Base and Meridian, described as follows:

Parcel One:

Beginning on the west line of Section 15 at the southwest corner of the parcel of land described in the deed from H.E. Gummow to Frank Andronico, et al, dated April 8, 1947, and recorded May 5, 1947 in Book 1108 of Official Records of said county at Page 269; thence east along the south line of said parcel (1108 OR 269) 405 feet to the east line of the parcel of land described in the deed from Leroy B. Thomas, et ux, to H.E. Gummow, recorded February 27, 1947, in Book 1002 of Official Records of said county at Page 141; thence along the exterior boundary line of said parcel as follows:

South 0° 37' east 603.64 feet; west 405 feet to the southwest corner of said parcel; said point also being on the west line of said section; thence north 0° 37' west along the west line of said section 300 feet to the southwest corner of the parcel of land described in the deed from H.E. Gummow to A.W. Atkinson, et ux, recorded February 27, 1947 in Book 967 of Official Records of said county at Page 412; thence along the exterior boundary of said Atkinson parcel as follows:

East 230 feet, north 0° 37' west 200 feet, and west 230 feet to the west line of said section at the northwest corner of said parcel (967 OR 412); thence north 0° 37' west along said west line 100 feet to the point of beginning.

Excepting therefrom:

All that portion of Parcel One above lying within the county road.

Also excepting therefrom:

That portion of land in the deed from Helene D. Thomas, sole surviving trustee of the trust agreement dated December 22, 1982 to United States Postal Service recorded December 12,1988, Instrument No. 88-229946, Book 14767, Official Records, Page 521, Contra Costa County Records, described as follows:

Beginning on the west line of said Section 15, being the center line of the county road known as Bethel Island Road, also being the southwest corner of the parcel of land described in the deed to Frank Andronico, et al, recorded May 5, 1947, Book 1108, Official Records, Page 269; thence from said point of beginning east along the south line of said Andronico parcel (1108 OR 269) 230 feet; thence leaving said south line south 0° 37' east 100 feet to the northeast corner of the parcel of land described in the deed to Frank T. Andronico, recorded May 13, 1965, Book 4867, Official Records, Page 102; thence west along the north line of said second mentioned Andronico parcel (4867 OR 102) 230 feet to the northwest corner thereof, being a point on the west line of the aforementioned Section 15; thence north 0° 37' west along said west line 100 feet to the point of beginning.

Also excepting therefrom:

Seven-eights of all oil, gas and minerals, together with the right to enter the hereinafter described premises at any time to remove said oil, gas, and minerals, as reserved in the deed from C.M. Harrington, et ux, to Leroy R. Thomas, et ux, dated May 8, 1944, recorded June 8, 1944, in Book 790 of Official Records, Page 100.

APN: 031-021-017

Parcel Two:

A nonexclusive right of way as an appurtenance to Parcel One above for use as a roadway for vehicles of all kinds, pedestrians and animals and as a right of way for water, gas, oil and sewer pipe lines and for telephone, electric light and power lines, together with the necessary poles or underground conduits to carry said lines over, under and across a strip of land 25 feet in width, being the eastern 25 feet of the parcel of land described in the deed from H.E. Gummow to Frank Andronico, et al, dated April 8, 1947 and recorded May 5, 1947 in Book 1108 of Official Records of said county, at Page 269.

## <u>EXHIBIT B</u>

**Development Agreements and CCRs**

NONE

## ASSIGNMENT OF DEVELOPMENT RIGHTS

FOR VALUE RECEIVED, the undersigned, **[NAME OF GRANTOR]** ("Assignor"), hereby transfers, conveys and assigns to **[NAME OF GRANTEE]**, a Delaware limited liability company ("Assignee"), with respect to the real property located in Los Angeles County, California and more particularly described on Exhibit A attached hereto and made a part hereof (the "Real Property"), (i) all of Assignor's right, title and interest in, to, under or with respect to all development, use, air, zoning, water, infrastructure, building and other rights and entitlements in connection with or in any way associated with the development of or construction on the Real Property or any portion thereof including, without limitation, rights under or with respect to any environmental impact reports, specific plans, mitigation agreements, permits and any other documents relating to entitlements or approvals and LAFCO or any other annexation, (ii) all rights, interests, powers and benefits of the Assignor as a developer or declarant of the Real Property or any portion thereof under any declaration, development agreement or other similar agreement for the development, construction, management, or maintenance of the Real Property or any portion thereof, or under any covenant, restriction, or condition affecting the Real Property or any portion thereof including, without limitation, all of the rights and benefits of Assignor as developer or declarant under the documents more particularly described on Exhibit B attached hereto and made a part hereof (collectively, the "Development Agreements"), together with all voting rights, declarant's rights, developer's rights, and similar rights arising under any Development Agreements, (iii) all rights of or reservations onto Assignor under any deed or easement, or any similar instrument, affecting all or any portion of the Real Property, and (iv) all subdivision rights pursuant to any tentative or final parcel site or subdivision map or similar item (or any amendment of or modification to any such map or other similar item) pertaining to or in any manner affecting all or any portion of the Real Property, in each case described in clauses (i) through (iv) above, whether or not appurtenant to the Real Property and including, without limitation, all uses, benefits, proceeds of, or incident to, such rights, interests, powers and benefits (all of the foregoing rights and benefits being collectively referred to herein as the "Development Rights").

TOGETHER WITH all of Assignor's right, title and interest in and to and all powers and benefits of Assignor derived from any corporations, associations or equivalent entities that may now or may hereafter own or manage any common areas or facilities located on any portion of the Real Property and the uses, benefits and proceeds of, or incident to, such rights, interests, powers and benefits, and further together with all proceeds, profits, income and all other sums of money (principal, interest or otherwise) now or hereafter payable to Assignor arising under, out of or in connection with any of the Development Agreements or other Development Rights.

Assignor does hereby agree to perform, execute and/or deliver with reasonable promptness after its receipt from Assignee of written demand for same, any and all such further acts and assurances as Assignee may reasonably require to properly consummate the assignment of the Development Rights to Assignee including, without limitation, obtaining any consents required in connection therewith.

This Assignment shall be binding upon and inure to the benefit of the parties hereto, their respective heirs, devisees, legal and personal representatives, successor and assigns.

This Assignment is an absolute conveyance of title in effect as well as in form and is intended to include and unconditionally convey any equitable or redemptive rights of Assignor and is not intended as a mortgage or security device of any kind.

This Assignment is not intended to, and shall not, merge the equitable and legal titles in the Development Rights, nor shall this Assignment release any liens or security interests securing any indebtedness encumbering the Development Rights, it being the intention of the Assignor and Assignee to keep such liens separate and distinct and in full force and effect and to maintain the priority of such liens against any other liens or encumbrances affecting the Development Rights.

[signature on following page]

2

IN WITNESS WHEREOF, Assignor has duly executed and delivered this Assignment effective as of the _____ day of _____, 20__.

**ASSIGNOR:**

**[NAME OF ASSIGNOR]**

By:     _____
Name:  _____
Title:    _____

**ACKNOWLEDGMENT**

STATE OF _____ )
                        )    ss:
COUNTY OF _____ )

On _____, 20__, before me, _____, Notary Public, personally appeared _____, proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

[Seal]

SIGNATURE PAGE TO ASSIGNMENT OF DEVELOPMENT RIGHTS (NORTHLAKE)

## EXHIBIT A

### Legal Description

THE LAND IS SITUATED IN THE UNINCORPORATED AREA OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

**PARCEL 1:**  APN: 3247-010-049 and 3247-010-050

THE SOUTHEASTERLY QUARTER OF THE SOUTHEASTERLY QUARTER OF SECTION 35, TOWNSHIP 6 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE.

EXCEPT THEREFROM SAID LAND THAT PORTION OF SAID LAND CONDEMNED TO THE CITY OF LOS ANGELES, A MUNICIPAL CORPORATION BY FINAL ORDER OF CONDEMNATION CASE NO. 979075, A CERTIFIED COPY OF WHICH WAS RECORDED JUNE 1, 1972 AS INSTRUMENT NO. 4488 IN BOOK D5480 PAGE 183, OFFICIAL RECORDS IDENTIFIED THEREIN AS PARCEL 4.

**PARCEL 2:**  APN: 3244-003-016

THE SOUTH HALF OF THE SOUTHWEST QUARTER OF SECTION 36, TOWNSHIP 6 NORTH, RANGE 17 WEST SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT FROM SAID LAND THAT PORTION OF SAID LAND CONDEMNED TO THE STATE OF CALIFORNIA BY FINAL ORDER OF CONDEMNATION CASE NO. 881776, A CERTIFIED COPY OF WHICH WAS RECORDED AUGUST 4, 1971 AS INSTRUMENT NO. 1946, IN BOOK D5147 PAGE 830, OFFICIAL RECORDS OF THE COUNTY OF LOS ANGELES, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTH LINE OF SAID SECTION 36, FROM WHICH THE SOUTHWEST CORNER OF SAID SECTION BEARS NORTH 89 DEGREES 47 MINUTES 42 SECONDS WEST 2,056.36 FEET;

THENCE FROM SAID POINT OF BEGINNING, LEAVING SAID SOUTH LINE, NORTH 25 DEGREES 16 MINUTES 40 SECONDS WEST 1,146.35 FEET; THENCE NORTH 19 DEGREES 05 MINUTES 37 SECONDS EAST 302.16 FEET TO THE NORTH LINE OF SAID SOUTH HALF OF THE SOUTHWEST QUARTER; THENCE ALONG SAID NORTH LINE SOUTH 89 DEGREES 20 MINUTES 58 SECONDS EAST 947.82 FEET TO THE NORTHEAST CORNER OF SAID SOUTH HALF OF THE SOUTHWEST QUARTER; THENCE ALONG THE EAST LINE OF SAID SOUTH HALF OF THE SOUTHWEST QUARTER SOUTH 01 DEGREES 22 MINUTES 36 SECONDS WEST 1,313.61 FEET TO THE SOUTHWEST CORNER OF SAID SOUTH HALF OF THE SOUTHWEST QUARTER; THENCE ALONG THE SOUTH LINE OF SAID SECTION 36 NORTH 89 DEGREES 47 MINUTES 42 SECONDS WEST 525.54 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPT THEREFROM SAID LAND THAT PORTION OF SAID LAND CONDEMNED TO THE CITY OF LOS ANGELES, A MUNICIPAL CORPORATION BY FINAL ORDER OF CONDEMNATION CASE NO. 979075, A CERTIFIED COPY OF

WHICH RECORDED JUNE 1, 1972 AS INSTRUMENT NO. 4488, IN BOOK D5480 PAGE 183, OFFICIAL RECORDS IDENTIFIED THEREIN AS PARCEL 4.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND CONVEYED TO THE STATE OF CALIFORNIA BY GRANT DEED RECORDED JANUARY 13, 2009 AS INSTRUMENT NO. 20090042159 OF OFFICIAL RECORDS.

**PARCEL 3:**  **APN: 3247-040-008 (PORTION)**

THE EAST HALF OF THE NORTH HALF OF THE WEST HALF OF THE WEST HALF OF LOT 7, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

**PARCEL 4:**  **APN: 3247-040-008 (PORTION)**

THE WEST HALF OF THE SOUTH HALF OF THE WEST HALF OF THE WEST HALF OF LOT 7, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

**PARCEL 5:**  **APN: 3247-040-008 (PORTION)**

THE WEST HALF OF THE NORTH HALF OF THE WEST HALF OF THE WEST HALF OF LOT 7, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

**PARCEL 6:**  **APN: 3247-040-008 (PORTION)**

THE EAST HALF OF THE SOUTH HALF OF THE WEST HALF OF THE WEST HALF OF LOT 7, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

**PARCEL 7:**  **APN: 3247-040-013 (PORTION)**

THE EAST HALF OF THE EAST HALF OF THE EAST HALF OF THE EAST HALF OF LOT 8, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

**PARCEL 8:**  **APN: 3247-040-009 (PORTION)**

THE EAST HALF OF THE NORTH HALF OF THE EAST HALF OF THE WEST HALF OF LOT 7, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

**PARCEL 9:**  **APN: 3247-040-009 (PORTION)**

THE EAST HALF OF THE SOUTH HALF OF THE EAST HALF OF THE WEST HALF OF LOT 7, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND

LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

## PARCEL 10:  APN: 3247-040-009 (PORTION)

THE WEST HALF OF THE NORTH HALF OF THE EAST HALF OF THE WEST HALF OF LOT 7, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

## PARCEL 11:  APN: 3247-040-009 (PORTION)

THE WEST HALF OF THE SOUTH HALF OF THE EAST HALF OF THE WEST HALF OF LOT 7, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

## PARCEL 12:  APN: 3247-040-013 (PORTION)

THE WEST HALF OF THE WEST HALF OF THE EAST HALF OF LOT 8, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

## PARCEL 13:  APN: 3247-040-013 (PORTION)

THE WEST HALF OF THE EAST HALF OF THE EAST HALF OF LOT 8, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE

OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

**PARCEL 14:  APN: 3247-040-013 (PORTION)**

THE EAST HALF OF THE WEST HALF OF THE EAST HALF OF LOT 8, IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

**PARCEL 15:  APN: 3244-012-054 & 059**

THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, AND THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER AND THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER AND THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND ON FILE IN THE BUREAU OF LAND MANAGEMENT.

