EXHIBIT A-2
LB-L-SUNCAL OAK VALLEY, LLC

| Counterparty to Contract or Lease | Description of Contract or Lease |
|---|---|
| SCC Master III, LLC<br>2392 Morse Avenue<br>Irvine, CA 92614<br>Attn: Bruce Cook | SCC Master Purchase Agreement; SCC Master Assignment; Assignment of Purchase Rights (Master) |
| SCC/Oak Valley, LLC<br>2392 Morse Avenue<br>Irvine, CA 92614<br>Attn: Bruce Cook | Assignment of Purchase Rights (Master); Assignment Agreement (LB/L); Arch Indemnity Agreement; Bond Safeguard Indemnity Agreement; NAS Indemnity Agreement |
| Bruce Elieff<br>26 Pelican Point Drive<br>Newport Coast, CA 92657 | Arch Indemnity Agreement; Bond Safeguard Indemnity Agreement; NAS Indemnity Agreement |
| Kathy Elieff<br>26 Pelican Point Drive<br>Newport Coast, CA 92657 | Arch Indemnity Agreement; Bond Safeguard Indemnity Agreement; NAS Indemnity Agreement |
| Arch Insurance Company<br>1717 Arch Street<br>31st Floor<br>Philadelphia, PA 19103 | Arch Indemnity Agreement |
| Bond Safeguard Insurance Company<br>1919 S. Highland Avenue, Bldg A300<br>Lombard, IL 60148 | Bond Safeguard Indemnity Agreement |
| North American Specialty Insurance Company<br>650 Elm St.<br>Manchester, NH 03101-2596<br><br>NAS Surety Group<br>1200 Arlington Heights Road<br>Suite 400<br>Itasca, IL 60143 | NAS Indemnity Agreement |

27

Form B6G
(10/05)

In re: _____SunCal PSV, LLC_____     Case No. ____8:08-17465 ES____
                 Debtor                                  (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

Note: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| SMBC Derivative Products Limited<br>Attn: Swaps Administration<br>Eighth Floor, Temple Court<br>11 Queen Victoria Street<br>London EC4N 4TA<br>UK<br><br>Notice sent to:<br>SMBC Capital Markets, Inc.<br>Attn: President<br>277 Park Avenue, Fifth Floor<br>New York, NY 10172 | International Swap Dealers Association Inc. Master Agreement; |
| SunCal Management, LLC<br>2392 Morse Avenue<br>Irvine, CA 92614 | Development Management Agreement; Project Owner |
| City of Palm Springs; City<br>PO BOX 2743<br>Palm Springs, CA 92263 | Subdivision Improvement Agreement; Subdivider |
| Desert Water Agency<br>ADDRESS NOT PROVIDED | Agreement (Developer Installed Water and//or Sanitary Sewer Facilities); Developer |
| PS Venture Indian Canyon/San Rafael, LLC<br>NO ADDRESS PROVIDED | Temporary Well License, Indemnity Agreement and Consent for Granting of Well License; Buyer |
| Southern California Edison<br>26100 Menifee Road<br>Romoland, CA 92585 | Contract for Extension of Electrical Distribution Line Rule No. 15; Applicant |
| Verizon Communications<br>295 N. Sunrise Way<br>Palm Springs, CA 92262-5295 | Buried Communication Agreement; Applicant |
| Southern California Edison<br>26100 Menifee Road<br>Romoland, CA 92585 | Contract for Extension of Electrical Distribution Line Rule No. 15; Applicant |
| Palm Springs Village – 309, LLC;<br>Attn: Scott A. Lissoy<br>2922 Daimler Street<br>Santa Ana, CA 92705<br><br>Notice sent to:<br>Deverich & Gillman LLP<br>Attn: Adam J. Gillman, Esq.<br>1920 Main Street, Suite 830 | Entry Permit & Construction Agreement; Licensee |

In re: SunCal PSV, LLC
    Debtor

Case No. 8:08-17465 ES
    (If known)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Irvine, CA 92614 | |
| Lexon Insurance Company<br>10002 Shelbyville Rd<br>Suite 100<br>Louisville, KY 40223 | General Indemnity Agreement; Indemnitor |
| **SEE EXHIBIT G FOR ALL VENDOR CONTRACTS** | |

\* **FOOTNOTE TO SCHEDULE G**

The information set forth herein was derived from the Debtor's books and records. The Debtor reserves the right to amend any of the items set forth herein if and when more updated information becomes available.

This list of Executory Contracts is furnished for informational purposes only to apprise parties in interest of possible contractual relationships of the Debtor as of the date of filing and is derived from documents in the possession of the Debtor. **This statement is not an admission or recognition that any contractual relationship existed or that, if such relationship existed, said relationship presently exists.** The Debtor does not waive any rights of rescission or reformation or defense respecting any contract.

Similarly, this Statement is not an admission or recognition that any contractual relationship constitutes an "executory contract." Some contracts listed in this Statement may have been validly terminated or expired by their own terms prior to the date of filing but have been

In re: <u>SunCal PSV, LLC</u>  
                     Debtor

Case No. <u>8:08-17465 ES</u>  
                (If known)

listed notwithstanding such possible termination or expiration in order to provide a complete presentation of the Debtor's affairs and in the event that one or more parties in interest may take the position that an executory contract existed as of the date of filing.

