# 6. Exhibit C – Easements, Covenants, Conditions, Restrictions and Other Matters of Record Affecting Real Property, Leasehold Estates or Personalty or Any Interest Therein

# Exhibit C

The Permitted Encumbrances consist of the exceptions to title reflected on the deeds contained in this Plan Supplement as Item 1, as is or as amended.