1  PAUL J. COUCHOT -- State Bar No. 131934
   SEAN A. O'KEEFE -- State Bar No. 122417
2  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
3  660 Newport Center Drive, Fourth Floor
   Newport Beach, CA 92660
4  Telephone: (949) 720-4100
   Facsimile: (949) 720-4111
5  General Insolvency Counsel for Administratively
   Consolidated Debtors-in-Possession
6
7  RONALD RUS - State Bar No. 67369
   JOEL S. MILIBAND - State Bar No. 77438
8  **RUS MILIBAND & SMITH P.C.**
   2211 Michelson Drive, Seventh Floor
9  Irvine, California 92612
   Telephone: (949) 752-7100
10 Facsimile: (949) 252-1514
   Counsel for SunCal Management LLC and
11 SCC Acquisitions Inc.

12                UNITED STATES BANKRUPTCY COURT
                   CENTRAL DISTRICT OF CALIFORNIA
13                          SANTA ANA DIVISION

14 | In re | Case No. 8:08-bk-17206-ES |
15 | | Jointly Administered With Case Nos. |
16 | Palmdale Hills Property, LLC, and its Related Debtors. | 8:08-bk-17209ES; 8:08-bk-17240ES; 8:08-bk-17224ES; 8:08-bk-17242ES; 8:08-bk-17225ES; 8:08-bk-17245ES; 8:08-bk-17227ES; 8:08-bk-17246ES; 8:08-bk-17230ES; 8:08-bk-17231ES; 8:08-bk-17236ES; 8:08-bk-17248ES; 8:08-bk-17249ES; 8:08-bk-17573ES; 8:08-bk-17574ES; 8:08-bk-17575ES; 8:08-bk-17404ES; 8:08-bk-17407ES; 8:08-bk-17408ES; 8:08-bk-17409ES; 8:08-bk-17458ES; 8:08-bk-17465ES; 8:08-bk-17470ES; 8:08-bk-17472ES; and 8:08-17588ES. |
17 | Jointly Administered Debtors and Debtors-in-Possession | |
18 | | |
19 | Affects:<br>☐ All Debtors | |
20 | ☒ Palmdale Hills Property, LLC,<br>☐ SunCal Beaumont Heights, LLC | Chapter 11 Cases |
21 | ☐ SCC/Palmdale, LLC | |
22 | ☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC | **DECLARATION OF PAUL FUHRMAN** |
23 | ☒ SunCal Emerald Meadows LLC<br>☒ SunCal Bickford Ranch, LLC | **RELATING TO LETTER OF INTENT REGARDING CONFIRMATION OF THE** |
24 | ☒ Acton Estates, LLC | **GROUP I VD PLANS, GROUP IV VD PLANS,** |
25 | ☐ Seven Brothers LLC<br>☒ SJD Partners, Ltd. | **GROUP I TD PLANS AND GROUP II TD PLANS FILED BY THE SUNCAL** |
26 | ☒ SJD Development Corp. | **PROPONENTS** |
   | ☐ Kirby Estates, LLC | DATE:    October 24, 2011 |
27 | ☐ SunCal Communities I, LLC | TIME:    10:00 a.m. |
   | ☐ SunCal Communities III, LLC | PLACE:  Courtroom 5A |
28 | ***Continued on Next Page*** | |

***Continued from Previous Page***
- ☐ SCC Communities LLC
- ☐ North Orange Del Rio Land, LLC
- ☐ Tesoro SF, LLC
- ☒ LBL-SunCal Oak Valley, LLC
- ☒ SunCal Heartland, LLC
- ☐ LBL-SunCal Northlake, LLC
- ☒ SunCal Marblehead, LLC
- ☐ SunCal Century City, LLC
- ☒ SunCal PSV, LLC
- ☒ Delta Coves Venture, LLC
- ☒ SunCal Torrance, LLC
- ☒ SunCal Oak Knoll, LLC

# DECLARATION OF PAUL FUHRMAN

I, Paul Fuhrman, hereby declare and state as follows:

1.  I am over the age of eighteen years. The facts stated herein are within my personal knowledge and if called upon to testify to the same I could and would testify competently thereto.

2.  Colony Capital Acquisitions, LLC ("Colony Acquisitions") is a wholly owned subsidiary of Colony Capital, LLC

3.  I am a Principal of Colony Capital, LLC ("Colony") and an authorized signatory of Colony Acquisitions. In this capacity I am empowered to make this declaration on behalf of Colony.

