1   PAUL J. COUCHOT -- State Bar No. 131934
    pcouchot@winthropcouchot.com
2   **WINTHROP COUCHOT**
    **PROFESSIONAL CORPORATION**
3   660 Newport Center Drive, Fourth Floor
    Newport Beach, CA 92660
4   Telephone: (949) 720-4100
    Facsimile: (949) 720-4111
5   General Insolvency Counsel for Voluntary Debtors,
    Palmdale Hills Property, LLC, et. al.
6
    RONALD RUS - State Bar No. 67369
7   rrus@rusmiliband.com
    JOEL S. MILIBAND - State Bar No. 77438
8   jmiliband@rusmiliband.com
9   **RUS MILIBAND & SMITH**
    **A PROFESSIONAL CORPORATION**
10  2211 Michelson Drive, Seventh Floor
    Irvine, California 92612
11
    Telephone: (949) 752-7100
12  Facsimile: (949) 252-1514
    Attorneys for SunCal Management LLC
13

14
15              **UNITED STATES BANKRUPTCY COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
16                      **SANTA ANA DIVISION**

17  In re:                              | Case No. 8:08-bk-17206-ES
                                        | Jointly Administered With Case Nos.
18  PALMDALE HILLS PROPERTY, LLC,       | 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES;
    and Its Related Debtors,            | 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES;
19  ---------------------------------   | 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES;
            Jointly Administered Debtors | 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES;
20          and Debtors-in-Possession.  | 8:08-bk-17249-ES; 8:08-bk-17573 ES; 8:08-bk-17574 ES;
                                        | 8:08-bk-17575 ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES;
21  Affects:                            | 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES;
    ☐  All Debtors                      | 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES;
22  ☒  Palmdale Hills Property, LLC     | and 8:08-bk-17588-ES
    ☒  SunCal Beaumont Heights, LLC     |
23  ☒  SCC/Palmdale                     | Chapter 11 cases
    ☒  SunCal Johannson Ranch, LLC      |
24  ☒  SunCal Summit Valley, LLC        |
    ☒  SunCal Emerald Meadows LLC       | **APPLICATION OF VOLUNTARY**
25  ☒  SunCal Bickford Ranch, LLC       | **DEBTORS FOR AUTHORITY TO EMPLOY**
    ☒  Acton Estates, LLC               | **AND COMPENSATE REAL ESTATE**
26  ☒  Seven Brothers LLC               | **BROKER, PARK PLACE PARTNERS, INC.,**
    ☒  SJD Partners, Ltd.               | **DBA LAND ADVISORS ORGANIZATION**
27  ☐  SJD Development Corp.            | **PURSUANT TO TERMS OF EXCLUSIVE**
28  _____| **MASTER AUTHORIZATION OF SALE**
        ***Caption Continued on Next Page*** | **AGREEMENT; MEMORANDUM OF**

MAINDOCS #166709-v6-Palmdale_Application_to_Employ_Land_Advisors.DOC

*Caption Continued from Previous Page*

☒ Kirby Estates, LLC
☒ SunCal Communities I, LLC
☒ SunCal Communities III, LLC
☒ SCC Communities LLC
☒ North Orange Del Rio Land, LLC
☒ Tesoro SF, LLC
☐ LB-L-SunCal Oak Valley, LLC
☐ SunCal Heartland, LLC
☐ LB-L-SunCal Northlake, LLC
☐ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☐ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

**POINTS AND AUTHORITIES; AND DECLARATIONS OF FRANK FAYE AND TERRY V. RUCKLE IN SUPPORT THEREOF**

[11 U.S.C. §§ 327 and 328]

[No Hearing Requested]

///

///

///

-2-

1    **TO THE HONORABLE ERITHE SMITH, UNITED STATES BANKRUPTCY**

2    **JUDGE, AND PARTIES-IN-INTEREST:**

3        Palmdale Hills Property, LLC ("Palmdale Hills"), SunCal Beaumont Heights, LLC

4    ("Beaumont"), SCC/Palmdale, SunCal Johannson Ranch, LLC ("Johannson"), SunCal Summit

5    Valley, LLC ("Summit Valley"), SunCal Emerald Meadows, LLC ("Emerald Meadows"), SunCal

6    Bickford Ranch, LLC ("Bickford"), Acton Estates, LLC ("Acton"), Seven Brothers, LLC ("Seven

7    Brothers"), SJD Partners, Ltd. ("SJD Partners"), Kirby Estates, LLC ("Kirby Estates"), SunCal

8    Communities I, LLC ("SunCal I"), SunCal Communities III, LLC ("SunCal III"), SCC

9    Communities, LLC ("SCC Communities"), North Orange Del Rio Land, LLC ("Del Rio") and

10    Tesoro SF, LLC ("Tesoro"), sixteen of the jointly administered debtors-in-possession in the above-

11    captioned cases ("Voluntary Debtors") hereby apply to this Court for an order pursuant to 11 U.S.C.

12    §§ 327 and 328 authorizing the Voluntary Debtors to employ Park Place Partners, Inc., a California

13    corporation, dba Land Advisors Organization ("Firm"), as their real estate broker to assist the

14    Voluntary Debtors with the sale of the Projects (defined below) ("Application").

15        This Application is made and based upon the attached Memorandum of Points and

16    Authorities, the Declarations of Frank Faye and Terry V. Ruckle ("Ruckle Declaration"), and upon

17    any additional evidence, both oral and documentary, that may be presented to the Court at or before

18    the time of the hearing, if any, on this Application.

19                                    **I.**

20                            **STATEMENT OF FACTS**

21    **A.    Proposed Sale of the Projects Pursuant to the SunCal Plan Proponents'**

22            **Chapter 11 Plans.**

23        The Voluntary Debtors are single purpose entities formed to develop real estate projects

24    throughout California.  Palmdale Hills, Bickford, Emerald Meadows, Acton, Beaumont, Johannson,

25    SCC Communities, Del Rio and Tesoro and their parent, SCC Acquisitions Inc. ("Acquisitions"),

26    are joint proponents of Chapter 11 plans of reorganization in their respective cases ("VD Plans").  In

27    addition, the Voluntary Debtors and Acquisitions are joint plan proponents having filed Chapter 11

28    plans of reorganization ("TD Plans") in the respective Chapter 11 cases of SunCal Oak Valley, LLC,

1 | SunCal Heartland, LLC, Delta Coves Venture, LLC, SunCal PSV, LLC, SunCal Marblehead, LLC,

2 | SunCal Oak Knoll, LLC and SunCal Torrance, LLC (collectively, "Trustee Debtors" and together

3 | with the Voluntary Debtors, the "Debtors").

4 |     The VD Plans and the TD Plans provide for the marketing and sale of the Debtors' interest

5 | in the real estate projects (individually, "Project" and collectively, "Projects") pursuant to

6 | competitive overbid procedures designed to maximize value to the Debtors' estates.  The Debtors'

7 | Projects are generally described as follows:

| Debtor | Project Name | City | County | Lots/Units +/- | Acres +/- |
|---|---|---|---|---|---|
| Palmdale Hills | Ritter Ranch | Palmdale | Los Angeles | 7,200 | 10,625 |
| Bickford | Bickford Ranch | Penryn | Placer | 2,105 | 1,943 |
| Emerald Meadows | Emerald Meadows Ranch | Rubidoux | Riverside | 1,007 | 278 |
| Acton | Acton Estates | Acton | Los Angeles | 136 | 175 |
| Beaumont | Beaumont Heights | Beaumont | Riverside | --- | 551 |
| Johannson | Johannson Ranch | Modesto | Stanislaus | 921 | 501 |
| SCC Communities | Joshua Ridge | Victorville | San Bernardino | -- | 80 |
| Del Rio | Del Rio | Orange | Orange | CFD | CFD |
| Tesoro | Tesoro | Santa Clarita | Los Angeles | 45 | 185 |
| SunCal Oak Valley | Oak Valley | Beaumont | Riverside | 3,417 | 985 |
| SunCal Heartland | Heartland | Beaumont | Riverside | 983 | 417 |
| Delta Coves Venture | Delta Coves | Bethel Island | Contra Costa | 494 | 310 |
| SunCal PSV | Palm Springs Village | Palm Springs | Riverside | 752 single and 398 multi family units | 309 |
| SunCal Marblehead | Marblehead | San Clemente | Orange | 308 | 247 |
| SunCal Oak Knoll | Oak Knoll | Oakland | Alameda | 960 units | 172 |
| SunCal Torrance | Del Amo | Torrance | Los Angeles | 365 units | 14 |

**B.**     **Need for the Firm's Employment and Services to Be Rendered**.

The Firm is being retained as the Voluntary Debtors' exclusive real estate broker to sell the Projects, either in multiple different parcels in separate transactions or in a bulk sale transaction in furtherance of the VD Plans and the TD Plans.  The Voluntary Debtors require the assistance of the Firm to market and sell the Projects, including soliciting overbids to maximize the value of the Projects to the Debtors' estates.

As a result, the Voluntary Debtors seek to employ the Firm in accordance with the terms of the Exclusive Master Authorization of Sale Agreement between the Debtors and the Firm, dated September 26, 2011 (the "Agreement"), a true and correct copy of which is attached as Exhibit "1" to the Ruckle Declaration.  None of the services that the Firm will render will be duplicative of the services rendered by any of the other professionals of the Debtors employed in these Chapter 11 cases.

