1   Richard M. Pachulski (CA Bar No. 90073)
    Dean A. Ziehl (CA Bar No. 84529)
2   Robert B. Orgel (CA Bar No. 101875)
    PACHULSKI STANG ZIEHL & JONES LLP
3   10100 Santa Monica Blvd., 13th Floor
    Los Angeles, California  90067-4100
4   Telephone: 310/277-6910 / Facsimile:  310/201-0760

5   Edward Soto (admitted *pro hac vice*)
    Alfredo R. Perez (admitted *pro hac vice*)
6   WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
7   New York, NY  10153-0119
    Telephone:  (212) 310-8000 / Facsimile:  (212) 310-8007
8
    Attorneys for Lehman Commercial Paper Inc., Lehman ALI, Inc.,
9   Northlake Holdings LLC and OVC Holdings LLC

10  William N. Lobel (CA Bar No. 93202)
    Mike D. Neue (CA Bar No. 179303)
11  THE LOBEL FIRM, LLP
    840 Newport Center Drive, Suite 750
12  Newport Beach, California  92660
    Telephone:  (949) 999-2860 / Facsimile:  (949) 999-2870
13
    General Insolvency Counsel for Steven M. Speier,
14  the Chapter 11 Trustee for the Trustee Debtors

15          **UNITED STATES BANKRUPTCY COURT**
16          **CENTRAL DISTRICT OF CALIFORNIA**
            **SANTA ANA DIVISION**
17

18  In re:                                          Case No.: 8:08-bk-17206-ES

    Palmdale Hills Property, LLC, and its Related Debtors,   Chapter 11
19              Jointly Administered Debtors             Jointly Administered Case Nos.
                and Debtors-In-Possession
                                                    8:08-bk-17209-ES; 8:08-bk-17240-ES;
20  Affects:                                        8:08-bk-17224-ES; 8:08-bk-17242-ES;
    ☐ All Debtors                                   8:08-bk-17225-ES; 8:08-bk-17245-ES;
21  ☐ Palmdale Hills Property, LLC                  8:08-bk-17227-ES; 8:08-bk-17246-ES;
    ☐ SunCal Beaumont Heights, LLC                  8:08-bk-17230-ES; 8:08-bk-17231-ES;
22  ☐ SCC/Palmdale, LLC                             8:08-bk-17236-ES; 8:08-bk-17248-ES;
    ☐ SunCal Johannson Ranch, LLC                   8:08-bk-17249-ES; 8:08-bk-17573-ES;
23  ☐ SunCal Summit Valley, LLC                     8:08-bk-17574-ES; 8:08-bk-17575-ES;
    ☐ SunCal Emerald Meadows LLC                    8:08-bk-17404-ES; 8:08-bk-17407-ES;
24  ☐ SunCal Bickford Ranch, LLC                    8:08-bk-17408-ES; 8:08-bk-17409-ES;
    ☐ Acton Estates, LLC                            8:08-bk-17458-ES; 8:08-bk-17465-ES;
25  ☐ Seven Brothers LLC                            8:08-bk-17470-ES; 8:08-bk-17472-ES;
    ☐ SJD Partners, Ltd.                            and 8:08-bk-17588-ES
26  ☐ SJD Development Corp.
    ☐ Kirby Estates, LLC
27  ☐ SunCal Communities I, LLC
    ☐ SunCal Communities III, LLC
28  ☐ SCC Communities LLC
    ☐ North Orange Del Rio Land, LLC

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

☐ Tesoro SF, LLC
☑ LB-L-SunCal Oak Valley, LLC
☐ SunCal Heartland, LLC
☐ LB-L-SunCal Northlake, LLC
☐ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☐ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

***FIRST AMENDED* DECLARATION OF ROBERT B. ORGEL RE SALE ORDER CONVEYING OAK VALLEY PROJECT**

**Confirmation Hearing**
**Date:  October 24, 2011**
**Time:  9:30 a.m.**
**Place:  Courtroom 5A**

Steven M. Speier, on the one hand, as the Chapter 11 Trustee (the "Trustee") for the following eight debtors in the above-captioned cases:  L-BL-SunCal Oak Valley, LLC; SunCal Heartland, LLC; L-BL-SunCal Northlake, LLC; SunCal Marblehead, LLC; SunCal PSV, LLC; Delta Coves Venture, LLC; SunCal Torrance, LLC; and SunCal Oak Knoll, LLC; and, on the other hand, Lehman Commercial Paper Inc., Lehman ALI, Inc., Northlake Holdings LLC and OVC Holdings LLC hereby submit this *First Amended* Declaration of Robert B. Orgel Re Sale Order *Conveying Oak Valley Project*.

WEIL, GOTSHAL & MANGES LLP

- and -

Dated:    February 22, 2012          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Robert B. Orgel*
Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Robert B. Orgel (CA Bar No. 101875)
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067-4100
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760

-and-

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

WEIL, GOTSHAL & MANGES LLP
Edward Soto (admitted *pro hac vice*)
1395 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 577-3125
Facsimile: (305) 374-7159

Attorneys for Lehman Commercial Paper Inc.,
Lehman ALI, Inc., Northlake Holdings, LLC
and OVC Holdings, LLC

THE LOBEL FIRM, LLP

By _____
William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)

General Insolvency Counsel for Steven M.
Speier, the Chapter 11 Trustee for the
Trustee Debtors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

000003

I, ROBERT B. ORGEL, declare and state as follows:

1.      I am an attorney licensed to practice law in the State of California and before this Court and am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel with Weil, Gotshal & Manges LLP ("Weil") to Lehman Commercial Paper Inc. ("LCPI") and Lehman ALI, Inc. (collectively with LCPI, the "Lehman VD Lenders"), Northlake Holdings LLC ("Northlake Holdings") and OVC Holdings LLC (collectively, with the Lehman VD Lenders and Northlake Holdings, the "Lehman Creditors") in the above-captioned cases.  The matters stated herein are of my personal knowledge, except as stated otherwise, and if called on to testify as a witness, I could and would competently do so.

2.      This declaration (the "First Amended Declaration") is being filed to put of record certain exhibits referenced in the Particular Sale Order (defined below) and to reflect a certain election of the applicable Lehman Creditor.

**Plan and Confirmation Order**

3.      The Court's docket reflects that the *Fifth Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors* [Docket No.3336] (the "Fifth Amended Plan") was filed November 29, 2012 and confirmed and modified by the *Order Confirming for All TD Plan Debtors the Fifth Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors* [Docket No. 3525] (the "Confirmation Order"), entered January 6, 2012 with respect to the Fifth Amended Plan (as modified, the "Plan").  In the Fifth Amended Plan, a "Sale Order" is defined as, "The Final Confirmation Order or other Final Order that effectuates the conveyance of the applicable Plan Project to the applicable Lehman Nominee."  This First Amended Declaration is submitted in support of a Sale Order[1] submitted pursuant the Plan as to the Debtor for which a check mark is placed above in the caption hereof and for such Debtor's Plan Project named in the caption hereof (the "Particular Sale Order").

4.      A form of the Particular Sale Order is being submitted to the Court simultaneously or substantially contemporaneously with the filing hereof.  A prior version of the form of the Particular

---

[1] Capitalized terms not defined herein shall have the meaning set forth in the Fifth Amended Plan.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Sale Order was uploaded to the Court on February 3, 2012 and, thereafter, "rejected" after I contacted chambers indicating that changes to the exhibits were needed, including, *inter alia*, corrections to the legal description.  The version of the form of **Particular Sale Order** being uploaded substantially contemporaneously with the filing hereof **differs** from the prior version **only in that** the **references** therein **to exhibits and a declaration are now to this First Amended Declaration and its exhibits**, instead of my particular declaration filed February 2, 2012 with respect to the same Plan Project and Debtor (the "Prior Declaration and Exhibits").

### Exhibits Referenced in Sale Order

5.    Attached hereto are three exhibits referenced in the Particular Sale Order.  This **First Amended Declaration and its exhibits,** as compared to my Prior Declaration and Exhibits, **include only the following substantive changes**, made based on further discussion with and review by, *inter alia*, the relevant title companies:  (a) the exhibit attached hereto that contains **the legal description** of the real property to be conveyed **has been changed**; and (b) the exhibit attached hereto that lists Permitted Liens has been changed to **correct certain Permitted Liens and add a Permitted Lien**.

### Certain Election Permitted Pursuant to the Confirmation Orders

6.    Pursuant to the Plan, the Lehman Creditors are entitled to make or keep certain elections. A declaration of the Lehman Creditors' counsel (such as this declaration) can effectuate such keeping or making of their elections. *See* Confirmation Order, ¶9(d).

7.    With respect to Allowed Secured Real Property Tax Claims, in accordance with the TD Confirmation Order (¶9(a)(i)),  I have been authorized by the Lehman Creditors to indicate herein that they are electing to pay in full all such Secured Real Property Tax Claims as to any Plan Projects or portions thereof being conveyed to the Lehman Nominees on the Effective Date.  Due to such provisions for full payment, under the Confirmation Order, among other things, the Plan Project being conveyed, or the portions thereof being conveyed, by the Particular Sale Order are being conveyed free and clear of any Encumbrances for Secured Real Property Tax Claims, and the Particular Sale Order so provides.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of February, 2012, in Los Angeles, California.

1

2                                          */s/ Robert B. Orgel*
                                           Robert B. Orgel

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT 1-I

000007

Oak Valley

## EXHIBIT 1-I

## THE PROPERTY IS TRANSFERRING
## <u>FREE AND CLEAR OF THE FOLLOWING ENCUMBRANCES</u>

1. Any lien for unpaid real property taxes (or special taxes) not required to be paid pursuant to and arising prior to the "Effective Date" under (and as defined in) the *Fifth Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors* [Docket No.3336] (the "<u>Fifth Amended Plan</u>"), as confirmed and modified by the *Order Confirming for All TD Plan Debtors the Fifth Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors* (the "<u>Confirmation Order</u>") [Docket No. 3525], which Fifth Amended Plan was filed November 29, 2011 and Confirmation Order was entered January 6, 2012, each in the chapter 11 bankruptcy case of Palmdale Hills Property, LLC, et al., jointly administered under Case No. 8:08-bk-17206-ES pending in the United States Bankruptcy Court for the Central District of California, Santa Ana Division.

2. Any lien, or right to a lien for services, labor or materials heretofore furnished, imposed by law and not shown by the Public Records, except for any such lien listed on Exhibit 2-I.

3. Matters contained in that certain document entitled "Declaration of Special Land Use Restrictions" dated November 14, 2003, recorded 03 899364, Official Records.

4. A claim of mechanic's lien

    Amount:           $167,084.20
    Claimant:         Superior Masonry, Inc.
    Recorded:         November 16, 2007, Instrument No. 2007-0699938, of Official Records

5. A claim of mechanic's lien

    Amount:           $18,794.02
    Claimant:         Pacific Rim Hydroseeding, Inc.
    Recorded:         November 30, 2007, Instrument No. 2007-0720999, of Official Records

6. A claim of mechanic's lien

    Amount:           $24,995.89
    Claimant:         HD Supply White Cap Construction Supply
    Recorded:         January 29, 2008, Instrument No. 2008-0044909, of Official Records

    A Notice of Pending Action to foreclose said lien

    County:           Riverside
    Court:            Riverside County Superior Court
    Case No:          2008-0044909

Recorded:             May 14, 2008, Instrument No. 2008-0257446, of Official Records

7.  A claim of mechanic's lien

Amount:          $190,353.67
Claimant:        Dan Ruiz, on behalf of Stantec Consulting Inc.
Recorded:        February 29, 2008, Instrument No. 2008-0099673, of Official Records

A Notice of Pending Action to foreclose said lien

County:          Riverside
Court:           Superior Court
Case No:         RIC499769
Recorded:        July 11, 2008, Instrument No. 2008-0380349, of Official Records

8.  A claim of mechanic's lien

Amount:          $1,019,781.23
Claimant:        J.F. Shea Construction, Inc.
Recorded:        March 24, 2008, Instrument No. 2008-0143668, of Official Records

9.  A claim of mechanic's lien

Amount:          $17,813.00
Claimant:        J.F. Shea Construction, Inc.
Recorded:        March 24, 2008, Instrument No. 2008-0143670, of Official Records

10. A claim of mechanic's lien

Amount:          $17,813.00
Claimant:        J.F. Shea Construction, Inc.
Recorded:        March 26, 2008, Instrument No. 2008-0148669, of Official Records

11. A claim of mechanic's lien

Amount:          $109,167.30
Claimant:        MacKenzie Landscape, A CA Corp
Recorded:        April 17, 2008, Instrument No. 2008-0191863, of Official Records

The terms and conditions contained in a document entitled "Notice of Extension of Time
to Foreclose Lien" recorded July 15, 2008 as Instrument no. 2008-0384452 of Official
Records.

