Richard M. Pachulski (CA Bar No. 90073)
Dean A. Ziehl (CA Bar No. 84529)
Robert B. Orgel (CA Bar No. 101875)
John W. Lucas (CA Bar No. 271038)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California  90067-4100
Telephone:  (310) 277-6910 / Facsimile:  (310) 201-0760

Edward Soto (admitted *pro hac vice*)
Alfredo R. Perez (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone:  (212) 310-8000 / Facsimile:  (212) 310-8007

Attorneys for Lehman Commercial Paper Inc., Lehman
ALI, Inc., Northlake Holdings LLC and OVC Holdings
LLC

William N. Lobel (CA Bar No. 93202)
Mike D. Neue (CA Bar No. 179303)
THE LOBEL FIRM, LLP
840 Newport Center Drive, Suite 750
Newport Beach, California  92660
Telephone:  (949) 999-2860 / Facsimile:  (949) 999-2870

General Insolvency Counsel for Steven M. Speier,
the Chapter 11 Trustee for the Trustee Debtors

**FILED & ENTERED**

**MAR 27 2012**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY steinber   DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC, and Its Related Debtors,<br>　　　Jointly Administered Debtors and<br>　　　Debtors-In-Possession.<br>_____<br>Affects:<br>☐ All Debtors<br>☐ Palmdale Hills Property, LLC<br>☐ SunCal Beaumont Heights, LLC<br>☐ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☐ SunCal Summit Valley, LLC<br>☐ SunCal Emerald Meadows LLC<br>☐ SunCal Bickford Ranch, LLC<br>☐ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☐ SJD Partners, Ltd.<br>☐ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☐ SunCal Communities I, LLC<br>☐ SunCal Communities III, LLC<br>☐ SCC Communities LLC | Case No.: 8:08-bk-17206-ES<br>Chapter 11<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17573-ES;<br>8:08-bk-17574-ES; 8:08-bk-17575-ES;<br>8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>and 8:08-bk-17588-ES<br><br>**ORDER CONVEYING OAK VALLEY**<br>**PROJECT AND RELATED ASSETS FREE** |

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS  AT  LAW
LOS  ANGELES ,  CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

☐ North Orange Del Rio Land, LLC
☐ Tesoro SF, LLC
☑ LB-L-SunCal Oak Valley, LLC
☐ SunCal Heartland, LLC
☐ LB-L-SunCal Northlake, LLC
☐ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☐ SunCal PSV, LLC
☐ Delta Coves Venture, LLC
☐ SunCal Torrance, LLC
☐ SunCal Oak Knoll, LLC

**AND CLEAR OF ENCUMBRANCES OTHER THAN PERMITTED LIENS**

**[LEGAL DESCRIPTION ATTACHED TO *FIRST AMENDED* DECLARATION OF ROBERT B. ORGEL RE SALE ORDER CONVEYING OAK VALLEY PROJECT DATED FEBRUARY 22, 2012 TO BE RECORDED CONCURRENTLY]**

**Confirmation Hearing:**

Date:        October 24, 2011
Time:        9:30 a.m.
Place:       Courtroom 5A
             411 West Fourth Street
             Santa Ana, CA  92701

On October 24, 2011 and October 25, 2011 a hearing (the "Confirmation Hearing") was held before this Bankruptcy Court[1] to consider confirmation of the *Third Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors* [Docket No. 2595] (the "Solicited Third Amended Plan"), which was filed on August 23, 2011 by Steven M. Speier, the Chapter 11 Trustee for the Trustee Debtors (the "Trustee"), and Lehman Commercial Paper Inc., Lehman ALI, Inc., Northlake Holdings LLC and OVC Holdings LLC (the "Lehman Creditors" and together with the Trustee, in their capacity as proponents of the Solicited Third Amended Plan, as amended, the "TD Plan Proponents").

Besides the Solicited Third Amended Plan, certain of the pleadings filed or orders entered relevant to the Confirmation Hearing and the matters considered thereat include the following:

a.        On October 21, 2011, the TD Plan Proponents filed their *Fourth Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors* [Docket No. 3194] (the "Fourth Amended Plan");

b.        On November 23, 2011, was filed the *Stipulation . . . Resolving Fidelity National Title Insurance Company's Objection to Trustee/Lehman Plans* [Docket No. 3326] (the "Fidelity National Title Stipulation");

c.        On November 23, 2011, was filed the *Stipulation . . . Resolving United States Objection to Trustee/Lehman Plans* [Docket No. 3327] (the "Government Stipulation");

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Fifth Amended Plan (defined below).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

d.      On November 29, 2011, the TD Plan Proponents filed the *Fifth Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors* [Docket No. 3336] (the "Fifth Amended Plan"); and notice thereof [Docket No. 3338]; and

e.      On February 22, 2012, the Lehman Proponents filed the *First Amended Declaration of Robert B. Orgel Re Sale Order Conveying Oak Valley Project* [Docket No. 3705] (the "Orgel Sale Order Declaration").  Attached to the Orgel Sale Order Declaration are, *inter alia*:  (i) identified Encumbrances from which the Oak Valley Project is to be sold free and clear in Exhibit 1-I thereof; (ii) the Permitted Liens from which the Oak Valley Project is not being conveyed free and clear in Exhibit 2-I thereof; and (iii) the legal description of the Oak Valley Project in Exhibit 3-I thereof.

Appearances of counsel at the Confirmation Hearing were as noted on the record of the Confirmation Hearing.

At the Confirmation Hearing, the TD Plan Proponents presented, and the Bankruptcy Court considered, the Solicited Third Amended Plan, the modifications thereto made by the Fourth Amended Plan and certain intended modifications thereto specified at the Confirmation Hearing and contained in the Fifth Amended Plan, and the Bankruptcy Court considered all matters necessary to determine Confirmation of the Fifth Amended Plan (as modified by the Confirmation Order, the "Plan") as to, among others, TD Plan Debtor SunCal Oak Valley.

After the Confirmation Hearing, on January 6, 2012, the Court entered the *Order Confirming for All TD Plan Debtors the Fifth Amended Joint Chapter 11 Plan for Eight Trustee Debtors Proposed by the Trustee and Subject Lehman Creditors* (the "Confirmation Order") [Docket No. 3525], which provides, *inter alia*, that:

> To facilitate further conveyances of the Plan Projects and related Assets of the TD Plan Debtors' Estates, the recording of evidence of the conveyances and the identification of specific Encumbrances from which any such Plan Project or related Asset is being sold free and clear, or specific Permitted Liens:  (i)  Separate orders, consistent with the Plan and this Confirmation Order, authorizing such conveyances shall be issued by the Bankruptcy Court as reasonably requested by the Lehman Creditors or applicable Lehman Nominee, which orders shall reflect the conveyance of the applicable Plan Projects and related Assets free and clear of all Encumbrances (other than Lehman Claim Liens and other Permitted Liens) in accordance with the Plan and may

be in the form or substantially the form of Exhibit B hereto, customized for the particular Plan Project and TD Plan Debtor . . . .

Having approved the Confirmation Order; and

Having considered (a) the Fifth Amended Plan, (b) the Fidelity National Title Stipulation, (c) the Government Stipulation, (d) the agreements of various counsel made on the record at the Confirmation Hearing, (e) the record compiled in the TD Plan Debtors' Cases and all pleadings filed with respect thereto, (f) the offers of proof and evidence, and the arguments and representations of counsel presented at the Confirmation Hearing, (g) the Orgel Sale Order Declaration and (h) the Lehman Creditors request for issuance of this order (the "Sale Order"); and

Having determined (i) that all parties, including those claiming a Lien, interest or other Encumbrance in or on the Oak Valley Project received notice of the Plan and an opportunity to object to the sale and transfer of the Oak Valley Project free and clear of Encumbrances (other than Permitted Liens) and (ii) that such notice and opportunity to object satisfied the requirements of the Bankruptcy Code, the Bankruptcy Rules and traditional notions of due process; and

After due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED IN THE CASE OF SUNCAL OAK VALLEY THAT**:

1. **Certain Government Matters**

Consistent with the Government Stipulation, and notwithstanding any other provision of this Sale Order to the contrary, the following provisions are included herein as an integral part of this Sale Order:

a. **Assignment of Specified Government Permits**

Under the Plan, the Confirmation Order, this Sale Order, any Order relating to executory contracts issued in connection with the Plan, or any other implementing Plan documents (collectively, the "Applicable Plan Documents"), certain licenses or permits issued by the United States or the State of California to which SunCal Oak Valley is a party, permittee or licensee

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS   AT  LAW
LOS  ANGELES  ,  CALIFORNIA

(collectively, the "Government Permits") may be, *inter alia*, assigned ("Assigned") by SunCal Oak

Valley's Estate to another person or entity ("Assignee").

The TD Plan Proponents acknowledge that the following Government Permits (the

"Specified Government Permits") are not executory and, thus, not assumed or rejected under the

Plan, but they are Assigned pursuant to the Plan.  The effects of a Specified Government Permit

being Assigned are that (i) the interests of the applicable Estate therein shall be vested in the

applicable Assignee on or after the Effective Date, subject to compliance with applicable law with

respect to assignment of such Specified Government Permits, and (ii) the Specified Government

Permit shall be enforceable and effective, and the Assignee shall be bound by the terms and

conditions of the applicable Specified Government Permit, as and to the extent provided under

applicable non-bankruptcy law. The Specified Government Permits as to TD Plan Debtor SunCal

Oak Valley are as follows:

### OAK VALLEY PROJECT – STATE AND FEDERAL PERMITS

|  | Government Entity | Government Permits | Applicable TD Plan Debtor | Government Contact |
|---|---|---|---|---|
| A. | U.S. Army Corps of Engineers | Department of the Army Nationwide Permit Authorization issued August 10, 2004 (No. 2004-00762-JPL) | LB/L – SunCal Oak Valley LLC | Jason Lambert Project Manager Regulatory Division U.S. Army Corps of Engineers 915 Wilshire Blvd. Los Angeles, CA 90017 |
| B. | U.S. Army Corps of Engineers | Department of the Army Nationwide Permit Authorization issued March 4, 2005 (No. 2005-00878-JPL) | LB/L – SunCal Oak Valley LLC | Jason Lambert Project Manager Regulatory Division U.S. Army Corps of Engineers 915 Wilshire Blvd. Los Angeles, CA 90017 |
| C. | California Department of Fish and Game | Agreement Regarding Proposed Stream or Lake Alteration (No. 1600-2004-0021-R6), dated July 28, 2004 | LB/L – SunCal Oak Valley LLC | Thomas Gibson Chief Counsel Department of Fish and Game 1416 9th Street, 12th Floor, Sacramento, CA 95814 |
| D. | California Regional Water Quality Control Board | Clean Water Act Section 401 Water Quality Standards Certification (No. 200400762-JPL) dated August 6, 2004 | LB/L – SunCal Oak Valley LLC | Michael A.M. Lauffer Chief Counsel California State Water Resources Control Board 1001 I Street Sacramento, CA 95814 |

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS   AT LAW
LOS ANGELES , CALIFORNIA

With respect to any bond posted in connection with any Specified Government Permit, the

Applicable Plan Documents shall not affect such bonds (which the applicable government entity

would not be expected to release until such time, if any, that the applicable government entity

approves a replacement bond).

**b. Certain Government Issued Deed and
Government Interests are Permitted Liens or Not "Encumbrances"**

The interests of the United States Army Corps of Engineers ("Corps"), US Fish and Wildlife

Service ("USFWS"), California Department of Fish and Game ("CDFG"), California Regional

Water Quality Control Board ("RWQCB"), California Department of Conservation ("CDC"), or

California Coastal Commission ("CCC" and each of the Corps, USFWS, CDFG, RWQCB, CDC

and/or CCC, a "Specified Government Entity") that concern any real property of a TD Plan Debtor

and that are any of (i) a mitigation obligation pursuant to a provision of law, (ii) a permit, (iii) a

permit verification, (iv) a conservation easement or (v) a restrictive covenant (the "Government

Interests"), either may be Permitted Liens, if so listed in accordance with the Plan, or shall not be

regarded as an "Encumbrance" under the Plan at all; and neither the Applicable Plan Documents or

this Sale Order in and of themselves, nor such documents as interpreted in connection with section

363(f) of the Bankruptcy Code, shall effectuate the cancellation or release of such Government

Interests.  Further, any Government Interest of any Specified Government Entity that is a

conservation easement or restrictive covenant and the Government Issued Deeds shall have the full

legal effect of such instrument under applicable non-bankruptcy law as to the owner of the

applicable real property.

**2.    Implementation**

The transactions described in the Plan Documents have been approved.  The TD Plan

Proponents and the Liquidating Trustee, as applicable, are authorized and directed to take all

actions necessary, appropriate, or desirable to enter into, implement, and consummate the

transactions contemplated by, the contracts, assignments, deeds, instruments, releases, agreements,

and other documents that were or are to be created or executed in connection with the Plan or Plan

Support Documents.  Without further order or authorization of this Bankruptcy Court, the TD Plan

Proponents and the Liquidating Trustee and their successors are authorized and empowered to

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS   AT  LAW
LOS ANGELES , CALIFORNIA

make all modifications to any and all Plan Support Documents that are consistent with the Plan (including, without limitation, any modifications to the Plan Supplement, including its list of, and identifying, executory contracts and unexpired leases to be assumed and assigned under the Plan and specifying any monetary cure amount due and the time for performance of certain non-monetary obligations due), and the TD Plan Proponents, Trustee and Liquidating Trustee are authorized and directed to execute and deliver such additional documents as may be necessary or otherwise required by the TD Plan Proponents and the Liquidating Trustee and which are in furtherance of the Plan.  Execution versions of the Plan Support Documents, where applicable, shall constitute legal, valid, binding, and authorized obligations of the respective parties thereto, enforceable in accordance with their terms and, to the extent applicable, shall create, as of the Effective Date, all Liens purported to be created thereby.

**3.    Appointment of Liquidating Trustee**

Steven M. Speier has been appointed as the Liquidating Trustee and is authorized to carry out his duties as set forth in the Plan.

**4.    Free and Clear Vesting and Conveyance of Estate Assets**

Except as expressly provided in this Sale Order, no consents or approvals are or shall be required to consummate the vesting, conveyance or transfer of Assets under this Sale Order, including the assumption and assignment of contracts, and such transfers are legal, valid, and effective transfers.  The conveyance and transfer of the Assets to LV Oak Valley Champions LLC under the Plan, the Confirmation Order or this Sale Order shall transfer good and marketable, indefeasible title and interest in such Assets to LV Oak Valley Champions LLC free and clear of all Encumbrances, including, without limitation, those Encumbrances identified on Exhibit 1-I to the Orgel Sale Order Declaration, but not free and clear of Permitted Liens identified in this Sale Order or on Exhibit 2-I to the Orgel Sale Order Declaration.

**a.    Disposition of Oak Valley Project**

Pursuant to section 1123(a) of the Bankruptcy Code and the Plan, the Oak Valley Project, situated in Riverside County, California and legally described in Exhibit 3-I to the Orgel Sale Order Declaration, and all easements and appurtenances thereto and all associated personal property and

PACHULSKI  STANG  ZIEHL  & JONES  LLP
ATTORNEYS   AT  LAW
LOS ANGELES , CALIFORNIA

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS   AT  LAW
LOS  ANGELES ,  CALIFORNIA

rights, including, without limitation, SunCal Oak Valley's Estate's right, title and interest in, to and under any development agreements, plans, engineering reports, permits and community facilities district bonds, but excluding subdivision improvement and monumentation agreements (except to the extent the same are being assumed pursuant to Article XI of the Plan), shall be conveyed (the "Conveyance Transaction") by virtue of the Confirmation Order or this Sale Order to LV Oak Valley Champions LLC free and clear of any Encumbrances, including, without limitation, those Encumbrances identified on Exhibit 1-I to the Orgel Sale Order Declaration, but not free and clear of Permitted Liens identified in this Sale Order or on Exhibit 2-I to the Orgel Sale Order Declaration with such Encumbrances (other than the Permitted Liens specified herein or in Exhibit 2-I to the Orgel Sale Order Declaration) not paid in connection with the Conveyance Transaction to attach to the Lehman Creditor Distribution Funding to the extent payment is due therefor pursuant to Articles IV or VI of the Plan in the same priority and subject to the same defenses and avoidability, if any, as before the consummation of the Conveyance Transaction.  After conveyance of the Oak Valley Project and related Assets of SunCal Oak Valley's Estate to LV Oak Valley Champions LLC, LV Oak Valley Champions LLC shall report the Oak Valley Project and such related Assets as being owned by it for all applicable federal, state and local income tax purposes.

