LOUIS R. MILLER, State Bar No. 54141
smiller@millerbarondess.com
MARTIN PRITIKIN, State Bar. No. 210845
mpritikin@millerbarondess.com
**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Special Litigation Counsel for the Jointly
Administered Debtors in Possession and Steven
M. Speier, the Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY,<br>LLC, AND ITS RELATED DEBTORS,<br>Jointly Administered<br>Debtors and Debtors-in-<br>Possession<br><br>Affects:<br><br>☐ All Debtors<br>☒ Palmdale Hills Property, LLC,<br>☒ SunCal Beaumont Heights, LLC<br>☒ SCC/Palmdale, LLC<br>☒ SunCal Johannson Ranch, LLC<br>☒ SunCal Summit Valley, LLC<br>☒ SunCal Emerald Meadows LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☒ Seven Brothers LLC<br>☒ SJD Partners, Ltd.<br>☒ SJD Development Corp.<br>☒ Kirby Estates, LLC<br>☒ SunCal Communities I, LLC<br>☒ SunCal Communities III, LLC<br>☒ SCC Communities LLC<br><br>*Caption Continued on Next Page* | **Bankr. Case No. 8:08-bk-17206-ES**<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17224-ES; 8:08-bk-17225-ES;<br>8:08-bk-17227-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>8:08-bk-17236-ES; 8:08-bk-17240-ES; 8:08-bk-17242-ES;<br>8:08-bk-17245-ES; 8:08-bk-17246-ES; 8:08-bk-17248-ES;<br>8:08-bk-17249-ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES;<br>8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>8:08-bk-17573 ES; 8:08-bk-17574 ES; 8:08-bk-17575 ES;<br>and 8:08-bk-17588-ES<br><br>**[PROPOSED] ORDER ON MILLER BARONDESS, LLP's:**<br><br>**(1) FINAL APPLICATION FOR APPROVAL AND PAYMENT OF FEES AND EXPENSES FOR WORK PERFORMED ON BEHALF OF THE CONFIRMATION DEBTORS; AND**<br><br>**(2) INTERIM FEE APPLICATION FOR OTHER DEBTORS; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[11 U.S.C. §§ 327, 330, 331]<br><br><u>Hearing:</u><br>Date: August 30, 2012<br>Time: 10:30 a.m.<br>Place: Courtroom 5A |

*Continued from Previous Page*

☒ North Orange Del Rio Land, LLC
☒ LBL-SunCal Oak Valley, LLC
☒ SunCal Heartland, LLC
☒ LBL-SunCal Northlake, LLC
☒ SunCal Marblehead, LLC
☐ SunCal Century City, LLC
☒ SunCal PSV, LLC
☒ Delta Coves Venture, LLC
☒ SunCal Torrance, LLC
☒ SunCal Oak Knoll, LLC

## ORDER

1. **IT IS HEREBY ORDERED** that Miller Barondess, LLP's (1) Final Application for Approval and Payment of Fees and Expenses for Work Performed on Behalf of the Confirmation Debtors; and (2) Interim Fee Application for Other Debtors is GRANTED.

2. **IT IS FURTHER ORDERED** that the fees and expenses incurred by Miller Barondess for professional services rendered during the "Application Period" of November 21, 2008 through April 27, 2012 in the total amount of **$8,207,562.24 ($7,845,846.99 in fees and $361,715.25 in expenses)** are APPROVED. More specifically;

   a. The fees and expenses incurred by Miller Barondess for professional services rendered during the Application Period in the amount of $7,999,757.98 ($7,845,846.99 in fees [$7,638,042.73 in discounted blended fees and $1,382,479.48 for differential between discounted and full rates] and $361,715.25 in expenses), are APPROVED on a final basis as to the Confirmation Debtors[1];

   b. The fees incurred by Miller Barondess for professional services rendered during the Application Period in the amount of $133,609.76 in fees ($109,426.50 in discounted blended fees and $24,183.26 for differential between discounted and full rates)

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

are APPROVED on an interim basis as to SCC Communities, Del Rio, and Tesoro (the "Interim Loan Debtors");

  c. The discounted blended fees incurred by Miller Barondess for professional services rendered during the Application Period in the amount of $74,194.50, are APPROVED on an interim basis as to SJD Partners and SJ Development (the "Pacific Point Debtors");

  3. **IT IS FURTHER ORDERED** that the fees and expenses previously allowed by the Court and awarded to the Firm pursuant to the provisions of any and all prior interim fee applications are APPROVED as final fees and expenses with regard to the Confirmation Debtors;

  4. **IT IS FURTHER ORDERED** that the Lehman Entities, as Plan Proponents of the Confirmation Debtors, shall pay Miller Barondess for unpaid fees and expenses incurred prior to the close of the Application Period in the amount of **$2,733,286.25** as approved administrative expenses of the Confirmation Debtors;

  5. **IT IS FURTHER ORDERED** that the fees and expenses incurred by Miller Barondess in connection with the Confirmation Debtors' cases after the close of the Application Period in the amount of **$155,001.24 ($148,252.50 in fees** and **$6,748.74 in expenses**) are APPROVED;

  6. **IT IS FURTHER ORDERED** that the Lehman Entities, as Plan Proponents of the Confirmation Debtors, shall pay Miller Barondess, in addition to the $2,733,286.25 specified above, for unpaid fees and expenses incurred after the close of the Application Period in the amount of $155,001.24 as approved administrative expenses of the Confirmation Debtors, for a **total** of **$2,888,287.49**.

