United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 08-17206-ES

Palmdale Hills Property, LLC                                                               Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 22 |
| Date Rcvd: Oct 05, 2022 | Form ID: pdf042 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Palmdale Hills Property, LLC, 2392 Morse Avenue, Irvine, CA 92614-5230 |
| aty | + | Louis R Miller, Miller Barondess LLP, 1999 Avenue of the Stars, Ste 1000, Los Angeles, CA 90067-4632 |
| aty | + | Martin Pritikin, Miller Barondess, LLP, 1999 Avenue of the Stars, Ste 1000, Los Angeles, CA 90067-4632 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2022                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aalok Sharma | on behalf of Defendant Argent Management  LLC asharma@whitecase.com, dpetrek-siston@whitecase.com |
| Aalok Sharma | on behalf of Defendant SunCal Management  LLC asharma@whitecase.com, dpetrek-siston@whitecase.com |
| Aalok Sharma | on behalf of Defendant Argent Management LLC asharma@whitecase.com  dpetrek-siston@whitecase.com |
| Aalok Sharma | on behalf of Defendant SunCal Management LLC asharma@whitecase.com  dpetrek-siston@whitecase.com |
| Aalok Sharma | on behalf of Defendant SUNCAL MANAGEMENT  LLC asharma@whitecase.com, dpetrek-siston@whitecase.com |

District/off: 0973-8                                    User: admin                                          Page 2 of 22
Date Rcvd: Oct 05, 2022                            Form ID: pdf042                                    Total Noticed: 3

Aaron J Malo
on behalf of Interested Party SunCal PSV LLC amalo@sheppardmullin.com
clopez@sheppardmullin.com;abilly@sheppardmullin.com

Aaron J Malo
on behalf of Defendant Suncal PSV LLC amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com

Alan J Friedman
on behalf of Creditor Committee Joint Committee of Creditors Holding Unsecured Claims afriedman@shulmanbastian.com
lgauthier@shulmanbastian.com

Alan J Friedman
on behalf of Attorney Irell & Manella LLP afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

Alan J Friedman
on behalf of Creditor Committee Official Committee of Unsecured Creditors in Chapter 11 Cases of Palmdale Hills Property  LLC
et al afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com

Alan J Friedman
on behalf of Attorney Alan Friedman Irell & Manella afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

Alan J Friedman
on behalf of Attorney - Irell & Manella Llp afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

Alan J Friedman
on behalf of Attorney Lobel Weiland Golden Friedman LLP afriedman@shulmanbastian.com  lgauthier@shulmanbastian.com

Alan J Friedman
on behalf of Creditor Committee Official Committee of Unsecured Creditors afriedman@shulmanbastian.com
lgauthier@shulmanbastian.com

Ana Damonte
on behalf of Creditor Top Grade Construction  Inc. ana.damonte@lehighhanson.com

Andrew W Caine
on behalf of Creditor Lehman ALI  Inc. acaine@pszjlaw.com

Annie Verdries
on behalf of Creditor WEC Corporation verdries@lbbslaw.com  Averdries@gmail.com

Asa S Hami
on behalf of Debtor Palmdale Hills Property  LLC asa.hami@gmlaw.com,
ahami@ecf.courtdrive.com;patricia.dillamar@gmlaw.com;pdillamar@ecf.courtdrive.com

Barry S Glaser
on behalf of Interested Party Psomas bglaser@salvatoboufadel.com
gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com;gsalvato@ecf.courtdrive.com

Barry S Glaser
on behalf of Creditor County of Alameda Tax Collector bglaser@salvatoboufadel.com
gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com;gsalvato@ecf.courtdrive.com

Barry S Glaser
on behalf of Interested Party Courtesy NEF bglaser@salvatoboufadel.com
gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com;gsalvato@ecf.courtdrive.com

Barry S Glaser
on behalf of Creditor County of Los Angeles bglaser@salvatoboufadel.com
gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com;gsalvato@ecf.courtdrive.com

Ben H Logan
on behalf of Interested Party Lennar Centex Del Rio Partners LLC blogan@omm.com

Brendan P Collins
on behalf of Creditor Gray1 CPB  LLC bpcollins@bhfs.com

Brendt C Butler - DISBARRED -
on behalf of Creditor EMR Residential Properties LLC brendt.butler@gmail.com

Brendt C Butler - DISBARRED -
on behalf of Creditor Rubidoux 60 LLC brendt.butler@gmail.com

Brent S Clemmer
on behalf of Creditor MSA Consulting  Inc. garduno@sbemp.com, clemmer@sbemp.com

Brett K Wiseman
on behalf of Creditor JF Shea Construction Inc bwiseman@madisonlawapc.com

Brian R Nelson
on behalf of Trustee Karen S Naylor (TR) becky@ringstadlaw.com  brian@ringstadlaw.com;arlene@ringstadlaw.com

Brianna L Frazier
on behalf of Plaintiff Steven M Speier bfrazier@shbllp.com  cgutierrez@shbllp.com

District/off: 0973-8                          User: admin                                    Page 3 of 22
Date Rcvd: Oct 05, 2022                       Form ID: pdf042                             Total Noticed: 3

Brianna L Frazier
on behalf of Plaintiff STEVEN M. SPEIER bfrazier@shbllp.com cgutierrez@shbllp.com

Carol G Unruh
on behalf of Creditor Scott E. McDaniel cgunruh@sbcglobal.net

Caroline Djang
on behalf of Creditor Lehman Commercial Paper Inc. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Creditor Lehman ALI Inc. cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Creditor OVC Holdings LLC cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Creditor Northlake Holdings LLC cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Creditor City of San Clemente cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Carollynn Callari
on behalf of Creditor Danske Bank A/S London Branch ccallari@venable.com

Cassandra J Richey
on behalf of Interested Party Courtesy NEF cdcaecf@bdfgroup.com

Cassandra J Richey
on behalf of Creditor c/o Financial Network Patricia I Volkerts as Trustee, et al cdcaecf@bdfgroup.com

Cathrine M Castaldi
on behalf of Creditor SunCal Management LLC ccastaldi@brownrudnick.com

Cathy Ta
on behalf of Defendant Hi-Grade Material Co. cathyta@cathyta.net

Cathy Ta
on behalf of Defendant Pacific Hydrotech Corporation cathyta@cathyta.net

Cathy Ta
on behalf of Defendant Paso Robles Tank Inc. cathyta@cathyta.net

Celina M Munoz
on behalf of Interested Party New Anaverde LLC cmunoz@steptoe.com

Charles Liu
on behalf of Defendant Suncal Emerald Meadows LLC cliu@winthropcouchot.com ecfmarshackhays@gmail.com

Charles Liu
on behalf of Debtor Palmdale Hills Property LLC cliu@winthropcouchot.com, ecfmarshackhays@gmail.com

Charles Liu
on behalf of Creditor Villa San Clemente LLC cliu@marshackhays.com, ecfmarshackhays@gmail.com

Christian J Gascou
on behalf of Intervenor-Plaintiff Arch Insurance Company cgascou@gascouhopkins.com

Christian J Gascou
on behalf of Creditor ARCH Insurance Company cgascou@gascouhopkins.com

Christian J Gascou
on behalf of 3rd Party Plaintiff Arch Insurance Company cgascou@gascouhopkins.com

Christian J Gascou
on behalf of Creditor Arch Insurance Company cgascou@gascouhopkins.com

Christian J Gascou
on behalf of Creditor Arch Insurance Co. cgascou@gascouhopkins.com

Christopher P Simon
on behalf of Interested Party Courtesy NEF csimon@crosslaw.com

Christopher W Keegan
on behalf of Interested Party Courtesy NEF ckeegan@kirkland.com brenda.rudolph@kirkland.com;alevin@kirkland.com

Christopher W Keegan
on behalf of Creditor SC Master Holdings II LLC ckeegan@kirkland.com brenda.rudolph@kirkland.com;alevin@kirkland.com

Claude F Kolm
on behalf of Creditor County of Alameda Tax Collector claude.kolm@acgov.org