EXCEPT THEREFROM SAID LAND THAT PORTION OF SAID LAND CONDEMNED TO THE CITY OF LOS ANGELES BY FINAL ORDER OF CONDEMNATION IN CASE NO. 979 075 SUPERIOR COURT, A CERTIFIED COPY BEING RECORDED FEBRUARY 9, 1972 AS INSTRUMENT NO. 2359, IN BOOK D5348 PAGE 40, OFFICIAL RECORDS.

ALSO EXCEPT THAT PORTION OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE SEPTEMBER 6, 1880 DESCRIBED AS FOLLOWS:  COMMENCING AT THE SOUTHEAST CORNER OF SAID SECTION; THENCE ALONG THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION NORTH 89 DEGREES 42 MINUTES 06 SECONDS WEST 1903.44 FEET; THENCE LEAVING SAID SOUTH LINE NORTH 00 DEGREES 17 MINUTES 54 SECONDS EAST 2184.63 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTH 54 DEGREES 00 MINUTES 04 SECONDS EAST 179.50 FEET; THENCE NORTH 72 DEGREES 25 MINUTES 38 SECONDS EAST 172.40 FEET; THENCE NORTH 77 DEGREES 35 MINUTES 23 SECONDS EAST 316.23 FEET; THENCE SOUTH 59 DEGREES 26 MINUTES 18 SECONDS EAST 232.73 FEET; THENCE SOUTH 34 DEGREES 39 MINUTES 16 SECONDS EAST 158.18 FEET; THENCE SOUTH 20 DEGREES 12

MINUTES 55 SECONDS EAST 168.76 FEET; THENCE SOUTH 05 DEGREES 45 MINUTES 21 SECONDS EAST 155.28 FEET; THENCE SOUTH 32 DEGREES 52 MINUTES 00 SECONDS WEST 135.64 FEET; THENCE SOUTH 64 DEGREES 56 MINUTES 20 SECONDS WEST 140.46 FEET; THENCE SOUTH 72 DEGREES 25 MINUTES 53 SECONDS WEST 147.43 FEET; THENCE NORTH 82 DEGREES 04 MINUTES 45 SECONDS WEST 224.48 FEET; THENCE NORTH 51 DEGREES 55 MINUTES 54 SECONDS WEST 121.12 FEET; THENCE NORTH 36 DEGREES 14 MINUTES 51 SECONDS WEST 237.81 FEET; THENCE NORTH 35 DEGREES 30 MINUTES 56 SECONDS WEST 314.92 FEET TO THE TRUE POINT OF BEGINNING.

ALSO EXCEPT ONE-HALF OF ALL OILS, HYDROCARBONS AND MINERALS IN AND UNDER WHICH MAY BE DEVELOPED FROM THE REAL PROPERTY ABOVE DESCRIBED, WITHOUT, HOWEVER, THE RIGHT TO ENTER UPON THE SURFACE, OR THE SUBSURFACE THEREOF TO A DEPTH OF 500 FEET BENEATH THE SURFACE MEASURED VERTICALLY, FOR THE PURPOSE OF PROSPECTING OR EXPLORING FOR, DEVELOPING OR PRODUCING SAID SUBSTANCES, AS RESERVED IN THE DEED FROM PETER A. LARRAMENDY AND WILDA L. LARRAMENDY, RECORDED JUNE 1, 1967 AS INSTRUMENT NO. 2375, OFFICIAL RECORDS.

**PARCEL 16:**  APN: 3244-012-057

THAT PORTION OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHERLY LINE OF SAID SECTION, DISTANT THEREON SOUTH 89 DEGREES 54 MINUTES 02 SECONDS EAST, 445.69 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION; THENCE NORTH 25 DEGREES 52 MINUTES 09 SECONDS WEST, 124.09 FEET TO A TANGENT CURVE CONCAVE NORTHEASTERLY AND HAVING A RADIUS OF 2,799.00 FEET; THENCE NORTHWESTERLY, ALONG SAID CURVE THROUGH AN ANGLE OF 3 DEGREES 23 MINUTES 39 SECONDS, AN ARC DISTANCE OF 263.51 FEET; THENCE NORTH 15 DEGREES 54 MINUTES 07 SECONDS WEST 441.44 FEET; THENCE NORTH 8 DEGREES 51 MINUTES 55 SECONDS EAST, 106.01 FEET; THENCE NORTH 15 DEGREES 34 MINUTES 26 SECONDS EAST 152.16 FEET; THENCE NORTH 3 DEGREES 25 MINUTES 50 SECONDS WEST, 122.99 FEET; THENCE NORTH 10 DEGREES 08 MINUTES 06 SECONDS WEST, 191.35 FEET TO THE NORTH LINE OF SAID SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER; THENCE ALONG SAID NORTH LINE AND ALONG THE EAST AND SOUTH LINES OF SAID SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER THE FOLLOWING COURSES; SOUTH 89 DEGREES 45 MINUTES 10 SECONDS EAST, 1,163.76 FEET, SOUTH 0 DEGREES 52 MINUTES 27 SECONDS EAST, 1,337.48 FEET, AND NORTH 89 DEGREES 54 MINUTES 02 SECONDS WEST, 800.76 FEET TO THE POINT OF BEGINNING.

EXCEPT THE NORTH HALF.

ALSO EXCEPT THEREFROM ALL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS, AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN THAT MAY BE BELOW THE UPPER 100 FEET OF THE SUBSURFACE OF THE PARCEL OF LAND HEREINABOVE DESCRIBED, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND

OPERATING THEREFOR AND REMOVING THE SAME FROM SAID LAND OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THOSE HEREINABOVE DESCRIBED, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, OR MINES, WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE EXPLORE AND OPERATE THROUGH THE SURFACE OF SAID UPPER 100 FEET OF THE SUBSURFACE OF THE LAND HEREINABOVE DESCRIBED OR OTHERWISE IN SUCH MANNER AS TO ENDANGER THE SAFETY OF ANY HIGHWAY THAT MAY BE CONSTRUCTED ON SAID LANDS, AS EXCEPTED IN FINAL ORDER OF CONDEMNATION, CASE NO. 911311, SUPERIOR COURT LOS ANGELES COUNTY, A CERTIFIED COPY THEREOF BEING RECORDED SEPTEMBER 11, 1970 IN BOOK-4829 PAGE 157, OFFICIAL RECORDS, AS INSTRUMENT NO. 3506.

**PARCEL 16-A:**

AN EASEMENT FOR INGRESS AND EGRESS OVER AND ACROSS THE NORTH HALF OF THAT PORTION OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHERLY LINE OF SAID SECTION, DISTANT THEREON SOUTH 89 DEGREES 54 MINUTES 02 SECONDS EAST, 445.69 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION; THENCE NORTH 25 DEGREES 52 MINUTES 09 SECONDS WEST, 124.09 FEET TO A TANGENT CURVE CONCAVE NORTHEASTERLY AND HAVING A RADIUS OF 2,799.00 FEET; THENCE NORTHWESTERLY, ALONG SAID CURVE THROUGH AN ANGLE OF 3 DEGREES 23 MINUTES 39 SECONDS, AN ARC DISTANCE OF 263.51 FEET; THENCE NORTH 15 DEGREES 54 MINUTES 07 SECONDS WEST 441.44 FEET; THENCE NORTH 8 DEGREES 51 MINUTES 55 SECONDS EAST, 106.01 FEET; THENCE NORTH 15 DEGREES 34 MINUTES 26 SECONDS EAST 152.16 FEET; THENCE NORTH 3 DEGREES 25 MINUTES 50 SECONDS WEST, 122.99 FEET; THENCE NORTH 10 DEGREES 08 MINUTES 06 SECONDS WEST, 191.35 FEET TO THE NORTH LINE OF SAID SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER; THENCE ALONG SAID NORTH LINE AND ALONG THE EAST AND SOUTH LINES OF SAID SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER THE FOLLOWING COURSES; SOUTH 89 DEGREES 45 MINUTES 10 SECONDS EAST, 1,163.76 FEET, SOUTH 0 DEGREES 52 MINUTES 27 SECONDS WEST, 1,337.48 FEET, AND NORTH 89 DEGREES 54 MINUTES 02 SECONDS WEST, 800.76 FEET TO THE POINT OF BEGINNING.

**PARCEL 17:**  APN: 3244-012-013

THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT HEREOF.

EXCEPT THEREFROM THE INTEREST IN ALL OIL, GAS AND MINERAL RIGHTS IN SAID LAND GRANTED TO F.G. WAKER, BY DEED RECORDED JANUARY 21, 1952 AS INSTRUMENT NO. 2683 IN BOOK 38085 PAGE 446, OFFICIAL RECORDS WHICH RECITES:

TRANSFER, ASSIGN, CONVEY AND SELL ONE-HALF OF THE OIL AND GAS RIGHTS, TITLE AND INTEREST IN AND TO ONE-HALF OF THE OIL AND GAS RIGHTS, AND BY DEED RECORDED FEBRUARY 2, 1953 AS INSTRUMENT NO. 2779 IN BOOK 40870 PAGE 258, OFFICIAL RECORDS, WHICH RECITES ONE-HALF OF ALL GAS, OIL AND MINERAL RIGHTS.

**PARCEL 18:**  **APN: 3247-041-008**

THE WEST HALF OF THE NORTH HALF OF THE WEST HALF OF THE WEST HALF OF LOT 10 IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

**PARCEL 18-A:**

AN EASEMENT FOR INGRESS AND EGRESS AND INCIDENTAL PURPOSES, TO BE USED IN COMMON WITH OTHERS, OVER THE SOUTHERLY 30 FEET OF THE WEST HALF OF LOT 7 AND THE EASTERLY 30 FEET OF LOT 8 AND THE SOUTHERLY 30 FEET OF THAT PORTION OF LOT 5, LYING EASTERLY OF THE CENTER LINE OF RIDGE ROAD, AS SHOWN ON F.M. 18013-1 ON FILE IN THE OFFICE OF THE COUNTY ENGINEER ALL IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND.

**PARCEL 19:**  **APN: 3247-041-020**

THAT PORTION OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE EASTERLY LINE OF SAID SECTION 3, DISTANT THEREON SOUTH 0 DEGREES 15 MINUTES 43 SECONDS EAST 1542.43 FEET FROM THE NORTHEAST CORNER OF SAID SOUTHEAST QUARTER OF SECTION 3; THENCE NORTH 89 DEGREES 58 MINUTES 22 SECONDS WEST 1320.17 FEET; THENCE SOUTH 56 DEGREES 10 MINUTES 00 SECONDS WEST 792.10 FEET TO THE NORTHEAST CORNER OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 3; THENCE ALONG THE EASTERLY LINE OF SAID SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 3, SOUTH 0 DEGREES 16 MINUTES 28 SECONDS EAST 55.06 FEET, MORE OR LESS, TO THE MOST NORTHERLY CORNER