Similarly, this Statement is not an admission or recognition that any contractual relationship constitutes a lease or an "executory contract" nor is the characterization of a contract as a "lease" an admission that the contract is a lease and not a security agreement. In fact, an agreement entitled "lease" may constitute a security agreement.

**EXHIBIT G - VENDOR CONTRACTS**
SunCal PSV, LLC

| Mailing Name | Address Line 1 | Address Line 2 | City | State | Postal Code | Description |
|---|---|---|---|---|---|---|
| 5th Gear, LLC | 8695 W Washington Blvd, Ste 206 | 0 | Culver City | CA | 90232 | Initial Design Services |
| AAA Paving Co | 3330 N Locust Ave | 0 | Rialto | CA | 92377 | Street Improvements-Paving |
| AAA Paving Co | 3330 N Locust Ave | 0 | Rialto | CA | 92377 | Cultural Monitoring |
| Agua Caliente Band of Cahuilla Indians | 600 E Tahquitz Canyon Way | 0 | Palm Springs | CA | 92262 | PM-10 Wind Fencing |
| American Fence & Security Co, Inc | PO Box 19040 | 0 | Phoenix | AZ | 85005 | Replace Damamged Fencing |
| American Fence & Security Co, Inc | PO Box 19040 | 0 | Phoenix | AZ | 85005 | CANCELLED |
| American Fence Company, Inc | 12930 Nietos Rd | 0 | Santa Fe Springs | CA | 90670 | Repairs to damaged fencing |
| American Fence Company, Inc | 12930 Nietos Rd | 0 | Santa Fe Springs | CA | 90670 | Temp Sand Fencing |
| American Fence Company, Inc | 12930 Nietos Rd | 0 | Santa Fe Springs | CA | 90670 | Golf Cart Paths |
| Andersen Concrete Inc | PO Box 3440 | 0 | Gilbert | AZ | 85299 | |
| AquaTecnnex LLC | PO Box 30824 | 0 | Bellingham | WA | 98223 | Moved From 710 Per AZ |
| SolMirage | 2900 Bristol St, Ste #J103 | 0 | Costa Mesa | CA | 92626 | |
| Brudvik, Inc | 600 Eugene Rd | 0 | Palm Springs | CA | 92264 | |
| Brudvik, Inc | 600 Eugene Rd | 0 | Palm Springs | CA | 92264 | |
| Brudvik, Inc | 600 Eugene Rd | 0 | Palm Springs | CA | 92264 | |
| Brudvik, Inc | 600 Eugene Rd | 0 | Palm Springs | CA | 92264 | 800-Amp Meter Service |
| Buisko Utility Design, Inc | 17065 Va Del Campo, #100 | 0 | San Diego | CA | 92127 | Dry Utility Design |
| Buisko Utility Design, Inc | 17065 Va Del Campo, #100 | 0 | San Diego | CA | 92127 | |
| CGPM Managers, LLC | 5080 Spectrum Dr, Suite 1000E | 0 | Addison | TX | 75001 | Golf Course Management |
| Century Golf Partners Management, LP | 5080 Spectrum Dr, Ste 1000E | 0 | Addison | TX | 75001 | CANCELLED - REFER TO 6945 OC |
| Century Golf Partners Management, LP | 5080 Spectrum Dr, Ste 1000E | 0 | Addison | TX | 75001 | Golf Course Budget Consulting |
| Chameleon Design, Inc | 33 Journey, Suite 175 | 0 | Aliso Viejo | CA | 92656 | |
| Chameleon Design, Inc. | 33 Journey, Suite 175 | 0 | Aliso Viejo | CA | 92656 | |
| Chameleon Design, Inc. | 33 Journey, Suite 175 | 0 | Aliso Viejo | CA | 92656 | |
| Chameleon Design, Inc | 33 Journey, Suite 175 | 0 | Aliso Viejo | CA | 92656 | Clubhse & Rec Ctr Int Design |
| Choctaw Contractors Inc | 35018 Yucaipa Blvd | 0 | Yucaipa | CA | 92399 | Golf Shop Interior |