4.  Colony has provided management and advisory services to affiliated investment vehicles for over twenty years. During the term of its existence, affiliated investment vehicles managed and/or advised by Colony have raised and invested approximately $17.0 billion in equity over the past 20 years and Colony Acquisitions and its affiliates currently have access to sufficient discretionary capital to finance the transaction contemplated by the LOI (as defined below) . Colony Acquisitions, on the one hand, and Palmdale Hills Property, LLC ("Palmdale") on the other, have entered into the Letter of Intent attached hereto as Exhibit "1" (the "LOI").

5.  As more fully detailed in the LOI, and subject to the limitations and conditions in the LOI, Colony Acquisitions and Palmdale have agreed to proceed with a funding and acquisition transaction (the "Transaction").

6.  Pursuant to the funding part of the Transaction, one or more funds managed and/or advised by affiliates of Colony are expected to provide sufficient financing to the entity referred to in the SunCal Plans[1] as LitCo[2] to enable this entity to acquire certain claims and to meet its Effective Date[3] obligations payable under the SunCal Plans.

7.  Under the acquisition part of the Transaction, it is expected that Colony Acquisitions, or one or more of the funds managed and/or advised by affiliates of Colony, would

---

[1] Group I VD Plans, Group IV VD Plans, Group I TD Plan and Group II TD Plan (the "Plans") filed by the SunCal Proponents.
[2] As defined in the Plans.
[3] Id.

also submit offers for the Projects owned by the Group I VD Debtors[4], the Group I TD Debtors and the Group II TD Debtors (the "Projects"). If these bids were the winning bids, and the sales were approved by the Court, then Colony Acquisitions or its designee would then acquire the Projects free and clear of liens and encumbrances.

8. Colony Acquisitions and Palmdale are currently moving forward with due diligence relating to the Transaction that is precedent to a future closing and funding. If Colony Acquisitions and Palmdale reach closure on the conditions precedent to a funding and acquisition, Colony Acquisitions can be in a position to provide the funding for LitCo and to acquire the Projects by the projected Effective in the SunCal Plans (estimated to be 90 days from today's date).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of September 2011, in Los Angeles County, California.

/s/ Paul Fuhrman
PAUL FUHRMAN

---

[4] As defined in the Plans.

# EXHIBIT "1"

5

September 26, 2011

SCC Acquisitions, Inc.
2392 Morse Ave.
Irvine, CA 92614
Attention: Bruce V. Cook

Paul Couchot, Esq.
Winthrop Couchot, LLP
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
(For Debtors in Possession)

Ronald Rus, Esq.
Rus, Miliband & Smith, LLP
Von Karman Towers
2211 Michelson Drive, Seventh Floor
Irvine, CA 92612
(For SunCal Management, LLC)

  Re: SunCal Plans of Reorganization Proposed in the Cases of Palmdale Hills Property, and its related Debtors (collectively, the "Debtors"); United States Bankruptcy Court, Central District of California, Case No. 8:08-bk-17206-ES, and other jointly administered cases (the "Bankruptcy Cases")

Gentlemen:

  This letter summarizes the basic business terms on which Colony Capital Acquisitions, LLC ( "Investor") and/or one or more of its affiliates, would be prepared to consider a transaction involving the funding of the SunCal Plans of Reorganization proposed by SCC Acquisitions, Inc. and the Debtors in Possession in the Bankruptcy Cases designated as the Plans of Reorganization for the Group I: Trustee Debtors, the Group II: Trustee Debtors, the Group I: Voluntary Debtors and the Group IV: Voluntary Debtors (collectively, the "SunCal Plans"), including the acquisition of the real estate projects contemplated to be sold in connection with such SunCal Plans. The transaction is subject to the completion of Investor's own due diligence and, after such due diligence is completed, the approval of Investor's investment committee, which may be granted or withheld in its sole and absolute discretion. The transaction will also be subject to bankruptcy court approval, and the acquisition of the real estate projects will be subject to potential overbid procedures, including a corresponding break-up fee as specified in the SunCal Plans.

  This letter shall remain in effect from the date this letter is fully executed until the earliest of: (i) the execution and delivery of the Definitive Documents (as defined below), or

(ii) March 31, 2012 unless otherwise agreed upon in writing or (iii) the execution and delivery of a notice by either party to terminate this letter (the "Negotiation Period"). If the parties do not enter into the Definitive Documents prior to the expiration of the Negotiation Period, this letter shall terminate automatically upon the expiration of the Negotiation Period, with no further action by the parties.