**C.**     **The Firm's Qualifications**.

The Firm has more than 20 offices throughout the United States and is the only nationwide brokerage firm that focuses exclusively on the sale of land.  Since 1987, the Firm has provided public and private homebuilders, lenders, financial institutions, debtors-in-possession, bankruptcy trustee, court appointed receivers, developers and independent investors with land brokerage expertise and advisory services.  Over the past approximately 20 years, the Firm has closed more than $10 billion in transactions, including sales in excess of 400,000 lots and in excess of 100,000 acres of land.  A copy of the Firm's résumé is attached as Exhibit "2" to the Ruckle Declaration.

**D.**     **Terms of the Proposed Employment**.

The Firm will render services to the Debtors on a percentage fee basis, the terms of which are set forth in the Agreement.  The material terms of the Agreement provide as follows:[1]

1.  The Voluntary Debtors agree to retain the Firm as the exclusive sales broker for the Projects for a term (the "Listing Period") of six (6) months commencing September 26, 2011, and expiring on the earlier to occur of March 26, 2011, or the date the Agreement is

---

[1] The terms of the Agreement control in the event of any inconsistency between the Agreement and the summary contained herein.

terminated in accordance with the provisions thereof (such last day of the Listing Period shall hereinafter be referred to as the "Termination Date");

2.  In consideration of the Agreement and the Firm's agreement to diligently market and sell the Projects pursuant to competitive overbid procedures, the applicable Voluntary Debtor whose Project is being sold agrees to pay the Firm a commission (the "Commission") equal to one and one-half percent (1.5%) of the gross sales price of the applicable Project solely from the proceeds of sale of such Project;

3.  The Firm understands that the Agreement is subject to Court approval and that the Firm's employment may not be approved by the Court in one or more of the Debtors' cases, or that one or more of the VD Plans and the TD Plans may not be confirmed by the Court. Further, the Firm understands that any sale of the Projects, or any of them, is and shall be subject to the approval of the Court, inclusive of any terms or sale procedures imposed or approved by the Court in connection with the VD Plans and the TD Plans or otherwise.

4.  In the event that the Agreement is not approved by the Court or that one or more of the VD Plans and the TD Plans is not confirmed by the Court, the applicable Voluntary Seller is authorized to terminate the Agreement as to such applicable Project and such Voluntary Debtor and all other Voluntary Debtors shall have no obligation to pay a Commission or other compensation to the Firm with respect to such applicable Project.

5.  The Voluntary Debtors understand that the Firm will only provide marketing advisory services related to overbid/sale procedures, the marketing and sales process and the timing thereof, as of the commencement of the Listing Period. The Firm will not market the Projects for sale nor can the Firm provide any valuation opinions, for reasons discussed in the Ruckle Declaration, pending Court approval of the Agreement and confirmation of the VD Plans and the TD Plans.

The Voluntary Debtors and the Firm believe that the percentage fee arrangement is reasonable compensation for the actual and necessary services that the Firm will render post-petition to the Voluntary Debtors and is commensurate with market rates charged by competitor firms.

1    In an effort to minimize administrative expenses in these cases the Voluntary Debtors seek

2    from the Court final approval, without the need to file a fee application, of the Firm's fees and costs.

3    The Firm recognizes that any additional fees or costs in excess of those sought in this Application

4    will require Court approval, and if applicable, the Firm will seek such approval pursuant to the

5    Bankruptcy Code and local bankruptcy rules.

6    The Firm understands that, to the extent the Firm's compensation is not approved pursuant to

7    this Application (i.e., without the need for filing a fee application), the Firm will apply to this Court

8    for compensation and reimbursement for fees incurred and costs advanced in this case, and that the

9    proposed compensation arrangement will be subject to the provisions of Section 328 of the

10   Bankruptcy Code, which authorizes this Court to allow compensation different from what is

11   provided herein if the fee arrangement provided for herein appears, in retrospect, to have been

12   improvident in light of developments unanticipated at the outset of this case. The Firm understands

13   and agrees that, if aggregate interim payments made to the Firm exceed the amount which is

14   ultimately allowed to the Firm, the Firm will be required to, and will, promptly repay to the

15   Voluntary Debtors such difference.

16   **E.**     **Disclosure of Relationship with the Debtors.**

17   The Firm has conducted a conflicts check on the Debtors' creditors. Except as set forth

18   above and in the Ruckle Declaration, based on the results of the conflicts search conducted to date,

19   the Firm believes that the Firm does not, insofar as the Firm has been able to ascertain: (a) hold or

20   represent any interest adverse to the Debtors' estates that would impair the Firm's ability to

21   objectively perform professional services for the Debtors, in accordance with Section 327 of the

22   Bankruptcy Code; or (b) have any connection with creditors and other parties-in-interest relating to

23   the Debtors or these Chapter 11 cases.

24   None of the professionals comprising or employed by the Firm is related to any judge of the

25   United States Bankruptcy Court for the Central District of California, the U.S. Trustee, or to any

26   person employed by the U.S. Trustee. The Firm has agreed not to share with any person or entity

27   any compensation received by the Firm in this case, except as among the members of the Firm.

28

## II.

## THE BANKRUPTCY CODE AUTHORIZES THE

## VOLUNTARY DEBTORS TO EMPLOY PROFESSIONALS

Section 327 of the Bankruptcy Code, which governs employment of professional persons, provides, in pertinent part, as follows:

> . . . the trustee[2], with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

11 U.S.C. § 327(a).

Fed. R. Bankr. P. 2014 mandates that a professional seeking approval of its employment by the bankruptcy estate disclose "any proposed arrangement for compensation" and "all of the person's connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, [and] the United States Trustee." All facts pertinent to a court's determination of whether the professional is disinterested or holds an interest adverse to the estate must be disclosed. The professional is required to make a full, candid and complete disclosure in its application for employment. *See In re Lotus Properties LP*, 200 B.R. 388, 391 (Bankr. C.D. Cal. 1996) (*citing In re Park Helena Corp.*, 63 F.3d 877, 880-82 (9th Cir. 1995)); *In re Gire*, 107 B.R. 739, 746 (Bankr. E.D. Cal. 1989); Fed. R. Bankr. P. 2014.

### A.    The Firm Does Not Hold an Interest Adverse to the Debtors' Estates.

The phrase "adverse interest" is not statutorily defined. However, courts have stated that a party will be deemed to hold or represent an "adverse interest" to the estate when it: (1) possesses or asserts any economic interest that would tend to lessen the value of the bankruptcy estate or that would create an actual or potential dispute in which the estate is a rival claimant; or (2) possesses a predisposition under circumstances that render such a bias against the estate. *Tevis v. Wilke, Fleury, Hoffelt, Gould & Birney (In re Tevis)*, 347 B.R. 679, 688 (9th Cir. BAP 2006); *In re Lee*, 94 B.R. 172, 177 (Bankr. C.D. Cal. 1989). Here, neither the Firm nor any professionals who are members of

---

[2] Except for certain limitations not applicable here, a debtor has all of the rights and powers of, and performs all of the functions and duties of, a trustee in a Chapter 11 case. 11 U.S.C. § 1107(a).

the Firm possess or assert an economic interest that would tend to lessen the value of the estates or that would create an actual or potential dispute against the estates or has a predisposition that will create a bias against the estates.  Accordingly, the Firm does not hold an interest adverse to the estates.

**B.    The Firm is Disinterested.**

"Disinterested persons" are defined in Section 101(14) as follows:

"disinterested person" means [a] person that -
(A) is not a creditor, an equity security holder, or an insider;
(B) is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor; and
(C) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor . . . or for any other reason . . .

11 U.S.C. § 101(14).

Based on the disclosure made herein and the Ruckle Declaration, the Firm is disinterested.

**C.    The Firm's Employment Should Be Approved.**

Based on the foregoing and the disclosure made herein, which satisfies the disclosure requirements imposed by the Bankruptcy Code, Fed. R. Bankr. P. 2014 and Local Bankruptcy Rule 2014-1, the Firm has met the required standards for employment in this case.  Accordingly, this Court may authorize the proposed employment of the Firm as the Debtors' real estate broker pursuant to Bankruptcy Code Section 327(a).

**III.**

**THE FIRM'S EMPLOYMENT SHOULD BE AUTHORIZED**

**UNDER SECTION 328 OF THE BANKRUPTCY CODE**

Section 328(a) of the Bankruptcy Code provides, in pertinent part:

The trustee . . . with the court's approval, may employ or authorize the employment of a professional person under section 327 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis . . . .

11 U.S.C. § 328(a) (emphasis added).

1    The Voluntary Debtors believe that the Firm's terms and conditions of employment,

2    including the percentage fee commission, are reasonable. Accordingly, the Voluntary Debtors

3    believe that the Firm may be employed pursuant to Section 328.

4    **IV.**

5    **NOTICE OF THE APPLICATION IS APPROPRIATE, AND NO**

6    **FURTHER HEARING IN RESPECT OF THE APPLICATION IS**

7    **REQUIRED, UNLESS SUCH HEARING IS ORDERED BY THIS**

8    **COURT OR SPECIFICALLY REQUESTED BY A PARTY-IN-INTEREST**

9    Notice of the relief requested by this Application has been provided to the U.S. Trustee, the

10    Committee and any other party in interest entitled to notice under Federal Rule of Bankruptcy

11    Procedure 2002 and Local Bankruptcy Rule 2014-1(b)(2)(A). The Office of the United States

12    Trustee and the Committee have been afforded an opportunity to object to the Application and

13    request a hearing on this Application, should they object to the relief requested hereby.