The terms and conditions contained in a document entitled "Notice of Extension of Time
to Foreclose Lien" recorded October 14, 2008 as Instrument No. 2008-0550638 of
Official Records.

12. A claim of mechanic's lien

    Amount:                $42,570.00
    Claimant:          Nissho of California, Inc.
    Recorded:         April 23, 2008, Instrument No. 2008-0202527, of Official Records

    A Notice of Pending Action to foreclose said lien

    County:                 Riverside
    Court:                  Superior Court
    Case No:           RIC499599
    Recorded:         June 11, 2008, Instrument No. 2008-0317045, of Official Records

13. A claim of mechanic's lien

    Amount:                $38,833.47
    Claimant:          Vulcan Materials Co., a corporation
    Recorded:         May 2, 2008, Instrument No. 2008-0228414, of Official Records

14. A claim of mechanic's lien

    Amount:                $42,570.00
    Claimant:          Nissho of California, Inc.
    Recorded:         May 2, 2008, Instrument No. 2008-0229154, of Official Records

    A partial release of mechanic's lien recorded September 28, 2009 as Instrument No. 2009-0501260 of Official Records, purporting that the claim has been partially satisfied in the amount of $5,000.00.

    A Notice of Pending Action to foreclose said lien

    County:                 Riverside
    Court:                  Superior Court
    Case No:           RIC499599
    Recorded:         June 11, 2008, Instrument No. 2008-0317045, of Official Records

15. A claim of mechanic's lien

    Amount:                $278,300.00
    Claimant:            RBF Consulting
    Recorded:           May 12, 2008, Instrument No. 2008-0251752, of Official Records

16. A claim of mechanic's lien

    Amount:                $327,425.32
    Claimant:            RBF Consulting
    Recorded:           May 12, 2008, Instrument No. 2008-0251753, of Official Records

17. A design professional's  lien - notice of lien

    Amount:                $203,738.87
    Claimant:            Proactive Engineering Consultants, Inc.
    Recorded:           September 23, 2008, Instrument No. 2008-0518706, of Official Records

    A Notice of Pending Action to foreclose said lien

    County:                Riverside
    Court:                 Superior
    Case No:            RIC15887
    Recorded:           December 30, 2008, Instrument No. 2008-00676087, of Official
    Records

18. A design professional's  lien - notice of lien

    Amount:  $31,734.36
    Claimant:  Proactive Engineering Consultants, Inc.
    Recorded:  September 23, 2008, Instrument No. 2008-0518710, of Official Records

<u>Oak Valley</u>

## EXHIBIT 2-I

## <u>PERMITTED LIENS</u>

1. The property lies within the boundaries of a Mello-Roos Community Facilities District ("CFD"), as follows:
   CFD No.:      93-1
   For:             Infrastructure
   Disclosed by:  Notice of Special Tax Lien
   Recorded:     December 15, 2004, Instrument No. 2004-0993795 and 2004-0993797, of Official Records

2. The property lies within the boundaries of the Community Facilities District No. 1, as disclosed by notice recorded April 4, 1989 as Instrument No. 105318 of Official Records.

3. The property lies within the boundaries of the Community Facilities District No. 1, Annexation No. 1, as disclosed by notice recorded July 28, 1989 as Instrument No. 252319 of Official Records.

4. A resolution establishing watershed benefit assessment areas which provides for the issuing of bonds and the levying of a special tax to pay the interest and principal payments on such bonds upon the herein described property, recorded June 10, 1991 as Instrument Nos. 193749, 193750 and 193751 of Official Records of Riverside County, California.

5. The right to develop and take water from the herein described land together with other appurtenant provisions as contained in deed to Redlands and Yucaipa Water Company, recorded March 12, 1913 in Book 373, Page 56, of Deeds.

6. Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
   Granted to:    Pacific Telephone and Telegraph Company, a corporation
   Purpose:       Public utilities
   Recorded: December 30, 1910, Book 326, Page 4, 5 and 6, of Deeds

7. Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
   Granted to:    Pacific Telephone and Telegraph Company, a corporation
   Purpose:       Public utilities
   Recorded:     July 21, 1928, Book 772, Page 419, of Deeds

8. Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
   Granted to:    Southern California Edison Company, a corporation
   Purpose:       Poles
   Recorded:     March 2, 1951, Book 1249, Page 96, of Official Records

9.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:     Southern California Edison Company, a corporation
Purpose:        Poles
Recorded:       May 3, 1951, Instrument No. 18723, of Official Records

10.    A covenant and agreement executed by Beaumont-Yucaipa Water Conservation Association, a corporation, and J.S. Haskell and Annie E. Haskell, et al, and recorded March 16, 1956 in Book 1881 Page 65 of Official Records, which, among other things provides for domestic and irrigation water.

11.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:     Southern California Edison Company, a corporation
Purpose:        public utilities
Recorded:       June 12, 1959, Instrument No. 51379, of Official Records

12.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:     Southern California Edison Company, a corporation
Purpose:        Roadways, public utilities
Recorded:       October 20, 1976, Instrument No. 159242, of Official Records

13.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:     El Casco Water Co., a corporation
Purpose:        Pipelines and conduits
Recorded:       October 26, 1911, Book 340, Page 233, of Deeds

14.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:     El Casco Water Co.
Purpose:        Water ditches
Recorded:       January 3, 1918, Book 473, Page 234, of Deeds

15.    The fact that the owners of said land have no right of vehicular access to San Timoteo Canyon Road except the public right to travel same, said rights having been relinquished by the dedication provisions on the map of said Parcel Map 19015, as shown by map on file in book 149, pages 27 to 35 inclusive, of parcel maps.

16.    The matters contained in an instrument entitled Pre-Annexation and Development Agreement No. 98 DA-1, dated April 28, 1998 by and between the City of Beaumont and Oak Valley Partners, L.P., upon the terms and conditions and covenants therein provided, recorded June 24, 1998 as Instrument No. 256858 of Official Records.

17.    Matters contained in that certain document entitled "Pre Annexation and Development Agreement No. 02 02 DA 01" dated November 19, 2002, executed by and between the City of Beaumont, Oak Valley Partners, L.P., and Pardee Homes recorded May 6, 2003, Instrument No. 2003 323467, of Official Records.

18.    Matters contained in that certain document entitled "Partial Assignment and Assumption of Pre Annexation and Development Agreement" dated November 19, 2003, executed by and between Oak Valley Partners, L.P., and LB/L SunCal Oak Valley LLC, a Delaware limited liability company recorded November 14, 2003, Instrument No. 03 899370, of Official Records.

19.    Matters contained in that certain document entitled "Partial Assignment and Assumption of Pre Annexation and Development Agreement" dated November 19, 2003, executed by and between Oak Valley Partners, L.P. and LB/L SunCal Oak Valley LLC, a Delaware limited liability company recorded November 14, 2003, Instrument No. 2003 899371, of Official Records.

20.    Matters contained in that certain document entitled "Declaration of Roadway Improvement Requirements", executed by Oak Valley Partners recorded June 15, 2000, Instrument No. 2000 228502, of Official Records.

21.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Southern California Section of the Professional Golfer's Association, a California nonprofit mutual benefit corporation
    Purpose:    Flight and impact of errant golf balls
    Recorded:    December 28, 2000, Instrument No. 2000 516796, of Official Records

22.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Southern California Gas Company
    Purpose:    pipelines
    Recorded: October 13, 1950, Book 1210, Page 557, of Official Records

23.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Southern California Edison Company
    Purpose:    either or both pole lines, conduits or underground facilities
    Recorded: June 24, 1952, Book 1379, Page 267, of Official Records

24.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
    Granted to:    Shady Brook Ranch
    Purpose:    water distribution
    Recorded: November 14, 1967, Instrument No. 100124, of Official Records

25.     Matters contained in that certain document entitled "Development Agreement" dated November 18, 2003, executed by and between the City of Beaumont and LB/L SunCal Oak Valley LLC recorded December 15, 2003, Instrument No. 2003 977700, of Official Records.

26.     Matters contained in that certain document entitled "Development Agreement", executed by and between LB/L SunCal Oak Valley LLC, a Delaware limited liability company (the "Developer") and the City of Beaumont, a municipal corporation organized and existing under the laws of the State of California recorded February 26, 2004, Instrument No. 2004 0131329, of Official Records, as amended by that certain instrument entitled "Partial Assignment and Assumption of Development Agreement" recorded March 21, 2006, Instrument No. 2006-0199733, of Official Records and further amended by instrument entitled "Partial Assignment and Assumption of Development Agreement" recorded December 28, 2007, Instrument No. 2007-0770469, of Official Records.

27.     Easements and other matters shown in Parcel Map Nos. 31462-10, 31462-14, 31865, 32776, and 34247.

28.     Instrument entitled "Agreement" executed by and between Beaumont-Cherry Valley Water District and Fairway Canyon Community Association, recorded May 20, 2005, Instrument No. 2005-0403763 of Official Records.

29.     Instrument entitled "Agreement" executed by and between Beaumont-Cherry Valley Water District and LB/L SunCal Oak Valley, LLC, recorded May 20, 2005, Instrument No. 2005-0403764 of Official Records.

30.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
         Granted to:     Southern California Edison Company
         Purpose:        Public utilities
         Recorded:       August 9, 2007, Instrument No. 2006-0586760, of Official Records

31.     The effect of a Certificate of Completion by Resolution for the Beaumont Library District recorded April 28, 2004, as Instrument No. 2004 0310058 of Official Records.

32.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.
         Granted to:     The City of Beaumont
         Purpose:        Sanitary sewer facilities
         Recorded:       July 15, 2005, Instrument No. 2005 0568776, of Official Records
         Affects:        Parcel 9

33.     Easements, covenants and conditions contained in the deed from Oak Valley Partners, L.P., a Texas limited partnership, as grantor, to LB/L SunCal Oak Valley, LLC, a Delaware limited liability company, as grantee, recorded October 19, 2005 as Instrument No. 2005 0862966 of Official Records.

34.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Southern California Section of the Professional Golfers' Association of America |
| Purpose: | Access |
| Recorded: | December 28, 2000, Instr. No. 2000 516795, of Official Records |

35.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | The City of Beaumont |
| Purpose: | water quality monitoring and production well |
| Recorded: | March 3, 2010, Instrument No. 2010-0096853, of Official Records |

36.     Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Southern California Edison Company, a corporation |
| Purpose: | Road, public utilities |
| Recorded: | November 22, 1946, Book 803, Page 156, of Official Records |

37.     The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document recorded November 19, 1964, Instrument No. 138960, of Official Records.

38.     The effect of a Record of Survey on file in Book 80 Pages 78 through 89, Inclusive, of Records of Survey, April 8, 1988 as Instrument No. 93451 which purports to show the herein described property.

39.     The effect of a Record of Survey on file in Book 109, Page 7 through 13, inclusive, of Records of Survey, which purports to show the herein described property.

40.     Matters contained in that certain document entitled "Temporary Reciprocal Grading Easement Agreement" dated January 13, 2004, executed by and between Oak Valley Partners, L.P., a Texas limited partnership and Curtis Development Corp., a California corporation recorded April 16, 2004, Instrument No. 2004 0278899, of Official Records.

41.     The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document recorded February 3, 1966, Instrument No. 12822, of Official Records

42.     A deed of trust described as follows

| | |
|---|---|
| Dated: | May 31, 2006 |
| Trustor: | LB/L-SunCal Oak Valley LLC |
| Trustee: | Fidelity Title Insurance Company |
| Beneficiary: | Lehman ALI Inc. |
| Recorded: | May 31, 2006, Instrument No. 2006-393540, of Official Records |

000016

An assignment of the beneficial interest under said deed of trust which names:

Assignee:       OVC Holdings LLC, a Delaware limited liability company
Recorded:      June 12, 2008, Instrument No. 2008-0320112, of Official Records
A Notice of Default under the terms of said deed of trust.
Executed by:  Jeffrey E. Steiner, Esq.
Recorded:      November 13, 2008, Instr. No. 2008-0600587, of Official Records

43.     A financing statement filed in the Office of the County Recorder, showing

Debtor:        LB/L-SunCal Oak Valley LLC
Secured Party:  Lehman ALI Inc.
Recorded:      June 02, 2006, Instr. No. 2006-0402456, of Official Records.
Continuation Statement filed April 25, 2011 in Instrument No. 2011-0181266 of Official Records,

44.     Matters contained in that certain document entitled "Assignment of Developer's Rights Under Development Agreement" dated May 23, 2006, executed by LB/L-SunCal Oak Valley, LLC, a Delaware limited liability company, recorded May 31, 2006, Instrument No. 2006-0393541, of Official Records.

45.     A claim of mechanic's lien

Amount:       $17,433.24
Claimant:     John Hanna and Associates, Inc.
Recorded:      April 2, 2008, Instrument No. 2008-0163517, of Official Records

An "Extension of Time to Enforce Mechanics" Lien and Notice of Credit" recorded July 30, 2008 as Instrument No. 2008-0418202 of Official Records.