**b.**    **Conveyance of Oak Valley Project and Other Assets**

To facilitate further conveyances of the Oak Valley Project and related Assets of SunCal Oak Valley's Estate, the recording of evidence of the conveyances and the identification of (x) specific Encumbrances from which the Oak Valley Project or related Assets of SunCal Oak Valley's Estate are being conveyed free and clear or (y) specific Permitted Liens:

(i)    Entry of the Confirmation Order or this Sale Order, without more and thus automatically, shall retroactively and prospectively authorize and empower the Trustee or Liquidating Trustee and each other person or entity having duties or responsibilities under the Plan, any agreements related thereto, the Confirmation Order or this Sale Order, including, without limitation, any title companies or escrow agents, and their respective directors, officers, employees, members, agents, representatives, and attorneys, to take all actions (including, without limitation,

1    execution and delivery of documents) that a Lehman Creditor or LV Oak Valley

2    Champions LLC believes in good faith to be necessary or appropriate to consummate

3    the transactions contemplated by the Plan, which actions would include the execution

4    and delivery of the grant deeds, assignments and other documents set forth in a

5    supplemental exhibit to the Plan or the Plan Supplement, and which transactions

6    would include conveyance of the Oak Valley Project to LV Oak Valley Champions

7    LLC, as provided in the Plan;

8    (ii)    An authorized signatory of any of the Lehman Creditors shall be, and hereby is,

9    authorized to certify or attest to any of the actions described in the Plan, the

10   Confirmation Order or this Sale Order (but no such certification or attestation shall be

11   required to make any such action valid, binding, and enforceable).  The Liquidating

12   Trustee, or anyone acting at the Liquidating Trustee's direction in connection with the

13   transaction(s) described in the Plan, the Confirmation Order or this Sale Order,

14   including, without limitation, any title company or escrow agent, are further

15   authorized and empowered to cause to be filed with the secretary of state of any state,

16   county recorder or other official responsible for the maintenance of land records, or

17   other applicable officials of any applicable governmental units, any and all deeds,

18   instruments, certificates, agreements, documents or amendments necessary or

19   appropriate to effectuate the Conveyance Transaction and the other transactions

20   contemplated by the Plan, any related agreements, the Confirmation Order and this

21   Sale Order, including, without limitation, amended and restated certificates or articles

22   of incorporation and by-laws or certificates or articles of amendment, and all such

23   other actions, filings, or recordings as may be required under appropriate provisions

24   of the applicable laws of all applicable governmental units or as any of the authorized

25   signatories of the Lehman Creditors may determine are necessary or appropriate.  The

26   execution of any such document or the taking of any such action shall be, and hereby

27   is, deemed conclusive evidence of the authority of such person to so act.  Without

28   limiting the generality of the foregoing, the Confirmation Order or this Sale Order

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS   AT  LAW
LOS  ANGELES ,  CALIFORNIA

shall constitute all approvals and consents, if any, required by the corporation laws of the States of California, New York, and Delaware, and all other applicable business corporation, trust, and other laws of the applicable governmental units with respect to the implementation and consummation of the Plan, any related agreements, the Confirmation Order and this Sale Order, and the transactions contemplated thereby and hereby;

(iii)  The provisions of the Confirmation Order or this Sale Order authorizing the conveyance of the Oak Valley Project and related Assets free and clear of Encumbrances shall be self-executing, and neither SunCal Oak Valley, the Trustee, the Lehman Creditors nor LV Oak Valley Champions LLC shall be required to execute or file releases, termination statements, assignments, consents, or other instruments in order to effectuate, consummate and implement the provisions of the Plan, the Confirmation Order or this Sale Order.  However, SunCal Oak Valley, the Trustee, the Liquidating Trustee, the Lehman Creditors and LV Oak Valley Champions LLC, and each of their respective officers, employees, agents, and authorized representatives, and any third parties, including, without limitation, any title company or escrow agent, are hereby authorized and empowered to take all actions and execute and deliver any and all documents and instruments that either the Trustee, the Liquidating Trustee, the Lehman Creditors or LV Oak Valley Champions LLC deem necessary or appropriate to implement and effectuate the terms of the Plan, the Confirmation Order or this Sale Order;

(iv)  To the greatest extent available under applicable law, but subject to the terms of this Sale Order:  (1) LV Oak Valley Champions LLC shall be authorized, as of the Effective Date, to operate under any license, permit, registration and governmental authorization or approval of SunCal Oak Valley or the Trustee with respect to the Oak Valley Project conveyed to LV Oak Valley Champions LLC; and (2) all such licenses, permits, registrations and governmental authorizations and approvals are deemed to have been, and hereby are, authorized to be transferred to LV Oak Valley

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    Champions LLC as of the Effective Date; and

2    (v)    At no material cost to the Trustee or Liquidating Trustee, upon the reasonable request

3    of a Lehman Creditor or LV Oak Valley Champions LLC at any time and from time

4    to time on or after the Effective Date and through the closing of the SunCal Oak

5    Valley's Case, and notwithstanding any prior knowledge of a Lehman Creditor or LV

6    Oak Valley Champions LLC, the Trustee, prior to the Effective Date, and the

7    Liquidating Trustee, from and after the Effective Date, shall, do, execute,

8    acknowledge and deliver, and cause to be done, executed, acknowledged and

9    delivered, all such further reasonable acts, deeds, assignments, powers of attorney,

10    affidavits, documents, instruments, agreements and/or assurances as may be required,

11    necessary or otherwise conducive (i) to transfer, assign, convey and grant the Oak

12    Valley Project and related Assets of SunCal Oak Valley's Estate to LV Oak Valley

13    Champions LLC in accordance with the terms of the Plan, (ii) for LV Oak Valley

14    Champions LLC to record such transfers, assignments and conveyances of the Oak

15    Valley Project and such related Assets in the applicable filing offices of the

16    applicable governmental entity or (iii) to otherwise implement the Plan.

17    **c.**    **Vesting and Disposition of Other Assets**

18    Except as otherwise provided in the Plan, the Confirmation Order, this Sale Order or any

19    agreement, instrument or other document relating to the Plan (including, without limitation, Plan

20    Sections 6.2 and 8.6.1, paragraph 9(a) of the Confirmation Order and this paragraph 4 of this Sale

21    Order), on and after the Effective Date, all property of SunCal Oak Valley's Estate shall vest in

22    SunCal Oak Valley's Estate, free and clear of all Encumbrances, including, without limitation,

23    those Encumbrances identified on Exhibit 1-I to the Orgel Sale Order Declaration, but not free and

24    clear of Permitted Liens identified in this Sale Order or on Exhibit 2-I to the Orgel Sale Order

25    Declaration.

26    **5.**    **Exemption From Transfer Taxes**

27    Pursuant to section 1146(a) of the Bankruptcy Code, any transfers from SunCal Oak Valley

28    or its Estate to the Liquidating Trustee, LV Oak Valley Champions LLC or to any other Person

1  pursuant to the Plan, or any agreement regarding the transfer of title to or ownership of any of

2  SunCal Oak Valley's or its Estate's real or personal property or of any other interest in such property

3  (including, without limitation, a security interest), including, without limitation, transfers or sales

4  pursuant to the Confirmation Order or this Sale Order will not be subject to any document recording

5  tax, stamp tax, conveyance fee, intangibles or similar tax, mortgage tax, stamp act, real estate

6  transfer tax, mortgage recording tax, Uniform Commercial Code filing or recording fee, or other

7  similar tax or governmental assessment, and the Confirmation Order and this Sale Order directs the

8  appropriate state or local governmental officials or agents to forego the collection of any such tax or

9  governmental assessment and to accept for filing and recordation any of the foregoing instruments or

10  other documents without the payment of any such tax or governmental assessment.

11  **6.    Construction of Sale Order**

12      The failure to reference in this Sale Order a particular provision of the Fifth Amended Plan

13  or the Confirmation Order shall not affect the validity or enforceability of such provision.  In the

14  event of any inconsistencies between the Fifth Amended Plan or Confirmation Order and this Sale

15  Order, this Sale Order shall prevail.

16  **7.    Retention of Jurisdiction**

17      Notwithstanding the entry of the Confirmation Order, the occurrence of the Effective Date

18  or the entry of this Sale Order, the Bankruptcy Court shall not be limited under the Plan, and the

19  Bankruptcy Court shall retain jurisdiction over the interpretation and implementation of this Sale

20  Order, the Case of SunCal Oak Valley and any of the proceedings related to the Case of SunCal

21  Oak Valley pursuant to section 1142 of the Bankruptcy Code and 28 U.S.C. § 1334 to the fullest

22  extent permitted by the Bankruptcy Code and other applicable law.

23  **8.    Waiver of Stay of Sale Order**

24      The stay of Bankruptcy Rule 3020(e) shall be inapplicable to this Sale Order and, absent a

25  separate order of a court of competent jurisdiction staying the Sale Order, the Sale Order shall be

26  effective immediately upon its entry, according to its terms.

27  **9.    Separate and Final Orders**

28

PACHULSKI  STANG  ZIEHL  &  JONES  LLP
ATTORNEYS   AT  LAW
LOS  ANGELES ,  CALIFORNIA

1    This Sale Order is and shall be deemed a separate and final Sale Order with respect to

2    SunCal Oak Valley in SunCal Oak Valley's Case for all purposes, is deemed docketed in SunCal

3    Oak Valley's Case for all purposes, and the period in which an appeal of this Sale Order must be

4    filed shall commence upon the entry hereof.

5    **10.    Objection to Entry of this Order**

6    **The limited objection to the entry of this Order filed by the County of**

7    **Riverside[docket #3624] is overruled for the reasons set forth in Plan Proponents'**

8    **Omnibus Reply [docket #3679].**

###

DATED: March 27, 2012

*Erithe Q. Smith*
_____
United States Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER CONVEYING OAK VALLEY PROJECT AND RELATED ASSETS FREE AND CLEAR OF ENCUMBRANCES OTHER THAN PERMITTED LIENS* will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **February 22, 2012** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**JUDGE'S COPY** **[Overnight Delivery]**
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ February 22, 2012 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 22, 2012 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

## II. SERVED BY U.S. MAIL

**LBL SunCal Oak Valley
Sale Order Service List**

All American Asphalt
P.O. Box 2229
Corona, CA  92878

AT&T California
1265 Van Buren Blvd., Rm 180
Anaheim, CA 92680
Attn: Area Manager

AT&T
Attn: Corporate Officer
Payment Center
Sacramento, CA  95887-0001

BCI Framing and Drywall
337 Freedom Ave
Orange, CA  92865

Beaumont-Cherry Valley Water District
Attn: General Manager
560 North Magnolia Avenue
P.O. Box 2037
Beaumont, CA 92223-2037

Bertram E. Williams
Customer Service Planner
Southern California Edison Company
26100 Menifee Road
Romoland, CA 92585

Bertram E. Williams
Customer Service Planner
Southern California Edison Company
26100 Menifee Road
Romoland, CA 92585

Southern California Edison
26100 Menifee Road
Romoland, CA 92585

Elite Bobcat Service, Inc.
1320 E. Sixth Street, #100
Corona, CA  92879

HD Supply White Cap Construction
Supply
Attn: Josie Torres-Credit Analyst
P.O. Box 1770
Costa Mesa, CA  92626

Hillcrest Contracting, Inc.
P.O. Box 1898
Corona, CA  92878

J.F. Shea Constuction, Inc.
c/o Andrade & Associates
27101 Puerta Real, Suite 120
Mission Viejo, CA 92691

J.F. Shea Constuction, Inc.
c/o Andrade & Associates
27101 Puerta Real, Suite 120
Mission Viejo, CA  92691

J.F. Shea Constuction, Inc.
c/o Andrade & Associates
27101 Puerta Real, Suite 120
Mission Viejo, CA  92691

John Hanna & Associates
Attn: Corporate Officer
663 Valley Ave., #100
Solana Beach, CA  92075

John Hanna and Associates, Inc.
663 Valley Ave, #100
Solana Beach, CA  92075

John Hanna and Associates, Inc.
663 Valley Ave, #100
Solana Beach, CA  92075

KIP Incorporated
25740 Washington Ave
Murrieta, CA  92562

KIP Incorporated
25740 Washington Ave
Murrieta, CA  92562

Mackenzie Landscape
33380 Bailey Park Blvd
Menifee, CA  92584

Nissho of California, Inc.
1902 S. Santa Fe Avenue
Vista, CA  92083

Nissho of California, Inc.
1902 S. Santa Fe Avenue
Vista, CA  92083

Oak Valley Partners L.P.
2311 Cedar Springs Road, Suite 100
Dallas, TX 75201
Attn: D. Craig Martin

Pacific Rim Hydroseeding, Inc.
28319 Valley Center Rd.
Valley Center, CA  92082

Pacific Soils Engineering, Inc.
10653 Progress Way
Cypress, CA  90630

Pinnick, Inc
c/o M. Dale Mills, Jr., Esq.
275 E. Douglas Ave, Suite 102
El Cajon, CA  92020

Proactive Engineering Consultants, Inc.
c/o Archer Norris, A Professional Law
Corporation
Attn: Stephanie K. Kitzes
4695 MacArthur Court, Suite 350
Newport Beach, CA  92660

Proactive Engineering Consultants, Inc.
c/o Archer Norris, A Professional Law
Corporation
Attn: Stephanie K. Kitzes
4695 MacArthur Court, Suite 350
Newport Beach, CA  92660

RBF Consulting
14725 Alton Parkway
Irvine, CA  92618

RBF Consulting
14725 Alton Parkway
Irvine, CA  92618

Riverside County Board of Supervisors;
c/o Interim County Executive Officer,
Larry Parrish
County Administrative Center
4080 Lemon Street - 4th Floor
Riverside, California 92501

Riverside County Tax Collector
Attn:  Carrie Kokosenski
4080 Lemon Street, 4th Floor
Riverside, CA 92501

Riverside County Tax Collector
Attn:  Don Kent or Corporate Officer
P.O. Box 12005
Riverside, CA  92502-2205

Riverside County Tax Collector
Attn:  Sandy Finley, Acct Tech 1
4080 Lemon Street, 4th Floor
Riverside, CA 92501

Southern California Edison Company
Corporate Real Estate Department
Real Estate Revenue Division
14799 Chestnut Street
Westminster, CA 92683

Southern California Edison
Attn: Corporate Officer
P.O. Box 600

Southern California Gas Company
Centralized Correspondence
Attn: Legal Department
P.O. Box 3150
San Dimas, CA 91773

Southern California Section of the
Professional
Golfer's Association of America, Inc.
601 S. Valencia Avenue, Suite 200
Brea, CA 92823
Attn: Tom Gustafson

Stantec Consulting, Inc.
22690 Cactus Ave, #300
Moreno Vallery, CA  92553

Stormwater Compliance Specialists, Inc.
455 N Twin Oaks Valley Road
San Marcos, CA  92069

Stormwater Compliance Specialists, Inc.
455 N Twin Oaks Valley Road
San Marcos, CA  92069

Superior Masonry, Inc.
300 W. Olive St, Ste A.
Colton, CA  92324

The City of Beaumont
550 East 6th Street
Beaumont, CA 92223

The Gas Company
Southern California Gas Company
1 Liberty
Aliso Viejo, CA 92656
Attn: Sam Wyngaarden