  **IT IS SO ORDERED.**

            ####

DATED: _____, 20__

---

2

[PROPOSED] ORDER ON MILLER BARONDESS LLP'S APPLICATION FOR FINAL PAYMENT OF FEES & EXPENSES

127830.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 Avenue of the Stars, Suite 1000, Los Angeles, California 90067

A true and correct copy of the foregoing document entitled (*specify*): **[PROPOSED] ORDER ON MILLER & BARONDESS, LLP'S (1) FINAL APPLICATION FOR APPROVAL AND PAYMENT OF FEES AND EXPENSES FOR WORK PERFORMED ON BEHALF OF THE CONFIRMATION DEBTORS; AND (2) INTERIM FEE APPLICATION FOR OTHER DEBTORS; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 3, 2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **July 30, 2012**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 30, 2012**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 20, 2012 | Carol Easton | /s/ Carol Easton |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

122372.2

## 1. Served by NEF

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com
- Joseph M Adams    jadams@lawjma.com
- Kyra E Andrassy    kandrassy@wgllp.com
- Raymond H Aver    ray@averlaw.com
- Craig H Averch    caverch@whitecase.com
- James C Bastian    jbastian@shbllp.com
- Thomas Scott Belden    sbelden@kleinlaw.com, ecf@kleinlaw.com
- Evan C Borges    eborges@irell.com, bblythe@irell.com
- John A Boyd    fednotice@tclaw.net
- Mark Bradshaw    mbradshaw@shbllp.com
- Gustavo E Bravo    gbravo@smaha.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Richard W Brunette    rbrunette@sheppardmullin.com
- Brendt C Butler    bbutler@mandersonllp.com
- Andrew W Caine    acaine@pszyjw.com
- Carollynn Callari    ccallari@venable.com
- Cathrine M Castaldi    ccastaldi@rusmiliband.com
- Tara Castro Narayanan    tara.narayanan@msrlegal.com, lisa.king@msrlegal.com
- Dan E Chambers    dchambers@jmbm.com
- Sally S Chan    info@wthemislaw.com
- Shirley Cho    scho@pszjlaw.com
- Vonn Christenson    vrc@paynefears.com
- Brendan P Collins    bpcollins@bhfs.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com
- Geoffrey Crisp    geoffrey@smgarberlaw.com, michelle@smgarberlaw.com
- Jonathan S Dabbieri    dabbieri@sullivanhill.com, hill@sullivanhill.com;mcallister@sullivanhill.com;stein@sullivanhill.com;vidovich@sullivanhill.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Vanessa S Davila    vsd@amclaw.com
- Melissa Davis    mdavis@shbllp.com
- Daniel Denny    ddenny@gibsondunn.com
- Caroline Djang    crd@jmbm.com
- Caroline Djang    cdjang@rutan.com
- Joseph R Dunn    jrdunn@mintz.com, jadavis@mintz.com;dsjohnson@mintz.com;docketing@mintz.com;tlmayo@mintz.com
- Donald T Dunning    ddunning@dunningLaw.com, jmacleod@dunninglaw.com
- Lynsey M Eaton    leaton@gglts.com
- Meredith R Edelman    meredith.edelman@dlapiper.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Richard W Esterkin    resterkin@morganlewis.com
- Don Fisher    dfisher@ptwww.com
- Marc C Forsythe    kmurphy@goeforlaw.com
- Alan J Friedman    afriedman@irell.com
- Steven M Garber    steve@smgarberlaw.com
- Christian J Gascou    cgascou@gascouhopkins.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