Craig Millet
on behalf of Interested Party Doug Champion cmillet@gibsondunn.com pcrawford@gibsondunn.com;cmillet@gibsondunn.com

District/off: 0973-8                     User: admin                            Page 4 of 22
Date Rcvd: Oct 05, 2022                  Form ID: pdf042                         Total Noticed: 3

Craig H Averch
on behalf of Creditor SunCal Management  LLC caverch@whitecase.com

Craig H Averch
on behalf of Defendant Argent Management LLC caverch@whitecase.com

Craig H Averch
on behalf of Defendant SunCal Management  LLC caverch@whitecase.com

Craig H Averch
on behalf of Defendant SUNCAL MANAGEMENT  LLC caverch@whitecase.com

Craig H Averch
on behalf of Interested Party Argent Management  LLC caverch@whitecase.com

Craig H Averch
on behalf of Defendant Argent Management  LLC caverch@whitecase.com

Craig H Averch
on behalf of Defendant SunCal Management LLC caverch@whitecase.com

Craig H Averch
on behalf of Creditor Argent Management  LLC caverch@whitecase.com

D Edward Hays
on behalf of Creditor Villa San Clemente  LLC ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Creditor Lehman Commercial Paper Inc. ehays@marshackhays.com
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Creditor Lehman ALI  Inc. ehays@marshackhays.com,
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

D Edward Hays
on behalf of Creditor Philip Dowse ehays@marshackhays.com
ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Dan E Chambers
on behalf of Creditor Rubidoux 60 LLC dchambers@clfca.com

Dan E Chambers
on behalf of Creditor EMR Residential Properties LLC dchambers@clfca.com

Daniel Denny
on behalf of Interested Party Courtesy NEF ddenny@milbank.com

Daryl G Parker
on behalf of Creditor Lehman ALI  Inc. dparker@pszjlaw.com

Daryl G Parker
on behalf of Creditor Lehman Commercial Paper Inc. dparker@pszjlaw.com

David A Tilem
on behalf of Defendant Southland Pipe Corporation davidtilem@tilemlaw.com
DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;TilemDR69450@notify.bestcas
e.com

David B Lally
on behalf of Defendant Contracting Engineers  Inc. davidlallylaw@gmail.com

David I Katzen
on behalf of Interested Party David Katzen katzen@ksfirm.com  schuricht@ksfirm.com

David I Katzen
on behalf of Interested Party Bethel Island Municipal Improvement District katzen@ksfirm.com  schuricht@ksfirm.com

David M Wiseblood - DISBARRED -
on behalf of Creditor Bethel Island Municipal Improvement District dwiseblood@wisebloodlaw.com
dmwadmin@wisebloodlaw.com

David M Wiseblood - DISBARRED -
on behalf of Interested Party Courtesy NEF dwiseblood@wisebloodlaw.com  dmwadmin@wisebloodlaw.com

Dean A Ziehl
on behalf of Defendant Lehman Ali Inc dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl
on behalf of Plaintiff SCLV JOHANSEN RANCH LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff PAMI  LLC dziehl@pszjlaw.com, dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Defendant Northlake Holding LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Creditor Lehman ALI  Inc. dziehl@pszjlaw.com, dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff SCLV MARBLEHEAD LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Defendant SCLV Oak Valley LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff SCLV RITTER RANCH LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff SCLV BEAUMONT HEIGHTS LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Defendant OVC Holdings LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff SCLV JOSHUA RIDGE LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Creditor Lehman Bros. Holdings  Inc. dziehl@pszjlaw.com, dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Creditor Northlake Holdings LLC dziehl@pszjlaw.com, dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Defendant LBREP II/SunCal Land Fund Menber LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Creditor OVC Holdings LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff SCLV BICKFORD RANCH LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Defendant LB/L-Duc III Master LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff SCLV PSV LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff SCLV TESORO BURNHAM LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff Lehman ALI  Inc. dziehl@pszjlaw.com, dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Creditor Northlake Holding LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Creditor Lehman ALI  Inc., Lehman Commercial Paper Inc., OVC Holdings, LLC and Northlake Holdings, LLC
dziehl@pszjlaw.com, dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff SCLV ACTON RANCH LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Counter-Defendant Lehman Ali Inc dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff PROPERTY ASSET MANAGEMENT  INC. dziehl@pszjlaw.com, dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff SCLV SUMMIT VALLEY LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff SCLV OVC LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Creditor Lehman Commercial Paper Inc. dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Creditor LV Pacific Point  LLC dziehl@pszjlaw.com, dziehl@pszjlaw.com

Dean A Ziehl

on behalf of Plaintiff SCLV HEARTLAND LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl
on behalf of Interested Party Lehman Commercial Paper Inc. dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl
on behalf of Defendant SCLV NorthLake LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl
on behalf of Counter-Defendant LV Pacific Point LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl
on behalf of Plaintiff SCLV EMERALD MEADOWS LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl
on behalf of Defendant LV Pacific Point LLC dziehl@pszjlaw.com  dziehl@pszjlaw.com

Dean A Ziehl
on behalf of Plaintiff LV Pacific Point  LLC dziehl@pszjlaw.com, dziehl@pszjlaw.com

Debra Riley
on behalf of Interested Party City of Palmdale driley@allenmatkins.com

Doah Kim
on behalf of Defendant Argent Management  LLC doah.kim@whitecase.com

Doah Kim
on behalf of Defendant SunCal Management LLC doah.kim@whitecase.com

Don Fisher
on behalf of Creditor Warmington Homes California dfisher@ptwww.com  tblack@ptwww.com

Donald T Dunning
on behalf of Creditor Hertz Equipment Rental Corporation ddunning@dunninglaw.com
jmacleod@dunninglaw.com;jherrington@dunninglaw.com

Elan S Levey
on behalf of Interested Party United States Of America elan.levey@usdoj.gov  julie.morales@usdoj.gov

Ernie Zachary Park
on behalf of Interested Party Newcomm ernie.park@bewleylaw.com

Evan C Borges
on behalf of Plaintiff STEVEN M. SPEIER eborges@ggtriallaw.com  cwinsten@ggtriallaw.com

Francis T Donohue
on behalf of Debtor Palmdale Hills Property  LLC , dyolken@vctlaw.com

Francis T Donohue
on behalf of 3rd Pty Defendant Chino Grading  Inc. , dyolken@vctlaw.com

Garrick A Hollander
on behalf of Debtor Palmdale Hills Property  LLC ghollander@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Gary A Pemberton
on behalf of Plaintiff STEVEN M. SPEIER GPemberton@shulmanbastian.com
aragone@shulmanbastian.com;sseelert@shulmanbastian.com

Gary A Pemberton
on behalf of Trustee Steven M Speier (TR) GPemberton@shulmanbastian.com
aragone@shulmanbastian.com;sseelert@shulmanbastian.com

Gary A Pemberton
on behalf of Attorney Gary A. Pemberton GPemberton@shulmanbastian.com
aragone@shulmanbastian.com;sseelert@shulmanbastian.com

Gary A Pemberton
on behalf of Interested Party Shulman Hodges & Bastian LLP GPemberton@shulmanbastian.com
aragone@shulmanbastian.com;sseelert@shulmanbastian.com

Gary A Pemberton
on behalf of Plaintiff Steven M Speier GPemberton@shulmanbastian.com
aragone@shulmanbastian.com;sseelert@shulmanbastian.com

Gerald N Sims
on behalf of Creditor Chicago Title Insurance Company jerrys@psdslaw.com  bonniec@psdslaw.com

Gerald N Sims
on behalf of Interested Party Courtesy NEF jerrys@psdslaw.com  bonniec@psdslaw.com

Gerald N Sims
on behalf of Interested Party Fidelity National Title Insurance Company jerrys@psdslaw.com  bonniec@psdslaw.com

Gustavo E Bravo

on behalf of Creditor Oliphant Golf  Inc. gbravo@smaha.com

Harry D. Hochman

    on behalf of Creditor Lehman Commercial Paper Inc. hhochman@pszjlaw.com  hhochman@pszjlaw.com

Harry D. Hochman

    on behalf of Defendant OVC Holdings LLC hhochman@pszjlaw.com  hhochman@pszjlaw.com