OF THE LAND DESCRIBED AS PARCEL 1 IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED MAY 29, 1974 IN BOOK D-6287 PAGE 495, OFFICIAL RECORDS, AS INSTRUMENT NO. 384 OF SAID COUNTY; THENCE ALONG THE NORTHEASTERLY BOUNDARY OF SAID PARCEL 1, SOUTH 19 DEGREES 34 MINUTES 34 SECONDS EAST TO THE MOST NORTHERLY CORNER OF THE LAND DESCRIBED AS PARCEL 1 IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED ON JUNE 21, 1967 IN BOOK D-3678 PAGE 473, OFFICIAL RECORDS, AS INSTRUMENT NO. 422; THENCE ALONG THE NORTHEASTERLY BOUNDARY OF SAID LAST MENTIONED PARCEL 1, SOUTH 26 DEGREES 46 MINUTES 46 SECONDS EAST 73.85 FEET, SOUTHERLY ON A TANGENT CURVE CONCAVE NORTHEASTERLY HAVING A RADIUS OF 598.00 FEET THROUGH A CENTRAL ANGLE OF 7 DEGREES 55 MINUTES 22 SECONDS, AN ARC DISTANCE OF 82.69 FEET AND TANGENT TO SAID CURVE, SOUTH 34 DEGREES 45 MINUTES 08 SECONDS EAST 274.96 FEET TO THE SOUTHERLY LINE OF SAID SECTION 3; THENCE ALONG SAID SOUTH LINE, NORTH 89 DEGREES 58 MINUTES 48 SECONDS EAST 344.25 FEET TO THE SOUTHWEST CORNER OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 3; THENCE ALONG THE WEST LINE OF SAID SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION, NORTH 0 DEGREES 16 MINUTES 13 SECONDS WEST 661.70 FEET TO THE NORTH LINE OF THE SOUTH HALF OF SAID SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 3; THENCE ALONG SAID LAST MENTIONED NORTH LINE, SOUTH 89 DEGREES 59 MINUTES 29 SECONDS EAST 1320.10 FEET, MORE OR LESS, TO SAID EAST LINE OF SECTION 3; THENCE ALONG SAID EAST LINE, NORTH 0 DEGREES 15 MINUTES 43 SECONDS WEST 440.70 FEET TO THE POINT OF BEGINNING.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

**PARCEL 20:**  APN: 3247-041-021

THAT PORTION OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE EASTERLY LINE OF SAID SECTION 3, DISTANT THEREON SOUTH 0 DEGREES 15 MINUTES 43 SECONDS EAST 1101.73 FEET FROM THE NORTHEAST CORNER OF SAID SOUTHEAST QUARTER OF SECTION 3; THENCE ALONG SAID EASTERLY LINE, SOUTH 0 DEGREES 15 MINUTES 43 SECONDS EAST 440.70 FEET; THENCE NORTH 89 DEGREES 58 MINUTES 22 SECONDS WEST 1320.17 FEET; THENCE SOUTH 56 DEGREES 10 MINUTES 00 SECONDS WEST 792.10 FEET TO THE NORTHEAST CORNER OF THE SOUTHWEST QUARTER OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 3; THENCE ALONG THE NORTHERLY LINE OF SAID SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 3, NORTH 89 DEGREES 59 MINUTES 29 SECONDS WEST 19.30 FEET, MORE OR LESS, TO THE NORTHEASTERLY BOUNDARY OF THE LAND DESCRIBED AS PARCEL 2 IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED MAY 29, 1974 IN BOOK D-6287 PAGE 495, OFFICIAL RECORDS, AS INSTRUMENT NO. 384 OF SAID COUNTY;

THENCE ALONG SAID NORTHEASTERLY BOUNDARY NORTH 19 DEGREES 36 MINUTES 15 SECONDS WEST 6.33 FEET, NORTH 26 DEGREES 36 MINUTES 57 SECONDS WEST 225.80 FEET, NORTH 18 DEGREES 40 MINUTES 18 SECONDS WEST 187.94 FEET TO A POINT ON THE SOUTHERLY TERMINUS OF A LINE BEARING SOUTH 34 DEGREES 26 MINUTES 12 SECONDS EAST 243.73 FEET ALONG THE NORTHEAST BOUNDARY OF D-6287/495; THENCE LEAVING SAID NORTHEASTERLY BOUNDARY NORTH 59 DEGREES 23 MINUTES 06 SECONDS EAST 974.47 FEET; THENCE SOUTH 89 DEGREES 57 MINUTES 14 SECONDS EAST 1320.23 FEET TO THE POINT OF BEGINNING.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

**PARCEL 21:**  APN: 3247-041-023

THAT PORTION OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE EASTERLY LINE OF SAID SECTION 3, DISTANT THEREON SOUTH 0 DEGREES 15 MINUTES 43 SECONDS EAST 661.04 FEET FROM THE NORTHEAST CORNER OF SAID SOUTHEAST QUARTER OF SECTION 3, SAID POINT BEING ALSO THE SOUTHERLY LINE OF THE NORTH HALF OF THE NORTH HALF OF SAID SOUTHEAST QUARTER; THENCE ALONG SAID SOUTHERLY LINE, NORTH 89 DEGREES 56 MINUTES 07 SECONDS WEST 210.00 FEET; THENCE SOUTH 5 DEGREES 30 MINUTES 38 SECONDS WEST 255.00 FEET; THENCE NORTH 79 DEGREES 10 MINUTES 40 SECONDS WEST 1360.00 FEET TO A POINT IN SAID SOUTHERLY LINE; THENCE ALONG THE SOUTHERLY LINE, NORTH 89 DEGREES 56 MINUTES 07 SECONDS WEST 1070.29 FEET, MORE OR LESS, TO THE WEST LINE OF SAID SOUTHEAST QUARTER; THENCE ALONG SAID WEST LINE, SOUTH 0 DEGREES 16 MINUTES 42 SECONDS EAST 455.64 FEET TO THE MOST NORTHERLY CORNER OF THE LAND DESCRIBED AS PARCEL 2 IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED JUNE 21, 1967 IN BOOK D-3678 PAGE 473, OFFICIAL RECORDS, AS INSTRUMENT NO. 422 OF SAID COUNTY; THENCE ALONG THE NORTHEASTERLY LINE OF SAID PARCEL 2, SOUTH 14 DEGREES 51 MINUTES 36 SECONDS EAST 18.68 FEET, MORE OR LESS, TO THE MOST NORTHERLY CORNER OF THE LAND DESCRIBED AS PARCEL 2, IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED MAY 29, 1974 IN BOOK D-6287 PAGE 495 OF SAID OFFICIAL RECORDS, AS INSTRUMENT NO. 384; THENCE ALONG THE NORTHEASTERLY BOUNDARY OF SAID LAST MENTIONED PARCEL 2, SOUTH 54 DEGREES 25 MINUTES 08 SECONDS EAST 373.55 FEET; SOUTH 37 DEGREES 00 MINUTES 18 SECONDS EAST 58.29 FEET AND SOUTH 34 DEGREES 26 MINUTES 12 SECONDS EAST 243.73 FEET; THENCE LEAVING SAID NORTHEASTERLY BOUNDARY NORTH 59 DEGREES 23 MINUTES 06 SECONDS EAST 974.47 FEET; THENCE SOUTH 89 DEGREES 57 MINUTES 14 SECONDS EAST 1320.23 FEET TO A POINT IN SAID EASTERLY LINE OF SAID SECTION 3, DISTANT THEREON SOUTH 0 DEGREES 15 MINUTES 43 SECONDS EAST 1101.73 FEET FROM THE NORTHEAST CORNER OF SAID SOUTHEAST QUARTER OF SECTION 3; THENCE ALONG SAID

EASTERLY LINE, NORTH 0 DEGREES 15 MINUTES 43 SECONDS WEST 440.69 FEET TO THE POINT OF BEGINNING.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

### PARCEL 22:  APN: 3247-041-022

THAT PORTION OF THE SOUTHEAST QUARTER OF SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, DESCRIBED AS FOLLOWS:

BEGINNING AT THE CENTER OF SAID SECTION 3; THENCE ALONG THE NORTHERLY LINE OF THE SOUTHEAST QUARTER OF SAID SECTION 3, SOUTH 89 DEGREES 54 MINUTES 26 SECONDS EAST 2640.79 FEET TO THE NORTHEAST CORNER OF SAID EAST QUARTER; THENCE ALONG THE EASTERLY LINE OF SAID SECTION 3, SOUTH 0 DEGREES 15 MINUTES 43 SECONDS EAST 661.04 FEET TO THE SOUTH LINE OF THE NORTH HALF OF THE NORTH HALF OF SAID SOUTHEAST QUARTER; THENCE ALONG SAID SOUTH LINE NORTH 89 DEGREES 56 MINUTES 07 SECONDS WEST 210.00 FEET; THENCE SOUTH 5 DEGREES 30 MINUTES 38 SECONDS WEST 255.00 FEET; THENCE NORTH 79 DEGREES 10 MINUTES 40 SECONDS WEST 1360.00 FEET TO A POINT IN SAID SOUTHERLY LINE; THENCE ALONG SAID SOUTHERLY LINE NORTH 89 DEGREES 56 MINUTES 07 SECONDS WEST 1070.29 FEET, MORE OR LESS TO THE WEST LINE OF SAID SOUTHEAST QUARTER; THENCE ALONG SAID WEST LINE NORTH 0 DEGREES 16 MINUTES 42 SECONDS WEST 662.34 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.

EXCEPT ALL OIL AND GAS IN SAID LAND, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND REMOVE SAME, PURSUANT TO THE PROVISIONS AND LIMITATIONS OF THE ACT OF JULY 17, 1914, (38 STAT. 509), AS RESERVED IN THE PATENT FROM THE UNITED STATES OF AMERICA, RECORDED SEPTEMBER 13, 1934, IN BOOK 12982 PAGE 174, OFFICIAL RECORDS.

### PARCEL 23:  APN: 2865-036-003

THAT PORTION OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 23, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SIDE FILED IN THE DISTRICT LAND OFFICE SEPTEMBER 26, 1880, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHEAST LINE OF THE 100 FOOT OF LAND DESCRIBED IN DEED TO STATE OF CALIFORNIA, RECORDED IN BOOK 9678 PAGE 187, OFFICIAL RECORDS OF SAID COUNTY, DISTANT ALONG SAID LINE NORTH 34 DEGREES 22 MINUTES WEST 290 FEET FROM THE EAST LINE OF SAID SECTION; THENCE AT RIGHT ANGLES NORTH 55 DEGREES 38 MINUTES EAST TO THE EAST LINE OF SAID SECTION; THENCE ALONG SAID EAST LINE NORTH 0 DEGREES 05 MINUTES 30 SECONDS WEST TO A POINT DISTANT THEREON NORTH 0 DEGREES

05 MINUTES 30 SECONDS WEST 395.05 FEET FROM THE NORTHEAST LINE OF SAID 100 FOOT STRIP; THENCE AT RIGHT ANGLES SOUTH 89 DEGREES 54 MINUTES 30 SECONDS WEST TO SAID NORTHEAST LINE OF SAID 100 FOOT STRIP; THENCE ALONG SAID NORTHEAST LINE SOUTH 34 DEGREES 22 MINUTES EAST TO THE POINT OF BEGINNING.

EXCEPT THEREFROM 50 PERCENT OF ALL CRUDE OIL, PETROLEUM, GAS, BRIE, ASPHALTUM AND ALL KINDRED SUBSTANCES AND OTHER MINERALS UNDER AND IN SAID LAND BELOW A DEPTH OF 500 FEET WITH NO RIGHT OF SURFACE ENTRY, AS RESERVED IN THE DEED FROM WALTER E. SMART AND DOROTHY SMART, HUSBAND AND WIFE RECORDED JANUARY 7, 1957 AS INSTRUMENT NO. 215 IN BOOK 53284 PAGE 39, OFFICIAL RECORDS.

**PARCEL 24:**  APN: 2865-036-002

THAT PORTION OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 23, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE SEPTEMBER 26, 1880, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE EAST LINE OF SAID SECTION DISTANT NORTH 0 DEGREES 05 MINUTES 30 SECONDS WEST 395.05 FEET FROM THE INTERSECTION OF SAID LINE WITH THE NORTHEAST LINE OF THE 100 FOOT STRIP LAND DESCRIBED IN DEED TO STATE OF CALIFORNIA, RECORDED IN BOOK 9678 PAGE 187, OFFICIAL RECORDS OF SAID COUNTY; THENCE AT RIGHT ANGLES SOUTH 89 DEGREES 54 MINUTES 30 SECONDS WEST TO THE NORTHEAST LINE OF SAID 100 FOOT STRIP; THENCE ALONG SAID NORTHEAST LINE NORTH 34 DEGREES 22 MINUTES WEST 300 FEET; THENCE ALONG A LINE DRAWN AT RIGHT ANGLES TO THE EAST LINE OF SAID SECTION; THENCE NORTH 89 DEGREES 54 MINUTES 30 SECONDS EAST TO SAID LINE; THENCE SOUTH 0 DEGREES 05 MINUTES 30 SECONDS EAST TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION OF SAID LAND DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWESTERLY CORNER OF PARCEL 1 OF THE LAND CONVEYED TO EARL SCHMIDT AND MABEL E. SCHMIDT, BY DEED RECORDED JANUARY 17, 1957 AS INSTRUMENT NO. 215, IN BOOK 53284 PAGE 39, OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY; THENCE SOUTH 34 DEGREES 12 MINUTES 24 SECONDS EAST 109.34 FEET ALONG THE NORTHEASTERLY LINE OF THE 100 FOOT STRIP OF LAND DESCRIBED IN DEED TO THE STATE OF CALIFORNIA, RECORDED JANUARY 22, 1930 AS INSTRUMENT NO. 1282 IN BOOK 9678 PAGE 187 OF SAID OFFICIAL RECORDS; THENCE NORTH 65 DEGREES 09 MINUTES 36 SECONDS EAST 213.99 FEET TO THE NORTHERLY LINE OF SAID PARCEL 1; THENCE ALONG SAID NORTHERLY LINE NORTH 89 DEGREES 52 MINUTES 48 SECONDS WEST 255.66 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM 50 PERCENT OF ALL CRUDE OIL, PETROLEUM, GAS, BREA, ASPHALTUM AND ALL KINDRED SUBSTANCES AND OTHER MINERALS UNDER AND IN SAID LAND BELOW A DEPTH OF 500 FEET WITH NO RIGHT OF SURFACE ENTRY, AS RESERVED IN THE DEED FROM WALTER E. SMART AND DOROTHY

SMART, HUSBAND AND WIFE RECORDED JANUARY 7, 1957 AS INSTRUMENT NO. 215 IN BOOK 53284 PAGE 39, OFFICIAL RECORDS.