| Custom Lights and Iron | 3101 Hoover Ave | 0 | National City | CA | 91950 | DWA Wellsite Discharge |
| DISC | 810 N Farrell Drive | 0 | Palm Springs | CA | 92262 | Electric Backbone Conduit |
| David Lynn Christon | 431 Villaggio North | 0 | Palm Springs | CA | 92262 | Avalon Public Art |
| Debby Cobb Consulting | 8215 E. White Oak Ridge #77 | 0 | Orange | CA | 92869 | CFD Formation & Bidding |
| Desert Pipeline Inc | 83-477 Ave 62 | 0 | Thermal | CA | 92274 | Avalon Water |
| Desert Pipeline Inc | 83-477 Ave 62 | 0 | Thermal | CA | 92274 | Sewer Improvements |
| Design Build Structures, Inc | 77-980 Wildcat Dr, Suite 2 | 0 | Palm Desert | CA | 92211 | |
| Drive Fitness Design | 7514 Girard Ave, Ste #510 | 0 | La Jolla | CA | 92037 | Rec Cntr Fitness Equipment |
| ESSI Engineering, Inc | 45-175 Panorama Drive Suite E | 0 | Palm Desert | CA | 92260 | |
| Earth Systems Southwest | P.O. Box 3757 | 0 | San Luis Obispo | CA | 93403 | Environmental/Geohazard |
| Economics Research Associates | 10990 Wilshire Blvd., Ste #1500 | 0 | Los Angeles | CA | 90024 | Feasibility study |
| Environmental Products & Application Inc | 73-710 Fred Waring Dr., Ste 220 | 0 | Palm Desert | CA | 92260 | |
| Environmental Products & Application Inc | 73-710 Fred Waring Dr., Ste 220 | 0 | Palm Desert | CA | 92260 | |
| Environmental Products & Application Inc | 73-710 Fred Waring Dr., Ste 220 | 0 | Palm Desert | CA | 92260 | |
| Environmental Products & Application Inc | 73-710 Fred Waring Dr., Ste 220 | 0 | Palm Desert | CA | 92260 | |
| Environmental Products & Application Inc | 73-710 Fred Waring Dr., Ste 220 | 0 | Palm Desert | CA | 92260 | |
| Environmental Products & Application Inc | 73-710 Fred Waring Dr., Ste 220 | 0 | Palm Desert | CA | 92260 | CANCELLED-REFER TO 5360 OS |
| Golden Valley Construction | 39301 Badger Street, Suite 700 | 0 | Palm Desert | CA | 92211 | PM10 & SWPPP Mitigation |
| Granite Construction Company | 38000 Monroe Street | 0 | Indio | CA | 92203 | Water Drop Tank Rental |
| Griffin Structures, Inc | 385 Second Street | 0 | Laguna Beach | CA | 92866 | Storm Drain Improvements |
| HSA Design Group | 42-575 Melanie Place, Ste #S | 0 | Palm Desert | CA | 92211 | Blade/Compact SCE Road |
| Harvey Mills Design | 23741 Moonglow Ct. | 0 | Ramona | CA | 92065 | Management Services |
| J Carter Company | 544 Joshua Dr | 0 | Dandridge | TN | 37725 | Common Area Landscape Arch. |
| LB Hills Golf LLC | 84-000 Terra Lago PKWY | 0 | Indio | CA | 92203 | Design Irrigation system |
| Lamar Central Outdoor, LLC | 3500 E Tachevah, Suite B | 0 | Palm Springs | CA | 92262 | CFD Coordination |
| Lamar Central Outdoor, LLC | 3500 E Tachevah, Suite B | 0 | Palm Springs | CA | 92262 | |
| Lamar Central Outdoor, LLC | 3500 E Tachevah, Suite B | 0 | Palm Springs | CA | 92262 | 12 Mo. Billboard Rental |
| The Land Stewards | 455 N Twin Oaks Valley rd | 0 | San Marcos | CA | 92069 | Billboard 1 Yr Contract |
| The Land Stewards | 455 N Twin Oaks Valley rd | 0 | San Marcos | CA | 92069 | Ynly Contract Rotary Billboa |