**Properties:** The real estate projects that are the subject of this letter and the SunCal Plans of Reorganization are generally described in SunCal's Disclosure Statements describing the SunCal Plans.

**Definitive Documents:** Upon the full execution of this letter, SunCal may cause to be prepared a definitive set of documents relating to the funding of the SunCal Plans, including asset purchase agreements for the purchase and sale of the Properties, the acquisition of creditor claims, and the loan documents for the "Litco Loans", incorporating the terms described in this letter (the "Definitive Documents"). It is contemplated the Definitive Documents shall include provisions for a deposit in connection with the stalking horse purchase agreement. The parties shall use good faith efforts to attempt to finalize the Definitive Documents within a period of 20 business days following receipt of drafts thereof.

**Purchase Prices/Capital Investment:** The stalking horse purchase prices to be paid for the Properties subject to the SunCal Plans are set forth in SunCal's Disclosure Statements describing the SunCal Plans, which would be paid in immediately available funds at closing.

**No Financing Contingency:** There is no financing contingency.

**Inspection Period:** Investor shall have 20 days after Debtors' written acceptance of this letter (the "Inspection Period") to conduct its diligence with respect to the Properties and the SunCal Plans, including, without limitation, physical inspections, environmental and engineering studies, review of financial records, review of creditor claims, bankruptcy issues, leases, title, survey, and all other due diligence items it deems appropriate. Investor shall also have the opportunity to interview senior property management personnel.

**Governing Law:** The parties agree that any dispute between them arising out of this letter shall be governed by the laws of the State of California.

**No Personal Liability:** No shareholder, trustee, partner, member, beneficiary, director, officer, manager, security holder, employee, agent, representative or other person acting for or on behalf of Investor or the Debtors shall have any personal liability for any obligations entered into for or on behalf of such party, and the assets of any such person shall not be subject to any claims or actions relating to any obligations of such party. This paragraph shall survive the termination of this letter.

**Nature of Agreement:** This letter does not represent a binding agreement by either party to enter into a transaction, but merely describes generally the proposed framework of the potential transaction described above, which the parties may memorialize in detail in the Definitive Documents. You and we both acknowledge that neither of us shall be bound to enter into the contemplated transaction unless and until the Definitive Documents have been fully negotiated and executed by mutual agreement of the parties hereto (at which time the Definitive Documents shall supersede this letter).

If this proposal is acceptable to you as a basis for further discussions, please sign below and return this letter to me. Thank you in advance for your consideration.

Sincerely,

**Colony Capital Acquisitions, LLC**

By:_____
Its:_____

**ACKNOWLEDGED:**

**PALMDALE HILLS PROPERTY, LLC**

By: [signature]
Its: General Counsel

7

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **DECLARATION OF PAUL FUHRMAN RELATING TO LETTER OF INTENT REGARDING CONFIRMATION OF THE GROUP I VD PLANS, GROUP IV VD PLANS, GROUP I TD PLANS AND GROUP II TD PLANS FILED BY THE SUNCAL PROPONENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 26, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 26, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service**
Honorable Erithe Smith
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 26, 2011 | Viann Corbin | _(signed)_ |
|---|---|---|
| Date | Type Name | Signature |

3

NEF SERVICE LIST

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Richard W Brunette    rbrunette@sheppardmullin.com
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri    dabbieri@sullivan.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Caroline Djang    cdjang@rutan.com
- Donald T Dunning    ddunning@dunningLaw.com
- Lynsey M Eaton    leaton@gglts.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Don Fisher    dfisher@ptwww.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com

4

- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;alevin@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@marshackhays.com
- Charles Liu    cliu@winthropcouchot.com
- Ben H Logan    blogan@omm.com
- John W Lucas    jlucas@pszjlaw.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com, vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Daryl G Parker    dparker@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Robert J Pfister    rpfister@ktbslaw.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com

5

- James S Riley    tgarza@sierrafunds.com
- Todd C. Ringstad    becky@ringstadlaw.com
- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Laurel R Zaeske    lzaeske@rusmiliband.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

E-MAIL SERVICE OF RESPONSE TO OBJECTIONS TO PLANS

Attorneys for New Anaverde, LLC – Filiberto Agusti and Joshua Taylor – fagusti@steptoe.com; jrtaylor@step.com

Attorneys for County of Alameda Treasurer-Tax Collector – Claude F. Kolm – claude.kolm.acgov.org

6