14    Consequently, the Firm has complied fully with the applicable federal and local rules.

15    **V.**

16    **CONCLUSION**

17    Based upon the foregoing, the Voluntary Debtors respectfully submit that good cause exists

18    for this Court to enter an order:

19    1.    Authorizing the Voluntary Debtors, based upon the foregoing and pursuant to

20    Sections 327(a) and 328(a) of the Bankruptcy Code and Rule 2014(a) of the Federal Rules of

21    Bankruptcy Procedure, to employ and compensate the Firm as their real estate broker, in

22    accordance with the terms set forth herein and the Agreement;

23    2.    Approving the Firm's fees and expenses as described in the Application on a

24    final basis, without further order of the Court; and

25    ///

26    ///

27

28

-10-

1          3.    Granting to the Firm such other and further relief as the Court deems just and

2    appropriate.

3                    Respectfully submitted,

4

5    Dated:  September 26, 2011          Voluntary Debtors

6
                      By:  /s/ Bruce V. Cook

7                            Bruce V. Cook, General Counsel

8    **PRESENTED BY:**

9    **WINTHROP COUCHOT**

10   **PROFESSIONAL CORPORATION**

11
By: /s/ Paul J. Couchot

12       Paul J. Couchot

13   General Insolvency Counsel for Voluntary
Debtors, Palmdale Hills Property, LLC, et.al.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF FRANK FAYE

I, Frank Faye, hereby declare and state as follows:

1.　　I am over the age of eighteen years. The facts stated herein are within my personal knowledge, or I have obtained knowledge of these facts from the books and records of the Voluntary Debtors.[3]

2.　　I am the Chief Operating Officer of SCC Acquisitions, Inc. ("SCC").  SCC is either a direct or an indirect equity holder of the Voluntary Debtors.

3.　　This declaration is submitted in support of the Application of Voluntary Debtors for Authority to Employ and Compensate Real Estate Broker, Park Place Partners, Inc., dba Land Advisors Organization Pursuant to Terms of Exclusive Master Authorization of Sale Agreement ("Application").

4.　　The Voluntary Debtors are single purpose entities formed to develop real estate projects throughout California.  Palmdale Hills, Bickford, Emerald Meadows, Acton, Beaumont, Johannson, SCC Communities, Del Rio and Tesoro and their parent, SCC Acquisitions Inc. ("Acquisitions"), are joint proponents of Chapter 11 plans of reorganization in their respective cases ("VD Plans").  In addition, the Voluntary Debtors and Acquisitions are joint plan proponents having filed Chapter 11 plans of reorganization ("TD Plans") in the respective Chapter 11 cases of SunCal Oak Valley, LLC, SunCal Heartland, LLC, Delta Coves Venture, LLC, SunCal PSV, LLC, SunCal Marblehead, LLC, SunCal Oak Knoll, LLC and SunCal Torrance, LLC (collectively, "Trustee Debtors" and together with the Voluntary Debtors, the "Debtors").

5.　　The VD Plans and the TD Plans provide for the marketing and sale of the Debtors' interest in the real estate projects ("Projects") pursuant to competitive overbid procedures designed to maximize value to the Debtors' estates.  The Debtors' Projects are generally described as follows:

---

[3] Palmdale Hills Property, LLC ("Palmdale Hills"), SunCal Beaumont Heights, LLC ("Beaumont"), SCC/Palmdale, SunCal Johannson Ranch, LLC ("Johannson"), SunCal Summit Valley, LLC ("Summit Valley"), SunCal Emerald Meadows, LLC ("Emerald Meadows"), SunCal Bickford Ranch, LLC ("Bickford"), Acton Estates, LLC ("Acton"), Seven Brothers, LLC ("Seven Brothers"), SJD Partners, Ltd. ("SJD Partners"), Kirby Estates, LLC ("Kirby Estates"), SunCal Communities I, LLC ("SunCal I"), SunCal Communities III, LLC ("SunCal III"), SCC Communities, LLC ("SCC Communities"), North Orange Del Rio Land, LLC ("Del Rio") and Tesoro SF, LLC ("Tesoro").

| Debtor | Project Name | City | County | Lots/Units +/- | Acres +/- |
|--------|--------------|------|--------|----------------|-----------|
| Palmdale Hills | Ritter Ranch | Palmdale | Los Angeles | 7,200 | 10,625 |
| Bickford | Bickford Ranch | Penryn | Placer | 2,105 | 1,943 |
| Emerald Meadows | Emerald Meadows Ranch | Rubidoux | Riverside | 1,007 | 278 |
| Acton | Acton Estates | Acton | Los Angeles | 136 | 175 |
| Beaumont | Beaumont Heights | Beaumont | Riverside | --- | 551 |
| Johannson | Johannson Ranch | Modesto | Stanislaus | 921 | 501 |
| SCC Communities | Joshua Ridge | Victorville | San Bernardino | -- | 80 |
| Del Rio | Del Rio | Orange | Orange | CFD | CFD |
| Tesoro | Tesoro | Santa Clarita | Los Angeles | 45 | 185 |
| SunCal Oak Valley | Oak Valley | Beaumont | Riverside | 3,417 | 985 |
| SunCal Heartland | Heartland | Beaumont | Riverside | 983 | 417 |
| Delta Coves Venture | Delta Coves | Bethel Island | Contra Costa | 494 | 310 |
| SunCal PSV | Palm Springs Village | Palm Springs | Riverside | 752 single and 398 multi family units | 309 |
| SunCal Marblehead | Marblehead | San Clemente | Orange | 308 | 247 |
| SunCal Oak Knoll | Oak Knoll | Oakland | Alameda | 960 units | 172 |
| SunCal Torrance | Del Amo | Torrance | Los Angeles | 365 units | 14 |

6.    The Firm is being retained as the Voluntary Debtors' exclusive real estate broker to sell the Projects, either in multiple different parcels in separate transactions or in a bulk sale transaction in furtherance of the VD Plans and the TD Plans. The Voluntary Debtors require the assistance of the Firm to market and sell the Projects, including soliciting overbids to maximize the value of the Projects to the Debtors' estates.

1    7.    As a result, the Voluntary Debtors seek to employ the Firm in accordance with the

2  terms of the Exclusive Master Authorization of Sale Agreement between the Debtors and the Firm,

3  dated September 26, 2011 (the "Agreement"), a true and correct copy of which is attached as

4  Exhibit "1" to the Declaration of Terry V. Ruckle.

5    8.    The Voluntary Debtors believe that the percentage fee arrangement is reasonable

6  compensation for the actual and necessary services that the Firm will render to the Debtors and

7  commensurate with market rates.

8    I declare that the foregoing is true and correct under the penalty of perjury.

9    Executed this 26th day of September 2011 in Orange County, California.

10

11    _____/s/ Frank Faye_____

12    Frank Faye

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF TERRY V. RUCKLE

I, Terry V. Ruckle, hereby declare and state as follows:

1.      I am an individual over the age of 18 years.

2.      The facts stated herein are within my personal knowledge and I believe them to be true and correct.

3.      This declaration is submitted for the Application of Voluntary Debtors for Authority to Employ and Compensate Real Estate Broker, Park Place Partners, Inc., dba Land Advisors Organization Pursuant to Terms of Exclusive Master Authorization of Sale Agreement ("Application").

4.      I am a founding principal and senior marketing consultant for the California Division of Park Place Partners, Inc. dba Land Advisors Organization ("Firm"). The Firm has more than 20 offices throughout the United States and is the only nationwide brokerage firm that focuses exclusively on the sale of land.

5.      Since 1987, the Firm has provided public and private homebuilders, lenders, financial institutions, debtors-in-possession, bankruptcy trustee, court appointed receivers, developers and independent investors with land brokerage expertise and advisory services. Over the past approximately 20 years, the Firm has closed more than $10 billion in transactions, including sales in excess of 400,000 lots and in excess of 100,000 acres of land.

6.      The Voluntary Debtors[4] desire to employ the Firm pursuant to the terms of the Exclusive Master Authorization of Sale Agreement ("Agreement"), a true and correct copy of which is attached hereto as Exhibit "1" and incorporated herein by this reference.

7.      As set forth in the Agreement, the Firm is being retained as the exclusive broker to sell the Projects, either in multiple different parcels in separate transactions or in a bulk sale transaction. The Firm will market and negotiate the sale of the Projects, including soliciting overbids to maximize the value of the Projects to the Debtors' estates. I am the principal of the Firm that will have primary responsibility for the marketing and sale of the Projects.

---

[4] Terms not defined herein have the same meaning as in the Application.

1    8.    My area of expertise is in residential land sales in the California, Los Angeles Basin

2    and Ventura County regions.  During my approximate 25-year career, I have played an integral role

3    in the sale of more than 130,000 residential units for consideration exceeding $4.4 billion.  A copy of

4    the Firm's and my résumé are collectively attached hereto as Exhibit "2."

5    9.    I believe that none of the services that the Firm will render will be duplicative of the

6    services rendered by any of the other professionals of the Debtors employed in these Chapter 11

7    cases.