46.     A claim of mechanic's lien

Amount:       $2,099.25
Claimant:     John Hanna and Associates, Inc.
Recorded:      April 2, 2008, Instrument No. 2008-0163518, of Official Records

An "Extension of Time to Enforce Mechanics" Lien and Notice of Credit" recorded July 30, 2008 as Instrument No. 2008-0418201 of Official Records.

47.     A claim of mechanic's lien

Amount:       $71,362.25
Claimant:     Top-Line Concrete & Landscape, Inc.
Recorded:      April 2, 2008, Instrument No. 2008-0167211, of Official Records

A Notice of Pending Action to foreclose said lien

County:            Riverside
Court:             Superior Court
Case No:           BAC010700
Recorded:          May 8, 2008, Instrument No. 2008-0243121, of Official Records

48.    A claim of mechanic's lien

Amount:            $24,057.40
Claimant:          Top-Line Concrete & Landscape, Inc.
Recorded:          April 4, 2008, Instrument No. 2008-0167213, of Official Records

A Notice of Pending Action to foreclose said lien

County:            Riverside
Court:             Superior Court
Case No:           BAC 010700
Recorded:          May 8, 2008, Instrument No. 2008-0243121, of Official Records

49.    A claim of mechanic's lien

Amount:            $14,514.77
Claimant:          Top-Line Concrete & Landscape, Inc.
Recorded:          April 4, 2008, Instrument No. 2008-0167214, of Official Records

A Notice of Pending Action to foreclose said lien

County:            Riverside
Court:             Superior Court
Case No:           BAC 010700
Recorded:          May 8, 2008, Instrument No. 2008-0243121, of Official Records

50.    A claim of mechanic's lien

Amount:            $41,770.36
Claimant:          Top-Line Concrete & Landscape, Inc.
Recorded:          April 24, 2008, Instrument No. 2008-0208449, of Official Records

A Notice of Pending Action to foreclose said lien

County:            Riverside
Court:             Superior Court
Case No:           BAC 010700
Recorded:          May 8, 2008, Instrument No. 2008-0243121, of Official Records

000018

51.  A claim of mechanic's lien

Amount:        $97,569.13
Claimant:      Pacific Soils Engineering, Inc.
Recorded:      August 20, 2008, Instrument No. 2008-0460154, of Official Records

52.  A claim of mechanic's lien

Amount:        $23,187.20
Claimant:      BCI Framing and Drywall
Recorded:      August 26, 2008, Instrument No. 2008-0468661, of Official Records

53.  A claim of mechanic's lien

Amount:        $7,975.00
Claimant:      Stormwater Compliance Specialists, Inc.
Recorded:      September 16, 2008, Instrument No. 2008-0506417, of Official Records

54.  A claim of mechanic's lien

Amount         $7,975.00
Claimant:      Stormwater Compliance Specialists, Inc.
Recorded       December 12, 2008, Instrument No. 2008-0652306, of Official Records

55.  A claim of mechanic's lien

Amount:        $162,200.85
Claimant:      Hillcrest Contracting, Inc.
Recorded:      November 30, 2007, Instrument No. 2007-0720948, of Official Records

56.  A claim of mechanic's lien

Amount:        $857,314.43
Claimant:      PINNICK, INC.
Recorded:      December 12, 2007, Instrument No. 2007-0742813, of Official Records

A Notice of Pending Action to foreclose said lien

County:        Riverside
Court:         Superior Court of California
Case No:       RIC496705
Recorded:      April 7, 2008, Instrument No. 2008-0169934, of Official Records

57.  A claim of mechanic's lien

Amount:        $28,390.00
Claimant:      KIP Incorporated
Recorded:      April 1, 2008, Instrument No. 2008-0160624, of Official Records

000019

58.    A claim of mechanic's lien

       Amount:                   $166,955.10
       Claimant:               KIP Incorporated
       Recorded:             April 1, 2008, Instrument No. 2008-0160625, of Official Records

59.    A claim of mechanic's lien

       Amount:                   $64,025.00
       Claimant:               Elite Bobcat Service, Inc.
       Recorded:             April 18, 2008, Instrument No. 2008-0194188, of Official Records

       A Notice of Pending Action to foreclose said lien

       County:                   Riverside
       Court:                    Superior Court
       Case No:                RIC500199
       Recorded:             June 2, 2008, Instrument No. 2008-0296686, of Official Records

60.    A claim of mechanic's lien

       Amount:                   $60,355.48
       Claimant:               All American Asphalt
       Recorded:             May 5, 2008, Instrument No. 2008-0232223, of Official Records

       A Notice of Pending Action to foreclose said lien

       County:                   Riverside
       Court:                    Superior Court
       Case No:                BAC 010700
       Recorded:             May 8, 2008, Instrument No. 2008-0243121, of Official Records

61.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.

       Granted to:            Pacific Telephone and Telegraph Company, a corporation
       Purpose:                Public Utilities
       Recorded:             April 12, 1916, Book 440, Page 239, of Deeds

62.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a
document.

       Granted to:            Southern California Gas Company, a corporation
       Purpose:                Public Utilities
       Recorded:             December 26, 1950, Book 1230, Page 451, of Official Records

An amendment to right of way between Southern California Gas Company, a California corporation, and Landmark Land Company, recorded November 28, 1989, as Instrument No. 415216, a portion of said easement was conveyed to Landmark Company of California, Inc., by quitclaim deed recorded February 26, 1990, as Instrument No. 69472, of Official Records.

63.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Southern California Edison Company, a corporation |
| Purpose: | Public utilities |
| Recorded: | October 13, 1950, Instrument No. 1401, Book 1210, Page 557, of Official Records |

64.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Southern California Edison Company, a corporation |
| Purpose: | Public Utilities |
| Recorded: | April 26, 1961, Instrument No. 35703, of Official Records |

65.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document.

| | |
|---|---|
| Recorded: | March 19, 1963, Instrument No. 27078, of Official Records |

66.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document.

| | |
|---|---|
| Recorded: | June 10, 1963, Instrument No. 59895, of Official Records |

67.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document.

| | |
|---|---|
| Recorded: | December 5, 1963, Instrument No. 128150, of Official Records |

68.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

| | |
|---|---|
| Granted to: | Southern California Gas Company, a corporation |
| Purpose: | Private road |
| Recorded: | January 28, 1966, Instrument No. 10282, of Official Records |

69.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

Granted to:          Southern California Edison Company, a corporation
Purpose:             Public Utilities
Recorded:            May 6, 1969, Instrument No. 44352, of Official Records

70.    The effect of a Record of Survey of Riverside County of San Bernardino County, recorded in Book 44, Pages 32 through 34, inclusive and in Book 58, Pages 81 and 82 and in Book 58, Pages 83 and 84 of Official Records.

71.    The effect of a Record of Survey of said property which was recorded June 29, 1940, in Book 4, Page 15, of Records of Survey, and April 14, 1967, in Book 25, Page 96, of Records of Survey, Records of San Bernardino County, California.

72.    A covenant and agreement executed by Yucaipa Water District, a public agency and recorded February 13, 1986, as Instrument No. 86-038612, of Official Records of San Bernardino County, which, among other things, provides for water and sewer services.

73.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document.

       Recorded:            January 29, 1963, Instrument No. 9735, of Official Records

74.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document.

       Recorded:            November 29, 1963, Instrument No. 125856, of Official Records

75.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document.

       Recorded:            December 13, 1962, Instrument No. 115060, of Official Records

76.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document.

       Recorded:            August 7, 1986, Book 3459, Page 71, of Official Records

77.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document.

       Recorded:            October 17, 1962, Instrument No. 96321, of Official Records

78.    Recitals as shown on that certain map, which, among other things, states:

"The effect of an Environmental Constraint Sheet affecting said map on file in the Office of the Riverside County Surveyor, in E.C.S. Book 13, Page 51."

79.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

|  |  |
|---|---|
| Granted to: | The County of Riverside |
| Purpose: | Public road and drainage purposes, including public utility and public services purposes |
| Recorded: | June 2, 1999, Instrument No. 241545, of Official Records |

80.    The fact that the ownership of said land does not include rights of access to or from the street, highway, or freeway abutting said land, such rights having been relinquished by the document.

|  |  |
|---|---|
| Recorded: | March 19, 1963, Instrument No. 27078, of Official Records |

81.    Matters contained in that certain document entitled "Assignment of SCGA Easements" dated October 14, 2005, executed by and between Oak Valley Partners, L.P., a Texas limited partnership, and LB/L-SunCal Oak Valley LLC, a Delaware limited liability company, recorded October 19, 2005, Instrument No. 2005-0862968, of Official Records.

82.    Matters contained in that certain document entitled "Notice of Addition of Territory and Supplemental Master Declaration of Covenants, Conditions and Restrictions for Fairway Canyon" recorded May 23, 2005, Instrument No. 2005-0407302, of Official Records and the amendment thereof recorded October 20, 2006, Instrument No. 2006-0772706, of Official Records.

83.    Matters contained in that certain document entitled "Declaration of Covenants, Conditions and Restrictions Regarding Dispute Resolution Crest at Fairway Canyon (Tract 31462-10)," dated October 20, 2006, executed by Fairway Canyon Development, LLC, a Delaware limited liability company, recorded October 20, 2006, Instrument No. 2006-0772707, of Official Records.

84.    Easement(s) for the purpose(s) shown below and rights incidental thereto as granted in a document.

|  |  |
|---|---|
| Granted to: | Southern California Edison Company |
| Purpose: | Public utilities |

Recorded: November 15, 2006, Instrument No. 2006-0844754, of Official Records.

85.    The fact that the ownership of said land does not include rights of access to or from the street, highway or freeway abutting said land, such rights having been relinquished by the map of said Tract.

Affects:    Oak Valley Parkway from Lot 77 of Tract 31462-14

000023

## EXHIBIT 3-I

## LEGAL DESCRIPTION

## EXHIBIT 3-I

## LEGAL DESCRIPTION

THE LAND IS SITUATED IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**PARCEL A:**   (APN: 413-290-026; 413-450-056, 061 AND 062 AND 413-460-050 AND 051)

**PARCEL A1:**

PARCELS 3, 8 AND 9 OF PARCEL MAP NO. 31865, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 210, PAGES 20 TO 27, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN AND ALL RIGHTS THEREIN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND, AS RESERVED BY OAK VALLEY PARTNERS, L.P., A TEXAS LIMITED PARTNERSHIP WHICH IS REGISTERED IN CALIFORNIA AS OVP, L.P., IN A GRANT DEED RECORDED NOVEMBER 14, 2003, AS INSTRUMENT NO. 2003-899365, OF OFFICIAL RECORDS.

ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REDRILL, REMOVE AND STORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANY OTHER PROPERTY OWNED BY OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE

EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND, AS RESERVED BY OAK VALLEY PARTNERS, L.P., A TEXAS LIMITED PARTNERSHIP WHICH IS REGISTERED IN CALIFORNIA AS OVP, L.P., IN GRANT DEED RECORDED NOVEMBER 14, 2003, AS INSTRUMENT NO. 2003-899365, OF OFFICIAL RECORDS.

**PARCEL A2:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "EASEMENT AGREEMENT FOR STREET CONSTRUCTION, GRADING, FUEL MODIFICATION AND ACCESS, INGRESS AND EGRESS" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899368, OFFICIAL RECORDS.

**PARCEL A3:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "EASEMENT AGREEMENT" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899367, OFFICIAL RECORDS.

**PARCEL A4:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "ASSIGNMENT OF SCPGA EASEMENTS" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899370, OFFICIAL RECORDS.

**PARCEL A5:**

EASEMENTS AS CONTAINED IN THAT CERTAIN "PARTIAL ASSIGNMENT OF RIVERSIDE LAND CONSERVANCY EASEMENTS", UPON THE TERMS, COVENANTS AND CONDITIONS CONTAINED THEREIN, RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 2003-899369, OFFICIAL RECORDS.

**PARCEL B:**  **(APN: 413-460-060 AND 413-450-084, 086 AND 91)**

**PARCEL B1:**

PARCELS 8 THROUGH 10, INCLUSIVE, OF PARCEL MAP NO. 32776, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 216, PAGES 47 THROUGH 52, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN AND ALL RIGHTS THEREIN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR

DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND.

ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REDRILL, REMOVE AND STORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANY OTHER PROPERTY OWNED BY OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND.

ALSO EXCEPTING FROM PARCEL 9 THE INTEREST DEDICATED TO THE CITY OF BEAUMONT IN THAT CERTAIN OFFER OF DEDICATION NO. 10-D-05 RECORDED MARCH 3, 2010 AS DOCUMENT NO. 2010-0096853.