Top-Line Concrete & Landscape, Inc.
P.O. Box 1296
Wildomar, CA  92597

Top-Line Concrete & Lndsp
P.O. Box 1294
Wildomar, CA  92595

Top-Line Concrete & Lndsp
P.O. Box 1294
Wildomar, CA  92595

Top-Line Concrete & Lndsp
P.O. Box 1294
Wildomar, CA  92595

Vulcan Material Co.
Attn: Credit Department
P.O. Box 2950
Los Angeles, CA  90065

Yucaipa Valley Water District
12990 Second Street
P.O. Box 730
Yucaipa, CA 92399-0730

**Palmdale Hills Property LLC**
**8:08-bk-17206-ES**
**Parties not being served electronically**
**As of 1/31/12**

As of Richard B Andrade on behalf of Creditor
JF Shea Construction Inc
Andrade & Associates
27101 Puerta Real Ste 120
Mission Viejo, CA 92691-8518

Tab L K Artis on behalf of Creditor Desert
Pipeline, Inc.
301 N Lake Ave 7th Fl
Pasadena, CA 91101

William R Baerg on behalf of Defendant
Samrod Corporation
Monteleone & McCrory LLP
725 S Figueroa St #3200
Los Angeles, CA 90017

Shaaron A Bangs on behalf of Defendant
Rockey Murata Landscaping, Inc.
Crawford & Bangs
1290 E Center Ct Dr
Covina, CA 91724

Miller Barondess LLP
,

Patricia D Barrett on behalf of Defendant
Ameripride Guard Services, Inc.
Law Office of Patricia D Barrett
846 W Foothill Blvd Ste M
Upland, CA 91786

William G Bissell on behalf of Creditor
Boudreau Pipeline Corporation
110 Newport Ctr Dr Ste 200
Newport Beach, CA 92660

William Bissell on behalf of Defendant
Boudreau Pipeline Corporation
110 Newport Center Dr Ste 200
Newport Beach, CA 92660

Christopher J Brantingham on behalf of
Defendant Pre-Con Products
Brice E Bryan & Assoc
23945 Calabasas Rd
Calabasas, CA 91302

Brian Construction Co Inc
,

John W Busby on behalf of Creditor Marques
Pipeline, Inc.
251 Lafayette Circle Ste 350
Lafayette, CA 94549

Wayne W Call on behalf of 3rd Pty Defendant
Bova Contracting Corporation
Call & Jensen
610 Newport Ctr Dr Ste 700
Newport Beach, CA 92660

Brent S Clemmer on behalf of Creditor MSA
Consulting, Inc.
Slovak Baron & Empey LLP
1800 E Tahquitz Cyn Wy
Palm Springs, CA 92262

Bruce V Cook on behalf of Creditor SCC
Acquisitions, Inc.
Argent Management LLC
2392 Morse Ave
Irvine, CA 92614

Adrianna M Corrado on behalf of Defendant
Orange County Striping Service, Inc.
Lanak & Hanna
400 N Tustin Ave Ste 120
Santa Ana, CA 92705-3815

Delta Coves Venture LLC
2392 Morse
Irvine, CA 92614

Donald B Devirian on behalf of Defendant ALL
AMERICAN ASPHALT
Devirian & Shinmoto
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064

Francis T Donohue on behalf of 3rd Pty
Defendant Chino Grading, Inc.
Voss, Cook & Thel LLP
895 Dove Street Suite 450
Newport Beach, CA 92660

Norman A. Filer on behalf of Creditor Mesa
Pacific Construction Inc.
500 N. State College Bl., #1270
Orange, CA 92868

Michelle R Generaux on behalf of Creditor
Summers Murphy & Partners Inc
Murtaugh Meyer Nelson & Treglia LLP
2603 Main St 9th Fl
Irvine, CA 92614-6232

Moses Green
,

Sheldon L Greene on behalf of Creditor Seneca
Center
Greene & Allison LLP
100 Montgomery St Ste 1600
San Francisco, CA 94104

Veronica S Gunderson on behalf of Defendant
ACTON ESTATES, LLC
Miller Barondess LLP
1999 Avenue of the Stars Ste 1000
Los Angeles, CA 90067

Stanley Haren on behalf of Defendant Sierra
Cascade Construction, Inc.
Gill & Baldwin
130 N Baldwin Blvd #405
Glendale, CA 91203

William R Hart on behalf of Defendant BNB
Engineering, Inc.
Hart King & Coldren
200 Sandpointe Fourth Fl
Santa Ana, CA 92707

Ironhouse Sanitary District
Henn Etzel and Moore
1970 Broadway Ste 950
Oakland, CA 94612

Andrew C Kienle on behalf of Defendant BNB
Engineering, Inc.
200 Sandpointe, 4th Fl
Santa Ana, CA 92707

LB/L SunCal Northlake LLC
,

LB/L SunCal Oak Valley LLC
,

Vivian Le on behalf of Creditor WEC
Corporation
Gary R King & Associates
30950 Rancho Viejo Rd Ste 155
San Juan Capistrano, CA 92675

Wayne Lee
468 Jade Tree Drive
Monterey Park, CA 91754

Liquidity Solutions Inc
One University Plaza
Ste 312
Hackensack, NJ 07601

Manhard Consulting Inc
,

Louis R Miller
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

Louis R Miller on behalf of Counter-Defendant
SJD Development Corp.
2121 Avenue Of The Stars, 18th Fl
Los Angeles, CA 90067

Louis R Miller on behalf of Debtor Palmdale
Hills Property, LLC
Miller Barondess LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

Gerald W Mouzis on behalf of Creditor Hillcrest
Contracting, Inc.
The Mouzis Law Firm APC
13681 Newport Ave Ste 8-605
Tustin, CA 92680

Celina M Munoz on behalf of Interested Party
New Anaverde LLC
Steptoe & Johnson LLP
2121 Ave of the Stars 28th Flr
Los Angeles, CA 90067

Howard S Nevins on behalf of Creditor
Williams+Paddon Architects+Planners, Inc.
2150 River Plaza Dr Ste 450
Sacramento, CA 95833

Sean A O'Keefe on behalf of Plaintiff Palmdale
Hills Property, LLC
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

Sean A O'Keefe on behalf of Plaintiff SJD
Partners, Ltd.
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

Richard Pachulski on behalf of Creditor Lehman
ALI, Inc.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Bl Ste 1100
Los Angeles, CA 90067-4003

Malhar S. Pagay
,

Thomas A Pistone on behalf of Defendant
Developer's Research, Inc.
Pistone & Wolder, LLP
2020 Main Street Suite 900
Irvine, CA 92614

Martin Pritikin on behalf of Debtor Palmdale
Hills Property, LLC
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

J Patrick Ragan on behalf of 3rd Pty Defendant
Sierra Pacific Electrical Contracting
1881 S Business Center Dr Suite 7B
San Bernardino, CA 92408

Regal Development LLC
,

SQUAR, MILNER, MIRANDA & WILLIAMSON,
LLP
4100 Newport Place, Third Floor
Newport Beach, CA 92660

David Sandoval
,

Raymond D Scott on behalf of Defendant Kip
Incorporated
1835 W Orangewood Ave Ste 255
Orange, CA 92868

Gene H Shioda on behalf of Defendant Rockey
Murata Landscaping, Inc.
Law Office of Gene H Shioda
5757 West Century Blvd Ste 700
Los Angeles, CA 90045

Edward Soto on behalf of Plaintiff Lehman ALI,
Inc.
1395 Brickell Ave Ste 1200
Miami, FL 33131

Kimberly A Soyer on behalf of Defendant
Marques Pipeline, Inc.
251 Lafayette Cir, Ste 350
Lafayette, CA 94549

Joseph L Strohman on behalf of Creditor SME
Construction, Inc
Ferguson Case Orr Paterson LLP
1050 S Kimball Rd
Ventura, CA 93004

SunCal Century City LLC
2392 Morse
Irvine, CA 92614

SunCal Heartland LLC
2392 Morse
Irvine, CA 92614

SunCal Marblehead LLC
2392 Morse
Irvine, CA 92614

SunCal Oak Knoll LLC
,

SunCal PSV LLC
2392 Morse
Irvine, CA 92614

SunCal Torrance Properties LLC
2392 Morse
Irvine, CA 92614

Dina Tasini
Tasini and Associates
2126 Grant St
Berkeley, CA 94703

Theresa C Tate on behalf of Defendant Chino
Grading, Inc.
Crawford & Bangs LLP
1290 E Center Crt Dr
Covina, CA 91724

Robert S Throckmorton on behalf of Creditor
Paula Cunningham
Throckmorton, Beckstrom & Tomassian, LLP
2 Corporate Park, Ste 210
Irvine, CA 92606-5115

Elizabeth A Walters on behalf of Creditor
Andersen Concrete Inc
3365 Seventh Ave
San Diego, CA 92103

Douglas F Welebir on behalf of Creditor Nancy
and John Probst
Welebir Tierney & Weck
2068 Orange Tree Ln Ste 215
Redlands, CA 92374

**Agency List, DOC # 225705**

Mr. C.F. Raysbrook
California Department of Fish and Game
Streambed Alteration Team
4949 Viewridge Avenue
San Diego, CA 92123

California Regional Water Quality
Control Board
Los Angeles Region
320 West 4th Street, Suite 200
Los Angeles, CA 90013

Dr. Aaron Allen
U.S. Army Corps of Engineers
2151 Alessandro Drive, Suite 110
Ventura, CA 93301

Bob Hosea
California Department of Fish and Game, Region 2
Attn.: Streambed Alteration Agreement Program
1701 Nimbus Road
Rancho Cordova, CA 95670

Ms. Leslie Gault
Placer County Water Agency
144 Ferguson Road
Auburn, CA 95604

Riverside County Flood Control and Water
Conservation District
1995 Market St.
Riverside, CA 92501
Attn.: Warren D. Williams
          General Manager & Chief Engineer

County Of Riverside Transportation And Land
Management Agency
4080 Lemon Street, 8th Floor
Riverside, CA 92501
Attn.: Juan C. Perez, P.E., T.E.
          Director of Transportation

County of Riverside
P.O. Box 1090
Riverside, CA 92502-1090
Attn.: George Johnson

Jurupa Area Recreation & Park District
4810 Pedley Rd.
Riverside, CA 92502
Attn.: Dan Rodriguez, General Manager

Mitchell Ogron
14 Old Lake Circle
Henderson, NV 89074

Church of God in Jesus Christ
3349 Rubidoux Blvd.
Riverside, CA 92509
Attn.: Cecilia A. Bennett

Marjorie Ina and Jerry Ray Engelauf
5037 Riverside Drive
Riverside, CA 92509-6427

Rte 60, LLC
14 Old Lake Circle
Henderson, NV 89074
Attn: Jim Stockhausen

Riverside County Economic Development
Agency
1153 Spruce Street, Suite B
Riverside, CA 92507
Attn.: Tina English,  Deputy Executive Director

David R. Brunner, Executive Director
Center for Natural Lands Management
425 E. Alvarado St., Ste. H
Fallbrook, CA 92028-2960

Lee Ann Carranza, Preserve Manager
Center for Natural Lands Management
34558 Scenic Drive
Dana Point, CA 92629-2749

U.S. Army Corps of Engineers
Los Angeles District
P.O. Box 532711
Los Angeles, CA 90053-2325
Attn.: District Counsel

California Department of Fish and Game
4949 Viewridge Avenue
San Diego, CA 92123
Attn.: Regional Manager

U.S. Fish and Wildlife Service
Carlsbad Fish and Wildlife Office
6010 Hidden Valley Road
Carlsbad, CA 92009
Attn.: Field Supervisor

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA 92672
Attn.: George Scarborough, City Manager

Ron Lebs, Deputy Superintendent
Capistrano Unified School District
Business and Support Services
33122 Valle Road
San Juan Capistrano, CA 92675

Denise H. Hering, Esq.
Stradling, Yocca, Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

Mr. Sam Wyngaarden
Southern California Gas Company
One Liberty
Aliso Viejo, CA 92656-3830

Ms. Pinky Oliver
San Diego Gas & Electric
8330 Century Park Court, Room 31-C
San Diego, CA 92123

Stephen L. Millham
Anaverde LLC
c/o Empire Partners, Inc.
3536 Concours Street, Suite 300
Ontario, CA 91764

Mr. Brian Veit
Farallon Capital Management, LLC
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Mr. Justin Bowman, OSP Planning Mgr.
AT&T
739 E. Santa Clara St., Room 312A
Ventura, CA 93001

Ms. Deborah Schwenk
AT&T
6930 Van Nuys Blvd., Room 110
Van Nuys, CA 91405

Elma Watson, Assistant Planner
City of Lancaster
44933 Fern Avenue
Lancaster, CA 93534

Ms. Laurie Lile
City of Palmdale
38250 N. Sierra Highway
Palmdale, CA 93550-4798

Stephen H. Williams, City Manager
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA 93550-4798

Mr. Michael Mischel
City of Palmdale Engineering Department
38250 N. Sierra Highway
Palmdale, CA 93550-4798

Matthew Ditzhazy, City Attorney
Noel James Dorean, Deputy City Attorney
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA 93550-4798

Tobi Tyler
California Regional Water Quality Control Board
Lahontan Region
2501 Lake Tahoe Bouelvard
South Lake Tahoe, CA 96150

Ronnie Burtner
Los Angeles County Sanitation District
P.O. Box 4998
Whittier, CA 90607

Adam Ariki
Los Angeles County Waterworks District No.
40, Antelope Valley
P.O. Box 1460
Alhambra, CA 91802-1406

Mr. Jay R. Olson
Southern California Edison
10180 Telegraph Road
Ventura, CA 93004

Bertram E. Williams
Southern California Edison
26100 Menifee Road
Romoland, CA 92585

City of Torrance
City Hall
3031 Torrance Blvd.
Torrance, CA 90503-2970
Attn.: Jeffrey W. Gibson,
       Community Development Director

City of Torrance
City Attorney's Office
3031 Torrance Blvd.
Torrance, CA 90503
Attn.: John Fellows, City Attorney

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.: Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.: Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA 92223-0158

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA 92672
Attn.: George Scarborough, City Manager

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.: Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.: Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA 92223-0158

**In re Palmdale Hills Property, LLC**
**Chapter 11 Case No. 8:08-bk-17206-ES**
**Permitted First Election Changes Creditors –**
**Service List**

City of Palmdale
Attn.: Steve Williams, City Manager
　　　Matthew Ditzhazy, City Attorney
38300 N. Sierra Hwy.
Palmdale, CA 93550

John Sanabria
Acting Director of Dept. of Regional Planning
County of Los Angeles Dept. of Regional Planning
1390 Hall of Records
320 West Temple Street
Los Angeles, CA 90012

Brian Constuction Company, Inc.
1656 E. Sierra Madre Circle
Placentia, CA 92870

Brian Construction Co Inc.
Scott A Schaelen Esq, Attorney of Record
Walters Townsend & Schaelen APLC
3565 7th Ave
San Diego, CA 92103

C I Printing, Inc. (Color Image Printing)
Attn Lindner
2030 S Westgage Ave
Los Angeles CA 90025-6119

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA 92672
Attn.: George Scarborough, City Manager

Consolidated Reprographics
Attn: Corporate Officer
345 Clinton Street
Costa mesa, CA 92626

Corporation for Interest Rate Management
Attn: Corporate Officer
175 N. Franklin Street #205
Chicago, IL 60606

County Sanitation District
Ronnie Burtner
Los Angeles County Sanitation District
P.O. Box 4998
Whittier, CA 90607

East Bay Blue Print and Supply Co.
Attn: Corporate Officer
1745 14th Avenue
Oakland, CA 94606

East Bay Municipal Utility District
Attn: Authorized Agent
Payment Center
Oakland, CA 94649-0001

Mesa Pacific Construction, Inc.
151 Kalmus Drive – E130
Costa Mesa, CA 92626

Mesa Pacific Constructions Inc.
Norman A. Filer
500 N. State College Blvd. #1270
Orange, CA 92868

MWW Group
Attn: Corporate Officer
P.O. Box 7247-6597
Philadelphia, PA 19170-6597

MWW Group Inc.
Attn: Steven Pareja
1 Meadowlands Plaza, 6th Fl.
E. Rutherford, NJ 07073-2150"
National Construction Rentals, Inc.