122372.2

- Barry S Glaser    bglaser@swjlaw.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Eric D Goldberg    egoldberg@stutman.com
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Michael J Gomez    mgomez@frandzel.com, rebecca@lrplaw.net
- Kelly C Griffith    bkemail@harrisbeach.com
- Matthew Grimshaw    mgrimshaw@rutan.com
- Veronica S Gunderson    vgunderson@millerbarondess.com
- Kavita Gupta    kgupta@winthropcouchot.com, pj@winthropcouchot.com
- Asa S Hami    ahami@morganlewis.com
- Michael J Hauser    michael.hauser@usdoj.gov
- D Edward Hays    ehays@marshackhays.com, ecfmarshackhays@gmail.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Garrick A Hollander    ghollander@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- Michelle Hribar    mhribar@rutan.com
- John J Immordino    john.immordino@wilsonelser.com, raquel.burgess@wilsonelser.com
- Lawrence A Jacobson    laj@cohenandjacobson.com
- Michael J Joyce    mjoyce@crosslaw.com
- Stephen M Judson    sjudson@fablaw.com
- Kaleb L Judy    ecf@kleinlaw.com, kjudy@kleinlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Sheri Kanesaka    skanesaka@alvaradosmith.com, crosas@alvaradosmith.com
- David I Katzen    katzen@ksfirm.com
- Christopher W Keegan    ckeegan@kirkland.com, shalimar.caltagirone@kirkland.com;alevin@kirkland.com
- Irene L Kiet    ikiet@hkclaw.com
- Claude F Kolm    claude.kolm@acgov.org
- Mark J Krone    mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
- David B Lally    davidlallylaw@gmail.com
- Leib M Lerner    leib.lerner@alston.com
- Elan S Levey    elan.levey@usdoj.gov, louisa.lin@usdoj.gov
- Peter W Lianides    plianides@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Charles Liu    cliu@marshackhays.com, ecfmarshackhays@gmail.com
- Charles Liu    cliu@winthropcouchot.com, ecfmarshackhays@gmail.com
- Ben H Logan    blogan@omm.com
- John W Lucas    jlucas@pszjlaw.com
- Kerri A Lyman    klyman@irell.com
- Aaron J Malo    amalo@sheppardmullin.com
- Mariam S Marshall    mmarshall@marshallramoslaw.com
- Robert C Martinez    rmartinez@mclex.com
- Michael D May    mdmayesq@verizon.net
- Mark E McKane    , rosie.tejada@kirkland.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

122372.2

- Hutchison B Meltzer   hmeltzer@wgllp.com
- Hal M Mersel   mark.mersel@bryancave.com
- Krikor J Meshefejian   kjm@lnbrb.com
- Joel S. Miliband   jmiliband@rusmiliband.com
- James M Miller   jmiller@millerbarondess.com, vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com
- Louis R Miller   smiller@millerbarondess.com
- Craig Millet   cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
- Randall P Mroczynski   randym@cookseylaw.com
- Celina M Munoz   cmunoz@steptoe.com
- Mike D Neue   mneue@thelobelfirm.com, jmattiace@thelobelfirm.com;nlockwood@thelobelfirm.com
- Dawn Newton   ahodgkin@fablaw.com, msebree@fablaw.com
- Robert Nida   Rnida@castlelawoffice.com
- Henry H Oh   hoh@soollp.com, dholland@soollp.com;jcurley@soollp.com
- Sam S Oh   sam.oh@limruger.com, julie.yu@limruger.com;amy.lee@limruger.com
- Sean A Okeefe   sokeefe@okeefelc.com
- Robert B Orgel   rorgel@pszjlaw.com, rorgel@pszjlaw.com
- Ernie Zachary Park   ernie.park@bewleylaw.com
- Daryl G Parker   dparker@pszjlaw.com
- Penelope Parmes   pparmes@rutan.com
- Robert J Pfister   rpfister@ktbslaw.com
- Ronald B Pierce   ronald.pierce@sdma.com
- Katherine C Piper   kpiper@steptoe.com, smcloughlin@steptoe.com
- Cassandra J Richey   cmartin@pprlaw.net
- Debra Riley   driley@allenmatkins.com
- James S Riley   tgarza@sierrafunds.com
- Todd C. Ringstad   becky@ringstadlaw.com
- R Grace Rodriguez   ecf@lorgr.com
- Martha E Romero   Romero@mromerolawfirm.com
- Ronald Rus   rrus@rusmiliband.com
- Kenneth N Russak   krussak@frandzel.com, efiling@frandzel.com;dmoore@frandzel.com
- John P Schafer   jschafer@mandersonllp.com, pnaegely@mandersonllp.com;eriley@mandersonllp.com;cstrunk@mandersonllp.com
- John E Schreiber   jschreiber@dl.com
- William D Schuster   bills@allieschuster.org
- Laurie A Shade   laurie.shade@coco.ocgov.com, anthony.lievanos@coco.ocgov.com
- Christopher P Simon   csimon@crosslaw.com
- Gerald N Sims   jerrys@psdslaw.com, bonniec@psdslaw.com
- Wendy W Smith   wendy@bindermalter.com
- Steven M Speier   Sspeier@Squarmilner.com, ca85@ecfcbis.com
- Steven M Speier (TR)   Sspeier@asrmanagement.com, ca85@ecfcbis.com
- Michael St James   ecf@stjames-law.com
- Michael K Sugar   msugar@thelobelfirm.com
- Cathy Ta   cathy.ta@bbklaw.com, Arthur.Johnston@bbklaw.com;lisa.spencer@bbklaw.com
- David A Tilem   davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com;dianachau@tilemlaw.com;joanfidelson@tilemlaw.com
- James E Till   jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;nlockwood@thelobelfirm.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- Carol G Unruh    cgunruh@sbcglobal.net
- Annie Verdries    verdries@lbbslaw.com
- Jason Wallach    jwallach@gladstonemichel.com
- Joshua D Wayser    , kim.johnson@kattenlaw.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- David M Wiseblood    dwiseblood@seyfarth.com
- David M Wiseblood    dwiseblood@wisebloodlaw.com
- Brett K Wiseman    bwiseman@aalaws.com
- Laurel R Zaeske    lzaeske@rusmiliband.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com
- Marc A. Zimmerman    joshuasdaddy@att.net