Harry D. Hochman

    on behalf of Defendant Northlake Holding LLC hhochman@pszjlaw.com  hhochman@pszjlaw.com

Harry D. Hochman

    on behalf of Creditor OVC Holdings LLC hhochman@pszjlaw.com  hhochman@pszjlaw.com

Harry D. Hochman

    on behalf of Defendant LV Pacific Point LLC hhochman@pszjlaw.com  hhochman@pszjlaw.com

Harry D. Hochman

    on behalf of Creditor Lehman ALI  Inc. hhochman@pszjlaw.com, hhochman@pszjlaw.com

Harry D. Hochman

    on behalf of Creditor Northlake Holding LLC hhochman@pszjlaw.com  hhochman@pszjlaw.com

Harry D. Hochman

    on behalf of Defendant Lehman Ali Inc hhochman@pszjlaw.com  hhochman@pszjlaw.com

Heather B Dillion

    on behalf of Plaintiff Steven M Speier hdillion@shbllp.com

Henry H Oh

    on behalf of 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd hoh@soollp.com
    dholland@soollp.com;jcurley@soollp.com

Henry H Oh

    on behalf of Creditor Joint Provisional Liquidators of Lehman Re Ltd. hoh@soollp.com
    dholland@soollp.com;jcurley@soollp.com

Henry H Oh

    on behalf of Interested Party Joint Provisional Liquidators of Lehman RE Ltd hoh@soollp.com
    dholland@soollp.com;jcurley@soollp.com

Howard S Nevins

    on behalf of Creditor Williams+Paddon Architects+Planners  Inc. , lsamosa@hsmlaw.com

Hutchison B Meltzer

    on behalf of Creditor Committee Joint Committee of Creditors Holding Unsecured Claims hutchison.meltzer@doj.ca.gov
    Alicia.Berry@doj.ca.gov

Hutchison B Meltzer

    on behalf of Other Professional Official Committee of Creditors Holding Unsecured Claims in the Trustee Cases
    hutchison.meltzer@doj.ca.gov  Alicia.Berry@doj.ca.gov

Hutchison B Meltzer

    on behalf of Interested Party Courtesy NEF hutchison.meltzer@doj.ca.gov  Alicia.Berry@doj.ca.gov

Hutchison B Meltzer

    on behalf of Interested Party Joint Committee of Creditors Holding Unsecured Claims hutchison.meltzer@doj.ca.gov
    Alicia.Berry@doj.ca.gov

James C Bastian, Jr

    on behalf of Creditor Cheltimalie Enterprises jbastian@shulmanbastian.com

James C Bastian, Jr

    on behalf of Interested Party Courtesy NEF jbastian@shulmanbastian.com

James C Bastian, Jr

    on behalf of Creditor ARB  Inc. jbastian@shulmanbastian.com

James C Bastian, Jr

    on behalf of Creditor City of Orange jbastian@shulmanbastian.com

James E Till

    on behalf of Interested Party Suncal Emerald Meadows LLC james.till@limnexus.com
    martha.araki@limnexus.com;myrtle.john@limnexus.com;david.nealy@limnexus.com

James E Till

    on behalf of Trustee Steven M Speier (TR) james.till@limnexus.com
    martha.araki@limnexus.com;myrtle.john@limnexus.com;david.nealy@limnexus.com

James M Miller

    on behalf of Defendant SUNCAL BICKFORD RANCH  LLC jmiller@millerbarondess.com,
    vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

District/off: 0973-8                                    User: admin                                    Page 8 of 22
Date Rcvd: Oct 05, 2022                              Form ID: pdf042                              Total Noticed: 3

James M Miller

    on behalf of Special Counsel Miller Barondess LLP jmiller@millerbarondess.com
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Defendant SUNCAL EMERALD MEADOWS LLC jmiller@millerbarondess.com
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Defendant SCC/PALMDALE  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Defendant Bruce Elieff jmiller@millerbarondess.com
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Petitioning Creditor SCC Acquisitions Inc. jmiller@millerbarondess.com
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Debtor Palmdale Hills Property  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Defendant SCC Acquisitions  Inc. jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Defendant SUNCAL COMMUNITIES I  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Defendant SUNCAL COMMUNITIES III  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Attorney Miller Barondess LLP jmiller@millerbarondess.com
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Defendant KIRBY ESTATES  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Defendant ACTON ESTATES  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Defendant SUNCAL JOHANNSON RANCH  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Defendant TESORO SF  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Defendant SJD PARTNERS  LTD jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Plaintiff SCC Communities LLC jmiller@millerbarondess.com
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Plaintiff North Orange Del Rio Land LCC jmiller@millerbarondess.com
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Counter-Defendant SJD Development Corp. jmiller@millerbarondess.com
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Defendant Palmdale Hills Property  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Plaintiff Palmdale Hills Property Llc jmiller@millerbarondess.com
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller

    on behalf of Counter-Defendant SJD Partners  Ltd. jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

District/off: 0973-8                          User: admin                          Page 9 of 22
Date Rcvd: Oct 05, 2022                       Form ID: pdf042                       Total Noticed: 3

James M Miller
on behalf of Defendant SCC ACQUISITIONS  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller
on behalf of Defendant SEVEN BROTHERS  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller
on behalf of Defendant SUNCAL BEAUMONT HEIGHTS  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller
on behalf of Plaintiff Tesoro SF LLC jmiller@millerbarondess.com
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller
on behalf of Defendant SUNCAL MANAGEMENT  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller
on behalf of Defendant SCC COMMUNITIES  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James M Miller
on behalf of Defendant SUNCAL SUMMIT VALLEY  LLC jmiller@millerbarondess.com,
vgunderson@millerbarondess.com;smiller@millerbarondess.com;mpritikin@millerbarondess.com

James S Riley
on behalf of Creditor Sierra Liquidity Fund  LLC tgarza@sierrafunds.com

Jason Wallach
on behalf of Defendant Professional Pipeline Contractors  Inc. jwallach@ghplaw.com, g33404@notify.cincompass.com

Jason Wallach
on behalf of Defendant Spiva Construction  Inc. jwallach@ghplaw.com, g33404@notify.cincompass.com

Jason Wallach
on behalf of Interested Party Courtesy NEF jwallach@ghplaw.com  g33404@notify.cincompass.com

Jeffrey W Broker
on behalf of Creditor Lexon Insurance Co. jbroker@brokerlaw.biz

Jeffrey W Broker
on behalf of Debtor Palmdale Hills Property  LLC jbroker@brokerlaw.biz

Jeffrey W Broker
on behalf of Creditor Bond Safeguard Insurance Co. jbroker@brokerlaw.biz

Jeffrey W Broker
on behalf of Defendant Bond Safeguad Insurance Company jbroker@brokerlaw.biz

Jeffrey W Broker
on behalf of Interested Party Courtesy NEF jbroker@brokerlaw.biz

Jeffrey W Broker
on behalf of Creditor Bond Safeguard Insurance Co jbroker@brokerlaw.biz

Joel S. Miliband
on behalf of Creditor SunCal Management  LLC jmiliband@brownrudnick.com

Joel S. Miliband
on behalf of Creditor RBF CONSULTING jmiliband@brownrudnick.com

John A Boyd
on behalf of Interested Party Oliphant Golf Inc fednotice@tclaw.net

John E Schreiber
on behalf of Interested Party Courtesy NEF jschreiber@winston.com

John E Schreiber
on behalf of Interested Party Fenway Capital  LLC jschreiber@winston.com

John J Immordino, ESQ
on behalf of Creditor Arch Insurance Company john.immordino@wilsonelser.com
robert.mendoza@wilsonelser.com;Lori.McCartan@wilsonelser.com;Adam.LeBerthon@wilsonelser.com;Kristen.Wyatt@wilsonel
ser.com

John J Immordino, ESQ
on behalf of Creditor Arch Insurance Co. john.immordino@wilsonelser.com
robert.mendoza@wilsonelser.com;Lori.McCartan@wilsonelser.com;Adam.LeBerthon@wilsonelser.com;Kristen.Wyatt@wilsonel
ser.com