**PARCEL 25:  APN: 2865-036-001 AND 2865-003-13**

THAT PORTION OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 23, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND APPROVED BY THE SURVEYOR GENERAL ON SEPTEMBER 6, 1880, AND THAT PORTION OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 23, LYING NORTHEASTERLY OF THE NORTHEASTERLY LINE OF THE 100-FOOT STRIP AND DESCRIBED IN THE DEEDS RECORDED ON JANUARY 22, 1930 AS INSTRUMENT NO. 1292 IN BOOK 9678 PAGE 187, OFFICIAL RECORDS, AND ON APRIL 18, 1930 AS INSTRUMENT NO. 983 IN BOOK 9792 PAGE 393, OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY; DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY CORNER OF THE LAND DESCRIBED IN PARCEL 1 OF FINAL ORDER OF CONDEMNATION FILED IN SUPERIOR COURT CASE NO. 880138, IN AND FOR SAID COUNTY, A CERTIFIED COPY OF SAID FINAL ORDER BEING RECORDED MAY 12, 1967 AS INSTRUMENT NO. 2240 IN BOOK D-3641 PAGE 452, OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY; THENCE ALONG THE SOUTHERLY LINE OF SAID PARCEL 1, NORTH 89 DEGREES 52 MINUTES 48 SECONDS WEST 183.29 FEET TO THE INTERSECTION OF THE SOUTHEASTERLY LINE OF THE LAND DESCRIBED IN DEED (40404) TO THE STATE OF CALIFORNIA, RECORDED IN BOOK D-4167, PAGE 634 OF SAID OFFICIAL RECORDS (AND DESCRIBED IN LAST SAID DEED AS HAVING A BEARING AND DISTANCE OF NORTH 65 DEGREES 09 MINUTES 36 SECONDS EAST, 213.99 FEET); THENCE ALONG SAID SOUTHEASTERLY LINE SOUTH 65 DEGREES 09 MINUTES 36 SECONDS WEST 213.95 FEET TO THE NORTHEASTERLY LINE OF SAID 100-FOOT STRIP OF LAND DESCRIBED IN DEED TO THE STATE OF CALIFORNIA, RECORDED JANUARY 22, 1930 IN BOOK 9678 PAGE 187 OF SAID OFFICIAL RECORDS; THENCE ALONG SAID NORTHEASTERLY LINE NORTH 34 DEGREES 12 MINUTES 24 SECONDS WEST 109.33 FEET TO THE SOUTHERLY LINE OF SAID PARCEL 1; THENCE ALONG SAID SOUTHERLY LINE SOUTH 89 DEGREES 52 MINUTES 48 SECONDS EAST 62.96 FEET THENCE NORTH 0 DEGREES 57 MINUTES 02 SECONDS EAST 262.21 FEET; THENCE NORTH 1 DEGREES 30 MINUTES 42 SECONDS WEST 362.40 FEET; THENCE NORTH 56 DEGREES 29 MINUTES 41 SECONDS WEST 156.06 FEET; THENCE NORTH 45 DEGREES 19 MINUTES 01 SECONDS WEST, 113.04 FEET; THENCE NORTH 19 DEGREES 19 MINUTES 40 SECONDS WEST, 274.10 FEET; THENCE NORTH 5 DEGREES 18 MINUTES 30 SECONDS WEST 163.87 FEET; THENCE NORTH 36 DEGREES 27 MINUTES 17 SECONDS WEST 215.65 FEET; THENCE NORTH 31 DEGREES 47 MINUTES 58 SECONDS WEST 383.17 FEET TO THE NORTHERLY LINE OF SAID SOUTHEAST QUARTER OF THE NORTHEAST QUARTER; THENCE ALONG SAID NORTHERLY LINE SOUTH 89 DEGREES 47 MINUTES 25 SECONDS EAST 781.08 FEET TO THE EASTERLY LINE OF SAID SECTION 23; THENCE ALONG SAID EASTERLY LINE SOUTH 0 DEGREES 33 MINUTES 51 SECONDS WEST, 1,314.74 FEET TO THE NORTHEAST CORNER OF SAID NORTHEAST QUARTER OF THE SOUTHEAST, QUARTER; THENCE CONTINUING ALONG SAID EASTERLY LINE SOUTH 0 DEGREES 07 MINUTES 12 SECONDS WEST, 394.26 FEET TO THE POINT OF BEGINNING.

EXCEPT FROM THAT PORTION OF SAID LAND INCLUDED WITHIN THE LINES OF THE LAND DESCRIBED IN DEED RECORDED JANUARY 7, 1957 AS INSTRUMENT NO. 215 IN BOOK 53284 PAGE 39, OFFICIAL RECORDS, 50 PERCENT OF ALL CRUDE OIL, PETROLEUM, GAS, BREA, ASPHALTUM AND ALL KINDRED SUBSTANCES AND OTHER MINERALS UNDER AND IN SAID LAND BELOW A DEPTH OF 500 FEET WITH NO RIGHT OF SURFACE ENTRY, AS RESERVED IN THE DEED FROM WALTER E. SMART AND DOROTHY SMART, HUSBAND AND WIFE, RECORDED JANUARY 7, 1957 AS INSTRUMENT NO. 215 IN BOOK 53284 PAGE 39, OFFICIAL RECORDS.

**PARCEL 26:**   **APN: 2865-003-035 (formerly 2865-003-034)**

THAT PORTION OF THE NORTH HALF OF THE NORTHEAST QUARTER OF SECTION 23, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF THE LAND AS IN PARCEL 1E IN THE FINAL ORDER OF CONDEMNATION ENTERED IN THE LOS ANGELES COUNTY SUPERIOR COURT CASE NO. 909630, A CERTIFIED COPY OF WHICH WAS RECORDED JUNE 11, 1968 AS INSTRUMENT NO. 2267 IN BOOK D-4028 PAGE 560, OFFICIAL RECORDS OF SAID COUNTY; THENCE ALONG THE BOUNDARIES OF THE LAND AS DESCRIBED IN PARCEL 1E IN SAID FINAL ORDER OF CONDEMNATION AS FOLLOWS: SOUTH 29 DEGREES 55 MINUTES 41 SECONDS EAST 264.60 FEET, SOUTH 82 DEGREES 48 MINUTES 59 SECONDS EAST 64.03 FEET; SOUTH 36 DEGREES 26 MINUTES 46 SECONDS EAST 115.43 FEET, SOUTH 31 DEGREES 28 MINUTES 34 SECONDS EAST 95.00 FEET, SOUTH 6 DEGREES 34 SECONDS 17 MINUTES EAST 154.35 FEET, SOUTH 88 DEGREES 51 MINUTES 24 SECONDS EAST 148.41 FEET, SOUTH 9 DEGREES 42 MINUTES 35 SECONDS WEST 212.60 FEET, SOUTH 78 DEGREES 27 MINUTES 03 SECONDS EAST 102.59 FEET, SOUTH 31 DEGREES 28 MINUTES 34 SECONDS EAST 120.00 FEET NORTH 82 DEGREES 29 MINUTES 10 SECONDS EAST 98.49 FEET, SOUTH 7 DEGREES 48 MINUTES 47 SECONDS WEST 142.13 FEET SOUTH 53 DEGREES 16 MINUTES 40 SECONDS EAST 107.70 FEET, SOUTH 4 DEGREES 54 MINUTES 39 SECONDS EAST 89.44 FEET, AND SOUTH 35 DEGREES 44 MINUTES 06 SECONDS EAST 175.43 FEET TO THE NORTHERLY LINE OF THE LAND AS DESCRIBED IN THE DEED TO ED ADKINS AND IGNACIA ADKINS, RECORDED DECEMBER 30, 1960 AS INSTRUMENT NO. 590 IN BOOK D-1077 PAGE 919, OFFICIAL RECORDS OF SAID COUNTY; THENCE EASTERLY ALONG SAID NORTHERLY LINE TO THE EASTERLY LINE OF SAID SECTION 23, THENCE NORTHERLY ALONG SAID EASTERLY LINE TO THE NORTHEAST CORNER OF SAID SECTION 23; THENCE WESTERLY ALONG THE NORTHERLY LINE OF SAID SECTION 23 TO THE POINT OF BEGINNING.

EXCEPT THAT PORTION CONVEYED TO CASTAIC UNION SCHOOL DISTRICT, A PUBLIC BODY, BY DEED RECORDED MARCH 17, 2003, AS INSTRUMENT NO. 03-0752915, OFFICIAL RECORDS.

EXCEPT THEREFROM ALL OIL, GAS AND HYDROCARBON SUBSTANCES, MINERALS, AND RIGHTS AND INTERESTS LYING BELOW A DEPTH OF 500 FEET MEASURED VERTICALLY FROM THE SURFACE OF THE PROPERTY, BUT WITHOUT RIGHT OF ENTRY THROUGH THE SURFACE OF THE PROPERTY OR THE UPPER 500 FEET THEREOF, AS GRANTED IN DEED RECORDED DECEMBER 30, 1983 AS INSTRUMENT NO. 83-1551099, OFFICIAL RECORDS.

**PARCEL 27:**  APN: 3244-004-051

THE EAST HALF OF LOT 9; ALSO THE EAST HALF OF THE SOUTHWEST QUARTER AND ALSO THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER, ALL IN SECTION 2, TOWNSHIP 5 NORTH, RANGE 17 WEST, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND.

EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING NORTHEASTERLY OF THE FOLLOWING DESCRIBED LINE:

BEGINNING AT A POINT IN THE SOUTH LINE OF SAID SECTION, THAT IS DISTANT SOUTH 89 DEGREES 23 MINUTES 08 SECONDS WEST 1752.31 FEET FROM THE SOUTHEAST CORNER THEREOF; THENCE LEAVING SAID SOUTH LINE, NORTH 04 DEGREES 26 MINUTES 48 SECONDS EAST 169.31 FEET; THENCE NORTH 25 DEGREES 33 MINUTES 38 SECONDS WEST 2,592.71 FEET; THENCE NORTH 22 DEGREES 28 MINUTES 29 SECONDS WEST 4819.99 FEET TO A POINT IN THE COMMON LINE BETWEEN SAID SECTION 2 AND SECTION 35, TOWNSHIP 6 NORTH, RANGE 17 WEST, LAST SAID POINT LYING EASTERLY OF THE SOUTHWEST CORNER OF SAID SECTION 35, MEASURED ALONG THE SOUTH LINE OF SAID SECTION 35, SOUTH 89 DEGREES 47 MINUTES 42 SECONDS WEST 531.56 FEET.

ALSO EXCEPT FROM SAID LAND, THAT PORTION LYING WITHIN THE BOUNDARIES OF A STRIP OF LAND 350 FEET IN WIDTH, THE SIDE LINES OF SAID STRIP OF LAND BEING PARALLEL WITH AND DISTANT WESTERLY 210 FEET; AND DISTANT EASTERLY 140 FEET, MEASURED AT RIGHT ANGLES, FROM THE FOLLOWING DESCRIBED TRANSIT LINE:

BEGINNING AT A POINT IN THE WEST LINE OF SECTION 35, TOWNSHIP 6 NORTH, RANGE 17 WEST, DISTANT THEREON NORTH 00 DEGREES 41 MINUTES 26 SECONDS EAST 344.02 FEET FROM THE SOUTHEASTERLY CORNER OF SAID SECTION 35, AS MARKED BY A LOS ANGELES COUNTY SURVEYOR'S BRASS CAP; THENCE FROM SAID POINT OF BEGINNING, SOUTH 33 DEGREES 22 MINUTES 28 SECONDS EAST 2029.21 FEET; THENCE SOUTH 18 DEGREES 30 MINUTES 18 SECONDS EAST 5903.79 FEET TO ITS POINT OF INTERSECTION WITH THE SOUTH LINE OF SAID SECTION 2, DISTANT THEREON SOUTH 89 DEGREES 35 MINUTES 49 SECONDS EAST 343.86 FEET FROM THE SOUTH QUARTER CORNER OF SAID SECTION 2, AS MARKED BY LOS ANGELES COUNTY SURVEYOR'S BRASS CAP.