EXHIBIT G - VENDOR CONTRACTS
SunCal PSV, LLC

| Mailing Name | Address Line 1 | Address Line 2 | City | State | Postal Code | Description |
|---|---|---|---|---|---|---|
| The Land Stewards | 455 N Twin Oaks Valley rd | | San Marcos | CA | 92069 | |
| The Land Stewards | 455 N Twin Oaks Valley rd | | San Marcos | CA | 92069 | |
| Larry Jacinto Construction, Inc | P.O. Box 615 | | San Marcos | CA | 92359 | Curb & Gutter |
| MSA Consulting, Inc | 34200 Bob Hope Dr | | Rancho Mirage | CA | 92270 | Construction Staking |
| MSA Consulting, Inc | 34200 Bob Hope Dr. | | Rancho Mirage | CA | 92270 | Due diligence assistance |
| MSA Consulting, Inc | 34200 Bob Hope Dr | | Rancho Mirage | CA | 92270 | Final Design |
| MSA Consulting, Inc | 34200 Bob Hope Dr | | Rancho Mirage | CA | 92270 | Final Design Services |
| MSA Consulting, Inc | 34200 Bob Hope Dr | | Rancho Mirage | CA | 92270 | Info Center Construction |
| Marin Excavation, Inc | P. O. Box 5700 | | La Quinta | CA | 92248 | |
| Merit Association Services, Inc | 1 Polaris Way, Ste 100 | | Aliso Viejo | CA | 92656 | HOA Budget-DRE Review |
| Mesa Pacific Construction, Inc | 151 Kalmus Drive, #F-5 | | Costa Mesa | CA | 92626 | |
| Mesa Pacific Construction, Inc | 151 Kalmus Drive, #F-5 | | Costa Mesa | CA | 92626 | Avalon Main Entry |
| Michael Madden Associates | 1401 N. El Camino Real, Ste #202 | | San Clemente | CA | 92672 | Site Plans for Multifamily |
| Mobile Modular Management-33 | 5700 Las Positas Road | | Livermore | CA | 94550 | |
| National Construction Rentals | P.O Box 4503 | | Pacoima | CA | 91331-1609 | Temp Fence & Wind Screen |
| Nissho of California, Inc | 1902 South Santa Fe Ave. | | Vista | CA | 92083 | |
| Nissho of California, Inc | 1902 South Santa Fe Ave | | Vista | CA | 92083 | |
| Nissho of California, Inc | 1902 South Santa Fe Ave | | Vista | CA | 92083 | CFD Landscape Installation |
| Nuevo Engineering Inc | 79811 Country Club Drive | | Bermuda Dunes | CA | 92203 | Misc. Maintenance & Cleanup |
| Nuevo Engineering Inc | 79811 Country Club Drive | | Bermuda Dunes | CA | 92203 | CANCELLED-REFER TO 5403 OS |
| Oliphant Golf Inc | 251 Progress Way # 101 | | Waunakee | WI | 53597 | Rough Grading/Dust Control |
| Orange County Striping Service | 183 N. Pixley St. | | Orange | CA | 92868 | Golf Course Improvements |
| Orange County Striping Service | 183 N. Pixley St. | | Orange | CA | 92668 | |
| Outdoor Dimensions | 5325 E. Hunter Ave. | | Anaheim | CA | 92807 | |
| Outdoor Dimensions | 5325 E. Hunter Ave. | | Anaheim | CA | 92807 | |
| Outdoor Sales, Inc | 2161 Adair St. | | San Marino | CA | 91108 | Construction Signage |
| Outdoor Sales, Inc | 2161 Adair St | | San Marino | CA | 91108 | |
| Outdoor Sales, Inc | 2161 Adair St | | San Marino | CA | 91108 | |
| Outdoor Sales, Inc | 2161 Adair St | | San Marino | CA | 91108 | |
| PAR Electrical Contractors, Inc. | 10771-A Almond Ave | | Fontana | CA | 92337 | Securing of SCE Utility Poles |
| Pacific Advanced Civil Engineering, Inc | 17520 Newhope St., Ste #200 | | Fountain Valley | CA | 92708 | Lake & Water Feature Design |
| Pacific Aquascape, Inc. | 17520 Newhope Street | | Fountain Valley | CA | 92708 | CANCELLED |
| Pacific Aquascape, Inc. | 17520 Newhope Street | | Fountain Valley | CA | 92708 | Water Features Construction |
| Pacific Masonry Walls Inc | 1007 W. Grove Ave, #J | | Orange | CA | 92865 | Perimeter Walls |
| Palm Springs Pump, Inc | 83-651 Dr Carreon Blvd | | Indio | CA | 92201 | |
| Palm Springs Pump, Inc | 83-651 Dr Carreon Blvd | | Indio | CA | 92201 | |
| Palm Springs Pump, Inc | 83-651 Dr Carreon Blvd | | Indio | CA | 92201 | |
| Palm Springs Pump, Inc | 83-651 Dr Carreon Blvd | | Indio | CA | 92201 | |
| Palm Springs Pump, Inc | 83-651 Dr Carreon Blvd | | Indio | CA | 92201 | VFD Station Rental |
| Palm Springs Pump, Inc | 83-651 Dr Carreon Blvd | | Indio | CA | 92201 | CANCELLED - NON OCIP |
| Palm Springs Pump, Inc | 83-651 Dr Carreon Blvd | | Indio | CA | 92201 | Pump Station Installation |
| Patricia Logan & Associates | 3911 Mandeville Canyon Road | | Los Angeles | CA | 90049 | |
| Patricia Logan & Associates | 3911 Mandeville Canyon Road | | Los Angeles | CA | 90049 | Sales Consulting |
| Patricia Logan & Associates | 3911 Mandeville Canyon Road | | Los Angeles | CA | 90049 | VOID |
| Petra Geotechnical, Inc | 3185-A Airway Ave | | Costa Mesa | CA | 92626 | Phase I Enviro Study |
| Rodden Paolucci Rodden Advertising and Public Relations | 2516 Via Tejon, #114 | | Palos Verdes Estates | CA | 90274 | |
| Schilling Corporation | 695 Greenfield Dr | | El Cajon | CA | 92021 | |
| Schilling Corporation | 695 Greenfield Dr | | El Cajon | CA | 92021 | |
| Schmidt - Curley Design, Inc | 8180 N. Hayden Rd. #D-200 | | Scottsdale | AZ | 85258 | Golf course design |
| Sladden Engineering | 450 Egan Ave | | Beaumont | CA | 92223 | Field Expl. & Soil Testing |
| So-Cal Sweepers, LLC | 2279 Eagle Glen PKWY, # 112-139 | | Corona | CA | 92883-780 | |
| South West Pump & Drilling Inc | 53-381 Hwy 111 | | Coachella | CA | 92236 | Design & install irrig. well |
| South West Pump & Drilling Inc | 53-381 Hwy 111 | | Coachella | CA | 92236 | Repair Pump Panel |