8    10.    The Firm will render services to the Voluntary Debtors and be compensated on a

9    percentage fee basis, pursuant to the terms set forth in the Agreement, attached hereto as

10    Exhibit "1."

11    11.    The material terms of the Agreement provide as follows:[5]

12        a.  The Voluntary Debtors agree to retain the Firm as the exclusive sales broker

13        for the Projects for a term (the "Listing Period") of six (6) months commencing

14        September 26, 2011, and expiring on the earlier to occur of March 26, 2011, or the

15        date the Agreement is terminated in accordance with the provisions thereof (such last

16        day of the Listing Period shall hereinafter be referred to as the "Termination Date");

17        b.  In consideration of the Agreement and the Firm's agreement to diligently

18        market and sell the Projects pursuant to competitive overbid procedures, the

19        applicable Voluntary Debtor whose Project is being sold agrees to pay the Firm a

20        commission (the "Commission") equal to one and one-half percent (1.5%) of the

21        gross sales price of the applicable Project solely from the proceeds of sale of such

22        Project;

23        c.  The Firm understands that the Agreement is subject to Court approval and that

24        the Firm's employment may not be approved by the Court in one or more of the

25        Debtors' cases, or that one or more of the VD Plans and the TD Plans may not be

26        confirmed by the Court.  Further, the Firm understands that any sale of the Projects,

27

28    _____
[5] The terms of the Agreement control in the event of any inconsistency between the Agreement and the summary
contained herein.

1    or any of them, is and shall be subject to the approval of the Court, inclusive of any

2    terms or sale procedures imposed or approved by the Court in connection with the

3    VD Plans and the TD Plans or otherwise.

4        d.  In the event that the Agreement is not approved by the Court or that one or

5    more of the VD Plans and the TD Plans is not confirmed by the Court, the applicable

6    Voluntary Seller is authorized to terminate the Agreement as to such applicable

7    Project and such Voluntary Debtor and all other Voluntary Debtors shall have no

8    obligation to pay a Commission or other compensation to the Firm with respect to

9    such applicable Project.

10        e.  The Voluntary Debtors understand that the Firm will only provide marketing

11    advisory services related to overbid/sale procedures, the marketing and sales process

12    and the timing thereof, as of the commencement of the Listing Period.  The Firm will

13    not market the Projects for sale nor can the Firm provide any valuation opinions, for

14    reasons discussed in paragraph 16.c below, pending Court approval of the Agreement

15    and confirmation of the VD Plans and the TD Plans.

16    12.    The Firm believes that the percentage fee arrangement is reasonable compensation

17  for the actual and necessary services that the Firm will render to the Voluntary Debtors and is

18  commensurate with market rates charged by competitor firms.

19    13.    In an effort to minimize administrative expenses in these cases, the Firm seeks from

20  the Court final approval, without the need to file a fee application, of the Firm's fees and costs. The

21  Firm recognizes that any additional fees or costs in excess of the fees and costs sought in the

22  Application will require Court approval, and if applicable, the Firm will seek such approval pursuant

23  to the Bankruptcy Code and applicable local bankruptcy rules.

24    14.    The Firm understands that, to the extent the Firm's compensation is not approved

25  pursuant to this Application (i.e., without the need for filing a fee application), the Firm will apply

26  to this Court for compensation and reimbursement for fees incurred and costs advanced in this case,

27  and that the proposed compensation arrangement will be subject to the provisions of Section 328 of

28  the Bankruptcy Code, which authorizes this Court to allow compensation different from what is

-17-

1    provided herein if the fee arrangement provided for herein appears, in retrospect, to have been

2    improvident in light of developments unanticipated at the outset of this case.  The Firm understands

3    and agrees that, if aggregate interim payments made to the Firm exceed the amount which is

4    ultimately allowed to the Firm, the Firm will be required to, and will, promptly repay to the

5    Voluntary Debtors such difference.

6         15.    The Firm has conducted a conflicts check on the Debtors' creditors.  Except as set

7    forth herein, based on the results of the conflicts search conducted to date, to the best of the Firm's

8    knowledge, the Firm believes that the Firm does not, insofar as the Firm has been able to ascertain:

9    (a) hold or represent any interest adverse to the Debtors' estates that would impair the Firm's ability

10   to objectively perform professional services for the Debtors, in accordance with Section 327 of the

11   Bankruptcy Code; or (b) have any connection with creditors and other parties-in-interest relating to

12   the Debtors or these Chapter 11 cases.

13        16.    The following is intended to be a complete description of the Firm's connections

14   with the Debtors, principals of the Debtors, insiders, the Debtors' creditors, and any other parties or

15   parties-in-interest and their respective attorneys and accountants, or any person employed in the

16   Office of the United States Trustee.

17             a.  In approximately 2002 and 2006, the Firm brokered the sale to a SunCal

18             related entity of two projects in Los Angeles County and Riverside County

19             respectively.  A Lehman Brothers-related entity was a secured creditor with respect

20             to the project in Los Angeles County.  Both projects are completely unrelated to the

21             properties that are the subject of the application to employ the Firm.

22             b.  By order entered on February 2, 2011, Firm was employed by Alfred H.

23             Siegel, the Chapter 11 trustee for the jointly administered estates of

24             LBREP/L-SunCal Master I, LLC, LBREP/L-SunCal McAlister Ranch, LLC,

25             LBREP/L-SunCal McSweeny Farms, LLC, and LBREP/L-SunCal Summerwind

26             Ranch, LLC (lead case no. 8:08-bk-15588 ES), to sell properties that are summarized

27             as follows: (i) the McAllister Ranch real estate development project comprised of

28             2,070 acres located near Bakersfield, in Kern County, California; (ii) the McSweeny

-18-

real estate development project comprised of 673 acres located near Hemet in Riverside County, California, and (iii) the Summerwind Ranch real estate development project comprised of approximately 2,591 acres located near Calimesa in Riverside County, California. The Firm's efforts resulted in the sale of these properties for approximately $70 million.

c.   The Firm was retained on or about October 22, 2010 by LAMCO, a Lehman Brothers related entity to provide a marketing analysis and valuation opinion for several of the Projects. The Firm's retention by LAMCO is subject to the terms of a confidentiality agreement.

d.   The Firm may have other current listings which involved other actual or potential creditors of the Debtors. However, such listings are unrelated to the properties or the Debtors' cases.

e.   The Firm is not a creditor, an equity security holder or an insider of the Debtors.

f.   The Firm is not and was not within three years before the date of the filing of the petition herein, an investment banker for security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors.

g.   The Firm is not and was not within two years before the date of the filing of the petition herein, a director, officer or employee of the Debtors or any investment banker for any security of the Debtors.

h.   The Firm neither holds nor represents any interests materially adverse to the interests of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or any investment banker for any security of the Debtors, or for any other reason.

17.    To the best of the Firm's knowledge, none of the professionals comprising or employed by the Firm is related to any judge of the United States Bankruptcy Court for the Central District of California, the U.S. Trustee, or to any person employed by the U.S. Trustee. The Firm has agreed not to share with any person or entity any compensation received by the Firm in this case, except as among the members of the Firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of September 2011, at Irvine, California.

Terry V. Ruckle

-20-

# EXHIBIT "1"



EXCLUSIVE MASTER
AUTHORIZATION
OF SALE

This Exclusive Master Authorization of Sale Agreement (the "Agreement") is entered into this 26ᵗʰ day of September, 2011, between Palmdale Hills Property, LLC ("Palmdale Hills"), SunCal Beaumont Heights, LLC ("Beaumont"), SCC/Palmdale, SunCal Johannson Ranch, LLC ("Johannson"), SunCal Summit Valley, LLC ("Summit Valley"), SunCal Emerald Meadows, LLC ("Emerald Meadows"), SunCal Bickford Ranch, LLC ("Bickford"), Acton Estates, LLC ("Acton"), Seven Brothers, LLC ("Seven Brothers"), SJD Partners, Ltd. ("SJD Partners"), Kirby Estates, LLC ("Kirby Estates"), SunCal Communities I, LLC ("SunCal I"), SunCal Communities III, LLC ("SunCal III"), SCC Communities, LLC ("SCC Communities"), North Orange Del Rio Land, LLC ("Del Rio") and Tesoro SF, LLC ("Tesoro") or their designated assignees (hereinafter individually "Seller" and collectively ***"Sellers"***), and  Park Place Partners, Inc., a California corporation d/b/a Land Advisors Organization (hereinafter ***"Broker"***), with reference to the following facts:

     A.     Sellers are debtors in the Chapter 11 cases of *In re Palmdale Hills Property, LLC* and its related debtors ("Cases", lead case no. 8:08-bk-17206-ES) pending in the United States Bankruptcy Court for the Central District of California, Santa Ana Division ("Court").

     B.     Sellers are the owners and/or proponents of pending chapter 11 plans of reorganization ("Plans") in the Cases which provide for the marketing and sale of certain parcels of real properties located in various locations in California, and such properties are more particularly described in *Exhibit A* attached hereto (and such properties are collectively sometimes referred to as the "Properties" and individually as a "Property").

     B.     This Agreement is a 'master agreement" under which Broker is being retained to sell multiple different parcels in separate transactions or in a bulk sale transaction on terms approved by Sellers in their sole discretion.  Sellers may from time to time add to or for reasons set forth below, delete from the list of Properties.