**PARCEL B2:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "EASEMENT AGREEMENT FOR STREET CONSTRUCTION, GRADING, FUEL MODIFICATION AND ACCESS, INGRESS AND EGRESS" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899368, OFFICIAL RECORDS.

**PARCEL B3:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "EASEMENT AGREEMENT" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899367, OFFICIAL RECORDS.

**PARCEL B4:**

NON-EXCLUSIVE EASEMENTS AS DELINEATED IN THAT CERTAIN DOCUMENT ENTITLED "ASSIGNMENT OF SCPGA EASEMENTS" RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 03-899370, OFFICIAL RECORDS.

**PARCEL B5:**

EASEMENTS AS CONTAINED IN THAT CERTAIN "PARTIAL ASSIGNMENT OF RIVERSIDE LAND CONSERVANCY EASEMENTS", UPON THE TERMS, COVENANTS AND CONDITIONS CONTAINED THEREIN, RECORDED NOVEMBER 14, 2003 AS INSTRUMENT NO. 2003-899369, OFFICIAL RECORDS.

**PARCEL C:   (APN: 414-090-017)**

000026

PARCEL R OF LOT LINE ADJUSTMENT NO. 4188, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER INSTRUMENT RECORDED NOVEMBER 2, 2000 AS INSTRUMENT NO. 2000-39255, OF OFFICIAL RECORDS.

**PARCEL D:** **(APN: 413-450-087, 088, 089 AND 090)**

PARCELS 1 THROUGH 4, INCLUSIVE, OF PARCEL MAP NO. 34247, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 218, PAGES 24 THROUGH 26, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN AND ALL RIGHTS THEREIN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND, AS RESERVED BY OAK VALLEY PARTNERS, L.P., A TEXAS LIMITED PARTNERSHIP WHICH IS REGISTERED IN CALIFORNIA AS OVP, L.P., IN A GRANT DEED RECORDED NOVEMBER 14, 2003, AS INSTRUMENT NO. 2003-899365, OF OFFICIAL RECORDS.

ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REDRILL, REMOVE AND STORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANY OTHER PROPERTY OWNED BY OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND, AS RESERVED BY OAK VALLEY PARTNERS, L.P., A TEXAS LIMITED PARTNERSHIP WHICH IS REGISTERED IN CALIFORNIA AS OVP, L.P., IN GRANT DEED RECORDED NOVEMBER 14, 2003, AS INSTRUMENT NO. 2003-899365, OF OFFICIAL RECORDS.

**PARCEL E:** **(APN(s): 413-450-069)**

PARCEL B OF LOT LINE ADJUSTMENT NO. 03-LLA-24, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER INSTRUMENT RECORDED

000027

NOVEMBER 6, 2003 AS INSTRUMENT NO. 2003-881092, BOTH OF OFFICIAL RECORDS OF SAID COUNTY.

**PARCEL F:**    **(APN(s):  413-450-073)**

PARCEL C OF LOT LINE ADJUSTMENT NO. , IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER INSTRUMENT RECORDED DECEMBER 19, 2004 AS INSTRUMENT NO. 2004-826803, OF OFFICIAL RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM THE ABOVE PARCELS ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN AND ALL RIGHTS THEREIN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OR THE LAND.

ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED BY GRANTOR OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REMOVE AND RESTORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANY OTHER PROPERTY OWNED BY OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND.

**PARCEL G:**    **(APN(s):  413-450-074)**

PARCEL B OF LOT LINE ADJUSTMENT NO. 03-LLA-23, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER INSTRUMENT RECORDED NOVEMBER 6, 2003 AS INSTRUMENT NO. 2003-881093, OF OFFICIAL RECORDS OF SAID COUNTY.

EXCEPTING THEREFROM THE ABOVE PARCELS ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN AND ALL RIGHTS THEREIN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING

THEREFOR AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OR THE LAND.

ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REMOVE AND RESTORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANY OTHER PROPERTY OWNED BY OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND.

**PARCEL H:**   (APN(s): 413-450-043, 044 AND 045)

THAT PORTION OF THE "REMAINDER PARCEL" AS SHOWN ON PARCEL MAP NO. 31865, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER MAP FILED IN BOOK 210, PAGES 20 TO 27, INCLUSIVE, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY BOUNDED AS FOLLOWS:

BOUNDED ON THE NORTH AND EAST BY THE PARCEL LINES OF PARCEL 7 OF SAID PARCEL MAP NO. 31865 SAID PARCEL 7 ALSO BEING KNOWN AS TRACT NO. 31462, AS PER MAP FILED IN BOOK 374, PAGES 70 THROUGH 75, INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY; AND

ON THE SOUTH BY THE BOUNDARY LINE OF PARCEL M AS SHOWN ON THAT CERTAIN OF NOTICE OF LOT LINE ADJUSTMENT NO. 4188, RECORDED FEBRUARY 2, 2000 AS INSTRUMENT NO. 039255 OF OFFICIAL RECORDS

EXCEPT ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN AND ALL RIGHTS THEREIN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF,

AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND AS RESERVED IN GRANT DEED RECORDED OCTOBER 16, 2002 AS INSTRUMENT NO. 2002-576359, OFFICIAL RECORDS.

ALSO EXCEPT ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REDRILL, REMOVE AND STORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANY OTHER PROPERTY OWNED BY OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND RESERVED IN GRANT DEED RECORDED OCTOBER 16, 2002 AS INSTRUMENT NO. 2002-576359, OFFICIAL RECORDS.

**PARCEL I:** **(APN(s):  400-020-009, 413-450-071 & 413-450-075)**

PARCELS A AND B OF LOT LINE ADJUSTMENT NO. 04-LLA-13, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER INSTRUMENT RECORDED OCTOBER 19, 2004, AS INSTRUMENT NO. 2004-826803, OFFICIAL RECORDS.

EXCEPT THEREFROM THE FOLLOWING AS RESERVED IN THE DEED FROM OAK VALLEY PARTNERS, L.P., RECORDED OCTOBER 19, 2005, AS INSTRUMENT NO. 2005-0862966, OF OFFICIAL RECORDS, TO WIT:

A. ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN AND ALL RIGHTS THEREIN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND.

B. ANY AND ALL WATER, WATER RIGHTS OR INTEREST THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED,

STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REMOVE AND STORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANOTHER PROPERTY OWNED OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND.

**PARCEL J:**   **(APN(s): 400-020-020 & 400-020-021)**

PARCEL B OF LOT LINE ADJUSTMENT NO. 03-LLA-11, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER INSTRUMENT RECORDED MAY 7, 2003, AS INSTRUMENT NO. 2003-500694, OF OFFICIAL RECORDS.

EXCEPT THEREFROM THE FOLLOWING AS RESERVED IN THE DEED FROM OAK VALLEY PARTNERS, L.P., RECORDED OCTOBER 19, 2005, AS INSTRUMENT NO. 2005-0862966, OF OFFICIAL RECORDS, TO WIT:

A. ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN AND ALL RIGHTS THEREIN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND.

B. ANY AND ALL WATER, WATER RIGHTS OR INTEREST THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REMOVE AND STORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANOTHER PROPERTY OWNED OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND.

**PARCEL K:**   **(APN(s): 400-020-002)**

THAT PORTION OF PARCEL H AS SHOWN ON THAT NOTICE OF LOT LINE ADJUSTMENT NO. 4188, IN THE CITY OF BEAUMONT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS PER INSTRUMENT RECORDED FEBRUARY 2, 2000, AS INSTRUMENT NO. 2000-039255, OFFICIAL RECORDS, LYING SOUTHEASTERLY OF

000031

THE SOUTHEASTERLY BOUNDARY OF PARCEL 1 AS SHOWN ON PARCEL MAP 31865 PER MAP FILED IN BOOK 210 PAGE 20 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN AND ALL RIGHTS THEREIN, GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OR THE LAND.

ALSO EXCEPT ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REMOVE AND RESTORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANY OTHER PROPERTY OWNED BY OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND.

**PARCEL L:**  (APN: 413-460-061)

LOT 95 OF TRACT NO. 31462-10, IN THE CITY OF BEAUMONT, AS SHOWN ON MAP FILED IN BOOK 410, PAGES 86 THROUGH 92, INCLUSIVE, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPTING THEREFROM ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, AND ALL RIGHTS THEREIN GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS

000032

THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL, MINE, STORE, EXPLORE AND OPERATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND, AS RESERVED BY OAK VALLEY PARTNERS, L.P., IN THE DEED RECORDED NOVEMBER 14, 2003, INSTRUMENT NO. 2003-899365, OFFICIAL RECORDS.

**PARCEL M:**   (APN(S):  413-670-023-0, 024-1, AND 413-681-041-0)

LOTS 93, 94 AND 96, OF TRACT NO. 31462-10, IN THE CITY OF BEAUMONT, AS SHOWN ON MAP FILED IN BOOK 410, PAGES 86 THROUGH 92, INCLUSIVE, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPTING THEREFROM, AS DESCRIBED IN THE GRANT DEED RECORDED ON NOVEMBER 14, 2003, AS INSTRUMENT NO. 2003-899365, IN THE OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, THE FOLLOWING:

A.  ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, AND ALL RIGHTS THEREIN GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND.

B.  ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REMOVE AND STORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANOTHER PROPERTY OWNED OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND.

000033

**PARCEL N:**   (APN(S): 413-681-042-1 AND 413-690-023-2)

LOT 77 OF TRACT NO. 31462-14, IN THE CITY OF BEAUMONT, AS SHOWN ON THE SUBDIVISION MAP FILED IN BOOK 412, AT PAGES 59 TO 63, INCLUSIVE, OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.

EXCEPTING THEREFROM, AS DESCRIBED IN THE GRANT DEED RECORDED ON NOVEMBER 14, 2003, AS INSTRUMENT NO. 2003-899365, IN THE OFFICIAL RECORDS OF RIVERSIDE COUNTY, CALIFORNIA, THE FOLLOWING:

A.  ANY AND ALL NATURAL OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, AND ALL RIGHTS THEREIN GEOTHERMAL STEAM, AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE LAND, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFORE AND STORING IN AND REMOVING THE SAME FROM THE LAND OR ANY OTHER PROPERTY, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM PROPERTY OTHER THAN THE LAND, OIL OR GAS WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE LAND, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS, TUNNELS OR SHAFTS, WITHOUT THE RIGHT TO DRILL, MINE, STORE OR EXCAVATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE LAND.

B.  ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE LAND OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE LAND (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATIVE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REMOVE AND STORE THE SAME FROM OR IN THE LAND OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANOTHER PROPERTY OWNED OR LEASED BY GRANTOR, WITHOUT THE RIGHT TO ENTER UPON THE SURFACE OF THE LAND IN THE EXERCISE OF SUCH RIGHTS; PROVIDED, HOWEVER, ONLY IF AND TO THE EXTENT THAT SUCH RIGHTS ARE NOT USED BY GRANTEE IN ITS USE AND ENJOYMENT OF THE LAND.

In re:
PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,

Debtor(s).