OCB Reprographics
Attn: Corporate Officer
17721 Mitchell North
Irvine, CA 92614

Palm Springs Life (d/b/a for Desert
Publications)
Attn: Corporate Officer
303 N. Indian Canyon Dr.
Palm Springs, CA 92262

Protection One
Attn: Corporate Officer
P.O. Box 5714
Carol Stream, IL  60197-5714

Protection One
c/o Creditors Bankruptcy Service
P.O. 740933
Dallas, TX  75374

Reliable Graphics Inc.
Attn: Corporate Officer
15013 Califa Street
Van Nuys, CA  91411-3170

Schilling Corporation
697 Greenfield Drive
El Cajon, CA  92021

Schilling Corporation
Scott A Schaelen Esq
Walters Townsend & Schaelen APLC
3565 7th Avenue
San Diego, CA  92103

Security Signal Devices
Attn: Corporate Officer
1740 N. Lemon St.
Anaheim, CA  92801
Seneca Center

The Corporation For Interest Rate Mgmt.
Attn: Corporate Officer
175 N. Franklin Street #205
Chicago, IL  60606

Trench Shoring Co.
1400 Oranthrope Ave
Fullerton, CA  92831
Utility Specialists Southwest, Inc.

Wallace-Kuhl & Associates
3251 Beach Blvd, Ste. 300
West Sacramento, CA  95691

**Objecting Parties and Parties Requesting
Documents
[24 PARTIES - DOC 245299]**

T. Scott Leo
Michael J. Dudek
LEO & WEBER, P.C.
1 North LaSalle Street, Suite 3600
Chicago, Illinois 60602

Wallace Kuh. & Associates
Attn: Andy Wallace
3050 Industrial Blvd.
West Sacramento, CA  95691

The Foliage Group
Attn:  Corporate Officer
2730 Harbor Blvd., Ste. A
Santa Ana, CA 92704

WEC Corporation c/o
Lewis Brisbois Bisgaard & Smith
650 Town Center, Ste. 1400
Costa Mesa, CA 92626

The Collaborative West
Attn:  Corporate Officer
100 Avenida Miramar
San Clemente, CA 92672

SWRCB Acctg. Office
Attn: Corporate Officer
P. O. Box 1888
Sacramento, CA 95812-1888

Hunsaker & Associates
Attn: Corporate Officer
3 Hughes
Irvine, CA  92618

J. Williams Staffing
Attn:  Corporate Officer
19762 MacArthur Blvd,  #200
Irvine, CA 92612

Carl Warren & Co.
Attn: Corporate Officer
P. O. Box 25161
Santa Ana, CA 92799-5161

Northlake Homeowners Association c/o
Rapkin Gitlin & Beaumont
21650 Oxnard, Ste. 1620
Woodland Hills, CA 91367

Lee, Wayne & Francis
468 Jade Tree Drive
Monterey Park, CA  91754

Arthur Riggs
c/o Howard R. Hawkins
2146 Bonita Avenue
La Verne, CA  91750

Pacific Soils Engineering Inc.
10653 Progress Way
Cypress, CA  90630

Chameleon Design, Inc.
Attn:  Corporate Officer
1711 Westcliff Drive, Ste. B
Newport Beach, CA 92660

Pacific Soils Engr Inc.
c/o Darren G. Burge
30423 Canwood St., Ste. 208
Agoura Hills, CA 91301

Pinnick, Inc.
c/o Dennis D. Burns
7855 Ivanhoe Avenue, Ste. 420
La Jolla, CA 92037-4510

Bova Contracting Corp.
3334 E. Coast Hwy, Ste. 427
Corona Del Mar, CA 92625-2328

Urban Crossroads, Inc.
41 Corporate Park, Ste. 300
Irvine, CA 92606

Glen Pearson, Credit & Collection Mgr.
Mobile Modular Management Corp
Adler Tank Rentals
Las Positas Road
Livermore, CA 94551

Frank
F. J. Kennedy, P.E.
2586 Comistas Drive
Walnut Creek, CA 94598

The Estate of Marie B Stanford
Joyce Stanford-Dale and Carol
Cummings Co-trustees
22971 Stonebridge
Cupertino, CA 95014

The Foliage Group
1612 Orchard Group
Newport Beach, CA 92660

Rockey Murata Landscaping Inc.
P.O. Box 4017
Cerritos, CA 90703

Attorneys for United States
Alan S. Tenenbaum / Elan S. Levey
Dept of Justice/Environmt & Natural Resources Div
Envirnmental Enforcement Sctn, Ben Franklin Statn
P.O. Box 7611
Washington, DC 20044

**In re Palmdale Hills Property, LLC**
**Vendors**

ABC Security Service
P.O. Box 1709
Oakland, CA 94604

All Street Sweeping Inc.
P.O. Box 661
Roseville, CA 95661

Argent Management, LLC
2392 Morse Avenue
Irvine, CA 92614

Berlogar Stevens & Associates
5587 Sunol Boulevard
Pleasanton, CA 94566

Best Drilling & Pump, Inc.
2950 Oleta Lane
Highland, CA 92346

Bonterra Consulting
151 Kalmus Drive
Suite E-200
Costa Mesa, CA 92626

BR South Coast Private Security Services Inc.
41 Niguel Pointe Drive
Laguna Niguel, CA 92677

California Barricade
1510 S. Lyon Street
Santa Ana, CA 92705-4613

California Department of Fish and Game
1416 9th Street
12th Floor
Sacramento, CA 95814

Calorneva Turf Support, Inc.
548 E. Passiflora Drive
La Habra, CA 90631

Cal-State Rent A Fence
4518 Industrial St.
Simi Valley, CA 93063

Cannon
1050 Southwood Drive
San Luis Obispo, CA 93401

CGPM Mangers II, LLC.
5080 Spectrum Drive
Suite 1100 East
Addison, TX 75000

Chambers Group
5 Hutton Centre Drive
Suite 750
Santa Ana, CA 92707

Conco West Inc.
P.O. Box 1360
Manteca, CA 95336

Conserve LandCare
74040 Hwy 111
Suite L200
Palm Desert, CA 92266-0

Corrpro Companies, Inc.
P.O. Box 933029
Atlanta, GA 31193-029

Cybul Rondou & Associates
25115 Avenue Stanford
Suite B 126
Valencia, CA 91355

DCI
22904 Banbury Ct.
Murrieta, CA 92562

Diamond Environmental Services
807 E. Mission Road
San Marcos, CA 92069

Ecosystem Concepts, Inc.
P.O. Box 807
Dixson, CA 95620

Fidelity National Title Company
1300 Dove Street
Suite 310
Newport Beach, CA 92660

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0631

Glenn Lukos Associates
29 Orchard
Lake Forest, 92630-8300

Goats R Us
P.O. Box 37
Orinda, CA 94563

Group Seven Site Development
41655 Reagan Way
Suite 1
Murrieta, CA 92562

International Sureties, LTD
701 Poydras Street
Suite 420
New Orleans, LA 70139

JAMS, Inc.
P.O. Box 512850
Los Angeles, CA 90051-0850

JC Landscaping, Inc.
412 Gerona Avenue
San Gabiel, CA 91775

Kamps Propane
P.O. Box 1309
Oakley, CA 94561

Laguna Asphalt Paving Company
P.O. Box 814
Dana Point, CA 92629

LP CST Environmental
404 North Berry Street
Brea, CA 92821-3104

Lucky Water Tanks
39805 86th Street W
Leona Valley, CA 93551

Miranda Squar
4100 Newport Place
Suite 300
Newport Beach, CA 92660

Miranda Squar
4100 Newport Place
Suite 300
Newport Beach, CA 92660

Oakridge Landscape Inc.
28064 Avenue Stanford
Unit K
Anaheim, CA 91355

Orange Coast Masonry Acquisition
Corporation
601 North Batavia
Orange, 92868

Outdoor Dimensions
5325 E. Hunter Avenue
Anaheim, CA 92807

Overton Security Services, Inc.
39465 Pas eo Padre Pkwy.
Suite 2800
Fremont, CA 94538

Pacific Hydrotech Corporation
314 E. 3rd Street
Perris, CA 92570

Paragon Security
P.O. Box 781078
Los Angeles, CA 90016-9078

Park Rescom Inc.
1215 Graphite Dr.
Corona, CA 92881

Park West Landscape, Inc.
1215 Graphite Dr.
Corona, CA 92881

PG&E
Box 997300
Sacramento, CA 95899-7300

Porter's Equipment Rental, Inc.
24481 F Lantern Hill Drive
Dana Point, CA 92629-3705

Pro Flame Inc.
P.O. Box 1507
Colton, CA 92324-0840

RBF Consulting
14725 Alton Parkway
Irvine, CA 92618-2027

Redlands
429 Texas Street
Redlands, CA 92374

Rocky Murata Landscaping Inc.
6130 Grenada Avenue
Cypress, CA 90630-5345

Ruggerie Jensen Azar
4690 Chabot Drive
Suite 200
Pleasanton, CA 94588

S & S Rent-A-Fence, Inc.
10232 Glenoaks Blvd.
Pacoima, CA 91331

San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799-5111

Sierra Landscape, Inc.
73-771 Dinah Shore Drive
#200
Palm Desert, CA 92211

So Cal Sandbags
12620 Bosley Lane
Corona, CA 92883

South Coast Lighting Design, Inc.
1391 Calle Avanzado
San Clemente, CA 92673

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

State of California
Board of Equalization
P.O. Box 942879 - Special Taxes and Fees
Sacramento, CA 94279-0056

Storm Water Resources
25709 Rye Canyon Road
Suite 105
Valencia, CA 91365

SunCal Management, LLC
2392 Morse Avenue
Irvine, CA 92614

SWD Electric
Scott Dowd
25037 Everett Drive
Newhall, CA 91321

SWRCB Fees
SWRCB Accounting Office - ATTN: AFRS
P.O. Box 1888
Sacramento, CA 95812-1888

SWRCB Fees
SWRCB Accounting Office - ATTN: AFRS
P.O. Box 1888
Sacramento, CA 95812-1888

The Professional Tree Care Company
P.O. Box 2377
Berkeley, CA 94702

Top Grade Construction, Inc.
50 Contractors Street
Livermore, CA 94551

Union Bank of California N.A.
120 S. San Pedro Street, 4th Floor
Los Angeles, CA 90012
Attn: Corporation Trust Department

United States Trustee
411 W. 4th Street, Suite 9041
Santa Ana, CA 92714

United Site Services
3408 Hillcap Avenue
San Jose, CA 95136

United States Trustee
411 W. 4th Street, Suite 9041
Santa Ana, CA 92714

Waterforce Inc.
P.o. Box 12093
Orange, CA  92859

Willis of Orange County
P.o. Box 100022
Pasadena, CA 91189

West Coast Site Services, Inc.
P.O. Box 1438
Roseville, CA 95678

## III.  SERVED BY E-MAIL

(Court's NEF list)

Selia M sacevedo @millerbarondess.com
mpritikin @millerbarondess.com
Joseph M Adams jadams @lawjma.com
Kyra E Andrassy kandrassy @wgllp.com
Raymond H Aver ray @averlaw.com
James C Bastian jbastian @shbllp.com
Thomas Scott Belden sbelden @kleinlaw.com
ecf @kleinlaw.com
John A Boyd fednotice @tclaw.net
Mark Bradshaw mbradshaw @shbllp.com
Gustavo E Bravo gbravo @smaha.com
Jeffrey W Broker jbroker @brokerlaw.biz
Richard W Brunette rbrunette @sheppardmullin.com
Brendt C Butler bbutler @mandersonllp.com
Andrew W Caine acaine @pszyjw.com
Carollynn Callari ccallari @venable.com
Cathrine M Castaldi ccastaldi @rusmiliband.com
Tara Castro Narayanan tara.narayanan @msrlegal.com
lisa.king @msrlegal.com
Dan E Chambers dchambers @jmbm.com
Sally S Chan info @wthemislaw.com
Shirley Cho scho @pszjlaw.com
Vonn Christenson vrc @paynefears.com
Brendan P Collins bpcollins @bhfs.com
Vincent M Coscino vcoscino @allenmatkins.com
emurdoch @allenmatkins.com
Paul J Couchot pcouchot @winthropcouchot.com
pj @winthropcouchot.com
gcrumpacker @winthropcouchot.com
Geoffrey Crisp geoffrey @smgarberlaw.com
michelle @smgarberlaw.com
Jonathan S Dabbieri dabbieri @sullivanhill.com
hillsullivanhill.com
mcallister @sullivanhill.com
stein @sullivanhill.com
vidovich @sullivanhill.com
Ana Damonte ana.damonte @pillsburylaw.com
Vanessa S Davila vsd @amclaw.com
Melissa Davis mdavis @shbllp.com
Daniel Denny ddenny @gibsondunn.com
Caroline Djang cdjang @rutan.com
Joseph R Dunn jrdunn @mintz.com

jadavis @mintz.com
dsjohnson @mintz.com
docketing @mintz.com;tlmayo @mintz.com
Caroline Djang crd @jmbm.com
Donald T Dunning ddunning @dunningLaw.com
jmacleod @dunninglaw.com
Lynsey M Eaton leaton @gglts.com
Meredith R Edelman meredith.edelman @dlapiper.com
Joseph A Eisenberg jae @jmbm.com
Lei Lei Wang Ekvall lekvall @wgllp.com
Richard W Esterkin resterkin @morganlewis.com
Don Fisher dfisher @ptwww.com
Marc C Forsythe kmurphy @goeforlaw.com
Alan J Friedman afriedman @irell.com
Steven M Garbersteve @smgarberlaw.com
Christian J Gascou cgascou @gascouhopkins.com
Barry S Glaser bglaser @swjlaw.com
Robert P Goe kmurphy @goeforlaw.com
rgoe @goeforlaw.com;mforsythe @goeforlaw.com
Eric D Goldberg egoldberg @stutman.com
Richard H Golubow rgolubow @winthropcouchot.com
pj @winthropcouchot.com
vcorbin @winthropcouchot.com
Michael J Gomez mgomez @frandzel.com
efiling @frandzel.com
shom @frandzel.com
Kelly C Griffith bkemail @harrisbeach.com
Matthew Grimshaw mgrimshaw @rutan.com
Kavita Gupta kgupta @winthropcouchot.com
Asa S Hami ahami @morganlewis.com
Michael J Hauser michael.hauser @usdoj.gov
D Edward Hays ehays @marshackhays.com
ecfmarshackhays @gmail.com
Michael C Heinrichs mheinrichs @omm.com
Harry D. Hochman hhochman @pszjlaw.com
hhochman @pszjlaw.com
Jonathan M Hoff jonathan.hoff @cwt.com
Garrick A Hollander ghollander @winthropcouchot.com
gcrumpacker @winthropcouchot.com
pj @winthropcouchot.com
Nancy Hotchkiss nhotchkiss @trainorfairbrook.com
Michelle Hribar mhribar @rutan.com
John J Immordino john.immordino @wilsonelser.com
raquel.burgess @wilsonelser.com