## 2. Served by United States Mail

U.S. Trustee's Office
Michael Hauser, Esq.
411 West Fourth St., #9041
Santa Ana, CA 92701

Steven Speier
America Spectrum Realty Management LLC
7700 Irvine Center Drive, Suite 780
Irvine, CA 92618
Chapter 11 Trustee

Palmdale Hills Property, LLC
Bruce Cook, Esq.
2392 Morse Ave.
Irvine, CA 92614
Debtor

TC Construction Company, Inc.
c/o McDougal Love Eckis, etc.
Robert C. Martinez, Esq.
8100 La Mesa Blvd., #200
La Mesa, CA 91942
Attorneys for TC Construction Company, Inc. – Committee Member

BonTerra Consulting
Tracy Zucker, Controller
151 Kalmus Drive, Suite E200
Costa Mesa, CA 92626
Committee Member

Klassen Corp.
Jerry D. Klassen, CEO
Nicole Jannett, Legal Services Manager
2021 Westwind Dr.
Bakersfield, CA 93301
Committee Member

Far West Construction, Inc.
Jennifer Alger, Corporate Officer
P.O. Box 68
Sheridan, CA 95681
Committee Member

Urban Crossroads, Inc.
John Kain, President
41 Corporate Park, Suite 300
Irvine, CA 92606
Committee Member

Hunsaker and Associates Irvine Inc.
Bradely Hay, Principal
2900 Adams Street, Suite A15
Riverside, CA 92504
Committee Member

HMK Engineering, Inc.
Gloria Olivas, Officer Manager
1552 18th Street,
Santa Monica, CA 90404-3404
Committee Member

Creekside Development, Inc.
Brad Gates, Secretary
28546 Paseo Diana
San Juan Capistrano, CA 92675
Committee Member

Proactive Engineering Consultants, Inc.
Tom Braun, President
1875 California Ave.
Corona, CA 92881
Committee Member

LBL-SunCal Oak Valley
2392 Morse Avenue
Irvine, CA 92614

Suncal Hearthland, LLC,
2392 Morse Avenue
Irvine, CA 92614

LBL-Suncal Northlake, LLC
2392 Morse Avenue
Irvine, CA 92614

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

122372.2

Suncal Marblehead, LLC
2392 Morse Avenue
Irvine, CA 92614

Suncal Century City, LLC,
2392 Morse Avenue
Irvine, CA 92614

Suncal PSV, LLC
2392 Morse Avenue
Irvine, CA 92614

Delta Coves Venture, LLC
2392 Morse Avenue
Irvine, CA 92614

Suncal Torrance, LLC
2392 Morse Avenue
Irvine, CA 92614

Suncal Oak Knoll, LLC
2392 Morse Avenue
Irvine, CA 92614

Bellingham Marine Industries, Inc.
Attn: Colby N. Keller, Esq.
Keller, Weber & Dobrott
18201 Von Karman Avenue; #1000
Irvine, CA 92612
Committee Member

TC Construction Co., Inc.
Attn: Jack Gieffels
10540 Prospect Avenue
Santee, CA 92701
Committee Member

Nissho of California, Inc.
Attn: Christopher R. Mordy, Esq.
Mordy Law Offices
225 Broadway, Suite 1900
San Diego, CA 92101
Committee Member

Rohm Insurance Agency
Attn: Todd M. Rohm
26 Plaza Square
Orange, CA 92866
Committee Member

Ateliers Jean Nouvel
Attn: Alain Trincal
10 Cite D' Angouleme
75011 Paris France
Committee Member

BKF Engineers
Attn: David Lavelle
255 Shoreline Drive, #200
Redwood City, CA 94065
Committee Member

### 3. Served by Personal Delivery, Facsimile Transmission or Email
By Attorney Service Delivery

Judge's Copy
The Honorable Erithe A. Smith
United States Bankruptcy Court – Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
122372.2