District/off: 0973-8
Date Rcvd: Oct 05, 2022

User: admin
Form ID: pdf042

Page 10 of 22
Total Noticed: 3

John P Schafer
    on behalf of Creditor LB/L-DUC III Bethel Island  LLC john@theschaferfirm.com, pttnaegely@gmail.com

John W Lucas
    on behalf of Creditor Lehman ALI  Inc. jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Creditor Lehman Commercial Paper Inc. jlucas@pszjlaw.com  ocarpio@pszjlaw.com

John W Lucas
    on behalf of Creditor Northlake Holding LLC jlucas@pszjlaw.com  ocarpio@pszjlaw.com

John W Lucas
    on behalf of Creditor Lehman ALI  Inc., Lehman Commercial Paper Inc., OVC Holdings, LLC and Northlake Holdings, LLC
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

John W Lucas
    on behalf of Creditor OVC Holdings LLC jlucas@pszjlaw.com  ocarpio@pszjlaw.com

Jonathan M Hoff
    on behalf of Interested Party Joint Provisional Liquidators of Lehman RE Ltd jonathan.hoff@cwt.com

Jonathan M Hoff
    on behalf of Creditor Joint Provisional Liquidators of Lehman Re Ltd. jonathan.hoff@cwt.com

Jonathan M Hoff
    on behalf of 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd jonathan.hoff@cwt.com

Jonathan M Hoff
    on behalf of Liquidator D. Geoffrey Hunter jonathan.hoff@cwt.com

Jonathan M Hoff
    on behalf of Liquidator Peter C.B. Mitchell jonathan.hoff@cwt.com

Jonathan S Dabbieri
    on behalf of Interested Party Courtesy NEF dabbieri@sullivanhill.com
hill@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;dabbieri@ecf.inforuptcy.com

Joseph A Eisenberg
    on behalf of Creditor Northlake Holdings LLC jae@jmbm.com, bt@jmbm.com

Joseph A Eisenberg
    on behalf of Defendant Lehman Ali Inc jae@jmbm.com  bt@jmbm.com

Joseph A Eisenberg
    on behalf of Defendant SCLV Oak Valley LLC jae@jmbm.com  bt@jmbm.com

Joseph A Eisenberg
    on behalf of Defendant Northlake Holding LLC jae@jmbm.com  bt@jmbm.com

Joseph A Eisenberg
    on behalf of Creditor Lehman Bros. Holdings  Inc. jae@jmbm.com, bt@jmbm.com

Joseph A Eisenberg
    on behalf of Creditor Lehman ALI  Inc. jae@jmbm.com, bt@jmbm.com

Joseph A Eisenberg
    on behalf of Defendant OVC Holdings LLC jae@jmbm.com  bt@jmbm.com

Joseph A Eisenberg
    on behalf of Defendant SCLV NorthLake LLC jae@jmbm.com  bt@jmbm.com

Joseph A Eisenberg
    on behalf of Creditor OVC Holdings LLC jae@jmbm.com  bt@jmbm.com

Joseph A Eisenberg
    on behalf of Defendant LBREP II/SunCal Land Fund Menber LLC jae@jmbm.com  bt@jmbm.com

Joseph A Eisenberg
    on behalf of Defendant LB/L-Duc III Master LLC jae@jmbm.com  bt@jmbm.com

Joseph A Eisenberg
    on behalf of Creditor Lehman Commercial Paper Inc. jae@jmbm.com  bt@jmbm.com

Joseph A Eisenberg
    on behalf of Defendant LV Pacific Point LLC jae@jmbm.com  bt@jmbm.com

Joseph M Adams
    on behalf of Defendant The City of San Juan Capistrano jadams@adamspham.com

Joseph M Adams
    on behalf of Interested Party City of San Juan Capistrano jadams@adamspham.com

District/off: 0973-8                          User: admin                          Page 11 of 22
Date Rcvd: Oct 05, 2022                       Form ID: pdf042                       Total Noticed: 3

Joseph R Dunn
on behalf of Creditor American Civil Constructors West Coast  Inc. jrdunn@mintz.com,
docketing@mintz.com;MJones@mintz.com;avobrient@mintz.com;ablevin@mintz.com

Joshua D Wayser
on behalf of Other Professional D. E. Shaw & Co.  L.P. joshua.wayser@kattenlaw.com,
jessica.mickelsen@kattenlaw.com;kim.johnson@kattenlaw.com,ecf.lax.docket@kattenlaw.com,adelle.shafer@kattenlaw.com

Kaleb L Judy
on behalf of Defendant Zim Industries  Inc. dba Bakersfield Well & Pump ecf@kleinlaw.com, kjudy@kleinlaw.com

Katherine C Piper
on behalf of Interested Party New Anaverde LLC kpiper@steptoe.com  smcloughlin@steptoe.com

Kavita Gupta
on behalf of Plaintiff SJD Partners  Ltd. kgupta@guptaferrer.com

Kavita Gupta
on behalf of Plaintiff SunCal Emerald Meadows  LLC kgupta@guptaferrer.com

Kavita Gupta
on behalf of Debtor Palmdale Hills Property  LLC kgupta@guptaferrer.com

Kavita Gupta
on behalf of Plaintiff SunCal Summit Valley  LLC kgupta@guptaferrer.com

Kavita Gupta
on behalf of Plaintiff Palmdale Hills Property  LLC kgupta@guptaferrer.com

Kavita Gupta
on behalf of Plaintiff SunCal Bickford Ranch  LLC kgupta@guptaferrer.com

Kelly C Griffith
on behalf of Interested Party Courtesy NEF bkemail@harrisbeach.com

Kelly C Griffith
on behalf of Creditor Lexon Insurance Co. bkemail@harrisbeach.com

Kelly C Griffith
on behalf of Defendant Bond Safeguad Insurance Company bkemail@harrisbeach.com

Kelly C Griffith
on behalf of Defendant Lexon Insurance Company bkemail@harrisbeach.com

Kelly C Griffith
on behalf of Creditor Bond Safeguard Insurance Co bkemail@harrisbeach.com

Kelly C Griffith
on behalf of Creditor Bond Safeguard Insurance Co. bkemail@harrisbeach.com

Kerri A Lyman
on behalf of Creditor Committee Joint Committee of Creditors Holding Unsecured Claims klyman@steptoe.com
#-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com

Kerri A Lyman
on behalf of Creditor Committee Official Committee of Unsecured Creditors klyman@steptoe.com
#-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com

Kerri A Lyman
on behalf of Attorney Irell & Manella LLP klyman@steptoe.com
#-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com

Kerri A Lyman
on behalf of Creditor Committee Official Committee of Unsecured Creditors in Chapter 11 Cases of Palmdale Hills Property  LLC
et al klyman@steptoe.com,
#-FirmPSDocketing@Steptoe.com;nmorneault@Steptoe.com;mhernandez@steptoe.com;aodonnell@steptoe.com

Krikor J Meshefejian
on behalf of Interested Party Courtesy NEF kjm@lnbyg.com

Kurt Ramlo
on behalf of 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd kr@lnbyg.com  kr@ecf.inforuptcy.com

Kyra E Andrassy
on behalf of Creditor Committee Joint Committee of Creditors Holding Unsecured Claims kandrassy@swelawfirm.com
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
on behalf of Plaintiff Joint Committee of Creditors Holding Unsecured Claims kandrassy@swelawfirm.com
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy
on behalf of Attorney Weiland Golden Smiley Wang Ekvall & Strok  LLP kandrassy@swelawfirm.com,

District/off: 0973-8                          User: admin                          Page 12 of 22
Date Rcvd: Oct 05, 2022                       Form ID: pdf042                       Total Noticed: 3

lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Laurel R Zaeske
                on behalf of Creditor SunCal Management  LLC lzaeske@brownrudnick.com

Lawrence A Jacobson
                on behalf of Creditor City of Oakland laj@cohenandjacobson.com

Lawrence A Jacobson
                on behalf of Creditor Oakland Redevelopment Agency laj@cohenandjacobson.com