ALSO EXCEPT THEREFROM 50 PERCENT OF 100 PERCENT OF ALL OIL, GAS, MINERAL, ASPHALTUM AND OTHER HYDROCARBON SUBSTANCES UNDERLYING SAID PROPERTY OR THAT MAY BE PRODUCED THEREOF OR THEREFROM, BUT WITHOUT THE RIGHT OF ENTRY ABOVE THE DEPTH OF 500 FEET BELOW THE SURFACE OF SAID LAND, AS RESERVED IN THE DEED FROM WILLIAM H. COOK AND NINA WINIFRED COOK, HUSBAND AND WIFE, RECORDED MARCH 8, 1963 AS INSTRUMENT NO. 673 IN BOOK D-1946 PAGE 77, OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM ALL OIL, GAS AND MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE THEREOF WITHOUT HOWEVER THE RIGHT TO ENTER UPON SAID SURFACE FOR THE PURPOSES OF EXTRACTING SAME AS RESERVED BY BENTON

L. CORLEY AND ELEANOR M. CORLEY IN DEED RECORDED SEPTEMBER 2, 1992 AS INSTRUMENT NO. 92-1655226, OFFICIAL RECORDS.

**PARCEL 28:**  APN: 3244-004-053

THE WEST HALF OF THE SOUTHWEST QUARTER ALL IN SECTION 2 IN TOWNSHIP 5 NORTH, RANGE 17 WEST, OF THE SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE SEPTEMBER 6, 1880.

EXCEPT THAT PORTION OF SECTION 2, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE SEPTEMBER 6, 1880 DESCRIBED AS FOLLOWS:

COMMENCING AT THE WEST QUARTER CORNER OF SAID SECTION; THENCE ALONG THE WEST LINE OF THE SOUTHWEST QUARTER OF SAID SECTION SOUTH 00 DEGREES 04 MINUTES 08 SECONDS EAST 621.13 FEET; THENCE LEAVING SAID WEST LINE NORTH 89 DEGREES 55 MINUTES 52 SECONDS EAST 242.80 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTH 44 DEGREES 29 MINUTES 53 SECONDS EAST 308.58 FEET; THENCE SOUTH 86 DEGREES 32 MINUTES 22 SECONDS EAST 326.49 FEET; THENCE SOUTH 57 DEGREES 09 MINUTES 23 SECONDS EAST 153.39 FEET; THENCE SOUTH 27 DEGREES 08 MINUTES 32 SECONDS EAST 253.52 FEET; THENCE SOUTH 21 DEGREES 54 MINUTES 53 SECONDS EAST 213.83 FEET; THENCE SOUTH 08 DEGREES 36 MINUTES 33 SECONDS EAST 286.75 FEET; THENCE SOUTH 51 DEGREES 19 MINUTES 59 SECONDS WEST 75.45 FEET; THENCE NORTH 54 DEGREES 29 MINUTES 04 SECONDS WEST 180.19 FEET; THENCE NORTH 58 DEGREES 56 MINUTES 06 SECONDS WEST 141.55 FEET; THENCE NORTH 73 DEGREES 42 MINUTES 07 SECONDS WEST 136.27 FEET; THENCE NORTH 88 DEGREES 24 MINUTES 28 SECONDS WEST 292.98 FEET; THENCE NORTH 35 DEGREES 03 MINUTES 10 SECONDS WEST 209.22; THENCE NORTH 27 DEGREES 18 MINUTES 09 SECONDS WEST 123.95 FEET; THENCE NORTH 07 DEGREES 47 MINUTES 59 SECONDS EAST 133.15 FEET TO THE TRUE POINT OF BEGINNING.

ALSO EXCEPT THEREFROM 40 PERCENT OF ALL OIL, GAS AND MINERAL RIGHTS IN AND UNDER SAID LAND, WITHOUT THE RIGHT OF SURFACE ENTRY ABOVE A DEPTH OF 500 FEET, AS RESERVED IN THE DEED FROM WILLIAM H. COOK AND NINA WINIFRED COOK, HUSBAND AND WIFE, RECORDED JUNE 25, 1963 IN BOOK D-2077 PAGE 839, OFFICIAL RECORDS, AS INSTRUMENT NO. 623.

ALSO EXCEPT THEREFROM ALL OIL, GAS AND MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND, BUT WITHOUT THE RIGHT OF SURFACE ENTRY ABOVE A DEPTH OF 500 FEET AS RESERVED BY KATHERINE L. MASSA, ET AL IN DEEDS RECORDED SEPTEMBER 2, 1992 AS INSTRUMENT NOS. 92-1655220, 92-1655221, 92-1655222 AND 92-1655223, ALL OF OFFICIAL RECORDS.

**PARCEL 29:** APN: 3244-012-049

THE NORTH ONE-HALF OF THE NORTHEAST ONE-QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND.

EXCEPT THEREFROM THAT PORTION THEREOF LYING EASTERLY AND NORTHEASTERLY OF THE FOLLOWING DESCRIBED LINE:

COMMENCING AT THE NORTHEAST CORNER OF SAID SECTION 11; THENCE ALONG THE NORTH LINE OF SAID SECTION, NORTH 89 DEGREES 23 MINUTES 08 SECONDS WEST 1752.31 FEET TO THE TRUE POINT OF BEGINNING; THENCE LEAVING SAID NORTH LINE, SOUTH 4 DEGREES 26 MINUTES 48 SECONDS WEST 211.58 FEET; THENCE SOUTH 35 DEGREES 12 MINUTES 00 SECONDS EAST 830.47 FEET; THENCE SOUTH 3 DEGREES 53 MINUTES 52 SECONDS WEST 402.34 FEET; THENCE SOUTH 27 DEGREES 42 MINUTES 16 SECONDS EAST 1306.27 FEET; THENCE SOUTH 47 DEGREES 02 MINUTES 12 SECONDS EAST 726.64 FEET; THENCE SOUTH 25 DEGREES 13 MINUTES 02 SECONDS EAST 375.09 FEET TO A POINT IN THE EAST LINE OF SAID SECTION 11, SAID POINT LYING NORTHERLY OF THE SOUTHEAST CORNER OF SAID SECTION, MEASURED ALONG SAID EAST LINE, NORTH 0 DEGREES 19 MINUTES 24 SECONDS EAST 2068.78 FEET.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING WITHIN THE BOUNDARIES OF A STRIP OF LAND 350 FEET IN WIDTH, THE SIDE LINES OF SAID STRIP OF LAND BEING PARALLEL WITH AND DISTANT SOUTHWESTERLY 210 FEET; AND DISTANT NORTHEASTERLY 140 FEET, MEASURED AT RIGHT ANGLES FROM THE FOLLOWING DESCRIBED TRANSIT LINE:

BEGINNING AT A POINT IN THE NORTH LINE OF SAID SECTION 11, DISTANT THEREON SOUTH 89 DEGREES 35 MINUTES 49 SECONDS EAST 343.86 FEET FROM THE NORTH QUARTER CORNER OF SAID SECTION 11, AS MARKED BY A LOS ANGELES COUNTY SURVEYOR'S BRASS CAP; THENCE FROM SAID POINT OF BEGINNING, SOUTH 18 DEGREES 30 MINUTES 18 SECONDS EAST 656.62 FEET; THENCE SOUTH 34 DEGREES 38 MINUTES 08 SECONDS EAST 5745.11 FEET TO ITS POINT OF INTERSECTION WITH THE SOUTH LINE OF SECTION 12, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, DISTANT SOUTH 89 DEGREES 58 MINUTES 43 SECONDS EAST 1222.91 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION 12, AS MARKED BY A LOS ANGELES COUNTY SURVEYOR'S BRASS CAP.

ALSO EXCEPT THEREFROM 40 PERCENT OF ALL MINERALS, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND BELOW A DEPTH OF 500 FEET FROM THE SURFACE THEREOF, BUT WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF SAID LAND OR INTO THE UPPER 500 FEET THEREOF, MEASURED VERTICALLY FROM THE SURFACE, AS RESERVED BY RITA E. FURTSCH, A MARRIED WOMAN, BETTY W. SMITH, A MARRIED WOMAN AND KATHERINE L. MASSA, A MARRIED WOMAN, EACH AS TO AN UNDIVIDED ONE-THIRD INTEREST IN DEED RECORDED JANUARY 31, 1968 AS INSTRUMENT NO. 518 IN BOOK D3900 PAGE 417, OFFICIAL RECORDS.

ALSO EXCEPTING ALL MINERALS, OIL, COAL AND GAS LYING BELOW A DEPTH OF 500 FEET BENEATH THE SURFACE, WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED IN DEEDS RECORDED OCTOBER 2, 1990 AS INSTRUMENT NOS 90-1676895, 90-1676896 AND 90-1676897.

## PARCEL 30:  APN: 3244-012-048

THE SOUTHWEST ONE-QUARTER OF THE SOUTHEAST ONE-QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND.

EXCEPT THEREFROM 40 PERCENT OF ALL MINERALS, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND BELOW A DEPTH OF 500 FEET FROM THE SURFACE THEREOF, BUT WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF SAID LAND OR INTO THE UPPER 500 FEET THEREOF, MEASURED VERTICALLY FROM THE SURFACE, AS RESERVED BY RITA E. FURTSCH, A MARRIED WOMAN, BETTY W. SMITH, A MARRIED WOMAN AND KATHERINE L. MASSA, A MARRIED WOMAN, EACH AS TO AN UNDIVIDED ONE-THIRD INTEREST IN DEED RECORDED JANUARY 31, 1968 AS INSTRUMENT NO. 518 IN BOOK D3900 PAGE 417, OFFICIAL RECORDS.

ALSO EXCEPTING ALL MINERALS, OIL, COAL AND GAS LYING BELOW A DEPTH OF 500 FEET BENEATH THE SURFACE, WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED IN DEEDS RECORDED OCTOBER 2, 1990 AS INSTRUMENT NOS 90-1676895, 90-1676896 AND 90-1676897.

## PARCEL 31:  APN: 3244-012-046

THE NORTHEAST ONE-QUARTER OF THE NORTHWEST ONE-QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND.

EXCEPT THEREFROM 40 PERCENT OF ALL MINERALS, OIL, GAS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND BELOW A DEPTH OF 500 FEET FROM THE SURFACE THEREOF, BUT WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF SAID LAND OR INTO THE UPPER 500 FEET THEREOF, MEASURED VERTICALLY FROM THE SURFACE, AS RESERVED BY RITA E. FURTSCH, A MARRIED WOMAN, BETTY W. SMITH, A MARRIED WOMAN AND KATHERINE L. MASSA, A MARRIED WOMAN, EACH AS TO AN UNDIVIDED ONE-THIRD INTEREST IN DEED RECORDED JANUARY 31, 1968 AS INSTRUMENT NO. 518 IN BOOK D3900 PAGE 417, OFFICIAL RECORDS.

ALSO EXCEPTING ALL MINERALS, OIL, COAL AND GAS LYING BELOW A DEPTH OF 500 FEET BENEATH THE SURFACE, WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED IN DEEDS RECORDED OCTOBER 2, 1990 AS INSTRUMENT NOS. 90-1676895, 90-1676896 AND 90-1676897.

**PARCEL 32:**  APN: 3244-012-058

THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER AND THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 11, IN TOWNSHIP 5 NORTH, RANGE 17 WEST OF THE SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND.