EXHIBIT G - VENDOR CONTRACTS
SunCal PSV, LLC

## NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT

| Mailing Name | Address Line 1 | Address Line 2 | City | State | Postal Code | Description |
|---|---|---|---|---|---|---|
| Southern California Soil & Testing | 6280 Riverdale Street | | San Diego | CA | 92120 | |
| Southern California Soil & Testing | 6280 Riverdale Street | | San Diego | CA | 92120 | |
| Steve Wolfl & Associates, Inc | 9602 Santiago Blvd | | Villa Park | CA | 92667 | |
| Stormwater Compliance Specialists, Inc. | 455 N Twin Oaks Valley Road | | San Marcos | CA | 92069 | |
| Power Fabricating, Inc | DBA Temp Power Systems | 625 S Fee Ana St. | Placentia | CA | 92870 | |
| Power Fabricating, Inc | DBA Temp Power Systems | 625 S Fee Ana St. | Placentia | CA | 92870 | |
| The Art Office | 83-810 Vin Deo Circle Unit 101 | | Indio | CA | 92201 | Observation & Documentation |
| The Collaborative West | 100 Avenida Miramar | | San Clemente | CA | 92672 | |
| The Collaborative West | 100 Avenida Miramar | | San Clemente | CA | 92672 | CANCELLED - SEE 5643 in 10750 |
| The Collaborative West | 100 Avenida Miramar | | San Clemente | CA | 92672 | Landscape Arch, Sales Center |
| The Lamar Companies | P O Box 66338 | | Baton Rouge | LA | 70896 | Landscape architecture |
| The Lamar Companies | P O Box 66338 | | Baton Rouge | LA | 70896 | |
| Urban Crossroads, Inc | 3403 Tenth Street, Ste #305 | | Riverside | CA | 92501 | |
| Valentronics Inc | 525 Industrial Dr. | P.O. Box 530 | Hartland | WI | 53029-0530 | Traffic Signal Design |
| West Coast R & R Inc | 16398 Boyle Avenue | | Fontana | CA | 92337 | Golf Course Pump Station |
| West Coast R & R Inc | 16398 Boyle Avenue | | Fontana | CA | 92337 | |
| West Coast R & R Inc | 16398 Boyle Avenue | | Fontana | CA | 92337 | |
| West Coast R & R Inc | 16398 Boyle Avenue | | Fontana | CA | 92337 | |
| West Coast Turf | P O Box 4563 | | Palm Desert | CA | 92261 | |
| William Hezmalhalch Architects, Inc | 2850 Redhill Ave., Ste #200 | | Santa Ana | CA | 92705 | |
| Williams & Paddon Architects and Planners, Inc. | 2237 Douglas Blvd. Ste 160 | | Roseville | CA | 95661 | R&R Curb/Gutter/SW/HC Ramp |
| Williams & Paddon Architects and Planners, Inc. | 2237 Douglas Blvd. Ste 160 | | Roseville | CA | 95661 | Golf Course Grassing |
| Williams Mechanical Inc | 75090 St. Charles Pl H8 | | Palm Desert | CA | 92211 | Builder Design Guidelines |
| Williams Mechanical Inc | 75090 St. Charles Pl H8 | | Palm Desert | CA | 92211 | Community Clubhouse Architect |
| Wrechtel Interactive | 260 Lombard #7 | | Thousand Oaks | CA | 91360 | Facility Architect Clubhouse |

EXHIBIT A-2
SUNCAL PSV, LLC

## SUNCAL PSV, LLC

| Counterparty to Contract or Lease | Description of Contract or Lease |
|---|---|
| State Water Resources Control Board<br>Division of Water Quality<br>1001 I Street<br>Sacramento, CA 95814 | WRCB Permit |
| Desert Water Agency<br>1200 Gene Autry Trail<br>Palm Springs, CA 92264<br>Attn: General Manager<br><br>copy to:<br><br>Best, Best & Krieger<br>3750 University Avenue<br>Riverside, CA 92502 | Well Agreement; Water Agreement |
| Palm Springs Village – 309, LLC<br>2922 Daimler Street<br>Santa Ana, CA 92705<br>Attn: Scott A. Lissoy<br><br>copy to:<br><br>Deverich & Gillman LLP<br>1920 Main Street, Suite 830<br>Irvine, CA 92614<br>Attn: Adam J. Gillman, Esq. | Grading Agreement; Reimbursement Agreement |
| PS Venture Indian Canyon/San Rafael, LLC<br>c/o CSC Lawyers Incorporating<br>600 West Chicago Avenue, Suite 570<br>Chicago, IL 60610 | Well License |
| SunCal Management, LLC<br>2392 Morse Avenue<br>Irvine, CA 92614<br>Attn: Bruce Cook | Management Agreement |
| Verizon Communications<br>295 N. Sunrise Way<br>Palm Springs, CA 92262-5295<br>Attn: Larry Moore | Verizon Agreements |