     C.     Sellers intend to sell the Properties pursuant to a competitive overbid procedure designed to maximize the price upon such terms as may be desirable to Sellers, in their sole and absolute discretion.

     D.     Broker is duly licensed as a real estate broker in the State of California and is experienced in the sale of properties similar to the Properties.

     E.     Sellers desire to retain Broker as the exclusive sales broker for the Properties and Broker desires to serve as the exclusive sales broker for the Properties upon the terms and conditions hereinafter set forth.

     NOW, THEREFORE, in consideration of the premises and for other good and valuable consideration, the receipt whereof and sufficiency of which is hereby acknowledged, the parties agree as follows:

1.     Sellers hereby agree to retain Broker as the exclusive sales broker for the Properties for a term (the "Listing Period") of six (6) months commencing September 26, 2011, and expiring on the earlier to occur of March 26, 2011, or the date this Agreement is terminated in accordance with the provisions hereof (such last day of the Listing Period shall hereinafter be referred to as the "Termination Date").

2.     In consideration of this Agreement and Broker's agreement to diligently market and sell the Properties pursuant to competitive overbid procedures, the applicable Seller whose Property is being sold agrees to pay Broker a commission (the "Commission") equal to one and one-half percent (1.5%) of the gross sales price of the applicable Property solely from the proceeds of sale of such Property. In the event an exchange or joint venture is affected in lieu of a sale, a full sales commission shall be paid by the Sellers computed on the fair market value of the Properties contributed to the venture or exchanged. The Commission shall be paid through escrow upon the closing of any sale or exchange transaction with respect to the Properties or, in the event of a joint venture, at the time the joint venture agreement is mutually executed. Sellers agree to cooperate with Broker in effecting a sale of the Properties and to immediately refer to Broker all inquiries of any person or entity interested in purchasing the Properties. Should any deposit money be forfeited by any prospective buyer, Broker shall be entitled to receive one and one-half percent (1.5%) of such forfeited deposit money.

3.     The applicable Seller whose Property is being sold shall pay the Commission to Broker if during the Listing Period: (a) the Properties or any interest therein is sold, exchanged, transferred or otherwise conveyed including without limitation the granting of an option or right of first refusal, by or through Broker, Sellers or any other person or entity; (b) any contract for the

Exclusive Master Authorization of Sale for:           Page 1 of 4              Sellers Initials ___ Broker Initials____
LAO & _____

**Land Advisors** ORGANIZATION

EXCLUSIVE MASTER
AUTHORIZATION
OF SALE

sale, exchange, transfer, conveyance or joint venture of the Properties or any interest therein, including without limitation the granting of an option or right of first refusal, is made directly or indirectly by the Sellers.

4.      Sellers shall be obligated to pay the Commission to Broker if within ninety (90) days after the expiration of the Listing Period the Sellers or any affiliate of Sellers enters into a contract for the sale, exchange, transfer, conveyance or joint venture of the Properties or any interest therein, including without limitation the granting of an option or right of first refusal, with any person or entity that, during the term of the Listing Period (or any extension thereof): (a) made a written offer to purchase the Properties (whether through Broker or otherwise) or any interest therein, whether or not such transaction is consummated on the same or different terms and conditions contained in such offer, or (b) was introduced to the Properties by Broker and whose name appears on a list of such persons or entities (the *"Registration List"*); provided, however, such Registration List shall not exceed twenty-five (25) names. Broker shall deliver the Registration List to Sellers at the address below stated within five (5) calendar days following the expiration of the Listing Period.

5.      Broker understands that this Agreement is subject to Court approval and that the Broker's employment may not be approved by the Court in one or more of the Seller's Cases, or that one or more of the Seller's Plans may not be confirmed by the Court. Further, Broker understands that any sale of the Properties, or any of them, is and shall be subject to the approval of the Court, inclusive of any terms or sale procedures imposed or approved by the Court in connection with the Plans or otherwise. In the event that this Agreement is not approved by the Court or that one or more of the Sellers' Plan(s) is not confirmed by the Court, the applicable Seller is authorized to terminate the Agreement as to the applicable Property and such Seller and all other Sellers shall have no obligation to pay a commission or other compensation to Broker with respect to such applicable Property. Sellers understand that Broker will provide consultation, strategic and marketing advisory services as of the commencement of the Listing Period, but that Broker will not market the Properties for sale pending Court approval of the Agreement and confirmation of the Sellers' Plans.

6.      Sellers represent that neither Broker nor any salesperson affiliated with Broker has made any promises or representations to or agreements with Sellers not contained herein which in any manner affect Sellers' and Broker's rights and obligations under this Agreement.

7.      Sellers hereby acknowledge that neither Broker nor any salesperson associated with Broker is qualified or authorized to give legal or tax advice; if Sellers desire such advice they shall consult with an attorney or accountant. Broker shall not be responsible for performing any due diligence or other investigation of the Properties, or for providing professional advice with respect to any legal, tax, engineering, construction or hazardous materials issues.

8.      Sellers and Broker recognize that they each have limited information related to the Properties and, as such, Sellers and Broker each agree to hold the other harmless from any claims, demands, liabilities and damages (including attorneys' fees and other costs) related to the scope, existence, accuracy or completeness of any such information. Neither Sellers nor Broker is making, nor shall make, any representations or warranties regarding the Properties or any matters related thereto to each other or to any prospective purchasers thereof, and any sale of the Properties shall be made on an "AS-IS" basis without representation, warranty or assurance from either Sellers or Broker.

9.      Sellers hereby authorize Broker and any affiliate to represent and serve as agent for any prospective purchasers in the acquisition of the Properties, and to submit offers on behalf of any such purchasers. Sellers understand that this Agreement may result in Broker's representations of both Sellers and the prospective purchaser, and Sellers hereby authorize and consent to such dual representation, and Sellers hereby waive any conflict of interest which might arise as a result thereof.

10.      This Agreement and its validity, enforcement and interpretation shall be governed by the laws of the State of California (without regard to any principles of conflicts of laws) and applicable United States federal law. Sellers and Broker agree that the Court shall have jurisdiction over the interpretation and enforcement of this Agreement and the parties hereby submit to venue in the Court with respect to such matters for so long as the Court is willing to accept such jurisdiction.

11.      In any litigation, arbitration or other legal proceeding which may arise between any of the parties hereto, the prevailing party shall be entitled to recover its costs, including costs of arbitration and reasonable attorneys' fees in addition to any other relief to which such party may be entitled. The heirs, transferees, successors and assigns of the parties hereto are duly bound by the provisions of this Agreement.

Exclusive Master Authorization of Sale for:                Page 2 of 4                 Sellers Initials_____ Broker Initials_____
LAO & _____



EXCLUSIVE MASTER
AUTHORIZATION
OF SALE

12.    If, during the Listing Period negotiations involving the sale, transfer or conveyance of the Properties have commenced and are continuing, or a letter of intent, sale agreement, option or right of refusal for the purchase of the Properties is executed by all necessary parties, and/or an escrow is opened, then the Listing Period shall be extended by the cumulative number of days during which negotiations continue, or during which any letter of intent, sale agreement, option or right of first refusal was in effect and the number of days the escrow was open. Notwithstanding the foregoing, this Agreement shall expire in all cases no later than thirty-six (36) months after the original termination date stated above.

13.    Other terms and conditions:    Should a buyer be represented by an outside Broker, it shall be the responsibility of the buyer to pay procuring broker's fee.  Broker will not be responsible for paying a cooperative brokerage fee to an outside broker.

_____

_____

_____

_____

_____

_____

IN WITHNESS HEREOF, the parties hereto have executed this agreement as of the day and year first set forth above.

BROKER                                              SELLERS

Dated: _____ 2011              Dated: _____Septmb 26_____ 2011

                                                    Palmdale Hills Property, LLC, SunCal Beaumont
                                                    Heights, LLC, SCC/Palmdale, SunCal
                                                    Johannson Ranch, LLC, SunCal Summit Valley,
                                                    LLC, SunCal Emerald Meadows, LLC, SunCal
                                                    Bickford Ranch, LLC, Acton Estates, LLC, Seven
                                                    Brothers, LLC, SJD Partners, Ltd., Kirby Estates,
                                                    LLC, SunCal Communities I, LLC, SunCal
PARK PLACE PARTNERS, INC.                           Communities III, LLC, SCC Communities, LLC,
d/b/a Land Advisors Organization – California       North Orange Del Rio Land, LLC and Tesoro SF,
Division                                            LLC

By _____                     By _____

Name:    Thomas J. Reimers                          Name:    Bruce V. Cook, Esq.
Its:     President                                  Its:     Corporate Counsel
Address: 8105 Irvine Center Dr., Ste. 1460          Address: 2392 Morse Avenue
         Suite 1460                                          Irvine, CA 92614
         Irvine, California 92618
Phone:   (949) 852-8288                             Phone:   (949) 777-4060
Email:   treimers@landadvisors.com                 Email:   bcook@argentmanagementllc.com

Exclusive Master Authorization of Sale for:         Page 3 of 4              Sellers Initials _____ Broker Initials_____
LAO & _____