CHAPTER 11

CASE NUMBER 08-17206-ES

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as ***FIRST AMENDED DECLARATION OF ROBERT B. ORGEL RE SALE ORDER CONVEYING OAK VALLEY PROJECT*** will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____February 22, 2012_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____February 22, 2012_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

JUDGE'S COPY [Overnight Delivery]
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____February 22, 2012_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 22, 2012 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*
DOCS_LA:251319.1 52063-001

**F 9013-3.1.PROOF.SERVICE**
000035

### I. SERVED BY NEF

**8:08-bk-17206-ES Notice will be electronically mailed to:**

1. Selia M Acevedo for Atty Miller Barondess LLP
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

2. Joseph M Adams for Def The City of San Juan Capistrano
jadams@lawjma.com

3. Kyra E Andrassy for Atty Weiland Golden Smiley
Wang Ekvall & Strok, LLP
kandrassy@wgllp.com

4. Raymond H Aver for Debtor Palmdale Hills Property, LLC
ray@averlaw.com

5. James C Bastian for Cred ARB, Inc.
jbastian@shbllp.com

6. Thomas Scott Belden for Def Zim Ind., Inc. dba Bakersfield Well
sbelden@kleinlaw.com, ecf@kleinlaw.com

7. John A Boyd for Int Pty Oliphant Golf Inc
fednotice@tclaw.net

8. Mark Bradshaw for Int Pty Courtesy NEF
mbradshaw@shbllp.com

9. Gustavo E Bravo for Cred Oliphant Golf, Inc.
gbravo@smaha.com

10. Jeffrey W Broker for Cred Bond Safeguard Ins Co
jbroker@brokerlaw.biz

11. Richard W Brunette for Cred Palm Springs Village-309, LLC
rbrunette@sheppardmullin.com

12. Brendt C Butler for Cred EMR Residential Properties LLC
bbutler@mandersonllp.com

13. Andrew W Caine for Cred Lehman ALI, Inc.
acaine@pszyjw.com

14. Carollynn Callari for Cred Danske Bank A/S London Branch
ccallari@venable.com

15. Cathrine M Castaldi for Cred SunCal Management, LLC
ccastaldi@rusmiliband.com

16. Tara Castro Narayanan for Int Pty Courtesy NEF
tara.narayanan@msrlegal.com, lisa.king@msrlegal.com

17. Dan E Chambers for Cred EMR Residential Properties LLC
dchambers@jmbm.com

18. Sally S Chan for Cred Desert Wind, LLC
info@wthemislaw.com

19. Shirley Cho for Cred Lehman ALI, Inc.
scho@pszjlaw.com

20. Vonn Christenson for Int Pty Courtesy NEF
vrc@paynefears.com

21. Brendan P Collins for Cred Gray1 CPB, LLC
bpcollins@bhfs.com

22. Vincent M Coscino for Pet Cred CST Environmental Inc
vcoscino@allenmatkins.com, emurdoch@allenmatkins.com

23. Paul J Couchot for Cred SCC Acquisitions, Inc.
pcouchot@winthropcouchot.com, pj@winthropcouchot.com;
gcrumpacker@winthropcouchot.com

24. Geoffrey Crisp for Int Pty Courtesy NEF
geoffrey@smgarberlaw.com, michelle@smgarberlaw.com

25. Jonathan S Dabbieri for Int Pty Courtesy NEF
dabbieri@sullivanhill.com, hillsullivanhill.com;
mcallister@sullivanhill.com; stein@sullivanhill.com;
vidovich@sullivanhill.com

26. Ana Damonte for Cred Top Grade Construction, Inc.
ana.damonte@pillsburylaw.com

27. Vanessa S Davila for Cred Bond Safeguard Ins Co
vsd@amclaw.com

28. Melissa Davis for Cred City of Orange
mdavis@shbllp.com

29. Daniel Denny for Int Pty Courtesy NEF
ddenny@gibsondunn.com

30. Caroline Djang for Cred City of San Clemente
cdjang@rutan.com

31. Meryl L Dunn for Cred American Civil Constructors West Coast, Inc.
jrdunn@mintz.com, jadavis@mintz.com; dsjohnson@mintz.com;
docketing@mintz.com;tlmayo@mintz.com

32. Caroline Djang for Cred Lehman ALI, Inc.
crd@jmbm.com

33. Donald T Dunning for Cred Hertz Equipment Rental Corp
ddunning@dunningLaw.com; jmacleod@dunningLaw.com

34. Lynsey M Eaton for Cred AMEC Earth & Environmental, Inc.
leaton@gglts.com

35. Meredith R Edelman for Int Pty Courtesy NEF
meredith.edelman@dlapiper.com

36. Joseph A Eisenberg for Cred Lehman ALI, Inc.
jae@jmbm.com

37. Lei Lei Wang Ekvall for Atty Weiland Golden
lekvall@wgllp.com

38. Richard W Esterkin for Debtor Palmdale Hills Property, LLC
resterkin@morganlewis.com

39. Don Fisher for Cred Warmington Homes California
dfisher@ptwww.com

40. Marc C Forsythe for Atty Robert Goe
kmurphy@goeforlaw.com

41. Alan J Friedman for Atty Irell & Manella LLP
afriedman@irell.com

42. Steven M Garber for Cred Park West Landscape, Inc
steve@smgarberlaw.com

43. Christian J Gascou for 3rd Pty Pltf Arch Ins Co
cgascou@gascouhopkins.com

44. Barry S Glaser for Cred County of Los Angeles
bglaser@swjlaw.com

45. Robert P Goe for Atty Robert Goe
kmurphy@goeforlaw.com,
rgoe@goeforlaw.com;mforsythe@goeforlaw.com

46. Eric D Goldberg for Int Pty Courtesy NEF
egoldberg@stutman.com

47. Richard H Golubow for Debtor Palmdale Hills Property, LLC
rgolubow@winthropcouchot.com, pj@winthropcouchot.com;
vcorbin@winthropcouchot.com

48. Michael J Gomez for Cred Central Pacific Bank
mgomez@frandzel.com, efiling@frandzel.com; shom@frandzel.com

49. Kelly C Griffith for Cred Bond Safeguard Ins Co
bkemail@harrisbeach.com

50. Matthew Grimshaw for Cred EMR Residential Properties LLC
mgrimshaw@rutan.com

51. Kavita Gupta for Debtor Palmdale Hills Property, LLC
kgupta@winthropcouchot.com

52. Asa S Hami for Debtor Palmdale Hills Property, LLC
ahami@morganlewis.com

53. Michael J Hauser for UST (SA)
michael.hauser@usdoj.gov

54. D Edward Hays for Cred Lehman ALI, Inc.
ehays@marshackhays.com; ecfmarshackhays@gmail.com

55. Michael C Heinrichs for Int Pty Courtesy NEF
mheinrichs@omm.com

56. Harry D. Hochman for Cred Lehman ALI, Inc.
hhochman@pszjlaw.com, hhochman@pszjlaw.com

57. Jonathan M Hoff for 3rd Pty Pltf Jt Prov of Lehman RE
jonathan.hoff@cwt.com

58. Garrick A Hollander for Debtor Palmdale Hills Property, LLC
ghollander@winthropcouchot.com,
gcrumpacker@winthropcouchot.com; pj@winthropcouchot.com

59. Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com

60. Michelle Hribar for Pltf EMR Residential Properties LLC
mhribar@rutan.com

61. John J Immordino for Cred Arch Ins Co.
john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com

62. Lawrence A Jacobson for Cred BKF Engineers
laj@cohenandjacobson.com

---

63. Michael J Joyce for Int Pty Anaverde, LLC
mjoyce@crosslaw.com

64. Stephen M Judson for Pet Cred The Professional Tree Care Co
sjudson@fablaw.com

65. Kaleb L Judy for Def Zim Ind., Inc. dba Bakersfield Well
ecf@kleinlaw.com, kjudy@kleinlaw.com

66. Steven J Kahn for Cred Lehman ALI, Inc.
skahn@pszyjw.com

67. Sheri Kanesaka for Cred California Bank & Trust
sheri.kanesaka@bryancave.com, theresa.macaulay@bryancave.com

68. David I Katzen for Int Pty Bethel Isl Muni Improve District
katzen@ksfirm.com

69. Christopher W Keegan for Cred SC Master Holdings II LLC
ckeegan@kirkland.com,
shalimar.caltagirone@kirkland.com;alevin@kirkland.com

70. Irene L Kiet for Cred BNB Engineering, Inc.
ikiet@hkclaw.com

71. Claude F Kolm for Cred County of Alameda Tax Collector
claude.kolm@acgov.org

72. Mark J Krone for Cred Bond Safeguard Ins Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com

73. David B Lally for Def Contracting Engineers, Inc.
davidlallylaw@gmail.com

74. Leib M Lerner for Cred Steiny and Co, Inc.
leib.lerner@alston.com

75. Elan S Levey for Int Pty United States Of America
elan.levey@usdoj.gov, louisa.lin@usdoj.gov

76. Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com;
vcorbin@winthropcouchot.com

77. Charles Liu for Cred Villa San Clemente, LLC
cliu@marshackhays.com; ecfmarshackhays@gmail.com

78. Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com; ecfmarshackhays@gmail.com

79. Ben H Logan for Int Pty Lennar Centex Del Rio Partners LLC
blogan@omm.com

80. John W Lucas for Cred Lehman ALI
jlucas@pszyjw.com

81. Kerri A Lyman for Atty Irell & Manella LLP
klyman@irell.com

82. Mariam S Marshall for Cred RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

83. Robert C Martinez for Cred TC Construction Co, Inc
rmartinez@mclex.com

84. Michael D May for Cred R.J. Noble Co.
mdmayesq@verizon.net

85. Mark E McKane for Cred SC Master Holdings II LLC
rosie.tejada@kirkland.com

86. Hutchison B Meltzer for Jt Unsec Cred Com
hmeltzer@wgllp.com

87. Krikor J Meshefejian for Int Pty Courtesy NEF
kjm@lnbrb.com

88. Joel S. Miliband for Cred RBF CONSULTING
jmiliband@rusmiliband.com

89. James M Miller for Atty Miller Barondess LLP
jmiller@millerbarondess.com, vgunderson@millerbarondess.com;
smiller@millerbarondess.com; mpritikin@millerbarondess.com

90. Louis R Miller for Pltf Palmdale Hills Property, LLC
smiller@millerbarondess.com

91. Craig Millet for Int Pty Doug Champion
cmillet@gibsondunn.com, pcrawford@gibsondunn.com;
cmillet@gibsondunn.com

92. Randall P Mroczynski for Def Bob McGrann Construction, Inc.
randym@cookseylaw.com

93. Mike D Neue for Atty The Lobel Firm, LLP
mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;
nlockwood@thelobelfirm.com

94. Robert Nida for Cred Kirk Negrete, Inc
Rnida@castlelawoffice.com

95. Henry H Oh for 3rd Pty Pltf Jt Prov of Lehman RE
hoh@soollp.com, dholland@soollp.com;jcurley@soollp.com

96. Sam S Oh for Cred Southern California Gas Company
sam.oh@limruger.com, julie.yu@limruger.com;
amy.lee@limruger.com

97. Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

98. Robert B Orgel for Cred CA Verhagen Holdings
rorgel@pszjlaw.com, rorgel@pszjlaw.com

99. Malhar S Pagay for Cred Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com

100. Ernie Zachary Park for Int Pty Newcomm
ernie.park@bewleylaw.com

101. Daryl G Parker for Cred Lehman ALI, Inc.
dparker@pszjlaw.com

102. Penelope Parmes for Cred EMR Residential Properties LLC
pparmes@rutan.com

103. Robert J Pfister for Int Pty Courtesy NEF
rpfister@ktbslaw.com

104. Ronald B Pierce for Cred Griffith Co
ronald.pierce@sdma.com

105. Katherine C Piper for Int Pty New Anaverde LLC
kpiper@steptoe.com, smcloughlin@steptoe.com

106. Cassandra J Richey for Cred Patricia I Volkerts, as Trstee, et al
cmartin@pprlaw.net

107. James S Riley for Cred Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com

108. Debra Riley for Int Pty City of Palmdale
driley@allenmatkins.com

109. Todd C. Ringstad for Int Pty Courtesy NEF
becky@ringstadlaw.com

110. R Grace Rodriguez for Def O&B Equipment, Inc.
ecf@lorgr.com

111. Martha E Romero for Cred California Taxing Authorities
Romero@mromerolawfirm.com

112. Ronald Rus for Interested Party Courtesy NEF
rrus@rusmiliband.com

113. John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
jschafer@mandersonllp.com; mbarlow@mandersonllp.com;
eriley@mandersonllp.com; cstrunk@mandersonllp.com

114. John E Schreiber for Int Pty NEF Courtesy
jschreiber@dl.com

115. William D Schuster for Cred HD Supply Construction Supply LTD
bills@allieschuster.org

116. Laurie A Shade for Cred Orange County Tax Collector
laurie.shade@coco.ocgov.com, anthony.lievanos@coco.ocgov.com

117. Christopher P Simon for Int Pty Courtesy NEF
csimon@crosslaw.com

118. Gerald N Sims for Cred Chicago Title Ins Co
jerrys@psdslaw.com, bonniec@psdslaw.com

119. Wendy W Smith for Cred Castaic Union School District
wendy@bindermalter.com

120. Steven M Speier (TR)
Sspeier@asrmanagement.com, ca85@ecfcbis.com

121. Steven M Speier for Trstee Steven Speier (TR)
Sspeier@Squarmilner.com, ca85@ecfcbis.com

122. Michael St James for Cred MBH Architects, Inc.
ecf@stjames-law.com

123. Michael K Sugar for OCUC
msugar@irell.com

124. Cathy Ta for Def Hi-Grade Material Co.
cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;
lisa.spencer@bbklaw.com

125. David A Tilem for Def Southland Pipe Corp
davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;
dianachau@tilemlaw.com; joanfidelson@tilemlaw.com

126. James E Till for Trstee Steven Speier (TR)
jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;
nlockwood@thelobelfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

DOCS_LA:251319.1 52063-001

F 9013-3.1.PROOF.SERVICE

000097

127.  United States Trstee (SA)
      ustpregion16.sa.ecf@usdoj.gov
128.  Carol G Unruh for Cred Scott E. McDaniel
      cgunruh@sbcglobal.net
129.  Annie Verdries for Cred WEC Corp
      verdries@lbbslaw.com
130.  Jason Wallach for Def Professional Pipeline Contractors, Inc.
      jwallach@gladstonemichel.com
131.  Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.
      kim.johnson@kattenlaw.com
132.  Marc J Winthrop for Debtor Palmdale Hills Property, LLC
      mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;
      vcorbin@winthropcouchot.com