Lawrence A Jacobson laj@cohenandjacobson.com

Michael J Joyce mjoyce@crosslaw.com

Stephen M Judson sjudson@fablaw.com

Kaleb L Judy ecf@kleinlaw.com

kjudy@kleinlaw.com

Steven J Kahn skahn@pszyjw.com

Sheri Kanesaka sheri.kanesaka@bryancave.com

theresa.macaulay@bryancave.com

David I Katzen katzen@ksfirm.com

Christopher W Keegan ckeegan@kirkland.com

shalimar.caltagirone@kirkland.com;alevin@kirkland.com

Irene L Kiet ikiet@hkclaw.com

Claude F Kolm claude.kolm@acgov.org

Mark J Krone mk@amclaw.com

crs@amclaw.com;amc@amclaw.com

David B Lally davidlallylaw@gmail.com

Leib M Lerner leib.lerner@alston.com

Elan S Levey elan.levey@usdoj.gov

louisa.lin@usdoj.gov

Peter W Lianides plianides@winthropcouchot.com

pj@winthropcouchot.com

vcorbin@winthropcouchot.com

Charles Liu cliu@marshackhays.com

ecfmarshackhays@gmail.com

Charles Liu cliu@winthropcouchot.com

ecfmarshackhays@gmail.com

Ben H Logan blogan@omm.com

John W Lucas jlucas@pszjlaw.com

Kerri A Lyman klyman@irell.com

Mariam S Marshall mmarshall@marshallramoslaw.com

Robert C Martinez rmartinez@mclex.com

Michael D May mdmayesq@verizon.net

Mark E McKane rosie.tejada@kirkland.com

Hutchison B Meltzer hmeltzer@wgllp.com

Krikor J Meshefejian kjm@lnbrb.com

Joel S. Miliband jmiliband@rusmiliband.com

James M Miller jmiller@millerbarondess.com

vgunderson@millerbarondess.com

smiller@millerbarondess.com

mpritikin@millerbarondess.com

Louis R Miller smiller@millerbarondess.com

Craig Millet cmillet@gibsondunn.com

pcrawford@gibsondunn.com

cmillet@gibsondunn.com

Randall P Mroczynski randym@cookseylaw.com

Mike D Neue mneue@thelobelfirm.com

jmattiace@thelobelfirm.com

nlockwood@thelobelfirm.com

Robert Nida Rnida@castlelawoffice.com

Henry H Oh hoh@soollp.com

dholland@soollp.com;jcurley@soollp.com

Sam S Oh sam.oh@limruger.com

julie.yu@limruger.com

amy.lee@limruger.com

Sean A Okeefe sokeefe@okeefelc.com

Robert B Orgel rorgel@pszjlaw.com

rorgel@pszjlaw.com

Malhar S Pagay mpagay@pszjlaw.com

mpagay@pszjlaw.com

Ernie Zachary Park ernie.park@bewleylaw.com

Daryl G Parker dparker@pszjlaw.com

Penelope Parmes pparmes@rutan.com

Robert J Pfister rpfister@ktbslaw.com

Ronald B Pierce ronald.pierce@sdma.com

Katherine C Piper kpiper@steptoe.com

smcloughlin@steptoe.com

Cassandra J Richey cmartin@pprlaw.net

James S Riley tgarza@sierrafunds.com

Debra Riley driley@allenmatkins.com

Todd C. Ringstad becky@ringstadlaw.com

R Grace Rodriguez ecf@lorgr.com

Martha E Romero Romero@mromerolawfirm.com

Ronald Rus rrus@rusmiliband.com

John P Schafer jschafer@mandersonllp.com

mbarlow@mandersonllp.com

eriley@mandersonllp.com

cstrunk@mandersonllp.com

John E Schreiber jschreiber@dl.com

William D Schuster bills@allieschuster.org

Laurie A Shade laurie.shade@coco.ocgov.com

anthony.lievanos@coco.ocgov.com

Christopher P Simon csimon@crosslaw.com

Gerald N Sims jerrys@psdslaw.com

bonniec@psdslaw.com

Wendy W Smith wendy@bindermalter.com

Steven M Speier Sspeier@asrmanagement.com

ca85@ecfcbis.com

Steven M Speier Sspeier@Squarmilner.com

ca85@ecfcbis.com

Michael St James ecf@stjames-law.com

Michael K Sugar msugar@irell.com

Cathy Ta cathy.ta@bbklaw.com

Arthur.Johnston@bbklaw.com

lisa.spencer@bbklaw.com

David A Tilem davidtilem@tilemlaw.com

malissamurguia@tilemlaw.com

dianachau@tilemlaw.com ;joanfidelson@tilemlaw.com

James E Till jtill@thelobelfirm.com

jmattiace@thelobelfirm.com

nlockwood@thelobelfirm.com

United States Trstee ustpregion16.sa.ecf@usdoj.gov

Carol G Unruh cgunruh@sbcglobal.net

Annie Verdries verdries@lbbslaw.com

Jason Wallach jwallach@gladstonemichel.com

Joshua D Wayser kim.johnson@kattenlaw.com

Marc J Winthrop mwinthrop@winthropcouchot.com

pj@winthropcouchot.com

vcorbin@winthropcouchot.com

David M Wiseblood dwiseblood@seyfarth.com

David M Wiseblood dwiseblood@wisebloodlaw.com

Brett K Wiseman bwiseman@aalaws.com

Laurel R Zaeske lzaeske@rusmiliband.com

Dean A Ziehl dziehl@pszjlaw.com

dziehl@pszjlaw.com

Marc A. Zimmerman joshuasdaddy@att.net

[Regular + DOC 235229]

Ken Goddard kgoddard@paoluccicommarts.com
John Gentillon john@thelandstewards.com
Deborah L. Lemanski dlemanski@kotzsangster.com
Barry J. Jensen bjensen@kotzsangster.com
Jeffrey J. Hagen hagenlaw@earthlink.net
Brian Cartmell bcartmell@indycc.com
Richard Rudolph RRudolph@Rudolph-Law.com
Michele Stubbs mstubbs@superiorrm.com
David Sanner dsanner@craigrealtygroup.com
Crystal N. Le cle@mmnt.com
Michelle R. Generaux mgeneraux@mmnt.com
Justin G. Reden jreden@redenandreden.com
Reden & Reden greden@redenandreden.com
Sharon Dyer sdyer@5thgearadv.com
Ken Berrick ken@senecacenter.org;
ken_berrick@senecacenter.org
John Ohanian johanian@ovplp.com
Ira Glasky iglasky@farwestindustries.com
Mary Ann Kilgore mkilgore@up.com
Paul C. Guerin pguerin@engeo.com
Scott A. Schaelen sas@wts-law.com
Diane Norris Dnorris@scst.com
Glen McIntire artwork@designalliance3.net
Mark R. McGuire mrmcguirelaw@cox.net
Shannon C. Williams swilliams@rudolph-law.com
Marvin Benson marv.benson@yahoo.com
Filiberto Agusti fagusti@steptoe.com
Joshua Taylor jrtaylor@steptoe.com
Joshua R. Feffer josh@feffergeo.com

Sheldon Greene sheldon7@pacbell.net
Sean M. Jacobson sean@cohenandjacobson.com
Kyra E. Andrassy kandrassy@wgllp.com
Ronald W. Hopkins rhopkins@gascouhopkins.com
Lee Woodard lwoodard@harrisbeach.com
Kelly C. Griffith kgriffith@harrisbeach.com
Kathleen A. Cashman-Kramer kcashman@psdslaw.com
Richard G. Carlson Richard.carlston@msrlegal.com
Amy Matthew amy.matthew@msrlegal.com
Brian D. Shaffer brian.shaffer@msrlegal.com
Alan Tenenbaum (ENRD) Alan.Tenenbaum@usdoj.gov
Rosana Miramontes Rosana.Miramontes@doj.ca.gov
John Saurenman John.Saurenman@doj.ca.gov
Bruce L. Maas Bmaas@HarrisBeach.com
Kenneth Russak krussak@frandzel.com
Mary Lee Morrison (ENRD) Marylee.Morrison@usdoj.gov
cng@gglts.com
amalo@sheppardmullin.com
maustin@rutan.com
sleo@leoweber.com
art.cheyne@fnf.com
Ranny.Harper@fnf.com
Michael.Busch@fnf.com
adellasalla@cltlt.com
teresahill@cltlt.com
yzarfati@cltlt.com

(1) Gen'l Counsel for Voluntary Debtors:
      Paul Couchot - pcouchot@winthropcouchot.com
      Marc J. Winthrop - pj@winthropcouchot.com
      Paul Lianides - plianides@winthropcouchot.com
(2) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
      Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
      Martin Pritikin – mpritikin@millerbarondess.com
(3) Gen'l Counsel for Ch. 11 Trustee (Speier):
      William Lobel – wlobel@thelobelfirm.com
      Mike Neue – mneue@thelobelfirm.com
(4) Ch. 11 Trustee:
      Steven M. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(5) Office of the United States Trustee:
      Michael Hauser - michael.hauser@usdoj.gov
(6) Counsel for Voluntary Debtors' Committee:
      Alan Friedman - afriedman@irell.com
      Kerri A. Lyman - klyman@irell.com
(7) Counsel for Trustee Debtors' Committee:
      Lei Lei Wang Ekvall - lekvall@wgllp.com
      Hutchison B. Meltzer - hmeltzer@wgllp.com

(8) Counsel for Joint Provisional Liquidators of Lehman RE Ltd
      Chauncey Cole – chauncey.cole@cwt.com
(9) Counsel for Bond Safeguard & Lexon
      Jeffrey Broker - jbroker@brokerlaw.biz
      Mark E. Aronson – mea@amclaw.com
      Mark J. Krone - mk@amclaw.com, crs@amclaw.com;
      amc@amclaw.com
(10) Counsel for Fenway Capital LLC
      John E Schreiber - jschreiber@dl.com
      Richard Reinthaler - rreinthaler@dl.com;
(11) Debtors (Palmdale Hills Property, LLC and related entities) /
      Creditors SunCal Mgmt. & SCC Acquisitions:
      Bruce Cook - bcook@suncal.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com;
lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez – alfredo.perez@weil.com
Lauren Zerbinopoulos– lauren.zerbinopoulos@weil.com
Erica Rutner - erica.rutner@weil.com
Mark McKane - mark.mckane@kirkland.com

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States Trustee and case Trustee (if any) will always be in this category.

**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***[ENTERED] ORDER CONVEYING OAK VALLEY PROJECT AND RELATED ASSETS FREE AND CLEAR OF ENCUMBRANCES OTHER THAN PERMITTED LIENS*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.** <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 22, 2012**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.** <u>**SERVED BY THE COURT VIA U.S. MAIL:**</u> A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Palmdale Hills Property, LLC (and its related entities)
2392 Morse Ave.
Irvine, CA 92614

☐ Service information continued on attached page

**III.** <u>**TO BE SERVED BY THE LODGING PARTY**</u>: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

DOCS_LA:249424.5 52063-001

## I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

**8:08-bk-17206-ES Notice will be electronically mailed to:**

1.  Selia M Acevedo for Atty Miller Barondess LLP
    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
2.  Joseph M Adams for Def The City of San Juan Capistrano
    jadams@lawjma.com
3.  Kyra E Andrassy for Atty Weiland Golden Smiley
    Wang Ekvall & Strok, LLP
    kandrassy@wgllp.com
4.  Raymond H Aver for Debtor Palmdale Hills Property, LLC
    ray@averlaw.com
5.  James C Bastian for Cred ARB, Inc.
    jbastian@shbllp.com
6.  Thomas Scott Belden for Def Zim Ind., Inc. dba Bakersfield Well
    sbelden@kleinlaw.com, ecf@kleinlaw.com
7.  John A Boyd for Int Pty Oliphant Golf Inc
    fednotice@tclaw.net
8.  Mark Bradshaw for Int Pty Courtesy NEF
    mbradshaw@shbllp.com
9.  Gustavo E Bravo for Cred Oliphant Golf, Inc.
    gbravo@smaha.com
10. Jeffrey W Broker for Cred Bond Safeguard Ins Co
    jbroker@brokerlaw.biz
11. Richard W Brunette for Cred Palm Springs Village-309, LLC
    rbrunette@sheppardmullin.com
12. Brendt C Butler for Cred EMR Residential Properties LLC
    bbutler@mandersonllp.com
13. Andrew W Caine for Cred Lehman ALI, Inc.
    acaine@pszyjw.com
14. Carollynn Callari for Cred Danske Bank A/S London Branch
    ccallari@venable.com
15. Cathrine M Castaldi for Cred SunCal Management, LLC
    ccastaldi@rusmiliband.com
16. Tara Castro Narayanan for Int Pty Courtesy NEF
    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
17. Dan E Chambers for Cred EMR Residential Properties LLC
    dchambers@jmbm.com
18. Sally S Chan for Cred Desert Wind, LLC
    info@wthemislaw.com
19. Shirley Cho for Cred Lehman ALI, Inc.
    scho@pszjlaw.com
20. Vonn Christenson for Int Pty Courtesy NEF
    vrc@paynefears.com
21. Brendan P Collins for Cred Gray1 CPB, LLC
    bpcollins@bhfs.com
22. Vincent M Coscino for Pet Cred CST Environmental Inc
    vcoscino@allenmatkins.com, emurdoch@allenmatkins.com
23. Paul J Couchot for Cred SCC Acquisitions, Inc.
    pcouchot@winthropcouchot.com, pj@winthropcouchot.com;
    gcrumpacker@winthropcouchot.com
24. Geoffrey Crisp for Int Pty Courtesy NEF
    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
25. Jonathan S Dabbieri for Int Pty Courtesy NEF
    dabbieri@sullivanhill.com, hillsullivanhill.com;
    mcallister@sullivanhill.com; stein@sullivanhill.com;
    vidovich@sullivanhill.com
26. Ana Damonte for Cred Top Grade Construction, Inc.
    ana.damonte@pillsburylaw.com
27. Vanessa S Davila for Cred Bond Safeguard Ins Co
    vsd@amclaw.com
28. Melissa Davis for Cred City of Orange
    mdavis@shbllp.com
29. Daniel Denny for Int Pty Courtesy NEF
    ddenny@gibsondunn.com
30. Caroline Djang for Cred City of San Clemente
    cdjang@rutan.com
31. Joseph R Dunn for Cred American Civil Constructors West
    Coast, Inc.
    jrdunn@mintz.com, jadavis@mintz.com; dsjohnson@mintz.com;
    docketing@mintz.com; tlmayo@mintz.com
32. Caroline Djang for Cred Lehman ALI, Inc.
    crd@jmbm.com
33. Donald T Dunning for Cred Hertz Equipment Rental Corp
    ddunning@dunningLaw.com; jmacleod@dunninglaw.com
34. Lynsey M Eaton for Cred AMEC Earth & Environmental, Inc.
    leaton@gglts.com
35. Meredith R Edelman for Int Pty Courtesy NEF
    meredith.edelman@dlapiper.com
36. Joseph A Eisenberg for Cred Lehman ALI, Inc.
    jae@jmbm.com
37. Lei Lei Wang Ekvall for Atty Weiland Golden
    lekvall@wgllp.com
38. Richard W Esterkin for Debtor Palmdale Hills Property, LLC
    resterkin@morganlewis.com
39. Don Fisher for Cred Warmington Homes California
    dfisher@ptwww.com
40. Marc C Forsythe for Atty Robert Goe
    kmurphy@goeforlaw.com
41. Alan J Friedman for Atty Irell & Manella LLP
    afriedman@irell.com
42. Steven M Garber for Cred Park West Landscape, Inc
    steve@smgarberlaw.com
43. Christian J Gascou for 3rd Pty Pltf Arch Ins Co
    cgascou@gascouhopkins.com
44. Barry S Glaser for Cred County of Los Angeles
    bglaser@swjlaw.com
45. Robert P Goe for Atty Robert Goe
    kmurphy@goeforlaw.com,
    rgoe@goeforlaw.com;mforsythe@goeforlaw.com
46. Eric D Goldberg for Int Pty Courtesy NEF
    egoldberg@stutman.com
47. Richard H Golubow for Debtor Palmdale Hills Property, LLC
    rgolubow@winthropcouchot.com, pj@winthropcouchot.com;
    vcorbin@winthropcouchot.com
48. Michael J Gomez for Cred Central Pacific Bank
    mgomez@frandzel.com, efiling@frandzel.com;
    shom@frandzel.com
49. Kelly C Griffith for Cred Bond Safeguard Ins Co
    bkemail@harrisbeach.com
50. Matthew Grimshaw for Cred EMR Residential Properties LLC
    mgrimshaw@rutan.com
51. Kavita Gupta for Debtor Palmdale Hills Property, LLC
    kgupta@winthropcouchot.com
52. Asa S Hami for Debtor Palmdale Hills Property, LLC
    ahami@morganlewis.com
53. Michael J Hauser for UST (SA)
    michael.hauser@usdoj.gov
54. D Edward Hays for Cred Lehman ALI, Inc.
    ehays@marshackhays.com; ecfmarshackhays@gmail.com
55. Michael C Heinrichs for Int Pty Courtesy NEF
    mheinrichs@omm.com
56. Harry D. Hochman for Cred Lehman ALI, Inc.
    hhochman@pszjlaw.com, hhochman@pszjlaw.com
57. Jonathan M Hoff for 3rd Pty Pltf Jt Prov of Lehman RE
    jonathan.hoff@cwt.com
58. Garrick A Hollander for Debtor Palmdale Hills Property, LLC
    ghollander@winthropcouchot.com,
    gcrumpacker@winthropcouchot.com; pj@winthropcouchot.com