Lawrence A Jacobson
                on behalf of Creditor BKF Engineers laj@cohenandjacobson.com

Lawrence A Jacobson
                on behalf of Interested Party Courtesy NEF laj@cohenandjacobson.com

Lee Hammer
                on behalf of Interested Party Los Angeles SMSA Limited Partnership  dba Verizon Wireless lhammer@mcguirewoods.com

Lei Lei Wang Ekvall - DECEASED
                on behalf of Creditor Committee Official Committee of Unsecured Creditors lekvall@swelawfirm.com
                lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED
                on behalf of Other Professional Official Committee of Creditors Holding Unsecured Claims in the Trustee Cases
                lekvall@swelawfirm.com  lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED
                on behalf of Interested Party Joint Committee of Creditors Holding Unsecured Claims lekvall@swelawfirm.com
                lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED
                on behalf of Debtor Palmdale Hills Property  LLC lekvall@swelawfirm.com,
                lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED
                on behalf of Attorney Weiland Golden Smiley Wang Ekvall & Strok  LLP lekvall@swelawfirm.com,
                lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED
                on behalf of Trustee Steven M Speier (TR) lekvall@swelawfirm.com
                lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED
                on behalf of Interested Party Courtesy NEF lekvall@swelawfirm.com
                lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED -
                on behalf of Creditor Committee Joint Committee of Creditors Holding Unsecured Claims lekvall@swelawfirm.com
                lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Lei Lei Wang Ekvall - DECEASED -
                on behalf of Plaintiff Joint Committee of Creditors Holding Unsecured Claims lekvall@swelawfirm.com
                lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Leib M Lerner
                on behalf of Interested Party Courtesy NEF leib.lerner@alston.com
                autodockettest-lax@alston.com;Melanie.mizrahie@alston.com

Leib M Lerner
                on behalf of Creditor Steiny and Company  Inc. leib.lerner@alston.com,
                autodockettest-lax@alston.com;Melanie.mizrahie@alston.com

Leib M Lerner
                on behalf of Defendant Alston & Bird  LLP leib.lerner@alston.com,
                autodockettest-lax@alston.com;Melanie.mizrahie@alston.com

Louis R Miller
                on behalf of Plaintiff Palmdale Hills Property  LLC smiller@millerbarondess.com

Lynsey M Eaton - INACTIVE -
                on behalf of Creditor AMEC Earth & Environmental  Inc. leaton@gglts.com

Marc A. Zimmerman
                on behalf of Creditor Life Church of God in Christ joshuasdaddy@att.net  beverly.rubio@gmail.com

Marc C Forsythe
                on behalf of Attorney Robert P Goe kmurphy@goeforlaw.com  mforsythe@goeforlaw.com;goeforecf@gmail.com

Marc J Winthrop
                on behalf of Debtor Palmdale Hills Property  LLC mwinthrop@wghlawyers.com, jmartinez@wghlawyers.com

District/off: 0973-8
User: admin

Date Rcvd: Oct 05, 2022
Form ID: pdf042
Total Noticed: 3

Mariam S Marshall
on behalf of Creditor RGA Environmental  Inc. mmarshall@marshallramoslaw.com

Mark E McKane
on behalf of Defendant SC Master Holdings II LLC
mmckane@kirkland.com;alevin@kirkland.com;lydia-yale-8751@ecf.pacerpro.com

Mark E McKane
on behalf of Creditor SC Master Holdings II LLC
mmckane@kirkland.com;alevin@kirkland.com;lydia-yale-8751@ecf.pacerpro.com

Mark J Krone
on behalf of Defendant Lexon Insurance Company mk@amclaw.com
maa@amclaw.com;amc@amclaw.com;mea@amclaw.com;ilr@amclaw.com

Mark J Krone
on behalf of Creditor Lexon Insurance Co. mk@amclaw.com
maa@amclaw.com;amc@amclaw.com;mea@amclaw.com;ilr@amclaw.com

Mark J Krone
on behalf of Defendant Bond Safeguad Insurance Company mk@amclaw.com
maa@amclaw.com;amc@amclaw.com;mea@amclaw.com;ilr@amclaw.com

Mark J Krone
on behalf of Creditor Bond Safeguard Insurance Co mk@amclaw.com
maa@amclaw.com;amc@amclaw.com;mea@amclaw.com;ilr@amclaw.com

Martha E. Romero
on behalf of Creditor Contra Costa  California Taxing Authority Romero@mromerolawfirm.com

Martha E. Romero
on behalf of Creditor California Taxing Authorities Romero@mromerolawfirm.com

Martha E. Romero
on behalf of Creditor Placer County  California Taxing Authority Romero@mromerolawfirm.com

Martha E. Romero
on behalf of Creditor San Bernardino County Tax Collector Romero@mromerolawfirm.com

Martha E. Romero
on behalf of Creditor Riverside County  California Taxing Authoirty Romero@mromerolawfirm.com

Matthew Grimshaw
on behalf of Creditor Rubidoux 60 LLC mgrimshaw@marshackhays.com
mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Matthew Grimshaw
on behalf of Interested Party City Of Torrance mgrimshaw@marshackhays.com
mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Matthew Grimshaw
on behalf of Creditor EMR Residential Properties LLC mgrimshaw@marshackhays.com
mgrimshaw@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

Meredith R Edelman
on behalf of Interested Party Courtesy NEF meredith.edelman@dlapiper.com

Meredith R Edelman
on behalf of 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd meredith.edelman@dlapiper.com

Michael St James
on behalf of Creditor MBH Architects  Inc. ecf@stjames-law.com, stjames.michaelr101488@notify.bestcase.com

Michael C Heinrichs
on behalf of Interested Party Lennar Centex Del Rio Partners LLC mheinrichs@omm.com

Michael C Heinrichs
on behalf of Interested Party Courtesy NEF mheinrichs@omm.com

Michael D May
on behalf of Defendant RJ Noble Co. mdmayesq@verizon.net

Michael D May
on behalf of Creditor R.J. Noble Co. mdmayesq@verizon.net

Michael J Gomez
on behalf of Creditor Central Pacific Bank mgomez@frandzel.com  dmoore@frandzel.com

Michael J Gomez
on behalf of Interested Party Central Pacific Bank mgomez@frandzel.com  dmoore@frandzel.com

Michael J Hauser
on behalf of U.S. Trustee United States Trustee (SA) michael.hauser@usdoj.gov

District/off: 0973-8                          User: admin                              Page 14 of 22
Date Rcvd: Oct 05, 2022                       Form ID: pdf042                          Total Noticed: 3

Michael J Joyce
    on behalf of Interested Party Anaverde  LLC mjoyce@crosslaw.com

Michael J Joyce
    on behalf of Interested Party Courtesy NEF mjoyce@crosslaw.com

Michael K Sugar
    on behalf of Creditor Committee Official Committee of Unsecured Creditors msugar@thelobelfirm.com

Michelle C Hribar
    on behalf of Plaintiff EMR Residential Properties LLC mch@sdlaborlaw.com  sak@sdlaborlaw.com

Michelle C Hribar
    on behalf of Plaintiff Rubidoux 60 LLC mch@sdlaborlaw.com  sak@sdlaborlaw.com

Mike D Neue
    on behalf of Interested Party SunCal Oak Knoll LLC m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Debtor Palmdale Hills Property  LLC m.neue@geracillp.com, a.lewis@geracillp.com

Mike D Neue
    on behalf of Plaintiff Steven M Speier m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Interested Party SunCal Heartland LLC m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Interested Party Delta Coves Venture LLC m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Interested Party SunCal Bickford Ranch LLC m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Plaintiff Steven M. Speier m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Interested Party SunCal Summit Valley LLC m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Interested Party Suncal Emerald Meadows LLC m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Trustee Steven M Speier (TR) m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Interested Party SunCal Torrance Properties LLC m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Interested Party SunCal PSV LLC m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Interested Party SunCal Century City LLC m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Plaintiff STEVEN M. SPEIER m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Plaintiff Palmdale Hills Property  LLC m.neue@geracillp.com, a.lewis@geracillp.com