EXCEPT THEREFROM THAT PORTION DESCRIBED IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED MAY 9, 1967 IN BOOK D-3636 PAGE 955, OFFICIAL RECORDS, AS INSTRUMENT NO. 436.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING WITHIN THE BOUNDARIES OF A STRIP OF LAND 350 FEET IN WIDTH, THE SIDE LINES OF SAID STRIP OF LAND BEING PARALLEL WITH AND DISTANT SOUTHWESTERLY 210 FEET; AND DISTANT NORTHEASTERLY 140 FEET, MEASURED AT RIGHT ANGLES FROM THE FOLLOWING DESCRIBED TRANSIT LINE:

BEGINNING AT A POINT IN THE NORTH LINE OF SAID SECTION 11, DISTANT THEREON SOUTH 89 DEGREES 35 MINUTES 49 SECONDS EAST 343.86 FEET FROM THE NORTH QUARTER CORNER OF SAID SECTION 11, AS MARKED BY A LOS ANGELES COUNTY SURVEYOR'S BRASS CAP; THENCE FROM SAID POINT OF BEGINNING, SOUTH 18 DEGREES 30 MINUTES 18 SECONDS EAST 656.62 FEET; THENCE SOUTH 34 DEGREES 38 MINUTES 08 SECONDS EAST 5745.11 FEET TO ITS POINT OF INTERSECTION WITH THE SOUTH LINE OF SECTION 12, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, DISTANT THEREON SOUTH 89 DEGREES 58 MINUTES 43 SECONDS EAST 1222.91 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION 12, AS MARKED BY A LOS ANGELES COUNTY SURVEYOR'S BRASS CAP.

ALSO EXCEPT THAT PORTION OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE SEPTEMBER 6, 1880 DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SAID SECTION; THENCE ALONG THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION NORTH 89 DEGREES 42 MINUTES 06 SECONDS WEST 1903.44 FEET; THENCE LEAVING SAID SOUTH LINE NORTH 00 DEGREES 17 MINUTES 54 SECONDS EAST 2184.63 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTH 54 DEGREES 00 MINUTES 04 SECONDS EAST 179.50 FEET; THENCE NORTH 72 DEGREES 25 MINUTES 38 SECONDS EAST 172.40 FEET; THENCE NORTH 77 DEGREES 35 MINUTES 23 SECONDS EAST 316.23 FEET; THENCE SOUTH 59 DEGREES 26 MINUTES 18 SECONDS EAST 232.73 FEET; THENCE SOUTH 34 DEGREES 39 MINUTES 16 SECONDS EAST 158.18 FEET; THENCE SOUTH 20 DEGREES 12 MINUTES 55 SECONDS EAST 168.76 FEET; THENCE SOUTH 05 DEGREES 45 MINUTES 21 SECONDS EAST 155.28 FEET; THENCE SOUTH 32 DEGREES 52 MINUTES 00 SECONDS WEST 135.64 FEET; THENCE SOUTH 64 DEGREES 56 MINUTES 20 SECONDS WEST 140.46 FEET; THENCE SOUTH 72 DEGREES 25 MINUTES 53 SECONDS WEST 147.43 FEET; THENCE NORTH 82 DEGREES 04 MINUTES 45 SECONDS WEST 224.48 FEET; THENCE NORTH 51 DEGREES 55 MINUTES 54

SECONDS WEST 121.12 FEET; THENCE NORTH 36 DEGREES 14 MINUTES 51
SECONDS WEST 237.81 FEET; THENCE NORTH 35 DEGREES 30 MINUTES 56
SECONDS WEST 314.92 FEET TO THE TRUE POINT OF BEGINNING.

ALSO EXCEPTING ALL MINERALS, OIL, COAL AND GAS LYING BELOW A DEPTH
OF 500 FEET BENEATH THE SURFACE, WITHOUT THE RIGHT OF SURFACE ENTRY,
AS RESERVED IN DEEDS RECORDED OCTOBER 2, 1990 AS INSTRUMENT NOS. 90-
1676895, 90-1676896 AND 90-1676897.

**PARCEL 33:**  APN: 3244-004-052

THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 2,
TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE
COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE
OFFICIAL PLAT OF SAID LAND, FILED IN THE DISTRICT LAND OFFICE, SEPTEMBER
6, 1880.

EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING NORTHEASTERLY OF
THE FOLLOWING DESCRIBED LINE:

COMMENCING AT THE SOUTHEAST CORNER OF SAID SECTION 2; THENCE ALONG
THE SOUTH LINE OF SAID SECTION, NORTH 89 DEGREES 23 MINUTES 08 SECONDS
WEST 1752.31 FEET TO THE TRUE POINT OF BEGINNING; THENCE LEAVING SAID
SOUTH LINE, NORTH 4 DEGREES 26 MINUTES 48 SECONDS EAST 169.31 FEET;
THENCE NORTH 25 DEGREES 33 MINUTES 38 SECONDS WEST 2592.71 FEET;
THENCE NORTH 22 DEGREES 28 MINUTES 29 SECONDS WEST 4819.99 FEET TO A
POINT IN THE COMMON LINE BETWEEN SAID SECTION 2 AND SECTION 36,
TOWNSHIP 6 NORTH RANGE 17 WEST, SAID POINT LYING EASTERLY OF THE
SOUTHWEST CORNER OF SAID SECTION 36, MEASURED ALONG THE SOUTH LINE
OF SAID SECTION 36, SOUTH 89 DEGREES 47 MINUTES 42 SECONDS EAST 351.56
FEET.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING WITHIN THE
BOUNDARIES OF A STRIP OF LAND 350 FEET IN WIDTH, THE SIDE LINES OF SAID
STRIP OF LAND BEING PARALLEL WITH AND DISTANT WESTERLY 210 FEET; AND
DISTANT EASTERLY 140 FEET, MEASURED AT RIGHT ANGLES FROM THE
FOLLOWING DESCRIBED TRANSIT LINE:

BEGINNING AT A POINT IN EAST LINE OF SECTION 35, TOWNSHIP 6 NORTH,
RANGE 17 WEST, SAN BERNARDINO MERIDIAN, DISTANT THEREON NORTH 00
DEGREES 41 MINUTES 26 SECONDS EAST 344.02 FEET FROM THE SOUTHEAST
CORNER OF SAID SECTION 35 MARKED BY A LOS ANGELES COUNTY SURVEYOR'S
BRASS CAP; THENCE FROM SAID POINT OF BEGINNING, SOUTH 33 DEGREES 22
MINUTES 28 SECONDS EAST 2,029.21 FEET; THENCE SOUTH 18 DEGREES 30
MINUTES 18 SECONDS EAST 5,903.79 FEET TO ITS POINT OF INTERSECTION WITH
THE SOUTH LINE OF SAID SECTION 2, DISTANT THEREON SOUTH 89 DEGREES 35
MINUTES 49 SECONDS EAST 343.86 FEET FROM THE SOUTH QUARTER CORNER OF
SAID SECTION 2 AS MARKED BY LOS ANGELES COUNTY SURVEYOR'S BRASS CAP.

ALSO EXCEPTING ALL MINERALS, OIL, COAL AND GAS LYING BELOW A DEPTH
OF 500 FEET BENEATH THE SURFACE, WITHOUT THE RIGHT OF SURFACE ENTRY,

AS RESERVED IN DEEDS RECORDED OCTOBER 2, 1990 AS INSTRUMENT NOS. 90-1676895, 90-1676896 AND 90-1676897.

**PARCEL 34:   APN: 3244-004-024**

THE WEST HALF OF LOT 9 IN SECTION 2 IN TOWNSHIP 5 NORTH, RANGE 17 WEST, OF THE SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE, SEPTEMBER 6, 1880.

EXCEPT 40 PERCENT OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND, BUT WITHOUT THE RIGHT OF SURFACE ENTRY ABOVE A DEPTH OF 500 FEET, AS RESERVED BY WILLIAM H. COOK AND NINA WINIFRED COOK, HUSBAND AND WIFE, IN DEED RECORDED MARCH 16, 1964 AS INSTRUMENT NO. 353, IN BOOK D2395 PAGE 457, OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM ALL OIL, GAS AND MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND, BUT WITHOUT THE RIGHT OF SURFACE ENTRY ABOVE A DEPTH OF 500 FEET AS RESERVED BY MARY HATTER, ET AL IN DEEDS RECORDED SEPTEMBER 2, 1992 AS INSTRUMENT NO. 92-1655208, 92-1655209, 92-1655210, 92-1655211, 92-1655212, 92-1655213 AND 92-1655214, ALL OF OFFICIAL RECORDS.

**PARCEL 35:   APN: 3244-013-001**

THE NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND.

EXCEPT THEREFROM THAT PORTION THEREOF DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHWEST CORNER OF SAID NORTHWEST QUARTER OF THE SOUTHWEST QUARTER OF SAID SECTION 11; THENCE NORTH ALONG THE WEST LINE THEREOF 900.00 FEET; THENCE EAST 264.00 FEET; THENCE SOUTH 900.00 FEET TO A POINT IN THE SOUTH LINE OF SAID NORTHWEST QUARTER OF THE SOUTHWEST QUARTER; THENCE WEST ALONG SAID SOUTHERLY LINE 264.00 FEET, TO THE POINT OF BEGINNING.

ALSO EXCEPT THEREFROM THAT PORTION THEREOF INCLUDED WITH IN THE LINE OF THE CALIFORNIA STATE HIGHWAY.

ALSO EXCEPT 40 PERCENT OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND, BUT WITHOUT THE RIGHT OF SURFACE ENTRY ABOVE A DEPTH OF 500 FEET, AS RESERVED BY WILLIAM H. COOK AND NINA WINIFRED COOK, HUSBAND AND WIFE, RECORDED MARCH 16, 1964 AS INSTRUMENT NO. 353, IN BOOK D2395 PAGE 457, OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM ALL OIL, GAS AND MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND, BUT WITHOUT

THE RIGHT OF SURFACE ENTRY ABOVE A DEPTH OF 500 FEET AS RESERVED BY MARY HATTER, ET AL IN DEEDS RECORDED SEPTEMBER 2, 1992 AS INSTRUMENT NOS. 92-1655208, 92-1655209, 92-1655210, 92-1655211, 92-1655212, 92-1655213 AND 92-1655214, ALL OF OFFICIAL RECORDS.

**PARCEL 36:**  APN: 3244- 012- 045

THE WEST HALF OF THE NORTHWEST QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THAT PORTION IN ANY INCLUDED WITHIN THE LINES OF THE CALIFORNIA STATE HIGHWAY.

EXCEPT 40 PERCENT OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND, BUT WITHOUT THE RIGHT OF SURFACE ENTRY ABOVE A DEPTH OF 500 FEET, AS RESERVED BY WILLIAM H. COOK AND NINA WINIFRED COOK, HUSBAND AND WIFE, IN DEED RECORDED MARCH 16, 1964 AS INSTRUMENT NO. 353 IN BOOK D2395, PAGE 457, OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM ALL OIL, GAS AND MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND, BUT WITHOUT THE RIGHT OF SURFACE ENTRY ABOVE A DEPTH OF 500 FEET AS RESERVED BY MARY HATTER, ET AL, IN DEEDS RECORDED SEPTEMBER 2, 1992 AS INSTRUMENT NOS. 92-1655208, 92-1655209, 92-1655210, 92-1655211, 92-1655212, 92-1655213 AND 92-1655214, ALL OF OFFICIAL RECORDS.

**PARCEL 37:**  APN: 3247- 017- 019

THAT PORTION OF THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 10, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, LYING EASTERLY OF THE CENTER LINE OF THE STATE HIGHWAY, AS ESTABLISHED PRIOR TO JANUARY 1, 1932.

EXCEPT 40 PERCENT OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND, BUT WITHOUT THE RIGHT OF SURFACE ENTRY ABOVE A DEPTH OF 500 FEET, AS RESERVED BY WILLIAM H. COOK AND NINA WINIFRED COOK, HUSBAND AND WIFE, IN DEED RECORDED MARCH 16, 1964 AS INSTRUMENT NO. 353 IN BOOK D2395, PAGE 457, OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM ALL OIL, GAS AND MINERALS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND, BUT WITHOUT THE RIGHT OF SURFACE ENTRY ABOVE A DEPTH OF 500 FEET AS RESERVED BY MARY HATTER, ET AL, IN DEEDS RECORDED SEPTEMBER 2, 1992 AS INSTRUMENT NOS. 92-1655208, 92-1655209, 92-1655210, 92-1655211, 92-1655212, 92-1655213 AND 92-1655214, ALL OF OFFICIAL RECORDS.