1

DOCS_LA:244676.1 52063-001

EXHIBIT A-2
SUNCAL PSV, LLC

| **Counterparty to Contract or Lease** | **Description of Contract or Lease** |
|---|---|
| Southern California Gas Company<br>Centralized Correspondence<br>P.O. Box 3150<br>San Dimas, CA 91773<br>Attn: Legal Department | Line Extension Contracts |
| City of Palm Springs<br>3200 E. Tahquitz Canyon Way<br>Palm Springs, CA 92262<br>Attn: City Attorney | Subdivision Agreement; Bonds |
| Southern California Edison Company<br>c/o Bertram E. Williams<br>Customer Service Planner<br>Southern California Edison Company<br>26100 Menifee Road<br>Romoland, CA 92585 | Electric Line Contracts |
| Center for Natural Lands Management<br>215 West Ash Street<br>Fallbrook, CA 92028<br>Fax: 760-731-7791 | Habitat Agreement |
| Bond Safeguard Insurance Company<br>1919 S. Highland Avenue, Bldg A300<br>Lombard, IL 60148 | Bonds; Indemnity Agreement |
| SMBC Derivative Products Limited<br>Attn: Swaps Administration<br>Eighth Floor, Temple Court<br>11 Queen Victoria Street<br>London EC4N 4TA<br>UK<br><br>with a copy to:<br><br>SMBC Capital Markets, Inc.<br>Attn: President<br>277 Park Avenue, Fifth Floor<br>New York, New York 10172 | Swap Agreement |
| Bruce Elieff<br>26 Pelican Point Drive<br>Newport Coast, CA 92657 | Indemnity Agreement |

2

EXHIBIT A-2
SUNCAL PSV, LLC

| **Counterparty to Contract or Lease** | **Description of Contract or Lease** |
|---|---|
| Kathy Elieff<br>26 Pelican Point Drive<br>Newport Coast, CA 92657 | Indemnity Agreement |
| Palm Springs Village-309, LLC<br>2922 Daimler Street<br>Santa Ana, California 92705<br>Telephone: (949) 224-1970<br>Facsimile: (949) 224-1963<br>Attention: Scott A. Lissoy<br><br>with copies to:<br><br>Deverich & Gillman LLP<br>1920 Main Street, Suite 830<br>Irvine, California 92614<br>Telephone: (949) 975-0100<br>Facsimile: (949) 975-0110<br>Attention: Adam J. Gillman, Esq.<br><br>Sheppard Mullin Richter & Hampton LLP<br>650 Town Center Drive<br>4th Floor<br>Costa Mesa, CA 92626-1993<br>Attn: Aaron Malo | Purchase Agreement |

3

DOCS_LA:244676.1 52063-001

Form B6G
(10/05)

In re: __SunCal Oak Knoll LLC__   Case No. __8:08-17588 ES__
         Debtor                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed.R.Bankr.P. 1007(m).

**Note: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.**

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Mobile Modular Management Corporation<br>5700 Las Positas Road<br>Livermore, CA 94551 | Mobile Modular Lease Agreement; Lessee |
| Verizon Wireless<br>One Verizon Way<br>Basking Ridge, New Jersey, 07920 | Land Lease Agreement; Lessor<br><br>Termination Letter Dated December 15, 2008 |
| Verizon Wireless<br>One Verizon Way<br>Basking Ridge, New Jersey, 07920 | Memorandum of Lease Agreement; Lessor<br><br>Termination Letter Dated December 15, 2008 |
| Department of Toxic Substances Control<br>1001 "I" Street<br>PO Box 806<br>Sacramento, CA 95812 | Permanent EPA ID Number; Business Owner |
| United States of America, acting through and by the Department of the Navy<br>No Address Provided | Quitclaim Deed; Grantee |
| SunCal Management LLC<br>2392 Morse Avenue<br>Irvine, CA 92614 | Development Management Agreement; Project Owner |
| **SEE EXHIBIT G FOR ALL VENDOR CONTRACTS** | |

Page 1 of 2

Form B6G
(12/95)
SunCal Oak Knoll LLC - Schedule G (2)

In re: <u>SunCal Oak Knoll LLC</u>  
            Debtor

Case No. <u>8:08-17588 ES</u>  
          (If known)

## \* FOOTNOTE TO SCHEDULE G

The information set forth herein was derived from the Debtor's books and records. The Debtor reserves the right to amend any of the items set forth herein if and when more updated information becomes available.

This list of Executory Contracts is furnished for informational purposes only to apprise parties in interest of possible contractual relationships of the Debtor as of the date of filing and is derived from documents in the possession of the Debtor. **This statement is not an admission or recognition that any contractual relationship existed or that, if such relationship existed, said relationship presently exists.** The Debtor does not waive any rights of rescission or reformation or defense respecting any contract.

Similarly, this Statement is not an admission or recognition that any contractual relationship constitutes an "executory contract." Some contracts listed in this Statement may have been validly terminated or expired by their own terms prior to the date of filing but have been listed notwithstanding such possible termination or expiration in order to provide a complete presentation of the Debtor's affairs and in the event that one or more parties in interest may take the position that an executory contract existed as of the date of filing.

Similarly, this Statement is not an admission or recognition that any contractual relationship constitutes a lease or an "executory contract" nor is the characterization of a contract as a "lease" an admission that the contract is a lease and not a security agreement. In fact, an agreement entitled "lease" may constitute a security agreement.