23



EXCLUSIVE MASTER
AUTHORIZATION
OF SALE

<u>EXHIBIT A</u>

Properties

| Debtor | Project Name | City | County | Lots/Units +/- | Acres +/- |
|--------|--------------|------|--------|----------------|-----------|
| Palmdale Hills | Ritter Ranch | Palmdale | Los Angeles | 7,200 | 10,625 |
| Bickford | Bickford Ranch | Penryn | Placer | 2,105 | 1,943 |
| Emerald Meadows | Emerald Meadows Ranch | Rubidoux | Riverside | 1,007 | 278 |
| Acton | Acton Estates | Acton | Los Angeles | 136 | 175 |
| Beaumont | Beaumont Heights | Beaumont | Riverside | ___ | 551 |
| Johannson | Johannson Ranch | Modesto | Stanislaus | 921 | 501 |
| SCC Communities | Joshua Ridge | Victorville | San Bernardino | ___ | 80 |
| Del Rio | Del Rio | Orange | Orange | CFD | CFD |
| Tesoro | Tesoro | Santa Clarita | Los Angeles | 45 | 185 |
| SunCal Oak Valley | Oak Valley | Beaumont | Riverside | 3,417 | 985 |
| SunCal Heartland | Heartland | Beaumont | Riverside | 983 | 417 |
| Delta Coves Venture | Delta Coves | Bethel Island | Contra Costa | 494 | 310 |
| SunCal PSV, | Palm Springs Village | Palm Springs | Riverside | 752 single and 398 multi family units | 309 |
| SunCal Marblehead | Marblehead | San Clemente | Orange | 308 | 247 |
| SunCal Oak Knoll | Oak Knoll | Oakland | Alameda | 960 units | 172 |
| SunCal Torrance | Del Amo | Torrance | Los Angeles | 365 units | 14 |

Exclusive Master Authorization of Sale for:
LAO & _____        Page 4 of 4        Sellers Initials _MW_   Broker Initials_____

24

# EXHIBIT "2"



LOCAL EXPERTISE

NATIONAL EXPOSURE

www.landadvisors.com

# Land Advisors Organization

**The Land Advisors Organization is the only nationwide brokerage firm that focuses exclusively on the sale of land.**
We provide public and private homebuilders, lenders, financial institutions, developers, and independent investors with land brokerage expertise and advisory services that are unmatched by any other firm.



Our Resources Include:

- A nationwide network of buyers, sellers, experts and consultants
- Exceptional local market knowledge and expertise
- Unparalleled land transaction experience
- Long-standing industry relationships
- Direct access to capital – both equity and debt
- Comprehensive market research
- Commitment to community involvement and professional development



# National Exposure

**No other firm offers the breadth and depth of market knowledge in as many sub-markets throughout the U.S. as Land Advisors Organization**



## 20+ OFFICES THROUGHOUT THE UNITED STATES

### DATABASE OF 20,000+ INDUSTRY CONTACTS

### SIGNIFICANT MARKET PRESENCE IN OVER 160+ COUNTIES

Land Advisors Organization's goal is to not only achieve the highest value for your property, but also to find the most qualified buyer. Land Advisors has over 50 dedicated land specialists in 20+ office locations in 7 states across the country. We leverage this national presence to expose a seller's property to thousands of prospects in order to find the right buyer.

**ARIZONA    CALIFORNIA    COLORADO    FLORIDA    NEVADA    TEXAS    UTAH**



# California Division





At Land Advisors Organization, we believe that in order to truly understand a sub-market, and to add substantial value to our clients' land transactions, on-the-ground presence is essential. That is why we strategically place offices in the most active and vital homebuilding markets throughout the state, and why our land specialists become so deeply entrenched in their geographically designated territories. Our land specialists continuously track and analyze the activity, history and current status of every land parcel.



# Unparalleled Experience

**IN 20+ YEARS, LAND ADVISORS ORGANIZATION HAS...**

**CLOSED MORE THAN $10 BILLION IN TRANSACTIONS**

**SOLD 400,000+ LOTS**

**SOLD 100 MILLION+ ACRES**

When our founding principals came together in 1987 to establish Land Advisors Organization, they created a land brokerage firm built on the experience of truly knowledgeable land specialists and a collaborative network of market experts. Today, each principal has over 20 years of experience closing land transactions and advising on a full spectrum of land deal issues.

## THE AVERAGE TENURE OF OUR MARKETING CONSULTANTS IN LAND BROKERAGE IS 15+ YEARS.

Our founders and market specialists began their careers in commercial and industrial real estate, homebuilding, finance, planning and law, and originated from industry leaders such as:

- CB Richard Ellis
- Grubb & Ellis
- D.R. Horton
- Pardee Homes
- Ponderosa Homes
- Pulte Group, Inc.

- Richmond American Homes
- Toll Brothers
- First Capital Mortgage
- Hunsaker & Associates
- Weyerhaeuser Venture Company
- Vulcan Materials Company





# Master Planned Communities

## California Division (Sample Transactions)



**Wolf Creek**
City of Temecula
Riverside County
2,000 Single Family Lots
±557 Acres
Consideration: $150,000,000



**Northlake**
Castaic Area
Los Angeles County (UI)
3,363 Single Family Lots
±1,330 Acres
Consideration: $27,500,000



**Spring Mountain Ranch**
Highgrove Area
Riverside County (UI)
1,460 Single Family Lots
±785 Acres
Consideration: $46,700,000



**Sunset Crossroads**
City of Banning
Riverside County
1,878 Single Family Lots
±548 Acres
Consideration: $23,000,000



**Boulder Springs**
Woodcrest/Lake Mathews
Area
Riverside County (UI)
1,390 Single Family Lots
±950 Acres
Consideration: $64,500,000



**Sierra Vista**
Roseville Area
Placer County (UI)
1,200 Single Family Lots
±400 Acres
Consideration: $11,000,000



**Vista del Verde**
City of Yorba Linda
Orange County
1,764 Single Family Lots
±343 Acres
Consideration: $150,000,000+



**East Garrison**
Fort Ord Area
Monterey County (UI)
1,400 Residential Lots
±244 Acres
Consideration: $21,500,000



# Urban Infill/
# Multi-family

## California Division [Sample Transactions]



**Platinum Triangle**
City of Anaheim
Orange County
265 Multi-Family Units
±3.35 Acres
Consideration: $26,250,000



**Eagle Rock**
City of Los Angeles
Los Angeles County
114 Townhome Lots
±2.5 Acres
Consideration: $8,500,000



**The Bungalows
at Hollywood**
City of Los Angeles
(Hollywood Area)
34 Row Homes
±1.26 Acres
Consideration: $11,900,000



**Sunset Ridge**
City of Los Angeles
(Granada Hills Area)
Los Angeles County
68 Townhome Lots
13 Standing Inventory Units
±10 Acres
Consideration: $5,000,000



**Highland &
De Longpre**
City of Los Angeles
(Hollywood Area)
Los Angeles County
52 Condos, 8,500 SF Retail
±.72 Acres
Consideration: $10,000,000



**Horizons
@ Calabasas**
City of Calabasas
Los Angeles County
60 Active Adult Condos
±2.77 Acres
Consideration: $4,375,000



**Poinsettia Commons**
City of Carlsbad
San Diego County
78 Multi-Family Units
±5.29 Acres
Consideration: $11,650,000



**The Hideaways
@ Beach House**
City of Port Hueneme
Ventura County
72 Townhome Lots
10 Standing Inventory Units
±5.96 Acres
Consideration: $6,490,000



**Land Advisors**
ORGANIZATION

31

# Residential Sub-divisions

## California Division (Sample Transactions)



**Hideaway at Treehouse**
City of Folsom
Sacramento County
89 Single Family Lots
4 Model Homes
±9 Acres
Consideration: $11,000,000



**Sea Breeze Estates**
City of Lompoc
Santa Barbara County
150 Single Family Lots
±70 Acres
Consideration: $21,900,000



**Monrovia Nursery**
City of Glendora
Los Angeles County
124 Single Family Lots
±95 Acres
Consideration: $20,000,000



**Monte Vina**
City of Indio
Riverside County
300 Single Family Lots
±79 Acres
Consideration: $32,000,000



**The Meadows**
City of Fillmore
Ventura County
106 Single Family Lots
±11 Acres
Consideration: $10,000,000



**Willow Brook**
City of Clovis
Fresno County
121 Single Family Lots
±39 Acres
Consideration: $4,000,000



**Thompson Ranch**
City of Santa Clarita
Los Angeles County
268 Single Family Lots
±177 Acres
Consideration: $39,000,000



**Quail River**
City of Visalia
Tulare County
328 Single Family Lots
±59 Acres
Consideration: $10,300,000



Land Advisors
ORGANIZATION

# Bankruptcy & Receivership Asset Sales

IN RECENT YEARS, THE LAND ADVISORS ORGANIZATION HAS...

RECOVERED **MORE THAN $120 MILLION** FOR BANKRUPTCY & RECEIVERSHIP ESTATES

SUCCESSFULLY CLOSED **MORE THAN 12,550+ LOTS**

AND **NEARLY 6,000+ ACRES**

The bankruptcy and receivership group of the Land Advisors Organization specializes in assisting creditors, debtors, trustees, and receivers in the sale of real estate assets through court-approved sales procedures designed to maximize exposure, transparency, competitive bidding, and value.