133.  Daniel H Wiseblood for Cred Bethel Island Muni Improve District
      dwiseblood@seyfarth.com
134.  David M Wiseblood for Int Pty Courtesy NEF
      dwiseblood@wisebloodlaw.com
135.  Brett K Wiseman for Cred JF Shea Construction Inc
      bwiseman@aalaws.com
136.  Laurel R Zaeske for Cred SunCal Management, LLC
      lzaeske@rusmiliband.com
137.  Dean A Ziehl for Counter-Def LV Pacific Point LLC
      dziehl@pszjlaw.com, dziehl@pszjlaw.com
138.  Marc A. Zimmerman for Cred Life Church of God in Christ
      joshuasdaddy@att.net

## II. SERVED BY U.S. MAIL

**LBL SunCal Oak Valley
Sale Order Service List**

| | | |
|---|---|---|
| All American Asphalt<br>P.O. Box 2229<br>Corona, CA  92878 | AT&T California<br>1265 Van Buren Blvd., Rm 180<br>Anaheim, CA 92680<br>Attn: Area Manager | AT&T<br>Attn: Corporate Officer<br>Payment Center<br>Sacramento, CA  95887-0001 |
| BCI Framing and Drywall<br>337 Freedom Ave<br>Orange, CA  92865 | Beaumont-Cherry Valley Water District<br>Attn: General Manager<br>560 North Magnolia Avenue<br>P.O. Box 2037<br>Beaumont, CA 92223-2037 | Bertram E. Williams<br>Customer Service Planner<br>Southern California Edison Company<br>26100 Menifee Road<br>Romoland, CA 92585 |
| Bertram E. Williams<br>Customer Service Planner<br>Southern California Edison Company<br>26100 Menifee Road<br>Romoland, CA 92585 | Southern California Edison<br>26100 Menifee Road<br>Romoland, CA 92585 | Elite Bobcat Service, Inc.<br>1320 E. Sixth Street, #100<br>Corona, CA  92879 |
| HD Supply White Cap Construction Supply<br>Attn: Josie Torres-Credit Analyst<br>P.O. Box 1770<br>Costa Mesa, CA  92626 | Hillcrest Contracting, Inc.<br>P.O. Box 1898<br>Corona, CA  92878 | J.F. Shea Constuction, Inc.<br>c/o Andrade & Associates<br>27101 Puerta Real, Suite 120<br>Mission Viejo, CA  92691 |
| J.F. Shea Constuction, Inc.<br>c/o Andrade & Associates<br>27101 Puerta Real, Suite 120<br>Mission Viejo, CA  92691 | J.F. Shea Constuction, Inc.<br>c/o Andrade & Associates<br>27101 Puerta Real, Suite 120<br>Mission Viejo, CA  92691 | John Hanna & Associates<br>Attn: Corporate Officer<br>663 Valley Ave., #100<br>Solana Beach, CA  92075 |
| John Hanna and Associates, Inc.<br>663 Valley Ave, #100<br>Solana Beach, CA  92075 | John Hanna and Associates, Inc.<br>663 Valley Ave, #100<br>Solana Beach, CA  92075 | KIP Incorporated<br>25740 Washington Ave<br>Murrieta, CA  92562 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

DOCS_LA:251319.1 52063-001

**F 9013-3.1.PROOF.SERVICE**

000058

KIP Incorporated
25740 Washington Ave
Murrieta, CA  92562

Mackenzie Landscape
33380 Bailey Park Blvd
Menifee, CA  92584

Nissho of California, Inc.
1902 S. Santa Fe Avenue
Vista, CA  92083

Nissho of California, Inc.
1902 S. Santa Fe Avenue
Vista, CA  92083

Oak Valley Partners L.P.
2311 Cedar Springs Road, Suite 100
Dallas, TX 75201
Attn: D. Craig Martin

Pacific Rim Hydroseeding, Inc.
28319 Valley Center Rd.
Valley Center, CA  92082

Pacific Soils Engineering, Inc.
10653 Progress Way
Cypress, CA  90630

Pinnick, Inc
c/o M. Dale Mills, Jr., Esq.
275 E. Douglas Ave, Suite 102
El Cajon, CA  92020

Proactive Engineering Consultants, Inc.
c/o Archer Norris, A Professional Law
Corporation
Attn: Stephanie K. Kitzes
4695 MacArther Court, Suite 350
Newport Beach, CA  92660

Proactive Engineering Consultants, Inc.
c/o Archer Norris, A Professional Law
Corporation
Attn: Stephanie K. Kitzes
4695 MacArther Court, Suite 350
Newport Beach, CA  92660

RBF Consulting
14725 Alton Parkway
Irvine, CA  92618

RBF Consulting
14725 Alton Parkway
Irvine, CA  92618

Riverside County Board of Supervisors;
c/o Interim County Executive Officer,
Larry Parrish
County Administrative Center
4080 Lemon Street - 4th Floor
Riverside, California 92501

Riverside County Tax Collector
Attn: Carrie Kokosenski
4080 Lemon Street, 4th Floor
Riverside, CA 92501

Riverside County Tax Collector
Attn: Don Kent or Corporate Officer
P.O. Box 12005
Riverside, CA  92502-2205

Riverside County Tax Collector
Attn:  Sandy Finley, Acct Tech 1
4080 Lemon Street, 4th Floor
Riverside, CA 92501

Southern California Edison Company
Corporate Real Estate Department
Real Estate Revenue Division
14799 Chestnut Street
Westminster, CA 92683

Southern California Edison
Attn: Corporate Officer
P.O. Box 600

Southern California Gas Company
Centralized Correspondence
Attn: Legal Department
P.O. Box 3150
San Dimas, CA 91773

Southern California Section of the
Professional
Golfer's Association of America, Inc.
601 S. Valencia Avenue, Suite 200
Brea, CA 92823
Attn: Tom Gustafson

Stantec Consulting, Inc.
22690 Cactus Ave, #300
Moreno Vallery, CA  92553

Stormwater Compliance Specialists, Inc.
455 N Twin Oaks Valley Road
San Marcos, CA  92069

Stormwater Compliance Specialists, Inc.
455 N Twin Oaks Valley Road
San Marcos, CA  92069

Superior Masonry, Inc.
300 W. Olive St, Ste A.
Colton, CA  92324

The City of Beaumont
550 East 6th Street
Beaumont, CA 92223

The Gas Company
Southern California Gas Company
1 Liberty
Aliso Viejo, CA 92656
Attn: Sam Wyngaarden

Top-Line Concrete & Landscape, Inc.
P.O. Box 1296
Wildomar, CA  92597

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Top-Line Concrete & Lndsp
P.O. Box 1294
Wildomar, CA  92595

Top-Line Concrete & Lndsp
P.O. Box 1294
Wildomar, CA  92595

Top-Line Concrete & Lndsp
P.O. Box 1294
Wildomar, CA  92595


Vulcan Material Co.
Attn: Credit Department
P.O. Box 2950
Los Angeles, CA  90065

Yucaipa Valley Water District
12990 Second Street
P.O. Box 730
Yucaipa, CA 92399-0730


**Palmdale Hills Property LLC**
**8:08-bk-17206-ES**
**Parties not being served electronically**
**As of 1/31/12**

As of Richard B Andrade on behalf of Creditor
JF Shea Construction Inc
Andrade & Associates
27101 Puerta Real Ste 120
Mission Viejo, CA 92691-8518

Tab L K Artis on behalf of Creditor Desert
Pipeline, Inc.
301 N Lake Ave 7th Fl
Pasadena, CA 91101


William R Baerg on behalf of Defendant
Samrod Corporation
Monteleone & McCrory LLP
725 S Figueroa St #3200
Los Angeles, CA 90017

Shaaron A Bangs on behalf of Defendant
Rockey Murata Landscaping, Inc.
Crawford & Bangs
1290 E Center Ct Dr
Covina, CA 91724

Miller Barondess LLP
,


Patricia D Barrett on behalf of Defendant
Ameripride Guard Services, Inc.
Law Office of Patricia D Barrett
846 W Foothill Blvd Ste M
Upland, CA 91786

William G Bissell on behalf of Creditor
Boudreau Pipeline Corporation
110 Newport Ctr Dr Ste 200
Newport Beach, CA 92660

William Bissell on behalf of Defendant
Boudreau Pipeline Corporation
110 Newport Center Dr Ste 200
Newport Beach, CA 92660


Christopher J Brantingham on behalf of
Defendant Pre-Con Products
Brice E Bryan & Assoc
23945 Calabasas Rd
Calabasas, CA 91302

Brian Construction Co Inc
,

John W Busby on behalf of Creditor Marques
Pipeline, Inc.
251 Lafayette Circle Ste 350
Lafayette, CA 94549


Wayne W Call on behalf of 3rd Pty Defendant
Bova Contracting Corporation
Call & Jensen
610 Newport Ctr Dr Ste 700
Newport Beach, CA 92660

Brent S Clemmer on behalf of Creditor MSA
Consulting, Inc.
Slovak Baron & Empey LLP
1800 E Tahquitz Cyn Wy
Palm Springs, CA 92262

Bruce V Cook on behalf of Creditor SCC
Acquisitions, Inc.
Argent Management LLC
2392 Morse Ave
Irvine, CA 92614


Adrianna M Corrado on behalf of Defendant
Orange County Striping Service, Inc.
Lanak & Hanna
400 N Tustin Ave Ste 120
Santa Ana, CA 92705-3815

Delta Coves Venture LLC
2392 Morse
Irvine, CA 92614

Donald B Devirian on behalf of Defendant ALL
AMERICAN ASPHALT
Devirian & Shinmoto
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064


This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

DOCS_LA:251319.1 52063-001

**F 9013-3.1.PROOF.SERVICE**

000040

Francis T Donohue on behalf of 3rd Pty
Defendant Chino Grading, Inc.
Voss, Cook & Thel LLP
895 Dove Street Suite 450
Newport Beach, CA 92660

Norman A. Filer on behalf of Creditor Mesa
Pacific Construction Inc.
500 N. State College Bl., #1270
Orange, CA 92868

Michelle R Generaux on behalf of Creditor
Summers Murphy & Partners Inc
Murtaugh Meyer Nelson & Treglia LLP
2603 Main St 9th Fl
Irvine, CA 92614-6232

Moses Green
,

Sheldon L Greene on behalf of Creditor Seneca
Center
Greene & Allison LLP
100 Montgomery St Ste 1600
San Francisco, CA 94104

Veronica S Gunderson on behalf of Defendant
ACTON ESTATES, LLC
Miller Barondess LLP
1999 Avenue of the Stars Ste 1000
Los Angeles, CA 90067

Stanley Haren on behalf of Defendant Sierra
Cascade Construction, Inc.
Gill & Baldwin
130 N Baldwin Blvd #405
Glendale, CA 91203

William R Hart on behalf of Defendant BNB
Engineering, Inc.
Hart King & Coldren
200 Sandpointe Fourth Fl
Santa Ana, CA 92707

Ironhouse Sanitary District
Henn Etzel and Moore
1970 Broadway Ste 950
Oakland, CA 94612

Andrew C Kienle on behalf of Defendant BNB
Engineering, Inc.
200 Sandpointe, 4th Fl
Santa Ana, CA 92707

LB/L SunCal Northlake LLC
,

LB/L SunCal Oak Valley LLC
,

Vivian Le on behalf of Creditor WEC
Corporation
Gary R King & Associates
30950 Rancho Viejo Rd Ste 155
San Juan Capistrano, CA 92675

Wayne Lee
468 Jade Tree Drive
Monterey Park, CA 91754

Liquidity Solutions Inc
One University Plaza
Ste 312
Hackensack, NJ 07601

Manhard Consulting Inc
,

Louis R Miller
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

Louis R Miller on behalf of Counter-Defendant
SJD Development Corp.
2121 Avenue Of The Stars, 18th Fl
Los Angeles, CA 90067

Louis R Miller on behalf of Debtor Palmdale
Hills Property, LLC
Miller Barondess LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

Gerald W Mouzis on behalf of Creditor Hillcrest
Contracting, Inc.
The Mouzis Law Firm APC
13681 Newport Ave Ste 8-605
Tustin, CA 92680

Celina M Munoz on behalf of Interested Party
New Anaverde LLC
Steptoe & Johnson LLP
2121 Ave of the Stars 28th Flr
Los Angeles, CA 90067

Howard S Nevins on behalf of Creditor
Williams+Paddon Architects+Planners, Inc.
2150 River Plaza Dr Ste 450
Sacramento, CA 95833

Sean A O'Keefe on behalf of Plaintiff Palmdale
Hills Property, LLC
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

Sean A O'Keefe on behalf of Plaintiff SJD
Partners, Ltd.
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