59. Nancy Hotchkiss for Cred Murray Smith & Associates Engineering
nhotchkiss@trainorfairbrook.com

60. Michelle Hribar for Pltf EMR Residential Properties LLC
mhribar@rutan.com

61. John J Immordino for Cred Arch Ins Co.
john.immordino@wilsonelser.com,
raquel.burgess@wilsonelser.com

62. Lawrence A Jacobson for Cred BKF Engineers
laj@cohenandjacobson.com

63. Michael J Joyce for Int Pty Anaverde, LLC
mjoyce@crosslaw.com

64. Stephen M Judson for Pet Cred The Professional Tree Care Co
sjudson@fablaw.com

65. Kaleb L Judy for Def Zim Ind., Inc. dba Bakersfield Well
ecf@kleinlaw.com, kjudy@kleinlaw.com

66. Steven J Kahn for Cred Lehman ALI, Inc.
skahn@pszyjw.com

67. Sheri Kanesaka for Cred California Bank & Trust
sheri.kanesaka@bryancave.com,
theresa.macaulay@bryancave.com

68. David I Katzen for Int Pty Bethel Isl Muni Improve District
katzen@ksfirm.com

69. Christopher W Keegan for Cred SC Master Holdings II LLC
ckeegan@kirkland.com,
shalimar.caltagirone@kirkland.com;alevin@kirkland.com

70. Irene L Kiet for Cred BNB Engineering, Inc.
ikiet@hkclaw.com

71. Claude F Kolm for Cred County of Alameda Tax Collector
claude.kolm@acgov.org

72. Mark J Krone for Cred Bond Safeguard Ins Co
mk@amclaw.com, crs@amclaw.com;amc@amclaw.com

73. David B Lally for Def Contracting Engineers, Inc.
davidlallylaw@gmail.com

74. Leib M Lerner for Cred Steiny and Co, Inc.
leib.lerner@alston.com

75. Elan S Levey for Int Pty United States Of America
elan.levey@usdoj.gov, louisa.lin@usdoj.gov

76. Peter W Lianides for Debtor Palmdale Hills Property, LLC
plianides@winthropcouchot.com, pj@winthropcouchot.com;
vcorbin@winthropcouchot.com

77. Charles Liu for Cred Villa San Clemente, LLC
cliu@marshackhays.com; ecfmarshackhays@gmail.com

78. Charles Liu for Debtor Palmdale Hills Property, LLC
cliu@winthropcouchot.com; ecfmarshackhays@gmail.com

79. Ben H Logan for Int Pty Lennar Centex Del Rio Partners LLC
blogan@omm.com

80. John W Lucas for Cred Lehman ALI
jlucas@pszjlaw.com

81. Kerri A Lyman for Atty Irell & Manella LLP
klyman@irell.com

82. Mariam S Marshall for Cred RGA Environmental, Inc.
mmarshall@marshallramoslaw.com

83. Robert C Martinez for Cred TC Construction Co, Inc
rmartinez@mclex.com

84. Michael D May for Cred R.J. Noble Co.
mdmayesq@verizon.net

85. Mark E McKane for Cred SC Master Holdings II LLC
rosie.tejada@kirkland.com

86. Hutchison B Meltzer for Jt Unsec Cred Com
hmeltzer@wgllp.com

87. Krikor J Meshefejian for Int Pty Courtesy NEF
kjm@lnbrb.com

88. Joel S. Miliband for Cred RBF CONSULTING
jmiliband@rusmiliband.com

89. James M Miller for Atty Miller Barondess LLP
jmiller@millerbarondess.com,

90. vgunderson@millerbarondess.com;
smiller@millerbarondess.com; mpritikin@millerbarondess.com
Louis R Miller for Pltf Palmdale Hills Property, LLC
smiller@millerbarondess.com

91. Craig Millet for Int Pty Doug Champion
cmillet@gibsondunn.com, pcrawford@gibsondunn.com;
cmillet@gibsondunn.com

92. Randall P Mroczynski for Def Bob McGrann Construction, Inc.
randym@cookseylaw.com

93. Mike D Neue for Atty The Lobel Firm, LLP
mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;
nlockwood@thelobelfirm.com

94. Robert Nida for Cred Kirk Negrete, Inc
Rnida@castlelawoffice.com

95. Henry H Oh for 3rd Pty Pltf Jt Prov of Lehman RE
hoh@soollp.com, dholland@soollp.com;jcurley@soollp.com

96. Sam S Oh for Cred Southern California Gas Company
sam.oh@limruger.com, julie.vu@limruger.com;
amy.lee@limruger.com

97. Sean A Okeefe for Debtor Palmdale Hills Property, LLC
sokeefe@okeefelc.com

98. Robert B Orgel for Cred CA Verhagen Holdings
rorgel@pszjlaw.com, rorgel@pszjlaw.com

99. Malhar S Pagay for Cred Lehman ALI, Inc.
mpagay@pszjlaw.com, mpagay@pszjlaw.com

100. Ernie Zachary Park for Int Pty Newcomm
ernie.park@bewleylaw.com

101. Daryl G Parker for Cred Lehman ALI, Inc.
dparker@pszjlaw.com

102. Penelope Parmes for Cred EMR Residential Properties LLC
pparmes@rutan.com

103. Robert J Pfister for Int Pty Courtesy NEF
rpfister@ktbslaw.com

104. Ronald B Pierce for Cred Griffith Co
ronald.pierce@sdma.com

105. Katherine C Piper for Int Pty New Anaverde LLC
kpiper@steptoe.com, smcloughlin@steptoe.com

106. Cassandra J Richey for Cred Patricia I Volkerts, as Trstee, et al
cmartin@pprlaw.net

107. James S Riley for Cred Sierra Liquidity Fund, LLC
tgarza@sierrafunds.com

108. Debra Riley for Int Pty City of Palmdale
driley@allenmatkins.com

109. Todd C. Ringstad for Int Pty Courtesy NEF
becky@ringstadlaw.com

110. R Grace Rodriguez for Def O&B Equipment, Inc.
ecf@lorgr.com

111. Martha E Romero for Cred California Taxing Authorities
Romero@mromerolawfirm.com

112. Ronald Rus for Interested Party Courtesy NEF
rrus@rusmiliband.com

113. John P Schafer for Cred LB/L-DUC III Bethel Island, LLC
jschafer@mandersonllp.com; mbarlow@mandersonllp.com;
eriley@mandersonllp.com; cstrunk@mandersonllp.com

114. John E Schreiber for Int Pty NEF Courtesy
jschreiber@dl.com

115. William D Schuster for Cred HD Supply Construction Supply LTD
bills@allieschuster.org

116. Laurie A Shade for Cred Orange County Tax Collector
laurie.shade@coco.ocgov.com,
anthony.lievanos@coco.ocgov.com

117. Christopher P Simon for Int Pty Courtesy NEF
csimon@crosslaw.com

118. Gerald N Sims for Cred Chicago Title Ins Co
jerrys@psdslaw.com, bonniec@psdslaw.com

119. *Wendy W Smith for Cred Castaic Union School District*
     *wendy@bindermalter.com*
120. *Steven M Speier (TR)*
     *Sspeier@asrmanagement.com, ca85@ecfcbis.com*
121. *Steven M Speier for Trstee Steven Speier (TR)*
     *Sspeier@Squarmilner.com, ca85@ecfcbis.com*
122. *Michael St James for Cred MBH Architects, Inc.*
     *ecf@stjames-law.com*
123. *Michael K Sugar for OCUC*
     *msugar@irell.com*
124. *Cathy Ta for Def Hi-Grade Material Co.*
     *cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;*
     *lisa.spencer@bbklaw.com*
125. *David A Tilem for Def Southland Pipe Corp*
     *davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;*
     *dianachau@tilemlaw.com ;joanfidelson@tilemlaw.com*
126. *James E Till for Trstee Steven Speier (TR)*
     *jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;*
     *nlockwood@thelobelfirm.com*
127. *United States Trstee (SA)*
     *ustpregion16.sa.ecf@usdoj.gov*
128. *Carol G Unruh for Cred Scott E. McDaniel*
     *cgunruh@sbcglobal.net*

129. *Annie Verdries for Cred WEC Corp*
     *verdries@lbbslaw.com*
130. *Jason Wallach for Def Professional Pipeline Contractors, Inc.*
     *jwallach@gladstonemichel.com*
131. *Joshua D Wayser for Other Professional D. E. Shaw & Co., L.P.*
     *kim.johnson@kattenlaw.com*
132. *Marc J Winthrop for Debtor Palmdale Hills Property, LLC*
     *mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;*
     *vcorbin@winthropcouchot.com*
133. *David M Wiseblood for Cred Bethel Island Muni Improve District*
     *dwiseblood@seyfarth.com*
134. *David M Wiseblood for Int Pty Courtesy NEF*
     *dwiseblood@wisebloodlaw.com*
135. *Brett K Wiseman for Cred JF Shea Construction Inc*
     *bwiseman@aalaws.com*
136. *Laurel R Zaeske for Cred SunCal Management, LLC*
     *lzaeske@rusmiliband.com*
137. *Dean A Ziehl for Counter-Def LV Pacific Point LLC*
     *dziehl@pszjlaw.com, dziehl@pszjlaw.com*
138. *Marc A. Zimmerman for Cred Life Church of God in Christ*
     *joshuasdaddy@att.net*

## III. **TO BE SERVED BY THE LODGING PARTY BY U.S. MAIL**

**LBL SunCal Oak Valley**
**Sale Order Service List**

All American Asphalt
P.O. Box 2229
Corona, CA  92878

AT&T California
1265 Van Buren Blvd., Rm 180
Anaheim, CA 92680
Attn: Area Manager

AT&T
Attn: Corporate Officer
Payment Center
Sacramento, CA  95887-0001

BCI Framing and Drywall
337 Freedom Ave
Orange, CA  92865

Beaumont-Cherry Valley Water District
Attn: General Manager
560 North Magnolia Avenue
P.O. Box 2037
Beaumont, CA 92223-2037

Bertram E. Williams
Customer Service Planner
Southern California Edison Company
26100 Menifee Road
Romoland, CA 92585

Bertram E. Williams
Customer Service Planner
Southern California Edison Company
26100 Menifee Road
Romoland, CA 92585

Southern California Edison
26100 Menifee Road
Romoland, CA 92585

Elite Bobcat Service, Inc.
1320 E. Sixth Street, #100
Corona, CA  92879

HD Supply White Cap Construction
Supply
Attn: Josie Torres-Credit Analyst
P.O. Box 1770
Costa Mesa, CA  92626

Hillcrest Contracting, Inc.
P.O. Box 1898
Corona, CA  92878

J.F. Shea Constuction, Inc.
c/o Andrade & Associates
27101 Puerta Real, Suite 120
Mission Viejo, CA  92691

J.F. Shea Constuction, Inc.
c/o Andrade & Associates
27101 Puerta Real, Suite 120
Mission Viejo, CA  92691

J.F. Shea Constuction, Inc.
c/o Andrade & Associates
27101 Puerta Real, Suite 120
Mission Viejo, CA  92691

John Hanna & Associates
Attn: Corporate Officer
663 Valley Ave., #100
Solana Beach, CA  92075

John Hanna and Associates, Inc.
663 Valley Ave, #100
Solana Beach, CA  92075

John Hanna and Associates, Inc.
663 Valley Ave, #100
Solana Beach, CA  92075

KIP Incorporated
25740 Washington Ave
Murrieta, CA  92562

KIP Incorporated
25740 Washington Ave
Murrieta, CA  92562

Mackenzie Landscape
33380 Bailey Park Blvd
Menifee, CA  92584

Nissho of California, Inc.
1902 S. Santa Fe Avenue
Vista, CA  92083

Nissho of California, Inc.
1902 S. Santa Fe Avenue
Vista, CA  92083

Oak Valley Partners L.P.
2311 Cedar Springs Road, Suite 100
Dallas, TX 75201
Attn: D. Craig Martin

Pacific Rim Hydroseeding, Inc.
28319 Valley Center Rd.
Valley Center, CA  92082

Pacific Soils Engineering, Inc.
10653 Progress Way
Cypress, CA  90630

Pinnick, Inc
c/o M. Dale Mills, Jr., Esq.
275 E. Douglas Ave, Suite 102
El Cajon, CA  92020

Proactive Engineering Consultants, Inc.
c/o Archer Norris, A Professional Law
Corporation
Attn: Stephanie K. Kitzes
4695 MacArther Court, Suite 350
Newport Beach, CA  92660

Proactive Engineering Consultants, Inc.
c/o Archer Norris, A Professional Law
Corporation
Attn: Stephanie K. Kitzes
4695 MacArther Court, Suite 350
Newport Beach, CA  92660

RBF Consulting
14725 Alton Parkway
Irvine, CA  92618

RBF Consulting
14725 Alton Parkway
Irvine, CA  92618

Riverside County Board of Supervisors;
c/o Interim County Executive Officer,
Larry Parrish
County Administrative Center
4080 Lemon Street - 4th Floor
Riverside, California 92501

Riverside County Tax Collector
Attn:  Carrie Kokosenski
4080 Lemon Street, 4th Floor
Riverside, CA 92501

Riverside County Tax Collector
Attn:  Don Kent or Corporate Officer
P.O. Box 12005
Riverside, CA  92502-2205

Riverside County Tax Collector
Attn:  Sandy Finley, Acct Tech 1
4080 Lemon Street, 4th Floor
Riverside, CA 92501

Southern California Edison Company
Corporate Real Estate Department
Real Estate Revenue Division
14799 Chestnut Street
Westminster, CA 92683

Southern California Edison
Attn: Corporate Officer
P.O. Box 600

Southern California Gas Company
Centralized Correspondence
Attn: Legal Department
P.O. Box 3150
San Dimas, CA 91773

Southern California Section of the
Professional
Golfer's Association of America, Inc.
601 S. Valencia Avenue, Suite 200
Brea, CA 92823
Attn: Tom Gustafson

Stantec Consulting, Inc.
22690 Cactus Ave, #300
Moreno Vallery, CA  92553

Stormwater Compliance Specialists, Inc.
455 N Twin Oaks Valley Road
San Marcos, CA  92069

Stormwater Compliance Specialists, Inc.
455 N Twin Oaks Valley Road
San Marcos, CA  92069

Superior Masonry, Inc.
300 W. Olive St, Ste A.
Colton, CA  92324

The City of Beaumont
550 East 6th Street
Beaumont, CA 92223

The Gas Company
Southern California Gas Company
1 Liberty
Aliso Viejo, CA 92656
Attn: Sam Wyngaarden

Top-Line Concrete & Landscape, Inc.
P.O. Box 1296
Wildomar, CA  92597

Top-Line Concrete & Lndsp
P.O. Box 1294
Wildomar, CA  92595

Top-Line Concrete & Lndsp
P.O. Box 1294
Wildomar, CA  92595

Top-Line Concrete & Lndsp
P.O. Box 1294
Wildomar, CA  92595

Vulcan Material Co.
Attn: Credit Department
P.O. Box 2950
Los Angeles, CA  90065

Yucaipa Valley Water District
12990 Second Street
P.O. Box 730
Yucaipa, CA 92399-0730

**Palmdale Hills Property LLC
8:08-bk-17206-ES
Parties not being served electronically
As of 1/31/12**

As of Richard B Andrade on behalf of Creditor
JF Shea Construction Inc
Andrade & Associates
27101 Puerta Real Ste 120
Mission Viejo, CA 92691-8518

Tab L K Artis on behalf of Creditor Desert
Pipeline, Inc.
301 N Lake Ave 7th Fl
Pasadena, CA 91101

William R Baerg on behalf of Defendant
Samrod Corporation
Monteleone & McCrory LLP
725 S Figueroa St #3200
Los Angeles, CA 90017