Mike D Neue
    on behalf of Interested Party SunCal Marblehead LLC m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Interested Party LB/L SunCal Northlake LLC m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Attorney The Lobel Firm  LLP m.neue@geracillp.com, a.lewis@geracillp.com

Mike D Neue
    on behalf of Interested Party Steven M Speier m.neue@geracillp.com  a.lewis@geracillp.com

Mike D Neue
    on behalf of Interested Party LB/L SunCal Oak Valley LLC m.neue@geracillp.com  a.lewis@geracillp.com

Nancy Hotchkiss
    on behalf of Creditor Murray Smith & Associates Engineering nhotchkiss@trainorfairbrook.com

Nanette D Sanders
    on behalf of Interested Party Karen Sue Naylor becky@ringstadlaw.com  arlene@ringstadlaw.com

Nanette D Sanders
    on behalf of Trustee Karen S Naylor (TR) becky@ringstadlaw.com  arlene@ringstadlaw.com

District/off: 0973-8                           User: admin                           Page 15 of 22
Date Rcvd: Oct 05, 2022                        Form ID: pdf042                        Total Noticed: 3

Nanette D Sanders
                    on behalf of Attorney Ringstad & Sanders LLP becky@ringstadlaw.com  arlene@ringstadlaw.com

Paul J Couchot
                    on behalf of Interested Party SunCal Summit Valley LLC pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot
                    on behalf of U.S. Trustee United States Trustee (SA) pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot
                    on behalf of Debtor Kirby Estates  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Debtor SunCal Communities I  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Interested Party North Orange Del Rio Land  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Interested Party SunCal Communities I  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Plaintiff SunCal Bickford Ranch  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Creditor SCC Acquisitions  Inc. pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Debtor Palmdale Hills Property  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Debtor SunCal Summit Valley  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Interested Party SUNCAL COMMUNITIES III  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Interested Party SunCal Beaumont Heights  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Trustee Steven M Speier (TR) pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot
                    on behalf of Interested Party Bruce Elieff pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot
                    on behalf of Debtor SCC Communities LLC pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot
                    on behalf of Debtor ACTON ESTATES  LLC pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot
                    on behalf of Interested Party Acton Estates  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Interested Party SCC/Palmdale  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Interested Party Seven Brothers LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Petitioning Creditor SCC Acquisitions Inc pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot
                    on behalf of Petitioning Creditor SCC Acquisitions Inc. pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot
                    on behalf of Interested Party SCC Communities LLC pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot
                    on behalf of Interested Party SCC Acquisitions Inc. pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot
                    on behalf of Debtor North Orange Del Rio Land  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot
                    on behalf of Petitioning Creditor SunCal Management LLC pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot
                    on behalf of Interested Party SunCal Bickford Ranch LLC pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot
                    on behalf of Plaintiff SJD Partners  Ltd. pcouchot@couchotlaw.com, admin@couchotlaw.com

District/off: 0973-8            User: admin            Page 16 of 22

Date Rcvd: Oct 05, 2022           Form ID: pdf042          Total Noticed: 3

Paul J Couchot

on behalf of Interested Party Tesoro SF  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot

on behalf of Debtor SunCal Beaumont Heights  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot

on behalf of Interested Party SunCal Johannson Ranch LLC pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot

on behalf of Petitioning Creditor SCC Acquisitions  Inc pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot

on behalf of Debtor SunCal Communities III  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot

on behalf of Attorney Winthrop Couchot Professional Corporation pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot

on behalf of Plaintiff SunCal Summit Valley  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot

on behalf of Debtor LB/L-SunCal Oak Valley LLC pcouchot@couchotlaw.com  admin@couchotlaw.com

Paul J Couchot

on behalf of Debtor SunCal Bickford Ranch  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot

on behalf of Debtor Seven Brothers  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot

on behalf of Debtor SCC/Palmdale  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot

on behalf of Debtor SunCal Johannson Ranch  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot

on behalf of Plaintiff SunCal Emerald Meadows  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot

on behalf of Interested Party Kirby Estates  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot

on behalf of Plaintiff Palmdale Hills Property  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Paul J Couchot

on behalf of Debtor Tesoro SF  LLC pcouchot@couchotlaw.com, admin@couchotlaw.com

Peter W Lianides

on behalf of Debtor Palmdale Hills Property  LLC plianides@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Peter W Lianides

on behalf of Interested Party SunCal Beaumont Heights  LLC plianides@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Peter W Lianides

on behalf of Interested Party Seven Brothers LLC plianides@wghlawyers.com
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Peter W Lianides

on behalf of Plaintiff Palmdale Hills Property  LLC plianides@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Peter W Lianides

on behalf of Interested Party Acton Estates  LLC plianides@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Peter W Lianides

on behalf of Interested Party Kirby Estates  LLC plianides@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Peter W Lianides

on behalf of Interested Party SunCal Bickford Ranch LLC plianides@wghlawyers.com
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Peter W Lianides

on behalf of Plaintiff Palmdale Hills Property Llc plianides@wghlawyers.com
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Peter W Lianides

on behalf of Interested Party SunCal Johannson Ranch LLC plianides@wghlawyers.com
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Peter W Lianides
on behalf of Creditor SJD Partners  Ltd. plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Peter W Lianides
on behalf of Interested Party SunCal Summit Valley LLC plianides@wghlawyers.com
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

R Grace Rodriguez
on behalf of Debtor Palmdale Hills Property  LLC ecf2@lorgr.com, rodriguezrr66050@notify.bestcase.com

R Grace Rodriguez
on behalf of Defendant O&B Equipment  Inc. ecf2@lorgr.com, rodriguezrr66050@notify.bestcase.com

R Grace Rodriguez
on behalf of Interested Party O&B Equipment  Inc. ecf2@lorgr.com, rodriguezrr66050@notify.bestcase.com

Randall P Mroczynski
on behalf of Defendant Bob McGrann Construction  Inc. randym@cookseylaw.com

Raymond H. Aver
on behalf of Debtor Palmdale Hills Property  LLC ray@averlaw.com,
averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com

Raymond H. Aver
on behalf of Interested Party Dou Family Trust Dated November 12  1992 ray@averlaw.com,
averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com

Richard H Golubow
on behalf of Debtor Palmdale Hills Property  LLC rgolubow@wghlawyers.com,
jmartinez@wghlawyers.com;svillegas@wghlawyers.com

Richard M Pachulski
on behalf of Creditor OVC Holdings LLC rpachulski@pszjlaw.com

Richard M Pachulski
on behalf of Creditor Lehman ALI  Inc. rpachulski@pszjlaw.com

Richard M Pachulski
on behalf of Creditor Northlake Holding LLC rpachulski@pszjlaw.com

Richard M Pachulski
on behalf of Creditor Lehman Commercial Paper Inc. rpachulski@pszjlaw.com

Richard M Pachulski
on behalf of Plaintiff Lehman ALI  Inc. rpachulski@pszjlaw.com

Richard W Brunette
on behalf of Plaintiff Palm Springs Village-309  LLC rbrunette@sheppardmullin.com, vlamonica@sheppardmullin.com

Richard W Brunette
on behalf of Creditor Palm Springs Village-309  LLC rbrunette@sheppardmullin.com, vlamonica@sheppardmullin.com

Richard W Esterkin
on behalf of Debtor Palmdale Hills Property  LLC richard.esterkin@morganlewis.com

Robert Nida
on behalf of Creditor Kirk Negrete  Inc Rnida@castlelawoffice.com

Robert B Orgel
on behalf of Creditor Lehman ALI  Inc., Lehman Commercial Paper Inc., OVC Holdings, LLC and Northlake Holdings, LLC
rorgel@pszjlaw.com, rorgel@pszjlaw.com