**PARCEL 38:** **APN: 3244- 012-050**

THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 11, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPT THEREFROM THAT PORTION THEREOF LYING NORTHEASTERLY OF THE FOLLOWING DESCRIBED LINE:

COMMENCING AT THE NORTHEAST CORNER OF SAID SECTION 11; THENCE ALONG THE NORTH LINE OF SAID SECTION, NORTH 89 DEGREES 23 MINUTES 08 SECONDS WEST 1,752.31 FEET TO THE TRUE POINT OF BEGINNING; THENCE LEAVING SAID NORTH LINE, SOUTH 4 DEGREES 26 MINUTES 48 SECONDS WEST 211.58 FEET; THENCE SOUTH 35 DEGREES 12 MINUTES 00 SECONDS EAST 830.47 FEET; THENCE SOUTH 3 DEGREES 53 MINUTES 52 SECONDS WEST 402.34 FEET; THENCE SOUTH 27 DEGREES 42 MINUTES 16 SECONDS EAST 1306.27 FEET; THENCE SOUTH 47 DEGREES 02 MINUTES 12 SECONDS EAST 726.64 FEET; THENCE SOUTH 25 DEGREES 13 MINUTES 02 SECONDS EAST 375.09 FEET TO A POINT IN THE EAST LINE OF SAID SECTION 11, SAID POINT LYING NORTHERLY OF THE SOUTHEAST CORNER OF SAID SECTION, MEASURED ALONG SAID EAST LINE, NORTH 0 DEGREES 19 MINUTES 24 SECONDS EAST 2068.78 FEET.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND LYING WITHIN THE BOUNDARIES OF A STRIP OF LAND 350 FEET IN WIDTH, THE SIDE LINES OF SAID STRIP OF LAND BEING PARALLEL WITH AND DISTANT SOUTHWESTERLY 210 FEET; AND DISTANT NORTHEASTERLY 140 FEET, MEASURED AT RIGHT ANGLES FROM THE FOLLOWING DESCRIBED TRANSIT LINE:

BEGINNING AT A POINT IN THE NORTH LINE OF SAID SECTION 11, DISTANT THEREON SOUTH 89 DEGREES 35 MINUTES 49 SECONDS EAST 342.86 FEET FROM THE NORTH QUARTER CORNER OF SAID SECTION 11, AS MARKED BY A LOS ANGELES COUNTY SURVEYOR'S BRASS CAP; THENCE FROM SAID POINT OF BEGINNING, SOUTH 18 DEGREES 30 MINUTES 18 SECONDS EAST 656.62 FEET; THENCE SOUTH 34 DEGREES 38 MINUTES 08 SECONDS EAST 5745.11 FEET TO ITS POINT OF INTERSECTION WITH THE SOUTH LINE OF SECTION 12, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, DISTANT THEREON SOUTH 89 DEGREES 58 MINUTES 43 SECONDS EAST 1222.91 FEET FROM THE SOUTHWEST CORNER OF SAID SECTION 12, AS MARKED BY A LOS ANGELES COUNTY SURVEYOR'S BRASS CAP.

**PARCEL 39:** **APN: 3244-014-015**

THE NORTH HALF OF THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THAT PORTION OF THE EAST HALF OF THE SOUTHEAST QUARTER, LYING WITHIN A STRIP OF LAND 150 FEET IN WIDTH, THE CENTER LINE OF WHICH IS DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE WEST LINE OF THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 14, WHICH POINT IS 41 FEET SOUTHWESTERLY, MEASURED AT RIGHT ANGLES FROM THE CENTER LINE OF THE NORTHEASTERLY OF THE 2 STEEL TOWER LINES KNOWN AS "SOUTHERN CALIFORNIA EDISON COMPANY'S BIG CREEK TRANSMISSION LINES" AND NOW EXISTING OVER AND ACROSS SAID EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 14, AND ADJOINING LANDS, SAID POINT OF BEGINNING BEING MEASURED ON SAID WEST LINE 327.7 FEET, MORE OR LESS, FROM THE NORTHWEST CORNER OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE FROM SAID POINT OF BEGINNING SOUTH 40 DEGREES 28 MINUTES EAST, PARALLEL TO AND 41 FEET SOUTHWESTERLY FROM THE CENTER LINE OF SAID NORTHEASTERLY TOWER LINE, 2053.5 FEET, MORE OR LESS, TO A POINT IN THE EAST LINE OF SAID SECTION 14, WHICH POINT IS NORTHERLY MEASURED ON SAID EAST LINE 84.22 FEET, MORE OR LESS, FROM THE SOUTHEAST CORNER OF SAID SECTION 14.

THE SIDE LINES OF SAID 150 FOOT STRIP OF LAND BEING SHORTENED OR EXTENDED TO INTERSECT THE EAST, SOUTH AND WEST LINES OF SAID EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 14.

EXCEPT AN UNDIVIDED ONE HALF INTEREST IN AND TO ALL OIL, GAS, AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND, AS RESERVED BY LOUIS SENTOUS, JR., A WIDOWER, IN DEED RECORDED FEBRUARY 27, 1953 AS INSTRUMENT NO. 3957 IN BOOK 41083, PAGE 226, OFFICIAL RECORDS.

**PARCEL 40:**  **APN: 3244-014-067 & 068 (FORMERLY 3244-014-55)**

THE SOUTH HALF OF THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM THAT PORTION OF THE EAST HALF OF THE SOUTHEAST QUARTER, LYING WITHIN A STRIP OF LAND 150 FEET IN WIDTH, THE CENTER LINE OF WHICH IS DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE WEST LINE OF THE EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 14, WHICH POINT IS 41 FEET SOUTHWESTERLY, MEASURED AT RIGHT ANGLES FROM THE CENTER LINE OF THE NORTHEASTERLY OF THE 2 STEEL TOWER LINES KNOWN AS "SOUTHERN CALIFORNIA EDISON COMPANY'S BIG CREEK TRANSMISSION LINES" AND NOW EXISTING OVER AND ACROSS SAID EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 14, AND ADJOINING LANDS, SAID POINT OF BEGINNING BEING MEASURED ON SAID WEST LINE 327.7 FEET, MORE OR LESS, FROM THE NORTHWEST CORNER OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE FROM SAID POINT OF BEGINNING SOUTH 40 DEGREES 28 MINUTES EAST, PARALLEL TO AND 41 FEET SOUTHWESTERLY FROM THE CENTER LINE OF SAID NORTHEASTERLY TOWER LINE, 2053.5 FEET, MORE OR LESS, TO A POINT IN THE EAST LINE OF SAID SECTION 14, WHICH POINT

IS NORTHERLY MEASURED ON SAID EAST LINE 84.22 FEET, MORE OR LESS, FROM THE SOUTHEAST CORNER OF SAID SECTION 14.

THE SIDE LINES OF SAID 150 FOOT STRIP OF LAND BEING SHORTENED OR EXTENDED TO INTERSECT THE EAST, SOUTH AND WEST LINES OF SAID EAST HALF OF THE SOUTHEAST QUARTER OF SECTION 14.

ALSO EXCEPT THAT PORTION OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND FILED IN THE DISTRICT LAND OFFICE, SEPTEMBER 6, 1880, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF SAID SECTION 14; THENCE ALONG THE SOUTH LINE OF THE SOUTHEAST QUARTER OF SAID SECTION NORTH 89 DEGREES 35 MINUTES 21 SECONDS WEST 950.17 FEET; THENCE LEAVING SAID SOUTH LINE NORTH 00 DEGREES 24 MINUTES 39 SECONDS EAST 122.22 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTH 04 DEGREES 30 MINUTES 26 SECONDS WEST 414.02 FEET; THENCE SOUTH 82 DEGREES 45 MINUTES 09 SECONDS EAST 553.05 FEET; THENCE SOUTH 40 DEGREES 27 MINUTES 05 SECONDS EAST 290.22 FEET; THENCE SOUTH 02 DEGREES 37 MINUTES 55 SECONDS EAST 78.81 FEET; THENCE SOUTH 54 DEGREES 15 MINUTES 17 SECONDS WEST 107.48 FEET; THENCE SOUTH 82 DEGREES 14 MINUTES 49 SECONDS WEST 227.46 FEET; THENCE NORTH 82 DEGREES 46 MINUTES 53 SECONDS WEST 398.56 FEET TO THE TRUE POINT OF BEGINNING.

ALSO EXCEPT THAT PORTION CONVEYED TO CASTAIC UNION SCHOOL DISTRICT, A PUBLIC BODY, BY DEED RECORDED MARCH 17, 2003 AS INSTRUMENT NO. 03 0752915, OFFICIAL RECORDS.

EXCEPT AN UNDIVIDED ONE HALF INTEREST IN AND TO ALL OIL, GAS, AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND, AS RESERVED BY LOUIS SENTOUS, JR., A WIDOWER, IN DEED RECORDED FEBRUARY 27, 1953 AS INSTRUMENT NO. 3957 IN BOOK 41083, PAGE 226, OFFICIAL RECORDS.

**PARCEL 41:**  APN: 3247-041-018

THAT PORTION OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, FILED IN THE DISTRICT LAND OFFICE ON SEPTEMBER 6, 1880, LYING EASTERLY OF THE CENTER LINE OF THE STATE HIGHWAY (100 FEET WIDE), AS DESCRIBED IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED ON OCTOBER 8, 1930 IN BOOK 10273, PAGE 360, OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING 49 PERCENT OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES TO AN UNLIMITED DEPTH BELOW 500 FEET FROM THE SURFACE OF SAID LAND, BUT WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF SAID LAND TO REMOVE, DRILL OR PROSPECT FOR SAME, AS RESERVED IN DEED FROM CLARENCE A. SWANSON, RECORDED APRIL 2, 1980 AS INSTRUMENT NO. 80-335745, OFFICIAL RECORDS.

ALSO EXCEPT 51 PERCENT OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES TO AN UNLIMITED DEPTH BELOW 500 FEET FROM THE SURFACE OF SAID LAND, BUT WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF SAID LAND TO REMOVE, DRILL OR PROSPECT FOR SAME, AS RESERVED IN DEED FROM SAMUEL A. AZHDERIAN, JR. AND GLORIA AZHDERIAN, RECORDED JANUARY 31, 1989 AS INSTRUMENT NO. 89-165910, OFFICIAL RECORDS.

**PARCEL 42:  APN: 3247-041-015**

THAT PORTION OF LOT 9 IN SECTION 3, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN UNINCORPORATED TERRITORY OF THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, LYING EASTERLY OF THE CENTER LINE OF THE STRIP OF LAND 100 FEET WIDE, DESCRIBED IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED OCTOBER 8, 1930 IN BOOK 10273, PAGE 360, OFFICIAL RECORDS, AS INSTRUMENT NO. 1348 OF SAID COUNTY.

EXCEPTING 49 PERCENT OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES TO AN UNLIMITED DEPTH BELOW 500 FEET FROM THE SURFACE OF SAID LAND, BUT WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF SAID LAND TO REMOVE, DRILL OR PROSPECT FOR SAME, AS RESERVED IN DEED FROM CLARENCE A. SWANSON, RECORDED APRIL 2, 1980 AS INSTRUMENT NO. 80-335745, OFFICIAL RECORDS.

ALSO EXCEPT 51 PERCENT OF ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES TO AN UNLIMITED DEPTH BELOW 500 FEET FROM THE SURFACE OF SAID LAND, BUT WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF SAID LAND TO REMOVE, DRILL OR PROSPECT FOR SAME, AS RESERVED IN DEED FROM SAMUEL A. AZHDERIAN, JR. AND GLORIA AZHDERIAN, RECORDED JANUARY 31, 1989 AS INSTRUMENT NO. 89-165910, OFFICIAL RECORDS.