Page 2 of 2

Form B6G  
(12/95)  
SunCal Oak Knoll LLC - Schedule G (2)

**EXHIBIT G: VENDOR CONTRACTS**
**SunCal Oak Knoll LLC**

| Mailing Name | Address Line 1 | Address Line 2 | City | State | Postal Code | Description |
|---|---|---|---|---|---|---|
| 5th Gear, LLC | 8695 W. Washington Blvd, Ste 206 | 0 | Culver City | CA | 90232 | Website Hosting & Maintenance |
| 5th Gear, LLC | 8695 W. Washington Blvd, Ste 206 | 0 | Culver City | CA | 90232 | TransBalFrom710PR |
| ABC Security Service Inc | 1840 Embarcadero | 0 | Oakland | CA | 94606 | Daytime Security Services |
| Anue Management Group, Inc | 1924 Franklin Street, Suite 315 | 0 | Oakland | CA | 94612 | |
| BKF Engineers | 255 Shoreline Drive, Suite 200 | 0 | Redwood City | CA | 94065 | Feasibility Studies |
| Biggs Cardosa Associates | 1871 The Alameda, Suite 200 | 0 | San Jose | CA | 95126 | Structural Engineering Analys |
| CST Environmental, Inc | 404 North Barry Street | 0 | Brea | CA | 92821-3104 | Abatement & Demolition |
| Calthorpe Associates | 2095 Rose Street | 0 | Berkeley | CA | 94709-1953 | Project Consultant |
| Carol H Williams Advertising | 555 12th Street suite 1700 | 0 | Oakland | CA | 94607 | |
| Carol H Williams Advertising | 555 12th Street suite 1700 | 0 | Oakland | CA | 94607 | Trans. From 710 Per JR |
| Consensus Planning Group, Inc | 626 Wilshire Blvd Suite 1000 | 0 | Los Angeles | CA | 90017 | Cancelled/Transfered to SCMmtg |
| DP Security, LLC | 446 Marina Way South | 0 | Richmond | CA | 94804 | Political Consultants |
| Dahlia Maria Moodie | DBA Dahlia Moodie & Associates | 5110 Crockett Place | Oakland | CA | 94602 | Agency/Consultants |
| Darrell L Carey | 3 Embarcadero West # 239 | 0 | Oakland | CA | 94607 | Security Service |
| David J. Powers and Associates, Inc | 1885 The Alameda , Suite 204 | 0 | San Jose | CA | 95126 | VOID - Not Using Consultant |
| Development Planning & Finance Group Inc | 27127 Calle Arroyo, Suite #1910 | 0 | San Juan Capistrano | CA | 92675 | Project Consultant |
| ENGEO, Incorporated | 2010 Crow Canyon Place | Suite 250 | San Ramon | CA | 94583-4834 | Geotech Exploration |
| Economic And Planning Systems, Inc | 2150 River Plaza Drive, Suite 400 | 0 | Sacramento | CA | 95833 | Economic/Fiscal Studies |
| Environmental Science Associates | 225 Bush Street, Ste 1700 | 0 | San Francisco | CA | 94104-4207 | Geotech Report (EIR) |
| Fast Sign of Oakland | 1901 Franklin Street | 0 | Oakland | CA | 94612 | Job Site Signs |
| Fehr & Peers Associates, Inc | 100 Pringle Ave , Ste #600 | 0 | Walnut Creek | CA | 94596 | Traffic Studies |
| Frayji Design Group, Inc | 1316 Blue Oaks Blvd | 0 | Roseville | CA | 95768 | Transferred from 10050000 |
| Frayji Design Group, Inc | 1316 Blue Oaks Blvd | 0 | Roseville | CA | 95768 | Feasibility Studies |
| GBH Partners | 3907 Park Drive Suite 200 | 0 | El Dorado | CA | 95762 | Entitlement & CEQA |
| Gauger & Associates, Inc | 350 Post Street # 901 | 0 | San Francisco | CA | 94108 | |
| Goals R Us | P.O. Box 37 | 0 | Oneida | TX | 94562 | Weed Abatement |
| Hertz Equipment Rental Corp | P.O. Box 650280 | 0 | Dallas | TX | 75265-0280 | Temporary Erosion Control |
| HortScience, Inc | 2150 Rheem Dr. Suite A | 0 | Pleasanton | CA | 94588 | Biology Reports |
| Intervention Agency, Inc | P.O. Box 28521 | 0 | Oakland | CA | 94604 | Site Security |
| JSC Environmental, Inc. | 1440 No Harbor Blvd Suite 900 | 0 | Fullerton | CA | 92835 | Demo & Removal - General |
| Francis J Kennedy | 2588 Comstus Drive | 0 | Walnut Creek | CA | 94598 | Civil Engineering - General |
| Francis J Kennedy | 2588 Comstus Drive | 0 | Walnut Creek | CA | 94598 | Civil Engineering - General |
| Key Events | 657 Mission St, Ste 202 | 0 | San Francisco | CA | 94105 | |
| Key Events | 657 Mission St, Ste 202 | 0 | San Francisco | CA | 94105 | |
| Laer Pearce & Associates | 22692 Mill Creek Dr. | 0 | Laguna Hills | CA | 92653 | |
| Laer Pearce & Associates | 22692 Mill Creek Dr. | 0 | Laguna Hills | CA | 92653 | |
| Laer Pearce & Associates | 22692 Mill Creek Dr. | 0 | Laguna Hills | CA | 92653 | |
| Lamphier Gregory | 1944 Embarcadero | 0 | Oakland | CA | 94606 | CFD Consultant |
| Michael Madden Associates | 1401 N. El Camino Real, Ste #202 | 0 | San Clemente | CA | 92672 | TransBalBack700Per JR |
| Page & Turnbull, Inc | 724 Pine Street | 0 | San Francisco | CA | 94108 | TransFrom710Reclass79060JR |
| Paul A. Jensen, AICP | 435 Peachstone Terrace | 0 | San Rafael | CA | 94903 | P/R Consultants |
| Philip Williams & Associates, LTD | 550 Kearny, Suite 900 | 0 | San Francisco | CA | 94108-2522 | Transferred from 10050 |
| Power Plus Utility Services | 1005 N. Edward Ct. | 0 | Anaheim | CA | 92806 | Utilities |
| Power Plus Utility Services | 1005 N. Edward Ct. | 0 | Anaheim | CA | 92806 | Utilities |
| Power Plus Utility Services | 1005 N. Edward Ct. | 0 | Anaheim | CA | 92806 | Utilities |
| Prem Consulting LLC | 44 Vista Mirage | 0 | Rancho Mirage | CA | 92270 | Land Use Planning |
| RGA Environmental, Inc | 1466 66th Street | 0 | Emeryville | CA | 94608 | Demo & Removal - General |
| Ralph Osterling Consultants, inc | 1650 Borel Place # 204 | 0 | San Mateo | CA | 94402 | Biological Monitoring |
| Ron Hicks & Associates | 11682 El Camino Real, Suite 220 | 0 | San Diego | CA | 92130 | Entitlement Marketing |
| SWA Group | 2200 Bridgeway Blvd | 0 | Sausalito | CA | 94965 | Landscape Architecture |
| Statewide Protection Agency Inc | 3011 Citrus Circle Ste 201 | 0 | Walnut Creek | CA | 94598 | Armed Jobsite Security |
| Tasin & Associates/ Dina Tasin | 3124 Estates Ave | 0 | Pinole | CA | 94564 | Entitlement & CEQA Compliance |
| The Professional Tree Core Co | P.O. Box 2377 | 0 | Berkeley | CA | 94702 | Tree Removal & Disposal |
| Toxchem Management Systems, Inc | 11 Kenion Ave. | 0 | San Carlos | CA | 94070 | Biological Monitoring |
| WRA, Inc | 2169-G East Francisco Blvd | 0 | San Rafael | CA | 94901 | Biology Reports |

NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT

DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT

Case 8:08-bk-17206-ES   Doc 2861-16   Filed 09/26/11   Entered 09/26/11 18:49:09
Desc Supplement 5 - Part 3 Exhibits A-1 and A-2 Lists of Contracts and Leases   Page 14 of 15
Case 8:08-bk-17588-ES   Doc 32-1   Filed 01/27/09   Entered 01/27/09 14:46:41   Desc Main Document   Page 21 of 23

EXHIBIT G - VENDOR CONTRACTS
SunCal Oak Knoll LLC

| Mailing Name | Address Line 1 | Address Line 2 | City | State | Postal Code | Description |
|---|---|---|---|---|---|---|
| Wallace-Kuhl & Associates | 500 Menlo Drive, Suite 100 | 0 | Rocklin | CA | 95765 | Preliminary Executive Summary |
| West Environmental Services & Technology | 711 Grand Avenue, Suite 220 | 0 | San Rafael | CA | 94901 | Biology Reports |
| White Cap Construction Supply, Inc | 33061 Camino Capistrano | 0 | San Juan Capistrano | CA | 92675 | Temporary Erosion Control |
| William Claggett Associates | 1345 Ridley Way | 0 | San Jose | CA | 95125 | Political Consultants |
| Wilson, Ihrig & Associates, Inc | 5776 Broadway | 0 | Oakland | CA | 94618 | Noise Study |
| Wiredhat Interactive | 250 Lombard #7 | 0 | Thousand Oaks | CA | 91360 | TransBalFrom700PerA203/13/07 |
| Wiredhat Interactive | 250 Lombard #7 | 0 | Thousand Oaks | CA | 91360 | TransFrom700PerA203/13/07 |



NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT

EXHIBIT A-2
SUNCAL OAK KNOLL, LLC

## SUNCAL OAK KNOLL, LLC

| Counterparty to Contract or Lease | Description of Contract or Lease |
|---|---|
| United States of America<br>Department of Navy | Deed |
| Department of Toxic Substances Control<br>1001 "I" Street<br>PO Box 806<br>Sacramento, CA 95812 | EPA ID |
| GTE Mobilnet of California Limited Partnership, d/b/a Verizon Wireless<br>180 Washington Valley Road<br>Bedminster, NJ 07921<br>Attn: Network Real Estate<br><br>GTE Mobilnet of California Limited Partnership, d/b/a Verizon Wireless<br>One Verizon Way<br>Basking Ridge, NJ 07920 | Verizon Lease |
| Mobile Modular Management Corporation<br>5700 Las Positas Road<br>Livermore, CA 94551 | Mobile Modular Lease |
| SunCal Management, LLC<br>2392 Morse Avenue<br>Irvine, CA 92614<br>Attn: Bruce Cook | Management Agreement |

DOCS_LA:244676.1 52063-001