**LAO VALUE PROPOSITION:**
- Unique understanding of complex land and development-related assets
- Ability to maximize exposure to Prospective Purchasers of these assets through the largest database of builders, developers and investors in the country
- Willingness to work collaboratively with all stakeholders to create the most transparent results possible
- Proven track record of successfully closing complex land and development work-outs

**LAO HAS EXPERIENCE IN:**
- Section 363 Asset Sales in Chapter 7 and Chapter 11 cases
- Asset Sales through Chapter 11 Plans
- Court-Appointed Receivership Asset Sales

**LAO SKILLS:**
- Assisting with the preparation of sales procedures allowing for competitive bidding
- Marketing and selling real estate assets in compliance with court-approved sales procedures
- Stalking Horse Bidder selection, negotiation and documentation
- Auction Proceeding Administration
- Court Appearances/Expert Witness
- Transaction closing and documentation

**LAO CLIENTS**

**Terry V. Ruckle**
Founding Principal
CA DRE# 00964895
Land Advisors Organization
T: 626.376.9840 x16
truckle@landadvisors.com



Land Advisors
ORGANIZATION
CA DRE#01225173 | www.landadvisors.com

# Bankruptcy & Receivership Asset Sales

## California Division [Sample Transactions]



Summerwind Ranch
City of Calimesa
Riverside County
3,683 Lots
±2,591 Acres
Consideration: $33,500,000



McAllister Ranch
City of Bakersfield
Kern County
6,265 Lots
±2,070 Acres
Consideration: $22,000,000



McSweeny Farms
City of Hemet
Riverside County
1,330 Lots
±673 Acres
Consideration: $15,500,000



El Coronado Estates
City of Madera
Madera County
183 Lots
12 Standing Inventory Units
9 Model Homes
±31 Acres
Consideration: $4,294,000



Roubion @ Norris Canyon
City of San Ramon
Contra Costa County
18 Lots
±15 Acres
Consideration: $3,300,000



Highwater Estates
City of Los Angeles
(Granada Hills Area)
Los Angeles County
20 Lots
±11 Acres
Consideration: $1,750,000



Redlands 76
City of Redlands
San Bernardino County
76 Lots
±66 Acres
Consideration: $1,500,000



Conejo Crest Estates
City of Thousand Oaks
Ventura County
8 Lots
±10 Acres
Consideration: $1,100,000

**Terry V. Ruckle**
Founding Principal
CA DRE# 00964895
Land Advisors Organization
T: 626.376.9840 x16
truckle@landadvisors.com



CA DRE# 01225173 | www.landadvisors.com

# Long-standing Industry Relationships



## OVER 80% OF OUR BUSINESS STEMS FROM REPEAT CLIENTS

Land Advisors Organization's commitment to meeting our clients' land acquisition and disposition needs is paramount. Our mission is to help our clients identify and capitalize on valuable opportunities in all kinds of economic environments by providing accurate, comprehensive and objective counsel with respect to their land needs. In three decades of working with thousands of land owners and industry specialists, we have built substantial relationships that have stood the test of time, through multiple economic cycles. These valuable relationships allow us to align our clients' interests with the right parties to fulfill their land investment and disposition needs each and every time.

"The Land Advisors Organization's marketing consultants consistently exceed our expectations... their market coverage and knowledge has placed them in a class of their own."
- D.R. Horton

"As one of the best in the business, Land Advisors Organization is instrumental in our ability to maximize value. Their area managers are extremely resourceful and well connected..."
- Ally Bank

"The Land Advisors Organization's market coverage from Sacramento to San Diego is the best in the industry... their coverage is a valuable resource in assisting our expansion throughout the state."
- Pulte Homes

"The Land Advisors Organization's marketing consultants have a longstanding reputation in the Industry of the highest integrity and superior market knowledge."
- Ryland Homes

"Land Advisors' leadership in the Southern California brokerage industry spans decades."
- CV Communities



35

# Represented by
## Land Advisors Organization

## FINANCIAL INSTITUTIONS

AEW Capital Management
AmTrust Bank
AW Properties
Bank First
Bank Midwest
Bank of America
Branch Banking & Trust (BB&T)
Broadreach Capital Partners
California Bank & Trust
Cal National Bank (U.S. Bank)
Capstone Advisors
Cathay Bank
Central Pacific Bank
Cerberus Real Estate Capital
Citizens Business Bank
Colonial Bank (BB&T)
Comerica Bank
Downey Savings (U.S. Bank)
East West Bank

Emigrant Realty Finance
Encore Housing Opportunity Fund
Farmers & Merchants Bank
FDIC
First Bank
GMAC Rescap
GTIS Partners
Guaranty Bank (BBVA Compass)
Housing Capital Company
IndyMac Bank (OneWest Bank)
Institutional Housing Partners (IHP)
ING
iStar Financial
JP Morgan Chase
Kaufman Capital
KeyBank
Legacy Asset Management Co.
Oaktree Capital Management
Oak Valley Community Bank

OneWest Bank
Palm Desert National Bank
PCCP
PFF (U.S. Bank)
Preferred Bank
PremierWest Bank
QVT Mt. Auburn
Rabobank
Regions Bank
Santa Barbara Bank & Trust
Security Pacific Bank (FDIC)
Stearns Bank
Sterling Savings Bank
United Security Bank
U.S. Bank
Wachovia (Wells Fargo)
Wells Fargo
Westamerica Bank
Weyerhaeuser Real Estate Capital

## PRIVATE HOMEBUILDERS

Alexander Homes
American Premier Communities
Ashbrook Communities
Barratt American
Blackmon Homes
Brandywine Development
Cambridge Homes
Capital Pacific Holdings, Inc.
Centennial Homes
City Ventures
Delco Homes
DeNova Homes
Empire Homes
Family Development
Fieldstone Homes
Far West Industries
First Pacifica Development
Florsheim Homes
Frontier Homes
Griffin Industries

Griffin Communities
Heritage Pacific Homes
Homes by Towne
Howard Roberts Development
Inland Pacific Builders
Jeffrey Homes
John Laing Homes
La Paloma Homes
Lakemont Communities
Matthews Homes
MBK Homes
McMillin Communities
McRoy-Wilbur Communities
New West Home
The Olson Company
Pacer Communities
Pacific Communities
Pacific Scene Homes
Pardee Homes
Pinnacle Communities

Rilington Communities
RSI Communities
Sea Country Homes
Shapell Industries
Shea Homes
Sheffield Homes
Taylor Morrison
The New Home Company
Transwest Housing
TriPointe Homes
Trumark Companies
Urban Housing Communities
Van Daele Communities
Warmington Homes
Watt Communities
Williams Homes
William Lyon Homes
Woodside Homes
Young Homes

## PUBLIC HOMEBUILDERS

Beazer Homes USA, Inc. (BZH)
Brookfield Homes Corporation (BHS)
D.R. Horton, Inc. (DHI)
Hovnanian Enterprises, Inc. (HOV)

KB Home (KBH)
Lennar (LEN)
M.D.C. Holdings, Inc. (MDC)
Meritage Homes Corporation (MTH)

PulteGroup, Inc. (PHM)
Standard Pacific Corp. (SPF)
The Ryland Group, Inc. (RYL)
Toll Brothers, Inc. (TOL)



**Land Advisors** ORGANIZATION

# Comprehensive Market Research

Land Advisors Organization consistently tracks the most important information that impacts the value of your land and influences your investment decisions. We provide our clients with the most current statistics and analysis on market and industry data available, including:

- Finished Lot Values
- Land Sales Comparables
- Lot Inventory Analysis
- Competitive Market Analysis
- Supply/Demand Analysis
- Existing Home Sales Trends
- Development Costs and Impact Fees
- Environmental Impact or Considerations







# Capital Solutions
## Land Advisors Capital





Since launching in 2008, Land Advisors Capital serves as an integrated business partner to Land Advisors Organization. Land Advisors Capital is a Phoenix-based capital advisory firm that specializes in establishing strategic relationships between homebuilders, investors, land developers, and capital providers nationwide.

Land Advisors Capital's real estate investment banking services are concentrated in three primary areas:

- **Equity** sourcing and equity financing; identifying and securing operating partners, corporate re-capitalizations and M&A financing.

- **Debt** origination and brokering first deeds, notes, and senior and sub-debt positions.

- **Advisory** performance and comprehensive property, marketing, and transaction research; performing requisite due diligence functions, and providing land transaction valuations and opinions.

Land Advisors Capital is led by **Patrick Whelan**, who brings over 25 years of experience in real estate investment and operations to his clients. A graduate of the University of Massachusetts and the Harvard Graduate School of Business, Mr. Whelan has managed numerous private and public companies throughout his career with over $2 billion in development starts in 23 markets and over $3 billion in acquisition/disposition activity. He served as President and Chief Operating Officer of the Lyle Anderson Company, Archstone Communities and Move, Inc. His expertise in land acquisition, development, technology, product planning, single and multi-family homebuilding and finance ensures an in-depth understanding of the requirements of both capital providers and real estate clients.



# Community Involvement
## & Professional Development

Land Advisors Organization is committed to excellence in real estate education and community involvement, as we are very involved in both the professional and philanthropic communities. Members of our organization hold key positions within numerous industry organizations in addition to positions on boards and committees in many regional economic development agencies and non-profit organizations.

By taking positions within these organizations we are in constant communication with industry leaders and key decision makers so we stand at the forefront of shaping the communities we serve

A core component of our business philosophy is to uniquely position the Land Advisors Organization to become advocates for our clients at the state, county and municipal levels of government.