Richard Pachulski on behalf of Creditor Lehman
ALI, Inc.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Bl Ste 1100
Los Angeles, CA 90067-4003

Malhar S. Pagay
,

Thomas A Pistone on behalf of Defendant
Developer's Research, Inc.
Pistone & Wolder, LLP
2020 Main Street Suite 900
Irvine, CA 92614

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

DOCS_LA:251319.1 52063-001

**F 9013-3.1.PROOF.SERVICE**

Martin Pritikin on behalf of Debtor Palmdale
Hills Property, LLC
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

J Patrick Ragan on behalf of 3rd Pty Defendant
Sierra Pacific Electrical Contracting
1881 S Business Center Dr Suite 7B
San Bernardino, CA 92408

Regal Development LLC
,

SQUAR, MILNER, MIRANDA & WILLIAMSON,
LLP
4100 Newport Place, Third Floor
Newport Beach, CA 92660

David Sandoval
,

Raymond D Scott on behalf of Defendant Kip
Incorporated
1835 W Orangewood Ave Ste 255
Orange, CA 92868

Gene H Shioda on behalf of Defendant Rockey
Murata Landscaping, Inc.
Law Office of Gene H Shioda
5757 West Century Blvd Ste 700
Los Angeles, CA 90045

Edward Soto on behalf of Plaintiff Lehman ALI,
Inc.
1395 Brickell Ave Ste 1200
Miami, FL 33131

Kimberly A Soyer on behalf of Defendant
Marques Pipeline, Inc.
251 Lafayette Cir, Ste 350
Lafayette, CA 94549

Joseph L Strohman on behalf of Creditor SME
Construction, Inc
Ferguson Case Orr Paterson LLP
1050 S Kimball Rd
Ventura, CA 93004

SunCal Century City LLC
2392 Morse
Irvine, CA 92614

SunCal Heartland LLC
2392 Morse
Irvine, CA 92614

SunCal Marblehead LLC
2392 Morse
Irvine, CA 92614

SunCal Oak Knoll LLC
,

SunCal PSV LLC
2392 Morse
Irvine, CA 92614

SunCal Torrance Properties LLC
2392 Morse
Irvine, CA 92614

Dina Tasini
Tasini and Associates
2126 Grant St
Berkeley, CA 94703

Theresa C Tate on behalf of Defendant Chino
Grading, Inc.
Crawford & Bangs LLP
1290 E Center Crt Dr
Covina, CA 91724

Robert S Throckmorton on behalf of Creditor
Paula Cunningham
Throckmorton, Beckstrom & Tomassian, LLP
2 Corporate Park, Ste 210
Irvine, CA 92606-5115

Elizabeth A Walters on behalf of Creditor
Andersen Concrete Inc
3365 Seventh Ave
San Diego, CA 92103

Douglas F Welebir on behalf of Creditor Nancy
and John Probst
Welebir Tierney & Weck
2068 Orange Tree Ln Ste 215
Redlands, CA 92374

**Agency List, DOC # 225705**

Mr. C.F. Raysbrook
California Department of Fish and Game
Streambed Alteration Team
4949 Viewridge Avenue
San Diego, CA  92123

California Regional Water Quality
Control Board
Los Angeles Region
320 West 4th Street, Suite 200
Los Angeles, CA  90013

Dr. Aaron Allen
U.S. Army Corps of Engineers
2151 Alessandro Drive, Suite 110
Ventura, CA  93301

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:251319.1 52063-001

000042

Bob Hosea
California Department of Fish and Game, Region 2
Attn.: Streambed Alteration Agreement Program
1701 Nimbus Road
Rancho Cordova, CA 95670

Ms. Leslie Gault
Placer County Water Agency
144 Ferguson Road
Auburn, CA 95604

Riverside County Flood Control and Water
Conservation District
1995 Market St.
Riverside, CA 92501
Attn.: Warren D. Williams
    General Manager & Chief Engineer

County Of Riverside Transportation And Land
Management Agency
4080 Lemon Street, 8th Floor
Riverside, CA 92501
Attn.: Juan C. Perez, P.E., T.E.
    Director of Transportation

County of Riverside
P.O. Box 1090
Riverside, CA 92502-1090
Attn.: George Johnson

Jurupa Area Recreation & Park District
4810 Pedley Rd.
Riverside, CA 92502
Attn.: Dan Rodriguez, General Manager

Mitchell Ogron
14 Old Lake Circle
Henderson, NV 89074

Church of God in Jesus Christ
3349 Rubidoux Blvd.
Riverside, CA 92509
Attn.: Cecilia A. Bennett

Marjorie Ina and Jerry Ray Englelauf
5037 Riverside Drive
Riverside, CA 92509-6427

Rte 60, LLC
14 Old Lake Circle
Henderson, NV 89074
Attn: Jim Stockhausen

Riverside County Economic Development
Agency
1153 Spruce Street, Suite B
Riverside, CA 92507
Attn.: Tina English, Deputy Executive Director

David R. Brunner, Executive Director
Center for Natural Lands Management
425 E. Alvarado St., Ste. H
Fallbrook, CA 92028-2960

Lee Ann Carranza, Preserve Manager
Center for Natural Lands Management
34558 Scenic Drive
Dana Point, CA 92629-2749

U.S. Army Corps of Engineers
Los Angeles District
P.O. Box 532711
Los Angeles, CA 90053-2325
Attn.: District Counsel

California Department of Fish and Game
4949 Viewridge Avenue
San Diego, CA 92123
Attn.: Regional Manager

U.S. Fish and Wildlife Service
Carlsbad Fish and Wildlife Office
6010 Hidden Valley Road
Carlsbad, CA 92009
Attn.: Field Supervisor

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA 92672
Attn.: George Scarborough, City Manager

Ron Lebs, Deputy Superintendent
Capistrano Unified School District
Business and Support Services
33122 Valle Road
San Juan Capistrano, CA 92675

Denise H. Hering, Esq.
Stradling, Yocca, Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

Mr. Sam Wyngaarden
Southern California Gas Company
One Liberty
Aliso Viejo, CA 92656-3830

Ms. Pinky Oliver
San Diego Gas & Electric
8330 Century Park Court, Room 31-C
San Diego, CA 92123

Stephen L. Millham
Anaverde LLC
c/o Empire Partners, Inc.
3536 Concours Street, Suite 300
Ontario, CA 91764

Mr. Brian Veit
Farallon Capital Management, LLC
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Mr. Justin Bowman, OSP Planning Mgr.
AT&T
739 E. Santa Clara St., Room 312A
Ventura, CA 93001

Ms. Deborah Schwenk
AT&T
6930 Van Nuys Blvd., Room 110
Van Nuys, CA 91405

Elma Watson, Assistant Planner
City of Lancaster
44933 Fern Avenue
Lancaster, CA 93534

Ms. Laurie Lile
City of Palmdale
38250 N. Sierra Highway
Palmdale, CA 93550-4798

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

DOCS_LA:251319.1 52063-001

**F 9013-3.1.PROOF.SERVICE**

Stephen H. Williams, City Manager
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA  93550-4798

Mr. Michael Mischel
City of Palmdale Engineering Department
38250 N. Sierra Highway
Palmdale, CA  93550-4798

Matthew Ditzhazy, City Attorney
Noel James Dorean, Deputy City Attorney
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA  93550-4798

Tobi Tyler
California Regional Water Quality Control Board
Lahontan Region
2501 Lake Tahoe Bouelvard
South Lake Tahoe, CA  96150

Ronnie Burtner
Los Angeles County Sanitation District
P.O. Box 4998
Whittier, CA  90607

Adam Ariki
Los Angeles County Waterworks District No.
40, Antelope Valley
P.O. Box 1460
Alhambra, CA  91802-1406

Mr. Jay R. Olson
Southern California Edison
10180 Telegraph Road
Ventura, CA  93004

Bertram E. Williams
Southern California Edison
26100 Menifee Road
Romoland, CA  92585

City of Torrance
City Hall
3031 Torrance Blvd.
Torrance, CA  90503-2970
Attn.: Jeffery W. Gibson,
          Community Development Director

City of Torrance
City Attorney's Office
3031 Torrance Blvd.
Torrance, CA 90503
Attn.: John Fellows, City Attorney

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.: Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.: Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA  92223-0158

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA  92672
Attn.: George Scarborough, City Manager

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.: Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.: Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA  92223-0158

**In re Palmdale Hills Property, LLC
Chapter 11 Case No. 8:08-bk-17206-ES
Permitted First Election Changes Creditors –
Service List**

City of Palmdale
Attn.: Steve Williams, City Manager
          Matthew Ditzhazy, City Attorney
38300 N. Sierra Hwy.
Palmdale, CA  93550

John Sanabria
Acting Director of Dept. of Regional Planning
County of Los Angeles Dept. of Regional Planning
1390 Hall of Records
320 West Temple Street
Los Angeles, CA  90012

Brian Constuction Company, Inc.
1656 E. Sierra Madre Circle
Placentia, CA  92870

Brian Construction Co Inc.
Scott A Schaelen Esq, Attorney of Record
Walters Townsend & Schaelen APLC
3565 7th Ave
San Diego, CA  92103

C I Printing, Inc. (Color Image Printing)
Attn Lindner
2030 S Westgage Ave
Los Angeles CA 90025-6119

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA  92672
Attn.: George Scarborough, City Manager

Consolidated Reprographics
Attn: Corporate Officer
345 Clinton Street
Costa mesa, CA  92626

Corporation for Interest Rate Management
Attn: Corporate Officer
175 N. Franklin Street #205
Chicago, IL  60606

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

DOCS_LA:251319.1 52063-001

**F 9013-3.1.PROOF.SERVICE**

000044

County Sanitation District
Ronnie Burtner
Los Angeles County Sanitation District
P.O. Box 4998
Whittier, CA  90607

East Bay Blue Print and Supply Co.
Attn: Corporate Officer
1745 14th Avenue
Oakland, CA  94606

East Bay Municipal Utility District
Attn: Authorized Agent
Payment Center
Oakland, CA  94649-0001

Mesa Pacific Construction, Inc.
151 Kalmus Drive – E130
Costa Mesa, CA 92626

Mesa Pacific Constructions Inc.
Norman A. Filer
500 N. State College Blvd. #1270
Orange, CA  92868

MWW Group
Attn: Corporate Officer
P.O. Box 7247-6597
Philadelphia, PA  19170-6597

MWW Group Inc.
Attn: Steven Pareja
1 Meadowlands Plaza, 6th Fl.
E. Rutherford, NJ  07073-2150"
National Construction Rentals, Inc.

OCB Reprographics
Attn: Corporate Officer
17721 Mitchell North
Irvine, CA  92614

Palm Springs Life (d/b/a for Desert
Publications)
Attn: Corporate Officer
303 N. Indian Canyon Dr.
Palm Springs, CA  92262

Protection One
Attn: Corporate Officer
P.O. Box 5714
Carol Stream, IL  60197-5714

Protection One
c/o Creditors Bankruptcy Service
P.O. 740933
Dallas, TX  75374

Reliable Graphics Inc.
Attn: Corporate Officer
15013 Califa Street
Van Nuys, CA  91411-3170

Schilling Corporation
697 Greenfield Drive
El Cajon, CA  92021

Schilling Corporation
Scott A Schaelen Esq
Walters Townsend & Schaelen APLC
3565 7th Avenue
San Diego, CA  92103

Security Signal Devices
Attn: Corporate Officer
1740 N. Lemon St.
Anaheim, CA  92801
Seneca Center

The Corporation For Interest Rate Mgmt.
Attn: Corporate Officer
175 N. Franklin Street #205
Chicago, IL  60606

Trench Shoring Co.
1400 Oranthrope Ave
Fullerton, CA  92831
Utility Specialists Southwest, Inc.