Shaaron A Bangs on behalf of Defendant
Rockey Murata Landscaping, Inc.
Crawford & Bangs
1290 E Center Ct Dr
Covina, CA 91724

Miller Barondess LLP

,

Patricia D Barrett on behalf of Defendant
Ameripride Guard Services, Inc.
Law Office of Patricia D Barrett
846 W Foothill Blvd Ste M
Upland, CA 91786

William G Bissell on behalf of Creditor
Boudreau Pipeline Corporation
110 Newport Ctr Dr Ste 200
Newport Beach, CA 92660

William Bissell on behalf of Defendant
Boudreau Pipeline Corporation
110 Newport Center Dr Ste 200
Newport Beach, CA 92660

Christopher J Brantingham on behalf of
Defendant Pre-Con Products
Brice E Bryan & Assoc
23945 Calabasas Rd
Calabasas, CA 91302

Brian Construction Co Inc

,

John W Busby on behalf of Creditor Marques
Pipeline, Inc.
251 Lafayette Circle Ste 350
Lafayette, CA 94549

Wayne W Call on behalf of 3rd Pty Defendant
Bova Contracting Corporation
Call & Jensen
610 Newport Ctr Dr Ste 700
Newport Beach, CA 92660

Brent S Clemmer on behalf of Creditor MSA
Consulting, Inc.
Slovak Baron & Empey LLP
1800 E Tahquitz Cyn Wy
Palm Springs, CA 92262

Bruce V Cook on behalf of Creditor SCC
Acquisitions, Inc.
Argent Management LLC
2392 Morse Ave
Irvine, CA 92614

Adrianna M Corrado on behalf of Defendant
Orange County Striping Service, Inc.
Lanak & Hanna
400 N Tustin Ave Ste 120
Santa Ana, CA 92705-3815

Delta Coves Venture LLC
2392 Morse
Irvine, CA 92614

Donald B Devirian on behalf of Defendant ALL
AMERICAN ASPHALT
Devirian & Shinmoto
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064

Francis T Donohue on behalf of 3rd Pty
Defendant Chino Grading, Inc.
Voss, Cook & Thel LLP
895 Dove Street Suite 450
Newport Beach, CA 92660

Norman A. Filer on behalf of Creditor Mesa
Pacific Construction Inc.
500 N. State College Bl., #1270
Orange, CA 92868

Michelle R Generaux on behalf of Creditor
Summers Murphy & Partners Inc
Murtaugh Meyer Nelson & Treglia LLP
2603 Main St 9th Fl
Irvine, CA 92614-6232

Moses Green
,

Sheldon L Greene on behalf of Creditor Seneca
Center
Greene & Allison LLP
100 Montgomery St Ste 1600
San Francisco, CA 94104

Veronica S Gunderson on behalf of Defendant
ACTON ESTATES, LLC
Miller Barondess LLP
1999 Avenue of the Stars Ste 1000
Los Angeles, CA 90067

Stanley Haren on behalf of Defendant Sierra
Cascade Construction, Inc.
Gill & Baldwin
130 N Baldwin Blvd #405
Glendale, CA 91203

William R Hart on behalf of Defendant BNB
Engineering, Inc.
Hart King & Coldren
200 Sandpointe Fourth Fl
Santa Ana, CA 92707

Ironhouse Sanitary District
Henn Etzel and Moore
1970 Broadway Ste 950
Oakland, CA 94612

Andrew C Kienle on behalf of Defendant BNB
Engineering, Inc.
200 Sandpointe, 4th Fl
Santa Ana, CA 92707

LB/L SunCal Northlake LLC
,

LB/L SunCal Oak Valley LLC
,

Vivian Le on behalf of Creditor WEC
Corporation
Gary R King & Associates
30950 Rancho Viejo Rd Ste 155
San Juan Capistrano, CA 92675

Wayne Lee
468 Jade Tree Drive
Monterey Park, CA 91754

Liquidity Solutions Inc
One University Plaza
Ste 312
Hackensack, NJ 07601

Manhard Consulting Inc
,

Louis R Miller
Miller Barondess, LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

Louis R Miller on behalf of Counter-Defendant
SJD Development Corp.
2121 Avenue Of The Stars, 18th Fl
Los Angeles, CA 90067

Louis R Miller on behalf of Debtor Palmdale
Hills Property, LLC
Miller Barondess LLP
1999 Avenue of the Stars, Ste 1000
Los Angeles, CA 90067

Gerald W Mouzis on behalf of Creditor Hillcrest
Contracting, Inc.
The Mouzis Law Firm APC
13681 Newport Ave Ste 8-605
Tustin, CA 92680

Celina M Munoz on behalf of Interested Party
New Anaverde LLC
Steptoe & Johnson LLP
2121 Ave of the Stars 28th Flr
Los Angeles, CA 90067

Howard S Nevins on behalf of Creditor
Williams+Paddon Architects+Planners, Inc.
2150 River Plaza Dr Ste 450
Sacramento, CA 95833

Sean A O'Keefe on behalf of Plaintiff Palmdale
Hills Property, LLC
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

Sean A O'Keefe on behalf of Plaintiff SJD
Partners, Ltd.
660 Newport Center Dr 4th Fl
Newport Beach, CA 92660

| | | |
|---|---|---|
| Richard Pachulski on behalf of Creditor Lehman ALI, Inc.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Bl Ste 1100<br>Los Angeles, CA 90067-4003 | Malhar S. Pagay<br>, | Thomas A Pistone on behalf of Defendant Developer's Research, Inc.<br>Pistone & Wolder, LLP<br>2020 Main Street Suite 900<br>Irvine, CA 92614 |
| Martin Pritikin on behalf of Debtor Palmdale Hills Property, LLC<br>Miller Barondess, LLP<br>1999 Avenue of the Stars, Ste 1000<br>Los Angeles, CA 90067 | J Patrick Ragan on behalf of 3rd Pty Defendant Sierra Pacific Electrical Contracting<br>1881 S Business Center Dr Suite 7B<br>San Bernardino, CA 92408 | Regal Development LLC<br>, |
| SQUAR, MILNER, MIRANDA & WILLIAMSON, LLP<br>4100 Newport Place, Third Floor<br>Newport Beach, CA 92660 | David Sandoval<br>, | Raymond D Scott on behalf of Defendant Kip Incorporated<br>1835 W Orangewood Ave Ste 255<br>Orange, CA 92868 |
| Gene H Shioda on behalf of Defendant Rockey Murata Landscaping, Inc.<br>Law Office of Gene H Shioda<br>5757 West Century Blvd Ste 700<br>Los Angeles, CA 90045 | Edward Soto on behalf of Plaintiff Lehman ALI, Inc.<br>1395 Brickell Ave Ste 1200<br>Miami, FL 33131 | Kimberly A Soyer on behalf of Defendant Marques Pipeline, Inc.<br>251 Lafayette Cir, Ste 350<br>Lafayette, CA 94549 |
| Joseph L Strohman on behalf of Creditor SME Construction, Inc<br>Ferguson Case Orr Paterson LLP<br>1050 S Kimball Rd<br>Ventura, CA 93004 | SunCal Century City LLC<br>2392 Morse<br>Irvine, CA 92614 | SunCal Heartland LLC<br>2392 Morse<br>Irvine, CA 92614 |
| SunCal Marblehead LLC<br>2392 Morse<br>Irvine, CA 92614 | SunCal Oak Knoll LLC<br>, | SunCal PSV LLC<br>2392 Morse<br>Irvine, CA 92614 |
| SunCal Torrance Properties LLC<br>2392 Morse<br>Irvine, CA 92614 | Dina Tasini<br>Tasini and Associates<br>2126 Grant St<br>Berkeley, CA 94703 | Theresa C Tate on behalf of Defendant Chino Grading, Inc.<br>Crawford & Bangs LLP<br>1290 E Center Crt Dr<br>Covina, CA 91724 |
| Robert S Throckmorton on behalf of Creditor Paula Cunningham<br>Throckmorton, Beckstrom & Tomassian, LLP<br>2 Corporate Park, Ste 210<br>Irvine, CA 92606-5115 | Elizabeth A Walters on behalf of Creditor Andersen Concrete Inc<br>3365 Seventh Ave<br>San Diego, CA 92103 | Douglas F Welebir on behalf of Creditor Nancy and John Probst<br>Welebir Tierney & Weck<br>2068 Orange Tree Ln Ste 215<br>Redlands, CA 92374 |

**Agency List, DOC # 225705**

Mr. C.F. Raysbrook
California Department of Fish and Game
Streambed Alteration Team
4949 Viewridge Avenue
San Diego, CA  92123

California Regional Water Quality
Control Board
Los Angeles Region
320 West 4th Street, Suite 200
Los Angeles, CA  90013

Dr. Aaron Allen
U.S. Army Corps of Engineers
2151 Alessandro Drive, Suite 110
Ventura, CA  93301

Bob Hosea
California Department of Fish and Game, Region 2
Attn.:  Streambed Alteration Agreement Program
1701 Nimbus Road
Rancho Cordova, CA  95670

Ms. Leslie Gault
Placer County Water Agency
144 Ferguson Road
Auburn, CA  95604

Riverside County Flood Control and Water
Conservation District
1995 Market St.
Riverside, CA  92501
Attn.:  Warren D. Williams
         General Manager & Chief Engineer

County Of Riverside Transportation And Land
Management Agency
4080 Lemon Street, 8th Floor
Riverside, CA  92501
Attn.:  Juan C. Perez, P.E., T.E.
         Director of Transportation

County of Riverside
P.O. Box 1090
Riverside, CA  92502-1090
Attn:  George Johnson

Jurupa Area Recreation & Park District
4810 Pedley Rd.
Riverside, CA  92502
Attn.:  Dan Rodriguez, General Manager

Mitchell Ogron
14 Old Lake Circle
Henderson, NV  89074

Church of God in Jesus Christ
3349 Rubidoux Blvd.
Riverside, CA  92509
Attn.:  Cecilia A. Bennett

Marjorie Ina and Jerry Ray Englelauf
5037 Riverside Drive
Riverside, CA  92509-6427

Rte 60, LLC
14 Old Lake Circle
Henderson, NV  89074
Attn:  Jim Stockhausen

Riverside County Economic Development
Agency
1153 Spruce Street, Suite B
Riverside, CA  92507
Attn:  Tina English,  Deputy Executive Director

David R. Brunner, Executive Director
Center for Natural Lands Management
425 E. Alvarado St., Ste. H
Fallbrook, CA  92028-2960

Lee Ann Carranza, Preserve Manager
Center for Natural Lands Management
34558 Scenic Drive
Dana Point, CA  92629-2749

U.S. Army Corps of Engineers
Los Angeles District
P.O. Box 532711
Los Angeles, CA  90053-2325
Attn.:  District Counsel

California Department of Fish and Game
4949 Viewridge Avenue
San Diego, CA  92123
Attn.:  Regional Manager

U.S. Fish and Wildlife Service
Carlsbad Fish and Wildlife Office
6010 Hidden Valley Road
Carlsbad, CA  92009
Attn.:  Field Supervisor

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA  92672
Attn.:  George Scarborough, City Manager

Ron Lebs, Deputy Superintendent
Capistrano Unified School District
Business and Support Services
33122 Valle Road
San Juan Capistrano, CA  92675

Denise H. Hering, Esq.
Stradling, Yocca, Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, CA  92660

Mr. Sam Wyngaarden
Southern California Gas Company
One Liberty
Aliso Viejo, CA  92656-3830

Ms. Pinky Oliver
San Diego Gas & Electric
8330 Century Park Court, Room 31-C
San Diego, CA  92123

Stephen L. Millham
Anaverde LLC
c/o Empire Partners, Inc.
3536 Concours Street, Suite 300
Ontario, CA  91764

Mr. Brian Veit
Farallon Capital Management, LLC
One Maritime Plaza, Suite 2100
San Francisco, CA  94111

Mr. Justin Bowman, OSP Planning Mgr.
AT&T
739 E. Santa Clara St., Room 312A
Ventura, CA  93001

Ms. Deborah Schwenk
AT&T
6930 Van Nuys Blvd., Room 110
Van Nuys, CA 91405

Elma Watson, Assistant Planner
City of Lancaster
44933 Fern Avenue
Lancaster, CA 93534

Ms. Laurie Lile
City of Palmdale
38250 N. Sierra Highway
Palmdale, CA 93550-4798

Stephen H. Williams, City Manager
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA 93550-4798

Mr. Michael Mischel
City of Palmdale Engineering Department
38250 N. Sierra Highway
Palmdale, CA 93550-4798

Matthew Ditzhazy, City Attorney
Noel James Dorean, Deputy City Attorney
City of Palmdale
38300 N. Sierra Hwy.
Palmdale, CA 93550-4798

Tobi Tyler
California Regional Water Quality Control Board
Lahontan Region
2501 Lake Tahoe Bouelvard
South Lake Tahoe, CA 96150

Ronnie Burtner
Los Angeles County Sanitation District
P.O. Box 4998
Whittier, CA 90607

Adam Ariki
Los Angeles County Waterworks District No.
40, Antelope Valley
P.O. Box 1460
Alhambra, CA 91802-1406

Mr. Jay R. Olson
Southern California Edison
10180 Telegraph Road
Ventura, CA 93004

Bertram E. Williams
Southern California Edison
26100 Menifee Road
Romoland, CA 92585

City of Torrance
City Hall
3031 Torrance Blvd.
Torrance, CA 90503-2970
Attn.: Jeffery W. Gibson,
          Community Development Director

City of Torrance
City Attorney's Office
3031 Torrance Blvd.
Torrance, CA 90503
Attn.: John Fellows, City Attorney

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.: Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.: Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA 92223-0158

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA 92672
Attn.: George Scarborough, City Manager

Rutan & Tucker, LLP
611 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626-1931
Attn.: Jeffrey M. Oderman, Esq.

City of Beaumont
Attn.: Ernest Egger, Director of Planning
550 E. Sixth St.
Beaumont, CA 92223-0158

**In re Palmdale Hills Property, LLC**
**Chapter 11 Case No. 8:08-bk-17206-ES**
**Permitted First Election Changes Creditors –**
**Service List**

City of Palmdale
Attn.: Steve Williams, City Manager
          Matthew Ditzhazy, City Attorney
38300 N. Sierra Hwy.
Palmdale, CA 93550

John Sanabria
Acting Director of Dept. of Regional Planning
County of Los Angeles Dept. of Regional Planning
1390 Hall of Records
320 West Temple Street
Los Angeles, CA 90012

Brian Constuction Company, Inc.
1656 E. Sierra Madre Circle
Placentia, CA 92870

Brian Construction Co Inc.
Scott A Schaelen Esq, Attorney of Record
Walters Townsend & Schaelen APLC
3565 7th Ave
San Diego, CA 92103

C I Printing, Inc. (Color Image Printing)
Attn Lindner
2030 S Westgage Ave
Los Angeles CA 90025-6119

City of San Clemente
City Hall
100 Avenida Presidio
San Clemente, CA  92672
Attn.:  George Scarborough, City Manager

Consolidated Reprographics
Attn: Corporate Officer
345 Clinton Street
Costa mesa, CA  92626

Corporation for Interest Rate Management
Attn: Corporate Officer
175 N. Franklin Street #205
Chicago, IL  60606

County Sanitation District
Ronnie Burtner
Los Angeles County Sanitation District
P.O. Box 4998
Whittier, CA  90607

East Bay Blue Print and Supply Co.
Attn: Corporate Officer
1745 14th Avenue
Oakland, CA  94606

East Bay Municipal Utility District
Attn: Authorized Agent
Payment Center
Oakland, CA  94649-0001

Mesa Pacific Construction, Inc.
151 Kalmus Drive – E130
Costa Mesa, CA 92626

Mesa Pacific Constructions Inc.
Norman A. Filer
500 N. State College Blvd. #1270
Orange, CA 92868

MWW Group
Attn: Corporate Officer
P.O. Box 7247-6597
Philadelphia, PA  19170-6597

MWW Group Inc.
Attn: Steven Pareja
1 Meadowlands Plaza, 6th Fl.
E. Rutherford, NJ  07073-2150"
National Construction Rentals, Inc.