Robert B Orgel
on behalf of Interested Party Lehman Commercial Paper Inc. rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV SUMMIT VALLEY LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Creditor LV Ritter Ranch LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV EMERALD MEADOWS LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Creditor CA Verhagen Holdings rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV PSV LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff PAMI  LLC rorgel@pszjlaw.com, rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV JOHANSEN RANCH LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV BICKFORD RANCH LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Creditor Lehman Commercial Paper Inc. rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff LV Pacific Point  LLC rorgel@pszjlaw.com, rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV BEAUMONT HEIGHTS LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV JOSHUA RIDGE LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Creditor Northlake Holdings LLC rorgel@pszjlaw.com, rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff Lehman ALI  Inc. rorgel@pszjlaw.com, rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV MARBLEHEAD LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Creditor Northlake Holding LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Defendant Lehman Ali Inc rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Creditor OVC Holdings LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV ACTON RANCH LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV HEARTLAND LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV TESORO BURNHAM LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Creditor Lehman ALI  Inc. rorgel@pszjlaw.com, rorgel@pszjlaw.com

Robert B Orgel
on behalf of Interested Party LV Emerald Meadows  LLC rorgel@pszjlaw.com, rorgel@pszjlaw.com

Robert B Orgel
on behalf of Creditor Northlake Holdings LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV OVC LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff PROPERTY ASSET MANAGEMENT  INC. rorgel@pszjlaw.com, rorgel@pszjlaw.com

Robert B Orgel
on behalf of Plaintiff SCLV RITTER RANCH LLC rorgel@pszjlaw.com  rorgel@pszjlaw.com

Robert C Martinez
on behalf of Interested Party Courtesy NEF rmartinez@mclex.com

Robert C Martinez
on behalf of Creditor TC Construction Company  Inc rmartinez@mclex.com

Robert J Pfister
on behalf of Interested Party Courtesy NEF rpfister@ktbslaw.com

Robert P Goe
on behalf of Attorney Robert P Goe kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
on behalf of Petitioning Creditor SunCal Management LLC kmurphy@goeforlaw.com
rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe
on behalf of Petitioning Creditor SCC Acquisitions Inc. kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com

Robert P Goe

District/off: 0973-8                User: admin                    Page 19 of 22
Date Rcvd: Oct 05, 2022            Form ID: pdf042              Total Noticed: 3

|  |  |
|---|---|
|  | on behalf of Creditor SunCal Management  LLC kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Petitioning Creditor SunCal Managaement LLC kmurphy@goeforlaw.com rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Petitioning Creditor SCC Acquisitions  Inc kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Petitioning Creditor Bruce Elieff kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Petitioning Creditor SCC Acquisitions Inc kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Robert P Goe | on behalf of Trustee Steven M Speier (TR) kmurphy@goeforlaw.com  rgoe@goeforlaw.com;goeforecf@gmail.com |
| Ronald Rus | on behalf of Interested Party Rus  Miliband & Smith, A Professional Corporation rrus@brownrudnick.com, tlangford@brownrudnick.com |
| Ronald Rus | on behalf of Interested Party Courtesy NEF rrus@brownrudnick.com  tlangford@brownrudnick.com |
| Ronald B Pierce | on behalf of Creditor Griffith Company ronald.pierce@sdma.com |
| Sally S Chan | on behalf of Interested Party Seven Brothers LLC bk@wthemislaw.com |
| Sam S Oh - INACTIVE - | on behalf of Interested Party Courtesy NEF sam.oh@limruger.com  julie.yu@limruger.com;amy.lee@limruger.com |
| Sam S Oh - INACTIVE - | on behalf of Creditor Southern California Gas Company sam.oh@limruger.com  julie.yu@limruger.com;amy.lee@limruger.com |
| Sarah M St John | on behalf of Trustee Steven M Speier (TR) sstjohn@shulmanbastian.com  avernon@shulmanbastian.com |
| Sean A OKeefe | on behalf of Debtor Palmdale Hills Property  LLC sokeefe@okeefelc.com, seanaokeefe@msn.com |
| Sean A OKeefe | on behalf of Plaintiff Palmdale Hills Property Llc sokeefe@okeefelc.com  seanaokeefe@msn.com |
| Sean A OKeefe | on behalf of Plaintiff SunCal Bickford Ranch  LLC sokeefe@okeefelc.com, seanaokeefe@msn.com |
| Sean A OKeefe | on behalf of Financial Advisor CRG Partners Group  LLC sokeefe@okeefelc.com, seanaokeefe@msn.com |
| Sean A OKeefe | on behalf of Plaintiff Palmdale Hills Property  LLC sokeefe@okeefelc.com, seanaokeefe@msn.com |
| Sean A OKeefe | on behalf of Plaintiff SunCal Emerald Meadows  LLC sokeefe@okeefelc.com, seanaokeefe@msn.com |
| Sean A OKeefe | on behalf of Plaintiff SJD Partners  Ltd. sokeefe@okeefelc.com, seanaokeefe@msn.com |
| Sean A OKeefe | on behalf of Plaintiff SunCal Summit Valley  LLC sokeefe@okeefelc.com, seanaokeefe@msn.com |
| Selia M Acevedo | on behalf of Plaintiff SunCal Marblehead LLC sacevedo@millerbarondess.com  mpritikin@millerbarondess.com |
| Selia M Acevedo | on behalf of Debtor Palmdale Hills Property  LLC sacevedo@millerbarondess.com, mpritikin@millerbarondess.com |
| Selia M Acevedo | on behalf of Plaintiff SCC/Palmdale LLC sacevedo@millerbarondess.com  mpritikin@millerbarondess.com |
| Selia M Acevedo | on behalf of Attorney Miller Barondess LLP sacevedo@millerbarondess.com  mpritikin@millerbarondess.com |
| Selia M Acevedo | on behalf of Plaintiff SunCal Communities III LLC sacevedo@millerbarondess.com  mpritikin@millerbarondess.com |
| Selia M Acevedo | on behalf of Trustee Steven M Speier (TR) sacevedo@millerbarondess.com  mpritikin@millerbarondess.com |
| Selia M Acevedo |  |

District/off: 0973-8                    User: admin                              Page 20 of 22
Date Rcvd: Oct 05, 2022                 Form ID: pdf042                          Total Noticed: 3

Selia M Acevedo
on behalf of Plaintiff Palmdale Hills Property Llc sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff SunCal Summit Valley LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff Johannson Ranch LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff Seven Brothers LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff SunCal Bickford Ranch LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff SCC Communities LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff Tesoro SF LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff Suncal Beaumont Heights LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff SunCal PSV LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Counter-Defendant SJD Partners Ltd. sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff SunCal Heartland LLC sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff LB/L -SunCal Northlake LLC sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff SunCal Torrance Properties LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff Kirby Estates LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff Acton Estates LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff SunCal Communities I LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Interested Party Courtesy NEF sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Counter-Defendant SJD Development Corp. sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff LB/L-SunCal Oak Valley LLC sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff SJD Partners Ltd. sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff Suncal Emerald Meadows LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff North Orange Del Rio Land LCC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff SunCal Oak Knoll LLC sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff Delta Coves Venture LLC sacevedo@millerbarondess.com, mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff SunCal Century City LLC sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Selia M Acevedo
on behalf of Plaintiff SJD Development Corp. sacevedo@millerbarondess.com mpritikin@millerbarondess.com

Sheri Kanesaka
on behalf of Interested Party Courtesy NEF generalmail@alvaradoca.com Christine.hipp@fnf.com

Sheri Kanesaka
on behalf of Creditor California Bank & Trust generalmail@alvaradoca.com Christine.hipp@fnf.com

District/off: 0973-8                         User: admin                                    Page 21 of 22
Date Rcvd: Oct 05, 2022                      Form ID: pdf042                                 Total Noticed: 3

Shirley Cho
    on behalf of Creditor Lehman ALI  Inc. scho@pszjlaw.com

Shirley Cho
    on behalf of Creditor Lehman ALI  Inc., Lehman Commercial Paper Inc., OVC Holdings, LLC and Northlake Holdings, LLC scho@pszjlaw.com

Stephen M Judson
    on behalf of Petitioning Creditor The Professional Tree Care Co sjudson@fablaw.com

Steven J Kahn
    on behalf of Plaintiff Lehman Commercial Paper Inc. and LV Ritter Ranch LLC skahn@pszyjw.com