**PARCEL 43:  APN: 3244-014-053**

THOSE PORTIONS OF THE NORTH HALF OF THE NORTHWEST QUARTER, THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER; THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER AND THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT OF SAID LAND, DESCRIBED AS FOLLOWS AS A WHOLE AS FOLLOWS:

BEGINNING AT A POINT IN THE NORTHERLY LINE OF SAID SECTION 14, SAID POINT BEING DISTANCE OF SOUTH 89 DEGREES 54 MINUTES 02 SECONDS EAST 445.69 FEET FROM THE NORTHWEST CORNER OF SAID SECTION 14; THENCE SOUTH 25 DEGREES 52 MINUTES 09 SECONDS EAST 1114.88 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHEASTERLY AND HAVING A RADIUS OF 698.00 FEET; THENCE SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 5 DEGREES 36 MINUTES 25 SECONDS, AN ARC DISTANCE OF 68.31 FEET; THENCE TANGENT TO SAID CURVE, SOUTH 31 DEGREES 28 MINUTES 34 SECONDS EAST 616.61 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHEASTERLY AND HAVING A RADIUS OF 698.00 FEET;

THENCE SOUTHEASTERLY ALONG SAID LAST MENTIONED CURVE THROUGH A CENTRAL ANGLE OF 9 DEGREES 23 MINUTES 33 SECONDS, AN ARC DISTANCE OF 114.42 FEET; THENCE TANGENT TO SAID LAST MENTIONED CURVE, SOUTH 40 DEGREES 52 MINUTES 07 SECONDS EAST 554.49 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHEASTERLY AND HAVING A RADIUS OF 698.00 FEET; THENCE SOUTHEASTERLY ALONG SAID LAST MENTIONED CURVE, THROUGH A CENTRAL ANGLE OF 8 DEGREES 50 MINUTES 04 SECONDS, AN ARC DISTANCE OF 107.63 FEET; THENCE TANGENT TO SAID LAST MENTIONED CURVE, SOUTH 49 DEGREES 42 MINUTES 11 SECONDS EAST 186.18 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHWESTERLY AND HAVING A RADIUS OF 602.00 FEET; THENCE SOUTHEASTERLY ALONG SAID LAST MENTIONED CURVE THROUGH A CENTRAL ANGLE OF 21 DEGREES 29 MINUTES 17 SECONDS, AN ARC DISTANCE OF 225.77 FEET; THENCE TANGENT TO SAID LAST MENTIONED CURVE, SOUTH 28 DEGREES 12 MINUTES 54 SECONDS EAST TO THE SOUTHERLY LINE OF THE SOUTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 14; THENCE EASTERLY ALONG SAID SOUTHERLY LINE TO THE NORTHWEST CORNER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE SOUTHERLY ALONG THE WESTERLY LINE OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14 TO THE MOST NORTHERLY CORNER OF THE LAND DESCRIBED IN PARCEL 2 IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED OCTOBER 6, 1967 AS INSTRUMENT NO. 994 OF SAID COUNTY; THENCE ALONG THE BOUNDARIES OF PARCEL 2 OF SAID DEED TO THE STATE OF CALIFORNIA, AS FOLLOWS:

SOUTH 31 DEGREES 28 MINUTES 34 SECONDS EAST 66.82 FEET AND SOUTH 40 DEGREES 17 MINUTES 29 SECONDS WEST 55.80 FEET TO SAID HEREINABOVE MENTIONED WESTERLY LINE; THENCE SOUTHERLY ALONG SAID HEREINABOVE MENTIONED WESTERLY LINE TO THE NORTHWEST CORNER OF THE LAND DESCRIBED IN PARCEL 1 OF SAID HEREINABOVE MENTIONED DEED TO THE STATE OF CALIFORNIA; THENCE ALONG THE BOUNDARIES OF PARCEL 1 OF SAID HEREINABOVE MENTIONED DEED TO THE STATE OF CALIFORNIA, AS FOLLOWS:

SOUTH 43 DEGREES 49 MINUTES 40 SECONDS EAST 109.61 FEET; SOUTH 3 DEGREES 10 MINUTES 32 SECONDS EAST 147.65 FEET; SOUTH 85 DEGREES 56 MINUTES 18 SECONDS EAST 258.07 FEET AND SOUTH 0 DEGREES 31 MINUTES 45 SECONDS WEST 26.38 FEET TO THE SOUTHERLY LINE OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE EASTERLY AND NORTHERLY ALONG THE SOUTHERLY AND EASTERLY LINES OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; TO THE SOUTHEAST CORNER OF THE WEST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 14; THENCE NORTHERLY ALONG THE EASTERLY LINE OF THE WEST HALF OF THE NORTHEAST QUARTER OF SECTION 14 TO THE NORTHERLY LINE OF SAID SECTION 14; THENCE WESTERLY ALONG SAID NORTHERLY LINE TO THE POINT OF BEGINNING.

EXCEPT THEREFROM THAT PORTION OF SAID LAND INCLUDED WITHIN THE LAND DESCRIBED IN THE DEED TO THE SOUTHERN CALIFORNIA EDISON COMPANY, RECORDED APRIL 5, 1924 IN BOOK 3011, PAGE 388, OFFICIAL RECORDS, AS INSTRUMENT NO. 33 OF SAID COUNTY.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND INCLUDED WITHIN THAT PORTION OF SAID SECTION 14, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEAST CORNER OF THE NORTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION; THENCE ALONG THE SOUTH LINE OF SAID NORTHWEST QUARTER OF THE SOUTHEAST QUARTER NORTH 89 DEGREES 37 MINUTES 06 SECONDS WEST 981.92 FEET TO A POINT IN THE EASTERLY LINE OF THE LAND DESCRIBED AS PARCEL 1 IN DEED RECORDED OCTOBER 6, 1967 AS INSTRUMENT NO. 994 IN BOOK D-3790, PAGE 908, OFFICIAL RECORDS OF SAID COUNTY; THENCE ALONG SAID EASTERLY LINES NORTH 00 DEGREES 43 MINUTES 22 SECONDS EAST 26.42 FEET; NORTH 85 DEGREES 44 MINUTES 41 SECONDS WEST 258.07 FEET; NORTH 02 DEGREES 58 MINUTES 55 SECONDS WEST 147.65 FEET; NORTH 43 DEGREES 38 MINUTES 03 SECONDS WEST 109.61 FEET TO A POINT IN THE WEST LINE OF SAID NORTHWEST QUARTER OF THE SOUTHEAST QUARTER; THENCE ALONG SAID WEST LINE NORTH 00 DEGREES 52 MINUTES 59 SECONDS EAST 47.78 FEET TO THE SOUTHERLY MOST POINT OF THE LAND DESCRIBED AS PARCEL 2 IN DEED RECORDED OCTOBER 6, 1967 AS INSTRUMENT NO. 994 IN BOOK D-3790, PAGE 908 OF SAID OFFICIAL RECORDS; THENCE ALONG THE EASTERLY LINES OF LAST SAID PARCEL 2 NORTH 40 DEGREES 29 MINUTES 32 SECONDS EAST 55.80 FEET; NORTH 31 DEGREES 16 MINUTES 57 SECONDS WEST 66.82 FEET TO A POINT IN SAID WEST LINE; THENCE ALONG SAID WEST LINE NORTH 00 DEGREES 52 MINUTES 59 SECONDS EAST 408.53 FEET TO A POINT IN THE SOUTHERLY LINE OF RIDGE ROUTE, 100.00 FEET WIDE, AS DESCRIBED IN DEEDS RECORDED JUNE 4, 1929 AS INSTRUMENT NO. 1128 IN BOOK 7494, PAGE 334 OF SAID OFFICIAL RECORDS, AND DEED RECORDED MAY 3, 1929 IN BOOK 8140, PAGE 116 OF SAID OFFICIAL RECORDS; THENCE ALONG SAID SOUTHERLY LINES SOUTH 65 DEGREES 38 MINUTES 21 SECONDS EAST 345.73 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 950.00 FEET; SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 01 DEGREES 19 MINUTES 25 SECONDS AN ARC DISTANCE OF 21.95 FEET TO A POINT IN THE SOUTHERLY LINE OF RIDGE ROUTE, 80.00 FEET WIDE, AS DESCRIBED IN DEED RECORDED MAY 16, 1916 AS INSTRUMENT NO. 107 IN BOOK 6255, PAGE 297 OF DEEDS RECORDS OF SAID COUNTY AND DEED RECORDED OCTOBER 30, 1914 IN BOOK 5893, PAGE 250 OF DEEDS, SAID POINT BEING ON A CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 260.00 FEET, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 41 DEGREES 02 MINUTES 11 SECONDS WEST; THENCE SOUTHEASTERLY ALONG SAID SOUTHERLY LINES OF THAT 80.00 FOOT WIDE RIDGE ROUTE THROUGH A CENTRAL ANGLE OF 05 DEGREES 03 MINUTES 57 SECONDS AN ARC DISTANCE OF 22.99 FEET; TANGENT TO SAID CURVE SOUTH 43 DEGREES 53 MINUTES 52 SECONDS EAST 19.22 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHEASTERLY HAVING A RADIUS OF 340.00 FEET; SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 28 DEGREES 31 MINUTES 59 SECONDS AN ARC DISTANCE OF 169.32 FEET; TANGENT TO SAID CURVE SOUTH 72 DEGREES 25 MINUTES 51 SECONDS EAST 24.02 FEET TO A POINT ON SAID SOUTHERLY LINE OF THAT 100.00 FOOT WIDE RIDGE ROUTE, SAID POINT BEING ON A CURVE CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 950.00 FEET, A RADIAL LINE THROUGH SAID POINT BEARS SOUTH 39 DEGREES 42 MINUTES 43 SECONDS WEST; THENCE SOUTHEASTERLY ALONG SAID CURVE AND ALONG LAST SAID SOUTHERLY LINES THROUGH A CENTRAL ANGLE OF 13 DEGREES 55 MINUTES 55 SECONDS AN ARC DISTANCE OF 231.00 FEET; TANGENT TO SAID CURVE SOUTH 36 DEGREES 21 MINUTES 22 SECONDS EAST 167.09 FEET TO A

POINT IN SAID SOUTHERLY LINE OF THAT 80.00 FOOT WIDE RIDGE ROUTE; THENCE ALONG LAST SAID SOUTHERLY LINE SOUTH 09 DEGREES 43 MINUTES 51 SECONDS EAST 123.38 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 140.00 FEET; SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 101 DEGREES 53 MINUTES 30 SECONDS AN ARC DISTANCE OF 248.97 FEET; TANGENT TO SAID CURVE NORTH 68 DEGREES 22 MINUTES 39 SECONDS EAST 76.26 FEET TO A POINT IN SAID SOUTHERLY LINE OF THAT 100.00 FOOT WIDE RIDGE ROUTE, SAID POINT BEING ON A CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 350.00 FEET, A RADIAL LINE THROUGH SAID POINT BEARS NORTH 07 DEGREES 23 MINUTES 04 SECONDS EAST; THENCE EASTERLY ALONG SAID SOUTHERLY LINE THROUGH A CENTRAL ANGLE OF 04 DEGREES 31 MINUTES 25 SECONDS AN ARC DISTANCE OF 27.64 FEET; TANGENT TO SAID CURVE SOUTH 87 DEGREES 08 MINUTES 21 SECONDS EAST 77.29 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHERLY HAVING A RADIUS OF 350.00 FEET; EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 23 DEGREES 59 MINUTES 09 SECONDS AN ARC DISTANCE OF 146.52 FEET TO A POINT IN THE EAST LINE OF SAID NORTHWEST QUARTER OF THE SOUTHEAST QUARTER; THENCE ALONG SAID EAST LINE SOUTH 00 DEGREES 52 MINUTES 21 SECONDS WEST 11.65 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND INCLUDED WITHIN THE LAND DESCRIBED IN THE DEED TO ROBERT SPROWLS RECORDED MARCH 20, 1991 AS INSTRUMENT NO. 91-395442 AND CORRECTED BY DEED RECORDED MARCH 25, 1996 AS INSTRUMENT NO. 96-468541, BOTH OF OFFICIAL RECORDS.

ALSO EXCEPT THEREFROM THAT PORTION OF SAID LAND INCLUDED WITHIN THE LAND DESCRIBED IN THE DEED TO NEWHALL COUNTY WATER DISTRICT, A COUNTY WATER DISTRICT RECORDED OCTOBER 2, 1998 AS INSTRUMENT NO. 98-1799238, OFFICIAL RECORDS.

**PARCEL 44:**  **APN: 3244-014-044**

THAT PORTION OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 14, TOWNSHIP 5 NORTH, RANGE 17 WEST, SAN BERNARDINO MERIDIAN, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHERLY LINE OF SAID SECTION 14, DISTANT THEREON SOUTH 89 DEGREES 47 MINUTES 25 SECONDS EAST 980.51 FEET FROM THE SOUTH QUARTER CORNER OF SAID SECTION; THENCE NORTH 29 DEGREES 55 MINUTES 41 SECONDS WEST 105.53 FEET; THENCE NORTH 47 DEGREES 04 MINUTES 28 SECONDS EAST 403.02 FEET; THENCE NORTH 0 DEGREES 46 MINUTES 36 SECONDS WEST 186.08 FEET; THENCE NORTH 31 DEGREES 28 MINUTES 34 SECONDS WEST 115.00 FEET; THENCE NORTH 56 DEGREES 15 MINUTES 05 SECONDS WEST 429.53 FEET; THENCE NORTH 78 DEGREES 57 MINUTES 56 SECONDS WEST 244.18 FEET; THENCE NORTH 14 DEGREES 32 MINUTES 54 SECONDS WEST 120.21 FEET; THENCE NORTH 45 DEGREES 47 MINUTES 56 SECONDS WEST 242.54 FEET; THENCE NORTH 0 DEGREES 31 MINUTES 45 SECONDS EAST 115.13 FEET TO THE NORTHERLY LINE OF THE SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 14; THENCE SOUTH 89 DEGREES 49 MINUTES 04 SECONDS EAST ALONG SAID NORTHERLY LINE TO THE NORTHWESTERLY CORNER OF THE LAND DESCRIBED AS PARCEL 7, IN THE FINAL