 City of Hope 

CHOC

Human Options  UC Riverside Athletic Association

 YMCA Girl Scouts

Redlands Christian School  Concert for Heroes



# Land Advisors Organization

OFFICES

### ARIZONA
Corporate Office | US
4900 North Scottsdale Road
Suite 3000
Scottsdale, Arizona 85251
Phone: 480.483.8100

Casa Grande
211 North Florence Street
Suite 101
Casa Grande, AZ 85222
Phone: 520.836.8601

Northern Arizona
4900 North Scottsdale Road
Suite 3000
Scottsdale, Arizona 85251
Phone: 928.445.4457

Tucson
5215 North Sabino Canyon Road
Suite 126
Tucson, Arizona 85750
Phone: 520.514.7454

### CALIFORNIA
Corporate Office | CA
8105 Irvine Center Drive
Suite 1460
Irvine, CA 92618
Phone: 949.852.8288

Bay Area
2671 Crow Canyon Road
San Ramon, CA 92583
Phone: 325.368.3128

Coachella Valley
74-130 Country Club Drive
Suite 201
Palm Desert, CA 92260
Phone: 760.219.7227

Fresno
8050 North Palm Avenue
Suite 300
Fresno, CA 93711
Phone: 559.389.5888

Pasadena
201 South Lake Avenue
Suite 500
Pasadena, CA 91101
Phone: 626.376.9840

Roseville
3300 Douglas Boulevard
Suite 255
Roseville, CA 95661
Phone: 916.784.3329

San Diego
9707 Waples Street
San Diego, CA 92121
Phone: 760.703.7042

Santa Barbara
735 State Street
Suite 416A
Santa Barbara, CA 93101
Phone: 805.845.2660

Valencia
28494 Westinghouse Place
Suite 101
Valencia, CA 91355
Phone: 661.702.9080

### COLORADO
Denver
2000 Wadsworth Blvd
Suite 173
Lakewood, CO 80214
Phone: 303.318.4200

### FLORIDA
Orlando
555 Winderley Place
Suite 300
Maitland, FL 32751
Phone: 407.425.5998

### NEVADA
Las Vegas
5510 South Fort Apache Rd.
Suite B
Las Vegas, NV 89148
Phone: 702.252.9199

### TEXAS
Austin
901 South MoPac Expressway
Barton Oaks Plaza II
Suite 525
Austin, Texas 78746
Phone: 512.327.3010

Dallas/Fort Worth
500 Main Street
Suite 600
Fort Worth, Texas 76102
Phone: 214.550.1550

Houston
10497 Town & Country Way
Suite 930
Houston, Texas 77024
Phone: 713.647.7800

San Antonio
700 North Saint Mary's Street
Suite 401
San Antonio, Texas 78205
Phone: 210.299.0449

### UTAH
Salt Lake City
299 South Main
Suite 1324
Salt Lake City, UT 84111
Phone: 801.534.4410



# TEAM BIOGRAPHIES

## TERRY RUCKLE
### Founding Principal & Senior Marketing Consultant

**EXPERTISE**
Residential Land Sales – Geographic area includes: Los Angeles basin and Ventura County, California

**EDUCATION**
California State Polytechnic University, Pomona
Bachelor of Science, Business Administration/Marketing

**EXPERIENCE**
**Land Advisors Organization – California Division          July 1997 to Present**

As one of the Founding Principals of the California Division of the Land Advisors Organization, Terry Ruckle brings unparalleled market knowledge and extensive brokerage history throughout the State of California, with a particular focus on the Los Angeles basin and Ventura County. During Terry's 25-year career, he has played an integral role in the sale of more than 130,000 residential units for consideration exceeding $4.4 billion.

In March 2009, the California Division of the Land Advisors Organization was launched when Park Place Partners, Inc., California's largest residential land brokerage and advisory firm, merged platforms with the AZ-based Land Advisors Organization. The combined platform is the only national brokerage and advisory network dedicated to the residential land development industry, with offices in Arizona, California, Colorado, Florida, Nevada, Texas and Utah.

**Grubb & Ellis Company                              1987 to June 1997**

Prior to the formation of the Land Advisors Organization – California Division, Terry served as an industrial land broker in the Ontario office. In 1993, Terry transferred to the City of Industry office to specialize in residential subdivisions. Terry participated in transactions totaling more than $80 million.

## PROFESSIONAL AFFILIATIONS
Licensed California Real Estate Professional (DRE# 00964895)

Terry is an acknowledged residential land expert in the California, Los Angeles basin and Ventura County regions, having worked on notable transactions including the following:

| PROJECT NAME | # OF CLOSED LOTS | LOCATION | APPROX. CONSIDERATION |
|---|---|---|---|
| Wolf Creek | 2,022 | Temecula | $150,000,000 |
| Moorpark Highlands | 135 | Moorpark | $66,000,000 |
| Boulder Springs | 1,178 | Riverside | $64,000,000 |
| Dominguez Hills Estates | 893 | Carson | $55,000,000 |
| Spring Mountain Ranch | 1,469 | Riverside | $46,000,000 |
| Big Sky | 135 | Simi Valley | $45,000,000 |
| Big Sky | 252 | Simi Valley | $39,000,000 |
| Emerald Meadow Ranch | 1,201 | Riverside | $39,000,000 |
| Thompson Ranch | 264 | Santa Clarita | $38,000,000 |
| Morgan Hill | 1,126 | Temecula | $37,000,000 |
| Heartland Village | 1,775 | Hemet | $37,000,000 |
| Mountain Glen Terrace | 317 | Sylmar | $33,000,000 |
| Ramsgate | 1,012 | Lake Elsinore | $30,000,000 |
| Green Valley | 3,400 | Perris | $27,000,000 |
| Northlake | 3,623 | Castaic | $27,000,000 |
| Cypress Ridge | 378 | Arroyo Grande | $15,000,000 |

Land Advisors ORGANIZATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **APPLICATION OF VOLUNTARY DEBTORS FOR AUTHORITY TO EMPLOY AND COMPENSATE REAL ESTATE BROKER, PARK PLACE PARTNERS, INC., DBA LAND ADVISORS ORGANIZATION PURSUANT TO TERMS OF EXCLUSIVE MASTER AUTHORIZATION OF SALE AGREEMENT; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF FRANK FAYE AND TERRY V. RUCKLE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 26, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On _____ 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 26, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service**
Honorable Erithe Smith
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701

Terry Ruckle [TRuckle@landadvisors.com]

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 26, 2011 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| Date | Type Name | Signature |

## NEF SERVICE LIST

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@sycr.com
- Raymond H Aver    ray@averlaw.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Richard W Brunette    rbrunette@sheppardmullin.com
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Vincent M Coscino    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
- Paul J Couchot    pcouchot@winthropcouchot.com,
  pj@winthropcouchot.com;gcrumpacker@winthropcouchot.com
- Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri    dabbieri@sullivan.com,
  hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Caroline Djang    cdjang@rutan.com
- Donald T Dunning    ddunning@dunningLaw.com
- Lynsey M Eaton    leaton@gglts.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Don Fisher    dfisher@ptwww.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, efiling@frandzel.com;sking@frandzel.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Kavita Gupta    kgupta@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com

- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszjw.com
- Sheri Kanesaka    sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com,
  shalimar.caltagirone@kirkland.com;alevin@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com
- Charles Liu    cliu@marshackhays.com
- Charles Liu    cliu@winthropcouchot.com
- Ben H Logan    blogan@omm.com
- John W Lucas    jlucas@pszjlaw.com
- Kerri A Lyman    klyman@irell.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Hutchison B Meltzer    hmeltzer@wgllp.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Joel S. Miliband    jmiliband@rusmiliband.com
- James M Miller    jmiller@millerbarondess.com,
  vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller    smiller@millerbarondess.com
- Craig Millet    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- Robert Nida    Rnida@castlelawoffice.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- Robert B Orgel    rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Daryl G Parker    dparker@pszjlaw.com
- Penelope Parmes    pparmes@rutan.com
- Robert J Pfister    rpfister@ktbslaw.com
- Ronald B Pierce    ronald.pierce@sdma.com
- Katherine C Piper    kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey    cmartin@pprlaw.net
- Debra Riley    driley@allenmatkins.com
- James S Riley    tgarza@sierrafunds.com

- Todd C. Ringstad    becky@ringstadlaw.com
- R Grace Rodriguez    ecf@lorgr.com
- Martha E Romero    Romero@mromerolawfirm.com
- Ronald Rus    rrus@rusmiliband.com
- John P Schafer    jschafer@mandersonllp.com
- John E Schreiber    jschreiber@dl.com
- William D Schuster    bills@allieschuster.org
- Christopher P Simon    csimon@crosslaw.com
- Gerald N Sims    jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith    wendy@bindermalter.com
- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James    ecf@stjames-law.com
- Michael K Sugar    msugar@irell.com
- Cathy Ta    cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;Kenneth.Burgess@bbklaw.com
- David A Tilem    davidtilem@tilemlaw.com,
  malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;kmishigian@tilemlaw.com
- James E Till    jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- Brett K Wiseman    bwiseman@aalaws.com
- Laurel R Zaeske    lzaeske@rusmiliband.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

-24-