Wallace-Kuhl & Associates
3251 Beach Blvd, Ste. 300
West Sacramento, CA  95691

**Objecting Parties and Parties Requesting
Documents
[24 PARTIES - DOC 245299]**

T. Scott Leo
Michael J. Dudek
LEO & WEBER, P.C.
1 North LaSalle Street, Suite 3600
Chicago, Illinois 60602

Wallace Kuh. & Associates
Attn: Andy Wallace
3050 Industrial Blvd.
West Sacramento, CA  95691

The Foliage Group
Attn:  Corporate Officer
2730 Harbor Blvd., Ste. A
Santa Ana, CA 92704

WEC Corporation c/o
Lewis Brisbois Bisgaard & Smith
650 Town Center, Ste. 1400
Costa Mesa, CA 92626

The Collaborative West
Attn:  Corporate Officer
100 Avenida Miramar
San Clemente, CA 92672

SWRCB Acctg. Office
Attn: Corporate Officer
P. O. Box 1888
Sacramento, CA 95812-1888

Hunsaker & Associates
Attn: Corporate Officer
3 Hughes
Irvine, CA  92618

J. Williams Staffing
Attn:  Corporate Officer
19762 MacArthur Blvd,  #200
Irvine, CA 92612

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                         **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:251319.1  52063-001

000045

Carl Warren & Co.
Attn: Corporate Officer
P. O. Box 25161
Santa Ana, CA 92799-5161

Northlake Homeowners Association c/o
Rapkin Gitlin & Beaumont
21650 Oxnard, Ste. 1620
Woodland Hills, CA 91367

Lee, Wayne & Francis
468 Jade Tree Drive
Monterey Park, CA  91754

Arthur Riggs
c/o Howard R. Hawkins
2146 Bonita Avenue
La Verne, CA  91750

Pacific Soils Engineering Inc.
10653 Progress Way
Cypress, CA  90630

Chameleon Design, Inc.
Attn:  Corporate Officer
1711 Westcliff Drive, Ste. B
Newport Beach, CA 92660

Pacific Soils Engr Inc.
c/o Darren G. Burge
30423 Canwood St., Ste. 208
Agoura Hills, CA 91301

Pinnick, Inc.
c/o Dennis D. Burns
7855 Ivanhoe Avenue, Ste. 420
La Jolla, CA 92037-4510

Bova Contracting Corp.
3334 E. Coast Hwy, Ste. 427
Corona Del Mar, CA 92625-2328

Urban Crossroads, Inc.
41 Corporate Park, Ste. 300
Irvine, CA  92606

Glen Pearson, Credit & Collection Mgr.
Mobile Modular Management Corp
Adler Tank Rentals
Las Positas Road
Livermore, CA  94551

Frank
F. J. Kennedy, P.E.
2586 Comistas Drive
Walnut Creek, CA  94598

The Estate of Marie B Stanford
Joyce Stanford-Dale and Carol
Cummings Co-trustees
22971 Stonebridge
Cupertino, CA  95014

The Foliage Group
1612 Orchard Group
Newport Beach, CA  92660

Rockey Murata Landscaping Inc.
P.O. Box 4017
Cerritos, CA  90703

Attorneys for United States
Alan S. Tenenbaum / Elan S. Levey
Dept of Justice/Environmt & Natural Resources Div
Envirnmental Enforcement Sctn, Ben Franklin Statn
P.O. Box 7611
Washington, DC  20044

**In re Palmdale Hills Property, LLC**
**Vendors**

ABC Security Service
P.O. Box 1709
Oakland, CA 94604

All Street Sweeping Inc.
P.O. Box 661
Roseville, CA 95661

Argent Management, LLC
2392 Morse Avenue
Irvine, CA 92614

Berlogar Stevens & Associates
5587 Sunol Boulevard
Pleasanton, CA 94566

Best Drilling & Pump, Inc.
2950 Oleta Lane
Highland, CA 92346

Bonterra Consulting
151 Kalmus Drive
Suite E-200
Costa Mesa, CA 92626

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

DOCS_LA:251319.1  52063-001

**F 9013-3.1.PROOF.SERVICE**

BR South Coast Private Security Services Inc.
41 Niguel Pointe Drive
Laguna Niguel, CA 92677

California Barricade
1510 S. Lyon Street
Santa Ana, CA 92705-4613

California Department of Fish and Game
1416 9th Street
12th Floor
Sacramento, CA 95814

Calorneva Turf Support, Inc.
548 E. Passiflora Drive
La Habra, CA 90631

Cal-State Rent A Fence
4518 Industrial St.
Simi Valley, CA 93063

Cannon
1050 Southwood Drive
San Luis Obispo, CA 93401

CGPM Mangers II, LLC.
5080 Spectrum Drive
Suite 1100 East
Addison, TX 75000

Chambers Group
5 Hutton Centre Drive
Suite 750
Santa Ana, CA 92707

Conco West Inc.
P.O. Box 1360
Manteca, CA 95336

Conserve LandCare
74040 Hwy 111
Suite L200
Palm Desert, CA 92266-0

Corrpro Companies, Inc.
P.O. Box 933029
Atlanta, GA 31193-029

Cybul Rondou & Associates
25115 Avenue Stanford
Suite B 126
Valencia, CA 91355

DCI
22904 Banbury Ct.
Murrieta, CA 92562

Diamond Environmental Services
807 E. Mission Road
San Marcos, CA 92069

Ecosystem Concepts, Inc.
P.O. Box 807
Dixson, CA 95620

Fidelity National Title Company
1300 Dove Street
Suite 310
Newport Beach, CA 92660

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0631

Glenn Lukos Associates
29 Orchard
Lake Forest, 92630-8300

Goats R Us
P.O. Box 37
Orinda, CA 94563

Group Seven Site Development
41655 Reagan Way
Suite 1
Murrieta, CA 92562

International Sureties, LTD
701 Poydras Street
Suite 420
New Orleans, LA 70139

JAMS, Inc.
P.O. Box 512850
Los Angeles, CA 90051-0850

JC Landscaping, Inc.
412 Gerona Avenue
San Gabiel, CA 91775

Kamps Propane
P.O. Box 1309
Oakley, CA 94561

Laguna Asphalt Paving Company
P.O. Box 814
Dana Point, CA 92629

LP CST Environmental
404 North Berry Street
Brea, CA 92821-3104

Lucky Water Tanks
39805 86th Street W
Leona Valley, CA 93551

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

DOCS_LA:251319.1 52063-001

**F 9013-3.1.PROOF.SERVICE**

Miranda Squar
4100 Newport Place
Suite 300
Newport Beach, CA 92660

Miranda Squar
4100 Newport Place
Suite 300
Newport Beach, CA 92660

Oakridge Landscape Inc.
28064 Avenue Stanford
Unit K
Anaheim, CA 91355

Orange Coast Masonry Acquisition
Corporation
601 North Batavia
Orange, 92868

Outdoor Dimensions
5325 E. Hunter Avenue
Anaheim, CA 92807

Overton Security Services, Inc.
39465 Pas eo Padre Pkwy.
Suite 2800
Fremont, CA 94538

Pacific Hydrotech Corporation
314 E. 3rd Street
Perris, CA 92570

Paragon Security
P.O. Box 781078
Los Angeles, CA 90016-9078

Park Rescom Inc.
1215 Graphite Dr.
Corona, CA 92881

Park West Landscape, Inc.
1215 Graphite Dr.
Corona, CA 92881

PG&E
Box 997300
Sacramento, CA 95899-7300

Porter's Equipment Rental, Inc.
24481 F Lantern Hill Drive
Dana Point, CA 92629-3705

Pro Flame Inc.
P.O. Box 1507
Colton, CA 92324-0840

RBF Consulting
14725 Alton Parkway
Irvine, CA 92618-2027

Redlands
429 Texas Street
Redlands, CA 92374

Rocky Murata Landscaping Inc.
6130 Grenada Avenue
Cypress, CA 90630-5345

Ruggerie Jensen Azar
4690 Chabot Drive
Suite 200
Pleasanton, CA 94588

S & S Rent-A-Fence, Inc.
10232 Glenoaks Blvd.
Pacoima, CA 91331

San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799-5111

Sierra Landscape, Inc.
73-771 Dinah Shore Drive
#200
Palm Desert, CA 92211

So Cal Sandbags
12620 Bosley Lane
Corona, CA 92883

South Coast Lighting Design, Inc.
1391 Calle Avanzado
San Clemente, CA 92673

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

State of California
Board of Equalization
P.O. Box 942879 - Special Taxes and Fees
Sacramento, CA 94279-0056

Storm Water Resources
25709 Rye Canyon Road
Suite 105
Valencia, CA 91365

SunCal Management, LLC
2392 Morse Avenue
Irvine, CA 92614

SWD Electric
Scott Dowd
25037 Everett Drive
Newhall, CA 91321

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

DOCS_LA:251319.1 52063-001

**F 9013-3.1.PROOF.SERVICE**

SWRCB Fees
SWRCB Accounting Office - ATTN: AFRS
P.O. Box 1888
Sacramento, CA 95812-1888

SWRCB Fees
SWRCB Accounting Office - ATTN: AFRS
P.O. Box 1888
Sacramento, CA 95812-1888

The Professional Tree Care Company
P.O. Box 2377
Berkeley, CA 94702

Top Grade Construction, Inc.
50 Contractors Street
Livermore, CA 94551

Union Bank of California N.A.
120 S. San Pedro Street, 4th Floor
Los Angeles, CA 90012
Attn: Corporation Trust Department

United States Trustee
411 W. 4th Street, Suite 9041
Santa Ana, CA 92714

United Site Services
3408 Hillcap Avenue
San Jose, CA 95136

United States Trustee
411 W. 4th Street, Suite 9041
Santa Ana, CA 92714

Waterforce Inc.
P.o. Box 12093
Orange, CA  92859

Willis of Orange County
P.o. Box 100022
Pasadena, CA 91189

West Coast Site Services, Inc.
P.O. Box 1438
Roseville, CA 95678

## III.  SERVED BY E-MAIL

[usual + DOC 235229]

Ken Goddard kgoddard @paoluccicommarts.com
John Gentillon john @thelandstewards.com
Deborah L. Lemanski dlemanski @kotzsangster.com
Barry J. Jensen bjensen @kotzsangster.com
Jeffrey J. Hagen hagenlaw @earthlink.net
Brian Cartmell bcartmell @indycc.com
Richard Rudolph RRudolph @Rudolph-Law.com
Michele Stubbs mstubbs @superiorrm.com
David Sanner dsanner @craigrealtygroup.com
Crystal N. Le cle @mmnt.com
Michelle R. Generaux mgeneraux @mmnt.com
Justin G. Reden jreden @redenandreden.com
Reden & Reden greden @redenandreden.com
Sharon Dyer sdyer @5thgearadv.com
Ken Berrick ken @senecacenter.org
ken_berrick @senecacenter.org
John Ohanian johanian @ovplp.com
Ira Glasky iglasky @farwestindustries.com
Mary Ann Kilgore mkilgore @up.com
Paul C. Guerin pguerin @engeo.com
Scott A. Schaelen sas @wts-law.com
Diane Norris Dnorris @scst.com
Glen McIntire artwork @designalliance3.net
Mark R. McGuire mrmcguirelaw @cox.net
Shannon C. Williams swilliams @rudolph-law.com
Marvin Benson marv.benson @yahoo.com
Filiberto Agusti fagusti @steptoe.com
Joshua Taylor jrtaylor @steptoe.com

Joshua R. Feffer josh @feffergeo.com
Sheldon Greene sheldon7 @pacbell.net
Sean M. Jacobson sean @cohenandjacobson.com
Kyra E. Andrassy kandrassy @wgllp.com
Ronald W. Hopkins rhopkins @gascouhopkins.com
Lee Woodard lwoodard @harrisbeach.com
Kelly C. Griffith kgriffith @harrisbeach.com
Kathleen A. Cashman-Kramer kcashman @psdslaw.com
Richard G. Carlson Richard.carlston @msrlegal.com
Amy Matthew amy.matthew @msrlegal.com
Brian D. Shaffer brian.shaffer @msrlegal.com
Alan Tenenbaum (ENRD) Alan.Tenenbaum @usdoj.gov
Rosana Miramontes Rosana.Miramontes @doj.ca.gov
John Saurenman John.Saurenman @doj.ca.gov
Bruce L. Maas Bmaas @HarrisBeach.com
Kenneth Russak krussak @frandzel.com
Mary Lee Morrison (ENRD) Marylee.Morrison @usdoj.gov
cng @gglts.com
amalo @sheppardmullin.com
maustin @rutan.com
sleo @leoweber.com
art.cheyne @fnf.com
Ranny.Harper @fnf.com
Michael.Busch @fnf.com
adellasalla @cltlt.com
teresahill @cltlt.com
yzarfati @cltlt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J. Winthrop – pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
    Martin Pritikin – mpritikin@millerbarondess.com
(3) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue – mneue@thelobelfirm.com
(4) Ch. 11 Trustee:
    Steven M. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(5) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov
(6) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A. Lyman - klyman@irell.com
(7) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B. Meltzer - hmeltzer@wgllp.com

(8) Counsel for Joint Provisional Liquidators of Lehman RE Ltd
    Chauncey Cole – chauncey.cole@cwt.com
(9) Counsel for Bond Safeguard & Lexon
    Jeffrey Broker - jbroker@brokerlaw.biz
    Mark E. Aronson – mea@amclaw.com
    Mark J. Krone - mk@amclaw.com, crs@amclaw.com;
    amc@amclaw.com
(10) Counsel for Fenway Capital LLC
    John E Schreiber - jschreiber@dl.com
    Richard Reinthaler - rreinthaler@dl.com;
(11) Debtors (Palmdale Hills Property, LLC and related entities) /
    Creditors SunCal Mgmt. & SCC Acquisitions:
    Bruce Cook - bcook@suncal.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com;
lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner – erica.rutner@weil.com
Mark McKane - mark.mckane@kirkland.com