OCB Reprographics
Attn: Corporate Officer
17721 Mitchell North
Irvine, CA  92614

Palm Springs Life (d/b/a for Desert
Publications)
Attn: Corporate Officer
303 N. Indian Canyon Dr.
Palm Springs, CA  92262

Protection One
Attn: Corporate Officer
P.O. Box 5714
Carol Stream, IL  60197-5714

Protection One
c/o Creditors Bankruptcy Service
P.O. 740933
Dallas, TX  75374

Reliable Graphics Inc.
Attn: Corporate Officer
15013 Califa Street
Van Nuys, CA  91411-3170

Schilling Corporation
697 Greenfield Drive
El Cajon, CA  92021

Schilling Corporation
Scott A Schaelen Esq
Walters Townsend & Schaelen APLC
3565 7th Avenue
San Diego, CA  92103

Security Signal Devices
Attn: Corporate Officer
1740 N. Lemon St.
Anaheim, CA  92801
Seneca Center

The Corporation For Interest Rate Mgmt.
Attn: Corporate Officer
175 N. Franklin Street #205
Chicago, IL  60606

Trench Shoring Co.
1400 Oranthrope Ave
Fullerton, CA  92831
Utility Specialists Southwest, Inc.

Wallace-Kuhl & Associates
3251 Beach Blvd, Ste. 300
West Sacramento, CA  95691

**Objecting Parties and Parties Requesting
Documents
[24 PARTIES - DOC 245299]**

T. Scott Leo
Michael J. Dudek
LEO & WEBER, P.C.
1 North LaSalle Street, Suite 3600
Chicago, Illinois 60602

Wallace Kuh. & Associates
Attn: Andy Wallace
3050 Industrial Blvd.
West Sacramento, CA  95691

The Foliage Group
Attn:  Corporate Officer
2730 Harbor Blvd., Ste. A
Santa Ana, CA 92704

WEC Corporation c/o
Lewis Brisbois Bisgaard & Smith
650 Town Center, Ste. 1400
Costa Mesa, CA 92626

The Collaborative West
Attn:  Corporate Officer
100 Avenida Miramar
San Clemente, CA 92672

SWRCB Acctg. Office
Attn: Corporate Officer
P. O. Box 1888
Sacramento, CA 95812-1888

Hunsaker & Associates
Attn: Corporate Officer
3 Hughes
Irvine, CA  92618

J. Williams Staffing
Attn:  Corporate Officer
19762 MacArthur Blvd,  #200
Irvine, CA 92612

Carl Warren & Co.
Attn: Corporate Officer
P. O. Box 25161
Santa Ana, CA 92799-5161

Northlake Homeowners Association c/o
Rapkin Gitlin & Beaumont
21650 Oxnard, Ste. 1620
Woodland Hills, CA 91367

Lee, Wayne & Francis
468 Jade Tree Drive
Monterey Park, CA  91754

Arthur Riggs
c/o Howard R. Hawkins
2146 Bonita Avenue
La Verne, CA  91750

Pacific Soils Engineering Inc.
10653 Progress Way
Cypress, CA  90630

Chameleon Design, Inc.
Attn:  Corporate Officer
1711 Westcliff Drive, Ste. B
Newport Beach, CA 92660

Pacific Soils Engr Inc.
c/o Darren G. Burge
30423 Canwood St., Ste. 208
Agoura Hills, CA 91301

Pinnick, Inc.
c/o Dennis D. Burns
7855 Ivanhoe Avenue, Ste. 420
La Jolla, CA 92037-4510

Bova Contracting Corp.
3334 E. Coast Hwy, Ste. 427
Corona Del Mar, CA 92625-2328

Urban Crossroads, Inc.
41 Corporate Park, Ste. 300
Irvine, CA  92606

Glen Pearson, Credit & Collection Mgr.
Mobile Modular Management Corp
Adler Tank Rentals
Las Positas Road
Livermore, CA  94551

Frank
F. J. Kennedy, P.E.
2586 Comistas Drive
Walnut Creek, CA  94598

The Estate of Marie B Stanford
Joyce Stanford-Dale and Carol
Cummings Co-trustees
22971 Stonebridge
Cupertino, CA  95014

The Foliage Group
1612 Orchard Group
Newport Beach, CA  92660

Rockey Murata Landscaping Inc.
P.O. Box 4017
Cerritos, CA  90703

Attorneys for United States
Alan S. Tenenbaum / Elan S. Levey
Dept of Justice/Environmt & Natural Resources Div
Envirnmental Enforcement Sctn, Ben Franklin Statn
P.O. Box 7611
Washington, DC  20044

**In re Palmdale Hills Property, LLC**

**Vendors**

ABC Security Service
P.O. Box 1709
Oakland, CA 94604

All Street Sweeping Inc.
P.O. Box 661
Roseville, CA 95661

Argent Management, LLC
2392 Morse Avenue
Irvine, CA 92614

Berlogar Stevens & Associates
5587 Sunol Boulevard
Pleasanton, CA 94566

Best Drilling & Pump, Inc.
2950 Oleta Lane
Highland, CA 92346

Bonterra Consulting
151 Kalmus Drive
Suite E-200
Costa Mesa, CA 92626

BR South Coast Private Security Services Inc.
41 Niguel Pointe Drive
Laguna Niguel, CA 92677

California Barricade
1510 S. Lyon Street
Santa Ana, CA 92705-4613

California Department of Fish and Game
1416 9th Street
12th Floor
Sacramento, CA 95814

Calorneva Turf Support, Inc.
548 E. Passiflora Drive
La Habra, CA 90631

Cal-State Rent A Fence
4518 Industrial St.
Simi Valley, CA 93063

Cannon
1050 Southwood Drive
San Luis Obispo, CA 93401

CGPM Mangers II, LLC.
5080 Spectrum Drive
Suite 1100 East
Addison, TX 75000

Chambers Group
5 Hutton Centre Drive
Suite 750
Santa Ana, CA 92707

Conco West Inc.
P.O. Box 1360
Manteca, CA 95336

Conserve LandCare
74040 Hwy 111
Suite L200
Palm Desert, CA 92266-0

Corrpro Companies, Inc.
P.O. Box 933029
Atlanta, GA 31193-029

Cybul Rondou & Associates
25115 Avenue Stanford
Suite B 126
Valencia, CA 91355

DCI
22904 Banbury Ct.
Murrieta, CA 92562

Diamond Environmental Services
807 E. Mission Road
San Marcos, CA 92069

Ecosystem Concepts, Inc.
P.O. Box 807
Dixson, CA 95620

Fidelity National Title Company
1300 Dove Street
Suite 310
Newport Beach, CA 92660

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0631

Glenn Lukos Associates
29 Orchard
Lake Forest, 92630-8300

Goats R Us
P.O. Box 37
Orinda, CA 94563

Group Seven Site Development
41655 Reagan Way
Suite 1
Murrieta, CA 92562

International Sureties, LTD
701 Poydras Street
Suite 420
New Orleans, LA 70139

JAMS, Inc.
P.O. Box 512850
Los Angeles, CA 90051-0850

JC Landscaping, Inc.
412 Gerona Avenue
San Gabiel, CA 91775

Kamps Propane
P.O. Box 1309
Oakley, CA 94561

Laguna Asphalt Paving Company
P.O. Box 814
Dana Point, CA 92629

LP CST Environmental
404 North Berry Street
Brea, CA 92821-3104

Lucky Water Tanks
39805 86th Street W
Leona Valley, CA 93551

Miranda Squar
4100 Newport Place
Suite 300
Newport Beach, CA 92660

Miranda Squar
4100 Newport Place
Suite 300
Newport Beach, CA 92660

Oakridge Landscape Inc.
28064 Avenue Stanford
Unit K
Anaheim, CA 91355

Orange Coast Masonry Acquisition
Corporation
601 North Batavia
Orange, 92868

Outdoor Dimensions
5325 E. Hunter Avenue
Anaheim, CA 92807

Overton Security Services, Inc.
39465 Pas eo Padre Pkwy.
Suite 2800
Fremont, CA 94538

Pacific Hydrotech Corporation
314 E. 3rd Street
Perris, CA 92570

Paragon Security
P.O. Box 781078
Los Angeles, CA 90016-9078

Park Rescom Inc.
1215 Graphite Dr.
Corona, CA 92881

Park West Landscape, Inc.
1215 Graphite Dr.
Corona, CA 92881

PG&E
Box 997300
Sacramento, CA 95899-7300

Porter's Equipment Rental, Inc.
24481 F Lantern Hill Drive
Dana Point, CA 92629-3705

Pro Flame Inc.
P.O. Box 1507
Colton, CA 92324-0840

RBF Consulting
14725 Alton Parkway
Irvine, CA 92618-2027

Redlands
429 Texas Street
Redlands, CA 92374

Rocky Murata Landscaping Inc.
6130 Grenada Avenue
Cypress, CA 90630-5345

Ruggerie Jensen Azar
4690 Chabot Drive
Suite 200
Pleasanton, CA 94588

S & S Rent-A-Fence, Inc.
10232 Glenoaks Blvd.
Pacoima, CA 91331

San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799-5111

Sierra Landscape, Inc.
73-771 Dinah Shore Drive
#200
Palm Desert, CA 92211

So Cal Sandbags
12620 Bosley Lane
Corona, CA 92883

South Coast Lighting Design, Inc.
1391 Calle Avanzado
San Clemente, CA 92673

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

State of California
Board of Equalization
P.O. Box 942879 - Special Taxes and Fees
Sacramento, CA 94279-0056

Storm Water Resources
25709 Rye Canyon Road
Suite 105
Valencia, CA 91365

SunCal Management, LLC
2392 Morse Avenue
Irvine, CA 92614

SWD Electric
Scott Dowd
25037 Everett Drive
Newhall, CA 91321

SWRCB Fees
SWRCB Accounting Office - ATTN: AFRS
P.O. Box 1888
Sacramento, CA 95812-1888

SWRCB Fees
SWRCB Accounting Office - ATTN: AFRS
P.O. Box 1888
Sacramento, CA 95812-1888

The Professional Tree Care Company
P.O. Box 2377
Berkeley, CA 94702

Top Grade Construction, Inc.
50 Contractors Street
Livermore, CA 94551

Union Bank of California N.A.
120 S. San Pedro Street, 4th Floor
Los Angeles, CA 90012
Attn: Corporation Trust Department

United States Trustee
411 W. 4th Street, Suite 9041
Santa Ana, CA 92714

United Site Services
3408 Hillcap Avenue
San Jose, CA 95136

United States Trustee
411 W. 4th Street, Suite 9041
Santa Ana, CA 92714

Waterforce Inc.
P.o. Box 12093
Orange, CA  92859

Willis of Orange County
P.o. Box 100022
Pasadena, CA 91189

West Coast Site Services, Inc.
P.O. Box 1438
Roseville, CA 95678

### III.  TO BE SERVED BY THE LODGING PARTY BY E-MAIL

[Regular + DOC 235229]

Ken Goddard kgoddard@paoluccicommarts.com
John Gentillon john@thelandstewards.com
Deborah L. Lemanski dlemanski@kotzsangster.com
Barry J. Jensen bjensen@kotzsangster.com
Jeffrey J. Hagen hagenlaw@earthlink.net
Brian Cartmell bcartmell@indycc.com
Richard Rudolph RRudolph@Rudolph-Law.com
Michele Stubbs mstubbs@superiorrm.com
David Sanner dsanner@craigrealtygroup.com
Crystal N. Le cle@mmnt.com
Michelle R. Generaux mgeneraux@mmnt.com
Justin G. Reden jreden@redenandreden.com
Reden & Reden greden@redenandreden.com
Sharon Dyer sdyer@5thgearadv.com
Ken Berrick ken@senecacenter.org; ken_berrick@senecacenter.org
John Ohanian johanian@ovplp.com
Ira Glasky iglasky@farwestindustries.com
Mary Ann Kilgore mkilgore@up.com

Paul C. Guerin pguerin@engeo.com
Scott A. Schaelen sas@wts-law.com
Diane Norris Dnorris@scst.com
Glen McIntire artwork@designalliance3.net
Mark R. McGuire mrmcguirelaw@cox.net
Shannon C. Williams swilliams@rudolph-law.com
Marvin Benson marvin.benson@yahoo.com
Filiberto Agusti fagusti@steptoe.com
Joshua Taylor jrtaylor@steptoe.com
Joshua R. Feffer josh@feffergeo.com
Sheldon Greene sheldon7@pacbell.net
Sean M. Jacobson sean@cohenandjacobson.com
Kyra E. Andrassy kandrassy@wgllp.com
Ronald W. Hopkins rhopkins@gascouhopkins.com
Lee Woodard lwoodard@harrisbeach.com
Kelly C. Griffith kgriffith@harrisbeach.com
Kathleen A. Cashman-Kramer kcashman@psdslaw.com
Richard G. Carlson Richard.carlston@msrlegal.com

Amy Matthew amy.matthew@msrlegal.com
Brian D. Shaffer brian.shaffer@msrlegal.com
Alan Tenenbaum (ENRD) Alan.Tenenbaum@usdoj.gov
Rosana Miramontes Rosana.Miramontes@doj.ca.gov
John Saurenman John.Saurenman@doj.ca.gov
Bruce L. Maas Bmaas@HarrisBeach.com
Kenneth Russak krussak@frandzel.com
Mary Lee Morrison (ENRD) Marylee.Morrison@usdoj.gov
cng@gglts.com

amalo@sheppardmullin.com
maustin@rutan.com
sleo@leoweber.com
art.cheyne@fnf.com
Ranny.Harper@fnf.com
Michael.Busch@fnf.com
adellasalla@cltlt.com
teresahill@cltlt.com
yzarfati@cltlt.com

(1) Gen'l Counsel for Voluntary Debtors:
    Paul Couchot - pcouchot@winthropcouchot.com
    Marc J. Winthrop - pj@winthropcouchot.com
    Paul Lianides - plianides@winthropcouchot.com
(2) Special Counsel for Jt. Admin. Debtors & Trustee Speier:
    Louis Miller - smiller@millerbarondess.com; jmiller@millerbarondess.com
    Martin Pritikin - mpritikin@millerbarondess.com
(3) Gen'l Counsel for Ch. 11 Trustee (Speier):
    William Lobel - wlobel@thelobelfirm.com
    Mike Neue - mneue@thelobelfirm.com
(4) Ch. 11 Trustee:
    Steven M. Speier - sspeier@asrmanagement.com; ca85@ecfcbis.com
(5) Office of the United States Trustee:
    Michael Hauser - michael.hauser@usdoj.gov
(6) Counsel for Voluntary Debtors' Committee:
    Alan Friedman - afriedman@irell.com
    Kerri A. Lyman - klyman@irell.com
(7) Counsel for Trustee Debtors' Committee:
    Lei Lei Wang Ekvall - lekvall@wgllp.com
    Hutchison B. Meltzer - hmeltzer@wgllp.com

(8) Counsel for Joint Provisional Liquidators of Lehman RE Ltd
    Chauncey Cole - chauncey.cole@cwt.com
(9) Counsel for Bond Safeguard & Lexon
    Jeffrey Broker - jbroker@brokerlaw.biz
    Mark E. Aronson - mea@amclaw.com
    Mark J. Krone - mk@amclaw.com, crs@amclaw.com;
        amc@amclaw.com
(10) Counsel for Fenway Capital LLC
    John E Schreiber - jschreiber@dl.com
    Richard Reinthaler - rreinthaler@dl.com;
(11) Debtors (Palmdale Hills Property, LLC and related entities) /
    Creditors SunCal Mgmt. & SCC Acquisitions:
    Bruce Cook - bcook@suncal.com

Edward Soto - Edward.soto@weil.com; odalys.smith@weil.com;
lori.seavey@weil.com
Allen Blaustein - Allen.Blaustein@weil.com
Alfredo R. Perez - alfredo.perez@weil.com
Lauren Zerbinopoulos- lauren.zerbinopoulos@weil.com
Erica Rutner - erica.rutner@weil.com
Mark McKane - mark.mckane@kirkland.com