Steven J Kahn
    on behalf of Creditor Lehman ALI Inc. and LV Palm Springs Village LLC skahn@pszyjw.com

Steven J Kahn
    on behalf of Creditor Lehman ALI  Inc. skahn@pszyjw.com

Steven J Kahn
    on behalf of Creditor OVC Holdings LLC skahn@pszyjw.com

Steven J Kahn
    on behalf of Creditor Lehman Commercial Paper Inc. skahn@pszyjw.com

Steven J Kahn
    on behalf of Defendant Lehman ALI  Inc. skahn@pszyjw.com

Steven J Kahn
    on behalf of Plaintiff OVC Holdings  LLC skahn@pszyjw.com

Steven J Kahn
    on behalf of Plaintiff Lehman Commercial Paper Inc. skahn@pszyjw.com

Steven J Kahn
    on behalf of Creditor Lehman ALI  Inc., Lehman Commercial Paper Inc., OVC Holdings, LLC and Northlake Holdings, LLC skahn@pszyjw.com

Steven J Kahn
    on behalf of Plaintiff OVC Holdings LLC skahn@pszyjw.com

Steven J Kahn
    on behalf of Plaintiff Lehman ALI  Inc. and LV Palm Springs Village LLC skahn@pszyjw.com

Steven J Kahn
    on behalf of Creditor Northlake Holding LLC skahn@pszyjw.com

Steven M Speier
    on behalf of Trustee Steven M Speier (TR) Sspeier@Squarmilner.com  C183@ecfcbis.com

Steven M Speier (TR)
    on behalf of Trustee Steven M Speier (TR) Sspeier@asrmanagement.com  C183@ecfcbis.com

Steven M Speier (TR)
    lmorvant@sspeier.net  C183@ecfcbis.com

Steven M Speier (TR)
    on behalf of Accountant SQUAR  MILNER, MIRANDA & WILLIAMSON, LLP Sspeier@asrmanagement.com, C183@ecfcbis.com

Tara Castro Narayanan
    on behalf of Interested Party Fidelity National Title Insurance Company tara.narayanan@msrlegal.com  lisa.king@msrlegal.com

Tara Castro Narayanan
    on behalf of Debtor Palmdale Hills Property  LLC tara.narayanan@msrlegal.com, lisa.king@msrlegal.com

Tara Castro Narayanan
    on behalf of Interested Party Tara Castro Narayanan tara.narayanan@msrlegal.com  lisa.king@msrlegal.com

Tara Castro Narayanan
    on behalf of Interested Party Courtesy NEF tara.narayanan@msrlegal.com  lisa.king@msrlegal.com

Thomas Scott Belden
    on behalf of Defendant Zim Industries  Inc. dba Bakersfield Well & Pump scott@bbr.law, imedellin@tsbeldenlaw.com

Todd C. Ringstad
    on behalf of Interested Party Courtesy NEF becky@ringstadlaw.com  arlene@ringstadlaw.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Vanessa S Davila
    on behalf of Creditor Bond Safeguard Insurance Co vsd@amclaw.com

Veronica S Gunderson
    on behalf of Defendant Palmdale Hills Property  LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant SUNCAL EMERALD MEADOWS LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant KIRBY ESTATES  LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant SUNCAL BICKFORD RANCH  LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant SCC/PALMDALE  LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant SUNCAL COMMUNITIES I  LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant ACTON ESTATES  LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant TESORO SF  LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant SJD PARTNERS  LTD vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant SUNCAL SUMMIT VALLEY  LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant SUNCAL COMMUNITIES III  LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant SEVEN BROTHERS  LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant SUNCAL JOHANNSON RANCH  LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant SCC COMMUNITIES  LLC vgunderson@millerbarondess.com

Veronica S Gunderson
    on behalf of Defendant SUNCAL BEAUMONT HEIGHTS  LLC vgunderson@millerbarondess.com

Wayne R Terry
    on behalf of Creditor CCATT LLC wterry@hemar-rousso.com

Wendy W Smith
    on behalf of Creditor Castaic Union School District wendy@bindermalter.com

William D Schuster
    on behalf of Creditor HD Supply Construction Supply LTD bills@allieschuster.org

William D Schuster
    on behalf of Defendant HD Supply Waterworks Group  Inc. bills@allieschuster.org

William N Lobel
    on behalf of Plaintiff STEVEN M. SPEIER wlobel@tocounsel.com  stena@tocounsel.com;sschuster@tocounsel.com

William N Lobel
    on behalf of Attorney Lobel  Neue & Till, LLP wlobel@tocounsel.com, stena@tocounsel.com;sschuster@tocounsel.com


TOTAL: 543

1

2

3

4

5

6

7

> FILED & ENTERED
>
> OCT 05 2022
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY jle       DEPUTY CLERK

8        **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA**

10        **SANTA ANA DIVISION**

| | |
|---|---|
| In re | Case No. 8:08-bk-17206-ES |
| PALMDALE HILLS PROPERTY, LLC, | Jointly Administered With Case Nos. |
| AND ITS RELATED DEBTORS, | 8:08-bk-17209-ES; 8:08-bk-17240-ES; |
|  | 8:08-bk-17224-ES; 8:08-bk-17242-ES; |
|   Jointly Administered Debtors and | 8:08-bk-17225-ES; 8:08-bk-17245-ES; |
|   Debtors-in-Possession | 8:08-bk-17227-ES; 8:08-bk-17246-ES; |
| Affects: | 8:08-bk-17230-ES; 8:08-bk-17231-ES; |
|   All Debtors | 8:08-bk-17236-ES; 8:08-bk-17248-ES; |
|   Palmdale Hills Property, LLC | 8:08-bk-17249-ES; 8:08-bk-17573-ES; |
|   SunCal Beaumont Heights, LLC | 8:08-bk-17574-ES; 8:08-bk-17575-ES; |
|   SCC/Palmdale | 8:08-bk-17404-ES; 8:08-bk-17407-ES; |
|   SunCal Johannson Ranch, LLC | 8:08-bk-17408-ES; 8:08-bk-17409-ES; |
|   SunCal Summit Valley, LLC | 8:08-bk-17458-ES; 8:08-bk-17465-ES; |
| ☒ **SunCal Emerald Meadows, LLC** | 8:08-bk-17470-ES; 8:08-bk-17472-ES; |
|   SunCal Bickford Ranch, LLC | and 8:08-bk-17588-ES |
|   Acton Estates, LLC | Chapter 11 |
|   Seven Brothers LLC |  |
|   SJD Partners, Ltd. | **POST-CONFIRMATION STATUS** |
|   SJD Development Corp. | **CONFERENCE ORDER** |
|   Kirby Estates, LLC |  |
|   SunCal Communities I, LLC |  |
|   SunCal  Communities III, LLC |  |
|   SCC Communities LLC |  |
|   North Orange Del Rio Land, LLC | Date:   March 15, 2023 |
|   Tesoro SF, LLC | Time:   10:30 a.m. |
|   LBL-SunCal Oak Valley, LLC | Place:  Courtroom 5A |
|   SunCal Heartland, LLC |  |
|   LBL-SunCal Northlake, LLC |  |
|   SunCal Marblehead, LLC |  |

SunCal Century City, LLC
SunCal PSV, LLC
Delta Coves Venture, LLC
SunCal Torrance, LLC
SunCal Oak Knoll, LLC

A Chapter 11 Post-Confirmation Status Conference took place on October 5, 2022 at 10:30 a.m.  Appearances were waived as noted on the Court's record.

Based upon the Chapter 11 status report filed on behalf of Debtor and/or oral argument and representations made by counsel for the parties at the status conference, and pursuant to 11 U.S.C. § 105, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

___   This Status Conference is concluded or will be rescheduled by the Court at later date;

_X_   This Status Conference is continued to March 15, 2023 at 10:30 a.m.  An updated status report must be filed by March 1, 2023 unless the matter is closed or a motion for a final decree has been filed by such date.

### 

Date: October 5, 2022

Erithe Smith
United States Bankruptcy Judge